## EXHIBIT A

**Revised Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 3794 |

## ORDER SUSTAINING DEBTORS' TWENTY-FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR")

Upon consideration of the Debtors' Twenty-First Omnibus (Non-Substantive) Objection to Claims (the "Objection") of the Debtors, by which the Debtors request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

5283330

and Local Rule 3007-1, modifying the Disputed Claims[2] set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

    ORDERED that the Objection is sustained as modified hereby; and it is further

    ORDERED that each of the Disputed Claims set forth on the attached <u>Exhibit A</u> is hereby modified solely to specify that the claim is asserted against the particular Debtor(s) indicated on <u>Exhibit A</u>; and it is further

    ORDERED, the Debtors' Objection to Claim No. 4278 of Tata America International Corp. is withdrawn; and it is further

    ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

    ORDERED that the relief granted herein is without prejudice to the Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

    ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       April _____, 2010

                                            The Honorable Kevin J. Carey
                                            Chief United States Bankruptcy Judge

---

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

# EXHIBIT A

## Claims Asserted Against No Debtor or Improper Debtor

### (REVISED)

5283330

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6217 | ALG WORLDWIDE LOGISTICS LLC<br>PO BOX 66086<br>CHICAGO, IL 60666-0086 | 9/14/2009 | $1,896.62 | 08-13141 | Tribune Company | 08-13227 | Tribune Direct Marketing, Inc. | $1,896.62 |
| 2 | 6323 | ALLIED WASTE SERVICES #922<br>GARDENIA DISTRICT 121<br>PO BOX 78038<br>PHOENIX, AZ 85062-8030 | 10/29/2009 | $658.93 | 08-13141 | Tribune Company | 08-13149 | Channel 40, Inc. | $658.93 |
| 3 | 3040 | AMERICAN SOLUTIONS FOR BUSINESS INC<br>NW # 7794<br>MINNEAPOLIS, MN 55485-7794 | 5/21/2009 | $358.89 | 08-13141 | Tribune Company | 08-13244 | Tribune Television New Orleans, Inc. | $358.89 |
| 4 | 4648 | ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | 6/11/2009 | $7,199.59 | 08-13152 | Chicago Tribune Company | 08-13152<br>08-13141 | Chicago Tribune Company<br>Tribune Company<br>Total | $6,386.22<br>$813.37<br>$7,199.59 |
| 5 | 5435 | ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | 6/12/2009 | $11,869.04 | 08-13141 | Tribune Company | 08-13209<br>08-13212 | The Baltimore Sun Company<br>The Morning Call, Inc.<br>Total | $5,015.00<br>$6,854.04<br>$11,869.04 |
| 6 | 1632 | ASM CAPITAL III, L.P.<br>TRANSFEROR: CHICAGO COMMUNICATIONS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | 4/23/2009 | $2,151.35 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $2,151.35 |
| 7 | 425 | AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | 2/9/2009 | $90.58 | 08-13141 | Tribune Company | 08-13183 | KTLA Inc. | $90.58 |
| 8 | 426 | AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | 2/9/2009 | $60.00 | 08-13141 | Tribune Company | 08-13244 | Tribune Television New Orleans, Inc. | $60.00 |
| 9 | 4850 | BEASLEY FM ACQUISITION CORP.<br>A/K/A BEASLY BROADCAST GROUP, INC.<br>T/A WRDW-FM & WXTU-FM<br>2701 WEST CHESTER PIKE STE 104<br>BROOMALL, PA 19008 | 6/11/2009 | $18,360.00 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $18,360.00 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 3019 | BELAND, RACHEL<br>SHER GARNER LAW FIRM<br>909 POYDRAS STREET, 28TH FLOOR<br>NEW ORLEANS, LA 70112 | 5/21/2009 | $555.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $555.00 |
| 11 | 564 | BERLYN INC<br>T/A THE PRINCE GEORGE'S SENTINEL<br>LYNN G KAPILOFF<br>5307 N CHARLES ST<br>BALTIMORE, MD 21210 | 2/26/2009 | $6,450.00 | 08-13141 | Tribune Company | 08-13200 | Patuxent Publishing Company | $6,450.00 |
| 12 | 2153 | BROADCAST MUSIC, INC.<br>JUDITH SAFFER, ESQUIRE<br>320 WEST 57TH STREET<br>NEW YORK, NY 10019 | 4/30/2009 | $85,213.29 | 08-13141 | Tribune Company | 08-13223 | Tribune Broadcasting Company | $85,213.29 |
| 13 | 3236 | BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | 5/28/2009 | $3,832.53 | 08-13239 | Tribune NM, Inc. | 08-13141 | Tribune Company | $3,832.53 |
| 14 | 3241 | BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | 5/28/2009 | $5,757.71 | 08-13141 | Tribune Company | 08-13240 | Tribune Publishing Company | $5,757.71 |
| 15 | 4176 | CALIFORNIA DEPARTMENT OF MOTOR VEHICLES<br>DMV-CPD-<br>INFORMATION SERVICES<br>PO BOX 944231 MS H264<br>SACRAMENTO, CA 94244-2310 | 6/9/2009 | $2,330.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $2,330.00 |
| 16 | 6378 | CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | 1/19/2010 | $24,884.05 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $24,884.05 |
| 17 | 6379 | CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | 1/19/2010 | $11,432.92 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $11,432.92 |
| 18 | 538 | CIRCLE R MEDIA, LP<br>D/B/A CRM STUDIOS<br>100 E. ROYAL LANE, T-200<br>IRVING, TX 75039 | 2/17/2009 | $95,664.00 | 08-13141 | Tribune Company | 08-13236 | Tribune Media Services, Inc. | $95,664.00 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | 594 | CITADEL BROADCASTING<br>515 S 32ND ST<br>CAMP HILL, PA 17011 | 3/2/2009 | $20,247.00 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $20,247.00 |
| 20 | 3323 | CITY OF ANAHEIM<br>ATTN: CHERYL GILBERT,<br>CUSTOMER SERVICE MANAGER<br>200 SOUTH ANAHEIM BOULEVARD, RM 334<br>ANAHEIM, CA 92805 | 6/1/2009 | $5,229.14 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $5,229.14 |
| 21 | 2876 | CITY OF GLENDALE<br>141 N. GLENDALE AVE. LV12<br>GLENDALE, CA 91206 | 5/11/2009 | $1,906.83 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $1,906.83 |
| 22 | 261 | CITY OF LEESBURG, FLORIDA<br>C/O FRED A. MORRISON, CITY ATTORNEY<br>PO BOX 491357<br>LEESBURG, FL 34749-1357 | 1/12/2009 | $757.52 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $757.52 |
| 23 | 4397 | CITY OF ORLANDO<br>ATTN: WES POWELL, ESQ.<br>CITY ATTORNEY'S OFFICE<br>400 S ORANGE AVE, 3RD FL, PO BOX 4990<br>ORLANDO, FL 32801-3365 | 6/10/2009 | $19,240.34 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $19,240.34 |
| 24 | 1980 | CITY OF SIMI VALLEY<br>2929 TAPO CANYON RD<br>SIMI VALLEY, CA 93063 | 4/27/2009 | $273.76 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $273.76 |
| 25 | 939 | CLEAN HARBORS ENVIRONMENTAL SERVICES INC<br>ATTN: CREDIT DEPARTMENT<br>42 LONGWATER DRIVE<br>NORWELL, MA 02061-9149 | 4/13/2009 | $4,079.31 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $4,079.31 |
| 26 | 195 | COLUMBIA GAS OF PENNSYLVANIA, INC.<br>200 CIVIC CENTER DR., 11TH FLOOR<br>COLUMBUS, OH 43215 | 1/8/2009 | $236.77 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $236.77 |
| 27 | 194 | COLUMBIA GAS OF VIRGINIA, INC.<br>200 CIVIC CENTER DR., 11TH FLOOR<br>COLUMBUS, OH 43215 | 1/8/2009 | $346.51 | 08-13141 | Tribune Company | 08-13210 | The Daily Press, Inc. | $346.51 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A -- Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | 2804 | COMCAST CABLE COMMUNICATIONS INC DBA COMCAST SPOTLIGHT 2710 GATEWAY OAKS DRIVE SOUTH STE 100 SACRAMENTO, CA 95833 | 5/14/2009 | $19,550.00 | 08-13141 | Tribune Company | 08-13149 | Channel 40, Inc. | $19,550.00 |
| 29 | 366 | COMED CO. ATTN: BANKRUPTCY SECTION/REVENUE MGMT 2100 SWIFT DRIVE OAK BROOK, IL 60523 | 1/22/2009 | $112,879.35 | 08-13141 | Tribune Company | 08-13152 08-13157 08-13141 08-13227 08-13252 | Chicago Tribune Company Chicagoland Television News, Inc. Tribune Company Tribune Direct Marketing, Inc. WGN Continental Broadcasting Company | $66,454.75 $3,053.52 $31,130.22 $817.93 $11,422.93 |
| | | | | | | | | Total | $112,879.35 |
| 30 | 344 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. - BANKRUPTCY GROUP 4 IRVING PLACE, ROOM 1875-S NEW YORK, NY 10003 | 2/2/2009 | $10,918.13 | 08-13141 | Tribune Company | 08-13176 | InsertCo, Inc. | $10,918.13 |
| 31 | 3622 | CORBIS CORPORATION ATTN: CREDIT DEPT. 710 SECOND AVE, STE 220 SEATTLE, WA 98104 | 5/27/2009 | $585.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $585.00 |
| 32 | 934 | CRYSTAL FOOD SERVICES, LLC C/O DAVID T. O'MALIA 333 S. FRANKLIN ROAD INDIANAPOLIS, IN 46219 | 4/13/2009 | $3,452.49 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $3,452.49 |
| 33 | 6206 | CUE TECH TELEPROMPTING INC 5527 SATSUMA AVENUE NORTH HOLLYWOOD, CA 91601 | 9/8/2009 | $625.00 | 08-13141 | Tribune Company | 08-13183 | KTLA Inc. | $625.00 |
| 34 | 2657 | DAY PITNEY LLP PO BOX 33300 HARTFORD, CT 06150-3300 | 5/11/2009 | $9,050.35 | 08-13141 | Tribune Company | 08-13211 08-13141 | The Hartford Courant Company Tribune Company | $8,387.85 $662.50 |
| | | | | | | | | Total | $9,050.35 |
| 35 | 1953 | DEPENDABLE BUILDING SERVICES 850 EAGLE DR BENSENVILLE, IL 60106 | 4/27/2009 | $7,279.90 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $7,279.90 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 821 | DRAKE, WESLEY<br>1111 N. WESTERN AVE. UNIT 45<br>CHICAGO, IL 60622 | 3/27/2009 | $2,400.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $2,400.00 |
| 37 | 367 | DUKE ENERGY INDIANA<br>1000 E. MAIN STREET<br>PLAINFIELD, IN 46168 | 1/23/2009 | $11,855.65 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $11,855.65 |
| 38 | 2541 | DYNAMEX INC.<br>PO BOX 20284<br>GREEN SQUARE STATION<br>NEW YORK, NY 10001 | 5/7/2009 | $2,105.64 | 08-13141 | Tribune Company | 08-13235 | Tribune Media Net, Inc. | $2,105.64 |
| 39 | 4414 | EL SHADDAI TEMPLE OF JESUS CHRIST<br>7004-7006 GOLDEN RING ROAD<br>BALTIMORE, MD 21237 | 6/10/2009 | $2,000.00 | 08-13141 | Tribune Company | 08-13209 | The Baltimore Sun Company | $2,000.00 |
| 40 | 575 | ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | 2/27/2009 | $12,047.28 | 08-13141 | No Debtor Asserted | 08-13141 | Tribune Company | $12,047.28 |
| 41 | 451 | ENTERGY LOUISIANA, LLC<br>MAIN UNIT L JEF 359<br>PO BOX 6008<br>NEW ORLEANS, LA 70174-6008 | 2/12/2009 | $10,928.29 | 08-13141 | Tribune Company | 08-13244 | Tribune Television New Orleans, Inc. | $10,928.29 |
| 42 | 452 | ENTERGY NEW ORLEANS, INC<br>MAIL UNIT L JEF 359<br>PO BOX 6008<br>NEW ORLEANS, LA 70174-6008 | 2/12/2009 | $310.93 | 08-13141 | Tribune Company | 08-13244 | Tribune Television New Orleans, Inc. | $310.93 |
| 43 | 914 | ENTERPRISE GROUP<br>A DIVISION OF DOMTAR COMPANY<br>6461 SAGUARO COURT<br>INDIANAPOLIS, IN 46268 | 4/8/2009 | $1,687.72 | 08-13141 | No Debtor Asserted | 08-13141 | Tribune Company | $1,687.72 |
| 44 | 410 | FLORIDA POWER & LIGHT COMPANY<br>PO BOX 025209<br>MIAMI, FL 33102-5209 | 2/3/2009 | $191,113.26 | 08-13141 | Tribune Company | 08-13148<br>08-13208 | Channel 39, Inc.<br>Sun-Sentinel Company | $15,013.91<br>$176,099.35 |
| | | | | | | | | Total | $191,113.26 |
| 45 | 3694 | FMC TECHNOLOGIES INC<br>400 HIGHPOINT WAY<br>CHALFONT, PA 18914 | 6/8/2009 | $1,494.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $1,494.00 |
| 46 | 5592 | FREDREKSEN FIRE EQUIPMENT COMPANY<br>760 THOMAS DRIVE<br>BENSENVILLE, IL 60106 | 6/12/2009 | $313.18 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $313.18 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 47 | 1372 | GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | 4/21/2009 | $5,676.77 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $5,676.77 |
| 48 | 1373 | GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | 4/21/2009 | $1,018.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $1,018.00 |
| 49 | 1374 | GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | 4/21/2009 | $299.00 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $299.00 |
| 50 | 1376 | GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | 4/21/2009 | $1,263.00 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $1,263.00 |
| 51 | 473 | GMAC COMMERCIAL FINANCE LLC<br>CRAIG GALLETTO<br>1290 AVENUE OF THE AMERICAS, 3RD FLOOR<br>NEW YORK, NY 10104 | 2/5/2009 | $4,568.77 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $4,568.77 |
| 52 | 704 | HK SYSTEMS, INC.<br>ATTN: LISA GRAFF<br>2855 SOUTH JAMES DRIVE<br>NEW BERLIN, WI 53151 | 3/9/2009 | $10,602.56 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $10,602.56 |
| 53 | 483 | INDIANAPOLIS POWER & LIGHT COMPANY<br>PO BOX 1595<br>INDIANAPOLIS, IN 46206-1595 | 2/10/2009 | $53,099.11 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $53,099.11 |
| 54 | 6172 | INTERPOLLS<br>818 W. 7TH ST, STE 700<br>LOS ANGELES, CA 90017 | 8/17/2009 | $507.00 | 08-13141 | Tribune Company | 08-13235 | Tribune Media Net, Inc. | $507.00 |
| 55 | 6091 | KARMANIAN, KENDALL<br>2401 W OHIO ST   NO.27<br>CHICAGO, IL 60612 | 7/16/2009 | $450.00 | 08-13141 | Tribune Company | 08-13162 | Eagle New Media Investments, LLC | $450.00 |
| 56 | 943 | KHL ENGINEERED PACKAGING SOLUTIONS<br>C/O AMCOR SUNCLIPSE NORTH AMERICA<br>6600 VALLEY VIEW STREET<br>BUENA PARK, CA 90620 | 4/6/2009 | $902.20 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $902.20 |
| 57 | 2023 | KISER CONTROLS COMPANY, INC<br>7045 HIGH GROVE BLVD.<br>BURR RIDGE, IL 60521 | 4/28/2009 | $456.51 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $456.51 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 58 | 309 | L&P FINANCIAL SERVICES CO. ATTN: SANDY NORDELL NO. 1 LEGGETT ROAD CARTHAGE, MO 64836 | 1/20/2009 | $1,938.91 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $1,938.91 |
| 59 | 662 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2/19/2009 | $74,352.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $74,352.00 |
| 60 | 664 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2/19/2009 | $9,981.37 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $9,981.37 |
| 61 | 666 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2/19/2009 | $6,305.96 | 08-13141 | Tribune Company | 08-13210 | The Daily Press, Inc. | $6,305.96 |
| 62 | 668 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2/19/2009 | $9,272.90 | 08-13141 | Tribune Company | 08-13212 | The Morning Call, Inc. | $9,272.90 |
| 63 | 673 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2/19/2009 | $1,935.42 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $1,935.42 |
| 64 | 925 | LIQUIDITY SOLUTIONS, INC. TRANSFEROR: KELLER-HEARTT COMPANY, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 4/10/2009 | $4,565.17 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $4,565.17 |
| 65 | 645 | MAGID GLOVE & SAFETY MFG. CO. LLC. 2060 N. KOLMAR AVENUE CHICAGO, IL 60639 | 3/6/2009 | $1,564.13 | 08-13141 | Tribune Company | 08-13185 08-13141 | Los Angeles Times Communications LLC Tribune Company | $960.69 $603.44 |
| | | | | | | | | Total | $1,564.13 |
| 66 | 2428 | MARDAR ENTERPRISES 6910 33RD ST. VERO BEACH, FL 32966 | 5/4/2009 | $3,200.00 | 08-13141 | Tribune Company | 08-13208 | Sun-Sentinel Company | $3,200.00 |
| 67 | 820 | MARK 1 RESTORATION COMPANY 1021 MARYLAND AVENUE DOLTON, IL 60419 | 3/27/2009 | $47,450.10 | | No Debtor Asserted | 08-13141 | Tribune Company | $47,450.10 |
| 68 | 6314 | MARK SCOT CORPORATION 224 NE 32ND COURT OAKLAND PARK, FL 33334 | 10/26/2009 | $2,727.14 | 08-13141 | Tribune Company | 08-13208 | Sun-Sentinel Company | $2,727.14 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 69 833 | MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 4355<br>CHICAGO, IL 60680 | 3/18/2009 | $14,217.84 | 08-13141 | Tribune Company | 08-13227 | Tribune Direct Marketing, Inc. | $14,217.84 |
| 70 3 | NEFF, LAWRENCE<br>1169 PENN DRIVE<br>ANDREAS, PA 18211 | 12/15/2008 | $180.00 | 08-13141 | Tribune Company | 08-13212 | The Morning Call, Inc. | $180.00 |
| 71 4817 | NICOR GAS<br>PO BOX 549<br>AURORA, IL 60507 | 6/11/2009 | $66,591.42 | 08-13141 | Tribune Company | 08-13152<br>08-13156<br>08-13157 | Chicago Tribune Company<br>Chicagoland Publishing Company<br>Chicagoland Television News, Inc.<br>Total | $63,334.20<br>$618.75<br>$2,638.47<br>$66,591.42 |
| 72 839 | NORTHERN TRUST COMPANY, THE<br>ATTN: TREASURY MANAGEMENT SERVICES<br>50 S. LASALLE STREET<br>CHICAGO, IL 60603 | 3/30/2009 | $10,734.00 | 08-13141 | Tribune Company | 08-13152<br>08-13141<br>08-13231 | Chicago Tribune Company<br>Tribune Company<br>Tribune Finance Service Center, Inc.<br>Total | $2,105.12<br>$2,181.94<br>$6,446.94<br>$10,734.00 |
| 73 305 | NOTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN: REVENUE ASSURANCE & RECOVERY<br>801 E. 86TH AVENUE<br>MERRILLVILLE, IN 46410 | 1/16/2009 | $19,219.69 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $19,219.69 |
| 74 890 | ONYX RESTORATION WORKS<br>70 WEST 36TH STREET<br>NEW YORK, NY 10018 | 4/6/2009 | $1,300.50 | 08-13141 | Tribune Company | 08-13185<br>08-13235<br>08-13252 | Los Angeles Times Communications LLC<br>Tribune Media Net, Inc.<br>WGN Continental Broadcasting Company<br>Total | $77.17<br>$372.96<br>$850.37<br>$1,300.50 |
| 75 794 | P&P COURIER, INC., DBA<br>NOW MESSENGER SERVICE<br>2906 W. MAGNOLIA BLVD.<br>BURBANK, CA 91505 | 3/23/2009 | $9.00 | 08-13141 | Tribune Company | 08-13228 | Tribune Entertainment Company | $9.00 |
| 76 3516 | PIXELRIA, INC<br>16053 ARBOR DR.<br>PLAINFIELD, IL 60586 | 6/4/2009 | $720.00 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $720.00 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 77 | 2436 | PLCS CORPORATION<br>GREMLEY & BIEDERMANN INC<br>4505 N ELSTON<br>CHICAGO, IL 60630 | 5/5/2009 | $6,750.00 | | No Debtor Asserted | 08-13141 | Tribune Company | $6,750.00 |
| 78 | 1907 | PRIME VISIBILITY LLC<br>1660 WALT WHITMAN RD, SRE 100<br>MELVILLE, NY 11747 | 4/27/2009 | $10,000.00 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $10,000.00 |
| 79 | 1789 | PROSOFT CYBERWORLD GROUP<br>2001 BUTTERFIELD ROAD #305<br>DOWNERS GROVE, IL 60515 | 4/27/2009 | $32,560.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $32,560.00 |
| 80 | 569 | QUALITY FORMS & LABELS<br>C/O MICHAEL J. KROUT, ESQUIRE<br>32 NORTH DUKE STREET<br>YORK, PA 17401 | 2/26/2009 | $372.54 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $372.54 |
| 81 | 450 | RADIO ONE, INC.<br>5900 PRINCESS GARDEN PARKWAY<br>7TH FLOOR<br>LANHAM, MD 20706 | 2/12/2009 | $148,893.65 | 08-13141 | Tribune Company | 08-13241<br>08-13251 | Tribune Television Company<br>WDCW Broadcasting, Inc.<br>Total | $52,067.60<br>$96,826.05<br>$148,893.65 |
| 82 | 941 | RAINBOW ADVERTISING SALES CORP.<br>1111 STEWART AVENUE<br>BETHPAGE, NY 11714 | 4/3/2009 | $4,250.00 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $4,250.00 |
| 83 | 4390 | RIVERBEND<br>1161 LOWER FALLS ROAD<br>KOHLER, WI 53044 | 6/10/2009 | $6,282.36 | 08-13141 | Tribune Company | 08-13235 | Tribune Media Net, Inc. | $6,282.36 |
| 84 | 6196 | SAMMCO, INC.<br>2735 CERBY ST<br>BERKELEY, CA 94705 | 9/2/2009 | $18,927.37 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $18,927.37 |
| 85 | 477 | SCHENKER, INC.<br>965 NORFOLK SQ<br>NORFOLK, VA 23502 | 2/6/2009 | $8,375.00 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $8,375.00 |
| 86 | 3515 | SECURITY FORCES, INC.<br>PO BOX 36607<br>CHARLOTTE, NC 28236 | 6/4/2009 | $15,098.34 | 08-13141 | Tribune Company | 08-13210 | The Daily Press, Inc. | $15,098.34 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | ASSERTED DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 87 | 5581 | SODEXO, INC. C/O ADRIENNE VADELL STURGES 6081 HAMILTON BOULEVARD ALLENTOWN, PA 18106 | 6/12/2009 | $8,110.15 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $5,137.56 |
| | | | | | | | 08-13175 | Hoy Publications, LLC | $348.72 |
| | | | | | | | 08-13223 | Tribune Broadcasting Company | $143.28 |
| | | | | | | | 08-13141 | Tribune Company | $2,048.49 |
| | | | | | | | 08-13235 | Tribune Media Net, Inc. | $184.30 |
| | | | | | | | 08-13236 | Tribune Media Services, Inc. | $142.72 |
| | | | | | | | 08-13252 | WGN Continental Broadcasting Company | $105.08 |
| | | | | | | | | Total | $8,110.15 |
| 88 | 2113 | SOHO MANAGEMENT LTD 17 ST ANNES COURT LONDON W1F 0BQ UNITED KINGDOM | 4/30/2009 | $2,800.00 | 08-13141 | Tribune Company | 08-13236 | Tribune Media Services, Inc. | $2,800.00 |
| 89 | 2022 | STANDARD COMPANIES 2601 S ARCHER CHICAGO, IL 60608 | 4/28/2009 | $306.62 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $306.62 |
| 90 | 762 | STERLING COMPUTER PRODUCTS 16135 COVELLO ST. VAN NUYS, CA 91406 | 3/17/2009 | $139.04 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $139.04 |
| 91 | 6157 | STEWART & STEVENSON 601 W. 38TH STREET HOUSTON, TX 77018 | 8/10/2009 | $2,158.67 | 08-13141 | Tribune Company | 08-13244 | Tribune Television New Orleans, Inc. | $2,158.67 |
| 92 | 1705 | STRUCTURAL PRESERVATION SYSTEMS, LLC 925 TOLLGATE ROAD ELGIN, IL 60123 | 4/27/2009 | $11,350.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $11,350.00 |
| 93 | 2722 | TOVAR SNOW PROFESSIONALS C/O JOHN GOLDBERG FOX HEFTER SWIBEL LEVIN & CARROLL, LLP 200 W. MADISON, SUITE 3000 CHICAGO, IL 60610 | 5/12/2009 | $13,717.50 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $13,717.50 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 94 | 1611 | TRANE<br>3600 PAMMEL CREEK ROAD<br>LA CROSSE, WI 54601 | 4/23/2009 | $2,579.10 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $2,579.10 |
| 95 | 690 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LOS ANGELES TIMES-WASHINGTON<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 3/3/2009 | $10,229.56 | 08-13141 | Tribune Company | 08-13152<br>08-13185<br><br>08-13210<br>08-13211<br>08-13212 | Chicago Tribune Company<br>Los Angeles Times Communications LLC<br><br>The Daily Press, Inc.<br>The Hartford Courant Company<br>The Morning Call, Inc.<br>Total | $1,538.02<br>$350.61<br><br>$381.75<br>$7,692.90<br>$266.28<br>$10,229.56 |
| 96 | 692 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LOS ANGELES TIMES-WASHINGTON<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 3/3/2009 | $44,104.72 | 08-13141 | Tribune Company | 08-13236 | Tribune Media Services, Inc. | $44,104.72 |
| 97 | 3513 | WHELAN-SH<br>PO BOX 36607<br>CHARLOTTE, NC 28236 | 6/4/2009 | $5,678.23 | 08-13141 | Tribune Company | 08-13225 | Tribune Broadcasting News Network, Inc. | $5,678.23 |
| 98 | 4656 | WILSON, DONALD N., ESQ.<br>MURRAY, JENSEN & WILSON, ESQ.<br>101 N. WACKER DR, SUITE 101<br>CHICAGO, IL 60606 | 6/11/2009 | $12,812.40 | | No Debtor Asserted | 08-13141 | Tribune Company | $12,812.40 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 99 | 4313 | 6/10/2009 | $155,982.74 | 08-13223 | Tribune Broadcasting Company | 08-13148 | Channel 39, Inc. | $1,376.00 |
| | WORLDNOW | | | | | 08-13149 | Channel 40, Inc. | $8,329.00 |
| | PO BOX 60857 | | | | | 08-13152 | Chicago Tribune Company | $8,684.32 |
| | LOS ANGELES, CA 90060-0857 | | | | | 08-13180 | KIAH Inc. | $3,775.00 |
| | | | | | | 08-13181 | KPLR, Inc. | $4,739.00 |
| | | | | | | 08-13182 | KSWB Inc. | $1,399.00 |
| | | | | | | 08-13183 | KTLA Inc. | $20,464.00 |
| | | | | | | 08-13184 | KWGN Inc. | $6,774.00 |
| | | | | | | 08-13185 | Los Angeles Times Communications LLC | $5,831.47 |
| | | | | | | 08-13198 | Orlando Sentinel Communications Company | $2,575.39 |
| | | | | | | 08-13208 | Sun-Sentinel Company | $2,209.38 |
| | | | | | | 08-13209 | The Baltimore Sun Company | $799.07 |
| | | | | | | 08-13210 | The Daily Press, Inc. | $263.67 |
| | | | | | | 08-13211 | The Hartford Courant Company | $15,759.67 |
| | | | | | | 08-13212 | The Morning Call, Inc. | $437.21 |
| | | | | | | 08-13222 | Tribune Broadcast Holdings, Inc. | $1,336.00 |
| | | | | | | 08-13141 | Tribune Company | $2,176.56 |
| | | | | | | 08-13241 | Tribune Television Company | $21,404.00 |
| | | | | | | 08-13242 | Tribune Television Holdings, Inc. | $3,973.00 |
| | | | | | | 08-13244 | Tribune Television New Orleans, Inc. | $8,300.00 |
| | | | | | | 08-13245 | Tribune Television Northwest, Inc. | $5,731.00 |
| | | | | | | 08-13251 | WDCW Broadcasting, Inc. | $1,345.00 |
| | | | | | | 08-13252 | WGN Continental Broadcasting Company | $14,565.00 |
| | | | | | | 08-13254 | WPIX, Inc. | $13,736.00 |
| | | | | | | | Total | $155,982.74 |

\* - Indicates claim contains unliquidated and/or undetermined amounts