UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x   Chapter 11
In re:                                                        :
                                                              :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                      :
                                                              :   Jointly Administered
                Debtors.                                      :
                                                              :   Hearing Date: To Be Determined
                                                              :   Objections Due: May 5, 2010 @ 4:00 p.m (ET)
------------------------------------------------------------- x


**FIFTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP, AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF TRIBUNE COMPANY, ET AL. FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
DECEMBER 1, 2009 THROUGH FEBRUARY 28, 2010**


| | |
|---|---|
| Name of Applicant: | Chadbourne & Parke LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | February 20, 2009, nunc pro tunc to December 18, 2008 |
| Period for Which Compensation and Reimbursement is Sought: | December 1, 2009 through February 28, 2010 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary | $4,996,359.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 234,831.16 |


This is a(n):       ____ Monthly          _x_ Interim          ____ Final Application

Monthly Fee Applications Filed During Fifth Interim Period:

| Period Covered | Date Filed/ Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date/ Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 12/1/09 - 12/31/09 | 1/25/10 Dkt #3197 | $1,519,536.50 | $72,274.74 | 2/18/10 Dkt #3480 | $1,215,629.20 | $72,274.74 | $303,907.30 |
| 1/1/10 - 1/31/10 | 2/25/10 Dkt #3534 | $1,960,664.50 | $71,749.46 | 3/19/10 Dkt #3788 | $1,568,531.60 | $71,749.46 | $392,132.90 |
| 2/1/10 - 2/28/10 | 3/26/10 Dkt #3865 | $1,516,158.50 | $90,806.96 | CNO to be filed; Objection date 4/15/10 | $1,212,926.80 | $90,806.96 | $303,231.70 |
| | | | | | | | |
| TOTAL | | $4,996,359.50 | $234,831.16 | | $3,997,087.60 | $234,831.16 | $999,271.90 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Hearing Date: To Be Determined |
| ------------------------------------------------------- x | : | Objections Due: May 5, 2010 @ 4:00 p.m (ET) |

**FIFTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP, AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF TRIBUNE COMPANY, ET AL. FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
DECEMBER 1, 2009 THROUGH FEBRUARY 28, 2010**

Chadbourne & Parke LLP ("Chadbourne"), as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company et al. (collectively, the "Debtors"), hereby submits this Fifth Interim Application of Chadbourne & Parke LLP (the "Application"), as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al., for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2009 Through February 28, 2010 (the "Fifth Interim Fee Period") pursuant to sections 330 and 331 of title 11 of the United States Code. In support of the Application, Chadbourne respectfully represents as follows:

**JURISDICTION AND VENUE**

1.  This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested in this Application is 11 U.S.C. § 1103(a).

2.  The statutory bases for relief requested herein are Sections 105(a), 330 and 331 of the Bankruptcy Code.

## BACKGROUND

3.  On December 8, 2008 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' chapter 11 cases for procedural purposes only.

4.  The Debtors have continued in possession of their respective properties and have continued to operate and maintain their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.  On December 18, 2009, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.

6.  On February 20, 2009, the Bankruptcy Court authorized the employment and retention of Chadbourne as co-counsel for the Committee, nunc pro tunc to December 18, 2008.

7.  No trustee or examiner has been appointed in these chapter 11 cases.

**RELIEF REQUESTED**

8.  By this Application, Chadbourne seeks interim approval and allowance of its compensation for professional services rendered and reimbursement of expenses incurred during the Fifth Interim Fee Period, including authorization for the Debtors to pay the 20% of fees held back during the Fifth Interim Fee Period. This request is made pursuant to, and in compliance with, the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Compensation Order").

9.  On January 25, 2010, Chadbourne filed and served its twelfth monthly fee application for approval and allowance of compensation for services rendered in the amount of $1,519,536.50 (80% of which equals $1,215,629.20) and reimbursement of expenses incurred in the amount of $72,274.74 for the period December 1, 2009 through and including December 31, 2009 (the "Twelfth Monthly Fee Application").

10. On February 25, 2010, Chadbourne filed and served its thirteenth monthly fee application for approval and allowance of compensation for services rendered in the amount of $1,960,664.50 (80% of which equals $1,568,531.60) and reimbursement of expenses incurred in the amount of $71,749.46 for the period January 1, 2010 through and including January 31, 2010 (the "Thirteenth Monthly Fee Application")

11. On March 26, 2010, Chadbourne filed and served its fourteenth monthly fee application for approval and allowance of compensation for services rendered in the amount of $1,516,158.50 (80% of which equals $1,212,926.80) and reimbursement of expenses incurred in the amount of $90,806.96 for the period February 1, 2010 through and including February 28, 2010 (the "Fourteenth Monthly Fee Application," together with the Twelfth Monthly Fee Application and the Thirteenth Monthly Fee Application, the "Monthly Fee Applications"). The Monthly Fee Applications are incorporated by reference as if fully set forth herein.[1]

12. A summary of the hours spent, the names of each attorney and paraprofessional rendering services to the Committee during the Fifth Interim Fee Period, the regular customary billing rates and the total value of time incurred by each of the Chadbourne attorneys and paraprofessionals rendering services to the Committee is attached to each Monthly Fee Application. Copies of the computer generated daily time logs describing the time spent by each attorney and paraprofessional, organized in specific project categories in accordance with the United States Trustee's Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under U.S.C. § 330 (the "Guidelines"), is attached to each Monthly Fee Application as Exhibit "A." A summary of the actual and necessary expenses and daily logs of expenses incurred by Chadbourne during the Fifth Interim

---

[1] Copies of the Monthly Fee Applications may be obtained on PACER and by written request to the undersigned counsel.

Fee Period is attached to each Monthly Fee Application as "Exhibit "B." All time entries and requested expenses are in compliance with Local Rule No. 2016-2.[2]

## COMPENSATION REQUESTED

13. Chadbourne seeks interim allowance of fees in the amount of $4,996,359.50 for professional services rendered and reimbursement of expenses in the amount of $234,831.16 which were incurred during the Fifth Interim Period (collectively, the "Requested Amount"). In addition, Chadbourne requests that the Debtors be authorized to pay the $999,271.90 in fees representing the twenty percent (20%) fee "holdback" (collectively, the "Holdback Amount").

## NOTICE

14. Notice of this Application has been given to (i) Co-counsel to the Debtors; (ii) the Office of the United States Trustee for the District of Delaware; (iii) Stuart Maue (the Court-appointed Fee Examiner); (iv) Co-counsel to Barclays Bank PLC; (v) Co-counsel to the Administrative Agent for the Prepetition Lenders; (vi) all parties required to be given notice pursuant to the terms of the Compensation Order; and (vii) all parties requesting notice under Bankruptcy Rule 2002. In light of the nature of the relief requested herein, Chadbourne submits that no further or other notice is required.

---

[2] Chadbourne has also attempted to ensure that this Application complies with the Guidelines. To the extent that the Guidelines conflict with local rules, in particular, Local Rule 2016-2, Chadbourne has chosen to comply with such local rule. Chadbourne will supplement this Application with additional detail or information upon request.

WHEREFORE, Chadbourne respectfully requests that the Court issue and enter an order:

(a) awarding Chadbourne compensation for professional and paraprofessional services rendered in the amount of $4,996,359.50 and reimbursement of actual, reasonable and necessary expenses incurred in the amount of $234,831.16 during the Fifth Interim Fee Period;

(b) authorizing and directing the Debtors to remit payment to Chadbourne as set forth herein, less all amounts previously paid on account of such fees and expenses; and

(c) granting such other and further relief as this Court deems just and proper.

Dated: April 14, 2010
New York, New York

CHADBOURNE & PARKE LLP

By: _____
Douglas E. Deutsch
(A Member of the Firm)

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York  10112
(212) 408-5100

Co-Counsel to The Official Committee of Unsecured Tribune Company, et al.