IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
:
In re: : Chapter 11
:
TRIBUNE COMPANY et al., : Case No. 08-13141 (KJC)
:
Debtors. : (Jointly Administered)
:
: Re: Docket No 2407, 2630, 3995, 4015, 4045
------------------------------- x

**ORDER APPROVING WITHDRAWAL, WITHOUT PREJUDICE, OF
(A) LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION
TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT
OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING,
AND FOR DISGORGEMENT OF PAST PAYMENTS, AND
(B) CENTERBRIDGE CREDIT ADVISORS LLC'S RELATED JOINDER**

Upon review and consideration of the *Certification of Counsel Regarding Withdrawal, Without Prejudice, of (A) Law Debenture Trust Company of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments, and (B) Centerbridge Credit Advisors LLC's Related Joinder*, and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. Law Debenture Trust Company of New York's withdrawal of the *Motion of Law Debenture Trust Company of New York To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* [Docket No. 2407], without prejudice, is hereby approved.

2. Centerbridge Credit Advisors LLC's withdrawal of the *Joinder of Centerbridge Credit Advisors LLC to Law Debenture Trust Company of New York's (I) Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for*

*an Accounting, and for Disgorgement of Past Payments, and (II) Response to the Debtors' Motion to Extend Their Exclusivity Periods* [Docket No. 2630], without prejudice, is hereby approved.

3. This Order is without prejudice to other terms in the Stipulation agreed among the parties thereto.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: April 15, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 3559918v३