# Attachment A

## FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
## DECEMBER 1, 2009 THROUGH FEBRUARY 28, 2010

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 13 years. Admitted 1997. | $710 | 5.30 | $3,763.00 |
| Suresh T. Advani | Partner/ Tax/ 18 years. Admitted 1992. | $800 | 18.40 | $14,720.00 |
| Larry A. Barden | Partner/ Corporate/ 28 years. Admitted 1982. | $825 | 111.30 | $91,822.50 |
| Susan T. Bart | Partner/ Private Clients, Trusts & Estates/ 25 years. Admitted 1985. | $630 | 13.60 | $8,568.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 33 years. Admitted 1977. | $775 | 507.40 | $393,235.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 24years. Admitted 1986. | $735 | 6.90 | $5,071.50 |

---

[1] Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2010.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John R. Box | Partner/ Corporate/ 29 years. Admitted 1981. | $685 | 0.20 | $137.00 |
| Thomas A. Cole | Partner/ Corporate/ 35 years. Admitted 1975. | $950 | 7.90 | $7,410.00 |
| James F. Conlan | Partner/ Bankruptcy/ 22 years. Admitted 1988. | $950 | 384.50 | $362,050.00 |
| Stephen G. Contopulos | Partner/ Litigation/ 38 years. Admitted 1972. | $725 | 6.30 | $4,567.50 |
| Michael P. Doss | Partner/ Litigation/ 21 years. Admitted 1989. | $685 | 1.30 | $890.50 |
| James W. Ducayet | Partner/ Litigation/ 14 years. Admitted 1996. | $685 | 356.20 | $240,058.25 |
| Max C. Fischer | Partner/ Employment/ 15 years. Admitted 1995. | $625 | 1.80 | $1,125.00 |
| Ronald S. Flagg | Partner/ Litigation/ 29 years. Admitted 1981. | $650 | 0.50 | $325.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cliff Fonstein | Partner/ Litigation/ 16 years. Admitted 1994. | $775 | 1.50 | $1,162.50 |
| Lawrence R. Fullerton | Partner/ Litigation/ 32 years. Admitted 1978. | $800 | 24.00 | $19,200.00 |
| Brian J. Gold | Partner/ Employment/ 28 years. Admitted 1982. | $725 | 7.00 | $4,964.50 |
| David F. Graham | Partner/ Litigation/ 32 years. Admitted 1978. | $850 | 3.60 | $3,060.00 |
| Richard W. Havel | Partner/ Bankruptcy/ 38 years. Admitted 1972. | $825 | 0.50 | $412.50 |
| Janet E. Henderson | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $850 | 437.70 | $365,445.00 |
| Scott J. Heyman | Partner/ Tax/ 23 years. Admitted 1987. | $725 | 42.90 | $31,102.50 |
| Robert W. Hirth | Partner/ Litigation/ 31 years. Admitted 1979. | $875 | 2.40 | $2,100.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Hyatte | Partner/ Regulatory/ 31 years. Admitted 1979. | $875 | 1.10 | $942.50 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 18 years. Admitted 1992. | $685 | 4.40 | $3,014.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 11 years. Admitted 1999. | $700 | 239.80 | $165,041.25 |
| Mark L. Kaufman | Partner/ Corporate/ 20 years. Admitted 1989. | $660 | 1.30 | $858.00 |
| John P. Kelsh | Partner/ Corporate/ 14 years. Admitted 1996. | $675 | 0.30 | $202.50 |
| Jordan A. Klein | Partner/ Private Clients, Trusts & Estates/ 21 years. Admitted 1989. | $630 | 0.30 | $189.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $925 | 451.30 | $392,808.75 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin T. Lantry | Partner/ Bankruptcy/ 19 years. Admitted 1991. | $850 | 432.10 | $355,945.00 |
| Robert J. Lewis | Partner/ Banking/ 15 years. Admitted 1995. | $650 | 18.70 | $12,155.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 16 years. Admitted 1994. | $650 | 106.00 | $65,999.50 |
| Frederick C. Lowinger | Partner/ Corporate/ 28 years. Admitted 1982. | $850 | 0.30 | $255.00 |
| Guy S. Neal | Partner/ Bankruptcy 17 years. Admitted 1993. | $750 | 34.20 | $20,572.50 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 30 years. Admitted 1980. | $950 | 4.90 | $4,632.50 |
| Dennis V. Osimitz | Partner/ Corporate/ 33 years. Admitted 1976. | $775 | 0.50 | $387.50 |
| Ellen P. Pesch | Partner/ Insurance/ 21 years. Admitted 1989. | $800 | 3.00 | $2,400.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Priscilla E. Ryan | Partner/ Employee Benefits/ 28 years. Admitted 1982. | $735 | 70.90 | $52,111.50 |
| John T. Schaff | Partner/ Tax/ 10 years. Admitted 2000. | $600 | 0.80 | $480.00 |
| Mark D. Schneider | Partner/ Communications/ 25 years. Admitted 1985. | $700 | 68.20 | $46,667.50 |
| Eugene A. Schoon | Partner/ Litigation/ 28 years. Admitted 1982. | $685 | 0.50 | $342.50 |
| Gary B. Stern | Partner/ Banking/ 28 years. Admitted 1982. | $825 | 16.50 | $13,612.50 |
| Alan M. Unger | Partner/ Litigation/ 31 years. Admitted 1979. | $850 | 9.30 | $7,905.00 |
| Thomas P. Van Wazer | Partner/ Communications/ 20 years. Admitted 1990. | $600 | 28.10 | $16,860.00 |
| Melanie E. Walker | Partner/ Litigation/ 10 years. Admitted 2000. | $575 | 107.50 | $61,097.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jay H. Zimbler | Partner/ Tax/ 34 years. Admitted 1975. | $850 | 0.30 | $255.00 |
| Sally S. Neely | Senior Counsel/ Bankruptcy/ 33 years. Admitted 1977. | $825 | 41.50 | $34,237.50 |
| Richard T. Peters | Senior Counsel/ Bankruptcy/ 38 years. Admitted 1972. | $825 | 0.40 | $330.00 |
| R. Clark Wadlow | Senior Counsel/ Communications/ 37 years. Admitted 1972. | $775 | 0.50 | $387.50 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 31 years. Admitted 1979. | $675 | 518.60 | $350,055.00 |
| Sarah E. Adamczyk | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 34.80 | $13,330.00 |
| Nicholas J. Alexiou | Associate/ Litigation/ 1 year. Admission pending. | $250 | 282.50 | $70,625.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sheila Amburst (formerly Gogate) | Associate/ Litigation/ 1 year. Admitted 2009. | $380 | 29.90 | $10,725.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 4 years. Admitted 2006. | $525 | 61.10 | $32,077.50 |
| Noam Besdin | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $300 | 2.00 | $600.00 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 368.80 | $237,730.00 |
| Shelbie J. Byers | Associate/ Employment/ 2 years. Admitted 2008. | $355 | 20.20 | $6,863.00 |
| Les Carter | Associate/ Tax/ 1 year. Admitted 2009. | $315 | 14.80 | $4,662.00 |
| Brenna M. Clark | Associate/ Employment/ 2 years. Admitted 2008. | $355 | 41.50 | $14,732.50 |
| Jay C. Coppoletta | Associate/ Corporate/ 6 years. Admitted 2003. | $495 | 2.80 | $1,386.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 38.00 | $15,935.00 |
| Christina M. Craige | Associate/ Bankruptcy/ 4 years. Admitted 2007. | $525 | 14.30 | $7,507.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 168.40 | $71,035.00 |
| Bret T. Diskin | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 37.50 | $11,812.50 |
| Jonathan Dorfman | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 58.00 | $18,270.00 |
| Christopher R. Hale | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 26.00 | $9,038.00 |
| Wendell M. Harp | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 4.20 | $1,995.00 |
| Bridget J. Hauserman | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $475 | 73.80 | $33,790.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael P. Heinz | Associate/ Corporate/ 6 years. Admitted 2004. | $495 | 10.10 | $4,900.50 |
| Eric G. Hoffman | Associate/ Litigation/ 6 years. Admitted 2004. | $650 | 8.30 | $5,285.00 |
| Seth H. Katz | Associate/ Corporate/ 8 years. Admitted 2002. | $530 | 27.00 | $14,307.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 38.00 | $14,250.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 2 year. Admitted 2008. | $425 | 588.80 | $241,453.75 |
| Scott P. Kramer | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 131.20 | $49,184.00 |
| Christopher S. Krueger | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 65.40 | $22,869.00 |
| Matthew D. Krueger | Associate/ Litigation/ 4 years. Admitted 2006. | $440 | 38.70 | $17,028.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan P. Lagana | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 170.30 | $55,347.50 |
| James P. Langdon | Associate/ Corporate/ 4 years. Admitted 2006. | $430 | 178.50 | $76,135.50 |
| Jillian K. Ludwig (formerly McClelland) | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 395.30 | $177,517.50 |
| Shawn C. Luna | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 0.60 | $225.00 |
| Gabriel R. MacConaill | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 15.30 | $8,368.50 |
| Chris K. Meyer | Associate/ Litigation/ 6 years. Admitted 2004. | $495 | 5.80 | $2,871.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 379.70 | $206,944.50 |
| Yemi P. Oladeinde | Associate/ Real Estate/ 4 years. Admitted 2006. | $475 | 71.20 | $32,038.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ariella L. Omholt | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 3.00 | $945.00 |
| Sandra F. Palmer | Associate/ Litigation/ 7 years. Admitted 2003. | $525 | 93.60 | $48,614.00 |
| Joseph M. Paral | Associate/ Tax/ 2 years. Admitted 2008. | $395 | 8.90 | $3,515.50 |
| Tom A. Paskowitz | Associate/ Litigation/ 4 years. Admitted 2006. | $560 | 6.90 | $3,864.00 |
| Jen Peltz | Associate/ Litigation/ 7 years. Admitted 2003. | $515 | 75.80 | $38,617.00 |
| Scott R. Rauscher | Associate/ Litigation/ 5 years. Admitted 2005. | $465 | 19.20 | $8,928.00 |
| Jamie Rehmann | Associate/ Litigation/ 2 years. Admitted 2008. | $365 | 2.70 | $977.50 |
| Christopher A. Ripple | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 2.00 | $630.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 6 years. Admitted 2004. | $495 | 3.40 | $1,683.00 |
| Allison E. Ross | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 160.30 | $66,267.50 |
| Ian M. Ross | Associate/ Litigation/ 5 years. Admitted 2005. | $465 | 8.10 | $3,766.50 |
| Thomas E. Ross | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 150.60 | $48,945.00 |
| Brian D. Rubens | Associate/ Litigation/ 5 years. Admitted 2005. | $465 | 12.10 | $5,539.00 |
| Brian S. Shull | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 204.60 | $79,437.00 |
| Richard M. Silverman | Associate/ Tax/ 3 years. Admitted 2007. | $395 | 74.50 | $29,355.50 |
| John M. Skakun III | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 30.50 | $10,827.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Carol Ann Sterling | Associate/ Litigation/ 3 years. Admitted 2006. | $525 | 10.80 | $5,670.00 |
| Allison Leff Triggs | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 120.30 | $50,392.50 |
| Patrick J. Wackerly | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 230.50 | $88,291.50 |
| Megan M. Walsh | Associate/ Litigation/ 4 years. Admitted 2006. | $395 | 36.80 | $14,536.00 |
| Mary E. Weicher Gaudette | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 74.10 | $30,097.50 |
| Hsin Hsin Yang | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 19.90 | $7,462.50 |
| Lior Ziv | Associate/ Employment and Labor/ 5 years. Admitted 2005. | $510 | 0.90 | $459.00 |
| | | | | |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Angela M. Eavy | Staff Attorney/ Litigation/ 5 years. Admitted 2004. | $340 | 2.10 | $714.00 |
| Mary M. Atkinson | Legal Assistant/ Banking/ 30 years. | $260 | 1.00 | $260.00 |
| Eva Mozena Brandon | Legal Assistant/ Litigation/ < 1 year. | $190 | 2.00 | $380.00 |
| Richard Bryan | Legal Assistant/ Litigation 2 years. | $190 | 2.00 | $380.00 |
| Zorina De La Cruz | Legal Assistant/ Litigation/ 3 years. | $215 | 5.50 | $1,182.50 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | 0.70 | $161.00 |
| Shirley Higashi | Legal Assistant/ Litigation/ 5 years. | $195 | 19.00 | $3,705.00 |
| Zeno Lantos | Legal Assistant/ Litigation/ 9 years. | $240 | 8.60 | $2,064.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 25 years. | $285 | 123.80 | $35,283.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Devon Hudson MacWilliam | Legal Assistant/ Real Estate/ 2 years. | $215 | 1.80 | $387.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 8 years. | $225 | 11.40 | $2,565.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 14 years. | $245 | 21.60 | $5,292.00 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 8 years. | $200 | 63.30 | $12,660.00 |
| David Quintana | Legal Assistant/ Litigation/ 6 years. | $195 | 0.20 | $39.00 |
| Nebojsa Rebic | Senior Legal Assistant/ Litigation/ 14 years. | $225 | 1.80 | $405.00 |
| Arturo J. Rodriguez | Senior Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 0.10 | $19.00 |
| Maud Such | Legal Assistant/ Litigation/ 21 years. | $220 | 1.20 | $264.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 185.70 | $35,283.00 |
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 178.20 | $47,223.00 |
| Jenny Y. Borrelli | Project Assistant Coordinator/ 8 years. | $110 | 42.30 | $4,653.00 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 16.90 | $1,859.00 |
| Crystal Wu | Project Assistant/ 2 years. | $110 | 3.50 | $385.00 |
| Jeffrey V. Bosh | Librarian/ 25 years. | $145 | 3.90 | $565.50 |
| Jennifer O. Butler | Librarian/ 3 years. | $100 | 1.50 | $150.00 |
| Ellen J. Kreis | Librarian/ 11 years. | $100 | 0.30 | $30.00 |
| David Rogers | Librarian/ 20 years. | $100 | 1.00 | $100.00 |
| Khalib J. Bell | Litigation Support/ 1 year. | $185 | 12.30 | $2,275.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marc A. Beltran | Litigation Support/ 2 years. | $265 | 3.40 | $901.00 |
| Monica M. Blouin | Litigation Support/ 14 years. | $265 | 2.80 | $742.00 |
| Cheryl Gabriel | Litigation Support/ 15 years. | $130 | 3.00 | $390.00 |
| Madeline E. Glidden | Litigation Support/ 1 year. | $210 | 8.00 | $1,680.00 |
| Alex Godofsky | Litigation Support/ < 1 year. | $185 | 15.20 | $2,812.00 |
| Steven Hlynski | Litigation Support/ 6 years. | $210 | 19.30 | $4,053.00 |
| Daniel H. Lang | Litigation Support/ 6 years. | $185 | 56.00 | $10,360.00 |
| Rene Laurens | Litigation Support/ 4 years. | $265 | 18.00 | $4,770.00 |
| Kimberly Littlejohn | Litigation Support/ 8 years. | $265 | 4.50 | $1,192.50 |
| Karin Nakai | Litigation Support Coordinator/ 20 years. | $265 | 28.30 | $7,499.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jason Ortiz | Litigation Support/ 11 years. | $210 | 1.00 | $210.00 |
| Richard Raez | Litigation Support/ 6 years. | $185 | 1.50 | $277.50 |
| Olivia Savell | Litigation Support/ 6 years. | $265 | 3.60 | $954.00 |
| Tanya Shim | Litigation Support/ 10 years. | $210 | 101.30 | $21,273.00 |
| Christopher Stavropoulus | Litigation Support/ 1 year. | $185 | 9.50 | $1,757.50 |
| Justin Tebbe | Litigation Support/ 1 year. | $265 | 8.80 | $2,332.00 |
| Jason Tyrrell | Litigation Support/ 5 years. | $315 | 1.00 | $315.00 |
| William U. Geng | Docket/ 24 years. | $105 | 1.90 | $199.50 |
| Sub Total | | | | $5,430,597.50 |
| Less Applied Credit | | | | ($3,840.00)[2] |
| Grand Total | | | 9,853.60 | $5,426,757.50 |
| Blended Rate | | $550.74 | | |

[2] As noted in the 12th monthly fee application, this figure reflects amounts previously invoiced to the Debtors for FCC Matters that have been voluntarily waived as to the Debtors by the Firm.

**COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD**
**FROM DECEMBER 1, 2009 THROUGH FEBRUARY 28, 2010**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 245.90 | $88,431.00[3] |
| Fee Applications (30390) | 281.10 | $79,073.50 |
| Executory Contracts and Leases (30410) | 86.70 | $47,354.00 |
| Vendor Issues (30420) | 21.60 | $11,410.00 |
| Use/Sale/Lease of Assets (30430) | 69.50 | $41,400.00 |
| DIP Financing/Cash Collateral (30440) | 59.80 | $39,210.00 |
| Insurance Matters (30450) | 44.90 | $27,840.00 |
| Committee-Related Matters (30460) | 20.70 | $17,328.00 |
| Litigated Matters (30470) | 4,385.70 | $2,249,990.50 |
| Travel Time (30480) (with 50% discount) | 142.30 | $53,566.50 |
| Labor Issues (30490) | 89.50 | $64,444.50 |
| Plan and Disclosure Statement (30500) | 2,764.30 | $1,812,279.00 |
| Professional Retention (30510) | 66.70 | $34,390.00 |
| Tax Issues (30520) | 149.40 | $87,261.00 |
| Claims Processing (30530) | 210.40 | $112,942.50 |
| Business Operations (30550) | 453.20 | $239,859.50 |
| Case Administration (30560) | 420.10 | $221,216.00 |
| Creditor Communications (30570) | 48.70 | $28,363.00 |
| Bankruptcy Schedules (30580) | 86.80 | $50,283.00 |
| Employee Issues (30590) | 203.80 | $118,848.00 |
| Asset Disposition (30600) | 2.50 | $1,267.50 |
| **TOTAL** | **9,853.60** | **$5,426,757.50** |

---

[3] As noted in the 12th monthly fee application, this amount reflects $3,840.00 previously invoiced to the Debtors for FCC matters that have been voluntarily waived as to the Debtors by the Firm.

# **Attachment B**

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM**
**DECEMBER 1, 2009 THROUGH FEBRUARY 28, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | | $23,307.54 |
| Document Production | | $932.50 |
| Duplicating Charges[1] | | $39,234.95 |
| Court Costs | | $155.00 |
| Court Reporter | | $9,182.54 |
| Document Delivery Services | | $2,767.14 |
| Document Services | | $546.89 |
| Filing Fees | | $1,250.00 |
| Ground Transportation | | $5,443.42 |
| Lexis Research Service | Lexis | $16,865.12 |
| Meals Out-of-Town | | $3,388.01 |
| Meals | | $2,515.74 |
| Messenger Services | | $381.95 |
| Professional Services/Specialists | | $1,790.00 |
| Publications | | $540.75 |
| Search Services | | $5,294.26 |
| Telephone Tolls | | $2,902.89 |
| Travel/Lodging | | $22,755.19 |
| Westlaw Research Service | Westlaw | $66,598.16 |
| | | |
| **Total** | | **$205,852.05** |

---

[1] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

LA1 1779455V.2