IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                       Chapter 11

TRIBUNE COMPANY et al.,                      Case No. 08-13141 (KJC)

                                             (Jointly Administered)

           Debtors.                          **Hearing Date: (To be determined)**
---------------------------------------------------------x   **Objections Due: 5/5/2010 @ 4:00 p.m.**

## NOTICE OF APPLICATION

**To: All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP, as special counsel to the Official Committee of Unsecured Creditors, filed the *Second Interim Fee Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2009 through February 28, 2010* (D.I. No. 4064), which seeks fee compensation in the amount of $1,000,919.75 and expenses in the amount of $1,031,725.76 (the "Application").

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before May 5, 2010 at 4:00 p.m. by undersigned counsel.

Hearing on the Application will take place at a time to be determined.

2567875.1

ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
April 15, 2010

        ZUCKERMAN SPAEDER LLP

        _____
        Thomas G. Macauley (ID No. 3411)
        919 Market Street, Suite 990
        P.O. Box 1028
        Wilmington, DE 19899
        (302) 427-0400

        - and -

        Graeme W. Bush
        1800 M Street, N.W.
        Washington, DC 20036
        (202) 778-1800

        Special Counsel to the Official Committee
        of Unsecured Creditors