**EXHIBIT A**

# ESOP/Stay Issues

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130

EGI-TRB, L.L.C.                                          JANUARY 31, 2010
TWO NORTH RIVERSIDE PLAZA                      INVOICE # 9158689
SUITE 600
CHICAGO, IL  60606
ATTN:  JONATHAN D. WASSERMAN, ESQ.

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2009 | $13,018.50 |
| DISBURSEMENTS | 25.44 |
| TOTAL INVOICE | $13,043.94 |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $12,088.61 |
| TRIBUNE'S 13/14TH PORTION OF DISBURSEMENTS | 23.62 |
| **TOTAL DUE FROM TRIBUNE** | **$12,112.23** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $929.89 |
| EGI-TRB'S 1/14TH PORTION OF DISBURSEMENTS | 1.82 |
| **TOTAL DUE FROM EGI-TRB** | **$931.71** |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

EGI-TRB, L.L.C.
TWO NORTH RIVERSIDE PLAZA
SUITE 600
CHICAGO, IL  60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

INVOICE # 9158689

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

JANUARY 31, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009

ESOP/STAY ISSUES                                    MATTER NUMBER -    10130

| 12/01/09 | DJB | 1.00 | { L190 } {A107} Various emails and telephone conferences re attempt of ▮▮▮▮ | 875.00 |
| 12/01/09 | DAS | .40 | { L210 } {A105} Telephone conference with D. Bradford re ▮▮▮▮ (.2); reviewed communications re same (.2). | 210.00 |
| 12/02/09 | DJB | .60 | { L190 } {A107} Telephone conference with Sidley & Austin re ▮▮▮▮ (.4); telephone conference with ▮▮▮▮ re same (.2). | 525.00 |
| 12/02/09 | DJB | .50 | { L190 } {A106} Telephone conference with D. Liebentritt, Tribune general counsel, re ▮▮▮▮. | 437.50 |
| 12/02/09 | DJB | .70 | { L190 } {A103} Drafted and edited letter to Neil counsel re ▮▮▮▮. | 612.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 12/03/09 | DJB | .50 | { L190 } {A103} Finalized letter to Neil counsel re ███████████. | 437.50 |
|---|---|---|---|---|
| 12/03/09 | DJB | .30 | { L190 } {A106} Telephone conference with Tribune re ████████. | 262.50 |
| 12/03/09 | DJB | .20 | { L190 } {A107} Responded to plaintiffs' counsel re ███████████. | 175.00 |
| 12/03/09 | DAS | .40 | { L210 } {A108} Reviewed materials to prepare communication to opposing counsel related to hearing on December 1. | 210.00 |
| 12/03/09 | PXR | .80 | { L140 } {A110} Gathered and organized transcript of December 1, 2009 hearing for attorney review. | 136.00 |
| 12/03/09 | DXW | .70 | { L140 } {A110} Organized transcripts received from S. McGee. | 192.50 |
| 12/04/09 | DJB | .30 | { L190 } {A105} E-mails and office conference with C. Martin re ████████. | 262.50 |
| 12/04/09 | DAS | .30 | { L210 } {A107} Communicated with co-counsel re █████████████. | 157.50 |
| 12/04/09 | PXR | 2.00 | { L140 } {A110} Gathered and organized transcript of December 1, 2009 hearing for attorney review. | 340.00 |
| 12/07/09 | DJB | .20 | { L190 } {A105} Office conference with D. Sondgeroth re ███████████████. | 175.00 |
| 12/07/09 | DJB | .10 | { L190 } {A106} Telephone conference with D. Liebentritt re ████████████████. | 87.50 |
| 12/08/09 | DJB | .20 | { L190 } {A104} Reviewed letter from Neil plaintiffs. | 175.00 |
| 12/08/09 | DJB | .30 | { L190 } {A105} Various e-mails re ██████. | 262.50 |
| 12/08/09 | DJB | 1.50 | { L190 } {A107} Telephone conference with counsel for Duff & Phelps; telephone conference with counsel for Tribune re ████████████████. | 1,312.50 |
| 12/08/09 | DAS | 2.00 | { L210 } {A108} Telephone conference with D. Bradford, ████████████████. | 1,050.00 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS   60654-3456
(312) 222-9350

Page 3

| 12/08/09 | DAS | .50 | { L210 } {A105} Office conference with D. Bradford re ███████ . | 262.50 |
| 12/08/09 | DAS | .40 | { L210 } {A107} Communicated with attorneys at KL Gates re ████████ . | 210.00 |
| 12/08/09 | DAS | .50 | { L210 } {A104} Reviewed documents produced to ███████ . | 262.50 |
| 12/09/09 | DJB | .50 | { L190 } {A107} Telephone conference with opposing counsel. | 437.50 |
| 12/10/09 | DJB | 1.30 | { L190 } {A107} Telephone conference with opposing counsel re ████ (.8); telephone conference with counsel for clients re same (.5). | 1,137.50 |
| 12/11/09 | DJB | .40 | { L190 } {A106} Telephone conference with D. Liebentritt and B. Krakauer re ████ . | 350.00 |
| 12/11/09 | DJB | .40 | { L190 } {A103} Worked on letter to Neil counsel re ████ . | 350.00 |
| 12/14/09 | DJB | .30 | { L190 } {A107} Telephone conference with opposing counsel re ████ . | 262.50 |
| 12/14/09 | DJB | .20 | { L190 } {A106} Followed up with client re ████ . | 175.00 |
| 12/17/09 | DJB | 1.50 | { L190 } {A104} Reviewed and analyzed opinion and various e-mails re same. | 1,312.50 |
| 12/18/09 | CS | .50 | { L120 } {A104} Reviewed Pallmeyer decision and prepared email to team. | 362.50 |
| | | 19.50 | PROFESSIONAL SERVICES | 13,018.50 |

LAW OFFICES

Page 4

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---|
| 10/05/09 | Pacer Charges | 2.40 |
| 12/08/09 | Photocopy Expense | 23.04 |
| | TOTAL DISBURSEMENTS | 25.44 |

## INVOICE TOTAL                    $ 13,043.94

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 11.00 | 875.00 | 9,625.00 |
| CATHERINE L. STEEGE | 0.50 | 725.00 | 362.50 |
| DOUGLAS A. SONDGEROTH | 4.50 | 525.00 | 2,362.50 |
| DAVID WIRKIOWSKI | 0.70 | 275.00 | 192.50 |
| PANAGIOTA RAMOS | 2.80 | 170.00 | 476.00 |
| TOTAL | 19.50 | | 13,018.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130

EGI-TRB, L.L.C.                                    MARCH 10, 2010
TWO NORTH RIVERSIDE PLAZA               INVOICE # 9162275
SUITE 600
CHICAGO, IL  60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN:  DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2010 | $51,173.50 |
| DISBURSEMENTS | 1,306.62 |
| TOTAL INVOICE | $52,480.12 |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $47,518.25 |
| TRIBUNE'S 13/14TH PORTION OF DISBURSEMENTS | 1,213.29 |
| **TOTAL DUE FROM TRIBUNE** | **$48,731.54** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $3,655.25 |
| EGI-TRB'S 1/14TH PORTION OF DISBURSEMENTS | 93.33 |
| **TOTAL DUE FROM EGI-TRB** | **$3,748.58** |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE            Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9162275

MARCH 10, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2010

ESOP/STAY ISSUES                                              MATTER NUMBER -    10130

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 1/04/10 | BL | 6.20 | { L120 } {A101} Prepared for meeting with D. Bradford and conference call with B. Krakauer and D. Leibentritt (1.0); reviewed opinion and outline for motion and rules re types of motions to be filed (2.0); met and participated in conference call (1.0); telephone conference with C. Kline of Sidley re ███████████ (1.0); prepared for and attended meeting with D. Bradford, C. Steege and A. Amert re ███████████ (1.2). | 4,650.00 |
| 1/04/10 | CS | 1.00 | { L190 } {A105} Met with D. Bradford and B. Levenstam re ██████. | 775.00 |
| 1/04/10 | DJB | 2.50 | { L190 } {A106} Telephone conference with client, D. Liebentritt, and B. Krakauer ██████ (1.5); office conference with bankruptcy counsel, C. Steege, re same (.5); analyzed issue (.5). | 2,312.50 |
| 1/04/10 | ASA | 5.50 | { L240 } {A104} Reviewed case law re ██████. | 3,052.50 |
| 1/04/10 | MMH | .10 | { L120 } {A104} Reviewed request for judicial notice and email on service. | 54.50 |
| 1/04/10 | AAO | 4.80 | { L120 } {A102} Researched and reviewed federal case law ███████████. | 2,136.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 1/04/10 | PXR | 1.50 | { L140 } {A110} Updated correspondence files and subject files. | 255.00 |
| 1/05/10 | WLS | 1.00 | { L190 } {A105} Conference with A. Amert re ██████ ██████ (.2); studied and commented on revised outline (.3); continued work on PT analysis (.5). | 850.00 |
| 1/05/10 | JXW | 7.30 | { L120 } {A105} Telephone conference with A. Amert re research (0.1); researched ██████████ █████████████ (7.2). | 2,701.00 |
| 1/05/10 | PXR | 3.50 | { L140 } {A110} Updated correspondence, court file, subject files, and SharePoint site. | 595.00 |
| 1/07/10 | DJB | .50 | { L190 } {A103} Outlined stay arguments based on Judge Pallmeyer's decision. | 462.50 |
| 1/08/10 | DJB | .30 | { L190 } {A104} Worked on arguments ████████. | 277.50 |
| 1/11/10 | BL | 1.00 | { L120 } {A104} Received and reviewed ██████ ████████ memorandum (1.0); reviewed memoranda on strategy re █████████ ████████ (1.0); conferred re formulation of answer to ██████████ ████████ (.5); researched rules re same (.5). | 750.00 |
| 1/12/10 | DJB | 1.50 | { L190 } {A106} Telephone conference with D. Liebentritt and B. Krakauer re Tribune plan and possibility of note reduction (1.2); reviewed memorandum re bankruptcy court stay options and jurisdiction (.3). | 1,387.50 |
| 1/12/10 | PXR | 1.00 | { L140 } {A110} Searched and retrieved various documents (.5); organized and assembled motion to dismiss binders per S. McGee request (.5). | 170.00 |
| 1/13/10 | DJB | .50 | { L190 } {A107} E-mail to ERISA counsel re ████████████████████████████████. | 462.50 |
| 1/15/10 | DJB | 1.50 | { L190 } {A105} Office conference with C. Steege re ███████████████████████████████████. | 1,387.50 |
| 1/18/10 | DJB | .50 | { L190 } {A106} Office conference with D. Liebentritt re ███████████████████████████████. | 462.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

| 1/18/10 | DJB | .30 | { L190 } {A105} E-mails to team members re ████ ████. | 277.50 |
| 1/18/10 | RRB | 2.50 | { L190 } {A104} Reviewed plan document (.5); reviewed ████ (.5); researched ERISA 406 transactions (1.5). | 1,225.00 |
| 1/19/10 | WLS | 1.00 | { L190 } Conferences with R. Bajowala re ████ ████ (.5); studied documents re same (.5). | 850.00 |
| 1/19/10 | DJB | .50 | { L190 } {A103} Prepared e-mail re ████ ████. | 462.50 |
| 1/19/10 | JXW | 2.00 | { L120 } {A102} Researched ESOP plan ████ | 740.00 |
| 1/20/10 | WLS | 3.50 | { L190 } {A104} Analyzed resolution of Neil case ████ (2.5); studied communications and conferences A. Amert and J. Wenell re same (1.0). | 2,975.00 |
| 1/20/10 | ASA | 1.20 | { L120 } {A103} Drafted email re responses ████ D. Bradford and W. Scogland emails. | 666.00 |
| 1/20/10 | DAS | .50 | { L210 } {A107} Communicated with Tribune counsel at Sidley ████. | 270.00 |
| 1/20/10 | RRB | 6.50 | { L190 } {A102} Researched cases on loss ████ (6.0); reviewed e-mails re bankruptcy stay issues (.5). | 3,185.00 |
| 1/21/10 | WLS | 3.00 | { L190 } {A105} Conference with A. Amert re ████ (.4); studied R. Bajowala's research results (.6); studied draft memoranda ████ (1.5); conference with A. Amert re same (.5). | 2,550.00 |
| 1/21/10 | ASA | 2.20 | { L120 } {A105} Corresponded via telephone and email with team re issues ████ | 1,221.00 |
| 1/21/10 | RRB | 1.40 | { L190 } {A104} Reviewed cases on loss in ████ (1.0); telephone conference with A. Otterberg re ████ (.2); reviewed email from D. Sondgeroth re ████ (.2). | 686.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 1/21/10 | MMH | 2.30 | { L120 } {A104} Reviewed ESOP language and research re ████████████████. | 1,253.50 |
|---------|-----|------|---------------------------------------------------------------------------|----------|
| 1/21/10 | AAO | .30 | { L120 } {A105} Conferred with A. Amert re ████████ (0.2); conferred with R. Bajowala re same (0.1). | 133.50 |
| 1/21/10 | JXW | 3.00 | { L120 } {A105} Conferred with A. Amert re ████████████████ (0.5); reviewed plan ██████████ (2.5). | 1,110.00 |
| 1/22/10 | DJB | .30 | { L190 } {A107} E-mails to J. Ducayet, Tribune counsel, re ██████████ (.1); telephone conference with D. Eldersveld re ████████████████ (.2). | 277.50 |
| 1/22/10 | MMH | .30 | { L120 } {A105} Conferred with C. Steege re ██████ | 163.50 |
| 1/22/10 | AAO | .30 | { L120 } {A105} Conferred with A. Amert re ████████. | 133.50 |
| 1/22/10 | AAO | 1.60 | { L120 } {A102} Researched case law ████████████. | 712.00 |
| 1/23/10 | RRB | 3.60 | { L190 } {A104} Reviewed case law on losses ████████. | 1,764.00 |
| 1/23/10 | AAO | .80 | { L120 } {A104} Reviewed case law ████████. | 356.00 |
| 1/24/10 | AAO | 2.10 | { L120 } {A102} Researched additional case law ████████████████. | 934.50 |
| 1/25/10 | JXW | .10 | { L120 } {A105} Discussed ████████ with A. Amert. | 37.00 |
| 1/27/10 | DJB | .50 | { L190 } {A103} Edited Tribune brief in ████████. | 462.50 |
| 1/27/10 | RRB | 1.00 | { L190 } {A104} Reviewed motion ████████ (.5); reviewed ████████ letter (.5). | 490.00 |
| 1/27/10 | AAO | .90 | { L120 } {A104} Reviewed case law ████████. | 400.50 |
| 1/27/10 | AAO | 1.70 | { L120 } {A102} Researched additional case law ████████ P. | 756.50 |

Federal Identification No. 36-2192554

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 5

| | | | | |
|---|---|---|---|---|
| 1/28/10 | DJB | 1.50 | { L190 } {A103} Edited draft ███████ (1.0); e-mails to Sidley re same (.5). | 1,387.50 |
| 1/28/10 | DAS | 1.40 | { L210 } {A104} Reviewed filings in Delta bankruptcy ████████████████████████████████ (.7); reviewed provisions of Tribune 401(k) to ████████████████████ (.7). | 756.00 |
| 1/28/10 | RRB | 2.50 | { L190 } {A104} Reviewed case law re ███████████ (2.0); telephone conference with A. Otterberg and A. Amert re same (.5). | 1,225.00 |
| 1/28/10 | AAO | 1.00 | { L120 } {A104} Reviewed January 27, 2010 letter from plaintiffs' counsel ██████████████████ (.3); reviewed and analyzed case law ██████████ (.7). | 445.00 |
| 1/28/10 | AAO | .80 | { L120 } {A105} Telephone conference with A. Amert re ████████████████ (.4); telephone conference with A. Amert and R. Bajowala re ████████████████ (.4). | 356.00 |
| 1/28/10 | PXR | 1.00 | { L140 } {A110} Gathered and organized all briefing and exhibits re motion to dismiss and prepared CD of same per D. Sondgeroth request. | 170.00 |
| | | 91.80 | PROFESSIONAL SERVICES | 51,173.50 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 6

## DISBURSEMENTS

| | | |
|---|---|---:|
| 1/06/10 | Pacer Charges | 2.48 |
| 1/12/10 | Photocopy Expense | 379.80 |
| 1/15/10 | Photocopy Expense | 88.74 |
| 1/22/10 | Photocopy Expense | 4.05 |
| 1/25/10 | Photocopy Expense | 16.11 |
| 1/30/10 | Photocopy Expense | 3.69 |
| 1/31/10 | Westlaw Research | 811.75 |
| | TOTAL DISBURSEMENTS | 1,306.62 |

## INVOICE TOTAL                 $ 52,480.12

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| DAVID J. BRADFORD | 10.40 | 925.00 | 9,620.00 |
| WILLIAM L. SCOGLAND | 8.50 | 850.00 | 7,225.00 |
| CATHERINE L. STEEGE | 1.00 | 775.00 | 775.00 |
| BARRY LEVENSTAM | 7.20 | 750.00 | 5,400.00 |
| AMANDA S. AMERT | 8.90 | 555.00 | 4,939.50 |
| MELISSA M. HINDS | 2.70 | 545.00 | 1,471.50 |
| DOUGLAS A. SONDGEROTH | 1.90 | 540.00 | 1,026.00 |
| REENA R. BAJOWALA | 17.50 | 490.00 | 8,575.00 |
| APRIL A. OTTERBERG | 14.30 | 445.00 | 6,363.50 |
| JULIE A. WENELL | 12.40 | 370.00 | 4,588.00 |
| PANAGIOTA RAMOS | 7.00 | 170.00 | 1,190.00 |
| TOTAL | 91.80 | | 51,173.50 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10130

EGI-TRB, L.L.C.                                    MARCH 31, 2010
TWO NORTH RIVERSIDE PLAZA              INVOICE # 9164209
SUITE 600
CHICAGO, IL 60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2010 | $28,149.50 |
| DISBURSEMENTS | 111.59 |
| TOTAL INVOICE | $28,261.09 |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $26,138.82 |
| TRIBUNE'S 13/14TH PORTION OF DISBURSEMENTS | 103.62 |
| **TOTAL DUE FROM TRIBUNE** | **$26,242.44** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $ 2,010.68 |
| EGI-TRB'S 1/14TH PORTION OF DISBURSEMENTS | 7.97 |
| **TOTAL DUE FROM EGI-TRB** | **$ 2,018.65** |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

EGI-TRB, L.L.C.
TWO NORTH RIVERSIDE PLAZA
SUITE 600
CHICAGO, IL  60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

INVOICE # 9164209

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

MARCH 31, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2010

## ESOP/STAY ISSUES

MATTER NUMBER -    10130

| 2/01/10 | WLS | .50 | { L190 } {A104} Continued work on ███████ (.3); conferences with D. Sondgeroth and A. Amert re same (.2). | 425.00 |
| 2/01/10 | MTW | 1.50 | { L140 } {A104} Reviewed ███████ (1.3); e-mail re ███████ (.2). | 1,012.50 |
| 2/01/10 | PXR | .30 | { L140 } {A110} Searched and retrieved various pleadings per S. McGee request. | 51.00 |
| 2/02/10 | WLS | 2.30 | { L190 } {A104} Studied and commented on ███ (2.0); conferences with M. Martin and A. Amert re same (.3). | 1,955.00 |
| 2/02/10 | PXR | .50 | { L140 } {A103} Drafted transmittal letter per D. Sondgeroth request re ███████. | 85.00 |
| 2/04/10 | WLS | .50 | { L190 } {A104} Studied and commented on ███ | 425.00 |
| 2/04/10 | DJB | .50 | { L190 } {A104} Reviewed ███████ | 462.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 2/04/10 | PXR | 3.20 | { L140 } {A103} Created and compiled ██████████ ███████ per S. McGee request. | 544.00 |
| 2/06/10 | RRB | 1.30 | { L190 } {A104} Reviewed case law on ████████ ██████ | 637.00 |
| 2/07/10 | DJB | .70 | { L190 } {A106} Telephone conference with D. Liebentritt re ████. | 647.50 |
| 2/08/10 | DJB | 1.00 | { L190 } {A103} Edited ███████████. | 925.00 |
| 2/09/10 | DJB | 1.00 | { L190 } {A103} Edited ███████████. | 925.00 |
| 2/10/10 | WLS | 2.50 | { L190 } {A104} Studied documents re ██████ (2.0); conferences with A. Amert and J. Wenell re same (.5). | 2,125.00 |
| 2/10/10 | RRB | 3.80 | { L190 } {A105} Telephone conference with A. Amert re ██████████ (.5); circulated ███ to A. Amert, W. Scogland and J. Wenell (.2); continued review of ██████████████ (3.1). | 1,862.00 |
| 2/10/10 | JXW | 8.00 | { L120 } {A102} Researched ████████████████ (7.5); discussed same with W. Scogland (0.5). | 2,960.00 |
| 2/11/10 | RRB | .70 | { L190 } {A106} Telephone conference with ████████. | 343.00 |
| 2/11/10 | RRB | 8.50 | { L190 } {A103} Completed review of ██████ (5.0); drafted ████████ (3.0); conferred with D. Sondgeroth ██████ (.5). | 4,165.00 |
| 2/11/10 | PXR | 1.50 | { L140 } {A110} Searched and retrieved ██████████ per S. McGee request (.8); organized documents and reviewed ██████ per S. McGee request (.7). | 255.00 |
| 2/12/10 | WLS | 1.00 | { L190 } {A104} Studied and commented on █ ████████ | 850.00 |
| 2/12/10 | PXR | .50 | { L140 } {A110} Organized and reviewed ██████████ per S. McGee request. | 85.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

| 2/12/10 | BJM | .50 | { L140 } {A110} Reviewed and revised ███████ binder. | 85.00 |
| 2/15/10 | WLS | .50 | { L190 } {A104} Further work on ██████ | 425.00 |
| 2/15/10 | DJB | 2.00 | { L190 } {A106} Office conference with ██████ (.5); drafted ██████ (1.0); telephone conference with ██████ re same (.5). | 1,850.00 |
| 2/15/10 | JXW | 2.00 | { L120 } {A105} Discussed ██████ with W. Scogland (1.0); researched same (1.0). | 740.00 |
| 2/16/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with ██████ (.5); telephone conference with ██████ re same (.5). | 925.00 |
| 2/17/10 | DJB | 1.70 | { L190 } {A107} Various e-mails with ██████ (.7); telephone conference with ██████ re same (.5); drafted ██████ re same (.5). | 1,572.50 |
| 2/17/10 | DAS | .50 | { L210 } {A104} Reviewed filings in Tribune bankruptcy re ██████. | 270.00 |
| 2/18/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with █ ██████ (.5); revised ██████ (.5). | 925.00 |
| 2/19/10 | DJB | .30 | { L190 } {A104} Reviewed bankruptcy filings. | 277.50 |
| 2/19/10 | PXR | 1.50 | { L140 } {A110} Reviewed and organized binders re ██████ and distributed same per S. McGee request. | 255.00 |
| 2/25/10 | PXR | .50 | { L140 } {A110} Searched and retrieved various ██████. | 85.00 |
| | | 51.30 | PROFESSIONAL SERVICES | 28,149.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 4

## DISBURSEMENTS

| | | |
|---|---|---:|
| 10/05/09 | Pacer Charges | |
| 1/06/10 | Pacer Charges | 1.04 |
| 1/06/10 | Pacer Charges | .08 |
| 1/06/10 | Pacer Charges | 6.96 |
| 1/06/10 | Pacer Charges | 21.84 |
| 2/02/10 | UPS | 25.76 |
| 2/04/10 | Photocopy Expense | 24.38 |
| 2/11/10 | Photocopy Expense | 1.17 |
| 2/19/10 | Photocopy Expense | .72 |
| 2/22/10 | Photocopy Expense | 11.10 |
| | | 18.54 |
| | TOTAL DISBURSEMENTS | 111.59 |

## INVOICE TOTAL

$ 28,261.09

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 9.20 | 925.00 | 8,510.00 |
| WILLIAM L. SCOGLAND | 7.30 | 850.00 | 6,205.00 |
| MICHAEL T. WOLF | 1.50 | 675.00 | 1,012.50 |
| DOUGLAS A. SONDGEROTH | 0.50 | 540.00 | 270.00 |
| REENA R. BAJOWALA | 14.30 | 490.00 | 7,007.00 |
| JULIE A. WENELL | 10.00 | 370.00 | 3,700.00 |
| BRETT J. MULLENBROCK | 0.50 | 170.00 | 85.00 |
| PANAGIOTA RAMOS | 8.00 | 170.00 | 1,360.00 |
| TOTAL | 51.30 | | 28,149.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

# DOL/Subpoena

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY                                              JANUARY 31, 2010
435 NORTH MICHIGAN AVENUE                                 INVOICE # 9158690
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009                              $54,606.50

DISBURSEMENTS                                                        199.29

                              TOTAL INVOICE              $54,805.79

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9158690

JANUARY 31, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009

DOL SUBPOENA                                         MATTER NUMBER -    10148

| | | | | |
|---|---|---|---|---|
| 12/01/09 | BLD | 3.20 | { L210 } {A103} Drafted ███ summary. | 1,040.00 |
| 12/01/09 | PXR | 2.30 | { L140 } {A110} Organized and assembled ███ documents into binders for attorney review per S. McGee request. | 391.00 |
| 12/01/09 | EJR | 1.80 | { L140 } {A110} Populated descriptive fields of Concordance, ███ ███ to expedite attorney review. | 414.00 |
| 12/02/09 | BLD | 3.90 | { L210 } {A103} Drafted ███ summary. | 1,267.50 |
| 12/02/09 | BLD | .20 | { L210 } {A105} Corresponded with D. Sondgeroth re document summary. | 65.00 |
| 12/02/09 | KAP | 1.50 | { L110 } {A100} Reviewed ███ documents for content. | 487.50 |
| 12/02/09 | EJR | .50 | { L140 } {A110} Continued to populate descriptive fields of Concordance, ███ ███ to expedite attorney review. | 115.00 |
| 12/03/09 | BLD | 7.60 | { L210 } {A103} Drafted ███ summary. | 2,470.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 12/03/09 | BLD | .20 | { L210 } {A105} Corresponded with D. Sondgeroth re document summary. | 65.00 |
|---|---|---|---|---|
| 12/03/09 | KAP | 5.50 | { L110 } {A100} Reviewed GreatBanc documents for content. | 1,787.50 |
| 12/03/09 | EJR | 1.30 | { L140 } {A110} Continued to populate descriptive fields of Concordance, ███████████ ███ documents to expedite attorney review. | 299.00 |
| 12/04/09 | BLD | 3.60 | { L210 } {A103} Drafted ███████████ summary. | 1,170.00 |
| 12/04/09 | BLD | .20 | { L210 } {A103} Corresponded with D. Sondgeroth re document summary. | 65.00 |
| 12/04/09 | KAP | 1.50 | { L110 } {A100} Reviewed ███████ documents for content. | 487.50 |
| 12/04/09 | TH | 3.50 | { L140 } {A110} Worked on issue re documents loaded to Concordance. | 962.50 |
| 12/05/09 | BLD | 5.80 | { L210 } {A103} Drafted ███████████ summary. | 1,885.00 |
| 12/05/09 | KAP | 2.80 | { L110 } {A100} Reviewed ███████ documents for content. | 910.00 |
| 12/06/09 | BLD | 7.20 | { L210 } {A103} Drafted ███████████ summary. | 2,340.00 |
| 12/07/09 | BLD | 6.60 | { L210 } {A103} Drafted ███████████ summary. | 2,145.00 |
| 12/07/09 | BLD | .10 | { L210 } {A105} Corresponded with D. Sondgeroth re document summary. | 32.50 |
| 12/07/09 | EJR | 2.80 | { L140 } {A110} Populated descriptive fields of relevant documents in ███████████ ███ for attorney review. | 644.00 |
| 12/08/09 | BLD | 7.10 | { L210 } {A103} Drafted ███████████ summary. | 2,307.50 |
| 12/08/09 | BLD | .10 | { L210 } {A105} Corresponded with D. Sondgeroth re same. | 32.50 |
| 12/08/09 | KAP | 5.50 | { L110 } {A100} Reviewed ███████ documents for content. | 1,787.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 12/08/09 | PXR | 4.00 | { L140 } {A110} Searched and retrieved ▮▮▮▮▮▮ documents; organized and assembled same into binder for attorney review per S. McGee request. | 680.00 |
| 12/08/09 | EJR | 3.00 | { L140 } {A110} Continued to populate descriptive fields of relevant documents ▮▮▮▮▮▮▮▮▮▮ for attorney review. | 690.00 |
| 12/09/09 | DAS | .30 | { L210 } {A107} Communicated with co-counsel re ▮▮▮▮▮▮▮▮. | 157.50 |
| 12/09/09 | BLD | 6.20 | { L210 } {A103} Drafted ▮▮▮▮▮▮ summary. | 2,015.00 |
| 12/09/09 | KAP | 6.00 | { L110 } {A100} Reviewed ▮▮▮▮▮ documents for content. | 1,950.00 |
| 12/09/09 | EJR | 2.50 | { L140 } {A110} Continued to populate descriptive fields of relevant documents ▮▮▮▮▮▮▮▮▮▮ for attorney review. | 575.00 |
| 12/10/09 | DAS | .60 | { L210 } {A104}  Reviewed summary ▮▮▮▮▮▮▮▮. | 315.00 |
| 12/10/09 | DAS | .30 | { L210 } {A105} Communicated with D. Bradford re status ▮▮▮▮▮▮. | 157.50 |
| 12/10/09 | BLD | 6.70 | { L210 } {A103} Drafted ▮▮▮▮▮▮ summary. | 2,177.50 |
| 12/10/09 | BLD | .10 | { L210 } {A105} Corresponded with D. Sondgeroth re document summary. | 32.50 |
| 12/10/09 | KAP | 4.50 | { L110 } {A100} Reviewed ▮▮▮▮▮ documents for content. | 1,462.50 |
| 12/10/09 | PXR | 4.00 | { L140 } {A110} Searched and retrieved ▮▮▮▮▮ documents (2.0); organized and assembled into binder for attorney review per S. McGee request (2.0). | 680.00 |
| 12/10/09 | EJR | 4.30 | { L140 } {A110} Continued to populate descriptive fields of relevant documents ▮▮▮▮▮▮▮▮▮▮ for attorney review. | 989.00 |
| 12/10/09 | LIM | 1.00 | { L140 } {A110} Coordinated loading of documents for attorney review. | 275.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| 12/10/09 | KZL | 1.30 | { L140 } {A110} Worked on loading documents onto Concordance for attorney review. | 357.50 |
| 12/10/09 | TH | 3.50 | { L140 } {A110} Resolved data load issue and generated OCR. | 962.50 |
| 12/11/09 | DJB | .50 | { L190 } {A107} Telephone conference with C. Smith re ███████. | 437.50 |
| 12/11/09 | DAS | .50 | { L210 } {A107} Communicated with D. Miles of Sidley ██████████████████ sent communication to same. | 262.50 |
| 12/11/09 | BLD | 5.50 | { L210 } {A103} Drafted ████████ summary. | 1,787.50 |
| 12/11/09 | PXR | .50 | { L140 } {A110} Updated ███████████ binder and index per D. Sondgeroth request. | 85.00 |
| 12/11/09 | EJR | 3.30 | { L140 } {A110} Continued to populate descriptive fields of relevant documents ████████ ████████ for attorney review. | 759.00 |
| 12/11/09 | TH | 1.30 | { L140 } {A110} Worked on resolving issue with project in partial release (1.0); generated OCRs and text load and Bates labeled same (.3). | 357.50 |
| 12/11/09 | MS | 1.50 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images received and loaded for review (.5); began quality checking and loading review or endorsed data and images then prepared second level quality check request (.5); began importing tiff files, generating OCR using LAW, loading and quality checking for review (.5). | 412.50 |
| 12/12/09 | BLD | 2.50 | { L210 } {A103} Drafted ████████ summary. | 812.50 |
| 12/12/09 | BLD | 2.50 | { L210 } {A105} Corresponded with D. Sondgeroth and K. Palazzolo re document summary. | 812.50 |
| 12/12/09 | MS | 1.00 | { L140 } {A110} Continued troubleshooting and correcting loaded data and images for review. | 275.00 |
| 12/13/09 | DAS | .50 | { L210 } {A103} Prepared summary ████████ ████████. | 262.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 5

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 12/13/09 | TH | .50 | { L140 } {A110} Worked on resolving issue with project in partial release (.3); generated OCRs and text load and Bates labeled same (.2). | 137.50 |
| 12/13/09 | JXA | 1.00 | { L140 } {A110} Performed level two quality checks on data import into Concordance and conversion of multi-page tiffs to single-page tiffs. | 275.00 |
| 12/14/09 | DJB | .50 | { L190 } {A107} Telephone conference with ███████ ██████. | 437.50 |
| 12/14/09 | PXR | 1.00 | { L140 } {A110} Reviewed recent production and organized and assembled same in database for attorney review per S. McGee request. | 170.00 |
| 12/14/09 | EJR | 3.60 | { L140 } {A110} Updated electronic and hard copy case file (.3); populated descriptive fields in folders containing newly added materials in SharePoint Extranet site (.6); continued to populate relevant descriptive fields ███████████████████████ for attorney document review (2.7). | 828.00 |
| 12/14/09 | TH | 1.50 | { L140 } {A110} Worked on resolving issue with project in partial release (1.0); generated OCRs and text load and Bates labeled same (.5). | 412.50 |
| 12/14/09 | MS | .30 | { L140 } {A110} Began quality checking and loading review or endorsed data and images then prepared second level quality check request. | 82.50 |
| 12/15/09 | KAP | 2.00 | { L110 } {A100} Reviewed ██████ documents for content. | 650.00 |
| 12/15/09 | EJR | 4.80 | { L140 } {A110} Continued to populate descriptive fields in folders containing newly added materials in SharePoint Extranet site (1.2); continued to populate relevent descriptive fields ███████████████ █████████████████████ for attorney document review (3.6). | 1,104.00 |
| 12/16/09 | DJB | 1.00 | { L190 } {A107} Telephone conference with ████████ █████████. | 875.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 6

| 12/16/09 | DAS | .90 | { L210 } {A108} Participated in conference call re ████████ . (.5); communicated with co-counsel re issues related to ████████ (.4). | 472.50 |
|---|---|---|---|---|
| 12/16/09 | KAP | 2.00 | { L110 } {A100} Reviewed ████ documents for content. | 650.00 |
| 12/16/09 | EJR | 2.80 | { L140 } {A110} Continued to populate relevent descriptive fields ████████ for attorney document review | 644.00 |
| 12/17/09 | KAP | 2.50 | { L110 } {A100} Reviewed ████ documents for content. | 812.50 |
| 12/17/09 | EJR | 3.80 | { L140 } {A110} Continued to populate relevant descriptive fields in ████████ for attorney document review. | 874.00 |
| 12/17/09 | MS | 1.00 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images received and loaded for review. | 275.00 |
| 12/18/09 | DAS | .20 | { L210 } {A105} Communicated with D. Bradford re issues related to ████████ . | 105.00 |
| 12/18/09 | DAS | .20 | { L210 } {A108} Telephone conference with ████ . | 105.00 |
| 12/18/09 | KAP | 2.50 | { L110 } {A100} Reviewed ████ documents for content. | 812.50 |
| 12/28/09 | EJR | 1.30 | { L140 } {A110} Populated relevant descriptive fields in ████████ in preparation of attorney review. | 299.00 |
| 12/29/09 | EJR | 2.50 | { L140 } {A110} Continued to populate relevant descriptive fields ████████ in preparation of attorney review. | 575.00 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 7

| 12/30/09 | EJR | 3.30 | { L140 } {A110} Continued to populate relevant descriptive fields in ███████████ ████████████████ in preparation of attorney review. | 759.00 |
| 12/31/09 | PXR | 2.00 | { L140 } {A110} Organized and assembled case file documents and updated correspondence file, subject files, case file index and database. | 340.00 |
| | | 183.90 | PROFESSIONAL SERVICES | 54,606.50 |

**DISBURSEMENTS**

| 10/05/09 | Pacer Charges | 3.20 |
| 12/01/09 | Photocopy Expense | 41.76 |
| 12/01/09 | UPS | 22.25 |
| 12/08/09 | Photocopy Expense | 5.76 |
| 12/08/09 | Photocopy Expense | 35.19 |
| 12/10/09 | Photocopy Expense | 34.47 |
| 12/11/09 | UPS | 43.66 |
| 12/17/09 | Special Messenger Service | 6.50 |
| 12/17/09 | Special Messenger Service | 6.50 |
| | TOTAL DISBURSEMENTS | 199.29 |

**INVOICE TOTAL**          $ 54,805.79

LAW OFFICES

Page 8

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 2.00 | 875.00 | 1,750.00 |
| DOUGLAS A. SONDGEROTH | 3.50 | 525.00 | 1,837.50 |
| BRIAN L. DOUGHERTY | 69.30 | 325.00 | 22,522.50 |
| KYLE A. PALAZZOLO | 36.30 | 325.00 | 11,797.50 |
| JENNIFER ANDERSON | 1.00 | 275.00 | 275.00 |
| KELLY A. LAUGHRAN | 1.30 | 275.00 | 357.50 |
| LORY I. MANHEIMER | 1.00 | 275.00 | 275.00 |
| MARGARET SMALL | 3.80 | 275.00 | 1,045.00 |
| TUNDE HOLLOWAY-WUSU | 10.30 | 275.00 | 2,832.50 |
| EILEEN J. ROBERTSON | 41.60 | 230.00 | 9,568.00 |
| PANAGIOTA RAMOS | 13.80 | 170.00 | 2,346.00 |
| TOTAL | 183.90 | | 54,606.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

MARCH 10, 2010
INVOICE # 9162276

**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2010                                          $13,334.50

DISBURSEMENTS                                                             41.91

TOTAL INVOICE          $13,376.41

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                 Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9162276

MARCH 10, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2010

DOL SUBPOENA                                          MATTER NUMBER -    10148

| 1/04/10 | EJR | 3.50 | { L140 } {A110} Updated electronic and hard copy case file (.4); populated descriptive fields in folders containing newly added materials in SharePoint Extranet site (.8); continued to populate relevant descriptive fields in Duff & Phelps database in Concordance in preparation for attorney document review (2.3). | 805.00 |
| 1/05/10 | PXR | 2.00 | { L140 } {A110} Updated correspondence file and various subject files. | 340.00 |
| 1/05/10 | EJR | 1.80 | { L140 } {A110} Continued to populate relevant descriptive fields ███████████████. | 414.00 |
| 1/06/10 | EJR | 1.00 | { L140 } {A110} Continued to populate relevant descriptive fields ███████████████. | 230.00 |
| 1/07/10 | DJB | .60 | { L190 } {A107} Telephone conference with D. Liebentritt re ██████ (.2); telephone conference with C. Smith (GreatBanc counsel) re same (.2); telephone conference with McDermott (Tribune ERISA counsel) re same (.2). | 555.00 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 1/08/10 | DJB | .10 | { L190 } {A107} Email with Tribune counsel re ███ ███. | 92.50 |
| 1/11/10 | DJB | 2.50 | { L190 } {A107} Telephone conference with counsel for Duff & Phelps re ███ (1.3); prepared memorandum to clients re ███ (1.2). | 2,312.50 |
| 1/12/10 | RRO | .50 | { L140 } {A110} Worked on resolving data load and duplication issues within the Concordance database ███ | 137.50 |
| 1/13/10 | RRO | .50 | { L140 } {A110} Continued working on resolving data load and duplication issues within the Concordance database, ███ | 137.50 |
| 1/14/10 | WLS | 3.50 | { L190 } {A104} Worked on ███ IRS and DOL ███. | 2,975.00 |
| 1/14/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with D. Liebentritt re ███ (.5); consulted with ERISA counsel, W. Scogland, re same (.5). | 925.00 |
| 1/15/10 | CS | 1.00 | { L190 } {A105} Met with D. Bradford re ███. | 775.00 |
| 1/15/10 | LTY | 1.00 | { L210 } {A110} Worked on gathering pdf copies of case docket and relevant documents requested by M. Hinds. | 275.00 |
| 1/15/10 | MS | .20 | { L140 } {A110} Perrformed second level quality control checks on issues that were identified and fixed in the database. | 55.00 |
| 1/20/10 | PXR | .90 | { L140 } {A110} Reviewed CD of ███ documents and created list of all documents ███. | 153.00 |
| 1/21/10 | PXR | 1.00 | { L140 } {A110} Gathered and organized transmittal letters and delivered ███ to Applied Technology Group to be uploaded to database (.4); searched and retrieved various case file documents per S. McGee request (.6). | 170.00 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 1/21/10 | KZL | .50 | { L140 } {A110} Converted multipage tiff to single page tiff (.1); generated OCR for all records (.1); imported data volume into ███████████ database (.1); quality checked all data and images (.2). | 137.50 |
| 1/22/10 | MS | .30 | { L140 } {A110} Performed second level quality control checks on production data and endorsed images received and loaded for review. | 82.50 |
| 1/25/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with J. Ducayet at Sidley re ████████████. | 925.00 |
| 1/29/10 | WLS | 1.30 | { L190 } {A104} Worked on ████████████████. | 1,105.00 |
| 1/29/10 | DJB | .50 | { L190 } {A107} Telephone conference with Department of Labor (.2); telephone conference with client re same (.3). | 462.50 |
| 1/29/10 | DAS | .20 | { L210 } {A105} Reviewed communications from D. Bradford ████████████████. | 108.00 |
| 1/30/10 | DAS | .30 | { L210 } {A105} Communicated with C. Martin re events related to 2007 Transaction to ██████████ (.2); communicated with D. Bradford re same (.1). | 162.00 |
| | | 25.20 | PROFESSIONAL SERVICES | 13,334.50 |

## DISBURSEMENTS

| 1/06/10 | Pacer Charges | 3.60 |
| 1/18/10 | Photocopy Expense | 3.42 |
| 1/31/10 | Westlaw Research | 34.89 |
| | TOTAL DISBURSEMENTS | 41.91 |

**INVOICE TOTAL**                          $ 13,376.41

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 4

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 5.70 | 925.00 | 5,272.50 |
| WILLIAM L. SCOGLAND | 4.80 | 850.00 | 4,080.00 |
| CATHERINE L. STEEGE | 1.00 | 775.00 | 775.00 |
| DOUGLAS A. SONDGEROTH | 0.50 | 540.00 | 270.00 |
| KELLY A. LAUGHRAN | 0.50 | 275.00 | 137.50 |
| LOWELL T. YAP | 1.00 | 275.00 | 275.00 |
| MARGARET SMALL | 0.50 | 275.00 | 137.50 |
| ROBERT R. OHTON, JR. | 1.00 | 275.00 | 275.00 |
| EILEEN J. ROBERTSON | 6.30 | 230.00 | 1,449.00 |
| PANAGIOTA RAMOS | 3.90 | 170.00 | 663.00 |
| TOTAL | 25.20 | | 13,334.50 |

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

MARCH 31, 2010
INVOICE # 9164210

**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2010                                    $3,400.50

DISBURSEMENTS                                                        10.44

TOTAL INVOICE                                               $3,410.94

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9164210

MARCH 31, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2010

DOL SUBPOENA

MATTER NUMBER -    10148

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/05/10 | LIM | .30 | { L140 } {A110} Coordinated with data team ███ ███. | 82.50 |
| 2/11/10 | DAS | .50 | { L210 } {A108} Communicated with ███████ ███. | 270.00 |
| 2/16/10 | DAS | .20 | { L210 } {A108} Sent originals of ███████ ███. | 108.00 |
| 2/17/10 | EJR | 2.60 | { L140 } {A110} Populated relevant descriptive fields in ████████ to expedite attorney review. | 598.00 |
| 2/18/10 | PXR | 2.00 | { L140 } {A110} Reviewed and tagged various documents in production database for Applied Technology Group ███████. | 340.00 |
| 2/18/10 | EJR | 1.50 | { L140 } {A110} Continued to populate relevant descriptive fields in ██████ to expedite attorney review. | 345.00 |
| 2/19/10 | EJR | 1.30 | { L140 } {A110} Continued to populate relevant descriptive fields in ██████ to expedite attorney review. | 299.00 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 2/23/10 | EJR | .50 | { L140 } {A110} Obtained documents ████ (.2); coordinated imaging and copying of documents with Pitney Bowes (.3). | 115.00 |
|---|---|---|---|---|
| 2/23/10 | DG | 1.50 | { L140 } {A110} Removed documents from ████ ████████ database tagged for deletion (.8); removed corresponding images, native files and text from network (.3); performed quality checks and released for second level quality control check (.4). | 412.50 |
| 2/24/10 | EJR | 1.10 | { L140 } {A110} Delivered copy set of ████ documents for review by D. Sondgeroth (.1); organized and prepared original documents produced by ████ for hard copy case file (.4); added imaged documents to shared electronic database for review by team (.6). | 253.00 |
| 2/24/10 | LIM | .30 | { L140 } {A110} Coordinated with data team replacing images for ████ document production. | 82.50 |
| 2/24/10 | DG | .30 | { L140 } {A110} Removed document level OCR text from the network for the ████ database. | 82.50 |
| 2/24/10 | KZL | .50 | { L140 } {A110} Converted multipage tiffs to single page tiffs (.1); imported new tiffs into database (.1); generated new OCR for records (.1); quality checked all data and images (.2). | 137.50 |
| 2/24/10 | MS | .50 | { L140 } {A110} Began performing quality control checks to ensure that documents, images, natives and text files identified by the case team are deleted from the database and network. | 137.50 |
| 2/25/10 | LIM | .30 | { L140 } {A110} Coordinated with data team replacing images for ████ document production. | 82.50 |
| 2/25/10 | MS | .20 | { L140 } {A110} Began performing second level quality control checks on vendor data loaded for review. | 55.00 |
| | | 13.60 | PROFESSIONAL SERVICES | 3,400.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

## DISBURSEMENTS

| 1/28/10 | UPS | 10.44 |
|---|---|---|
|  | TOTAL DISBURSEMENTS | 10.44 |

## INVOICE TOTAL

$ 3,410.94

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DOUGLAS A. SONDGEROTH | 0.70 | 540.00 | 378.00 |
| DARYL GARDNER | 1.80 | 275.00 | 495.00 |
| KELLY A. LAUGHRAN | 0.50 | 275.00 | 137.50 |
| LORY I. MANHEIMER | 0.90 | 275.00 | 247.50 |
| MARGARET SMALL | 0.70 | 275.00 | 192.50 |
| EILEEN J. ROBERTSON | 7.00 | 230.00 | 1,610.00 |
| PANAGIOTA RAMOS | 2.00 | 170.00 | 340.00 |
| TOTAL | 13.60 |  | 3,400.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

# Morgan Stanley Swap

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                                    JANUARY 31, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE # 9158693
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**MORGAN STANLEY SWAP**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009                                      $ 350.00

DISBURSEMENTS                                                        0.00

                                        TOTAL INVOICE          $ 350.00

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9158693

JANUARY 31, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009

MORGAN STANLEY SWAP                                  MATTER NUMBER -    10180

| 12/02/09 | DJB | .30 | { L190 } {A106} Telephone conference with D. Liebentritt re ███████. | 262.50 |
| 12/14/09 | DJB | .10 | { L190 } {A107} Email to opposing counsel. | 87.50 |
| | | 0.40 | PROFESSIONAL SERVICES | 350.00 |

**INVOICE TOTAL**                                        **$ 350.00**

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|--|-------|------|--------|
| DAVID J. BRADFORD | | 0.40 | 875.00 | 350.00 |
| | TOTAL | 0.40 | | 350.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                                    MARCH 10, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE # 9162279
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2010                                          $3,932.00

DISBURSEMENTS                                                          0.00
                                                            _____
                    TOTAL INVOICE                       $3,932.00

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9162279

MARCH 10, 2010

CLIENT NUMBER -     45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2010

MORGAN STANLEY SWAP                                    MATTER NUMBER -     10180

| | | | | |
|---|---|---|---|---|
| 1/26/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with D. Eldersveld re ███████. | 925.00 |
| 1/26/10 | WAT | 2.50 | { L110 } {A104} Reviewed correspondence and memoranda re ███████ (2.0); calculated new proposal (.5). | 1,275.00 |
| 1/27/10 | DJB | .50 | { L190 } {A104} Reviewed ██████ analysis for ███████. | 462.50 |
| 1/27/10 | WAT | 1.00 | { L110 } {A104} Reviewed correspondence and memoranda re ██████ (.6); calculated new proposal (.4). | 510.00 |
| 1/27/10 | SEB | .20 | { L190 } {A105} Conferred with W. Thomson re ███████ (.1); communicated with P. Bull and M. Groble re ███████ (.1). | 74.00 |
| 1/31/10 | DJB | .30 | { L190 } {A106} Various e-mails re ███████. | 277.50 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 1/31/10 | WAT | .80 | { L110 } {A104} Reviewed correspondence and memoranda re ███████ (.6); worked on calculating additional possibility (.2). | 408.00 |
| | | 6.30 | PROFESSIONAL SERVICES | 3,932.00 |

**INVOICE TOTAL**                                    $ 3,932.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 1.80 | 925.00 | 1,665.00 |
| WADE A. THOMSON | | 4.30 | 510.00 | 2,193.00 |
| SOFIA E. BILLER | | 0.20 | 370.00 | 74.00 |
| | TOTAL | 6.30 | | 3,932.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

MARCH 31, 2010
INVOICE # 9164213

### MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2010 | $15,048.00 |
| DISBURSEMENTS | 5.76 |
| TOTAL INVOICE | $15,053.76 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9164213

MARCH 31, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2010

MORGAN STANLEY SWAP

MATTER NUMBER -    10180

| 2/01/10 | DJB | .30 | { L190 } {A106} Various e-mails to ███ ███. | 277.50 |
| 2/01/10 | WAT | .20 | { L110 } {A104} Reviewed correspondence and memoranda re ███████ (.1); proofed ███████ (.1). | 102.00 |
| 2/03/10 | DJB | 1.20 | { L190 } {A107} Various e-mails re ██████ (.3); telephone conference with Morgan Stanley counsel re same (.3); further telephone conference with opposing counsel re same (.3); reviewed ████████ (.3). | 1,110.00 |
| 2/08/10 | SEB | .40 | { L190 } {A103} Updated memorandum █ ███████████████. | 148.00 |
| 2/10/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with opposing counsel re ██████ (.5); email to ████ re same (.5) | 925.00 |
| 2/10/10 | SEB | .40 | { L190 } {A103} Ran ████████████████ ██████. | 148.00 |
| 2/11/10 | DJB | .50 | { L190 } {A106} E-mails with ████ re ██████. | 462.50 |
| 2/11/10 | SEB | 1.60 | { L190 } {A103} Began drafting ██████████ ██████████. | 592.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 2/15/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with ███████ (.5); drafted ███████ (.5). | 925.00 |
|---|---|---|---|---|
| 2/15/10 | MZH | .80 | { L120 } {A105} Telephone conference with ███████ re ███████ (.4); telephone conference with S. Biller re same (.2); telephone conference with ███████ and S. Biller re same (.2); reviewed and revised ███████ re ███████ (.2). | 600.00 |
| 2/15/10 | SEB | 4.50 | { L190 } {A104} Reviewed and analyzed ███████ (.7); drafted memorandum re ███████ (2.0); participated in conference call with ███████ (.1); conferred with D. Bradford re ███████ (.1); ███████ and e-mailed D. Bradford re same and ███████ (.4); wrote draft e-mail to ███████ re ███████ (.3); wrote e-mail to M. Hankin re ███████ (.2); conferred with M. Hankin re ███████ (.1); conferred with ███████ and M. Hankin re ███████ (.2); searched for ███████ and ███████ (.3); reviewed ███████ (.1). | 1,665.00 |
| 2/16/10 | DJB | .50 | { L190 } {A107} Telephone conference with opposing counsel re ███████. | 462.50 |
| 2/18/10 | DJB | 1.30 | { L190 } {A107} Telephone conference with Morgan Stanley counsel re ███████ (.5); prepared e-mail re same (.5); reviewed ███████ and prepared further e-mail re same (.3). | 1,202.50 |
| 2/18/10 | WAT | .30 | { L110 } {A104} Reviewed proposed summary ███████. | 153.00 |
| 2/18/10 | MZH | .90 | { L120 } {A104} Reviewed and commented on ███████. | 675.00 |

Federal Identification No. 36-2192554

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| 2/18/10 | SEB | 2.60 | { L190 } {A105} E-mailed D. Bradford re ▓▓▓ (.1); continued drafting s ▓▓▓ (1.6); reviewed ▓▓▓. | 962.00 |
| 2/24/10 | WAT | 1.00 | { L110 } {A104} Reviewed and revised ▓▓▓ | 510.00 |
| 2/25/10 | MZH | 2.10 | { L120 } {A104} Reviewed and commented on ▓▓▓ | 1,575.00 |
| 2/25/10 | SEB | 6.90 | { L190 } {A103} Drafted memorandum re ▓▓▓ | 2,553.00 |
| | | 27.50 | PROFESSIONAL SERVICES | 15,048.00 |

## DISBURSEMENTS

| 2/18/10 | Photocopy Expense | 5.76 |
| | TOTAL DISBURSEMENTS | 5.76 |

## INVOICE TOTAL

$ 15,053.76

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 5.80 | 925.00 | 5,365.00 |
| MARC B. HANKIN | 3.80 | 750.00 | 2,850.00 |
| WADE A. THOMSON | 1.50 | 510.00 | 765.00 |
| SOFIA E. BILLER | 16.40 | 370.00 | 6,068.00 |
| TOTAL | 27.50 | | 15,048.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

# Cueto

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10024

THE TRIBUNE COMPANY                                    JANUARY 31, 2010
435 N. MICHIGAN AVENUE                           INVOICE # 9158686
CHICAGO, IL  60611
ATTN: KAREN H. FLAX

**CUETO**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009                                    $ 187.50

DISBURSEMENTS                                                         638.31
                                                          _____
                                    TOTAL INVOICE          $ 825.81

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL  60611                                                    INVOICE # 9158686
ATTN: KAREN H. FLAX

JANUARY 31, 2010

CLIENT NUMBER -      45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009

CUETO                                              MATTER NUMBER -      10024

| | | | | |
|---|---|---|---|---|
| 12/14/09 | DLB | .20 | { L120 } {A104} Reviewed and analyzed Cueto's new motion to reconsider. | 125.00 |
| 12/30/09 | DLB | .10 | { L120 } {A104} Reviewed and analyzed court's order denying Cueto's motion to reconsider. | 62.50 |
| | | 0.30 | PROFESSIONAL SERVICES | 187.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 11/30/09 | Out of Town Travel, D. Berman, 11/30/2009 to St. Louis (Attend Court Hearing) | 626.70 |
| 12/21/09 | Photocopy Expense | 8.55 |
| 12/22/09 | Photocopy Expense | 3.06 |
| | TOTAL DISBURSEMENTS | 638.31 |

**INVOICE TOTAL**                              **$  825.81**

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DEBBIE L. BERMAN | 0.30 | 625.00 | 187.50 |
| TOTAL | 0.30 | | 187.50 |

Federal Identification No. 36-2192554

# Fee Applications

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                          JANUARY 31, 2010
435 NORTH MICHIGAN AVENUE                    INVOICE # 9158692
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009                          $7,061.50

DISBURSEMENTS                                          37.71

                              TOTAL INVOICE      $7,099.21

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                          INVOICE # 9158692
ATTN: DONALD J. LIEBENTRITT


                                                               JANUARY 31, 2010

CLIENT NUMBER -      45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2009


FEE APPLICATION                                   MATTER NUMBER -      10164

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 12/04/09 | DJB | .50 | { L190 } {A104} Reviewed fee examiner's report re fee application. | 437.50 |
| 12/04/09 | DJB | .80 | { L190 } {A103} Worked on response to fee examiner's inquiry re second interim fee application. | 700.00 |
| 12/04/09 | LSR | 1.60 | { L210 } {A103} Drafted October fee application. | 520.00 |
| 12/06/09 | DJB | .50 | { L190 } {A103} Worked on letter responding to fee examiner's inquiry and analyzed same. | 437.50 |
| 12/07/09 | DJB | 1.00 | { L190 } {A103} Worked on response to fee examiner's inquiry re second interim fee application. | 875.00 |
| 12/08/09 | MXP | 2.30 | { L210 } {A104} Reviewed invoices and prepared charts for Jenner's fee application exhibits. | 391.00 |
| 12/08/09 | MHM | 2.30 | { L210 {A104} Reviewed and proofread examiner submission data for conformance with redactions. | 621.00 |
| 12/08/09 | DJB | 1.20 | { L190 } {A103} Worked on response to fee examiner's inquiry re fee application and disclosure issues. | 1,050.00 |
| 12/09/09 | MXP | 1.90 | { L210 } {A103} Worked on preparing exhibits to Jenner's fee application. | 323.00 |
| 12/09/09 | DJB | .50 | { L190 } {A103} Drafted response re fee examiner's inquiry. | 437.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 12/09/09 | LSR | .20 | { L210 } {A103} Edited November fee application. | 65.00 |
| 12/09/09 | LSR | 1.10 | { L210 } {A103} Edited response to examiner's report re second quarterly fee application. | 357.50 |
| 12/10/09 | CS | .50 | { L190 } {A103} Revised examiner's response. | 362.50 |
| 12/15/09 | LSR | .40 | { L190 } {A104} Reviewed October time for redactions (.2); incorporated changes to fee application based on redactions (.2). | 130.00 |
| 12/28/09 | LSR | .20 | { L210 } {A104} Edited October fee application. | 65.00 |
| 12/29/09 | MXP | 1.70 | { L210 } {A103} Prepared exhibits to Jenner's October 2009 fee invoice. | 289.00 |
| | | 16.70 | PROFESSIONAL SERVICES | 7,061.50 |

**DISBURSEMENTS**

| 12/08/09 | Photocopy Expense | 33.12 |
| 12/08/09 | Photocopy Expense | 4.59 |
| | TOTAL DISBURSEMENTS | 37.71 |

**INVOICE TOTAL**                    $ 7,099.21

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|--|-------|------|--------|
| DAVID J. BRADFORD | | 4.50 | 875.00 | 3,937.50 |
| CATHERINE L. STEEGE | | 0.50 | 725.00 | 362.50 |
| LANDON S. RAIFORD | | 3.50 | 325.00 | 1,137.50 |
| MICHAEL H. MATLOCK | | 2.30 | 270.00 | 621.00 |
| MARC A. PATTERSON | | 5.90 | 170.00 | 1,003.00 |
| | TOTAL | 16.70 | | 7,061.50 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                   MARCH 10, 2010
435 NORTH MICHIGAN AVENUE                       INVOICE # 9162278
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2010                                      $4,720.00

DISBURSEMENTS                                                          59.41

                                        TOTAL INVOICE        $4,779.41

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                            INVOICE # 9162278
ATTN: DONALD J. LIEBENTRITT

MARCH 10, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JANUARY 31, 2010

FEE APPLICATION                                      MATTER NUMBER -     10164

| 1/08/10 | LSR | .80 | { L210 } {A103} Edited fourth quarterly application. | 296.00 |
| 1/13/10 | DJB | .50 | { L190 } {A104} Worked on legal bill issues related to quarterly submission. | 462.50 |
| 1/14/10 | DJB | .50 | { L190 } {A103} Worked on November fee application. | 462.50 |
| 1/14/10 | LSR | 3.20 | { L210 } {A103} Drafted November fee application. | 1,184.00 |
| 1/14/10 | LSR | 2.40 | { L210 } {A103} Drafted fourth quarterly fee application. | 888.00 |
| 1/15/10 | LSR | .50 | { L210 } {A103} Edited fourth quarterly fee application. | 185.00 |
| 1/19/10 | LSR | .30 | { L210 } {A103} Edited fourth quarterly fee application. | 111.00 |
| 1/20/10 | LSR | .30 | { L210 } {A103} Edited fourth quarterly fee application. | 111.00 |
| 1/21/10 | MXP | 3.60 | { L210 } {A110} Prepared exhibits to Jenner's fee application. | 612.00 |
| 1/27/10 | MXP | 2.40 | { L210 } {A103} Worked on reviewing fee invoices and redacting exhibits re Jenner's fee application. | 408.00 |
| | | 14.50 | PROFESSIONAL SERVICES | 4,720.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---:|
| 1/06/10 | Pacer Charges | 40.24 |
| 1/21/10 | Photocopy Expense | 3.87 |
| 1/28/10 | Photocopy Expense | 15.30 |
| | TOTAL DISBURSEMENTS | 59.41 |

**INVOICE TOTAL**              **$ 4,779.41**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| DAVID J. BRADFORD | 1.00 | 925.00 | 925.00 |
| LANDON S. RAIFORD | 7.50 | 370.00 | 2,775.00 |
| MARC A. PATTERSON | 6.00 | 170.00 | 1,020.00 |
| TOTAL | 14.50 | | 4,720.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                    MARCH 31, 2010
435 NORTH MICHIGAN AVENUE                      INVOICE # 9164212
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

## FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2010                                          $4,993.00

DISBURSEMENTS                                                              38.72

                                        TOTAL INVOICE        $5,031.72

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                    INVOICE # 9164212
ATTN: DONALD J. LIEBENTRITT


MARCH 31, 2010


CLIENT NUMBER -      45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2010


FEE APPLICATION                                    MATTER NUMBER -      10164


| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 2/01/10 | LSR | .50 | { L210 } {A103} Drafted email to Fee Examiner re submission of Fourth Quarterly Fee Application. | 185.00 |
| 2/04/10 | LSR | 1.30 | { L210 } {A103} Drafted December Fee Application. | 481.00 |
| 2/05/10 | LSR | 1.00 | { L210 } {A103} Continued drafting December Fee Application. | 370.00 |
| 2/08/10 | LSR | 4.00 | { L210 } {A103} Edited response to Fee Examiner's preliminary re Third Quarterly Fee Application. | 1,480.00 |
| 2/10/10 | LSR | 2.50 | { L210 } {A103} Edited response to Fee Examiner's preliminary report re Third Quarterly Fee Application. | 925.00 |
| 2/12/10 | MXP | 2.90 | { L210 } {A110} Worked on preparing exhibits to Jenner's December Fee Application. | 493.00 |
| 2/15/10 | MXP | 1.40 | { L210 } {A110} Continued work on preparing exhibits to Jenner's December Fee Application. | 238.00 |
| 2/15/10 | LSR | 1.50 | { L210 } {A103} Edited response to Fee Examiner's preliminary report re Jenner's Third Quarterly Fee Application. | 555.00 |
| 2/16/10 | LSR | .30 | { L210 } {A103} Drafted December Fee Application. | 111.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 2/24/10 | CS | .20 | { L210 } {A103} Revised response to Fee Examiner. | 155.00 |
|---------|----|-----|--------------------------------------------------|--------|
|         |    | 15.60 | PROFESSIONAL SERVICES | 4,993.00 |

**DISBURSEMENTS**

| 1/06/10 | Pacer Charges | 2.40 |
|---------|---------------|------|
| 1/06/10 | Pacer Charges | 36.32 |
|         | TOTAL DISBURSEMENTS | 38.72 |

**INVOICE TOTAL**                          $ 5,031.72

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|--|-------|------|--------|
| CATHERINE L. STEEGE | | 0.20 | 775.00 | 155.00 |
| LANDON S. RAIFORD | | 11.10 | 370.00 | 4,107.00 |
| MARC A. PATTERSON | | 4.30 | 170.00 | 731.00 |
| | TOTAL | 15.60 | | 4,993.00 |

Federal Identification No. 36-2192554