**EXHIBIT B**

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| Out of Town Travel | 626.70 |
| Pacer Charges | 146.32 |
| Photocopy Expense | 741.81 |
| Special Messenger Service | 13.00 |
| UPS | 100.73 |
| Westlaw Research | 846.64 |
| **Total** | **2,475.20** |