**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period January 1, 2010 through February 28, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 1,642.80 | $403,000.00 |
| **Subtotal - Fixed Fee Services** | **1,642.80** | **$403,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 17.00 | $7,340.00 |
| **Subtotal - Hourly Services** | **17.00** | **$7,340.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 4.00 | $1,420.00 |
| Monthly, Interim and Final Fee Applications | 57.60 | $16,183.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **61.60** | **$17,603.00** |
| | | |
| **Total Hours and Compensation** | **1,721.40** | **$427,943.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period January 1, 2010 through February 28, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 1,642.80 | $403,000.00 |
| **Subtotal - Fixed Fee Services** | **1,642.80** | **$403,000.00** |
| **Total Hours and Compensation** | **1,642.80** | **$403,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**January 1, 2010 through February 28, 2010**

| Professional | Professional's Position | Hours |
|---|---|---:|
| Grant E Hellwarth | Partner | 2.00 |
| James M Maurer | Partner | 5.00 |
| John A Sandmeier | Partner | 9.00 |
| Karen T Lohnes | Partner | 1.50 |
| Thomas D. Snyder | Partner | 17.50 |
| William T England | Partner | 34.00 |
| Christopher J King | Director | 10.50 |
| Daniel R Plante | Director | 4.00 |
| John F McKey | Director | 2.00 |
| Kim Stawski | Director | 39.20 |
| Natasha D Granholm | Director | 15.50 |
| Jeffrey S Anderes | Senior Manager | 1.00 |
| Matthew B Larsen | Senior Manager | 179.00 |
| Gent Dirga | Manager | 2.00 |
| Justin A Spahn | Manager | 162.00 |
| Kazuko Minagawa Prock | Manager | 8.00 |
| Shawn M Felt | Manager | 29.00 |
| Sumaira Maryum Akhtar | Manager | 23.50 |
| Courtney D Epps | Senior Associate | 2.50 |
| Laura C Truax | Senior Associate | 7.50 |
| Lisa J Gross | Senior Associate | 2.00 |
| Mary J. Witt | Senior Associate | 6.00 |
| Meaghan K Sullivan | Senior Associate | 136.50 |
| Rakesh Agarwal | Senior Associate | 2.00 |
| Sheri L Meyers | Senior Associate | 96.50 |
| Abigail E Sullivan | Associate | 263.50 |
| Andrea Qi | Associate | 4.00 |
| Basu Soumi | Associate | 0.30 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                              **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2009 Consolidated Audit**

**Summary of Professionals, Hours and Payments For the Period**

**January 1, 2010 through February 28, 2010**

| Professional | Professional's Position | Hours |
|---|---|---:|
| Bradley D Ebenhoeh | Associate | 16.00 |
| Brian A Farrer | Associate | 68.30 |
| Daniel P Homan | Associate | 15.50 |
| Domonique P Hinton | Associate | 163.90 |
| Jack Blau | Associate | 3.00 |
| Jasprit Kaur Gill | Associate | 15.00 |
| Jerry B Mack | Associate | 47.50 |
| Lisa M Barbour | Associate | 9.50 |
| Melissa Mary Begley | Associate | 202.00 |
| Meredith A Flittner | Associate | 18.50 |
| Nicole K Spear | Associate | 2.00 |
| Sumita Basu | Associate | 7.20 |
| Trina J. Oatis-Amison | Associate | 0.40 |
| Lauren Lynn Bojovic | Administrative | 2.00 |
| Regina L Skirius | Administrative | 1.50 |
| Diane Mathews | Professional Assistant | 1.00 |
| Rulla Farra | Professional Assistant | 4.00 |

| | | |
|---|---|---:|
| **Total Hours Incurred during Compensation Period** | | **1,642.80** |
| Total Hours Incurred prior to January 1, 2010 | | 3,131.20 |
| **Total Hours Incurred through February 28, 2010** | | **4,774.00** |

| | | |
|---|---|---:|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | $778,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | $672,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | **$1,450,000.00** |

| | | |
|---|---:|---:|
| **Requested Payment - 2009 Consolidated Audit** | **1,642.80** | **$403,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                         **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - January 1, 2010 through February 28, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 221.20 |
| 2950 - Business Unit Analytics and Year-End Update | 105.00 |
| 3000 - Advertising Revenue and Receivables | 21.10 |
| 3100 - Purchasing and Payables Process | 39.10 |
| 3200 - Treasury and Cash Management  Process | 68.70 |
| 3250 - Investments Process | 28.50 |
| 3400 - Property, Plant & Equipment Process | 3.20 |
| 3450 - Goodwill and Intangibles Process | 26.40 |
| 3600 - Payroll Process | 28.70 |
| 3650 - Benefits Process | 168.30 |
| 3700 - Income Tax Process | 178.70 |
| 3900 - Period-end Financial Reporting Process | 71.80 |
| 5500 - Financing Process | 25.90 |
| 6000 - Audit of ICFR - Finalization procedures | 5.00 |
| 8200 - Litigation, Claims and Assessments/Lawyer's Letters | 13.90 |
| 8700 - Completion | 3.00 |
| 2900 - Information Technology General Controls | 64.00 |
| 9500 - Cubs Transaction | 76.00 |
| CTC Fieldwork | 37.30 |
| KTLA Fieldwork | 27.60 |
| Sun Sentinel Fieldwork | 97.40 |
| Tribune Interactive Fieldwork | 10.30 |
| WGN Fieldwork | 55.40 |
| WPIX Fieldwork | 28.20 |
| FSC Fieldwork | 8.00 |
| LAT Fieldwork | 43.70 |
| TBS Fieldwork | 19.60 |
| TBC Fieldwork | 85.80 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                          **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - January 1, 2010 through February 28, 2010**

| Category | Hours |
|---|---|
| TPC Fieldwork | 24.50 |
| Review Business Unit Fieldwork | 56.50 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **1,642.80** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                          **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period January 1, 2010 through February 28, 2010**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| J. Timothy Winks | Senior Managing Director | $600 | 3.00 | $1,800.00 |
| Alex Thacher | Director | $450 | 3.50 | $1,575.00 |
| Stephen B Danton | Director | $450 | 7.00 | $3,150.00 |
| Lucy M Littlejohn | Manager | $280 | 0.50 | $140.00 |
| Samuel I. Lovitch | Senior Associate | $225 | 3.00 | $675.00 |
| **Subtotal - Claims Consulting Services** | | | **17.00** | **$7,340.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 1.00 | $550.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 3.00 | $870.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **4.00** | **$1,420.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 3.60 | $1,980.00 |
| Justin A Spahn | Manager | $330 | 4.00 | $1,320.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 40.20 | $11,658.00 |
| Fannie Kurniawan | Professional Assistant (Bankruptcy) | $125 | 9.80 | $1,225.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **57.60** | **$16,183.00** |
| **Total Hours and Compensation** | | | **78.60** | **$24,943.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2010 through February 28, 2010

**Exhibit C-2**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Claims Consulting Services** | | | | | | |
| 1/4/2010 | Lucy M Littlejohn | Manager | 02I0H0001: Review negotiation strategy and discussions with Monica Melgarejo (Tribune) regarding the same. | $280.00 | 0.50 | $140.00 |
| 1/4/2010 | J. Timothy Winks | Senior Managing Director | 02I0H0002: Prepare for strategy discussion with the City of Chicago. | $600.00 | 0.20 | $120.00 |
| 1/4/2010 | Stephen B Danton | Director | 02I0H0003: Review current status of assessments and discussion with Lucy Littlejohn (City Attorney) regarding assessment dates. | $450.00 | 1.00 | $450.00 |
| 1/5/2010 | J. Timothy Winks | Senior Managing Director | 02I0H0004: Review Chicago claims information. | $600.00 | 0.50 | $300.00 |
| 1/5/2010 | Stephen B Danton | Director | 02I0H0005: Discussion with Kim Cooke (Chicago Taxing Authority) regarding settlement discussions with client, receipt of additional information, and assessments. | $450.00 | 1.00 | $450.00 |
| 1/8/2010 | Stephen B Danton | Director | 02I0H0006: Review claims status and follow up with Tim Winks (PwC) regarding status. | $450.00 | 0.50 | $225.00 |
| 1/13/2010 | Stephen B Danton | Director | 02I0H0007: Follow-up on status conference with city attorney. | $450.00 | 0.50 | $225.00 |
| 1/19/2010 | Stephen B Danton | Director | 02I0H0008: Review settlement matters. | $450.00 | 0.50 | $225.00 |
| 1/26/2010 | Stephen B Danton | Director | 02I0H0009: Review scheduling request for materials. | $450.00 | 0.50 | $225.00 |
| 2/2/2010 | J. Timothy Winks | Senior Managing Director | 02I0H0010: Review negotiation strategy and discussions with Monica Melgarejo (Tribune) regarding the same. | $600.00 | 0.70 | $420.00 |
| 2/2/2010 | Stephen B Danton | Director | 02I0H0011: Review claim status with the city of Chicago and client. | $450.00 | 1.00 | $450.00 |
| 2/3/2010 | Stephen B Danton | Director | 02I0H0012: Follow-up discussion with Monica Melgarejo (Tribune) regarding request for city of additional assessments. | $450.00 | 0.50 | $225.00 |
| 2/8/2010 | Stephen B Danton | Director | 02I0H0013: Review receipt of additional assessments. | $450.00 | 0.50 | $225.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period January 1, 2010 through February 28, 2010**

**Exhibit C-2**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 2/17/2010 | J. Timothy Winks | Senior Managing Director | 0210H0014: Conference call with the Chicago City Attorney's office and research files for previous Chicago bankruptcy settlement. | $600.00 | 1.10 | $660.00 |
| 2/17/2010 | Stephen B Danton | Director | 0210H0015: Follow-up discussions with the Attorney for the city and analyze the priority and non-priority claims. | $450.00 | 1.00 | $450.00 |
| 2/19/2010 | Alex Thacher | Director | 0210H0016: Review LA city business tax and discussion with Shanice Wong (Tribune) regarding email request. | $450.00 | 0.50 | $225.00 |
| 2/22/2010 | J. Timothy Winks | Senior Managing Director | 0210H0017: Research City of Chicago negotiations. | $600.00 | 0.50 | $300.00 |
| 2/23/2010 | Alex Thacher | Director | 0210H0018: Review of status of refund claims and prospective strategy. | $450.00 | 1.00 | $450.00 |
| 2/23/2010 | Alex Thacher | Director | 0210H0019: Meeting with Chris Matarese (Ajalat, Polley, Ayoob, and Matarese), Shanice Wong and John Perdigo (LA Times) regarding refund claim. | $450.00 | 1.00 | $450.00 |
| 2/23/2010 | Alex Thacher | Director | 0210H0020: Follow up discussion with Chris Matarese (Ajalat, Polley, Ayoob, and Matarese) regarding refund claim. | $450.00 | 1.00 | $450.00 |
| 2/24/2010 | Samuel I. Lovitch | Senior Associate | 0210H0021: Meeting with Duc Vu (City of Los Angeles) to discuss the refund claim and email correspondences regarding the same. | $225.00 | 1.00 | $225.00 |
| 2/24/2010 | Samuel I. Lovitch | Senior Associate | 0210H0022: Meeting with Chris Materese and Richard Ayoob (Ajalat, Polley, Ayoob, and Matarese) regarding the refund claims. | $225.00 | 1.00 | $225.00 |
| 2/24/2010 | Samuel I. Lovitch | Senior Associate | 0210H0023: Meeting with Shanice Wong and John Perdigo (LA Times) to discuss the refund claims. | $225.00 | 1.00 | $225.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **17.00** | **$7,340.00** |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|---------------------|
| **Employment Applications and Other Court Filings** | | | | | | |
| 1/14/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 02I0H0024: Prepare the Fourth Interim Fee Application and review the Fourth Supplemental Affidavit to be completed. | $290.00 | 1.80 | $522.00 |
| 1/14/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 02I0H0025: Prepare the Fourth Supplemental Affidavit. | $290.00 | 1.20 | $348.00 |
| 2/4/2010 | Andrea Clark Smith | Director (Bankruptcy) | 02I0H0026: Review preliminary draft Fourth Supplemental Affidavit. | $550.00 | 0.50 | $275.00 |
| 2/5/2010 | Andrea Clark Smith | Director (Bankruptcy) | 02I0H0027: Finalize the Fourth Supplemental and distribute to Counsel for filing with the Court. | $550.00 | 0.50 | $275.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | **4.00** | **$1,420.00** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 1/11/2010 | Justin A Spahn | Manager | 02I0H0028: Review the November 2009 time consolidator. | $330.00 | 2.00 | $660.00 |
| 1/12/2010 | Justin A Spahn | Manager | 02I0H0029: Review the November 2009 time consolidator. | $330.00 | 2.00 | $660.00 |
| 1/12/2010 | Fannie Kurniawan | Professional Assistant (Bankruptcy) | 02I0H0030: Assemble the November 2009 time trackers into the time consolidator. | $125.00 | 1.00 | $125.00 |
| 1/12/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 02I0H0031: Review the November 2009 time consolidator and details received from Justin Spahn (PwC). | $290.00 | 0.80 | $232.00 |
| 1/13/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 02I0H0032: Review the November 2009 time consolidator. | $290.00 | 3.00 | $870.00 |
| 1/13/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 02I0H0033: Import the November 2009 consolidator into Access and create the exhibits. | $290.00 | 1.00 | $290.00 |
| 1/13/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 02I0H0034: Email communications with Justin Spahn (PwC) regarding the 2009 project categories, revise the consolidator, and prepare the exhibits. | $290.00 | 0.70 | $203.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period January 1, 2010 through February 28, 2010

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/13/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0035: Prepare the November Monthly Fee Application Narrative. | $290.00 | 0.90 | $261.00 |
| 1/13/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0036: Perform a final review of the November 2009 exhibits. | $290.00 | 0.50 | $145.00 |
| 1/14/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0037: Review the November 2009 Monthly Fee Application and Exhibits. | $290.00 | 1.50 | $435.00 |
| 1/15/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0210H0038: Review the November 2009 Monthly Fee Application and Exhibits. | $550.00 | 0.80 | $440.00 |
| 1/15/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0039: Revise the November 2009 Monthly Fee Application and the Fourth Interim based upon comments received from Andrea Clark Smith (PwC). | $290.00 | 0.80 | $232.00 |
| 1/15/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0040: Finalize the Fourth Supplemental Affidavit with comments provided by Justin Spahn (PwC). | $290.00 | 0.20 | $58.00 |
| 1/15/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0041: Perform a final review of the November 2009 Monthly Fee Application and Fourth Interim and send to William England (PwC) for signature. | $290.00 | 0.50 | $145.00 |
| 1/15/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0042: Communications with Fannie Kurniawan (PwC) regarding the December 2009 Consolidator. | $290.00 | 0.20 | $58.00 |
| 1/15/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0043: Prepare the November 2009 Monthly Fee Application and the Fourth Interim for Filing with the court. | $290.00 | 0.20 | $58.00 |
| 1/15/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0044: Prepare the November 2009 Fee Statement. | $290.00 | 0.20 | $58.00 |
| 1/15/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0045: Prepare the November Excel file to send to the Fee Auditor. | $290.00 | 0.30 | $87.00 |
| 1/15/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0046: Review the December 2009 WIP Recon and send to Justin Spahn (PwC) for review. | $290.00 | 0.70 | $203.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 1/18/2010 | Fannie Kurniawan | Professional Assistant (Bankruptcy) | 0210H0047: Assemble the December 2009 expense consolidators. | $125.00 | 2.00 | $250.00 |
| 1/18/2010 | Fannie Kurniawan | Professional Assistant (Bankruptcy) | 0210H0048: Assemble the December 2009 time consolidator. | $125.00 | 2.80 | $350.00 |
| 1/28/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0049: Meeting with Justin Spahn (PwC) to review the expense policy and consolidator. | $290.00 | 0.60 | $174.00 |
| 2/1/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0050: Review the December 2009 time consolidator. | $290.00 | 3.30 | $957.00 |
| 2/1/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0051: Review the December 2009 time consolidator; communications regarding the ESOP and Forms 5500 invoices to be prepared. | $290.00 | 2.40 | $696.00 |
| 2/2/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0052: Review the December 2009 time consolidator. | $290.00 | 1.70 | $493.00 |
| 2/2/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0053: Review the Second Interim Final Fee Auditor's Report and update the consolidator with the voluntary reductions. | $290.00 | 0.90 | $261.00 |
| 2/2/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0054: Review the WIP LT for the Forms 5500 Related Filings and determine billable amount. | $290.00 | 0.90 | $261.00 |
| 2/2/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0055: Finalize the December 2009 time consolidator. | $290.00 | 0.30 | $87.00 |
| 2/2/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0056: Prepare the December 2009 time exhibits. | $290.00 | 3.00 | $870.00 |
| 2/3/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0057: Review the December 2009 expense consolidator. | $290.00 | 4.30 | $1,247.00 |
| 2/5/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0058: Create the December 2009 Exhibits. | $290.00 | 2.20 | $638.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 2/5/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0059: Review the December 2009 expense consolidator. | $290.00 | 1.30 | $377.00 |
| 2/8/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0060: Finalize the December 2009 expense consolidator. | $290.00 | 1.50 | $435.00 |
| 2/8/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0061: Prepare the December 2009 Monthly Fee Application Narrative and exhibits. | $290.00 | 3.00 | $870.00 |
| 2/8/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0210H0062: Review and revise the December 2009 exhibits and corresponding consolidators. | $550.00 | 2.50 | $1,375.00 |
| 2/10/2010 | Fannie Kurniawan | Professional Assistant (Bankruptcy) | 0210H0063: Assemble the January 2010 time consolidator. | $125.00 | 1.00 | $125.00 |
| 2/10/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0064: Discussions with Justin Spahn (PwC) regarding the December 2009 Monthly Fee Application. | $290.00 | 0.40 | $116.00 |
| 2/11/2010 | Fannie Kurniawan | Professional Assistant (Bankruptcy) | 0210H0065: Assemble the January 2010 time and expense consolidators. | $125.00 | 3.00 | $375.00 |
| 2/12/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0066: Finalize the December 2009 Monthly Fee Application with comments provided by Justin Spahn (PwC) and update the expense consolidator and narrative accordingly. | $290.00 | 0.50 | $145.00 |
| 2/16/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0210H0067: Review the December 2009 narrative and corresponding exhibits. | $550.00 | 0.30 | $165.00 |
| 2/17/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0068: Revise the December 2009 Monthly Fee Application based upon Andrea Clark Smith's (PwC) review and send to William England (PwC) for signature. | $290.00 | 0.70 | $203.00 |
| 2/19/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0069: Finalize the December 2009 Monthly Fee Application and send to Counsel. | $290.00 | 0.70 | $203.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

**Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 2/19/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0070: Review the December 2009 Fee Statement and finalize. | $290.00 | 0.20 | $58.00 |
| 2/24/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0071: Review the Docket for the Third Interim Fee Examiners Report and communications with Justin Spahn (PwC) regarding the January and February Monthly Fee Applications. | $290.00 | 0.30 | $87.00 |
| 2/24/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0072: Review the Third Interim Fee Auditor's Report. | $290.00 | 0.30 | $87.00 |
| 2/24/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0210H0073: Review the Third Interim Fee Auditor's Report and send email to Janet Krueger (PwC) regarding items. | $290.00 | 0.20 | $58.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **57.60** | **$16,183.00** |
| **Total Hours and Compensation** | | | | | **78.60** | **$24,943.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**          **Exhibit D-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Summary of Expenditures by Project and Type**

**For the Period January 1, 2010 through February 28, 2010**

| Transaction Type | Total Expenditures |
|---|---:|
| **2008 Consolidated Audit** | |
| Public/ground transportation | $26.00 |
| Telephone Tolls | $96.45 |
| **Subtotal - 2008 Consolidated Audit** | **$122.45** |
| **2009 Consolidated Audit** | |
| Airfare | $1,618.55 |
| Lodging | $4,729.56 |
| Meals | $772.88 |
| Mileage Allowance | $169.30 |
| Parking | $244.00 |
| Public/ground transportation | $969.43 |
| Rental Car | $309.90 |
| Telephone Tolls | $29.40 |
| **Subtotal - 2009 Consolidated Audit** | **$8,843.02** |
| **Tax Consulting Services** | |
| Public/ground transportation | $20.00 |
| **Subtotal - Tax Consulting Services** | **$20.00** |
| **Total Expenditures** | **$8,985.47** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1

Tuesday, April 13, 2010

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| **2008 Consolidated Audit** | | | | |
| 11/17/2009 | Matthew B Larsen | Public/ground transportation | 0210E001: TAXI AFFILIATION SERVICES - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $6.00 |
| 12/8/2009 | Matthew B Larsen | Public/ground transportation | 0210E002: CHICAGO CARRIAGE CAB CO - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $7.00 |
| 12/14/2009 | Matthew B Larsen | Public/ground transportation | 0210E003: TAXI AFFILIATION SERVICES - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $7.00 |
| 12/14/2009 | Matthew B Larsen | Public/ground transportation | 0210E004: YELLOW TAXI - TAXI FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $6.00 |
| 12/18/2009 | Matthew B Larsen | Telephone Tolls | 0210E005: BOINGO WIRELESS 800-880-4117 CA - INTERNET FEES WHILE WORKING ON CLIENT MATTERS DURING TRAVEL. | $6.95 |
| 12/19/2009 | Matthew B Larsen | Telephone Tolls | 0210E006: BT OPENZONE SERVICES LONDON UK - INTERNET FEES WHILE WORKING ON CLIENT MATTERS DURING TRAVEL. | $10.01 |
| 12/20/2009 | Matthew B Larsen | Telephone Tolls | 0210E007: BT OPENZONE SERVICES LONDON UK - INTERNET FEES WHILE WORKING ON CLIENT MATTERS DURING TRAVEL. | $9.79 |
| 12/21/2009 | Matthew B Larsen | Telephone Tolls | 0210E008: BT OPENZONE SERVICES LONDON UK - INTERNET FEES WHILE WORKING ON CLIENT MATTERS DURING TRAVEL. | $43.75 |
| 12/28/2009 | Matthew B Larsen | Telephone Tolls | 0210E009: BT OPENZONE SERVICES LONDON UK - INTERNET FEES WHILE WORKING ON CLIENT MATTERS DURING TRAVEL. | $9.65 |
| 12/31/2009 | Matthew B Larsen | Telephone Tolls | 0210E010: BT OPENZONE SERVICES LONDON UK - INTERNET FEES WHILE WORKING ON CLIENT MATTERS DURING TRAVEL. | $16.30 |
| Subtotal - 2008 Consolidated Audit | | | | $122.45 |
| **2009 Consolidated Audit** | | | | |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**

**Exhibit D-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 11/17/2009 | Domonique P Hinton | Airfare | 0210E011: DELTA AIR LINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > MDW TO NYC WEEK OF 12/6/09 - 12/11/09. | $186.20 |
| 11/18/2009 | Domonique P Hinton | Airfare | 0210E012: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE WEEK OF 12/6/09-12/11/09. | $7.00 |
| 12/4/2009 | Matthew B Larsen | Airfare | 0210E013: AMERICAN AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > MDW TO NYC WEEK OF 12/9/09 - 12/11/09. | $410.94 |
| 12/5/2009 | Elizabeth A Kusek | Meals | 0210E014: XIV LOS ANGELES CA - DINNER - SELF. | $50.00 |
| 12/6/2009 | Domonique P Hinton | Airfare | 0210E015: DELTA AIR LINES CHICAGO IL - BAGGAGE FEE ON 12/6/10. | $20.00 |
| 12/6/2009 | Domonique P Hinton | Telephone Tolls | 0210E016: SEAMLESSWEB 800-905-9322 NY - INTERNET USAGE AT HOTEL WEEK OF 12/6/09-12/11/09. | $28.31 |
| 12/6/2009 | Domonique P Hinton | Public/ground transportation | 0210E017: LIGHT SOURCE INC LIG NEW YORK NY - TAXI FROM AIRPORT TO HOTEL. | $41.08 |
| 12/6/2009 | Domonique P Hinton | Mileage Allowance | 0210E018: MILEAGE ALLOWANCE - ALSIP, IL TO CHICAGO, IL. | $4.40 |
| 12/6/2009 | Elizabeth A Kusek | Meals | 0210E019: CHIN CHIN RESTAURANT BEVERLY HILLS CA - DINNER - SELF. | $21.66 |
| 12/7/2009 | Matthew B Larsen | Airfare | 0210E020: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE WEEK OF 12/9/09-12/11/09. | $14.00 |
| 12/7/2009 | Justin A Spahn | Airfare | 0210E021: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE WEEK OF 12/10/09-12/11/09. | $7.00 |
| 12/7/2009 | Domonique P Hinton | Meals | 0210E022: MARRIOTT 33789NYMRQU NEW YORK NY - DINNER - SELF. | $5.01 |

Page 2 of 10

Tuesday, April 13, 2010

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                                                           Exhibit D-2

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 12/7/2009 | Domonique P Hinton | Telephone Tolls | 0210E023: SEAMLESSWEB 800-905-9322 NY - INTERNET USAGE AT HOTEL WEEK OF 12/6/09-12/11/09. | $1.09 |
| 12/7/2009 | Domonique P Hinton | Meals | 0210E024: RUBY FOO'S TIME SQUA NEW YORK NY - DINNER - A. SULLIVAN AND SELF. | $99.60 |
| 12/7/2009 | Domonique P Hinton | Public/ground transportation | 0210E025: NYC TAXI MED 7P96 09 LONG ISLAND C NY - TAXI FROM HOTEL TO TRIBUNE. | $6.21 |
| 12/8/2009 | Domonique P Hinton | Meals | 0210E026: MARRIOTT 33789NYMRQU NEW YORK NY - DINNER - SELF. | $7.24 |
| 12/8/2009 | Domonique P Hinton | Public/ground transportation | 0210E027: NYC TAXI MED 4D99 09 LONG ISLAND C NY - TAXI FROM HOTEL TO TRIBUNE. | $10.25 |
| 12/9/2009 | Matthew B Larsen | Public/ground transportation | 0210E028: BOULEVARD TAXI LEASI LONG ISLAND CITY NY - TAXI FROM AIRPORT TO HOTEL. | $36.67 |
| 12/9/2009 | Matthew B Larsen | Meals | 0210E029: MCDONALDS - DINNER - SELF. | $5.80 |
| 12/9/2009 | Matthew B Larsen | Public/ground transportation | 0210E030: CHICAGO CARRIAGE CAB CO - TAXI FROM HOME (DOWNTOWN CHICAGO) TO AIRPORT. | $40.00 |
| 12/9/2009 | Domonique P Hinton | Meals | 0210E031: MARRIOTT 33789NYMRQU NEW YORK NY - DINNER - SELF. | $7.95 |
| 12/9/2009 | Domonique P Hinton | Public/ground transportation | 0210E032: YELLOW CAB SLSJET MA LONG ISLAND CITY NY - TAXI FROM HOTEL TO TRIBUNE. | $12.20 |
| 12/10/2009 | Matthew B Larsen | Meals | 0210E033: BLUE FIN NEW YORK NY - DINNER - D. HINTON, A. SULLIVAN, AND SELF. | $150.00 |
| 12/10/2009 | Matthew B Larsen | Meals | 0210E034: PAX WHOLESOME FOOD - BREAKFAST - SELF. | $9.98 |
| 12/10/2009 | Domonique P Hinton | Meals | 0210E035: MARRIOTT 33789NYMRQU NEW YORK NY - DINNER - SELF. | $4.14 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 12/10/2009 | Domonique P Hinton | Public/ground transportation | 0210E036: ALL TAXI MANAGEMENT LONG ISLAND CITY NY - TAXI FROM HOTEL TO TRIBUNE. | $12.60 |
| 12/11/2009 | Matthew B Larsen | Public/ground transportation | 0210E037: JTL MANAGEMENT INC J LONG ISLAND CITY NY - TAXI FROM HOTEL TO TRIBUNE. | $11.00 |
| 12/11/2009 | Matthew B Larsen | Meals | 0210E038: PAX WHOLESOME FOOD - BREAKFAST - SELF. | $6.70 |
| 12/11/2009 | Domonique P Hinton | Meals | 0210E039: MARRIOTT 33789 NYMRQU NEW YORK NY - DINNER - SELF. | $6.37 |
| 12/12/2009 | Matthew B Larsen | Lodging | 0210E040: MARRIOTT 33789 NYMRQU NEW YORK NY - LODGING WEEK OF 12/9/09-12/11/09 (2 NIGHTS). | $693.22 |
| 12/12/2009 | Domonique P Hinton | Lodging | 0210E041: MARRIOTT 33789 NYMRQU NEW YORK NY - LODGING WEEK OF 12/6/09-12/11/09 (5 NIGHTS). | $1,733.05 |
| 12/13/2009 | Domonique P Hinton | Airfare | 0210E042: DELTA AIR LINES NYC-LAGUARDIANY - BAGGAGE FEE ON 12/11/10. | $20.00 |
| 12/13/2009 | Domonique P Hinton | Parking | 0210E043: MIDWAY PARKING 00000 CHICAGO IL - PARKING WHILE TRAVELING TO CLIENT LOCATION; WEEK OF 12/6/10-12/11/10. | $112.00 |
| 12/13/2009 | Domonique P Hinton | Public/ground transportation | 0210E044: NYC TAXI MED 2D57 JACKSON HEIGH NY - TAXI FROM HOTEL TO AIRPORT. | $41.72 |
| 12/13/2009 | Domonique P Hinton | Mileage Allowance | 0210E045: MILEAGE ALLOWANCE - CHICAGO, IL TO ALSIP, IL. | $4.40 |
| 12/14/2009 | Meaghan K Sullivan | Airfare | 0210E046: SOUTHWEST AIRLINES DALLAS TX - ECONOMY ROUNDTRIP AIRFARE > MDW TO FTL WEEK OF 1/3/10 - 1/8/10. | $508.22 |
| 12/15/2009 | Matthew B Larsen | Public/ground transportation | 0210E047: CHICAGO TAXI MEDALLI CHICAGO IL - TAXI FROM AIRPORT TO HOME (DOWNTOWN CHICAGO). | $38.95 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 1/3/2010 | Meaghan K Sullivan | Meals | 0210E048: CHAMPPS #65213 19002 FORT LAUDERDA FL - DINNER - SELF. | $31.88 |
| 1/3/2010 | Meaghan K Sullivan | Public/ground transportation | 0210E049: DISPATCH TAXI AFFILI CHICAGO IL - TAXI FROM CHICAGO, IL TO MDW. | $39.75 |
| 1/3/2010 | Abigail E Sullivan | Airfare | 0210E050: SOUTHWEST AIRLINES - ECONOMY ROUNDTRIP AIRFARE > MDW TO FTL WEEK OF 1/3/10 - 1/8/10. | $60.79 |
| 1/3/2010 | Abigail E Sullivan | Mileage Allowance | 0210E051: MILEAGE ALLOWANCE - HOMEWOOD, IL TO CHICAGO, IL. | $10.00 |
| 1/4/2010 | Justin A Spahn | Airfare | 0210E052: SOUTHWEST AIRLINES MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > MDW TO FTL WEEK OF 1/6/10 - 1/8/10. | $377.40 |
| 1/4/2010 | Meaghan K Sullivan | Meals | 0210E053: WINN-DIXIE #0265 0 DEERFIELD BEA FL - BREAKFAST - A. SULLIVAN AND SELF. | $9.88 |
| 1/4/2010 | Abigail E Sullivan | Meals | 0210E054: MARRIOTT MARRIOTT MA FT LAUDERDALE FL - DINNER - SELF. | $23.94 |
| 1/5/2010 | Justin A Spahn | Airfare | 0210E055: TRAVEL SERVICE FEE - AMEX TRAVEL SERVICE FEE WEEK OF 1/6/10-1/8/10. | $7.00 |
| 1/5/2010 | Meaghan K Sullivan | Meals | 0210E056: STARBUCKS USA 084269 DEERFIELD BEA FL - BREAKFAST - A. SULLIVAN AND SELF. | $13.56 |
| 1/5/2010 | Meaghan K Sullivan | Meals | 0210E057: LEGAL SEA FOODS #203 BOCA RATON FL - DINNER - A. SULLIVAN AND SELF. | $83.49 |
| 1/6/2010 | Justin A Spahn | Meals | 0210E058: GOLD COAST DOGS 0500 CHICAGO IL - DINNER - SELF. | $13.79 |
| 1/6/2010 | Justin A Spahn | Public/ground transportation | 0210E059: BROWARD TAXI, FT LAUDERDALE - TAXI FROM AIRPORT TO HOTEL. | $42.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 1/6/2010 | Meaghan K Sullivan | Meals | 0210E060: STARBUCKS USA 084269 DEERFIELD BEA FL - BREAKFAST - A. SULLIVAN AND SELF. | $14.74 |
| 1/6/2010 | Meaghan K Sullivan | Meals | 0210E061: LA BONNE CREPE 82526 FT. LAUDERDAL FL - DINNER - A. SULLIVAN AND SELF. | $64.00 |
| 1/7/2010 | Justin A Spahn | Meals | 0210E062: STARBUCKS USA 084269 DEERFIELD BEA FL - BREAKFAST - M. SULLIVAN, A. SULLIVAN, AND SELF. | $15.56 |
| 1/7/2010 | Justin A Spahn | Meals | 0210E063: TIMPANO FT LAUDERDAL FORT LAUDERDA FL - DINNER - M. SULLIVAN, A. SULLIVAN, AND SELF. | $119.64 |
| 1/8/2010 | Matthew B Larsen | Public/ground transportation | 0210E064: TAXI AFFILIATION SERVICES - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $6.00 |
| 1/8/2010 | Meaghan K Sullivan | Meals | 0210E065: FT. LAUDERDALE INT'L FT. LAUDERDAL FL - BREAKFAST - A. SULLIVAN AND SELF. | $7.95 |
| 1/8/2010 | Abigail E Sullivan | Rental Car | 0210E066: BUDGET RENT A CAR FT LAUDERDALE FL - RENTAL CAR WHILE TRAVELING TO CLIENT LOCATION; WEEK OF 1/3/10-1/8/10. | $309.90 |
| 1/8/2010 | Meaghan K Sullivan | Mileage Allowance | 0210E067: MILEAGE ALLOWANCE - MIDWAY AIRPORT TO CHICAGO, IL. | $7.50 |
| 1/8/2010 | Abigail E Sullivan | Mileage Allowance | 0210E068: MILEAGE ALLOWANCE - CHICAGO, IL TO HOMEWOOD, IL. | $10.00 |
| 1/9/2010 | Justin A Spahn | Lodging | 0210E069: MARRIOTT MARRIOTT MA FT LAUDERDALE FL - LODGING WEEK OF 1/6/10-1/8/10 (2 NIGHTS). | $395.16 |
| 1/9/2010 | Meaghan K Sullivan | Lodging | 0210E070: MARRIOTT MARRIOTT MA FT LAUDERDALE FL - LODGING WEEK OF 1/3/10-1/8/10 (5 NIGHTS). | $920.23 |
| 1/9/2010 | Abigail E Sullivan | Lodging | 0210E071: MARRIOTT MARRIOTT MA FT LAUDERDALE FL - LODGING WEEK OF 1/3/10-1/8/10 (5 NIGHTS). | $987.90 |

Tuesday, April 13, 2010

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY , et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 1/13/2010 | Matthew B Larsen | Public/ground transportation | 0210E072: FLASH TAXI - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $6.00 |
| 1/14/2010 | Matthew B Larsen | Public/ground transportation | 0210E073: FLASH TAXI - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $6.00 |
| 1/14/2010 | Matthew B Larsen | Public/ground transportation | 0210E074: GLOBE TAXI - TAXI FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $7.00 |
| 1/15/2010 | Matthew B Larsen | Public/ground transportation | 0210E075: GLOBE TAXI - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $6.00 |
| 1/18/2010 | Matthew B Larsen | Public/ground transportation | 0210E076: TAXI AFFILIATION SERVICES - TAXI FROM PWC OFFICE TO TRIBUNE TO DELIVER FINANCIAL STATEMENTS. | $6.00 |
| 1/27/2010 | Timothy M Byrd | Public/ground transportation | 0210E077: TAXI - TAXI TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $32.00 |
| 2/1/2010 | Matthew B Larsen | Public/ground transportation | 0210E078: GLOBE TAXI - TAXI FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $6.00 |
| 2/2/2010 | Kim Stawski | Public/ground transportation | 0210E079: AMTRAK MKE AIRPORT WI - TRAIN FROM MKE TO CHICAGO FOR FIELDWORK. | $44.00 |
| 2/2/2010 | Kim Stawski | Parking | 0210E080: GENERAL MITCHEL INTL MILWAUKEE WI - PARKING AT TRAIN STATION; TRAVEL TO TRIBUNE FOR FIELDWORK. | $5.00 |
| 2/3/2010 | Abigail E Sullivan | Public/ground transportation | 0210E081: CHICAGO CAB, CHICAGO, IL - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $14.00 |
| 2/8/2010 | William T England | Parking | 0210E082: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING TO ATTEND CLIENT MEETING. | $24.00 |
| 2/8/2010 | William T England | Mileage Allowance | 0210E083: MILEAGE ALLOWANCE - NORTHFIELD, IL TO CHICAGO, IL. | $10.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/8/2010 | William T England | Mileage Allowance | 0210E084: MILEAGE ALLOWANCE - CHICAGO, IL TO NORTHFIELD, IL. | $10.00 |
| 2/11/2010 | Matthew B Larsen | Public/ground transportation | 0210E085: CHECKER TAXI - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $5.00 |
| 2/11/2010 | Kim Stawski | Public/ground transportation | 0210E086: AMTRAK MILWAUKEE WIWI - TRAIN FROM MKE TO CHICAGO FOR FIELDWORK. | $44.00 |
| 2/11/2010 | Kim Stawski | Parking | 0210E087: PARKING AT AMTRAK - PARKING AT TRAIN STATION; TRAVEL TO TRIBUNE FOR FIELDWORK. | $10.00 |
| 2/12/2010 | Kim Stawski | Public/ground transportation | 0210E088: AMTRAK MILWAUKEE WIWI - TRAIN FROM MKE TO CHICAGO FOR FIELDWORK. | $44.00 |
| 2/15/2010 | Matthew B Larsen | Public/ground transportation | 0210E089: TAXI AFFILIATION SERVICES - TAXI FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $7.00 |
| 2/15/2010 | Kim Stawski | Public/ground transportation | 0210E090: AMTRAK MILWAUKEE WIWI - TRAIN FROM MKE TO CHICAGO FOR FIELDWORK. | $44.00 |
| 2/16/2010 | Melissa Mary Begley | Public/ground transportation | 0210E091: TAXI TO AND FROM TRIBUNE TO PWC OFFICE TO MAIL CONFIRMS - TAXI TO/FROM TRIBUNE TO PWC TO MAIL CONFIRMS. | $14.00 |
| 2/19/2010 | Kim Stawski | Public/ground transportation | 0210E092: AMTRAK MILWAUKEE WIWI - TRAIN FROM MKE TO CHICAGO FOR FIELDWORK. | $44.00 |
| 2/19/2010 | Kim Stawski | Parking | 0210E093: AMTRAK - DOWNTOWN STATION PARKING - PARKING AT TRAIN STATION; TRAVEL TO TRIBUNE FOR FIELDWORK. | $15.00 |
| 2/19/2010 | Shawn M Felt | Public/ground transportation | 0210E094: TAXI - TAXI TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $20.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/20/2010 | William T England | Parking | 0210E095: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING TO ATTEND CLIENT MEETING. | $24.00 |
| 2/20/2010 | William T England | Mileage Allowance | 0210E096: MILEAGE ALLOWANCE - BURR RIDGE, IL TO CHICAGO, IL. | $14.50 |
| 2/20/2010 | William T England | Mileage Allowance | 0210E097: MILEAGE ALLOWANCE - CHICAGO, IL TO BURR RIDGE, IL. | $14.50 |
| 2/22/2010 | Kim Stawski | Public/ground transportation | 0210E098: AMTRAK MILWAUKEE WIWI - TRAIN FROM MKE TO CHICAGO FOR FIELDWORK. | $44.00 |
| 2/23/2010 | Kim Stawski | Public/ground transportation | 0210E099: AMTRAK MKE AIRPORT WI - TRAIN FROM MKE TO CHICAGO FOR FIELDWORK. | $44.00 |
| 2/23/2010 | Kim Stawski | Parking | 0210E100: GENERAL MITCHEL INTL MILWAUKEE WI - PARKING AT TRAIN STATION; TRAVEL TO TRIBUNE FOR FIELDWORK. | $5.00 |
| 2/24/2010 | Kim Stawski | Public/ground transportation | 0210E101: AMTRAK MKE AIRPORT WI - TRAIN FROM MKE TO CHICAGO FOR FIELDWORK. | $44.00 |
| 2/24/2010 | Kim Stawski | Parking | 0210E102: GENERAL MITCHEL INTL MILWAUKEE WI - PARKING AT TRAIN STATION; TRAVEL TO TRIBUNE FOR FIELDWORK. | $5.00 |
| 2/24/2010 | Shawn M Felt | Public/ground transportation | 0210E103: TAXI - TAXI TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $22.00 |
| 2/25/2010 | Kim Stawski | Public/ground transportation | 0210E104: AMTRAK MKE AIRPORT WI - TRAIN FROM MKE TO CHICAGO FOR FIELDWORK. | $44.00 |
| 2/25/2010 | Kim Stawski | Parking | 0210E105: WESTFIELD NORTH BRID CHICAGO IL - PARKING TO ATTEND CLIENT MEETING. | $39.00 |
| 2/25/2010 | Shawn M Felt | Public/ground transportation | 0210E106: TAXI - TAXI TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $21.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period January 1, 2010 through February 28, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 2/25/2010 | Kim Stawski | Mileage Allowance | 0210E107: MILEAGE ALLOWANCE - WAUKESHA, WI TO CHICAGO, IL. | $42.00 |
| 2/25/2010 | Kim Stawski | Mileage Allowance | 0210E108: MILEAGE ALLOWANCE - CHICAGO, IL TO WAUKESHA, WI. | $42.00 |
| 2/26/2010 | Kim Stawski | Parking | 0210E109: GENERAL MITCHEL INTL MILWAUKEE WI - PARKING AT TRAIN STATION; TRAVEL TO TRIBUNE FOR FIELDWORK. | $5.00 |
| 2/26/2010 | Kim Stawski | Public/ground transportation | 0210E110: AMTRAK MKE AIRPORT WI - TRAIN FROM MKE TO CHICAGO FOR FIELDWORK. | $44.00 |
| 2/26/2010 | Shawn M Felt | Public/ground transportation | 0210E111: TAXI - TAXI TO AND FROM PWC OFFICE TO TRIBUNE TO ATTEND CLIENT MEETING. | $19.00 |
| Subtotal - 2009 Consolidated Audit | | | | $8,843.02 |
| **Tax Consulting Services** | | | | |
| 2/2/2010 | John A Sandmeier | Public/ground transportation | 0210E112: TAXI - TRANSPORTATION TO AND FROM TRIBUNE TO PWC OFFICE TO ATTEND CLIENT MEETING. | $20.00 |
| Subtotal - Tax Consulting Services | | | | $20.00 |
| **Total Expenditures** | | | | **$8,985.47** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.