# VERIFICATION OF FEE APPLICATION

STATE OF MINNESOTA    )
                     ) ss:
COUNTY OF HENNEPIN   )

William T. England hereby respectfully certifies and verifies as follows:

1. I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

2. I have personally supervised many of the assurance and advisory services rendered by PricewaterhouseCoopers LLP, as compensation, tax advisor and independent auditors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

3. The facts set forth in the foregoing Monthly Fee Application are true and correct to the best of my knowledge, information and belief.

*[signature]*

William T. England, Partner
PricewaterhouseCoopers LLP
One North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 298-2000

SWORN TO AND SUBSCRIBED before me this 14th day of April 2010.

*[signature] Gloria Goodwyn*
Notary Public
My Commission Expires: 1-31-2012

*[Notary Seal: GLORIA LYNN GOODWYN, NOTARY PUBLIC-MINNESOTA, My Commission Expires Jan. 31, 2012]*