IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 5, 2010 @ 4:00 p.m. |
| | | Hearing Date TBD |

## THIRTEENTH MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009** *nunc pro tunc* **December 8, 2008** |
| Period for which compensation and/or reimbursement is sought: | **January 1, 2010 through January 31, 2010** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$200,000.00**[1] |
| Amount of Expenses sought as actual, reasonable, and necessary | **$18,179.11** |
| Total Compensation and Expense Reimbursement Requested: | **$218,179.11** |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | **$218,179.11** |

This is a: _X_ monthly ___ interim ___ final application

The total time expended for fee application preparation was approximately 4.0 hours.

---

[1] Lazard's retention was approved at a rate of $200,000.00 per month pursuant to the terms of the Engagement Letter dated December 1, 2008 (the 'Engagement Letter').

Summary of Monthly Fee and Expense Invoices for the Compensation Period:

| Date Filed | Period Covered | Requested | | Paid | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| TBD | 12/01/09-12/31/09 | 200,000.00 | 3,954.36 | 0.00 | 0.00 |
| Current | 01/01/10-01/31/10 | 200,000.00 | 18,179.11 | 0.00 | 0.00 |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: April __, 2010 @ 4:00 p.m. |
| | | Hearing Date TBD |

**THIRTEENTH MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC,
INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD JANUARY 1, 2010 THROUGH JANUARY 31, 2010**

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

Lazard Frères & Co. LLC, ("Lazard"), Investment Banker and Financial Advisor to the Tribune Company ("Tribune"), and certain of its subsidiaries and affiliates (collectively, the 'Debtors") hereby submits its Thirteenth Monthly Fee Application (the "Application") pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code) and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for an allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred in connection with such services from January 1, 2010 through and including January 31, 2010 (the "Compensation Period") as set forth in their engagement letter (the "Engagement Letter"), attached hereto as **Exhibit A**. Pursuant to the Administrative Order of this Court dated January 15, 2009 [Docket No. 225] approving procedures for interim

compensation and reimbursement of professionals (the 'Compensation Order"), Lazard seeks interim allowance in aggregate amount of **$218,179.11** for financial advisory services provided to the debtors. In support of this Application, Lazard respectfully represents as follows:

## BACKGROUND

1. On December 8, 2008 (the "Petition Date"), the debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code. Pursuant to sections 1107 and 1108 the Bankruptcy Code, the debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

2. This Application is submitted pursuant to the terms of the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses dated January 15, 2009 (the "Administrative Order").

3. On March 13, 2009, this Court entered certain Order Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the retention and employment of Lazard Freres & Co. LLC as financial advisor to the Debtors nunc pro tunc to the petition date.(the "Retention Order"), attached hereto as **Exhibit B.**

## COMPENSATION REQUEST

4. Lazard seeks allowance of compensation for professional services rendered to the Debtor during the Compensation Period in the aggregate amount of $200,000.00 and for reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $18,179.11, for a total award $218,179.11 (the "Total Compensation Amount"

5. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit C** is a summary setting forth the name of each professional for whose work on these reorganization cases compensation is sought.

## SUMMARY OF SERVICES

6. The Managing Directors, Directors, Associate and Analysts of Lazard who have rendered professional services during the Compensation Period in these cases are as follows: David Kurtz (Managing Director); John Chachas (Managing Director); Suneel Mandava (Director); Ricardo Llanos (Director); Ray Sturm (Associate); Amit Gaind (Financial Analyst) and Jacob Chase (Financial Analyst).

7. During the Compensation Period, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters described in Paragraph 8. As a result, Lazard's highly skilled restructuring professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

8. A summary of some of the services rendered by Lazard during the Compensation Period are as follows:

   a) <u>Valuation</u> – Throughout the Application Period, Lazard performed extensive valuation analyses, which are ongoing, on the Company's various businesses. These analyses play a key role in determining distributable value and recoveries based on the intercompany claims analysis.

   b) <u>General Restructuring Research & Analysis</u> – Lazard assisted the Debtors' counsel in reviewing public information concerning the media industry and the Company at the time of the ESOP transaction. Additionally, Lazard created numerous analyses designed to facilitate plan negotiations and strategic planning.

   c) <u>Documentation</u> – Over the course of the application period, Lazard worked with the Debtors, counsel and other advisors in the review and development of Disclosure Statement and Plan of Reorganization documentation.

   d) <u>Strategic Opportunity Analysis</u> – Lazard, collaborating with the Company's management, performed extensive analysis and diligence regarding certain strategic investment opportunities.

   e) <u>Meetings/Calls with Company Management</u> - During the course of the month, Lazard participated in calls and meetings with Company management to discuss the Chapter 11 process and strategy. Lazard also participated in calls and meetings with the management team to review the Company's operations.

   f) <u>Meetings/Calls with Creditors</u> - Throughout the Application Period, Lazard actively participated in calls with the Steering Committee, the Unsecured Creditors Committee, and their respective financial advisors. Conversations primarily related to plan process and inter-creditor dynamics. Extensive time was spent by Lazard negotiating a potential settlement between key creditor constituencies.

## **CONCLUSION**

11. It is respectfully submitted that the amount requested by Lazard is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion of other

employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

WHEREFORE Lazard respectfully requests (i) an interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $218,179.11.

| | |
|---|---|
| Total Amount of Compensation Requested: | **$218,179.11** |
| Less: Amounts Paid to Date: | **($0.00)** |
| Net Amount of Compensation Requested: | **$218,179.11** |

Dated:  April 15, 2010
New York, New York

LAZARD FRÈRES & CO. LLC

_____
Suneel Mandava
Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020
(212/632-6000)
Investment Banker and Financial Advisor
to the Debtors