## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 5, 2010 @ 4:00 p.m. |
| | | Hearing Date TBD |

## FIFTH INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2009 THROUGH FEBRUARY 28, 2010

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 nunc pro tunc December 8, 2008** |
| Application Period: | **December 1, 2009 through February 28, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$600,000.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$41,682.15** |
| Less: Amounts Paid to Date: | **($0.00)** |
| Net Amount of Compensation Requested: | **$641,682.15** |

This is a:  ___ monthly  _X_ interim  ___ final application.

**Summary of Fee Applications for Compensation Period**

| Date & Docket No. | Period Covered | Requested Fees (A) | Requested Expenses (B) | CNO Date & Docket No. | Approved Fees (C) | Approved Expenses (D) | Amounts Paid (E) | Holdback Amount (A+B-E) |
|---|---|---|---|---|---|---|---|---|
| 04/15/10 [TBD] | 12/01/09 through 12/31/09 | $200,000.00 | $3,954.36 | Objection Deadline TBD | $0.00 | $0.00 | $0.00 | $203,954.36 |
| 04/15/10 [TBD] | 01/01/10 through 01/31/10 | $200,000.00 | $18,179.11 | Objection Deadline TBD | $0.00 | $0.00 | $0.00 | $218,179.11 |
| 04/15/10 [TBD] | 02/01/10 through 02/28/10 | $200,000.00 | $19,548.68 | Objection Deadline TBD | $0.00 | $0.00 | $0.00 | $219,548.68 |
| Totals | 12/01/09 through 02/28/10 | $600,000.00 | $41,682.15 | N/a | $0.00 | $0.00 | $0.00 | $641,682.15 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Administrative Order") entered by this Court on January 15, 2009 [Docket No. 225], Lazard Frères & Co. LLC, ("Lazard") hereby submits its fifth interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the period covering December 1, 2009 through February 28, 2010 (collectively, the "Fee Applications")[1], and (ii) authorization for Tribune Company and certain of its subsidiaries and affiliates (collectively, the 'Debtors") to pay the full amounts requested in the Fee Application, including the 20% holdback of fees provided for in the Administrative Order.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.

Dated:       April 15 2010
             New York, New York

                              LAZARD FRÈRES & CO. LLC


                              Suneel Mandava
                              Director
                              Lazard Frères & Co. LLC
                              30 Rockefeller Plaza, 61st Floor
                              New York, NY  10020
                              (212/632-6000)
                              Investment Banker and Financial Advisor
                              to the Debtors