IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 4058** |

## <u>NOTICE OF WITHDRAWAL REGARDING DOCKET NUMBER 4058</u>

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that on April 15, 2010, Cole, Schotz, Meisel, Forman & Leonard, P.A. filed the **Fifth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2009 through February 28, 2010** [Docket No. 4058].

PLEASE TAKE FURTHER NOTICE that Docket Number 4058 is hereby withdrawn.

Dated: April 16, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-6467862v1