IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| Debtors. | ) (Jointly Administered) |

**WITHDRAWAL OF RESPONSE OF THIRD SCREEN MEDIA, INC., D/B/A QUIGO TO DEBTORS' NINETEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1 (D.I. 3792) (RE: DKT. 4015)**

Third Screen Media, Inc., d/b/a Quigo ("Quigo") hereby withdraws its response to Debtors' Nineteenth Omnibus (Substantive ) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1. (Re: Dk.t 4015 filed 4/13/10).

Dated: April 16, 2010

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb (Ohio Bar No. 0067516)
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:   (614) 719-4663

Attorneys for Third Screen Media, Inc., dba Quigo

**Certificate of Service**

4/16/2010 8250695

I hereby certify that on this the 16th day of April, 2010 the above and foregoing Withdrawal of Response of Third Screen Media, Inc., d/b/a Quigo to Debtors' Nineteenth Omnibus (Substantive ) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 was served via the Court's ECF notification system and by U.S. Mail, postage prepaid upon the following:

Sidley Austin LLP
Bryan Krakauer
Kevin T. Lantry
Kenneth P. Kansa
Bridget J. Hauserman
One South Dearborn Street
Chicago, IL 60603

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Normal L. Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb