# THE DSF GROUP
950 Winter St. Ste. 4300
Waltham, MA 02451-1486

**Boston**
**Washington, D.C.**

**Allan I. Muscovitz**
*Sr. Accounting*
Phone: 781-250-5911
Fax:    781-250-5941
amuscovitz@dsfadvisors.com

April 15, 2010

Via FedEx

U.S. Bankruptcy Court, District of Delaware
Clerk's Office
824 North Market Street-3rd Floor
Wilmington, DE 19801

Re: Case 08-13141 JKC Tribune Company et al. Jointly Administered

Dear Sir or Madam:

We are listed as a creditor in the above mentioned case. Please correct our mailing address as follows.
The DSF Group
950 Winter Street
Suite 4300
Waltham, MA 02451-1486

Our old address was
DSF Group
24 Federal Street
Boston, MA 02110

Please send all future correspondence to our new address.
If you any questions, please feel free to contact me at once

Best regards,

Allan I. Muscovitz

AIM 0126