# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

TRIBUNE COMPANY, et al.,[1]                     Case No. 08- 13141 (KJC)

        Debtors.                          Jointly Administered

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF NEW JERSEY )
                           : ss.:
COUNTY OF MORRIS )

SCOTT ZUBER, ESQ., being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press & Service, Inc. (3167); ChicagoLand Microwave Licensee, (1579); Chicagoland Publishing Company (3137); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowneccom corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505), GreenCo, Inc, (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc.(2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc, (7943); KSWB Inc. (7035); KTLA Inc. (34M); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd, (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (720S); New Mass. Media, Inc. (9553); Kew River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers: Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3715); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc., (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc, (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227), Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc, (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534), Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc, (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7218); Tribune NM, Inc, (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVJ Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

83270848.1

1.  I am a partner of Day Pitney LLP (the "Firm"), which maintains offices at 200 Campus Drive, Florham Park, NJ 07932.

2.  This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.  The Firm has represented and advised the Debtors as special labor and employment counsel with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4.  The Firm's current customary rates for partners subject to change from time to time are between $405.00 and $775.00. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5.  In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Company's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

A. Exhibit A – Entities that are Former or Current Clients of the Firm in Unrelated Matters;

B. Exhibit B - Entities to Which a Current or Former Client of the Firm is Adverse, in Unrelated Matters.

6. Neither I nor any partner of or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I nor any partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed. If the Firm is not an law firm, the Firm does not hold an interest adverse to the Debtors' estates and is a "disinterested person" as term is defined in 11 U.S.C. § 101(14).

9. The Debtors owe the Firm approximately $8,567.00 for prepetition services. The Firm is not waiving any and all claims that it has against the Debtors, including the amount referenced in the prior sentence.

10. The Firm currently does not hold a retainer from the Debtors.

11. As of the Petition Date, the Firm was not party to a services agreement with the Debtors.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its

employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2010

_____
SCOTT ZUBER

Sworn to and subscribed before me
this _14th_ day of April, 2010

_____
Notary Public

CAROLYN P. BELLINA
NOTARY PUBLIC OF NEW JERSEY
[illegible] 8/21/2012

EXHIBIT A

TRIBUNE COMPANY – AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

Entities that are Former or Current Clients of the Firm, in Unrelated Matters
(The Firm does not represent any of these entities in this bankruptcy case. In addition, the Firm represents that it does not hold or represent any interest adverse to the debtors or to their estates with respect to the matters on which the Firm is to be employed as an ordinary course professional in these matters.)

Tribune Company
Shepard's, Inc.
The Hartford Courant Company
Deutsche Bank National Trust Company
J.P. Morgan Chase Bank, N.A.
Merrill Lynch Capital Corporation
AIG Global Investment Corp.
Aladdin Capital Management LLC
Angelo Gordon & Co LP
Ares Management LP
Babson Capital Management LLC
Bank of America N.A.
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Capitalsource Finance LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Deutsche Bank AG
Eaton Vance Mgmt
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
Firstlight Financial Corp.
GE Asset Management Inc.
General Electric Capital Corporation
Greywolf Capital Management LP
ING Investment Management LLC
John Hancock A/C 62 JH High Yield Fund (99140)
John Hancock Financial Services Inc.
JP Morgan Chase Bank, N.A.
KKR Financial Corporation
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Littlejohn & Company
Marathon Asset Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company

Morgan Stanley
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
Oppenheimer Funds Inc.
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Phoenix Investment Counsel
Prudential Investment Management Inc
Royal Bank of Scotland plc
Silver Point Capital LP – FSG
UBS AG
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Fargo Foothill Inc.
Western Asset Management
Wilmington Trust Company – Delaware
JPMorgan Chase Bank, N.A.
Merrill Lynch Capital Corporation
Merrill, Lynch, Pierce, Fenner & Smith, Inc.
Deutsche Bank National Trust Company
Bank of New York
First Interstate Bank of California
Davis Polk & Wardwell
FTI Consulting
Edward Angell Palmer & Dodge LLP
J.P. Morgan Chase Bank, N.A.
Warner Brothers Television
Merrill Lynch Capital Corporation
Deutsche Bank Trust Company Americas
Moelis & Company LLC
Deloitte & Touche LLP
Lazard Freres & Co.
Nixon Peabody LLP
PricewaterhouseCoopers LLP
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
The Hartford Insurance Group
Lexington Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company
American Express Co
Carnival Corp.
Countrywide Financial
Dell
Dunkin Donuts
Ford

Ford Mazda Factory
General Mills
General Motors

Glaxo Smith Kline Beecham Welcome
GM General Motors Corp
Johnson & Johnson
Kraft General Foods
Liberty Travel
Lowe's – Home Improvement
McDonalds – McDonald's
Pepsi – Pepsi Cola Various
Pfizer
Procter & Gamble – P&G
Raymour & Flanigan
Sony Entertainment – Pictures – Columbia Tristar
Toyota Dealer Associations
Valassis
Verizon Wireless
Verizon Wireless – Cellular
Volkswagen Factory
Yum Brands – Kentucky Fried Chicken
Yum Brands – Taco Bell
Cbs Broadcasting Inc.
Cbs Radio Inc.
U.S. Bank National Association
Citadel
Microsoft Corporation

EXHIBIT B

TRIBUNE COMPANY – AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

Entities to Which a Current or Former Client of the Firm is Adverse, in Unrelated Matters (The Firm does not represent any of these entities in this bankruptcy case. In addition, the Firm represents that it does not hold or represent any interest adverse to the debtors or to their estates with respect to the matters on which the Firm is to be employed as an ordinary course professional in these matters.)

Capitalsource Finance LLC
Carlyle Investment Management LLC
Clinton Group Inc.
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
Firstlight Financial Corp.
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Goldentree Asset Management LP
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
GSO Capital Partners  LP
Highland Capital Management LP
Jefferson Pilot Financial Insurance Company
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Lyon Capital Management
Meritage Fund Limited
Morgan Stanley
New York Life Insurance Company
Oaktree Capital Management LP
OZ Management LP
Quadrangle Group LLC
Swiss Reinsurance Company Ltd.
WestLB AG
Pension Benefit Guaranty Corporation
Deloitte & Touche LLP
PricewaterhouseCoopers LLP
Axis Reinsurance Company
FM Global
Indian Harbor Insurance/ESC (XL)
Lloyd's
XL Insurance (Bermuda) Ltd.

Cablevision
Carnival Corp.
Comcast
Comcast Cable
Dell
Disney – Buena Vista
Glaxo Smith Kline Beecham Welcome
GM General Motors Corp
Johnson & Johnson
Kraft General Foods
Liberty Travel
Lowe's – Home Improvement
McDonalds – McDonald's
Pepsi – Pepsi Cola Various
Pfizer
Procter & Gamble – P&G
Progressive Insurance
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
TW Warner Brothers
TW Warner Communications
Viacom – Paramount
Washington Mutual
Washington Mutual
Andrew Faggio
Arco Gas Station
Barbara Roessner
Cbs Broadcasting Inc.
City of New Haven
Gary Libow
HTFC Corporation
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
20 Church Street, LLC
220 News LLC c/o The Witkoff Group LLC
BKM 3128 Redhill Associates LLC
Catellus Development Corporation
IAC Aviation LLC
Vornado 330 West 34th Street LLC
GreatBanc Trust Company
Citadel
Hearst Corporation
Sunbeam Television Corporation

Microsoft Corporation
Equity Group Investments LLC
Comcast Sportsnet Chicago

DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300
SCOTT A. ZUBER, ESQ. (SZ-9728)
ATTORNEYS FOR DEBTORS, TRIBUNE COMPANY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al.,[1] | : | Case No.: 08 – 13141 (KJC) |
| | : | |
| | : | Judge: Kevin J. Carey |
| Debtors. | : | |
| | : | |

**CERTIFICATION OF NON-COMPLIANCE
REGARDING ELECTRONIC CASE FILING ("ECF")**

SCOTT A ZUBER, of full age, hereby certifies as follows:

1. I am an attorney licensed to practice in the State of New Jersey, and a partner in the law firm of Day Pitney LLP ("Day Pitney") attorneys for the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors").

2. Day Pitney LLP is being retained as an ordinary course professional with respect to a labor matter not directly related to the bankruptcy case. Day Pitney does not at this time intend to practice in this Court with respect to the bankruptcy case.

3. I make this Certification in support of Day Pitney's Affidavit of Ordinary Course Professional.

4. I am not currently certified as a CM/ECF Participant in this jurisdiction. Pursuant to the Court's Notice to the Bar dated June 17, 2003, and posted to the Court's Web site www.njb.uscourts.gov, I have placed the document being filed on a CD ROM in PDF format.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: April 15, 2010
Florham Park, NJ

SCOTT A. ZUBER

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press & Service, Inc. (3167); ChicagoLand Microwave Licensee, (1579); Chicagoland Publishing Company (3137); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowneccom corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc.(2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc, (7943); KSWB Inc. (7035); KTLA Inc. (34M); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd, (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (720S); New Mass. Media, Inc. (9553); Kew River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers: Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3715); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc., (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc, (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227), Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc, (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534), Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc, (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7218); Tribune NM, Inc, (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVJ Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300
SCOTT A. ZUBER, ESQ. (SZ-9728)
ATTORNEYS FOR DEBTORS, TRIBUNE COMPANY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al.,[1] | : | Case No.: 08 – 13141 (KJC) |
| | : | |
| | : | Judge: Kevin J. Carey |
| Debtors. | : | |

**AFFIDAVIT OF SERVICE**

I, Carolyn P. Bellina, an employee of Day Pitney LLP, hereby certify that on April 15, 2010, I caused a copy of the Affidavit of Ordinary Course Professional of Scott A. Zuber of Day Pitney LLP to be served on the parties on the attached service list in the manner indicated.

DAY PITNEY, LLP

BY: *Carolyn P. Bellina*
Carolyn P. Bellina
Senior Paralegal Manager
200 Campus Drive
Florham Park, NJ 07932
(973) 966-8278
(973) 966-1015 (fax)

Sworn to and subscribed before
Me this 15th day of April, 2010

*Helena Mills*
NOTARY PUBLIC

Helena Mills
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 02/22/2014

# SERVICE LIST

Joseph J. McMahon, Jr., Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis. Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, PA,
920 N, King Street, PO. Box 551
Wilmington, DE 19899-0511

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Margot B, Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

A. Colin Wexler, Esquire
Goldberg Kohn Bell Black Rosenbloom &
Moritz, Ltd.
55 East Monroe Street, Suite 3300
Chicago, IL 60603

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE  19899