# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1699615
0276 57634 / 57634-000004
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through February 28, 2010

### Work Schedule Grievance 0000001761

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/04/10 | K. Michaels | L120 | 0 | Review of e-mail correspondence between American Arbitration Association and M. Slutsky, Union counsel, regarding holding case in abeyance; drafting e-mail correspondence to J. Osick regarding same. | 0.10 | 57.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 0.10 | |
| **Total Fees** | | | $57.00 |
| **Less Discount** | | | ($5.70) |
| **Total Fees After Discount** | | | $51.30 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| K. Michaels | Partner | 0.10 | hours at | $570.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $51.30



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1699615
0276 57634 / 57634-000004
Work Schedule Grievance 0000001761

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $57.00 |
| Less Discount | ($5.70) |
| Total Fees after Discount | $51.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $51.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1699632
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through February 28, 2010

<u>JoAnn Parker v.; Case No. 2009L010092 0000001909</u>

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/16/10 | K. Osgood | L190 | 0 | Draft correspondence to A. Lipson regarding status of matter. | 0.30 | 126.00 |
| 02/26/10 | K. Osgood | L120 | 0 | Attend status conference. | 1.50 | 630.00 |

**Total Hours**                                                                                       1.80

**Total Fees**                                                                                      $756.00

**Less Discount**                                                                                  ($75.60)

**Total Fees After Discount**                                                                 $680.40

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Osgood | Associate | - | 1.80 | hours at | $420.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $680.40 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Chicago Tribune Company                                        Invoice No. 1699632
435 North Michigan Avenue                              0276 57634 / 57634-000006
3rd Floor                        JoAnn Parker v.; Case No. 2009L010092 0000001909
Chicago, IL 60611
Attn: Ms. Janice Jacobs

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $756.00 |
| Less Discount | ($75.60) |
| Total Fees after Discount | $680.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $680.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:          PAYMENT MAY BE MADE BY WIRE TO:
SEYFARTH SHAW LLP                         Bank of America
131 S. DEARBORN STREET, SUITE 2400        ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
CHICAGO, IL 60603-5577                    ACCOUNT NUMBER: 5201743357
                                          ABA - WIRE PAYMENT NUMBER: 026-009-593
                                          ABA - ACH PAYMENT NUMBER: 081-904-808
                                          SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW**LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1699687
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through February 28, 2010

<u>Clement, Jayne v. Los Angeles Times, et al. 0000001656</u>

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/10/10 | T. Rusche | L430 | 0 | Research relevant authority for inclusion in opposition to motion to set aside dismissal (3.2); draft opposition (1.8). | 5.00 | 2,175.00 |
| 02/11/10 | T. Rusche | L430 | 0 | Draft procedural deficiency section of opposition to motion to set aside dismissal. | 2.20 | 957.00 |
| 02/12/10 | T. Rusche | L430 | 0 | Draft section of opposition to motion to set aside dismissal regarding plaintiff's failure to pursue mandatory relief. | 1.50 | 652.50 |
| 02/14/10 | T. Rusche | L430 | 0 | Draft "excusable neglect" and attorneys' fees sections of opposition to motion to set aside dismissal. | 1.00 | 435.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1699687

Page 2

Los Angeles Times (Sherman)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/22/10 | T. Rusche | L430 | 0 | Continue drafting opposition to plaintiff's motion to set aside dismissal (2.0); research regarding recovery of attorneys' fees for same (1.0). | 3.00 | 1,305.00 |
| 02/23/10 | T. Rusche | L430 | 0 | Revise opposition to motion to set aside dismissal (2.0); draft Rusche declaration in support of opposition (1.0). | 3.00 | 1,305.00 |

| | | |
|---|---|---|
| **Total Hours** | 15.70 | |
| **Total Fees** | | $6,829.50 |
| **Less Discount** | | ($682.95) |
| **Total Fees After Discount** | | $6,146.55 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| T. Rusche | Partner | - | 15.70 | hours at | $435.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Attorney Services** | |
| 02/11/10 | Attorney Services - NATIONWIDE LEGAL, INC 12/11/09 | 58.30 |
| | **Online Research** | |
| 01/04/10 | Inv#: 820004538 Office: LOS ANGELES User: RUSCHE,TIMOTHY M HOURLY MULTI-SEARCH | 6.94 |
| 01/04/10 | Inv#: 820004538 Office: LOS ANGELES User: RUSCHE,TIMOTHY M RESULTSPLUS ALLFILES | 5.04 |
| 01/04/10 | Inv#: 820004538 Office: LOS ANGELES User: RUSCHE,TIMOTHY M STANDARD | 3.55 |
| 01/04/10 | Inv#: 820004538 Office: LOS ANGELES User: RUSCHE,TIMOTHY M HOURLY CONNECT | 0.70 |



Invoice No. 1699687

Page 3

Los Angeles Times (Sherman)

| 01/04/10 | Inv#: 820004538 Office: LOS ANGELES User: RUSCH E,TIMOTHY M COMMUNICATIONS | 0.22 |
|---|---|---|

**Total Disbursements** 74.75

**Total Amount Due** $6,221.30



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1699687
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $6,829.50 |
| Less Discount | ($682.95) |
| Total Fees after Discount | $6,146.55 |
| Total Disbursements | 74.75 |
| Total Fees and Disbursements This Statement | $6,221.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-21S2202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1700216
0276 17832 / 17832-000034
.W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through February 28, 2010

### Country Club Matter 0000001901

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/09/10 | C. Olson | C300 | | Review materials and prepare for conference call with distributors. | 0.50 | 340.00 |
| 02/10/10 | C. Olson | C300 | | Telephone conference with Los Angeles Times circulation department regarding employment issues (.5); review notes regarding same (.5). | 1.00 | 680.00 |

**Total Hours** — 1.50

**Total Fees** — $1,020.00

**Less Discount** — ($102.00)

**Total Fees After Discount** — $918.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times

**Timekeeper Summary**

| C. Olson | Partner | - | 1.50 | hours at | $680.00 | per hour |

**Total Disbursements**                    0.00

**Total Amount Due**                    $918.00

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA 90012

Invoice No. 1700216
0276 17832 / 17832-000034
Country Club Matter 0000001901

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,020.00 |
| Less Discount | ($102.00) |
| Total Fees after Discount | $918.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $918.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1699629
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through February 28, 2010

## Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/01/10 | K. Michaels | L120 | 0 | Review e-mail correspondence from A. Barnes regarding parking grievance timeline (.1); review of draft letter from A. Barnes to Guild regarding additional information being sought from the Guild (.1). | 0.20 | 114.00 |
| 02/15/10 | K. Michaels | C300 | 0 | Review of bulletin from D. Morrison (Guild bulletin regarding parking). | 0.10 | 57.00 |
| 02/23/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding information request received from the Guild (advertising revenue information for purposes of J. Jackson grievance). | 0.80 | 456.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1699629

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/23/10 | K. Michaels | C300 | 0 | Review of information request from the Guild (advertising revenue information sought in connection with J. Jackson grievance). | 0.30 | 171.00 |
| 02/25/10 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes regarding contract question (applicability of letter of understanding to parking rate benefit for commission sales individuals). | 0.40 | 228.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.80 | |
| **Total Fees** | | $1,026.00 |
| **Less Discount** | | ($102.60) |
| **Total Fees After Discount** | | $923.40 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | 1.80 | hours at | $570.00 | per hour | |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $923.40 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1699629
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,026.00 |
| Less Discount | ($102.60) |
| Total Fees after Discount | $923.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $923.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



SEYFARTH
ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1699631
0276 12575 / 12575-000296
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through February 28, 2010

**Pay for Performance; Case No. 16 300 00758 09** (includes entry inadvertently left off January bill)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/03/10 | J. Sherman | L440 | 0 | Edit attorney outline for testimony of H. Weinstein and A. Barnes in connection with rebutting Union's case in chief. | 4.00 | 2,740.00 |
| 02/01/10 | J. Sherman | L120 | 0 | Conference with Arbitrator Fishgold regarding scheduling of additional day of hearing (.10); multiple conferences with A. Barnes regarding hearing schedule (.20); e-mail correspondence with R. Paul regarding hearing schedule (.10). | 0.40 | 274.00 |
| 02/06/10 | J. Sherman | L440 | 0 | Abstract transcript of second day of hearing. | 4.50 | 3,082.50 |
| 02/11/10 | J. Sherman | L120 | 0 | Begin work on post-hearing brief. | 2.00 | 1,370.00 |
| 02/14/10 | J. Sherman | L120 | 0 | Work on post-hearing brief. | 1.00 | 685.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1699631

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/17/10 | J. Sherman | L120 | 0 | Conference with A. Barnes regarding preparation for March 9 hearing. | 0.20 | 137.00 |
| 02/26/10 | J. Sherman | L440 | 0 | Conference with A. Barnes regarding hearing preparation. | 0.50 | 342.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 12.60 | |
| **Total Fees** | | | $8,631.00 |
| **Less Discount** | | | ($863.10) |
| **Total Fees After Discount** | | | $7,767.90 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| J. Sherman | Partner | – | 12.60 | hours at | $685.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Taxi** | |
| 02/17/10 | Taxi - JEREMY P. SHERMAN Taxi Expenses 01/19/10 | 250.00 |
| | **Local Travel** | |
| 02/10/10 | Local Travel - JEREMY P. SHERMAN Mileage Expense 01/14/10 | 36.50 |
| | **Travel** | |
| 02/10/10 | Travel - JEREMY P. SHERMAN Toll Expense 01/14/10 | 0.90 |
| 02/17/10 | Travel - JEREMY P. SHERMAN Arifare Expense 01/19/10 | 339.40 |
| 02/17/10 | Travel - JEREMY P. SHERMAN Hotel Expense 01/14/10 | 271.27 |
| 02/17/10 | Travel - JEREMY P. SHERMAN Parking Expense 01/14/10 | 52.00 |
| 02/17/10 | Travel - JEREMY P. SHERMAN Taxi Expenses 01/19/10 | 31.00 |
| | **Meals** | |
| 02/17/10 | Meals - JEREMY P. SHERMAN Breakfast Expense 01/14/10 | 62.27 |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1699631

Page 3

Baltimore Sun

| | |
|---|---|
| **Total Disbursements** | 1,043.34 |
| **Total Amount Due** | $8,811.24 |



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2192202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1699631
0276 12575 / 12575-000296
Pay for Performance; Case No. 16 300 00758 09

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $8,631.00 |
| Less Discount | ($863.10) |
| Total Fees after Discount | $7,767.90 |
| Total Disbursements | 1,043.34 |
| Total Fees and Disbursements This Statement | $8,811.24 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1699628
0276 12575 / 12575-000297
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through February 28, 2010

### Columnists Reporting Assignments Arbitration; Case No. 16 300 00842 09

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/01/10 | K. Michaels | L110 | 0 | Preparation for arbitration hearing (M. Corey direct examination, cross-examination of D. Rodnicks and S. Reimer). | 3.40 | 1,938.00 |
| 02/02/10 | K. Michaels | L110 | 0 | Review of data from Company (columnist information). | 0.40 | 228.00 |
| 02/02/10 | K. Michaels | L410 | 0 | Preparation of attorney witness outlines (M. Corey and A. Barnes). | 2.00 | 1,140.00 |
| 02/06/10 | K. Michaels | L410 | 0 | Review of previous files in preparation for arbitration hearing (ethics unfair labor practice charge files) (2.0); drafting witness outline (A. Barnes) (2.0). | 4.00 | 2,280.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 1699628

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/08/10 | K. Michaels | C300 | 0 | Review of various e-mail correspondence and attached documentation from M. Corey (columnist writing articles information). | 1.00 | 570.00 |
| 02/08/10 | K. Michaels | L440 | 0 | Preparation of attorney witness outlines (M. Corey, A. Barnes, and D. Nitkin). | 4.00 | 2,280.00 |
| 02/11/10 | K. Michaels | L410 | 0 | Review of e-mail correspondence and attached data in preparation for arbitration (e-mail correspondence from M. Corey related to columnist writing new stories) (1.0); revising witness outlines (1.0). | 2.00 | 1,140.00 |
| 02/15/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding review of Company information and raising of timeliness argument. | 0.20 | 114.00 |
| 02/15/10 | K. Michaels | C300 | 0 | Review of draft correspondence from A. Barnes to the Guild (raising timeliness argument and failure to respond to information request). | 0.20 | 114.00 |
| 02/15/10 | K. Michaels | L110 | 0 | Review of e-mail correspondence and attached draft chart from A. Barnes (information regarding columnists writing news stories). | 0.40 | 228.00 |
| 02/15/10 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes regarding preparation for arbitration. | 0.30 | 171.00 |
| 02/16/10 | K. Michaels | C300 | 0 | Review of additional information from M. Corey (columnists writing news stories). | 0.40 | 228.00 |
| 02/16/10 | K. Michaels | L110 | 0 | Review of chart from A. Barnes (capturing data regarding columnists writing news stories). | 0.10 | 57.00 |
| 02/16/10 | K. Michaels | L110 | 0 | Review of additional information from the Company (regarding columnists writing news stories). | 0.50 | 285.00 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1699628

Page 3

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/17/10 | K. Michaels | L110 | 0 | Review of additional Company documentation (from M. Corey regarding columnist writing news stories). | 0.50 | 285.00 |
| 02/18/10 | K. Michaels | L110 | 0 | Review of additional information to be used in arbitration hearing (information from M. Corey regarding columnists writing news stories). | 0.40 | 228.00 |
| 02/18/10 | K. Michaels | L110 | 0 | Preparation for meeting with witness in Baltimore (H. Weistein): review of witness outlines and related documents to be used as part of testimony (testimony of H. Weinstein). | 2.20 | 1,254.00 |
| 02/20/10 | K. Michaels | L410 | 0 | Meeting in Baltimore to prepare for arbitration hearing (meeting with A. Barnes and H. Weinstein to prepare H. Weinstein for testimony). | 8.00 | 4,560.00 |
| 02/23/10 | K. Michaels | C300 | 0 | Review of information request from Guild (regarding columnists writing news stories). | 0.10 | 57.00 |
| 02/23/10 | K. Michaels | L110 | 0 | Review of additional documentation (from M. Corey regarding columnists writing news stories over the years). | 0.60 | 342.00 |
| 02/23/10 | K. Michaels | L410 | 0 | Review of arbitration files in preparation for arbitration (news artists arbitration files). | 2.00 | 1,140.00 |
| 02/24/10 | K. Michaels | L110 | 0 | Review of additional data (from M. Corey regarding columnists writing news stories). | 0.50 | 285.00 |
| 02/25/10 | K. Michaels | L110 | 0 | Telephone conference with A. Barnes and D. Nitkin regarding fact gathering concerning history (of reporters working weekend shifts and assignment of columnists to weekend shifts). | 0.70 | 399.00 |



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/27/10 | K. Michaels | L110 | 0 | Review of additional Company documentation in preparation for arbitration (timesheets, columnists evaluations and self-evaluations, additional documentation regarding columnists writing reported stories) (1.00); drafting outline of additional information needed from Company (M. Corey) (.50). | 1.50 | 855.00 |
| 02/28/10 | K. Michaels | L110 | 0 | Review of previous arbitration files for materials to be used in arbitration (review of news artists decision, photographers decision and related research regarding Article 6 of the contract). | 1.50 | 855.00 |
| 02/28/10 | K. Michaels | L410 | 0 | Finalizing witness outlines (H. Weinstein, D. Nitkin, M. Corey). | 4.00 | 2,280.00 |

| | | |
|---|---|---|
| **Total Hours** | 40.90 | |
| **Total Fees** | | $23,313.00 |
| **Less Discount** | | ($2,331.30) |
| **Total Fees After Discount** | | $20,981.70 |

**Timekeeper Summary**

| K. Michaels | Partner | - | 40.90 | hours at | $570.00 | per hour |
|-------------|---------|---|-------|----------|---------|----------|

| Date | Disbursements | Value |
|------|---------------|-------|
| | Courier/Messenger | |

# SEYFARTH
**ATTORNEYS**  SHAW LLP

Baltimore Sun

| | | |
|---|---|---|
| 01/26/10 | Courier/Messenger Inv#: 949028648 Date Sent: 01/26/2010 Sender: Karen D. Walden Airbill: 965192094514 Ann W. Barnes The Baltimore Sun 501 North Calvert Street BALTIMORE, MD 21202 | 10.99 |
| 02/12/10 | Courier/Messenger Inv#: 950565827 Date Sent: 02/12/2010 Sender: Karen D. Walden Airbill: 965192101987 Howard G. Weinstein 12114 Faulkner Drive OWINGS MILLS, MD 21117 | 42.62 |

**Copying**

| | | |
|---|---|---|
| 02/12/10 | Copying | 23.00 |
| 02/26/10 | Copying | 0.90 |

**Delivery Services/Messengers**

| | | |
|---|---|---|
| 01/27/10 | Chicago Messenger Service Invoice Number: 511807 Invoice Date: 01/31/2010 MICHAELS Del:KRISTIN E. MICHAELS 334   THE LANE HINSDALE P/U:SEYFARTH SHAW LLP 131 S DEARBORN ST CHICAGO | 26.78 |

**Travel**

| | | |
|---|---|---|
| 02/22/10 | Travel - AMERICAN EXPRESS MICHAELS/KRISTIN CHICAGO/MDWAY-BALTIMORE -CHICAGO/MDWAY 02/20/2010 | 459.40 |

| | |
|---|---|
| **Total Disbursements** | 563.69 |
| **Total Amount Due** | $21,545.39 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1699628
0276 12575 / 12575-000297
Columnists Reporting Assignments Arbitration; Case
No. 16 300 00842 09

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $23,313.00 |
| Less Discount | ($2,331.30) |
| Total Fees after Discount | $20,981.70 |
| Total Disbursements | 563.69 |
| Total Fees and Disbursements This Statement | $21,545.39 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1699725
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through February 28, 2010

**Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/10/10 | K. Osgood | L230 | 0 | Attend status conference (1); draft summary of status conference to A. Jubelirer and G. Silva regarding the same (.2). | 1.20 | 504.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.20 | |
| **Total Fees** | | $504.00 |
| **Less Discount** | | ($50.40) |
| **Total Fees After Discount** | | $453.60 |

**Timekeeper Summary**

| K. Osgood | Associate | - | 1.20 | hours at | $420.00 | per hour |
|-----------|-----------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS
SHAW LLP

Invoice No. 1699725

Page 2

Tribune Company

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Online Research** | |
| 01/27/10 | Inv#: 1001008475 User: JONES, ALEKA LEXIS LEGAL SERVICES SEARCHES | 76.46 |
| 01/27/10 | Inv#: 1001008475 User: JONES, ALEKA LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL | 44.79 |
| 01/27/10 | Inv#: 1001008475 User: JONES, ALEKA LEXIS LEGAL SERVICES DOCUMENT PRINTING | 24.95 |
| 01/27/10 | Inv#: 1001008475 User: JONES, ALEKA SHEPARD'S SERVICE LEGAL CITATION SERVICES | 24.25 |

**Total Disbursements** 170.45

**Total Amount Due** $624.05



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1699725
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $504.00 |
| Less Discount | ($50.40) |
| Total Fees after Discount | $453.60 |
| Total Disbursements | 170.45 |
| Total Fees and Disbursements This Statement | $624.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1699664
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through February 28, 2010

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/01/10 | J. Meer | L390 | 0 | Prepare Motion for appointment of a discovery referee and rules for the discovery referee's payment and engagement. | 2.00 | 1,140.00 |
| 02/02/10 | J. Meer | L350 | 0 | Meet and conference with plaintiff's counsel regarding motion for a discovery referee. | 0.80 | 456.00 |
| 02/02/10 | J. Meer | L350 | 0 | Prepare motion for a discovery referee and related papers. | 2.60 | 1,482.00 |
| 02/02/10 | D. Hyun | C400 | 0 | Telephone conference with K. Moskowitz and J. Meer regarding discovery and referee. | 0.70 | 280.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/03/10 | J. Meer | L190 | 0 | Telephone conference with plaintiff's counsel regarding joint proposed order to appoint discovery referee. | 0.70 | 399.00 |
| 02/03/10 | J. Meer | L390 | 0 | Prepare revised joint stipulation to appoint discovery referee. | 0.80 | 456.00 |
| 02/03/10 | J. Meer | L390 | 0 | Review information regarding additional proposed referees from plaintiff's counsel. | 0.90 | 513.00 |
| 02/03/10 | M. Halperin | L310 | 0 | Preparation of communication to the deposition officer advising that the KTLA subpoena is still on hold as the motion to quash issue has been referred to a discovery referee. | 0.10 | 27.50 |
| 02/03/10 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun regarding the status on the motion to quash hearing regarding our subpoena to KTLA. | 0.10 | 27.50 |
| 02/04/10 | J. Meer | L390 | 0 | Meet and conference with plaintiff's counsel regarding joint stipulation regarding discovery referee and related issues. | 0.70 | 399.00 |
| 02/04/10 | J. Meer | L390 | 0 | Revise joint stipulation for discovery referee. | 0.80 | 456.00 |
| 02/04/10 | D. Hyun | C400 | 0 | Telephone conference with K. Moskowitz, J. Shapiro and J. Meer regarding discovery referee. | 0.70 | 280.00 |
| 02/04/10 | D. Hyun | L210 | 0 | Review and revise plaintiff's revisions to proposed order to appoint discovery referee. | 1.70 | 680.00 |
| 02/05/10 | J. Meer | L190 | 0 | Prepare motion for judgment on the pleadings for failure to articulate the exact language of the alleged defamation claim in the second amended complaint. | 1.20 | 684.00 |
| 02/05/10 | J. Meer | L330 | 0 | Meet and confer with plaintiff's counsel regarding deposition sequence and scheduling. | 0.50 | 285.00 |



ATTORNEYS LLP

Invoice No. 1699664

Page 3

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 02/05/10 | J. Meer | L390 | 0 | Revise various versions of joint stipulation for discovery referee to include additional motions identified by plaintiff's counsel. | 1.60 | 912.00 |
| 02/05/10 | D. Hyun | C400 | 0 | Review and respond to e-mails sent by plaintiff's counsel K. Moskowitz. | 0.30 | 120.00 |
| 02/05/10 | D. Hyun | L430 | 0 | Review and revise proposed order regarding discovery referee. | 0.50 | 200.00 |
| 02/08/10 | J. Meer | L190 | 0 | Outline objections to plaintiff's notice of ruling regarding summary judgment. | 0.70 | 399.00 |
| 02/08/10 | J. Meer | L190 | 0 | Review plaintiff's notice of ruling regarding summary judgment. | 0.30 | 171.00 |
| 02/08/10 | J. Meer | L240 | 0 | Prepare motion for judgment on the pleadings. | 2.00 | 1,140.00 |
| 02/09/10 | J. Meer | L240 | 0 | Review research regarding new motion for judgment on the pleadings based on safe workplace privilege under California Labor Code section 6400. | 0.80 | 456.00 |
| 02/09/10 | D. Hyun | L430 | 0 | Plan and prepare, conference with J. Meer regarding new motion for judgment on the pleadings or motion for summary judgment. | 0.80 | 320.00 |
| 02/10/10 | J. Meer | L190 | 0 | Review notice of order regarding discovery referee. | 0.40 | 228.00 |
| 02/10/10 | J. Meer | L240 | 0 | Prepare Motion for Judgment on the Pleadings. | 2.50 | 1,425.00 |
| 02/10/10 | D. Hyun | C200 | 0 | Legal research and draft memo regarding elements of libel per se, libel per se must be separately pled, required to report eliminates malice, elements/burden to show malice, anti-SLAPP and reporting to employer. | 2.80 | 1,120.00 |
| 02/11/10 | J. Meer | L450 | 0 | Appear at Case Management Conference. | 1.00 | 570.00 |



Invoice No. 1699664

Page 4

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/11/10 | D. Hyun | L240 | 0 | Continued legal research and draft memo regarding defamation, if duty or obligation to report potential violence eliminates malice, causation and defamation, including resulting in lost job, no defamation for reporting workplace violence. | 3.20 | 1,280.00 |
| 02/12/10 | J. Meer | L390 | 0 | Meet and conference with plaintiff's counsel regarding schedule of matters to be presented to the discovery referee. | 0.50 | 285.00 |
| 02/16/10 | D. Hyun | L430 | 0 | Revise memorandum of points and authorities in support of motion for judgment on the pleadings. | 2.90 | 1,160.00 |
| 02/17/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding case status. | 0.40 | 228.00 |
| 02/17/10 | D. Hyun | L430 | 0 | Legal research regarding privilege is an issue of law that can be decided by demurrer. | 0.90 | 360.00 |
| 02/17/10 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for judgment on the pleadings. | 6.80 | 2,720.00 |
| 02/18/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding case status. | 0.50 | 285.00 |
| 02/18/10 | D. Hyun | L430 | 0 | Continued work on memorandum of points and authorities in support of motion for judgment on the pleadings. | 2.30 | 920.00 |
| 02/19/10 | J. Meer | L190 | 0 | Research regarding mediators identified by plaintiff's counsel. | 0.50 | 285.00 |
| 02/19/10 | J. Meer | L190 | 0 | Telephone conference with office of the discovery referee regarding order of issues to be presented for decision. | 0.50 | 285.00 |
| 02/19/10 | J. Meer | L190 | 0 | Prepare email to plaintiff's counsel regarding mediation issues. | 0.30 | 171.00 |
| 02/22/10 | J. Meer | L160 | 0 | Telephone conference with J. Osick regarding settlement issues. | 0.30 | 171.00 |



Invoice No. 1699664

Page 5

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/22/10 | J. Meer | L190 | 0 | Telephone conference with office of the mediator (David Rotman) regarding mediation. | 0.40 | 228.00 |
| 02/22/10 | J. Meer | L190 | 0 | Telephone conference with plaintiff's counsel regarding mediation issues. | 0.80 | 456.00 |
| 02/22/10 | J. Meer | L190 | 0 | Exchange emails with insurance representative regarding coverage issues. | 0.40 | 228.00 |
| 02/22/10 | J. Meer | L240 | 0 | Revise motion for judgment on the pleadings. | 1.00 | 570.00 |
| 02/22/10 | D. Hyun | L430 | 0 | Revise motion for judgment on the pleadings. | 0.50 | 200.00 |
| 02/23/10 | J. Meer | L190 | 0 | Telephone conference with J. Osick regarding mediation issues. | 0.20 | 114.00 |
| 02/23/10 | J. Meer | L190 | 0 | Telephone conference with plaintiff's counsel regarding mediation issues. | 0.40 | 228.00 |
| 02/23/10 | J. Meer | L190 | 0 | Review research regarding indemnification for punitive damages, absent insurance coverage. | 1.50 | 855.00 |
| 02/23/10 | D. Hyun | C200 | 0 | Legal research regarding whether punitive damages is covered by Labor Code 2802's indemnification provisions, California Civil Code 1668 and indemnification of punitive damages. | 2.60 | 1,040.00 |
| 02/23/10 | D. Hyun | L310 | 0 | Draft amended response to form interrogatory no. 4.1 regarding insurance. | 0.60 | 240.00 |
| 02/24/10 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun for a status on the motion to quash filed in connection with the KTLA subpoena that is being reviewed by the discovery referee. | 0.10 | 27.50 |
| 02/25/10 | J. Meer | L390 | 0 | Exchange emails with Plaintiff's counsel regarding final meet and confer and attempt to resolve issues before they are submitted to the discovery referee. | 0.30 | 171.00 |



Invoice No. 1699664

Page 6

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/26/10 | J. Meer | L190 | 0 | Exchange emails with J. Osick regarding mediation issues. | 0.20 | 114.00 |
| 02/26/10 | J. Meer | L390 | 0 | Review email from Plaintiff's counsel regarding final meet and confer before sending issues to discovery referee. | 0.90 | 513.00 |

| | | |
|---|---|---|
| **Total Hours** | 57.00 | |
| **Total Fees** | | $27,760.50 |
| **Less Discount** | | ($2,776.05) |
| **Total Fees After Discount** | | $24,984.45 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 29.40 | hours at | $570.00 | per hour |
| D. Hyun | Associate | - | 27.30 | hours at | $400.00 | per hour |
| M. Halperin | Paralegal | - | 0.30 | hours at | $275.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Attorney Services** | |
| 02/01/10 | Attorney Services - NATIONWIDE LEGAL, INC 1/1/10 | 18.90 |
| 02/01/10 | Attorney Services - NATIONWIDE LEGAL, INC 1/8/10 | 62.10 |
| 02/01/10 | Attorney Services - NATIONWIDE LEGAL, INC 1/1/10 | 118.95 |
| 02/02/10 | Attorney Services - NATIONWIDE LEGAL, INC 12/18/09 | 36.90 |
| 02/11/10 | Attorney Services - NATIONWIDE LEGAL, INC 12/11/09 | 74.85 |
| 02/16/10 | Attorney Services - NATIONWIDE LEGAL, INC 1/15/10 | 119.85 |
| 02/25/10 | Attorney Services - NATIONWIDE LEGAL, INC 1/22/10 | 101.85 |
| | **Local Messenger** | |
| 02/01/10 | Local Messenger - NATIONWIDE LEGAL, INC 1/8/10 | 25.20 |
| 02/01/10 | Local Messenger - NATIONWIDE LEGAL, INC 1/1/10 | 25.20 |
| 02/02/10 | Local Messenger - NATIONWIDE LEGAL, INC 12/18/09 | 22.05 |
| 02/11/10 | Local Messenger - NATIONWIDE LEGAL, INC 12/11/09 | 47.25 |



Ira H. Goldstone

| 02/16/10 | Local Messenger – NATIONWIDE LEGAL, INC 1/15/10 | 22.05 |
| 02/25/10 | Local Messenger – NATIONWIDE LEGAL, INC 1/22/10 | 36.75 |

**Taxi**

| 12/02/09 | Taxi – EDWARD CERASIA II TAXI MEETING @ MORPHEUS MEDIA 11/10/09 | 5.00 |

**Filing Fees**

| 02/01/10 | Filing Fees – NATIONWIDE LEGAL, INC 1/1/10 | 40.00 |
| 02/01/10 | Filing Fees – NATIONWIDE LEGAL, INC 1/8/10 | 40.00 |
| 02/16/10 | Filing Fees – NATIONWIDE LEGAL, INC 1/15/10 | 191.00 |
| 02/25/10 | Filing Fees – NATIONWIDE LEGAL, INC 1/22/10 | 126.00 |

**Copying**

| 02/08/10 | Copying | 4.90 |

**Deposition Transcripts**

| 02/01/10 | Deposition Transcripts – HAHN & BOWERSOCK NEUMAN | 549.00 |
| 02/01/10 | Deposition Transcripts – HAHN & BOWERSOCK NEUMAN | 1,770.10 |

**Total Disbursements**                                                                 3,437.90

**Total Amount Due**                                                                 $28,422.35



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1699664
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $27,760.50 |
| Less Discount | ($2,776.05) |
| Total Fees after Discount | $24,984.45 |
| Total Disbursements | 3,437.90 |
| Total Fees and Disbursements This Statement | $28,422.35 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1699634
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through February 28, 2010

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/02/10 | J. McManus | B110 | 0 | Prepare response to fee auditor report. | 0.50 | 135.00 |
| 02/05/10 | J. McManus | B110 | 0 | Begin preparation of January Monthly Fee Application. | 0.70 | 189.00 |
| 02/10/10 | J. McManus | B110 | 0 | Prepare response to fee auditor (.50); conference with O. Reyes regarding same (.20). | 0.70 | 189.00 |
| 02/11/10 | J. McManus | B110 | 0 | Assemble additional information for fee auditor report (.40); telephone conference with fee auditor regarding same (.10); revise Quarterly Fee Application (.60). | 1.10 | 297.00 |
| 02/12/10 | J. McManus | B110 | 0 | Revise December monthly fee application in preparation for filing. | 0.90 | 243.00 |
| 02/16/10 | J. McManus | B110 | 0 | Revise Quarterly Fee Application. | 0.80 | 216.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1699634

Page 2

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/19/10 | J. McManus | B110 | 0 | Revise Fee Auditor Response and forward same (.50); revise December Monthly Fee Statement (.90). | 1.40 | 378.00 |

| | | |
|---|---|---|
| **Total Hours** | | 6.10 |
| **Total Fees** | | $1,647.00 |
| **Less Discount** | | ($164.70) |
| **Total Fees After Discount** | | $1,482.30 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. McManus | Paralegal | - | 6.10 | hours at | $270.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Long Distance Telephone** | |
| 02/11/10 | Long Distance Telephone | 1.04 |
| **Total Disbursements** | | 1.04 |
| **Total Amount Due** | | $1,483.34 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1699634
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,647.00 |
| Less Discount | ($164.70) |
| Total Fees after Discount | $1,482.30 |
| Total Disbursements | 1.04 |
| Total Fees and Disbursements This Statement | $1,483.34 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN.
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Invoice No. 1699665
0835 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through February 28, 2010

<u>Karen Scott v. WPIX</u>

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 02/10/10 | E. Cerasia II | L110 | | Telephone conference with A. Jubelirer regarding K. Scott's EEOC charge, background facts and strategy for response (.2); review EEOC charge (.2). | 0.40 | 288.00 |
| 02/15/10 | E. Cerasia II | L120 | | Review EEOC Notice of Charge and email correspondence with A. Jubelire regarding same and request for mediation signifying that EEOC does not view this as a systemic charge. | 0.10 | 72.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $360.00 |
| **Less Discount** | | ($36.00) |
| **Total Fees After Discount** | | $324.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 1699665

Page 2

Tribune Company

### Timekeeper Summary

| E. Cerasia II | Partner | - | 0.50 | hours at | $720.00 | per hour |
|---|---|---|---|---|---|---|

**Total Disbursements**      0.00

**Total Amount Due**      $324.00



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000.
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

March 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611.
Attention: James P. Osick

Invoice No. 1699665
0835 68308 / 68308-000003
Karen Scott v. WPIX

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $360.00 |
| Less Discount | ($36.00) |
| Total Fees after Discount | $324.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $324.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N