# EXHIBIT A

## No Liability Claims

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 1920 COLORADO INC RE: SANTA MONICA 1920 COLORAD PLATINUM REALTY MANAGEMENT 201 WILSHIRE BLVD STE A28 SANTA MONICA, CA 90401 | 08-13185 | Los Angeles Times Communications LLC | 06/08/2009 | 3638 | $1,100,692.87 | No liability owed to claimant per Debtors books and records. |
| 2 | 233 BROADCAST LLC / SEARS TOWER C/O JESSICA LINFORD U.S. EQUITIES ASSET MANAGEMENT 233 S. WACKER DR., SUITE 3530 CHICAGO, IL 60606 | 08-13252 | WGN Continental Broadcasting Company | 06/11/2009 | 4756 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 3 | 6400-6500 PARK OF COMMERCE BOULEVARD, LLC ATTN: MUSTAFA SALEHBHAI, ESQ. 3424 PEACHTREE ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13208 | Sun-Sentinel Company | 06/10/2009 | 4276 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 4 | 9090 ENTERPRISES C/O CAROL VERNON 2271 LINDA FLORA DRIVE LOS ANGELES, CA 90077 | | No Debtor Asserted | 03/26/2009 | 815 | $2,814.48 | No liability owed to claimant per Debtors books and records. |
| 5 | AAT COMMUNICATIONS CORPORATION PO BOX 933547 ATLANTA, GA 31193-3547 | 08-13254 | WPIX, Inc. | 06/11/2009 | 4667 | $10,023.16 | No liability owed to claimant per Debtors books and records. |
| 6 | ARIZONA REPUBLIC, THE 200 E VAN BUREN ST. PHOENIX, AZ 85004 | | No Debtor Asserted | 04/24/2009 | 1386 | $1,767.86 | Claim has insufficient supporting documentation and Debtor's books and records show no liability. A duplicate claim, 2259, was expunged in Omnibus Objection 10 as being insufficiently documented and unsupported. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 11

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | ARIZONA REPUBLIC, THE<br>P.O. BOX 200<br>PHOENIX, AZ 85001 | | No Debtor Asserted | 02/02/2009 | 347 | $1,767.86 | Claim has insufficient supporting documentation and Debtor's books and records show no liability. A duplicate claim, 2259, was expunged in Omnibus Objection 10 as being insufficiently documented and unsupported. |
| 8 | BANK OF NEW YORK MELLON<br>101 BARCLAY STREET - 15E<br>NEW YORK, NY 10286 | 08-13238 | Tribune New York Newspaper Holdings, LLC | 06/12/2009 | 4897 | $11,488.17 | No liability owed to claimant per Debtors books and records. |
| 9 | BARLOW, PAUL H<br>408 LAUREL ROAD<br>BOYERTOWN, PA 19512 | 08-13212 | The Morning Call, Inc. | 05/13/2009 | 2761 | Undetermined | No liability owed to claimant per Debtors' books and records. All accrued benefits were paid and no further liability is owed to claimant. |
| 10 | BARRIERE, JOSE M<br>1363 W. 39TH STREET<br>LOS ANGELES, CA 90062 | 08-13141 | Tribune Company | 05/04/2009 | 2343 | $14,124.20 | No liability owed to claimant per Debtors' books and records. No supporting documentation was attached to the claim and the stated basis for the claim is "Tribune going on bankruptcy". The Debtors have been unable to obtain any additional information from claimant to indicate liability. |
| 11 | CALIFORNIA DEPARTMENT OF MOTOR VEHICLES<br>REVENUE SERVICES SUPPORT UNIT<br>PO BOX 825341<br>SACRAMENTO, CA 94232-5341 | 08-13141 | Tribune Company | 06/11/2009 | 4462 | $4,175.00 | Debtors dispute liability for dishonored check fees and penalties. |
| 12 | CBS TELEVISION STATIONS INC.<br>C/O JULIE B. BEHUNIAK, ESQ.<br>51 W 52 ST<br>NEW YORK, NY 10019 | 08-13148 | Channel 39, Inc. | 06/10/2009 | 4362 | $34,306.35 | No liability owed to claimant per Debtors books and records. |
| 13 | CCT LLC<br>9825 INDIANAPOLIS BLVD<br>HIGHLAND, IN 46322-2622 | 08-13152 | Chicago Tribune Company | 05/26/2009 | 3147 | $8,158.33 | No liability owed to claimant per Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | CF 4242 BRYN MAWR LLC C/O COLLEEN E. MCMANUS MUCH SHELIST DENENBERG AMENT RUBENSTEIN 191 N WACKER DR, STE 1800 CHICAGO, IL 60646 | 08-13141 | Tribune Company | 06/11/2009 | 4666 | $36,179.81 | No liability owed to claimant per Debtors books and records. |
| 15 | CLARK STEVENS 2215 SANTA ANITA AVENUE SIERRA MADRE, CA 91024 | 08-13141 | Tribune Company | 06/12/2009 | 5597 | $3,671.09 | No liability owed to claimant per Debtors' books and records. The payment of incentive bonuses are at the Debtors' discretion. |
| 16 | CNN NEWS SOURCE SALES ATTN: KELLY BLACK-HOLMES/LEGAL ONE CNN CENTER 13 NORTH ATLANTA, GA 30303-2762 | 08-13251 | WDCW Broadcasting, Inc. | 06/11/2009 | 4863 | $28,106.38 | No liability owed to claimant per Debtors' books and records. The Debtors dispute the statement of account reflects amounts owed pursuant to the parties' agreement. |
| 17 | COBALT INDUSTRIAL REIT C/O STEVE A. PEIRCE FULBRIGHT & JAWORSKI, LLP 300 COVENT STREET, SUTIE 2200 SAN ANTONIO, TX 78205-3792 | 08-13152 | Chicago Tribune Company | 06/10/2009 | 4297 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 18 | COSGROVE, JAMES T. C/O WINEGAR, WILHELM, GLYNN & ROEMER ATTN: SCOTT M. WILHELM 3005 ROSEBERRY STREET, P.O. BOX 800 PHILLIPSBURG, NJ 08865 | 08-13141 | Tribune Company | 05/01/2009 | 2238 | $150,000.00 | Underlying state court litigation claim was voluntarily dismissed with prejudice by order entered on Feb. 23, 2010. |
| 19 | COTTON, WILLIAM VIRGIL 6444 NEEDLE LEAF DRIVE ROCKVILLE, MD 20852 | 08-13144 | Baltimore Newspaper Networks, Inc. | 05/04/2009 | 2282 | $1,776.18 | Debtors' books and records show no liability or refunds are owed to claimant on on account of COBRA overpayments or IRS levy. Debtors' records show no evidence that COBRA payments were overpaid. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | DOMBECK, MAUREEN A<br>4923 N. WOLCOTT<br>UNIT GA<br>CHICAGO, IL 60640 | | No Debtor Asserted | 05/22/2009 | 3060 | $50,000.00 | No liability owed to claimant per Debtors books and records. |
| 21 | EMPIRE STATE BUILDING COMPANY, LLC<br>350 FIFTH AVENUE<br>ROOMS 7912-7915<br>NEW YORK, NY 10118 | 08-13254 | WPIX, Inc. | 06/12/2009 | 5336 | $44,925.68 | No liability owed to claimant per Debtors books and records. |
| 22 | EYE, HERBERT<br>HC 72 BOX 36<br>FRANKLIN, WV 26807 | | No Debtor Asserted | 06/08/2009 | 3658 | $23,556.00 | No liability owed to claimant per Debtors books and records |
| 23 | FLORIDA MEDICAL SCREENING, INC.<br>20929 STATE ROAD 44<br>JOHN MULLEN<br>EUSTIS, FL 32736 | 08-13208 | Sun-Sentinel Company | 04/27/2009 | 1908 | $956.58 | No liability owed to claimant per Debtors' books and records. Contract with vendor for service was canceled prior to the invoice date. |
| 24 | FRANKLIN SCHANTZ ASSOC<br>P.O. BOX 1487<br>BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4590 | $7,038.00 | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |
| 25 | FRANKLIN SCHANTZ ASSOC<br>RE: ALLENTOWN 7035 SCHANTZ RD<br>PO BOX 1487<br>BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4652 | $7,038.00* | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |
| 26 | FRANKLIN SCHANTZ ASSOCIATES<br>PO BOX 1487<br>BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4653 | $7,038.00* | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | FRANKLIN SCHANTZ ASSOCIATES, L.P.<br>RE: ALLENTOWN 7035 SCHANTZ RD<br>ATTN: PETER H. GEBERT, PRESIDENT<br>PO BOX 1487<br>BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4589 | $7,038.00* | No liability owed to claimant per Debtors books and records. |
| 28 | GALBO, CAMILLA<br>1416 S WASHINGTON<br>PARK RIDGE, IL 60068 | 08-13141 | Tribune Company | 06/10/2009 | 4279 | $10,429.28 | Liability due to claimant from third party, not Debtor. |
| 29 | GALLERY CORP POST CONFIRMATION TRUST<br>EDWARD T GAVIN<br>NHB ASSIGNMENTS LLC<br>919 NORTH MARKET STREET, SUITE 1410<br>WILMINGTON, DE 19801 | | No Debtor Asserted | 03/24/2009 | 881 | $261,228.07 | Creditor and Debtors have mutually waived and released all claims pursuant to Settlement Agreement dated April 1, 2010. |
| 30 | GLENDALE BUSINESS CENTER, LLC<br>RE: GLENDALE 6631 N SIDNEY PL<br>CARE OF CLOVERLEAF GROUP, INC.<br>666 DUNDEE ROAD, SUITE 901<br>NORTHBROOK, IL 60062 | 08-13141 | Tribune Company | 06/02/2009 | 3408 | $990.95 | No liability owed to claimant per Debtors books and records. |
| 31 | GODBEY, TERRY<br>830 ELLWOOD AVE<br>ORLANDO, FL 32804 | 08-13141 | Tribune Company | 06/08/2009 | 3672 | $15,667.77 | No liability owed to claimant per Debtors books and records. |
| 32 | GRANDE RONDE WAREHOUSING<br>201 PENN AVE<br>LA GRANDE, OR 97850 | 08-13222 | Tribune Broadcast Holdings, Inc. | 04/23/2009 | 1620 | Undetermined | Claimant indicated no amounts owed on claim. |
| 33 | GREWE, DAVID<br>12 GLENCAIRN CT<br>LIVERPOOL, NY 130903914 | | No Debtor Asserted | 04/30/2009 | 2162 | $2,500.00* | No liability owed to claimant per Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | HEALTH CONCEPTS/DOLPHIN CAPITAL CORP 566 WEST LAKE STREET, LOWER LEVEL CHICAGO, IL 60661 | 08-13141 | Tribune Company | 02/27/2009 | 685 | $260.75 | Claimant indicated no amounts due on expired lease. |
| 35 | HERNANDEZ, IRENE 15489 ORION LAKE ELSINORE, CA 92530 | 08-13141 | Tribune Company | 06/11/2009 | 4593 | $35,922.81 | No liability owed to claimant per Debtors books and records. |
| 36 | JOBVIEW, LLC ERIC SKYTTE OF LEONARD STREET & DEINARD 150 SOUTH FIFTH STREET, SUITE 2300 MINNEAPOLIS, MN 55402 | 08-13185 | Los Angeles Times Communications LLC | 06/02/2009 | 3418 | $101,545.60 | No liability owed to claimant per Debtors books and records. |
| 37 | KENDRICK-MCCANN LP RE: SANTA FE 12236 MCCANN DR C/O T C COLLINS & ASSOCIATES 3600 BIRCH ST SUITE NO.100 NEWPORT BEACH, CA 92660 | 08-13141 | Tribune Company | 05/12/2009 | 2728 | $2,375.44 | No liability owed to claimant per Debtors books and records. |
| 38 | LAXINETA, MICHAEL 117 SEVEN BRIDGES ROAD CHAPPAQUA, NY 10514 | 08-13235 | Tribune Media Net, Inc. | 06/10/2009 | 4393 | $59,280.00 | No liability owed to claimant per Debtors' books and records. The payment of incentive bonuses are at the Debtors' discretion. |
| 39 | MAAX ASTECH INTERMEDIA 999 18TH STREET #2240 DENVER, CO 80202-2499 | | No Debtor Asserted | 04/20/2009 | 1065 | $69,335.00 | No liability owed to claimant per Debtors books and records. |
| 40 | MANSI, MATTHEW M. 539 DOWNING STREET DENVER, CO 80218 | 08-13141 | Tribune Company | 06/12/2009 | 4988 | $42,500.00 | No liability exists as agreement expired at end of 2007. |
| 41 | MICHAEL CAREY C/O KRAMER & POLLACK, LLP ATTN: LARRY J. KRAMER 143 WILLIS AVENUE MINEOLA, NY 11501 | 08-13238 | Tribune New York Newspaper Holdings, LLC | 05/26/2009 | 3164 | $350,000.00 | Claim is a Newsday liability which was not owned by Debtor at the time liability was incurred. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | MILLER, ABRAHAM<br>751 S DELAWARE ST<br>ALLENTOWN, PA 18103 | | No Debtor Asserted | 05/05/2009 | 2456 | $1,225.83 | No liability owed to claimant per Debtors books and records. |
| 43 | MLRP PENNY LANE LLC, A DELAWARE LLC<br>RE: SCHAUMBURG 1717 PENNY LN.<br>C/O ML REALTY PARTNERS, LLC<br>ONE PIERCE PLACE, SUITE 450<br>ITASCA, IL 60143 | 08-13141 | Tribune Company | 05/11/2009 | 2650 | $100,493.27* | No liability owed to claimant per Debtors books and records. |
| 44 | NOLLIE, YOLANDA<br>814 MARGARET SQUARE<br>WINTER PARK, FL 32789 | 08-13141 | Tribune Company | 04/23/2009 | 1579 | $26,750.00 | No liability owed to claimant per Debtors books and records. |
| 45 | NORTH HILLS INDUSTRIAL PARK, INC<br>RE: NORTH HILLS 16715 SCHOENB<br>C/O CASTLE ARCH REAL ESTATE INVESTMENTS<br>9595 WILSHIRE BLVD STE 1000<br>BEVERLY HILLS, CA 90212 | 08-13141 | Tribune Company | 06/11/2009 | 4665 | $6,826.62 | No liability owed to claimant per Debtors books and records. |
| 46 | NUCOMM, INC.<br>101 BILBY RD<br>HACKETTSTOWN, NJ 07840 | 08-13241 | Tribune Television Company | 06/09/2009 | 4121 | $4,778.51 | Part of claim duplicated in surviving claim number 4123. Remainder of claim was credit issued to Debtor for reusing filter. |
| 47 | PACIFIC REALTY CO.<br>RE: CATHEDRAL 68-900 RD.<br>2767 OCTAVIA ST<br>SAN FRANCISCO, CA 94123 | 08-13185 | Los Angeles Times Communications LLC | 06/08/2009 | 3696 | $11,589.61 | No liability owed to claimant per Debtors books and records. |
| 48 | PATTISHALL MCAULIFFE NEWBERRY HILLIARD<br>AND GERALDSON<br>311 S WACKER DRIVE<br>CHICAGO, IL 60606 | 08-13141 | Tribune Company | 05/01/2009 | 2255 | $1,280.57 | Debtor was overcharged for service. Has satisfied authorized amount of invoices. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 49 | POPE RESOURCES 19245 10TH AVE NE POULSBO, WA 98370-7456 | | No Debtor Asserted | 06/03/2009 | 3454 | $11,530.12 | No liability owed to claimant per Debtors books and records. |
| 50 | POWELL, BRENDA L 30234 UNITY RD SEDLEY, VA 23878 | | No Debtor Asserted | 04/24/2009 | 1421 | $13,152.00 | No liability owed to claimant per Debtors books and records. |
| 51 | RAUB, LAMONT 946 EDGEMONT AVE PALMERTON, PA 18071 | 08-13212 | The Morning Call, Inc. | 06/12/2009 | 5409 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 52 | REALTY ASSOCIATES FUND VIII LP., THE C/O RONALD K. BROWN JR LAW OFFICES OF RONALD K. BROWN JR 901 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660 | 08-13141 | Tribune Company | 06/03/2009 | 3460 | $44,626.87 | No liability owed to claimant per Debtors books and records. |
| 53 | REYNOLDS, DAVID L 222 WILLIS STREET BRISTOL, CT 06010 | 08-13211 | The Hartford Courant Company | 04/22/2009 | 1363 | $2,843.10 | No liability owed to claimant per Debtors books and records. |
| 54 | RICHLAND DALLAS TOWER LLC 400 N ASHLEY DRIVE STE 3010 TAMPA, FL 33602-4354 | 08-13241 | Tribune Television Company | 06/02/2009 | 3400 | $10,362.55 | No liability owed to claimant per Debtors books and records. |
| 55 | SARKES TARZIAN INC PO BOX 62 BLOOMINGTON, IN 47402-0062 | 08-13241 | Tribune Television Company | 05/01/2009 | 2234 | $94.09 | No liability owed to claimant per Debtors books and records. |
| 56 | SHUTTLE PRINTING INC 3838 9TH ST LONG ISLAND CITY, NY 111016110 | | No Debtor Asserted | 06/12/2009 | 4881 | Undetermined | Claimant indicates they are unable to determine any liability owed by Debtor |
| 57 | SHUTTLE PRINTING INC ATN: ACCOUNTING 48-23 55TH AVE MASPETH, NY 11378 | | No Debtor Asserted | 06/12/2009 | 5095 | Undetermined | Claimant indicates they are unable to determine any liability owed by Debtor |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | SJCT LLC<br>9825 INDIANAPOLIS BLVD<br>HIGHLAND, IN 46322-2622 | 08-13152 | Chicago Tribune Company | 05/26/2009 | 3146 | $9,623.37 | No liability owed to claimant per Debtors books and records. |
| 59 | SPANLINK COMMUNICATIONS<br>605 HWY 169 N  NO.905<br>MINNEAPOLIS, MN 55441 | 08-13185 | Los Angeles Times Communications LLC | 09/14/2009 | 6221 | $72,660.10 | No liability owed to claimant per Debtors books and records. |
| 60 | ST JOHN PROPERTIES INC<br>2560 LORD BALTIMORE DRIVE<br>BALTIMORE, MA 21244 | 08-13209 | The Baltimore Sun Company | 06/05/2009 | 3594 | $2,263.85 | No liability owed to claimant per Debtors books and records. |
| 61 | SUN MICROSYSTEMS, INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13152 | Chicago Tribune Company | 06/11/2009 | 4634 | $1,001,426.00 | No liability owed to claimant per Debtors books and records.  Pre paid contracts terminated prior to the petition date. |
| 62 | SUN MICROSYSTEMS, INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13141 | Tribune Company | 06/11/2009 | 4635 | $1,001,426.00 | No liability owed to claimant per Debtors books and records.  Pre paid contracts terminated prior to the petition date. |
| 63 | SUN MICROSYSTEMS, INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13153 | Chicago Tribune Newspapers, Inc. | 06/11/2009 | 4636 | $1,001,426.00 | No liability owed to claimant per Debtors books and records.  Pre paid contracts terminated prior to the petition date. |
| 64 | SUN MICROSYSTEMS, INC.<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13154 | Chicago Tribune Press Service, Inc. | 06/11/2009 | 4640 | $1,001,426.00 | No liability owed to claimant per Debtors books and records.  Pre paid contracts terminated prior to the petition date. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 65 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/11/2009 | 4748 | $829,473.00 | No liability owed to claimant per Debtors books and records. Pre paid contracts terminated prior to the petition date. |
| 66 | SUN MICROSYSTEMS, INC. BIALSON, BERGEN & SCHWAB LAWRENCE SCHWAB/THOMAS GAA 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13141 | Tribune Company | 06/11/2009 | 4749 | $829,473.00 | No liability owed to claimant per Debtors books and records. Pre paid contracts terminated prior to the petition date. |
| 67 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13186 | Los Angeles Times International, Ltd. | 06/11/2009 | 4750 | $829,473.00 | No liability owed to claimant per Debtors books and records. Pre paid contracts terminated prior to the petition date. |
| 68 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13185 | Los Angeles Times Communications LLC | 06/11/2009 | 4751 | $829,473.00 | No liability owed to claimant per Debtors books and records. Pre paid contracts terminated prior to the petition date. |
| 69 | SUNSET BRONSON ENTERTAINMENT PROPERTIES LLC - C/O DAVID A. FIDLER, ESQ. KLEE TUCHIN BOGDANOFF & STERN LLP 1999 AVENUE OF THE STARS, 39TH FLOOR LOS ANGELES, CA 90067 | 08-13183 | KTLA Inc. | 06/03/2009 | 3458 | $83,390.06* | No liability owed to claimant per Debtors books and records. |
| 70 | SUSI, SAMUEL 7806 CHARNEY LN BOCA RATON, FL 33496 | 08-13208 | Sun-Sentinel Company | 05/14/2009 | 2790 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 71 | SWIFT, EILEEN 2415 RAVENNA BLVD. NO.101 NAPLES, FL 34109-0383 | | No Debtor Asserted | 05/04/2009 | 2406 | $17,280.00 | No liability owed to claimant per Debtors books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 72 | TRIO ASSOCIATES RE: PASADENA 125 N. VINEDO PO BOX 757 4778 NORTH STONE ROAD BETHEL ISLAND, CA 94511 | 08-13141 | Tribune Company | 05/18/2009 | 2900 | $5,612,205.00 | No liability owed to claimant per Debtors books and records. |
| 73 | VON BRIESEN, MARBURY 401 PLUMBRIDGE CT UNIT 103 TIMONIUM, MD 21093 | | No Debtor Asserted | 06/12/2009 | 5428 | $195,900.10 | No liability owed to claimant per Debtors books and records. |
| 74 | WEINSTEIN, BOLDT, HALFHIDE AND CAMEL RE: SANTA FE SPRINGS 13100 E 1925 CENTURY PARK EAST, SUITE 1050 LOS ANGELES, CA 90067 | 08-13185 | Los Angeles Times Communications LLC | 04/23/2009 | 1651 | $331,222.00* | No liability owed to claimant per Debtors books and records. |
| 75 | WINTERS, CARLYLE 2205 BELLEAIR ROAD APT. A25 CLEARWATER, FL 33764-2765 | 08-13141 | Tribune Company | 05/14/2009 | 2805 | $10,000.00* | No liability owed to claimant per Debtors books and records. |
| 76 | ZELLWIN FARMS COMPANY RE: TAVARES 1898 E. BURLEIGH P.O. BOX 188 ZELLWOOD, FL 32798 | 08-13198 | Orlando Sentinel Communications Company | 05/14/2009 | 2783 | $4,578.27 | No liability owed to claimant per Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts