# EXHIBIT A

**SUBSTANTIVE DUPLICATE CLAIMS**

## TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
| 1 | AFEDERAL EXTERMINATING 6801 11TH AVE BROOKLYN, NY 112196023 | 01/27/2009 | 08-13176 | 327 | $455.16 | AFEDERAL EXTERMINATING 6801 11TH AVE BROOKLYN, NY 112196023 | 05/22/2009 | 08-13176 | 3067 | $568.95 | Appears to duplicate 4 of these invoices included in surviving claim |
| 2 | ALGUIRE, JAMES L C/O INKDROP MEDIA GROUP PO BOX 2027 DEL MAR, CA 92014-1327 | 04/28/2009 | 08-13182 | 2013 | $1,000.00 | ALGUIRE, JAMES L. INKDROP MEDIA GROUP PO BOX 2027 DEL MAR, CA 92014-1327 | 04/10/2009 | 08-13182 | 923 | $1,000.00 | Identical to surviving claim, except Debtor asserted on claim to be disallowed. |
| 3 | BANK OF AMERICA PENSION PLAN DEREK C. MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. MARKET ST, P.O. BOX 1347 WILMINGTON, DE 19899 | 04/22/2009 | 08-13141 | 1326 | $535,857.00* | WILMINGTON TRUST CORPORATION, AS INDENTURE TRUSTEE C/O PATRICK J. HEALY, VP 1100 NORTH MARKET ST - RODNEY SQ NORTH WILMINGTON, DE 19890 | 06/05/2009 | 08-13141 | 3523 | $1,196,823,429.80* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | NAME | CASE # | DATE FILED | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 4 | BRIGHT STAR COURIERS LLC 70 W 36TH ST STE 301 NEW YORK, NY 10018 | 08-13141 | 05/04/2009 | 2289 | $1,300.50 | ONYX RESTORATION WORKS 70 WEST 36TH STREET NEW YORK, NY 10018 | 04/06/2009 | 08-13235 08-13185 08-13252 Subtotal: | 890[1] 890 890 | $372.96 $77.17 $850.37 $1,300.50 | Invoices in surviving claim are contained in claim to be disallowed. |
| 5 | CAPITOL CLEANING CONTRACTORS PO BOX 340326 HARTFORD, CT 06114 | 08-13211 | 05/08/2009 | 2584 | Undetermined | CAPITOL CLEANING CONTRACTORS, INC. 320 LOCUST STREET HARTFORD, CT 06114 | 04/06/2009 | 08-13211 | 913 | $8,614.38 | Invoices in surviving claim are contained in claim to be disallowed. |
| 6 | CLAIMS RECOVERY GROUP LLC TRANSFEROR: KEENAN GROUP INC 92 UNION AVENUE CRESSKILL, NJ 07626 | 08-13209 | 05/22/2009 | 3062 | $1,778.90 | CLAIMS RECOVERY GROUP LLC TRANSFEROR: KEENAN GROUP, INC, THE 92 UNION AVENUE CRESSKILL, NJ 07626 | 03/16/2009 | 08-13209 | 751 | $1,778.90 | Invoices in surviving claim are contained in claim to be disallowed. |

[1] Debtor is modified in pending Omnibus Objection 21

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 7 | COVE INVESTMENTS PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6426 | $9,508.29 | LLC COVE INVESTMENTS RE: OLD SAYBROOK 265 MAIN ST. C/O LWBR & G PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6428 | $9,508.29 | Creditor indicated this is a duplicate claim on proof of claim. |
| 8 | COVE INVESTMENTS LLC C/O LBWR & G LLC PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6427 | $9,508.29 | LLC COVE INVESTMENTS RE: OLD SAYBROOK 265 MAIN ST. C/O LWBR & G PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6428 | $9,508.29 | Creditor indicated this is a duplicate claim on proof of claim. |
| 9 | CROSSINGS ON ENTERPRISE, LLC, THE C/O PETER N. HILL, ESQ. 1851 W. COLONIAL DRIVE ORLANDO, FL 32804 | 04/27/2009 | 08-13198 | 1712 | $66,188.64 | CROSSING ON ENTERPRISE LLC 1040 WILLA SPRINGS DR WINTER SPRINGS, FL 32708 | 04/24/2009 | 08-13198 | 1411 | $66,188.64 | Invoices in surviving claim are contained in claim to be disallowed. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

CLAIMS TO BE DISALLOWED

SURVIVING CLAIMS

| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CUMBERLAND TRUST & INVST. CO TTEE DUDLEY CHARITABLE REMAINDER UNITRUST #2 104 WOODMONT BLVD STE 120 NASHVILLE, TN 37205 | 06/09/2009 | No Debtor Asserted | 4183 | $50,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 11 | CUMBERLAND TRUST & INVST. CO TTEE DUDLEY CHARITABLE REMAINDER UNITRUST #1 104 WOODMONT BLVD STE 120 NASHVILLE, TN 37205 | 06/09/2009 | No Debtor Asserted | 4184 | $100,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

* – Indicates claim contains unliquidated and/or undetermined amounts

Page 4 of 20

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 12 | DATA BASED ADS INC 363 WEST ERIE STREET SUITE 500 EAST CHICAGO, IL 60610 | 04/23/2009 | 08-13185 | 1636 | $562.73 | DATA BASED ADS INC 363 WEST ERIE STREET SUITE 500 EAST CHICAGO, IL 60610 | 04/23/2009 | 08-13208 | 1637 | Undetermined | Invoices in surviving claims are contained in claim to be disallowed. |
| 13 | DATA BASED ADS, INC 363 WEST ERIE STREET SUITE 500 EAST CHICAGO, IL 60654 | 04/23/2009 | 08-13185 | 1634 | Undetermined | DATA BASED ADS INC 363 WEST ERIE STREET SUITE 500 EAST CHICAGO, IL 60610 | 04/23/2009 | 08-13185 | 1656 | $7,487.46 | Invoices in surviving claims are contained in claim to be disallowed. |
| 14 | DRYDEN IX-SENIOR LOAN FUND 2005 C/O PRUDENTIAL INVESTMENT MANAGEMENT,I NC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3439 | $1,703,125.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

**CLAIMS TO BE DISALLOWED**                                   **SURVIVING CLAIMS**

| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | DRYDEN V - LEVERAGED LOAN CDO 2003 C/O PRUDENTIAL INVESTMENT MANAGEMENT INC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3441 | $2,962,500.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 16 | DRYDEN VII- LEVERAGED LOAN CDO 2004 C/O PRUDENTIAL INVESTMENT MANAGEMENT INC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3442 | $3,950,000.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

\* – Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL**

**OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | CASE # | CLAIM # | DATE FILED | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 17 | DRYDEN VIII-LEVERAGE C/O PRUDENTIAL INVESTMENT MANAGEMENT,I NC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 08-13141 | 3438 | 06/03/2009 | $2,950,000.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 18 | DRYDEN XI-LEVERAGED LOAN CDO 2006 C/O PRUDENTIAL INVESTMENT MANAGEMENT,I NC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 08-13141 | 3436 | 06/03/2009 | $3,937,500.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

* – Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 19 | DRYDEN XVI-LEVERAGED LOAN CDO 2006 C/O PRUDENTIAL INVESTMENT MANAGEMENT,I NC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3435 | $2,962,500.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 20 | DRYDEN XVIII LEVERAGED LOAN 2007 LTD. C/O PRUDENTIAL INVESTMENT MANAGEMENT INC ATTN: FRANK JONES GATEWAY CENTER 2, FLOOR 10 NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3440 | $3,209,375.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

CLAIMS TO BE DISALLOWED

SURVIVING CLAIMS

| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | EQUITY OVERLAY FUND, LLC DEREK C. ABBOTT, ESQ. MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. MARKET ST, P.O. BOX 1347 WILMINGTON, DE 19899 | 04/22/2009 | 08-13141 | 1325 | $327,368.10* | WILMINGTON TRUST CORPORATION, AS INDENTURE TRUSTEE C/O PATRICK J. HEALY, VP 1100 NORTH MARKET ST - RODNEY SQ NORTH WILMINGTON, DE 19890 | 06/05/2009 | 08-13141 | 3523 | $1,196,823,429.80* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 22 | FIRST STATES INVESTORS DB I SP LP PO BOX 8500-2321 PHILADELPHIA, PA 19178-2321 | 06/04/2009 | 08-13210 | 3519 | $213,537.96 | FIRST STATES INVESTORS DB I SP LP C/O LASALLE BANK NA TRUST 720534I 135 SOUTH LASALLE ST, STE 1625 CHICAGO, IL 60603 | 06/04/2009 | 08-13210 | 3518 | $213,537.16 | Invoices in surviving claim are contained in claim to be disallowed. |
| 23 | FIRST STATES INVESTORS DB I SP LP 680 OLD YORK ROAD SUITE 200 JENKINTOWN, PA 19046 | 06/04/2009 | 08-13210 | 3520 | $213,537.96 | FIRST STATES INVESTORS DB I SP LP C/O LASALLE BANK NA TRUST 720534I 135 SOUTH LASALLE ST, STE 1625 CHICAGO, IL 60603 | 06/04/2009 | 08-13210 | 3518 | $213,537.16 | Invoices in surviving claim are contained in claim to be disallowed. |

* – Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 24 | FIRST STATES INVESTORS DB SP LP RE: WILLIAMSBURG 1006 RICHMON LASALLE BANK, N.A. 135 S. LA SALLE ST, SUITE 1625 CHICAGO, IL 60603 | 06/04/2009 | 08-13210 | 3521 | $213,537.96 | FIRST STATES INVESTORS DB I SP LP C/O LASALLE BANK NA TRUST 720534 135 SOUTH LASALLE ST, STE 1625 CHICAGO, IL 60603 | 06/04/2009 | 08-13210 | 3518 | $213,537.16 | Invoices in surviving claim contained in claim to be disallowed. |
| 25 | FMTC CUSTODIAN- ROTH IRA FBO DAVID LLOYD TAYLOR 966 WILDFLOWER WAY LONGWOOD, FL 32750-4045 | 06/05/2009 | 08-13141 | 3593 | $1,000,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 26 | HEIMBERG, ERICS 6233 S MAJOR CHICAGO, IL 60638 | 06/10/2009 | No Debtor Asserted | 4422 | $5,347.20 | HEIMBERG, ERIC 6233 S MAJOR CHICAGO, IL 60638 | 06/10/2009 | 08-13141 | 4421 | $5,347.20 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 27 | HENDERSON, LAURA W. 106 GREAT LAKE DR. CARY, NC 27519 | 09/30/2009 | 08-13141 | 6271 | $15,224.40 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 28 | IDEAL SIGNS, LLC 79 EASTVIEW DR SUITE 101 GEORGETOWN, TX 78626 | 04/20/2009 | 08-13244 | 1068 | $12,072.50 | IDEAL SIGNS 79 EASTVIEW # 101 GEORGETOWN, TX 78626 | 02/17/2009 | 08-13244 | 491 | $16,901.50 | Invoices in surviving claim are contained in claim to be disallowed |
| 29 | KOEHLER-KHEEL REALTY, LLC 400 NORTHAMPTON ST. EASTON, PA 18042 | 07/22/2009 | 08-13212 | 6123 | $35,719.81 | KOEHLER-KHEEL REALTY, LLC 400 NORTHAMPTON ST. EASTON, PA 18042 | 07/22/2009 | 08-13212 | 6110 | $35,719.81 | Invoices in surviving claim are contained in claim to be disallowed |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 30 | LOAN FUNDING V, LLC, ET AL C/O PRUDENTIAL INVESTMENT MANAGEMENT,I NC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3437 | $3,950,000.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 31 | MAJESTIC REALTY CO. AND YORBA LINDA SUB, LLC DAVID W REIMANN, THE REIMANN LAW GROUP 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO, CA 90245 | 07/24/2009 | 08-13185 | 6120 | $118,693.43 | MAJESTIC REALTY CO. AND YORBA LINDA SUB, LLC C/O DAVID W.REIMANN, THE REIMANN LAW GRP 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO, CA 90245 | 07/24/2009 | 08-13185 | 6119 | $437,209.91 | Invoices in surviving claim are contained in claim to be disallowed. |
| 32 | NUCOMM, INC. 101 BILBY RD HACKETTSTOWN, NJ 07840 | 06/09/2009 | 08-13141 | 4122 | $4,778.51 | NUCOMM, INC. 101 BILBY RD HACKETTSTOWN, NJ 07840 | 06/09/2009 | 08-13241 | 4121 | $4,778.51 | Invoices in surviving claims are contained in claim to be disallowed. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| | | | | | NUCOMM, INC. 101 BILBY RD HACKETTSTOWN, NJ 07840 | 06/09/2009 | 08-13254 | 4123 | $4,778.51 | Claimant indicates only liability due is included in surviving claim. |
| 33 PEPER, GEORGE F. 9A GIBSON ST ANDREWS, KY169JE UNITED KINGDOM | 05/21/2009 | 08-13141 | 3011 | Undetermined | PEPER, GEORGE F. 9A GIBSON PLACE ST ANDREWS, KY169JE UNITED KINGDOM | 05/21/2009 | 08-13141 | 3010 | $102,842.00 | |
| 34 REDBOURN PARTNERS, LTD DEREK C. ABBOTT, ESQ. MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. MARKET ST, P.O. BOX 1347 WILMINGTON, DE 19899 | 05/04/2009 | 08-13141 | 2275 | $2,394,767.45* | WILMINGTON TRUST CORPORATION, AS INDENTURE TRUSTEE C/O PATRICK J. HEALY, VP 1100 NORTH MARKET ST - RODNEY SQ NORTH WILMINGTON, DE 19890 | 06/05/2009 | 08-13141 | 3523 | $1,196,823,429.80* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 35 ROBERT C WALL, IRA CHARLES SCHWAB CUSTODIAN 10523 MISTY HILL RD ORLAND PARK, IL 60462 | 10/02/2009 | 08-13141 | 6266 | $76,122.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 36 SHUTTLE PRINTING, INC. 38-38 9TH STREET LONG ISLAND CITY, NY 11101 | 09/30/2009 | 08-13176 | 6261 | Undetermined | SHUTTLE PRINTING, INC. 38-38 9TH STREET LONG ISLAND CITY, NY 11101 | 09/30/2009 | 08-13176 | 6260 | Undetermined | Invoices in surviving claim are contained in claim to be disallowed. |
| 37 STOBER, W. 2540 HAMPTON BRIDGE RD DELRAY BEACH, FL 33445 | 06/12/2009 | No Debtor Asserted | 4968 | $200.00 | STOBER, W. 2540 HAMPTON BRIDGE RD DELRAY BEACH, FL 33445 | 03/11/2009 | 08-13208 | 718 | $200.00 | Invoices in surviving claims are contained in claim to be disallowed. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL**

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 38 | STUART WEB, INC 5675 SE GROUPER AVE STUART, FL 349973103 | 06/08/2009 | No Debtor Asserted | 3661 | Undetermined | STUART WEB, INC 5675 SE GROUPER AVE STUART, FL 34997 | 06/08/2009 | 08-13168 | 3662 | $16,509.47 | Appears to duplicate surviving claim. No information attached to claim but filed on same day by same person. |
| 39 | TAYLOR, DAVID LLOYD, TRUSTEE DAVID LLOYD TAYLOR TRUST, U/A 1/1/01 966 WILDFLOWER WAY LONGWOOD, FL 32750-4045 | 06/05/2009 | 08-13141 | 3592 | $2,050,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

Page 15 of 20

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 40 | TRANSNATIONAL TRADING INC. A.A. 85656 BOGOTA, | 10/13/2009 | 08-13141 | 6295 | $40,598.40 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 41 | UB PROPERTY LLC ATTN: KIM NELSON PO BOX 58746 SEATTLE, WA 98138 | 06/12/2009 | 08-13141 | 5833 | $488.06 | UB PROPERTY LLC ATTN: KIM NELSON / PO BOX 58746 SEATTLE, WA 98138 | 06/12/2009 | 08-13141 | 5420 | $488.06 | Invoices in surviving claim are contained in claim to be disallowed |
| 42 | UNITED STATES DEBT RECOVERY III LP TRANSFEROR: CATTERTON PRINTING 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV 89451 | 05/26/2009 | 08-13209 | 3107 | $3,696.00 | UNITED STATES DEBT RECOVERY III LP TRANSFEROR: CATTERTON PRINTING 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV 89451 | 02/20/2009 | 08-13209 | 503 | $3,696.00 | Invoices in surviving claim are contained in claim to be disallowed |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 43 | WANG, ZHONG 7312 RAINBOW DR CUPERTINO, CA 95014 | 10/08/2009 | 08-13141 | 6290 | $1,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 44 | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13198 | 4352 | $14,999.64 | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13236 | 4353 | $14,999.64 | Invoices in surviving claims are contained in claim to be disallowed. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

CLAIMS TO BE DISALLOWED

SURVIVING CLAIMS

| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13152 | 4354 | $14,999.64 | |
| 45 YAHOO! INC. LAWRENCE SCHWAB/THOMA S GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13185 | 4355 | $14,999.64 | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13236 | 4353 | $14,999.64 | Invoices in surviving claims are contained in claim to be disallowed. |
| | | | | | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13152 | 4354 | $14,999.64 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 46 | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL SUITE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13141 | 4356 | $14,999.64 | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13236 | 4353 | $14,999.64 | Invoices in surviving claims are contained in claim to be disallowed. |
| | | | | | | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13152 | 4354 | $14,999.64 | |
| 47 | YEAGER, ROBERT B. 1672 RICHLAND RD SPRING VALLEY, OH 45370 | 10/05/2009 | 08-13141 | 6272 | $50,186.41 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3532 | $69,812,899.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 48 | YIELD STRATEGIES FUND I, LP DEREK C. ABBOTT, ESQ. MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. MARKET ST., P.O. BOX 1347 WILMINGTON, DE 19899 | 04/22/2009 | 08-13141 | 1324 | $664,066.42* | WILMINGTON TRUST CORPORATION, AS INDENTURE TRUSTEE C/O PATRICK J. HEALY, VP 1100 NORTH MARKET ST - RODNEY SQ NORTH WILMINGTON, DE 19890 | 06/05/2009 | 08-13141 | 3523 | $1,196,823,429.80* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 49 | YIELD STRATEGIES FUND II, LP DEREK C. ABBOTT, ESQ. MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. MARKET ST., P.O. BOX 1347 WILMINGTON, DE 19899 | 04/22/2009 | 08-13141 | 1327 | $226,951.20* | WILMINGTON TRUST CORPORATION, AS INDENTURE TRUSTEE C/O PATRICK J. HEALY, VP 1100 NORTH MARKET ST - RODNEY SQ NORTH WILMINGTON, DE 19890 | 06/05/2009 | 08-13141 | 3523 | $1,196,823,429.80* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| | | | TOTAL | | $34,114,052.20 | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts