# EXHIBIT A

# Amended Claims

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 AT&T CORP. AT&T SERVICE, INC. ATTN: JOHN JACKSON, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 07/01/2009 | 08-13141 | 6009 | $992,488.01 | AT&T CORP. JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 09/01/2009 | 08-13141 | 6191 | $1,011,939.62 |
| 2 AT&T CORP. JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 09/01/2009 | 08-13141 | 6191 | $1,011,939.62 | AT & T CORP JAMES GRUDUS, ESQ AT & T SERVICES, INC. ONE AT & T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 10/23/2009 | 08-13141 | 6309 | $620,015.57 |
| 3 AT&T DBA BELLSOUTH ADVERTISING & PUBLISHING 600 N POINT PKWY ALPHARETTA, GA 30005 | 03/03/2009 | 08-13141 | 619 | $16,132.10 | AT&T DBA BELLSOUTH ADVERTISING & PUBLISHING 600 N POINT PKWY ALPHARETTA, GA 30005 | 09/03/2009 | 08-13141 | 6198 | $70,911.30 |
| 4 BROWN PRINTING INC 183 MIKRON ROAD BETHLEHEM, PA 18020 | 04/16/2009 | 08-13160 | 964 | $2,629.00 | BROWN PRINTING INC. 183 MIKRON ROAD BETHLEHEM, PA 18020 | 11/30/2009 | 08-13160 | 6338 | $2,629.00 |
| 5 COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON, MA 02114-9564 | 04/20/2009 | 08-13254 | 1012 | $384.80 | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON, MA 02114-9564 | 09/16/2009 | 08-13254 | 6241 | $649.87 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 18

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | CONNECTICUT DEPT OF REVENUE SERVICES C&E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY ST HARTFORD, CT 06106-5032 | 06/09/2009 | 08-13246 | 4098 | $2,346.77 | CONNECTICUT DEPT OF REVENUE SERVICES C & E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY STREET HARTFORD, CT 06106-5032 | 12/23/2009 | 08-13246 | 6349 | $250.00 |
| 7 | COVE INVESTMENTS PO BOX 610 OLD SAYBROOK, CT 06475 | 05/07/2009 | 08-13211 | 2538 | Undetermined | COVE INVESTMENTS LLC C/O LBWR & G LLC PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6427 | $9,508.29 |
| 8 | COVE INVESTMENTS LLC C/O LBWR&G LLC PO BOX 610 OLD SAYBROOK, CT 06475 | 05/07/2009 | 08-13211 | 2537 | Undetermined | COVE INVESTMENTS PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6426 | $9,508.29 |
| 9 | COVE INVESTMENTS, LLC RE: OLD SAYBROOK 265 MAIN ST. C/O LWBR&G PO BOX 610 OLD SAYBROOK, CT 06475 | 05/07/2009 | 08-13211 | 2539 | $20,192.13 | LLC COVE INVESTMENTS RE: OLD SAYBROOK 265 MAIN ST. C/O LWBR & G PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6428 | $9,508.29 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13208 | 2818 | $24,846.64 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 10/09/2009 | 08-13208 | 6300 | $249,420.61 |
| 11 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13225 | 2820 | $833.72 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 03/17/2010 | 08-13225 | 6438 | $18,828.59 |
| 12 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/18/2009 | 08-13181 | 3088 | $55,214.95* | DEPT OF TREASURY INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 07/27/2009 | 08-13181 | 6132 | $0.00 |
| | | | | | | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08/03/2009 | 08-13181 | 6145 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/18/2009 | 08-13222 | 3090 | $12,836.65* | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 09/17/2009 | 08-13222 | 6238 | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08/10/2009 | 08-13208 | 6159 | $244,170.61 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 10/09/2009 | 08-13208 | 6300 | $249,420.01 |
| 15 | EGI-TRB, L.L.C. TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO, IL 60606 | 06/11/2009 | 08-13141 | 4654 | $167,026,386.62* | EGI-TRB, L.L.C ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6395 | $167,047,531.57 |
| 16 | GATEWAY PACIFIC PROPERTIES, INC. C/O RONALD K. BROWN JR LAW OFFICES OF RONALD K. BROWN JR 901 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660 | 06/03/2009 | 08-13141 | 3461 | $15,108.96 | GATEWAY PACIFIC PROPERTIES, INC. C/O RONALD K BROWN, JR., LAW OFFICES OF RONALD K BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660 | 07/01/2009 | 08-13141 | 6010 | $171,906.50 |
| 17 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13228 | 1000 | $35,065.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13228 | 6229 | $36,464.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13187 | 1001 | $24,119.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13187 | 6236 | $50,332.00 |
| 19 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13141 | 995 | $143,261.30 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13141 | 6235 | $780,807.90 |
| 20 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13235 | 996 | $9,453.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13235 | 6232 | $10,004.80 |
| 21 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13236 | 997 | $134,489.06 | GEORGIA COMMENTS OF REVENUE DEPARTMENT OF REVENUE COMPLIANCE DIVISON, BANKRUPTCY SECTION PO BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13236 | 6230 | $145,255.06 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 22 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13223 | 999 | $2,046,835.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13223 | 6233 | $5,487,335.00 |
| 23 | HARTLEY DATA SERVICE 1807 GLENVIEW ROAD GLENVIEW, IL 60025-2995 | 04/20/2009 | 08-13208 | 1144 | $326.48 | HARTLEY DATA SERVICES 1807 GLENVIEW RD, STE 201 GLENVIEW, IL 60025-2995 | 09/08/2009 | 08-13208 | 6204 | $1,145.50 |
| 24 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 05/22/2009 | 08-13215 | 3056 | $1,301.53 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 08/24/2009 | 08-13215 | 6182 | $22,139.42 |
| 25 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: FOUR SEASONS RESORT 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 12/15/2009 | No Debtor Asserted | 6341 | $37,371.95 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: FOUR SEASONS RESORT 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 01/04/2010 | 08-13252 | 6351 | $37,371.95 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 26 LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: TELEREACH, INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 03/13/2009 | No Debtor Asserted | 730 | $52,221.00 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: TELE REACH INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 03/05/2010 | 08-13211 | 6420 | $40,748.59 |
| | | | | | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: TELE REACH INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 03/05/2010 | 08-13212 | 6419 | $10,883.00 |
| 27 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 05/21/2009 | 08-13165 | 3015 | $16,211.05 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/19/2009 | 08-13165 | 6307 | $29,276.15 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 28 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 05/22/2009 | 08-13239 | 3068 | $195,592.60 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/28/2009 | 08-13239 | 6321 | $196,057.07 |
| 29 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/24/2008 | 08-13177 | 35 | $639.70 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 11/16/2009 | 08-13177 | 6329 | $478.85 |
| 30 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/12/2009 | 08-13141 | 4895 | $2,944,065.42 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/22/2010 | 08-13141 | 6442 | $2,974,358.76 |
| 31 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 09/21/2009 | 08-13254 | 6249 | $157.46 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/28/2010 | 08-13254 | 6387 | $225.22* |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 32 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/01/2009 | 08-13236 | 6268 | $13,983.19 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/12/2010 | 08-13236 | 6425 | $14,245.19 |
| 33 | PEOPLES GAS LIGHT & CO. NORTH SHORE GAS CO. 130 E. RANDOLPH DR CHICAGO, IL 60601 | 08/25/2009 | 08-13141 | 6187 | $49,607.51 | PEOPLES GAS LIGHT AND COKE CO. NORTH SHORE GAS CO. 130 E. RANDOLPH DR. CHICAGO, IL 60601 | 09/28/2009 | 08-13141 | 6270 | $52,809.05 |
| 34 | PPF OFF TWO PARK AVENUE OWNER, LLC C/O MORGAN STANLEY INC. ATTN: MARIA BLAKE 1585 BROADWAY NEW YORK, NY 10036 | 06/02/2009 | 08-13141 | 3407 | $43,711.01* | PPF OFF TWO PARK AVE OWNER, LLC C/O MORGAN STANLEY INC. ATTN: MARIA BLAKE 1585 BROADWAY NEW YORK, NY 10036 | 10/28/2009 | 08-13141 | 6319 | $1,700,000.00 |
| 35 | SIGNMEUP.COM, INC. 500 NORTH MICHIGAN AVENUE, SUITE 300 CHICAGO, IL 60611 | 05/15/2009 | No Debtor Asserted | 2858 | $1,163.60 | SIGNMEUP.COM 500 N. MICHIGAN AVE. SUITE 300 CHICAGO, IL 60611 | 03/08/2010 | No Debtor Asserted | 6421 | $1,640.40 |
| 36 | SPANLINK COMMUNICATIONS 605 N HWY 169 SUITE 900 MINNEAPOLIS, MN 55441 | 04/23/2009 | 08-13185 | 1647 | $1,740.00 | SPANLINK COMMUNICATIONS 605 HWY 169 N  NO.905 MINNEAPOLIS, MN 55441 | 09/14/2009 | 08-13185 | 6221 | $72,660.18 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 37 | STARDUST VISIONS<br>315 S BEVERLY DR STE 300<br>BEVERLY HILLS, CA 90124309 | 03/19/2009 | 08-13185 | 777 | $4,708.41 | STARDUST VISIONS<br>315, S. BEVERLY DR<br>SUITE # 310<br>BEVERLY HILLS, CA 90212 | 03/11/2010 | 08-13185 | 6422 | $1,708.41 |
| 38 | TOWER CH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3712 | $336,100.90* | TOWER CH, L.L.C<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6396 | $336,143.45 |
| 39 | TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3713 | $2,464,739.97* | TOWER DC, L.L.C.<br>CEGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6397 | $2,465,052.04 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 40 TOWER DL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3714 | $373,445.45* | TOWER DL, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6398 | $373,492.73 |
| 41 TOWER EH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3715 | $2,780,287.18* | TOWER EH, L.L.C. CEGI-TRB, L.L.C., AS AUTHOIRZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6399 | $2,780,639.16 |
| 42 TOWER HZ, LLC ATTN: MARC D. HAUSER C/O EGI-TRB, LLC, AS AUTHORIZED AGENT 2 NORTH RIVERSIDE PLAZA, STE 600 CHICAGO, IL 60606 | 06/10/2009 | 08-13141 | 4394 | $746,890.90* | TOWER HZ, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6400 | $746,985.45 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 43 | TOWER JB, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3717 | $846,974.28* | TOWER JB, L.L.C CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6401 | $847,081.50* |
| 44 | TOWER JK, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3719 | $3,475,347.59* | TOWER JK, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6402 | $3,475,787.56* |
| 45 | TOWER JP, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3720 | $952,285.90* | TOWER JP, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6403 | $952,406.46* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 46 TOWER JS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3718 | $423,487.14* | TOWER JS, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6404 | $423,540.76 |
| 47 TOWER KS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3721 | $336,100.90* | TOWER KS, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6405 | $336,143.65* |
| 48 TOWER LL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3723 | $186,722.73* | TOWER LL, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6406 | $186,746.36 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 49 | TOWER LM, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3724 | $74,689.09* | TOWER LM, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6407 | $74,698.50* |
| 50 | TOWER LZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3722 | $933,613.62* | TOWER LZ, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6408 | $933,731.81* |
| 51 | TOWER MH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3702 | $134,440.36* | TOWER MH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6409 | $134,457.36* |

\* – Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 52 | TOWER MS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3703 | $2,940,882.92* | TOWER MS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6410 | $2,941,255.27 |
| 53 | TOWER MZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3704 | $1,764,529.75* | TOWER MZ, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6411 | $1,764,753.137 |
| 54 | TOWER NL, L.L.C. TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3705 | $3,136,941.78* | TOWER NL, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6412 | $3,137,338.9* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 55 | TOWER PH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3716 | $373,445.45* | TOWER PH, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6413 | $373,492.73* |
| 56 | TOWER PT, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3706 | $2,352,706.33* | TOWER PT, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6414 | $2,353,004.18* |
| 57 | TOWER SF, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3707 | $186,722.73* | TOWER SF, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6415 | $186,746.36* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 58 | TOWER TT, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3708 | $746,890.90* | TOWER TT, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6416 | $746,985.45* |
| 59 | TOWER VC, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3709 | $235,270.63* | TOWER VC, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6417 | $235,300.42* |
| 60 | TOWER WP, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3710 | $5,097,185.33* | TOWER WP, L.L.C. CEGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6418 | $5,097,830.64* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 61 | VERIZON AFNI/VERIZON EAST PO BOX 3037 BLOOMINGTON, IL 61702-3037 | 01/28/2009 | 08-13141 | 399 | $1,865.17 | VERIZON COMMUNICATIONS INC DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171 17TH STREET NW, SUITE 2100 ATLANTA, GA 30363-1031 | 09/18/2009 | 08-13141 | 6243 | $66,261.63 |
| 62 | WISCONSIN DEPARTMENT OF REVENUE SPECIAL PROCEDURES UNIT PO BOX 8901 MADISON, WI 53708-8901 | 06/01/2009 | 08-13236 | 3373 | $49,153.77 | WISCONSIN DEPARTMENT OF REVENUE SPECIAL PROCEDURES UNIT PO BOX 8901 MADISON, WI 53708-8901 | 10/13/2009 | 08-13236 | 6296 | $277,064.81 |
| | | | | TOTAL | $206,132,254.62 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts