# EXHIBIT A

## Prepetition Satisfied Claims

5254815

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION TWENTY: EXHIBIT A – CLAIMS SATISFIED PRE-PETITION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALTITUDE SPORTS & ENTERTAINMENT ATTN: BRUCE GLAZER 1000 CHOPPER CIRCLE DENVER, CO 80204 | 08-13183 | KTLA Inc. | 05/26/2009 | 3121 | $56,184.89 | Invoices #208 and #209 paid via EFT #7700312141 on 7/30/2006 and invoice #350 paid with check #0002317549 cleared on 5/22/2008. |
| 2 | ARNE YUSUM LEASING 650 DUNDEE ROAD SUITE 158 LINDA ADAMS NORTHBROOK, IL 60062 | 08-13252 | WGN Continental Broadcasting Company | 04/24/2009 | 1474 | $449.47 | Paid via P-Card Transaction ID # 0001868494 on 12/4/2008. |
| 3 | ASSOCIATED PRESS 50 ROCKEFELLER PLAZA NEW YORK, NY 10020-1666 | 08-13223 | Tribune Broadcasting Company | 06/10/2009 | 4367 | $4,375.00 | Paid via P-Card transaction #1851470 on 11/6/2008 |
| 4 | BORUCH, PATRICIA 8545 AIRPORT RD NORTHAMPTON, PA 18067 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4854 | $570.00 | Paid via EFT number 7700728366 on 5/20/2008. |
| 5 | CITY OF BURBANK CITY TREASURER PO BOX 7145 BURBANK, CA 91510-7145 | 08-13187 | Los Angeles Times Newspapers, Inc. | 05/15/2009 | 2857 | $1,330.00 | Paid via P-Card on 3/16/2006. |
| 6 | CROWN EQUIPMENT CORPORATION ATTN: RODNEY J. HINDERS 102 S WASHINGTON ST NEW BREMEN, OH 45869 | 08-13227 | Tribune Direct Marketing, Inc. | 06/11/2009 | 4662 | $615.51 | Invoices #121045540 and 121045561 paid via check #7700743135 on 6/13/2008, invoice #371003564 paid via paymentnet transaction #1867306 on 12/5/2008, and invoice #371010196 paid via paymentnet transaction #1868462 on 12/5/2008 |
| 7 | DES ENTERPRISES 15323 E 12TH AVE VERADALE, WA 99037 | 08-13222 | Tribune Broadcast Holdings, Inc. | 05/29/2009 | 3297 | $2,171.00 | Paid via transaction #7700797312 on 9/16/2008 |
| 8 | DOMINION DISTRIBUTION ATTN: SHAMONA WALLACE 15 GRANBY STREET - 17C NORFOLK, VA 23510 | | No Debtor Asserted | 06/08/2009 | 3681 | $415.40 | Paid via P-Card included in Transaction #0001855938 on 11/13/2008. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 3

46429/0001-6407907v1

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION TWENTY: EXHIBIT A – CLAIMS SATISFIED PRE-PETITION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | DOMINION DISTRIBUTION ATTN: SHAMONA WALLACE - 17C DOMINION ENTERPRISES 150 GRANBY STREET NORFOLK, VA 23510 | | No Debtor Asserted | 06/08/2009 | 3684 | $1,757.60 | Paid via P-Card Transaction #0001855939 on 11/13/2008. |
| 10 | EMMIS COMMUNICATIONS- CHICAGO RADIO WKQX-FM 222 MERCHANDISE MART PLAZA - SUITE 230 CHICAGO, IL 60654 | | No Debtor Asserted | 02/02/2009 | 350 | $1,683.00 | Paid via EFT number 7700829186 on 11/23/2008 through JL Media. |
| 11 | GUILLEN, CHRISTOPHER J 7451 W MADISON ST FOREST PARK, IL 60130 | 08-13141 | Tribune Company | 04/27/2009 | 2008 | $1,000.00 | Paid via check #2386531 on 11/10/2008 |
| 12 | HABERL, ARDATH 1281 MICKLEY RD. WHITEHALL, PA 18052 | 08-13212 | The Morning Call, Inc. | 05/06/2009 | 2501 | $10.00 | Paid via check #0000713200 on 11/12/2002 |
| 13 | LITSCHAUER, E. 53 BEDFORD ST GREENWICH, CT 06831 | 08-13205 | Southern Connecticut Newspapers, Inc. | 04/23/2009 | 1607 | $405.60 | Paid via check number 0001685932 dated 06/06/2005. |
| 14 | METTLER-TOLEDO INC L-857 COLUMBUS, OH 43240 | 08-13211 | The Hartford Courant Company | 05/04/2009 | 2415 | $430.97 | Paid via transaction #00018229630 on 10/2/2008 |
| 15 | NEW ORLEANS HORNETS NBA LP 1250 POYDRAS 19TH FLR NEW ORLEANS, LA 70113 | 08-13183 | KTLA Inc. | 04/27/2009 | 1784 | $20,377.25 | Paid via P-Card, transaction #1448516, on 5/9/2007 |
| 16 | PUGET SOUND DISPATCH 74 S HUDSON ST SEATTLE, WA 98134 | 08-13245 | Tribune Television Northwest, Inc | 04/27/2009 | 2006 | $395.25 | Paid on 9/28/2007 via transaction #0002215429 |
| 17 | RABIN, MARK 1301 S ARLINGTON RIDGE RD NO.610 ARLINGTON, VA 22202 | 08-13225 | Tribune Broadcasting News Network, Inc. | 05/26/2009 | 3140 | $316.00* | Paid via check #1207872 on 2/2/2004 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION TWENTY: EXHIBIT A – CLAIMS SATISFIED PRE-PETITION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | SCHAFER, ANDREW 9306 LONG BRANCH PKWY SILVER SPRING, MD 20901 | 08-13200 | Patuxent Publishing Company | 06/12/2009 | 5013 | $250.00 | Paid via EFT #7700375893 on 10/27/2006 |
| 19 | SHANNON LEE PHOTOGRAPHY PO BOX 411 MT AIRY, MD 21771 | 08-13141 | Tribune Company | 05/26/2009 | 3195 | $450.00 | Paid via check number 7700829708 on 11/12/2008. |
| 20 | STANDARD PARKING CORPORATION 900 N MICHIGAN AVENUE SUITE 1500 CHICAGO, IL 60611 | 08-13226 | Tribune California Properties, Inc. | 05/15/2009 | 2834 | $1,082.00 | Paid via reference number 1865379 on 12/1/08. |
| 21 | SUAZO, BEN PO BOX 617603 ORLANDO, FL 32861-7603 | 08-13198 | Orlando Sentinel Communications Company | 05/04/2009 | 2387 | $52.80 | Paid via check # 0002154122 on 5/25/2007 |
| 22 | THE GRIDIRON CLUB AND FOUNDATION 529 14TH ST., NW #976 NATIONAL PRESS BLDG. WASHINGTON, DC 20045 | | No Debtor Asserted | 08/20/2009 | 6179 | $1,440.00 | Paid via reference #7700827342 on 11/6/2008 |
| 23 | TRIEMER, ISABELL 3 SPRINGTIDE CT MIDDLE RIVER, MD 21220 | 08-13141 | Tribune Company | 03/11/2009 | 720 | $325.00 | Paid via check #2369264 on 9/28/2008 and #0002352498 on 8/13/2008 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

46429/0001-6407907v1

Page 3 of 3