# EXHIBIT A

## Claims Asserted Against No Debtor or Improper Debtor

### (REVISED)

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6217 | ALG WORLDWIDE LOGISTICS LLC<br>PO BOX 66086<br>CHICAGO, IL 60666-0086 | 9/14/2009 | $1,896.62 | 08-13141 | Tribune Company | 08-13227 | Tribune Direct Marketing, Inc. | $1,896.62 |
| 2 | 6323 | ALLIED WASTE SERVICES #922<br>GARDENIA DISTRICT 121<br>PO BOX 78038<br>PHOENIX, AZ 85062-8030 | 10/29/2009 | $658.93 | 08-13141 | Tribune Company | 08-13149 | Channel 40, Inc. | $658.93 |
| 3 | 3040 | AMERICAN SOLUTIONS FOR BUSINESS INC<br>NW # 7794<br>MINNEAPOLIS, MN 55485-7794 | 5/21/2009 | $358.89 | 08-13141 | Tribune Company | 08-13244 | Tribune Television New Orleans, Inc. | $358.89 |
| 4 | 4648 | ARAMARK UNIFORM & CAREER APPAREL, LLC ET AL. - C/O SHEILA R. SCHWAGER HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | 6/11/2009 | $7,199.59 | 08-13152 | Chicago Tribune Company | 08-13152<br>08-13141<br>Total | Chicago Tribune Company<br>Tribune Company | $6,386.22<br>$813.37<br>$7,199.59 |
| 5 | 5435 | ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | 6/12/2009 | $11,869.04 | 08-13141 | Tribune Company | 08-13209<br>08-13212<br>Total | The Baltimore Sun Company<br>The Morning Call, Inc. | $5,015.00<br>$6,854.04<br>$11,869.04 |
| 6 | 1632 | ASM CAPITAL III, L.P.<br>TRANSFEROR: CHICAGO COMMUNICATIONS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | 4/23/2009 | $2,151.35 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $2,151.35 |
| 7 | 425 | AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | 2/9/2009 | $90.58 | 08-13141 | Tribune Company | 08-13183 | KTLA Inc. | $90.58 |
| 8 | 426 | AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | 2/9/2009 | $60.00 | 08-13141 | Tribune Company | 08-13244 | Tribune Television New Orleans, Inc. | $60.00 |
| 9 | 4850 | BEASLEY FM ACQUISITION CORP.<br>A/K/A BEASLY BROADCAST GROUP, INC.<br>T/A WRDW-FM & WXTU-FM<br>2701 WEST CHESTER PIKE STE 104<br>BROOMALL, PA 19008 | 6/11/2009 | $18,360.00 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $18,360.00 |

TRIBUNE ANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 3019 | BELAND, RACHEL<br>SHER GARNER LAW FIRM<br>909 POYDRAS STREET, 28TH FLOOR<br>NEW ORLEANS, LA 70112 | 5/21/2009 | $555.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $555.00 |
| 11 | 564 | BERLYN INC<br>T/A THE PRINCE GEORGE'S SENTINEL<br>LYNN G KAPILOFF<br>5307 N CHARLES ST<br>BALTIMORE, MD 21210 | 2/25/2009 | $6,450.00 | 08-13141 | Tribune Company | 08-13200 | Patuxent Publishing Company | $6,450.00 |
| 12 | 2153 | BROADCAST MUSIC, INC.<br>JUDITH SAFFER, ESQUIRE<br>320 WEST 57TH STREET<br>NEW YORK, NY 10019 | 4/30/2009 | $85,213.29 | 08-13141 | Tribune Company | 08-13223 | Tribune Broadcasting Company | $85,213.29 |
| 13 | 3236 | BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | 5/28/2009 | $3,832.53 | 08-13239 | Tribune NM, Inc. | 08-13141 | Tribune Company | $3,832.53 |
| 14 | 3241 | BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | 5/28/2009 | $5,757.71 | 08-13141 | Tribune Company | 08-13240 | Tribune Publishing Company | $5,757.71 |
| 15 | 4176 | CALIFORNIA DEPARTMENT OF MOTOR VEHICLES<br>DMV-CPD-<br>INFORMATION SERVICES<br>PO BOX 944231 MS H264<br>SACRAMENTO, CA 94244-2310 | 6/9/2009 | $2,330.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $2,330.00 |
| 16 | 6378 | CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | 1/19/2010 | $24,884.05 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $24,884.05 |
| 17 | 6379 | CENTERPOINT ENERGY SERVICES, INC<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | 1/19/2010 | $11,432.92 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $11,432.92 |
| 18 | 538 | CIRCLE R MEDIA, LP<br>D/B/A CRM STUDIOS<br>100 E ROYAL LANE, T-200<br>IRVING, TX 75039 | 2/17/2009 | $95,664.00 | 08-13141 | Tribune Company | 08-13236 | Tribune Media Services, Inc. | $95,664.00 |

* – Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE ANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 594 | CITADEL BROADCASTING<br>515 S 32ND ST<br>CAMP HILL, PA 17011 | 3/2/2009 | $20,247.00 | | No Debtor Asserted | 08-13241 | Tribune Television Company | $20,247.00 |
| 20 | 3323 | CITY OF ANAHEIM<br>ATTN: CHERYL GILBERT,<br>CUSTOMER SERVICE MANAGER<br>200 SOUTH ANAHEIM BOULEVARD, RM 334<br>ANAHEIM, CA 92805 | 6/1/2009 | $5,229.14 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $5,229.14 |
| 21 | 2876 | CITY OF GLENDALE<br>141 N. GLENDALE AVE. LV12<br>GLENDALE, CA 91206 | 5/11/2009 | $1,906.83 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $1,906.83 |
| 22 | 261 | CITY OF LEESBURG, FLORIDA<br>C/O FRED A. MORRISON, CITY ATTORNEY<br>PO BOX 491357<br>LEESBURG, FL 34749-1357 | 1/12/2009 | $757.52 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $757.52 |
| 23 | 4397 | CITY OF ORLANDO<br>ATTN: WES POWELL, ESQ.<br>CITY ATTORNEY'S OFFICE<br>400 S ORANGE AVE, 3RD FL, PO BOX 4990<br>ORLANDO, FL 32801-3365 | 6/10/2009 | $19,240.34 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $19,240.34 |
| 24 | 1980 | CITY OF SIMI VALLEY<br>2929 TAPO CANYON RD<br>SIMI VALLEY, CA 93063 | 4/27/2009 | $273.76 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $273.76 |
| 25 | 939 | CLEAN HARBORS ENVIRONMENTAL SERVICES INC<br>ATTN: CREDIT DEPARTMENT<br>42 LONGWATER DRIVE<br>NORWELL, MA 02061-9149 | 4/13/2009 | $4,079.31 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $4,079.31 |
| 26 | 195 | COLUMBIA GAS OF PENNSYLVANIA, INC<br>200 CIVIC CENTER DR, 11TH FLOOR<br>COLUMBUS, OH 43215 | 1/8/2009 | $236.77 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $236.77 |
| 27 | 194 | COLUMBIA GAS OF VIRGINIA, INC.<br>200 CIVIC CENTER DR, 11TH FLOOR<br>COLUMBUS, OH 43215 | 1/8/2009 | $346.51 | 08-13141 | Tribune Company | 08-13210 | The Daily Press, Inc. | $346.51 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | 2804 | COMCAST CABLE COMMUNICATIONS INC DBA COMCAST SPOTLIGHT 2710 GATEWAY OAKS DRIVE SOUTH STE 100 SACRAMENTO, CA 95833 | 5/14/2009 | $19,550.00 | 08-13141 | Tribune Company | 08-13149 | Channel 40, Inc. | $19,550.00 |
| 29 | 366 | COMED CO. ATTN: BANKRUPTCY SECTION/REVENUE MGMT 2100 SWIFT DRIVE OAK BROOK, IL 60523 | 1/22/2009 | $112,879.35 | 08-13141 | Tribune Company | 08-13152 08-13157 08-13141 08-13227 08-13252 | Chicago Tribune Company Chicagoland Television News, Inc. Tribune Company Tribune Direct Marketing, Inc. WGN Continental Broadcasting Company Total | $66,454.75 $3,053.52 $31,130.22 $817.93 $11,422.93 $112,879.35 |
| 30 | 344 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. - BANKRUPTCY GROUP 4 IRVING PLACE, ROOM 1875-S NEW YORK, NY 10003 | 2/2/2009 | $10,918.13 | 08-13141 | Tribune Company | 08-13176 | InsertCo, Inc. | $10,918.13 |
| 31 | 3622 | CORBIS CORPORATION ATTN: CREDIT DEPT. 710 SECOND AVE, STE 220 SEATTLE, WA 98104 | 5/27/2009 | $585.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $585.00 |
| 32 | 954 | CRYSTAL FOOD SERVICES, LLC C/O DAVID T. O'MALIA 333 S. FRANKLIN ROAD INDIANAPOLIS, IN 46219 | 4/13/2009 | $3,452.49 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $3,452.49 |
| 33 | 6206 | CUE TECH TELEPROMPTING INC 5527 SATSUMA AVENUE NORTH HOLLYWOOD, CA 91601 | 9/8/2009 | $625.00 | 08-13141 | Tribune Company | 08-13183 | KTLA Inc. | $625.00 |
| 34 | 2657 | DAY PITNEY LLP PO BOX 33300 HARTFORD, CT 06150-3300 | 5/11/2009 | $9,050.35 | 08-13141 | Tribune Company | 08-13221 08-13141 | The Hartford Courant Company Tribune Company Total | $8,387.85 $662.50 $9,050.35 |
| 35 | 1953 | DEPENDABLE BUILDING SERVICES 850 EAGLE DR BENSENVILLE, IL 60106 | 4/27/2009 | $7,279.90 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $7,279.90 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 36 | 821 | DRAKE, WESLEY<br>1111 N. WESTERN AVE UNIT 45<br>CHICAGO, IL 60622 | 3/27/2009 | $2,400.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $2,400.00 |
| 37 | 367 | DUKE ENERGY INDIANA<br>1000 E. MAIN STREET<br>PLAINFIELD, IN 46168 | 1/23/2009 | $11,855.65 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $11,855.65 |
| 38 | 2541 | DYNAMEX INC.<br>PO BOX 20284<br>GREEN SQUARE STATION<br>NEW YORK, NY 10001 | 5/7/2009 | $2,105.64 | 08-13141 | Tribune Company | 08-13235 | Tribune Media Net, Inc. | $2,105.64 |
| 39 | 4414 | EL SHADDAI TEMPLE OF JESUS CHRIST<br>7004-7006 GOLDEN RING ROAD<br>BALTIMORE, MD 21237 | 6/10/2009 | $2,000.00 | 08-13141 | Tribune Company | 08-13209 | The Baltimore Sun Company | $2,000.00 |
| 40 | 575 | ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | 2/27/2009 | $12,047.28 | 08-13141 | No Debtor Asserted | 08-13141 | Tribune Company | $12,047.28 |
| 41 | 451 | ENTERGY LOUISIANA, LLC<br>MAIL UNIT L JEF 359<br>PO BOX 6008<br>NEW ORLEANS, LA 70174-6008 | 2/12/2009 | $10,928.29 | 08-13141 | Tribune Company | 08-13244 | Tribune Television New Orleans, Inc. | $10,928.29 |
| 42 | 452 | ENTERGY NEW ORLEANS, INC<br>MAIL UNIT L JEF 359<br>PO BOX 6008<br>NEW ORLEANS, LA 70174-6008 | 2/12/2009 | $310.93 | 08-13141 | Tribune Company | 08-13244 | Tribune Television New Orleans, Inc. | $310.93 |
| 43 | 914 | ENTERPRISE GROUP<br>A DIVISION OF DOMTAR COMPANY<br>6461 SAGUARO COURT<br>INDIANAPOLIS, IN 46268 | 4/8/2009 | $1,687.72 | 08-13141 | No Debtor Asserted | 08-13141 | Tribune Company | $1,687.72 |
| 44 | 410 | FLORIDA POWER & LIGHT COMPANY<br>PO BOX 025209<br>MIAMI, FL 33102-5209 | 2/5/2009 | $191,113.26 | 08-13141 | Tribune Company | 08-13148<br>08-13208 | Channel 39, Inc.<br>Sun-Sentinel Company | $15,013.91<br>$176,099.35 |
|  |  |  |  |  |  |  | Total | $191,113.26 |
| 45 | 3694 | FMC TECHNOLOGIES INC<br>400 HIGHPOINT WAY<br>CHALFONT, PA 18914 | 6/8/2009 | $1,494.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $1,494.00 |
| 46 | 5592 | FREDREKSEN FIRE EQUIPMENT COMPANY<br>760 THOMAS DRIVE<br>BENSENVILLE, IL 60106 | 6/12/2009 | $313.18 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $313.18 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 47 | 1372 | GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | 4/21/2009 | $5,676.77 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $5,676.77 |
| 48 | 1373 | GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | 4/21/2009 | $1,018.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $1,018.00 |
| 49 | 1374 | GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | 4/21/2009 | $299.00 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $299.00 |
| 50 | 1376 | GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | 4/21/2009 | $1,263.00 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $1,263.00 |
| 51 | 473 | GMAC COMMERCIAL FINANCE LLC<br>CRAIG GALLETTO<br>1290 AVENUE OF THE AMERICAS, 3RD FLOOR<br>NEW YORK, NY 10104 | 2/5/2009 | $4,568.77 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $4,568.77 |
| 52 | 704 | HK SYSTEMS, INC.<br>ATTN: LISA GRAFF<br>2855 SOUTH JAMES DRIVE<br>NEW BERLIN, WI 53151 | 3/9/2009 | $10,602.56 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $10,602.56 |
| 53 | 483 | INDIANAPOLIS POWER & LIGHT COMPANY<br>PO BOX 1595<br>INDIANAPOLIS, IN 46206-1595 | 2/10/2009 | $53,099.11 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $53,099.11 |
| 54 | 6172 | INTERPOLLS<br>818 W. 7TH ST, STE 700<br>LOS ANGELES, CA 90017 | 8/17/2009 | $507.00 | 08-13141 | Tribune Company | 08-13235 | Tribune Media Net, Inc. | $507.00 |
| 55 | 6091 | KARMANIAN, KENDALL<br>2401 W OHIO ST  NO.27<br>CHICAGO, IL 60612 | 7/16/2009 | $450.00 | 08-13141 | Tribune Company | 08-13162 | Eagle New Media Investments, LLC | $450.00 |
| 56 | 943 | KHL ENGINEERED PACKAGING SOLUTIONS<br>C/O AMCOR SUNCLIPSE NORTH AMERICA<br>6600 VALLEY VIEW STREET<br>BUENA PARK, CA 90620 | 4/6/2009 | $902.20 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $902.20 |
| 57 | 2023 | KISER CONTROLS COMPANY, INC<br>7045 HIGH GROVE BLVD.<br>BURR RIDGE, IL 60521 | 4/28/2009 | $456.51 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $456.51 |

TRIBUNE ANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 58 | 309 | L&P FINANCIAL SERVICES CO. ATTN: SANDY NORDELL NO. 1 LEGGETT ROAD CARTHAGE, MO 64836 | 1/20/2009 | $1,938.91 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $1,938.91 |
| 59 | 662 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2/19/2009 | $74,352.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $74,352.00 |
| 60 | 664 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2/19/2009 | $9,981.37 | 08-13141 | Tribune Company | 08-13211 | The Hartford Courant Company | $9,981.37 |
| 61 | 666 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2/19/2009 | $6,305.96 | 08-13141 | Tribune Company | 08-13210 | The Daily Press, Inc. | $6,305.96 |
| 62 | 668 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2/19/2009 | $9,272.90 | 08-13141 | Tribune Company | 08-13212 | The Morning Call, Inc. | $9,272.90 |
| 63 | 673 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 2/19/2009 | $1,935.42 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $1,935.42 |
| 64 | 925 | LIQUIDITY SOLUTIONS, INC. TRANSFEROR: KELLER-HEARTT COMPANY, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 4/10/2009 | $4,565.17 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $4,565.17 |
| 65 | 645 | MAGID GLOVE & SAFETY MFG. CO. LLC 2060 N. KOLMAR AVENUE CHICAGO, IL 60639 | 3/6/2009 | $1,564.13 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $960.69 |
|  |  |  |  |  |  |  | 08-13141 | Tribune Company | $603.44 |
|  |  |  |  |  |  |  |  | Total | $1,564.13 |
| 66 | 2428 | MARDAR ENTERPRISES 6910 33RD ST. VERO BEACH, FL 32966 | 5/4/2009 | $3,200.00 | 08-13141 | Tribune Company | 08-13208 | Sun-Sentinel Company | $3,200.00 |
| 67 | 820 | MARK 1 RESTORATION COMPANY 1021 MARYLAND AVENUE DOLTON, IL 60419 | 3/27/2009 | $47,450.10 | 08-13141 | No Debtor Asserted | 08-13141 | Tribune Company | $47,450.10 |
| 68 | 6314 | MARK SCOT CORPORATION 224 NE 32ND COURT OAKLAND PARK, FL 33334 | 10/26/2009 | $2,727.14 | 08-13141 | Tribune Company | 08-13208 | Sun-Sentinel Company | $2,727.14 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE ANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 69 | 833 | MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 4355<br>CHICAGO, IL 60680 | 3/18/2009 | $14,217.84 | 08-13141 | Tribune Company | 08-13227 | Tribune Direct Marketing, Inc. | $14,217.84 |
| 70 | 3 | NEFF, LAWRENCE<br>1169 PENN DRIVE<br>ANDREAS, PA 18211 | 12/15/2008 | $180.00 | 08-13141 | Tribune Company | 08-13212 | The Morning Call, Inc. | $180.00 |
| 71 | 4617 | NICOR GAS<br>PO BOX 549<br>AURORA, IL 60507 | 6/11/2009 | $66,591.42 | 08-13141 | Tribune Company | 08-13152<br>08-13156<br>08-13157 | Chicago Tribune Company<br>Chicagoland Publishing Company<br>Chicagoland Television News, Inc.<br>Total | $63,334.20<br>$618.75<br>$2,638.47<br>$66,591.42 |
| 72 | 839 | NORTHERN TRUST COMPANY, THE<br>ATTN: TREASURY MANAGEMENT SERVICES<br>50 S. LASALLE STREET<br>CHICAGO, IL 60603 | 3/30/2009 | $10,734.00 | 08-13141 | Tribune Company | 08-13152<br>08-13141<br>08-13231 | Chicago Tribune Company<br>Tribune Company<br>Tribune Finance Service Center, Inc.<br>Total | $2,105.12<br>$2,181.94<br>$6,446.94<br>$10,734.00 |
| 73 | 305 | NOTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN: REVENUE ASSURANCE & RECOVERY<br>801 E. 86TH AVENUE<br>MERRILLVILLE, IN 46410 | 1/16/2009 | $19,219.69 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $19,219.69 |
| 74 | 890 | ONYX RESTORATION WORKS<br>70 WEST 36TH STREET<br>NEW YORK, NY 10018 | 4/6/2009 | $1,300.50 | 08-13141 | Tribune Company | 08-13185<br>08-13235<br>08-13252 | Los Angeles Times Communications LLC<br>Tribune Media Net, Inc.<br>WGN Continental Broadcasting Company<br>Total | $77.17<br>$372.96<br>$850.37<br>$1,300.50 |
| 75 | 794 | P&P COURIER, INC., DBA<br>NOW MESSENGER SERVICE<br>2906 W. MAGNOLIA BLVD.<br>BURBANK, CA 91505 | 3/23/2009 | $9.00 | 08-13141 | Tribune Company | 08-13228 | Tribune Entertainment Company | $9.00 |
| 76 | 3516 | PIXELRIA, INC<br>16053 ARBOR DR.<br>PLAINFIELD, IL 60586 | 6/4/2009 | $720.00 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $720.00 |

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 77 | 2436 | FLCS CORPORATION<br>GREMLEY & BIEDERMANN INC<br>4505 N ELSTON<br>CHICAGO, IL 60630 | 5/5/2009 | $6,750.00 | | No Debtor Asserted | 08-13141 | Tribune Company | $6,750.00 |
| 78 | 1907 | PRIME VISIBILITY LLC<br>1660 WALT WHITMAN RD, SRE 100<br>MELVILLE, NY 11747 | 4/27/2009 | $10,000.00 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $10,000.00 |
| 79 | 1789 | PROSOFT CYBERWORLD GROUP<br>2001 BUTTERFIELD ROAD #305<br>DOWNERS GROVE, IL 60515 | 4/27/2009 | $32,560.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $32,560.00 |
| 80 | 569 | QUALITY FORMS & LABELS<br>C/O MICHAEL J. KROUT, ESQUIRE<br>32 NORTH DUKE STREET<br>YORK, PA 17401 | 2/26/2009 | $372.54 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $372.54 |
| 81 | 450 | RADIO ONE, INC.<br>5900 PRINCESS GARDEN PARKWAY<br>7TH FLOOR<br>LANHAM, MD 20706 | 2/12/2009 | $148,893.65 | 08-13141 | Tribune Company | 08-13241<br>08-13251<br>Total | Tribune Television Company<br>WDCW Broadcasting, Inc. | $52,067.60<br>$96,826.05<br>$148,893.65 |
| 82 | 941 | RAINBOW ADVERTISING SALES CORP.<br>1111 STEWART AVENUE<br>BETHPAGE, NY 11714 | 4/3/2009 | $4,250.00 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $4,250.00 |
| 83 | 4390 | RIVERBEND<br>1161 LOWER FALLS ROAD<br>KOHLER, WI 53044 | 6/10/2009 | $6,282.36 | 08-13141 | Tribune Company | 08-13235 | Tribune Media Net, Inc. | $6,282.36 |
| 84 | 6196 | SAMMCO, INC.<br>2735 CERBY ST<br>BERKELEY, CA 94705 | 9/2/2009 | $18,927.37 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $18,927.37 |
| 85 | 477 | SCHENKER, INC.<br>965 NORFOLK SQ<br>NORFOLK, VA 23502 | 2/6/2009 | $8,375.00 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $8,375.00 |
| 86 | 3515 | SECURITY FORCES, INC.<br>PO BOX 36607<br>CHARLOTTE, NC 28236 | 6/4/2009 | $15,098.34 | 08-13141 | Tribune Company | 08-13210 | The Daily Press, Inc. | $15,098.34 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | ASSERTED DEBTOR | CASE NUMBER | ASSERTED CLAIM AMOUNT | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 87  5581 | SODEXO, INC. C/O ADRIENNE VADELL STURGES 6081 HAMILTON BOULEVARD ALLENTOWN, PA 18106 | 6/12/2009 | Tribune Company | 08-13141 | $8,110.15 | 08-13152 | Chicago Tribune Company | $5,137.56 |
|  |  |  |  |  |  | 08-13175 | Hoy Publications, LLC | $348.72 |
|  |  |  |  |  |  | 08-13223 | Tribune Broadcasting Company | $143.28 |
|  |  |  |  |  |  | 08-13141 | Tribune Company | $2,048.49 |
|  |  |  |  |  |  | 08-13235 | Tribune Media Net, Inc. | $184.30 |
|  |  |  |  |  |  | 08-13236 | Tribune Media Services, Inc. | $142.72 |
|  |  |  |  |  |  | 08-13252 | WGN Continental Broadcasting Company | $105.08 |
|  |  |  |  |  |  |  | Total | $8,110.15 |
| 88  2113 | SOHO MANAGEMENT LTD 17 ST ANNES COURT LONDON W1F 0BQ, UNITED KINGDOM | 4/30/2009 | Tribune Company | 08-13141 | $2,800.00 | 08-13236 | Tribune Media Services, Inc. | $2,800.00 |
| 89  2022 | STANDARD COMPANIES 2601 S ARCHER CHICAGO, IL 60608 | 4/28/2009 | Tribune Company | 08-13141 | $306.62 | 08-13152 | Chicago Tribune Company | $306.62 |
| 90  762 | STERLING COMPUTER PRODUCTS 16135 COVELLO ST. VAN NUYS, CA 91406 | 3/17/2009 | Tribune Company | 08-13141 | $139.04 | 08-13254 | WPIX, Inc. | $139.04 |
| 91  6157 | STEWART & STEVENSON 601 W. 38TH STREET HOUSTON, TX 77018 | 8/10/2009 | Tribune Company | 08-13141 | $2,158.67 | 08-13244 | Tribune Television New Orleans, Inc. | $2,158.67 |
| 92  1705 | STRUCTURAL PRESERVATION SYSTEMS, LLC 925 TOLLGATE ROAD ELGIN, IL 60123 | 4/27/2009 | Tribune Company | 08-13141 | $11,350.00 | 08-13152 | Chicago Tribune Company | $11,350.00 |
| 93  2722 | TOVAR SNOW PROFESSIONALS C/O JOHN GOLDBERG FOX HEFTER SWIBEL LEVIN & CARROLL, LLP 200 W. MADISON, SUITE 3000 CHICAGO, IL 60610 | 5/12/2009 | Tribune Company | 08-13141 | $13,717.50 | 08-13152 | Chicago Tribune Company | $13,717.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 94 | 1611 | TRANE<br>3600 PAMMEL CREEK ROAD<br>LA CROSSE, WI 54601 | 4/23/2009 | $2,579.10 | 08-13141 | Tribune Company | 08-13241 | Tribune Television Company | $2,579.10 |
| 95 | 690 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LOS ANGELES TIMES-WASHINGTON<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 3/3/2009 | $10,229.56 | 08-13141 | Tribune Company | 08-13152<br>08-13185<br><br>08-13210<br>08-13211<br>08-13212 | Chicago Tribune Company<br>Los Angeles Times Communications LLC<br><br>The Daily Press, Inc.<br>The Hartford Courant Company<br>The Morning Call, Inc. | $1,538.02<br>$350.61<br><br>$381.75<br>$7,692.90<br>$266.28 |
| | | | | | | | Total | $10,229.56 |
| 96 | 692 | UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LOS ANGELES TIMES-WASHINGTON<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | 3/3/2009 | $44,104.72 | 08-13141 | Tribune Company | 08-13236 | Tribune Media Services, Inc. | $44,104.72 |
| 97 | 3513 | WHELAN-SFI<br>PO BOX 36607<br>CHARLOTTE, NC 28236 | 6/4/2009 | $5,678.23 | 08-13141 | Tribune Company | 08-13225 | Tribune Broadcasting News Network, Inc. | $5,678.23 |
| 98 | 4656 | WILSON, DONALD N., ESQ.<br>MURRAY, JENSEN & WILSON, ESQ.<br>101 N. WACKER DR, SUITE 101<br>CHICAGO, IL 60606 | 6/11/2009 | $12,812.40 | | No Debtor Asserted | 08-13141 | Tribune Company | $12,812.40 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.
Omnibus Objection 21: Exhibit A – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | ASSERTED CLAIM AMOUNT | DEBTOR | CASE NUMBER | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 99  4313 | WORLDNOW  PO BOX 60857  LOS ANGELES, CA 90060-0857 | 6/10/2009 | $155,982.74 | Tribune Broadcasting Company | 08-13223 | 08-13148 | Channel 39, Inc. | $1,376.00 |
| | | | | | | 08-13149 | Channel 40, Inc. | $8,329.00 |
| | | | | | | 08-13152 | Chicago Tribune Company | $8,684.32 |
| | | | | | | 08-13180 | KIAH Inc. | $3,775.00 |
| | | | | | | 08-13181 | KPLR, Inc. | $4,739.00 |
| | | | | | | 08-13182 | KSWB Inc. | $1,399.00 |
| | | | | | | 08-13183 | KTLA Inc. | $20,464.00 |
| | | | | | | 08-13184 | KWGN Inc. | $6,774.00 |
| | | | | | | 08-13185 | Los Angeles Times Communications LLC | $5,831.47 |
| | | | | | | 08-13198 | Orlando Sentinel Communications Company | $2,575.39 |
| | | | | | | 08-13208 | Sun-Sentinel Company | $2,209.38 |
| | | | | | | 08-13209 | The Baltimore Sun Company | $799.07 |
| | | | | | | 08-13210 | The Daily Press, Inc. | $263.67 |
| | | | | | | 08-13211 | The Hartford Courant Company | $15,759.67 |
| | | | | | | 08-13212 | The Morning Call, Inc. | $437.21 |
| | | | | | | 08-13222 | Tribune Broadcast Holdings, Inc. | $1,336.00 |
| | | | | | | 08-13141 | Tribune Company | $2,176.56 |
| | | | | | | 08-13241 | Tribune Television Company | $21,404.00 |
| | | | | | | 08-13242 | Tribune Television Holdings, Inc. | $3,973.00 |
| | | | | | | 08-13244 | Tribune Television New Orleans, Inc. | $8,300.00 |
| | | | | | | 08-13245 | Tribune Television Northwest, Inc. | $5,731.00 |
| | | | | | | 08-13251 | WDCW Broadcasting, Inc. | $1,345.00 |
| | | | | | | 08-13252 | WGN Continental Broadcasting Company | $14,565.00 |
| | | | | | | 08-13254 | WPIX, Inc. | $13,736.00 |
| | | | | | | | Total | $155,982.74 |