# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO. 08-13141-KJC**

**COURTROOM LOCATION: 5**  
**DATE:** 4/19/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Landis | Landis Rath & Cobb | Creditors Committee |
| Howard Seife | Chadbourne & Parke | " |
| Roy Lubit (?) | Benesch | |
| Tom Hower (?) | " | Wilmington Trust |
| Marty Siegel | Brown Rudnick | " |
| William Dolan | " | " |
| Jared Ellias | " | " |
| Kate Bromberg | " | " |
| Rupert Strack (?) | " | " |
| Max Rifkin | Greenberg Traurig | Aurelius Capital |
| Don Bernstein | Davis Polk | JP Morgan |
| Dennis Glazer | " | " |
| Mark Collins | Richards Layton | " |

Case 08-13141-BLS    Doc 4105    Filed 04/19/10    Page 2 of 5

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** 4/19/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Norman Pernick | Cole Schotz | Debtors |
| James Conlan | Sidley | " |
| James Bendernagel | " | " |
| Laurie Silber Silvogler | Potter Anderson Corroon LLP | Merrill Lynch |
| William Harrington | US Trustee | |
| Graeme Bush | Zuckerman | Committee |
| Tim Sottile | " | " |
| Adam Hiller | Pinckney Harris Weidinger | Various retiree claimants |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 04/19/2010
Calendar Time: 11:00 AM ET

2nd Revision 04/19/2010 06:42 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3455368 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3472343 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3471196 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3472541 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York) | Creditor, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3471856 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3463212 | Tiffany S. Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease LLP | Creditor, AOL, LLC. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3471702 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Ad Hoc Lenders Counsel / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3471044 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3473366 | William Dolan | 401-276-2611 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3473351 | Joseph Drayton | (212) 836-7177 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3471199 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3473365 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3465881 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3472134 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld | Creditor, Center Bridge Credit Advisors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3469030 | Andrew Gordon | 212-373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3472614 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Group Of Bridge Facility Lenders / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3473320 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 3472531 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3472975 | Ken Kansa | (312) 853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3472367 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3471173 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3473383 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3471184 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3471045 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3471202 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3471190 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3471884 | Jane Parver | 212-836-8510 | Kaye Scholer LLP | Creditor, Marryl Lynch Capital Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3414923 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3471866 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3473387 | T. Max Riffin | (302) 661-7668 | Greenberg Traurig, LLP | Creditor, Aurelius Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3473379 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3471048 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3469084 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3473363 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 3473380 | Drew G Sloan | (302) 651-7612 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3473381 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Interested Party, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3471203 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 3473368 | Simon West | (203) 100-1068 | Arrowgrass Capital Services UK | | Interested Party, Arrowgrass Capital Services UK / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company | 08-13141 | Hearing | 3471288 | Matthew A Zloto | (646) 445-6518 | Matthew A Zloto - In Pro Per/Pro Se | | In Propria Persona, Matthew A Zloto / LISTEN ONLY |