UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al. | ) Case No. 08-13141 (KJC) |
| | ) (Jointly Administered) |
| | ) |
| Debtors | ) Re: Docket No. 4045 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     :  SS.
NEW CASTLE COUNTY    :

       Tracy A. Cameron, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 14th day of April, 2010 she caused a copy of the following to be served on the attached list as indicated:

- **Certification of Counsel Regarding Withdrawal Without Prejudice, of (A) Law Debenture Trust Company of New York's Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments, and (B) Centerbridge Credit Advisors LLC's Related Joinder [Docket No. 4045]**

Dated: April 15, 2010
      Wilmington, Delaware

                                      Tracy A. Cameron, Paralegal
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      One Rodney Square
                                        920 North King Street
                                        Wilmington, DE 19801
                                        (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 15th day of April, 2010.

                                    _____
Notary Public

                                      JOAN M. WEBB
                             Notary Public - State of Delaware
                             My Comm. Expires April 30, 2010

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III,
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR   72033-2000

ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
(COUNSEL TO IAM LODGE NO. 126)
230 W MONROE ST, STE 2600
CHICAGO, IL   60606

ANDREW S. CONWAY, ESQUIRE
(COUNSEL TO TAUBMAN LANDLORDS)
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI  48304

ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
(COUNSEL TO NAVISTAR FINANCIAL CORP
NAVISTAR LEASING CO.)
300 DELAWARE AVE, STE 1370
WILMINGTON, DE   19801

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN, ESQ.
(COUNSEL TO RICKETTS ACQUISITION LLC
AND CHICAGO BASEBALL HOLDINGS, LLC)
500 DELAWARE AVENUE, 8TH AVENUE
P.O. BOX 1150
WILMINGTON, DE   19899

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
(COUNSEL TO BANC OF AMERICA LEASING (
CAPITAL LLC)
401 NORTH MICHIGAN AVENUE, STE 550
CHICAGO, IL   60611

BANC OF AMERICA BRIDGE LLC
LYNN D. SIMMONS, SR. VICE PRESIDENT
BANK OF AMERICA STRATEGIC SOLUTIONS
MAIL CODE: IL1-231-11-19
231 SOUTH LASALLE STREET
CHICAGO, IL  60604

BARACK FERRAZZANO KIRSCHBAUM &
NAGELBERG LLP
ATTN. GEORGE R. MESIRES, ESQ.
(COUNSEL TO KTR SOUTH FLORIDA LLC)
200 WEST MADISON ST , SUITE 3900
CHICAGO, IL   60606

BARCLAYS CAPITAL INC.
ATTN: US CLIENT VALUATIONS GROUP
200 PARK AVENUE
ATTN: US CLIENT VALUATIONS GROUP
NEW YORK, NY   10166

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
(COUNSEL TO IRON MOUNTAIN
INFORMATION MGMT INC )
155 FEDERAL ST, 9TH FL
BOSTON, MA   02110

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF, LLP
ATTN. DAVID M. NEUMANN, ESQUIRE
(COUNSEL TO WILMINGTON TRUST)
200 PUBLIC SQUARE SUITE 2300
CLEVELAND, OH  44114-2378

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF, LLP
ATTN. BRADFORD J. SANDLER & JENNIFER F
HOORE, ESQ.
(COUNSEL TO WILMINGTON TRUST)
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE  19801

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN
COLLINS, ESQS.
(COUNSEL TO: D. NEIL, C. BROWN, H.
WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J.
MAKINEN)
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE  19801

BLOOM HERGOTT DIEMER ROSENTHAL
LAVIOLETTE FELDMAN
& GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA  90212

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY
GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL  33301

BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL
ESQ
(COUNSEL TO WILMINGTON TRUST)
SEVEN TIMES SQUARE
NEW YORK, NY  10036

BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. &
CERTAIN OF ITS AFFILIATES INCLUDING
UNIVERSAL CITY STUDIOS PRODUCTIONS)
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE  19801

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ
(COUNSEL TO: CWA/ITV NEGOTIATED
PENSION PLAN)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
(COUNSEL TO SONY PICTURES TELEVISION)
1000 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA  90017-2457

BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE USA, INC.)
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA  94105-2126

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
NEW HYDE PARK, NY  11042

CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD  20815

CHRISTINE Z. HERI
(COUNSEL TO HILDA L. SOLISI, SECRETARY
OF LABOR)
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL  60604

CIARDI CIARDI & ASTIN
DANIEL K. ASTIN, ANTHONY M. SACCULLO,
MARY E. AUGUSTINE, CARL D. NEFF, ESQS.
CITIZENS BANK CENTER
(COUNSEL TO ROBERT R. MCCORMICK
FOUNDATION )
919 NORTH MARKET STREET, STE 700
WILMINGTON, DE  19801

CITICORP NORTH AMERICA, INC
ATTN: TIM DILLWORTH
450 MAMARONECK AVENUE, SUITE A
HARRISON, NY  10528-2402

COHEN WEISS & SIMON LLP
COUNSEL TO AMERICAN FEDERATION OF
TELEVISION & RADIO ARTISTS
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK, NY  10036

COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
ATTN: NORMAN L. PERNICK, J. KATE
STICKLES, PATRICK J. REILLY, ESQS
(LOCAL COUNSEL FOR THE DEBTORS)
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE  19801

CONNOLLY BOVE LODGE & HUTZ LLP
ATTN: JEFFREY C. WISLER, ESQ.
MARC J. PHILLIPS, ESQ.
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET; PO BOX 2207
WILMINGTON, DE  19899

COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
(COUNSEL TO: AMERICAN FEDERATION OF
TELEVISION & RADIO ARTISTS)
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE  19801

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

CROSS & SIMON LLC
COUNSEL TO WASHINGTON-BALTIMORE
NEWSPAPER GUILD, LOCAL 32035, TNG-CWA
ATTN: CHRISTOPHER P SIMON & TARA M
DIROCCO, ESQS
919 NORTH MARKET STREET 11TH FLOOR
WILMINGTON, DE  19801

CROUDACE & DIETRICH LLP
ATTN. MARK A NITIKMAN, ESQUIRE
(COUNSEL TO BKM 3128 REDHILL, LLC, A
CALIFORNIA LIMITED LIABILITY COMPANY
4750 VON KARMAN AVENUE
NEWPORT BEACH, CA  92660

CROWELL & MORING LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. AND
CERTAIN OF ITS AFFILIATES INCLUDING
UNIVERSAL CITY STUDIOS PRODUCTIONS
LLLP)
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY  10022

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, JAMES A
FLORACK, DAMIAN S. SCHAIBLE, ESQS.
(COUNSEL TO JPMORGAN CHASE BANK, N.A
450 LEXINGTON AVENUE
NEW YORK, NY  10017

DEUTSCHE BANK AG
60 WALL STREET
NEW YORK, NY  10005

DEUTSCHE BANK NATIONAL TRUST
COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST &SEC
SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ  07901

DRAPER & GOLDBERG, PLLC
ATTN. ADAM HILLER & MICHELLE
BERKELEY-AYRES
(COUNSEL TO THE PARTIES REFERENCED IN
THE FIRST AMENDED VERIFIED STATEMENT
OF TEITELBAUM & BASKIN LLP)
1500 NORTH FRENCH STREET, 2ND FLOOR
WILMINGTON, DE  19801

DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. &
SOMMER L. ROSS
(COUNSEL TO SONY PICTURES TELEVISION,
INC.)
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE  19801

ECKERT,SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
(COUNSEL TO THE NIELSEN COMPANY)
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE  19801

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
(COUNSEL TO BARCLAYS BANK PLC)
WILMINGTON, DE  19801

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

ELLIOTT GREENLEAF
COUNSEL TO CORESTAFF SERVICES
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
(COUNSEL TO K ASSOC. & CRENSHAW 3840
PARTNERS,LLC)
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA 90212

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
(COUNSEL TO RICKETTS ACQUISITION LLC
AND CHICAGO BASEBALL HOLDINGS, LLC)
321 NORTH CLARK, SUITE 2800
CHICAGO, IL 60610-4500

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ
(COUNSEL TO RICKETTS ACQUISITION LLC
AND CHICAGO BASEBALL HOLDINGS, LLC)
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306

FOX ROTHSCHOLD LLP
ATTN. L. JASON CORNELL, ESQUIRE
(COUNSEL TO DONNA GERHART GUTMAN,
PERSONAL REPRESENTATIVE OF THE ESTATE
OF E. MICHAEL GUTMAN AKA MICHAEL
GUTMAN AKA ELLIOTT M. GUTMAN)
919 N. MARKET STREET, SUITE 1300
WILMINGTON, DE 19899-2323

FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
(COUNSEL TO JONES LANG LASALLE
AMERICAS (ILLINOIS) L P.)
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
(COUNSEL TO ANTON BAUER, INC, CAMERA
DYNAMICS, INC., NUCOMM, INC , AND RF
CENTRAL, LLC)
101 BILBY ROAD
HACKETTSTOWN, NJ 07840

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ & DEVON J.
EGGERT, ESQ.
(COUNSEL TO MERCER (US) INC )
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

FURMAN GREGORY LLC
DONALD R. FURMAN JR.
(COUNSEL TO COMCAST SPOTLIGHT &
COMCAST)
75 FEDERAL ST, 9TH FL
BOSTON, MA 02110

GOHN HANKEY & STICHEL LLP
COUNSEL TO CORESTAFF SERVICES
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
BALTIMORE, MD 21201

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

GREENE RADOVSKY MALONEY SHARE &
HENNIGH LLP
EDWARD J. TREDINNICK, ESQ.
(COUNSEL TO CATELLUS DEVELOPMENT
CORP.)
FOUR EMBARCARCADERO CENTER, STE 4000
SAN FRANCISCO, CA  94111

HARRIS CORPORATION
ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL  32919

HERRICK FEINSTEIN LLP
COUNSEL TO CANON USA INC, INTELSAT
CORPORATION
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY  10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID  83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT &
RECOVERY ANALY
2125 E. KATELLA AVE., SUITE 400
ANAHEIM, CA  92806

HOGAN & HARTSON LLP
ATTN: SCOTT A. GOLDEN, IRA S. GREENE
(COUNSEL TO ABITIBI BOWATER, INC.,
ABITBI CONSOLIDATED SALES CORPORATO
AND BOWATER, INC.; DOW JONES &
COMPANY)
875 THIRD AVENUE
NEW YORK, NY  10022

HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN, COUNTY
SOLICITOR & CAMELA J. SANDMANN,
ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD  21043

IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
VILLA PARK, IL  60181

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA  19114-0326

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD  21201

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

JP MORGAN CHASE BANK, NA AS AGENT
1111 FANNIN, 10TH FLOOR
HOUSTON, TX  77002

JPMORGAN CHASE BANK, NA
ATTN: MIRIAM KULNIS
ONE CHASE PLAZA
NEW YORK, NY  10005

K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
(COUNSEL TO GREATBANC TRUST COMPANY)
599 LEXINGTON AVE
NEW YORK, NY  10022-6030

K&L GATES LLP
CHARLES R. SMITH, ESQ.
HENRY W. OLIVER BUILDING
(COUNSEL TO GREATBANC TRUST COMPANY)
535 SMITHFIELD ST
PITTSBURGH, PA  15222-2312

KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA  91362

KAYE SCHOLER LLP
ATTN: MARGO B SCHONHOLTZ, ESQ
MADLYN GLEICH PRIMOFF, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL
CORP AS ADMIN AGENT)
425 PARK AVE
NEW YORK, NY  10022

KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S. STEEL, ESQ.
(COUNSEL TO TELEREP, LLC)
101 PARK AVENUE
NEW YORK, NY  10178

LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS
COMMITTEE
ATTN ADAM G LANDIS & MATTHEW B
MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE  19801

LECLAIRRYAN, PC
ATTN. WILLIAM E. CALLAHAN, JR., ESQ
(COUNSEL TO DE LAGE LANDEN
FINANCIAL SERVICES, INC.)
1800 WACHOVIA TOWER, DRAWER 1200
ROANOKE, VA  2400-1200

LECLAIRRYAN, PC
ATTN. DAVID W. PHILLIPS
(COUNSEL TO DE LAGE LANDEN
FINANCIAL SERVICES, INC)
TWO PENN PLAZA EAST
NEWARK, NJ  07105

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K.
JONGCO, NINA WASOW, ESQS.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN,
ROCHE, LEVIN, & MAKINEN)
1330 BROADWAY, SUITE 1800
OAKLAND, CA  94612

LINDA BOYLE
TW TELECOM INC
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO  80124

LINEBARGER GOGGAN BLAIR & SAMPSON
LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX  77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON,
LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO DALLAS COUNTY)
2323 BRYAN STREET, STE 1600
DALLAS, TX  75201

LOWNDES, DROSDICK, DOSTER, KANTOR AND
REED, P.A
ATTN: ZACHARY J. BANCROFT, EST.
(COUNSEL TO ORLANDO MAGIC, LTD.)
450 S. ORANGE AVE, SUITE 800
ORLANDO, FL  32801

MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
682 E. SWEDESFORD ROAD
WAYNE, PA  19087

MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G.
TOUGAS, ESQ., AMIT K. TREHAN, ESQ.,
BARBRA YAN, ESQ.
(COUNSEL TO BARCLAYS)
1675 BROADWAY
NEW YORK, NY  10019

MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
G. AMANDA MALLAN, ESQ.
(COUNSEL TO DEUTSCHE BANK TRUST
COMPANY AMERICAS)
245 PARK AVE, 27TH FL.
NEW YORK, NY  10167

MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
(COUNSEL TO DEUTSCHE BANK TRUST
COMPANY AMERICAS)
405 N. MARKET STREET, 8TH FL
WILMINGTON, DE  19801

MCGUIRE WOODS LLP
ATTN: PAUL J. CATANESE & PATRICIA K.
SMOOTS
(COUNSEL TO THE NIELSEN COMPANY (US))
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL  60601

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

MEITES, MULDER, MOLLICA & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER
(COUNSEL TO: NEIL, BROWN, WEINSTEIN,
ROCHE, LEVIN, & MAKINEN)
20 S. CLARK STREET, SUITE 1500
CHICAGO, IL  60603

MERRILL LYNCH CAPITAL CORPORATION
ATTN: SHARON HAWKINS
LOAN OPERATIONS
600 E. LAS COLINAS BLVD., SUITE 1300
IRVING, TX  75039

MERRILL LYNCH CAPITAL CORPORATION
ATTN: MICHAEL O'BRIEN
4 WORLD FINANCIAL CENTER
250 VESEY STREET
NEW YORK, NY  10080

MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
(COUNSEL TO INTELSAT CORPORATION)
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE  19801

MICHAEL A. COX, ATTORNEY GENERAL AND
DEBORAH B. WALDMEIR, ASSISTANT AG
STATE OF MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI  48202

MICHAEL SCHLOSS
(COUNSEL TO HILDA L. SOLIS)
OFFICE OF THE SOLICITOR UNITED STATES
DEPARTMENT OF LABOR PLAN BENEFITS
SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC  20013

MISSOURI DEPARTMENT OF REVENUE
ATTN: SHERYL L. MOREAU
GENERAL COUNSEL'S OFFICE
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO  65105-0475

MONZACK MERSKY MCLAUGHLIN AND
BROWDER, P.A.
ATTN. RACHEL B. MERSKY, ESQUIRE
(COUNSEL TO BKM 3128 REDHILL, LLC)
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE  19801

MORGAN STANLEY FIXED INCOME
ATTN: CAROLYN ADLER
1585 BROADWAY, 2ND FLOOR
NEW YORK, NY  10036

MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, PC
ATTN: COLLEEN E. MCMANUS
(COUNSEL TO CF 4242 BRYN MAWR LLC)
191 NORTH WACKER DRIVE, STE 1800
CHICAGO, IL  60606

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL  60173

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
ATTN. ROBERT L. COOK
333 EAST WASHINGTON ST , 3RD FLOOR
SYRACUSE, NY  13202

NOLAN, PLUMHOFF & WILLIAMS
ATTN. ROBERT L. HANLEY, JR. ESQUIRE
(COUNSEL TO ST. JOHN PROPERTIES, INC )
SUITE 700, NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
TOWSON, MD  21204

OFFICE OF ATTORNEY GENERAL
ATTN. CAROL E. MOMJIAN
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA  19107-3603

OFFICE OF THE UNITED STATES TRUSTEE
JOSEPH J. MCMAHON, JR , ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE  19899-0035

PENSION BENEFIT GUARANTY CORPORATIO
ATTN FRANK A ANDERSON, CASSANDRA R
BURTON, & KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC  20005-4026

PEPPER HAMILTON LLP
ATTN. DAVID B. STRATTON, LEIGH-ANNE M.
RAPORT,ESQ.
(COUNSEL TO PPF OFF TWO PARK AVENUE)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE  19899-1709

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL
CORP AS ADMIN AGENT)
HERCULES PLAZA
1313 N MARKET ST, PO BOX 951
WILMINGTON, DE  19899-0951

POYNER SPRUILL LLP
JUDY D. THOMPSON, ESQ.
(COUNSEL TO SODEXO, INC.)
301 SOUTH COLLEGE STREET, STE 2300
CHARLOTTE, NC  28202

PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ
(COUNSEL TO: TWENTIETH TELEVISION, INC
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA  90067

RLF1 3559000v 1

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

RIDDELL WILLIAMS, P S
ATTN. JOSEPH E. SHICKICH, JR &
MARIA ANN MILANO
(COUNSEL TO MICROSOFT CORPORATION &
MIRCROSOFT LICENSING, GP)
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA  98154-1192

ROBINSON BROG LEINWAND GREEN
GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
(COUNSEL TO GALLERIA OPERATING
COMPANY, LLC)
1345 AVENUE OF THE AMERICAS
NEW YORK, NY  10105

RUSKIN MASCOU FALTISCHEK, P.C
ATTN: MICHAEL S. AMATO, ESQ.
(COUNSEL TO ESTHER RHEIN)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY  11556-1425

RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
(COUNSEL TO BARRY AND MARIE
GOLDENBERG)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY  11556-1425

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC  20020

SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
(COUNSEL TO ABITIBI BOWATER, INC.,
ABITIBI CONSOLIDATED SALES
CORPORATION, BOWATER, INC ,)
222 DELAWARE AVENUE, STE 1500
WILMINGTON, DE  19899

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC  20549

SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
(COUNSEL TO UNITED HEALTHCARE
INSURANCE COMPANY)
ONE CONSTITUTION PLAZA
HARTFORD, CT  06103-1919

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

SQUIRE, SANDERS & DEMPSEY LLP
ATTN: KELLY SINGER, ESQ.
(COUNSEL TO PERSONAL PLUS, INC.)
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE, STE 2700
PHOENIX, AZ  85004-4498

STEMPEL BENNETT CLAMAN & HOCHBERG I
(COUNSEL TO SLG 220 NEWS OWNER LLC)
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY  10017

STEVENS & LEE, P.C.
ATTN: JOSEPH H. HUSTON, JR
(COUNSEL TO CF 4242 BRYN MAWR LLC)
1105 NORTH MARKET STREET, 7TH FL.
WILMINGTON, DE  19801

STUART MAUE
ATTN: LINDA K. COOPER
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO  63044

TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
(COUNSEL TO H.BERGMANN; ET AL)
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY  10601

THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
(ATTORNEYS FOR MAJESTIC REALTY CO.
YORBA PARK I AND YORBA PARK SUB, LLC)
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA  90245

THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY  10017

TOOD M. HOEPKER, ESQ.
(COUNSEL TO : COP-HANGING MOSS, LLC)
POST OFFICE BOX 3311
ORLANDO, FL  32802-3311

TOWER DC, LLC
ATTN: NILS LARSEN, MANAGING DIRECTOR
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL  60606

TOWER EH, LLC
ATTN: NILS LARSEN, MANAGING DIRECTOR
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL  60606

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

TOWER MS, LLC
ATTN: NILS LARSEN, MANAGING DIRECTOR
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL  60606

TOWER PT, LLC
ATTN: NILS LARSEN, MANAGING DIRECTOR
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL  60606

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT  06183-4044

TRESSLER SODERSTORM MALONEY & PRESS, LL
ATTN: JACQUELINE A. CRISWELL
(COUNSEL TO FISHER PRINTING, INC.)
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL  60606-6314

TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
(COUNSEL TO: TWENTIETH TELEVISION, INC.)
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA  90067

TYBOUT REDFEARN AND PELL
ATTN: SHERRY RUGGIERO FALLON
(COUNSEL TO NORTHLAKE PROPERTY, LLC,
MIDWEST WAREHOUSE & DISTRIBUTION
SYSTEM, INC. AND BEFORD MOTOR SERVICE
750 SHIPYARD DRIVE, SUITE 400
WILMINGTON, DE  19899-2092

U.S. DEPARTMENT OF JUSTICE
ATTN: YONATAN GELBLUM
TAX DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC  20044

UNISYS CORPORATION
ATTN: JANET FITZPATRICK
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA  19424

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
1100 L STREET, N.W.
ROOM 10006
WASHINGTON, DC  20530

UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
ELIZABETH S. GOLDBERG, ESQUIRE
(COUNSEL TO HILDA L. SOLIS, SECRETARY O
LABOR, UNITED STATES DEPARTMENT OF
LABOR)
PLAN BENEFITS SECURITY DIVISION
WASHINGTON, DC  20013

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS, ESQ
1201 MARKET ST, SUITE 1100
PO BOX 2046
WILMINGTON, DE  19899-2046

VORYS SATER SEYMOUR & PEASE LLP
(COUNSEL FOR AOL LLC)
ATTN TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH  43215

WARNER BROS. TELEVISION DISTRIBUTION
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA  91522

WEISS SEROTA HELFMAN PASTORIZA COLE
BONISKE, P L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
COUNSEL TO CITY OF MIRAMAR, FLORIDA &
DANIA BEACH
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL  33301

WILLIAMS GAUTIER GWYNN DELOACH &
SORENSON PA
(COUNSEL FOR FLORIDA SELF-INSURERS
GUARANTY ASSOCIATION INC)
ATTN JAMES E SORENSON, D TYLER LEUVEN,
CHAD D HECKMAN, JARED S GARDNER, MARY
LINZEE VAN LEUVEN
POST OFFICE BOX 4128
TALLAHASSEE, FL  32315-4128

WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTA
(COUNSEL TO PPF OFF TWO PARK AVENUE
OWNER, LLC)
787 SEVENTH AVENUE
NEW YORK, NY  10019

WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE  19890

ZWERDLKING PAUL KAHN & WOLLY PC
(COUNSEL TO WASHINGTON-BALTIMORE
NEWSPAPER GUILD, LOCAL 32035, TNG-CWA
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC  20036-5420

GARVAN F. MCDANIEL
BIFFERATO GENTILOTTI LLC
800 NORTH KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

SIDLEY AUSTIN LLP
ATTN: BRYAN KRAKAUER, JAMES F. CONLAN,
KENNETH P. KANSA
(COUNSEL TO THE DEBTORS)
ONE SOUTH DEARBORN
CHICAGO, IL  60603

DAVID S. ROSNER
ANDREW K. GLENN
MATTHEW B. STEIN
KASOWITZ, BENSON, TORRES & FRIEDMAN
LLP
1633 BROADWAY
NEW YORK, NY 10019

CHADBOURNE & PARKE LLP
COUNSEL TO THE UNSECURED CREDITORS'
COMMITTEE
ATTN HOWARD SEIFE, DAVID M LEMAY,
DOGULAS E DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK, NY  10112

LAURA DAVIS JONES
TIMOTHY P. CAIRNS
MARK M. BILLION
PACHULSKI STANG ZIEHL & JONES LLP
919 N. MARKET STREET, 17TH FL.
P.O. BOX 8705
WILMINGTON, DE  19899

DANIEL H. GOLDEN
PHILIP C. DUBLIN
DEBORAH J. NEWMAN
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY  10036