IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 22, 2010 AT 1:30 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing must contact COURTCALL, LLC via telephone (866-582-6878) or facsimile (866-533-2946) to register to participate.

**WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED**

**MATTERS NOT GOING FORWARD**

1. Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed January 13, 2010) (Docket No. 3062)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

    (a)    Declaration of Robert J. Stark (Filed January 13, 2010) (Docket Nos. 3065, 3067 and 3068)

    (b)    Order on Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Entered January 14, 2010) (Docket No. 3099)

    (c)    Notice of Motion (Filed January 15, 2010) (Docket No. 3117)

    (d)    Declaration of William M. Dolan in Further Support of the Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed April 9, 2010) (Docket No. 3979) [Unredacted and Redacted]

    (e)    Motion for Leave to File Wilmington Trust Company's Response to the Official Committee's Statement in Support of Certain Motions Filed by JPMorgan Chase Bank, N.A. and the Debtors [Docket No. 3968]; and (II) the Debtors' Reply to Wilmington Trust's Objection to Motion to Halt Equitable Subordination Adversary Proceeding [Docket No. 3993] (Filed April 12, 2010) (Docket No. 4007)

Objection Deadline: February 11, 2010 at 4:00 p.m.

Responses Received:

    (a)    Response and Partial Objection of the Official Committee of Unsecured Creditors to Motion of Law Debenture Trust Company of New York for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, Its Affiliates, and Certain Third Parties, or Alternatively, for the Appointment of an Examiner (Filed September 17, 2009) (Docket No. 2136)

    (b)    Debtors' Objection to Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed January 14, 2010) (Docket No. 3094)

    (c)    Official Committee of Unsecured Creditors' Objection to Motion to Fix Hearing Date on, Limit Notice and Shorten Time to Object or Respond to Motion of Wilmington Trust Company for Appointment of Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed January 14, 2010) (Docket No. 3096)

(d) Objection of the Official Committee of Unsecured Creditors to Motion of Wilmington Trust Company for Appointment of Examiner (Filed February 11, 2010) (Docket No. 3360)

(e) JPMorgan Chase Bank, N.A.'s Response to Motion of Wilmington Trust Company for Appointment of Examiner Pursuant to Section 1104(c) of the Bankruptcy Code [Dkt. No. 3063] (Filed February 11, 2010) (Docket No. 3362)

(f) Joinder of Merrill Lynch Capital Corporation to J.P. Morgan Chase Bank, N.A.'s Response to Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 11, 2010) (Docket No. 3368)

(g) Debtors' Response and Objection to the Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code [Dkt. No. 3063] (Filed February 11, 2010) (Docket No. 3372)

(h) Credit Agreement Lenders' Objection to Motion of Wilmington Trust for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 11, 2010) (Docket No. 3373)

(i) Joinder of TM Retirees to the Objection of the Official Committee of Unsecured Creditors to Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 11, 2010) (Docket No. 3375)

(j) Limited Joinder of Citicorp North America, Inc. and Citigroup Global Markets Inc. to (I) J.P. Morgan Chase Bank, N.A.'s Responses and (II) the Credit Agreement Lenders' Objections to (A) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (B) Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 11, 2010) (Docket No. 3376)

(k) Limited Joinder of Bank of America, N.A. and Banc of America Securities LLC to J.P. Morgan Chase Bank, N.A.'s and the Credit Agreement Lenders' Responses to (I) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates and (II) Motion of Wilmington Trust Company for Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Filed February 12, 2010) (Docket No. 3389)

46429/0001-6461922v1

(l)     Reply of the Official Committee of Unsecured Creditors in Support of Its Motion for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates (Filed February 15, 2010) (Docket No. 3410)

(m)     Wilmington Trust Company's Omnibus Reply to Objections to Examiner Motion (Filed February 16, 2010) (Docket No. 3420)

(n)     The United States Trustee's Statement in Support of the Motion of Wilmington Trust Company, as Successor Indenture Trustee, for Appointment of Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (Docket Entry #3062) (Filed February 16, 2010) (Docket No. 3421)

(o)     Certification of Counsel Regarding Agreed Order Directing the Appointment of an Examiner (Filed April 19, 2010) (Docket No. 4112)

Status:     A status conference on the Motion was held on April 19, 2010. A Certification of Counsel, together with an agreed order, was filed with the Court. This matter will not be going forward.

## CONTESTED MATTERS GOING FORWARD

2.     Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, LP, Centerbridge Credit Advisors LLC, and Their Affiliates (Filed April 2, 2010) (Docket No. 3928) [Redacted]

Related Document(s):

(a)     Motion for Authority to File Under Seal Unredacted Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, LP, Centerbridge Credit Advisors LLC, and Their Affiliates (Filed March 31, 2010) (Docket No. 3929)

Objection Deadline: April 9, 2010 at 4:00 p.m.

Responses Received:

(a)     Objection to Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, L.P., Centerbridge Credit Advisors LLC, and Their Affiliates (Filed April 9, 2010) (Docket No. 3988)

(b)     Reply of Credit Agreement Lenders in Support of Motion for Leave to Conduct Rule 2004 Discovery of Centerbridge (Filed April 12, 2010) (Docket No. 4000) [Redacted]

Status:       By agreement of the parties, this matter has been continued to permit the parties an opportunity to resolve the matter. In the event these efforts are unsuccessful, a telephonic hearing will be held on April 27, 2010 at 2:30 p.m. This matter will not be going forward.

Dated: April 20, 2010

        SIDLEY AUSTIN LLP
        Bryan Krakauer
        James F. Conlan
        Janet E. Henderson
        Kevin T. Lantry
        Kenneth P. Kansa
        One South Dearborn Street
        Chicago, IL 60603
        Telephone: (312) 853-7000

        -and-

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By: _____
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 652-3131

        ATTORNEYS FOR DEBTORS
        AND DEBTORS IN POSSESSION