**9090 Enterprises**
2271 Linda Flora Drive
Los Angeles, California 90077
310 476.6647   fax 310 471.1831
email l.vernon@roadrunner.com

April 20, 2010

| | |
|---|---|
| Sidley Austin LLP | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| Bryan Krakauer | Norman Pernick |
| Kevin Lantry | J. Kate Stickles |
| Kenneth Kansa | 500 Delaware Avenue, Suite 1410 |
| Jillian Ludwig | Wilmington, DE 19801 |
| One South Dearbon Street | |
| Chicago, IL 60603 | |

RE: Case No. 08-13141 (KJC) Tribune Co. et al. Chapter 11

Dear Counselors of Sidley Austin, LLP and Cole, Schotz, Meisel, Forman & Leonard, P.A.:

I am in receipt of the copy of "NOTICE OF DEBTORS' TWENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1". I am responding to object to the relief requested by the TWENTY FOURTH OMINBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING. While our claim is insignificant in terms of the total owed by the Tribune Company I find it totally disingenuous that they claim to have no liability with regard to the past due rent owed. The Tribune Company leases a building and land from my company and furthermore subsequently subleased a portion of that land to a cellular company. As consideration for our agreement to the sublease, the Tribune Company agreed to pay 9090 Enterprises additional rent. In 2008 they actually paid $11,925.60 in additional rent and they should have paid $14,740.08. Leaving an amount still due of $2,814.48. They failed to pay that amount even though they were receiving rental payments on the sublease. Maybe they need to check their records a little more closely or check the records that they transferred to the MacMunnis Company.

In November of 2008 the Tribune Company turned all their rental payments/receipts and lease management over to the MacMunnis Company and it was in November of 2008 that the additional rent for the cellular site was dropped. They missed 2 months of additional rent for November and December 2008. Prior to that time, the Tribune Company paid the additional rent and since that time the Tribune Company paid the additional rent. Therefore, the argument that they did not have this obligation on their records is not correct. The Tribune Company should check the records at MacMunnis, their agent, before making a statement that there is no liability claim.

I sincerely hope the court will take these facts into consideration before wiping out the past due amounts due to 9090 Enterprises.

Yours truly,

*[signature]*

Carol Vernon
for 9090 Enterprises

cc. The Honorable Kevin J. Carey