IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 <br> ) <br> ) Case No. 08-13141 (KJC) <br> ) <br> ) Jointly Administered <br> ) <br> ) Ref. No. 3929 <br> ) <br> ) |
| TRIBUNE COMPANY, et al., | |
| Debtors. | |

### CERTIFICATION OF COUNSEL

On April 2, 2010, the Credit Agreement Lenders filed the Motion for Authority to File Under Seal Unredacted Motion for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, L.P., Centerbridge Credit Advisors LLC, and their Affiliates (the "Motion") [D.I. 3929]. A hearing was held on the matter on April 13, 2010. No objections or responses to the Motion were filed. The Court approved the Motion and requested counsel to submit an order to the Court.

It is hereby respectfully requested that the order attached as Exhibit A be entered at the earliest convenience of the Court.

Dated: April 21, 2010          YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert S. Brady
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

- and -

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
James O. Johnston
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

*Counsel to the Credit Agreement Lenders*

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 Cases |
| ) | |
| TRIBUNE COMPANY, et al. ) | Case No. 08-13141 (KJC) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | RE: Docket No. 3929 |
| ) | |

**ORDER AUTHORIZING CREDIT AGREEMENT LENDERS TO FILE UNDER SEAL UNREDACTED MOTION OF CREDIT AGREEMENT LENDERS FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO BANKRUPTCY RULE 2004 OF CENTERBRIDGE PARTNERS, L.P., CENTERBRIDGE CREDIT ADVISORS LLC, AND THEIR AFFILIATES**

Upon consideration of the *Motion for Authority to File Under Seal Unredacted Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, L.P., Centerbridge Credit Advisors LLC, and their Affiliates* (the "Seal Motion");[1] and due and sufficient notice of the Seal Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Seal Motion is appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Seal Motion is GRANTED.

2. Pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the unredacted version of the 2004 Motion shall be filed under seal and shall remain under seal, confidential and not made available to anyone, except for (i) the Court, (ii) the Office of the United States Trustee, (iii) the Debtors, (iv) Centerbridge, (v) other parties permitted to access

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Seal Motion.

confidential information pursuant to the Depository Order, and (vi) others upon further Court order.

        3.     This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       April _____, 2010

                                              _____
                                              Kevin J. Carey
                                              Chief United States Bankruptcy Judge