**IN THE UNITED BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-13141 (KJC)** |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | |

## REQUEST FOR REMOVAL FROM MASTER MAILING MATRIX

**PLEASE TAKE NOTICE** that Jason Cornell of Fox Rothschild LLP, hereby requests, for the purpose of judicial economy, that his name and e-mail address, jcornell@foxrothschild.com, be deleted from the Master Mailing Matrix in this case, so that he no longer receives any e-filing notifications, notices, pleadings, applications, complaints, motions or any other documents relating to this case.

**FOX ROTHSCHILD LLP**

By:    L. Jason Cornell, Esquire
L. Jason Cornell, Esquire (No. 3821)
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
jcornell@foxrothschild.com

Dated: April 22, 2010

WM1A 951964v1 04/22/10