# EXHIBIT A

# TRIBUNE COMPANY, ET AL.
# FIRST QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 1 | AAF INC<br>630 THOMAS DRIVE<br>BENSENVILLE, IL 60106 | 1883 | 04/27/2009 | Tribune Broadcasting Company | Unsecured | Undetermined | Tribune Broadcasting Company | Unsecured | $650.00 |
| 2 | AAF INC<br>630 THOMAS DRIVE<br>BENSENVILLE, IL 60106 | 1884 | 04/27/2009 | Tribune Publishing Company | Unsecured | Undetermined | Tribune Publishing Company | Unsecured | $156.00 |
| 3 | AGGREKO LLC<br>PO BOX 972562<br>DALLAS, TX 75397-2562 | 3608 | 06/05/2009 | WPIX, Inc. | Unsecured | $8,000.00 | WPIX, Inc. | Unsecured | $4,000.00 |
| 4 | AMEREN UE<br>PO BOX 66881 - MAIL CODE 310<br>SAINT LOUIS, MO 63166 | 101 | 12/23/2008 | KPLR, Inc. | Unsecured | $14,921.70 | KPLR, Inc. | Unsecured | $134.40 |
| 5 | ARCH COMMUNICATIONS<br>PO BOX 660770<br>DALLAS, TX 75266-0770 | 5668 | 06/09/2009 | Orlando Sentinel Communications Company | Unsecured | $1,318.31 | Orlando Sentinel Communications Company | Unsecured | $782.74 |
| 6 | ASM CAPITAL III LP<br>(TRANSFEROR SOTSKY, LAURENCE)<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | 6443 | n/a | No Debtor Asserted | Unsecured | Undetermined | Los Angeles Times Communications, LLC | Unsecured | $108,461.54 |
| 7 | AZZURRO<br>260 UNION ST<br>NORTHVALE, NJ 07647 | 1317 | 04/22/2009 | No Debtor Asserted | Unsecured | $653.59 | WPIX, Inc. | Unsecured | $85.98 |
| 8 | BOOTH MITCHEL &<br>STRANGE LLP<br>SETH W. WHITAKER<br>707 WILSHIRE BOULEVARD<br>SUITE 4450<br>LOS ANGELES, CA 90017 | 3331 | 06/01/2009 | Tribune Company | Unsecured | $4,559.45 | Tribune Company | Unsecured | $4,164.85 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# FIRST QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 9 | BOOTH MITCHEL & STRANGE LLP<br>SETH W. WHITAKER<br>707 WILSHIRE BOULEVARD<br>SUITE 4450<br>LOS ANGELES, CA 90017 | 3332 | 06/01/2009 | Los Angeles Times Communications LLC | Unsecured | $4,830.10 | Los Angeles Times Communications LLC | Unsecured | $4,741.80 |
| 10 | CASEY, ROBERT, EXECUTOR<br>ESTATE OF EDITH CASEY<br>1935 VICTOR BROWN ROAD<br>TALLAHASSEE, FL 32303 | 3033 | 05/21/2009 | Chicago Tribune Company | Unsecured | Undetermined | Chicago Tribune Company | Unsecured | $18.00 |
| 11 | CKELSCH INC<br>2146 N DAYTON ST APT 102<br>CHICAGO, IL 60614 | 1476 | 04/24/2009 | Chicago Tribune Company | Unsecured | Undetermined | Chicago Tribune Company | Unsecured | $200.00 |
| 12 | COFFEE PAUSE INC<br>1260 SUFFIELD ST<br>AGAWAM, MA 01001-2933 | 1438 | 04/24/2009 | Tribune Television Company | Unsecured | $1,468.08 | Tribune Television Company | Unsecured | $452.35 |
| 13 | COMMUNITY PAPERS OF FLORIDA<br>PO BOX 1149<br>SUMMERFIELD, FL 34492-1149 | 2420 | 05/04/2009 | Forum Publishing Group, Inc. | Unsecured | $9,222.50 | Forum Publishing Group, Inc. | Unsecured | $2,360.00 |
| 14 | CONSUMERS ENERGY COMPANY<br>ATTN: MICHAEL G. WILSON<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | 362 | 01/21/2009 | Tribune Television Holdings, Inc. | Unsecured | $28,471.77 | Tribune Television Holdings, Inc. | Unsecured | $28,082.54 |
| 15 | DATA BASED ADS INC<br>363 WEST ERIE STREET<br>SUITE 500 EAST<br>CHICAGO, IL 60610 | 1637 | 04/23/2009 | Sun-Sentinel Company | Unsecured | Undetermined | Sun-Sentinel Company | Unsecured | $562.73 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
## FIRST QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | EBERHARD<br>15220 RAYMER ST<br>VAN NUYS, CA 91405 | 4100 | 06/09/2009 | Tribune Company | Unsecured | $6,150.38 | Los Angeles Times Communications LLC | Unsecured | $4,319.92 |
| 17 | ELECTRONIC TECHNOLOGIES CORPORATION USA, AKA INGERSOLL RAND SECURITY TECHNOLOGIES<br>ATTN: CREDIT DEPT - C2<br>11819 N. PENNSYLVANIA STREET<br>CARMEL, IN 46032 | 4606 | 06/11/2009 | The Baltimore Sun Company | Unsecured | $8,793.60 | The Baltimore Sun Company | Unsecured | $6,895.69 |
| 18 | ENTERPRISE GARAGE CORP.<br>JOSHUA G. LOSARDO, ESQ.<br>BELKIN BURDEN WENIG & GOLDMAN, LLP<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | 364 | 01/21/2009 | Tribune Company | Unsecured | $1,204.72 | WPIX, Inc. | Unsecured | $1,176.18 |
| 19 | ESTATE CHARLES FLUCK<br>830 OLD BETHLEHEM RD<br>PERKASIE, PA 18944 | 3282 | 05/29/2009 | The Morning Call, Inc. | Unsecured | Undetermined | The Morning Call, Inc. | Unsecured | $86.37 |
| 20 | FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BRICKMAN GROUP LTD<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | 5407 | 06/12/2009 | The Baltimore Sun Company | Unsecured | $8,289.54 | The Baltimore Sun Company | Unsecured | $7,569.23 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# FIRST QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 21 | FIRST QUALITY MAINTENANCE II, LLC C/O ED WINIARZ 70 WEST 36 STREET 3RD FLOOR PO BOX 500 NEW YORK, NY 10018 | 2290 | 05/04/2009 | WPIX, Inc. | Unsecured | $20,344.82 | WPIX, Inc. | Unsecured | $20,073.88 |
| 22 | FIRSTCOM MUSIC 9255 SUNSET BLVD #200 LOS ANGELES, CA 90069 | 930 | 04/10/2009 | No Debtor Asserted | Unsecured | $35,392.00 | Tribune Broadcasting Company | Unsecured | $5,236.08 |
| 23 | FREDERICK, CHUCK 405 DUARTE LN LADY LAKE, FL 32159 | 1425 | 04/24/2009 | Orlando Sentinel Communications Company | Unsecured | Undetermined | Orlando Sentinel Communications Company | Unsecured | $11.21 |
| 24 | GALLMEIER CREATIVE GROUP INC 22030 VENTURA BLVD NO. 126 WOODLAND HILLS, CA 91364 | 1516 | 04/24/2009 | Los Angeles Times Communications LLC | Unsecured | Undetermined | Los Angeles Times Communications LLC | Unsecured | $6,225.00 |
| 25 | GANNETT MEDIA TECHNOLOGIES INTERNATIONAL ATTENTION: NATALIE DENNIS 151 W. FOURTH STREET CINCINNATI, OH 45202 | 613 | 03/02/2009 | Oak Brook Productions, Inc. | Unsecured | $9,000.00 | Orlando Sentinel Communications Company | Unsecured | $6,677.42 |
| 26 | GSN NEWS INC. PO BOX 5483 TRENTON, NJ 08638 | 46 | 12/24/2008 | No Debtor Asserted | Unsecured | $17,750.00 | WPIX, Inc. | Unsecured | $9,950.00 |
| 27 | HARMER ASSOCIATES ATTN RANDY HARMER 100 S WACKER DRIVE SUITE 1950 CHICAGO, IL 60606 | 2001 | 04/27/2009 | Tribune Company | Unsecured | Undetermined | Tribune Company | Unsecured | $30,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# FIRST QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | HASSETT AIR EXPRESS<br>877 S ROUTE 83<br>ELMHURST, IL 60126 | 2367 | 05/04/2009 | Tribune Direct Marketing, Inc. | Unsecured | $4,589.79 | Tribune Direct Marketing, Inc. | Unsecured | $4,305.59 |
| 29 | IDEAL SIGNS<br>79 EASTVIEW # 101<br>GEORGETOWN, TX 78626 | 491 | 02/17/2009 | Tribune Television New Orleans, Inc. | Unsecured | $16,901.50 | Tribune Television New Orleans, Inc. | Unsecured | $10,975.00 |
| 30 | INDIANAPOLIS WATER<br>P.O. BOX 1990<br>INDIANAPOLIS, IN 46206-1990 | 2328 | 05/04/2009 | No Debtor Asserted | Unsecured | $593.97 | Tribune Television Company | Unsecured | $580.54 |
| 31 | LA ARENA FUNDING LLC<br>STAPLES CENTER<br>1111 S FIGUEROA ST<br>LOS ANGELES, CA 90015-1306 | 2922 | 05/18/2009 | Los Angeles Times Communications LLC | Unsecured | $803.96 | Los Angeles Times Communications LLC | Unsecured | $374.42 |
| 32 | LOPEZ, M<br>4955 SOUTHRIDGE AV<br>MONTEBELLO, CA 90043 | 1819 | 04/27/2009 | Los Angeles Times Communications LLC | Unsecured | Undetermined | Los Angeles Times Communications LLC | Unsecured | $5.85 |
| 33 | MACDONALD ADVERTISING SERVICES INC.<br>302 FERRY ST 3RD FLR<br>LAFAYETTE, IN 47901 | 2310 | 05/04/2009 | Sun-Sentinel Company | Unsecured | $1,044.00 | Sun-Sentinel Company | Unsecured | $522.00 |
| 34 | MONEY SERVICE CENTERS OF HAWAII, INC.<br>4-901 G KUHIO HWY.<br>KAPAA, HI 96746 | 6059 | 07/13/2009 | No Debtor Asserted | Unsecured | Undetermined | Tribune Broadcast Holdings, Inc. | Unsecured | $800.00 |
| 35 | MONGILLO, JOHN<br>17 ORCHARD PATH<br>WESTBROOK, CT 06498 | 1208 | 04/20/2009 | Tribune Television Company | Unsecured | Undetermined | Tribune Television Company | Unsecured | $4,083.00 |
| 36 | MONSTER INC.<br>5 CLOCK TOWER PLACE<br>SUITE 500<br>MAYNARD, MA 01754 | 1544 | 04/23/2009 | Tribune Company | Unsecured | $35,000.00 | Tribune Company | Unsecured | $3,164.38 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# FIRST QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 37 | MPEG LA LLC<br>6312 S FIDDLERS GREEN CIRCLE<br>SUITE 400E<br>GREENWOOD VILLAGE, CO 80111 | 2982 | 05/19/2009 | Tribune Media Services, Inc. | Unsecured | $125.00* | Tribune Media Services, Inc. | Unsecured | $105.00 |
| 38 | MTS POWER SYSTEMS INC<br>1200 SHAMES DRIVE SUITE C<br>WESTBURY, NY 11590 | 1024 | 04/20/2009 | WPIX, Inc. | Unsecured | Undetermined | WPIX, Inc. | Unsecured | $1,068.87 |
| 39 | NAK-MAN CORPORATION<br>5500 W TOUHY AV NO. K<br>SKOKIE, IL 60077 | 1925 | 04/27/2009 | No Debtor Asserted | Unsecured | $564.80* | Chicago Tribune Company | Unsecured | $564.80 |
| 40 | NATIONAL GRID<br>300 ERIE BLVD W<br>SYRACUSE, NY 13202 | 480 | 02/09/2009 | Tribune Company | Unsecured | $19,294.23 | Tribune Media Services, Inc. | Unsecured | $18,090.94 |
| 41 | NELSON, GREGORY P<br>26401 VIA GALICIA<br>MISSION VIEJO, CA 92691 | 1278 | 04/21/2009 | Los Angeles Times Communications LLC | Unsecured | Undetermined | Los Angeles Times Communications LLC | Unsecured | $250.00 |
| 42 | NEWSPAPER PRINTING COMPANY<br>5210 S LOIS AVE<br>TAMPA, FL 33611 | 1069 | 04/20/2009 | Orlando Sentinel Communications Company | Unsecured | Undetermined | Orlando Sentinel Communications Company | Unsecured | $3,407.10 |
| 43 | OCEAN WATCH PRODUCTION GROUP INC<br>PO BOX 15502<br>NEWPORT BEACH, CA 92659 | 957 | 04/16/2009 | Los Angeles Times Communications LLC | Unsecured | Undetermined | Los Angeles Times Communications LLC | Unsecured | $16,000.00 |
| 44 | ONE DOMAIN INC<br>501 RIVERCHASE PKWY E<br>STE 200<br>BIRMINGHAM, AL 35244-1834 | 2269 | 05/04/2009 | Chicagoland Television News, Inc. | Unsecured | $1,440.50 | Chicagoland Television News, Inc. | Unsecured | $360.13 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# FIRST QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 45 | ONE DOMAIN NEO BETA SOFTWARE<br>501 RIVERCHASE PKWY E<br>STE 200<br>BIRMINGHAM, AL 35244-1834 | 2270 | 05/04/2009 | No Debtor Asserted | Unsecured | Undetermined | KTLA Inc. | Unsecured | $2,179.60 |
| 46 | PAPA JOHN'S INTERNATIONAL, INC.<br>ATTN: SUSAN RECTOR<br>2002 PAPA JOHN'S BLVD<br>LOUISVILLE, KY 40299 | 249 | 01/16/2009 | No Debtor Asserted | Unsecured | $23,357.50 | The Baltimore Sun Company | Unsecured | $4,665.00 |
| 47 | POINTROLL, INC<br>951 E. HECTOR ST.<br>CONSHOHOCKEN, PA 19428 | 647 | 03/06/2009 | No Debtor Asserted | Unsecured | $4,048.08 | Orlando Sentinel Communications Company | Unsecured | $2,193.12 |
| 48 | POTTER, WILLIAM<br>966 1/2 EVERETT ST<br>LOS ANGELES, CA 90026 | 1470 | 04/24/2009 | Los Angeles Times Communications LLC | Unsecured | Undetermined | Los Angeles Times Communications LLC | Unsecured | $160.00 |
| 49 | PPL ELECTRIC UTILITIES<br>827 HAUSMAN ROAD<br>ALLENTOWN, PA 18104 | 837 | 03/24/2009 | Tribune Company | Unsecured | $45,795.37 | The Morning Call, Inc. | Unsecured | $42,104.91 |
| 50 | SARKES TARZIAN INC<br>P O BOX 2717<br>BLOOMINGTON, IN 47402 | 1275 | 04/21/2009 | No Debtor Asserted | Unsecured | $3,990.75 | Tribune Television Company | Unsecured | $3,850.75 |
| 51 | SCARBOROUGH RESEARCH CORP<br>770 BROADWAY<br>13TH FLR<br>NEW YORK, NY 10003 | 2518 | 05/07/2009 | No Debtor Asserted | Unsecured | $7,533.10 | Tribune Television Company | Unsecured | $7,083.24 |
| 52 | SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | 2525 | 05/07/2009 | KTLA Inc. | Unsecured | Undetermined | KTLA Inc. | Unsecured | $5,914.16 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# FIRST QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 53 | SCHUR PACKAGING SYSTEMS INC.<br>165 E COMMERCE DR STE 105<br>SCHAUMBURG, IL 60173 | 2637 | 05/11/2009 | Chicago Tribune Company | Unsecured | $86,405.55 | Chicago Tribune Company | Unsecured | $41,793.22 |
| 54 | SELECT PERSONNEL SERVICES<br>PO BOX 60607<br>LOS ANGELES, CA 90060 | 2450 | 05/05/2009 | Orlando Sentinel Communications Company | Unsecured | $4,623.81 | Orlando Sentinel Communications Company | Unsecured | $1,490.64 |
| 55 | SOLDIER CREEK ASSOCIATES<br>PO BOX 477<br>ROCKPORT, ME 04856 | 3368 | 06/01/2009 | Chicago Tribune Company | Unsecured | Undetermined | Chicago Tribune Company | Unsecured | $829.00 |
| 56 | SULLIVAN, DENNIS E<br>PO BOX 130<br>CRETE, IL 60417 | 2392 | 05/04/2009 | Chicago Tribune Company | Unsecured | $1,790.00 | Chicago Tribune Company | Unsecured | $515.00 |
| 57 | TEKSYSTEMS, INC.<br>ATTN: MATT HUDSON<br>7437 RACE RD.<br>HANOVER, MD 21076 | 218 | 01/12/2009 | Chicago Tribune Company | Unsecured | $10,572.00 | Orlando Sentinel Communications Company | Unsecured | $960.00 |
| 58 | TELEVISION BUREAU OF ADVERTISING INC<br>3 E 54TH ST 10TH FL<br>NEW YORK, NY 10022-3108 | 3154 | 05/26/2009 | Tribune Television Company | Unsecured | $2,808.00 | Tribune Television Company | Unsecured | $1,661.42 |
| 59 | TLM & ASSOCIATES INC<br>1601 BELLROSE DR N<br>CLEARWATER, FL 33756 | 1713 | 04/27/2009 | Orlando Sentinel Communications Company | Unsecured | $2,430.59 | Orlando Sentinel Communications Company | Unsecured | $712.84 |
| 60 | TRAX EXPRESS DELIVERIES<br>342 BARONNE STREET<br>NEW ORLEANS, LA 70112-1627 | 1872 | 04/27/2009 | Tribune Television New Orleans, Inc. | Unsecured | $989.19 | Tribune Television New Orleans, Inc. | Unsecured | $689.19 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
# FIRST QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 61 | TROPICAL LANDSCAPING MAINTENANCE<br>17586 BONIELLO DRIVE<br>BOCA RATON, FL 33496-1508 | 1759 | 04/27/2009 | Sun-Sentinel Company | Unsecured | $15,245.00 | Sun-Sentinel Company | Unsecured | $12,856.0[illegible] |
| 62 | WARREN HIGH SCHOOL<br>500 N O'PLAINE RD<br>GURNEE, IL 90031 | 2347 | 05/04/2009 | Chicago Tribune Company | Unsecured | Undetermined | Chicago Tribune Company | Unsecured | $2.3[illegible] |
| 63 | WEATHER CENTRAL<br>BOX 88688<br>MILWAUKEE, WI 53288-0688 | 1402 | 04/24/2009 | Chicago Tribune Company | Unsecured | $1,242.56 | Chicago Tribune Company | Unsecured | $385.0[illegible] |
| 64 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688 | 1403 | 04/24/2009 | KTLA Inc. | Unsecured | $1,600.00 | KTLA Inc. | Unsecured | $361.2[illegible] |
| 65 | WRIGHT EXPRESS FINANCIAL SERVICES<br>PO BOX 639<br>PORTLAND, ME 04103 | 3337 | 06/01/2009 | Tribune Television Holdings, Inc. | Unsecured | $4,863.93 | Tribune Television Holdings, Inc. | Unsecured | $3,894.4[illegible] |
| | | | | | TOTAL | $478,023.74 * | | TOTAL | $452,032.6[illegible] |

* - Indicates claim contains unliquidated and/or undetermined amounts