# EXHIBIT A

EXHIBIT A

# SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1657868
0276 57634 / 57634-000004
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through October 31, 2009

## Work Schedule Grievance 0000001761

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 10/30/09 | K. Michaels | L120 | 0 | E-mail correspondence to and from client regarding status of arbitration case. | 0.10 | 57.00 |
| 10/30/09 | K. Michaels | L120 | 0 | Review of e-mail correspondence from American Arbitration Association regarding status of case. | 0.10 | 57.00 |

| | | |
|---|---|---|
| **Total Hours** | | 0.20 |
| **Total Fees** | | $114.00 |
| **Less Discount** | | ($11.40) |
| **Total Fees After Discount** | | $102.60 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

CHI 11843607.2



Invoice No. 1657868

Page 2

Chicago Tribune Company

**Timekeeper Summary**

| K. Michaels | Partner | - | 0.20 | hours at | $570.00 | per hour |

**Total Disbursements** 0.00

**Total Amount Due** $102.60



**SEYFARTH SHAW LLP**
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1657868
0276 57634 / 57634-000004
Work Schedule Grievance 0000001761

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $114.00 |
| Less Discount | ($11.40) |
| Total Fees after Discount | $102.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $102.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N

CH1 11843607.2



# SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1657873
0276 12575 / 12575-000296
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through October 31, 2009

**Pay for Performance; Case No. 16 300 00758 09**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 10/23/09 | J. Sherman | L120 | | Conference with client regarding background of pay for performance grievance and arbitrator selection process. | 0.30 | 205.50 |
| 10/27/09 | J. Sherman | L120 | 0 | Review and evaluate panel of arbitrators (.4); telephone conference with A. Barnes in connection with same (.2); correspondence to American Arbitration Association related to same (.2). | 0.80 | 548.00 |
| 10/30/09 | J. Sherman | L120 | 0 | Correspondence with client and conversations with witnesses and Union attorney regarding case scheduling. | 0.30 | 205.50 |

**Total Hours** 1.40

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

7470398v.2



Invoice No. 1657873

Page 2

Baltimore Sun

| | |
|---|---|
| **Total Fees** | $959.00 |
| **Less Discount** | ($95.90) |
| **Total Fees After Discount** | $863.10 |

**Timekeeper Summary**

J. Sherman        Partner     -    1.40   hours at    $685.00    per hour

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | **$863.10** |

7470398v.2



```
                                                        131 SOUTH DEARBORN
                                                               SUITE 2400
                                                     CHICAGO, ILLINOIS 60603-5577
                                                            (312) 460-5000
                                                         FEDERAL ID 36-2152202

                                                               ATLANTA
                                                                BOSTON
                                                               CHICAGO
                                                               HOUSTON
                                                             LOS ANGELES
                                                              NEW YORK
                                                             SACRAMENTO
                                                            SAN FRANCISCO
                                                           WASHINGTON, D.C.
                                                              BRUSSELS
```

November 10, 2009

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1657873
0276 12575 / 12575-000296
Pay for Performance; Case No. 16 300 00758 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $959.00 |
| Less Discount | ($95.90) |
| Total Fees after Discount | $863.10 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $863.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N

7470398v.2



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

February 22, 2010
**REVISED**

Invoice No. 1670510
0835 68308 / 68308-000001
W6S

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through November 30, 2009

**General Labor & Employment Advice**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/06/09 | C. Del Rey-Cone | 2.70 | Appear for hearing on plaintiffs' motion to sever. |

| | | |
|---|---|---|
| **Total Hours** | 2.70 | |
| **Total Fees** | | $1,242.00 |
| **Less Discount** | | ($124.20) |
| **Total Fees After Discount** | | $1,117.80 |

**Timekeeper Summary**

C. Del Rey-Cone    -    2.70    hours at    $460.00    per hour

**Total Amount Due**                                                                 $1,117.80

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

February 22, 2010
**<u>REVISED</u>**

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1670510
0835 68308 / 68308-000001
General Labor & Employment Advice

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,242.00 |
| Less Discount | ($124.20) |
| Total Fees after Discount | $1,117.80 |

# SEYFARTH
## ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

Invoice No. 1657875
0276 33175 / 33175-000018
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through October 31, 2009

**Kinkaid, Kay v. 0000001590**

| Date | Disbursements | Value |
|---|---|---|
| | **Subpoena Fees** | |
| 10/19/09 | Subpoena Fees - TITAN LEGAL SERVICES | 136.49 |
| 10/19/09 | Subpoena Fees - TITAN LEGAL SERVICES | 70.80 |
| 10/19/09 | Subpoena Fees - TITAN LEGAL SERVICES | 51.82 |

**Total Disbursements**                                                                                      259.11

**Total Fees And Disbursements This Statement**                                            $259.11

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

November 10, 2009

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1657875
0276 33175 / 33175-000018
Kinkaid, Kay v. 0000001590

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 259.11 |
| Total Fees and Disbursements This Statement | $259.11 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N

## EXHIBIT B

## FEE SUMMARY

# FEE SUMMARY FOR THE PERIOD FROM
## OCTOBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Jeremy Sherman | Partner/ Labor & Employment Admitted 1976 | $685.00 | 27.30 | $18,700.50 |
| Edward W. Bergmann | Partner/ Labor & Employment Admitted 1966 | $680.00 | 0.30 | $204.00 |
| Camille Olson | Partner/ Labor & Employment Admitted 1983 | $680.00 | 2.00 | $1,360.00 |
| Mitchel D. Whitehead | Partner/ Employee Benefits Admitted 1978 | $640.00 | 0.80 | $512.00 |
| Condon McGlothlen | Partner Labor & Employment Admitted 1987 | $575.00 | 1.50 | $862.50 |
| Jon Meer | Partner Labor & Employment Admitted 1989 | $570.00 | 102.30 | $58,311.00 |
| Kristin Michaels | Partner/ Labor & Employment Admitted 1991 | $570.00 | 23.00 | $13,110.00 |
| Gerald Pauling | Partner/ Labor & Employment Admitted 1992 | $560.00 | 1.50 | $840.00 |
| Timothy Rusche | Associate Labor & Employment Admitted 2000 | $435.00 | 1.20 | $522.00 |
| Dennis Hyun | Associate/ Labor & Employment Admitted 2003 | $400.00 | 184.70 | $73,880.00 |
| Natascha Riesco | Associate/ Labor & Employment Admitted 2004 | $390.00 | 22.40 | $8,736.00 |
| Timothy L. Hix | Partner/ Labor & Employment Admitted 1996 | $380.00 | 0.80 | $380.00 |
| Brandon L. Spurlock | Associate/ Labor & Employment Admitted 2002 | $365.00 | 1.80 | $657.00 |
| Simon Yang | Associate/ Labor & Employment Admitted 2008 | $285.00 | 44.30 | $12,625.50 |
| Malerie Halperin | Paralegal/ | $275.00 | 1.70 | $467.50 |

8940429v.1

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| | Labor & Employment<br>N/A | | | |
| David Jimenez | Paralegal<br>Labor & Employment<br>N/A | $220.00 | 1.50 | $330.00 |
| Michael Argado | Librarian | $170.00 | 1.00 | $170.00 |
| Diane Veltman | Librarian | $135.00 | .20 | $27.00 |
| Michael Afar | Law Clerk<br>Litigation<br>N/A | $80.00 | .80 | $64.00 |
| Brett Safford | Law Clerk | $80.00 | 2.30 | $184.00 |
| | | | | |
| SUB-TOTALS | | | 421.40 | $191,943.00 |
| Less Discount | | | | $172,685.05 |
| | | | 4.30 | $2,083.50* |
| TOTAL | | | 425.70 | $174,768.55 |
| | | | | |
| | | | BLENDED RATE | $410.54 |

**\*ADDITIONAL INADVERTENTLY OMITTED FEES RELATED TO
THE FEE SUMMARY FOR THE PERIOD FROM
OCTOBER 1, 2009 THROUGH NOVEMBER 30, 2009**

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Jeremy Sherman | Partner/<br>Labor & Employment<br>Admitted 1976 | $685.00 | 1.40 | $959.00 |
| Kristin Michaels | Partner/<br>Labor & Employment<br>Admitted 1991 | $570.00 | .20 | $114.00 |
| Christie Del Rey-Cone | Partner/<br>Labor & Employment<br>Admitted | $460.00 | 2.70 | $1,242.00 |
| | | | | |
| TOTALS | | | 4.30 | $2,315.00 |
| Less Discount | | | | $2,083.50 |

2

8940429v.1

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun - Labor -- General (12575-1) | 9.30 | $5,390.00 |
| Baltimore Sun - Guild Labor Matters (12575-28) | 9.10 | $5,279.00 |
| Baltimore Sun - Pay for Performance (12575-296) | 11.80 | $8,083.00 |
| Baltimore Sun - Columnist Reporting Assignments (12575-297) | 6.60 | $3,675.00 |
| Los Angeles Times - Country Club Matter (17832-34) | 0.80 | $544.00 |
| Los Angeles Times -- General Matters (33175-1) | 0.80 | $380.00 |
| Los Angeles Times -- Clement, Jane (33175-20) | 1.20 | $522.00 |
| Tribune -- Labor General (11089-1) | 1.50 | $862.50 |
| Tribune - Corporate Independent Contractor Matters (36078-2) | 1.20 | $816.00 |
| Tribune - Corporate Labor Relations Matters (36377-1) | 5.00 | $2,849.00 |
| Chris Neuman v. Ira Goldstone; KTLA, Inc. (66929-2) | 338.60 | $146,032.00 |
| Chicago Tribune - Michael Cordts v. (10512-90) | 2.70 | $1,053.00 |
| Chicago Tribune - General (57634-1) | 12.80 | $8,384.50 |
| Chicago Tribune - Work Schedule Grievance (57634-4) | .10 | $57.00 |
| Chicago Tribune - JoAnn Parker v. (57634-6) | 19.90 | $8,016.00 |
| | | |
| **SUB-TOTALS** | 421.40 | $191,943.00 |
| **Less Discount** | | $172,685.05 |
| | | $2,083.50* |
| **TOTAL** | | $174,768.55 |

## *ADDITIONAL INADVERTENTLY OMITTED FEES RELATED TO COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM OCTOBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun - Pay for Performance (12575-296) | 1.40 | $959.00 |
| Chicago Tribune - Work Schedule Grievance (57634-4) | .20 | $114.00 |
| Chicago Tribune - General Labor & Employment Advice (68308-1) | 2.70 | $1,242.00 |
| | | |
| **TOTALS** | 4.30 | $2,315.00 |
| **Less Discount** | | $2,083.50 |

8940429v.1

# EXHIBIT C

# EXPENSE SUMMARY

8940429v.1

## EXPENSE SUMMARY FOR THE PERIOD
## OCTOBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $3.12 |
| Facsimile | | $33.83 |
| Copying | | $1,712.40 |
| Local Travel | | $15.38 |
| Travel | | $36.00 |
| Online Research | Lexis, Westlaw | $1,728.94 |
| Filing Fees | Clerk, Los Angeles Superior Court | $595.00 |
| Attorney Services | Nationwide Legal, Inc. | $393.75 |
| Local Messenger | | $288.75 |
| Court Fees | Clerk, Circuit Court of Cook County | $226.00 |
| Deposition Transcripts | | $2,587.97 |
| | | |
| **Total Prior to Reduction** | | **$7,621.14** |
| **Less Voluntary Copying Reduction** | | **($822.50)** |
| **Less Voluntary Facsimile Reduction** | | **($86.00)** |
| **SUB-TOTAL** | | **$6,712.64** |
| | | $259.11* |
| **TOTAL** | | **$6,971.75** |

## *ADDITIONAL INADVERTENTLY OMITTED EXPENSES
## OCTOBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Subpoena Fees | Titan Legal Services | $259.11 |
| | | |
| **TOTAL** | | **$259.11** |

8940429v.1