# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES
## FROM DECEMBER 1, 2009 THROUGH FEBRUARY 28, 2010

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Edward Cerasia II | Partner<br>Labor & Employment<br>Admitted 1991 | $720.00 | .50 | $360.00 |
| Jeremy Sherman | Partner/<br>Labor & Employment<br>Admitted 1976 | $685.00 | 81.00 | $55,485.00 |
| Camille Olson | Partner<br>Labor & Employment<br>Admitted 1983 | $680.00 | 3.50 | $2,380.00 |
| Condon McGlothlen | Partner<br>Labor & Employment<br>Admitted 1987 | $575.00 | .30 | $172.50 |
| Jon Meer | Partner<br>Labor & Employment<br>Admitted 1989 | $570.00 | 156.50 | $89,205.00 |
| Kristin Michaels | Partner/<br>Labor & Employment<br>Admitted 1991 | $570.00 | 85.30 | $48,621.00 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $560.00 | 3.10 | $1,736.00 |
| Gaye Hertan | Of Counsel<br>Labor & Employment<br>Admitted 1987 | $510.00 | .10 | $51.00 |
| Noah Finkel | Partner/<br>Labor & Employment<br>Admitted 1994 | $510.00 | 4.40 | $2,244.00 |
| Timothy Hix | Partner<br>Labor & Employment<br>Admitted 2003 | $475.00 | 1.20 | $570.00 |
| Christie Del Rey-Cone | Associate<br>Labor & Employment<br>Admitted 2002 | $460.00 | 2.70 | $1,242.00 |
| Timothy Rusche | Associate<br>Labor & Employment<br>Admitted 2000 | $435.00 | 17.50 | $7,612.50 |
| Karen Osgood | Associate<br>Labor & Employment<br>Admitted 2000 | $420.00 | 36.40 | $15,288.00 |
| Dennis Hyun | Associate/<br>Labor & Employment<br>Admitted 2003 | $400.00 | 176.60 | $70,640.00 |

12251506v.1

| James Sowka | Associate<br>Bankruptcy<br>Admitted 2005 | $370.00 | .50 | $185.00 |
|---|---|---|---|---|
| Brandon Spurlock | Associate<br>Labor & Employment<br>Admitted 2002 | $365.00 | 3.20 | $1,168.00 |
| Aleka Jones | Associate<br>Labor & Employment<br>Admitted 2007 | $330.00 | 1.50 | $495.00 |
| Simon Yang | Associate<br>Labor & Employment<br>Admitted 2008 | $285.00 | 12.70 | $3,619.50 |
| Justin Wilson | Associate/<br>Labor & Employment<br>Admitted 2008 | $285.00 | 121.3 | $34,570.50 |
| Malerie Halperin | Paralegal/<br>Labor & Employment<br>N/A | $275.00 | 1.10 | $302.50 |
| Jennifer McManus | Paralegal<br>Bankruptcy<br>N/A | $270.00 | 32.40 | $8,748.00 |
| Michele Trull | Paralegal<br>Litigation<br>N/A | $255.00 | .30 | $76.50 |
| David Jimenez | Paralegal<br>Labor & Employment<br>N/A | $220.00 | 4.30 | $946.00 |
| Nina Bouchard | Paralegal<br>Bankruptcy<br>N/A | $125.00 | .40 | $50.00 |
| Ryan Cassutt | Law Clerk<br>Labor & Employment<br>N/A | $85.00 | 6.50 | $552.50 |
| Michael Afar | Law Clerk<br>Litigation<br>N/A | $80.00 | .80 | $64.00 |
| Leo Li | Law Clerk/<br>Labor & Employment<br>N/A | $80.00 | 25.20 | $2,016.00 |
| **TOTALS** | | | 779.30 | **$348,400.50** |
| **Less discount** | | | | $34,823.85 |
| | | | | $313,576.65 |
| | | | **BLENDED RATE** | **$447.07** |

2

12251506v.1

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## FROM DECEMBER 1, 2009 THROUGH FEBRUARY 28, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun - Labor-General (12575-01) | 2.10 | $1,438.50 |
| Baltimore Sun – General Labor (12575-28) | 10.10 | $5,757.00 |
| Baltimore Sun - Pay for Performance (12575-296) | 78.60 | $53,841.00 |
| Baltimore Sun - Columnist Reporting Assignments (12575-297) | 75.00 | $42,750.00 |
| Tribune - Labor-General (11089-1) | 0.80 | $427.50 |
| Tribune - Debra Holmes (11089-34) | 37.90 | $16,217.00 |
| Tribune - WGN Assessment (11089-35) | 7.20 | $3,208.00 |
| Chris Neuman v. Ira Goldstone; KTLA, Inc. (66929-2) | 505.00 | $201,916.00 |
| Chicago Tribune - Work Schedule Grievance (57634-04) | .20 | $114.00 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 3.10 | $1,302.00 |
| Los Angeles Times - Clement, Jayne (33175-20) | 18.70 | $8,182.50 |
| Los Angeles Times - Labor General (17832-01) | 2.00 | $1,360.00 |
| Los Angeles Times - Country Club (17832-34) | 1.50 | $1,020.00 |
| Tribune - Corporate Labor Relations (36377-01) | .30 | $205.50 |
| Tribune - Bankruptcy Fee Application (36377-07) | 33.60 | $9,059.50 |
| Tribune - General Labor & Employment Advice (68308-01) | 2.70 | $1,242.00 |
| Tribune - Karen Scott (68308-03) | .50 | $360.00 |
| **TOTALS** | **779.30** | **$348,400.50** |
| **Less Discount** | | **$313,576.65** |

## EXHIBIT B

## EXPENSE SUMMARY

12251506v.1

## EXPENSE SUMMARY FOR THE PERIOD
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $11.28 |
| Copying @ .10/page | | $1,590.60 |
| Facsimile @ $1.00/page | | $7.78 |
| Online Research | Lexis, Westlaw, Hepard's | $704.68 |
| Attorney Services | Nationwide Legal, Inc. | $687.80 |
| Local Messenger | Nationwide Legal, Inc. | $623.51 |
| Filing Fees | Clerk, Los Angeles Superior Court | $532.00 |
| Travel | Karyn Abbott & Associates | $2,222.14 |
| Local Travel | Mileage | $458.88 |
| Court Fees | Clerk, Circuit Court of Cook County | $60.00 |
| Deposition Transcripts | Hahn & Bowersock | $4,255.10 |
| Process Server | Nationwide Legal, Inc. | $111.30 |
| Subpoena Fees | Titan Legal Services | $315.86 |
| Other | | $60.00 |
| Meals | J. Sherman (out of town meals) | $128.97 |
| Hearing Transcripts | Court Transcript -Valerie M. Ramsey | $79.75 |
| Outside Printing | | $131.37 |
| Courier/Messenger | Chicago Messenger Services, Nationwide Legal, Inc. | $80.39 |
| **TOTALS** | | **$12,061.41** |

12251506v.1