# EXHIBIT A

## Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Tenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period March 1, 2010 through March 31, 2010 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Tenth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.    There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 23d day of April, 2010.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## MARCH 1 - MARCH 31, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 5.4 | 1,350.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 26.2 | 13,886.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 28.6 | 20,735.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 340 | 0.4 | 136.00 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 665 | 4.2 | 2,793.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 59.1 | 38,415.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 400 | 19.9 | 7,960.00 |
| Scott S. Patrick | Member (since 2005); Communications; 1990 (DC) & 1996 | 540 | 3.5 | 1,890.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 (WI) | 440 | 55.1 | 24,244.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 62.0 | 38,750.00 |
| Mario J. Weber | Associate (since 2005); Communications; 2005 (FL) & 2006 (DC) | 310 | 0.5 | 155.00 |
| **TOTALS** | | | **264.9** | **150,314.00** |
| **BLENDED RATE** | | | | **567.4367686** |

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM**
**MARCH 1 - MARCH 31, 2010**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 245 | 142,354.00 |
| Fee Applications 08656.0101 | 19.9 | 7,960.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **264.9** | **150,314.00** |

# ☿ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC  |  Atlanta, GA

T  202.776.2000  F  202.776.2222

April 25, 2010                                                                              Page 1

Tribune Company                                                              Invoice 523573
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100              For Services Through March 31, 2010
FCC/Broadcast Matters

| | | |
|---|---|---|
| 03/01/10 | Correspondence with J. Boelter and J. Langdon re restructuring timing (0.7); telephone conference with J. Boelter and J. Langdon re corporate, bankruptcy and FCC timing issues (1.1); review FCC application process issues re media ownership and foreign ownership certifications and timing (1.6). | |
| | C. Burrow | 3.40 hrs. |
| 03/01/10 | Preparation of changes to print exhibit regarding cross-ownership waiver request for LA FCC application to transfer licenses in bankruptcy (0.4); preparation of changes to print exhibit regarding cross-ownership waiver request for Miami FCC application to transfer licenses in bankruptcy (0.3); preparation of changes to television and multicast exhibits regarding cross-ownership waiver request for Miami FCC application to transfer licenses in bankruptcy (0.3); prepare changes to Hartford duopoly waiver request regarding same (0.5); prepare changes to Indianapolis waiver request regarding same (0.2); prepare changes to Hartford cross-ownership waiver request regarding same (0.3). | |
| | J. Rademacher | 2.00 hrs. |
| 03/01/10 | Review status reports for telephone conference with Wiley team (0.3); complete revisions to revised Plan and disclosure statement re FCC issues (0.7). | |
| | J. Feore | 1.00 hrs. |
| 03/01/10 | Analyze timing issues in connection with ownership certifications (1.3); prepare memorandum on effect of open business issues re stock allotment and timing on FCC approach (1.2); telephone conference with J. Boelter (Sidley) re effect of open business issues on FCC approach and regarding coordination of internal | |

|  |  |  |
|---|---|---|
|  | reorganization with long form FCC application (0.9); review proposed timetable from J. Boelter re filing of Plan, disclosure agreement and supplements re FCC application coordination (0.7). | |
|  | J. Logan | 4.10 hrs. |
| 03/02/10 | Telephone conference with J. Langdon re timing of corporate restructuring and FCC applications (0.7); review FCC application format and timing re same (0.9); review and revise list of open issues from Wiley Rein (0.4); review Oaktree Capital new overlapping markets (0.4); review status of FCC issues for regulatory working group conference call (0.4). | |
|  | C. Burrow | 2.80 hrs. |
| 03/02/10 | Correspondence with J. Fiorini (lenders' counsel) regarding changes to Indianapolis satellite waiver request for FCC applications to transfer broadcast licenses in bankruptcy (0.2); correspondence with E. Reed (lenders' counsel) regarding edits to Chicago outlet-count charts for M. Fratrik (economist) market report to accompany Chicago cross-ownership waiver request for FCC applications to assign licenses in bankruptcy (0.5); correspondence with E. Reed (lenders' counsel) regarding changes to Hartford cross-ownership waiver request for FCC applications to transfer broadcast licenses in bankruptcy (0.3); correspondence with E. Reed (lenders' counsel) regarding changes to LA cross-ownership waiver request and associated exhibits for FCC applications to assign licenses in bankruptcy (0.9); correspondence with E. Reed (lenders' counsel) regarding changes to print exhibit to Miami cross-ownership waiver request and associated for FCC applications to assign licenses in bankruptcy (0.3); correspondence with J. Fiorini (lenders' counsel) regarding changes to Hartford waiver request for FCC applications to transfer broadcast licenses in bankruptcy (0.5). | |
|  | J. Rademacher | 2.70 hrs. |
| 03/02/10 | Review broadcast interests of Oaktree and Angelo Gordon and impact on Tribune's proposed ownership (0.3); review voting stock arrangement (0.2). | |
|  | J. Feore | 0.50 hrs. |
| 03/02/10 | Review agenda from Wiley firm re scheduled conference call on application exhibit coordination (0.3); prepare correspondence to W. Johnsen (Wiley Rein) re open-issues list of pending business decisions affecting FCC application and stock allotment approaches (0.4). | |
|  | J. Logan | 0.70 hrs. |
| 03/02/10 | Review re Wiley changes to "shells". | |
|  | M. Swanson | 0.50 hrs. |
| 03/02/10 | Research Regent Communications Inc. radio properties for overlap with Tribune broadcast properties. | |
|  | S. Anderson (Practice Group Professional) | 1.60 hrs. |
| 03/03/10 | Participate in FCC regulatory working group conference call (1.0); | |

|  |  |  |
|---|---|---|
|  | review FCC issues re bankruptcy timing (0.8). | |
|  | C. Burrow | 1.80 hrs. |
| 03/03/10 | Preparation of changes to M. Fratrik (economist) Indianapolis market report regarding FCC applications to assign FCC licenses in bankruptcy (0.3); telephone conference with J. Bayes, E. Reed and J. Fiorini (lenders' counsel) regarding progress of waiver requests for FCC applications (0.5); research regarding Hartford gubernatorial debates regarding Hartford cross-ownership waiver request for FCC application (0.3); correspondence with E. Reed (lenders' counsel) regarding same (0.2); preparation of changes to Hartford duopoly waiver request regarding same (0.3); preparation of changes to M. Fratrik (economist) Hartford duopoly market report regarding same (0.3); review Pew, NTIA and FCC Omnibus Broadband Initiative studies for new media data regarding same (2.1). | |
|  | J. Rademacher | 4.00 hrs. |
| 03/03/10 | Telephone conference with Wiley re update and status of FCC application and preparedness for filing (0.5); telephone conference with S. Sheehan regarding review of Hill letter re ownership waivers, strategy and timing (0.5); work on presentation paper for FCC meetings (0.5). | |
|  | J. Feore | 1.50 hrs. |
| 03/03/10 | Telephone conference with R. Wiley, W. Johnsen, E. Houston and M. Heller (FCC counsel to senior lender) re outstanding issues on share allocation and completion of the FCC application (0.8); review FCC procedural issues for coordination of internal pro forma applications with long form applications to emerge from bankruptcy (0.8); prepare correspondence to J. Boelter re senior lender counsel concerns with effect of decisions on conversion and allotment principles (0.3). | |
|  | J. Logan | 1.90 hrs. |
| 03/03/10 | Review emails from lenders' counsel re open issues (0.5); preparation for and telephone conference with Wiley Rein lawyers re status of FCC issues (0.7); post-call conference re same (0.3); email exchange with lenders' counsel re Hartford debates (0.1); email exchange with J. Fiorini (Wiley) re Hartford changes (0.2). | |
|  | M. Swanson | 1.40 hrs. |
| 03/04/10 | Review last draft of disclosure statement for waiver language. | |
|  | C. Burrow | 0.30 hrs. |
| 03/04/10 | Correspondence with J. Bayes and E. Reed (lenders' counsel) concerning edits to new media discussion in M. Fratrik (economist) cross-ownership market reports regarding FCC applications to assign licenses in bankruptcy (0.8); research regarding language describing grant of waivers in 2007 order approving transfer of licenses for cross-ownership waiver requests regarding same (0.7); Preparation of update to new media discussion for cross-ownership waiver requests regarding FCC applications for assignment of | |

|  |  |  |
|---|---|---|
|  | licenses in bankruptcy (2.1); review Pew, NTIA and FCC Omnibus Broadband Initiative studies for new media data regarding same (1.9). |  |
|  | J. Rademacher | 5.50 hrs. |
| 03/04/10 | Telephone conference with R. Wiley regarding FCC visits, dates and issues (0.4); review FCC decisions re ownership waiver durations (0.3). |  |
|  | J. Feore | 0.70 hrs. |
| 03/04/10 | Review issues re waiver description for disclosure statement. |  |
|  | J. Logan | 0.60 hrs. |
| 03/04/10 | Preparation for and telephone conference with J. Bayes (WRF) and E. Reed (WRF) re "open" issues and updates to "shells", including M. Fratrik "new media" discussion and references to November 2007 decision (2.3); review and revise "shells" re "new media," financial and other issues (1.7); review re Hartford and Indianapolis open issues (0.2); telephone conference with E. Washburn re status of same (0.1). |  |
|  | M. Swanson | 4.30 hrs. |
| 03/04/10 | Review and analyze documents regarding prior waiver requests; review and edit language for bankruptcy filing. |  |
|  | M. Hays | 0.90 hrs. |
| 03/05/10 | Preparation of update to new media discussion for cross-ownership waiver requests regarding FCC applications for assignment of licenses in bankruptcy (3.4); telephone conference with J. Bayes and E. Reed (lenders' counsel) regarding open issues in cross-ownership waiver requests regarding same (0.4); correspondence with J. Bayes and E. Reed regarding language describing grant of waivers in 2007 order approving transfer of licenses for cross-ownership waiver requests regarding same (0.5). |  |
|  | J. Rademacher | 4.30 hrs. |
| 03/05/10 | Conferences with S. Sheehan re FCC meetings (0.3); telephone conference with counsel for JP Morgan re FCC issues and timing (0.3); review and further research re waivers requested, length of time and transferability issues (0.7). |  |
|  | J. Feore | 1.30 hrs. |
| 03/05/10 | Review Wilmington Trust complaint regarding potential effect on timing and structure of FCC applications (0.7); correspondence with J. Boelter (Sidley) regarding effect of Wilmington complaint on filing time for FCC applications. |  |
|  | J. Logan | 1.10 hrs. |
| 03/05/10 | Review re effect on timing of lawsuit by PHONES (0.3); email exchange with E. Washburn re status of financial data collection (0.2); telephone conference with E. Washburn re "in tandem" waiver issue (0.2); preparation for and telephone conference with E. Reed (Wiley) and J. Bayes (Wiley) re data issues and shall changes, |  |

April 25, 2010                                                                              Page 5

Tribune Company                                                              Invoice 523573

|  |  |  |
|---|---|---|
| | including Internet adoption studies (2.5); review and review Internet changes (0.6); email same to E. Washburn (0.2); telephone conference with R. Wiley re status of same (0.1). | |
| | M. Swanson | 4.10 hrs. |
| 03/05/10 | Prepare exhibits to all licensees' EEO forms (1.5); prepare EEO reports for all licensees (1.5). | |
| | S. Anderson (Practice Group Professional) | 3.00 hrs. |
| 03/06/10 | Review recent filings re possible ownership and waiver issues for Tribune's FCC applications (0.5); preparation for FCC meetings and re status reports (0.2). | |
| | J. Feore | 0.70 hrs. |
| 03/07/10 | Review re "Future of Journalism" workshop for updates/changes to waiver request. | |
| | M. Swanson | 1.60 hrs. |
| 03/08/10 | Preparation of revisions to new media section and previous waiver-grant language in cross-ownership waiver requests regarding applications to transfer FCC licenses in bankruptcy (2.9); correspondence with E. Reed (lenders' counsel) regarding same (0.2); telephone conference with J. Bayes and E. Reed (lenders' counsel) regarding same (0.3); preparation of Hartford duopoly waiver request regarding same (0.6); correspondence with J. Fiorini (lenders' counsel) regarding same (0.2). | |
| | J. Rademacher | 4.20 hrs. |
| 03/08/10 | Telephone conference with D. Liebentritt, L. Washburn and S. Sheehan re FCC/Hill lobbying efforts and timing issues (0.8); review waiver issues and follow-up re FCC visits with S. Sheehan (0.3); work on updates to FCC showings (0.5). | |
| | J. Feore | 1.60 hrs. |
| 03/08/10 | Review structure of waiver exhibit for FCC application. | |
| | J. Logan | 0.20 hrs. |
| 03/08/10 | Preparation for and telephone conference with D. Liebentritt, E. Washburn and F. Sheehan re scope of "tandem" waiver request and waiver preparation status (1.2); review and revise Internet update and minority Internet insert to cross-ownership shells (1.9); review and revise financial sections (0.4); review and revise changes to M. Fratrik (BIA) Hartford and Indianapolis studies (1.1); telephone conference with E. Reed (Wiley) re revisions to waiver history discussions (0.4); telephone conference with M. Fratrik (BIA) re Hartford and Indianapolis studies (0.3); work on history insert (0.8). | |
| | M. Swanson | 6.80 hrs. |
| 03/08/10 | Review issues regarding what constitutes denial and correspondence regarding same. | |
| | M. Hays | 0.70 hrs. |
| 03/09/10 | Review waiver language in current draft of disclosure statement | |

Tribune Company

|  |  |  |
|---|---|---|
|  | (0.4); review status of open FCC issues (0.5). | |
|  | C. Burrow | 0.90 hrs. |
| 03/09/10 | Revise tandem transfer language for cross-ownership waiver requests regarding applications to transfer FCC licenses in bankruptcy (0.6); revise Hartford duopoly waiver request regarding same (0.5); correspondence with J. Fiorini (lenders' counsel) regarding Hartford duopoly waiver request (0.3); revise Indianapolis satellite waiver request regarding same (0.4); correspondence with J. Fiorini (lenders' counsel) regarding Indianapolis satellite waiver request (0.4); analysis of language regarding scope of existing waiver for NY cross-ownership waiver request regarding FCC applications for transfer of broadcast licenses in bankruptcy (0.3); correspondence with J. Bayes and E. Reed (lenders' counsel) regarding same (0.3); correspondence with J. Bayes and E. Reed regarding M. Fratrik (economist) cross-ownership market reports (0.4); correspondence with E. Reed (lenders' counsel) regarding changes to new media and Internet discussion in cross-ownership waiver requests regarding FCC applications (0.5); revise declaration of G. Mazzaferri and associated WTXX financial documents and associated declaration regarding Hartford cross-ownership waiver request (0.6); correspondence with G. Mazzaferri concerning revisions to WTXX financial documents and associated declaration regarding Hartford cross-ownership waiver request (0.5); telephone conference with L. Washburn regarding circulation of WTXX financial data to lenders' counsel (0.4); review Minority Broadband Adoption Report from Joint Center for Political and Economic Studies regarding new media discussion in cross-ownership waiver requests (1.1); revise cross-ownership waiver requests to reflect minority broadband adoption study (0.5). | |
|  | J. Rademacher | 6.80 hrs. |
| 03/09/10 | Telephone conference with Wiley re waiver language and timing (0.3); follow-up re FCC meetings (0.3); review revised waiver language and draft (0.6); review final duopoly showings (0.7). | |
|  | J. Feore | 1.90 hrs. |
| 03/09/10 | Review treatment of FCC waiver terms in Plan draft (0.4); review ex parte issue re timing of FCC meeting (0.2); review agenda in preparation for conference with Wiley firm (0.2). | |
|  | J. Logan | 0.80 hrs. |
| 03/09/10 | Review re Hartford MVPD issue (0.5); telephone conference with M. Fratrik (BIA) re same (0.2); review re Hartford financial material (0.9); email to G. Mazzaferi re same (0.1); finalize financial inserts to cross-ownership "shells" (1.3); email same to lenders' counsel (0.1); email lenders' counsel re changes to Hartford and Chicago "shells" (0.3); email J. Fiorini (Wiley) re Hartford MVPD change (0.1); email E. Washburn re financial inserts and status of lenders' counsel's revisions (0.2); telephone conference with lenders' counsel re financial inserts (0.4); email exchange with J. Bayes re cross-ownership waiver request status (0.1); finalize Hartford waiver | |

Tribune Company

|  |  |  |
|---|---|---|
|  | documents (2.2); review re "sell in tandem" issue (1.8); finalize Indianapolis waiver materials (0.9); email exchanges with lenders' counsel re MediaFlo and NYC waiver issue (0.4). |  |
|  | M. Swanson | 9.80 hrs. |
| 03/09/10 | Review and analyze correspondence from Wiley regarding revised language for disclosure. |  |
|  | M. Hays | 0.30 hrs. |
| 03/09/10 | Confirm edits to market waiver requests (0.3); review same (0.2). |  |
|  | M. Weber | 0.50 hrs. |
| 03/10/10 | Review issues re waiver language in FCC applications and in disclosure statement (0.4); participate in working group telephone conference re open FCC issues (0.5). |  |
|  | C. Burrow | 0.90 hrs. |
| 03/10/10 | Revise M. Fratrik (economist) cross-ownership market reports regarding waiver requests for FCC applications for transfer of licenses in bankruptcy (1.7); review and revise cross-ownership waiver requests regarding same (1.5); correspondence with M. Fratrik regarding same (0.3); correspondence with J. Riehm (lenders' counsel) regarding Hartford duopoly waiver request (0.4); revise Hartford duopoly waiver request (0.4); telephone conference with J. Bayes, E. Reed and J. Fiorini (lenders' counsel) regarding progress of cross-ownership waiver requests (0.7); telephone conference with J. Fiorini regarding Indianapolis satellite waiver request (0.4); correspondence with J. Fiorini regarding revisions to Indianapolis satellite waiver request (0.4); correspondence with J. Bayes and E. Reed regarding Tribune directions for distribution of WTXX financial attachments to Hartford duopoly waiver request (0.5); analysis of issues regarding tandem transfer language in cross-ownership waiver requests (0.6). |  |
|  | J. Rademacher | 6.90 hrs. |
| 03/10/10 | Telephone conferences with Wiley team and work on waiver language for FCC (0.3); review and revise language re permanent waivers and review Wiley draft (0.8); work on final revisions to draft FCC applications (0.6). |  |
|  | J. Feore | 1.70 hrs. |
| 03/10/10 | Prepare revised waiver language for FCC applications to reflect combination sale authority (0.9); revise waiver language for FCC applications (0.2); telephone conference with R. Wiley, J. Bayes and E. Houston (Wiley) re status of FCC applications and timing of completion and filing (1.1); review alternate approaches to waiver language to reflect conference with senior lenders' FCC counsel (0.6). |  |
|  | J. Logan | 2.80 hrs. |
| 03/10/10 | Preparation for telephone conferences with lenders' counsel re waiver preparation and open FCC issues (0.9); research and review re "sell in tandem" waiver issue and revise language in "shells" re |  |

|  |  |  |
|---|---|---|
|  | same (2.3); review re confidential treatment of Hartford financials (0.2); review re M. Fratrik (BIA) emails re exhibit changes (0.3); review re changes to BIA reports (0.9); review revised Wiley language re "sell in tandem" (0.3); email to Wiley re same (0.2); email E. Washburn re same (0.1). | |
|  | M. Swanson | 5.10 hrs. |
| 03/10/10 | Review and analyze revised waiver language and review correspondence from Wiley Rein regarding same. | |
|  | M. Hays | 1.70 hrs. |
| 03/11/10 | Revision of tandem transfer language in NY waiver request regarding FCC applications to transfer broadcast licenses in bankruptcy (0.4); correspondence with J. Bayes and E. Reed (lenders' counsel) regarding same (0.1); telephone conference with J. Bayes regarding further changes to cross-ownership waiver requests regarding same (0.2). | |
|  | J. Rademacher | 0.70 hrs. |
| 03/11/10 | Telephone conference with R. Wiley and J. Bayes re waiver language, updates to FCC showing and disclosure statement (0.7); work on updates to draft FCC applications (0.8). | |
|  | J. Feore | 1.50 hrs. |
| 03/11/10 | Review issues re applicability of proposed waiver language to NY cross-ownership combination. | |
|  | J. Logan | 0.30 hrs. |
| 03/11/10 | Review correspondence regarding additional changes to waiver language and analyze same. | |
|  | M. Hays | 0.60 hrs. |
| 03/12/10 | Review changes to draft NY market cross-ownership waiver request from lenders' counsel regarding FCC applications to transfer broadcast licenses in bankruptcy (0.6); review changes to draft LA market cross-ownership waiver request from lenders' counsel regarding same(0.6); review changes to draft Chicago market cross-ownership waiver request from lenders' counsel regarding same (0.6); review changes to draft Hartford market cross-ownership waiver request from lenders' counsel regarding same (0.6); review changes to draft Miami market cross-ownership waiver request from lenders' counsel regarding same (0.6); analysis of issues regarding Annenberg/Lear Center study of LA television news regarding same (1.0); review FCC decision regarding satellite waiver standards (0.3). | |
|  | J. Rademacher | 4.30 hrs. |
| 03/12/10 | Telephone conference with counsel for Oaktree re FCC applications and meetings (0.5); review FCC satellite decisions (0.2); review draft satellite waiver (0.2). | |
|  | J. Feore | 0.90 hrs. |
| 03/12/10 | Prepare correspondence to M. Gibson (Wiley) re set-up of electronic | |

April 25, 2010                                                          Page 9

Tribune Company                                              Invoice 523573

|  |  |  |
|---|---|---|
| | applications (0.3); review revised Plan document (0.6). | |
| | J. Logan | 0.90 hrs. |
| 03/12/10 | Exchange emails with E. Washburn in NY "sell in tandem" issue (0.3); review re revised "shells" from lenders' counsel (0.6); exchange emails with J. Fiorini (Wiley) re satellite decision (0.1). | |
| | M. Swanson | 1.00 hrs. |
| 03/13/10 | Research re Tribune subsidiary reorganization and timing for bankruptcy filing with FCC (0.5); review revised Plan re license subsidiaries (0.3). | |
| | J. Feore | 0.80 hrs. |
| 03/15/10 | Review revised Plan (1.3); correspondence with J. Boelter re revisions to language in revised Plan (0.8); review status of open FCC issues re whether they must be resolved before filing Plan (0.6). | |
| | C. Burrow | 2.70 hrs. |
| 03/15/10 | Analysis of Pew State of the Media 2010 study regarding applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 1.70 hrs. |
| 03/15/10 | Telephone conference with T. Davidson and counsel for Oaktree regarding ownership proposal and FCC meetings (0.6); review revised Plan and open FCC issues (0.6); work on final changes to application (0.6). | |
| | J. Feore | 1.80 hrs. |
| 03/15/10 | Review and analyze correspondence from W. Johnsen (FCC counsel to senior lenders) re open issues in proceeding affecting FCC ownership and control matters (0.7); review and analyze proposal from Angelo Gordon re restructuring of its interests to simplify FCC compliance (0.5); review approach to electronic application accounts (0.4); review revised draft Plan re FCC issues (0.6); review and revise comments to Sidley re FCC issues in connection with revised draft Plan and treatment of FCC applications for restructuring transactions (0.5). | |
| | J. Logan | 3.70 hrs. |
| 03/15/10 | Review re Pew 2010 "State of the Media" executive summary (0.4); review re recent FCC satellite waiver case (0.2). | |
| | M. Swanson | 0.60 hrs. |
| 03/15/10 | Prepare email to counsel for Tribune creditors re status of FCC applications and coordination of FCC filings. | |
| | R. Folliard III | 0.40 hrs. |
| 03/15/10 | Research regarding FCC account numbers for assignment applications out of bankruptcy. | |
| | S. Anderson (Practice Group Professional) | 0.80 hrs. |
| 03/16/10 | Telephone conference with Oaktree counsel re ownership structure (0.3); follow-up review of FCC certifications (0.4); telephone | |

Tribune Company

|  |  |  |
|---|---|---|
|  | conference with S. Sheehan re FCC filing and lobbying efforts (0.2); work on revisions to applications re changes in Plan (0.4). |  |
|  | J. Feore | 1.30 hrs. |
| 03/16/10 | Prepare correspondence to J. Boelter re status of resolution of pending issues on certifications, stock conversion and related matters with bankruptcy counsel to senior lenders and potential effect upon FCC application process (0.5); review revised comprehensive draft FCC application exhibit from FCC counsel to senior lenders (0.9); revise comprehensive draft exhibit to conform to revised Plan document from Sidley omitting subsidiary guarantor alternative Plan (2.1). |  |
|  | J. Logan | 3.50 hrs. |
| 03/16/10 | Review re national broadband plan "adoption" and effect on discussion of same in waiver requirement (0.9); prepare for and telephone conference with J. Bayes (Wiley) and M. Mullarkey (Wiley) re updates to cross-ownership "shells" (0.7); telephone conference with E. Washburn re same (0.2). |  |
|  | M. Swanson | 1.80 hrs. |
| 03/17/10 | Review status and timing of open FCC issues (0.6); correspondence with J. Boelter re same (0.4); telephone conference with Wiley Rein re status of FCC issues and implications for draft Plan re same (0.6). |  |
|  | C. Burrow | 1.60 hrs. |
| 03/17/10 | Telephone conference with J. Bayes (lenders' counsel) regarding updates to cross-ownership waiver requests to accommodate new Pew State of the Media 2010 report and release of national broadband plan. |  |
|  | J. Rademacher | 0.30 hrs. |
| 03/17/10 | Telephone conference with Wiley team and status report re FCC application preparation (0.4); review investor proposal for Tribune stockholdings (0.4); prepare memorandum and update re FCC visits and Hill lobbying (0.2). |  |
|  | J. Feore | 1.00 hrs. |
| 03/17/10 | Prepare correspondence to J. Boelter re FCC-related issues in bankruptcy proceeding and timing for resolution in light of Plan filing schedule (0.5); prepare for conference with FCC counsel to senior lenders (0.4); telephone conference with R. Wiley, J. Bayes (FCC counsel to senior lenders) re approach to Angelo Gordon consolidation request, foreign ownership certification and media ownership certification (0.6). |  |
|  | J. Logan | 1.50 hrs. |
| 03/17/10 | Email exchange with J. Bayes (Wiley) re status call (0.1); email E. Washburn re Chicago/Milwaukee pleadings (0.1); review re Florida cross-ownership issue (0.4); preparation for and telephone conference with lenders' counsel re status of open FCC issues (0.8). |  |
|  | M. Swanson | 1.40 hrs. |

April 25, 2010                                                      Page 11

Tribune Company                                                Invoice 523573

| | | |
|---|---|---|
| 03/17/10 | Preparation of memorandum re the establishment of a DTV Grade A contour (1.7); research re same (1.8). | |
| | S. Patrick | 3.50 hrs. |
| 03/18/10 | Conference call with D. Wiley, et al. (lenders' counsel) regarding status of FCC applications for transfer of broadcast stations in bankruptcy. | |
| | J. Rademacher | 0.50 hrs. |
| 03/18/10 | Review proposed ownership structure for Oaktree and Angelo Gordon (0.4); conference with Oaktree counsel re same (0.2). | |
| | J. Feore | 0.60 hrs. |
| 03/18/10 | Telephone conference with T. Davidson re Oaktree plans for structuring claims into a single entity and FCC ramifications thereof (0.5); prepare memorandum re FCC implications of Oaktree plans to restructure claims (0.6); review certification issues (0.6). | |
| | J. Logan | 1.70 hrs. |
| 03/18/10 | Review OMVC "white paper" and related materials for section on mobile DTV (0.4); email same to E. Washburn (0.1); telephone conference with E. Washburn re Florida cross-ownership (0.1). | |
| | M. Swanson | 0.60 hrs. |
| 03/19/10 | Telephone conference with Wiley re FCC timing issues (0.3); telephone conference with D. Liebentritt re FCC issues (0.2). | |
| | J. Feore | 0.50 hrs. |
| 03/19/10 | Email E. Washburn re RTC issue. | |
| | M. Swanson | 0.20 hrs. |
| 03/21/10 | Review re changes to "shells" necessitated by national broadband plan. | |
| | M. Swanson | 0.80 hrs. |
| 03/22/10 | Review revised Reorganization Plan. | |
| | C. Burrow | 0.90 hrs. |
| 03/22/10 | Telephone conference with S. Sheehan re FCC and Hill lobbying and outline timing issues (0.3); review proposed changes to Plan and disclosure statement (0.4). | |
| | J. Feore | 0.70 hrs. |
| 03/22/10 | Review revised Plan draft re FCC comments (1.8); prepare correspondence to J. Boelter re revised Plan draft (0.2); review revised draft disclosure statement from Sidley re FCC matters (2.3). | |
| | J. Logan | 4.30 hrs. |
| 03/23/10 | Review and revise revised disclosure statement. | |
| | C. Burrow | 2.40 hrs. |
| 03/23/10 | Review shareholder disclosure statement regarding Reorganization Plan in bankruptcy. | |
| | J. Rademacher | 3.10 hrs. |

Tribune Company

| | | |
|---|---|---|
| 03/23/10 | Review Third Circuit order re cross-ownership appeal and stay issue (0.5); telephone conference with S. Sheehan re FCC lobbying and timing and impact on waivers (0.4). | |
| | J. Feore | 0.90 hrs. |
| 03/23/10 | Review revised disclosure statement for FCC-related points (1.8); prepare issues list for sections to be revised (0.8); review regulatory changes to be reflected, including National Broadband Plan additions (1.1); review action of Third Circuit vacating stay of FCC modified newspaper/broadcast ownership rules (0.3); review disclosure statement draft to reflect changes in FCC ownership and cross-ownership standards flowing from Third Circuit action (0.9); prepare correspondence to K. Mills (Sidley) re changes in disclosure statement (0.8). | |
| | J. Logan | 5.70 hrs. |
| 03/23/10 | Exchange emails with E. Washburn re preparation for status call with lenders' counsel (0.2); review re effect of Third Circuit order on waiver requests (1.0); email order to E. Washburn (0.1); telephone conference with E. Washburn re court action, disclosure statement, timing of FCC waiver filing and revisions (0.4); review re changes to cross-ownership "shells" (1.4); review and revise FCC-related parts of disclosure statement and broadcast/newspaper-related sections (4.9). | |
| | M. Swanson | 8.00 hrs. |
| 03/24/10 | Review and revise revised disclosure statement. | |
| | C. Burrow | 1.50 hrs. |
| 03/24/10 | Telephone conference with J. Bayes and M. Heller (lenders' counsel) regarding status of FCC applications to assign broadcast licenses in bankruptcy (0.3); research issues regarding disclosure statement (2.5); edit disclosure statement regarding same (4.0). | |
| | J. Rademacher | 6.80 hrs. |
| 03/24/10 | Telephone conference with counsel for JP Morgan re FCC application and timing issues (0.3); review revised FCC ownership documents (0.7). | |
| | J. Feore | 1.00 hrs. |
| 03/24/10 | Review draft disclosure statement re FCC issues (1.4); revise draft disclosure statement re FCC issues (1.9); review files in preparation for conference call with FCC counsel to senior lenders (0.2); telephone conference with R. Wiley, J. Bayes and W. Johnsen (Wiley Rein) re FCC matters to be resolved for anticipated FCC filing (0.4); telephone conference with K. Mills (Sidley) re FCC-related revisions to disclosure statement (0.2); review provisions of disclosure statement related to anticipated waiver requests (1.6); revise disclosure statement re FCC points (1.6). | |
| | J. Logan | 7.30 hrs. |
| 03/24/10 | Review and revise changes to disclosure statement (1.9); prepare for and telephone conference with lenders' counsel re Third Circuit | |

|  |  |  |
|---|---|---|
|  | order, effect on FCC filings and changes to FCC filings (1.0); telephone conference with J. Lewis (FCC) re FCC interpretation of Third Circuit order (0.3); review and revise changes to disclosure statement (1.1); review and revise waiver requests (1.2); exchange emails with J. Bayes (Wiley) re additional changes (0.1). |  |
|  | M. Swanson | 5.60 hrs. |
| 03/25/10 | Telephone conference with J. Bayes and M. Heller regarding outstanding issues in cross-ownership waiver requests to accompany applications for assignments of FCC broadcast licenses in bankruptcy (0.4); telephone with L. Washburn regarding same (0.2) |  |
|  | J. Rademacher | 0.60 hrs. |
| 03/25/10 | Review updated Plan and disclosure statement re timing of FCC filings (0.6); telephone conference with JP Morgan counsel re FCC meetings and related issues (0.3). |  |
|  | J. Feore | 0.90 hrs. |
| 03/25/10 | Review correspondence from K. Mills re requested guidance on timing and dates for submission of various elements of FCC compliance package. |  |
|  | J. Logan | 0.40 hrs. |
| 03/25/10 | Prepare for and telephone conference with J. Bayes (Wiley) and M. Heller (Wiley) re changes to waiver requests required by Third Circuit order (1.2); telephone conference with E. Washburn re same (0.2); email to E. Washburn re FCC satellite decision (0.1). |  |
|  | M. Swanson | 1.50 hrs. |
| 03/26/10 | Review open FCC issues for disclosure statement (0.9); revise FCC language re same (0.4). |  |
|  | C. Burrow | 1.30 hrs. |
| 03/26/10 | Preparation of newspaper/broadcast cross-ownership waiver request regarding applications for assignment of FCC licenses in bankruptcy (0.6); correspondence with J. Bayes (lenders' counsel) regarding recent satellite decision for Indianapolis satellite waiver request to accompany applications for assignment of broadcast licenses in bankruptcy (0.1). |  |
|  | J. Rademacher | 0.70 hrs. |
| 03/26/10 | Telephone conference with counsel for lenders re FCC meetings and updates on FCC application filing (0.3); prepare for April filing with FCC and update latest ownership information (0.3); review issues re Tribune's newspaper markets (0.3). |  |
|  | J. Feore | 0.90 hrs. |
| 03/26/10 | Prepare correspondence to K. Mills (Sidley) re use of DMA market definition in Hartford newspaper discussion and request for additional insert on application of FCC ownership rules (0.3); review DMA standard issue re Hartford newspapers (0.5); prepare alternative language for insert on application of ownership rules (0.7); prepare correspondence to K. Mills re changes to FCC portion |  |

|  |  |  |
|---|---|---|
|  | of disclosure statement (0.3). | |
|  | J. Logan | 1.80 hrs. |
| 03/26/10 | Review re factual changes needed to waiver requests in light of Third Circuit order (0.3); review re bankruptcy counsel's questions re disclosure statement changes (0.7); telephone conferences with E. Washburn re same (0.4); review of FCC order re timing in NBCU/Comcast deal and effect on Tribune timing and email same to E. Washburn (0.3). | |
|  | M. Swanson | 1.70 hrs. |
| 03/27/10 | Telephone conference with counsel for creditors committee re timing on court and FCC's filings and impact of court order on ownership rules (0.5); review revised drafts re Third Circuit opinion, stay of rules and pending Tribune cross-ownership waivers (0.8). | |
|  | J. Feore | 1.30 hrs. |
| 03/27/10 | Telephone conference with J. Stenger (Chadbourne) re questions on timing (0.2); review re factual updates of waiver requests (1.0). | |
|  | M. Swanson | 1.20 hrs. |
| 03/28/10 | Review re NBP Internet adoption data to include in waiver requests. | |
|  | M. Swanson | 0.20 hrs. |
| 03/29/10 | Review FCC issues re Angelo Gordon foreign ownership consolidation proposal (0.8); telephone conference with J. Boelter re same (0.5). | |
|  | C. Burrow | 1.30 hrs. |
| 03/29/10 | Telephone conference with counsel for unsecured creditors re timing and FCC issues (0.4); telephone conferences with Wiley re FCC applications timing and lobbying (0.6); telephone conference with S. Sheehan re FCC and Hill lobbying and timing on filings (0.3). | |
|  | J. Feore | 1.30 hrs. |
| 03/29/10 | Review new revised Plan document from J. Boelter (Sidley) re FCC matters (1.6); prepare comments on revised Plan document (1.3); review FCC decision on MAP extension request in NBCU-CC in connection with assessment of timing issues in anticipated FCC applications for Tribune (0.3). | |
|  | J. Logan | 3.20 hrs. |
| 03/29/10 | Review re changes to FCC-related portions of bankruptcy materials and changes affecting FCC timing (0.8); review re waiver changes (0.2); telephone conference with J. Boelter (Sidley) re waiver questions and timing (0.5). | |
|  | M. Swanson | 1.50 hrs. |
| 03/30/10 | Review revised Reorganization Plan (0.9); review revised disclosure statement (0.7); review proposed foreign ownership language from Angelo Gordon (0.6); correspondence with J. Boelter and K. Mills re same (0.5). | |
|  | C. Burrow | 2.70 hrs. |

Tribune Company

| | | |
|---|---|---|
| 03/30/10 | Telephone conference with Wiley re timing issues and updates re FCC applications and visits (0.3); review updates to Plan and disclosure statement re timing at FCC and open issues (0.8). | |
| | J. Feore | 1.10 hrs. |
| 03/30/10 | Prepare correspondence to J. Boelter re FCC issues in revised Plan draft (0.8); review revised partial draft of disclosure statement from K. Mills (Sidley) re FCC issues raised by comments from counsel to senior lenders (1.5); review correspondence from Angelo Gordon re concerns with treatment of stock allotment/foreign ownership compliance in draft Plan document (0.9); prepare correspondence to J. Boelter (Sidley) re alternate language proposed by Angelo Gordon on stock allotment and Section 310(b) compliance procedures (0.7); telephone conference with J. Boelter (Sidley) re alternate language proposed by Angelo Gordon on stock allotment and Section 310(b) compliance procedures (0.3); prepare correspondence to K. Mills (Sidley) re timing issues in connection with anticipated Plan and disclosure statement filings and resolution of outstanding FCC-related issues (0.4); analyze proposal for radio broadcast arrangement (1.9). | |
| | J. Logan | 6.50 hrs. |
| 03/30/10 | Telephone conference with E. Washburn re FCC schedule and waiver changes (0.3); review re FCC-related changes to Plan and disclosure statement (1.5). | |
| | M. Swanson | 1.80 hrs. |
| 03/31/10 | Review revised disclosure statement (0.8); review and revise draft exhibits for FCC applications (0.9). | |
| | C. Burrow | 1.70 hrs. |
| 03/31/10 | Telephone conference with lenders' counsel re FCC application issues (0.3); review timing of Plan and of FCC application (0.3); review updated waivers in light of court order on ownership (0.6). | |
| | J. Feore | 1.20 hrs. |
| 03/31/10 | Prepare  memorandum re FCC regulatory considerations in possible participation in radio broadcasting arrangements (2.1); analyze alternative structures for proposed radio broadcasting arrangement (0.6); prepare correspondence to J. Boelter (Sidley) re developments in bankruptcy court proceeding, particularly re filing of Plan (0.3); review timing issues for FCC application filings in view of developments in approach to bankruptcy court (0.4); review revised Plan draft from J. Boelter (Sidley) re FCC matters (1.4); prepare preliminary comments on Plan (0.8); review issues re request from Wiley firm for meeting on status of Plan and FCC applications (0.5). | |
| | J. Logan | 6.10 hrs. |
| 03/31/10 | Telephone conference with J. Bayes (Wiley) re FCC status (0.1); exchange emails with same re call timing (0.2); telephone conference with E. Washburn re FCC timing and waiver changes (0.2). | |

April 25, 2010                                    Page 16

Tribune Company                                   Invoice 523573

      M. Swanson                           0.50 hrs.

### BILLING SUMMARY

|              | Hours  |
|--------------|--------|
| BURROW       | 26.20  |
| FEORE        | 28.60  |
| HAYS         | 4.20   |
| LOGAN        | 59.10  |
| PATRICK      | 3.50   |
| SWANSON      | 62.00  |
| RADEMACHER   | 55.10  |
| FOLLIARD III | 0.40   |
| WEBER        | 0.50   |
| ANDERSON     | 5.40   |
| TOTAL        | 245.00 |

Fees for Professional Services ............................................................ $       142,354.00

|          |                                                                                                                                                                                    |     |          |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----------|
|          | AUTO & TRANSPORTATION                                                                                                                                                               | $   | 37.71    |
|          | COURIER SERVICE                                                                                                                                                                     | $   | 7.53     |
|          | OVERTIME - SECRETARIAL                                                                                                                                                              | $   | 589.88   |
|          | REPRODUCTION                                                                                                                                                                        | $   | 641.30   |
|          | TELEPHONE                                                                                                                                                                           | $   | 12.00    |
| 01/31/10 | VENDOR: Copper Conferencing; INVOICE#: 305189; DATE: 1/31/2010 - Teleconference Charges on 1/15/10 and 1/26/10 re Tribune bankruptcy and FCC issues.                                | $   | 27.22    |
| 01/31/10 | VENDOR: Copper Conferencing; INVOICE#: 305189; DATE: 1/31/2010 - Teleconference between John Logan and Tom Davidson + on 01/15/10 regarding combination certification approach.      | $   | 19.54    |

Total Reimbursable Costs ............................................................ $        1,335.18

Total Current Billing For This File............................................... $       143,689.18

Our File # 08656.0101             For Services Through March 31, 2010
Retention and Fee Applications

April 25, 2010                                                     Page 17

Tribune Company                                          Invoice 523573

| 03/08/10 | Preparation of 9th monthly fee application (3.9); preparation of 3d interim fee application (0.8). | |
| | C. Meazell | 4.70 hrs. |
| 03/16/10 | Preparation of 9th monthly fee application. | |
| | C. Meazell | 1.30 hrs. |
| 03/17/10 | Preparation of 9th monthly fee application. | |
| | C. Meazell | 5.20 hrs. |
| 03/18/10 | Preparation of correspondence to Tribune regarding 8th monthly fee application. | |
| | C. Meazell | 0.30 hrs. |
| 03/22/10 | Preparation of 9th monthly fee application (3.0); preparation of correspondence to DE counsel regarding same (0.3). | |
| | C. Meazell | 3.30 hrs. |
| 03/23/10 | Review fee auditor's report regarding 2d interim period (0.6); research regarding response to same (0.8); preparation of correspondence to S. Maue regarding 9th monthly fee application (0.3). | |
| | C. Meazell | 1.70 hrs. |
| 03/25/10 | Research regarding response to fee auditor's report regarding 2d interim period (1.3); preparation of correspondence to S. Maue regarding same (0.6). | |
| | C. Meazell | 1.90 hrs. |
| 03/30/10 | Research regarding updated conflicts and retention information. | |
| | C. Meazell | 1.10 hrs. |
| 03/31/10 | Preparation of 3d interim fee application. | |
| | C. Meazell | 0.40 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 19.90 |
| TOTAL | 19.90 |

Fees for Professional Services ............................................................ $          7,960.00

REPRODUCTION                                    $                 1.40

Total Reimbursable Costs ..................................................................... $                 1.40
Total Current Billing For This File ...................................................... $          7,961.40

April 25, 2010                                          Page 18

Tribune Company                                          Invoice 523573


Total Current Billing for This Invoice............................................................ $          151,650.58

# ☒ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC  |  Atlanta, GA

T  202.776.2000  F  202.776.2222

---

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

April 25, 2010

Tribune Company                                                    Invoice 523573
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100          For Services Through March 31, 2010
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $          143,689.18

Our File # 08656.0101          For Services Through March 31, 2010
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $            7,961.40

    Total Current Billing for This Invoice ........................................................... $          151,650.58

Wire Instructions:

      Bank Name: Wachovia Bank, N.A.
      ABA Routing #:  0540-0122-0
          1300 I Street, NW
          Washington, DC  20005
      Account Name: Dow Lohnes Main Operating Account

# REMITTANCE COPY

Account #: 2000026604103
Swift Code: PNBPUS33
Reference: Client/Matter # and Invoice#

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## MARCH 1 - MARCH 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 642.70 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 7.53 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | | 0.00 |
| Ground Transportation | | 37.71 |
| Lexis Research Service | Lexis | |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | |
| Secretarial Overtime | | 589.88 |
| Telephone Conferencing Services | Copper Conferencing | 46.76 |
| Telephone Tolls | | 12.00 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | |
| **Total** | | **1,336.58** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.