# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br>                    Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Angelo, Gordon & Co. and certain affiliates thereof (collectively and for ease of reference, "AG"), files this Notice of Appearance and Request for Service of Papers, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests that copies of all notices and pleadings given or required to be given in this case, be given to and served upon:

> Andrew Goldman, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 399 Park Avenue
> New York, New York 10022
> Telephone:  (212) 230-8800
> Facsimile:   (212) 230-8888
> E-mail:  andrew.goldman@wilmerhale.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, and section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, hand delivery, telephone, facsimile, telecopy or otherwise filed with regard to this case and any proceedings thereon.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of (A) the rights of AG (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (B) any other rights, claims, actions, setoffs, or recoupments to which AG is, or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments AG expressly reserves.

Dated: New York, New York
April 26, 2010

    /s/ Andrew Goldman
Andrew Goldman
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for AG*

**CERTIFICATE OF SERVICE**

I, Andrew Goldman, hereby certify that on this 26th day of April, 2010, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* (the "Notice") was served via first class mail, postage prepaid, upon:

**Sidley Austin LLP**
One South Dearborn Street
Chicago, Illinois 60603
Attn:   Bryan Krakauer, Esq.
            Kenneth P. Kansa Esq.
*(Counsel to the Debtors)*

**Cole, Schotz, Meisel, Forman
  & Leonard, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Attn:   Norman L. Pernick, Esq.
            J. Kate Stickles, Esq.
*(Counsel to the Debtors)*

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801
Attn:   Adam G. Landis, Esq.
            Matthew B. McGuire, Esq.
*(Counsel to the Creditors Committee)*

**Chadbourne & Parke LLP**
30 Rockefeller Plaza
New York, NY 10112
Attn:   Howard Seife, Esq.
            David M. Lemay, Esq.
            Douglas E. Deutsch, Esq.
*(Counsel to the Creditors Committee)*

**Office of the United States Trustee**
844 King Street, Room 2207
Wilmington, Delaware 19801
Attn:   Joseph J. McMahon, Jr., Esq.

**The Honorable Kevin J. Carey**
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

I further certify that a copy of the Notice was also served electronically upon all parties in interest via the Court's CM/ECF system.

Dated:  New York, New York
            April 26, 2010

      /s/ Andrew Goldman
Andrew Goldman
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

*Attorneys for Angelo, Gordon & Co.*