# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| TRIBUNE COMPANY, | : | NO. |
| | : | BKY.NO. <u>08-13141</u> |

## Objection to Disclosure Statement

    I, Kevin Millen, am asking the court to award me, $1,000,000 dollars plus 15% share of the company and a $6,500 dollar monthly check. The court is not trying to make this an administrative issue and it is by law. Under <u>11 U.S.C. ss 503 (b)(1)(A)</u> it states, "the Bankruptcy Code provides for the payment of "administrative expenses… including… the actual, necessary costs and expenses of preserving the estate, including wages, salaries, or commissions for services rendered after the commencement of the case[.]" The test used in this circuit in making the determination of what is "actual" and "necessary" is known as the "benefit to the estate test." "Under this test, a claimant must prove that the debt '(1) arose from a transaction with the bankruptcy estate and (2) directly and substantially benefited the estate.' " <u>See Beneke Company, Inv. v. Economy Lodging Systems, Inc. (In re Economy Lodging Systems, Inc.), 234 B.R. 691 (6th Cir.BAP 1999)</u> My situation arose from a transaction between the Tribune Company and some source that told heinous lies. <u>The law of Libel & Slander in Civil and Criminal Cases</u> we see it talks about publications. <u>Subsection 25</u> states, "Everyone who request, procures or commands another to publish a libel is answerable as though he published it himself… <u>Fogg v. Boston & L.R. Co. (Mass.) 20 N.E. Rev. 109</u>. This directly affected me because it hampered my ability to get gainful employment. An expense is administrative only if it arises out of a postpetition transaction between the creditor and the trustee, and only to the extent that the transaction is of direct and substantial benefit to the estate. <u>In re Southern Soya Corp., 251 B.R. 302 (Bankr. D.S.C. 2000)</u> The Tribune Company benefited from destroying my name by circulation lies to sell papers. The claim form is valid because it shows along with other paperwork, that the paper caused this great expense and has made life extremely hard to get a job especially in this recession. The people have not made one single payment, and should have to start paying me, or sign the company over to me, and all debt incurred by others will be washed out. My bid for the company is $1.00 and restarting must occur.

*/s/ Kevin Millen*

**Kevin Millen**
**1704 Lanier Lane**
**Memphis, TN 38117**
**901-483-6619**