## Certificate of Service

I hereby certify that a true and exact copy of the foregoing was sent by the United States mail, postage prepaid, by Kevin Millen:

*James F. Conlan*
*Bryan Krakauer*
*Janet E. Henderson*
*Kevin T. Lantry*
*Kerriann S. Mills*
*One South Dearborn Street*
*Chicago, Illinois 60603*

*Norman L. Pernick*
*J. Kate Stickles*
*Patrick J. Reilley*
*500 Delaware Avenue, Suite 1410*
*Wilmington, Delaware 19801*

on this day 20th day of April, 2010.

_____
**Kevin Millen**