# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *IN RE:* | : | *CIVIL ACTION* |
| *TRIBUNE COMPANY,* | : | *NO.* |
| | : | *BKY.NO.* <u>**08-13141**</u> |

### *Order of Objection granted pursuant to 11 USC 1128 (a)(b)*

This matter having been brought before the Honorable Judge by Kevin Millen asking the court to grant the motion to object pursuant to <u>11 USC 503(b)(1)(A)</u>. I am a secured creditor with interest at stake and the paper has heinously ruined my life. The court knows that <u>11 USC 506</u> shows that I will be a secured creditor because it states, "1) An allowed claim of a creditor secured by a lien on property in which the estate has an interest…, I have an interest in what was written that heinously destroyed my great God given name. The court has been shown by bankruptcy law that the debtor has misconstrued me and should have to pay the cost which are $1,000,000 cash 15% of the company and $6,500 monthly pay. Then maybe I will restructure the company or sell the company if other creditors have the right amount of cash. <u>The law of Libel & Slander in Civil and Criminal Cases</u> we see it talks about publications. <u>Subsection 25</u> states, "Everyone who request, procures or commands another to publish a libel is answerable as though he published it himself… <u>Fogg v. Boston & L.R. Co. (Mass.) 20 N.E. Rev. 109</u>…

and the court has considered the motion papers, and having heard the argument of counsel and for good cause shown,

**IT IS ON THIS** _____ **DAY OF** _____ **2010.**

Ordered that the Motion to be granted.

Ordered that a copy of this Order be served on all parties within 20 days of the date hereof.

_____
**HONORABLE Judge**