Monday, April 19, 2010

As of this day, April 19, 2010, I Maureen Dombeck hereby challenge Tribune Co c/o Epiq Bankruptcy Services, as debtor in regards to my request for $50,000 to reimburse me for My retirement fund. Tribune was instrumental through their fiduciary irresponsibility, for The loss of said funds. I disagree with their response of "no liability owed to claimant per Debtors books and records." The debtor and their representative, Hewitt retirement will Not release full disclosure of my retirement figures so I may analyze such figures. I feel this Is a fair assessment of loss due to their irresponsible management of funds.

Regards,

Maureen Dombeck

CC:
Honorable Kevin J. Carey, US Bankruptcy Judge 5th floor
Clerk of the Bankruptcy Court 3rd floor
Sidley Austin LLP
Epiq Bankruptcy Solutions

Maureen Dombeck
4923 N. Wolcott GA
Chicago, IL 60640

Case # 08-13141 KJC

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | DOMBECK, MAUREEN A 4923 N. WOLCOTT UNIT GA CHICAGO, IL 60640 | | No Debtor Asserted | 05/22/2009 | 3060 | $50,000.00 | No liability owed to claimant per Debtors books and records. |
| 21 | EMPIRE STATE BUILDING COMPANY, LLC 350 FIFTH AVENUE ROOMS 7912-7915 NEW YORK, NY 10118 | 08-13254 | WPIX, Inc. | 06/12/2009 | 5336 | $44,925.68 | No liability owed to claimant per Debtors books and records. |
| 22 | EYE, HERBERT HC 72 BOX 36 FRANKLIN, WV 26807 | | No Debtor Asserted | 06/08/2009 | 3658 | $23,556.00 | No liability owed to claimant per Debtors books and records |
| 23 | FLORIDA MEDICAL SCREENING, INC. 20929 STATE ROAD 44 JOHN MULLEN EUSTIS, FL 32736 | 08-13208 | Sun-Sentinel Company | 04/27/2009 | 1908 | $956.58 | No liability owed to claimant per Debtors' books and records. Contact with vendor for service was canceled prior to the invoice date. |
| 24 | FRANKLIN SCHANTZ ASSOC P.O. BOX 1487 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4590 | $7,038.00 | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |
| 25 | FRANKLIN SCHANTZ ASSOC RE: ALLENTOWN 7035 SCHANTZ RD PO BOX 1487 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4652 | $7,038.00* | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |
| 26 | FRANKLIN SCHANTZ ASSOCIATES PO BOX 1487 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4653 | $7,038.00* | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |

* - Indicates claim contains unliquidated and/or undetermined amounts