# EXHIBIT A

**STUART MAUE**
LEGAL COST MANAGEMENT

**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025495**
**Matter Number: 1025495**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/17/2010 | WD | 0.70 | Review firm's extensive response to the preliminary report. | 227.50 |
| | | 0.50 | Begin to draft final report. | 162.50 |
| 03/18/2010 | WD | 0.40 | Continue to draft final report. | 130.00 |
| | | 0.10 | Draft e-mail to JLD setting forth the open issues he needs to address with the firm. | 32.50 |
| 03/19/2010 | PSS | 0.60 | Revise expense exhibits based on response from law firm. | 165.00 |
| 03/19/2010 | WD | 0.10 | Discussion with JLD regarding firm's response to open issues. | 32.50 |
| | | 0.70 | Finish draft of final report. | 227.50 |
| | | 0.40 | Revise and verify fee entry classification given new information provided by AlixPartners. | 130.00 |
| | | 0.10 | Review firm's supplemental response regarding clerical activities. | 32.50 |
| 03/21/2010 | PSS | 0.90 | Prepare final exhibits and Appendix A to accompany final report. | 247.50 |
| 03/22/2010 | PSS | 0.30 | Continue to prepare final exhibits and Appendix A to accompany final report. | 82.50 |
| 03/23/2010 | PSS | 0.80 | Final review of final report and exhibits and verification of amounts. | 220.00 |
| | | **5.60** | | **$1,690.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025495**
**Matter Number: 1025495**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 03/31/2010**

**<u>Legal Auditors</u>**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 3.00 | = | $975.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.60 | = | $715.00 |
| **Total for Legal Auditors:** | | | | **5.60** | | **$1,690.00** |
| **Total Hours Worked:** | | | | **5.60** | | |
| **Total Hours Billed:** | | | | **5.60** | | **$1,690.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025496**
**Matter Number: 1025496**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/22/2010 | PSS | 0.70 | Revise expense exhibits based on response from law firm. | 192.50 |
| | | 0.40 | Prepare final exhibits and Appendix A to accompany final report. | 110.00 |
| 03/22/2010 | WD | 0.80 | Draft and revise final report. | 260.00 |
| | | 0.40 | Review AlixPartner's response to the preliminary report including exhibits prepared by the firm. | 130.00 |
| 03/23/2010 | PSS | 0.50 | Final review of final report and exhibits and verify amounts. | 137.50 |
| | | **2.80** | | **$830.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 04/19/2010
Invoice Number: R823 - 1025496
Matter Number: 1025496
Firm: AlixPartners, LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 03/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 1.20 | = | $390.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.60 | = | $440.00 |
| **Total for Legal Auditors:** | | | | **2.80** | | **$830.00** |
| **Total Hours Worked:** | | | | **2.80** | | |
| **Total Hours Billed:** | | | | **2.80** | | **$830.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025498**
**Matter Number: 1025498**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/18/2010 | PSS | 4.60 | Reconcile fees in database to hard copy of interim application. | 1,265.00 |
| 03/19/2010 | JLD | 3.20 | Review and analysis of fee entries. | 1,040.00 |
| 03/19/2010 | PSS | 2.10 | Review expenses requested in application and draft expense section of report. | 577.50 |
| 03/22/2010 | JLD | 5.30 | Review fee entries and classify conferences. | 1,722.50 |
| 03/23/2010 | JLD | 5.10 | Review and classify billing issues. | 1,657.50 |
| 03/24/2010 | JLD | 3.90 | Analysis of task descriptions. | 1,267.50 |
| | | 2.70 | Draft and edit report and exhibit table. | 877.50 |
| | | **26.90** | | **$8,407.50** |

*STUART**MAULE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025498**
**Matter Number: 1025498**
**Firm: Alvarez & Marsal North America, LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 03/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John L. Decker | JLD | 325.00 | x | 20.20 | = | $6,565.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 6.70 | = | $1,842.50 |
| **Total for Legal Auditors:** | | | | **26.90** | | **$8,407.50** |
| **Total Hours Worked:** | | | | **26.90** | | |
| **Total Hours Billed:** | | | | **26.90** | | **$8,407.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1027675**
**Matter Number: 1027675**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/21/2010 | PSS | 1.60 | Reconcile fees in database to hard copy of interim application. | 440.00 |
| 03/22/2010 | PSS | 1.40 | Review expenses requested in application and draft expense section of report. | 385.00 |
| | | 0.80 | Continue to reconcile fees in database to hard copy of interim application. | 220.00 |
| 03/25/2010 | JLD | 7.80 | Review the fee entries and classify billing issues. | 2,535.00 |
| 03/26/2010 | JLD | 4.90 | Review and analyze fee entries. | 1,592.50 |
| | | 2.60 | Draft and edit report and exhibit table. | 845.00 |
| | | **19.10** | | **$6,017.50** |

STUART/MAUE
LEGAL COST/MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1027675**
**Matter Number: 1027675**
**Firm: Alvarez & Marsal North America, LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 03/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| John L. Decker | JLD | 325.00 | x | 15.30 | = | $4,972.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.80 | = | $1,045.00 |
| **Total for Legal Auditors:** | | | | **19.10** | | **$6,017.50** |
| **Total Hours Worked:** | | | | **19.10** | | |
| **Total Hours Billed:** | | | | **19.10** | | **$6,017.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025499**
**Matter Number: 1025499**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/08/2010 | DB | 2.70 | Analysis of timekeeper roles and time increment billing patterns for report on Third application. | 742.50 |
| 03/09/2010 | DB | 0.30 | Review and analyis of administrative billing activities. | 82.50 |
| | | 0.70 | Analyzed conferencing and attendance activities. | 192.50 |
| | | 0.30 | Analysis of cite-checking billing activities and evaluation of biller roles. | 82.50 |
| | | 0.40 | Reviewed fee application and retetention orders. | 110.00 |
| | | 0.60 | Review and analyis of fees identified as potentially clerical. | 165.00 |
| | | 3.60 | Drafted report in response to Third Application. | 990.00 |
| 03/11/2010 | DB | 0.30 | Revised draft report. | 82.50 |
| 03/12/2010 | PSS | 0.50 | Prepare preliminary set of exhibits. | 137.50 |
| 03/15/2010 | WD | 0.90 | Revise and edit preliminary report. | 292.50 |
| 03/16/2010 | PSS | 0.50 | Review preliminary report and exhibits and verify amounts. | 137.50 |
| | | 0.30 | Final review of preliminary report and exhibits and verification of amounts. | 82.50 |
| | | **11.10** | | **$3,097.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025499**
**Matter Number: 1025499**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 03/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 8.90 | = | $2,447.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.90 | = | $292.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| | | **Total for Legal Auditors:** | | **11.10** | | **$3,097.50** |
| | | **Total Hours Worked:** | | **11.10** | | |
| | | **Total Hours Billed:** | | **11.10** | | **$3,097.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1027395**
**Matter Number: 1027395**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/01/2010 | FAE | 0.30 | Review, analysis and categorization of fee entries related to other case professionals retention and compensation. | 82.50 |
| | | 1.60 | Review, examine and classify task entries related to Cole Schotz retention and compensation. | 440.00 |
| | | 0.40 | Review, analyze and identify fee entries related to firm's response to fee examiners report. | 110.00 |
| 03/02/2010 | FAE | 1.00 | Begin reviewing and analyzing firm fees for identification of potential intraoffice conferences. | 275.00 |
| 03/05/2010 | FAE | 1.80 | Review, analysis and classification of potential multiple attendance. | 495.00 |
| | | 0.40 | Continued review, analysis and classification of intraoffice conferences. | 110.00 |
| | | 0.70 | Review and classification of nonfirm conferences. | 192.50 |
| 03/08/2010 | FAE | 0.50 | Review fee entries for legal research. | 137.50 |
| | | 0.60 | Review, analysis and classification of task entries of potential transient billers. | 165.00 |
| | | 1.80 | Review, analysis and classification of task entries related to potential multiple attendance and multiple attendance questioned at non-firm conferences. | 495.00 |
| | | 0.40 | Review and analyze fee entries for travel and non working travel. | 110.00 |
| 03/11/2010 | FAE | 3.00 | Review and analysis of all remaining uncategorized fee entries. | 825.00 |
| | | 0.10 | Review fees for blocked billed task entries. | 27.50 |
| | | 0.20 | Review and analysis of fee entries for potentially long billing days. | 55.00 |
| | | 0.40 | Review, analysis and categorization of potentially double billed fee entries. | 110.00 |
| 03/17/2010 | FAE | 0.40 | Complete review and analysis of all uncategorized fee entries. | 110.00 |
| 03/22/2010 | FAE | 3.10 | Draft preliminary report. | 852.50 |
| 03/29/2010 | FAE | 1.40 | Review fee exhibits. | 385.00 |
| 03/30/2010 | FAE | 0.60 | Review and verification of entries describing clerical activities. | 165.00 |
| | | 1.80 | Reviewed and revised 4th interim period draft preliminary report. | 495.00 |
| | | **20.50** | | **$5,637.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 04/19/2010
Invoice Number: R823 - 1027395
Matter Number: 1027395
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 03/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Felica A. Ezell | FAE | 275.00 | x | 20.50 | = | $5,637.50 |
| | | **Total for Legal Auditors:** | | **20.50** | | **$5,637.50** |
| | | **Total Hours Worked:** | | **20.50** | | |
| | | **Total Hours Billed:** | | **20.50** | | **$5,637.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1026715**
**Matter Number: 1026715**
**Firm: Deloitte & Touche LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/23/2010 | WD | 0.20 | Review Deloitte's response to the preliminary report. | 65.00 |
| | | 0.20 | Begin to draft final report. | 65.00 |
| 03/24/2010 | PSS | 0.30 | Review final report and exhibits and verify amounts. | 82.50 |
| 03/24/2010 | WD | 0.50 | Draft final report. | 162.50 |
| | | **1.20** | | **$375.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1026715**
**Matter Number: 1026715**
**Firm: Deloitte & Touche LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 03/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 0.90 | = | $292.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.30 | = | $82.50 |
| | | **Total for Legal Auditors:** | | **1.20** | | **$375.00** |
| | | **Total Hours Worked:** | | **1.20** | | |
| | | **Total Hours Billed:** | | **1.20** | | **$375.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1026195**
**Matter Number: 1026195**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/11/2010 | DB | 0.30 | Drafted and revised report re Second Interim Application. | 82.50 |
| | | 0.30 | Analysis of multiple attendance activities. | 82.50 |
| | | 0.70 | Review and analysis of timekeeper roles and fee classification. | 192.50 |
| 03/12/2010 | PSS | 0.20 | Prepare exhibits to accompany preliminary report. | 55.00 |
| 03/17/2010 | PSS | 0.50 | Review preliminary report and exhibits and verify amounts. | 137.50 |
| 03/17/2010 | WD | 0.50 | Revise and edit preliminary report. | 162.50 |
| 03/31/2010 | PSS | 0.50 | Review of final report and preparation of final exhibits and Appendix A. | 137.50 |
| 03/31/2010 | WD | 0.10 | Review Dow's response to the preliminary report. | 32.50 |
| | | 0.50 | Draft and revise final report. | 162.50 |
| | | **3.60** | | **$1,045.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 04/19/2010
Invoice Number: R823 - 1026195
Matter Number: 1026195
Firm: Dow Lohnes PLLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 03/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 1.30 = | $357.50 |
| W. Andrew Dalton | WD | 325.00 x | 1.10 = | $357.50 |
| Pamela S. Snyder | PSS | 275.00 x | 1.20 = | $330.00 |
| **Total for Legal Auditors:** | | | **3.60** | **$1,045.00** |
| **Total Hours Worked:** | | | **3.60** | |
| **Total Hours Billed:** | | | **3.60** | **$1,045.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025503**
**Matter Number: 1025503**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/26/2010 | WD | 0.10 | Review Jenner's response to the preliminary report. | 32.50 |
| | | 0.60 | Draft and revise final report, including verification of time entries describing clerical activities. | 195.00 |
| 03/29/2010 | PSS | 0.50 | Review of final report and preparation of final exhibits and Appendix A. | 137.50 |
| 03/30/2010 | PSS | 0.70 | Final review of final report and exhibits and verification of amounts. | 192.50 |
| | | **1.90** | | **$557.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025503**
**Matter Number: 1025503**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 03/31/2010** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 0.70 = | $227.50 |
| Pamela S. Snyder | PSS | 275.00 x | 1.20 = | $330.00 |
| | | **Total for Legal Auditors:** | **1.90** | **$557.50** |
| | | **Total Hours Worked:** | **1.90** | |
| | | **Total Hours Billed:** | **1.90** | **$557.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 04/19/2010
Invoice Number: R823 - 1027255
Matter Number: 1027255
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/16/2010 | PSS | 4.60 | Reconcile fees in database to hard copy of monthly applications and final application. | 1,265.00 |
| | | 1.50 | Review expenses requested in application and draft expense section of report. | 412.50 |
| 03/22/2010 | KCT | 0.60 | Review and analyze fee entries related to conferences. | 165.00 |
| | | 0.40 | Review and analyze nonfirm conferences. | 110.00 |
| | | 0.50 | Review and analyze intraoffice conferences. | 137.50 |
| | | 0.20 | Brief initial review and analysis of redacted fee entries. | 55.00 |
| | | 0.40 | Initial review and analyze of firm's fourth interim fee application. | 110.00 |
| | | 0.30 | Review and analyze fee entries related to intraoffice multiple attendance. | 82.50 |
| 03/23/2010 | KCT | 0.10 | Review and analyze fee entries describing legal research. | 27.50 |
| | | 0.40 | Review and analyze fee entries to identify potential transient timekeepers. | 110.00 |
| | | 0.20 | Review and analyze all travel. | 55.00 |
| | | 0.10 | Review and analyze fee entries related to firm's response to fee examiner's report. | 27.50 |
| | | 0.10 | Review and analyze fee entries related to firm's professional retention. | 27.50 |
| | | 0.20 | Confer with PSS regarding redacted fee entries. | 55.00 |
| | | 0.10 | Review and analyze potential double billing and potential days billed in excess of 16.0 hours. | 27.50 |
| | | 0.10 | Review and analyze block billing. | 27.50 |
| | | 0.20 | Review and analyze vaguely described conferences. | 55.00 |
| | | 0.30 | Review and analyze fee entries describing administrative activity. | 82.50 |
| | | 0.50 | Review and analyze all uncategorized fee entries. | 137.50 |
| | | 0.60 | Review and analyze all redacted fee entries and compare with unredacted entries. | 165.00 |
| | | 0.30 | Review and analyze fee entries related to nonfirm multiple attendance. | 82.50 |
| | | 0.20 | Review and analyze questioned nonfirm multiple attendance. | 55.00 |
| | | 0.60 | Review and analyze fee entries describing clerical activities. | 165.00 |
| 03/25/2010 | KCT | 0.70 | Continue to draft fee examiner's preliminary report to firm's fourth interim application. | 192.50 |
| | | 1.50 | Review, revise and finalize fee examiner's preliminary report to firm's fourth interim application. | 412.50 |
| | | 0.10 | Confer with WAD regarding finalization of review of firm's fourth interim application. | 27.50 |
| | | 1.20 | Draft fee examiner's preliminary report to firm's fouth interim applicatioin. | 330.00 |
| | | 0.10 | Review and analyze fee entries inappropriately blocked by the firm. | 27.50 |

STUART/MAUE
LEGAL COST / MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1027255**
**Matter Number: 1027255**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| | | **16.10** | | **$4,427.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1027255**
**Matter Number: 1027255**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 03/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 6.10 | = | $1,677.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 10.00 | = | $2,750.00 |
| **Total for Legal Auditors:** | | | | **16.10** | | **$4,427.50** |
| **Total Hours Worked:** | | | | **16.10** | | |
| **Total Hours Billed:** | | | | **16.10** | | **$4,427.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1024896**
**Matter Number: 1024896**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/25/2010 | WD | 0.50 | Revisions to and verification of fee entry classification based upon additional information provided by the firm. | 162.50 |
| | | 0.60 | Finish drafting final report. | 195.00 |
| 03/26/2010 | PSS | 0.70 | Review final report and prepare Appendix A. | 192.50 |
| 03/29/2010 | PSS | 0.80 | Final review of final report and exhibits and verification of amounts. | 220.00 |
| | | **2.60** | | **$770.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 04/19/2010
Invoice Number: R823 - 1024896
Matter Number: 1024896
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 03/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 1.10 | = | $357.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.50 | = | $412.50 |
| **Total for Legal Auditors:** | | | | **2.60** | | **$770.00** |
| **Total Hours Worked:** | | | | **2.60** | | |
| **Total Hours Billed:** | | | | **2.60** | | **$770.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025505**
**Matter Number: 1025505**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/29/2010 | PSS | 0.40 | Review final report and exhibits and verify amounts. | 110.00 |
| | | **0.40** | | **$110.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 04/19/2010
Invoice Number: R823 - 1025505
Matter Number: 1025505
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 03/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.40 | = | $110.00 |
| | | **Total for Legal Auditors:** | | **0.40** | | **$110.00** |
| | | **Total Hours Worked:** | | **0.40** | | |
| | | **Total Hours Billed:** | | **0.40** | | **$110.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1027316**
**Matter Number: 1027316**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/24/2010 | PSS | 1.40 | Review expenses requested and draft expense section of report. | 385.00 |
| | | 1.80 | Reconcile fees in database to fees requested in interim application. | 495.00 |
| 03/29/2010 | JLD | 4.30 | Review and analysis of fee entries. | 1,397.50 |
| | | 2.50 | Draft and edit report and exhibit table. | 812.50 |
| | | **10.00** | | **$3,090.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 04/19/2010
Invoice Number: R823 - 1027316
Matter Number: 1027316
Firm: Lazard Freres & Co. LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 03/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| John L. Decker | JLD | 325.00 | x | 6.80 | = | $2,210.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.20 | = | $880.00 |
| | | **Total for Legal Auditors:** | | **10.00** | | **$3,090.00** |
| | | **Total Hours Worked:** | | **10.00** | | |
| | | **Total Hours Billed:** | | **10.00** | | **$3,090.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025508**
**Matter Number: 1025508**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/11/2010 | JLD | 0.40 | Review report and exhibits to prepare for telephone conference with firm. | 130.00 |
| | | 0.20 | Telephone conference with McDermitt representatives re administrative exhibit. | 65.00 |
| 03/29/2010 | WD | 0.10 | Review e-mail from firm responding to administrative fee entries identified in the preliminary report. | 32.50 |
| | | 0.30 | Begin to draft final report. | 97.50 |
| | | **1.00** | | **$325.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025508**
**Matter Number: 1025508**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 03/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| John L. Decker | JLD | 325.00 | x | 0.60 | = | $195.00 |
| **Total for Legal Auditors:** | | | | **1.00** | | **$325.00** |
| **Total Hours Worked:** | | | | **1.00** | | |
| **Total Hours Billed:** | | | | **1.00** | | **$325.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1027055**
**Matter Number: 1027055**
**Firm: Official Committee of Unsecured Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/01/2010 | PSS | 0.10 | Final review of final report and verification of amounts. | 27.50 |
| | | **0.10** | | **$27.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1027055**
**Matter Number: 1027055**
**Firm: Official Committee of Unsecured Creditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 03/31/2010**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 0.10 = | $27.50 |
| | **Total for Legal Auditors:** | | **0.10** | **$27.50** |
| | **Total Hours Worked:** | | **0.10** | |
| | **Total Hours Billed:** | | **0.10** | **$27.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025513**
**Matter Number: 1025513**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/30/2010 | WD | 0.20 | Revisions to and verification of fee entry classification given the additional information provided by PwC. | 65.00 |
| | | 0.50 | Draft and revise final report. | 162.50 |
| | | 0.10 | Review PwC's response to the preliminary report. | 32.50 |
| 03/31/2010 | PSS | 0.70 | Review final report and prepare final exhibits and Appendix A. | 192.50 |
| 03/31/2010 | WD | 0.20 | Revise and complete final report. | 65.00 |
| | | **1.70** | | **$517.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 04/19/2010
Invoice Number: R823 - 1025513
Matter Number: 1025513
Firm: PricewaterhouseCoopers LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 03/31/2010** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 1.00 = | $325.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.70 = | $192.50 |
| **Total for Legal Auditors:** | | | **1.70** | **$517.50** |
| **Total Hours Worked:** | | | **1.70** | |
| **Total Hours Billed:** | | | **1.70** | **$517.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1026696**
**Matter Number: 1026696**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/01/2010 | WD | 0.10 | Review Seyfarth's response to the preliminary report. | 32.50 |
| | | 0.30 | Draft and revise final report. | 97.50 |
| 03/09/2010 | PSS | 0.50 | Preparation of final exhibits and Appendix A to accompany final report. | 137.50 |
| 03/10/2010 | PSS | 0.20 | Final review and verification of amounts in final report. | 55.00 |
| | | **1.10** | | **$322.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1026696**
**Matter Number: 1026696**
**Firm: Seyfarth Shaw LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 03/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| | | **Total for Legal Auditors:** | | **1.10** | | **$322.50** |
| | | **Total Hours Worked:** | | **1.10** | | |
| | | **Total Hours Billed:** | | **1.10** | | **$322.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1024915**
**Matter Number: 1024915**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/03/2010 | WD | 0.40 | Telephone conference with Jill Ludwig at Sidley regarding the firm's response to our preliminary report. | 130.00 |
| | | **0.40** | | **$130.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 04/19/2010
Invoice Number: R823 - 1024915
Matter Number: 1024915
Firm: Sidley Austin LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 03/31/2010**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| W. Andrew Dalton | WD | 325.00 x | 0.40 = | $130.00 |
| | **Total for Legal Auditors:** | | **0.40** | **$130.00** |
| | **Total Hours Worked:** | | **0.40** | |
| | **Total Hours Billed:** | | **0.40** | **$130.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025441**
**Matter Number: 1025441**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/08/2010 | DB | 1.70 | Reviewed Sidley's firm retention and compensation activities. | 467.50 |
| | | 2.20 | Drafted preliminary report re third interim application. | 605.00 |
| | | 0.30 | Review and analysis of clerical and adminstrative time. | 82.50 |
| 03/09/2010 | PSS | 0.60 | Prepare exhibits to accompany preliminary report. | 165.00 |
| | | 0.40 | Revise section of report regarding staffing. | 110.00 |
| 03/12/2010 | WD | 0.40 | Revise preliminary report. | 130.00 |
| | | 1.80 | Revise and verify fee entry classification based upon my conversations with Jill Ludwig. | 585.00 |
| 03/14/2010 | WD | 2.80 | Verification of fee classification in consideration of my discussions with Sidley. | 910.00 |
| | | 0.40 | Continue to revise preliminary report. | 130.00 |
| 03/15/2010 | PSS | 0.90 | Review preliminary report and exhibits and verify amounts. | 247.50 |
| 03/15/2010 | WD | 0.70 | Finish revisions and edits to preliminary report. | 227.50 |
| | | 1.10 | Complete verification of fee analysis. | 357.50 |
| 03/16/2010 | PSS | 0.20 | Final review of preliminary report and verification of amounts. | 55.00 |
| | | **13.50** | | **$4,072.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1025441**
**Matter Number: 1025441**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 03/31/2010**

**<u>Legal Auditors</u>**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 4.20 | = | $1,155.00 |
| W. Andrew Dalton | WD | 325.00 | x | 7.20 | = | $2,340.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.10 | = | $577.50 |
| **Total for Legal Auditors:** | | | | **13.50** | | **$4,072.50** |
| **Total Hours Worked:** | | | | **13.50** | | |
| **Total Hours Billed:** | | | | **13.50** | | **$4,072.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/02/2010 | PSS | 0.10 | Review applications received recently. | 27.50 |
| 03/08/2010 | DB | 0.20 | Reviewed status of preliminary reports issued, pending, and responses received to date. | 55.00 |
| 03/15/2010 | WD | 0.10 | Prepare Certificate of No Objection for Stuart Maue's tenth monthly application. | 32.50 |
| 03/16/2010 | PSS | 0.30 | Review status spreadsheets to determine whether we need to contact firms to request data for third and fourth interim periods. | 82.50 |
| 03/23/2010 | PSS | 0.50 | Review docket for documents filed by Seyfarth Shaw. | 137.50 |
| 03/23/2010 | WD | 2.30 | Draft documents comprising Stuart Maue's Eleventh Monthly Fee Application and verify the figures therein. | 747.50 |
| 03/24/2010 | PSS | 0.10 | Review applications received recently. | 27.50 |
| 03/25/2010 | PSS | 0.50 | Review applications received recently. | 137.50 |
| 03/30/2010 | PSS | 0.20 | Review applications received recently. | 55.00 |
| 03/31/2010 | PSS | 0.10 | Review recently received fee applications. | 27.50 |
| | | **4.40** | | **$1,330.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 03/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 0.20 | = | $55.00 |
| W. Andrew Dalton | WD | 325.00 | x | 2.40 | = | $780.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.80 | = | $495.00 |
| **Total for Legal Auditors:** | | | | **4.40** | | **$1,330.00** |
| **Total Hours Worked:** | | | | **4.40** | | |
| **Total Hours Billed:** | | | | **4.40** | | **$1,330.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 04/19/2010**
**Invoice Number: R823 - 1026017**
**Matter Number: 1026017**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 03/31/2010** | | | | |
| 03/01/2010 | KCT | 3.00 | Continue to review and analyze all fee entries. | 825.00 |
| 03/03/2010 | KCT | 0.60 | Review and analyze legal research activities. | 165.00 |
| | | 0.40 | Review and analyze administrative activities. | 110.00 |
| | | 0.80 | Review and analyze questioned multiple attendance. | 220.00 |
| | | 0.80 | Review and analyze block billed fee entries. | 220.00 |
| | | 1.80 | Review and analyze intraoffice multiple attendance. | 495.00 |
| 03/04/2010 | KCT | 0.20 | Review and analyze fee entries categorized as intraoffice conferences. | 55.00 |
| | | 0.60 | Review and analyze additional fee entries related to vague activity with particular attention to "analyze issues" and "work on." | 165.00 |
| 03/05/2010 | KCT | 1.10 | Review and analyze vaguely described fee entries. | 302.50 |
| | | 0.20 | Review and analyze potential double billing. | 55.00 |
| | | 0.10 | Review and analyze additional fee entries related to intraoffice multiple attendance. | 27.50 |
| | | 0.50 | Begin drafting preliminary report to first interim fee application. | 137.50 |
| | | 0.40 | Review and analyze fee entries related to scheduling activity. | 110.00 |
| | | 0.20 | Revise and finalize categories for review. | 55.00 |
| 03/08/2010 | KCT | 0.30 | Review and analyze fee entries related to potential time increments problems. | 82.50 |
| | | 1.60 | Prepare to continue drafting preliminary report by reviewing Notice of Interim Application, the First Interim Application, the Order Granting the Application and the Declaration of Thomas G. Macauley. | 440.00 |
| | | 1.20 | Continue to draft preliminary report. | 330.00 |
| | | **13.80** | | **$3,795.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 04/19/2010
Invoice Number: R823 - 1026017
Matter Number: 1026017
Firm: Zuckerman Spaeder

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 03/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Kathy C. Tahan | KCT | 275.00 | x | 13.80 | = | $3,795.00 |
| **Total for Legal Auditors:** | | | | **13.80** | | **$3,795.00** |
| **Total Hours Worked:** | | | | **13.80** | | |
| **Total Hours Billed:** | | | | **13.80** | | **$3,795.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 03/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 X | 14.60 = | $4,015.00 |
| W. Andrew Dalton | WD | 325.00 X | 20.70 = | $6,727.50 |
| John L. Decker | JLD | 325.00 X | 42.90 = | $13,942.50 |
| Felica A. Ezell | FAE | 275.00 X | 20.50 = | $5,637.50 |
| Pamela S. Snyder | PSS | 275.00 X | 35.30 = | $9,707.50 |
| Kathy C. Tahan | KCT | 275.00 X | 23.80 = | $6,545.00 |
| **Total for Legal Auditors:** | | | **157.80** | **$46,575.00** |
| **Total Hours Worked:** | | | **157.80** | |
| **Total Hours Billed:** | | | **157.80** | **$46,575.00** |