# EXHIBIT B

**EXPENSE SUMMARY**  Invoice Date:  04/26/2010
TRIBUNE COMPANY, et al.  Invoice Number:  R823 -  Expenses

**TRIBUNE - MARCH 2010 EXPENSES**

PHOTOCOPIES:

|  |  |
|---|---|
| 2,179 at $0.10/Page | $217.90 |

POSTAGE:

|  |  |
|---|---|
| Postage Paid | 126.67 |
| **TOTAL EXPENSES:** | **$344.57** |