# EXHIBIT A

**TRIBUNE COMPANY, et al.**

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### March 1, 2010 through March 31, 2010

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 54.80 | $ 26,112.50 |
| Committee Meetings | 003 | 148.00 | 97,448.00 |
| Creditor Communications | 004 | 4.30 | 3,155.50 |
| DIP Financing | 005 | 11.70 | 6,585.50 |
| Business Operations | 007 | 102.40 | 50,850.00 |
| Claims Administration/Bar Date | 009 | 6.90 | 3,027.50 |
| Fee/Retention Applications | 010 | 41.50 | 15,208.50 |
| Plan and Disclosure Statement | 011 | 245.60 | 159,830.00 |
| Executory Contracts | 012 | 6.00 | 2,834.00 |
| Employee Issues | 014 | 7.90 | 5,249.50 |
| General Litigation | 017 | 272.00 | 157,276.00 |
| Non-Working Travel* | 018 | 6.80 | 2,218.00 |
| Review of Pre-Petition Financings | 019 | 1,253.30 | 613,993.00 |
| Shareholder Claims | 020 | 544.00 | 350,517.50 |
| **Total** | | **2,705.20** | **$1,494,305.50** |

\* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through March 31, 2010

Our Matter #19804.002
                BANKRUPTCY GENERAL


| | | | |
|---|---|---|---|
| 03/01/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 03/01/10 | D. E. DEUTSCH | Call with Marc Roitman to discuss various case action items (.2). | 0.20 hrs. |
| 03/02/10 | D. E. DEUTSCH | Review draft agenda for tomorrow's' meeting with Debtors and propose edits to same (.2). | 0.20 hrs. |
| 03/02/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 03/02/10 | D. M. LeMAY | Review all latest court filings (1.2). | 1.20 hrs. |
| 03/02/10 | M. ROITMAN | Draft agenda for 3/3 Debtor and Committee Counsel Call (0.6). | 0.60 hrs. |
| 03/03/10 | M. ROITMAN | Preparation for (0.4) and attendance at Debtors' Counsel and Committee Counsel Conference Call (0.5). | 0.90 hrs. |
| 03/03/10 | D. M. LeMAY | Attend weekly update call with Debtors' professionals. | 0.50 hrs. |
| 03/03/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.60); post certain materials to Intralinks (.40). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 03/04/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.90). | 1.50 hrs. |
|---|---|---|---|
| 03/04/10 | D. E. DEUTSCH | Review various case e-mails (.3). | 0.30 hrs. |
| 03/05/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 03/07/10 | D. E. DEUTSCH | Review last week of daily reports, pleadings therein and pleading calendar (.8); draft e-mails to Marc Roitman re: action items related to same (.2); e-mail David Bava re: required follow-up related to various pleadings (.2); exchange multiple e-mails with David LeMay re: case action items (.3). | 1.50 hrs. |
| 03/08/10 | D. E. DEUTSCH | Meeting with Howard Seife, David LeMay and Ted Zink re: pending matters and action steps (.8); review draft pending pleading task list (.2); discuss same with Marc Roitman (.2). | 1.20 hrs. |
| 03/08/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.30). | 0.70 hrs. |
| 03/08/10 | D. M. LeMAY | Meet w/Seife, Deutsch, Zink re: timetable and pending matters. | 0.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3
```

| | | | |
|---|---|---|---|
| 03/08/10 | M. ROITMAN | Draft summary of recent filings and Committee response or proposed response (1.2); Meet with D. Deutsch re: same (0.3). | 1.50 hrs. |
| 03/09/10 | D. M. LeMAY | Review all latest court filings. | 0.70 hrs. |
| 03/09/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 0.90 hrs. |
| 03/09/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: agenda for tomorrow's meeting with Debtors' professionals (.2); review new court filings (.3). | 0.50 hrs. |
| 03/10/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to Intralinks (.40). | 0.80 hrs. |
| 03/11/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.70). | 1.30 hrs. |
| 03/11/10 | D. E. DEUTSCH | Discuss various action items with Marc Roitman (.1); review court postings (.1); discuss Intralinks follow-up matter with David Bava (.1). | 0.30 hrs. |
| 03/12/10 | D. E. DEUTSCH | Review court postings (.2); review last several daily reports, pleadings therein and calendar (.6). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 03/12/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 0.90 hrs. |
|---|---|---|---|
| 03/13/10 | D. E. DEUTSCH | Review court postings (.1); e-mail Howard Seife re: possible action steps related to new filing (.1): review pleadings summary chart (.3). | 0.50 hrs. |
| 03/15/10 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 03/15/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 03/16/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.40). | 1.20 hrs. |
| 03/16/10 | M. ROITMAN | Draft agenda for 3/17 Debtor professional call (0.5); Draft email to Committee re: proposal summary (0.4). | 0.90 hrs. |
| 03/16/10 | D. E. DEUTSCH | Meeting with Howard Seife and Ted Zink re: upcoming hearings and pending projects (.5); discuss new court postings with Marc Roitman (.2); edit Committee posting note (.1); review and revise agenda for tomorrow's meeting with Debtors' professionals (.1); review last two pleading reports, pleadings therein and calendar (.3). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


03/17/10    D. E. DEUTSCH          Exchange e-mails with Debtors'          0.90 hrs.
                                   professional team re: meeting on
                                   action items (.2); exchange
                                   e-mails with David LeMay re:
                                   outstanding matters (.2); review
                                   court posting re: next week's
                                   hearing (.1); e-mail Howard Seife
                                   re: same (.1); telephone
                                   conversation with Denis Glazer
                                   (Senior Lender counsel) re:
                                   extension of time to respond to
                                   motion (.1); exchange related
                                   e-mails (.2).

03/17/10    D. BAVA                Review and analysis of docket           1.10 hrs.
                                   sheets, including Neil district
                                   court litigation and adversary
                                   proceeding re: daily case activity
                                   (.60); review, revise and finalize
                                   case calendar based on current
                                   docket entries (.20); post certain
                                   materials to Intralinks (.30).

03/18/10    D. BAVA                Review and analysis of docket           1.80 hrs.
                                   sheets, including Neil district
                                   court litigation and adversary
                                   proceeding re: daily case activity
                                   (.60); review, revise and finalize
                                   case calendar based on current
                                   docket entries (.70); post certain
                                   materials to Intralinks (.50).

03/19/10    D. BAVA                Review and analysis of docket           1.40 hrs.
                                   sheets, including Neil district
                                   court litigation and adversary
                                   proceeding re: daily case activity
                                   (.80); review, revise and finalize
                                   case calendar based on current
                                   docket entries and recently filed
                                   hearing agenda (.60).

03/22/10    D. BAVA                Review and analysis of docket           2.30 hrs.
                                   sheets, including Neil district
                                   court litigation and adversary
                                   proceeding re: daily case activity
                                   (.80); review, revise and finalize
                                   case calendar based on current
                                   docket entries (.40); preparation
                                   of hearing materials re: matters
                                   scheduled for March 23rd (1.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| 03/22/10 | D. E. DEUTSCH | Exchange e-mails with Adam Landis re: tomorrow's hearing matters (.2); review last three daily pleading reports, pleadings therein and calendar (.6); review various case-related e-mails (.2); review court postings re: Thursday's hearing (.3); call and e-mail with Matt McGuire re: tomorrow's hearing schedule (.2). | 1.50 hrs. |
|----------|---------------|---|---|
| 03/22/10 | M. ROITMAN | Review of Minutes from Jan. 22 meeting re: unanimous written consent. | 0.50 hrs. |
| 03/23/10 | M. ROITMAN | Correspond with D. Deutsch re: Wednesday conference call with Debtors' counsel (0.2); Draft email to Debtors' counsel re: cancellation of Wednesday conference call (0.2); Correspond with T. Zink re: Committee Bylaws (0.2); Draft email to Committee re: 3/23 hearing (0.2) | 0.80 hrs. |
| 03/23/10 | D. E. DEUTSCH | Review materials for today's omnibus hearing (1.8); meeting with Bryan Krakauer re: Committee's position related to today's hearing matters (.2); participate in omnibus hearing (1.3); draft memorandum to Committee regarding today's omnibus hearing (1.1). | 4.40 hrs. |
| 03/23/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.60). | 1.40 hrs. |
| 03/24/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7

| | | | |
|---|---|---|---|
| 03/25/10 | D. E. DEUTSCH | Exchange e-mails re: filing issues/service issues with Rebecca Butcher (.3). | 0.30 hrs. |
| 03/25/10 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 03/25/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30); | 0.90 hrs. |
| 03/26/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 03/27/10 | D. E. DEUTSCH | Review new materials posted to Intralinks (.2); draft e-mail to Marc Roitman and David Bava re: additions to Intralinks (.2); review week's pleading reports, pleadings therein and calendar (.6). | 1.00 hrs. |
| 03/29/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 03/29/10 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 03/29/10 | D. E. DEUTSCH | Call with U.S. Trustee (Joe McMahon) re: general case matters (.2). | 0.20 hrs. |
| 03/29/10 | M. ROITMAN | Correspond with D. Deutsch and D. Bava re: 3/23 and 3/26 Hearing Summaries (0.3); Correspond with H. Lamb and D. Deutsch re: Moelis Reports on Valuation and Recovery (.08). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


| 03/30/10 | M. ROITMAN | Draft agenda for 3/31 Debtor and Committee Counsel Call (0.4). | 0.40 hrs. |
| 03/30/10 | D. E. DEUTSCH | Review and edit posting note for Committee on recent news article (.2). | 0.20 hrs. |
| 03/30/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 03/31/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20); revise meeting and events calendar (.20). | 1.00 hrs. |
| 03/31/10 | D. E. DEUTSCH | Prepare for call with Debtors' professionals re: various case matters (.2); participate in related call (.2); exchange e-mails with Marc Roitman and David Bava re: changes to Intralinks (.2); two calls with Kevin Lantry re: various case matters (.3); call with Alan Holtz (AlixPartners) to discuss various case matters (.2). | 1.10 hrs. |
| 03/31/10 | M. ROITMAN | Attendance at Debtors' Counsel and Committee Counsel conference call (0.2). | 0.20 hrs. |


                    **Total Fees for Professional Services**............    **$26,112.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    9
```

**TOTAL DUE FOR THIS MATTER...................................** $26,112.50

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 6.50 | 5557.50 |
| D. E. DEUTSCH | 695.00 | 16.30 | 11328.50 |
| D. BAVA | 270.00 | 25.10 | 6777.00 |
| M. ROITMAN | 355.00 | 6.90 | 2449.50 |
| TOTALS | | 54.80 | 26112.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through March 31, 2010

Our Matter #19804.003
          COMMITTEE MEETINGS

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/01/10 | M. ROITMAN | Draft agenda for 3/2 Committee Professionals' conference call (0.6); Call with C. Yamaoka and F. Anderson (PBGC) re: 3/4 Committee meeting (0.1); Call with D. Deutsch re: 3/2 Committee professionals call and 3/4 Committee meeting (0.4); | 1.10 hrs. |
| 03/02/10 | M. ROITMAN | Attendance at Committee Professionals' conference call (0.9); Draft agenda for 3/4 Creditors' Committee Meeting (0.8). | 1.70 hrs. |
| 03/02/10 | D. M. LeMAY | Participate in weekly Committee professionals call (.6). | 0.60 hrs. |
| 03/02/10 | R. A. SCHWINGER | Attend Professionals conference call to address discovery issues. | 0.40 hrs. |
| 03/03/10 | M. ROITMAN | Revise agenda for 3/4 Creditors' Committee Meeting (0.2); review materials in preparation for 3/4 Creditors' Committee meeting (0.6). | 0.80 hrs. |
| 03/03/10 | H. SEIFE | Preparation for Committee meeting. | 1.20 hrs. |
| 03/03/10 | H. LAMB | Prepare materials for 3/4 Committee meeting (1.8); conferences with H.Seife and M.Roitman regarding same (.5); revise and finalize presentation for Committee meeting (1.0). | 3.30 hrs. |
| 03/04/10 | T. J. MCCORMACK | Prepare for (.9) and meeting with Committee re: presentation on third party claims (2.4). | 3.30 hrs. |
| 03/04/10 | H. SEIFE | Preparation for Committee meeting (1.7); Committee meeting at C&P (2.5). | 4.20 hrs. |
| 03/04/10 | S. BERSON | Prepared for creditors' committee meeting on DIP (0.5); attended part of creditors' committee meeting re: amended DIP facility (0.8). | 1.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/04/10 | M. A. ALPERT | Attended part of Committee meeting re: Food Networks partnership. | 1.00 hrs. |
| 03/04/10 | D. M. LeMAY | Prepare for (1.5) and attend (2.3) in person meeting of the Committee. | 3.80 hrs. |
| 03/04/10 | M. ROITMAN | Preparation for (0.9) and take minutes at 3/4 Creditors' Committee Meeting (2.3); Conference with H. Seife, B. Stark, and various Committee Members and Professionals following meeting (1.2). | 4.40 hrs. |
| 03/04/10 | M. D. ASHLEY | Attended Creditors' Committee meeting regarding status of proceedings and third party complaint. | 2.50 hrs. |
| 03/08/10 | M. ROITMAN | Draft agenda for 3/9 Committee Professionals' Conference Call (0.2); Draft email to Committee Professionals re: 3/9 conference call (0.1) | 0.30 hrs. |
| 03/08/10 | D. E. DEUTSCH | Draft e-mail memorandum to Committee re: Thursday's meeting and discussion items (.4); exchange e-mails with Alan Holtz re: matters/research items to be addressed at Thursday's Committee meeting (.3); review inquiry from (co-chair) Miriam Kulnis re: Thursday's Committee meeting (.2); e-mail Marc Roitman re: Committee professional meeting schedule/agenda (.2). | 1.10 hrs. |
| 03/09/10 | D. E. DEUTSCH | Review and revise Thursday's Committee agenda (.2); conference with Marc Roitman to address confirmation from certain parties re: agenda items (.2); review related e-mails (.2). | 0.60 hrs. |
| 03/09/10 | H. SEIFE | Preparation for Committee meeting. | 1.50 hrs. |
| 03/09/10 | M. ROITMAN | Draft agenda for 3/11 Creditors' Committee Meeting (0.6) | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


03/10/10    M. ROITMAN        Revise agenda for 3/11 Creditors'      0.60 hrs.
                              Committee Meeting (0.1); review
                              materials in preparation for 3/11
                              Creditors' Committee Meeting (0.5).

03/10/10    H. SEIFE          Preparation for Committee meeting.     1.50 hrs.

03/10/10    D. E. DEUTSCH     Exchange e-mails with Marc Roitman     2.50 hrs.
                              re: Committee minute issue (.2);
                              begin preparing outline on issue
                              for Committee to address at
                              tomorrow's Committee meeting
                              (2.1); e-mail Helen Lamb re:
                              preparing additional materials for
                              tomorrow's Committee meeting (.2).

03/10/10    H. LAMB           Preparation of materials for March     2.20 hrs.
                              11 in-person Committee meeting
                              (1.8); conferences with D.Deutsch
                              and H.Seife regarding meeting (.4).

03/11/10    H. LAMB           Preparation of materials for           2.00 hrs.
                              today's Committee meeting (1.6);
                              conferences and emails with
                              D.Deutsch and M.Roitman regarding
                              same (.4).

03/11/10    D. E. DEUTSCH     Review By-Laws, Bankruptcy Code        5.50 hrs.
                              provisions and other materials to
                              prepare for issue to be raised at
                              Committee meeting (1.1); draft
                              posting note for Committee
                              presentation (.2); conferences
                              with PBGC counsel and Guild to
                              discuss various matters scheduled
                              for today's meeting (.3);
                              participate in Committee meeting
                              (3.9).

03/11/10    H. SEIFE          Preparation for Committee meeting      4.40 hrs.
                              (.6); attend in-person Committee
                              meeting at C&P (3.8).

03/11/10    M. ROITMAN        Preparation for (1.1) and take         5.70 hrs.
                              minutes at 3/11 Creditors'
                              Committee meeting (3.7); Revise
                              Creditors' Committee meeting
                              minutes from three prior Committee
                              meetings (.9).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 03/11/10 | N. T. ZINK | Prepare for committee meeting (1.4); attend part of committee meeting and present re Wilmington Trust Complaint (2.9). | 4.30 hrs. |
| 03/13/10 | D. E. DEUTSCH | Review and edit minutes from three Committee meetings (1.6). | 1.60 hrs. |
| 03/15/10 | M. ROITMAN | Draft agenda for 3/16 Committee Professionals' Conference Call (0.4); Draft Email to Committee re: special meeting (0.5); Revise Creditors' Committee meeting minutes from prior meetings (0.5); | 1.40 hrs. |
| 03/16/10 | M. ROITMAN | Attendance at Committee Professionals' conference call (0.6); Draft agenda for 3/18 Creditors' Committee meeting (0.5); record minutes at 3/16 Special Creditors' Committee Meeting (1.1). | 2.20 hrs. |
| 03/16/10 | D. E. DEUTSCH | Prepare for (.3) and meeting with Committee professionals re: case matters (.5); call with/e-mails to Marc Roitman re: preparing materials for today's Committee meeting (.5); prepare for special Committee meeting (.2); participate in special Committee meeting (1.2); revise draft Committee agenda for Thursday (.1). | 2.80 hrs. |
| 03/16/10 | H. SEIFE | Prepare for special Committee meeting (1.1); telephonic Committee meeting (1.4). | 2.50 hrs. |
| 03/16/10 | R. A. SCHWINGER | Attend Professionals meeting to address discovery issues (0.6). | 0.60 hrs. |
| 03/16/10 | M. D. ASHLEY | Attend part of professionals' meeting regarding status of investigation (.5). | 0.50 hrs. |
| 03/17/10 | H. SEIFE | Preparation for special Committee meeting (1.3); telephonic Committee meeting (2.4). | 3.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    5
```

| 03/17/10 | D. E. DEUTSCH | Prepare for special Committee meeting (.5); participate in same (2.4); review draft presentation materials for tomorrow's in-person Committee meeting (.8). | 3.70 hrs. |
|---|---|---|---|
| 03/17/10 | M. ROITMAN | Record minutes at 3/17 Special Creditors' Committee Meeting (2.5). | 2.50 hrs. |
| 03/17/10 | H. LAMB | Conferences with M.Roitman, D.Deutsch and H.Seife regarding March 18 in-person Committee meeting (.5); preparation of materials for meeting (1.8). | 2.30 hrs. |
| 03/17/10 | N. T. ZINK | Attend part committee call re Centerbridge presentation (1.0). | 1.00 hrs. |
| 03/18/10 | M. ROITMAN | Record minutes at 3/18 Creditors' Committee meeting (2.4); Revise minutes from two prior Committee meetings (1.7). | 4.10 hrs. |
| 03/18/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: materials for today's Committee meeting (.2); prepare for Committee meeting (.5); participate in Committee meeting (2.5) and post-meeting conversations with Frank Anderson (.3). | 3.50 hrs. |
| 03/18/10 | H. SEIFE | Prepare for Committee meeting (1.6) attend in-person Committee meeting at C&P (2.6). | 4.20 hrs. |
| 03/18/10 | M. S. TOWERS | Prepared for (1.3) and attended portion of Committee meeting to address inquiries re: Examiner motion  (.8). | 2.10 hrs. |
| 03/22/10 | D. E. DEUTSCH | Review and respond to inquiry from Ted Zink re: Committee bylaws issue (.2); review recent Committee minutes and edit same (.4); discuss minutes issue with Marc Roitman (.2); review and edit agenda for tomorrow's meeting with Committee professionals (.2). | 1.00 hrs. |

| 03/22/10 | M. ROITMAN | Draft agenda for 3/23 Committee Professionals' conference call (0.4); Revise minutes from three prior Committee meetings (0.9); correspond with D. Deutsch and D. LeMay re: minutes (0.2) | 1.50 hrs. |
|---|---|---|---|
| 03/23/10 | M. ROITMAN | Attendance at Committee Professionals' Conference Call (0.5); Draft agenda for 3/25 Creditors' Committee meeting (0.4); Correspond with D. Bava re: December Committee meeting minutes (0.2); Draft 3/4 Creditors' Committee meeting minutes (0.7); Revise minutes from prior Committee meetings (1.3). | 3.10 hrs. |
| 03/23/10 | R. A. SCHWINGER | Attend Committee professionals meeting/conference call to address discovery issues. | 0.40 hrs. |
| 03/23/10 | D. E. DEUTSCH | Prepare to today's Committee professional meeting (.5); participate in same (.4). | 0.90 hrs. |
| 03/23/10 | M. D. ASHLEY | Prepared for professionals' meeting regarding status of investigation (.3); attended professionals' meeting regarding status of investigation (.4). | 0.70 hrs. |
| 03/24/10 | H. SEIFE | Prepare for Committee meeting. | 1.30 hrs. |
| 03/24/10 | M. ROITMAN | Draft Committee meeting minutes from 3/4 meeting (.8); revise meeting minutes from prior Committee meetings (.9). | 1.70 hrs. |
| 03/25/10 | M. ROITMAN | Take minutes at 3/25 Creditors' Committee meeting (2.7); Draft email to Committee re: 3/26 Special Committee Meeting (0.5); Draft 3/11 Creditors' Committee meeting minutes (0.4) | 3.60 hrs. |
| 03/25/10 | H. SEIFE | Prepare for Committee meeting (1.8); meeting with Commitee (2.7). | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         April 25, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    7


| 03/25/10 | N. T. ZINK | Prepare for call with Committee and review Moelis distribution chart (.3); participate in phone conference with Committee re plan settlement issues (2.1). | 2.40 hrs. |
|---|---|---|---|
| 03/25/10 | D. E. DEUTSCH | Draft outline for today's Committee meeting presentation (.5); participate in pre-Committee conference with professionals and Committee chair (.6); participate in Committee meeting (2.8). | 3.90 hrs. |
| 03/26/10 | D. E. DEUTSCH | Participate in Committee meeting re: settlement discussions (.9). | 0.90 hrs. |
| 03/26/10 | H. SEIFE | Prepare for Committee meeting (2.1); telephonic meeting with Committee (1.1). | 3.20 hrs. |
| 03/26/10 | M. ROITMAN | Take minutes at 3/26 special Committee meeting (0.9); Draft email to Committee re: 3/29 special Committee meeting (0.2). | 1.10 hrs. |
| 03/26/10 | N. T. ZINK | Prepare for committee call (.2); participate on committee call re plan settlement issues (.8). | 1.00 hrs. |
| 03/29/10 | M. ROITMAN | Draft agenda for 3/30 Committee Professionals' Conference Call (0.3); Attendance at 3/29 Special Creditors' Committee meeting (0.7) | 1.00 hrs. |
| 03/29/10 | D. E. DEUTSCH | Prepare update materials for Committee meeting (.3); review posted materials for Committee meeting from Moelis (.3); exchange e-mails with Marc Roitman re: posting note related to same (.2); participate in Committee meeting (.5); review draft agenda, related background materials and revise agenda for Committee professional meeting (.3). | 1.60 hrs. |
| 03/29/10 | D. M. LeMAY | Participate in Telephonic Committee Meeting. | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


| 03/29/10 | H. SEIFE | Preparation for Committee meeting (1.6); meeting with Committee (1.3). | 2.90 hrs. |
|---|---|---|---|
| 03/30/10 | R. A. SCHWINGER | Attend Committee professionals meeting to adress discovery issues. | 0.50 hrs. |
| 03/30/10 | D. E. DEUTSCH | Prepare for meeting with Committee professionals (.2); participate in same (.4). | 0.60 hrs. |
| 03/30/10 | M. ROITMAN | Attendance at Committee Professionals' Conference Call (0.5); Draft agenda for 4/1 Creditors' Committee Meeting (0.4) | 0.90 hrs. |
| 03/30/10 | N. T. ZINK | Participate on all-professionas call (.5) | 0.50 hrs. |
| 03/31/10 | N. T. ZINK | Prepare for committee call re deal modifications (.2); participate on committee call (.6). | 0.80 hrs. |
| 03/31/10 | M. ROITMAN | Take minutes at 3/31 special Creditors' Committee meeting (0.8); Call with N. Thomas (Kirkland) re: same (0.1); Draft emails to Committee re: 4/1 Committee meeting (0.7). | 1.60 hrs. |
| 03/31/10 | D. E. DEUTSCH | Prepare for today's Committee meeting (.2); participate in part of today's Committee meeting (.3); exchange e-mails with David Bava re: next Committee meeting (.2). | 0.70 hrs. |
| 03/31/10 | D. M. LeMAY | Prepare for (.3) and participate in (.7) conference call meeting of the Committee. | 1.00 hrs. |
| 03/31/10 | H. SEIFE | Preparation for Committee meeting (1.8); meeting with Creditors' Committee (1.1). | 2.90 hrs. |


**Total Fees for Professional Services.............  $97,448.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     9
```

**TOTAL DUE FOR THIS MATTER**.....................................  **$97,448.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 6.10 | 5215.50 |
| H. SEIFE | 965.00 | 38.00 | 36670.00 |
| M. A. ALPERT | 825.00 | 1.00 | 825.00 |
| N. T. ZINK | 795.00 | 10.00 | 7950.00 |
| R. A. SCHWINGER | 785.00 | 1.90 | 1491.50 |
| T. J. MCCORMACK | 825.00 | 3.30 | 2722.50 |
| M. D. ASHLEY | 645.00 | 3.70 | 2386.50 |
| D. E. DEUTSCH | 695.00 | 30.90 | 21475.50 |
| S. BERSON | 695.00 | 1.30 | 903.50 |
| M. S. TOWERS | 475.00 | 2.10 | 997.50 |
| H. LAMB | 270.00 | 9.80 | 2646.00 |
| M. ROITMAN | 355.00 | 39.90 | 14164.50 |
| TOTALS | | 148.00 | 97448.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                                For Services Through March 31, 2010
    Our Matter #19804.004
              CREDITOR COMMUNICATIONS


03/03/10   H. SEIFE          Telephone conferences with           0.70 hrs.
                             Committee members regarding
                             in-person meeting.

03/04/10   H. SEIFE          Telephone conferences with           0.80 hrs.
                             Committee members regarding case
                             issues.

03/08/10   D. E. DEUTSCH     Telephone conversation with bond     1.00 hrs.
                             creditor (Sherrill Houston) re:
                             general case matters (.4);
                             telephone conversation with
                             Committee member (Gabrielle Davis)
                             re: general case matters (.2);
                             telephone conversation with David
                             Adler (Committee member) re:
                             Thursday's Committee meeting
                             matters (.1); call with Committee
                             co-chair (Miriam Kulnis) re:
                             matters scheduled for Thursday's
                             Committee meeting (.2); draft
                             related follow-up e-mail to Howard
                             Seife (.1).

03/16/10   D. E. DEUTSCH     Call with Committee member           0.60 hrs.
                             (Gabrielle Davis) re: various case
                             issues (.3); telephone
                             conversation with Committee member
                             (David Adler) re: confidentiality
                             issue and various other matters
                             (.3).

03/25/10   D. E. DEUTSCH     Telephone conversation with Damian   0.20 hrs.
                             Schaible (Committee member
                             counsel) re: various outstanding
                             matters (.2).

03/25/10   M. ROITMAN       Draft email to Committee re:          0.70 hrs.
                             valuation discussion materials
                             (0.7);

03/31/10   D. E. DEUTSCH     Exchange e-mails with Gabrielle      0.30 hrs.
                             Davis (Buena Visa) (.1); telephone
                             conversation with Jay Teitelbaum
                             re: pension/employee issues (.2).



        Total Fees for Professional Services.............    $3,155.50
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


**TOTAL DUE FOR THIS MATTER.....................................   $3,155.50**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 1.50 | 1447.50 |
| D. E. DEUTSCH | 695.00 | 2.10 | 1459.50 |
| M. ROITMAN | 355.00 | .70 | 248.50 |
| TOTALS | | 4.30 | 3155.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    1


                               For Services Through March 31, 2010

   Our Matter #19804.005
            DIP FINANCING


03/02/10   S. BERSON       Spoke with D. LeMay and M. Roitman       0.70 hrs.
                           re: DIP amendment (0.3); reviewed
                           termination agreement (0.4).

03/02/10   D. M. LeMAY     Review DIP amendment and e-mail M.       1.20 hrs.
                           Roitman regarding same.

03/02/10   M. ROITMAN      Correspondence with D. LeMay, S.         0.90 hrs.
                           Berson re: DIP Facility Update
                           (0.6); Review of DIP Motion (0.3)

03/02/10   D. E. DEUTSCH   Review multiple e-mails from            0.50 hrs.
                           Debtors' counsel (Candice Klein)
                           and David LeMay re: LC facility
                           issues (.3); exchange additional
                           e-mails with David LeMay re:
                           original LC proposal (.2).

03/03/10   M. ROITMAN      Review of Debtors' Motion to Amend      2.10 hrs.
                           DIP Facility (0.9); Draft
                           Intralinks Posting Note re: same
                           (0.3); Draft email to Committee
                           re: Fee Letter confidentiality
                           (0.9).

03/03/10   D. M. LeMAY     Review of revised DIP Order.            0.40 hrs.

03/03/10   S. BERSON       Call with Debtors' counsel re: L/C      1.60 hrs.
                           facility (0.2); call with Alix
                           Partners re:  L/C facility (0.2);
                           prepared for creditors' committee
                           meeting re: same (1.2).

03/04/10   M. ROITMAN      Draft email to D. LeMay re: Fee         0.40 hrs.
                           Letter confidentiality (0.4).

03/12/10   M. ROITMAN      Review of Amended Letter of Credit      0.40 hrs.
                           Facility (0.2); Correspondence
                           with D. Deutsch re: same (0.2)

03/12/10   D. E. DEUTSCH   Preliminary review of filed            0.80 hrs.
                           documents re: new LC agreement
                           (.3); call with Brian Trust (LC
                           lender) re: same (.1); conference
                           to discuss drafting memorandum to
                           Committee on same with Marc
                           Roitman (.2); exchange e-mails
                           with Brian Trust re: next steps
                           (.2).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/16/10 | D. E. DEUTSCH | Exchange calls and e-mails with Brian Trust re: next steps on LC agreement (.4); call (.1) and further exchange of e-mails with Brian Trust re: LC fees (.1). | 0.60 hrs. |
| 03/16/10 | M. ROITMAN | Correspondence with D. Deutsch re: Barclays Fee Letter (0.1) | 0.10 hrs. |
| 03/17/10 | M. ROITMAN | Draft email to Committee re: Debtors' Motion to Amend Letter of Credit Facility and related fee letter (1.4). | 1.40 hrs. |
| 03/17/10 | S. BERSON | Reviewed fee letter and prepared summary. | 0.60 hrs. |

**TOTAL DUE FOR THIS MATTER**.................................    **$6,585.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 1.60 | 1368.00 |
| D. E. DEUTSCH | 695.00 | 1.90 | 1320.50 |
| S. BERSON | 695.00 | 2.90 | 2015.50 |
| M. ROITMAN | 355.00 | 5.30 | 1881.50 |
| TOTALS | | 11.70 | 6585.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through March 31, 2010

Our Matter #19804.007
        BUSINESS OPERATIONS

| | | | |
|---|---|---|---|
| 03/02/10 | M. ROITMAN | Review of GreenCo Objection in In re Affiliated Media (0.4); draft email to H. Seife and D. Deutsch re: same (0.2); Call with C. Kline (Sidley) re: same (0.1); draft email memo to D. Deutsch re: GreenCo Limited Objection (0.8); Review of LA Times 363 Motion (0.5); Call with D. Deutsch re: GreenCo Objection and LA Times 363 Motion (0.3). | 2.30 hrs. |
| 03/02/10 | H. SEIFE | Emails regarding 2010 business plan review. | 0.30 hrs. |
| 03/02/10 | D. E. DEUTSCH | Review news article on Debtors' claim against Affiliated Media (.2); e-mail Marc Roitman re: required follow-up related to same (.1); exchange additional related e-mails with Marc Roitman (.2); call with Marc Roitman re: multiple action items (.3). | 0.80 hrs. |
| 03/02/10 | D. E. DEUTSCH | Review discovery summary on senior lender fee dispute (.3); e-mail Ali Nellos re: required additional follow-up related to same (.1). | 0.40 hrs. |
| 03/03/10 | H. SEIFE | Review of Moelis weekly industry update. | 0.30 hrs. |
| 03/03/10 | M. ROITMAN | Correspondence with M. Alpert re: Food Network Transaction. | 0.10 hrs. |
| 03/03/10 | M. A. ALPERT | Review correspondence re: Food Network partnership. | 1.20 hrs. |
| 03/04/10 | H. SEIFE | Review of AlixPartners weekly report. | 0.30 hrs. |
| 03/05/10 | R. LISKOV | Review and reply to T. Stevenson e-mail re "insured versus insured" exception. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    April 25, 2010
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                               Page    2


03/08/10    M. ROITMAN          Review of Debtors' (i) New River         0.50 hrs.
                                Motion, (ii) Notice Extension
                                Motion, and (iii) LA Times Motion
                                (0.5).

03/08/10    M. STRAND           Office conference w/ J. Stenger          0.20 hrs.
                                RE: research on FCC ownership
                                review and status of 3d Cir
                                proceeding.

03/08/10    D. E. DEUTSCH       Exchange e-mails with Brad Hall          1.80 hrs.
                                and Alan Holtz re: Debtors'
                                revised business plan (.2); review
                                AlixPartner's weekly Debtor
                                operating report (.2); telephone
                                conversation with Alan Holtz and,
                                in part, Brad Hall re: Debtors'
                                2010 business plan and various
                                other business matters (.4);
                                review related e-mails from Alan
                                Holtz re: schedule with agenda
                                related to same (.3); draft
                                additional follow-up e-mail to
                                Alan Holtz re: same (.2); edit
                                draft Committee memorandum on
                                settlement of insurance issue
                                (.3); review Moelis weekly report
                                (.2).

03/08/10    H. SEIFE            Review of documents regarding 2010       1.20 hrs.
                                business plan.

03/09/10    M. ROITMAN          Draft memo re: Debtors' (i) New          2.20 hrs.
                                River Motion, (ii) Notice
                                Extension Motion, and (iii) LA
                                Times Motion.

03/10/10    D. E. DEUTSCH       Review two recent AlixPartners'          0.40 hrs.
                                postings re: business plan issues
                                (.4).

03/11/10    D. E. DEUTSCH       Exchange e-mails with FCC team re:       1.10 hrs.
                                inquiry on investment advisor
                                information (.2); review and edit
                                Committee memorandum on three
                                court filings re: business issues
                                (.9).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 03/11/10 | M. ROITMAN | Revise memo re: Debtors' (i) New River Motion, (ii) Notice Extension Motion, and (iii) LA Times Motion (1.7). | 1.70 hrs. |
| 03/12/10 | M. ROITMAN | Revise memo re: Debtors' (i) New River Motion, (ii) Notice Extension Motion, and (iii) LA Times Motion (0.5) | 0.50 hrs. |
| 03/12/10 | D. E. DEUTSCH | Review e-mails from Moelis re: Food Networks' issue (.1). | 0.10 hrs. |
| 03/12/10 | D. E. DEUTSCH | Draft final edits to Committee memorandum on various business issues (.5); exchange e-mails with David Bava re: posting related to same (.2). | 0.70 hrs. |
| 03/16/10 | H. SEIFE | Review of AlixPartners weekly status report. | 0.30 hrs. |
| 03/17/10 | H. SEIFE | Review of AlixPartners 2009 results report. | 0.90 hrs. |
| 03/17/10 | D. E. DEUTSCH | Exchange e-mails with AlixPartners' team re: rejection by non-Tribune debtor of contract (.3). | 0.30 hrs. |
| 03/24/10 | H. SEIFE | Review of Moelis weekly update (.3); review of update on Food Networks transaction (.5); review of AlixPartners weekly report (.3). | 1.10 hrs. |
| 03/24/10 | N. T. ZINK | Review Alix Partners' Weekly Status Update. | 0.10 hrs. |
| 03/25/10 | J. A. STENGER | Telephone conference with D. Deutsch regarding FCC aspects of settlement negotiations and alternative structures for reorganization under FCC rules (0.8); telephone conference with M Strand regarding same and regarding research and memo drafting (1.1); research regarding same (2.7). | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


03/25/10   M. STRAND          Call w/ J. Stenger RE:              5.40 hrs.
                              developments in filing of the
                              plan, research and memo regarding
                              settlement negotiations and FCC
                              alternative structures for
                              reorganization (1.1).   Research
                              RE: same (4.3).

03/25/10   D. E. DEUTSCH      Review memorandum re: update on     1.30 hrs.
                              Food Network transaction (.3);
                              prepare for (.3) and conference
                              with James Stenger re: FCC issues
                              (.7).

03/25/10   M. A. ALPERT       Reviewed documents re: proposed     1.20 hrs.
                              Food Network investment.

03/26/10   M. A. ALPERT       Reviewed documents re: proposed     0.80 hrs.
                              Food Network investment (.6);
                              confs. B. Gruemmer re: same (.2).

03/26/10   M. STRAND          Research and preparing memo         5.70 hrs.
                              regarding settlement negotiations
                              and FCC alternative structures for
                              reorganization (5.3).   Emails w/
                              J. Stenger RE: same (.4).

03/26/10   J. A. STENGER      Research regarding FCC aspects of   5.30 hrs.
                              settlement negotiations and
                              alternatives for reorganization
                              under FCC rules and case law
                              (3.8); office conference with
                              M.Strand re: same (1.5).

03/26/10   B. G. CARSON       Conference call with B. Gruemmer    0.50 hrs.
                              (Tribune outside counsel) to
                              discuss the proposed Television
                              Food Network transaction.

03/27/10   J. A. STENGER      Conferences with M. Strand          6.50 hrs.
                              regarding research on lifting of
                              stay and Third Circuit (0.9);
                              review Third Circuit order and
                              prepare correspondence to D.
                              Deutsch and M. Strand regarding
                              same (0.8); research regarding
                              revisions to memo to Committee
                              (0.8); telephone conference with
                              J. Feore, debtor FCC counsel,
                              regarding settlement negotiations
                              and FCC application (0.6);
                              research regarding memo regarding

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

|            |                |                                                                                                                                                                                                                  |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | settlement negotiations and FCC alternative structures for reorganization (2.6); correspondence with M.Strand regarding same (.8).                                                                                 |            |
| 03/27/10   | M. STRAND      | Calls w/ J. Stenger RE: research, drafting of memos, and conversations with Debtor's counsel (1.1); emails w/ J. Stenger RE: same (.8); research for memo regarding settlement negotiations and FCC alternative structures for reorganization (3.2); draft email summary with supporting materials for J. Stenger (1.8). | 6.90 hrs. |
| 03/27/10   | D. E. DEUTSCH  | Review update on new court ruling re: FCC rules (.4); exchange multiple e-mails with James Stenger re: FCC matters (.2).                                                                                           | 0.60 hrs. |
| 03/28/10   | M. STRAND      | Review and revise memo to Committee (.8); review email from D. Deutsch RE: draft plan (.4); email w/ J. Stenger RE: memos and plan review (.2); research and draft memo regarding settlement negotiations and FCC alternative structures for reorganization (4.8). Review and revise memo (1.1). | 7.30 hrs. |
| 03/28/10   | J. A. STENGER  | Review and revise memo to Committee regarding FCC developments and lifting of stay by Third Circuit (.9); research on memo regarding settlement negotiations and FCC alternative structures for reorganization (1.8); review and revise memo (1.3) and office correspondence with M. Strand and D. Deutsch regarding same (.5); review draft reorganizaton plan regarding FCC matters (1.2). | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6


| | | | |
|---|---|---|---|
| 03/29/10 | J. A. STENGER | Telephone conference with D. Deutsch regarding proposed Plan FCC matters (.3); telephone conference with J. Feore, debtor counsel, regarding same (.4); telephone conference with D. Deutsch and J. Boelter, Debtors' counsel, regarding Plan FCC issues (.9); telephone conference with M. Strand regarding various research task related to same (1.2); review plan and disclosure statement (1.4) and research regarding same (1.2); revise draft memo regarding FCC aspects of Plan (.9). | 6.30 hrs. |
| 03/29/10 | D. E. DEUTSCH | Exchange e-mails with James Stenger and Jessica Boelter (Debtors' counsel) re: FCC matter (.4); review related FCC materials (.3); two calls with James Stenger re: analysis of FCC provisions of draft plan (.6); call with Jessica Boelter and James Stenger re: FCC matters (.9). | 2.20 hrs. |
| 03/29/10 | M. STRAND | Emails w/ J. Stenger and D. Deutsch RE: review of draft plan (.6); calls w/ J. Stenger RE: memo RE: preliminary FCC review of draft plan and disclosure statement (1.1); review of draft plan and disclosure statement for FCC issues (1.7); draft memo RE: preliminary review of plan and disclosure statement for FCC issues and review/revise memo (4.1). Review, revise memo RE: settlement negotiations and FCC alternative structures for reorganization (.9). | 8.40 hrs. |
| 03/30/10 | M. STRAND | Calls w/ J. Stenger RE: revisions to memo RE: preliminary FCC review of draft plan and disclosure statement (.4); review and revise memo (1.2); emails w/ D. Deutsch and J. Stenger RE: same (1.1); additional research RE: same (4.2). Review disclosure statement for additional FCC issues (1.0). | 7.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7


03/30/10   J. A. STENGER       Review and revise draft memo        5.10 hrs.
                               regarding FCC aspects of plan
                               (1.7); research regarding same
                               (2.6); office correspondence
                               regarding same with M. Strand and
                               D. Deutsch (0.8).

03/30/10   M. ROITMAN          Review Debtors' Motions to Approve   1.00 hrs.
                               Settlements re: California /
                               Connecticut Tax Issues (0.8);
                               Correspond with A. Leung
                               (AlixPartners) re: same (0.2)

03/31/10   M. ROITMAN          Review Debtors' Motions to Approve   0.50 hrs.
                               Settlements re: California /
                               Connecticut Tax Issues (0.5).



**TOTAL DUE FOR THIS MATTER**..................................... $50,850.00


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 4.40 | 4246.00 |
| M. A. ALPERT | 825.00 | 3.20 | 2640.00 |
| N. T. ZINK | 795.00 | .10 | 79.50 |
| J. A. STENGER | 495.00 | 33.50 | 16582.50 |
| R. LISKOV | 675.00 | .40 | 270.00 |
| B. G. CARSON | 475.00 | .50 | 237.50 |
| D. E. DEUTSCH | 695.00 | 9.70 | 6741.50 |
| M. ROITMAN | 355.00 | 8.80 | 3124.00 |
| M. STRAND | 405.00 | 41.80 | 16929.00 |
| TOTALS | | 102.40 | 50850.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through March 31, 2010

Our Matter #19804.009
             CLAIMS ADMINISTRATION/BAR DATE

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/20/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: analysis of various claims objections and issues therein (.3). | 0.30 hrs. |
| 03/26/10 | D. E. DEUTSCH | Exchange e-mails with AlixPartners' team (Brad Hall, Alan Holtz); re: research on retiree claim (.2); Call with Kevin Lantry to discuss multiple open claim and other matters (.5). | 0.70 hrs. |
| 03/29/10 | D. E. DEUTSCH | Review additional materials on certain employee retiree claims (.3); e-mail AlixPartners on follow-up related to same (.1). | 0.40 hrs. |
| 03/29/10 | M. ROITMAN | Review Debtors' 19-22 Omnibus Claims Objections (0.8) | 0.80 hrs. |
| 03/30/10 | M. ROITMAN | Review Debtors' Objection to Henke Claim (0.8); Draft memo re: Debtors' 19-22 Omnibus Claims Objections and Objection to Henke Claim (1.7). | 2.50 hrs. |
| 03/30/10 | D. E. DEUTSCH | Review two court postings on claim settlements (.2); and e-mail Marc Roitman re: required analysis for Committee on same (.1). | 0.30 hrs. |
| 03/31/10 | M. ROITMAN | Revise memo re: Debtors' 19-22 Omnibus Claims Objections and Objection to Henke Claim (1.9). | 1.90 hrs. |

TOTAL DUE FOR THIS MATTER...................................    $3,027.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. E. DEUTSCH | | 695.00 | 1.70 | 1181.50 |
| M. ROITMAN | | 355.00 | 5.20 | 1846.00 |
| | TOTALS | | 6.90 | 3027.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through March 31, 2010

Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| | | | |
|---|---|---|---|
| 03/02/10 | H. LAMB | Comprehensive review of billing proformas/time detail in preparation of monthly fee application (February) (4.6); prepare billing rate information for M.Roitman (.2). | 4.80 hrs. |
| 03/02/10 | D. E. DEUTSCH | Review inquiry from David LeMay re: C&P fee application and respond to same (.2); exchange e-mails with Alan Holtz on fee procedures question (.2); daft detailed memorandum to David LeMay re: required memorandum to Committee re: update on Committee professional fees (.4). | 0.80 hrs. |
| 03/05/10 | M. ROITMAN | Revise Ordinary Course Professionals chart (0.1) | 0.10 hrs. |
| 03/07/10 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 4.10 hrs. |
| 03/08/10 | D. E. DEUTSCH | Review and edit draft memorandum to Committee re: billing matters (.2). | 0.20 hrs. |
| 03/08/10 | H. LAMB | Conference with D.Deutsch regarding certain expense deduction in Fee Examiner's eighth report on Committee expenses (.1); draft email regarding same (.4). | 0.50 hrs. |
| 03/09/10 | M. ROITMAN | Revise memo to Committee re: fee matters (0.6); Draft Intralinks Posting Note re: same (0.1). | 0.70 hrs. |
| 03/11/10 | H. LAMB | Begin preparation of 14th monthly fee application. | 2.60 hrs. |
| 03/12/10 | M. ROITMAN | Revise Ordinary Course Professionals chart (0.1) | 0.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| | | | |
|---|---|---|---|
| 03/13/10 | D. E. DEUTSCH | Review last professional fee report to the Committee (.3); e-mail Marc Roitman and David Bava re: updates to same (.1). | 0.40 hrs. |
| 03/15/10 | M. ROITMAN | Correspond with D. Deutsch and D. Bava re: 4Q professional fees (0.1) | 0.10 hrs. |
| 03/15/10 | D. BAVA | Review of quarterly fee applications filed re: fourth interim period (.60); draft fee summary chart re: fourth interim period (.80). | 1.40 hrs. |
| 03/15/10 | H. LAMB | Review expenses incurred during fee application period (1.0); follow-up on certain items (.8) and prepare/revise fee application accordingly (.8). | 2.60 hrs. |
| 03/16/10 | M. ROITMAN | Correspond with D. Deutsch, D. Bava re: 4Q professional fees (0.4) | 0.40 hrs. |
| 03/18/10 | H. LAMB | Further preparation of monthly fee application. | 1.60 hrs. |
| 03/19/10 | M. ROITMAN | Review docket and revise ordinary course professional summary (0.1) | 0.10 hrs. |
| 03/20/10 | D. E. DEUTSCH | Review fee statement pro formas and edit same (3.8). | 3.80 hrs. |
| 03/22/10 | D. E. DEUTSCH | Discuss fee statement issue with Helen Lamb (.2); review of part of Fee Examiner's preliminary report (.2). | 0.40 hrs. |
| 03/22/10 | M. ROITMAN | Meet with A. Hanessian re: February ordinary course professional report (0.1). | 0.10 hrs. |
| 03/22/10 | A. HANESSIAN | Update Tribune Ordinary Course Professionals chart. | 0.50 hrs. |
| 03/23/10 | H. LAMB | Finalize draft of fee application. | 1.40 hrs. |
| 03/23/10 | A. HANESSIAN | Update Tribune Ordinary Course Professionals chart. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| 03/25/10 | E. DAUCHER | Review fee examiner's preliminary report re: third interim application for fees. | 0.90 hrs. |
|----------|------------|---------------------------------------------------------------------------------|-----------|
| 03/25/10 | D. E. DEUTSCH | Review monthly fee application overview and edit same (.7); draft additional page insert for same (.5). | 1.20 hrs. |
| 03/26/10 | E. DAUCHER | Begin research/analyis to draft response to fee examiner's preliminary report on Chadbourne's fees and expenses for third interim period. | 3.40 hrs. |
| 03/26/10 | M. ROITMAN | Review ordinary course professional Affidavits and revise Chart (0.3) | 0.30 hrs. |
| 03/29/10 | H. LAMB | Conference with E.Daucher regarding expense issues raised in Fee Examiner report on third interim fee application (.2); research on expense issues (.3); follow up with E.Daucher regarding expense issues (.1). | 0.60 hrs. |
| 03/29/10 | E. DAUCHER | Draft detailed response to the Fee Examiner's preliminary report on Chadbourne's third interim fee application (7.3); related conference with H.Lamb re same (.2). | 7.50 hrs. |
| 03/30/10 | M. ROITMAN | Draft email to Committee re: article on professional fees (0.2); Correspond with D. Deutsch and D. Bava re: same (0.2). | 0.40 hrs. |

**TOTAL DUE FOR THIS MATTER....................................    $15,208.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 6.80 | 4726.00 |
| A. HANESSIAN | 185.00 | 1.00 | 185.00 |
| D. BAVA | 270.00 | 1.40 | 378.00 |
| E. DAUCHER | 355.00 | 11.80 | 4189.00 |
| H. LAMB | 270.00 | 18.20 | 4914.00 |
| M. ROITMAN | 355.00 | 2.30 | 816.50 |
| TOTALS | | 41.50 | 15208.50 |