```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                                    For Services Through March 31, 2010
   Our Matter #19804.011
              PLAN AND DISCLOSURE STATEMENT


03/01/10   M. S. TOWERS      Met with T. Zink re: plan issues      0.40 hrs.
                             (.4)

03/01/10   N. T. ZINK        Review form plans to determine        1.60 hrs.
                             outline for Committee plan (if
                             needed).

03/02/10   N. T. ZINK        Review of decision cited at recent    1.20 hrs.
                             court hearing and relevancy to
                             Tribune scenarios (1.2).

03/02/10   R. J. GAYDA       Discuss status of case and plan       0.20 hrs.
                             issues w D. LeMay.

03/02/10   N. T. ZINK        Phone conference with A. Landis re    0.20 hrs.
                             plan and plan settlement issues
                             (.2).

03/03/10   N. T. ZINK        Review cases in third party          2.60 hrs.
                             release issues in Third Circuit.

03/04/10   N. T. ZINK        Analyze confirmation prospects of     1.00 hrs.
                             Debtors'ettlement plan (1.0).

03/05/10   N. T. ZINK        Research possible legal obstacles     1.80 hrs.
                             to confirmation of debtor-lender
                             plan (1.8).

03/08/10   N. T. ZINK        Conference with H. Seife, D.          1.10 hrs.
                             Deutsch and D. LeMay re plan and
                             case settlement issues (.8);
                             conference with F. Vazquez re
                             reserch issue same (.2);
                             conference with C. Rivera re
                             research issue for same (.1).

03/08/10   H. SEIFE          Conference with D.LeMay regarding     1.50 hrs.
                             Committee plan (.8); conference
                             with Sidley and Lazard regarding
                             plan issues (.7).

03/09/10   D. M. LeMAY       Prepare outline of major concept      2.30 hrs.
                             issues to be dealt with in a
                             Committee Plan.

03/09/10   B. DYE            Researching issue of releases in      3.60 hrs.
                             plan of reorganization.
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 25, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    2

| 03/09/10 | R. J. GAYDA | Meeting w D. LeMay and D. Deutsch re plan research(.5); research re plan trust issues (1.1). | 1.60 hrs. |
| 03/11/10 | R. J. GAYDA | Discuss plan research issues w E. Daucher (.3); research re potential FCC change of control issues (1.1); research re plan trust issues (.7). | 2.10 hrs. |
| 03/11/10 | E. DAUCHER | Research litigation trust issues. | 2.50 hrs. |
| 03/12/10 | R. J. GAYDA | Discuss plan research w E. Daucher (.2); review various plans with respect to trust issues (1.1). | 1.30 hrs. |
| 03/13/10 | D. E. DEUTSCH | Review Chadbourne memorandum on plan issues (.6). | 0.60 hrs. |
| 03/15/10 | Y. YOO | Continued revising research memorandum re: standard by which Third Circuit permits third-party releases (.5); discussed and corresponded by email with Douglas Deutsch re: specific questions related to same (.3). | 0.80 hrs. |
| 03/15/10 | R. J. GAYDA | Research re equity trusts (.6). | 0.60 hrs. |
| 03/15/10 | H. SEIFE | Review of materials regarding retiree claims (1.0); review of memo on third party releases (1.2). | 2.20 hrs. |
| 03/15/10 | N. T. ZINK | Further preparation of written arguments in opposition to subsidiary only plan (2.6). | 2.60 hrs. |
| 03/16/10 | N. T. ZINK | Work on argument in opposition to debtor-lender and subsidiary-only plans (4.6); phone conference with Committee re plan negotiation issues (.9); conference with Y. Yoo re third party release issue under Third Circuit precedent (.3); review Yoo memorandum re same (.4). | 6.20 hrs. |
| 03/16/10 | Y. YOO | Attended meetings with Theodore Zink and Francisco Vazquez re: standard by which Third Circuit permits third-party releases (1.3); researched issue re: what | 3.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3
```

|  |  |  |  |
|---|---|---|---|
|  |  | satisfies certain case standard (1.1) corresponded by email with Theodore Zink and Francisco Vazquez re: same (.6); further revised research memorandum re: same (.4). |  |
| 03/16/10 | D. E. DEUTSCH | Review new memorandum on third party releases (.4); review revised offer memorandum (.3); call with Zul Jamal (Moelis) re: same (.2). | 0.90 hrs. |
| 03/17/10 | R. J. GAYDA | Detailed review of plan and related pleadings in similar large case (1.4); research re plans of reorganzation (.7). | 2.10 hrs. |
| 03/17/10 | H. SEIFE | Telephone conference with Sidley (J.Conlan) regarding plan status. | 0.50 hrs. |
| 03/17/10 | N. T. ZINK | Review and revise memorandum re plan and confirmation issues (3.2). | 3.20 hrs. |
| 03/18/10 | N. T. ZINK | Review and revise memorandum re plan and confirmation issues (4.3). | 4.30 hrs. |
| 03/18/10 | H. SEIFE | Review of plan issues. | 1.40 hrs. |
| 03/18/10 | E. DAUCHER | Research effect of a non-confirmable plan on disclosure statement approval. | 1.50 hrs. |
| 03/19/10 | N. T. ZINK | Review and revise memorandum re arguments in opposition to debtor-lender and subsidiary-only plans (1.8). | 1.80 hrs. |
| 03/21/10 | C. L. RIVERA | Revising/drafting opposition to lender/debtor plan. | 2.50 hrs. |
| 03/22/10 | D. E. DEUTSCH | Discuss plan-related research matters with Bob Gayda (.3). | 0.30 hrs. |
| 03/22/10 | R. J. GAYDA | Email correspondence and telephone conversation w D. Deutsch re priority Tribune Plan issues. | 0.70 hrs. |
| 03/22/10 | H. SEIFE | Review of plan issues. | 1.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4
```

| 03/23/10 | R. J. GAYDA | Research re liquidating trusts (3.2); review various plans of reorganization re same (2.5); detailed review of similar large case creditors' committee plan (1.1); discuss research assignment re plan exclusivity with Y. Yoo (.3); review research of Y. Yoo (.7). | 7.80 hrs. |
|---|---|---|---|
| 03/23/10 | D. E. DEUTSCH | Exchange e-mails with Robert Gayda re: plan research matters (.3). | 0.30 hrs. |
| 03/23/10 | D. BAVA | Conferences with R. Gayda re: research on plans (.20); review and analysis of court's docket sheets for specific types of confirmed plans (.60). | 0.80 hrs. |
| 03/23/10 | Y. YOO | Researched issues re: creditors' committee's right to file competing plan (2.1); drafted and revised outline memorandum re: same and creditors' committee's ability to obtain standing to pursue fraudulent conveyance claims (1.4); attended meetings with Robert Gayda re: same (.4); researched specific issue re: third-party releases (2.2); attended meeting with Theodore Zink and Francisco Vazquez re: same (.9). | 7.00 hrs. |
| 03/24/10 | Y. YOO | Continued researching issue re: creditors' committee's right to file competing plan (2.1); attended meetings with Robert Gayda re: same (.3); continued researching issue re: whether indirect consideration sufficiently supports third-party releases (2.9); attended meeting with Theodore Zink and Francisco Vazquez re: same (.7); corresponded by email and phone with Francisco vazquez re: same (.5). | 6.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 25, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    5

| | | | |
|---|---|---|---|
| 03/24/10 | F. VAZQUEZ | Conf w/Yoo re competing plans and procedure (.6); conf w/Zink and Yoo re ability to obtain 3rd party injunction (1.0); review and revise summary of requirements for 3rd party injunction (.7); confs w/Yoo re requirements for 3rd party injunction (.5). | 2.80 hrs. |
| 03/24/10 | D. BAVA | Conferences with R. Gayda re: research on disclosure statements (.20); review and analysis of court's docket sheets for approved disclosure statements in similar large cases (.40); review of docket sheet in similar large case re: plan timing (.30); draft timeline (.30). | 1.20 hrs. |
| 03/24/10 | D. E. DEUTSCH | Participate in call with Committee chair, C&P and Debtors' team re: plan settlement/next steps (1.1); review materials for meeting with Bob Gayda and Howard Seife re: plan issues (1.3); participate in meeting with Bob Gayda and Howard Seife re: plan issues and required next step analysis (.6). | 3.00 hrs. |
| 03/24/10 | N. T. ZINK | Phone conference with counsel for Tribune re plan negotiation status and issues (1.2); phone conference with Chadbourne, Zuckerman and Committee co-chair re Debtor proposal and preparation for March 25 committee meeting (1.2); conference with Y. Yoo re debtor and third-party releases under 3rd Circuit rulings (.5); further review of debtor and third-party release issues (.5); review PHONES Indenture re subordination issues (.6). | 4.00 hrs. |
| 03/24/10 | R. J. GAYDA | Draft outline regarding plan issues setting forth requirements for litigation trust, detailed research re same (3.5); meeting w H. Seife and D. Deustch re plan issues (.6); research and review plans and disclosure statements re trust holding equity and | 5.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6
```

|            |              | distribution (1.6).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |            |
|------------|--------------|---|------------|
| 03/24/10   | H. SEIFE     | Conference call with Debtors regarding plan provisions (1.3); conference with D.Deutsch and R.Gayda regarding plan provisions (.8).                                                                                                                                                                                                                                                                                                                                                                               | 2.10 hrs.  |
| 03/25/10   | H. SEIFE     | Review of PHONES subordination provisions (.8); conference with T.Zink regarding PHONES (.5); review of new draft Chapter 11 plan (1.3).                                                                                                                                                                                                                                                                                                                                                                           | 2.60 hrs.  |
| 03/25/10   | M. ROITMAN   | Research re: "death trap" provisions (1.0); Meet with D. Deutsch re: same (0.1)                                                                                                                                                                                                                                                                                                                                                                                                                                   | 1.10 hrs.  |
| 03/25/10   | M.M. GLOVER  | TCs T. Zink, W. Cavanagh re deferred compensation issues (.3); review deferred compensation priority status issues (.3).                                                                                                                                                                                                                                                                                                                                                                                          | 0.60 hrs.  |
| 03/25/10   | R. J. GAYDA  | Detailed review of Debtors' draft plan of reorganization (3.7); discuss same w. H. Seife (.4).                                                                                                                                                                                                                                                                                                                                                                                                                    | 4.10 hrs.  |
| 03/25/10   | N. T. ZINK   | Review PHONES Indenture subordination issue (.8); prepare email to H. Seife re subordination issue (.2); conference with H. Seife re PHONES subordination (.2); conference with E. Daucher re PHONES subordination (.4); further consideration of subordination issues in connection with Plan (.6); phone conference with M. Glover re deferred compensation issues (.2); phone conference with M. Glover and W. Cavanaugh re pension and deferred compensation issues (.2); review claims of retirees (.4).         | 3.00 hrs.  |
| 03/25/10   | Y. YOO       | Continued researching issue re: third-party releases (5.6).                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 5.60 hrs.  |
| 03/25/10   | D. M. LeMAY  | Begin review of Debtors draft plan.                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 1.60 hrs.  |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7
```

| 03/26/10 | Y. YOO | Continued researching issue re: specific third-party releases (4.6). | 4.60 hrs. |
|---|---|---|---|
| 03/26/10 | D. M. LeMAY | Review and comment on Debtors latest draft Plan. | 7.10 hrs. |
| 03/26/10 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: plan issues (.2); preliminary review of draft plan (.9). | 1.10 hrs. |
| 03/26/10 | R. J. GAYDA | Detailed review of Debtors' proposed plan of reorganization (9.4), discuss same w D. LeMay (.4) and M. Roitman (.3); review research and materials re Death Trap Provisions (1.1). | 11.20 hrs. |
| 03/26/10 | M. ROITMAN | Further research re: "death trap" provisions (0.4); Meeting with R. Gayda re: same (0.2) | 0.60 hrs. |
| 03/26/10 | H. SEIFE | Review of draft disclosure statement. | 2.20 hrs. |
| 03/27/10 | R. J. GAYDA | Email correspondence w D. LeMay and D. Deutsch re disclosure statement and plan of reorganization. | 0.40 hrs. |
| 03/27/10 | D. E. DEUTSCH | Review draft plan (2.1). | 2.10 hrs. |
| 03/28/10 | D. M. LeMAY | Review and comment on latest draft plan and DS (6.8). Conference call w/Debtor professionals to discuss process (.6). | 7.40 hrs. |
| 03/28/10 | N. T. ZINK | Review specific provisions of Debtors' revised draft plan (1.8); phone conference with representatives of Debtors and Committee re revised draft plan and plan settlements (.7). | 2.50 hrs. |
| 03/28/10 | R. J. GAYDA | Conference call w Debtors' counsel re plan of reorganization (.6); review draft disclosure statement (1.4); email correspondence w D. LeMay re plan summary and comment outline (.7). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page    8

| | | | |
|---|---|---|---|
| 03/28/10 | H. SEIFE | Review of draft plan and disclosure statement (2.6); conference call with Sidley regarding plan (.7). | 3.30 hrs. |
| 03/28/10 | D. E. DEUTSCH | Review blackline of draft plan and draft disclosure statement (3.2); participate in conference call with Chadbourne and Sidley team re: plan issues/next steps (.6); e-mail James Stenger re: next steps related to Plan FCC issues (.3); e-mail Jessica Boeler (Sidley) re: plan matter (.1). | 4.20 hrs. |
| 03/29/10 | D. E. DEUTSCH | Meeting with Howard Seife and Ted Zink re: plan matters (.5); review draft comments on plan (1.6). | 2.10 hrs. |
| 03/29/10 | M. ROITMAN | Further research re: "death trap" provisions (2.1) | 2.10 hrs. |
| 03/29/10 | N. T. ZINK | Participate on Committee phone conference re latest plan developments (.7); conference with H. Seife and D. Deutsch re pending plan matters (.4). | 1.10 hrs. |
| 03/29/10 | D. M. LeMAY | Prepare mark-up of Plan and issues list to send to Sidley. | 4.70 hrs. |
| 03/29/10 | R. J. GAYDA | Draft plan summary and summary of comments to plan (4.6); draft mark-up to plan (2.3); discuss same w D. LeMay (.4); email correspondence re plan comments (.4); review disclosure statement (1.1). | 8.70 hrs. |
| 03/29/10 | Y. YOO | Continued researching issue re: specific third-party release issues (5.6). | 5.60 hrs. |
| 03/29/10 | H. SEIFE | Review of draft plan of reorganization (1.7); review of Moelis valuation update (.3); review of plan summary and memo of open issues (1.4). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    9


| | | | |
|---|---|---|---|
| 03/30/10 | H. SEIFE | Review of plan mark-up with Committee comments (1.4); review of draft disclosure statement (1.6); conference call with B.Krakauer (Sidley) regrading exclusivity (.3); review of draft exclusivity motion (.3). | 3.60 hrs. |
| 03/30/10 | Y. YOO | Research third-party release issue (5.8); researched Committee settlement issues (4.7); corresponded by phone and email with Howard Seife re: same (.2). | 10.70 hrs. |
| 03/30/10 | F. VAZQUEZ | Confs w/Y.Yoo re third party injunction (.5); conf w/Zink re next steps (.3); review email re exclusivity (.1). | 0.90 hrs. |
| 03/30/10 | R. J. GAYDA | Preparation for call w Debtors regarding comments to Plan (3.4); conference call w J. Boelter and D. Deutsch re preliminary Committee comments to Plan (1.3); draft and circulate summary of call w Debtors re plan issues (2.1); review and analysis of plan cross references to definitions and Bankrutpcy Code (1.4); email correspondence w H. Seife and D. LeMay re extension of exclusivity (.3). | 8.50 hrs. |
| 03/30/10 | C. L. RIVERA | Reviewing correspondence re: proposed extension to exclusivity. | 0.20 hrs. |
| 03/30/10 | M. ROITMAN | Review draft plan of reorganization (0.4); Draft email to Committee re: Debtors' request for extension of exclusivity (0.4) | 0.80 hrs. |
| 03/30/10 | D. E. DEUTSCH | Review plan and plan summary to prepare for call with Debtors' counsel on same (1.4); participate in related call with Robert Gayda and Jessica Boelter (1.3); e-mail Marc Roitman on required follow-up re: plan matters with special counsel and Delaware counsel (.2); draft memorandum to Committee re: Debtors' request on exclusivity and proposed response to same | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page   10

|            |                 |                                                                                                                                                                                                                                                                 |            |
|------------|-----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                 | (.5); exchange e-mails (.2) and hold call with Howard Seife re: new plan negotiations (.2); exchange multiple e-mails with Davis Polk (Damian Schaible) and Howard Seife re: same (.4); call with Damian Schaible re: same (.1).                                   |            |
| 03/31/10   | D. E. DEUTSCH   | Meeting with Howard Seife and David LeMay to discuss updates on plan/settlement negotiations (.4); review revised summary on plan issues (.7); review revised Moelis analysis on plan recovery (.2); call with Bryan Krakauer re: exclusivity/plan matters (.2); conference with David LeMay to discuss status of various plan/settlement matters (.2). | 1.70 hrs.  |
| 03/31/10   | D. M. LeMAY     | Call w/Sidley re: Plan matters (.4).  Calls w/HS (.3), B. Krakauer (.2) and D. Schaible (.2) re: settlement negotiation status.  Review and comment draft press release (.2) and exclusivity extension motion (.3).  E-mails to H.Seife re: same (.4).  Review Y. Yoo research memo re: Plan support agreement (.2).  Begin review of draft disclosure statement (1.9). | 4.10 hrs.  |
| 03/31/10   | M. ROITMAN      | Review pleadings re: Debtors' Motion to extend exclusivity (0.3); Draft email to H. Seife, D. LeMay, D. Deutsch re: same (0.2).                                                                                                                                   | 0.50 hrs.  |
| 03/31/10   | F. VAZQUEZ      | Email to/from Y.Yoo re third party injunction (.1); email to/from Zink re third party injunction (.1).                                                                                                                                                           | 0.20 hrs.  |
| 03/31/10   | R. J. GAYDA     | Detailed review of Debtors' proposed disclosure statement (4.1); review  motion to extend exclusivity (.7).                                                                                                                                                      | 4.80 hrs.  |
| 03/31/10   | Y. YOO          | Drafted and revised informal research memorandum re: plan support agreement issues (2.9); drafted research summary re: third-party release issue (1.9);                                                                                                           | 4.90 hrs.  |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11
```

|            |           | corresponded by email with<br>Francisco Vazquez re: same (.1). |           |
|------------|-----------|----------------------------------------------------------------|-----------|
| 03/31/10   | H. SEIFE  | Review of objection to shorten time re exclusivity motion (.4); review of draft plan (.8). | 1.20 hrs. |

**TOTAL DUE FOR THIS MATTER**................................... $159,830.00

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate   | Hours  | Amount    |
|-------------------|--------|--------|-----------|
| D. M. LeMAY       | 855.00 | 27.20  | 23256.00  |
| H. SEIFE          | 965.00 | 25.70  | 24800.50  |
| N. T. ZINK        | 795.00 | 38.20  | 30369.00  |
| M.M. GLOVER       | 785.00 | .60    | 471.00    |
| D. E. DEUTSCH     | 695.00 | 20.60  | 14317.00  |
| F. VAZQUEZ        | 625.00 | 3.90   | 2437.50   |
| D. BAVA           | 270.00 | 2.00   | 540.00    |
| C. L. RIVERA      | 625.00 | 2.70   | 1687.50   |
| E. DAUCHER        | 355.00 | 4.00   | 1420.00   |
| M. S. TOWERS      | 475.00 | .40    | 190.00    |
| R. J. GAYDA       | 595.00 | 62.50  | 37187.50  |
| B. DYE            | 405.00 | 3.60   | 1458.00   |
| M. ROITMAN        | 355.00 | 5.10   | 1810.50   |
| Y. YOO            | 405.00 | 49.10  | 19885.50  |
| TOTALS            |        | 245.60 | 159830.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   1
```

For Services Through March 31, 2010

Our Matter #19804.012
          EXECUTORY CONTRACTS


| | | | |
|---|---|---|---|
| 03/02/10 | M. ROITMAN | Meeting with D. LeMay re: Marsh assumption motion (0.4); call with G. MacConaill (Sidley) re: Marsh assumption motion (0.2); Correspondence with D. Deutsch re: Marsh assumption motion (0.3). | 0.90 hrs. |
| 03/02/10 | D. E. DEUTSCH | Review detailed memorandum from Marc Roitman re: Marsh settlement (.2); review related pleadings (.2); draft e-mail to Marc Roitman detailing required Marsh follow-up tasks (.2). | 0.60 hrs. |
| 03/03/10 | D. M. LeMAY | T/cs w/K. Lantry (.3) and Reed Smith (.3) re: Marsh contract assumption proposal.  Revise Committee e-mail re: same (.4). | 1.00 hrs. |
| 03/03/10 | M. ROITMAN | Correspondence with J. Shugrue (Reed Smith) re: Marsh Assumption Motion (0.1); Call with D. LeMay and J. Shugrue re: same (0.4); Revise memo re: same (1.6). | 2.10 hrs. |
| 03/05/10 | M. ROITMAN | Revise Memo re: Marsh Assumption Motion (0.8). | 0.80 hrs. |
| 03/08/10 | M. ROITMAN | Revise memo re: Marsh Assumption Motion (0.6). | 0.60 hrs. |


**TOTAL DUE FOR THIS MATTER**.....................................  **$2,834.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 1.00 | 855.00 |
| D. E. DEUTSCH | 695.00 | .60 | 417.00 |
| M. ROITMAN | 355.00 | 4.40 | 1562.00 |
| TOTALS | | 6.00 | 2834.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through March 31, 2010

Our Matter #19804.014
         EMPLOYEE ISSUES


| | | | |
|---|---|---|---|
| 03/01/10 | D. E. DEUTSCH | Review draft motion to dismiss remaining MIP requests (.3); exchange e-mails with Debtors' counsel (Jonathan Lotsoff) re: same (.2). | 0.50 hrs. |
| 03/02/10 | D. M. LeMAY | Review and comment on Debtors motion to withdraw remaining portions of MIP Motion. | 0.80 hrs. |
| 03/08/10 | D. E. DEUTSCH | Review new employee bonus proposal materials (1.3); e-mail Alan Hall and Brad Hall re: required follow-up related to same (.3). | 1.60 hrs. |
| 03/08/10 | H. SEIFE | Review of documents regarding 2010 MIP plan. | 0.60 hrs. |
| 03/09/10 | D. GALLAI | Began review of documents from Mercer re compensation programs (.9). | 0.90 hrs. |
| 03/09/10 | R. KURTH | Reviewing 2010 Management Incentive Plan (0.6); Reviewing presentation titled Benefit Plans to be Included in the Plan of Reorganization (0.6). | 1.20 hrs. |
| 03/10/10 | D. GALLAI | Continued to review compensation-related document from Mercer (.9). | 0.90 hrs. |
| 03/17/10 | M. ROITMAN | Review U.S. Trustee Objection to Debtors' Motion to Dismiss TMIP/KOB (0.3) | 0.30 hrs. |
| 03/22/10 | D. E. DEUTSCH | Review e-mails re: 2010 employee incentive plan (.2). | 0.20 hrs. |
| 03/30/10 | D. E. DEUTSCH | Review new materials on pension issue (.2); e-mail AlixPartners re: required follow-up on same (.2). | 0.40 hrs. |
| 03/31/10 | D. E. DEUTSCH | Review draft materials from AlixPartners on pension plan analysis (.3); call with Brad Hall to discuss same (.2). | 0.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

**TOTAL DUE FOR THIS MATTER.......................................   $5,249.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | .80 | 684.00 |
| H. SEIFE | 965.00 | .60 | 579.00 |
| D. E. DEUTSCH | 695.00 | 3.20 | 2224.00 |
| D. GALLAI | 650.00 | 1.80 | 1170.00 |
| M. ROITMAN | 355.00 | .30 | 106.50 |
| R. KURTH | 405.00 | 1.20 | 486.00 |
| TOTALS | | 7.90 | 5249.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1
```

For Services Through March 31, 2010

Our Matter #19804.017
          GENERAL LITIGATION


| 03/01/10 | A. K. NELLOS | Review exhibit list, proposed exhibits, and stipulated facts in connection with Law Debenture Motion. (2.9); Exchange e-mails with D. LeMay and D. Deutch regarding stipulated facts and proposed exhibit lists (.1). | 3.00 hrs. |
|---|---|---|---|
| 03/02/10 | A. K. NELLOS | Review/finalize materials to be filed today in connection with Law Debenture motion. | 1.90 hrs. |
| 03/02/10 | D. M. LeMAY | E-mail B. Krakauer regarding Wilmington Trust discovery issues (.4).  Review fact stipulation in senior lender fee dispute (.9). | 1.30 hrs. |
| 03/02/10 | H. SEIFE | Review of JPM brief on Senior Lender fee issue. | 0.80 hrs. |
| 03/03/10 | H. SEIFE | Review of Debtors' memorandum in opposition. | 0.60 hrs. |
| 03/03/10 | M. ROITMAN | Review of docket in Neil adversary proceedings (0.2) and draft email to D. Deutsch re: March 2nd Filings (0.3). | 0.50 hrs. |
| 03/03/10 | D. M. LeMAY | Review briefs by parties in senior lender fee dispute (2.4). | 2.40 hrs. |
| 03/03/10 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: new senior lender fee dispute case filings (.3). | 0.30 hrs. |
| 03/04/10 | N. T. ZINK | Review complaint filed by Wilmington Trust (1.4). | 1.40 hrs. |
| 03/04/10 | D. M. LeMAY | Review briefs filed in Senior Lender Fee Dispute to determine whether Committee response required. | 1.20 hrs. |
| 03/04/10 | M. ROITMAN | Review Wilmington Trust Complaint re: confidentiality (0.9) | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


03/04/10   H. SEIFE          Review of Wilmington Trust          2.70 hrs.
                             complaint v. Lenders (1.5);
                             conference with R.Stark regarding
                             complaint and redactions (1.2).

03/04/10   F. VAZQUEZ        Email to/from Daucher re savings     0.70 hrs.
                             clause (.2); email to/from Zink re
                             equitable subordination of Zell
                             claim (.3); conf w/Zink re
                             equitable subordination (.2).

03/05/10   F. VAZQUEZ        Conf w/Roitman and Zink re          2.90 hrs.
                             equitable subordination claims
                             (.5); review Wilmington Trust
                             complaint (1.1); review and update
                             outline of tasks re: same (.5);
                             email to/from Daucher re tasks on
                             same (.3); email to/from Rath re
                             local equitable subordination
                             practice (.1); email to/from
                             Daucher re Wilmington complaint
                             (.2); email to/from Zink re
                             equitable subordination (.2).

03/05/10   M. ROITMAN        Meeting with T. Zink and F.         3.00 hrs.
                             Vazquez re: Wilmington Trust
                             Complaint (0.5); Review parts of
                             Complaint (0.6); Comparison of
                             issues in Wilmington Trust
                             Complaint to Committee Complaint
                             (1.9).

03/05/10   M. ROITMAN        Revise Neil and Beatty adversary    0.70 hrs.
                             summaries (0.7).

03/05/10   E. DAUCHER        Research Third Circuit equitable    5.30 hrs.
                             subordination law.

03/05/10   N. T. ZINK        Review Wilmington Trust complaint   3.10 hrs.
                             (1.2); identify Committee issues
                             raised by Wilmington Trust
                             complaint (1.3); conference with
                             F. Vazquez and M. Roitman re
                             research and related issues re
                             Wilmington Trust complaint (.6).

03/06/10   N. T. ZINK        Legal research re issues raised by  6.00 hrs.
                             Wilmington Trust complaint for
                             equitable subordination (3.4);
                             review Debtor documents relating
                             to subordination issues (.4);
                             prepare for presentation on WTC

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |                 | complaint at March 11 Committee meeting. (2.2). |            |
|------------|-----------------|--------------------------------------------------|-----------|
| 03/06/10   | E. DAUCHER      | Research causes of action underlying Wilmington trusts motion to, among other things, equitably subordinate bank debt. | 5.70 hrs. |
| 03/07/10   | M. ROITMAN      | Review of Wilmington Trust Complaint (1.3); | 1.30 hrs. |
| 03/07/10   | D. E. DEUTSCH   | Review multiple e-mails and summaries re: senior lender fee dispute (.4). | 0.40 hrs. |
| 03/08/10   | Y. YOO          | Corresponded by email with Marc Roitman re: PHONES Debt Summaries (.2); corresponded by email with Bonnie Dye re: analysis of various PHONES provisions (.3); corresponded by phone with F.Vazquez re: noteholder priority issues (.2). | 0.70 hrs. |
| 03/08/10   | M. ROITMAN      | Draft summary of complaint (2.1); attendance at meeting with T. Zink, F. Vazquez, C. Rivera re: Wilmington Trust Complaint (1.3); Call with F. Vazquez re: Committee presentation (0.1); Review of 2/18 Hearing Transcript re: PHONES (0.3); Draft presentation slides re: Summary of Wilmington Trust Complaint (0.5); Draft PowerPoint Slides re: comparison of Wilmington Trust Complaint issues to Committee Complaint issues (1.8). | 6.10 hrs. |
| 03/08/10   | F. VAZQUEZ      | Conf w/Zink re Wilmington Trust complaint and Committee response (.6); conf w/Daucher re Wilmington Trust complaint  legal issue (.2); email to/from Landis re right to object to claims (.2); conf with Zink and reserach team re Committee response to Wilmington Trust complaint (1.3); review and revise outline of presentation to committee re Wilmington Trust complaint (1.6); review cases re committee standing issues and | 8.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     4

|  |  |  |  |
|---|---|---|---|
|  |  | right to intervene (.8); review law on individual creditors' right to object to claims (.4); review cases re collateral estoppel and law of the case (.6) review cases re equitable subordination standard and equitable disallowance (1.4); review cases re fiduciary duties of individual committee members (1.7); email to Roitman re equitable subordination issue (.1). |  |
| 03/08/10 | E. DAUCHER | Attend meeting with T Zink to discuss Wilmington Trust's equitable subordination argument and various required follow-up issues. | 1.30 hrs. |
| 03/08/10 | E. DAUCHER | Prepare presentation materials for the Committee re: Wilmington Trust's motion for equitable subordination. | 8.60 hrs. |
| 03/08/10 | H. SEIFE | Review of Wilmington Trust communication regarding redaction (.8). | 0.80 hrs. |
| 03/08/10 | C. L. RIVERA | Meeting with T. Zink, F. Vazquez and M.Roitman re: Wilmington Trust complaint, report to Committee. | 1.20 hrs. |
| 03/08/10 | A. K. NELLOS | Review materials related to Law Debenture motion. | 0.70 hrs. |
| 03/08/10 | H. SEIFE | Conference with T.Zink regarding Examiner motion issues. | 0.50 hrs. |
| 03/08/10 | N. T. ZINK | Review Wilmington Trust complaint for equitable subordination and consider Committee's response thereto (1.1); prepare and revise slides for presentation to Committee at March 11 meeting (2.8); further preparation for March 11 meeting (1.1). | 5.00 hrs. |
| 03/08/10 | D. BAVA | Preparation of materials for use in connection with LBO Debenture fee motion (2.60). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


03/09/10    N. T. ZINK        Prepare for presentation to          4.10 hrs.
                              committee re Wilmington Trust suit
                              for equitable subordination (3.2);
                              conferences with F. Vazquez, E.
                              Daucher and M. Roitman re slide
                              presentation re same (.9).

03/09/10    H. SEIFE          Review of examiner motion issues.    0.40 hrs.

03/09/10    J. CROSS          Research re standards for            4.50 hrs.
                              intervention and procedure for
                              same (3.10); response to F.
                              Vazquez procedural questions re
                              same (.50); conversations w/
                              Vazquez re same (.40); emails to
                              Vazquez re same (.30); email
                              Zafran re same (.20).

03/09/10    E. DAUCHER        Draft Committee presentation re:     6.80 hrs.
                              Wilmington Trust's motion for
                              equitable subordination.

03/09/10    D. BAVA          Draft chart re: key dates in         0.40 hrs.
                              Wilmington Trust adversary
                              proceeding (.40).

03/09/10    F. VAZQUEZ        Conf w/McGuire re local practice     6.40 hrs.
                              w/regard to equitable
                              subordination claims (.3); confs
                              w/Roitman re factual slide on
                              Wilmington Trust complaint (.4);
                              confs w/Daucher re remaining
                              slides (.7); confs w/Zink, Daucher
                              and Roitman presentation to
                              Committee and next steps (.7);
                              review and revise draft slide
                              presentation (1.4) review
                              intervention requirements and
                              procedure and need to intervene
                              (.8); confs w/Cross re
                              intervention (.5); conf w/Daucher
                              and Zink re revised slide
                              presentation and timing issues
                              (.8); conf w/Zink re next steps in
                              the Wilmington Trust adversary
                              proceeding (.3); conf w/Zink re
                              stay standards (.1); email to/from
                              Cross re intervention (.2); email
                              to/from Zink re subordination
                              w/Rath and McGuire (.2) .

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| 03/09/10 | M. ROITMAN | Revise PowerPoint Presentation Slides re: Summary of Wilmington Trust Complaint (2.3); Meeting with T. Zink, F. Vazquez, E. Daucher (0.7) | 3.00 hrs. |

03/10/10   M. ROITMAN     Correspondence with T. Zink re:          7.90 hrs.
                          Wilmington Trust complaint
                          presentation (0.2); Draft
                          Intralinks posting note re:
                          Wilmington Trust complaint (0.4);
                          Review Wilmington Trust complaint
                          and document depository re:
                          disclosure of confidential
                          materials to Committee Members
                          (5.5); Correspond with D. Deutsch
                          and M. Ashley re: same (0.2)
                          Correspond/meet with A. Nellos re:
                          same (1.6);

03/10/10   B. DYE         Review and revise slides for            0.50 hrs.
                          Tribune presentation for F.
                          Vazquez.

03/10/10   K. ZAFRAN      Conduct research on Creditor's          3.30 hrs.
                          Committee's ability to intervene.

03/10/10   F. VAZQUEZ     Conf w/Cross re intervention (.3);      4.40 hrs.
                          review and revise slide
                          presentation on Wilmington Trust
                          complaint (1.8); conf w/Zink re
                          presentation (.3); conf w/Zink re
                          tomorrow's Committee meeting (.7);
                          conf w/Daucher re presentation to
                          Committee (.3); review Committee
                          By-laws (.4); email to/from Zink
                          re timing of intervention (.1).;
                          review Wilmington Trust docket and
                          rules re summons (.3); review
                          email from Cross re intervention
                          (.2);

03/10/10   D. E. DEUTSCH  Exchange e-mails with Bryan             0.50 hrs.
                          Krakauer re: open litigation
                          matters (.3): review and edit
                          memorandum to Committee re:
                          Wilmington Trust motion (.2).

03/10/10   E. DAUCHER     Research enforceability of              0.90 hrs.
                          guarantees in certain contexts.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7
```

| 03/10/10 | E. DAUCHER | Draft and edit committee presentation re: Wilmington Trust's equitable subordination complaint. | 3.60 hrs. |
|---|---|---|---|
| 03/10/10 | E. DAUCHER | Research scope of mandatory subordination under section 510(b). | 0.70 hrs. |
| 03/10/10 | J. CROSS | Review of Zafran research conclusions and cases re intervention issues (1.30); conversations w/ Zafran re same (.40); conversations w/ Vazquez re same (.30). | 2.00 hrs. |
| 03/10/10 | M. D. ASHLEY | Reviewed Wilmington Trust complaint against third parties. | 0.70 hrs. |
| 03/10/10 | A. K. NELLOS | Online review of documents in connection with inquiry from D.Deutsch and M.Roitman regarding documents supporting allegations in Wilmington Trust complaint (2.8). | 2.80 hrs. |
| 03/10/10 | R. A. SCHWINGER | E-mail to Andrew Goldfarb re subpoena to Houlihan in Neil litigation. | 0.30 hrs. |
| 03/10/10 | N. T. ZINK | Prepare for committee presentation re Wilmington Trust Complaint (2.5); review and revise slides for committee presentation (1.7). | 4.20 hrs. |
| 03/10/10 | D. BAVA | Review and analysis of Wilmington Trust adversary docket re: summons and responsive dates (.60); correspondence with F. Panchak of Landis Rath & Cobb re: local rules regarding filing of summons with clerk (.20). | 0.80 hrs. |
| 03/11/10 | F. VAZQUEZ | Review and finalialize slide presentation on Wilmington Trust compalint (.6); conf w/Zink re outcome of Committee meeting and next steps re: complaint (.5). | 1.10 hrs. |
| 03/11/10 | H. SEIFE | Review of JPM sanctions motion. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


03/11/10    E. DAUCHER        Research mandatory subordination        1.90 hrs.
                              of supplemental compensation
                              claims.

03/11/10    E. DAUCHER        Conference with L Rowntree on           0.60 hrs.
                              priority system and structure of
                              Tribune debt/claims.

03/11/10    D. E. DEUTSCH     Review materials on Neil                0.70 hrs.
                              litigation and Neil adversary
                              (.3); meeting with Bryan Krakauer
                              and Debtor's litigator (j.Ducayet)
                              to discuss same (.4).

03/11/10    M. ROITMAN        Revise Wilmington Trust Complaint       0.80 hrs.
                              materials for distribution to
                              Committee Members (0.7);
                              Correspondence with D. Rath (LRC)
                              and M. Ashley re: in pari delicto
                              issue (0.1).

03/11/10    M. ROITMAN        Participation in call with D.           0.40 hrs.
                              Deutsch, B. Krakauer, J. Ducayet
                              re: Neil Litigation (0.4).

03/12/10    D. E. DEUTSCH     Review sealed documents filed by        1.60 hrs.
                              JPMorgan (.5); research related
                              issue (.4): follow-up e-mails with
                              Davis Polk re: same (.2); call
                              with Dennis Glazer re:
                              access/pending issues (.2); draft
                              memorandum to Committee re:
                              JPMorgan filing (.3).

03/12/10    E. DAUCHER        Research equitable and mandatory        4.10 hrs.
                              subordination of claims.

03/12/10    H. SEIFE          Memo to Committee regarding JPM         1.30 hrs.
                              motion (.5); consideration of
                              response (.8).

03/13/10    D. E. DEUTSCH     Exchange e-mails with Merrill           1.70 hrs.
                              Lynch counsel (Madlyn Primoff) re:
                              joinder to JPMorgan motion (.3);
                              review last two adversary reports
                              (.4); review Wilmington Trust
                              complaint and related analysis
                              (1.0).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9

| | | | |
|---|---|---|---|
| 03/14/10 | M. ROITMAN | Review of Answers in Neil adversary proceeding (1.3) and revise adversary summary (0.9). | 2.20 hrs. |
| 03/15/10 | M. ROITMAN | Review pleadings in Neil Litigation and revise Adversary Summary (1.4) | 1.40 hrs. |
| 03/15/10 | D. E. DEUTSCH | Exchange e-mails with David Bava re: senior lender fee issue follow-up (.2). | 0.20 hrs. |
| 03/15/10 | H. SEIFE | Review of Law Debenture reply brief (.4); review of JPM reply brief (.3). | 0.70 hrs. |
| 03/15/10 | E. DAUCHER | Research successful pleadings for equitable subordination claims. | 0.70 hrs. |
| 03/16/10 | E. DAUCHER | Research on equitable subordination issue. | 1.50 hrs. |
| 03/16/10 | E. DAUCHER | Research insider and non-insider equitable subordination claims issue. | 1.90 hrs. |
| 03/16/10 | D. E. DEUTSCH | Exchange e-mails with Ali Nellos re: filings in senior lender fee dispute (.2); review materials from Damian Schaible re: recent senior lender fees (.3); e-mail Damian Schaible re: additional inquiry related to senior lender fees (.2). | 0.70 hrs. |
| 03/16/10 | D. E. DEUTSCH | Review Standard & Poor's article re: Wilmington Trust motion (.3); edit drafting note for Committee related to same (.1); review litigation issue memorandum from Adam Landis (.3); review additional news article on possible information by Wilmington Trust (.2). | 0.90 hrs. |
| 03/16/10 | F. VAZQUEZ | Email to/from Deutsch re Wilmington Trust. | 0.10 hrs. |
| 03/16/10 | D. BAVA | Revise draft fee summary chart re: senior lenders' fees at request of D.Deutsch. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10


| 03/16/10 | A. K. NELLOS | Review responses filed in connection with Law Debenture's fee motion (3.8); Draft brief summary of discussions relating to the Committee for D. Deutsch and D. LeMay (.3). | 4.10 hrs. |
| 03/18/10 | M. D. ASHLEY | Reviewed Debtors' response to Wilmington Trust complaint (.5); emails to team regarding Debtors' response to Wilmington Trust complaint (.3). | 0.80 hrs. |
| 03/18/10 | D. E. DEUTSCH | Exchange e-mails with Davis Polk re: extension of time to file response to sanctions motion (.2); e-mail Howard Seife re: inquiry related to same (.1). | 0.30 hrs. |
| 03/18/10 | M. ROITMAN | Review of Debtors' contempt motion (0.5); Draft email to H. Seife, D. LeMay, D. Deutsch re: same (0.4) | 0.90 hrs. |
| 03/18/10 | H. SEIFE | Review of Sidley motion to dismiss Wilmington Trust complaint. | 0.80 hrs. |
| 03/19/10 | F. VAZQUEZ | Conf w/Zink re possible responses to JPM and Merrill motions re Wilmington Trust (.4); review JPM and Merrill motions re contempt and violation of automatic stay (.6); review depository order (.2); conf w/Ashley re depository order (.1); conf w/Daucher re Committee member's duties (.1); conf w/Butcher re sealing process(.3); review email re motion to seal (.1); confs w/Roitman re discussion re Wilmington Trust (.2). | 2.00 hrs. |
| 03/19/10 | E. DAUCHER | Research on fiduciary duties of Committee members. | 0.40 hrs. |
| 03/19/10 | M. ROITMAN | Review recent pleadings in Neil Litigation and revise adversary summary (0.5). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                April 25, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page   11


| 03/19/10 | M. ROITMAN | Review filings related to Wilmington Trust Complaint (1.5); Draft email to T. Zink and F. Vazquez re:  issues related to Wilmington Trust Complaint as discussed at 3/11 Committee Meeting (0.4). | 1.90 hrs. |
|----------|------------|---|-----------|
| 03/19/10 | D. BAVA | Prepare index of Wilmington Trust complaint and related pleadings (.50). | 0.50 hrs. |
| 03/19/10 | N. T. ZINK | Conference with H. Seife re Committee court submission in response to JPM and Debtor motions in opposition to Wilmington Trust complaint (.4); phone conference with A. Landis re form of proposed response (.2); phone conference with M. Ashley re Depository Order issues and implications (.2); conference with F. Vazquez and E. Daucher re research re duties of committee members inter se (.3); outline proposed draft committee statement (1.9); review JPM motion for sanctions (.4); review Debtor motion for contempt citation for violation of automatic stay (.4); phone conference with R. Butcher re form of statement and Depository Order issues (.2); | 4.00 hrs. |
| 03/20/10 | N. T. ZINK | Prepare draft Committee Statement re Wilmington Trust complaint (3.5). | 3.50 hrs. |
| 03/20/10 | D. E. DEUTSCH | Exchange e-mails with Ali Nellos re: next week's hearing on senior lender fee issues (.2). | 0.20 hrs. |
| 03/21/10 | E. DAUCHER | Research on fiduciairy duties of Committee members. | 1.30 hrs. |
| 03/21/10 | F. VAZQUEZ | Review Wilmington Trust related pleadings (1.5); email to/from Zink re member's duties (.1). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   12


| 03/22/10 | M. ROITMAN | Correspond with T. Zink re: Wilmington Trust, JPM, and Debtors' pleadings re: Wilm Trust Complaint (0.4); Correspond with T. Zink and D. Bava re: 3/23 status conference (0.3); | 0.70 hrs. |

| 03/22/10 | H. SEIFE | Conference with T.Zink regarding response to WTC motions. | 0.70 hrs. |

| 03/22/10 | F. VAZQUEZ | Confs w/Zink re responses to JPM and Merrill motions (.6); review and revise insert re committee duties (.4); conf w/Daucher re fiduciary duties of committee members (.3); conf w/Zink re fiduciary duties of Committee members (.3); review and revise pleading filed in response to Wilmington Trust related matters (.6); conf w/Zink re draft response to Wilmington Trust related matters (.2); email to/from Zink re caselaw on Committee duties (.1). | 2.50 hrs. |

| 03/22/10 | D. E. DEUTSCH | Review last week's adversary pleading reports (.3); exchange multiple e-mails with Ted Zink and, in part, Howard Seife re: Wilmington Trust related litigation (.3). | 0.60 hrs. |

| 03/22/10 | N. T. ZINK | Continue drafting Committee statement re Wilmington Trust issue (4.4); review cases on committee members' duties inter se (1.8). | 6.20 hrs. |

| 03/22/10 | E. DAUCHER | Research re: Committee members fiduciary duty issues (3.3) and draft insert for pleading regarding same (1.9). | 5.20 hrs. |

| 03/23/10 | N. T. ZINK | Further preparation of Committee statement re Wilmington Trust adversary proceeding complaint (3.2); review additional research re duties of committee members inter se (.4). | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page   13

| | | | |
|---|---|---|---|
| 03/23/10 | F. VAZQUEZ | Confs w/Zink re Wilmington Trust response and next steps (.9); draft insert into Wilmington Trust response (.8); conf w/Roitman and Zink re Wilmington Trust response (.4); review and revise Wilmington Trust response (1.2); conf w/ Zink re revised Wilmington Trust response and next steps (.5); email to/from Roitman re agent and insert into Wilmington Trust response (.2); conf w/Roitman re metadata of Wilmington complaint (.2). | 4.20 hrs. |
| 03/23/10 | M. D. ASHLEY | Call with T. Zink regarding response to Wilmington Trust complaint (.2); reviewed materials regarding issue raised in Wilmington Trust complaint (.8). | 1.00 hrs. |
| 03/23/10 | H. SEIFE | Review and revised draft reponse to JPM Motion (.7) and Debtors' contempt motion (.5). | 1.20 hrs. |
| 03/23/10 | M. ROITMAN | Meeting with F. Vazquez and T. Zink re: Committee response to pleadings re: Wilmington Trust Complaint (0.4); Correspond with F. Vazquez re: same (0.2); Correspond with T. Zink and F. Vazquez re: Intralinks access and confidentiality re: draft complaint (0.1); Review and compare analysis of issues in Wilmington Trust Complaint and compare to Committee Complaint (1.4) | 2.10 hrs. |
| 03/24/10 | M. ROITMAN | Meeting with T. Zink and F. Vazquez re: specific issues in Committee Statement re: Wilmington Trust Complaint (0.8); Review comparison of issues in Wilmington Trust Complaint to Committee Complaint (0.8); Review parts of Committee Statement re: Wilmington Trust Complaint (0.7); Draft Intralinks posting note re: same (0.4) | 2.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14
```

| 03/24/10 | H. SEIFE | Preparation for 4/13 hearing on Wilmington Trust motions. | 1.30 hrs. |
|---|---|---|---|
| 03/24/10 | F. VAZQUEZ | Confs w/Zink re Wilmington trust statement (.7); review and revise parts of Wilmington Trust statement (2.3); conf w/Zink and Seife re Wilmington trust statement (.3); email to/from Roitman re Wilmington Trust statement (.1). | 3.40 hrs. |
| 03/24/10 | N. T. ZINK | Review and revise Committee Statement re JP Morgan Motion for Sanctions and Debtors' Motion for Contempt (1.1); conference with H. Seife re draft Statement (.4); further review and revise Committee Statement (3.5). | 5.00 hrs. |
| 03/25/10 | E. DAUCHER | Review and edit part of Chadbourne's statement re: motion of JP Morgan to sanction Wilmington Trust. | 0.50 hrs. |
| 03/25/10 | E. DAUCHER | Research subordination of PHONES to pension claims. | 2.30 hrs. |
| 03/25/10 | C. L. RIVERA | Meeting with T. Zink and F. Vazquez re: committee statement revisions (0.4); reviewing same (0.5); reviewing revised opposition brief (0.8). | 1.70 hrs. |
| 03/25/10 | D. E. DEUTSCH | Review revised draft Committee statement related to Wilmington Trust complaint (.4); discuss comments on same with Ted Zink (.2). | 0.60 hrs. |
| 03/25/10 | F. VAZQUEZ | Conf w/Zink and Seife re PHONES (.3); review PHONES indenture and note (.5); conf w/ZiInk re PHONES indenture (.8); conf w/C. Rivera and Zink re Wilmington Trust statement (.5); review and revise Wilmington Trust statement (.6). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       April 25, 2010
435 N. MICHIGAN AVENUE                        Invoice ******
CHICAGO, IL 60611                            Page   15

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/25/10 | N. T. ZINK | Conference with D. Deutsch re specific issues related to draft Committee Statement re JP Morgan Motion for Sanctions and Debtors' Motion for Contempt Citation (.2); review and revise Statement (1.4). | 1.60 hrs. |
| 03/25/10 | D. BAVA | Preparation of materials for attorney use at March 26, 2010 hearing on Law Debenture motions (1.90). | 1.90 hrs. |
| 03/25/10 | D. E. DEUTSCH | Begin review of materials for tomorrow's hearing on Senior Lender fee issues (1.1) | 1.10 hrs. |
| 03/26/10 | M. ROITMAN | Draft email to Committee re: March 26 Hearing on Senior Lender Fee Dispute (0.5). | 0.50 hrs. |
| 03/26/10 | C. L. RIVERA | Revising committee statement re: Wilmington Trust (0.8); reviewing recent decision re fraudulent conveyance case (0.8); confer with T.Zink and F.Vazquez re same (0.4). | 2.00 hrs. |
| 03/26/10 | N. T. ZINK | Revise Committee Statement re Wilmington Trust complaint (2.2). | 2.20 hrs. |
| 03/26/10 | F. VAZQUEZ | Review recent decision re settlement payment in fraudulent conveyance litigation (.5); conf w/Zink and Rivera re same (.4); conf w/Roitman re standing motion(.2); review underlying pleadings in recent litigation case  (1.8); review and revise Wilmington Trust statement (1.3); conf w/Zink re revised Wilmington Trust statement (.5); review email re today's hearing (.1); confirm w/Zink re next steps. | 4.80 hrs. |
| 03/26/10 | A. K. NELLOS | Review materials relating to Law Debenture motion in preparation for hearing (1.2); attend court hearing regarding Law Debenture motion (2.4); draft /revise summary of hearing (1.8). | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16


| 03/26/10 | M. ROITMAN | Review recent pleadings in Neil Litigation and revise Adversary Summary (0.6) | 0.60 hrs. |
|----------|------------|---------|-----------|
| 03/26/10 | D. E. DEUTSCH | Review transcripts and pleadings related to today's hearing on senior lender fee dispute (2.6); participate in related hearing (2.4); review overview memorandum on senior lender fee dispute and request edits on same (.3); draft memorandum on today's hearing for Committee (.9). | 6.20 hrs. |
| 03/27/10 | D. E. DEUTSCH | Review weekly adversary reports (.2). | 0.20 hrs. |
| 03/27/10 | N. T. ZINK | Review and revise Committee Statement in Support of JPM and Debtors Motions filed in Response to Wilmington Trust Complaint. | 1.40 hrs. |
| 03/29/10 | N. T. ZINK | Review and revise Committee Statement re Wilmington Trust complaint (.5); conference with H. Seife re Statement (.1); phone conference with D. Deutsch and counsel for JP Morgan re discovery and timing issues (.2); consider issues re filing Committee Statement under Seal (.3); review stipulation extending time to answer complaint (.1). | 1.20 hrs. |
| 03/29/10 | H. SEIFE | Review of memo on Wilmington Trust related litigation. | 0.40 hrs. |
| 03/29/10 | D. E. DEUTSCH | Call with Brian Krakauer re: general litigation issues related to Examiner motion, contempt motion and various other motions (.2); telephone conversation with Denis Glazer re: discovery from Wilmington Trust (.2); call with Matt McGuire re: options related to filing of several new pleadings in litigation matters (.2); call/e-mail Meghan Towers re: drafting new pleading for Examiner motion (.2); draft detailed memorandum to Howard Seife re: update and proposed next steps | 1.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      April 25, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   17
```

|  |  |  |  |
|---|---|---|---|
|  |  | with respect to multiple litigation matters (.7). |  |
| 03/29/10 | F. VAZQUEZ | Review and revise Wilmington Trust statement (.5); conf w/Zink re Wilmington Trust (.4); review underlying pleadings in recent fraudulent conveyance proceeding (2.0). | 2.90 hrs. |
| 03/30/10 | D. E. DEUTSCH | Exchange e-mails with Dennis Glazer re: extension of time to file response to sanctions motion (.2); call (.1) and e-mail Bryan Krakauer re: extension of time to file response to contempt motion (.1). | 0.40 hrs. |
| 03/30/10 | M. ROITMAN | Meeting with T. Zink and D. Deutsch re: Committee response to pleadings re: Wilmington Trust Complaint (0.1); | 0.10 hrs. |
| 03/31/10 | D. E. DEUTSCH | Call with Michael Russano (Davis Polk) re: Wilmington Trust matters (.2). | 0.20 hrs. |

**TOTAL DUE FOR THIS MATTER.....................................   $157,276.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 4.90 | 4189.50 |
| H. SEIFE | 965.00 | 13.00 | 12545.00 |
| N. T. ZINK | 795.00 | 52.50 | 41737.50 |
| R. A. SCHWINGER | 785.00 | .30 | 235.50 |
| M. D. ASHLEY | 645.00 | 2.50 | 1612.50 |

| | | | |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 18.30 | 12718.50 |
| F. VAZQUEZ | 625.00 | 48.60 | 30375.00 |
| J. CROSS | 625.00 | 6.50 | 4062.50 |
| D. BAVA | 270.00 | 6.60 | 1782.00 |
| A. K. NELLOS | 595.00 | 17.90 | 10650.50 |
| C. L. RIVERA | 625.00 | 4.90 | 3062.50 |
| E. DAUCHER | 355.00 | 53.30 | 18921.50 |
| B. DYE | 405.00 | .50 | 202.50 |
| K. ZAFRAN | 405.00 | 3.30 | 1336.50 |
| M. ROITMAN | 355.00 | 38.20 | 13561.00 |
| Y. YOO | 405.00 | .70 | 283.50 |
| TOTALS | | 272.00 | 157276.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                          For Services Through March 31, 2010

    Our Matter #19804.018
          TRAVEL


```
03/23/10   D. E. DEUTSCH      Non-working travel from Delaware      2.10 hrs.
                              omnibus hearing (2.1).

03/26/10   D. E. DEUTSCH      Non-working travel to (.6) and        1.80 hrs.
                              from Delaware hearing (1.2).

03/26/10   A. K. NELLOS       Non-working travel to Delaware to     2.90 hrs.
                              attend hearing.
```


**TOTAL DUE FOR THIS MATTER....................................   $4,436.00**


                          TIMEKEEPER SUMMARY

```
Timekeeper's Name              Rate    Hours         Amount

D. E. DEUTSCH                 695.00    3.90         2710.50
A. K. NELLOS                  595.00    2.90         1725.50
                    TOTALS             6.80          4436.00
```