```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   1
```

For Services Through March 31, 2010

Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS

| | | | |
|---|---|---|---|
| 03/01/10 | H. SEIFE | Preparation for Centerbridge meeting (1.0); review of LBO settlement issues (1.8). | 2.80 hrs. |
| 03/01/10 | N. T. ZINK | Consider issues relating to confirmability of subsidiary-only plan (2.4); conference with F. Vazquez and E. Daucher re memorandum re confirmability of subsidiary-only plan (1.1); begin drafting papers in opposition to subsidiary-only plan (1.8). | 5.30 hrs. |
| 03/01/10 | L. MENDOZA | Research certain documents in Relativity per T.Stevenson (3.3); prepare hot documents per A.Nellos (3.5). | 6.80 hrs. |
| 03/01/10 | R. A. SCHWINGER | Review e-mails re various Blackstone discovery issues (0.4); meeting with A. Nellos re updated discovery summary (0.2). | 0.60 hrs. |
| 03/01/10 | F. VAZQUEZ | Conf w/Daucher re equal and ratable clauses (.6); review decision in similar large case re equal and reatable clauses (.3); conf w/Zink and Daucher re subsidiary only plan (1.); review and revise good faith analysis (1.2); draft outline of objection to subsidiary only plan (1.4); review indenture (.4); conference w/Zink re indenture (.2). | 5.10 hrs. |
| 03/01/10 | A. K. NELLOS | Review progress of document review (1.1) and assign additional documents to reviewers (1.3); Review and prepare chronology highlighting key points from key/significant documents reviewed in course of second-tier review (focusing on Debtor e-mail communications) (5.4); Review correspondence regarding discovery (.3). | 8.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


03/01/10    P. TANCK        On-line review of documents        5.10 hrs.
                            produced in connection with
                            investigation of ESOP Transaction.

03/01/10    A. HANESSIAN    Review and analysis of docket      0.10 hrs.
                            sheet of similar large case re:
                            LBO litigation issues.

03/01/10    A. DUFFY        Online review of documents         0.70 hrs.
                            produced in connection with the
                            ESOP Transaction (0.7)

03/01/10    A. KRONSTADT    On-line review of documents        1.40 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

03/01/10    C. KUMAR        On-line review of documents        1.10 hrs.
                            produced in connection with
                            investigation of ESOP transaction
                            (1.1).

03/01/10    F. MALIK        On-line review of documents        8.60 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

03/01/10    L. ARYANI       Online review of documents         1.00 hrs.
                            produced in connection with
                            investigation of ESOP Transaction.

03/01/10    B. DYE          Online review of documents         1.10 hrs.
                            produced in connection with ESOP
                            transaction

03/01/10    J. NOBLE        Online review of documents         2.80 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

03/01/10    F. PERKINS      On-line review of documents        9.40 hrs.
                            produced in connection with
                            investigation of ESOP Transaction.

03/01/10    M. ROITMAN      On-line review of documents        0.60 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

03/01/10    I SAFIER        On-line review of documents        7.20 hrs.
                            produced in connection with
                            investigation of ESOP Transaction;

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page    3

| 03/01/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (1.9). | 1.90 hrs. |
|---|---|---|---|
| 03/01/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (3.7); review ML second tier hot documents and record relevance of each (1.7). | 5.40 hrs. |
| 03/01/10 | E. DAUCHER | Research viability of subsidiary only plan. | 7.90 hrs. |
| 03/01/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.40 hrs. |
| 03/02/10 | E. DAUCHER | Research viability of subsidiary only plan in light of certain factual issues. | 3.70 hrs. |
| 03/02/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (4.8); review Citi and ML second tier hot documents and complete recording the relevance of each (3.0). | 7.80 hrs. |
| 03/02/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (2.60). | 2.60 hrs. |
| 03/02/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (1.10). | 1.10 hrs. |
| 03/02/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.40 hrs. |
| 03/02/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 03/02/10 | B. DYE | Reviewing stipulation in related large case (1.1); research related to same (0.5). | 2.40 hrs. |
|----------|--------|-----------------------------------|-----------|
| 03/02/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.10 hrs. |
| 03/02/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.60 hrs. |
| 03/02/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 03/02/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.20 hrs. |
| 03/02/10 | K. GARRY | Prepare hot documents for attorney review. | 0.80 hrs. |
| 03/02/10 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (1.1) | 1.10 hrs. |
| 03/02/10 | A. HANESSIAN | Review and analysis docket sheet in similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/02/10 | M. D. ASHLEY | Reviewed emails regarding document production issues (.4); reviewed materials regarding discovery and privilege claims by producing parties (.5). | 0.90 hrs. |
| 03/02/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.10 hrs. |
| 03/02/10 | E. M. MILLER | Perform second level review of documents in Relativity data room (5.6). | 5.60 hrs. |
| 03/02/10 | A. K. NELLOS | Review and prepare chronology highlighting key points from key/significant documents reviewed in course of second-tier review (focusing on Debtor e-mail communications) (4.1); Review progress of document reviewers | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         April 25, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5

|  |  |  |  |
|---|---|---|---|
|  |  | (1.3) and assign additional documents for review (2.1); Speak with L. Moloney regarding issues with document productions (.6); Draft letter to J. Peltz regarding discovery issues. (.2). |  |
| 03/02/10 | F. VAZQUEZ | Conf w/Zink re recent developments and next steps (.3); review and revise good faith discussion (.6); conf w/Daucher re veil piercing (.2); outline element of subsidiary only plan (.6); conf w/Zink and Daucher re issues outline (.4); review & revise outline of subsidiary plan issues.(6.4). | 8.50 hrs. |
| 03/02/10 | C. L. RIVERA | Meeting with T. Zink and B. Dye re: research on 9019 (1.1); drafting outline re: same and reviewing research while drafting (0.5). | 1.60 hrs. |
| 03/02/10 | L. MENDOZA | Research and prepare hot documents from Relativity as per A. Nellos | 4.90 hrs. |
| 03/02/10 | N. T. ZINK | Consider arguments in opposition to subsidiary only plan (1.6); further preparation of papers in opposition to Debtor-lender plan and subsidiary-only plan (2.6). | 4.20 hrs. |
| 03/02/10 | H. SEIFE | Meeting at Centerbridge regarding status/settlement (2.5); conference with G.Bush (ZS) regarding LBO issues (.8). | 3.30 hrs. |
| 03/03/10 | H. SEIFE | Conference call with W.Smith (Committee co-chair) regarding settlement issues (.5); review of LBO settlement issues (1.4). | 1.90 hrs. |
| 03/03/10 | N. T. ZINK | Consider further arguments in opposition to subsidiary only plan (1.3); review papers in opposition to subsidiary only plan (1.2). | 2.50 hrs. |
| 03/03/10 | L. MENDOZA | Research Relativitiy and prepare hot documents as per A. Nellos. | 6.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| 03/03/10 | C. L. RIVERA | Review status of related LBO (0.2); analysis re: opposition to debtor proposed settlement (0.4). | 0.60 hrs. |
|---|---|---|---|
| 03/03/10 | D. M. LeMAY | Conference call w/H. Seife and Committee Chair regarding settlement issues (.5). | 0.50 hrs. |
| 03/03/10 | D. M. LeMAY | E-mail H. Seife regarding Aurelius issue. | 0.30 hrs. |
| 03/03/10 | F. VAZQUEZ | Review and revise outline to subsidiary only plan (4.3); conf w/Daucher re outline (.3). | 4.60 hrs. |
| 03/03/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional documents for review (1.1); Review correspondence from counsel for JPMorgan regarding redacted/reproduced documents (.2) and call counsel at Davis Polk to discuss same (.1); review proposed terms from Blackstone's counsel (1.9) and review documents produced by Foundations in connection with determining additional possible terms (2.5). | 6.70 hrs. |
| 03/03/10 | A. K. NELLOS | Review certain issues with Blackstone Group's electronic production (3.6); Speak with counsel at Davis Polk regarding withdrawn JPMorgan materials (.5); Confer with Jen Peltz regarding depository issues (.4). | 4.50 hrs. |
| 03/03/10 | E. M. MILLER | Review VRC engagement letter and indemnification agreement (0.9) Review and exchange emails with M Ashley re same (0.8). | 1.70 hrs. |
| 03/03/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.10 hrs. |
| 03/03/10 | M. D. ASHLEY | Reviewed correspondence and production materials regarding discovery issues (.7); emails with A. Goldfarb regarding JPM advisory factual issues (.3). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


| 03/03/10 | A. HANESSIAN | Review and analysis of docket sheet of similar large case re: LBO litigation issues. | 0.10 hrs. |
|---|---|---|---|
| 03/03/10 | K. GARRY | Preparation of hot documents for attorney review. | 3.10 hrs. |
| 03/03/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.10 hrs. |
| 03/03/10 | B. DYE | Researching Bankr Rule 2019 issue. | 3.10 hrs. |
| 03/03/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.80 hrs. |
| 03/03/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 3.60 hrs. |
| 03/03/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.7); review second tier hot documents related to solvency and record relevance of each (6.4). | 8.10 hrs. |
| 03/03/10 | E. DAUCHER | Research viability of subsidiary only plan. | 1.20 hrs. |
| 03/03/10 | L. ROWNTREE | Research certain individuals relevant to litigation per A. Nellos. | 0.30 hrs. |
| 03/04/10 | L. F. MOLONEY | Correspondence and conference with A. Nellos and P. Kelley at Complete Document Source re additional documents and issues with Relativity. | 1.10 hrs. |
| 03/04/10 | E. DAUCHER | Edit summary of findings on viability of subsidiary only plan. | 2.00 hrs. |
| 03/04/10 | E. DAUCHER | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 03/04/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


03/04/10   K. ZAFRAN        Review second tier hot documents      9.40 hrs.
                            related to solvency and record
                            relevance of each.

03/04/10   I SAFIER         On-line review of documents           3.40 hrs.
                            produced in connection with
                            investigation of ESOP Transaction;

03/04/10   B. DYE           Researching Bankr. Rule 9019 issue.   7.20 hrs.

03/04/10   J. NOBLE         Online review of documents            1.30 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

03/04/10   T. P. CASTELL    On-line review of documents           2.60 hrs.
                            produced in connection with
                            investigation of ESOP Transaction.

03/04/10   K. GARRY         Preparation of hot documents for      3.20 hrs.
                            attorney review.

03/04/10   F. MALIK         On-line review of documents           0.30 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

03/04/10   E. GRIMALDI      On-line review of documents           5.90 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

03/04/10   A. HANESSIAN     Review and analysis of docket         0.10 hrs.
                            sheet of similar large case re:
                            LBO litigation issues.

03/04/10   M. D. ASHLEY     Emails with R. Schwinger, A.          1.00 hrs.
                            Nellos regarding document
                            production issues (.4); reviewed
                            correspondence regarding document
                            search issues (.6).

03/04/10   N. T. ZINK       Prepare memorandum in opposition      3.70 hrs.
                            to subsidiary-only plan (3.7).

03/04/10   P. TANCK         On-line review of documents           8.20 hrs.
                            produced in connection with
                            investigation of ESOP Transaction.

03/04/10   E. M. MILLER     Review and exchange emails with M     2.40 hrs.
                            Ashley and T Stevenson re VRC
                            indemnification agreement (0.3)
                            Perform second level review of
                            documents in Relativity data room
                            (2.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page    9

| 03/04/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional documents regarding same (1.4); Speak with B. Miller regarding review of certain target documents (.3); Review correspondence regarding certain bank productions (.4); Exchange correspondence with J. Peltz regarding depository issues (.3); Discuss various issues regarding document productions with L. Moloney (.8); Online review and comparison of documents related to the ESOP transaction (second- tier review) (3.2). | 7.30 hrs. |
| --- | --- | --- | --- |
| 03/04/10 | F. VAZQUEZ | Conf w/Daucher re outline of issues with subsidary only plan (.3); review Relativity re certain agreements (.7); conf w/Zink re same agreements (.1); conf w/Nellos re same agreements (.1); review and revise outline of issues with subsidiary only plan (3.2). | 4.40 hrs. |
| 03/04/10 | D. M. LeMAY | Attend Settlement Meeting at Davis Polk & Wardwell. | 2.10 hrs. |
| 03/04/10 | C. L. RIVERA | Confer with B. Dye re: 9019 research (.1); review analysis re: same (.3). | 0.40 hrs. |
| 03/04/10 | L. MENDOZA | Research Relativity and prepare hot documents as per A. Nellos | 8.30 hrs. |
| 03/04/10 | H. SEIFE | Preparation for meeting at DPW (1.7); meeting with JPM regarding settlement (2.2); review of Aurelius issues regarding document access (.6). | 4.50 hrs. |
| 03/04/10 | D. BAVA | Review claims filed (.10); review and analysis of securities filings re: certain agreements (.50). | 0.60 hrs. |
| 03/05/10 | D. BAVA | Review and analysis of docket sheet of similar large case re: LBO litigation issues (.20). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   10


| 03/05/10 | H. SEIFE | Conference call with Committee chair regarding developments (.4); preparation for meeting with Debtors (.8); review of settlement issues/counter (2.3). | 3.50 hrs. |
|---|---|---|---|
| 03/05/10 | L. MENDOZA | Research Relativity and prepare certain documents at request of A.Nellos. | 0.80 hrs. |
| 03/05/10 | N. T. ZINK | Research and summarize possible infirmities of proposed subsidiary-only plan (1.6). | 1.60 hrs. |
| 03/05/10 | C. L. RIVERA | Review correspondence re: ability to settle certain claims. | 0.20 hrs. |
| 03/05/10 | R. A. SCHWINGER | Conference with A. Nellos re Blackstone e-mail production. | 0.60 hrs. |
| 03/05/10 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents for review (1.4); Review and prepare chronology highlighting key points from key/significant documents reviewed in course of second-tier review (focusing on Debtor e-mail communications) (5.5); Discuss various issues regarding discovery with R. Schwinger (.6); Discuss issues with Relativity and document productions with L. Moloney (.9). | 9.60 hrs. |
| 03/05/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.10 hrs. |
| 03/05/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.6). | 2.60 hrs. |
| 03/05/10 | M. D. ASHLEY | Reviewed correspondence and factual materials regarding scope of specific target document production (.8); emails with R. Schwinger, A. Nellos regarding same (.3). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page   11

| 03/05/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.40 hrs. |
| 03/05/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 03/05/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.40 hrs. |
| 03/05/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (1.1). | 1.10 hrs. |
| 03/05/10 | B. DYE | Additional research regarding Bankr. Rule 9019 issue. | 4.10 hrs. |
| 03/05/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.40 hrs. |
| 03/05/10 | K. ZAFRAN | Review second tier hot documents related to solevncy and record relevance of such. | 2.10 hrs. |
| 03/05/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.30 hrs. |
| 03/06/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |
| 03/06/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.4). | 1.40 hrs. |
| 03/07/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.5). | 2.50 hrs. |
| 03/07/10 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12


03/07/10    C. KUMAR          On-line review of documents           3.40 hrs.
                              produced in connection with
                              investigation of ESOP transaction
                              (3.4).

03/07/10    J. P. NARVAEZ     On-line review of documents           1.30 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

03/07/10    K. ZAFRAN         On-line review of documents           2.20 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

03/08/10    K. ZAFRAN         On-line review of documents          10.80 hrs.
                              produced in connection with
                              investigation of ESOP transaction
                              (3.2); review second tier hot
                              documents related to solvency and
                              record relevance of each (7.6).

03/08/10    J. P. NARVAEZ     On-line review of documents           1.10 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

03/08/10    L. ROWNTREE       Conferred with A. Nellos (.1) and     0.40 hrs.
                              conducted follow-up research (.3)
                              re: the common interest privilege.

03/08/10    C. KUMAR          On-line review of documents           2.40 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

03/08/10    A. KRONSTADT      On-line review of documents           1.10 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

03/08/10    F. MALIK          On-line review of documents           8.10 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

03/08/10    E. GRIMALDI       On-line review of documents           2.30 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

03/08/10    I SAFIER          On-line review of documents           3.30 hrs.
                              produced in connection with
                              investigation of ESOP Transaction;

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                April 25, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page   13

| | | | |
|---|---|---|---|
| 03/08/10 | B. DYE | Research Company documents related to the Credit Agreement and Bridge Facility for C. Rivera (3.2); researching release issue for C. Rivera (4.9). | 8.10 hrs. |
| 03/08/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.10 hrs. |
| 03/08/10 | A. K. NELLOS | Review progress of document reviewers (1.4) and assign additional documents for review (1.5); Confer with L. Moloney regarding various issues with Merrll Lynch and Blackstone productions (1.2); Review /analyze materials relating to privilege issues in connection with various productions (1.9); Exchange e-mails with parties from GreatBanc and the Debtors relating to document productions and depository issues (.3); Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.3). | 8.60 hrs. |
| 03/08/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.40 hrs. |
| 03/08/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.9) | 2.90 hrs. |
| 03/08/10 | D. E. DEUTSCH | E-mail Bryan Krakauer re: addressing creditor motion and Aurelius sharing request (.2). | 0.20 hrs. |
| 03/08/10 | A. HANESSIAN | Review and analysis of docket sheet in  similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/08/10 | F. VAZQUEZ | Conf w/Rivera re subordination and PHONES (.5); review indenture (.3); conference w/Zink re PHONES (.3); conference w/Giannini re subordination (.3); email to/from C. Rivera and Zink re subordination (.4). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                April 25, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page   14


| 03/08/10 | C. L. RIVERA | Research re: 9019 standards and enforceability of third party releases (3.2); drafting opposition to plan settlement (4.1); confer with T. Zink re: outline of argument (0.2); confer with D. Deutsch re: arms-length issue (0.1); confer with B. Dye re: intercreditor agreement issues (0.4); reviewing subordination agreement (0.4) and related correspondence (0.3). | 8.70 hrs. |
| 03/08/10 | L. MENDOZA | Research Citibank hot documents and prepare per A. Nellos | 2.80 hrs. |
| 03/08/10 | H. SEIFE | Preparation for meeting at Lazard (1.2); review of settlement issues (.8). | 2.00 hrs. |
| 03/09/10 | D. BAVA | Review and analysis of claims filed by potential targets (.80); draft chart summarizing claim and schedule information (.60). | 1.40 hrs. |
| 03/09/10 | L. MENDOZA | Review and update certain potential target materials re new hot documents (1.4) and prepare Solvency materials of new hot documents as per A. Nellos (2.9). | 4.30 hrs. |
| 03/09/10 | H. SEIFE | Conference with Bush and Sottile regarding meeting preparation (1.0); conference with Lazard and Sidley regarding settlement status (1.4); conference call with JPM and DPW (.7); conference call with Centerbridge on settlement (.5); review and revise draft Moelis slide presentation (.7). | 4.30 hrs. |
| 03/09/10 | C. L. RIVERA | Drafting analysis re: opposition to plan settlement (1.2) and related research (1.1); meeting with T. Zink and F. Vazquez re: same (0.3); correspondence re: subordination provisions re: PHONES (0.2); confer with B. Dye re: release research (0.3); reviewing same (0.4); | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           April 25, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   15


| 03/09/10 | D. M. LeMAY | Attend pre-meeting of Committee professionals re: settlement issues (.9).  Attend meeting w/Krakauer, Conlon and Kurtz at Lazard re: same (1.3).  Follow up session of Committee professionals (.4). | 2.60 hrs. |

| 03/09/10 | F. VAZQUEZ | Conf w/Joe Giannini re subordination of potential target (.3); conf w/C. Rivera and Zink re objection to plan proposed by lenders (.4); email to/from Giannini re subordination factual issue (.1); email to/from Zink re fraudulent transfer complaint (.3). | 1.10 hrs. |

| 03/09/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.10 hrs. |

| 03/09/10 | M. D. ASHLEY | Reviewed emails regarding document production issues (.4); reviewed related production materials (.3). | 0.70 hrs. |

| 03/09/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.10 hrs. |

| 03/09/10 | A. K. NELLOS | Review progress of document reviewers (1.1) and assign additional documents for review (1.4); Confer with Lori Moloney and with Complete Documents regarding various issues with recent productions (.9); Exchange e-mails with counsel for Merrill Lynch regarding issues with production (.2); Exchange e-mails with counsel for Blackstone Group regarding additional information requested by depository (.1); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.6). | 5.30 hrs. |

| 03/09/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.60 hrs. |

| 03/09/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |
|---|---|---|---|
| 03/09/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.20 hrs. |
| 03/09/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |
| 03/09/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.6) | 1.60 hrs. |
| 03/09/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |
| 03/09/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (2.2); review second tier hot documents and record relevancy of such (1.9). | 4.10 hrs. |
| 03/10/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.80 hrs. |
| 03/10/10 | E. DAUCHER | Online review of documents produced in connection with investigation of leverages ESOP transactions. | 0.60 hrs. |
| 03/10/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.90 hrs. |
| 03/10/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.2). | 1.20 hrs. |
| 03/10/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.30 hrs. |
| 03/10/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   17


| 03/10/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.40 hrs. |
| 03/10/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.90 hrs. |
| 03/10/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 1.60 hrs. |
| 03/10/10 | A. K. NELLOS | Review progress of first and second-tier reviewers (1.2) and assign additional documents for review (1.4); discuss issues regarding privilege log from Debtors with M.Ashley (.7); draft email summarizing position regarding same (.6); draft letter to J.Peltz at Sidley regarding discovery issues (.2);email to R.Butcher regarding Morgan Stanley documents (.1); exchange emails with M.Ashley regarding "declassified" documents (.2). | 4.40 hrs. |
| 03/10/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.80 hrs. |
| 03/10/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.50 hrs. |
| 03/10/10 | F. VAZQUEZ | Review subsidiary only plan discussion (1.4); conf w/Zink re effect of avoidance on guarantee (.2); email to/from Daucher re effect of avoidance on guarantee (.2); email to/from Zink re PHONES (.1). | 1.90 hrs. |
| 03/10/10 | C. L. RIVERA | Research re: various gate-keeping issues (1.8); drafting opposition to settlement re: same (1.3). | 3.10 hrs. |
| 03/10/10 | H. SEIFE | Conference call with Committee chair regarding settlement discussions (.6); preparation of memo of terms (1.3); emails with Centerbridge and counsel (.6); | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   18


                          work on settlement issues (2.3).

03/11/10   H. SEIFE       Preparation for meeting with          3.50 hrs.
                          lenders (1.2); meeting at DPW with
                          JPM (1.4); draft memo to Committee
                          regarding JPM meeting (.9).

03/11/10   C. L. RIVERA   Drafting/revising opposition brief    4.40 hrs.
                          and related research (3.7); confer
                          with T. Zink re: same (0.3);
                          confer with B. Dye re: related
                          research (0.4).

03/11/10   D. M. LeMAY    Attend settlement Meeting between     1.30 hrs.
                          Committee and JPMC representatives.

03/11/10   F. VAZQUEZ     Review subsidiary only plan issue     1.60 hrs.
                          list (1.4); conf w/Rivera re
                          objection to settlement (.2).

03/11/10   M. D. ASHLEY   Reviewed correspondence and          0.90 hrs.
                          production materials regarding
                          privilege document production
                          (.6); emails with A. Nellos
                          regarding same (.3).

03/11/10   A. K. NELLOS   Review progress of document review    4.80 hrs.
                          (.7) and assign additional
                          documents to reviewers (1.2);
                          Confer with L.Moloney relating to
                          issues in Relativity (.6); Confer
                          with M. Ashley regarding various
                          privilege issues (.6); Draft
                          e-mail summarizing conclusions on
                          same (.3); Online review and
                          comparison of documents related to
                          the ESOP transaction (second- tier
                          review) (1.4).

03/11/10   E. M. MILLER   Review D&P documents and respond     1.40 hrs.
                          to questions from A Nellos re same.

03/11/10   I SAFIER       On-line review of documents          1.90 hrs.
                          produced in connection with
                          investigation of ESOP Transaction;

03/11/10   M. ROITMAN     On-line review of documents          0.60 hrs.
                          produced in connection with
                          investigation of ESOP transaction
                          (0.6)

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   19
```

| 03/11/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.10 hrs. |
|---|---|---|---|
| 03/11/10 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.20 hrs. |
| 03/11/10 | B. DYE | Discussion with C. Rivera regarding memo re arguments against settlement | 0.20 hrs. |
| 03/11/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.70 hrs. |
| 03/11/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.40 hrs. |
| 03/11/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.90 hrs. |
| 03/11/10 | K. GARRY | Research Relativity and prepare hot documents for attorney review. | 2.10 hrs. |
| 03/11/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.80 hrs. |
| 03/11/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 03/11/10 | K. ZAFRAN | On-line review of documents produced in connection with the investigation of ESOP transaction (3.7); review second tier hot document related to solvency and record relevance of such (3.1). | 6.80 hrs. |
| 03/12/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.10 hrs. |
| 03/12/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   20

| | | | |
|---|---|---|---|
| 03/12/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.80 hrs. |
| 03/12/10 | B. G. CARSON | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.20 hrs. |
| 03/12/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 03/12/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.80 hrs. |
| 03/12/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.30 hrs. |
| 03/12/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.10 hrs. |
| 03/12/10 | M. ROITMAN | On-line review of documents produced in connection with investigation of ESOP transaction (0.4). | 0.40 hrs. |
| 03/12/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 2.40 hrs. |
| 03/12/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (1.1). | 1.10 hrs. |
| 03/12/10 | E. M. MILLER | Perform second level review of documents in Relativity data room in connection with investigation. | 2.60 hrs. |
| 03/12/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional documents for review (1.4); Confer with L. Moloney regarding various issues in Relativity (.9); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.2). | 4.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   21
```

| 03/12/10 | M. D. ASHLEY | Review emails regarding settlement discussions (.3). | 0.30 hrs. |
|---|---|---|---|
| 03/12/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.40 hrs. |
| 03/12/10 | N. T. ZINK | Further preparation of pleading in opposition to subsidiary-only plan (4.8). | 4.80 hrs. |
| 03/12/10 | F. VAZQUEZ | Email to/from Zink re subsidiary plan (.2); conf w/Zink re subsidiary only plan (.3). | 0.50 hrs. |
| 03/12/10 | H. SEIFE | Work on settlement issues. | 1.80 hrs. |
| 03/13/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (3.1). | 3.10 hrs. |
| 03/13/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.1) | 1.10 hrs. |
| 03/13/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.20 hrs. |
| 03/13/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 03/14/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |
| 03/14/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (0.6). | 0.60 hrs. |
| 03/14/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 03/14/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (8.3). | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   22

| | | | |
|---|---|---|---|
| 03/14/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.60 hrs. |
| 03/14/10 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 7.60 hrs. |
| 03/14/10 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 1.60 hrs. |
| 03/15/10 | A. K. NELLOS | Review progress of document reviewers (first- and second-tier) (1.2) and assign additional documents for review (1.6); Speak with L. Moloney regarding issues with Morgan Stanley production (.3); Review documents circulated by reviewers as being noteworthy (.2). | 3.30 hrs. |
| 03/15/10 | E. M. MILLER | Perform second level review of documents in Relativity data room in connection with investigation. | 3.80 hrs. |
| 03/15/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/15/10 | M. D. ASHLEY | Reviewed key documents from producing parties (.6); emails regarding document production issues (.2). | 0.80 hrs. |
| 03/15/10 | H. SEIFE | Preparation for conference call with JPM and DPW (1.2); conference call with Lenders regarding settlement (.9); conference call with negotiation group (.8); review of S&P story on Tribune (.2); review of Moelis summary chart (.4). | 3.50 hrs. |
| 03/15/10 | F. VAZQUEZ | Review and revise arguments to subsidiary only plan (.8) conf w/Zink re good faith (.2); email to/from Zink re good faith (.1); review avoidance of susidiary guarantees (.3); conf w/Zink re avoidance of guarantees (.4); conf w/Roitman re avoidance of | 2.00 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   23
```

|          |                   | gurantees and avoidance of privacy obligation (.2). | |
|----------|-------------------|-----------------------------------------------------|---|
| 03/15/10 | R. A. SCHWINGER   | Review E-mails re Blackstone e-mail production. | 0.50 hrs. |
| 03/15/10 | D. M. LeMAY       | Participate in settlement call w/JPMC (.8). Participate in follow-up call of Committee professionals (.9). | 1.70 hrs. |
| 03/15/10 | B. DYE            | Online review of documents produced in connection with the ESOP transaction | 0.60 hrs. |
| 03/15/10 | F. PERKINS        | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.60 hrs. |
| 03/15/10 | Y. YOO            | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (4.7). | 4.70 hrs. |
| 03/15/10 | I SAFIER          | On-line review of documents produced in connection with investigation of ESOP Transaction; | 9.20 hrs. |
| 03/15/10 | M. ROITMAN        | Research re: avoidance of guaranties (1.4); Meet with F. Vazquez re: same (0.2). | 1.60 hrs. |
| 03/15/10 | L. ARYANI         | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.90 hrs. |
| 03/15/10 | F. MALIK          | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.20 hrs. |
| 03/15/10 | E. GRIMALDI       | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 03/15/10 | A. DUFFY          | Online review of documents produced in connection with the ESOP Transaction (1.2) | 1.20 hrs. |
| 03/15/10 | K. GARRY          | Research Relativity and prepare hot documents for attorney review. | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 25, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   24

| 03/15/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.90 hrs. |
|---|---|---|---|
| 03/15/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 03/16/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 03/16/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.80 hrs. |
| 03/16/10 | A. DUFFY | Online review of documents produced in connection with ESOP Transaction (2.6) | 2.60 hrs. |
| 03/16/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.80 hrs. |
| 03/16/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 7.10 hrs. |
| 03/16/10 | M. ROITMAN | Research re: avoidance of guaranties. | 4.60 hrs. |
| 03/16/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 3.40 hrs. |
| 03/16/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (3.1). | 3.10 hrs. |
| 03/16/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.90 hrs. |
| 03/16/10 | B. DYE | Further researching C. Rivera's memo re arguments against proposed settlement. | 2.10 hrs. |
| 03/16/10 | C. L. RIVERA | Research re: related LBO suit. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    April 25, 2010
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                               Page   25


| | | | |
|---|---|---|---|
| 03/16/10 | R. A. SCHWINGER | Review e-mails re discovery objections raised by Moody's (0.6). | 0.60 hrs. |
| 03/16/10 | F. VAZQUEZ | Confs w/Zink and Y.Yoo re third party injunctions (1.5); conf w/Roitman re possible settlement (.2); conf w/Roitman re avoidance of guarantees (.3); review settlement proposal (.3); review caselaw re third party injunction. (.3). | 2.60 hrs. |
| 03/16/10 | H. SEIFE | Review of revised Moelis chart (.4); conference with G.Bush regarding Centerbridge (.3); conference call with Centerbridge (1.1); emails with Committee regarding Centerbridge position/request (.8). | 2.60 hrs. |
| 03/16/10 | M. D. ASHLEY | Reviewed correspondence from producing parties (.3); reviewed key production materials (.3). | 0.60 hrs. |
| 03/16/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/16/10 | A. K. NELLOS | Review progress of first- and second- tier document reviewers (.7) and assign additional documents for review (1.1). | 1.80 hrs. |
| 03/17/10 | A. K. NELLOS | Review progress of document reviewers (1.3) and assign additional documents for review (1.4); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.3). | 4.00 hrs. |
| 03/17/10 | A. HANESSIAN | Review and analysis of similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/17/10 | E. M. MILLER | Review documents received from Davis Polk re Centerbridge (5.1) Review and exchange emails with M Ashley re further documents from Davis Polk re Centerbridge (0.3) | 5.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   26
```

| 03/17/10 | M. D. ASHLEY | Reviewed materials regarding possible Centerbridge role in LBO financing (.8); reviewed materials regarding confidentiality issues relating to potential litigation (.4). | 1.20 hrs. |
|---|---|---|---|
| 03/17/10 | H. SEIFE | Conference call with JPM (1.1); telephone conferences with Committee members regarding negotiations (1.2). | 2.30 hrs. |
| 03/17/10 | B. DYE | Further researching C. Rivera's memo re arguments against proposed settlement (2.3); online review of documents produced in connection with ESOP transactions (.9) | 3.20 hrs. |
| 03/17/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.10 hrs. |
| 03/17/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.40 hrs. |
| 03/17/10 | M. ROITMAN | Research re: avoidance of guaranties (5.4). | 5.40 hrs. |
| 03/17/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 6.30 hrs. |
| 03/17/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.40 hrs. |
| 03/17/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (2.7); review and prepare all documents/agreements related to subsidiaries and determine members of each LLC (4.4). | 7.10 hrs. |
| 03/17/10 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 25, 2010
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page   27


| 03/17/10 | T. I. CANKOREL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.60 hrs. |
| 03/18/10 | E. DAUCHER | Online review of documents produced in connection with leveraged ESOP transactions. | 2.40 hrs. |
| 03/18/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 03/18/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.60 hrs. |
| 03/18/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 2.70 hrs. |
| 03/18/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.30 hrs. |
| 03/18/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.10 hrs. |
| 03/18/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.60 hrs. |
| 03/18/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (5.2). | 5.20 hrs. |
| 03/18/10 | M. ROITMAN | Research re: guaranty issues (2.4); Correspond with M. Ashley and T. McCormack re: statute of limitations in context of derivative standing (0.8); | 3.20 hrs. |
| 03/18/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 4.20 hrs. |
| 03/18/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    April 25, 2010
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                              Page   28


| 03/18/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.80 hrs. |
|---|---|---|---|
| 03/18/10 | B. DYE | Further researching issues re: proposed settlement. | 2.10 hrs. |
| 03/18/10 | H. SEIFE | Telephone conference with D.Schaible regarding settlement response (.3); review of settlement issues (1.2). | 1.50 hrs. |
| 03/18/10 | F. VAZQUEZ | Conf w/Zink re meeting and settlement proposal(.2); conf w/Zink re subsidiary only plan (.4); conf w/Daucher re objection to subsidiary only plan (.3); review and revise objection to subsidiary only plan (3.2); email to/from E.Daucher regarding subsidiary only plan (.2). | 4.30 hrs. |
| 03/18/10 | C. L. RIVERA | Correspondence to T. Zink re: analysis of 9019 factors (0.4). | 0.40 hrs. |
| 03/18/10 | M. D. ASHLEY | Reviewed and revised draft memorandum regarding possible Centerbride role in LBO financing and reviewed related materials (1.1). | 1.10 hrs. |
| 03/18/10 | A. HANESSIAN | Review and analysis of docket sheet of similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/18/10 | A. K. NELLOS | Review progress of document reviewers (.6); and assign additional documents for review (.8). | 1.40 hrs. |
| 03/18/10 | E. M. MILLER | Review documents received from Davis Polk re Centerbridge (0.5) Draft memo to file re same (1.4) Review comments from M Ashley and revise memo to file re Centerbridge (0.8) | 2.70 hrs. |
| 03/19/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   29


03/19/10   A. K. NELLOS    Review progress of document        2.90 hrs.
                           reviewers (.8) and assign
                           additional documents for review
                           (1.3); Online review and
                           comparison of documents related to
                           the ESOP transaction (second- tier
                           review) (.8).

03/19/10   C. L. RIVERA    Meeting with T. Zink and B. Dye     0.70 hrs.
                           re: arguments in opposition to
                           debtor/lender plan/settlement.

03/19/10   F. VAZQUEZ      Review and revise objection to      2.80 hrs.
                           subsidiary only plan (2.5); conf
                           w/Roitman re guaranty issues (.3).

03/19/10   H. SEIFE        Review of settlement/negotiation    1.70 hrs.
                           issues (1.4); telephone conference
                           with Sidley regarding meetings
                           (.3).

03/19/10   B. DYE          Meeting with T. Zink and C. Rivera  0.80 hrs.
                           re memo on arguments against
                           Debtors' settlement.

03/19/10   F. PERKINS      On-line review of documents         6.10 hrs.
                           produced in connection with
                           investigation of ESOP Transaction.

03/19/10   M. WEINBAUM     On-line review of documents         0.40 hrs.
                           produced in connection with
                           investigation of ESOP Transaction
                           (.4).

03/19/10   I SAFIER        On-line review of documents         2.40 hrs.
                           produced in connection with
                           investigation of ESOP Transaction;

03/19/10   M. ROITMAN      Research re: Avoidance of           1.50 hrs.
                           Guaranties (0.8); Research re:
                           statute of limitations in context
                           of derivative standing (0.7);

03/19/10   C. KUMAR        On-line review of documents         2.20 hrs.
                           produced in connection with
                           investigation of ESOP transaction
                           (2.2).

03/19/10   A. KRONSTADT    On-line review of documents         1.60 hrs.
                           produced in connection with
                           investigation of ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   30


03/19/10    T. P. CASTELL      On-line review of documents          4.70 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

03/19/10    L. ARYANI          Online review of documents           6.40 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

03/19/10    E. GRIMALDI        On-line review of documents          7.40 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

03/19/10    F. MALIK           On-line review of documents          8.80 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

03/19/10    K. ZAFRAN          On-line review of documents          8.10 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

03/20/10    B. G. CARSON       On-line review of documents          4.80 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

03/21/10    M. WEINBAUM        On-line review of documents          2.90 hrs.
                               produced in connection with
                               investigation of ESOP Transaction
                               (2.9).

03/21/10    A. K. NELLOS       Online review and comparison of      3.20 hrs.
                               documents related to the ESOP
                               transaction (second- tier review)

03/21/10    A. DUFFY           Online review of documents           0.90 hrs.
                               produced in connection with the
                               ESOP transaction (.9)

03/21/10    K. ZAFRAN          On-line review of documents          1.20 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

03/21/10    J. P. NARVAEZ      On-line review of documents          1.80 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

03/22/10    J. P. NARVAEZ      On-line review of documents          0.90 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      April 25, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   31

| | | | |
|---|---|---|---|
| 03/22/10 | E. DAUCHER | Online review of documents produced in connection with leveraged ESOP transactions. | 0.40 hrs. |
| 03/22/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (5.4); review second tier hot documents related to solvency and record relevance of such (1.6). | 7.00 hrs. |
| 03/22/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (4.6) | 4.60 hrs. |
| 03/22/10 | A. K. NELLOS | Review progress of document reviewers (1.1); and assign additional documents for review (1.3). | 2.40 hrs. |
| 03/22/10 | H. SEIFE | Telephone conference with D.Golden (.5); telephone conference with B.Krakauer (.4); emails regarding Debtor meeting (.4); preparation for meeting on settlement (1.2); review of settlement structure issues (1.4). | 3.90 hrs. |
| 03/22/10 | F. VAZQUEZ | Conf w/Roitman re evidence of guarantee. | 0.20 hrs. |
| 03/22/10 | C. L. RIVERA | Research relating to issue for settlement opposition brief. | 0.70 hrs. |
| 03/22/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (1.2). | 1.20 hrs. |
| 03/22/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (5.3). | 5.30 hrs. |
| 03/22/10 | M. ROITMAN | Research re: statute of limitations in context of derivative standing (3.4); Draft email to T. McCormack and M. Ashley re: same (1.5); Research re: guaranty issue (3.3); Draft email to F. Vazquez re: same (1.2) | 9.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      April 25, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   32

.

| | | | |
|---|---|---|---|
| 03/22/10 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 1.50 hrs. |
| 03/22/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.30 hrs. |
| 03/22/10 | B. DYE | Further researching C. Rivera's memo re arguments against proposed settlement | 2.90 hrs. |
| 03/22/10 | A. HANESSIAN | Review and analysis of docket sheet of similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/22/10 | T. P. CASTELL | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.80 hrs. |
| 03/22/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |
| 03/22/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (6.6). | 6.60 hrs. |
| 03/22/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 03/22/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.20 hrs. |
| 03/22/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 4.40 hrs. |
| 03/23/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.70 hrs. |
| 03/23/10 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                 April 25, 2010
435 N. MICHIGAN AVENUE                                        Invoice ******
CHICAGO, IL 60611                                            Page   33

| | | | |
|---|---|---|---|
| 03/23/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.60 hrs. |
| 03/23/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 03/23/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.40 hrs. |
| 03/23/10 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (.6). | 0.60 hrs. |
| 03/23/10 | C. L. RIVERA | Drafting/revising opposition brief (1.7); related research (.9). | 2.60 hrs. |
| 03/23/10 | H. SEIFE | Emails and telephone conferences regarding settlement proposals and counters (2.1); preparation for settlement meeting (1.2). | 3.30 hrs. |
| 03/23/10 | A. K. NELLOS | Review progress of document reviewers (1.3); and assign additional documents for review (1.4). | 2.70 hrs. |
| 03/23/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.10 hrs. |
| 03/23/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction. | 3.20 hrs. |
| 03/23/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/23/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (5.1); review second tier hot documents related to solvency and record relevancy (3.7). | 8.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   34
```

| | | | |
|---|---|---|---|
| 03/24/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (2.6); review second tier hot documents related to solvency in the seocnd step of the transaction and record relevance of such (3.3). | 5.90 hrs. |
| 03/24/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/24/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (.3) | 0.30 hrs. |
| 03/24/10 | F. E. CREAZZO | On-line review of documents produced in connection with investigation of ESOP Transaction (2.2). | 2.20 hrs. |
| 03/24/10 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents for review (1.4); Confer with L. Moloney regarding questions Blackstone files and related issues with Relativity (.5). | 3.10 hrs. |
| 03/24/10 | C. L. RIVERA | Reviewing/revising opposition brief and related research (3.3); confer with B. Dye re: changes to brief (.2). | 3.50 hrs. |
| 03/24/10 | F. VAZQUEZ | Review and revise objection to subsidiary only plan (1.7); conf w/Zink re subordination of PHONES to all other claims (.3). | 2.00 hrs. |
| 03/24/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.80 hrs. |
| 03/24/10 | B. DYE | Analyzing cases cited and further researching C. Rivera's memo re arguments against proposed settlement | 3.40 hrs. |
| 03/24/10 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                April 25, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page   35


| | | | |
|---|---|---|---|
| 03/24/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.20 hrs. |
| 03/24/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (2.1). | 2.10 hrs. |
| 03/24/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.90 hrs. |
| 03/24/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.30 hrs. |
| 03/25/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.10 hrs. |
| 03/25/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.80 hrs. |
| 03/25/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction (2.3). | 2.30 hrs. |
| 03/25/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 03/25/10 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.60 hrs. |
| 03/25/10 | B. DYE | Review of recently published decisions regarding fraudulent conveyances per T. Zink's request. | 0.50 hrs. |
| 03/25/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.60 hrs. |
| 03/25/10 | M. ROITMAN | Review recent decision in fraudulent litigation case (.9); Call with T. Zink re: same (0.2). | 1.10 hrs. |