TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   36

| 03/25/10 | F. VAZQUEZ | Conf w/Zink re settlement discussions and next steps in research matters. | 0.50 hrs. |
|----------|------------|---------------------------------------------------------------------------|-----------|
| 03/25/10 | H. SEIFE | Conference call with negotiating team (1.2); conference call with D.Rosner and D.Golden regarding Centerbridge position (1.0). | 2.20 hrs. |
| 03/25/10 | D. BAVA | Correspondence with T. Zink re: Teitelbaum's 2019 filings (.20); review and analysis of docket sheet re: Teitelbaum's 2019 statements (.4). | 0.60 hrs. |
| 03/25/10 | A. K. NELLOS | Review progress of document reviewers (.7) and assign additional documents for review (1.1). | 1.80 hrs. |
| 03/25/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (0.6) | 0.60 hrs. |
| 03/25/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/25/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.3); review second tier hot documents related to solvency and the second step of the transaction and record relevance of such (3.3). | 4.60 hrs. |
| 03/26/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (1.3); review second tier hot documents related to second step solvency and record relevance of such (1.8). | 3.10 hrs. |
| 03/26/10 | A. K. NELLOS | Review progress of document reviewers (.2) and assign additional documents for review (.3). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page   37

| | | | |
|---|---|---|---|
| 03/26/10 | D. BAVA | Review and analysis of docket sheet of similar large cases to identify motions to dismiss and related pleadings. | 2.40 hrs. |
| 03/26/10 | H. SEIFE | Telephone conference D.Liebentritt regarding potential settlement (.4); review of recent court decision regarding fraudulent conveyance (.6); review of settlement structure/issues (1.7); review of issue of shortening notice (.4). | 3.10 hrs. |
| 03/26/10 | M. ROITMAN | Review recent court opinion re: defense in fraudulent conveyance proceedings (0.4); Meet with T. Zink re: same (0.3); Meet with F. Vazquez re: same (0.2); Correspond with M. Ashley re: statute of limitations (0.3) | 1.20 hrs. |
| 03/26/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.10 hrs. |
| 03/26/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re: LBO litigation issues. | 0.10 hrs. |
| 03/26/10 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.90 hrs. |
| 03/27/10 | H. SEIFE | Conference call with Centerbridge regarding settlement terms. | 1.00 hrs. |
| 03/28/10 | F. VAZQUEZ | Email to/from Zink re possible settlement. | 0.10 hrs. |
| 03/29/10 | F. VAZQUEZ | Conf and emails with w/Butcher re discovery document issues (.2); email to/from Zink re discovery review (.1). | 0.30 hrs. |
| 03/29/10 | H. SEIFE | Review of draft settlement matrix (.3); telephone conference with Committee members regarding settlement issues (1.3). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   38

| 03/29/10 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.3); review key/hot documents and prepare chronology of significant/key documents (2.6). | 4.90 hrs. |
| 03/29/10 | A. HANESSIAN | Review and analysis of docket sheet in similar large case re LBO litigation proceedings. | 0.10 hrs. |
| 03/29/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.90 hrs. |
| 03/30/10 | A. K. NELLOS | Review key/hot documents and prepare chronology of significant/key documents (6.6); Speak with R. Schwinger regarding discovery issues (.3). | 6.90 hrs. |
| 03/30/10 | H. SEIFE | Conference call with D.Liebentritt (Tribune) regarding settlement outlines (.4); review of draft press release (.3); review of draft memo regarding Committee fiduciary duty (1.0). | 1.70 hrs. |
| 03/30/10 | R. A. SCHWINGER | Meeting with A. Nellos re discovery status issues (0.2). | 0.20 hrs. |
| 03/30/10 | F. VAZQUEZ | Review facts of recent fraudulent conveyance case and settlement defense (.6). | 0.60 hrs. |
| 03/30/10 | K. ZAFRAN | Review second tier hot documents related to solvency (undated) and record relevance of such. | 4.70 hrs. |
| 03/31/10 | H. SEIFE | Conference with D.LeMay and D.Deutsch regarding settlement (.8); review of Moelis revised recovery matrix (.3); emails regarding settlement structure (1.1). | 2.20 hrs. |
| 03/31/10 | L. MENDOZA | Reseach Relativity and prepare hot documents for attorney review. | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page   39

| | | | |
|---|---|---|---|
| 03/31/10 | A. K. NELLOS | Review key/hot documents and prepare chronology of significant/key documents. | 5.40 hrs. |
| 03/31/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.20 hrs. |

**TOTAL DUE FOR THIS MATTER................................... $613,993.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 8.50 | 7267.50 |
| H. SEIFE | 965.00 | 63.00 | 60795.00 |
| N. T. ZINK | 795.00 | 22.10 | 17569.50 |
| R. A. SCHWINGER | 785.00 | 2.50 | 1962.50 |
| M. D. ASHLEY | 645.00 | 9.60 | 6192.00 |
| B. G. CARSON | 475.00 | 12.00 | 5700.00 |
| D. E. DEUTSCH | 695.00 | .20 | 139.00 |
| E. GRIMALDI | 475.00 | 50.80 | 24130.00 |
| E. M. MILLER | 595.00 | 25.60 | 15232.00 |
| F. E. CREAZZO | 595.00 | 2.20 | 1309.00 |
| F. MALIK | 405.00 | 107.50 | 43537.50 |
| F. VAZQUEZ | 625.00 | 44.90 | 28062.50 |
| K. A. GIULIANO | 595.00 | 12.40 | 7378.00 |
| L. ARYANI | 405.00 | 37.50 | 15187.50 |
| T. P. CASTELL | 595.00 | 21.50 | 12792.50 |
| A. HANESSIAN | 185.00 | 2.50 | 462.50 |
| D. BAVA | 270.00 | 5.20 | 1404.00 |
| K. GARRY | 180.00 | 11.00 | 1980.00 |
| L. MENDOZA | 240.00 | 41.50 | 9960.00 |
| A. K. NELLOS | 595.00 | 120.50 | 71697.50 |
| C. L. RIVERA | 625.00 | 30.80 | 19250.00 |
| E. DAUCHER | 355.00 | 20.40 | 7242.00 |
| J. P. NARVAEZ | 475.00 | 20.70 | 9832.50 |
| L. ROWNTREE | 355.00 | .70 | 248.50 |
| P. TANCK | 595.00 | 53.90 | 32070.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page    40

| | | | |
|---|---|---|---|
| T. I. CANKOREL | 515.00 | 11.20 | 5768.00 |
| A. DUFFY | 405.00 | 29.10 | 11785.50 |
| A. KRONSTADT | 405.00 | 14.50 | 5872.50 |
| B. DYE | 405.00 | 41.80 | 16929.00 |
| C. KUMAR | 405.00 | 26.40 | 10692.00 |
| F. PERKINS | 405.00 | 120.30 | 48721.50 |
| I SAFIER | 405.00 | 64.30 | 26041.50 |
| J. NOBLE | 405.00 | 11.70 | 4738.50 |
| K. ZAFRAN | 405.00 | 139.20 | 56376.00 |
| L. F. MOLONEY | 305.00 | 1.10 | 335.50 |
| M. ROITMAN | 355.00 | 29.60 | 10508.00 |
| M. WEINBAUM | 405.00 | 14.60 | 5913.00 |
| Y. YOO | 405.00 | 22.00 | 8910.00 |
| TOTALS | | 1253.30 | 613993.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                              For Services Through March 31, 2010
Our Matter #19804.020
          SHAREHOLDER CLAIMS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/01/10 | F. VAZQUEZ | Review third party complaint (1.1); conf w/Zink re third party complaint (.2); conf w/Ashley re third party complaint (.2); email re comments to third party complaint (.2). | 1.70 hrs. |
| 03/01/10 | M. S. TOWERS | Review cases cited in motion for standing to pursue third party claims (1.7) and revised same (.5). | 2.20 hrs. |
| 03/01/10 | M. ROITMAN | Correspondence with T. Steveson and M. Ashley re: use of confidential documents in third party complaint (0.6); Review of third party complaint re: confidentiality issues (1.0) and revise complaint to comply with confidentiality requirements (1.4). | 3.00 hrs. |
| 03/01/10 | H. SEIFE | Emails regarding complaint and confidentiality issues (.8); emails with Bendernagel (.3). | 1.10 hrs. |
| 03/01/10 | E. PRZYBYLKO | Review draft third-party complaint | 0.90 hrs. |
| 03/01/10 | M. D. ASHLEY | Reviewed and revised draft third-party complaint and related factual materials (2.4); emails with T. McCormack, T. Stevenson, M. Roitman regarding revisions to draft third-party complaint (.8); emails with Sidley Austin regarding confidentiality issues related to circulation of draft third-party complaint (.3); reviewed correspondence regarding confidentiality issues (.4). | 3.90 hrs. |
| 03/01/10 | T. J. MCCORMACK | Review proposed correspondence to Debtors' counsel re: use of confidential documents and comments/discussions re: same (0.8); review/edit current draft of the third-party complaint (1.8); prepare for presentation to Committee on third-party claims (2.1). | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| | | | |
|---|---|---|---|
| 03/02/10 | T. J. MCCORMACK | Prepare for 3/4 Committee meeting, including review and revise complaint (1.2), review and revise presentation on third party claims (0.8), and review of relevant documents and case law (1.1); communications with Debtors' counsel re: use of privilege materials (0.6). | 3.70 hrs. |
| 03/02/10 | N. T. ZINK | Further off-line document review re possible third party claims (1.8). | 1.80 hrs. |
| 03/02/10 | R. A. SCHWINGER | Reviewing draft third party complaint. | 1.10 hrs. |
| 03/02/10 | E. PRZYBYLKO | Review comments to draft third party complaint | 0.60 hrs. |
| 03/02/10 | M. D. ASHLEY | Reviewed and revised draft third-party complaint (.9) and reviewed related production materials (.7); emails with T. McCormack, T. Stevenson, M. Roitman regarding factual issues and legal claims in draft third-party complaint (.6). | 2.20 hrs. |
| 03/02/10 | H. SEIFE | Review of revised third party complaint (1.6); review of ZS comments (.5). | 2.10 hrs. |
| 03/02/10 | M. ROITMAN | Call with Landis re: filing deadline for April 13 hearing (0.1); draft email to H. Seife and D. LeMay re: same (0.4); Review of third party complaint re: factual analysis (2.6); Correspondence with A. Leung (AlixPartners) re: same (0.2); Draft Intralinks posting note re: third-party complaint (0.4); Revise third party complaint re: confidentiality issues to comply with confidentiality requirements (0.4) | 4.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

03/02/10    M. S. TOWERS        Reviewed revised draft third party        2.20 hrs.
                                complaint (1.1) and amended motion
                                for standing to pursue third party
                                claims (1.1).

03/02/10    D. M. LeMAY         Review latest draft of Third Party        3.30 hrs.
                                Complaint (2.5) and standing
                                motion (.8).

03/02/10    R. M. KIRBY         Conducting follow-up research on          0.80 hrs.
                                elements of aiding and abetting
                                cause of action under Delaware
                                law, as per M. Ashley.

03/03/10    M. ROITMAN          Revise presentation re:                   2.90 hrs.
                                Third-Party Complaint (0.8);
                                Review Third-Party Complaint re:
                                accuracy of quoted material and
                                D&O equity figures (1.3); Revise
                                Intralinks posting note re: same
                                (0.2); Correspondence with M.
                                Ashley, T. Stevenson re: same
                                (0.3); Correspondence with M.
                                Ashley and T. McCormack re:
                                Unredacted version of third-party
                                complaint (0.3).

03/03/10    H. SEIFE            Review of revised complaint (.8);         2.20 hrs.
                                emails with M.Ashley regarding
                                complaint (.7); emails regarding
                                standing motion (.7).

03/03/10    M. D. ASHLEY        Reviewed and revised draft               7.10 hrs.
                                third-party complaint (1.8);
                                reviewed related Committee
                                presentation, production materials
                                and legal research materials
                                (2.6); emails with M.Roitman
                                regarding redaction of and factual
                                investigation in draft third party
                                complaint (.4); emails with T.
                                McCormack, T. Stevenson, regarding
                                presentation relating to
                                third-party complaint (.4); emails
                                with Sidley Austin regarding
                                citiation to confidential
                                documents in third-party complaint
                                (.2); telephone call with T.
                                McCormack, J. Sottile regarding
                                potential legal issues relating to
                                third-party claims (1.0); meeting
                                with T. McCormack regarding

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page    4

|            |                  | third-party claims (.5); call with T. McCormack, H. Seife regarding third-party complaint (.2). |            |
|------------|------------------|--------------------------------------------------------------------------------|------------|
| 03/03/10   | E. PRZYBYLKO     | Conf w T. McCormack re proper defendants for claims (.2); research (1.4) and draft email (.5) memo re same. | 2.10 hrs.  |
| 03/03/10   | R. A. SCHWINGER  | Revise and prepare comments on draft complaint. | 1.40 hrs.  |
| 03/03/10   | N. T. ZINK       | Review issues relating to JPM's role as financial advisor to Zell (.2); second tier, off-line document review re possible third-party claims (1.2). | 1.40 hrs.  |
| 03/03/10   | D. E. DEUTSCH    | Exchange e-mails with Marc Ashley re: sharing of certain information in third party complaint with Committee (.3). | 0.30 hrs.  |
| 03/03/10   | T. J. MCCORMACK  | Continued preparation for Committee meeting third-party claims, including finalizing and posting draft complaint (1.6), finalizing third party claim presentation (2.1), analysis of remedy options (1.0), review of case law and critical documents and outlining of introductory remarks (1.4), responding to inquiries from Zuckerman regarding procedural issues (.9). | 7.00 hrs.  |
| 03/04/10   | T. J. MCCORMACK  | T/c with B. Niese on Committee re: potential for certain pension-related claims (0.7); review issues re: Wilmington Trust complaint (0.4); review status of 2004 discovery on rating agencies (0.3). | 1.40 hrs.  |
| 03/04/10   | N. T. ZINK       | Second tier document review for re possible third party actions. | 1.40 hrs.  |
| 03/04/10   | M. D. ASHLEY     | Reviewed draft third-party complaint (.9), presentation to Committee (.7), and related factual and legal materials (1.2); emails with T. McCormack regarding | 3.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                  April 25, 2010
435 N. MICHIGAN AVENUE                                        Invoice ******
CHICAGO, IL 60611                                            Page    5

|  |  |  |  |
|---|---|---|---|
|  |  | potential cliams against other defendants in third-party complaint (.3); emails with M.Roitman regarding posting of third-party complaint (.4). |  |
| 03/05/10 | M. D. ASHLEY | Reviewed legal research and production materials regarding fiduciary duty claims (1.3); emails with T. McCormack, T. Stevenson regarding fiduciary duty claims in third-party complaint (.3). | 1.60 hrs. |
| 03/05/10 | R. A. SCHWINGER | Reviewing materials re D&O policy coverage. | 0.70 hrs. |
| 03/05/10 | F. VAZQUEZ | Conf w/Stevenson re in pari delicto (.2); research and review certain appellate pleadings (1.1); email to/from Bava re claim of potential target (.1); email to/from Zink re same (.1). | 1.50 hrs. |
| 03/05/10 | H. SEIFE | Review of standing motion issues/revisions. | 0.80 hrs. |
| 03/05/10 | L. ROWNTREE | Conducted research per T. Stevenson re: potential causes of action in Delaware and Illinois. | 3.30 hrs. |
| 03/05/10 | R. M. KIRBY | Researching pari delicto doctrine under Delaware law and its application to claims in Third Party Complaint, as per M. Ashley. | 3.20 hrs. |
| 03/05/10 | M. S. TOWERS | Researched (.7) insurance policy issue and revised (.6) motion for standing re: 3rd Party Claims re: same | 1.30 hrs. |
| 03/05/10 | T. L. STEVENSON | Discussed research projects with B. Kirby and L. Rowntree (.3); Reviewed complaint and potential additional claims (2.7). | 3.00 hrs. |
| 03/05/10 | N. T. ZINK | Email exchanges with F. Vazquez re potential defendant claim and subordination (.2); review potential defendant proof of claim (.1); second tier document review re possible shareholder claims | 1.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      April 25, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    6
```

|            |                   | issues (.8).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |            |
|------------|-------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 03/05/10   | T. J. MCCORMACK   | Follow-up conversations with team re: issues arising out of Committee presentation on 3/4 (0.8); confer H. Seife re: same and additional items for inquiry and follow-up (0.3); review D&O insurance policy on "insured vs. insured" limitation (0.7); review issues arising from (i) equitable subordination of certain creditor claims and (ii) potential pension-related claims against D&Os (1.3); review Wilmington Trust complaint on certain claims (0.8); follow-up with J. Sotille on miscellaneous issues (0.3). | 4.20 hrs.  |
| 03/07/10   | M. D. ASHLEY      | Reviewed legal research and factual materials regarding aiding and abetting third-party claims (1.6); emails with L. Rowntree regarding same (.2).                                                                                                                                                                                                                                 | 1.80 hrs.  |
| 03/07/10   | L. ROWNTREE       | Conducted research per T. Stevenson re: certain potential causes of action in Delaware and Illinois (1.4); prepare email for T. Stevenson and M. Ashley re research (.5); Conducted follow up research on same (.4.).                                                                                                                                                               | 2.30 hrs.  |
| 03/08/10   | M. S. TOWERS      | Revised the draft Third Party Standing Motion                                                                                                                                                                                                                                                                                                                                     | 2.60 hrs.  |
| 03/08/10   | R. M. KIRBY       | Researching in pari delicto doctrine under Delaware law and its application to claims in Third Party Complaint, as per M. Ashley.                                                                                                                                                                                                                                                  | 7.30 hrs.  |
| 03/08/10   | F. VAZQUEZ        | Conf w/Rowntree re equitable subordination.                                                                                                                                                                                                                                                                                                                                       | 0.40 hrs.  |
| 03/08/10   | L. ROWNTREE       | Met with F. Vazquez about causes of action to possible add to third-party complaint. (0.3). Exchanged email with M. Ashley re: same. (0.7).                                                                                                                                                                                                                                        | 1.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


03/08/10   D. M. LeMAY         Detailed review of and revisions        3.30 hrs.
                               to third party standing motion.

03/08/10   D. E. DEUTSCH       Review Chadbourne analysis on           0.70 hrs.
                               certain third-party claims (.4);
                               review discovery progress analysis
                               report (.3).

03/08/10   M. D. ASHLEY        Reviewed legal research and             8.40 hrs.
                               production materials regarding
                               third-party claims and in pari
                               delicto defense issues (5.8); call
                               with T. McCormack, J. Sottile
                               regarding potential defense to
                               third-party claims (.8); emails
                               with T. McCormack, T. Stevenson,
                               R. Kirby regarding various
                               defenses to third-party claims and
                               revisions to draft complaint
                               (1.4); reviewed draft standing
                               motion (.4).

03/08/10   R. A. SCHWINGER     Meeting with M. Ashley (.4) and TC      2.80 hrs.
                               with R. Kirby (.4)  re "in pari
                               delicto" issues; and follow-up
                               e-mails to same re materials on
                               "in pari delicto" doctrine (.7);
                               review materials re "insured v.
                               insured" exception to D&O coverage
                               and e-mail re same (1.3).

03/08/10   H. SEIFE            Conference with D.LeMay regarding       0.70 hrs.
                               standing motion.

03/08/10   T. J. MCCORMACK     T/c with Zuckerman re: claims in        4.90 hrs.
                               pari delicto defense, additional
                               claim possibilities and
                               third-party complaint (0.9);
                               review of articles on in pari
                               delicto defenses in 2nd and 3rd
                               Circuits (1.8); analysis of
                               potential additional remedies
                               (1.4); emails with M.Ashley re:
                               third-party complaint, motion and
                               timing (0.8).

03/09/10   T. J. MCCORMACK     Analysis of additional claims for      5.60 hrs.
                               third-party complaint (equitable
                               subordination and related claims)
                               (1.4); anaysis of in pari delicto
                               issues for certain claims (0.9)
                               and analysis of additional

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                April 25, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page    8

|  |  |  |  |
|---|---|---|---|
|  |  | remedies for complaint (1.7); conferences with M.Ashley, T.Zink and F.Vazquez re: same (0.8); analysis of potential pension-related claims against certain third party defendants (0.4); review draft of motion for standing (0.4). |  |
| 03/09/10 | N. T. ZINK | Second tier document review for possible third party claims (.6); review Subordinated Note in favor of potential defendant for priority in capital structure (.4); Conference with F. Vazquez and M. Ashley re further counts against various defendants in third-party complaint (1.4); consider mandatory subordination and equitable subordination issues relating to draft third-party complaint (.8). | 3.20 hrs. |
| 03/09/10 | R. A. SCHWINGER | TC with T. McCormack re in pari delicto issues (0.4); review draft complaint in regard to address potential in pari delicto issues (1.0); further e-mail re business judgment rule issues (0.3). | 1.70 hrs. |
| 03/09/10 | M. D. ASHLEY | Reviewed legal research materials and Committee report materials regarding in pari delicto doctrine and related third-party claims (6.2); meeting with T. Zink, F. Vazquez, L. Rowntree regarding equitable subordination claims (.7); emails and discussions with T. McCormick, T. Zink, F. Vazquez regarding additional third-party claims and potential defenses (.8). | 7.70 hrs. |
| 03/09/10 | D. M. LeMAY | Revise third party standing motion to reflect H. Seife comments (.8). Conference w/M. Towers regarding same (.4). | 1.20 hrs. |
| 03/09/10 | R. M. KIRBY | Researched breach of fiduciary duty claims arising from LBO transactions, as per T. McCormack. | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page    9

| | | | |
|---|---|---|---|
| 03/09/10 | M. S. TOWERS | Revised third party standing motion | 1.40 hrs. |
| 03/09/10 | L. ROWNTREE | Met with F. Vazquez, M. Ashley, T. Zink re: causes of action to possibly add to the third-party complaint (.7). Conducted further legal and factual investigation into whether new causes of action would be appropriate (3.6). | 4.30 hrs. |
| 03/09/10 | F. VAZQUEZ | Review standards for mandatory subordination (.3); conf w/Rowntree re equitable and mandatory subordination (.4); conf w/Ashley and Zink re equitable and mandatory subordination (.7); email to/from Zink re subordination .(2). | 1.60 hrs. |
| 03/10/10 | L. ROWNTREE | Conducted research into possible new causes of action in the third-party complaint and certain choice of law questions. | 0.30 hrs. |
| 03/10/10 | F. VAZQUEZ | Conf w/Daucher re mandatory subordination (.3); conf w/Zink and Rountree re subordination (1.1); conf w/Zink re subordination note (.3); conf w/Cross re intervention (.3); review elements of mandatory subordination (.2). | 2.20 hrs. |
| 03/10/10 | R. M. KIRBY | Research concerning finances of large shareholders, as per M. Ashley. | 2.80 hrs. |
| 03/10/10 | R. A. SCHWINGER | Meeting with T. McCormack, M. Ashley re in pari delicto issues (1.2); follow-up analysis re same (1.6). | 2.80 hrs. |
| 03/10/10 | A. K. NELLOS | Online review of materials relating to shareholder claims. | 0.60 hrs. |
| 03/10/10 | H. SEIFE | Review of M.Ashley memo regarding claims (.7); conference with M.Ashley and T.McCormack regarding claims (1.2). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 25, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   10


03/10/10   M. D. ASHLEY          Reviewed legal research and            10.10 hrs.
                                 factual materials regarding
                                 "controlling shareholder" issues
                                 and related third-party claims in
                                 draft complaint (6.2); reviewed
                                 draft third-party complaint (.8);
                                 meeting with T. McCormack, R.
                                 Schwinger regarding third-party
                                 claims and potential in pari
                                 delicto defenses (1.3); meeting
                                 with H. Seife, T. McCormack
                                 regarding claims and defenses in
                                 third-party complaint (1.0);
                                 emails with T. McCormack, R.
                                 Schwinger, T. Zink, R. Kirby
                                 regarding fiduciary duty
                                 third-party claims and potential
                                 defenses (.8).

03/10/10   N. T. ZINK            Second tier document review re          1.80 hrs.
                                 third party claims (.6); review
                                 draft complaint (.8); conference
                                 with F. Vazquez re draft complaint
                                 (.4);

03/10/10   T. J. MCCORMACK       Analysis of issues concerning the       5.60 hrs.
                                 in pari delicto defense in
                                 aiding/abetting claims (.9)
                                 including meetings and discussions
                                 with M.Ashley, R.Schwinger and
                                 H.Seife re: same (1.2); analysis
                                 of "controlling" shareholder case
                                 law to create direct fiduciary
                                 duties (1.8); communications with
                                 Zuckerman re: issues and analysis
                                 of claims (0.7); analysis of
                                 assets of certain large
                                 shareholders (0.2); confer H.
                                 Seife on claim issues (0.6);
                                 review draft on pros/cons of
                                 certain claims (0.2).

03/11/10   T. J. MCCORMACK       Analysis of "controlling"               3.80 hrs.
                                 shareholder case law in DE (0.9);
                                 analysis of issues arising from
                                 special Committee of Board of
                                 Directors as to liability (0.8);
                                 analysis of in pari delicto
                                 defense (2.1).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11
```

| 03/11/10 | N. T. ZINK | Off-line document review re possible third-party claims (1.1). | 1.10 hrs. |
|---|---|---|---|
| 03/11/10 | D. BAVA | Analysis of Securities and Exchange Commission web site re: certain Tribune promissory notes (.60); review Epiq web site re: claim and schedule information for potential target (.30). | 0.90 hrs. |
| 03/11/10 | M. D. ASHLEY | Reviewed legal research and factual materials regarding fiduciary duty, aiding and abetting, and equitable subordination third-party claims and potential defenses (6.2); meeting with T. McCormack regarding revisions to third-party complaint (.5); emails with T. McCormack, T. Stevenson, L. Rowntree, F. Perkins regarding legal issues relating to third-party claims and potential defenses (1.1). | 7.80 hrs. |
| 03/11/10 | F. VAZQUEZ | Conf w/Rowntree re subordination of claims of potential target (.3); review claims possibly subject to subordination (1.2); conf w/Daucher re subordination (.4); review 10K re subordination (.1); review schedules re subordination (.1); email to/from Daucher re equitable subordination (.1); review treatise re equitable subordination issue (.2); conference w/Daucher re mandatory subordination issue (.2); review and revise list of claims by third party defendants and potential cause of action (1.0). | 3.60 hrs. |
| 03/11/10 | H. SEIFE | Review and revised complaint and standing motion. | 1.40 hrs. |
| 03/11/10 | L. ROWNTREE | Conducted factual and legal research into possible new claims for third-party complaint (9.1) and conferred with F.Vazquez about same (.3). | 9.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12


| 03/12/10 | L. ROWNTREE | Met with M. Ashley to discuss research on potential new causes of action (.5). Met with F. Vazquez to discuss factual findings to support new cause of action (.4). Conducted factual and legal research to support additional of new causes of action in third-party complaint (4.9). | 5.80 hrs. |
|---|---|---|---|
| 03/12/10 | H. SEIFE | Conference call with ZS regarding litigation strategy. | 0.80 hrs. |
| 03/12/10 | M. D. ASHLEY | Reviewed factual materials and legal research materials regarding constructive trust and fiduciary duty third-party claims and potential defenses (5.3); reviewed and revised draft third-party complaint (.6); meeting with H. Seife, T. McCormack regarding third-party claims (.3); call with H. Seife, T. McCormack, Zuckerman regarding third-party claims and potential defenses (.6); emails with T. McCormack, F. Vazquez, D. Rath regarding constructive trust issues and potential defenses (.6); call with D. Rath regarding constructive trust legal issues (.2). | 7.60 hrs. |
| 03/12/10 | F. VAZQUEZ | Conf w/Rowntree re equitable subordination (.3); conf w/Ashley re equitable subordination (.2); conf w/Zink re amending complaint (.5); review and revise draft complaint (2.7); review claims of potential target (.5); email to and from Ashley re status of complaint (.2); review equitable subordination claims (.8); review assignment agreements (.2); email to and from Zink re additional defendants (.1); email to and from Zink re revised complaint (.1). | 5.60 hrs. |
| 03/12/10 | T. L. STEVENSON | Reviewing e-mail correspondence related to third-party Complaint (1.1). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| 03/12/10 | D. BAVA | Revise chart of claims by potential third party defendants (.80); review and analysis of potential defendant claims re: place of formation (1.4); draft chart of claims re: amounts/place of formation (.40). | 2.60 hrs. |
|---|---|---|---|
| 03/12/10 | T. J. MCCORMACK | Analysis of in pari delicto defense as to potential defendants in third-party claims (1.6); conf. call with Zuckerman re: same and related subjects for complaints (0.8); revise standing motion (0.8); analysis of remedies including constructive trust (1.2). | 4.40 hrs. |
| 03/13/10 | N. T. ZINK | Review new counts of third party complaint (.8). | 0.80 hrs. |
| 03/13/10 | D. E. DEUTSCH | Review memorandum and related materials on D&O insurance (1.1). | 1.10 hrs. |
| 03/13/10 | L. ROWNTREE | Conducted legal and factual research into possible new causes of action to add to third-party complaint. | 6.20 hrs. |
| 03/14/10 | L. ROWNTREE | Conducted legal and factual research into possible new causes of action to add to third-party complaint (4.8). Emailed M. Ashley, T. Stevenson, and R. Kirby about same (.4). | 5.20 hrs. |
| 03/14/10 | D. M. LeMAY | Review latest standing motion draft. | 0.60 hrs. |
| 03/14/10 | M. D. ASHLEY | Reviewed legal research materials regarding potential faithless fiduciary, unjust enrichment and constructive trust legal issues relating to third-party complaint (1.6); emails with T. McCormick, L. Rowntree regarding same (.3). | 1.90 hrs. |
| 03/15/10 | M. D. ASHLEY | Meeting with T. Stevenson, L. Rowntree regarding legal research relating to potential new third-party claims (.5); meeting with T. Stevenson regarding revisions to third-party complaint | 8.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14

|            |                  | (.2); call with Committee member counsel regarding issues relating to Tribune actions that might be reviewed (.8); meeting with T. McCormack, T. Stevenson regarding potential new claims in third-party complaint (.3); reviewed legal research materials and production materials relating to possible new claims and legal theories in third-party complaint (5.1); reviewed and revised draft third-party complaint in light of updated factual and legal reserach (1.8). |            |
| 03/15/10   | D. E. DEUTSCH    | Review memorandum on third party legal issue by Young Yoo (.7); review document access request from third party (.2); discuss and exchange e-mails with Adam Landis re: release issues (.4). | 1.30 hrs. |
| 03/15/10   | M. ROITMAN       | Draft email to Committee re: revisions to third Party Standing Motion (0.3) | 0.30 hrs. |
| 03/15/10   | L. ROWNTREE      | Spoke with T. Stevenson (.1) about research on possible additional cause of action. Met with T. Stevenson and M. Ashley about same (1.1). Conducted follow-up research and drafted email on same per M. Ashley (.9). | 2.10 hrs. |
| 03/15/10   | D. BAVA          | Identify claims of potential target for F. Vazquez (.80). | 0.80 hrs. |
| 03/15/10   | N. T. ZINK       | Review third party complaint re new equitable and mandatory subordination counts (1.3). | 1.30 hrs. |
| 03/15/10   | T. J. MCCORMACK  | Review details of potential pension-related claims against D&Os, including due diligence by T. Stevenson and M. Ashley (0.9); analysis of "controlling" shareholder case law for direct fiduciary duty claims (1.3); analysis of in pari delicto defenses in D&O context, aiding/abetting liability and | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   15


                         related claims (1.7); analyze
                         damage remedies (0.9).

03/15/10   T. L. STEVENSON    Reviewed e-mail correspondence        12.90 hrs.
                         related to third party complaint
                         (1.4); Met with M. Ashley and L.
                         Rowntree regarding outstanding
                         research related to third party
                         complaint (.4); Telephone call
                         with M. Ashley, S. Bell re pension
                         fund issue (.4); Telephone
                         discussion with E. Smith re
                         pension fund issue (.2); Met with
                         M. Ashley and T. McCormack
                         regarding outstanding issues
                         related to third party complaint
                         (.2); Reviewing research and case
                         law related to controlling
                         shareholder issue (2.9); Revising
                         complaint per discussions with M.
                         Ashley; T. McCormack and research
                         summaries (7.4).

03/15/10   F. VAZQUEZ     Conf w/Stevenson re third party        5.40 hrs.
                         complaint (.1); confs w/Zink re
                         third party complaint and new
                         causes of action (.9); review and
                         revise third party complaint
                         (3.6); conf w/Zink and Ashley re
                         new defendants (.3); email to/from
                         Zink re defendants (.2); email
                         to/from Daucher re equitable sub
                         claim (.1) review equitable
                         subclaim (.2).

03/15/10   M. S. TOWERS    Revised motion for standing re:       0.50 hrs.
                         3rd party claims

03/16/10   M. S. TOWERS    Review cases cited in draft of        1.10 hrs.
                         third party standing motion.

03/16/10   T. L. STEVENSON    Discussed third party complaint    9.30 hrs.
                         with M. Ashley and T. McCormack
                         (.4); revised draft third party
                         complaint (7.6); research related
                         to third party claims (1.1);
                         Discussiont with B. Miller re:
                         third party complaint (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16


03/16/10   F. VAZQUEZ          Review and revise third party          4.50 hrs.
                               complaint (3.2); conference w/Zink
                               re new potential causes of action
                               (.4); conf w/Ashley re complaint
                               (.1); confs w/Daucher re equitable
                               subordination (.5); email to/from
                               Daucher re subordination (.2);
                               email from Ashley re timing (.1).

03/16/10   T. J. MCCORMACK     Work on revising and finalizing        5.80 hrs.
                               current draft of third-party
                               complaint for distribution to
                               Committee (3.8); email with
                               M.Ashley re same (.6); review
                               legal issues in remedies analysis
                               (1.4).

03/16/10   N. T. ZINK          Review documents for possible          0.80 hrs.
                               third party claims (.8).

03/16/10   E. M. MILLER        Review documents to check factual      5.20 hrs.
                               allegations in draft complaint re
                               breach of fiduciary duty claims.
                               (4.7); Brief meetings with T
                               Stevenson re same (0.5).

03/16/10   D. BAVA             Review draft complaint re:             0.90 hrs.
                               inclusion of potential target
                               (.30); review claims re: claim
                               amount (.60).

03/16/10   R. M. KIRBY         Researching Delaware law               2.60 hrs.
                               concerning consequences of special
                               committee approval, as per M.
                               Ashley.

03/16/10   M. D. ASHLEY        Reviewed legal research and            7.40 hrs.
                               factual materials regarding
                               potential new third-party claims
                               and legal theories (3.8); reviewed
                               and revised third-party complaint
                               in light of updated factual and
                               legal research (1.2); meeting with
                               T. McCormack, T. Stevenson
                               regarding potential new
                               third-party claims (.8); emails
                               with T. McCormack, F. Vazquez, T.
                               Stevenson regarding equitable
                               subordination and fiduciary duty
                               (1.1); reviewed and revised draft
                               standing motion (.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    April 25, 2010
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                               Page   17

| | | | |
|---|---|---|---|
| 03/17/10 | R. A. SCHWINGER | Review articles re reactions to ZS complaint against Lenders. | 0.50 hrs. |
| 03/17/10 | M. D. ASHLEY | Meetings and emails with T. Stevenson, T. McCormack, F. Vazquez regarding legal revisions to legal claims in draft third-party complaint (1.3); reviewed and revised draft third-party complaint (2.9); reviewed legal research and factual materials regarding equitable subordination, controlling shareholder, and aiding and abetting  third-party claims (2.5); reviewed draft standing motion (1.2); emails with B. Niese and counsel (.2) and reviewed related materials regarding pension fund issues (.2). | 8.30 hrs. |
| 03/17/10 | M. ROITMAN | Draft email to Committee re: revisions in third party complaint (0.6); | 0.60 hrs. |
| 03/17/10 | D. E. DEUTSCH | Exchange e-mails with Marc Ashley re: materials for Committee on third party claims (.4). | 0.40 hrs. |
| 03/17/10 | D. E. DEUTSCH | Exchange e-mails with Frank Vazquez re: research on possible adverse litigation party. | 0.30 hrs. |
| 03/17/10 | F. VAZQUEZ | Emails to/from Ashley and Zink re equitable subordination of claims of potential target (.9); conf w/Zink and Ashley re equitable subordination (.5); conf w/Nellos re certain potential defendants (.3); conf w/Nellos and Zink re evidence supporting contractual subordination claims of potential target (.4); review subordinated note and PHONES indenture (.6); draft insert into third party complaint (.3); conf w/Zink re insert into complaint (.2); conf w/Zafran re identity of potential defendants (.4); review chart identifying members of certain potential defendants (.1); review 10K re certain potential | 4.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   18
```

|            |                  | defendants (.4); conf w/Zink re timing (.1); conf w/Zink re potential defendants (.5). | |
|------------|------------------|----------------------------------|-----------|
| 03/17/10 | F. VAZQUEZ | Conference w/Zink re equitable subordination of Zell (.3); review emails re subordination (.1); email to/from Stevenson re potential defendant (.3). | 0.70 hrs. |
| 03/17/10 | F. VAZQUEZ | Emails with D.Deutsch regarding potential litigation party. | 0.30 hrs. |
| 03/17/10 | D. BAVA | Review and analysis of Securities and Exchange Commission web site re: PHONES Indenture and corresponding Note (.60); review PHONES Indenture re: subordination provisions (.20). | 0.80 hrs. |
| 03/17/10 | T. J. MCCORMACK | Review article on confidentiality issues in Tribune (0.2); work on revising/editing third-party complaint and standing motion (3.3); finalize draft third-party complaint to post to Intralinks for Committee (1.8); prepare summary of changes from prior draft (0.7). | 6.00 hrs. |
| 03/17/10 | T. L. STEVENSON | Revising third party complaint (11.1). | 11.10 hrs. |
| 03/17/10 | M. S. TOWERS | Review cases cited in motion re: standing to pursue third party claims | 0.50 hrs. |
| 03/17/10 | N. T. ZINK | Review third party complaint (.6); further consideration of equitable and mandatory subordination counts in third party complaint and various conferences with F. Vazquez re same (1.2). | 1.80 hrs. |
| 03/18/10 | M. S. TOWERS | Revised motion to pursue standing (1.4) | 1.40 hrs. |
| 03/18/10 | T. J. MCCORMACK | Review current draft of motion for standing on third-party complaint and comments re: same (0.6); confer H. Seife on current third-party complaint draft, | 6.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page   19

procedural issues and ongoing
legal review (0.3); confer M.
Ashley re: status, upcoming tasks
(0.2); meet with DE counsel on
issues concerning third-party
complaint, DE procedures and
remedies, timing (1.4); analysis
of potential pension-related D&O
claims (0.7); analysis of
procedural issues under Section
108 (0.5); review Debtor's
response to Wilmington Trust
complaint (0.6); analyze
Wilmington trust docs. re:
proposals for LBO (0.4); analysis
of document issues arising from
citations in Complaint (0.8);
analysis of unjust enrichment
claim (0.8).

| | | | |
|---|---|---|---|
| 03/18/10 | N. T. ZINK | Review documents for possible third party claims (.3). | 0.30 hrs. |
| 03/18/10 | M. D. ASHLEY | Reviewed and revised draft third-party complaint in light of updated factual and legal research (2.8); reviewed and revised draft standing motion (1.2); reviewed legal research and factual materials relating to equitable subordination, controlling shareholders, and aiding and abetting third-party claims (2.4); meeting with D. Rath, T. McCormack, T. Stevenson regarding constructive trust and other legal theories relating to third-party claims (2.2); meeting with T. McCormack regarding legal research relating to third-party claims (.7); call with T. McCormack regarding fiduciary duty breach claims (.9); emails with T. McCormack, T. Stevenson, M. Towers regarding revisions to standing motion and third-party complaint (.6). | 10.80 hrs. |
| 03/18/10 | H. SEIFE | Review of complaint and standing motion (1.6). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   20


03/19/10   H. SEIFE          Review of revised motion papers.        1.10 hrs.

03/19/10   M. D. ASHLEY      Reviewed and revised draft              7.50 hrs.
                             standing motion (.6); reviewed and
                             revised draft third-party
                             complaint (1.6); reviewed legal
                             research materials regarding
                             jurisdictional issues relating to
                             third-party claims (1.4); reviewed
                             production materials relating to
                             third-party claims (1.3); call
                             with D. Rath, R. Butcher, T.
                             McCormack, T. Stevenson regarding
                             issues relating to finalizing,
                             filing and serving standing motion
                             and complaint (1.3); meeting with
                             T. Stevenson, E. Miller regarding
                             controlling shareholder factual
                             issues relating to various
                             third-party defendants (.6);
                             emails with T. McCormack, T.
                             Stevenson, E. Miller, R. Kirby
                             regarding legal issues relating to
                             third-party claims and revisions
                             to standing motion and complaint
                             (.7).

03/19/10   F. VAZQUEZ        Conf w/Bava re claims of potential      1.00 hrs.
                             defendants (.2); conf w/Stevenson
                             re third party complaint and
                             additional claims (.3); email
                             to/from Stevenson and Zink re
                             subsidiary defendant claims (.3);
                             review subsidiary defendant claims
                             (.2).

03/19/10   E. M. MILLER      Emails with T Stevenson and M           7.20 hrs.
                             Ashley re review of potential
                             target documents in Relativity for
                             third party complaint (0.2);
                             Review potential target documents
                             in Relativity for third party
                             complaint (6.6); Brief meeting
                             with T Stevenson and M Ashley re
                             same (0.4).

03/19/10   R. M. KIRBY       Research issue related to              2.10 hrs.
                             complaint filing.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   21


03/19/10   T. J. MCCORMACK      Review DE counsel comments on      4.70 hrs.
                                current third-party complaint
                                draft (0.4); respond to DE counsel
                                inquiries on timing, logistics of
                                filing third-party complaint and
                                motion for standing (0.8);
                                analysis of "core proceeding"
                                question in light of Wilmington
                                Trust actions (0.7); t/c with DE
                                counsel on several issues in
                                filings and third-party complaint
                                standing order (1.5); review edits
                                made to third-party complaint on
                                issues discussed with DE counsel
                                (1.3).

03/19/10   T. L. STEVENSON      Met with T. McCormack and M.       9.60 hrs.
                                Ashley re third party complaint
                                (.2); reviewed results of B.
                                Kirby's research (.4); discussed
                                document review in relation to
                                third party complaint with A.
                                Nellos, B. Miller and M. Ashley
                                (.4); reviewed Landis Rath
                                comments to standing motion and
                                third party complaint (.6);
                                revised third party complaint and
                                standing motion (7.2); discussion
                                with M. Rule of AlixPartners re
                                restricted stock units and options
                                (.2); reviewing analysis related
                                to same from AlixPartners (.6).

03/19/10   D. BAVA             Review and analysis of potential   0.90 hrs.
                                target claims re: secondary
                                addresses for service (.70);
                                revise chart re: updated
                                information (.20).

03/19/10   N. T. ZINK          Review draft third party complaint  0.40 hrs.
                                (.4).

03/20/10   N. T. ZINK          Review draft third party complaint  0.40 hrs.
                                in relation to equitable
                                subordination and mandatory
                                subordination claims (.2).

03/20/10   T. L. STEVENSON      Research re conflicts of law       3.60 hrs.
                                analysis related to claims in
                                third party complaint (3.1).
                                Drafting summary of research (.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page   22

| | | | |
|---|---|---|---|
| 03/20/10 | T. J. MCCORMACK | Analysis of unjust enrichment claims under Illinois law (1.1); review current draft of third-party complaint (1.4); e-mail to M. Ashley with comments and tasks for completion (1.2). | 3.70 hrs. |
| 03/21/10 | M. D. ASHLEY | Revised draft third-party complaint (2.8); reviewed Illinois unjust enrichment legal research and production materials regarding revisions to draft complaint (3.8); emails with T. Stevenson regarding revisions to draft complaint (.7). | 7.30 hrs. |
| 03/21/10 | F. VAZQUEZ | Email to/from Zink re director's subsidiary claims. | 0.10 hrs. |
| 03/22/10 | T. L. STEVENSON | Discussion with M. Ashley re edits to third-party complaint (.2); e-mail correspondence to M. Rule of AlixPartners re shareholder analysis (.2); reviewing M. Ashley edits to third party Complaint and standing motion (.3); document review with respect to evidence on issues relating to certain large Shareholders and certain directors (1.5) and discussing same with B. Miller (.3). | 2.50 hrs. |
| 03/22/10 | R. A. SCHWINGER | Initial review of revised third-party complaint (1.4); e-mails to M. Ashley, T. McCormack re in pari delicto/adverse interest issues re same (0.7). | 2.10 hrs. |
| 03/22/10 | M. D. ASHLEY | Reviewed financial analysis materials relating to factual bases of third-party claims (1.3); reviewed jurisdictional and statute of limitations legal research and production materials relating to third-party claims (2.8); reviewed and revised draft third-party complaint (2.4); emails with T. McCormack, R. Schwinger, T. Stevenson, M. Rule (Alix Partners) regarding factual and legal bases of third-party claims and potential defenses | 7.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE              April 25, 2010
435 N. MICHIGAN AVENUE                                    Invoice ******
CHICAGO, IL 60611                                         Page   23


                              (1.2).

03/22/10    E. M. MILLER      Review documents in Relativity re        2.20 hrs.
                              third-party complaint issues
                              related to large shareholders,
                              certain directors and management
                              (1.9); Review and exchange emails
                              with T Stevenson and M Ashley re
                              same (0.3).

03/22/10    T. J. MCCORMACK   Analysis of issues potentially           6.10 hrs.
                              relevant to third-party complaint,
                              including impact of affirmative
                              defenses and related claims (2.4);
                              revise current version of
                              third-party complaint (2.8);
                              analysis of futility allegations
                              for third-party complaint (0.9).

03/22/10    H. SEIFE          Review of revised draft motion and       1.30 hrs.
                              complaint.

03/23/10    H. SEIFE          Emails with M.Ashley regarding           1.40 hrs.
                              standing motion and complaint
                              (.6); review of service issues
                              (.4); emails with Landis regarding
                              same (.4).

03/23/10    L. ROWNTREE       Conferred with A. Voelker re:            0.20 hrs.
                              standing motion.

03/23/10    R. M. KIRBY       Email correspondence w/M. Ashley         0.60 hrs.
                              concerning allegations concerning
                              aiding and abetting claims.

03/23/10    A. VOELKER        Review cases cited in standing           5.20 hrs.
                              motion.

03/23/10    T. J. MCCORMACK   Confer B. Schwinger on issues on         2.90 hrs.
                              complaint and motion for standing
                              (0.3); review standing issues in
                              demand futility cases (1.1);
                              address service/notice issues on
                              motion and third party complaint
                              with DE counsel (0.7); review
                              comments on third party complaint
                              and motion from Zuckerman (0.8).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   24


03/23/10   E. M. MILLER      Prepare highlighted documents for       1.90 hrs.
                             T Stevenson re: possible third
                             party complaint issues related to
                             certain large shareholders,
                             directors and management (1.7)
                             Brief review and exchange emails
                             with T Stevenson and M Ashley re
                             same (0.2).

03/23/10   M. D. ASHLEY      Reviewed aiding and abetting legal       7.50 hrs.
                             research materials, financial
                             analysis and production documents
                             relating to third-party claims
                             (3.4); revised draft third-party
                             complaint (1.4); revised draft
                             standing motion (1.2); emails with
                             H. Seife, T. McCormack, T.
                             Stevenson, R. Kirby regarding
                             preparation and filing of standing
                             motion and third-party complaint
                             (1.5).

03/23/10   F. VAZQUEZ        Conf w/Zink and Yoo re third party       1.50 hrs.
                             injunction case law (1.0); review
                             2nd circuit cases for specific
                             third party injunction cases (.4);
                             email to/from Yoo re case law (.1).

03/23/10   R. A. SCHWINGER   Review and revise latest draft of        3.30 hrs.
                             third party complaint (2.2);
                             meeting with M. Ashley re same
                             (0.3); review draft of standing
                             motion and comment on same (0.8).

03/23/10   N. T. ZINK        Second tier off-line review of           0.40 hrs.
                             documents for possible third party
                             claims (.4).

03/23/10   T. L. STEVENSON   Reviewing documents related to          4.10 hrs.
                             evidence of improper contacts
                             (.4); Discussion with M. Ashley re
                             draft third party complaint (.1);
                             e-mail correspondence with
                             M.Ashley and T.McCormack related
                             to same (.4); research re demand
                             futility allegations in complaint
                             (3.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       April 25, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   25

| | | | |
|---|---|---|---|
| 03/24/10 | T. L. STEVENSON | Drafting demand futility allegations for complaint and discussing with M. Ashley (.6); revising complaint (.2); e-mail correspondence with T.McCormack and M.Ashley re third party complaint (.3). | 1.10 hrs. |
| 03/24/10 | M. D. ASHLEY | Reviewed legal research materials and production documents relating to third-party complaint (2.8); reviewed third-party complaint in light of new legal and factual issues (1.5); reviewed and revised draft standing motion (1.2); emails with T. McCormack, T. Stevenson, A. Voelker, D. Rath, R. Butcher regarding filing and service of standing motion and third-party complaint (1.3). | 6.80 hrs. |
| 03/24/10 | T. J. MCCORMACK | Review and revise current version of third party complaint (1.7); email comments to M. Ashley re: same (0.5); analyze demand futility issues for complaint (0.8); review/edit motion for standing (0.8). | 3.80 hrs. |
| 03/24/10 | A. VOELKER | Review and revise motion for standing. | 1.80 hrs. |
| 03/25/10 | T. J. MCCORMACK | Review draft motion for relief from Depository Order (in connection with third party claims) (0.5); receipt and review drafts of all supporting motion papers (0.4); address miscellaneous filing issues with DE counsel in connection with finalizing third party complaint and related materials (1.3). | 2.20 hrs. |
| 03/25/10 | M. D. ASHLEY | Reviewed and revised draft third-party complaint (1.1); reviewed and revised draft standing motion (.7); reviewed fiduciary duty and aiding and abetting legal research materials and production documents relating to third-party claims and potential defenses (2.5); reviewed | 7.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 25, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   26

|  |  |  |  |
|---|---|---|---|
|  |  | ancillary motion papers (.7); call with D. Rath regarding demand futility issues relating to third-party claims (.3); emails with T. McCormack, D. Rath, R. Butcher, T. Stevenson regarding revisions to and finalizing standing motion and third-party complaint (1.2); reviewed document depository order relating to confidentiality of third-party complaint (.4); call with H. Seife regarding third-party claims (.1). |  |
| 03/25/10 | T. L. STEVENSON | Research certain aiding and abetting issues under Illinois law and drafting research summary regarding same (.6); reviewing motion papers related to third party complaint (.7); discussing third party complaint with M. Ashley (.2); reviewing B. Kirby's research summaries regarding breach of fiduciary duty claims (.4); reviewing exhibits to standing motion and documents underlying third party complaint (1.2); reviewing standing motion and third party complaint (.9). | 4.00 hrs. |
| 03/26/10 | T. L. STEVENSON | Two conference calls with M. Ashley, D. Rath and R. Butcher re filing/serving third party complaint and other outstanding issues (.6); reviewing and revising complaint papers (1.3); preparing list of documents underlying complaint (2.2). | 4.10 hrs. |
| 03/26/10 | A. K. NELLOS | Review significant documents highlighted by reviewers to determine any possible relevance for third-party claims. | 0.30 hrs. |
| 03/26/10 | N. T. ZINK | Review recent decision in fraudulent litigation case for applicability to third party claims (2.0). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 25, 2010
Invoice ******
Page   27

| | | | |
|---|---|---|---|
| 03/26/10 | T. J. MCCORMACK | T/c M. Ashley re: status of filing of motion for standing, motion for limited relief from conf. order, and other issues in connection with third party claims (0.5); review drafts re: same (0.8); review status of DE filing/service issues on third party complaint (0.8); review recent decision on actual fraud issues (0.6) and telephone T. Zink and H. Seife re: same (0.2). | 2.90 hrs. |
| 03/26/10 | M. D. ASHLEY | Reviewed and revised draft standing motion, third-party complaint, notices of motion, and proposed orders (3.6); reviewed legal research and recent cases pertinent to third-party claims (1.8); reviewed production documents pertinent to third-party complaint (1.7); calls with D. Rath, R. Butcher regarding finalizing and filing standing motion and complaint (.6); meetings with T.Stevenson regarding revisions to and finalizing third-party complaint papers (.3); emails with H.Seife, T.Zink regarding recent decision in similar case (.3); emails with T.Stevenson, T.McCormack regarding service and filing issues (.4); emails with D.Rath, R.Butcher regarding filing and service of papers (.3). | 9.00 hrs. |
| 03/26/10 | M. ROITMAN | Call with M. McGuire (LRC) re: filing deadline for April 13 hearing (0.2); Correspond by email with A. Landis and M. McGuire (LRC) re: same (0.7); Correspond by email with H. Seife re: same (0.9); | 1.80 hrs. |
| 03/28/10 | M. D. ASHLEY | Reviewed motion papers for filing third-party complaint (1.2); reviewed fiduciary duty and controlling shareholder legal research and document production materials relating to third-party claims (1.8). | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         April 25, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   28


03/29/10   M. D. ASHLEY         Reviewed fiduciary duty and           2.10 hrs.
                                controlling shareholder legal
                                research and production materials
                                relating to third-party complaint
                                (1.2); reviewed motion papers
                                (.7); conference with T.McCormack
                                regarding filing of standing
                                motion (.2).

03/29/10   T. L. STEVENSON      E-mail correspondence to Landis       0.20 hrs.
                                Rath and M. Ashley re third party
                                complaint (.2).

03/29/10   T. J. MCCORMACK      Prepare for filing of motion for      1.80 hrs.
                                standing (1.1); confer with H.
                                Seife re: status of settlement
                                discussions (0.2); confer M.
                                Ashley re: status (0.2); review
                                schedule for possible later
                                filings and options re: same (0.3).

03/30/10   T. J. MCCORMACK      Review current settlement details     0.40 hrs.
                                (0.2); review request by Debtors
                                for extension of exclusivity (0.2).

03/31/10   T. J. MCCORMACK      Review status of settlement           2.20 hrs.
                                discussions, alternatives and
                                options in light of recent
                                discussions (1.2); review timing
                                and logistics issues on additional
                                filings (0.6); confer Zuckerman
                                re: next steps (0.4).



TOTAL DUE FOR THIS MATTER....................................   $350,517.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 25, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   29
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 8.40 | 7182.00 |
| H. SEIFE | 965.00 | 16.40 | 15826.00 |
| N. T. ZINK | 795.00 | 20.00 | 15900.00 |
| R. A. SCHWINGER | 785.00 | 16.40 | 12874.00 |
| T. J. MCCORMACK | 825.00 | 98.90 | 81592.50 |
| M. D. ASHLEY | 645.00 | 156.70 | 101071.50 |
| D. E. DEUTSCH | 695.00 | 4.10 | 2849.50 |
| E. M. MILLER | 595.00 | 16.50 | 9817.50 |
| E. PRZYBYLKO | 625.00 | 3.60 | 2250.00 |
| F. VAZQUEZ | 625.00 | 34.80 | 21750.00 |
| D. BAVA | 270.00 | 6.90 | 1863.00 |
| A. K. NELLOS | 595.00 | .90 | 535.50 |
| A. VOELKER | 355.00 | 7.00 | 2485.00 |
| L. ROWNTREE | 355.00 | 40.10 | 14235.50 |
| M. S. TOWERS | 475.00 | 13.20 | 6270.00 |
| R. M. KIRBY | 475.00 | 20.80 | 9880.00 |
| T. L. STEVENSON | 595.00 | 66.60 | 39627.00 |
| M. ROITMAN | 355.00 | 12.70 | 4508.50 |
| TOTALS | | 544.00 | 350517.50 |