# EXHIBIT "A"

{698.001-W0007227.DOCX.}

**EXHIBIT "A" – SUMMARY SHEET**

March 1, 2010 through and including March 31, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 29.90 | $19,435.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 88.10 | $50,657.50 |
| Rebecca L. Butcher | Partner; admitted DE 1999 | May, 1999 | $415.00 | 70.40 | $29,216.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 28.60 | $11,297.00 |
| James S. Green | Associate; Admitted DE 2003 | May, 2003 | $345.00 | .80 | $276.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $295.00 | 32.00 | $9,440.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 88.30 | $23,399.50 |
| Jeffrey R. Drobish | Associate; Admitted MO 2008 | May, 2008 | $255.00 | 3.80 | $969.00 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 40.30 | $8,463.00 |
| Cathy A. Adams | Paralegal | N/A | $190.00 | 1.80 | $342.00 |
| Linda M. Rogers | Paralegal | N/A | $190.00 | .50 | $95.00 |
| | | | Total | 384.50 | $153,590.00 |

**Blended Rate: $399.45**

{698.001-W0007227.DOCX.}