# EXHIBIT "C"

{698.001-W0007227.DOCX.}

Official Committee of Unsecured Creditors April 26, 2010
Account No: 698-001
Statement No: 11528

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Travel expense | 620.00 |
| Copying | 80.30 |
| Filing fee | 50.00 |
| Courier Fees | 144.00 |
| Online research LEXIS | 59.00 |
| Outside Duplication Services | 340.07 |
| US Postage | 68.65 |
| **Total Expenses Thru 03/31/2010** | **1,362.02** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| Client | Trans Date | Tmkr | H/P | Tcode/Task Code | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 03/01/2010 | AGL | U | B122 | E101 | 0.100 | 6.10 Copying | 629 |

Subtotal for Transaction Date 03/01/2010　　Billable　6.10

| 698.001 | 03/03/2010 | AGL | U | B122 | E101 | 0.100 | 25.70 Copying | 594 |

Subtotal for Transaction Date 03/03/2010　　Billable　25.70

| 698.001 | 03/10/2010 | AGL | U | B122 | E101 | 0.100 | 5.40 Copying | 595 |
| 698.001 | 03/10/2010 | AGL | U | B100 | E211 | | 46.51 Outside printing - Advance Digital Legal Services, LLC - 52658 | 623 |
| 698.001 | 03/10/2010 | AGL | U | B100 | E210 | | 7.80 US Postage # Digital Legal Services, LLC - 52658 | 624 |
| 698.001 | 03/10/2010 | AGL | U | B100 | E216 | | 36.00 Courier Fee - Advance TriState Courier & Carriage | 631 |

Subtotal for Transaction Date 03/10/2010　　Billable　95.71

| 698.001 | 03/11/2010 | AGL | U | B100 | E110 | | 152.00 Out-of-town travel - Amtrak - AGL | 658 |
| 698.001 | 03/11/2010 | AGL | U | B100 | E110 | | 20.00 Out-of-town travel - WPA - Parking - AGL | 659 |

Subtotal for Transaction Date 03/11/2010　　Billable　172.00

| 698.001 | 03/12/2010 | AGL | U | B122 | E101 | 0.100 | 2.00 Copying | 617 |

Subtotal for Transaction Date 03/12/2010　　Billable　2.00

| 698.001 | 03/17/2010 | AGL | U | B100 | E110 | | 358.00 Out-of-town travel - Amtrak- NY - DBR | 656 |

Subtotal for Transaction Date 03/17/2010　　Billable　358.00

| 698.001 | 03/18/2010 | AGL | U | B100 | E112 | | 25.00 Court fees Clerk, U.S. District Court - Pro Hac Admission of Tamara Stevenson | 601 |
| 698.001 | 03/18/2010 | AGL | U | B122 | E101 | 0.100 | 5.20 Copying | 618 |
| 698.001 | 03/18/2010 | AGL | U | B100 | E112 | | 25.00 Court fees Clerk, U.S. District Court - Pro Hac Fee for Thomas J. McCormack | 620 |
| 698.001 | 03/18/2010 | AGL | U | B100 | E110 | | 10.00 Out-of-town travel - Parking - DBR | 657 |

Subtotal for Transaction Date 03/18/2010　　Billable　65.20

| 698.001 | 03/19/2010 | AGL | U | B122 | E101 | 0.100 | 1.80 Copying | 619 |
| 698.001 | 03/19/2010 | AGL | U | B100 | E216 | | 36.00 Courier Fee - Advance TriState Courier & Carriage | 632 |
| 698.001 | 03/19/2010 | AGL | U | B100 | E211 | | 11.54 Outside printing - Advance Digital Legal Services, LLC - 52781 | 636 |
| 698.001 | 03/19/2010 | AGL | U | B100 | E210 | | 6.10 US Postage # Digital Legal Services, LLC - 52781 | 637 |

Subtotal for Transaction Date 03/19/2010　　Billable　55.44

| 698.001 | 03/22/2010 | AGL | U | B122 | E101 | 0.100 | 0.90 Copying | 625 |
| 698.001 | 03/22/2010 | AGL | U | B100 | E211 | | 3.85 Outside printing - Advance Digital Legal Services, LLC - 52798 | 638 |
| 698.001 | 03/22/2010 | AGL | U | B100 | E210 | | 5.25 US Postage # Digital Legal Services, LLC - 52798 | 639 |

Subtotal for Transaction Date 03/22/2010　　Billable　10.00

| 698.001 | 03/23/2010 | AGL | U | B122 | E101 | 0.100 | 1.80 Copying | 626 |

Subtotal for Transaction Date 03/23/2010　　Billable　1.80

| 698.001 | 03/25/2010 | AGL | U | B122 | E101 | 0.100 | 9.20 Copying | 627 |
| 698.001 | 03/25/2010 | AGL | U | B100 | E110 | | 80.00 Out-of-town travel Accurate Transportation - Steve Silverman | 630 |
| 698.001 | 03/25/2010 | AGL | U | B100 | E211 | | 84.24 Outside printing - Advance Digital Legal Services, LLC - 52829 | 640 |
| 698.001 | 03/25/2010 | AGL | U | B100 | E210 | | 24.75 US Postage # Digital Legal Services, LLC - 52829 | 641 |

Detail Cost Transaction File List
Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| | Subtotal for Transaction Date 03/25/2010 | | | | Billable | 198.19 | | |
| 698.001 | 03/26/2010 | AGL | U | B122 E101 | 0.100 | 22.20 | Copying | 628 |
| 698.001 | 03/26/2010 | AGL | U | B100 E216 | | 72.00 | Courier Fee - Advance TriState Courier & Carriage | 633 |
| 698.001 | 03/26/2010 | AGL | U | B100 E211 | | 193.93 | Outside printing - Advance Digital Legal Services, LLC - 52834 | 642 |
| 698.001 | 03/26/2010 | AGL | U | B100 E210 | | 24.75 | US Postage # Digital Legal Services, LLC - 52834 | 643 |
| | Subtotal for Transaction Date 03/26/2010 | | | | Billable | 312.88 | | |
| 698.001 | 03/31/2010 | AGL | U | B100 E106 | | 59.00 | Online research LexisNexis | 635 |
| | Subtotal for Transaction Date 03/31/2010 | | | | Billable | 59.00 | | |
| **Total for Client ID 698.001** | | | | | Billable | 1,362.02 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| | | | | **GRAND TOTALS** | | | | |
| | | | | | Billable | 1,362.02 | | |