# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

March 1, 2010 through and including March 31, 2010

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 5735.00001 | Business Analysis | 6.0 | 2,928.00 |
| 5735.00003 | Financing | 3.8 | 2,302.00 |
| 5735.00004 | Current Financials | 143.4 | 76,873.00 |
| 5735.00005 | Prospective Financials | 144.0 | 82,345.00 |
| 5735.00007 | Employee Issues | 24.8 | 13,891.00 |
| 5735.00009 | Executory Contracts | 7.9 | 4,304.00 |
| 5735.00010 | Claims & Recoveries | 36.3 | 21,093.00 |
| 5735.00011 | Misc. Motions | 2.4 | 1,326.00 |
| 5735.00014 | Avoidance Actions | 305.8 | 136,117.00 |
| 5735.00015 | UCC Meetings | 47.9 | 31,259.00 |
| 5735.00017 | Billing and Retention | 30.6 | 17,367.00 |
| 5735.00018 | Travel Time (billed at 50%) | 38.2 | 11,992.00 |
| **Total Fees Incurred** | | **791.1** | **401,797.00** |

Re:                           Business Analysis
Client/Matter #               005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/03/10 | HYL | Reviewed Moelis Weekly Media Industry Update | 0.30 |
| 03/03/10 | MFR | Review of Moelis industry update. | 0.50 |
| 03/11/10 | MFR | Review of Moelis industry update. | 0.50 |
| 03/11/10 | HYL | Reviewed Moelis weekly industry media report. | 0.30 |
| 03/11/10 | YK | Reviewed and analyzed Moelis media report. | 0.20 |
| 03/11/10 | YK | Reviewed and analyzed recent newspaper operating reports. | 1.20 |
| 03/11/10 | YK | Reviewed and analyzed recent industry developments, including competitor activities. | 0.80 |
| 03/22/10 | YK | Reviewed and analyzed industry and peer competitor developments. | 0.80 |
| 03/24/10 | MFR | Review of Moelis industry update. | 0.20 |
| 03/25/10 | YK | Reviewed and analyzed industry reports and competitor activities.  Prepared related exhibits. | 1.20 |
| | | **Total Hours** | **6.00** |

Re:                              Business Analysis
Client/Matter #                  005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 1.20 | 530.00 | 636.00 |
| Harold Y Lee | 0.60 | 530.00 | 318.00 |
| Young Kim | 4.20 | 470.00 | 1,974.00 |
| **Total Hours & Fees** | **6.00** | | **2,928.00** |

Re:     Financing
Client/Matter #   005735.00003

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 03/02/10 | ANL | Analyzed and reviewed Tribune DIP payout termination agreement and Barclays Letter of Credit amendment agreement. | 0.60 |
| 03/02/10 | BH | Review and analyze the Tribune proposal as outlined in their motion to terminate the borrowings under the Barclays loan facility. | 1.60 |
| 03/03/10 | BH | Review and analyze the amount of outstanding L/C's as compared to the proposed L/C line from Barclays. | 1.60 |
| | | **Total Hours** | **3.80** |

Re:                          Financing
Client/Matter #              005735.00003

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 0.60 | 530.00 | 318.00 |
| Brad Hall | 3.20 | 620.00 | 1,984.00 |
| **Total Hours & Fees** | **3.80** | | **2,302.00** |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/01/10 | ANL | Analyzed and reviewed Q4 2009 and full year 2009 publishing and broadcasting results. | 2.30 |
| 03/01/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.20 |
| 03/01/10 | ANL | Prepared weekly status report to the UCC. | 0.80 |
| 03/01/10 | HYL | Prepared and reviewed January 2010 Tribune Management Operating Report results presentation to UCC. | 2.40 |
| 03/01/10 | SK | Reviewed and prepared January 2010 management operating presentation to the UCC. Reviewed January 2010 management operating reports. | 3.50 |
| 03/01/10 | YK | Reviewed and analyzed docket report. Identified issues to follow up on. | 0.80 |
| 03/01/10 | BH | Review and analyze weekly financial results and revise report to UCC on weekly performance of Tribune. | 2.10 |
| 03/02/10 | BH | Review financial information for actual 2009 year end results and revise report to UCC on financial performance versus plan for 2009. | 3.70 |
| 03/02/10 | YK | Emailed D. Bava (Chadbourne & Parke) regarding additions to distribution list. | 0.10 |
| 03/02/10 | YK | Reviewed docket report and identified issues to follow up on. | 0.70 |
| 03/02/10 | SK | Reviewed and prepared January 2010 management operating presentation to the UCC. Prepared summary of January 2010 publishing and broadcasting results. | 1.50 |
| 03/02/10 | MFR | Review of weekly status report. | 0.20 |
| 03/02/10 | HYL | Prepared and reviewed January 2010 Tribune Management Operating Report results presentation to UCC. | 4.70 |
| 03/02/10 | ANL | Analyzed and reviewed Q4 2009 and full year 2009 publishing and broadcasting results. Reviewed 13-week cash flow forecast. | 1.30 |
| 03/02/10 | ANL | Analyzed and reviewed January 2010 results. | 1.80 |
| 03/02/10 | AH | Review weekly AlixPartners report to UCC | 0.60 |
| 03/03/10 | ANL | Analyzed and reviewed January 2010 results. | 1.10 |
| 03/03/10 | ANL | Analyzed and reviewed January and February 2010 cash flow results. Identified AP disbursement variances. Reviewed 13-week cash flow forecast. | 1.80 |
| 03/03/10 | AH | Discuss all WIP with B. Hall (AlixPartners) in preparation for 3/4/UCC meeting. | 0.40 |
| 03/03/10 | HYL | Updated and reviewed January 2010 management operating report to UCC. | 2.60 |
| 03/03/10 | BH | Prepare comments on 2010 MIP, DIP facility and Marsh | 1.50 |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | contract assumption, for presentation to UCC on 3-4. | |
| 03/04/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 2.10 |
| 03/05/10 | ANL | Prepared weekly status report to the UCC. | 1.70 |
| 03/05/10 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow results. | 1.30 |
| 03/08/10 | AH | Call w/ D. Deutsch (Chadbourne) re: current status of all AlixPartners projects, and planning for 3/10 business plan meetings | 0.50 |
| 03/08/10 | ANL | Prepared weekly status report to the UCC. | 1.20 |
| 03/08/10 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow results. | 1.30 |
| 03/08/10 | YK | Reviewed and revised weekly status report draft. | 0.90 |
| 03/08/10 | YK | Reviewed docket and new documents reports. | 0.30 |
| 03/08/10 | BH | Review and revise a report to the UCC on Tribune actual 2009 financial results compared to Plan. | 3.20 |
| 03/09/10 | BH | Review, analyze and revise a report to UCC on Tribune weekly financial results. | 2.50 |
| 03/09/10 | BH | Review, analyze and revise a report to UCC on actual 2009 financial results compared to Plan. | 1.80 |
| 03/09/10 | YK | Reviewed and revised weekly status update. | 0.50 |
| 03/09/10 | YK | Reviewed Tribune docket and reviewed and analyzed January 2010 and Q4 2009 management operating reports. | 0.40 |
| 03/09/10 | YK | Review and analyze weekly cash flow results. | 0.30 |
| 03/09/10 | ANL | Analyzed and reviewed weekly status update to UCC and cash flow forecast. | 1.10 |
| 03/09/10 | AH | Review AlixPartners weekly report to UCC | 0.40 |
| 03/09/10 | MFR | Review of weekly status report. | 0.20 |
| 03/10/10 | YK | Reviewed weekly revenue flash reports and cash flow results. | 0.40 |
| 03/11/10 | YK | Reviewed and analyzed cash flow reports provided by the Debtor. Developed cash flow exhibits including comparison of various versions of forecasts. | 2.50 |
| 03/11/10 | YK | Reviewed and analyzed broadcasting operating performance. | 1.10 |
| 03/11/10 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow results. Prepared questions for Debtors. | 1.30 |
| 03/11/10 | ANL | Prepared weekly status report to the UCC. | 1.20 |
| 03/12/10 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow results. Prepared questions for Debtors. | 0.70 |
| 03/12/10 | ANL | Analyzed and reviewed 2009 Operating Plan and 2009 results. | 2.10 |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/15/10 | ANL | Analyzed and reviewed amended schedules of assets and liabilities. | 2.20 |
| 03/15/10 | ANL | Analyzed and reviewed amended statements of financial affairs. | 2.10 |
| 03/15/10 | YK | Reviewed claims transfers and amend statements and schedules. | 0.80 |
| 03/15/10 | ANL | Analyzed and reviewed 13 week cash flow forecast as of February 2010 and updated 13 week cash flow forecast as of March 2010. Revised weekly update to the UCC. | 1.60 |
| 03/15/10 | MFR | Review of weekly status report. | 0.20 |
| 03/15/10 | BH | Review and analyze weekly financial results and revise report to UCC on results compared to plan. | 2.30 |
| 03/15/10 | BH | Review, analyze and revise report to UCC on full year 2009 financial results compared to plan. | 3.60 |
| 03/16/10 | BH | Reviewed and revised draft report to UCC on full year 2009 financial results as compared to plan. | 1.40 |
| 03/16/10 | ANL | Analyzed and reviewed variance analysis for amended schedules of assets and liabilities. | 1.60 |
| 03/17/10 | ANL | Prepared Summary of Q4 & full year 2009 operating results presentation to the UCC. | 2.80 |
| 03/17/10 | ANL | Analyzed and reviewed Q4 and FY 2009 publishing and broadcasting results. | 1.70 |
| 03/17/10 | AH | Review and revise report on 2009 for presentation to UCC on 3/18 | 2.40 |
| 03/17/10 | BH | Reviewed and revised report on 2009 full year financial results for presentation to UCC on 3-18. | 2.80 |
| 03/18/10 | MFR | Review of Q4 and 2009 financial results. | 0.30 |
| 03/18/10 | YK | Reviewed Tribune Q4 2009 publishing and broadcasting results. | 0.40 |
| 03/22/10 | YK | Reviewed and analyzed weekly Broadcasting results. Prepared related exhibits. | 1.50 |
| 03/22/10 | YK | Reviewed and analyzed weekly Publishing results. Prepared related exhibits. | 1.60 |
| 03/22/10 | YK | Reviewed and analyzed weekly cash flow reports. Prepared related exhibits. | 1.40 |
| 03/22/10 | YK | Reviewed and analyzed February 2010 brown book. | 0.50 |
| 03/22/10 | ANL | Analyzed and reviewed weekly cash flow results and revenue flash. | 2.10 |
| 03/22/10 | BH | Review, analyze and revise report on weekly financial results. | 2.30 |
| 03/23/10 | ANL | Prepared weekly status update to the UCC. Reviewed | 1.60 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | weekly revenue flash and cash flow results. | |
| 03/23/10 | ANL | Analyzed and reviewed amended statements of financial affairs and schedules of assets and liabilities. | 1.80 |
| 03/23/10 | YK | Reviewed and analyzed February 2010 Publishing business unit results. Prepared related exhibits. | 2.80 |
| 03/23/10 | YK | Reviewed and analyzed February 2010 Broadcasting business unit results. Prepared related exhibits. | 3.10 |
| 03/23/10 | YK | Reviewed and analyzed February 2010 Corporate business unit results and equity investments performance. Prepared related exhibits. | 1.30 |
| 03/24/10 | YK | Reviewed, revised and posted weekly status report. | 0.40 |
| 03/24/10 | YK | Reviewed and analyzed Broadcasting business unit February 2010 brown book results. Prepared related exhibits. | 2.60 |
| 03/24/10 | YK | Reviewed and analyzed Publishing business unit February 2010 brown book results. Prepared related exhibits. | 2.70 |
| 03/24/10 | YK | Reviewed and analyzed corporate unit and equity income February 2010 brown book results. Prepared related exhibits. | 1.60 |
| 03/24/10 | MFR | Review of weekly status report. | 0.20 |
| 03/25/10 | ANL | Analyzed and reviewed February 2010 Management Operating Report. | 2.80 |
| 03/25/10 | ANL | Prepared for and participated in conference call with Debtors' management and A&M on weekly results and February 2010 results. | 0.80 |
| 03/25/10 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 03/25/10 | AH | Review AlixPartners' weekly report to the UCC | 0.50 |
| 03/25/10 | YK | Reviewed and analyzed cash flow reports. Prepared related exhibits for weekly status report. | 1.40 |
| 03/25/10 | YK | Reviewed and analyzed 2010 February brown book results for publishing business unit. Prepared related exhibits. | 1.50 |
| 03/25/10 | YK | Reviewed and analyzed 2010 February brown book results for broadcasting business unit. Prepared related exhibits. | 1.60 |
| 03/25/10 | YK | Reviewed and analyzed 2010 February brown book results for corporate unit and equity income results. Prepared related exhibits. | 0.60 |
| 03/26/10 | YK | Reviewed and analyzed February 2010 Broadcasting business unit results. Prepared related exhibits. | 0.90 |
| 03/26/10 | YK | Reviewed and analyzed February 2010 Publishing business unit results. Prepared related exhibits. | 1.10 |
| 03/26/10 | YK | Reviewed and analyzed February 2010 corporate unit and equity income results. Prepared related exhibits. | 1.10 |
| 03/29/10 | ANL | Analyzed and reviewed February year to date publishing and broadcasting results. | 2.10 |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/30/10 | ANL | Prepared weekly status report to UCC. | 1.80 |
| 03/31/10 | ANL | Analyzed and reviewed weekly revenue flash reports and pacing reports. | 0.80 |
| 03/31/10 | ANL | Analyzed and reviewed historical cash flow forecast for 2009 and 2010 year to date. | 1.30 |
| 03/31/10 | BH | Review, analyze and revise report to UCC on weekly financial results of Tribune. | 2.50 |
| 03/31/10 | BH | Review and analyze Tribune January and February actual financial performance compared to 2010 Plan and inquire about favorable variances to plan and impact on overall 2010 Plan. | 3.00 |
| | | **Total Hours** | **143.40** |

Re:                         Current Financials
Client/Matter #             005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.80 | 820.00 | 3,936.00 |
| Mark F Rule | 1.10 | 530.00 | 583.00 |
| Albert Leung | 53.20 | 530.00 | 28,196.00 |
| Harold Y Lee | 9.70 | 530.00 | 5,141.00 |
| Brad Hall | 32.70 | 620.00 | 20,274.00 |
| Young Kim | 36.90 | 470.00 | 17,343.00 |
| Stephanie Ko | 5.00 | 280.00 | 1,400.00 |
| **Total Hours & Fees** | **143.40** | | **76,873.00** |

Re:                    Prospective Financials
Client/Matter #        005735.00005

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/01/10 | HYL | Reviewed Tribune 2010 Plan and developed questions for in-person meeting March 4th, | 1.10 |
| 03/02/10 | BH | Draft questions for discussion with Tribune management regarding the 2010 Business Plan. | 3.20 |
| 03/04/10 | BH | Develop additional questions for Tribune management on 2010 Business Plan risks and opportunities. | 0.70 |
| 03/04/10 | ANL | Analyzed and reviewed Tribune 2010 Operating Plan presentation. Analyzed 2010 assumptions for publishing and broadcasting business units. | 3.10 |
| 03/04/10 | ANL | Analyzed and reviewed LA Times and Chicago Tribune 2010 business plan. | 0.80 |
| 03/04/10 | ANL | Analyzed and reviewed WGN America 2010-2014 forecast. | 1.10 |
| 03/04/10 | ANL | Analyzed and reviewed Tribune 2010 Capital Plan and projects. Prepared questions for Debtor. | 1.20 |
| 03/05/10 | BH | Review and analyze Tribune 2010 Business Plan materials. | 2.40 |
| 03/08/10 | BH | Reviewed 2010 Business Plan and 2010 proposed MIP plans and provided comments to Chadbourne. | 0.50 |
| 03/08/10 | BH | Review and analyze 2010 Business Plan provided by Tribune in anticipation of meeting in Chicago on 3-10. | 3.80 |
| 03/08/10 | BH | Draft questions for Tribune management regarding the 2010 Business Plan and coordinate this list of questions with Moelis for sending a combined question listing to Tribune. | 2.00 |
| 03/08/10 | ANL | Analyzed and reviewed detail business unit 2010 Plan and 5 year projections. | 2.80 |
| 03/09/10 | ANL | Analyzed and reviewed 2010 Tribune publishing and broadcasting business plan. Reviewed 2010 budgets for publishing business units. | 2.30 |
| 03/09/10 | ANL | Analyzed and reviewed Tribune 5 year forecast for publishing revenues and expenses. | 2.10 |
| 03/09/10 | AH | Review 2010 Business Plan documentation in anticipation of 3/10 meeting | 2.00 |
| 03/10/10 | AH | 2010 Business Plan presentation meetings with senior management | 4.50 |
| 03/10/10 | ANL | Analyzed and reviewed 2010 Tribune business plan presentation and supporting documents. | 2.20 |
| 03/10/10 | ANL | Prepared for and participated in meetings with Tribune management to review 2010 Business Plan and assumptions. | 4.00 |
| 03/10/10 | BH | Prepared for and attended the 2010 Business Plan presentation by Tribune management in Chicago. | 5.00 |
| 03/10/10 | MFR | Review and analysis of excerpts from 2010 business plan. | 0.50 |
| 03/10/10 | BH | Reviewed 2010 Plan details. | 2.00 |

Re:             Prospective Financials
Client/Matter #       005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/11/10 | BH | Draft comments for presentation to UCC of preliminary findings on 2010 Business Plan. | 1.50 |
| 03/12/10 | ANL | Prepared outline for 2010 operating plan review presentation. | 2.60 |
| 03/12/10 | ANL | Analyzed and reviewed 2010 business plans for publishing. | 1.70 |
| 03/15/10 | YK | Reviewed and analyzed broadcasting entity 2010 plans. | 0.70 |
| 03/16/10 | YK | Reviewed and analyzed broadcasting station and publishing entity-level 2010 operating plan. | 0.80 |
| 03/16/10 | ANL | Analyzed and reviewed WPIX and WGN 2010 business plan. | 2.20 |
| 03/16/10 | ANL | Analyzed and reviewed consolidated 2010 business plan. Prepared summary of 2010 Plan by quarter. | 2.60 |
| 03/16/10 | BH | Draft outline and timeline for the completion of 2010 Business Plan review document for UCC. | 2.40 |
| 03/17/10 | ANL | Prepared summary of 2010 operating plan by quarter. | 1.60 |
| 03/17/10 | ANL | Analyzed and reviewed publishing and broadcasting 2010 business plan. | 2.30 |
| 03/18/10 | ANL | Analyzed and reviewed 2010 and 5 year plan and forecast and assumptions. | 2.10 |
| 03/18/10 | ANL | Prepared broadcasting revenue and OCF bridges for 2009 to 2010 Plan. | 1.70 |
| 03/18/10 | ANL | Prepared publishing revenue and OCF bridges for 2009 to 2010 Plan. | 1.80 |
| 03/18/10 | ANL | Analyzed and reviewed revised Tribune valuation presentation. | 0.70 |
| 03/18/10 | HYL | Prepare 2010 Plan report to UCC. | 2.10 |
| 03/18/10 | YK | Reviewed and analyzed Moelis' Valuation Report. | 0.80 |
| 03/18/10 | BH | Review and analysis of individual station financial detail in support of 2010 Business Plan. | 2.10 |
| 03/19/10 | BH | Review, analyze and revise draft report on 2010 Business Plan. | 3.20 |
| 03/19/10 | MFR | Review and analyze Moelis valuation report to evaluate enterprise value and assumptions used. | 4.50 |
| 03/19/10 | ANL | Analyzed and reviewed WGN America 2010-2014 forecast. Prepared report to UCC. | 2.30 |
| 03/19/10 | HYL | Prepared 2010 Plan report for presentation to UCC. | 2.30 |
| 03/22/10 | ANL | Prepared 2010 Plan summary on broadcasting revenue and OCF. Prepared reconciliation from 2009 to 2010. | 2.10 |
| 03/22/10 | HYL | Prepared 2010 Plan report to UCC. | 3.70 |
| 03/22/10 | BH | Draft observations about risks and opportunities as identified in Tribune 2010 Business Plan. | 3.10 |

Re:              Prospective Financials
Client/Matter #  005735.00005

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 03/23/10 | ANL | Prepared 2010 Plan summary on publishing and broadcasting revenue and OCF. Prepared reconciliation from 2009 to 2010. | 1.50 |
| 03/23/10 | ANL | Prepared summary assumptions for publishing and broadcasting. | 1.80 |
| 03/24/10 | ANL | Prepared summary of broadcasting assumptions for 2010. | 1.30 |
| 03/24/10 | ANL | Analyzed and reviewed 2010 Plan for KTLA, WPIX and WGN. | 1.80 |
| 03/24/10 | ANL | Prepared summary of equity income and cash distribution. | 1.20 |
| 03/24/10 | ANL | Analyzed and reviewed Debtors 2010 Plan presentation and 5 year plan. | 2.30 |
| 03/25/10 | ANL | Analyzed and reviewed business unit 2010 Plan and assumptions. | 1.20 |
| 03/25/10 | BH | Review and revise comments in draft report on 2010 Business Plan pertaining to Corporate expenses and Investment income. | 2.50 |
| 03/26/10 | BH | Review and analyze the impact of projected increases in Broadcasting OCF relative to Publishing and the impact on overall valuation as provided by Moelis. | 1.60 |
| 03/26/10 | ANL | Analyzed and reviewed commercial printing and delivery for 2010 and 2009. Prepared summary of other publishing revenue. | 1.80 |
| 03/26/10 | ANL | Analyzed and reviewed 2010 advertising forecasts for competitors. | 1.70 |
| 03/26/10 | ANL | Prepared 2010 Plan presentation for Committee. | 2.30 |
| 03/26/10 | HYL | Prepare 2010 Plan report for presentation to UCC. | 2.90 |
| 03/29/10 | ANL | Prepared summary of 2010 equity income and commercial printing & delivery. | 2.30 |
| 03/29/10 | ANL | Prepared 2010 publishing & broadcasting revenue and expense details. | 1.80 |
| 03/29/10 | ANL | Prepared 2010 Plan executive summary, sensitivity analysis and summary of commercial printing & delivery. | 2.20 |
| 03/29/10 | BH | Reviewed and revise draft report on 2010 Business Plan and develop comments for inclusion in an Executive Summary of the report. | 3.80 |
| 03/29/10 | MFR | Review and analysis of Moelis valuation report. | 0.50 |
| 03/29/10 | HYL | Prepare presentation on 2010 Plan for the UCC. | 4.30 |
| 03/30/10 | ANL | Prepared 2010 Plan presentation, liquidity summary, and summary of 2010 consolidated cash flow. | 2.20 |
| 03/31/10 | AH | Review report to UCC on 2010 Business Plan | 2.40 |
| 03/31/10 | ANL | Prepared summary of short term liquidity, summary of Debtor cash flow and non-Debtor cash flow through June | 1.10 |

Re:                          Prospective Financials
Client/Matter #              005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|      |           | 2010.                   |       |
| 03/31/10 | ANL | Prepared summary of capital plan for 2010. | 1.30 |
|      |           | **Total Hours**         | **144.00** |

Re:                     Prospective Financials
Client/Matter #         005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 8.90 | 820.00 | 7,298.00 |
| Mark F Rule | 5.50 | 530.00 | 2,915.00 |
| Albert Leung | 71.10 | 530.00 | 37,683.00 |
| Harold Y Lee | 16.40 | 530.00 | 8,692.00 |
| Brad Hall | 39.80 | 620.00 | 24,676.00 |
| Young Kim | 2.30 | 470.00 | 1,081.00 |
| **Total Hours & Fees** | **144.00** | | **82,345.00** |

Re:                          Employee Issues
Client/Matter #              005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/01/10 | ANL | Analyzed and reviewed Tribune pension plan documents. | 1.70 |
| 03/01/10 | ANL | Analyzed and reviewed 2010 MIP presentation and POR incentive presentation. | 0.60 |
| 03/01/10 | BH | Review actual 2009 MIP payments made and compare to forecast amounts in 13 week cash flow forecast. | 0.50 |
| 03/02/10 | BH | Review proposed 2010 MIP plan and compare terms of proposed plan to 2009 MIP plan. | 2.10 |
| 03/03/10 | ANL | Prepared 2009 vs. 2010 MIP variance analysis. | 0.70 |
| 03/03/10 | ANL | Prepared outline on 2010 MIP for UCC meeting. Reviewed Mercer 2010 MIP presentation. | 2.60 |
| 03/08/10 | ANL | Analyzed and reviewed 2010 MIP presentation and POR incentive presentation. | 1.10 |
| 03/09/10 | BH | Draft a summary overview of 2010 MIP proposal for review by Chadbourne. | 1.60 |
| 03/12/10 | BH | Review and analyze the information provided in support of the 2010 MIP plan. | 1.50 |
| 03/17/10 | BH | Review listing of 2010 MIP participants as compared to 2009 participants. | 0.70 |
| 03/18/10 | ANL | Analyzed and reviewed employee benefits plans to be included in the plan of reorganization. | 1.70 |
| 03/19/10 | ANL | Analyzed and reviewed 2010 MIP presentation and POR incentive presentation. Reviewed 2010 MIP employee details. | 2.80 |
| 03/22/10 | BH | Compare MIP payouts in 2009 versus 2010 Plan at comparable OCF results. | 1.20 |
| 03/24/10 | BH | Review and analyze the motion filed by Tribune to withdraw the TMIP and KOB without prejudice. | 0.70 |
| 03/31/10 | ANL | Analyzed and reviewed documents related to transitional MIP and Key Operator Bonus plan. Reviewed proposals for emergence management equity plan and severance plan. | 1.80 |
| 03/31/10 | ANL | Analyzed and reviewed 2010 MIP details by individuals. | 2.20 |
| 03/31/10 | ANL | Prepared presentation to the UCC on 2010 MIP. | 1.30 |
| | | **Total Hours** | **24.80** |

Re:                          Employee Issues
Client/Matter #              005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Albert Leung | 16.50 | 530.00 | 8,745.00 |
| Brad Hall | 8.30 | 620.00 | 5,146.00 |
| **Total Hours & Fees** | **24.80** | | **13,891.00** |

Re:                 Executory Contracts
Client/Matter #     005735.00009

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/02/10 | ANL | Analyzed and reviewed Marsh contract assumption motion and supporting documents. | 1.80 |
| 03/02/10 | ANL | Analyzed and reviewed LA Times Zetabid motion. | 0.80 |
| 03/02/10 | BH | Review and analyze the Tribune motion for assumption of the Marsh contracts and make a recommendation to Chadbourne on UCC response. | 1.30 |
| 03/03/10 | ANL | Analyzed and reviewed draft Marsh agreement assumption motion and UCC memo. | 1.70 |
| 03/03/10 | ANL | Reviewed Mash agreement documents and prepared questions for counsel. | 1.10 |
| 03/05/10 | ANL | Prepared questions for Debtors' advisor on Zetabid 2009 results. | 0.50 |
| 03/05/10 | ANL | Analyzed and reviewed LA Times Zetabid motion. | 0.70 |
| | | **Total Hours** | **7.90** |

Re:                         Executory Contracts
Client/Matter #             005735.00009

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Albert Leung | 6.60 | 530.00 | 3,498.00 |
| Brad Hall | 1.30 | 620.00 | 806.00 |
| **Total Hours & Fees** | **7.90** | | **4,304.00** |

Re:                    Claims & Recoveries
Client/Matter #        005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/02/10 | ANL | Analyzed and reviewed Tribune Times Mirror pension plan documents and Teitelbaum claims information. | 2.80 |
| 03/12/10 | ANL | Analyzed and reviewed updated claims summary from Debtors. | 1.30 |
| 03/15/10 | BH | Review and analyze material provided by Tribune on Retiree claims. | 2.70 |
| 03/15/10 | BH | Review and analyze details of the filed third scheduled amendments by Debtor. | 1.20 |
| 03/18/10 | BH | Review information provided by Jay Teitlebaum regarding Retiree claims and method of calculating amounts due. | 2.40 |
| 03/24/10 | BH | Review and analyze the latest update of the Tribune Inter-Company Recovery Model. | 2.70 |
| 03/25/10 | BH | Review and analyze information provided by Jay Teitlebaum in support of Retiree claims. | 1.30 |
| 03/26/10 | BH | Review schedules provided by Retirees and compare to schedules provided by Tribune to identify reasons for discrepancy in claim amounts. | 1.80 |
| 03/29/10 | BH | Review GAAP and SEC pronouncements for the suggested use of discount rates for pension claims. | 1.50 |
| 03/29/10 | ANL | Analyzed and reviewed employee pension benefit claims and discount rates used for the calculation employee claims. | 1.20 |
| 03/29/10 | MFR | Research and analysis regarding appropriate discount rate to value pension benefits as it related to the retiree claims. | 2.10 |
| 03/30/10 | MFR | Research and analysis regarding appropriate discount rate to value pension benefits. Communication with B. Hall (AlixPartners) regarding the same. | 1.40 |
| 03/30/10 | ANL | Analyzed and reviewed historical Tribune pension plan assumptions as it related to the former employee claims. | 1.10 |
| 03/30/10 | ANL | Analyzed and reviewed Citigroup Pension Liabilities Index documents and discount curve. | 1.20 |
| 03/30/10 | ANL | Analyzed and reviewed pension plan documents and assumptions for discount rates. | 1.80 |
| 03/30/10 | BH | Review GAAP and SEC regulations for acceptable treatment of pension claims and compare to the methods proposed by Retirees and Tribune respectively. | 1.80 |
| 03/30/10 | BH | Review and analyze the accounting treatment historically provided by Tribune for pension obligations and compare to recommended treatment as provided by various major accounting firms. | 1.40 |
| 03/30/10 | BH | Review and analyze individual publication financial results and compare to third party financial results of other publications for inclusion in report to UCC. | 1.60 |

Re:                          Claims & Recoveries
Client/Matter #              005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/31/10 | BH | Review and analyze historic Corporate Bond Rates at the time of filing and compare to the discount rates being proposed by Retirees and Tribune. | 3.10 |
| 03/31/10 | BH | Report findings on Corporate Bond Rates to Chadbourne and discuss appropriate settlement ranges for Retiree claims. | 0.50 |
| 03/31/10 | CR | Analysis of pension claims and related discount rate. | 0.60 |
| 03/31/10 | MFR | Research and analysis of corporate bond rates for pension benefits valuation. Communication with B. Hall (AlixPartners) regarding the same. | 0.80 |
| | | **Total Hours** | **36.30** |

Re:                    Claims & Recoveries
Client/Matter #        005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 4.30 | 530.00 | 2,279.00 |
| Albert Leung | 9.40 | 530.00 | 4,982.00 |
| Brad Hall | 22.00 | 620.00 | 13,640.00 |
| Christopher Rubel | 0.60 | 320.00 | 192.00 |
| **Total Hours & Fees** | **36.30** | | **21,093.00** |

Re:               Misc. Motions
Client/Matter #     005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/12/10 | BH | Review and analyze the motion filed by JPM requesting sanctions upon counsel for the PHONES debt. | 0.80 |
| 03/15/10 | YK | Reviewed memo distributed by UCC attorney in re New River and other matters.  Summarized key findings and identified any issues requiring attention. | 0.30 |
| 03/30/10 | ANL | Analyzed and reviewed motions for settlements with California and CT state tax authorities. Provided comments for UCC counsel. | 1.30 |
| | | **Total Hours** | **2.40** |

Re:                         Misc. Motions
Client/Matter #             005735.00011

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 1.30 | 530.00 | 689.00 |
| Brad Hall | 0.80 | 620.00 | 496.00 |
| Young Kim | 0.30 | 470.00 | 141.00 |
| **Total Hours & Fees** | **2.40** | | **1,326.00** |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 03/01/10 | RBD | Review and analysis of Third Party Complaint | 0.40 |
| 03/01/10 | MFR | Research and communication with Chadbourne regarding comments on draft of third party complaint. | 1.10 |
| 03/01/10 | MFR | Review of draft of third party complaint. | 2.70 |
| 03/01/10 | MFR | Review and analysis of Goldman Sachs documents. | 5.00 |
| 03/01/10 | BH | Review, analyze and revise draft motion of third party complaint for Chadbourne. | 1.20 |
| 03/02/10 | MFR | Review and analysis of Merrill Lynch documents. | 7.00 |
| 03/02/10 | MFR | Discussion with C. Rubel (Alix) regarding case status. | 0.40 |
| 03/02/10 | ANL | Prepared chart of historical Tribune stock prices from 2000-2007 with notes. Discuss results with UCC counsel. | 1.10 |
| 03/02/10 | JLL | Performed case administration related to Tribune document index of Relativity database. | 0.50 |
| 03/02/10 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 5.60 |
| 03/03/10 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 5.40 |
| 03/03/10 | CR | Updated review document index for additional production. | 1.20 |
| 03/03/10 | MFR | Review and analysis of Blackstone documents. | 4.00 |
| 03/03/10 | MFR | Review of draft of third party complaint. | 1.80 |
| 03/04/10 | MFR | Review of Chadbourne presentation re: third party claims. | 0.50 |
| 03/04/10 | MFR | Research into and communication with Chadbourne regarding allegations of pension issues. | 1.10 |
| 03/04/10 | AH | Meet with J. Sottile (Zuckerman) re: follow-up questions on intercompany report | 0.50 |
| 03/04/10 | MFR | Review and analysis of Merrill Lynch documents. | 3.30 |
| 03/05/10 | MFR | Review and analysis of Merrill Lynch documents. | 3.20 |
| 03/05/10 | CR | Analysis of severance and supplemental benefit payments paid from pension surplus. | 2.80 |
| 03/05/10 | MFR | Research into and communication with Chadbourne regarding allegations of pension issues. | 4.30 |
| 03/08/10 | MFR | Review and analysis of Tribune documents. | 4.40 |
| 03/09/10 | MFR | Review and analysis of Merrill Lynch documents. | 5.80 |
| 03/09/10 | AH | Intercompany analysis to address email from Zuckerman | 1.40 |
| 03/09/10 | YK | Drafted email to M. Frank (A&M) regarding intercompany and claims reports. Reviewed existing version of intercompany and claims reports. | 0.40 |
| 03/10/10 | MFR | Review and analysis of Wilmington Trust complaint. | 1.90 |
| 03/10/10 | MFR | Review and analysis of Tribune documents. | 6.00 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/11/10 | MFR | Review and analysis of Tribune documents. | 2.10 |
| 03/11/10 | MFR | Review of unredacted version of Wilmington Trust complaint. | 1.40 |
| 03/11/10 | MFR | Review of Chadbourne presentation on Wilmington Trust complaint. | 0.40 |
| 03/11/10 | YK | Reviewed UCC counsel's supplemental commentary regarding Wilmington Trust Equitable Subordination. Reviewed for any necessary follow up activities and any analyses required. | 0.80 |
| 03/12/10 | YK | Reviewed confidential motion for sanctions in re Wilmington Trust. Summarized key issues and identified if any follow up activities are required. | 1.10 |
| 03/12/10 | CR | Reviewed Morgan Stanley documents from Relativity data site. | 2.60 |
| 03/12/10 | MFR | Review and analysis of the motion and exhibits for sanctions against Wilmington Trust | 3.10 |
| 03/12/10 | BH | Review and analyze notes from Chadbourne on the results of settlement discussions. | 0.70 |
| 03/12/10 | BH | Review and analyze the period 6 2007 financial statements provided by Tribune advisors. | 2.60 |
| 03/15/10 | MFR | Review and analysis of Morgan Stanley documents. | 8.20 |
| 03/16/10 | MFR | Review and analysis of JP Morgan documents. | 5.00 |
| 03/16/10 | RBD | Review Motion for Standing and Settlement proposal | 0.90 |
| 03/16/10 | RBD | Participated in Committee call. | 1.30 |
| 03/16/10 | MFR | Review of motion to pursue standing for third party claims. | 0.50 |
| 03/16/10 | MFR | Review of S&P article on Wilmington Trust complaint. | 0.20 |
| 03/16/10 | JLL | Reviewed and analyzed ML-TRIB documents from Relativity data site for valuation and solvency information | 4.90 |
| 03/16/10 | JLL | Summarized findings into a document index of ML-TRIB documents evaluated from Relativity data site. | 2.10 |
| 03/16/10 | CR | Analyzed bond prices and yields post-Chapter 11 filing. | 1.30 |
| 03/16/10 | ANL | Analyzed and reviewed various Tribune settlement proposals. | 0.80 |
| 03/17/10 | CR | Analyzed management common and restricted share holdings at the time of the ESOP transaction. | 2.90 |
| 03/17/10 | CR | Analyzed bond pricing and yields after the Chapter 11 filing. | 1.90 |
| 03/17/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information | 2.10 |
| 03/17/10 | YK | Reviewed and analyzed S&P article re Wilmington Trust motion. | 0.20 |
| 03/17/10 | YK | Reviewed summary schedule of Moelis' analysis re | 0.20 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | settlement proposal. | |
| 03/17/10 | JLL | Populated document index with findings from review of ML-TRIB documents for solvency information in Relativity | 0.90 |
| 03/17/10 | MFR | Review of draft of third party complaint. | 1.20 |
| 03/17/10 | MFR | Research for potential inclusion in third party complaint regarding stock, option or RSU holdings of numerous Tribune employees. | 3.30 |
| 03/17/10 | MFR | Review and analysis of Merrill Lynch documents. | 3.10 |
| 03/18/10 | MFR | Review and analysis of Merrill Lynch documents. | 2.30 |
| 03/18/10 | MFR | Research and communication with Chadbourne regarding stock, option or RSU holdings of numerous Tribune employees. | 1.10 |
| 03/18/10 | JLL | Populated document index with findings from review of ML-TRIB documents for solvency information in Relativity | 2.40 |
| 03/18/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information | 5.60 |
| 03/18/10 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 4.60 |
| 03/18/10 | CR | Analyzed restricted share and option holdings by Tribune management leading up to the ESOP transaction. | 2.90 |
| 03/19/10 | CR | Reviewed Morgan Stanley documents from Relativity data site. | 1.90 |
| 03/19/10 | CR | Analyzed produced documents related to change of control payments. | 1.30 |
| 03/19/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information | 5.40 |
| 03/19/10 | JLL | Summarized findings into a document index of ML-TRIB documents evaluated from Relativity data site | 2.60 |
| 03/19/10 | MFR | Analysis of stock, option or RSU holdings of numerous Tribune employees.  Communication with Chadbourne regarding the same. | 4.10 |
| 03/19/10 | MFR | Review and analysis of JP Morgan documents. | 1.30 |
| 03/22/10 | JLL | Summarized findings into a document index of ML-TRIB documents evaluated from Relativity data site | 2.60 |
| 03/22/10 | MFR | Analysis of and communication with Chadbourne regarding the third party complaint, shareholder approval and the tender offer. | 2.60 |
| 03/22/10 | MFR | Review and analysis of Citi documents. | 3.80 |
| 03/22/10 | CR | Reviewed Morgan Stanley documents on Relativity data site. | 8.50 |
| 03/22/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.40 |

Re:                   Avoidance Actions
Client/Matter #       005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/23/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.30 |
| 03/23/10 | JLL | Populated document index with findings from review of ML-TRIB documents for solvency information in Relativity | 2.70 |
| 03/23/10 | CR | Reviewed Morgan Stanley documents on Relativity data site. | 8.10 |
| 03/23/10 | MFR | Review and analysis of Citi documents. | 6.00 |
| 03/23/10 | MFR | Discussions with C. Rubel (Alix) regarding case status. | 0.40 |
| 03/24/10 | MFR | Review and analysis of Citi documents. | 4.00 |
| 03/24/10 | JLL | Summarized findings into a document index of ML-TRIB documents evaluated from Relativity data site | 2.40 |
| 03/24/10 | MFR | Review of draft statement regarding Wilmington Trust complaint. | 0.20 |
| 03/24/10 | CR | Reviewed Morgan Stanley documents from Relativity data site. | 4.10 |
| 03/24/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.60 |
| 03/25/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.40 |
| 03/25/10 | JLL | Populated document index with findings from review of ML-TRIB documents for solvency information in Relativity | 2.60 |
| 03/25/10 | CR | Reviewed Morgan Stanley documents from Relativity data site. | 5.80 |
| 03/25/10 | ANL | Analyzed and reviewed latest Tribune valuation and settlement proposals. | 1.80 |
| 03/25/10 | MFR | Review and analysis of Citi documents. | 3.20 |
| 03/26/10 | MFR | Review and analysis of Citi documents. | 3.80 |
| 03/26/10 | ANL | Analyzed and reviewed latest recovery model and assumptions. | 1.30 |
| 03/26/10 | CR | Reviewed Morgan Stanley documents from Relativity data site. | 3.30 |
| 03/29/10 | JLL | Populated document index with findings from review of ML-TRIB documents for solvency information in Relativity | 2.40 |
| 03/29/10 | RBD | Reviewed and analyzed revised Settlement agreement. | 1.50 |
| 03/29/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.10 |
| 03/29/10 | ANL | Analyzed and reviewed latest recovery model and assumptions. | 0.90 |
| 03/29/10 | MFR | Review and analysis of Citi documents. | 1.00 |
| 03/29/10 | CR | Reviewed Morgan Stanley documents from Relativity data site. | 3.70 |

Re:                        Avoidance Actions
Client/Matter #            005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/30/10 | CR | Reviewed Morgan Stanley documents from Relativity data site. | 7.40 |
| 03/30/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.40 |
| 03/30/10 | JLL | Summarized findings into a document index of ML-TRIB documents evaluated from Relativity data site | 2.60 |
| 03/30/10 | MFR | Review and analysis of Citi documents. | 4.10 |
| 03/31/10 | MFR | Review and analysis of Citi documents. | 3.40 |
| 03/31/10 | RBD | Participated in call regarding Settlement with UCC counsel. | 0.50 |
| 03/31/10 | JLL | Summarized findings into a document index of ML-TRIB documents evaluated from Relativity data site | 2.70 |
| 03/31/10 | JLL | Reviewed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.30 |
| 03/31/10 | CR | Reviewed Morgan Stanley documents from Relativity data site. | 6.60 |
| | | **Total Hours** | **305.80** |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 4.60 | 860.00 | 3,956.00 |
| Alan Holtz | 1.90 | 820.00 | 1,558.00 |
| Mark F Rule | 122.30 | 530.00 | 64,819.00 |
| Albert Leung | 5.90 | 530.00 | 3,127.00 |
| Brad Hall | 4.50 | 620.00 | 2,790.00 |
| Young Kim | 2.70 | 470.00 | 1,269.00 |
| Jeff L Lack | 82.00 | 395.00 | 32,390.00 |
| Christopher Rubel | 81.90 | 320.00 | 26,208.00 |
| **Total Hours & Fees** | **305.80** | | **136,117.00** |

Re:                    UCC Meetings
Client/Matter #        005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/02/10 | MFR | Participation in UCC professionals conference call. | 0.50 |
| 03/02/10 | BH | Participate in UCC professionals meeting hosted by Chadbourne. | 0.50 |
| 03/04/10 | BH | Participate telephonically in UCC meeting. Make financial presentations. | 1.10 |
| 03/04/10 | MFR | Participation in UCC committee conference call. | 2.80 |
| 03/04/10 | AH | Attend portion of UCC meeting at Chadbourne & Parke, including follow-up with counsel | 1.70 |
| 03/04/10 | RBD | Reviewed presentation to Committee and 3rd Party Complaint | 0.80 |
| 03/04/10 | ANL | Prepared for and participated in Weekly UCC Meeting to present update on 2010 MIP, weekly status update, and Plan of Reorganization. | 1.30 |
| 03/11/10 | AH | Participate telephonically in portion of UCC meeting | 2.40 |
| 03/11/10 | MFR | Participation in UCC committee conference call. | 2.10 |
| 03/11/10 | BH | Participate in UCC meeting and make financial presentations. | 3.50 |
| 03/16/10 | BH | Participate in UCC Professionals call hosted by Chadbourne. | 0.50 |
| 03/16/10 | BH | Participate in special meeting of UCC. | 0.70 |
| 03/16/10 | MFR | Participation in UCC professionals conference call. | 0.50 |
| 03/16/10 | MFR | Participation in UCC committee conference call. | 0.70 |
| 03/16/10 | AH | Participate in special telephonic meeting of the UCC | 0.70 |
| 03/16/10 | AH | Weekly UCC professionals call | 0.80 |
| 03/17/10 | BH | Participate in UCC meeting on settlement negotiations. | 1.80 |
| 03/18/10 | BH | Prepare comments for presentation to UCC of 2009 year end and weekly financial results. | 1.00 |
| 03/18/10 | BH | Participate in UCC meeting and make financial presentations. | 1.00 |
| 03/18/10 | AH | Attend weekly UCC meeting at Chadbourne | 2.30 |
| 03/18/10 | MFR | Participation in UCC committee call. | 2.00 |
| 03/23/10 | MFR | Participation in UCC professionals conference call. | 0.50 |
| 03/23/10 | AH | Weekly UCC professionals call | 0.30 |
| 03/23/10 | BH | Participate in UCC Professionals call hosted by Chadbourne. | 0.30 |
| 03/24/10 | BH | Prepare comments for presentation to UCC during meeting on 3-25. | 1.50 |
| 03/25/10 | BH | Participate telephonically in UCC meeting and make financial presentation. | 2.70 |
| 03/25/10 | AH | Participate in weekly UCC meeting (telephonic) | 2.70 |
| 03/25/10 | MFR | Participation in UCC committee conference call. | 2.80 |

Re:                UCC Meetings
Client/Matter #    005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/26/10 | MFR | Participation in UCC committee conference call. | 1.00 |
| 03/26/10 | AH | Special UCC meeting (telephonic) | 0.90 |
| 03/26/10 | BH | Participate in special meeting of UCC on settlement status. | 0.90 |
| 03/29/10 | BH | Participate in UCC meeting regarding settlement negotiations. | 0.70 |
| 03/29/10 | AH | Review materials and participate on special UCC telephonic meeting | 1.50 |
| 03/29/10 | MFR | Participation in UCC committee conference call. | 0.70 |
| 03/30/10 | MFR | Participation in UCC professionals conference call. | 0.30 |
| 03/30/10 | AH | Weekly UCC professionals call | 0.30 |
| 03/30/10 | BH | Participate in UCC Professionals call hosted by Chadbourne. | 0.50 |
| 03/31/10 | BH | Participate in special meeting of UCC. | 0.50 |
| 03/31/10 | AH | UCC special meeting (telephonic) | 0.40 |
| 03/31/10 | MFR | Participation in UCC committee conference call. | 0.70 |
| | | **Total Hours** | **47.90** |

Re:                              UCC Meetings
Client/Matter #                  005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 0.80 | 860.00 | 688.00 |
| Alan Holtz | 14.00 | 820.00 | 11,480.00 |
| Mark F Rule | 14.60 | 530.00 | 7,738.00 |
| Albert Leung | 1.30 | 530.00 | 689.00 |
| Brad Hall | 17.20 | 620.00 | 10,664.00 |
| **Total Hours & Fees** | **47.90** | | **31,259.00** |

Re:                            Billing and Retention
Client/Matter #                005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 03/05/10 | AH | Review draft response to Fee Examiner re: 3rd interim application. | 1.70 |
| 03/05/10 | ANL | Prepared response to Fee Examiner for the Third Interim period and exhibits. | 1.20 |
| 03/05/10 | MFR | Research into and explanation of hours worked by M. Rule and A. Janovsky (Alix) during July, August and September. Communication with A. Holtz (Alix) regarding the same for fee examiner response. | 1.00 |
| 03/08/10 | AH | Finalize response to Fee Examiner on Third Interim Period and submit | 1.10 |
| 03/08/10 | ANL | Reviewed and revised Response to Fee Examiner for the Third Interim period. | 2.10 |
| 03/08/10 | YK | Prepared February 2010 fee application. | 1.70 |
| 03/09/10 | YK | Prepared February 2010 fee application. | 1.50 |
| 03/11/10 | YK | Prepared February 2010 fee application. | 1.80 |
| 03/11/10 | ANL | Prepared February 2010 fee application and exhibits. | 1.30 |
| 03/15/10 | ANL | Prepared February 2010 fee application and exhibits. | 0.80 |
| 03/15/10 | AH | Review February 2010 fee application | 2.00 |
| 03/15/10 | YK | Prepared February 2010 fee application, and associated motions and exhibits. | 2.70 |
| 03/16/10 | YK | Prepared February 2010 fee application. | 0.80 |
| 03/17/10 | YK | Prepared supplemental detail for February 2010 fee application.  Followed up on outstanding issues. | 1.10 |
| 03/18/10 | ANL | Prepared for and participated in conference call with J. Decker (Stuart Maue) to discuss fee examiner report for the 2nd & 3rd interim periods. | 0.60 |
| 03/18/10 | ANL | Prepared additional support and analysis for fee examiner in response to our 2nd period fee application. | 0.80 |
| 03/18/10 | AH | Conference call with J. Decker (Stuart Maue) and prepare follow-up letter re: 2nd Interim Fee Application | 1.10 |
| 03/18/10 | YK | Prepared February 2010 fee application. | 1.90 |
| 03/19/10 | YK | Prepared February 2010 fee application. | 2.20 |
| 03/23/10 | ANL | Analyzed and reviewed fee examiner's final report on 2nd and 3rd interim periods. | 0.60 |
| 03/24/10 | ANL | Prepared February 2010 fee application and exhibits. | 1.10 |
| 03/25/10 | YK | Prepared February 2010 fee application. | 0.50 |
| 03/25/10 | AH | Final review of February 2010 fee application, sign and send to counsel | 1.00 |
| | | **Total Hours** | **30.60** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 6.90 | 820.00 | 5,658.00 |
| Mark F Rule | 1.00 | 530.00 | 530.00 |
| Albert Leung | 8.50 | 530.00 | 4,505.00 |
| Young Kim | 14.20 | 470.00 | 6,674.00 |
| **Total Hours & Fees** | **30.60** | | **17,367.00** |

Re:              Travel Time (billed at 50%)
Client/Matter #  005735.00018

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/09/10 | ANL | Travel from San Francisco to Chicago for Debtors' presentation and meetings. | 5.00 |
| 03/09/10 | BH | Travel from Reno to Chicago to attend Tribune presentation of 2010 Business Plan. | 6.80 |
| 03/10/10 | BH | Travel from Chicago to New York City for UCC meeting. | 5.40 |
| 03/10/10 | ANL | Travel home from Chicago to San Francisco. | 5.00 |
| 03/10/10 | AH | Travel to/from Chicago for 2010 Business Plan presentation meetings with senior management | 6.00 |
| 03/11/10 | BH | Travel from New York City to San Francisco following UCC meeting. | 10.00 |
| | | **Total Hours** | **38.20** |

Re:                            Travel Time (billed at 50%)
Client/Matter #                005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 6.00 | 820.00 | 4,920.00 |
| Albert Leung | 10.00 | 530.00 | 5,300.00 |
| Brad Hall | 22.20 | 620.00 | 13,764.00 |
| **Total Hours & Fees** | **38.20** | | **23,984.00** |