# EXHIBIT "C"

# EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Description | Amount |
|---|---:|
| Airfare- Coach | 2,456.37 |
| Airfare Service Charge | 183.00 |
| Cab Fare/Ground Transportation | 893.88 |
| Phone - Internet Access | 23.92 |
| Lodging | 847.17 |
| Meals & Tips | 341.51 |
| Meals - Engagement Team | 100.00 |
| **Total Disbursements** | **4,845.85** |

| Date | Disbursement Description | Amount |
| --- | --- | --- |
| 02/23/10 | Meals & Tips Albert Leung-Dinner (In town) | 28.91 |
| 02/24/10 | Meals & Tips Albert Leung-Dinner (In town) | 17.00 |
| 03/01/10 | Airfare Brad Hall-2010-03-09-RNO-ORD (Coach) | 446.72 |
| 03/01/10 | Airfare Service Charge Brad Hall | 40.00 |
| 03/04/10 | Cab Fare/Ground Transportation Brad Hall-Taxi To Hotel (Out of town) | 15.00 |
| 03/08/10 | Airfare Albert Leung-2010-03-09-SFO-ORD (Coach) | 789.40 |
| 03/08/10 | Airfare Service Charge Albert Leung | 13.00 |
| 03/09/10 | Airfare Service Charge Brad Hall | 40.00 |
| 03/09/10 | Cab Fare/Ground Transportation - - Car Service- Albert Leung (Out of town) | 101.20 |
| 03/09/10 | Cab Fare/Ground Transportation - - Car Service- A. Leung (Out of town) | 79.86 |
| 03/09/10 | Cab Fare/Ground Transportation - Car Service- Brad Hall (Out of town) | 64.86 |
| 03/09/10 | Lodging Albert Leung-Dtrs Michigan Ave Llc-Chicago-03/09/2010-03/10/2010 | 213.15 |
| 03/09/10 | Lodging Brad Hall-Sheraton-Chicago-03/09/2010-03/10/2010 | 298.89 |
| 03/09/10 | Meals & Tips Brad Hall-Lunch (Out of town) | 13.77 |
| 03/09/10 | Meals & Tips Albert Leung-Dinner-(Out of town) | 30.53 |
| 03/09/10 | Meals - Engagement Team Brad Hall-Dinner-Tribune Dinner-Dinner-Brad Hall ; Albert Leung (Out of town) | 100.00 |
| 03/10/10 | Airfare Service Charge Brad Hall-2010-03-10 | 50.00 |
| 03/10/10 | Cab Fare/Ground Transportation- Cab- Alan Holtz (Out of town) | 42.35 |
| 03/10/10 | Cab Fare/Ground Transportation- Cab- Alan Holtz (Out of town) | 47.75 |
| 03/10/10 | Cab Fare/Ground Transportation - - Car Service- B. Hall (Out of town) | 74.16 |
| 03/10/10 | Cab Fare/Ground Transportation - - Car Service- Alan Holtz (Out of town) | 118.50 |
| 03/10/10 | Cab Fare/Ground Transportation - - Car Service-Albert Leung (Out of town) | 89.75 |
| 03/10/10 | Phone - Internet Access Albert Leung-Internet Access Fee | 23.92 |
| 03/10/10 | Lodging Brad Hall-Sheraton-New York-03/10/2010-03/11/2010 | 335.13 |
| 03/10/10 | Meals & Tips Brad Hall-Dinner (Out of Town) | 85.77 |
| 03/10/10 | Meals & Tips Brad Hall-Lunch (Out of town) | 31.00 |
| 03/11/10 | Airfare Brad Hall-2010-03-11-JFK-SFO (Coach) | 1,220.25 |
| 03/11/10 | Airfare Service Charge Brad Hall | 40.00 |
| 03/11/10 | Cab Fare/Ground Transportation - - Car Service- Alan Holtz (Out of town) | 124.25 |
| 03/11/10 | Cab Fare/Ground Transportation - -Car Service- Brad Hall (Out of town) | 101.20 |
| 03/11/10 | Meals & Tips Albert Leung-Dinner (Out of town) | 50.00 |
| 03/11/10 | Meals & Tips Brad Hall-Dinner (Out of town) | 30.03 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 03/11/10 | Meals & Tips Brad Hall-Breakfast (Out of town) | 29.50 |
| 03/24/10 | Cab Fare/Ground Transportation- Cab- Young Kim (in-town) | 35.00 |
| 03/24/10 | Meals & Tips Young Kim-Dinner-(In town) | 25.00 |
| | **Total Disbursements** | **4,845.85** |