**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Warner Brothers | $1,505.09 |
| Washington-Baltimore Newspaper Guild | $1,233.40 |
| Washington-Baltimore Newspaper Guild (Counsel) | $1,596.60 |
| **TOTAL** | **$4,335.09** |

## SCHEDULE OF EXPENSES

Wayne Smith
Warner Brothers
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA  91522

| Type of Expense | March 11, 2010<br>Creditors' Committee Meeting<br>(New York) |
|---|---|
| Airfare | $ 864.20 |
| Hotel | $393.76 |
| Meals: Dinner (hotel) | 29.01* |
| Transportation | 176.66 |
| Parking | 41.46 |
| | |
| Total: | $1,505.09 |

\* Dinner charge is reflected on the hotel invoice (includes gratuity and tax).

**TOTAL ALLOWED AMOUNT:  $1,505.09**

## Aguilar, Yolanda

**From:** wbeinvoices@bcdtravel.com
**Sent:** Tuesday, March 09, 2010 12:57 PM
**To:** Smith, Wayne
**Cc:** Aguilar, Yolanda
**Subject:** TRAVEL INVOICE FOR SMITH/WAYNE M TRAVEL DATE 10Mar



PLEASE DO NOT RESPOND TO THIS MESSAGE VIA EMAIL. THIS IS AN AUTO-GENERATED MESSAGE AND CAN NOT PROCESS YOUR REPLY.

Thank you for using BCD Travel for your travel needs.

Email generated on March 09, 2010/8:57 PM UTC
**Invoice**

Total Invoice Amount: $2,403.13 USD
Electronic Ticket Number: 0167745187792
Invoice Number: 0280434
Ticket Amount: $2,403.13 USD
Form of Payment: AX***********1001

*COACH FARE*
*#864.20*

This ticket information applies to the following trip(s):

United Airlines Flight 26 from Los Angeles to New York on March 10
United Airlines Flight 409 from New York to Denver on March 11
United Airlines Flight 765 from Denver to Los Angeles on March 12

Email generated on March 09, 2010/8:57 PM UTC

3/10/2010

**Aguilar, Yolanda**

| | |
|---|---|
| **From:** | Krug, Cheryl Ann (BCD Travel) |
| **Sent:** | Monday, March 08, 2010 6:14 PM |
| **To:** | Aguilar, Yolanda |
| **Subject:** | $864.20 — *COACH FARE* |

```
1 UA  22Q 13MAR J LAXJFK SS1   845A  458P /DCUA /E
2 UA  23Q 19MAR F JFKLAX SS1   835A 1211P /DCUA /E
```

*Cheryl Ann Krug*
*Sr. Travel Consultant, Corp. VIP*
*@ Warner Bros.*
*BCD Travel*
*818-977-0309 - phone*
*818-977-6548 - fax*
*Cheryl.krug@bcdtravel.com*
WB Employees: Visit Travel Connection on eTAZ

This message and any attachment(s) are intended only for the use of the person or entity to which it is addressed and may contain confidential and/or proprietary information. Any review, retransmission, dissemination, or other use of, or taking of any action in reliance upon, this message and any attachment(s) by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and delete this message, including any attachments. Sender accepts no liability for any damages caused by any virus transmitted by this e-mail.

4/13/2010

03/16/2010 14:10 FAX 818 954 5434          WBEI CORPORATE LEGAL                          ☑015

## INFORMATION INVOICE

Mr Wayne M Smith
No Address
La Canada Flintridge CA 91011
United States

| | |
|---|---|
| Room Number: | 0534 |
| Arrival Date: | 03-10-10 |
| Departure Date: | 03-11-10 |
| Voucher/PO No.: | |
| Page No: | 1 of 1 |
| Confirmation No.: | 12618160 |
| Folio No: | |

Travel Agent : BCD TRAVEL USA L.L.C
Company:       Time Warner

03-11-10

| Date | Description | Reference | Charges/Adj | Payments |
|------|-------------|-----------|-------------|----------|
| 03-10-10 | Room Service Overnight Food | Room# 0534 : CHECK# 2602 | 17.00 | |
| 03-10-10 | Room Service Overnight Deliv | Room# 0534 : CHECK# 2602 | 5.00 | |
| 03-10-10 | Room Svc Overnight Addt. Gr | Room# 0534 : CHECK# 2602 | 2.00 | |
| 03-10-10 | Room Service Overnight Gratu | Room# 0534 : CHECK# 2602 | 3.06 | |
| 03-10-10 | Room Svc Overnight Sales Ta | Room# 0534 : CHECK# 2602 | 1.95 | |
| 03-10-10 | Room Chg - Package | | 339.00 | |
| 03-10-10 | Sales Tax 8.875% | | 29.64 | |
| 03-10-10 | City Occ Tax 5.875% | | 19.62 | |
| 03-10-10 | City Occ Tax per Rm/Night | | 4.00 | |
| 03-10-10 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |
| | | **Total** | **422.77** | **0.00** |
| | | **Balance** | **422.77** | |

DINNER

03/16/2010 14:11 FAX 818 954 5434          WBEI CORPORATE LEGAL                    @020

## UNITED FIRST

**BOARDING PASS**
UA 00203924305

SMITH/WAYNEM

UA 26        MAR 10
FROM   LOS ANGELES
TO     NYC/KENNEDY

GATE    73
BOARDS AT   1:05 PM

SEAT   2C

CONFIRMATION NBR N8O5MY
016 7745187792 CPN 1
ISSUED BY RLAXLGO AT 000000 LAXES

---

SMITH/WAYNEM

UA 00203924305

UA 26        MAR 10
FROM   LOS ANGELES
TO     NYC/KENNEDY

GATE    73
DEPARTS AT   1:35 PM

GIVE FEEDBACK - WWW.UALSURVEY.COM

SEAT   2C

F-CABIN
ETKT    016 7745187792 CPN 1

03/16/2010  14:11 FAX 818 954 5434          WBEI CORPORATE LEGAL                    ☑021

# ///UNITED FIRST

SMITH/WAYNEM

BOARDING PASS
UA 00203924305

UA 765        MAR 12
FROM   DENVER
TO     LOS ANGELES

GATE    B36
BOARDS AT   6:05 PM

SEAT **3J**

CONFIRMATION NBR N8D5MY
016 7745187792 CPN 4
ISSUED BY U136282 AT 469086 DENCS

ETKT

---

SMITH/WAYNEM

UA 00203924305

UA 765        MAR 12
FROM   DENVER
TO     LOS ANGELES

GATE    B36
DEPARTS AT   6:45 PM

GIVE FEEDBACK - WWW.UALSURVEV.COM

SEAT   **3J**

F-CABIN
016 7745187792 CPN 4



Reservation Receipt (Res#778691)                                              Page 1 of 1

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD                              Ride Receipt
BLDG 156 ROOM 5158
BURBANK, CA 91522

Account#  : 194014
Invoice#  : CCB031210
Inv Date  : 3/12/2010

| Date | Description | Charges | Credits |
|---|---|---|---|
| 3/11/2010 | Res#: 778691    PU: 450 LEXINGTON AVE MANHATTAN NY 10001 | | |
| | Drop: LGA 409 UA | | |
| | Pickup: 15:30          Passenger: SMITH WAYNE M | | |
| | Flat:                                        TC | $75.00 | |
| | Req By: CHERYL ANN KRUG,          Gratuity: | $0.00 | |
| Extra Services | CELL PHONE 818-424-1658: | $0.00 | |
| | Tax: | $6.29 | |
| | Discount: | | |
| | Deposit: | | |
| | Ride Total: | $81.29 | |
| | Paid By Credit Card xxxxxxxxxxx1001          Trip Amount Due: | $0.00 | |

© 1992-2010 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

http://reports.blslimo.com/QuickReceipt.asp                          3/15/2010

03/16/2010 14:11 FAX 818 954 5434        WBEI CORPORATE LEGAL                    ☒018
Reservation Receipt (Res#778690)                                          Page 1 of 1

### BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS                                    Account#  : 194014
4000 WARNER BLVD                          Ride Receipt         Invoice#  : CCB031110
BLDG 156 ROOM 5158                                             Inv Date  : 3/11/2010
BURBANK, CA 91522

| Date | Description | Charges | Credits |
|---|---|---|---|
| 3/10/2010 | Res#: 778690   PU: JFK 26 UA | | |
| | Drop: 160 CENTRAL PARK SOUTH RADIO CITY NY 10019 | | |
| | Pickup: 21:56        Passenger: SMITH WAYNE M | | |
| | Flat:                              TC | $88.00 | |
| | Req By: CHERYL ANN KRUG,        Gratuity: | $0.00 | |
| Extra Services | CELL PHONE 818-424-1658: | $0.00 | |
| | Tax: | $7.37 | |
| | Discount: | | |
| | Deposit: | | |
| | Ride Total: | $95.37 | |
| | Paid By Credit Card xxxxxxxxxxx1001    Trip Amount Due: | $0.00 | |

© 1992-2010 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

http://reports.blslimo.com/QuickReceipt.asp                          3/15/2010



Welcome!
Phone: (800) 745-2276
LAX/Century - Look for
BLUE Century signs



8/0744        5912/170040000/018207
12:24         03/10/10      CE-EN2
              Covered

N 37.69T  3.77
$ 41.46 B2FC AMEX
03/12/10 22:35

The Parking Spot
5701 West Century Blvd.
310-642-0947
Los Angeles, CA 90045

Booth 2 Fe 03/12/10 22:35
Cashier 16
Receipt 044959

Standard Ticket
CVD - No. 018207
03/10/10 12:24 -
03/12/10 22:35 -
Period 2d10h12'
(Tax)              $53.85
E0492            $(16.16)

Sub Total         $37.69
Tax 10%            $3.77
              -----------
Total             $41.46

Payment Received
E0492 6220270492302731195
AMEX              $41.46
XXXXXXXXXXX1001
Thank you for parking at
The Parking Spot
Reserve your next spot on
www.theparkingspot.com

Reserve your next spot at
www.theParkingSpot.com

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD  21044

| Type of Expense | March 4, 2010 Creditors' Committee Meeting (New York) | March 11, 1010 Creditors' Committee Meeting (New York) | March 18, 1010 Creditors' Committee Meeting (New York) |
|---|---|---|---|
| | | | |
| Train Fare | $382.00 | $356.00 | $388.00 |
| Cab Fare | 7.80 | 8.20 | 7.40 |
| Parking | 9.00 | 9.00 | 9.00 |
| Mileage: * | 19.00 | 19.00 | 19.00 |
| | | | |
| Total: | $417.80 | $392.20 | $423.40 |

* 38 miles - round trip from home to BWI Airport Station.

**TOTAL ALLOWED AMOUNT:  $1,233.40**

# March 4, 2010
# Meeting Receipts







```
                MED#        1A90
                03/04/10 TR 5542
                START  END MILES
                09:56 10:06  1.2
                REGULAR FARE
                RATE 1:$    7.30
                SURCH: $    0.00
                STSRCH:$    0.50
                TOTAL: $    7.80
                    THANKS
                TO CONTACT TLC
                  DIAL 3-1-1
```

# March 11, 2010
# Meeting Receipts





THE MARC STATION
THANKS YOU
PLEASE COME AGAIN


Rcpt# 27906
03/11/10 18:02   L#19 A#  1   Txn# 46436
03/11/10 07:02 In   03/11/10 18:02 Out
Tkt# 226801
4            $ 9.00-
XXXXXXXXXXXX4604 04/12
Approval No.: 094220
Reference No.: 00000068

I ♡ NEW YORK

MED #         7Y52
DATE: 03/11/2010
START TIME 09:50
END TIME   10:02
TRIP #      5006
RATE No.       1
STAND. CITY RATE
MILES R1     1.27
FARE1 $      7.70
MTA SCG      0.50
GR.TOT.      8.20

Contact TLC Dial
3-1-1

# March 18, 2010
# Meeting Receipts







THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 28234

03/18/10 07:02 In    03/18/10 16:24 Out
Tkt# 22821
4
XXXXXXXX4604 04/12
pproval No.
Reference No.    00000015

I ♡ NEW YORK

MED #          6D31
DATE: 03/18/2010
START TIME 13:26
END TIME  13:36
TRIP #        5794
RATE No.          1
STAND. CITY RATE
MILES R1      1.03
FARE1 $       6.90
ST. SUR       0.50
GR.TOT.       7.40

Contact TLC Dial
3-1-1

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| Type of Expense | March 4, 2010 Creditors' Committee Meeting (New York) | March 11, 2010 Creditors' Committee Meeting (New York) | March 18, 2010 Creditors' Committee Meeting (New York) |
|---|---|---|---|
| | | | |
| Train Fare | $376.00 | $405.00 | $406.00 |
| Hotel | .00 | 291.23 | .00 |
| Parking | 17.00 | 36.00 | 17.00 |
| Dinner | .00 | 40.17 | .00 |
| Cab Fare | .00 | 8.20 | .00 |
| | | | |
| Total: | $393.00 | $780.60 | $423.00 |

**TOTAL ALLOWED AMOUNT:  $1,596.60**

**March 4, 2010
Meeting Receipts**

Riders    AMTRAK    Baggage
Name of Passenger
AUL/ROBERT MR
            7008311552
From
WASHINGTON,DC
To
NEW YORK PENN,NY
2V 2154  04MAR10
KC
EXPRSS BSNESS
AP155.00AX 3003
.$155.00    .$.00
            $155.00
OAE
634651007383  01 01
4MAR10      C6474
PASSENGER RECEIPT

Riders    AMTRAK    Baggage
Name of Passenger
UL/ROBERT E
            7008311552
From
NEW YORK PENN,NY
To
WASHINGTON,DC
2V 2163  04MAR10
K
EXPRSS BSNESS
$221.00 3003
.$221.00    $.00
            $221.00
AE
34806078297  01 01
MAR10      1642AF
PASSENGER RECEIPT

Terminal#:18 Cashier#:4
3/4/2010 6:28 AM
3/4/2010 6:20 PM - 11:52
642914320 / #228085
DAILY    : $    17.00
TOTAL    : $    17.00
   CRDT CRD : $    17.00
***********3003 Swiped
AMERICAN EXPRESS
Purchase 10/03/04 18:20:30
Seq# 376168
Auth# 546938
APPROVED
--------------------------------------
        THANK YOU FOR
        PARKING WITH US
        DRIVE CAREFULLY


        USPG
UNION STATION GARAGE
    202-898-1950
--------------------------------------

# March 11, 2010
# Meeting Receipts





OLLIES NOODLE SHOP A
2957 BROADWAY
NEW YORK, NY, 10025

TERMINAL I.D.:              86958784
MERCHANT #:        8281888891258884

03/10/10              6:52 PM

MASTERCARD
**************3407
MANUAL

SALE
BATCH: 000545
INV:000058

AUTH: 020439
                              $40.17
BASE

TIP          $------------

TOTAL        $------------

MED#        8C5Z
03/11/10 TR 3723
START  END MILES
14:21 14:33  1.1
Regular Fare
RATE 1:$   7.70
SURCH: $   0.00
StSrch:$   0.50
TOTAL: $   8.20
       THANKS
TO CONTACT TLC
DIAL 3-1-1

Terminal#:18 Cashier#:4
3/10/2010 1:28 PM
3/11/2010 6:38 PM - 1 05:10
643457912 / #230422
DAILY     : $    36.00
TOTAL     : $    36.00
   CRDT CRD : $    36.00
***********3003 Swiped
AMERICAN EXPRESS
Purchase 10/03/11 18:38:44
Seq# 376168
Auth# 589990
APPROVED
------------------------------------------
       THANK YOU FOR
      PARKING WITH US
      DRIVE CAREFULLY


         USPG
UNION STATION GARAGE
    202-898-1950
------------------------------------------



# WARWICK
## NEW YORK HOTEL

Mr. Robert Paul

| | |
|---|---|
| Arrival | 03-10-10 |
| Departure | 03-11-10 |
| Room No. | 1512 |
| Folio No. | |
| Cashier | 99 |

INFORMATION INVOICE

| | |
|---|---|
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-10-10 | Room Charge | 250.75 | |
| 03-10-10 | Tax-Room Sales 8.875% | 22.25 | |
| 03-10-10 | Tax-City Occupancy 5.875% | 14.73 | |
| 03-10-10 | Tax-City Tax $2/Room | 2.00 | |
| 03-10-10 | Tax-State Occupancy $1.50 | 1.50 | |
| | Balance | | 291.23 |

### Guest Signature

*I agree that my liabilty for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.*



Avenue of the Americas at 65 West 54th Street, New York, NY 10019
*Telephone 212 247-2700  Facsimile 212 247-2725  The Reservation Call 800 223-4099*



# March 18, 2010
# Meeting Receipts



```
Terminal#:18 Cashier#:4
3/18/2010 6:31 AM
3/18/2010 4:52 PM - 10:21
610569681 / #232526
DAILY     : $    17.00
TOTAL     : $    17.00
    CRDT CRD : $    17.00
***********3003 Swiped
AMERICAN EXPRESS
Purchase 10/03/18 16:51:57
Seq# 376168
Auth# 589072
APPROVED
------------------------------------
      THANK YOU FOR
      PARKING WITH US
      DRIVE CAREFULLY


         USPG
   UNION STATION GARAGE
      202-898-1950
------------------------------------
```