# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08- 13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF
## CBS TELEVISION STATIONS INC. (CLAIM NO. 4362)

CBS Television Stations Inc. ("CBS") hereby withdraws its proof of claim no. 4362 ("the Proof of Claim") and respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last t\four digits of each Debtor's federal lax identification number, are: Tribune Company (0355); 435 Production Company (8865): 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc, (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (021 9): ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications. Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowiiers Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Roy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media. Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Minor Land and Timber Company (7088); Times Minor Payroll Processing Company, Inc. (4227); Times Mirror Services Company. Inc. (1326); TMLH 2, inc. (0720): TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066): Towering F Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco. L1.C (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties. Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LI_C (2537): Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634): Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail. Inc. (9512): Virginia Community Shoppers. LLC (4025); Virginia Gazette Companies, LLC (9587); WATL. L1.C (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WON Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX. Inc. (0190; and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1. CBS filed the Proof of Claim, in the amount of $34,306.35, in or about June 2009, based on monies owing pursuant to a to a written agreement between CBS's predecessor-in-interest and Debtor Channel 39, Inc., under which the Debtor licensed and leased space on CBS's broadcast tower located in Miami, Florida, in connection with the analog and digital transmission of WBZL-TV, formerly known as WDZL-TV ("the Lease").

2. The Debtors subsequently assumed the Lease, pursuant to an order of the Bankruptcy Court, and paid CBS the ordered cure amount of $34,306.35, which is the same amount sought in the Proof of Claim.

3. Because CBS has been paid the full amount sought by its Proof of Claim, CBS hereby withdraws that Proof of Claim.

DATED: April 20, 2010.                    GLICKFELD, FIELDS & JACOBSON LLP

_____
Lawrence M. Jacobson (California Bar #100939)
315 S. Beverly Drive, Suite 415
Beverly Hills, California 90212
Telephone: (310) 550-7222
Facsimile: (310) 550-6222

*Attorneys for CBS Television Stations Inc.*