IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 4141** |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR TELEPHONIC HEARING ON APRIL 27, 2010 AT 2:30 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY

WITH THE PERMISSION OF THE COURT, THIS HEARING IS CANCELED

Any party who wishes to appear at the telephonic hearing must contact COURTCALL, LLC via telephone (866-582-6878) or facsimile (866-533-2946) by 12:00 p.m. (noon) on April 26, 2010 to register to participate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

46429/0001-6474108v2

## MATTERS NOT GOING FORWARD

1.  Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, LP, Centerbridge Credit Advisors LLC, and Their Affiliates (Filed April 2, 2010) (Docket No. 3928) [Redacted]

    Related Document(s):

    (a)   Motion for Authority to File Under Seal Unredacted Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, LP, Centerbridge Credit Advisors LLC, and Their Affiliates (Filed March 31, 2010) (Docket No. 3929)

    (b)   Order Authorizing Credit Agreement Lenders to File Under Seal Unredacted Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, L.P., Centerbridge Credit Advisors LLC and Their Affiliates (Entered April 23, 2010) (Docket No. 4140)

    Objection Deadline: April 9, 2010 at 4:00 p.m.

    Responses Received:

    (a)   Objection to Motion of Credit Agreement Lenders for Leave to Conduct Discovery Pursuant to Bankruptcy Rule 2004 of Centerbridge Partners, L.P., Centerbridge Credit Advisors LLC, and Their Affiliates (Filed April 9, 2010) (Docket No. 3988)

    (b)   Reply of Credit Agreement Lenders in Support of Motion for Leave to Conduct Rule 2004 Discovery of Centerbridge (Filed April 12, 2010) (Docket No. 4000) [Redacted]

    **Status:**   **This matter has been resolved. The parties intend to file a certificate of counsel submitting a consensual form of order. This matter will not be going forward.**

Dated: April 27, 2010

    SIDLEY AUSTIN LLP
    Bryan Krakauer
    James F. Conlan
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000

    -and-

46429/0001-6474108v2

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

3

46429/0001-6474108v2