United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| TRIBUNE TELEVISION NEW ORLEANS INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-13244 |
| Debtor | } Amount $31,423.65 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CHARTER COMMUNICATIONS OPERATING LLC**
**ATTN ACCOUNTS RECEIVABLE**
**PO BOX 1379**
**MURFREESBORO, TN 37133**

The transfer of your claim as shown above in the amount of **$31,423.65** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

3141166

**TRANSFER NOTICE**

CHARTER COMMUNICATIONS OPERATING LLC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against TRIBUNE TELEVISION NEW ORLEANS INC (the "Debtor"), in the aggregate amount of $31,423.65, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-13141.

IN WITNESS WHEREOF, Assignor has signed below as of the 23 day of April, 2010

CHARTER COMMUNICATIONS OPERATING LLC

_____
(Signature)

Anya W. Blanton / Director of Finance
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

JEFFREY L. CARESS
(Print Name and Title)

3141166