**EXHIBIT A**

**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

April 26, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice: 272383
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through March 31, 2010.

| | |
|---|---|
| By Graeme W. Bush<br>68.50  hours at  $765.00  per hour | $   52,402.50 |
| By James Sottile<br>66.50  hours at  $675.00  per hour | $   44,887.50 |
| By Thomas G. Macauley<br>19.70  hours at  $580.00  per hour | $   11,426.00 |
| By Andrew N. Goldfarb<br>16.90  hours at  $550.00  per hour | $   9,295.00 |
| By Martin G. Deptula<br>3.40  hours at  $465.00  per hour | $   1,581.00 |
| By Virginia W. Guldi<br>20.00  hours at  $325.00  per hour | $   6,500.00 |
| By Kirtan Mehta<br>3.50  hours at  $325.00  per hour | $   1,137.50 |
| By Scott A. Hanna<br>92.70  hours at  $300.00  per hour | $   27,810.00 |
| By Diana Gillig<br>0.60  hours at  $160.00  per hour | $   96.00 |

April 26, 2010                                                                                                Page 2

By Ashleigh Futchko
   1.60  hours at  $160.00  per hour                                    $              256.00
                                                                                                    ───────────

      TOTAL FEES                                               $        155,391.50

      TOTAL EXPENSES                                         $                0.00

      TOTAL FEES AND EXPENSES THIS INVOICE                   $        155,391.50

April 26, 2010                                                                                          Page 3

DESCRIPTION OF SERVICES                                                        CLIENT: 12464
                                                                              MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 03/01/10 | 1.20 | Review draft of third party complaint. |
| 03/01/10 | 1.40 | Further work on solvency analysis including review of VRC documents and deposition transcripts of VRC witnesses. |
| 03/02/10 | 0.20 | Participate in part of Committee professionals call. |
| 03/02/10 | 0.80 | Participate by telephone in meeting with Centerbridge and its counsel and G. Bush and H. Seife (Chadbourne) regarding settlement negotiations. |
| 03/02/10 | 0.40 | Teleconference with J. Bendernagel (Sidley) regarding solvency issues and factual allegations of fraudulent conveyance complaint. |
| 03/02/10 | 0.40 | Review cases cited by J. Bendernagel (Sidley) relevant to solvency analysis. |
| 03/02/10 | 1.50 | Further work on settlement valuation in preparation for upcoming settlement discussions. |
| 03/03/10 | 0.70 | Teleconference with T. McCormack and M. Ashley (Chadbourne) regarding third party complaint and presentation to Committee regarding same. |
| 03/03/10 | 0.80 | Review/analyze draft of third party complaint in preparation for Committee meeting regarding same. |
| 03/03/10 | 0.40 | Teleconference with H. Seife (Chadbourne), E. Sassower (Kirkpatrick) and W. Smith (Warner) regarding settlement discussion on fraudulent conveyance claims. |
| 03/03/10 | 0.10 | Draft note to G. Bush regarding discussions. |
| 03/03/10 | 1.20 | Prepare for Committee meeting and settlement discussions with JPM Chase tomorrow. |
| 03/04/10 | 3.00 | Participate in meeting of unsecured creditors committee and discussions with various committee members and counsel regarding potential claims and settlement discussions regarding claims. |
| 03/04/10 | 0.20 | Meeting with A. Holtz (Alix) regarding issues on intercompany claims analysis. |

| 03/04/10 | 2.00 | Prepare for and participate in settlement meeting with JPM Chase, its counsel, H. Seife and D. LeMay (Chadbourne) and E. Sassower (counsel to committee chair). |
| 03/05/10 | 0.20 | Teleconference with Graeme Bush regarding settlement meeting with JPM Chase. |
| 03/05/10 | 0.40 | Teleconference with Howard Seife (Chadbourne) and Graeme Bush regarding settlement meeting with JPM Chase and next steps. |
| 03/05/10 | 0.80 | Review/analyze Wilmington Trust complaint. |
| 03/05/10 | 0.60 | Review TOUSA pleadings. |
| 03/05/10 | 1.50 | Further work analyzing settlement value in preparation for further negotiations and recommendations to Committee. |
| 03/08/10 | 0.60 | Teleconference with T. McCormack and Mark Ashley (Chadbourne) and Graeme Bush regarding issues on potential claim against lenders. |
| 03/08/10 | 1.20 | Work on settlement analysis and on structure for settlement negotiations. |
| 03/09/10 | 0.40 | Conference with G. Bush regarding strategy for settlement discussions. |
| 03/09/10 | 0.40 | Draft/edit settlement term sheet. |
| 03/09/10 | 0.50 | Meeting with G. Bush, Chadbourne, Moelis and E. Sassower (Kirkland) to prepare for meeting with debtors regarding settlement. |
| 03/09/10 | 1.00 | Meeting with Debtors' representatives and G. Bush, Chadbourne, Moelis, E. Sassower (Kirkland) and W. Smith (Warner) regarding settlement. |
| 03/09/10 | 1.00 | Meeting with G. Bush, Chadbourne, Moelis, E. Sassower (Kirkland) and W. Smith (Warner) to discuss settlement strategy following meeting with debtors. |
| 03/10/10 | 0.40 | Participate in call with Graeme Bush and Howard Seife (Chadbourne) regarding presentation to Committee regarding settlement and strategy for settlement negotiations. |
| 03/10/10 | 0.60 | Participate in call with Graeme Bush, Andrew Goldfarb and Thomas Macauley, Howard Seife and others from Chadbourne and Moelis representatives regarding strategy for settlement negotiations. |

| 03/10/10 | 0.80 | Prepare for Committee meeting regarding settlement and further settlement negotiations. |
| 03/10/10 | 1.20 | Review/analyze articles and cases regarding potential defense. |
| 03/10/10 | 1.00 | Analyze issues arising from potential claim against lenders; review case law relevant to claim. |
| 03/11/10 | 0.50 | Discussions with Graeme Bush to prepare for Committee meeting regarding settlement and settlement meeting with JPMChase representatives. |
| 03/11/10 | 4.00 | Prepare for and participate in Committee meeting regarding settlement and other issues. |
| 03/11/10 | 0.80 | Participate in settlement meeting with JPMChase representatives. |
| 03/12/10 | 0.40 | Teleconference with H. Seife, T. McCormack and M. Ashley (Chadbourne) and G. Bush regarding defenses to claims. |
| 03/12/10 | 1.20 | Research key cases in Third Circuit regarding defense to claims. |
| 03/12/10 | 0.70 | Analyze issues regarding potential claims. |
| 03/15/10 | 1.00 | Participate in conference call regarding settlement negotiations with Chadbourne lawyers, Moelis representatives and E. Sassower (Kirkland) and G. Bush. |
| 03/15/10 | 1.20 | Further analysis of potential defenses to claims. |
| 03/16/10 | 0.50 | Participate in telephonic meeting of Creditors Committee regarding settlement negotiations. |
| 03/16/10 | 0.70 | Further work on factual background for complaint. |
| 03/16/10 | 1.40 | Review key cases regarding challenges to settlements of fraudulent conveyance litigation. |
| 03/17/10 | 0.80 | Participate in conference call with Creditors Committee regarding settlement negotiations. |
| 03/17/10 | 0.30 | Teleconference with Chadbourne lawyers and Graeme Bush and Andrew Goldfarb regarding next steps on settlement negotiations. |
| 03/17/10 | 1.70 | Work on revisions to fraudulent transfer complaint. |
| 03/17/10 | 1.00 | Further analysis of settlement value in different scenarios. |
| 03/18/10 | 0.80 | Participate by telephone in Creditors Committee meeting. |

| 03/19/10 | 1.20 | Review and edit revised draft of third party complaint. |
|---|---|---|
| 03/22/10 | 1.20 | Review and edit revised draft of third party complaint. |
| 03/23/10 | 0.30 | Prepare for and participate in professionals call regarding status of bankruptcy and LBO claims. |
| 03/23/10 | 1.90 | Continued work on revisions to complaint against lenders. |
| 03/23/10 | 1.20 | Review/analyze key documents from recent productions by lenders. |
| 03/24/10 | 0.70 | Participate in conference call with Chadbourne lawyers, Moelis representatives and Graeme Bush regarding strategy concerning settlement of LBO-related claims. |
| 03/24/10 | 0.80 | Further analysis of settlement value and terms in light of current proposals. |
| 03/24/10 | 0.90 | Participate in conference call with representatives of Debtors, Chadbourne lawyers, Moelis representatives and Graeme Bush regarding settlement of LBO-related claims. |
| 03/25/10 | 1.60 | Further work on revised complaint regarding LBO claims against lenders. |
| 03/25/10 | 2.40 | Participate in Creditors Committee meeting regarding status of settlement negotiations on LBO claims and strategy for further negotiations. |
| 03/25/10 | 0.50 | Teleconference with Chadbourne and Moelis representatives, W. Smith (Committee co-chair) and E. Sassower (Kirkpatrick) and G. Bush regarding settlement negotiations on LBO claims. |
| 03/25/10 | 0.20 | Teleconference with G. Bush regarding settlement negotiations on LBO claims. |
| 03/25/10 | 0.30 | Teleconference with J. Teitelbaum (counsel for retiree claimants) and H. Seife (Chadbourne) regarding settlement negotiations on LBO claims. |
| 03/26/10 | 0.70 | Participate in telephonic meeting of Creditors' Committee regarding status of settlement negotiations on LBO claims. |
| 03/26/10 | 0.90 | Review/analyze draft bankruptcy plan incorporating proposed settlement of LBO claims. |
| 03/28/10 | 0.60 | Review/analyze key provisions of draft plan of reorganization relating to settlement of LBO claims. |

| 03/28/10 | 0.30 | Participate in call with Chadbourne, Debtors' counsel from Sidley and G. Bush regarding proposed settlement of LBO claims. |
| 03/28/10 | 0.10 | Call with G. Bush regarding proposed settlement of LBO claims. |
| 03/29/10 | 0.80 | Participate in telephonic Committee meeting regarding settlement of LBO claims. |
| 03/29/10 | 1.40 | Begin work on presentation to support proposed settlement of LBO claims. |
| 03/30/10 | 0.30 | Participate in weekly Tribune professionals call regarding status of bankruptcy and LBO claims. |
| 03/30/10 | 0.30 | Teleconference with G. Bush and expert regarding status of case and expert's work regarding solvency issues. |
| 03/30/10 | 1.70 | Review/analyze key provisions of draft plan of reorganization and Chadbourne comments regarding same. |
| 03/30/10 | 0.80 | Review/analyze key provisions of draft disclosure statement for plan of reorganization. |
| 03/31/10 | 0.70 | Participate in Tribune Committee conference call regarding modifications to proposed settlement of LBO claims. |
| 03/31/10 | 0.80 | Review cases regarding challenges to settlement embodied in plan. |

Andrew N. Goldfarb

| 03/01/10 | 1.50 | Review draft complaint against third parties. |
| 03/01/10 | 0.10 | E-mail James Sottile regarding expert request for materials. |
| 03/02/10 | 0.50 | Participate in weekly conference for UCC professionals. |
| 03/02/10 | 1.00 | Review and revise comments to draft third-party complaint, e-mail to Chadbourne & Parke. |
| 03/02/10 | 0.10 | Confer with Kirtan Mehta regarding fact research project. |
| 03/02/10 | 0.10 | E-mail expert requested material. |
| 03/02/10 | 1.10 | Review and send requested documents to expert. |
| 03/03/10 | 0.30 | Review and send e-mails to/from JP Morgan counsel regarding statements in standing motion objection, including review of Kapadia testimony in connection with same. |
| 03/03/10 | 0.10 | Send e-mails to UCC counsel regarding exchange with JP Morgan counsel. |

| 03/03/10 | 0.20 | Confer with Tom Macauley regarding draft complaint, legal research on guarantees. |
| 03/03/10 | 0.10 | E-mail and call with David Rosner responding to question regarding distribution of draft complaint. |
| 03/03/10 | 0.30 | Review draft third-party complaint. |
| 03/04/10 | 0.20 | E-mail Alun Griffiths (Moody's counsel) regarding Rule 2004 requests. |
| 03/04/10 | 1.00 | Research and analyze Credit Agreement agent and payment provisions, including Kirtan Mehta e-mail regarding same and e-mail ZS team regarding same. |
| 03/05/10 | 0.40 | Review Wilmington Trust complaint. |
| 03/10/10 | 0.80 | Join call to prepare for UCC meeting with James Sottile, Graeme Bush, Tom Macauley, Howard Seife and Moelis. |
| 03/10/10 | 0.40 | Review materials posted on Intralinks for UCC meeting. |
| 03/10/10 | 0.40 | Respond to HLHZ counsel regarding confidentiality of HLHZ materials, including review of same and Rule 2004 exam transcript. |
| 03/11/10 | 2.50 | Participate in Committee meeting via teleconference. |
| 03/11/10 | 0.40 | Locate, review and circulate documents on potential defense in preparation for meeting. |
| 03/11/10 | 0.30 | Review JP Morgan filings in motion for sanctions. |
| 03/16/10 | 0.50 | Join weekly professionals' call. |
| 03/16/10 | 0.30 | Confer with Graeme Bush and James Sottile regarding settlement developments, case strategy. |
| 03/16/10 | 0.80 | Join UCC conference call regarding settlement issues. |
| 03/16/10 | 0.20 | Review letter from Moody's counsel, e-mails from UCC counsel regarding same. |
| 03/17/10 | 2.20 | Participate in multiple UCC conference calls regarding settlement issues. |
| 03/22/10 | 0.70 | Review and edit Chadbourne & Parke's draft motion for standing to bring third-party claims. |
| 03/23/10 | 0.10 | Call with Sheron Korpus regarding case developments and upcoming events. |
| 03/23/10 | 0.30 | Finish review/revisions to standing motion and send to Marc Ashley. |

April 26, 2010                                                                                    Page 9

Thomas G. Macauley

| Date | Hours | Description |
|------|-------|-------------|
| 03/01/10 | 0.30 | Analyze issues regarding recovery of repayments. |
| 03/01/10 | 1.40 | Review cases and analyze issues regarding guarantees. |
| 03/02/10 | 0.50 | Participate on weekly committee professionals call. |
| 03/02/10 | 1.20 | Analyze issues regarding research on guarantees and review decision. |
| 03/03/10 | 0.20 | Exchange notes with A. Goldfarb regarding US Trustee communications. |
| 03/03/10 | 0.20 | Speak with A. Goldfarb regarding same and guarantee research. |
| 03/03/10 | 2.90 | Research and analyze issues regarding effect of fraudulent transfer judgment. |
| 03/04/10 | 0.90 | Analyze issues regarding attacking guarantees. |
| 03/04/10 | 0.40 | Review cases and analyze issues regarding financial condition test. |
| 03/05/10 | 0.80 | Review WT complaint and analyze issues regarding same. |
| 03/05/10 | 0.10 | Review summary of committee meeting yesterday. |
| 03/05/10 | 0.20 | Review emails from Barclays' counsel regarding complaint. |
| 03/08/10 | 0.10 | Review notice regarding Wilmington Trust complaint. |
| 03/08/10 | 0.30 | Review and analyze issues regarding potential litigation issues. |
| 03/10/10 | 0.50 | Analyze issues regarding tomorrow's committee's meeting. |
| 03/10/10 | 0.70 | Participate on call with Chadbourne, Warner Brothers and Moelis regarding meeting tomorrow. |
| 03/11/10 | 3.70 | Participate on committee call. |
| 03/11/10 | 0.10 | Review summary of JPM meeting. |
| 03/12/10 | 0.40 | Review JPM motion for sanctions and analyze issues regarding same. |
| 03/15/10 | 0.20 | Review notes regarding committee professionals calls and committee meeting. |
| 03/16/10 | 0.20 | Review summaries of settlement proposals. |
| 03/16/10 | 0.60 | Participate on weekly call of committee professionals. |
| 03/16/10 | 0.20 | Review reply briefs on disgorgement motion. |

April 26, 2010                                                                          Page 10

| 03/16/10 | 0.30 | Review correspondence with committee members regarding Centerbridge discussion. |
| 03/16/10 | 0.20 | Analyze issues regarding 3/23 hearing. |
| 03/18/10 | 0.20 | Speak with G. Bush regarding committee meeting. |
| 03/22/10 | 0.10 | Review order on motion to shorten by Merrill Lynch. |
| 03/22/10 | 0.10 | Review 3/23 hearing agenda. |
| 03/22/10 | 0.30 | Review 3/23 amended agenda and order setting status conference and analyze issues regarding same. |
| 03/23/10 | 1.20 | Attend omnibus hearing. |
| 03/23/10 | 0.20 | Review Debtors' motion regarding stay violation by Wilmington Trust. |
| 03/23/10 | 0.30 | Draft internal note regarding same and hearing. |
| 03/25/10 | 0.20 | Review summary of latest negotiations. |
| 03/26/10 | 0.10 | Review report on hearing today. |
| 03/29/10 | 0.20 | Review and analyze issues regarding status of negotiations. |
| 03/29/10 | 0.10 | Review agenda for committee professionals call tomorrow. |
| 03/30/10 | 0.10 | Review note to committee regarding filing of motion by debtors. |

Graeme W. Bush

| 03/01/10 | 0.40 | E-mails and telephone calls regarding settlement meetings. |
| 03/01/10 | 0.20 | E-mail unsecured creditor. |
| 03/01/10 | 0.60 | Quick review e-mail and draft third party complaint. |
| 03/02/10 | 0.50 | E-mails with UCC member et al. regarding lenders. |
| 03/02/10 | 0.40 | E-mails regarding telephone conference with UCC member. |
| 03/02/10 | 0.50 | Prepare for and telephone conference with James Sottile regarding telephone call with Centerbridge. |
| 03/02/10 | 1.60 | Telephone conference with Centerbridge and Howard Seife. |
| 03/03/10 | 0.40 | E-mails and telephone calls regarding settlement meetings. |
| 03/03/10 | 0.50 | E-mails and telephone calls regarding UCC meeting. |
| 03/03/10 | 0.40 | Telephone call with Howard Seife. |
| 03/03/10 | 0.20 | E-mails with Dennis Glazer regarding advisor issue. |

| 03/03/10 | 0.30 | E-mails with James Sottile regarding report on meetings. |
| 03/04/10 | 0.50 | Prepare for and telephone conference with James Sottile regarding telephone call with Howard Seife regarding settlement. |
| 03/04/10 | 0.50 | Telephone conference with Messrs. Sottile and Seife regarding settlement. |
| 03/04/10 | 0.20 | E-mails regarding report on settlement meeting. |
| 03/05/10 | 0.60 | Prepare for and telephone conference with Messrs. Seife and Sottile regarding settlement discussions. |
| 03/05/10 | 0.70 | E-mails regarding and quick review of WT complaint. |
| 03/05/10 | 0.30 | E-mails regarding parties to fraudulent conveyance claims. |
| 03/08/10 | 0.40 | Telephone call with Howard Seife regarding meetings on Tuesday. |
| 03/08/10 | 0.90 | Prepare for Tuesday meetings and conferences with James Sottile regarding same. |
| 03/09/10 | 1.20 | Prepare for meetings with Chadbourne & Parke and Debtor and confer with James Sottile regarding same. |
| 03/09/10 | 2.20 | Meetings with UCC member, Messrs. Seife, LeMay, Sottile. |
| 03/09/10 | 1.10 | Meeting with Debtors. |
| 03/10/10 | 0.90 | Review draft presentations for UCC and e-mail regarding same. |
| 03/10/10 | 0.60 | Prepare for and telephone conference with Messrs. Seife and Sottile. |
| 03/10/10 | 1.20 | Prepare for and telephone conference with Howard Seife, Moelis, UCC member, ZS team. |
| 03/10/10 | 0.20 | E-mails regarding financial expert. |
| 03/11/10 | 1.40 | Prepare for UCC meeting. |
| 03/11/10 | 3.50 | Attend UCC meeting. |
| 03/11/10 | 1.00 | Attend meeting JPM. |
| 03/11/10 | 0.70 | Confer regarding negotiations. |
| 03/11/10 | 0.30 | E-mails counsel for unsecured creditors. |
| 03/11/10 | 1.30 | Review research regarding claims issue. |
| 03/11/10 | 0.30 | E-mails regarding potential defense. |

| 03/11/10 | 0.40 | Review JPM motion for sanctions and e-mails regarding same. |
| 03/12/10 | 0.60 | Review and confer with Messrs. Sottile, Goldfarb and Kolker regarding research on potential defense. |
| 03/12/10 | 0.40 | Telephone conference with Chadbourne & Parke regarding defense issues. |
| 03/12/10 | 0.40 | E-mails regarding JPM motion for sanctions. |
| 03/12/10 | 0.40 | E-mails regarding unsecured creditor and document depository. |
| 03/12/10 | 0.60 | E-mails and telephone conference with unsecured creditor. |
| 03/15/10 | 0.30 | Telephone conference with DPW, JPMorgan, Chadbourne & Parke, Moelis, Kirkland. |
| 03/15/10 | 0.90 | Telephone conference with Chadbourne & Parke, Moelis, Kirkland. |
| 03/15/10 | 0.50 | E-mails UCC. |
| 03/15/10 | 0.70 | Review financial analysis. |
| 03/15/10 | 1.20 | Review draft complaint and claims analysis. |
| 03/16/10 | 0.40 | Telephone conference with UCC member. |
| 03/16/10 | 0.50 | UCC Professionals telephone conference. |
| 03/16/10 | 0.40 | Telephone conference with Chadbourne & Parke regarding coordinating for UCC meeting. |
| 03/16/10 | 0.80 | E-mails and review draft presentations for UCC meeting. |
| 03/16/10 | 0.40 | E-mails and review letter to Moody's regarding document discovery. |
| 03/16/10 | 0.60 | UCC telephone conference meeting. |
| 03/16/10 | 0.90 | Multiple telephone conferences and e-mails regarding negotiations and UCC meeting regarding same. |
| 03/17/10 | 0.60 | Review e-mails and prepare for telephone calls with unsecured creditors and UCC. |
| 03/17/10 | 0.70 | Telephone conference with Centerbridge. |
| 03/17/10 | 2.00 | Prepare for and telephone conferences with UCC. |
| 03/17/10 | 0.60 | Multiple telephone calls and conferences regarding discussions with lenders. |
| 03/17/10 | 0.80 | Review and comment on financial scenarios. |

| | | |
|---|---|---|
| 03/17/10 | 1.30 | Review legal research memo and materials. |
| 03/18/10 | 3.70 | Prepare for and attend UCC meeting. |
| 03/18/10 | 0.80 | Confer with UCC members and Chadbourne & Parke. |
| 03/18/10 | 0.40 | E-mails with ZS team. |
| 03/19/10 | 0.30 | Review financial scenarios. |
| 03/19/10 | 0.70 | Telephone conferences regarding settlement status. |
| 03/19/10 | 0.40 | Review pleadings. |
| 03/23/10 | 0.50 | E-mails with Messrs. Sottile, Seife, and others regarding meeting with Debtor. |
| 03/23/10 | 0.40 | UCC professional telephone conference. |
| 03/23/10 | 0.30 | E-mails regarding hearing. |
| 03/23/10 | 0.20 | E-mails regarding documents. |
| 03/24/10 | 0.80 | Prepare for and telephone conference with Debtor. |
| 03/24/10 | 0.90 | Telephone conference with UCC representative and advisors. |
| 03/24/10 | 0.40 | E-mails regarding UCC meeting. |
| 03/24/10 | 0.30 | E-mails regarding filings. |
| 03/25/10 | 2.50 | UCC Committee meeting. |
| 03/25/10 | 0.80 | Prepare for and telephone conference with Messrs. Seife, Carlson, UCC member. |
| 03/25/10 | 0.40 | Telephone call with James Sottile regarding telephone call with UCC member. |
| 03/25/10 | 1.10 | Telephone conference with Messrs. Seife, Rosner and Golden, and e-mails regarding same. |
| 03/25/10 | 0.30 | Review pleadings regarding joinder motion. |
| 03/26/10 | 1.60 | Work on settlement negotiations and telephone conferences with Chadbourne & Parke and Committee regarding same. |
| 03/26/10 | 0.30 | Review e-mails regarding contact with debtor. |
| 03/26/10 | 0.40 | Review recent decision. |
| 03/27/10 | 0.40 | E-mails regarding telephone conference with Debtor. |
| 03/28/10 | 0.40 | E-mails regarding plan. |
| 03/28/10 | 1.80 | Review draft plan. |

| 03/28/10 | 0.60 | Prepare for and telephone conference with Debtor regarding plan and claim resolution. |
| 03/29/10 | 0.30 | Confer with James Sottile regarding status of matter. |
| 03/29/10 | 0.50 | UCC telephone conference and prepare for same. |
| 03/29/10 | 0.30 | Telephone conference with David LeMay. |
| 03/29/10 | 0.60 | E-mails internal regarding resolution. |
| 03/29/10 | 0.40 | Review Moelis analysis. |
| 03/30/10 | 0.60 | Professionals telephone conference. |
| 03/30/10 | 0.30 | E-mails regarding status of court orders. |
| 03/30/10 | 0.40 | E-mails regarding developments in plan. |
| 03/30/10 | 0.60 | Prepare for and telephone conference with financial expert. |
| 03/31/10 | 0.50 | UCC telephone conference. |
| 03/31/10 | 0.30 | Confer with James Sottile regarding plan and related matters. |
| 03/31/10 | 0.60 | Review and evaluate financial analysis. |

Virginia W. Guldi

| 03/01/10 | 1.00 | Legal research regarding transferee liability. |
| 03/01/10 | 3.80 | Legal research regarding effect of avoiding transfer. |
| 03/02/10 | 0.20 | Meet with Tom Macauley regarding status of various research issues. |
| 03/02/10 | 2.50 | Legal research regarding effect of avoiding fraudulent transfer. |
| 03/02/10 | 2.00 | Draft memorandum on effect of section 548 on underlying transaction. |
| 03/04/10 | 0.60 | Meet with Tom Macauley regarding legal research issues on effect of avoidance. |
| 03/04/10 | 1.40 | Legal research regarding guarantees. |
| 03/08/10 | 4.00 | Legal research regarding avoidance of underlying obligation. |
| 03/09/10 | 3.00 | Draft memorandum regarding effect of avoiding obligation. |
| 03/12/10 | 1.50 | Draft memorandum regarding effect of avoiding obligation. |

Martin G. Deptula

| 03/08/10 | 3.40 | Review and analyze documents produced by Citi for purposes of creating binder of "hot documents" to send to Andrew Goldfarb. |

**Kirtan Mehta**

| 03/03/10 | 3.50 | Review credit agreement and draft conclusions. |

**Scott A. Hanna**

| 03/01/10 | 9.00 | Electronic document review of database regarding documentary support for factual statements in complaint. |
| 03/02/10 | 3.30 | Electronic document review of database regarding documentary support for factual statements in complaint, update draft complaint and email A. Goldfarb regarding same. |
| 03/03/10 | 7.80 | Print all transcripts and exhibits to certain depositions, prepare updated indices regarding same, and assemble review binders regarding same (for S. Herman). |
| 03/04/10 | 2.10 | Prepare pdfs of all emails received and authored by someone flagged in database, burn CD containing same, and draft and send cover letter to expert regarding same. |
| 03/15/10 | 7.50 | Electronic document review of database regarding communications in response to expert's document request. |
| 03/16/10 | 6.80 | Electronic document review of database regarding communications, preparing pdfs of same, and retrieving email attachments of same. |
| 03/17/10 | 4.10 | Electronic document review of database regarding forecasts and communications regarding response to expert's document request. |
| 03/18/10 | 6.80 | Electronic document review of database regarding documentary support for complaint and revise draft complaint to reflect same. |
| 03/19/10 | 7.50 | Electronic document review of database regarding documentary support for complaint and revise draft complaint to reflect same. |
| 03/22/10 | 6.80 | Electronic document review of database regarding documentary support for complaint and revise draft complaint to reflect same. |

| | | |
|---|---|---|
| 03/23/10 | 8.00 | Electronic document review of database regarding documentary support for complaint and revise draft complaint to reflect same. |
| 03/24/10 | 7.50 | Electronic document review of database regarding documentary support for complaint and revise draft complaint to reflect same. |
| 03/25/10 | 0.20 | Draft email update to A. Goldfarb regarding revised draft of complaint. |
| 03/25/10 | 7.80 | Electronic document review of database regarding development of models (per expert). |
| 03/26/10 | 7.50 | Electronic document review of database regarding information requested by expert. |

Diana Gillig

| | | |
|---|---|---|
| 03/02/10 | 0.10 | Contact Court regarding missing pro hac receipt number. |
| 03/02/10 | 0.10 | Electronically file Sottile pro hac motion. |
| 03/16/10 | 0.40 | Review docket regarding requested pleadings. |

Ashleigh Futchko

| | | |
|---|---|---|
| 03/05/10 | 1.20 | Prepare binder of hot documents for Martin Deptula. |
| 03/08/10 | 0.40 | Update binder of hot documents for Martin Deptula. |

2574107.1

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

April 26, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:272384
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through March 31, 2010.

By Thomas G. Macauley
   3.10  hours at  $580.00  per hour          $     1,798.00

By Diana Gillig
   6.60  hours at  $160.00  per hour          $     1,056.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 2,854.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ | 2,854.00 |

DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                          MATTER: 0002

Thomas G. Macauley

| | | |
|---|---|---|
| 03/02/10 | 0.70 | Second review of January time detail for work product. |
| 03/02/10 | 0.10 | Review CNO for 5th monthly fee application. |
| 03/04/10 | 0.30 | Review 6th monthly fee application. |
| 03/04/10 | 0.20 | Draft note to company regarding 5th monthly fee application. |
| 03/24/10 | 1.60 | Review February time detail with attention to work product and confidentiality |
| 03/30/10 | 0.20 | Analyze issues regarding pending interim fee application and next one due. |

Diana Gillig

| | | |
|---|---|---|
| 03/02/10 | 0.10 | Review docket. |
| 03/02/10 | 0.20 | Draft CNO regarding 5th monthly fee application. |
| 03/02/10 | 0.10 | Electronically file CNO. |
| 03/02/10 | 0.30 | Review invoices regarding 6th monthly fee application. |
| 03/02/10 | 0.10 | Contact B. Franklin regarding expert invoice. |
| 03/02/10 | 0.10 | Communicate with J. Morson regarding same. |
| 03/03/10 | 1.70 | Review costs and prepare itemization chart regarding 6th monthly fee application. |
| 03/04/10 | 1.10 | Draft 6th monthly fee application. |
| 03/04/10 | 0.20 | Draft notice and certificate of service for fee application. |
| 03/04/10 | 2.30 | Prepare cost itemization chart for 6th monthly fee application. |
| 03/05/10 | 0.10 | Electronically file 6th monthly fee application. |
| 03/05/10 | 0.20 | Prepare service regarding fee application. |
| 03/05/10 | 0.10 | Forward filed fee application to internal team. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

April 26, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:272385
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

### STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through March 31, 2010.

| | | |
|---|---|---:|
| By Graeme W. Bush | | |
| 12.00  hours at  $765.00  per hour | $ | 9,180.00 |
| By James Sottile | | |
| 21.70  hours at  $675.00  per hour | $ | 14,647.50 |
| TOTAL FEES | $ | 23,827.50 |
| Less Professional Courtesy | $ | -11,913.75 |
| TOTAL FEES | $ | 11,913.75 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ | 11,913.75 |

BALTIMORE   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

2574110.1

DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                                          MATTER: 0003


James Sottile

| 03/04/10 | 3.10 | Travel to NY for meetings. |
| 03/04/10 | 4.00 | Travel back to DC following meetings. |
| 03/09/10 | 3.40 | Travel to NY for meetings. |
| 03/09/10 | 3.90 | Travel back to DC following meetings. |
| 03/11/10 | 3.50 | Travel to New York for meetings. |
| 03/11/10 | 3.80 | Travel back to DC following meetings. |

Graeme W. Bush

| 03/09/10 | 5.00 | Travel to and from New York for meetings. |
| 03/11/10 | 3.00 | Travel to and from New York for UCC and other meetings. |
| 03/18/10 | 4.00 | Travel to and from New York, NY for UCC meeting. |