# EXHIBIT B

Tribune Company
Zuckerman Spaeder LLP
8th Monthly Fee Application
Period 3/1/10-3/31/10

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| LITIGATION EXPERT | $ 297,230.25 | 4/5/2010 | |
| Total | $ 297,230.25 | | $ 297,230.25 |
| COURT FILING FEE | $ 25.00 | 3/26/2010 | |
| Total | $ 25.00 | | $ 25.00 |
| AIR/TRAIN TRAVEL | $ 1,515.65 | 3/8/2010 | |
| | $ 1,135.00 | 3/12/2010 | |
| | $ 1,049.09 | 3/17/2010 | |
| | $ 627.00 | 3/23/2010 | |
| | $ 655.50 | 3/29/2010 | |
| | $ 410.00 | 30/30/10 | |
| | $ 166.00 | 3/31/2010 | |
| Total | $ 5,558.24 | | $ 5,558.24 |
| OUTSOURCED DOCUMENT SERV. PARCELS | $ 196.27 | 3/8/2010 | |
| Total | $ 196.27 | | $ 196.27 |
| COURIER SERVICE PARCELS | $ 15.00 | 3/8/2010 | |
| Total | $ 15.00 | | $ 15.00 |
| COURIER SERVICE - ASP | $ 10.50 | 3/30/2010 | |
| Total | $ 10.50 | | $ 10.50 |
| COURIER SERVICE - BLUE MARBLE | $ 5.66 | 3/17/2010 | |
| Total | $ 5.66 | | $ 5.66 |
| MEALS / MISC | $ 118.52 | 1/27/2010 | |
| | $ 28.00 | 3/30/2010 | |
| Total | $ 146.52 | | $ 146.52 |
| TAXI / PARKING | $ 76.50 | 3/12/2010 | |
| Total | $ 76.50 | | $ 76.50 |
| INHOUSE COPY | $ 0.30 | 3/2/2010 | |
| | $ 53.50 | 3/5/2010 | |
| | $ 4.20 | 3/8/2010 | |
| | $ 32.30 | 3/19/2010 | |
| Total | $ 90.30 | | $ 90.30 |
| LEXIS RESEARCH | $ 2,674.97 | 2/28/2010 | |
| Total | $ 2,674.97 | | $ 2,674.97 |
| WESTLAW RESEARCH | $ 2,523.63 | 2/28/2010 | |
| Total | $ 2,523.63 | | $ 2,523.63 |
| PACER - DOCKET RESEARCH | $ 400.56 | 3/31/2010 | |
| Total | $ 400.56 | | $ 400.56 |

Zuckerman Spaeder
8th Monthly Fee Application
Period 3/1/10-3/31/10

| | | | |
|---|---|---|---|
| CONFERENCE CALL - SOUNDPATH | $ 39.05 | 3/10/2010 | |
| Total | $ 41.42 | | $ 41.42 |
| | | | |
| LONG DISTANCE CALLS | $ 6.84 | 3/3/2010 | |
| | $ 1.20 | 3/8/2010 | |
| | $ 2.76 | 3/10/2010 | |
| | $ 2.52 | 3/12/2010 | |
| | $ 0.12 | 3/15/2010 | |
| | $ 1.80 | 3/16/2010 | |
| | $ 4.08 | 3/17/2010 | |
| | $ 1.92 | 3/19/2010 | |
| | $ 0.60 | 3/29/2010 | |
| | $ 1.44 | 3/30/2010 | |
| | $ 0.48 | 3/31/2010 | |
| Total | $ 23.76 | | $ 23.76 |
| | | | |
| SECRETARIAL O/T | $ 30.00 | 2/15/2010 | |
| Total | $ 30.00 | | $ 30.00 |
| | | | |
| GRAND TOTAL | | | $ 309,048.58 |