# EXHIBIT A

# FEE AND EXPENSE DETAIL

# THOMAS & LOCICERO PL

400 North Ashley Drive
Suite 1100
Tampa, FL 33602
813-984-3060
Federal Tax I.D. No.: 20-3966788

January 8, 2010

Tribune Company
General Counsel
435 North Michigan Avenue
Suite 600
Chicago, IL 60611

Client: 0231
Matter: 200005
Invoice# 7470

Page: 1

RE: Orlando Sentinel Communications Company / Defamation action by Larry Bond and Bond Aviation Inc.

For Professional Services Rendered Through 12/31/2009

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/2009 | DSB | Meeting on Bond Aviation matter; review of web materials on Bond aviation. | 1.40 | 485.00 | 679.00 |
| 11/30/2009 | GDT | Review email from D. Bralow; review lawsuit filed against Sentinel by Bond Aviation and Larry Bond; review articles sued upon; telephone conference with D. Bralow; review D. Bralow email to Sentinel editors; review Bond Aviation website; review Bond's lawyers website. | 1.10 | 485.00 | 533.50 |
| 11/30/2009 | DSB | Review new lawsuit and articles; e-mail to various clients on issues arising from law suit. | 1.00 | 485.00 | 485.00 |
| 12/01/2009 | DSB | Review articles provided involving defamation law suit. | 0.70 | 485.00 | 339.50 |
| 12/01/2009 | GDT | Review all articles involving Larry Bond and Bond Aviation; review docket in Orange Count Circuit Court involving claims against Bond Aviation arising out of the failure to provide refunds to pilots whose training was canceled; participate in conference call with clients regarding merits of claims against the Sentinel; telephone conference with counsel for Bond Aviation; email to counsel for Bond Aviation regarding demand for retraction; review report on corporate status of Bond Aviation, Inc.; review Secretary of State corporate report. | 2.80 | 485.00 | 1,358.00 |

```
                                                           January 08, 2010
                                                           Client:      0231
                                                           Matter:    200005
                                                           Invoice #    7470
                                                           Page:  2
```

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2009 | KL | Brief conference with G. Thomas re locating docket information re case in Orange County Circuit Court against Bond Aviation, Inc.; conduct research and provide copy of docket to G. Thomas; conduct corporate research re current status of Bond Aviation, Inc. and corporate history; prepare e-mail to G. Thomas summarizing research and forwarding documents from the Florida Division of Corporations web site. | 0.60 | 170.00 | 102.00 |
| 12/01/2009 | PRM | Office conference with G. Thomas re Bond case; review complaint and attachments in Bond case; research proper recipient at FAA of FOIA request; draft FOIA request to FAA; email draft to G. Thomas for review. | 0.60 | 195.00 | 117.00 |
| 12/02/2009 | GDT | Additional research regarding Larry Bond; telephone conference with Justin Presser, counsel in litigation against Bond Aviation in Orlando; develop additional background information regarding past business practices; prepare notice of appearance; begin draft of Answer and Affirmative Defenses; conferences with D. Bralow regarding litigation; review Harach v. Bond Aviation lawsuit and attachments. | 2.30 | 485.00 | 1,115.50 |
| 12/02/2009 | KL | Brief conference with G. Thomas re downloading and printing pages from Bond Aviation Services website; download and print pages; conduct research re data on registration for domain name bondaviationservices.com; prepare e-mail to G. Thomas summarizing contents of website and information provided for domain name registration; conduct Westlaw and Internet research to locate information re Larry Bond. | 1.80 | 170.00 | 306.00 |
| 12/02/2009 | PRM | Finalize FAA FOIA request and prepare for transmittal. | 0.10 | 195.00 | 19.50 |
| 12/02/2009 | DSB | Review letter for FOIA of certification history from FAA concerning Bond Aviation and e-mail to GDT on same. | 0.50 | 485.00 | 242.50 |
| 12/03/2009 | GDT | Review email from opposing counsel regarding demand for retraction; forward to D. Bralow; review demand for retraction; email to counsel in civil action against Bond Aviation; review and revise notice of appearance; prepare and revise Answer and Affirmative defenses. | 0.30 | 485.00 | 145.50 |

|  |  |  | January 08, 2010 |
|---|---|---|---|
|  |  |  | Client: 0231 |
|  |  |  | Matter: 200005 |
|  |  |  | Invoice # 7470 |
|  |  |  | Page: 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/2009 | KL | Review research re L. Bond; conduct additional Internet research re Bond International Charters and Internet and Westlaw research re FAA airline certificate numbers; prepare memorandum summarizing research re L. Bond and related companies; forward research results to G. Thomas. | 4.40 | 170.00 | 748.00 |
| 12/04/2009 | KL | Telephone conference with Federal Aviation Authority representative re airline certificate numbers for Bond International Charters; brief conference with G. Thomas re results; draft and finalize second FOIA request to FAA re additional corporate entity and certificate number; conference with G. Thomas re landlord at property where Bond Aviation was operating. | 1.40 | 170.00 | 238.00 |
| 12/04/2009 | PRM | Review email from K. Lee re second FOIA request to FDA; call with K. Lee re same. | 0.10 | 195.00 | 19.50 |
| 12/04/2009 | GDT | Review additional background information about Larry Bond and Bond Aviation from Lee; review sufficiency of Section 770.01 notice by Larry Bond; office conference with Bralow regarding strategy for dismissal of complaint based on Section 770.01; begin preparation for answer and affirmative defenses; review disciplinary reports and adjudications against Mr Moulis. | 2.30 | 485.00 | 1,115.50 |
| 12/07/2009 | DSB | Review motion to dismiss in Bond case and telephone conference on same. | 0.80 | 485.00 | 388.00 |
| 12/07/2009 | GDT | Prepare motion to dismiss based on Section 770.01; additional legal research regarding motion to dismiss; compare notice letter to complaint; some items missing between notice and complaint; review and revise public records request to Greater Orlando Aviation Authority; review and revise FOIA correspondence to FAA in DC regarding; forward draft motion to D. Bralow for comment and revision. | 3.10 | 485.00 | 1,503.50 |
| 12/07/2009 | KL | Draft and finalize public records request to Greater Orlando Aviation Authority re Bond Aviation, Bond International Charters, Larry Bond and history of tenants at address used by Bond Aviation; internal conferences and telephone conference with FedEx re problems with delivery of second FOIA request to Federal Aviation Authority. | 1.30 | 170.00 | 221.00 |

|  |  |  | January 08, 2010 |  |
|---|---|---|---|---|
|  |  |  | Client: | 0231 |
|  |  |  | Matter: | 200005 |
|  |  |  | Invoice # | 7470 |
|  |  |  | Page: 4 |  |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/2009 | GDT | Review D. Bralow's suggested revisions to motion to dismiss on Section 770.01 grounds; research regarding "of and concerning" defense due to failure to differentiate between Larry Bond and Bond Aviation Inc.; office conference with P. McAdoo. | 0.90 | 485.00 | 436.50 |
| 12/08/2009 | PRM | Research in secondary sources of and concerning issues related to corporations and their executives; review motion to dismiss, 770 notice and complaint; office conference with G. Thomas re of and concerning issues. | 0.70 | 195.00 | 136.50 |
| 12/09/2009 | GDT | Further revisions to motion to dismiss and memorandum of law based on Section 770.01, Florida Statues; office conferences with D. Bralow and P. McAdoo regarding revisions. | 0.70 | 485.00 | 339.50 |
| 12/09/2009 | PRM | Review and revise motion to dismiss. | 0.40 | 195.00 | 78.00 |
| 12/10/2009 | GDT | Revise motion to dismiss; finalize notice of appearance; forward to D. Bralow and P. McAdoo; prepare for filing; check on possible hearing time from Judge. | 0.80 | 485.00 | 388.00 |
| 12/11/2009 | GDT | Status report to Charlotte Hall regarding Bond motion to dismiss and initial discovery requested from public agencies: Greater Orlando Aviation Authority and FAA; review emails from Charlotte Hall regarding providing information to Greg Dawson. | 0.30 | 485.00 | 145.50 |
| 12/14/2009 | GDT | Email to Greg Dawson regarding additional notices from Larry Bond or Bond Aviation, Inc.; office conference with D. Bralow regarding notices; review correspondence from FAA regarding Bond and Bond Aviation, Inc.; office conference with P. McAdoo regarding requesting additional information from the FAA. | 0.50 | 485.00 | 242.50 |
| 12/14/2009 | PRM | Confer with G. Thomas re FAA FOIA request; leave message for FAA contact re FOIA request; call with L. Chatman with FAA re same. | 0.20 | 195.00 | 39.00 |
| 12/21/2009 | GDT | Review response to FOIA request from the FAA; office conference with P. McAdoo regarding response. | 0.20 | 485.00 | 97.00 |
| 12/21/2009 | PRM | Review FAA response to second FOIA request; forward same to G. Thomas and K. Lee; leave message for D. Burdette re second FOIA request. | 0.20 | 195.00 | 39.00 |

January 08, 2010
Client:            0231
Matter:          200005
Invoice #          7470
Page:  5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/23/2009 | KL | Brief review of documents provided by FAA in Oklahoma in response to public records request re Bond Aviation/Bond International; prepare e-mail to G. Thomas and P. McAdoo re course of action concerning documents. | 0.20 | 170.00 | 34.00 |
| 12/23/2009 | PRM | Review initial response email from FAA for 2d FOIA request. | 0.10 | 195.00 | 19.50 |
| 12/28/2009 | GDT | Review response from FAA to freedom of information act request for information concerning Larry Bond, Bond Aviation and Bond International; additional corporate searches for various Bond entities in Florida; follow-up telephone conferences regarding Part 135 and Part 142 licenses held by Larry Bond and various entities; office conferences with P. McAdoo and K. Lee concerning additional research concerning FAA documents asserted to be exempt. | 3.10 | 485.00 | 1,503.50 |
| 12/28/2009 | KL | Telephone conference to Greater Orlando Aviation Authority to follow up on response to public records request re Bond Aviation; prepare e-mail to Aviation Authority clerk forwarding copy of request; review response from public records custodian; conference with G. Thomas concerning FAA document stating that Bond International was sold; conduct Internet research re Curtis Brockelman and Michael Origel; prepare e-mail to G. Thomas summarizing results of research; conference with G. Thomas re entries on FAA records; conduct Internet research re corporate histories of Bond Aviation, Inc., Bond International, Airbrock, and Bond International Charter Services; prepare memorandum summarizing corporate research and FAA certificates issued to those entities. | 4.00 | 170.00 | 680.00 |
| 12/28/2009 | PRM | Review FOIA exemption asserted by FAA in response to second FOIA request; confer with G. Thomas re FOIA response from FAA; leave message for D. Burdette at FAA re FOIA response. | 0.20 | 195.00 | 39.00 |
| 12/29/2009 | GDT | Review of K. Lee memorandum regarding ownership of Bond entities and related FAA certificates; outline FAA documents; email to local Part 135 company for assistance in review FAA documents; office conference with K. Lee and P. McAdoo regarding contact with FAA inspector regarding Bond companies; highlight all stories and blogs that contain statements similar to allegations in complaint; identify discrepancies between sued upon statements and actual articles and blogs in Sentinel. | 2.70 | 485.00 | 1,309.50 |

January 08, 2010
Client:    0231
Matter:    200005
Invoice #    7470
Page: 6

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/29/2009 | KL | Conference with G. Thomas and P. McAdoo re FAA certificates held by Bond Aviation and transfer and/or final determination concerning certificates; conduct Internet research to locate and print blogs by Dawson re Bond and Bond Aviation; create document containing all newspaper stories and blogs by Dawson re Bond and Bond Aviation; conference with G. Thomas re comparing statements in stories with allegations in complaint and demand letter. | 1.90 | 170.00 | 323.00 |
| 12/29/2009 | PRM | Office conference with G. Thomas and K. Lee re FAA queries and public records. | 0.20 | 195.00 | 39.00 |
| 12/30/2009 | KL | Compare allegations in demand for retraction with statements in columns and blogs by Dawson; compare allegations in complaint with statements in columns and blogs by Dawson; create chart summarizing comparisons. | 1.00 | 170.00 | 170.00 |
| 12/30/2009 | PRM | Review email from D. Burdette re FAA FOIA response; leave message for L. Chatman re same. | 0.10 | 195.00 | 19.50 |
| 12/30/2009 | GDT | Office conference with K. Lee regarding chart; review and revise chart; review email from FAA regarding additional documents concerning Bond Aviation and Bond International; email to D. Bralow concerning meeting about defense of claims. | 0.40 | 485.00 | 194.00 |

Total Professional Services    45.40    $15,949.00

Person Recap

| Initials | FullName | EmpClassDesc | Hours | Rate | BillValue |
|---|---|---|---|---|---|
| DSB | David S Bralow | PARTNER | 4.40 | 485.00 | 2,134.00 |
| GDT | Gregg Thomas | PARTNER | 21.50 | 485.00 | 10,427.50 |
| KL | Karen Lee | PARALEGAL | 16.60 | 170.00 | 2,822.00 |
| PRM | Paul R McAdoo | ASSOCIATE | 2.90 | 195.00 | 565.50 |
|  |  |  |  |  | **15,949.00** |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 12/03/2009 | Broward County Clerk - copy of record. | $5.00 |
| 12/04/2009 | FedEx shipment to FOIA Staff, ARC-40, Federal Aviation Administration. | $24.95 |
| 12/07/2009 | FedEx shipment to Public Records Custodian, Greater Orlando Aviation Authority. | $10.14 |

January 08, 2010  
Client: 0231  
Matter: 200005  
Invoice #: 7470  
Page: 7

| | | |
|---|---|---|
| 12/10/2009 | FedEx shipment to Clerk of Court, Orange County, Circuit Civil. | $10.14 |
| | Total Disbursements | $50.23 |

| | |
|---|---|
| Total Services | $15,949.00 |
| Less Courtesy Discount | $(2,392.26) |
| Subtotal | $13,556.74 |
| Total Disbursements | $50.23 |
| Total Current Charges | $13,606.97 |
| **PAY THIS AMOUNT** | **$13,606.97** |

**We accept Visa, MasterCard, and Discover.**

# THOMAS & LOCICERO PL

400 North Ashley Drive
Suite 1100
Tampa, FL 33602
813-984-3060
Federal Tax I.D. No.: 20-3966788

March 4, 2010

Tribune Company
General Counsel
435 North Michigan Avenue
Suite 600
Chicago, IL 60611

Client: 0231
Matter: 200005
Invoice# 7824A

Page: 1

RE: Orlando Sentinel Communications Company / Defamation action by Larry Bond and Bond Aviation Inc.

For Professional Services Rendered Through 01/31/2010

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/2010 | GDT | Review email regarding timing of responses to L. Bond, Bond Aviation and Bond International FOIA requests; calendar timing of responses. | 0.20 | 485.00 | 97.00 |
| 01/04/2010 | PRM | Review email from L. Chatman re FAA FOIA requests; forward same to G. Thomas and K. Lee. | 0.10 | 195.00 | 19.50 |
| 01/06/2010 | GDT | Review file regarding motion to dismiss; telephone calls and emails to opposing counsel regarding motion to dismiss; correspondence to E. Arrington regarding hearing on motion to dismiss. | 0.30 | 485.00 | 145.50 |
| 01/08/2010 | GDT | Effort to contact plaintiff's counsel for scheduling hearing on motion to dismiss; review note from plaintiff's counsel regarding concerns about FAA and not Sentinel; review note from D. Bralow; review response to public records request from Greater Orlando Aviation Authority; schedule conference to review facts. | 0.90 | 485.00 | 436.50 |
| 01/08/2010 | KL | Review e-mail from G. Thomas re possibility that plaintiff might amend complaint; prepare e-mail to Greater Orlando Aviation Authority asking status of response to public records request; review certified letter from Aviation Authority sending invoice for records; prepare response advising that we will send payment; request check for payment. | 0.50 | 170.00 | 85.00 |

March 4, 2010

Client: 0231
Matter: 200005
Invoice# 7824A

Page: 2

| | | | | | |
|---|---|---|---|---|---|
| 01/11/2010 | KL | Prepare and finalize correspondence to Greater Orlando Aviation Authority forwarding payment and shipping materials for documents responsive to public records request. | 0.50 | 170.00 | 85.00 |
| 01/12/2010 | KL | Brief review of second set of documents produced by FAA in response to public records requests; conference with G. Thomas re documents and meeting with C. Johnson to interpret FAA comments; conduct Internet research to determine meaning of notes re FAR 183. | 0.20 | 170.00 | 34.00 |
| 01/14/2010 | GDT | Telephone conference with D. Bralow regarding summary report of facts known now about veracity of Sentinel stories about Bond Aviation; telephone conference with Signature Flight Support concerning Bond Aviation; review FAA documents; arrange meeting with FAA expert; telephone conference with Signature Flight Support in Orlando; note to file regarding telephone conference. | 0.90 | 485.00 | 436.50 |
| 01/14/2010 | KL | Brief conference with G. Thomas re preparation for meeting with C. Johnson re FAA records; confirm that two sets of documents produced by FAA in response to public records requests are identical; conduct Internet research re Signature Flight Support, tenant on lease with Greater Orlando Aviation Authority for address used by Bond Aviation; prepare e-mail to G. Thomas summarizing research; review FAA documents in preparation for meeting with C. Johnson; scan and review documents produced by Aviation Authority; prepare e-mail to G. Thomas summarizing documents and asking him to review lease provisions that require Signature to submit copies of sub-leases to Aviation Authority. | 3.10 | 170.00 | 527.00 |
| 01/15/2010 | GDT | Review K. Lee email regarding Bond sub lease with Signature--held by Greater Orlando Aviation Authority; review other Bond Aviation litigation in Orlando. | 0.10 | 485.00 | 48.50 |
| 01/15/2010 | KL | Review e-mails from G. Thomas; prepare and finalize e-mail to Greater Orlando Aviation Authority following up on public records request to ask for copy of sublease between Authority and Bond Aviation. | 0.60 | 170.00 | 102.00 |
| 01/19/2010 | GDT | Review FAA email regarding status of FOIA requests. | 0.10 | 485.00 | 48.50 |

March 4, 2010

Client: 0231
Matter: 200005
Invoice# 7824A

Page: 3

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/19/2010 | PRM | Email L. Chatman re FOIA responses. | 0.10 | 195.00 | 19.50 |
| 01/21/2010 | GDT | Travel to St. Petersburg Airport and return; meeting with expert witness, Chip Johnson, regarding interpretation of FAA regulations and reports about Bond Aviation and Bond International; begin review of FAA documents provide pursuant to FOIA request. | 2.70 | 485.00 | 1,309.50 |
| 01/21/2010 | KL | Prepare materials for meeting with consultant re FAA records; roundtrip travel to meet with consultant; conference with G. Thomas and consultant re documents provided by FAA in response to public records requests; prepare expense report. | 2.70 | 170.00 | 459.00 |
| 01/22/2010 | GDT | Being review of all documents provided by FAA in response to FOIA request; office conference with K. Lee regarding organization of FAA documents; email to D. Bralow regarding status of litigation. | 1.70 | 485.00 | 824.50 |
| 01/22/2010 | KL | Brief conference with G. Thomas re course of action concerning additional documents produced by the FAA; print documents an organize into chronological order. | 2.50 | 170.00 | 425.00 |
| 01/25/2010 | GDT | Review K. Lee summary of key documents from FAA records provided pursuant to FOIA request; forward K. Lee summary to D. Bralow; review key documents. | 0.70 | 485.00 | 339.50 |
| 01/25/2010 | KL | Review additional documents produced by FAA and flag those related to allegations in complaint; prepare e-mail to attorneys summarizing key documents; brief conference with G. Thomas re documents. | 1.30 | 170.00 | 221.00 |
| | | Total Professional Services | 19.20 | | $5,663.00 |

**Person Recap**

| Initials | FullName | EmpClassDesc | Hours | Rate | BillValue |
|---|---|---|---|---|---|
| GDT | Gregg Thomas | PARTNER | 7.60 | 485.00 | 3,686.00 |
| KL | Karen Lee | PARALEGAL | 11.40 | 170.00 | 1,938.00 |
| PRM | Paul R McAdoo | ASSOCIATE | 0.20 | 195.00 | 39.00 |

Total Professional Services                                                                 **$5,663.00**

March 4, 2010

Client: 0231
Matter: 200005
Invoice# 7824A

Page: 4

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 01/11/2010 | FedEx shipment to Mrs. Darci Burnette-Snyder/Greater Orlando Aviation Authority. | $12.29 |
| 01/11/2010 | Greater Orlando Aviation Authority - Copy of agreement re Signature Flight Support. | $12.15 |
| 01/13/2010 | FedEx shipment to Karen Lee from Greater Orlando Aviation Authority. | $12.89 |
| 01/21/2010 | Karen Lee - Travel to St. Petersburg / Clearwater Airport to meet with consultant to assist with FAA documents. | $18.50 |
| | Total Disbursements | $55.83 |

| | |
|---|---|
| Total Services | $5,663.00 |
| Less Courtesy Discount | $(849.45) |
| Subtotal | $4,813.55 |
| Total Disbursements | $55.83 |
| Total Current Charges | $4,869.38 |
| **PAY THIS AMOUNT** | **$4,869.38** |

**We accept Visa, MasterCard, and Discover.**

# EXHIBIT B

# FEE SUMMARY

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM NOVEMBER 25, 2009 THROUGH DECEMBER 31, 2009

**Orlando Sentinel Communications Company / Defamation Action by Larry Bond and Bond Aviation:**

| Name of Professional/ Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David S. Bralow | Partner | $485.00 | 4.40 | $2,134.00 |
| Gregg Thomas | Partner | $485.00 | 21.50 | $10,427.50 |
| Karen Lee | Paralegal | $170.00 | 16.60 | $2,822.00 |
| Paul R. McAdoo | Associate | $195.00 | 2.90 | $565.50 |
| Total | | | 45.40 | $15,949.00 |
| Less Discount | | | | $(2,392.26) |
| Grand Total | | | | $13,556.74 |

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Orlando Sentinel Communications Company / Defamation Action by Larry Bond and Bond Aviation | 45.40 | $13,556.74 |
| November 2009 Retainer | n/a | $50,000.00 |
| December 2009 Retainer | n/a | $50,000.00 |
| Total | 45.40 | 113,556.74 |

## FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
## JANUARY 1, 2010 THROUGH JANUARY 31, 2010

**Orlando Sentinel Communications Company / Defamation Action by Larry Bond and Bond Aviation:**

| Name of Professional/ Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gregg Thomas | Partner | $485.00 | 7.60 | |
| Karen Lee | Paralegal | $170.00 | 11.40 | |
| Paul R. McAdoo | Associate | $195.00 | 0.20 | |
| Total | | | 19.20 | $5,663.00 |
| Less Discount | | | | $(849.45) |
| Grand Total | | | | $4,813.55 |

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Orlando Sentinel Communications Company / Defamation Action by Larry Bond and Bond Aviation | 19.20 | $4,813.55 |
| January 2010 Retainer | n/a | $50,000.00 |
| Total | 19.20 | $54,813.55 |

# **EXHIBIT C**

# **EXPENSE DETAIL**

## EXPENSE SUMMARY FOR THE PERIOD FROM
## NOVEMBER 25, 2009 THROUGH DECEMBER 31, 2009

| Expense Category | Total Expenses |
|---|---|
| Federal Express – Delivery Services | $45.23 |
| Broward County Clerk – Document Services | $5.00 |
| | |
| **Total** | **$50.23** |

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JANUARY 1, 2010 THROUGH JANUARY 31, 2010

| Expense Category | Total Expenses |
|---|---|
| Federal Express – Delivery Services | $25.18 |
| Greater Orlando Aviation Authority – Document Services | $12.15 |
| Local Travel | $18.50 |
| | |
| **Total** | **$55.83** |