# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | Case No. 08-13141 (KJC) |
| **Debtors.** | Jointly Administered |
| | **Ref Nos. 4131, 4132, 4142, 4143, 4144, 4145, 4146, 4147, 4149, & 4150** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK    )

TIME DARDEN, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On April 26, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," ("Personalized Transfers"), copies of which are annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.  I also caused copies of the Personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Time Darden

Sworn to before me this

28th day of April, 2010

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2023

13

T:\Clients\TRIBUNE\Affidavits\Transfer Notices_Aff_4-26-10.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
|         Debtors. | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  EVENTWORKS INC
        340 WEST 131ST STREET
        LOS ANGELES, CA 90061

Please note that your claim # 2068 in the above referenced case and in the amount of
    $30,617.75 has been transferred **(unless previously expunged by court order)** to:

        LONGACRE OPPORTUNITY FUND, L.P.
        TRANSFEROR: EVENTWORKS INC
        810 SEVENTH AVENUE, 33RD FLOOR
        ATTN: VLADIMIR JELISAVCIC
        NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4132      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                David D. Bird, Clerk of Court

                    /s/ TIME L. DARDEN
                    _____
                    By: Epiq Bankruptcy Solutions, LLC
                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              | Chapter 11

TRIBUNE COMPANY, et al.,                            | Case No. 08-13141 (KJC)

                        Debtors.                    | Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   HEXAWARE TECHNOLOGIES INC
              1095 CRANBURY SOUTH RIVER RD
              STE 10
              JAMESBURG, NJ 08831

Please note that your claim # 2465 in the above referenced case and in the amount of $200,753.32 has been transferred **(unless previously expunged by court order)** to:

              LONGACRE OPPORTUNITY FUND, L.P.
              TRANSFEROR: HEXAWARE TECHNOLOGIES INC
              810 SEVENTH AVENUE, 33RD FLOOR
              ATTN: VLADIMIR JELISAVCIC
              NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4149    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                          David D. Bird, Clerk of Court


                                          /s/ TIME L. DARDEN
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                        |
In re:                                  |    Chapter 11
                                        |
TRIBUNE COMPANY, et al.,                |    Case No. 08-13141 (KJC)
                                        |
              Debtors.                  |    Jointly Administered
                                        |
                                        |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:  HEXAWARE TECHNOLOGIES INC
           1095 CRANBURY SOUTH RIVER RD
           STE 10
           JAMESBURG, NJ 08831
```

Please note that your claim # 2464 in the above referenced case and in the amount of
      $21,480.22 has been transferred **(unless previously expunged by court order)** to:

```
      LONGACRE OPPORTUNITY FUND, L.P.
      TRANSFEROR: HEXAWARE TECHNOLOGIES INC
      810 SEVENTH AVENUE, 33RD FLOOR
      ATTN: VLADIMIR JELISAVCIC
      NEW YORK, NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      District of Delaware
      824 Market Street, Fifth Floor
      Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4150    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                    David D. Bird, Clerk of Court


                                    /s/ TIME L. DARDEN
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                        |
In re:                                  |    Chapter 11
                                        |
TRIBUNE COMPANY, et al.,                |    Case No. 08-13141 (KJC)
                                        |
                Debtors.                |    Jointly Administered
                                        |
                                        |
                                        |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   PHOTOSCAPES
              1319 CRAIN STREET
              EVANSTON, IL 60202

Please note that your claim # 1681 in the above referenced case and in the amount of
        $1,241.50 has been transferred **(unless previously expunged by court order)** to:

        CLAIMS RECOVERY GROUP LLC
        TRANSFEROR: PHOTOSCAPES
        92 UNION AVENUE
        CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4142       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                        David D. Bird, Clerk of Court


                                        /s/ TIME L. DARDEN
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
|
In re:                          |    Chapter 11
                                |
TRIBUNE COMPANY, et al.,        |    Case No. 08-13141 (KJC)
                                |
            Debtors.            |    Jointly Administered
                                |
                                |
                                |
_____|

        **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                    BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   TAKE ONE
              PO BOX 77
              HANOVER, MD 21076

Please note that your schedule in the above referenced case and in the amount of
        $4,724.70 has been transferred **(unless previously expunged by court order)** to:

        LIQUIDITY SOLUTIONS, INC.
        TRANSFEROR: TAKE ONE
        ONE UNIVERSITY PLAZA
        SUITE 312
        HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4131      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                         David D. Bird, Clerk of Court


                                         /s/ TIME L. DARDEN
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                                    |        Chapter 11
                                                          |
TRIBUNE COMPANY, et al.,                                  |        Case No. 08-13141 (KJC)
                                                          |
                        Debtors.                          |        Jointly Administered
                                                          |
                                                          |
                                                          |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   WASHINGTON POST WRITERS GROUP
               PO BOX 75442
               BALTIMORE, MD 21275-5442

Please note that your schedule in the above referenced case and in the amount of
         $1,711.60 has been transferred **(unless previously expunged by court order)** to:

         CLAIMS RECOVERY GROUP LLC
         TRANSFEROR: WASHINGTON POST WRITERS GROU
         92 UNION AVENUE
         CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4146        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                                   David D. Bird, Clerk of Court


                                         /s/ TIME L. DARDEN
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
In re:                                   |    Chapter 11
                                         |
TRIBUNE COMPANY, et al.,                 |    Case No. 08-13141 (KJC)
                                         |
               Debtors.                  |    Jointly Administered
                                         |
                                         |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:   WASHINGTON POST WRITERS GROUP
           PO BOX 75442
           BALTIMORE, MD 21275-5442

Please note that your schedule in the above referenced case and in the amount of
     $2,390.70 has been transferred **(unless previously expunged by court order)** to:

          CLAIMS RECOVERY GROUP LLC
          TRANSFEROR: WASHINGTON POST WRITERS GROU
          92 UNION AVENUE
          CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4147     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                    David D. Bird, Clerk of Court


                                    /s/ TIME L. DARDEN
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                       |
In re:                                 |     Chapter 11
                                       |
TRIBUNE COMPANY, et al.,               |     Case No. 08-13141 (KJC)
                                       |
              Debtors.                 |     Jointly Administered
                                       |
                                       |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  WASHINGTON POST WRITERS GROUP, THE
             ATTN: KAREN H. GREENE
             1150 15TH STREET, NW, 4TH FLOOR
             WASHINGTON, DC 20071

Please note that your claim # 744 in the above referenced case and in the amount of
        $180.05 has been transferred **(unless previously expunged by court order)** to:

        CLAIMS RECOVERY GROUP LLC
        TRANSFEROR: WASHINGTON POST WRITERS GROU
        92 UNION AVENUE
        CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     District of Delaware
                     824 Market Street, Fifth Floor
                     Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4143      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                       David D. Bird, Clerk of Court


                         /s/ TIME L. DARDEN
                         _____
                         By: Epiq Bankruptcy Solutions, LLC
                             as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                      |
In re:                                |     Chapter 11
                                      |
TRIBUNE COMPANY, et al.,              |     Case No. 08-13141 (KJC)
                                      |
            Debtors.                  |     Jointly Administered
                                      |
                                      |
                                      |
_____|

              **NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
                        **BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  WASHINGTON POST WRITERS GROUP, THE
             ATTN: KAREN H. GREENE
             1150 15TH STREET, NW, 4TH FLOOR
             WASHINGTON, DC 20071

Please note that your claim # 737 in the above referenced case and in the amount of
        $758.08 has been transferred **(unless previously expunged by court order)** to:

        CLAIMS RECOVERY GROUP LLC
        TRANSFEROR: WASHINGTON POST WRITERS GROU
        92 UNION AVENUE
        CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4144      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                      David D. Bird, Clerk of Court

                                      /s/ TIME L. DARDEN
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                              |    Chapter 11
                                    |
TRIBUNE COMPANY, et al.,            |    Case No. 08-13141 (KJC)
                                    |
                    Debtors.        |    Jointly Administered
                                    |
                                    |
                                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

            To:   WASHINGTON POST WRITERS GROUP, THE
                  ATTN: KAREN H. GREENE
                  1150 15TH STREET, NW, 4TH FLOOR
                  WASHINGTON, DC 20071

Please note that your claim # 743 in the above referenced case and in the amount of
        $72.85 has been transferred **(unless previously expunged by court order)** to:

            CLAIMS RECOVERY GROUP LLC
            TRANSFEROR: WASHINGTON POST WRITERS GROU
            92 UNION AVENUE
            CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                  UNITED STATES BANKRUPTCY COURT
                  District of Delaware
                  824 Market Street, Fifth Floor
                  Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4145      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                    David D. Bird, Clerk of Court


                                    /s/ TIME L. DARDEN
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                                    | Chapter 11
                                                          |
TRIBUNE COMPANY, et al.,                                  | Case No. 08-13141 (KJC)
                                                          |
                    Debtors.                              | Jointly Administered
                                                          |
                                                          |
                                                          |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:   WASHINGTON POST WRITERS GROUP, THE
           ATTN: KAREN H. GREENE
           1150 15TH STREET, NW, 4TH FLOOR
           WASHINGTON, DC 20071

Please note that your claim # 739 in the above referenced case and in the amount of $252.45 has been transferred **(unless previously expunged by court order)** to:

           CLAIMS RECOVERY GROUP LLC
           TRANSFEROR: WASHINGTON POST WRITERS GROU
           92 UNION AVENUE
           CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           District of Delaware
           824 Market Street, Fifth Floor
           Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4145      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                          David D. Bird, Clerk of Court


                                          /s/ TIME L. DARDEN
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 26, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  WASHINGTON POST WRITERS GROUP, THE
             ATTN: KAREN H. GREENE
             1150 15TH STREET, NW, 4TH FLOOR
             WASHINGTON, DC 20071

Please note that your claim # 741 in the above referenced case and in the amount of
        $4,102.30 has been transferred **(unless previously expunged by court order)** to:

        CLAIMS RECOVERY GROUP LLC
        TRANSFEROR: WASHINGTON POST WRITERS GROU
        92 UNION AVENUE
        CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4146      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2010                        David D. Bird, Clerk of Court

                                /s/ TIME L. DARDEN

                                By: Epiq Bankruptcy Solutions, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 26, 2010.

EXHIBIT B

```
TIME: 13:46:57                                                The Tribune Company                                           PAGE:   1
DATE: 04/26/10                                                CREDITOR LISTING

Name                              Address
CLAIMS RECOVERY GROUP LLC         TRANSFEROR: PHOTOSCAPES 92 UNION AVENUE CRESSKILL NJ 07626
CLAIMS RECOVERY GROUP LLC         TRANSFEROR: WASHINGTON POST WRITERS GROU 92 UNION AVENUE CRESSKILL NJ 07626
EVENTWORKS INC                    340 WEST 131ST STREET LOS ANGELES CA 90061
HEXAWARE TECHNOLOGIES INC.        1095 CRANBURY SOUTH RIVER RD STE 10 JAMESBURG NJ 08831
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: TAKE ONE ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LONGACRE OPPORTUNITY FUND, L.P.   TRANSFEROR: EVENTWORKS INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
LONGACRE OPPORTUNITY FUND, L.P.   TRANSFEROR: HEXAWARE TECHNOLOGIES INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019
PHOTOSCAPES                       1319 CRAIN STREET EVANSTON IL 60202
TAKE ONE                          PO BOX 77 HANOVER MD 21076
WASHINGTON POST WRITERS GROUP     PO BOX 75442 BALTIMORE MD 21275-5442
WASHINGTON POST WRITERS GROUP, THE   ATTN: KAREN H. GREENE 1150 15TH STREET, NW, 4TH FLOOR WASHINGTON DC 20071


Total Number of Records Printed        11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT C

**TRB: 4-26-2010 Notices of Transfer**

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTN: J. KATE STICKLES, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801