United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| LOS ANGELES TIMES COMMUNICATIONS LLC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-13185 |
| <u>Debtor</u> | } **Amount $6,564.52** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**WEST CHRISTIANSON**
**12340 SEAL BEACH BLVD STE B125**
**SEAL BEACH, CA 90740**

The transfer of your claim as shown above in the amount of **$6,564.52** has been transferred to:

Liquidity Solutions Inc
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/<u>JEFFREY CARESS</u>
Liquidity Solutions Inc
(201) 968-0001

3102710

# TRANSFER NOTICE

West Christianson ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **LOS ANGELES TIMES COMMUNICATIONS LLC** (the "Debtor"), in the aggregate amount of **$6,564.52,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13185.

IN WITNESS WHEREOF, Assignor has signed below as of the _4th_ day of _January_, 2009 2010

## West Christianson

_Paul C[signature]_
(Signature)

_Paul Christianson, President_
(Print Name and Title)

_[signature]_
(Signature)

_JEFFREY L. CARESS_
(Print Name of Witness)

LOS ANGELES TIMES COMMUNICATIONS LLC
West Christianson


3102710