United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| ORLANDO SENTINEL COMMUNICATIONS COMPANY | } Chapter 11 } } } } Case No. } 08-13198 |
| Debtor | } Amount **$1,307.65** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**R H MILLER PEST SERVICES INC**
**608 BEVERLY AVE**
**ALTAMONTE SPRINGS, FL 32701**

The transfer of your claim as shown above in the amount of **$1,307.65** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

> By/s/Jeff Caress
> Liquidity Solutions Inc
> (201) 968-0001

3139152

## TRANSFER NOTICE

R H Miller Pest Services Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **ORLANDO SENTINEL COMMUNICATIONS COMPANY** (the "Debtor"), in the aggregate amount of $1,307.65, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13198.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2010

R H Miller Pest Services Inc

_R H Miller_
(Signature)

Robert H. Miller President
(Print Name and Title)

_Jeffrey L. Caress_
Liquidity Solutions, Inc.

ORLANDO SENTINEL COMMUNICATIONS COMPANY
R H Miller Pest Services Inc


3139152

Tribune