United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| KTLA INC | } Chapter 11 }  } } } Case No. } 08-13183 |
| Debtor | } Amount **$1,017.68** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ADMINISTRATIVE SERV CO INC**
**2129 W ROSECRANS AVE**
**GARDENA, CA 90249**

The transfer of your claim as shown above in the amount of **$1,017.68** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Jeff Caress
    Liquidity Solutions Inc
    (201) 968-0001

3139008

## TRANSFER NOTICE

Administrative Serv Co Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **KTLA INC** (the "Debtor"), in the aggregate amount of **$1,017.68,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13183.

IN WITNESS WHEREOF, Assignor has signed below as of the 19 day of April, 2010

Administrative Serv Co Inc

_____
(Signature)

RUTH A KNAPP  ACCTS RECIEVABLE
(Print Name and Title)

_____
Jeffrey L. Caress
Liquidity Solutions, Inc.

KTLA INC
Administrative Serv Co Inc

3139008

Tribune