United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| WDCW BROADCASTING INC | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 08-13251 |
| Debtor | } Amount **$1,263.81** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SPECILATIES INC**
**2121 WISCONSIN AVE**
**WASHINGTON, DC 2007**

The transfer of your claim as shown above in the amount of **$1,263.81** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                                                        By/s/Jeff Caress
                                                                        Liquidity Solutions Inc
                                                                        (201) 968-0001

                                                                                                        3139132

**TRANSFER NOTICE**

Specilaties Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in. to and under the Claim of Assignor as set forth in the Agreement against **WDCW BROADCASTING INC** (the "Debtor"), in the aggregate amount of **$1,263.81,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13251.

IN WITNESS WHEREOF, Assignor has signed below as of the \_\_\_\_ day of _____, 2010

Specilaties Inc

_____
(Signature)

Brett Root
(Print Name and Title)

_____
JEFFREY L. CARESS
Liquidity Solutions, Inc.

WDCW BROADCASTING INC
Specilaties Inc



3139132

Tribune