# EXHIBIT 1

## Tribune Twelfth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Holland & Knight LLP[3]<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602<br>Contact: Howell Melton<br>Email: Howell.Melton@hklaw.com | Patent prosecution counsel; environmental counsel; litigation counsel | $35,000 |

---

[3] Holland & Knight LLP is currently retained as an Ordinary Course Professional with a monthly cap of $25,000. (See Exhibit A to the OCP Motion, Docket No. 227.)

46429/0001-6497901v1