# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08 – 13141 (KJC)<br>Jointly Administered<br><br>RE: Docket No. 3928 |

## ORDER APPROVING STIPULATED ORDER ADJOURNING CREDIT AGREEMENT LENDERS' MOTION TO CONDUCT DISCOVERY OF CENTERBRIDGE

Upon the Motion (the "Motion") of the Credit Agreement Lenders,[1] pursuant to 11 U.S.C. §§ 105(a) and 1109(b) and Rule 2004 of the Federal Rules of Bankruptcy Procedure, for entry of an order authorizing and directing discovery from Centerbridge Partners, L.P., Centerbridge Credit Advisors L.L.C., and their affiliates, and upon agreement of the Credit Agreement Lenders and Centerbridge Credit Advisors L.L.C., on behalf of Centerbridge Partners, L.P., its investment funds and accounts managed by itself and affiliates (collectively, "CCA"), and a resolution of the Motion having been reached between the Credit Agreement Lenders and CCA which has been memorialized in the Stipulated Order Adjourning Credit Agreement Lenders' Motion to Conduct Discovery of Centerbridge (the "Stipulated Order"); and no other or further notice is required; it is hereby **ORDERED**:

1. The Stipulated Order attached hereto as Exhibit 1 is hereby approved.

---

[1] The Credit Agreement Lenders are the entities identified in the "Fourth Amended Joint Verified Statement of Representation of More than One Creditor by Hennigan Bennett & Dorman LLP and Young Conaway Stargatt & Taylor, LLP" [Docket No. 3998].

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 30, 2010

_____
Kevin J. Carey
Chief United States Bankruptcy Judge