## EXHIBIT A

## SUPPLEMENTAL ENGAGEMENT LETTER



PricewaterhouseCoopers LLP
One North Wacker
Chicago, IL 60606
(312) 298-2000 Main Line
(312) 298-5652 Direct Line
(312) 298-2001 Fax

February 8, 2010

Mr. William A. Osborn
Director, Audit Committee Chair
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

Dear Mr. Osborn:

This engagement letter confirms our understanding of the terms of engagement between PricewaterhouseCoopers LLP, a Delaware limited liability partnership ("PwC") and Tribune Company ("Client" or the "Company") to provide advisory services in connection with the Client's financial reporting upon emergence from bankruptcy relating to the Company as described below (the "Services").

Services

We understand that you expect to applying fresh start accounting and plan of reorganization adjustments upon emergence from bankruptcy. You have requested our advice with respect to your evaluation and assessment of the application of fresh start accounting. We understand the Company's project includes three phases as follows:

- Phase 1 - Planning - anticipated to last one to two weeks in duration and includes the establishment of an overall plan.
- Phase 2 - Emergence - anticipated to last from the end of Planning until the clearance of the Form 10 (or equivalent) by the Securities and Exchange Commission (SEC)
- Phase 3 - Embedding - anticipated to begin towards the end Phase 2 and includes the steps necessary for the Company to be able to report under the fresh start accounting going forward.

During the course of providing Services we will hold discussions with certain officers, employees and outside consultants selected by you and read various documents and agreements provided by you. The Services that we will perform as you evaluate the application of fresh start accounting are as follows by phase and major category of activity:

**Phase 1 - Planning**

*Project management*
- We understand Company management will develop a Detailed Project Plan that will list out each project deliverable, as well as the required actions and man hours to complete those deliverables. We also understand the Plan will highlight critical path issues across the deliverables, and will contain an estimate of the level of resources needed for each deliverable, divided between the Company and third party service providers, including PwC. PwC will advise Company management on its development of the Detailed Project Plan. We will provide upfront advice on project management, best practices and methodologies and will provide illustrative examples of timelines, roles and responsibilities, milestone plans and other relevant project management tools. PwC will review management's plans and provide recommendations for management's consideration.

# PRICEWATERHOUSECOOPERS 🅘

- Completeness - PwC will review the Detailed Project Plan for completeness
  - o Review management's catalogue of the various work streams required to emerge from bankruptcy, its plans to apply fresh start accounting and any additional related work streams the Company deems necessary
  - o Provide advice on management's development and ongoing maintenance of the Detailed Project Plan
- PwC will provide illustrative templates such as Issue Logs, Action Logs, and Status Reports for the Company's consideration
- We will advise on the design and operations of a Project Management Office including typical committees, their members and roles and responsibilities
- PwC will advise on scope and content of workshop materials discussed below in Phase 2.

## Phase 2 - Emergence

*Project management*
- PwC will attend regular project management meetings in an advisory capacity and will be responsible for reporting status on all PwC deliverables and actions

*Accounting and tax*
- Accounting Policies - PwC will advise the Company relating to existing and new accounting policies
  - o Assist management by providing standard industry practice knowledge to be considered when drafting new accounting policies
  - o Provide accounting advice on the authoritative pronouncement and their interpretation that will allow the Company to make informed accounting decisions
  - o Provide generic training as needed
  - o Coordinate with the PwC Audit team
  - o Perform benchmark study on accounting policies used in industry, if needed.
- Workshops - PwC will advise the Company and facilitate technical workshops
  - o Develop generic technical materials, based on the Company's requirements, for workshop use
  - o Bring relevant subject matter specialists to address complex accounting issues, such as valuation, tax, PeopleSoft, etc.
  - o Document the discussion during the workshop
  - o Develop templates (e.g. Component Evaluation, summary spreadsheet) that the Company can use to document the results of the workshop and capture issues, actions and decisions
  - o Advise  Company management as they document their decisions on policies in the Component Evaluation templates and summary spreadsheet
- Technical issues - PwC will advise the Company on technical accounting and reporting issues.
  - o Advise the Company and help identify potential technical accounting and reporting issues that are typical in the bankruptcy and fresh start accounting process
  - o Advise the Company as issues arise during the fresh start accounting process and potential Form 10 filing and Securities and Exchange Commission (SEC) review processes
  - o Review management's analysis of accounting issues and provide recommendations based on the applicable literature
  - o Coordinate with PwC Audit and other PwC National Office advisors as required
- Tax advice - PwC will coordinate with taxation subject matter specialists for fresh start accounting tax implications, structuring issues and accounting policy changes.
  - o There is an assumed support by PwC tax on the fresh start accounting work stream; however, if other significant issues arise, those services will be subject to a separate addendum to this letter and agreed with Company management prior to the commencement of work

2

# PRICEWATERHOUSECOOPERS 🅚

*Valuation*
- Technical advice - PwC will provide advice on the requirements of fresh start accounting related valuations.
  - PwC valuation subject matter specialists will advise on the development of valuation assumptions and methodologies based on leading practices to facilitate the Company's understanding of the process prior to significant work being performed by its external valuation service provider
  - Advise on the best practices of information gathering for valuation purposes
  - Meet regularly with Company management and the external valuation service provider in an advisory capacity
  - Review the valuation work being performed and provide comments, including comments on the assumptions used
  - Advise Company and provide insights and recommendations to management in the identification of intangibles for the Reporting Units that have not been subject to a FAS 142 Step 2 process
  - Provide comments on the completeness of the assets and liabilities being valued based on our knowledge of the Company obtained through our audits
- Technical issues and research - PwC valuation subject matter specialists will advise the Company on best practices for technical valuation issues that arise during the project.
- We will advise Company management and the external service provider on the implications of impairment testing of intangible assets in future periods
- PwC valuation subject matter specialists will coordinate with PwC Audit

*Reporting*
- Presentation and Disclosure - PwC will provide advice to the Company, as directed, on the Form 10 (or equivalent) and its preparation
  - Provide the Company with standard industry practices and illustrative examples of footnotes, Management's Discussion and Analysis (MD&A) and related disclosures
  - Advise management on the scope of required financial statements (e.g. Rules 3-05, 3-09, 3-10, etc.) and the relevant form and periods to be included in the Form 10 (or equivalent)
- Pro forma financial statements - PwC will provide advice to the Company on the preparation of the pro forma financial statements
  - Research and provide relevant sample disclosures from other registrants
  - Advise management on the best practices around the design and development of a pro forma model
  - Research and advise management, including the outcomes of other work streams above, on the typical and expected pro forma adjustments to be included in the pro forma financial statements
- PwC will advise management during the registration process
  - Research and advise management on typical issues encountered during the SEC document review process
  - Advise management on the preparation of responses to any SEC comment letter questions related to accounting and reporting issues
- Other reporting matters - PwC will advise management on other fresh start accounting reporting implications such as a potential change in segment reporting, critical accounting policies, and MD&A disclosures



*Systems*
- Technical issues - PwC PeopleSoft and other technology specialists will advise the Company on best practices and other tactical or systematic ways to embed the valuation and policy adjustments that arise as a result of the fresh start accounting
  - o Dealing with multiple bases of information
  - o Potential improvements to existing systems and processes
  - o Benchmark existing process to best practices
- PwC will provide, for the Company's consideration, standard industry practices related to information technology to further automate bankruptcy and fresh start accounting

## Phase 3 - Embedding

*Systems*
- PwC will advise management on strategy and approach to systematic changes as a result of fresh start accounting
- PwC will review and comment on Company's anticipated design changes as a result of fresh start accounting
- PwC can attend meetings in an advisory function to provide insights based on our audit knowledge and knowledge and continuity from Phases 1 and 2 described above

*Other activities*
- Public company reporting - PwC will advise management on the requirements of public company post bankruptcy fresh start accounting and reporting.
  - o Research and provide relevant sample disclosures from other registrants (e.g., "black-line" formatting)
  - o Advise management on best practices for MD&A post bankruptcy emergence and in predecessor/successor financial statements
  - o Advise management on technical issues that may arise in the first quarter post Form 10 (or equivalent) filing
- Finalization of opening balance sheet - We will advise management as the Company finalizes the actual fresh start accounting adjustments and the opening balance sheet.

The observations and advice relating to accounting and reporting matters that we make will often be in the form of identification of issues and factors requiring your further consideration. We may also provide observations as to what may be the views of the Securities and Exchange Commission. Such observations may be without any prior discussion with the staff of the Securities and Exchange Commission and may not reflect their actual views on a particular topic or issue.

Our observations and advice should not be taken as any form of concurrence, conclusion or opinion that we agree with or support the proposed accounting and reporting for matters subject to our Services. The preparation of financial statements and other disclosures to third parties is management's responsibility.

<u>Deliverables</u>

Our reporting to you will be primarily in the form of oral advice; and may include various, generic examples, outlines, executive summaries, presentations, memorandums, analysis of issues, schedules, etc., prepared to assist us in advising you and, if requested, upon completion of the Services, we will provide you with a report(s) of our observations and comments ("Deliverables").

4



## Use of Deliverables

You agree not to use the Deliverables for any purpose other than for the purposes set forth in this letter. Any other use, except where PwC provides express written authorization, is unauthorized and may be misleading.

All Deliverables are solely for your internal use and benefit. Except as stated elsewhere in this letter, you may not distribute the Deliverables or discuss or disclose the Services to any third party and the Deliverables, whether in draft or final form or portions thereof, including our oral comments, should neither be associated with the financial statements of Client or the Company nor should they be referred to or quoted, in whole or in part, in any offering memorandum, prospectus, registration statement, public filing, loan, other agreement or document, without our express written consent. In addition, any preliminary oral or written advice and comments or draft Deliverables should be regarded as preliminary and work in progress and, as such, we do not assume any responsibility for them unless we specifically confirm that advice or comments in writing or otherwise reduce such draft to a final Deliverable.

We may provide to you electronic materials (including spreadsheets, documents, databases and other tools) that we develop for our own purposes to assist us in the Services, and without consideration of any other purpose. All such materials are provided to you on an 'as is' basis and we make no representations or warranties as to the operation, accuracy, sufficiency or appropriateness of such electronic materials for any purpose.

You may provide the Deliverables to, and PwC will participate in discussions with, your Affiliates (as defined below), and those agents and representatives acting on your behalf (including accountants, attorneys, financial and other professional advisors), their respective officers, directors or employees, (collectively, "Representatives") without such Representatives signing an access letter as set forth below, provided that: they have a need to know the information to assist or advise you in connection with the transaction or subject matter described in this letter (and not for the Representatives' own benefit or any other purpose); that you first advise such Representatives that: (a) they do not acquire any benefits in or rights as a result of their access to, use of, or reliance on the Deliverables or Services; and (b) that PwC shall have no duty, liability or responsibility to such Representatives in connection with the Deliverables and/or Services; and that you secure their agreement to not further disclose or distribute the Deliverables. "Representatives" do not and may not include any persons or entities (Affiliates or otherwise) that are providing or may provide financing, capital in any form, a fairness opinion, or selling or underwriting securities ("Interested Representatives"). Subject to PwC's prior consent, Interested Representatives, must execute a separate access letter ("Access Letter"). However, Interested Representatives shall not be required to sign an Access Letter if they are or become, by virtue of your signature hereto, contractually bound to the terms of this letter. "Affiliates" means all entities that control, are controlled by, or are under common control with Client.

In the event that the Deliverables are to be distributed to another party or if you request that we participate in discussions with another party relating to the Services, an Access Letter must be received from that party prior to the distribution or discussion. The terms of the Access Letter are to be determined exclusively by PwC.

The restrictions on use of Deliverables and the requirement for obtaining an Access Letter prior to disclosure of a Deliverable shall not apply to unbranded Deliverables where you have first carefully considered the contents of such Deliverables and have adopted them as your own, redacted any and all reference to PricewaterhouseCoopers, PwC or PwC's branding and name from such Deliverables prior to any such disclosure, distribution or discussion and presented such Deliverables solely as your own work product with no attribution or references in any form to PwC.

Notwithstanding any terms or conditions in this letter to the contrary, no conditions of confidentiality within the meaning of Internal Revenue Code §6707A(c), U.S. Treasury regulations §1.6011-4 or Public Company Accounting Oversight Board Rule 3522 ("PCAOB Rule 3522") (collectively "Prohibited

5



Confidentiality Rules") are intended. In the event that we prepare written Deliverable for Services that are within the scope of the Prohibited Confidentiality Rules, such Deliverables will be separate from our other written Deliverables and they will not be subject to any of the restrictions on the distribution of Deliverables or disclosure set forth above. You and your Representatives may disclose to any and all persons, without limitation of any kind, the tax treatment, tax structure of any transaction and all materials of any kind (including opinions or other tax analyses and advice) that are provided to you by PwC relating to the tax Services that are within the scope of the Prohibited Confidentially Rules. The foregoing is effective as of the commencement of any discussions we may have had with you regarding any transaction related to any Services covered by this letter. In the event of a disclosure pursuant to this paragraph you will (a) provide us with (i) the name of the person to whom you have made the disclosure, and (ii) a description of the information and materials so disclosed; (b) notify such person that, in the absence of an express written agreement by PwC to the contrary, (i) such person may not rely upon such information and materials, and (ii) PwC has no liability or responsibility to such person with respect to such information and materials; and (c) use commercially reasonable efforts to obtain such person's agreement to sign an Access Letter.

Our responsibilities and limitations

We will perform the advisory services in accordance with American Institute of Certified Public Accountant's ("AICPA") Standards for Consulting Services. We perform any tax services in accordance with the AICPA's Standards for Tax Services.

The Services do not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of any type, an accounting opinion, or other attestation or review services in accordance with standards established by the AICPA or by the Public Company Accounting Oversight Board and, accordingly, we will not express an opinion or any other form of assurance on accounting matters or financial statements or any financial or other information, or operating and internal controls of any entity (collectively, "Attestation Services").

Where our Services expressly include the consideration of systems and controls, any comments and observations we provide regarding such systems and internal controls, or the past, current or future compliance with the Sarbanes-Oxley Act of 2002 (the "Act") and related SEC rules will not constitute Attestation Services. It is management's responsibility to establish and maintain internal controls, to comply with the requirements of the Act, if applicable, and to identify, implement and execute any procedures deemed necessary to comply with the provisions of the Act and related SEC rules. The Services should not supplant inquiries and procedures that management should make in connection with the current or future compliance with the provisions of the Act and related SEC rules.

We assume no responsibility and make no representations with respect to the accuracy or completeness of information provided to us. The Services will be carried out on the basis that such information is accurate and complete. Information will not be subject to checking or verification procedures, except to the extent expressly stated to form part of the scope of the Services. Moreover, the Services cannot provide assurance that matters of significance to you will be disclosed.

The Services are not designed to and are not likely to reveal fraud or misrepresentation by any person.

The Services do not include the provision of legal advice and we make no representations regarding questions of legal interpretation. You should consult with your attorneys with respect to any matters that require legal interpretation.

To the extent the Services involve the interpretation of tax law, we will perform the Services in consideration of the applicable federal, foreign, state or local tax laws, regulations and associated interpretations relative to the appropriate jurisdiction as of the date such Services are provided. Tax laws and regulations and/or their interpretation are subject to change at any time, and such changes may be retroactive in effect and may be applicable to advice given or other Services rendered before

6



their effective dates. We do not assume responsibility (and will have no liability) for such changes occurring after the date we have completed the Services.

The Deliverables or other forms of written communication relative to the Services may be considered Other Written Advice subject to the rules of Treasury Regulations, Circular 230. Accordingly, unless otherwise prohibited or agreed with you in advance to the contrary, such tax advice in any written form will constitute Other Written Advice as provided for in the Regulations. Accordingly, tax information and/or advice provided in the Deliverables or other forms of written communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties that may be imposed on the taxpayer. Our written communications may include a disclosure to this effect. The Deliverables and other forms of written communication will not be written to support the promotion or marketing of any transaction or other matters and should not be considered a Marketed Opinion under Circular 230.

Client's responsibilities

The overall definition and scope of the Services to be performed, and its adequacy in addressing your needs, is your responsibility. We make no representations as to whether the Services are sufficient for your purposes. It is your responsibility to designate management-level individual(s) to be responsible for overseeing the Services, to evaluate the adequacy of the Services performed and any findings, observations or advice that result, and to make all management decisions and perform all management functions, including accepting responsibility for the implementation of actions identified in the course of this engagement and results achieved from using the Services and/or Deliverables. We have not been engaged to, nor will we, provide any management functions or make management decisions.

You shall provide us with all information relevant to the Services and any reasonable assistance as may be required to properly perform the Services and all such information will be accurate and complete in all material respects. You agree to bring to our attention any matters that could reasonably be expected to require further consideration to determine the proper treatment of any relevant item. You also agree to bring to our attention any changes in the information as originally presented as soon as such information becomes available.

You confirm that the requirements for audit committee pre-approval under the Sarbanes-Oxley Act of 2002 have been complied with relating to this engagement.

Relationships with other parties

PwC is a member of the PricewaterhouseCoopers global network of individual partnerships and companies (each a "PricewaterhouseCoopers Firm"). Clients engage the respective PricewaterhouseCoopers Firms every day and an individual PricewaterhouseCoopers Firm may be asked to provide services to other clients that may be in competition with you or whose interests may conflict with your own. We and the other PricewaterhouseCoopers Firms will not be prevented or restricted by virtue of our relationship with you under this letter from providing services to other clients. Except as required by law or professional regulations, we will maintain the information obtained during the course of this engagement confidentially and will not communicate such information to any other PricewaterhouseCoopers personnel who are providing services to such other clients.

PwC is the auditor of Client. You acknowledge and agree that PwC's professional responsibilities may require the engagement team serving you in connection with this engagement to share information with the PwC team serving as your auditors.

7



## Limitation of liability

This letter is between Client and PwC only. In the course of providing the Services and/or Deliverables we may, at our discretion, draw on the resources of and subcontract to other PricewaterhouseCoopers Firms. In such instances, you agree that we may provide information received in connection with the engagement to the applicable PricewaterhouseCoopers Firms for the purpose of the Services and related internal administration and regulatory compliance. However, the provision of Services and/or Deliverables remains PwC's responsibility alone and you agree that in relation to the Services and this letter, your relationship is solely with PwC. You further agree that the other PricewaterhouseCoopers Firms, including any partner, principal or personnel of PwC or the PricewaterhouseCoopers Firms (collectively, the "PwC Related Parties"), who perform work in connection with the Services and/or Deliverables, will not have any liability to you in connection with the Services or this letter. Therefore, you agree not to bring or enforce a claim of any nature relating to this letter or any of the Services or Deliverables against any of the PwC Related Parties.

Except to the extent finally determined to have resulted from the gross negligence or intentional misconduct of PwC, PwC's liability to pay damages for any losses incurred by Client as a result of breach of contract, negligence or other tort committed by PwC, regardless of the theory of liability asserted, is limited to no more than the total amount of fees paid to PwC for the particular Service provided under this letter. In addition, PwC will not be liable in any event for lost profits or any consequential, indirect, punitive, exemplary or special damages.

Because PwC owes no duty, liability or responsibility to third parties with respect to the Services and Deliverables, Client agrees to indemnify and hold harmless PwC and the PwC Related Parties from and against any and all third party (including, for the avoidance of doubt, Representatives) claims, suits and actions, and all associated damages, settlements, judgments, losses, liabilities, costs and expenses (including, without limitation, reasonable attorneys fees) arising from or relating to the Services and/or Deliverables under this letter, except to the extent finally determined to have resulted from our gross negligence or intentional misconduct relating to such Services and/or Deliverables.

In the unlikely event that differences arise between the parties related to or arising from the engagement that are not resolved by mutual agreement, to facilitate a judicial resolution and save time and expense of both parties, Client and PwC agree not to demand a trial by jury in any action, proceeding or counterclaim.

## Timing and fees

We have been requested to provide these services during the period from February 8, 2010 until the completion of the Services as described above (expected to be commensurate with the first reporting period post emergence). Completion of the Services by that date is subject to, among other things, appropriate cooperation from Company personnel including providing necessary information and timely responses to our inquiries. We will advise you promptly should we believe we will be unable to complete the Services by the requested date.

Our fee is based on the time required by our professionals to complete the engagement. Individual hourly rates vary according to the experience and skill required and is as follows:

| Level | Rate |
|---|---|
| Partner | $500 - $700 |
| Director / Senior Manager | $350 - $475 |
| Manager | $250 - $375 |
| Senior Associate | $200 - $300 |
| Associate | $150 - $250 |
| EA, Office Staff or Intern | $75 - $90 |



Due to the nature of the work included above in Services, a precise estimate of total fees is not available. However we estimate our fees for this engagement will range between $750,000 and $1,500,000. If, during the course of our engagement, it appears that our fee will exceed our estimate, we will advise you promptly and we will not undertake additional work without prior approval. Our fees will be billed monthly based on actual time incurred to date.

We also will bill you for our reasonable out-of-pocket expenses and internal per ticket charges for booking travel. Our internal per-ticket travel charge is an allocation of estimated costs of running our travel department in a manner to maximize cost savings.

A final invoice including out-of-pocket expenses will be rendered at the completion of all work. All invoices will be addressed to and payable by you. We will submit detailed billing statements and request payment of our fees in accordance with the United States Bankruptcy Code.

No portion of our fees is contingent upon the consummation of a transaction or any aspects of the Services and/or Deliverables.

<u>Other matters</u>

If PwC began performing the Services prior to execution of this letter by both parties, this letter shall be effective as of the date we began performing the Services.

PwC is owned by professionals who hold certified public accountant ("CPA") licenses as well as by professionals who are not licensed CPAs. Depending on the nature of the Services we provide, non-CPA owners may be involved in providing Services to you now or in the future.

Either of us may request changes to the Services. Changes must be agreed between us and will be subject to reasonable adjustments to fees and timetable. Changes which amount to the provision of additional Services, rather than adjustments to the Services already agreed, must be agreed in writing. Unless otherwise agreed in writing, any further Services we may agree to carry out (whether or not agreed in writing) will be subject to the terms of this letter.

Either of us may terminate this engagement at any time upon written notice of termination to the other party. In the event of termination, you will be responsible for fees earned and expenses incurred through the effective date of termination. We may also resign from performing all or any portion of the Services and terminate this letter immediately upon written notice in the event that circumstances arise that would make continuation of all or any portion of the Services conflict with any independence or other professional regulations, standards or guidelines to which we conform.

You agree that you will not, directly or indirectly, assign or transfer any rights, obligations or claims against PwC arising out of this engagement to anyone.

This letter will be governed by and construed, interpreted and enforced in accordance with the laws of the State of Delaware, without giving effect to the provisions relating to conflict of laws. The federal or state courts of the state of Delaware shall have exclusive jurisdiction of any claims arising out this engagement.

This letter reflects the entire agreement between us relating to the Services covered by this letter and it replaces and supersedes any previous proposals, correspondence and understandings, whether written or oral. The provisions of this letter, which expressly or by implication are intended to survive its termination or expiration, will survive and continue to bind the parties.

9

# PRICEWATERHOUSECOOPERS 🅞

If any provision of this letter is declared or found to be illegal, unenforceable or void, then the parties shall be relieved of all obligations arising under such provision, but if the remainder of this letter shall not be affected by such declaration or finding and is capable of substantial performance, then each provision not so affected shall be enforced to the extent permitted by law.

\*　　\*　　\*　　\*　　\*

If there are any questions, please call Chris Whitley, Partner, at (312) 298-5652 who will lead our engagement team or William T. England, at (312) 298-2808. If the Services outlined herein are in accordance with your requirements and if the above terms are acceptable, please have one copy of this letter signed in the space provided below and return it to us.

Very truly yours,

*PricewaterhouseCoopers LLP*

PricewaterhouseCoopers LLP

cc:    Chandler Bigelow

The Services and terms set forth in this letter are agreed to.

**Tribune Company by and through its Audit Committee**

By:    _____
          William A. Osborn
          Audit Committee Chair

          _____
          (Date)

**By signing below I acknowledge and agree to my obligation to ensure that the responsibilities of the Company and its management as set forth herein are properly discharged:**

By:    _____
          Chandler Bigelow
          Chief Financial Officer

          _____
          (Date)

10