# EXHIBIT B

## FIFTH SUPPLEMENTAL ENGLAND DECLARATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**FIFTH SUPPLEMENTAL DECLARATION OF WILLIAM T. ENGLAND FOR AN ORDER MODIFYING THE SCOPE OF THE RETENTION OF PRICEWATERHOUSECOOPERS LLP TO INCLUDE CERTAIN ADVISORY SERVICES IN CONNECTION WITH THE APPLICATION OF FRESH START ACCOUNTING SERVICES PURSUANT TO 11 U.S.C. §§ 327(a) and 1107 <u>*NUNC PRO TUNC* TO FEBRUARY 8, 2010</u>**

STATE OF ILLINOIS      )
                       ) ss:
COUNTY OF COOK         )

WILLIAM T. ENGLAND, under penalty of perjury, hereby affirms as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1. I am a partner in PricewaterhouseCoopers LLP ("PwC"), an accounting and financial services firm that has an office at One North Wacker, Chicago, Illinois, 60606. I am duly authorized to make this fifth supplemental declaration (the "Fifth Supplemental Declaration") on behalf of PwC in support of the supplemental application (the "Supplemental Application") of the above captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order expanding our existing employment and retention of PwC as independent auditors and accountants under the terms and conditions set forth in the Application. Except as otherwise noted[2], I have personal knowledge of the matters set forth herein, or have been informed of such matters by professionals of PwC, and, if called as a witness, I would testify thereto.

2. This Fifth Supplemental Declaration supplements the original Declaration of William T. England filed on December 26, 2008, the first Supplemental Declaration of William T. England filed on March 2, 2009, the second Supplemental Declaration of William T. England filed April 10, 2009, the third Supplemental Declaration of William T. England filed on July 2, 2009, and the fourth Supplemental Declaration of William T. England filed on February 5, 2010, Dkt entry nos. 143, 461, 892, 1681, and 3318.

3. Prior to the Petition Date, the Debtors engaged PwC to provide compensation and tax advisory services and independent audit services to the Debtors under the terms and conditions set forth within the five (5) separate engagement letters by which the Debtors intend for PwC to provide services to the Debtors subsequent to the Petition Date.

4. Thereafter, on December 26, 2008, the Debtors filed the Application For an Order Authorizing Debtors to Retain and Employ PwC LLP as Compensation and Tax

---

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at PwC and are based on information provided by them.

Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date. Dkt entry no. 143. In support of the Application, PwC filed the original declaration of William T. England.

5. On March 4, 2009, the Court entered an order pursuant to sections 327(a) and 1107 of the Bankruptcy Code, authorizing the Debtors to retain PwC as their compensation and tax advisors and independent auditors effective as of December 8, 2008 on the terms and conditions set forth in the Engagement Letters and as modified within the Order (the "Original Retention Order"). Dkt entry no. 470.

6. As disclosed above, PwC has filed four additional supplemental declarations with the Court to disclose further agreements between the Debtors and PwC regarding the terms and conditions, including fee structure, for the services approved within the Original Retention Order.

7. The Debtors and PwC have recently negotiated and entered into the Supplemental Engagement Letter, pursuant to which PwC will provide transaction advisory services related to the Debtors' evaluation and assessment of the application of fresh start accounting. Assistance with the application of fresh start accounting was not among the services that PwC or the Debtors contemplated under the Existing Engagement Letters. The Fresh Start Accounting Services to be provided by PwC in connection with this project include, but are not limited to, the following:

    a)    Advising the Debtors' management on the development of a detailed project plan, including assistance with project management of the Debtors' various work streams required to emerge from bankruptcy;

    b)    Advising on the requirements of fresh start accounting, as codified in existing and new accounting policies and based on PwC's knowledge of standard industry practice;

c) Facilitating practical and technical workshops and training for the Debtors' employees;

d) Advising on technical accounting and reporting issues that typically arise in the fresh start accounting and reporting process;

e) Coordinating with the Debtors' in-house tax professionals and outside tax specialists for fresh start accounting tax implications, structuring issues, and accounting policy changes;

f) Advising on the technical requirements of fresh start accounting related to valuations, such as the development of valuation assumptions and methodologies;

g) Providing guidance on the standard industry practices regarding preparation, presentation, and disclosure of the bankruptcy and fresh start related accounting in a Form 10 or equivalent filing with the Securities and Exchange Commission and related proforma financial statements;

h) Advising on the tactical and systemic ways to embed the valuation and accounting policy adjustments that arise as a result of the fresh start accounting in the Debtors' systems and processes;

i) Advising the Debtors' management on the requirements of public company post-bankruptcy fresh start accounting and reporting; and

j) Advising the Debtors' management on finalizing the opening balance sheet to reflect fresh start accounting adjustments.

8. Pursuant to the terms and conditions of the engagement letters, and subject to the Court's approval, PwC intends to (a) seek compensation on an hourly basis in accordance with its ordinary and customary rates in effect on the date such services are rendered, including the Fresh Start Accounting Services;[3] and (b) seek monthly reimbursement of actual and necessary out-of-pocket expenses and internal per ticket charges for booking travel.

9. PwC's hourly rates are subject to periodic adjustment from time to time in accordance with PwC's billing practices and procedures and the customary hourly rates, subject to periodic adjustments, for these services are as follows:

---

[3] PwC teams continue to utilize our internal Retention Advisors for the bankruptcy related retention and billing aspects of our engagements.

| Professional Level: | Incremental Hourly Rates |
|---|---|
| Partner/Managing Directors | $500 - 700 |
| Director/Senior Manager | $350 - 475 |
| Manager | $250 - 375 |
| Senior Associate | $200 - 300 |
| Associate | $150 - 250 |
| EA, Office Staff or Intern | $ 75 - 90 |

10. At this time, PwC estimates that its fees for the Fresh Start Accounting Services will range between $750,000 and $1,500,000.

11. The compensation structure described above is consistent with PwC's normal and customary billing practices for engagements of this size and complexity, and reflects the difficulty of the extensive assignments PwC expects to undertake. PwC and the Debtors believe that the foregoing compensation arrangement is (a) reasonable, (b) market-based and (c) merited by PwC's extensive knowledge and experience, and its successful provision of Fresh Start Accounting Services to other troubled companies.

12. Consistent with the Original Retention Order, PwC shall submit time records, which shall set forth a description of the services rendered by each professional and the amount of time spent on each date, in half-hour (0.5) increments, by each such individual in rendering services on behalf of the Debtors.

13. Consistent with the Original Retention Order, PwC shall continue to apply to the Court for payment of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any additional procedures that may be established by the court in these chapter 11 cases.

14. No commitments have been made or received by PwC, nor any partner or employee associate thereof, as to compensation or payment in connection with these cases other

than in accordance with the provisions of the Bankruptcy Code. Further, PwC has no agreement with any other entity to share with such entity any compensation received by PwC in connection with these chapter 11 cases.

15.     It is PwC's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner.  As stated in the Initial Declaration and Supplemental Declaration, PwC provided its known relationships with the Interested Party listing provided by the Debtors.  PwC supplements the previous relationship disclosures with the new Interested Party entities.  For the entities listed below, I have been able to ascertain that PwC has been retained within the last three years to represent these Interested Parties (or their apparent affiliates, as the case may be) in matters unrelated to these cases.

**DEBTORS' PREPETITION LENDERS**

| | |
|---|---|
| Avenue Investments, LP | Greywolf Capital Overseas Master Fund |
| Avenue Special Situations Fund IV, LP | Greywolf Capital Partners II LP |
| Avenue – CDP Global Opportunities Fund, L.P. (US) | Greywolf CLO I Ltd. |
| Avenue International Master, LP (Master) | Latigo Master Fund Ltd. |
| Avenue Special Situations Fund | LP MAI, Ltd. |
| Franklin Floating Rate Master Series | Scoggin International Fund LTD. |
| Franklin Floating Rate Daily Access Fund | SEG LP MA2, L.P. |
| Franklin Strategic Income Fund (Canada) | SEG Latigo Master Fund Ltd. |
| Franklin Strategic Series – Franklin Strategic Income Fund | Special Situations Investing Group, Inc. |
| Franklin Templeton Series II Funds | Templeton Global Investment Trust – Templeton Income Fund |
| Franklin Templeton Variable Insurance Products Trust | VGE III Portfolio Ltd. |
| Franklin Total Return Fund | Viking Global Equities LP |
| FT Opportunistic Distressed Funds Ltd. | Viking Global Equities II LP |
| GoldenTree Credit Opportunities Financing I, Limited | Waterstone Market Neutral Mac51 Fund, Ltd. |
| GoldenTree Credit Opportunities Second Financing, Limited | |
| | **SIGNIFICANT HOLDERS OF DEBTORS' PREPETITION NOTES** |
| GoldenTree 2004 Trust | |
| GoldenTree Leverage Loan Master Fund, Ltd. | Aurelius Capital Management LP |
| GoldenTree MultiStrategy Subsidiary, LLC | Centerbridge Credit Advisors LLC |
| GoldenTree MultiStrategy Financing, Limited | |

If any new relevant facts or relationships are discovered or arise, PwC will file supplemental disclosures with the Court.

I declare under penalty of perjury under the laws of the United States and the state of Texas that the foregoing is true and correct.

Dated this 30th day of April 2010.

_____
WILLIAM T. ENGLAND