# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT
## REGARDING SECOND INTERIM FEE APPLICATION OF
## LAZARD FRERES & CO. LLC

Stuart Maue, fee examiner in this proceeding, submits this final report with respect to the

Second Interim Fee Application of Lazard Freres & Co. LLC for the period from March 1, 2009,

through May 31, 2009 ("Application"), seeking approval of fees that total $600,000.00 and

reimbursement of expenses that total $15,413.25. Lazard Freres & Co. LLC ("Lazard") is investment

banker and financial advisor to the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies. LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## Background

1.     The Application requested the allowance of compensation and reimbursement of expenses incurred in accord with the terms of an engagement letter and indemnification letter (collectively referred to as "Engagement Letter") between Lazard and the Debtors dated December 2, 2008.  The Engagement Letter established that the firm would receive a monthly fee of $200,000.00, a restructuring/disposition fee, and reimbursement for all reasonable out-of-pocket expenses.  In a consent order dated March 13, 2009 ("Consent Order"), the Court approved the employment and retention of Lazard, *nunc pro tunc* to the petition date.  The Consent Order states "Lazard shall be compensated in accordance with the terms of the Lazard Agreement" and states "the Restructuring/Disposition Fee is reduced from $16 million to $14 million."  The Consent Order further states "notwithstanding anything to the contrary ... the U.S. Trustee shall retain the right and be entitled to object to the Monthly Fees, the Restructuring/Disposition Fee and any other Disposition Fee based on the reasonableness standard under Bankruptcy Code sections 330 and 331."

2.     Although Lazard is not paid on an hourly basis, in order to provide meaningful information to the Court Stuart Maue reviewed the Application for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and general legal precedence of the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

3.     This report includes exhibits that detail and support the findings discussed below.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit.  The tasks included in a category are underlined in the fee exhibits.  For purpose of context, the other tasks within the same entry are also displayed.

4. Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes*, 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice. The alternative to using proportionalized time is to question the blocked entry in its entirety.

5. Stuart Maue prepared and submitted a preliminary report to Lazard, and the firm provided a written response. After consideration of the firm's reply, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings

## Recomputation of Fees and Expenses

6. Lazard requested fees in accordance with the terms and conditions set forth in the Engagement Letter. The Application did not include hourly rates for the firm timekeepers; however, the number of hours billed by each timekeeper and the total number of hours billed by the firm during the interim period were provided. Using the fixed monthly fee, the total hours billed by the firm, and the hours billed by each timekeeper, Stuart Maue calculated a blended hourly rate for each of the three months. The blended hourly rate assigned to each timekeeper was then used to calculate a fee for each entry. The calculation of the blended hourly rate resulted in a discrepancy of $0.67 that is attributed to rounding. Stuart Maue also recomputed the expenses; no discrepancy exists between the amount billed and the amount computed. The figures in this report and the accompanying exhibits reflect the fees and expenses computed by Stuart Maue.

## Review of Fees

7.    **Firm Staffing.** The Guidelines in Section II.A.3 state that fee applications should identify the "names and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11." The Application provided the names, positions, and hourly rates of the Lazard timekeepers who billed to this matter. The matter was staffed with seven professionals, consisting of two managing directors, two directors, one associate, and two analysts. A summary of hours and fees billed by each timekeeper is displayed in Exhibit A.

The firm billed a total of 654.15 hours with associated fees of $599,999.33.[2] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Managing Director | 60.10 | 9% | $ 56,477.65 | 9% |
| Director | 262.35 | 40% | 238,100.20 | 40% |
| Associate | 176.10 | 27% | 166,427.90 | 28% |
| Analyst | 155.60 | 24% | 138,993.58 | 23% |
| TOTAL | 654.15 | 100% | $599,999.33 | 100% |

8.    **Potential Double Billing.** Stuart Maue examined the Application for billing entries or entry activities that appear to be duplicated (i.e., on the same date by the same timekeeper with identical or nearly identical descriptions and time increments). We identified five entries that appeared to be billed twice. The questioned entries total 2.50 hours and were highlighted in bold and marked with an ampersand [&] in Exhibit B to the preliminary report.

In response, Lazard reviewed the entries in question and determined that two conference calls occurred and the entries were not duplicative. Lazard stated the firm corrected its

---

[2] This amount reflects the fees computed by Stuart Maue.

time records to reflect the revised description. Given the additional information provided, Stuart Maue makes no recommendation for a fee reduction, and Exhibit B is omitted from this report.

9.   **Complete and Detailed Task Descriptions.**   Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." The rules further require fee applications to include complete and detailed activity descriptions and that each description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." Contrary to the requirements of the Local Rules and the Guidelines, several activity descriptions in the Application were not sufficiently detailed.

   a.   **Vaguely Described Conferences.**   Stuart Maue identified billing entries for conferences that did not include the name of the person(s) with whom the communication was held and/or the subject or purpose of the communication. Examples of vaguely described conferences include "Tribune call," "Call with Davis Polk," "Call to discuss term sheet," and "Call with lender," which fail to provide detail regarding other participant(s) or the related subject matter. Entries identified as vaguely described conferences were displayed in Exhibit C to the preliminary report to inform Lazard that such descriptions do not comply with the Local Rules and Guidelines in order that future applications contain the requisite detail. As Stuart Maue makes no recommendation for a fee reduction at this time, Exhibit C is omitted from this report.

   b.   **Other Vaguely Described Activities.**   Stuart Maue identified 12.00 hours billed for time entries that did not include sufficiently detail the exact nature of the activity performed. The entries total 12.00 hours and are displayed below:

| Date | Name | Hours | Description | Code |
|------|------|-------|-------------|------|
| 03/17/09 | Mundava, Suneel | 9.00 | Business diligence | 2 |
| 03/18/09 | Mundava, Suneel | 3.00 | Business diligence | 2 |

Stuart Maue requested that Lazard provide sufficient detail for each entry in all future applications.

10. **Block Billing.** The Guidelines provide that "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." (Section II.D.5). Lazard did not block bill time entries.

11. **Conferences, Hearings, and Other Events.** Local Rule 2016-2(d)(ix) provides that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" and Section II.D.5 of the Guidelines states "if more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings, or other events, the attendance of multiple professionals should be justified. *See In Re Busy Beaver Bldg. Centers, Inc.* 19 F.3d 833, 856 (3rd Cir. 1994). Contrary to Local Rule 2016-2, neither the fee application nor the activity descriptions explained the role of each participant or the need for multiple attendees at these conferences and hearings.

a. **Nonfirm Conferences, Hearings, and Events.** Stuart Maue identified occasions when two or more Lazard timekeepers billed to attend the same nonfirm conference, hearing, or other event. The entries, totaling 176.85 hours, were displayed in Exhibit D to the preliminary report. The entries for all attendees, except the timekeeper who appeared to be the most responsible at the event (i.e., the timekeeper who conducted a meeting rather than simply attended the meeting), totaling 122.65 hours, were highlighted in bold and marked with an ampersand [&]. Stuart Maue requested that Lazard provide a brief explanation of the necessity of the multiple billers.

In response to the preliminary report, Lazard stated that as the firm is compensated on a fixed monthly fee regardless of the number of hours incurred, Lazard does no discourage available professionals from participating in relevant calls or hearings. As the presence of

multiple timekeepers does not adversely affect the Debtors, Stuart Maue makes no recommendation for a fee reduction and Exhibit D is omitted from this report.

      **b.**    <u>**Intraoffice Conferences.**</u>    Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Application contained only three instances where more than one firm timekeeper billed to attend an internal conference, and accordingly Stuart Maue makes no recommendation for a fee reduction resulting from intrafirm communication.

      12.    <u>**Billing Increments.**</u>    The Consent Order allows Lazard professionals "a limited waiver of the information requirements set forth in Local Rule 2016-2 to keep time records in one-half hour increments." The Lazard time entries were recorded in one-half hour or full hour increments.

      13.    <u>**Administrative Activities.**</u>    Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. Stuart Maue did not identify any time entries in the Application that describe administrative activities.

      14.    <u>**Clerical Activities.**</u>    Clerical activities are tasks that may be effectively performed by administrative assistants, secretaries, or support personnel. Stuart Maue did not identify any time entries in the Application that describe clerical activities.

      15.    <u>**Extended Hours.**</u>    Stuart Maue identified one day for which director Ricardo Llanos billed 21.00 hours. In addition, the Application contains a single time entry through which Mr. Llanos billed 50.00 hours for "valuation work" apparently performed during the period from March 9, 2009, through March 23, 2009. We note that Mr. Llanos invoiced other time entries during that period of time. Because of the manner in which the time was billed, there is no way to evaluate the accuracy or compensability of the resulting fees. The time entries associated with the extended hours was displayed in Exhibit E to the preliminary report. Stuart Maue requested that Lazard confirm the accuracy of the 21.00 hour day, including 15.00 hours of meetings and 6.00 hours of travel. In addition, we asked the

firm to allocate the 50.00 hours billed on March 9, 2009, to the actual days on which the work was performed.

In response to the preliminary report, Lazard provided the information requested by Stuart Maue. Regarding the 21.00 hour day, the firm stated that two of the activities (and 13.00 of the hours) actually occurred on the subsequent day. For the 50.00 hours of valuation work, Lazard provided a revised timetable in which the firm identified the hours worked on each specific day. Given the additional information provided, Stuart Maue makes no recommendation for a fee reduction. Exhibit E is omitted from this report.

16. **Lazard Retention/Compensation.** Stuart Maue did not identify any tasks in the Application relating to the firm's retention or preparation of applications for compensation.

### Review of Expenses

17. **Complete and Detailed Itemization of Expenses.** The Guidelines in Section II.E.3. states that factors relevant to a determination that the expense is proper include "Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." Lazard provided an itemization for the firm expenses that included the category, the date, the description, and the amount, and the name of the timekeeper who incurred the charge.

18. **Photocopies.** Local Rule 2016-2(e)(iii) states that copying charges shall not exceed $0.10 per page. The firm requested reimbursement of $1,252.18 for internal photocopying charges. The Application did not state the rate at which the expenses were charged. Stuart Maue requested that Lazard provide additional information regarding the photocopying costs and how the costs were calculated.

In response, Lazard stated the firm charged for the actual costs incurred and believes the amount to represent a significant savings versus having a third party produce the documents on the firm's behalf. Lazard stated that the total number of copies produced was 5,000, and the additional costs were attributable to bindings, covers, tabs, and inserts. After consideration of the additional information provided by Lazard, Stuart Maue makes no recommendation for an expense reduction at this time. However, future applications should allocates copy costs from other expenses such as bindings and tabs in order that Stuart Maue and the Court can confirm compliance with the Local Rules.

19. **Computer Assisted Legal Research.** Local Rule 2016-2(e)(iii) limits computer assisted legal research charges to the actual cost incurred by the firm. Lazard billed $105.11 for computer assisted legal research, and the Application did not state whether the charges were billed at actual cost. Stuart Maue requested that Lazard provide additional information regarding the costs associated with the firm's computer assisted research and how the costs were determined.

In response, Lazard stated the $105.11 represented the actual amounts paid by the firm to LexisNexis in connection with the research requests, and provided a breakdown of the specific charges incurred. Given the additional information provided, Stuart Maue makes no recommendation for an expense reduction.

20. **Facsimile.** Local Rule 2016-2(e)(iii) limits outgoing facsimile transmission charges to $1.00 per page and prohibits charges for incoming facsimiles. Lazard did not request reimbursement for facsimile charges.

21. **Overtime Transportation.** Lazard requested reimbursement of overtime transportation charges. Although a firm may have a policy that personnel may be reimbursed the cost of travel home after working late, such charges are generally considered part of the firm's overhead. The charges totaled $1,780.60 and are displayed in Exhibit F.

In response, Lazard stated the firm's disagreement that such charges constitute nonreimbursable overhead expenses. The firm asserted that the firm policy for late night transportation charges is generally based on safety concerns and the limited availability of mass transit in the evening hours. Stuart Maue takes no exception to the rationale behind the firm policy, but instead asserts the question is not one of justification but instead who should pay for the charges. In this and other chapter 11 cases in Delaware, Stuart Maue consistently recommends that the firm and not the estate pay for overtime transportation and meals. Accordingly, we recommend an expense reduction in the amount of $1,780.60 resulting from the overtime transportation costs displayed in Exhibit F.

22.     **Overhead Meals.** Lazard requested reimbursement of the amount of $1,974.04 for expenses identified as employee meals. It appears from the Application that the meal expenses were incurred by firm employees and were unrelated to travel. Although a firm may have a policy that personnel may be reimbursed for meals when working late, such charges are generally considered part of the firm's overhead. Stuart Maue requested that Lazard provide an explanation for the purpose of the meal charges displayed in Exhibit G.

Lazard combined the firm's response to this issue with the question of overtime transportation charges, asserting in this instance that allowance of the meals is based on the need to allow the personnel to remain in the office to continue working on the client matter. As stated in the previous section, the Fee Examiner takes issue not with the policy but with the expectation that the estate pay the meal costs rather than the firm, which is already being compensated for the work performed by the professionals regardless of the time of day the work is undertaken. Stuart Maue recommends an expense reduction in the amount of $1,974.04 for the overtime meal charges displayed in Exhibit G.

23.     **Travel Expenses**

a.     **Travel Meals.** Lazard requested reimbursement for travel/meeting meals in the amount of $568.93. In this Court, meal charges should not exceed $15.00 per person for breakfast,

$25.00 per person for lunch, and $50.00 per person for dinner. Five of the meal charges incurred by Lazard professionals exceed the ceiling amounts. The entries are displayed in the following table:

| Entry Date | Amount | Description | Meal Type | Ceiling (Multiplied by Number of Attendees) | Amount in Excess of Ceiling |
|---|---|---|---|---|---|
| 03/09/09 | $150.00 | Kurtz-NYC Bkfst (6) Istana Dining 02/12/2009 | Breakfast | $90.00 | $60.00 |
| 03/09/09 | $60.00 | Kurtz-NYC Dinner (1) Maloney Porcell 02/11/2009 | Dinner | $50.00 | $10.00 |
| 04/02/09 | $130.00 | Chachas-WOLLENSKYS GRILL (dinner 2) NEW YORK 02/21/2009 | Dinner | $100.00 | $30.00 |
| 04/02/09 | $143.49 | Chachas-TRATTORIA (lunch 5pl) CHICAGO I 03/06/2009 | Lunch | $125.00 | $18.49 |
| 04/28/09 | $60.00 | Sturm-Dinner 1p 04/06/2009 | Dinner | $50.00 | $10.00 |

In response to the preliminary report, Lazard agreed to a voluntary expense reduction in the amount of $128.49 resulting from meal charges in excess of the Court's ceiling.

      **b.**     **Hotel.**  Lazard requested reimbursement for hotel charges in the amount of $1,089.85. In this Court, a ceiling for lodging is $350.00 per night (domestic). Two timekeepers incurred lodging charges that exceed the ceiling. The entries are displayed in the following table.

| Entry Date | Amount | Description | Amount in Excess of Ceiling |
|---|---|---|---|
| 03/09/09 | $400.31 | Kurtz-NYC 1nt New York Palace 02/11/2009 | $50.31 |
| 03/24/09 | $374.14 | Sturm-New York Palace Hotel 1nt. 02/12/2009 | $24.14 |

In response to the preliminary report, Lazard agreed to a voluntary expense reduction in the amount of $74.45 resulting from hotel charges in excess of the Court's ceiling.

## Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above. Stuart Maue recommends the approval of fees in the amount of $600,000.00 and reimbursement of expenses in the amount of $11,455.67 ($15,413.25 minus $3,957.58) for the period from March 1, 2009, through May 31, 2009. A summary of our findings is attached as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

# APPENDIX A

## LAZARD FRERES & CO. LLC

### SUMMARY OF FINDINGS

#### Second Interim Fee Application (March 1, 2009 through May 31, 2009)

##### A.    Amounts Requested and Computed

| | | |
|---|---:|---:|
| Fees Requested | $600,000.00 | |
| Expenses Requested | 15,413.25 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $615,413.25 |
| | | |
| Fees Computed | $599,999.33 | |
| Expenses Computed | 15,413.25 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $615,412.58 |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $    0.67 |

##### B.    Recommended Fee Allowance and Expense Reimbursement

| | | | |
|---|---:|---:|---:|
| Fees Requested | $600,000.00 | | |
| | | | |
| RECOMMENDED FEE ALLOWANCE | | | $600,000.00 |
| | | | |
| Expenses Requested | $15,413.25 | | |
| *Recommended Reduction for Overtime Transportation* | | *($1,780.60)* | |
| *Recommended Reduction for Overhead Meals* | | *(1,974.04)* | |
| *Agreed Reduction for Travel Meals* | | *(128.49)* | |
| *Agreed Reduction for Hotel Charges* | | *(74.45)* | |
| | | | |
| Subtotal | | *($3,957.58)* | |
| | | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 11,455.67 |
| | | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $611,455.67 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 3rd day of May, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Mr. James E. Millstein
Lazard Freres & Co. LLC
30 Rockefeller Plaza
New York, NY 10020

John L. Decker, Esq.

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Lazard Freres & Co. LLC**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| JCHA | Chachas, John | MANAG DIRECTOR | $715.31 | $1,194.74 | 35.50 | $31,710.11 |
| DSKU | Kurtz, David S. | MANAG DIRECTOR | $715.31 | $1,194.74 | 24.60 | $24,767.54 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $939.73 | | 60.10 | $56,477.65 |
| | | | | | % of Total: 9.19% | % of Total: 9.41% |
| RLLA | Llanos, Ricardo | DIRECTOR | $715.31 | $1,194.74 | 159.05 | $147,000.27 |
| SMAN | Mandava, Suneel | DIRECTOR | $715.31 | $1,194.74 | 103.30 | $91,099.93 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $907.57 | | 262.35 | $238,100.20 |
| | | | | | % of Total: 40.11% | % of Total: 39.68% |
| RSTU | Sturm, Ray | ASSOCIATE | $715.31 | $1,194.74 | 176.10 | $166,427.90 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $945.08 | | 176.10 | $166,427.90 |
| | | | | | % of Total: 26.92% | % of Total: 27.74% |
| CHAS | Chase, Jacob | ANALYST | $715.31 | $1,194.74 | 101.10 | $89,388.17 |
| AGAI | Gaind, Amit | ANALYST | $715.31 | $1,194.74 | 54.50 | $49,605.42 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $893.27 | | 155.60 | $138,993.58 |
| | | | | | % of Total: 23.79% | % of Total: 23.17% |
| | Total No. of Billers: 7 | Blended Rate for Report: | $917.22 | | 654.15 | $599,999.33 |

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 03/02/09 | 20090331/5 | 16.00 | | 16.00 | CAR SERVICES AND TAXIS - CHASE-SUN TAXI - OFFICE/HOME CHICAGO 02/08/2009 |
| 03/02/09 | 20090331/7 | 16.00 | | 16.00 | CAR SERVICES AND TAXIS - CHASE-TAXI CAB - OFFICE/HOME 02/08/2009 |
| 03/02/09 | 20090331/6 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE-TAXI CAB - OFFICE/HOME 02/07/2009 |
| 03/02/09 | 20090331/4 | 16.00 | | 16.00 | CAR SERVICES AND TAXIS - CHASE-MR TAXI MR TAXI - OFFICE/HOME CHICAGO 02/02/2009 |
| 03/02/09 | 20090331/3 | 16.85 | | 16.85 | CAR SERVICES AND TAXIS - CHASE-AMERICAN UNITED CAB - OFFICE/HOME CHICAGO IL 01/19/2009 |
| 03/19/09 | 20090331/2 | 24.48 | | 24.48 | CAR SERVICES AND TAXIS - CHACHAS-O 03/10/2009 19:45 M / ORGIN: 30 ROCK DEST: M / SELAM TRANSPORTATION LLC |
| 03/24/09 | 20090331/10 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - MANDAVA-CHI HOME TO MEETING 03/18/2009 |
| 03/24/09 | 20090331/12 | 14.00 | | 14.00 | CAR SERVICES AND TAXIS - STURM-1450 W. FULLERTON TO LAZARD 02/07/2009 |
| 03/26/09 | 20090331/1 | 27.54 | | 27.54 | CAR SERVICES AND TAXIS - CHACHAS-D 02/23/2009 20:05 211 CENTRAL / ORIGIN: 49 W 49 ST M DEST: 211 CENTRAL PARK W M / DIAL CAR INC |
| 04/07/09 | 20090430/16 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 12/02/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/18 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 12/03/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/19 | 19.00 | | 19.00 | CAR SERVICES AND TAXIS - CHASE C 12/06/2008 00:00 1913 N FREE / ORIGIN: 190 S LASALLE DEST: 1913 N FREEMONT / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/20 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - CHASE C 12/07/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/22 | 21.00 | | 21.00 | CAR SERVICES AND TAXIS - CHASE C 12/10/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/24 | 19.00 | | 19.00 | CAR SERVICES AND TAXIS - CHASE C 12/12/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/26 | 8.25 | | 8.25 | CAR SERVICES AND TAXIS - CHASE C 12/14/2008 00:00 MICHIGAN AV / ORIGIN: 190 S LASALLE DEST: MICHIGAN AVE / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/47 | 11.50 | | 11.50 | CAR SERVICES AND TAXIS - MANDAVA-C 12/01/2008 00:00 2139 N DAYT / ORIGIN: 190 S LASALLE DEST: 2139 N DAYTON / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/49 | 11.00 | | 11.00 | CAR SERVICES AND TAXIS - MANDAVA-C 12/07/2008 00:00 2139 N DAYT / ORIGIN: 190 S LASALLE DEST: 2139 N DAYTON / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/50 | 11.00 | | 11.00 | CAR SERVICES AND TAXIS - MANDAVA-C 12/08/2008 00:00 2139 N DAYT / ORIGIN: 190 S LASALLE DEST: 2139 N DAYTON / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/51 | 11.00 | | 11.00 | CAR SERVICES AND TAXIS - MANDAVA-C 12/14/2008 00:00 2139 N DAYT / ORIGIN: 190 S LASALLE DEST: 2139 N DAYTON / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/65 | 9.50 | | 9.50 | CAR SERVICES AND TAXIS - STURM-C 11/07/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 04/07/09 | 20090430/66 | 9.50 | | 9.50 | CAR SERVICES AND TAXIS - STURM-C 12/01/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/67 | 9.50 | | 9.50 | CAR SERVICES AND TAXIS - STURM-C 12/02/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/69 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 12/07/2008 00:00 1350 NORTH & WEL / ORIGIN: 190 S LASALLE DEST: 1350 NORTH & WELLS / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/70 | 9.50 | | 9.50 | CAR SERVICES AND TAXIS - STURM-C 12/08/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/71 | 9.50 | | 9.50 | CAR SERVICES AND TAXIS - STURM-C 12/09/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/72 | 13.95 | | 13.95 | CAR SERVICES AND TAXIS - STURM-C 12/13/2008 00:00 1650 N HALS / ORIGIN: 190 S LASALLE DEST: 1650 N HALSTED / UNITED DISPATCH AGENT FOR |
| 04/07/09 | 20090430/73 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 12/14/2008 00:00 215 W NORTH / ORIGIN: 190 S LASALLE DEST: 215 W NORTH AVE / UNITED DISPATCH AGENT FOR |
| 04/08/09 | 20090430/31 | 9.00 | | 9.00 | CAR SERVICES AND TAXIS - CHASE-CAB TO/FROM OFFICE 03/17/2009 |
| 04/08/09 | 20090430/35 | 10.25 | | 10.25 | CAR SERVICES AND TAXIS - CHASE-YELLOW CAB CO. - TAXI TO/FROM OFFICE 03/17/2009 |
| 04/08/09 | 20090430/34 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE-TAXI TO/FROM OFFICE 02/21/2009 |
| 04/08/09 | 20090430/33 | 9.00 | | 9.00 | CAR SERVICES AND TAXIS - CHASE-CAB FROM OFFICE 03/20/2009 |
| 04/08/09 | 20090430/32 | 9.00 | | 9.00 | CAR SERVICES AND TAXIS - CHASE-CAB TO OFFICE 03/20/2009 |
| 04/09/09 | 20090430/1 | 24.48 | | 24.48 | CAR SERVICES AND TAXIS - CHACHAS-O 03/30/2009 20:30 M / ORIGIN: 30 ROCK DEST: M / SELAM TRANSPORTATION LLC |
| 04/09/09 | 20090430/2 | 25.50 | | 25.50 | CAR SERVICES AND TAXIS - CHACHAS-O 04/30/2009 20:15 M / ORIGIN: 30 ROCK DEST: M / SELAM TRANSPORTATION LLC |
| 04/14/09 | 20090430/79 | 8.50 | | 8.50 | CAR SERVICES AND TAXIS - STURM-C 12/30/2008 00:00 1 W MAPLE / ORIGIN: 190 S LASALLE DEST: 1 W MAPLE / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/68 | 9.50 | | 9.50 | CAR SERVICES AND TAXIS - STURM-C 12/04/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/52 | 11.00 | | 11.00 | CAR SERVICES AND TAXIS - MANDAVA-C 12/15/2008 00:00 2139 N DAYT / ORIGIN: 190 S LASALLE DEST: 2139 N DAYTON / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/48 | 11.00 | | 11.00 | CAR SERVICES AND TAXIS - MANDAVA-C 12/06/2008 00:00 2139 N DAYT / ORIGIN: 190 S LASALLE DEST: 2139 N DAYTON / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/75 | 9.50 | | 9.50 | CAR SERVICES AND TAXIS - STURM-C 12/16/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/77 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 12/20/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 04/14/09 | 20090430/78 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 12/27/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/81 | 8.00 | | 8.00 | CAR SERVICES AND TAXIS - STURM-HOME/TRIBUNE 03/26/2009 |
| 04/14/09 | 20090430/86 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-SUNDAY HOME/LAZARD 03/08/2009 |
| 04/14/09 | 20090430/74 | 9.65 | | 9.65 | CAR SERVICES AND TAXIS - STURM-C 12/15/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/30 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 12/19/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/29 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 12/17/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/27 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 12/15/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/23 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 12/11/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/21 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 12/09/2008 00:00 2139 N DAYT / ORIGIN: 190 S LASALLE DEST: 2139 N DAYTON / UNITED DISPATCH AGENT FOR |
| 04/14/09 | 20090430/17 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 12/02/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/6 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 01/06/2009 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/8 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 01/10/2009 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/11 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 01/14/2009 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/12 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 01/15/2009 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/53 | 11.00 | | 11.00 | CAR SERVICES AND TAXIS - MANDAVA-C 12/23/2008 00:00 2139 N DAYT / ORIGIN: 190 S LASALLE DEST: 2139 N DAYTON / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/25 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 12/13/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/54 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 01/05/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/28 | 16.50 | | 16.50 | CAR SERVICES AND TAXIS - CHASE C 12/16/2008 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/55 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 01/07/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 04/15/09 | 20090430/56 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 01/11/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/10 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 01/13/2009 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/7 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 01/07/2009 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/57 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 01/13/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/58 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 01/14/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/9 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 01/11/2009 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/60 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 01/15/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/15/09 | 20090430/76 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 12/17/2008 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/23/09 | 20090430/45 | 15.00 | | 15.00 | CAR SERVICES AND TAXIS - LLANOS-ROLDAN-LATE NIGHT TAXI 03/16/2009 |
| 04/23/09 | 20090430/3 | 78.54 | | 78.54 | CAR SERVICES AND TAXIS - CHACHAS-O 04/16/2009 19:20 BK / ORIGIN: 30 ROCK DEST: BK / SELAM TRANSPORTATION LLC |
| 04/23/09 | 20090430/46 | 15.00 | | 15.00 | CAR SERVICES AND TAXIS - LLANOS-ROLDAN-LATE NIGHT TAXI 03/20/2009 |
| 04/24/09 | 20090430/13 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 01/16/2009 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/24/09 | 20090430/59 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 01/14/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/24/09 | 20090430/14 | 19.00 | | 19.00 | CAR SERVICES AND TAXIS - CHASE C 01/18/2009 00:00 3900 S ASHL / ORIGIN: 190 S LASALLE DEST: 3900 S ASHLAND / UNITED DISPATCH AGENT FOR |
| 04/24/09 | 20090430/15 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 01/21/2009 00:00 516 W MELRO / ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH AGENT FOR |
| 04/24/09 | 20090430/61 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 01/17/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/24/09 | 20090430/63 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 01/29/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/24/09 | 20090430/62 | 7.85 | | 7.85 | CAR SERVICES AND TAXIS - STURM-C 01/27/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |
| 04/24/09 | 20090430/64 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 01/29/2009 00:00 1350 N WELL / ORIGIN: 190 S LASALLE DEST: 1350 N WELLS / UNITED DISPATCH AGENT FOR |

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 04/28/09 | 20090430/83 | 11.00 | | 11.00 | CAR SERVICES AND TAXIS - STURM-LATE NITE LAZARD/HOME 04/03/2009 |
| 04/28/09 | 20090430/82 | 8.00 | | 8.00 | CAR SERVICES AND TAXIS - STURM-HOME/TRIBUNE 04/17/2009 |
| 04/30/09 | 20090430/40 | 16.00 | | 16.00 | CAR SERVICES AND TAXIS - GAIND-HOME TO OFFICE 03/18/2009 |
| 04/30/09 | 20090430/39 | 9.00 | | 9.00 | CAR SERVICES AND TAXIS - GAIND-HOME TO OFFICE 03/13/2009 |
| 04/30/09 | 20090430/38 | 7.00 | | 7.00 | CAR SERVICES AND TAXIS - GAIND-HOME TO OFFICE 03/09/2009 |
| 04/30/09 | 20090430/37 | 8.00 | | 8.00 | CAR SERVICES AND TAXIS - GAIND-HOME TO OFFICE 03/06/2009 |
| 04/30/09 | 20090430/36 | 18.00 | | 18.00 | CAR SERVICES AND TAXIS - GAIND-HOME TO OFFICE 03/15/2009 |
| 04/30/09 | 20090430/41 | 12.00 | | 12.00 | CAR SERVICES AND TAXIS - GAIND-HOME TO OFFICE 03/21/2009 |
| 04/30/09 | 20090430/42 | 8.00 | | 8.00 | CAR SERVICES AND TAXIS - GAIND-HOME TO OFFICE 03/24/2009 |
| 05/08/09 | 20090531/22 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - MANDAVA-CHI HOME TO MEETING 03/26/2009 |
| 05/08/09 | 20090531/25 | 11.00 | | 11.00 | CAR SERVICES AND TAXIS - MANDAVA-CHI OFFICE TO HOME 03/25/2009 |
| 05/08/09 | 20090531/1 | 48.96 | | 48.96 | CAR SERVICES AND TAXIS - CHACHAS-D 03/02/2009 21:29 ORIGIN: 105 LEFFERTS PL BK DEST: 211 CPW M / DIAL CAR INC |
| 05/08/09 | 20090531/17 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE-SUN TAXI 04/04/2009 FROM HOME TO OFFICE |
| 05/14/09 | 20090531/10 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 02/09/2009 00:00 ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH |
| 05/14/09 | 20090531/11 | 16.50 | | 16.50 | CAR SERVICES AND TAXIS - CHASE C 02/09/2009 00:00 ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH |
| 05/14/09 | 20090531/12 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 02/10/2009 00:00 ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH |
| 05/14/09 | 20090531/9 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 02/08/2009 00:00 ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH |
| 05/14/09 | 20090531/8 | 46.00 | | 46.00 | CAR SERVICES AND TAXIS - CHASE C 02/07/2009 00:00 ORIGIN: 190 S LASALLE DEST: MELROSE PARK / UNITED DISPATCH |
| 05/14/09 | 20090531/7 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 02/05/2009 00:00 ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH |
| 05/14/09 | 20090531/6 | 17.00 | | 17.00 | CAR SERVICES AND TAXIS - CHASE C 02/04/2009 00:00 ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH |
| 05/14/09 | 20090531/13 | 16.50 | | 16.50 | CAR SERVICES AND TAXIS - CHASE C 02/13/2009 00:00 ORIGIN: 190 S LASALLE DEST: 516 W MELROSE / UNITED DISPATCH |
| 05/14/09 | 20090531/30 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 02/10/2009 00:00 ORIGIN: 190 LASALLE DEST: 1350 N WELLS / UNITED DISPATCH |

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 05/14/09 | 20090531/29 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 02/09/2009 00:00 ORIGIN: 190 LASALLE DEST: 1350 N WELLS / UNITED DISPATCH |
| 05/14/09 | 20090531/28 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 02/08/2009 00:00 ORIGIN: 190 LASALLE DEST: 1350 N WELLS / UNITED DISPATCH |
| 05/14/09 | 20090531/27 | 10.00 | | 10.00 | CAR SERVICES AND TAXIS - STURM-C 02/07/2009 00:00 ORIGIN: 190 LASALLE DEST: 1350 N WELLS / UNITED DISPATCH |
| 05/14/09 | 20090531/15 | 16.50 | | 16.50 | CAR SERVICES AND TAXIS - CHASE-LATE NIGHT OFFICE TO HOME 3/29/2009 |
| 05/14/09 | 20090531/16 | 14.00 | | 14.00 | CAR SERVICES AND TAXIS - CHASE-LATE NIGHT OFFICE TO HOME 4/5 04/05/2009 |
| 05/29/09 | 20090531/19 | 24.48 | | 24.48 | CAR SERVICES AND TAXIS - HOLMES-D 04/02/2009 21:04 ORIGIN: 50 W 50 ST M DEST: 41 ST/8 AV M / DIAL CAR INC |
| 05/29/09 | 20090531/4 | 54.06 | | 54.06 | CAR SERVICES AND TAXIS - CHACHAS-D 04/04/2009 23:21 ORIGIN: 211 CENTRAL PARK W M DEST: BK11238 BK / DIAL CAR INC |
| 05/29/09 | 20090531/2 | 54.06 | | 54.06 | CAR SERVICES AND TAXIS - CHACHAS-D 03/28/2009 13:31 ORIGIN: 211 CENTRAL PARK W M DEST: BK11238 BK / DIAL CAR INC |
| 05/29/09 | 20090531/3 | 52.50 | | 52.50 | CAR SERVICES AND TAXIS - CHACHAS-D 04/02/2009 07:40 ORIGIN: 211 CPW M DEST: 1165 5 AV M / DIAL CAR INC |
| 05/29/09 | 20090531/31 | 35.70 | | 35.70 | CAR SERVICES AND TAXIS - STURM-D 04/07/2009 12:41 ORIGIN: 50 W 50 ST M DEST: 45/LEX M / DIAL CAR INC |
| | | $1,780.60 | | $1,780.60 | |

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 03/02/09 | 20090331/23 | 25.00 | | 25.00 | EMPLOYEE MEALS - STRURM-DINNING IN 0035 BRIGHTON 02/11/2009 |
| 03/02/09 | 20090331/33 | 9.87 | | 9.87 | EMPLOYEE MEALS - CHASE CHIPOTLE 0655 542929 CHICAGO I 01/16/2009 |
| 03/02/09 | 20090331/21 | 25.00 | | 25.00 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON 02/04/2009 |
| 03/02/09 | 20090331/20 | 25.00 | | 25.00 | EMPLOYEE MEALS - CHASE-ONLINE FOOD ORDER NE CHICAGO I 01/22/2009 |
| 03/02/09 | 20090331/19 | 25.00 | | 25.00 | EMPLOYEE MEALS - STRUM-DINING IN 0035 BRIGHTON MA 01/15/2009 |
| 03/02/09 | 20090331/18 | 25.00 | | 25.00 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON MA 01/15/2009 |
| 03/02/09 | 20090331/24 | 25.00 | | 25.00 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON MA 01/21/2009 |
| 03/02/09 | 20090331/25 | 24.93 | | 24.93 | EMPLOYEE MEALS - STURM-DINING IN 0035 BRIGHTON 01/28/2009 |
| 03/02/09 | 20090331/26 | 24.93 | | 24.93 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON 01/28/2009 |
| 03/02/09 | 20090331/27 | 24.28 | | 24.28 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON 01/14/2009 |
| 03/02/09 | 20090331/28 | 24.28 | | 24.28 | EMPLOYEE MEALS - STURM-DINING IN 0035 BRIGHTON 01/14/2009 |
| 03/02/09 | 20090331/29 | 17.24 | | 17.24 | EMPLOYEE MEALS - CHASE-ELEPHANT &CASTLE CHI CHICAGO 02/08/2009 |
| 03/02/09 | 20090331/30 | 17.24 | | 17.24 | EMPLOYEE MEALS - STRUM-ELEPHANT &CASTLE CHI CHICAGO 02/08/2009 |
| 03/02/09 | 20090331/31 | 10.31 | | 10.31 | EMPLOYEE MEALS - CHASE-PANDA EXPRESS 365 54 CHICAGO I 01/21/2009 |
| 03/02/09 | 20090331/32 | 10.26 | | 10.26 | EMPLOYEE MEALS - CHASE CHIPOTLE 0655 542929 CHICAGO U 01/24/2009 |
| 03/02/09 | 20090331/22 | 25.00 | | 25.00 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON 02/11/2009 |
| 03/06/09 | 20090331/39 | 24.14 | | 24.14 | EMPLOYEE MEALS - STURM-DINING IN 0035 BRIGHTON MA 01/16/2009 |
| 03/06/09 | 20090331/38 | 24.14 | | 24.14 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON MA 01/16/2009 |
| 03/06/09 | 20090331/37 | 24.87 | | 24.87 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON 02/05/2009 |
| 03/06/09 | 20090331/36 | 25.00 | | 25.00 | EMPLOYEE MEALS - STURM-DINING IN 0035 BRIGHTON MA 01/22/2009 |
| 03/06/09 | 20090331/35 | 25.00 | | 25.00 | EMPLOYEE MEALS - STURM-DINING IN 0035 BRIGHTON 01/29/2009 |
| 03/06/09 | 20090331/34 | 26.08 | | 26.08 | EMPLOYEE MEALS - GAIND-M 10-FEB-2009 UTSAV // SEAMLESS WEB PROFESSIONAL |
| 03/06/09 | 20090331/40 | 6.99 | | 6.99 | EMPLOYEE MEALS - CHASE-SUBWAY 445411 CHICAGO 02/08/2009 |
| 03/24/09 | 20090331/41 | 10.25 | | 10.25 | EMPLOYEE MEALS - CHASE-CHIPOTLE 0655 542929 CHICAGO 02/07/2009 |
| 03/24/09 | 20090331/42 | 10.24 | | 10.24 | EMPLOYEE MEALS - STURM-CHIPOTLE 0655 542929 CHICAGO 02/07/2009 |
| 03/26/09 | 20090331/45 | 26.21 | | 26.21 | EMPLOYEE MEALS - GAIND-M 18-MAR-2009 MARIACHI'S / SEAMLESSWEB PROFESSIONAL |

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 03/26/09 | 20090331/46 | 26.19 | | 26.19 | EMPLOYEE MEALS - GAIND-M 16-MAR-2009 ENERGY KITCHEN (/ SEAMLESSWEB PROFESSIONAL |
| 03/26/09 | 20090331/47 | 26.13 | | 26.13 | EMPLOYEE MEALS - GAIND-M 12-MAR-2009 ACELUCK / SEAMLESSWEB PROFESSIONAL |
| 03/26/09 | 20090331/48 | 25.92 | | 25.92 | EMPLOYEE MEALS - GAIND-M 11-MAR-2009 ENERGY KITCHEN (/ SEAMLESSWEB PROFESSIONAL |
| 03/26/09 | 20090331/49 | 24.86 | | 24.86 | EMPLOYEE MEALS - GAIND-M 10-MAR-2009 ROBERTO PASSON R / SEAMLESSWEB PROFESSIONAL |
| 03/26/09 | 20090331/50 | 24.42 | | 24.42 | EMPLOYEE MEALS - STURM-DINING IN 0035 BRIGHTON MA 03/04/2009 |
| 03/26/09 | 20090331/51 | 22.89 | | 22.89 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON MA 03/11/2009 |
| 03/26/09 | 20090331/44 | 26.23 | | 26.23 | EMPLOYEE MEALS - GAIND-M 09-MAR-2009 ENERGY KITCHEN (/ SEAMLESSWEB PROFESSIONAL |
| 03/26/09 | 20090331/43 | 26.28 | | 26.28 | EMPLOYEE MEALS - GAIND-M 13-MAR-2009 ACELUCK / SEAMLESS WEB PROFESSIONAL |
| 03/26/09 | 20090331/52 | 15.75 | | 15.75 | EMPLOYEE MEALS - GAIND-M 14-MAR-2009 ENERGY KITCHEN (/ SEAMLESSWEB PROFESSIONAL |
| 03/26/09 | 20090331/53 | 15.17 | | 15.17 | EMPLOYEE MEALS - GAIND-M 21-MAR-2009 CHOPT (56 & PA / SEAMLESSWEB PROFESSIONAL |
| 04/06/09 | 20090430/95 | 7.99 | | 7.99 | EMPLOYEE MEALS - CHASE-CHIPOTLE 0655 542929 CHICAGO I 03/03/2009 |
| 04/06/09 | 20090430/96 | 12.50 | | 12.50 | EMPLOYEE MEALS - CHASE-CHIPOTLE 0655 542929 CHICAGO I 03/11/2009 |
| 04/06/09 | 20090430/97 | 10.00 | | 10.00 | EMPLOYEE MEALS - CHASE-CHIPOTLE 0655 542929 CHICAGO I 03/05/2009 |
| 04/06/09 | 20090430/98 | 25.00 | | 25.00 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON MA 03/10/2009 |
| 04/06/09 | 20090430/107 | 25.00 | | 25.00 | EMPLOYEE MEALS - STURM-DINING IN 0035 BRIGHTON MA 03/10/2009 |
| 04/06/09 | 20090430/101 | 11.73 | | 11.73 | EMPLOYEE MEALS - CHASE WALGREENS #2432 0000 CHICAGO I 03/03/2009 |
| 04/06/09 | 20090430/102 | 3.85 | | 3.85 | EMPLOYEE MEALS - MANDAVA-CHI LUNCH (1) STARBUCK'S 03/08/2009 |
| 04/06/09 | 20090430/103 | 25.00 | | 25.00 | EMPLOYEE MEALS - SANTIAGO-ALVAREZ-DINING IN 0035 BRIGHTON MA 03/10/2009 |
| 04/06/09 | 20090430/105 | 25.00 | | 25.00 | EMPLOYEE MEALS - STURM-DINING IN 0035 BRIGHTON MA 03/03/2009 |
| 04/06/09 | 20090430/100 | 25.00 | | 25.00 | EMPLOYEE MEALS - CHASE-POAG MAHONES 0063 CHICAGO IL 02/13/2009 |
| 04/09/09 | 20090430/104 | 15.76 | | 15.76 | EMPLOYEE MEALS - STURM-CHIPOTLE 0655 542929 CHICAGO I 03/05/2009 |
| 04/09/09 | 20090430/106 | 25.00 | | 25.00 | EMPLOYEE MEALS - STURM-DINING IN 0035 BRIGHTON MA 03/09/2009 |
| 04/09/09 | 20090430/108 | 8.91 | | 8.91 | EMPLOYEE MEALS - STURM-SUBWAY 445411 CHICAGO IL 03/01/2009 |
| 04/30/09 | 20090430/99 | 23.08 | | 23.08 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON MA 03/25/2009 |
| 05/01/09 | 20090531/75 | 24.80 | | 24.80 | EMPLOYEE MEALS - MANDAVA-DINING IN 0035 BRIGHTON MA 03/30/2009 |
| 05/01/09 | 20090531/48 | 23.04 | | 23.04 | EMPLOYEE MEALS - CHASE-POAG MAHONES 0063 CHICAGO IL 03/27/2009 |

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 05/01/09 | 20090531/45 | 24.94 | | 24.94 | EMPLOYEE MEALS - CHASE-DINING IN CHICAGO BRIGHTON MA 04/03/2009 |
| 05/01/09 | 20090531/44 | 24.80 | | 24.80 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON MA 03/30/2009 |
| 05/06/09 | 20090531/79 | 23.80 | | 23.80 | EMPLOYEE MEALS - STURM-DINING IN 0035 BRIGHTON MA 03/17/2009 |
| 05/06/09 | 20090531/42 | 24.06 | | 24.06 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON MA 03/24/2009 |
| 05/08/09 | 20090531/74 | 15.00 | | 15.00 | EMPLOYEE MEALS - MANDAVA-CHI LUNCH (1) POTBELLY SANDWCH 03/22/2009 |
| 05/12/09 | 20090531/57 | 26.15 | | 26.15 | EMPLOYEE MEALS - GAIND-M 03-MAY-2009 ELLYSSA / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/73 | 26.36 | | 26.36 | EMPLOYEE MEALS - GAIND-M 31-MAR-2009 SERAFINA AT THE / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/72 | 26.13 | | 26.13 | EMPLOYEE MEALS - GAIND-M 30-MAR-2009 ACELUCK / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/71 | 25.84 | | 25.84 | EMPLOYEE MEALS - GAIND-M 30-APR-2009 ACELUCK / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/70 | 24.70 | | 24.70 | EMPLOYEE MEALS - GAIND-M 29-APR-2009 ENERGY KITCHEN (/ SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/69 | 26.18 | | 26.18 | EMPLOYEE MEALS - GAIND-M 28-APR-2009 MONTPARNASSE / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/68 | 26.21 | | 26.21 | EMPLOYEE MEALS - GAIND-M 27-MAR-2009 MARIACHI'S / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/67 | 26.21 | | 26.21 | EMPLOYEE MEALS - GAIND-M 27-APR-2009 MARRAKESH / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/66 | 24.94 | | 24.94 | EMPLOYEE MEALS - GAIND-M 24-APR-2009 SHERWOODS FINE F / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/65 | 24.23 | | 24.23 | EMPLOYEE MEALS - GAIND-M 23-APR-2009 TADKA / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/64 | 24.69 | | 24.69 | EMPLOYEE MEALS - GAIND-M 21-APR-2009 ACELUCK / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/63 | 26.37 | | 26.37 | EMPLOYEE MEALS - GAIND-M 17-APR-2009 RAY'S PIZZA (49T / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/62 | 26.09 | | 26.09 | EMPLOYEE MEALS - GAIND-M 16-APR-2009 ENERGY KITCHEN ( / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/61 | 26.29 | | 26.29 | EMPLOYEE MEALS - GAIND-M 15-APR-2009 TADKA / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/60 | 25.84 | | 25.84 | EMPLOYEE MEALS - GAIND-M 14-APR-2009 ACELUCK / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/59 | 26.25 | | 26.25 | EMPLOYEE MEALS - GAIND-M 11-APR-2009 DALLAS BBQ (42ND / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/52 | 25.91 | | 25.91 | EMPLOYEE MEALS - FIGUEREDO-M 11-APR-2009 TOLOACHE / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/53 | 26.01 | | 26.01 | EMPLOYEE MEALS - GAIND-M 01-APR-2009 ENERGY KITCHEN (/ SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/54 | 25.84 | | 25.84 | EMPLOYEE MEALS - GAIND-M 01-MAY-2009 ACELUCK / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/55 | 15.53 | | 15.53 | EMPLOYEE MEALS - GAIND-M 02-MAY-2009 CAFC)ISADORAC?? / SEAMLESSWEB PROFESSIONAL |
| 05/12/09 | 20090531/56 | 15.73 | | 15.73 | EMPLOYEE MEALS - GAIND-M 03-MAY-2009 CAFC)ISADORAC?? / SEAMLESSWEB PROFESSIONAL |

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 05/12/09 | 20090531/58 | 27.14 | | 27.14 | EMPLOYEE MEALS - GAIND-M 10-APR-2009 ACELUCK / SEAMLESSWEB PROFESSIONAL |
| 05/14/09 | 20090531/76 | 17.01 | | 17.01 | EMPLOYEE MEALS - STURM-CHIPOTLE 0655 542929 CHICAGO I 03/17/2009 |
| 05/14/09 | 20090531/51 | 3.96 | | 3.96 | EMPLOYEE MEALS - CHASE-WALGREENS #3698 0000 CHICAGO I 04/05/2009 |
| 05/14/09 | 20090531/41 | 9.37 | | 9.37 | EMPLOYEE MEALS - CHASE-CHIPOTLE 0711 542929 CHICAGO I 03/19/2009 |
| 05/14/09 | 20090531/37 | 17.01 | | 17.01 | EMPLOYEE MEALS - CHASE-CHIPOTLE 0655 542929 CHICAGO I 03/17/2009 |
| 05/14/09 | 20090531/38 | 14.25 | | 14.25 | EMPLOYEE MEALS - CHASE-CHIPOTLE 0655 542929 CHICAGO I 03/30/2009 |
| 05/14/09 | 20090531/36 | 10.00 | | 10.00 | EMPLOYEE MEALS - CHASE-CHIPOTLE 0036 542929 CHICAGO I 04/05/2009 |
| 05/14/09 | 20090531/78 | 11.13 | | 11.13 | EMPLOYEE MEALS - STURM-CHIPOTLE 0655 542929 CHICAGO I 03/31/2009 |
| 05/14/09 | 20090531/77 | 14.26 | | 14.26 | EMPLOYEE MEALS - STURM-CHIPOTLE 0655 542929 CHICAGO I 03/30/2009 |
| 05/14/09 | 20090531/50 | 20.93 | | 20.93 | EMPLOYEE MEALS - CHASE-UFOODGRILL 300003979 CHICAGO I 03/25/2009 |
| 05/14/09 | 20090531/49 | 15.63 | | 15.63 | EMPLOYEE MEALS - CHASE-QDOBA MEX #154 JACKSON ST IL 03/18/2009 |
| 05/14/09 | 20090531/39 | 11.12 | | 11.12 | EMPLOYEE MEALS - CHASE-CHIPOTLE 0655 542929 CHICAGO I 03/31/2009 |
| 05/14/09 | 20090531/47 | 16.50 | | 16.50 | EMPLOYEE MEALS - CHASE-ELEPHANT &CASTLE CHI CHICAGO I 04/04/2009 |
| 05/14/09 | 20090531/46 | 25.00 | | 25.00 | EMPLOYEE MEALS - CHASE-DINING IN CHICAGO BRIGHTON MA 04/08/2009 |
| 05/14/09 | 20090531/40 | 9.87 | | 9.87 | EMPLOYEE MEALS - CHASE-CHIPOTLE 0655 542929 CHICAGO I 04/03/2009 |
| 05/19/09 | 20090531/43 | 25.00 | | 25.00 | EMPLOYEE MEALS - CHASE-DINING IN 0035 BRIGHTON MA 03/27/2009 |
| 05/29/09 | 20090531/80 | 25.00 | | 25.00 | EMPLOYEE MEALS - STURM-DINING IN CHICAGO BRIGHTON MA 04/17/2009 |
| | | $1,974.04 | | $1,974.04 | |