# EXHIBIT B

## REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MARCH 1, 2010 THROUGH MARCH 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $535.00 | 24.40 | $13,054.00 |
| Walker-Bright, Paul R. | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $510.00 | .90 | $459.00 |
| Geiger, Laura M. | Associate. Joined firm in 2008. Member of IL Bar since 1999. | $495.00 | 1.40 | $693.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $445.00 | 34.40 | $15,308.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL Bar since 2002. | $430.00 | 6.70 | $2,881.00 |
| Falgowski, J. Cory | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $390.00 | .20 | $78.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $310.00 | 4.00 | $1,240.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002. Joined Firm in 2000. | $160.00 | 6.70 | $1,072.00 |
| Todd, Micki | Paralegal. Joined Firm in 2008. | $130.00 | 2.30 | $299.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 6.60 | $825.00 |
| Grand Total: | | | 87.60 | $35,909.00 |
| Blended Rate: | | | | $409.92 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $468.24 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 44.20 | $18,818.00 |
| Insurance Counseling – 00005 | 28.60 | $13,106.50 |
| Marsh – 00008 | 6.70 | $2,397.50 |
| Fee Applications – 00009 | 8.10 | $1,587.00 |
| **TOTAL:** | **87.60** | **$35,909.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1988403
Invoice Date: April 23, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through March 31, 2010

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $18,818.00 | $12.45 | $18,830.45 |
| RE: | Insurance Counseling 503842.00005 | $13,106.50 | $1.20 | $13,107.70 |
| RE: | Marsh 503842.00008 | $2,397.50 | $38.92 | $2,436.42 |
| RE: | Fee Applications 503842.00009 | $1,587.00 | $152.33 | $1,739.33 |
|  | **Current Invoice Total:** | **$35,909.00** | **$204.90** | **$36,113.90** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1988403)

**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/01/10 | TPL | Drafted Phase I Reply Brief. | 7.20 |
| 03/02/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 03/02/10 | TPL | Drafted reply brief for Phase I of objections. | 10.00 |
| 03/03/10 | TPL | Drafted Phase I reply brief in support of Tribune's Objections to Notices of Determination. | 6.00 |
| 03/03/10 | JDS | Analyzed and revised draft reply brief regarding LPT claims in Reliance Liquidation. | 0.70 |
| 03/04/10 | TPL | Revised reply brief in accordance with comments from J. Shugrue. | 3.20 |
| 03/04/10 | JDS | Analyzed and exchanged emails with local counsel T. Law regarding draft reply brief on LPT issues. | 0.30 |
| 03/05/10 | JDS | Analyzed and exchanged emails with local counsel T. Law regarding scheduling oral argument with Referee regarding LPT claims. | 0.20 |
| 03/08/10 | TPL | Provided additional edits to Reply Brief and e-mail exchange with J. Shugrue regarding additional edits. | 0.40 |
| 03/08/10 | MT | Proof-read, cite checked Tribune Company's Reply Brief in Phase I of Objections to Amended Notices of Determination By the Statutory Liquidator. | 2.30 |
| 03/08/10 | JDS | Analyzed and revised draft reply brief on LPT claims. | 0.80 |
| 03/09/10 | TPL | Revised Reply Brief and transmitted to client (1.8); e-mail exchanges regarding Oral Argument (.2). | 2.00 |
| 03/09/10 | JDS | Analyzed and exchanged emails regarding scheduling oral argument with Referee on LPT claims. | 0.40 |
| 03/10/10 | PRW | Reviewed Liquidator's reply brief regarding Phase I issue. | 0.50 |
| 03/10/10 | TPL | Finalized and filed reply brief. | 5.00 |
| 03/10/10 | JDS | Analyzed and revised draft reply brief on LPT claims (1.00); conferred with local counsel T. Law regarding Liquidator's reply brief (.30). | 1.30 |
| 03/11/10 | SS | Reviewed and catalogued case pleadings and correspondence. | 0.20 |
| 03/11/10 | TPL | Arranged oral argument date. | 0.50 |
| 03/11/10 | JDS | Analyzed and exchanged e-mails regarding scheduling date for oral argument to Referee on LPT claims. | 0.30 |
| 03/12/10 | SS | Reviewed and compiled pleadings for P. Walker Bright review in connection with LPT briefing. | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/16/10 | SS | Reviewed and catalogued correspondence and pleadings. | 0.70 |
| 03/16/10 | JDS | Conferred with local counsel T. Law regarding oral argument on LPT claim (.2); analyzed and exchanged emails regarding CIGA responsibility for pending LPT claim (.2). | 0.20 |
| 03/17/10 | PRW | Met with J. Shugrue regarding responding to Liquidator's arguments in its reply brief on Phase I issues. | 0.40 |
| 03/17/10 | JDS | Analyzed issues raised by Liquidator's reply brief on LPT claims (with P. Walker-Bright). | 0.40 |
| 03/23/10 | TPL | Telephone call with J. Shugrue regarding developments related to LPT claim. | 0.10 |
| 03/23/10 | JDS | Telephone conference with local counsel T. Law regarding LPT claim issues. | 0.10 |
| 03/24/10 | SS | Reviewed and catalogued case pleadings and correspondence. | 0.20 |
| 03/31/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |

TOTAL FEES:    $18,818.00

**CURRENT DISBURSEMENTS**

| 03/31/2010 | Telecopy Expense | 5.25 |
|---|---|---|
| 03/31/2010 | Duplicating/Printing/Scanning | 7.20 |
| | Total Disbursements | 12.45 |
| | Fees & Disbursements | $18,830.45 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 4.70 | 535.00 | 2,514.50 |
| PRW | P.R. Walker-Bright | 0.90 | 510.00 | 459.00 |
| TPL | T.P. Law | 34.40 | 445.00 | 15,308.00 |
| SS | S. Somoza | 1.90 | 125.00 | 237.50 |
| MT | M. Todd | 2.30 | 130.00 | 299.00 |
| | | 44.20 | | 18,818.00 |

**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/01/10 | JDS | Analyzed and exchanged emails with client regarding response to insurer inquiries regarding defense and possible settlement of third-party suit. | 0.50 |
| 03/03/10 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 03/04/10 | JDS | Analyzed and exchanged emails with client regarding communications with Tribune's liability insurers regarding developments in underlying third party litigation. | 0.20 |
| 03/05/10 | JDS | Analyzed and exchanged emails with client regarding transmittal of pleadings from underlying third-party suit to Tribune liability insurers. | 0.20 |
| 03/08/10 | LJR | Discussed litigation and insurance coverage issues with J. Shugrue and reviewed materials regarding same. | 0.50 |
| 03/08/10 | JDS | Analyzed letter from insurer counsel J. Bailey (Drinker Biddle) regarding upcoming meeting with insurers regarding third party suit (.30); communications with client regarding response to same (.20); conferred with L. Raines regarding same and regarding upcoming meeting with insurers (.50); analyzed materials from underlying suit in preparation for meeting (.50). | 1.50 |
| 03/09/10 | LJR | Reviewed and analyzed documents related to Neil litigation and drafted response to J. Bailey correspondence. | 3.70 |
| 03/09/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 03/09/10 | SS | Analyzed case files and catalogued correspondence. | 0.70 |
| 03/09/10 | JDS | Telephone conference with client, defense counsel regarding upcoming mediation of third-party suit and meeting with insurers in connection with same (1.); telephone conference with client regarding follow up regarding same (.2); telephone conferences with bankruptcy counsel, client regarding issues related to insurer payment of settlement of third-party suit (.5). | 1.70 |
| 03/10/10 | LJR | Communications with J. Shugrue regarding draft letter to J. Bailey (.2); revised letter per J. Shugrue comments (2.1). | 2.30 |
| 03/10/10 | SS | Reviewed and expanded files and updated file index to reflect new sub folders. | 0.50 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/10/10 | JDS | Telephone conference with client and defense counsel regarding meeting with insurers concerning upcoming mediation of third-party suit (1.00); prepared draft agenda and analyzed background materials regarding insurance claim and underlying litigation in connection with meeting (.90); prepared correspondence to insurer counsel regarding upcoming meeting (.90); telephone conference with insurer's counsel J. Bailey (Drinker Biddle) regarding same (.20); telephone conference with client regarding issues related to insurer payment of settlement of underlying suit (.20). | 3.20 |
| 03/11/10 | JDS | Worked on letter to insurer counsel J. Bailey (Drinker Biddle) regarding upcoming mediation with plaintiffs in underlying suit (.30); telephone conference with defense counsel in connection with upcoming meeting with insurers regarding same (.40). | 0.70 |
| 03/12/10 | SS | Prepared notebooks for J. Shugrue in preparation for meeting with Tribune insurers. | 0.70 |
| 03/12/10 | JDS | Analyzed correspondence with insurers, pleadings and orders from underlying suit, and insurance policies in preparation for 3/15 meeting with insurers regardingmediation of underlying third-party suit and insurance coverage in connection with same (.80); communications with client and bankruptcy counsel regarding insurer funding of settlemetn of third-party action (.50). | 1.30 |
| 03/13/10 | LJR | Reviewed and finalized letter to J. Bailey (Drinker Biddle), cunsel for Axis. | 0.20 |
| 03/15/10 | JDS | Prepared for and participated in meeting of client, defense counsel and insurers regarding status of underlying third-party claims and litigation and upcoming mediation of same (3.5); analyzed and exchanged emails with client regarding issues related to potential insolvency of Kemper group of insurers (.2). | 3.70 |
| 03/15/10 | LMG | Analyzed Kemper offer regarding open claims and corresponded with J. Shugrue regarding factors to determine and evaluate claims or retained loss buy-up. | 1.40 |
| 03/16/10 | JDS | Drafted text regarding insurance coverage for use in connection with mediation of underlying suit (.5); analyzed and exchanged emails with client regarding issues related to possible insolvency of Kemper group of insurers (.3). | 1.00 |
| 03/17/10 | JDS | Prepared for and participated in telephone conferences with client, bankruptcy counsel and liability insurer representative regarding issues related to insurer funding of settlement of third-party suit. | 0.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/18/10 | JDS | Analyzed and exchanged emails with client regarding issues related to possible insolvency of Kemper group insurers. | 0.20 |
| 03/19/10 | JDS | Analyzed insurer reservation of rights letter regarding pending third-party suit. | 0.20 |
| 03/22/10 | JDS | Analyzed issues related to liability insurance coverage for co-defendant in third-party suit and communicated with client regarding same. | 0.60 |
| 03/23/10 | JDS | Analyzed communication from insurer counsel regarding participation in upcoming mediation of underlying suit (.2); exchanged emails with client and defense counsel regarding same (.2). | 0.40 |
| 03/24/10 | JDS | Analyzed and exchanged emails regarding insurer participation in upcoming settlement mediation of underlying third-party suit. | 0.30 |
| 03/25/10 | SS | Reviewed and catalogued case correspondence and revised sub folder index to include new folders. | 0.30 |
| 03/25/10 | JDS | Analyzed and exchanged emails regarding insurer participation in upcoming settlement mediation of third-party litigation. | 0.30 |
| 03/29/10 | JDS | Analyzed and exchanged emails with client and defense counsel regarding insurer participation in upcoming mediation of third-party lawsuit. | 0.20 |
| 03/31/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 03/31/10 | JDS | Analyzed and exchanged emails with defense counsel regarding insurance coverage in connection with mediation of third-party lawsuit. | 0.20 |

TOTAL FEES:    $13,106.50

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 03/31/2010 | Duplicating/Printing/Scanning | 1.20 |
| | Total Disbursements | 1.20 |
| | Fees & Disbursements | $13,107.70 |

April 23, 2010
RE: Insurance Counseling
(503842.00005)

Case 08-13141-BLS    Doc 4225-3    Filed 05/03/10    Page 10 of 15

Invoice: 1988403
Page 7

**Fee Summary: Insurance Counseling**

| ID  | Names        | Hours | Rate   | Amount    |
|-----|--------------|-------|--------|-----------|
| JDS | J.D. Shugrue | 17.00 | 535.00 | 9,095.00  |
| LJR | L.J. Raines  | 6.70  | 430.00 | 2,881.00  |
| LMG | L.M. Geiger  | 1.40  | 495.00 | 693.00    |
| SS  | S. Somoza    | 3.50  | 125.00 | 437.50    |
|     |              | 28.60 |        | 13,106.50 |

**RE:    Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/03/10 | JDS | Telephone conference with counsel for creditors' committee regarding proposed assumption of prior agreements with Marsh (.4); analyzed and exchanged emails with same regarding follow up questions regarding same (.2). | 0.60 |
| 03/10/10 | SS | Reviewed and catalogued correspondence. | 0.20 |
| 03/12/10 | SS | Reviewed and analyzed monthly fees for D. Rosenfield and compiled submission of December and January invoices to Marsh. | 0.30 |
| 03/12/10 | DR | Drafted letter to Marsh's counsel requesting reimbursement for outstanding fees and costs incurred in Reliance matter (1.2); worked with S. Somoza in retrieving and reviewing outstanding fees and costs (.8); corresponded with J. Shugrue regarding summary of same (.4) | 2.40 |
| 03/12/10 | JDS | Conferred with D. Rosenfield regarding preparation of quarterly submissions to Marsh pursuant to parties' prior agreement. | 0.20 |
| 03/15/10 | JDS | Analyzed and commented on draft letter submitting invoices to Marsh pursuant to prior agreement. | 0.20 |
| 03/16/10 | DR | Finalized letter to Marsh requesting reimbursement for Reliance-related invoices and corresponded with Marsh's counsel regarding same. | 0.80 |
| 03/18/10 | JDS | Analyzed and exchanged emails with bankruptcy counsel regarding upcoming hearing on motion to assume prior agreements with Marsh. | 0.20 |
| 03/19/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 03/22/10 | JDS | Analyzed and exchanged emails with bankruptcy counsel regarding hearing on motion to assume Marsh agreements. | 0.30 |
| 03/23/10 | JDS | Prepared for and participated (telephonically) in bankruptcy court hearing on motion to assume Marsh agreements (.4); follow up emails to Marsh counsel regarding results of same (.1). | 0.50 |
| 03/30/10 | DR | Corresponded with D. Walker regarding reimbursement requests made to date for Reliance-incurred fees. | 0.40 |
| 03/31/10 | DR | Corresponded with D. Walker regarding recently submitted attorney reimbursement requests for Reliance matter. | 0.40 |
|  |  | TOTAL FEES: | $2,397.50 |

## CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 03/31/2010 | Duplicating/Printing/Scanning | 0.20 |
| 03/31/2010 | Courier Service - Outside | 38.72 |
| | Total Disbursements | 38.92 |
| | Fees & Disbursements | $2,436.42 |

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 2.00 | 535.00 | 1,070.00 |
| DR | D. Rosenfield | 4.00 | 310.00 | 1,240.00 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
| | | 6.70 | | 2,397.50 |

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/02/10 | LL | Revisions to RS's 12th Monthly Fee Application (.6); e-mail correspondence regarding same (.1). | 0.70 |
| 03/04/10 | SS | Reviewed and catalogued correspondence. | 0.20 |
| 03/05/10 | JDS | Prepared narrative descriptions for 12th monthly fee application submission. | 0.50 |
| 03/08/10 | LL | E-mail correspondence regarding fee applications (.2); revisions to same (2.8). | 3.00 |
| 03/08/10 | JDS | Edited matter narratives for 12th monthly fee application. | 0.20 |
| 03/09/10 | LL | Conferred with C. Falgowski regarding RS's 12th Monthly Fee Application (.1); review same (.2); e-file and service of same (.8). | 1.10 |
| 03/09/10 | JCF | Reviewed 12th Monthly Fee Application. | 0.20 |
| 03/10/10 | SS | Reviewed and catalogued correspondence. | 0.10 |
| 03/18/10 | LL | E-mail correspondence regarding fee hearing. | 0.20 |
| 03/24/10 | LL | Drafted RS's 13th Monthly Fee Application. | 0.80 |
| 03/24/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 03/25/10 | LL | Revisions to RS's 13th Monthly Fee Application (.5); e-mail correspondence regarding same (.3). | 0.80 |
| 03/30/10 | LL | E-mail correspondence regarding RS's 13th Monthly. | 0.10 |
| 03/31/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |

TOTAL FEES:                $1,587.00

**CURRENT DISBURSEMENTS**

| 03/31/2010 | PACER | 2.48 |
|---|---|---|
| 03/31/2010 | Courier Service - Outside | 60.00 |
| 03/31/2010 | Outside Duplicating | 89.85 |
| | Total Disbursements | 152.33 |
| | Fees & Disbursements | $1,739.33 |

**Fee Summary: Fee Applications**

| ID  | Names          | Hours | Rate   | Amount   |
|-----|----------------|-------|--------|----------|
| JDS | J.D. Shugrue   | 0.70  | 535.00 | 374.50   |
| JCF | J.C. Falgowski | 0.20  | 390.00 | 78.00    |
| SS  | S. Somoza      | 0.50  | 125.00 | 62.50    |
| LL  | L. Lankford    | 6.70  | 160.00 | 1,072.00 |
|     |                | 8.10  |        | 1,587.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1988403
Invoice Date: April 23, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through March 31, 2010

|       |                                      | Current Fees | Current Costs | Total for Matter |
|-------|--------------------------------------|--------------|---------------|------------------|
| RE:   | Reliance/Times Mirror  503842.00004  | $18,818.00   | $12.45        | $18,830.45       |
| RE:   | Insurance Counseling  503842.00005   | $13,106.50   | $1.20         | $13,107.70       |
| RE:   | Marsh  503842.00008                  | $2,397.50    | $38.92        | $2,436.42        |
| RE:   | Fee Applications  503842.00009       | $1,587.00    | $152.33       | $1,739.33        |
|       | **Current Invoice Total:**           | **$35,909.00** | **$204.90** | **$36,113.90**   |

**INVOICE IS PAYABLE UPON RECEIPT**