# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $13.85 |
| Courier Service | | $98.72 |
| Documentation | PACER | $2.48 |
| Outside-Duplicating | IKON | $89.85 |
| **TOTAL** | | **$204.90** |

US_ACTIVE-103539531.1-JCFALGOW

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/16/10 | SS | Reviewed and catalogued correspondence and pleadings. | 0.70 |
| 03/16/10 | JDS | Conferred with local counsel T. Law regarding oral argument on LPT claim (.2); analyzed and exchanged emails regarding CIGA responsibility for pending LPT claim (.2). | 0.20 |
| 03/17/10 | PRW | Met with J. Shugrue regarding responding to Liquidator's arguments in its reply brief on Phase I issues. | 0.40 |
| 03/17/10 | JDS | Analyzed issues raised by Liquidator's reply brief on LPT claims (with P. Walker-Bright). | 0.40 |
| 03/23/10 | TPL | Telephone call with J. Shugrue regarding developments related to LPT claim. | 0.10 |
| 03/23/10 | JDS | Telephone conference with local counsel T. Law regarding LPT claim issues. | 0.10 |
| 03/24/10 | SS | Reviewed and catalogued case pleadings and correspondence. | 0.20 |
| 03/31/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |

TOTAL FEES:    $18,818.00

### CURRENT DISBURSEMENTS

| 03/31/2010 | Telecopy Expense | | 5.25 |
|---|---|---|---|
| 03/31/2010 | Duplicating/Printing/Scanning | | 7.20 |
| | | Total Disbursements | 12.45 |
| | | Fees & Disbursements | $18,830.45 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 4.70 | 535.00 | 2,514.50 |
| PRW | P.R. Walker-Bright | 0.90 | 510.00 | 459.00 |
| TPL | T.P. Law | 34.40 | 445.00 | 15,308.00 |
| SS | S. Somoza | 1.90 | 125.00 | 237.50 |
| MT | M. Todd | 2.30 | 130.00 | 299.00 |
| | | 44.20 | | 18,818.00 |

April 23, 2010
RE: Insurance Counseling
(503842.00005)

Case 08-13141-BLS   Doc 4225-4   Filed 05/03/10   Page 4 of 6

Invoice: 1988403
Page 6

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/18/10 | JDS | Analyzed and exchanged emails with client regarding issues related to possible insolvency of Kemper group insurers. | 0.20 |
| 03/19/10 | JDS | Analyzed insurer reservation of rights letter regarding pending third-party suit. | 0.20 |
| 03/22/10 | JDS | Analyzed issues related to liability insurance coverage for co-defendant in third-party suit and communicated with client regarding same. | 0.60 |
| 03/23/10 | JDS | Analyzed communication from insurer counsel regarding participation in upcoming mediation of underlying suit (.2); exchanged emails with client and defense counsel regarding same (.2). | 0.40 |
| 03/24/10 | JDS | Analyzed and exchanged emails regarding insurer participation in upcoming settlement mediation of underlying third-party suit. | 0.30 |
| 03/25/10 | SS | Reviewed and catalogued case correspondence and revised sub folder index to include new folders. | 0.30 |
| 03/25/10 | JDS | Analyzed and exchanged emails regarding insurer participation in upcoming settlement mediation of third-party litigation. | 0.30 |
| 03/29/10 | JDS | Analyzed and exchanged emails with client and defense counsel regarding insurer participation in upcoming mediation of third-party lawsuit. | 0.20 |
| 03/31/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 03/31/10 | JDS | Analyzed and exchanged emails with defense counsel regarding insurance coverage in connection with mediation of third-party lawsuit. | 0.20 |

TOTAL FEES: $13,106.50

**CURRENT DISBURSEMENTS**

| 03/31/2010 | Duplicating/Printing/Scanning | 1.20 |
|---|---|---|
| | Total Disbursements | 1.20 |
| | Fees & Disbursements | $13,107.70 |

**CURRENT DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 03/31/2010 | Duplicating/Printing/Scanning | 0.20 |
| 03/31/2010 | Courier Service - Outside | 38.72 |
| | Total Disbursements | 38.92 |
| | Fees & Disbursements | $2,436.42 |

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.00 | 535.00 | 1,070.00 |
| DR | D. Rosenfield | 4.00 | 310.00 | 1,240.00 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
| | | 6.70 | | 2,397.50 |

**RE:　Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/02/10 | LL | Revisions to RS's 12th Monthly Fee Application (.6); e-mail correspondence regarding same (.1). | 0.70 |
| 03/04/10 | SS | Reviewed and catalogued correspondence. | 0.20 |
| 03/05/10 | JDS | Prepared narrative descriptions for 12th monthly fee application submission. | 0.50 |
| 03/08/10 | LL | E-mail correspondence regarding fee applications (.2); revisions to same (2.8). | 3.00 |
| 03/08/10 | JDS | Edited matter narratives for 12th monthly fee application. | 0.20 |
| 03/09/10 | LL | Conferred with C. Falgowski regarding RS's 12th Monthly Fee Application (.1); review same (.2); e-file and service of same (.8). | 1.10 |
| 03/09/10 | JCF | Reviewed 12th Monthly Fee Application. | 0.20 |
| 03/10/10 | SS | Reviewed and catalogued correspondence. | 0.10 |
| 03/18/10 | LL | E-mail correspondence regarding fee hearing. | 0.20 |
| 03/24/10 | LL | Drafted RS's 13th Monthly Fee Application. | 0.80 |
| 03/24/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 03/25/10 | LL | Revisions to RS's 13th Monthly Fee Application (.5); e-mail correspondence regarding same (.3). | 0.80 |
| 03/30/10 | LL | E-mail correspondence regarding RS's 13th Monthly. | 0.10 |
| 03/31/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |

　　　　　　　　　　　　　TOTAL FEES:　　　　　　$1,587.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 03/31/2010 | PACER | 2.48 |
| 03/31/2010 | Courier Service - Outside | 60.00 |
| 03/31/2010 | Outside Duplicating | 89.85 |
| | Total Disbursements | 152.33 |
| | Fees & Disbursements | $1,739.33 |