IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.: 08-13141(KJC) |
| | Jointly Administered |
| Debtors. | Objection Deadline: May 11, 2010 at 4:00 p.m. (EDT)<br>Hearing Date: May 18, 2010 at 1:00 p.m. (EDT) |

## CERTIFICATE OF SERVICE

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 5th day of May, 2010, I electronically filed and served the **Response by New York State Department of Taxation and Finance to Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007(1)** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via regular first class mail the following:

**Sidley Austin, LLP**　　　　　　　　**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
**One South Dearborn Street**　　　　**500 Delaware Avenue, Suite 1410**
**Chicago, Illinois 60603**　　　　　　**Wilmington, DE 19801**

Executed on May 5, 2010

　　　　　　　　　　　　　　　　　　/s/Norman P. Fivel
　　　　　　　　　　　　　　　　　　Norman P. Fivel

"Printed on Recycled Paper"