MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITORS
SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Case No. 08-13141 KJC |
| | ) |
| TRIBUNE COMPANY, et al. | ) Chapter 11 |
| | ) |
| Debtor. | ) **ERROR OF WITHDRAWAL OF CLAIM IN ERROR FILED NOVEMBER 29, 2009 BY SAN BERNARDINO COUNTY TAX COLLECTOR, A CALIFORNIA TAXING AUTHORITY AND REINSTATEMENT OF CLAIM** |

(NO HEARING REQUIRED)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of San Bernardino, California, A California Taxing Authority, hereby submits it Error of Withdrawal of Claim previously filed on November 19, 2009. This Withdrawal of Claim was prepared in error based on inaccurate information provided by Tribune Co. Tribune Co. requested that the County of San Bernardino, A California Taxing Authority, withdraw its claim against the Daily Press, incorrectly advising the County that this debtor was not affiliated with the above-entitled bankruptcy case. The Daily Press is an affiliated debtor whose case is being jointly

1 | administered with the above referenced Chapter 11 proceeding.
2 |     This claim in the amount of $88,306.87 is now reinstated.
3 |
4 | Dated: May 5, 2010                ROMERO LAW FIRM
5 |
6 |                                   By /s/ Martha E. Romero
  |                                   MARTHA E. ROMERO
7 |                                   Attorneys for SECURED CREDITOR
  |                                   COUNTY OF SAN BERNARDINO, CA
8 |                                   A CALIFORNIA TAXING AUTHORITY