MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITORS
SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Case No. 08-13141 KJC |
| | ) |
| TRIBUNE COMPANY, et al. | ) Chapter 11 |
| | ) |
| Debtor. | ) **CERTIFICATE OF SERVICE TO ERROR OF WITHDRAWAL OF CLAIM IN ERROR FILED NOVEMBER 29, 2009 BY SAN BERNARDINO COUNTY TAX COLLECTOR, A CALIFORNIA TAXING AUTHORITY AND REINSTATEMENT OF CLAIM** |

(NO HEARING REQUIRED)

TO THE HONORABLE KEVIN J. CAREY AND TO ALL PARTIES OF INTEREST:

   I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail on this 5th day of May 2010.


Dated: May 5, 2010              ROMERO LAW FIRM


                                By /s/ Martha E. Romero
                                MARTHA E. ROMERO
                                Attorneys for SECURED CREDITOR
                                COUNTY OF SAN BERNARDINO, CA
                                A CALIFORNIA TAXING AUTHORITY

1

1
2
3 **SERVICE LIST**
4 Norman L. Pernick
  Cole, Schotz, Meisel, Forman &
5 Leonard,
  500 Delaware Avenue,
6 Suite 1410
  Wilmington, DE 19801
7
8 U.S. Trustee
  United States Trustee
9 844 King Street, Room 2207
  Lockbox #35
10 Wilmington, DE 19899-0035
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28