# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 3/9/2010 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Update call with Gary Weitman re: filing plan of reorg .25 |
| 3/17/2010 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Update call with Gary Weitman re: filing plan of reorg .25 |
| 3/22/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Catch-up call with Gary Weitman re: status of filing plan of reorg prior to March 31 |
| | | **MARCH 2010 TOTAL** | **1** | **$ 700.00** | |