United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| THE HARTFORD COURANT COMPANY | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-13211 |
| Debtor | } **Amount $4,000.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**KIM ROSEN ILLUSTRATION**
**7 KARY ST**
**NORTHAMPTON, MA 01060**

The transfer of your claim as shown above in the amount of **$4,000.00** has been
transferred to:

>       Liquidity Solutions Inc
>       One University Plaza
>       Suite 312
>       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

>       By/s/JEFFREY CARESS
>       Liquidity Solutions Inc
>       (201) 968-0001

3102504

# TRANSFER NOTICE

KIM ROSEN ILLUSTRATION ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against THE HARTFORD COURANT COMPANY (the "Debtor"), in the aggregate amount of $4,000.00, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-13141.

IN WITNESS WHEREOF, Assignor has signed below as of the _22_ day of _APRIL_ , 2010

**KIM ROSEN ILLUSTRATION**

_Kim Rosen_
(Signature)

_KIM ROSEN ILLUSTRATIONS_
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_[signature]_
(Signature)

_JEFFREY L. CARESS, AUTHORIZED SIGNATORY_
(Print Name and Title)

3102504