# United States Bankruptcy Court

### District of Delaware

In re:   **Tribune Company et al**
         **Case Number 08-13141**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Corre Opportunities Fund, L.P.** | **Microwave Radio Communications** |

| Name and Address where notices to transferee should be sent: | Court Record Address of Transferor (Court Use Only) |
|---|---|
| **Corre Opportunities Fund, L.P.**<br>**1370 Avenue of the Americas, 29th Floor**<br>**New York, NY  10019**<br>**Attn: Claims Processing (Bankruptcy)** | |

Phone:
917.322.6417

Last Four Digits of Account #:_____    Last Four Digits of Account #:_____

| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br>**Microwave Radio Communications**<br>**PO Box 845401**<br><br>**Boston, MA  02284-5401**<br>**USA** |
|---|---|
| Phone: *Same as Above* | Claim Amount: **$100,102.68**<br>Phone: |

Last Four Digits of Account #:_____    Last Four Digits of Account #:_____

Court Claim # (if known):   **2775**
Date Claim Filed:           **05/14/2009**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  __/s/David P. Tonner__                               Date:          **05/07/2010**
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                                    **CLERK OF THE COURT**