## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. Nos. 3714, 3715, 3724, 3725,** |
| | ) | **3894, 3913 & 4120** |
| | ) | |
| | ) | |

### NOTICE OF ADJOURNMENT OF HEARING WITH RESPECT TO MOTION OF JPMORGAN CHASE BANK, N.A. FOR SANCTIONS AGAINST WILMINGTON TRUST COMPANY FOR IMPROPER DISCLOSURE OF CONFIDENTIAL INFORMATION IN VIOLATION OF COURT ORDER

**PLEASE TAKE NOTICE** that on March 11, 2010 JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc. (collectively "JPMorgan") filed a Motion for Sanctions Against Wilmington Trust Company For Improper Disclosure of Confidential Information in Violation of Court Order (the "Motion for Sanctions") [D.I. No. 3715] and an accompanying Motion to File Under Seal [D.I. No. 3714].

**PLEASE TAKE FURTHER NOTICE** that on March 12, 2010, Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively "Merrill Lynch") filed a Joinder to the Motion for Sanctions [D.I. No. 3724] and an accompanying Motion to File Under Seal [D.I. No. 3725].

**PLEASE TAKE FURTHER NOTICE** that the Court held a status conference on the Motion for Sanctions on April 13, 2010 at 1:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order [D.I. No. 3913] the hearing with respect to the Motion for Sanctions is scheduled for May 18, 2010 at 1:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's April 20, 2010 Agreed Order Directing The Appointment of An Examiner [D.I. No. 4120], "the Examiner shall . . . (iii) evaluate the assertions and defenses made by certain of the Parties in connection with the Motion of JPMorgan Chase Bank, N.A. for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order . . .".

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion for Sanctions is hereby adjourned to a date to-be-determined. The hearing on the Motion for Sanctions will be rescheduled to a date convenient for the Court after the issuance of the Examiner report concerning the Motion for Sanctions. On May 5 and 6, 2010, counsel to JPMorgan notified counsel to Wilmington Trust and Merrill Lynch of this adjournment.

Dated: May 7, 2010
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Michael J. Joyce (No. 4563)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200
(302) 777-4224 (facsimile)
csimon@crosslaw.com
mjoyce@crosslaw.com

-and-

DAVIS POLK & WARDWELL LLP
Dennis E. Glazer, Esq.
Karen E. Wagner, Esq.
Sharon Katz, Esq.
Michael J. Russano, Esq.
450 Lexington Avenue
New York, New York 10022
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A. and JPMorgan Securities Inc.*