## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on this 7th day of May, 2010, I caused

copies of the *Notice of Adjournment of Hearing With Respect to Motion of JPMorgan*

*Chase Bank, N.A. For Sanctions Against Wilmington Trust Company for Improper*

*Disclosure of Confidential Information in Violation of Court Order* to be served on

the parties on the attached service list in the manner indicated.

_____

Michael J. Joyce (No. 4563)

## SERVICE LIST

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
Raymond Lemisch, Esq.
Jennifer R. Hoover, Esq.
BENESCH, FRIEDLANDER,
COPLAN
& ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
rstark@brownrudnick.com
msiegel@brownrudnick.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
William M. Dolan III, Esq.
BROWN RUDNICK LLP
121 South Main Street
Providence, RI 02903
wdolan@brownrudnick.com

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
Laurie Selber Silverstein, Esq.
R. Stephen McNeill, Esq.
POTTER ANDERSON & CORROON
LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
lsilverstein@potteranderson.com
rmcneill@potteranderson.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
mprimoff@kayescholer.com
jparver@kayescholer.com
jdrayton@kayescholer.com

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
J. Kate Stickles, Esquire
Norman L. Pernick, Esquire
Patrick J. Reilley, Esquire
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com
bankruptcy@coleschotz.com
preilley@coleschotz.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Bryan Krakauer, Esquire
James F. Conlan, Esquire
Kevin Lantry, Esquire
SIDLEY, AUSTIN, BROWN &
WOOD LLP
One S. Dearborn Street
Chicago, IL 60603
bkrakauer@sidley.com
jconlan@sidley.com
klantry@sidley.com

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
Adam G Landis, Esquire
Matthew B McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Howard Seife, Esquire
David M Lemay, Esquire
Douglas E. Deutsch, Esquire
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
Thomas G. Macauley, Esquire
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
Wilmington, DE 19899
tmacauley@zuckerman.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Graeme W. Bush, Esquire
Andrew N. Goldfarb, Esquire
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5807
gbush@zuckerman.com
agoldfarb@zuckerman.com

**BY ELECTRONIC MAIL**
Kenneth N. Klee, Esquire
Klee, Tuchin, Bogdanoff & Stern, LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049
klee@ktbslaw.com

**BY OVERNIGHT MAIL**
**& ELECTRONIC MAIL**
Lee R. Bogdanoff, Esquire
Martin R. Barash, Esquire
Klee, Tuchin, Bogdanoff & Stern, LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049
lbogdanoff@ktbslaw.com
mbarash@ktbslaw.com