# IN THE UNITED BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear in the above-captioned cases as counsel for Wells Fargo Bank, N.A., as successor administrative agent for the lenders under the Bridge Facility.  Pursuant to Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned request that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

| | |
|---|---|
| Jeffrey M. Schlerf, Esquire<br>John H. Strock, Esquire<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 North Market Street, Suite 1600<br>Wilmington, Delaware 19801<br>Telephone:  (302) 654-7444<br>Facsimile:  (302) 656-8920<br>jschlerf@foxrothschild.com<br>jstrock@foxrothschild.com | Thomas E Lauria, Esquire<br>Gerard H. Uzzi, Esquire<br>Scott Greissman, Esquire<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Telephone:  (212) 819-8200<br>Facsimile:  (212) 354-8113<br>tlauria@whitecase.com<br>guzzi@whitecase.com<br>sgreissman@whitecase.com |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: May 6, 2010

FOX ROTHSCHILD LLP

By: /s/ *Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 622-4212
Facsimile: (302) 656-8920

-and-

Thomas E Lauria, Esquire
Gerard H. Uzzi, Esquire
Scott Greissman, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Attorneys for Wells Fargo Bank, N.A., as successor administrative agent

WM1A 953051v1 05/06/10