**EXHIBIT B**

*Revised 4/09/10

REGION 3 EMPLOYEES

PHILADELPHIA, PA

| | |
|---|---|
| DeANGELIS, ROBERTA | ACTING UNITED STATES TRUSTEE |
| BAKER, FREDERIC J. | SENIOR ASSISTANT U.S. TRUSTEE |
| ADAMS, DAVE P. | TRIAL ATTORNEY |
| BOOKMAN, JEFFREY | BANKRUPTCY ANALYST |
| BORGESI, MARIA N. | PARALEGAL SPECIALIST |
| CALLAHAN, KEVIN P. | TRIAL ATTORNEY |
| CLAUSEN, JOANNE | SECRETARY, OA |
| CONWAY, GEORGE | TRIAL ATTORNEY |
| COSTA, LISA | FILE CLERK |
| DUGAN, DIANNE | ADMINISTRATIVE OFFICER |
| FORBES, SANDRA | FINANCIAL ANALYST |
| LAMBE, JAMES B. | PARALEGAL SPECIALIST |
| LEWIS, JANET C. | BANKRUPTCY ANALYST |
| MACK, THERESA | LEGAL CLERK |
| MILLER, NANCY J. | LEGAL CLERK |
| RECCHIUTI, JO ANN | PARALEGAL SPECIALIST |
| ROSEBORO, DEBORAH L. | LEGAL DATA TECHNICIAN |
| WARD, HUGH J. | BANKRUPTCY ANALYST |

WILMINGTON, DELAWARE

| | |
|---|---|
| HARRINGTON, WILLIAM | ASSISTANT U.S. TRUSTEE |
| ANEMONE, BONNIE A. | PARALEGAL SPECIALIST |
| BUCHBINDER, DAVID | TRIAL ATTORNEY |
| GIORDANO, DIANE | BANKRUPTCY ANALYST |
| GREEN, CHRISTINE | PARALEGAL SPECIALIST |
| HECK, JEFFREY | BANKRUPTCY ANALYST |
| KENNEY, MARK S. | TRIAL ATTORNEY |
| KLAUDER, DAVID | TRIAL ATTORNEY |
| LEAMY, JANE | TRIAL ATTORNEY |
| MCMAHON, JOSEPH J. | TRIAL ATTORNEY |
| O'MALLEY, JAMES R. | BANKRUPTCY ANALYST |
| O'NEAL, LAUREN | OFFICE AUTOMATION ASSISTANT |
| PANACIO, MICHAEL | BANKRUPTCY ANALYST |
| SCHEPACARTER, RICHARD | TRIAL ATTORNEY |
| STARR KAREN | BANKRUPTCY ANALYST |
| TINKER, T. PATRICK | TRIAL ATTORNEY |
| VINSON, RAMONA | PARALEGAL SPECIALIST |
| WEIGNER, KIMBERLY | VOLUNTEER LAW STUDENT |
| WEST, MICHAEL | BANKRUPTCY ANALYST |
| WILLIAMS, SHAKIMA | PARALEGAL SPECIALIST |
| WYNN, DION | PARALEGAL SPECIALIST |

PITTSBURGH, PA

| | |
|---|---|
| SISCA, JOSEPH S. | ASSISTANT U.S. TRUSTEE |
| ALBRIGHT, STEVEN | BANKRUPTCY ANALYST |
| BERRY, DAVID | BANKRUPTCY ANALYST |
| BRIGGS, JODY | PARALEGAL SPECIALIST |
| CETNAROWSKI, ANDREW FELIX | BANKRUPTCY ANALYST |
| FORNARI, JOSEPH M., JR. | TRIAL ATTORNEY |
| GEYER, LISA | PARALEGAL SPECIALIST |
| GIGLIOTTI, MADELINE | LEGAL CLERK |
| HILDENBRAND, NORMA | TRIAL ATTORNEY |
| MILKO, DAVID | PARALEGAL SPECIALIST |
| MORRIS, LINDA | LEGAL CLERK |
| NICHOLS, KATHLEEN | PARALEGAL SPECIALIST |
| ROBB, KATHLEEN L. | TRIAL ATTORNEY |
| SCHWARTZMIER, CHERILYNN | SECRETARY |
| SIRKO, SHARON | LEGAL CLERK |
| SMITH, JENNIFER M. | BANKRUPTCY ANALYST |
| SPRAGUE, HEATHER | TRIAL ATTORNEY |

NEWARK, NJ

| | |
|---|---|
| HILDEBRANDT, MARTHA | ASSISTANT U.S. TRUSTEE |
| APONTE, MICHAEL | PARALEGAL SPECIALIST |
| ARDELEAN, KIRSTEN K. | BANKRUPTCY ANALYST |
| ARENDAS, FRANCYNE D. | BANKRUPTCY ANALYST |
| ARTIS, MICHAEL | TRIAL ATTORNEY |
| D'AURIA, PETER | TRIAL ATTORNEY |
| GASKIN, JUANITA | LEGAL CLERK |
| GILES, ROSEMARIE | LEGAL CLERK |
| GREEN, TIA | LEGAL CLERK |
| HAUSMAN, MITCHELL B. | TRIAL ATTORNEY |
| HSU SHINING | TRIAL ATTORNEY |
| KERN, JOSEPH C. | BANKRUPTCY ANALYST |
| KRANTZ, PATRICIA | LEGAL CLERK |
| KROPIEWNICKI, DANIEL C. | BANKRUPTCY ANALYST |
| LOGAN, LINDA | REGIONAL BANKRUPTCY ANALYST |
| MACMASTER, DONALD | TRIAL ATTORNEY |
| MORALES, IVETTE | SECRETARY, OA |
| NAUGHTON, BRENDA J. | PARALEGAL SPECIALIST |
| OPPELT, TINA | PARALEGAL SPECIALIST |
| ROSA, CARMINA | LEGAL DATA TECHNICIAN |
| SCHNEIDER, ROBERT J. | TRIAL ATTORNEY |
| SNYDER, JESSICA L. | PARALEGAL SPECIALIST |
| SPONDER, JEFFREY | TRIAL ATTORNEY |
| STEELE, FRAN B. | TRIAL ATTORNEY |
| STIVES, JAMES | PARALEGAL SPECIALIST |
| SUPPA, MARIA | SR. PARALEGAL SPECIALIST |
| ZIEMER, WILLIAM | BANKRUPTCY ANALYST |

HARRISBURG, PA

| | |
|---|---|
| FIORENZA, ANNE | ASSISTANT U.S. TRUSTEE |
| BENDER, DARREL W. | SENIOR BANKRUPTCY ANALYST |
| FARLEY, JAMES | BANKRUPTCY ANALYST |
| GISH, BRENDA | PARALEGAL SPECIALIST |
| LYONS, GREGORY | TRIAL ATTORNEY |
| PAUL, WENDY S. | PARALEGAL SPECIALIST |
| PLESIC, REBECCA | PARALEGAL SPECIALIST |
| SCHILLER, GREGORY | TRIAL ATTORNEY |
| SUTTON, KIMBERLY | SECRETARY |
| VOYTEK, MELISSA | LEGAL CLERK |