IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |

## FIFTH AMENDED JOINT VERIFIED STATEMENT OF REPRESENTATION OF MORE THAN ONE CREDITOR BY HENNIGAN BENNETT & DORMAN LLP AND YOUNG CONAWAY STARGATT & TAYLOR, LLP

James O. Johnston, on behalf of Hennigan Bennett & Dorman LLP ("HBD"), and Robert S. Brady, on behalf of Young, Conaway, Stargatt & Taylor, LLP ("YCST"), as legal counsel and proposed legal counsel, respectively, for more than one creditor in these jointly-administered chapter 11 cases, hereby file their Fifth Amended Joint Verified Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and state:

1. On December 8, 2008, Tribune Company ("Tribune") and certain of its subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. On November 20, 2009, HBD and YCST filed their *Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 2600]. On December 14, 2009, HBD and YCST filed their *First Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 2852]. On February 11, 2010, HBD and YCST filed their *Second Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 3370]. On April 2, 2010, HBD and

YCST filed their *Third Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 3927]. On April 12, 2010, HBD and YCST filed their *Fourth Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 3998].

3. HBD and YCST represent a number of individual creditors in connection with holdings of indebtedness governed by the Credit Agreement, dated as of May 17, 2007 (as amended, the "Credit Agreement"), by and among Tribune, each lender from time to time party thereto, and certain financial institutions as administrative agent, syndication agent, co-documentation agents, and joint lead arrangers and joint bookrunners.

4. The names and addresses of the creditors currently represented by HBD and YCST (collectively, the "Lenders") are identified on Exhibit A, attached hereto. The aggregate principal amount of claims held by the Lenders against the Debtors currently totals approximately $2.6 billion.

5. HBD and YCST do not represent the Lenders as a committee and do not undertake to represent the interests of any creditor, party in interest, or other entity that has not signed a retention agreement with HBD and YCST.

6. HBD's representation of the Lenders commenced as of October 13, 2009. HBD subsequently contacted YCST and requested that it serve as Delaware counsel with respect to the matter. YCST's representation of the Lenders commenced as of November 9, 2009.

7. Neither HBD nor YCST hold any prepetition claim or interest against the Debtors.

I, M. Blake Cleary, on behalf of YCST, certify under penalty of perjury that the foregoing statement is true and correct and to the best of my knowledge and belief.

Dated: May 10, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

*Counsel to the Lenders*

I, James O. Johnston, on behalf of HBD, certify under penalty of perjury that the foregoing statement is true and correct and to the best of my knowledge and belief.

Dated: May 10, 2010

HENNIGAN, BENNETT & DORMAN LLP

_____
Bruce Bennett
James O. Johnston
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

*Counsel to the Lenders*

YCST01:9630701.1                                                                                                            068968.1001

# EXHIBIT A

| Lender | Address |
|---|---|
| Brownstone Asset Management, L.P. | 100 Park Avenue, 32nd Floor<br>New York, NY 10017 |
| CFIP Master Fund, Ltd. | c/o Chicago Fundamental Investment Partners, LLC<br>71 South Wacker Drive<br>Chicago, IL 60606-4610 |
| Contrarian Funds LLC | 411 West Putnam Avenue<br>Suite 225<br>Greenwich, CT 06830 |
| CVI GVF (Lux) Master S.a.r.l. | c/o CarVal Investors, LLC<br>12700 Whitewater Dr.<br>Minnetonka, MN 55343-9439 |
| Franklin Floating Rate Master Series<br>Franklin Floating Rate Daily Access Fund<br>Franklin Templeton Series II Funds – Franklin Floating Rate II Fund<br>Blue Shield of California<br>FT Opportunistic Distressed Funds Ltd.<br>Franklin Strategic Series – Franklin Strategic Income Fund<br>Templeton Global Investment Trust – Templeton Income Fund<br>Franklin Strategic Income Fund (Canada)<br>Franklin Templeton Variable Insurance Products Trust – Franklin Strategic Income Securities Fund<br>Franklin Total Return Fund | One Franklin Parkway<br>San Mateo, CA  94403 |
| Goldman Sachs Loan Partners | 1 New York Plaza, 49th Floor<br>New York, NY 10004 |
| Greywolf Capital Partners II LP<br>Greywolf Capital Overseas Master Fund<br>Greywolf CLO I Ltd | 4 Manhattanville Road, Suite 201<br>Purchase, NY 10577 |
| Knighthead Master Fund, L.P.<br>LMA SPC for and on behalf of MAP84 Segregated Portfolio | 623 Fifth Avenue, 29th Floor<br>New York, NY 10022 |

-1-

-2-

| Lender | Address |
|---|---|
| Latigo Master Fund Ltd.<br>LP MA1, Ltd.<br>SEG LP MA2, L.P.<br>SEG Latigo Master Fund Ltd. | 590 Madison Ave<br>New York, NY 10022 |
| Luxor Capital Group, LP | 767 5th Ave. 19th Floor<br>New York, NY 10153 |
| Marathon Asset Management, LP, on behalf of certain entities in its capacity as Investment Manager | One Bryant Park 38th floor<br>New York, NY, 10036 |
| Newstart Factors, Inc. | 2 Stamford Plaza, Suite 1501<br>281 Tresser Boulevard<br>Stamford, CT 06901 |
| Oaktree Capital Management, L.P., and its affiliates as general partner or investment manager of certain funds and accounts | 333 S. Grand Avenue, 28th Floor<br>Los Angeles, CA 90071 |
| Onex Credit Partners on behalf of its advisory clients, including Onex Debt Opportunities Fund, Ltd., and OCP Investment Trust | 910 Sylvan Avenue, Suite 100<br>Englewood Cliffs, NJ 07632 |
| Special Situations Investing Group, Inc. | 200 West Street, 26th Floor<br>New York, NY 10282 |
| Taconic Market Dislocation Fund II LP<br>Taconic Market Dislocation Master Fund II LP<br>Taconic Capital Partners 1.5 LP<br>Taconic Opportunity Fund LP | 450 Park Avenue, 9th Floor<br>New York, NY 10022 |
| Thracia LLC | 1350 Avenue of the Americas 21st Floor<br>New York, NY 10019 |
| Värde Investment Partners, L.P. | 8500 Normandale Lake Blvd.<br>Suite 1500<br>Minneapolis, MN 55437 |
| Waterstone Market Neutral Master Fund, Ltd<br>Waterstone Market Neutral Mac51 Fund, Ltd | 2 Carlson Parkway, Suite 260<br>Minneapolis, MN 55447 |
| York Capital Management, L.P. | 767 Fifth Avenue 17th Floor<br>New York, NY 10153 |