IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF SCOTT GREISSMAN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Scott Greissman to represent Wells Fargo Bank, N.A., as successor administrative agent for the lenders under the Bridge Facility in the above-captioned chapter 11 cases.

Dated: May 10, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

WM1A 953456v1 05/10/10

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the States of Florida and New York, and admitted to practice before the United States District Court for the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

By: *[signature]*
Scott Greissman
WHITE & CASE LLP
1155 Avenue of the America
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: May ___, 2010
Wilmington, Delaware                    _____
                                         UNITED STATES BANKRUPTCY JUDGE