# NOTICE OF CLAIMS PURCHASE AGREEMENT

TAPE COMPANY, a(n) _ILLINOIS_ (State of Incorporation), _PARTNERSHIP_ (EntityType), its successors and assigns ("Seller" for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionall sell and transfer unto **Blue Heron Micro Opportunities Fund LP**, a Delaware Limited Liability Partnership, its successors and assigns ("Buyer' all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$1,141.50** (proof of claim amount, defined as the "Claim' against **Tribune Company et al** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **District of Delaware**, or an other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **08-13141** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may b entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the ___28TH___ day of __APRIL__, 2010.

_TAPE COMPANY_
(Company Name)

Witness: _____
(Signature)

Deborah J. Serum
(Print Name and Title of Witness)
ACCOUNTING MANAGER

(Signature of Corporate Officer)

JEFFREY L. PRIPUSICH
CORPORATE CREDIT MANAGER
(Print Name and Title of Corporate Officer)

**Blue Heron Micro Opportunities Fund LP**

Witness: _____
(Signature)

_____
(Blue Heron Micro Opportunities Fund LP)

**Exhibit "A"**

4 of 5