B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: Tribune Company, et al., Jointly Administered,          Case No. 08-13141

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Creditor Liquidity, LP                          AUDIOLOGY & PATHOLOGY INC

Name of Transferee                              Name of Transferor

Name and Address where notices to transferee   Name and Address where notices to transferor
should be sent:                                 should be sent:

Creditor Liquidity, LP                          AUDIOLOGY & PATHOLOGY INC
200 Business Park Drive, Suite 200              3540 FOREST HILL BLVD
Armonk, New York 10504                          WEST PALM BEACH, FL 33406-5878
Phone: (914) 514-8300                           Phone: _____
                                                Court Claim # (if known)_____
Last Four Digits of Acct #:_____              Amount of Claim: $777.40
                                                Date Claim Filed: _____

                                                Phone: _____
                                                Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor            Date:   5/10/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

## Evidence of Transfer

__AUDIOLOGY & PATHOLOGY INC__ ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto __Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504__, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of __$777.40__ as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against __Tribune Company, et al.__, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), __Case no. 08-13141__ or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the _19_ day of _Apr_ 2010

By: _____
(Signature of Authorized Party)

Audiology and Speech Pathology INC
(Company Name)

Mel Grant Aud Ray
(Print name of Authorized Party)

By: _____ /s/ Robert J. Tannor _____
Robert J. Tannor

_____ Creditor Liquidity, LP _____

_____ 914-514-8300 _____
(Telephone Number)