**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| **TRIBUNE COMPANY, ET AL.,** | ) | **Case No. 08-13141-KJC** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE SERVICE LIST

**PLEASE TAKE NOTICE** that Turner Broadcasting System, Inc. and certain other relevant subsidiaries including, without limitation, CNN Newsource Sales, Inc., and Turner Properties, Inc. ("TBS, Inc."), parties in interest herein, through counsel Tiffany Strelow Cobb of Vorys, Sater, Seymour and Pease LLP, appear herein and request, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

> Tiffany Strelow Cobb
> Vorys, Sater, Seymour and Pease LLP
> 52 East Gay Street
> Columbus, Ohio 43215
> Telephone: 614-464-8322
> Facsimile: 614-719-4663
> E-mail: tscobb@vorys.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the case whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, consent to jurisdiction of the Bankruptcy Court over TBS, Inc. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of TBS, Inc.'s substantive or procedural rights, including without limitation: (i) TBS, Inc.'s right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) TBS, Inc.'s right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) TBS, Inc.'s right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights claims, actions, defenses, set-offs or recoupments, TBS, Inc. expressly reserves.

Ms. Cobb consents to service by e-mail in this bankruptcy case.  Ms. Cobb further requests to be added to the Clerk's mailing matrix in this case.

Dated: May 11, 2010          VORYS, SATER SEYMOUR AND PEASE LLP

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq. (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
E-mail: tscobb@vorys.com

Attorneys for Turner Broadcasting System, Inc.
and certain other relevant subsidiaries

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 11th day of May, 2010, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This Notice of Appearance was also served by United States Mail, first-class, proper postage affixed upon the following:

| | |
|---|---|
| Bryan Krakauer<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 | Carl D. Neff<br>Ciardi Ciardi & Astin<br>919 N. Market Street, Suite 700<br>Wilmington, DE 19801 |
| J. Kate Stickles<br>Cole, Schotz, Meisel, Forman & Leonard,<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Michael A. Henry<br>Gross, McGinley, Labarre & Eaton, LLP<br>33 S. 7th Street<br>Allentown, PA 18105-4060 |
| Patrick Theodore Garvey<br>Johnson & Bell, Ltd<br>33 W. Monroe, Suite 2700<br>Chicago, IL 60603 | Adam G. Landis<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| | |

| | |
|---|---|
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Cynthia Moh Baldwin<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Thomas G. Macauley<br>Zuckerman and Spaeder LLP<br>919 Market Street, Suite 990<br>Wilmington, DE 19899 | |

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

5/10/2010 8340105