**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, ET AL., | ) | Case No. 08-13141-KJC |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE BANKRUPTCY CODE

Vorys, Sater, Seymour and Pease LLP (the "Vorys Firm"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, hereby files this Verified Statement.

1. Name and address of creditors/parties in interest represented:

    AOL Inc., fka AOL LLC
    AOL Advertising Inc. fka Platform-A LLC
    c/o Vorys, Sater, Seymour and Pease LLP
    Tiffany Strelow Cobb, Esq.
    52 East Gay Street
    Columbus, OH 43215
    E-mail: tscobb@vorys.com

    Turner Broadcasting Systems, Inc.
    CNN Newsource Sales, Inc.
    Turner Properties, Inc.
    c/o Vorys, Sater, Seymour and Pease LLP
    Tiffany Strelow Cobb, Esq.
    52 East Gay Street
    Columbus, OH 43215
    E-mail: tscobb@vorys.com

2. Nature and amount of claim or interest and time of acquisition thereof unless it is alleged to have been acquired more than one year prior to the filing of the petition.

    AOL Inc. and certain other relevant subsidiaries including without limitation AOL Advertising Inc. ("AOL Inc.") are creditors and parties in interest holding a pre-petition claim(s), and potentially post-petition administrative claim(s) in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

Turner Broadcasting Systems, Inc., and certain other relevant subsidiaries, including without limitation, CNN Newsource Sales, Inc. and Turner Properties, Inc. (collectively "TBS, Inc.") are creditors and parties in interest holding a pre-petition claim(s) and potentially post-petition administrative claim(s) in this Chapter 11 case. Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

3.  A recital of pertinent facts and circumstances in connection with the employment of the entity or entities at whose instance, directly or indirectly, the employment was arranged.

The Vorys Firm has represented each of the above creditors/parties in interest on a variety of matters and was asked by each of these related entities to represent each in this Chapter 11 case.

4.  With reference to the time of the employment of the entity, the organization or formation of the committee, or the appearance in the case, the amounts of claims or interests owned by the entity, the times when acquired, the amounts paid therefor, and any sales or other disposition thereof.

This is not applicable to the Vorys Firm.

Dated: May 11, 2010    VORYS, SATER SEYMOUR AND PEASE LLP

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq. (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
E-mail: tscobb@vorys.com

## VERIFICATION

     I, Tiffany Strelow Cobb, of the law firm of Vorys, Sater, Seymour, and Pease LLP, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

                                    /s/Tiffany Strelow Cobb
                                      Tiffany Strelow Cobb

STATE OF OHIO        )
                          ) ss.
COUNTY OF FRANKLIN  )

     SWORN TO AND SUBSCRIBED TO in my presence, this 11th day of May, 2010.

                                      /s/Carla L. Niese
                                    Notary Public, State of Ohio
                                    Commission Expires: June 8, 2014

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 11th day of May, 2010, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This Notice of Appearance was also served by United States Mail, first-class, proper postage affixed upon the following:

| | |
|---|---|
| Bryan Krakauer<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 | Carl D. Neff<br>Ciardi Ciardi & Astin<br>919 N. Market Street, Suite 700<br>Wilmington, DE 19801 |
| J. Kate Stickles<br>Cole, Schotz, Meisel, Forman & Leonard,<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Michael A. Henry<br>Gross, McGinley, Labarre & Eaton, LLP<br>33 S. 7th Street<br>Allentown, PA 18105-4060 |

-4-

| | |
|---|---|
| Patrick Theodore Garvey<br>Johnson & Bell, Ltd<br>33 W. Monroe, Suite 2700<br>Chicago, IL 60603 | Adam G. Landis<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Cynthia Moh Baldwin<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Thomas G. Macauley<br>Zuckerman and Spaeder LLP<br>919 Market Street, Suite 990<br>Wilmington, DE 19899 | |

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb