# SIGN-IN-SHEET

CASE NAME: Tribune Company  
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5  
DATE: May 10, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| R. Craig Martin | Edwards Angel Palmer & Dodge LLP | Barclays |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | Merrill Lynch |
| Nicholas Nastasi | Saul Ewing | Examiner Designate |
| Mark Minuti | Saul Ewing | " |
| Charles Monk | Saul Ewing | " |
| Adam Landis | Landis Rath & Cobb LLP | Creditors Committee |
| Howard Seife | Chadbourne & Parke | " |
| Marc Ashley | " | " |
| Doug Deutsch | " | " |
| Graeme Bush | Zuckerman Spaeder | " |
| James Sottile | " | " |
| Norman Pernick | Cole Schotz | Debtors |
| James O. Johnston | Hennigan Bennett & Dorman | Credit Agreement Lenders |
| Blake Cleary | Young Conaway Stargatt & Taylor | " " |
| David Bowlen | Barnes & Thornburg | " " |
| Don Bernstein | Davis Polk | Morgan Stanley & Co. |
| Dennis Glazer | | JP Morgan |
| Mark Collins | Richards Layton | " |
| Kate Beck | McCarter & English | Deutsche Bank |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO. 08-13141-KJC**

**COURTROOM LOCATION: 5**
**DATE:** May 10, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JIM BENDERNAGEL | SIDLEY AUSTIN | DEBTORS |
| KEVIN LANTRY | SIDLEY AUSTIN | DEBTORS |
| MARTIN BANASH | Klee Tuchin et al | Examiner-Designee |
| LEE BOGDANOFF | " | Examiner-Designee |
| KENNETH N KLEE | EXAMINER DESIGNATE | |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Matt Stein | Kasowitz Benson | " |
| David Rosner | " | " |
| Roy Lowerich | Bennett Friedolen | Arlington Trust |
| Kate Bromberg | Brown Rudnick | " |
| Robert Stark | " | " |
| Martin Siegel | " | " |
| Thomas Lauria | White & Case | Wells Fargo, as agent |
| Scott Greissman | " | " |
| Jeffrey Scharf | For Rothschild | " |
| Joe McMahon | USDOJ | Atty UST |
| Danny Golden | Akin Gump | Centerbridge Credit Advisors |
| Deborah Newman | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 05/10/2010
Calendar Time: 11:00 AM ET

2nd Revision 05/10/2010 06:50 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3509695 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3509607 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3509817 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3505460 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, David E. Blabey, Jr / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3508169 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3501885 | Michael Ching | 212-339-2431 | Allen & Company | Third Party, Michael Ching / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3508485 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3507120 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3509700 | William Dolan | 401-276-2611 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3509828 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3509686 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3509518 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3505496 | Joseph Friedman | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, David E. Blabey, Jr / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3506436 | Andrew Gordon | 212-373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3508145 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3507289 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 3509783 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3509771 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3507525 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3507147 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3506446 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3509836 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3509791 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3509778 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3507516 | David M. Powlen | (302) 888-4536 | Barnes & Thornburg LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3475280 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3508003 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3507169 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3508153 | Steven Rosenstein | (212) 728-5679 | O'Melveny & Myers (New York | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3508071 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 3507111 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3509699 | Amit Treham | (212) 506-2198 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3511909 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3509712 | Brian Trust | 212-506-2570 | Mayer Brown LLP | Interested Party, Barclays Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3509857 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3509645 | Simon West | (203) 100-1068 | Arrowgrass Capital Services UK | Interested Party, Arrowgrass Capital Services UK / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3504504 | Matthew A Zloto | (646) 445-6518 | Matthew A Zloto - In Pro Per/Pro Se | In Propria Persona, Matthew A Zloto / LISTEN ONLY |