# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** May 11, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Debtors |
| Jennifer Hoover | Benesch | Wilmington Trust |
| David Powlen | Barnes & Thornburg | Morgan Stanley & Co. |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Blake Cleary | Young Conaway Stargatt & Taylor | Credit Agreement Lender (Costan?) |
| Laurie Selber Silverstein | Potter Anderson Corroon | Merrill Lynch |
| R. Craig Martin | Edwards Angell Palmer & Dodge | Barclays Bank |
| Drew Sloan | Richards Layton & Finger | JP Morgan |
| Ken Morgan | Crowell Carly | Greatbanc |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey #5

Calendar Date: 05/11/2010
Calendar Time: 10:00 AM ET

2nd Revision 05/11/2010 06:10 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3513076 | Marc D. Ashley | 212-408-5194 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3513064 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3513647 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3513762 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3513491 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3513067 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3513476 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3513030 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3514184 | Dennis Glazer | (212) 450-4900 | Davis Polk & Wardwell | Creditor, JPMorgan Chase Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3513044 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Center Bridge Credit Advisors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3514235 | Andrew Gordon | 212-373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3513169 | Scott Greissman | (212) 819-8567 | White & Case LLP | Client, Wells Fargo Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3513095 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3514193 | Sharon Katz | (212) 450-4000 | Davis Polk & Wardwell LLP | Interested Party, JP Morgan Chase Bank, N.A. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3513753 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3513127 | Thomas Lauria | (212) 819-8200 | White & Case | Client, Wells Fargo Bank / LIVE |

Peggy Drasal    CourtConfCal2009    Page 1 of 3

| Tribune Company | 08-13141 | Hearing | 3513528 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3514250 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3514242 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 3513021 | Deborah Newman | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Centerbridge Credit Advisors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3513525 | David M. Powlen | (302) 888-4536 | Barnes & Thornburg LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing SUB | 3513059 | ~~Madlyn G. Primoff~~ JANE PARZAK | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3512986 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 3513052 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3514256 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3513470 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 3513043 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3513102 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3513446 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 3513008 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3513667 | Matthew A Zloto | (646) 445-6518 | Matthew A Zloto - In Pro Per/Pro Se | In Propria Persona, Matthew A Zloto / LISTEN ONLY |