# Exhibit B



# Sun Preventive Services
## Statement of Work

Sun Microsystems, Inc.

and

## LOS ANGELES TIMES

### August 15, 2006

## Table of Contents

1. Executive Summary....................................................................

2. SPS Methodology....................................................................

3.1 Statement Of Work Terms.................................................7

3.2 Financial Details...................................................................
Sun Data Protection Services.................................................8

4. Sun Preventive Services Solution.........................................9

4.1 Overview..............................................................................10

4.2 Account Management Services........................................10
Cross Services Account Delivery Team..............................10
Account Management...........................................................10

4.3 eServices............................................................................11
Online Support Center.........................................................11
SunSolve OnlineSM...............................................................11

4.4 Maintenance Services, Coverage Hours and Response Times
7x24 Online and Telephone Support....................................11
7x24 On-Site Support..........................................................11
LA TIMES- Defined Priority And Response Time..............12
Additional Maintenance Services........................................12

4.5 Software Support Services...............................................13
Covered Software..................................................................13
LA TIMES-Defined Priority and Response Time...............13
Bundled Software..................................................................13
Embedded Software..............................................................13

4.6 Onsite Service Level Agreement......................................14

5. Sun Preventive Services - Deployment Plan........................14

5.1 Phased Approach...............................................................14

Phase One "Get It Right".......................................................14
Assessment...........................................................................14
Establishing KPI's.................................................................14
Mitigation...............................................................................15
Measurement.........................................................................17
Phase Two "Keep It Right".....................................................18
Switching to "Get It Right".....................................................18

5.2 Limitation of Service.........................................................18

5.3 Change Control..................................................................19

6. LA TIMES Requirements.........................................................19

7. Assumptions and Dependencies............................................20

8. Exclusions..............................................................................21



8. Additional Terms and Conditions.....................................21
APPENDIX A................................................................22
APPENDIX B................................................................23
....................................................................................23
APPENDIX C................................................................25
APPENDIX D
....................................................................................26
APPENDIX E................................................................27
APPENDIX F................................................................28



# 1. Executive Summary

Sun recognizes that hardware and software maintenance is a critical component for LA TIMES to maintain a comprehensive Sun Microsystems Infrastructure Platform across the entire organization.

Sun service support offering will allow LA TIMES to run a best-in-class data center characterized by high levels of availability and reliability in the LA TIMES Sun environment. Sun will provide LA TIMES with a support service and single consolidated contract that satisfies all the requirements specified.

To achieve these objectives, we are pleased to extend to LA TIMES an integrated portfolio of aligned services, our Sun(SM) Preventive Service ("SPS") offering. All of the services and parts detailed in this SOW will be delivered under our vendor-authorized and manufacturer certified model. That means all staff are Sun certified and all replacement parts are Sun authentic and certified. There will be no risk to LA TIMES of voiding any existing warranties on Sun equipment installed at LA TIMES, and Sun guarantees that all Sun equipment will be in compliance with Sun software licensing requirements.

Sun(SM) Preventive Services is for Sun data center customers who want to maximize data center operations by mitigating and managing risk within a business model that rewards customers to prevent first and restore second.

Under Sun's SPS proprietary offering, LA TIMES will receive the following services:

- Uniform level coverage on all Sun equipment across the LA TIMES organization.

- Initial wall to wall inventory and on-going reconciliation of Sun Assets to include quarterly true-ups.

- Patch Analysis recommendations (implementation as directed by LA TIMES management at an additional cost.)

- Proactive maintenance recommendations based on trends identified in Sun's Global Installed Base' (accessible by Sun only)

- Sun will continue to provide support on End of Service Life ("EOSL") equipment on a best efforts basis for availability of spare parts.

- Establishment and monthly reporting of Key Performance Indicators jointly with LA TIMES

- Sun Service Delivery Lead who will participate in a monthly operational review which will include these deliverables:

  o Key Performance Indicator (KPI) review

  o Development and execution of risk mitigation plan, as prioritized by LA TIMES management and Sun

- Based on Operational Risk Index (ORI) and Global Install Base comparison data, assess any current or potential risk and recommend proactive risk mitigation strategies to increase availability

Sun Proprietary Database



and reliability results

- All replacement parts will be Sun certified parts; all firmware will be current and up-to-date including all patches and upgrades, a readily accessible inventory of spare parts, and a complete logistic system which includes fully controlled disposal of replaced parts.
- First line support for all Sun hardware and software.
- 1 x Environmental Assessment
- Sun will provide support to an identified number of LA TIMES designated "contacts". LA TIMES will provide Sun with a list of designated contacts.

Additional Optional Services:

- Sun agrees to an annual increase cap not to exceed 10% of the pricing stated in the SOW for each year after the initial 3 years, based on the current inventory provided to Sun by LA TIMES.
- LA TIMES will have the option to renew the contract at the end of the 3rd year and pricing for the support will be calculated on inventory at time of renewal. Increase may apply.
- Optional Services:
  - *(for example)* Enterprise Architecture Service: LA TIMES has the option to procure an Enterprise Architect for an agreed amount of time and dollars as needed by a SOW.

The services described in this SOW have been structured to support LA TIMES in:

1. Data Center 1 Los Angeles
2. Data Center 2 Orange County

## 2. SPS Methodology

SPS takes a new and unique approach that services Sun systems located at LA TIMES Data Center(s) listed above. SPS begins with a comprehensive analysis of the people, processes, hardware and applications in the LA TIMES' network computing environment to identify and measure operational risks. From this analysis, Sun works with LA TIMES to produce a set of Key Performance Indicators ("KPI's") that measure the likelihood of failures rather than the resulting downtime. Sun then designs an integrated set of services from its complete portfolio of offerings that will help control the risks and drive down the KPI's throughout the Data Center lifecycle, all available at a single subscription price.

This new service model includes:

- Simpler engagement and administration, saving time and administrative costs.
- Outcomes-based approach focused on measurable indicators of performance with financial incentives to achieve and maintain them.
- Prevent-first, restore-second methodology helps reduce unplanned downtime, performance variability and associated operating costs.



- Comprehensive coverage of people, process and product to treat all the factors that can affect availability.
- Based on a detailed analysis of the Data Centers, Sun prescribes a specific set of services from its extensive portfolio of offerings to mitigate risks. These advanced services include network-delivered technologies to help you monitor and measure results to continuously drive down risks and improve performance. Other mitigation's include training to up-level the abilities of Employees supporting the Data Centers to proactively manage Sun solutions. Also included are the Sun Reliability, Availability and Serviceability (RAS) analysis report, which provide periodic technical reports to help ensure that Data Center equipment is running optimally, identify new areas of risk and track closure of previously identified issues. These services are the initial foundation for a set of next-generation services to monitor, support and update systems, software and storage.

SPS slashes downtime and service incidents. Early deployments of SPS in a variety of industries have shown dramatic operating improvements. SPS is an innovative subscription-based service that exposes, mitigates, measures and manages leading risk indicators to improve system availability and drive down operating and support costs.

Focused on prevention, SPS includes an integrated portfolio of services and capabilities using advanced technologies to increase and maintain overall Data Center "health." The blend of consulting, training, and support services are delivered through an iterative methodology of assessment, mitigation, measurement and support. Sun and LA TIMES implement this Methodology as a team, focusing on prevention first, and restoration second.

SPS utilizes the knowledge and expertise of Sun to achieve mutually agreed upon outcomes that can reduce your risk and improve your availability. This is accomplished in two phases of work called "Get it Right" and "Keep it Right" (see APPENDIX A - Definition of Terms).

Phase One, Get it Right, starts with a comprehensive assessment of people, processes and products that impact your IT performance. Sun uses its knowledge, experience and database of specific risk factors to expose potential risks. We also identify gaps in operational infrastructure through exhaustive assessments of factors such as IT skills, system availability, security, environmental and Data Center processes.

Based on the assessed risk, we then work with LA TIMES to establish baseline key performance indicators (KPI's) and set target values for improvement. We create a mitigation plan covering people, processes and products, and then work closely with your IT staff to implement the plan.

Service highlights include:

- Measurable impact – Expose and manage leading risk indicators (KPI's)

  o  Operational Risk Index (ORI) – a measure of potential System risks based on assessments using Sun technology and calculation methodology.

  o  Process Maturity Index – a measure of potential process risks based on assessments of Data Center Processes.

  o  Employee Skills Index — a measure of potential risks based on skills assessments of Employees.

NOV 02 '06  12:17PM SUN MICROSYSTEMS

P.8/30



- o   Availability Index – The ability of a component or IT service (under combined aspects of its reliability, maintainability and maintenance support) to perform its required function at a stated instant or over a stated period of time. It is expressed as the uptime ratio, i.e. the proportion of time that the service is actually available.

- o   Service Incidents Index. The number of Severity 1 and 2 Service incidents made monthly compared to the available average monthly number of Severity 1 and 2 Service incidents prior to SPS.

- Holistic, integrated approach to Data Center service delivery

- Focuses on people, processes, and products, not just systems

- Delivers both preventive and reactive support services to avoid unplanned outages and enable quick recovery from incidents that do occur

- Includes consulting, training, and support services

- Leverages the expertise and experience of Sun professionals

- Simplified administration

  - o   One contract covering Sun products throughout the Data Center
  - o   One key point of contact
  - o   One price

- Rewards for sustained improvement

  - Financial incentives for achieving and maintaining a healthier Sun IT environment
  - Lowers long term, recurring, support costs and downtime expenses

- Delivery Lead (Service Delivery Lead) to coordinate the delivery of all SPS services

## 3.  Scope

The scope of this SOW is a deployment of SPS for the Sun technology installed base located at the Data Centers, which will be the primary locations. Under this SOW, Sun Spectrum Platinum 24x7 contract support will be maintained for all LA TIMES' Data Centers listed below.

The sites identified are:

1. Data Center 1,  Los Angeles

2. Data Center 2,  Orange County

This SOW does not cover Sun technologies located at any other LA TIMES locations. Once the Get It Right phase is completed at the Data Centers should LA TIMES request, an analysis can be conducted for other locations pursuant to a separate SOW and subject to additional applicable charges.

This SOW describes the services provided under SPS, the deliverables, and Sun resources and tools to

*Sun Preventive Services*          *Sun Proprietary & Confidential*          Page 7



implement the Service.

## 3.1  Statement Of Work Terms

The term of this SOW is for 3 years ("Term") effective July 30, 2006 through July 29, 2009. Is there any termination clauses in the current agreement that have to be referenced or excluded?

An annual funded purchase order ("PO") referencing this SOW is required at the start of the first year and a PO for funding of years two (2) and three (3) will be required by the end of 60 days from July 30, 2006 to guarantee pricing. LA TIMES will issue and remit to Sun a purchase order ("PO") fully funded at the start of each year, for the duration of the Term and will issue additional purchase orders, if required, for the true ups that affect the price of the SPS offering. The PO is calculated at the GIR price for each year in the Term, however if LA TIMES transitions into KIR, or remains in KIR status for the start of any subsequent year the PO is calculated at the KIR price. This requirement is in place as Sun cannot charge LA TIMES more than LA TIMES allocates on the PO. When LA TIMES transitions into KIR, Sun will issue LA TIMES a credit.

## 3.2  Financial Details

The following financial model demonstrates the savings LA TIMES can realize over time by moving to SPS. The model includes several assumptions that may affect the actual costs or savings over the Term. For example:

- The model is based on a constant number of systems, as set out in Appendix F of this SOW. The number of systems will likely change over time. Sun and LA TIMES will conduct quarterly asset inventory true-ups or true-downs that may or may not affect the price. On a quarterly basis, as confirmed by LA TIMES, a change order will be processed to adjust the price accordingly and if the result of the quarterly asset inventory true-up or true-down results in a credit to LA TIMES, Sun will hold the credit towards payment of the subsequent year and adjust that year's payment accordingly, with LA TIMES issuing a PO on the adjusted price. At the end of the Term, or any renewal term, if the true-up or true-down results in a credit to LA TIMES Sun will promptly issue a check to LA TIMES in such amount.
- The model does not take into account indirect savings to LA TIMES from realized cost avoidance benefits such as the reduction of unplanned downtime. In fact, indirect savings may far exceed the support cost savings.

LA TIMES has requested a two phase approach for the transition from GIR to the final KIR state. There will two GIR states and a final KIR state, with two KPI goal sets, as follows:

Phase 1: An initial set of KIR KPI goals will be set, and when achieved and then maintained for 90 days, the first KIR discount will be applied.

Phase 2: After phase 1 is achieved, the engagement will be considered to be in GIR phase2, with a new KIR phase 2 KPI goal set. When the second KIR goal is achieved and maintained for 90 days, the second KIR discount will be applied, resulting in LA TIMES achieving the final KIR state.

The model assumes that phase 1 KPIs are met at the beginning of the 12th month, and                maintained for 90 calendar days, after which the KIR  phase 1 discount is applied,  moving LA TIMES to GIR phase 2. Should LA TIMES meet and maintain the established  KPI targets prior to the 12th  month, the savings will



be greater. Likewise, should LA TIMES not meet the established KPI targets in the 12th month, the GIR phase 2 price will remain in effect until the KPI targets are met and maintained for 90 days.

The model also assumes that phase 2 KPIs are met at the beginning of the 24th month, and maintained for 90 calendar days, after which the KIR phase 2 discount is applied, moving LA TIMES to the final KIR phase. Should LA TIMES meet and maintain the established phase 2 KPI targets prior to the 24th month, the savings will be greater. Likewise, should LA TIMES not meet the established KPI targets in the 24th month, the GIR phase 2 price will remain in effect until the phase 2 KPI targets are met and maintained for 90 days.

The per system pricing as detailed in this section will remain fixed for the duration of the Term within the specific phases of Keep It Right and Get It Right.

The pricing model and discounts are not contingent on volumes. LA TIMES may reduce the inventory listed in Appendix F of this SOW under coverage of this agreement with the exception that in Year 1 only inventory levels reach no lower than ninety percent (90%) of the "In Service Life" hardware inventory. EOSL hardware inventory is excluded from this calculation. There is no limit in reduction of EOSL hardware inventory.

## Detailed Systems Costs and True-Up Pricing

The fees for the Term are as follows, and payable in USD:

| Phase | GIR Price | KIR Price |
|---|---|---|
| Phase 1 | $684.543 | $509.787 |
| Phase 2 | $509.787 | $461.417 |

| | |
|---|---|
| Phase 1 | $ 684.543 |
| Phase 2 | $ 509.787 |
| Phase 3 | $ 461.417 |
| Total | $1,675,747 |

## Sun Data Protection Services

### True-Up and True-Down Pricing
LA TIMES must provide to Sun sixty (60) days prior notice for removal of any equipment. A settlement process will be conducted quarterly and LA TIMES will be credited back on a pro-rated basis for the equipment that has been decommissioned.

The pricing adjustments for the True-up and True-down process are calculated as follows:

| | | |
|---|---|---|
| Thin Client | $52 | $42 |



| Desktop | $813 | $650 |
|---|---|---|
| Workgroup Servers | $4,307 | $3,445 |
| Network servers | $3,270 | $2,616 |
| Enterprise Servers | $12,167 | $9,733 |
| High-end Enterprise Servers | $80,519 | $64,415 |
| Tape Storage | $6,939 | $5,551 |
| General Storage | $4,200 | $3,360 |
| High-end Storage | $51,046 | $40,837 |
| Other | $3,619 | $2,895 |

## 4. Sun Preventive Services Solution

### 4.1 Overview

SPS provides LA TIMES with a blend of consulting, training, and support services that are delivered through an iterative methodology of assessment, mitigation, measurement and support. SPS focuses on prevention first; and restoration, second. SPS utilizes the knowledge and expertise of Sun to achieve mutually agreed upon outcomes with LA TIMES that can reduce risk and can improve availability. Sun and LA TIMES partner to implement this methodology.

The SPS described herein focus on the key Sun technologies and service elements to be deployed within LA TIMES:

- Account Management Services
- Maintenance Services
- eServices
- Software Support Services

### 4.2 Account Management Services

#### Cross Services Account Delivery Team

The following section outlines the structure of the Sun on-site Preventive Services team deployed to deliver the Service. The team will be supported by dispatched, interim resources and subject matter experts as required to deliver the Service.

Sun will provide a Delivery Lead to coordinate the delivery of all SPS services. The Delivery Lead provides a single point of Sun communication and responsibility for the Service to LA TIMES; schedules and ensures completion of the service elements and associated deliverables; and manages the Preventive Services team within the Data Centers. The Delivery Lead will be assigned to LA TIMES for the duration in



which LA TIMES is in the Get It Right phase or the first year of the term. The Delivery Lead will continue to be assigned to LA TIMES during the Keep It Right phase.

Sun will provide service delivery personnel as directed by the Delivery Lead for the delivery of services throughout the Get It Right and Keep It Right phases. The personnel may include, but are not limited to:

- **Professional Services Consultants**
- **Project Engineers** assigned to technically complex tasks and service elements of the Service; provide Sun Solaris/Sun Cluster subject matter expertise.
- **Systems Support Engineers** assigned to complex system tasks and service elements; focus on reliability, availability, serviceability ("RAS") analysis report of the Sun platform; provide technical subject matter support to the systems administrator.

The number of resources and the specific skill sets will vary based on the specific requirements within the Data Centers.

## Account Management

In the Get It Right phase, Sun will create and manage a monthly report card, which includes KPI trends, Get It Right process activities, mitigation activities completed and planned, and assessments completed and planned. Frequency of reviews will be determined by mutual agreement between Sun and LA TIMES, and will not exceed one review per month.

In the Keep It Right phase, Sun will create and manage a quarterly report card, which includes KPI trends, Keep It Right process activities, mitigation activities completed and planned, and assessments completed and planned. Frequency of reviews will be determined by mutual agreement between Sun and LA TIMES, and will not exceed one review per quarter.

## 4.3 eServices

### Online Support Center

Sun's Online Support Center is LA TIMES gateway to technical information, services and tools – providing 24/7 access. Registration is necessary in order to receive the full benefit of your service agreement. With the Online Support Center can also help you submit and track service requests and stay up-to-date with the latest software releases including the Solaris Operating Environment, JES, and other Sun-supported software.

LA TIMES will receive access to the Online Support Center, which will allow LA TIMES to perform multiple functions via the web, including:

- submit support requests
- view the status of existing support requests
- maintain support contract contacts
- update software licenses
- obtain selected software updates

The Online Support Center offerings are continually evolving and feature availability may vary by country. Sun may make service substitutions and modifications to the Online Support Center at any time that do not cause a materially adverse effect in overall service performance. Use of the Online Support Center is subject to the sun.com Terms of Use.

NOV 02 '06  12:19PM SUN MICROSYSTEMS



### SunSolve Online℠

LA TIMES is granted 7x24 access to SunSolve Online for LA TIMES' internal use only (i.e. not for resale, delivery to any third party, or any commercial purpose). SunSolve Online provides access to both the SunSolve Knowledge Database and the SunSolve Patch Database. SunSolve Online includes the following:

- Informational articles, reference guides and technical documents to help sustain and improve functionality, availability and system performance;
- help desk support articles, bug and patch reports with information for troubleshooting previously identified hardware and software issues;
- software patches for Sun-supported software products;
- SunSolve EarlyNotifier℠ service, which allows LA TIMES to request to be notified when a SunSolve document is revised or updated.

## 4.4  Maintenance Services, Coverage Hours and Response Times

### 7x24 Online and Telephone Support

Online and telephone support for System problems twenty-four (24) hours per day, seven (7) days per week, including public holidays. LA TIMES can request support by accessing the Online Support Center at http://www.sun.com/service/online and/or by telephone through local access phone numbers.

### 7x24 On-Site Support

On-site support for Priority 1 and Priority 2 System problems (defined below) twenty-four (24) hours per day, seven (7) days per week, including public holidays. On-site support for Priority 3 System problems (defined below) is provided during Sun's normal local business hours, Monday through Friday, excluding public holidays.

### LA TIMES- Defined Priority And Response Time

LA TIMES Contacts or Qualified Personnel will define the problem priority in accordance with the following guidelines:

- Priority 1, Priority 2 and Priority 3 on-site response times apply to Covered Systems located within a 50km radius of a site listed in Section 2 or of a Sun local Service office. All response times are subject to Section 17.2 of the General Terms and Conditions. Problems will be assumed Priority 1 unless LA TIMES defines it otherwise.
  - Priority 1 - System Down. System is not operational. Some examples of Priority 1 calls include:
    - system hang (unable to save work in progress);
    - system functionality failure causes data losses or renders system unusable;
    - functionality failure renders system ineffective;
    - system malfunction causes mission-critical applications to restart, hang, or suspend;
    - a security breach vulnerability is identified.
    - Response time: Transfer to next available engineer of all support requests. Sun will use reasonable efforts to arrive on site for System support within two (2) hours of a Sun's determination that on-site support is required. (See Note 1.)
  - Priority 2 - System Impaired. System is not operating with full capability but is still operational. Some examples of Priority 2 calls include:
    - impaired or broken functionality with significant impact to applications;



- frequent application failure, but no data loss;
- serious but predictable management system failure;
- significant system performance degradation.
- Response time: Transfer to next available engineer of all support requests. Sun will use reasonable efforts to arrive on site for System support within four (4) hours of Sun's determination that on-site support is required. (See Note 1).

o  Priority 3 - System Operation Normal: System is up and running with limited or no significant impacts. Some examples of Priority 3 calls include:
- bugs which cause limited or no direct impact to performance and functionality;
- request to replace a bug work-around;
- limited impact defective functionality;
- system performance support questions and issues.
- Response time: Transfer to next available engineer of all support requests. Sun will use reasonable efforts to arrive on site for System support within one (1) business day of Sun's determination that on site support is required, or at a later, mutually convenient time. (See Note 1).

## Additional Maintenance Services

- Replacement Hardware Parts
- In the event that Sun determines that the replacement of a hardware part is necessary, Sun will deliver a replacement part at no additional cost to the applicable Data Center ("Replacement Part (s)"). Sun service personnel will replace the malfunctioning part unless Sun determines that the part can be installed by LA TIMES.
- Mission Critical Escalation Support
- For Priority 1 problems, online and telephone support will be provided by mission critical-experienced technical staff.
- Field Change Orders
- LA TIMES will have access to selected system modification recommendations issued by Sun.
- System Activity Log
- Sun will provide systematic on-site service records sorted by system serial numbers.

## 4.5 Software Support Services

### Covered Software

•Means Bundled Software and Embedded Software as described in this Subsection 3.5.

### LA TIMES-Defined Priority and Response Time

- LA TIMES may designate an unlimited number of "Contacts" for each eight-hour shift. Qualified personnel (as set out in Appendix 2 to the Purchasing Exhibit Section 1.4) may request support and assign support priority. Contacts will define the problem priority in accordance with the following guidelines:
  o  Priority 1 - Urgent (software unusable)
  o  Priority 2 - Serious (software seriously impaired)
  o  Priority 3 - Not Critical



- All the above priority calls will be transferred to next available engineer on all support requests.
- Sun Spectrum Support (Platinum support) Telephone, Online & On-site Support Coverage: http://ca.sun.com/en/service/sunspectrum/tele-matrix.html

## Bundled Software

- Certain Systems may be sold with Sun-supported software ("Bundled Software"). LA TIMES will receive support for Bundled Software as described in Covered Software above. LA TIMES will receive periodic delivery of one (1) copy of Bundled Software major releases. At Sun's election, releases may be shipped, made available for download via the Online Support Center, or delivered via another method specified by Sun. Please contact your Sun sales representative to determine whether your System includes Bundled Software.

## Embedded Software

- Sun-supported software may also be embedded as an essential part of a System ("Embedded Software"). LA TIMES will receive support for Embedded Software, Covered Software, above and periodic delivery of one (1) copy of Embedded software major releases. At Sun's election, releases may be shipped, made available for download via the Online Support Center, or delivered via another method specified by Sun. Please contact your Sun sales representative to determine whether your System includes Embedded Software.
- Additional Media and Documentation. For an additional fee, LA TIMES may purchase additional copies of media and documentation for supported versions of Solaris Operating Environment releases.
- Patch Release Access. LA TIMES will have access to software patches and Solaris Patch Manager for Sun-supported software via sun.com.
- TSANet (Technical Support Alliance Network). TSANet is a worldwide, multi-vendor alliance, and vendor neutral cooperative support community. TSANet is one option for interoperability support that is available to LA TIMES, providing they are also a TSANet member. TSANet entitlement for support and their hours of support coverage are based on the type of TSANet agreement a company has.
- Joint Escalation Centers. LA TIMES may use the JEC vendor integration which co-locates/alias links senior engineers, equipped with cross product training, lab access, and close working relationships from participating companies and Sun into engagement centers to resolve complex, interoperability problems that involve the companies' products. By pooling support expertise and having singular management responsibility for all deferred problems, the JEC can accelerate problem resolution for joint LA TIMES of the participating companies. The Joint Escalation Center program is only available for Sun designated third-party products for which LA TIMES maintains a valid service contract with the third party entitling LA TIMES to hours of coverage and response times equivalent to those set forth in Section 4.5.
- SunSpectrum InfoExpress [TM] Bulletins. LA TIMES will receive periodic notifications from Sun containing information on support and upcoming software releases.

Note 1. The online, telephone and on-site response time guidelines set forth in Section 3.4 do not apply to software release delivery.

## 4.6  Onsite Service Level Agreement

With respect to Sections 3.4 and 3.5 of this SOW (except for software release delivery), if Sun fails to meet the onsite response times indicated in this SOW three (3) times in one calendar month, in two (2) calendar



months of any calendar quarter, Sun will choose and provide to LA TIMES an additional on-site technician for five (5) business days (one day = 8 hours), to be scheduled at the option of LA TIMES. Sun will provide to LA TIMES the data necessary to monitor and assess Sun's success or failure to meet this service level.

## 5. Sun Preventive Services - Deployment Plan

### 5.1 Phased Approach

SPS provides a customized blend of consulting, training and support services that address people, process, and products. An iterative process of assessment, mitigation, measurement and management, SPS is delivered in two phases: Get It Right and Keep It Right.

### Phase One "Get It Right"

Sun will work with LA TIMES to assess, mitigate, measure and support the Data Centers to achieve mutually agreed upon target values for relative improvement in KPI's.

#### Assessment

Sun will assess the Processes and Systems in the Data Centers to determine and expose risks, and will use the assessment results to develop mitigation recommendations. The frequency and number of the assessments required will be determined by Sun, based upon KPI's, time duration since last assessment, and changes to the Data Centers. Additionally, assessment results will be used to establish the baseline KPI's. Sun and LA TIMES will review the baseline KPI's and mutually agree upon target values for relative improvements. These will be recorded as in APPENDIX B.

#### Process

- Sun will perform an SPS-specific variant of the Operations Capabilities Assessment (OCA) on LA TIMES Data Centers:
  - OCA is an assessment based on Sun Operational Management Capabilities Model (OMCM), an ITIL-based model that describes the realization of a complete IT management infrastructure in an evolutionary fashion.
  - A generic OCA has components has components of Educational and Environmental analysis. Since these elements are being addressed in the People and Product phases of the SPS offering, they will not be executed in the OCA process.

#### Product

- Sun, in partnership with LA TIMES, will install core Explorer on all systems covered by this SOW.
- Sun will collect case management data on designated systems.
- Sun will create a high-risk server list for service prioritization and mitigation plan development.
- Sun will collect and analyze technology reports.
- Sun will develop Patch, Hardware, Configuration and other recommendations reports.
- Sun will perform dependency analysis.
- Sun will perform Environmental and Power Quality Assessment Service at one of the two Data Center locations identified, as shall be determined by Sun and LA TIMES.
- Note, the results of the Environmental and Power Quality Assessment Service may indicate that LA TIMES is recommended to make changes to the Data Center facilities. LA TIMES may make such recommended changes in its sole discretion. It may not be appropriate for Sun to partner with LA TIMES on facilities changes. In this case, the resultant mitigation activities should still be included



in the mitigation plan and marked explicitly as the sole responsibility of LA TIMES. Sun will prioritize & sequence assessments.

**People**

- Sun will perform Skills Identification and/or Assessment Services
- Role types are selected to assess all existing server, network and system administrator functions currently being staffed in the Data Centers and as described above in the Skills Assessment and Training section.
- At Sun's discretion, additional standard roles may be added to the assessment. These roles must be related to maintaining availability KPI's. These roles include: Web Server Administrator, Directory Server Administrator, Portal Server Administrator, Application Server Administrator.
- Sun will perform any optional assessments that have the potential to expose risks that may have a negative impact on target KPI's.

**Establishing KPI's**

Assessment results will be used to establish the baseline KPI's. Sun and LA TIMES will review the baseline KPI's and mutually agree upon these baseline KPI's as well as target values for relative improvements. These target values must meet certain minimum improvement levels described herein. The target KPI's will be recorded as in APPENDIX B.

**I. Operational Risk Index (ORI)**

- ORI is a measure of potential System risks based on assessments using Sun technology and calculation methodology.
- To determine ORI, Explorer files will be routinely collected for each System in the Data Centers and analyzed by our knowledge base of risk factors, or RAS checks. Each RAS check is categorized, using ITIL standards, as Critical, High, Medium or Low. The knowledge base determines the number of failed RAS checks in each category for a given System. Each category of RAS check is then multiplied by a weight factor. ORI is then calculated as the weighted sum of all failed RAS checks for the Data Centers.

  ORI = (# Critical * 10) + (# High * 5) + (# Medium * 3) + (Low * 1)

- The Keep It Right minimum target ORI KPI should be at least a 25% reduction in the aggregate ORI baseline number. The target value will be mutually agreed upon by both parties. The goal should be to achieve a target ORI KPI of less than 200 given a bi-annual patch cycle, or below 170 given a quarterly patch cycle. ORI is calculated weekly in the Get It Right phase and quarterly in the Keep It Right phase.

**II. Process Maturity Index**

- Process Maturity Index is a measure of the potential process risks based on the assessments of Data Center Processes under the ITIL-based Operational Management Capabilities Model (OMCM). The Service includes the following:
  - Sun will work with LA TIMES to understand LA TIMES overall business strategy, key objectives, and current areas of concern, as well as, the perspective of what level of operations capabilities (Target OMCM Level) must be in place to meet business demands.
  - Sun will work with LA TIMES to understand planned IT initiatives that are essential to realize LA TIMES business objectives.
  - Sun will perform a Operational Capabilities Assessment (OCA) of LA TIMES management infrastructure to quantify the current level of LA Time's operational capability (Current OMCM Level).



- o   Sun will help develop an OMCM road map that defines the steps necessary to bridge the gaps identified between the current OMCM level and the target OMCM level.
- o   The OCA offering is specifically tailored for SPS and the parties will mutually agree upon some of the following categories:
- o   Service Level Management.
- o   Availability Management.
- o   Release Management.
- o   Capacity Management.
- o   Incident Management.
- o   Service Desk.
- o   Problem Management.
- o   Continuous Process Improvement.
- o   IT Financial Management.
- o   Configuration Management.
- o   Change Management.
- o   IT Service Continuity Management.
- o   Security Management.
- The Keep It Right target Process Maturity Index KPI should be determined jointly by LA TIMES and Sun based on unique characteristics of LA Time's IT infrastructure. The Process Maturity Index is updated as process areas are mitigated.

### III. Service Incidents KPI

- Service Incident KPI is the number of Severity 1 and 2 Service Incidents made monthly compared to the available average monthly number of Severity 1 and 2 Service Incidents prior to SPS.
- The Keep It Right minimum target Severity 1 and 2 Incidents KPI should be either a 50% reduction from the Get It Right baseline average number of Severity 1 and 2 Incidents, or .03 multiplied times the number of covered domains, whichever results in the lower number. The target value will be mutually agreed upon by both parties. Severity 1 and 2 Service Incidents are tracked monthly.

### IV. Availability KPI

- Availability is defined as the ability of a component or IT service (under combined aspects of its reliability, maintainability and maintenance support) to perform its required function at a stated instant or over a stated period of time. It is expressed as the uptime ratio, i.e. the proportion of time that the service is actually available.
- The Keep It Right minimum target Availability KPI must be determined in the Get It Right phase based on historical availability figures. Availability is reported as a percent with up to 6 decimal places and is tracked on a monthly basis.
- The recommended minimum target for Availability is 99.9%.  Availability is reported as a percent with up to 6 decimal places and is tracked on a monthly basis.

### V. Employee Skills Index

- The Employee Skills Index is a measure of potential risks based on skills assessments of Employees. The Employee Skills Index is similar to ORI in that the index is a weighted sum of aggregate skill assessment results. The Employee Skills Index yields a score between 100 and 1,000 where 100 reflects low skills risk and 1,000 reflects high skills risk.
- The Keep It Right minimum target Employee Skills Index KPI should be below 300
- The target value will be mutually agreed upon by both parties. The Employee Skills Index is updated as training is completed.



## Mitigation

Sun will work with LA TIMES to define a mutually acceptable mitigation plan to address the risks identified in the assessments. Sun will make recommendations with respect to the applicable best practices, knowledge and services to mitigate issues.

Sun will coordinate the scheduling of all mitigation activities with Data Center management. This includes access to people (testing & training), processes, environment and machines (scheduled outages, etc.). Should any mitigation activities require the scheduling of Sun training classes for Employees supporting the Data Centers it is LA Time's responsibility to coordinate with the Delivery Lead to schedule its employee's attendance.

In general, all mitigation activities are performed in partnership with Employees supporting the Data Centers. In particular, patches should be installed by Employees supporting the Data Centers. Configuration changes and hardware fixes should also be done by Employees supporting the Data Centers whenever possible. If a LA TIMES Employee lacks the knowledge to perform a required mitigation activity, then Sun will perform the mitigation as a teaching aid to Employees supporting the Data Centers, up to a maximum of five employees.

### People

- With LA Time's written consent for the time and the equipment to be used, Sun will implement the Sun Learning Center, including the IT eLibrary and the Solaris OE eLibrary.
- Sun, at the discretion of the Delivery Lead, and with LA Time's written consent for the time and the equipment to be used, may implement other services such as CD-ROM-based training, Instructor Led Training, ePractice Exams, or Certification Test Vouchers.

### Process

- Sun, at the discretion of the Delivery Lead, may implement SunSkills or other professional services that have the potential to expose risks that may have a negative impact on target KPI's.

### Product

- Sun will implement SunSpectrum Platinum Support, as described in the SPS Solution section, for all systems in the Data Center.
- New Equipment Changes
  - If the new equipment includes a bundled installation service, standard Support Services processes will be followed to schedule the installation service. This will be coordinated by the Delivery Lead.
  - If the equipment does not include a bundled installation service, Sun may choose to deploy the appropriate installation or implementation service. Note however, the installation or implementation service should be deployed as a "teaching aid". SPS is not intended as a blanket installation or implementation service. Rather, these services should be used to help Data Center personnel build expertise and establish best practices.
  - All new equipment in the Data Center should be evaluated against the Enterprise Installation Services checklist for that product.
- Sun, at the discretion of the Delivery Lead, may implement other System-related services that have the potential to expose risks that may have a negative impact on target KPI's.

## Measurement

Sun will measure the Key Performance Indicators and will report monthly to LA TIMES during the Get It Right phase.



Sun will measure the Key Performance Indicators and will report the results quarterly to LA TIMES in addition to the quarterly meetings during the Keep It Right phase.

## Phase Two "Keep It Right"

After the change request to switch from Get It Right to Keep It Right has been approved, the Keep It Right phase begins. During this phase, Sun will continue to work with LA TIMES to assess, sustain, mitigate, measure and support.

Sun will conduct the Delivery Lead assessment work executed in Keep It Right as Get It Right except for the frequency. The frequency and number of the assessments required will be determined by Sun, based upon KPI's, time duration since last assessment, and changes to the Data Centers. Sun will conduct sustaining mitigation work with LA TIMES as needed in Keep It Right to maintain the targeted KPI's.

Sun will measure the KPI's and will report quarterly to LA TIMES. Sun will measure the Availability, ORI, and Severity 1 and 2 Service Incidents KPI's during this phase and recommends mitigation if values go outside mutually agreed upon control limits. Should KPI's go outside the control limits Sun will work with LA TIMES to determine the cause of the fluctuation and initiate any mitigations required to bring the KPI back into range.

Sun will continue to provide support for the Systems to address issues that occur. The support is defined in SPS Solution section.

### Switching to "Get It Right"

If, during the Keep It Right phase, the target KPI's are not met for three consecutive months – as reviewed during the monthly/quarterly account meetings, then Sun will revert back to the Get It Right pricing.

## 5.2 Limitation of Service

- SPS encompasses issues and practices identified by Sun as impacting availability of the Data Centers. By their nature, such issues are subject to change and further development.
- SPS will provide LA TIMES with reports of risks, recommended mitigation and measurements, but such reports may not be exhaustive.
- SPS will address only the current Data Centers.
- New hardware or software purchases that might be recommended for mitigation are not covered by SPS. However the support of these purchases, at the option of LA TIMES, will be included in the SPS program through inventory true-ups as described in the Financial Details section.
- Sun, at its discretion, may use hardware or software analysis products during the assessment phase that will remain the sole property of Sun or its authorized licensor's. If LA TIMES and Sun mutually agree that these products may be beneficial for future use by LA TIMES, this additional software or hardware will be covered by a separate agreement and is not part of this SOW.
- The only Tasks and Deliverables Sun is obligated to undertake or deliver in providing this Service are those specifically set forth in SPS. Sun will not be obligated to perform this Service if LA TIMES fails to comply substantially with its responsibilities under SPS.



## 5.3 Change Control

When changes occur in the Data Centers (e.g., transition from one phase of work to another, addition of new Systems, employees, processes) (the "Change"), Sun and LA TIMES will review the Change through the change control process set forth as follows:

- When Sun determines a change is material, Sun will complete Sun's standard Change Request Form (the "Form") as attached hereto in Appendix E and provide the completed Form to LA TIMES.
- Both Sun and LA TIMES will provide written approval including but not limited to the timing of the Change detailed in the Form, including the impact of the Change on the schedule, resources, and the price of the services under SPS, before Sun will make the Change.
    - o If the Change occurs during the Get It Right phase, then Sun will evaluate the impact on risk and availability, and adjust the mitigation and measurement as needed.
    - o If the Change occurs during the Keep It Right phase, and the Change does not adversely impact the KPI's, then Sun will maintain the Keep It Right status. However, Sun can, at its discretion, initiate assessments to evaluate potential impacts of the Change.
    - o If the Change occurs during the Keep It Right phase, and the Change does adversely impact the KPI's, as described in the Switching to "Get It Right" section of the SPS – Deployment Plan, then Sun will complete the Form and revert back to the Get It Right phase of work including Get It Right pricing.
- When LA TIMES accepts the Change set forth in the Form, LA TIMES will sign the Form and return it to Sun. Should such changes impact the contract pricing then adjustments will be made according to the terms set out in the Financial Detail section of this document.
- Upon acceptance of the Change as set forth in the Form, the Change will apply to SPS.

## 6. LA TIMES Requirements

In order to fully implement the Service as recommended, certain requirements must be met for the SPS teams to work most efficiently and effectively. These include:

- LA TIMES will assign a primary and alternate contact who will: provide direction and guidance to Employees as required by Sun; be responsible for periodic communications meetings with Sun regarding SPS; provide all necessary information and resources to Sun; and facilitate any Change Control.
- LA TIMES will use all reasonable efforts to implement any mitigation actions suggested by Sun. LA TIMES acknowledges that failure to implement mitigation actions may result in additional time to achieve targeted values of KPI's, however LA TIMES will not be expected to implement any Sun actions contrary to LA TIMES' business operations, policies or plans. Notwithstanding the foregoing, LA TIMES reserves the right to certify its environments, which may be in conflict with Sun directions. LA TIMES will cooperate with Sun as necessary and where consistent with LA TIMES business practices to allow Sun to complete all aspects of SPS.
- LA TIMES is responsible for all telecommunications and internet access, and all related fees, in connection with SPS to transmit system configuration data back and forth to Sun via the Internet.
- LA TIMES is responsible for LA TIMES travel and expenses if Employees choose to attend Sun educational courses for mitigation actions. (Fees for the courses are included in the SPS price.)
- LA TIMES will provide Sun with all information and documentation, as reasonably requested by Sun, in writing within ten (10) business days after Sun's request and other resources in a timely manner as necessary for Sun to provide the services under SPS. If LA TIMES does not provide such information within the required time frame, the time for performance will be extended:



- LA TIMES and Sun will comply with all applicable laws regarding collection and use of data under this SPS.
- Subject to Section 3 of the General Terms, LA TIMES consents to Sun's use, to transfer (back to Sun), and process (analyze) system configuration data for the purposes of SPS services.
- LA TIMES will provide access to Sun to relevant configuration and process documents as it relates to the SPS offering regarding system configurations and Data Center processes that are currently in place.
- LA TIMES will issue revised purchase order to transition from one phase of work to another and for approved changes to the Data Centers. This activity will be in accordance with the "Financial Detail" and "Change Control" sections.
- LA TIMES will pay Sun for any services outside the scope of the SPS program provided by Sun at Sun's current time and materials rates set out in Appendix D. Any and all time & material work must be pre-approved by LA TIMES in writing before such work commences. LA TIMES warrants that it has valid licenses for all software on the System(s).
- LA TIMES will pay Sun for any services outside the scope of the SPS program provided by Sun for time and material per-call onsite services at Sun's rates set out in Appendix D. Any and all time & material work must be pre-approved by LA TIMES in writing before such work commences.
- LA TIMES and Sun agree that the information learned by Sun about the Systems under the SPS program is deemed to be Confidential Information as defined in the General Terms and will not be shared without LA TIMES' consent, which cannot be unreasonably withheld. Use or disclosure of such Confidential Information will be in accordance with Section 3 of the General Terms and Conditions (Confidential Information).
- Upon prior approval from LA TIMES, which cannot be unreasonably withheld, LA TIMES will provide Sun with adequate workspace for each of Sun's consultants, as well as access to telephones, copiers, faxes, conference rooms, and printing facilities as reasonably necessary for Sun to provide the services under this SOW and commercially feasible.
- LA TIMES will provide Sun access as required or necessary for Service delivery of SPS offerings. Such access will be in accordance with LA TIMES security processes in effect at such time.

## 7. Assumptions and Dependencies

The Service assumes and is contingent upon the following:

- The pricing does not address financial penalties, nor any additional service level commitment, except those explicitly made in this SOW, or as otherwise mutually agreed between the parties. LA TIMES and Sun will mutually agree upon a score carding process and its implementation.
- The Service does not include any financial obligations for missed Service Levels, except as explicitly stated in the SOW, or as otherwise mutually agreed between the parties.
- The Service is dependent on certain existing tools for calculation and analysis of KPIs . Sun will only help LA TIMES with writing scripts to support the Explorer data gathering requirement.
- Disaster Recovery planning, documenting, testing, and executing on behalf of LA TIMES for LA TIMES' disaster recovery processes is outside the scope of the Service.

## 8. Exclusions

The following items are not included as part of the Service:

- New hardware or software purchases that might be recommended for mitigation are not covered by SPS, however the support of these purchases, at the option of LA TIMES, will be included in the SPS program through inventory true-ups as described in the Financial Details Section 2.2.



- Staff Augmentation - Sun will not be adding to or augmenting with additional personnel to LA TIMES.

## 9.  Additional Terms and Conditions

This SOW is subject to the terms and conditions of the General Terms AR-60755-BU between Sun and LA TIMES, executed as of July 30, 2006. Notwithstanding anything to the contrary, Section 3.2 b) (Pricing and payment arrangements) and Section 5.1 (Service Availability) of the Purchasing Exhibit do not apply.

## LA TIMES and Sun signatures acknowledging the SPS Agreement

LA TIMES:                                    Sun Microsystems Inc.

_____                      _____
Signature                                    Signature

Robert J. Palbomini                          Kevin C. Cummans
Name (Print)                                 Name (Print)

SVP/CTO                                       Director
Title                                        Title

10/26/06                                      10/30/06
Date                                         Date



# APPENDIX A
## Definitions

- "Employees" mean LA TIMES employees.

- "Get It Right" ("GIR") means the initial phase of SPS in which Sun will work with LA TIMES to assess, mitigate, measure and support the Data Centers to achieve mutually agreed upon target values for relative improvement in key performance indicators.

- "Keep It Right" ("KIR") means the sustaining phase of SPS in which the mutually agreed upon target value for KPI's are maintained by LA TIMES and Sun.

- "Key Performance Indicators" ("KPI's") mean the indicators described below that will be used by Sun to measure Data Center performance during the Get It Right and Keep It Right phases of SPS.

- "Processes" means processes and procedures that LA TIMES uses for work tasks that include but are not limited to installation, configuration, patch, change control, recovery and maintenance.

- "Systems" means Sun hardware, Sun operating systems running on the Sun hardware, Sun storage equipment and SunRay terminals that are covered by SPS. "Solaris Instance" means the number of Solaris Right-to-Use (RTU) licenses, typically one per server for departmental or workgroup servers. Enterprise class servers may have more that one RTU license.

- "RAS" is an acronym for Reliability, Availability, and Serviceability

- "True-up" refers to a process performed at predefined time intervals; i.e., quarterly, semi-annually, or annually.  The 'true-up' process provides the necessary adjustment in a predefined measurement; i.e. number of Solaris instances.  The 'true-up' process is used to understand the growth in the Service installed base and may require a Service pricing adjustment.

- "True-down" refers to a process performed at predefined time intervals; i.e., quarterly, semi-annually, or annually.  The 'true-down' process provides the necessary adjustment in a predefined measurement; i.e. number of Solaris instances.  The 'true-down' process is used to understand the decrease in the Service installed base and may require a Service pricing adjustment.

- "J2EE" Java 2 Enterprise Edition

- "JES" means Java Enterprise System suite of software

- "ITIL Standards"- Information Technology Infrastructure Library (ITIL) defines the organizational structure and skills requirement of an IT organization and a set of operational management procedures to allow the organization to manage an IT operation and associated IT infrastructure.

## APPENDIX B

[Delivery Lead Only – To be executed by the parties upon completion of chart]

### SPS KPI's LA TIMES Record and Agreement Form

| | | | | |
|---|---|---|---|---|
| Operational Risk Index | TBD | | | |
| Process Maturity Index | TBD | | | |
| Severity 1 and 2 Service Incidents | TBD | | | |

Los Angeles Times and Sun signatures acknowledging Baseline KPIs and Targeted Relative Improvement values recorded after Assessment Work in Get It Right phase.

Los Angeles Times                                    Sun Microsystems Inc.

Signature                                            Signature

Robert J Palermini                                   Keven C Cummins
Name (Print)                                         Name (Print)

SVP/CTO                                              Director
Title                                                Title

10/26/06                                             10/30/06
Date                                                 Date

Sun signatures acknowledging achievement of Targeted Relative Improvement in Baseline KPIs.

Los Angeles Times                                    Sun Microsystems Inc.

Signature                                            Signature

**Sun**
microsystems

Name (Print)

_____

Title

_____

Date

Name (Print)

_____

Title

_____

Date

_Sun Preventive Services_                    _Sun Proprietary & Confidential_                    _Page 25_

# APPENDIX C

## Time and Materials Pricing

**Sun**
microsystems

## APPENDIX D

### Time and Materials Per Call Onsite Pricing

[To be attached upon execution of Agreement]

*Sun Preventive Services*

*Sun Proprietary & Confidential*

P.29/30

**Sun.**
microsystems

## APPENDIX E

### Change Request Form

[To be attached upon execution of Agreement]

## APPENDIX F

### Inventory List and Support Levels

[Spreadsheet to be attached upon execution of Agreement]