Exhibit C



| | |
|---|---|
| Agreement Number: | |
| Contract No : | NK20252211 |
| Quote No : | NK20252211 |
| Date : | 25-JUN-09 |
| Page : | 1 of 3 |

## Support Services Agreement

**Sun Microsystems, Inc.**
**And**
**LOS ANGELES TIMES**
**128 SPRING ST.**
**LOS ANGELES CA 90012-3602 United States**

THIS SUN SERVICES AGREEMENT AND ANY ORDER YOU SEND TO US FOR PRODUCTS OR SERVICES IS COVERED BY (1) THE TERMS OF ANY SALES CONTRACT YOU ALREADY HAVE WITH US, OR BY THE CONTRACT TERMS SET OUT ON OUR WEBSITE AT http://www.sun.com/sales/salesterms; AND (2) FOR SERVICES: (A) THE APPROPRIATE SERVICE LISTING(S) SET OUT ON OUR WEBSITE AT http://www.sun.com/service/servicelist; OR (B) THE APPROPRIATE STATEMENT OF WORK; OR (C) OTHER DOCUMENT(S) PROVIDED BY US DESCRIBING THE SERVICE(S) YOU WANT TO PURCHASE FROM US.

THIS SERVICES AGREEMENT IS BASED UPON OUR QUOTE TO YOU AND YOUR PURCHASE ORDER TO US.  IT SETS OUT THE SUPPORT SERVICES YOU WILL RECEIVE FOR THE PRODUCTS SET OUT ON THE ATTACHED PRODUCT SCHEDULE.

TAXES ARE NOT INCLUDED IN THE TOTAL PRICE LISTED ON THIS SERVICES AGREEMENT.  THE ACTUAL AMOUNT PAYABLE, INCLUDING ALL TAXES, WILL BE LISTED ON THE INVOICE WE SEND TO YOU.

IF YOUR PURCHASE ORDER REQUIRES THAT (1) SUN FEDERAL PROVIDE PERSONNEL WITH U.S. GOVERNMENT SECURITY CLEARANCES, OR (2) SUN FEDERAL OR ITS SUPPLIERS ACCESS CLASSIFIED INFORMATION OR SECURE FACILITIES, YOU MUST GIVE US A VALID DD FORM 254 OR OTHER APPLICABLE SECURITY SPECIFICATION(S).  IF THE REQUIRED FORM OR SPECIFICATIONS ARE NOT GIVEN TO US, OR YOU DO NOT HAVE FACILITY CLEARANCE LEVELS TO GIVE THEM TO US, WE MAY NOT PROVIDE YOU WITH CLEARED PERSONNEL.

Effective Date:  01-AUG-06  to 31-JUL-08

**Contract Total:     867,760.00  USD**

Sun Microsystems, Inc.
4150 NETWORK CIRCLE,
SANTA CLARA,CA 95054,United States

Customer Service Representative
SCHOENFELDER, TROY J
Sales Representative
MORRISON, SANDRA J



| | |
|---|---|
| **Agreement Number:** | |
| **Contract No :** | NK20252211 |
| **Quote No :** | NK20252211 |
| **Date :** | 25-JUN-09 |
| **Page :** | 2 of 3 |

## Support Services Agreement
### SunSpectrum™
### Discounts & Contacts

DISCOUNTS:

CONTRACT CONTACT:          EDDIE,VELEZ
                          Phone :213 237-2298
                          e-Mail: eddie.velez@latimes.com

SOFTWARE RECIPIENT:

Sun Microsystems, Inc.
4150 NETWORK CIRCLE,
SANTA CLARA,CA 95054,United States

Customer Service Representative
SCHOENFELDER, TROY J
Sales Representative
MORRISON, SANDRA J



**Agreement Number:**
**Contract  No :**   NK20252211
**Quote  No :**   NK20252211
**Date :**   25-JUN-09
**Page :**   3 of 3

## Support Services Agreement
### SunSpectrum™
### Billing Information

BILLING PERIOD   :        Custom


BILLING ADDRESS:        LOS ANGELES TIMES
                         202 WEST 1ST STREET
                         LOS ANGELES CA 90012-4105 United States


BILLING CONTACT:

PAYMENT TERMS :        NET 30 DAYS

PURCHASE ORDER:        CREDIT CARD

PRODUCT SCHEDULE:        AS ATTACHED

NOTES:

Sun Microsystems, Inc.
4150 NETWORK CIRCLE,
SANTA CLARA,CA 95054,United States

Customer Service Representative
SCHOENFELDER, TROY J
Sales Representative
MORRISON, SANDRA J

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 1 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | LOS ANGELES TIMES | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES**<br>1375 SUNFLOWER AVE<br>COSTA MESA CA 92626-1697 United States | **104694** |

## Site Summary

**Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]**

| Product | Description | Quantity |
|---|---|---|
| A23-UGD1-9L-128AH | Ultra 60 Workstation - WS U60/1X360 C3D3 128MB/9GB | 1 |

Agreement Number:
Contract  No :   NK20252211
Quote  No :    NK20252211
Date :     25-JUN-09
Page :     2 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | LOS ANGELES TIMES | |
|---|---|---|
| Site Name: | LOS ANGELES TIMES | **104694** |

**Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]**

| Marketing Part# Description Manufacturing Part# | Serial  Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| A23-UGD1-9L-128AH / | 921H2E00 | | 1 | 01-AUG-07 | 31-DEC-07 | N | | | 0.00 |
| Ultra 60 Workstation - WS U60/1X360 C3D3 128MB/9GB A23-UGD1-9L-128AH | | PIPKIN | | | | | | | |

Discounts displayed are applicable to individual lines only.                                        **Total By Service Line:**        **0.00**  USD

**Agreement Number:**
**Contract  No :**  NK20252211
**Quote  No :**  NK20252211
**Date :**  25-JUN-09
**Page :**  3 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| | | |
|---|---|---|
| **Customer Name:** | **LOS ANGELES TIMES** | |
| **Site Name:** | **LOS ANGELES TIMES** | **104694** |
| | 1375 SUNFLOWER AVE | |
| | COSTA MESA CA 92626-1697 United States | |

## Site Summary

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Product | Description | Quantity |
|---|---|---|
| ENT3500 | Sun Enterprise 3500 Server - E3500 PRODUCT FAMILY | 1 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 4 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **104694** |

**Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]**

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| ENT3500 / Sun Enterprise 3500 Server - E3500 PRODUCT FAMILY ENT3500 | 906H2009 | | 1 | 01-AUG-07 | 30-APR-08 | N | | | 0.00 |

Discounts displayed are applicable to individual lines only.                    **Total By Service Line:       0.00** USD

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 5 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| | | |
|---|---|---|
| **Customer Name:** | **LOS ANGELES TIMES** | |
| **Site Name:** | **LOS ANGELES TIMES** | **104694** |
| | 1375 SUNFLOWER AVE | |
| | COSTA MESA CA 92626-1697 United States | |

## Site Summary

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Product | Description | Quantity |
|---|---|---|
| A21UFE1A9J-A128CG | Ultra 5 Workstation - WS U5/270 PGX 128/4GB/CD | 1 |
| A21UFE1A9J-A128CG | Ultra 5 Workstation - WS U5/270 PGX 128/4GB/CD | 1 |
| A21UFE1A9J-A128CG | Ultra 5 Workstation - WS U5/270 PGX 128/4GB/CD | 1 |

**Agreement Number:**

| | |
|---|---|
| **Contract No :** | NK20252211 |
| **Quote No :** | NK20252211 |
| **Date :** | 25-JUN-09 |
| **Page :** | 6 of 33 |

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| **Customer Name:** | **LOS ANGELES TIMES** | |
|---|---|---|
| **Site Name:** | **LOS ANGELES TIMES** | **104694** |

**Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]**

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| A21UFE1A9J-A128CG / Ultra 5 Workstation - WS U5/270 PGX 128/4GB/CD 600-5407-01 | FW83360020 | LAEDIT1 | 1 | 01-AUG-07 | 31-MAY-08 | N | | | 0.00 |
| A21UFE1A9J-A128CG / Ultra 5 Workstation - WS U5/270 PGX 128/4GB/CD 600-5407-01 | FW83360047 | OCEDIT2 | 1 | 01-AUG-07 | 31-MAY-08 | N | | | 0.00 |
| A21UFE1A9J-A128CG / Ultra 5 Workstation - WS U5/270 PGX 128/4GB/CD 600-5407-01 | FW83360022 | OCEDIT1 | 1 | 01-AUG-07 | 31-MAY-08 | N | | | 0.00 |

Discounts displayed are applicable to individual lines only.              **Total By Service Line:**    **0.00**  USD

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 7 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| | | |
|---|---|---|
| **Customer Name:** | **LOS ANGELES TIMES** | |
| **Site Name:** | **LOS ANGELES TIMES** | **104694** |
| | 1375 SUNFLOWER AVE | |
| | COSTA MESA CA 92626-1697 United States | |

## Site Summary

**Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]**

| Product | Description | Quantity |
|---|---|---|
| E2-HA | ENTERPRISE CLUSTER 2HA | 1 |
| E2-HA | ENTERPRISE CLUSTER 2HA | 1 |
| N31-XUB1-9S-512AV1 | Sun Fire V210 - SFV210,1x1GHz,512MB,1x36GB | 1 |

Agreement Number :
Contract  No :   NK20252211
Quote  No :   NK20252211
Date :   25-JUN-09
Page :   8 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

**Customer Name:** **LOS ANGELES TIMES**

**Site Name:** **LOS ANGELES TIMES**            **104694**

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial  Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| E2-HA / ENTERPRISE CLUSTER 2HA E2-HA | 711F1017 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| E2-HA / ENTERPRISE CLUSTER 2HA E2-HA | 711F073E | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N31-XUB1-9S-512AV1 / Sun Fire V210 - SFV210,1x1GHz,512MB,1x36GB 602-2307-02 | HM33218464 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Discounts displayed are applicable to individual lines only.            **Total By Service Line:**    **0.00**  USD

**Agreement Number:**
Contract  No :    NK20252211
Quote  No :    NK20252211
Date :    25-JUN-09
Page :    9 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **104694** |
| | 1375 SUNFLOWER AVE | |
| | COSTA MESA CA 92626-1697 United States | |

## Site Summary

**Service Item # : PREV-SVC-PLAN [Sun Preventive Services.]**

| Product | Description | Quantity |
|---|---|---|
| SERVICE_ATTACH | SERVICE_ATTACH | 1 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 10 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **104694** |

**Service Item # : PREV-SVC-PLAN [Sun Preventive Services.]**

| Marketing Part# Description Manufacturing Part# | Serial  Number | Asset Number  Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| SERVICE_ATTACH /MS-SS-SPS-SS-1Y SERVICE_ATTACH | | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 97,411.00 |

Discounts displayed are applicable to individual lines only.      **Total By Service Line:**   **97,411.00** USD

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 11 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | LOS ANGELES TIMES | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |
| | 128 SPRING ST. | |
| | LOS ANGELES CA 90012-3602 United States | |

## Site Summary

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Product | Description | Quantity |
|---|---|---|
| N31-XUB1-9S-512AV1 | Sun Fire V210 - SFV210,1x1GHz,512MB,1x36GB | 1 |
| A26-AA | Sun Enterprise 250 - E250 SERVER FAMILY | 1 |
| A26-UJC1-9S-256CQ | Sun Enterprise 250 - E250/400MHz/256MB/9GB 10K | 1 |
| A26-UJC1-9S-512CQ | Sun Enterprise 250 - E250/400MHz/512MB/9GB 10K | 1 |
| N19-UTE1-9S-102EX1 | Sun Fire V100 - SF V100 650Mz 1GB 2x40GB CD | 1 |
| N19-UTE1-9S-102EX1 | Sun Fire V100 - SF V100 650Mz 1GB 2x40GB CD | 1 |
| N32-XUB2-9S-204AV2 | Sun Fire V240 - SFV240,2x1GHz,2GB,2x36GB | 1 |
| N32-XUB2-9S-204AV2 | Sun Fire V240 - SFV240,2x1GHz,2GB,2x36GB | 1 |
| XTA3310R01A0R365 | StorEdge 3310 - SE3310-365GB-5x73-JBOD-AC-RR | 1 |
| XTA3310R01A0R365 | StorEdge 3310 - SE3310-365GB-5x73-JBOD-AC-RR | 1 |
| N32-XKB2C1204HB | Sun Fire V240 - SFV240,2x1.5GHz,2GB,2x73GB | 1 |
| A25-MR4A | Sun Enterprise 450 - SRVR E450 300MHZ/512MB 4GB | 1 |
| A26-UJC1-9S-256CQ | Sun Enterprise 250 - E250/400MHz/256MB/9GB 10K | 1 |
| A25-AA | Sun Enterprise 450 - E450 SERVER FAMILY | 1 |
| RA26-UJC2-001CD4 | Sun Enterprise 250 - RFB E250/2X400MHZ,2MB/1GB/36GB | 1 |
| A35-WSPF2-2GQB1 | Sun Fire 280R - 280R/2x900/2GB/2x36GB/DVD | 1 |
| N31-XMB2C1204HB | Sun Fire V210 - SFV210,2x1.34GHz,2GB,2x73GB | 1 |
| N31-XMB2C1204HB | Sun Fire V210 - SFV210,2x1.34GHz,2GB,2x73GB | 1 |
| N31-XM41C1512HA | Sun Fire V210 - SFV210,1x1.34,512MB,1x73GB | 1 |
| N31-XM41C1512HA | Sun Fire V210 - SFV210,1x1.34,512MB,1x73GB | 1 |
| A52-JNG4C216GTB | Sun Fire V490 - SF V490 4@1.35GHz,16GB,2-146GB | 1 |
| A52-JNG4C216GTB | Sun Fire V490 - SF V490 4@1.35GHz,16GB,2-146GB | 1 |
| SYS2900A-4-1500 | SF E2900 1.5GHz PCI+ Bundle | 1 |
| SYS2900A-4-1500 | SF E2900 1.5GHz PCI+ Bundle | 1 |
| XT3BES-RR-22-1321 | StorEdge T3 ES Rack - T3BES RR 2x9x73G | 1 |
| A37-WSPF2-04GQB | Sun Fire V480 - SFV480:2@900MHz Cu,4GB,2-36 GB | 1 |
| N19-UTE1-9S-102EX1 | Sun Fire V100 - SF V100 650Mz 1GB 2x40GB CD | 1 |
| N32-XKB2C1808HB | Sun Fire V240 - SFV240,2x1.5GHz,8GB,2x73GB | 1 |

**Agreement Number:**
**Contract No :** NK20252211
**Quote No :** NK20252211
**Date :** 25-JUN-09
**Page :** 12 of 33

# PRODUCT SCHEDULE
Period : 01-AUG-06 - 31-JUL-08

| Product | Description | Quantity |
|---|---|---|
| N32-XKB2C1808HB | Sun Fire V240 - SFV240,2x1.5GHz,8GB,2x73GB | 1 |
| A65-NPB2-2H-8G-CB7 | Sun Fire X4200 - X4200:2x254 4x2G 2x73 DVD 2PSU | 1 |
| A65-NPB2-2H-8G-CB7 | Sun Fire X4200 - X4200:2x254 4x2G 2x73 DVD 2PSU | 1 |
| A65-NPB2-2H-8G-CB7 | Sun Fire X4200 - X4200:2x254 4x2G 2x73 DVD 2PSU | 1 |
| T20-106A-08GA2C | Sun Fire T2000 - SF T2000 6core 1.0GHz 8GB 2x73 | 1 |
| T20-106A-08GA2C | Sun Fire T2000 - SF T2000 6core 1.0GHz 8GB 2x73 | 1 |
| T20-108A-16GA2C | Sun Fire T2000 - SFT2000 8core 1.0GHz 16GB 2x73 | 1 |
| T20-108A-16GA2C | Sun Fire T2000 - SFT2000 8core 1.0GHz 16GB 2x73 | 1 |
| T20-108A-16GA2C | Sun Fire T2000 - SFT2000 8core 1.0GHz 16GB 2x73 | 1 |
| T20-108A-16GA2C | Sun Fire T2000 - SFT2000 8core 1.0GHz 16GB 2x73 | 1 |
| A52-JNG4C216GTB | Sun Fire V490 - SF V490 4@1.35GHz,16GB,2-146GB | 1 |
| A52-JNG4C216GTB | Sun Fire V490 - SF V490 4@1.35GHz,16GB,2-146GB | 1 |
| A53-CLH8C232GTD | Sun Fire V890 - SF V890 8@1.5GHz,32GB,4-146GB | 1 |
| E25K-BASE-2 | Sun Fire E25K Server Cabinet | 1 |
| E20K-BASE | Sun Fire E20K - Sun Fire E20K Server | 1 |
| A52-CLH4C216GTB | Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB | 1 |
| A52-CLH4C216GTB | Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB | 1 |
| A52-CLH4C216GTB | Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB | 1 |
| A65-PGZ2-2H-8G-CB7 | Sun Fire X4200 - X4200:2x285 4x2G 2x73 DVD | 1 |
| A65-PGZ2-2H-8G-CB7 | Sun Fire X4200 - X4200:2x285 4x2G 2x73 DVD | 1 |
| 245-ELZ1C11GC1 | Sun Fire V245 - SFV245,1x1.5,1GB,1x73GB,1xPSU | 1 |
| A52-CLH4C216GTB | Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB | 1 |
| A52-CLH4C216GTB | Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB | 1 |
| A52-CLH4C216GTB | Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB | 1 |
| A14-ISV1 | Ultra 2 - A14 FAMILY | 1 |
| A14-ISV1 | Ultra 2 - A14 FAMILY | 1 |
| A14-ISV1 | Ultra 2 - A14 FAMILY | 1 |
| A14-ISV1 | Ultra 2 - A14 FAMILY | 1 |
| A14-ISV1 | Ultra 2 - A14 FAMILY | 1 |
| N19-UPE1-9S-102EX1 | Sun Fire V100 - SF V100 500Mz 1GB 2x40GB CD | 1 |
| A30-WUF4-08GRF | Sun Fire V880 - SF V880 4@1200MHz, 8GB, 6-73GB | 1 |
| SG-XARY530A-254G | StorEdge A5000 Tabletop - 254GB Sun StorEdge A5100 | 1 |
| E4500 | Sun Enterprise 4500 - E4500 SERVER BASE 2*PS | 1 |
| SG-XARY123A-50G | StorEdge D1000 - 50GB STOREDGE D1000 | 1 |
| SG-XARY123A-50G | StorEdge D1000 - 50GB STOREDGE D1000 | 1 |
| E29-4P16GB-1200 | Sun Fire E2900 1.2GHz 4P16GB | 1 |
| T20-104A-08GA2C | Sun Fire T2000 - SF T2000 4core 1.0GHz 8GB 2x73 | 1 |
| A52-JTG2B108GRB | Sun Fire V490 - SF V490 2@1.05 GHz, 8GB,2-73GB | 1 |
| N32-XUB2-9S-204AV2 | Sun Fire V240 - SFV240,2x1GHz,2GB,2x36GB | 1 |
| N32-XUB2-9S-204AV2 | Sun Fire V240 - SFV240,2x1GHz,2GB,2x36GB | 1 |
| A52-JTG2B108GRB | Sun Fire V490 - SF V490 2@1.05 GHz, 8GB,2-73GB | 1 |
| SR9-KL038A-IP | Cabinet, Sun Rack 900-38 | 1 |
| SR9-KL038A-IP | Cabinet, Sun Rack 900-38 | 1 |
| A35-WRF2-4GQB1 | Sun Fire 280R - 280R/2x750MHz/4GB/2x36GB/DVD | 1 |
| A35-WRF2-2GQB1 | Sun Fire 280R - 280R/2x750MHz/2GB/2x36GB/DVD | 1 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 13 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Product | Description | Quantity |
|---|---|---|
| XT3BES-RR-22-1321 | StorEdge T3 ES Rack - T3BES RR 2x9x73G | 1 |
| A35-WSPF1-1GQA1OS | Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS | 1 |
| A35-WSPF1-1GQA1OS | Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS | 1 |
| A40-8P1200-16GB | Sun Fire V1280 - Sun Fire V1280 - Sun Fire V1280 1.2GHz 8P16GB | 1 |
| A40-8P1200-16GB | Sun Fire V1280 - Sun Fire V1280 - Sun Fire V1280 1.2GHz 8P16GB | 1 |
| N31-XMB1C1512HA | 1x1.34,512MB,1x73GB | 1 |
| N31-XMB1C1512HA | 1x1.34,512MB,1x73GB | 1 |
| N19-UTE1-9S-102EX1 | Sun Fire V100 - SF V100 650Mz 1GB 2x40GB CD | 1 |
| N25AUTA1-9S-102AV1 | Sun Fire V120 - Sun Fire V120 650Mz 1GB 2x36G | 1 |
| N25AUTA1-9S-102AV1 | Sun Fire V120 - Sun Fire V120 650Mz 1GB 2x36G | 1 |
| N25AUTA1-9S-102AV1 | Sun Fire V120 - Sun Fire V120 650Mz 1GB 2x36G | 1 |
| A37-WSPF2-04GQB | Sun Fire V480 - SFV480:2@900MHz Cu,4GB,2-36 GB | 1 |
| A37-WSPF2-04GQB | Sun Fire V480 - SFV480:2@900MHz Cu,4GB,2-36 GB | 1 |
| A35-WSPF1-1GQA1OS | Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS | 1 |
| A35-WSPF1-1GQA1OS | Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS | 1 |
| A35-WSPF1-1GQA1OS | Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS | 1 |
| A35-WSPF1-1GQA1OS | Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS | 1 |
| A35-WSPF1-1GQA1OS | Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS | 1 |
| A35-WSPF2-2GQB1OS | Sun Fire 280R - 280R/2x900/2GB/2x36GB/DVD/OS | 1 |
| A35-WSPF2-2GQB1OS | Sun Fire 280R - 280R/2x900/2GB/2x36GB/DVD/OS | 1 |
| A35-WBF1-1GRA1 | Sun Fire 280R - SF280R/1x1.2/1GB/1x73/DVD/OS | 1 |
| N31-XMB1C1512HA | 1x1.34,512MB,1x73GB | 1 |
| A14-ISV1 | Ultra 2 - A14 FAMILY | 1 |
| A26-UDB1-9S-256CJ | Sun Enterprise 250 - E250/250MHZ/256MB/9GB | 1 |
| A26-UEC1-9S-256CJ | Sun Enterprise 250 - E250/300MHZ/256MB/9GB | 1 |
| A26-UJC1-9S-256CQ | Sun Enterprise 250 - E250/400MHz/256MB/9GB 10K | 1 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 14 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| N31-XUB1-9S-512AV1 / Sun Fire V210 - SFV210,1x1GHz,512MB,1x36GB 602-2307-02 | HM33218443 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A26-AA / Sun Enterprise 250 - E250 SERVER FAMILY A26 | 922H38A2 | PEGASUS | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A26-UJC1-9S-256CQ / Sun Enterprise 250 - E250/400MHz/256MB/9GB 10K 600-5969-01 | 932H56AF | DOVAN | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A26-UJC1-9S-512CQ / Sun Enterprise 250 - E250/400MHz/512MB/9GB 10K 600-5973-01 | 934H42C9 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N19-UTE1-9S-102EX1 / Sun Fire V100 - SF V100 650Mz 1GB 2x40GB CD 600-7997-01 | CV30200694 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N19-UTE1-9S-102EX1 / Sun Fire V100 - SF V100 650Mz 1GB 2x40GB CD 600-7997-01 | CV24601539 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N32-XUB2-9S-204AV2 / Sun Fire V240 - SFV240,2x1GHz,2GB,2x36GB 602-2397-02 | HN33633466 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N32-XUB2-9S-204AV2 / Sun Fire V240 - SFV240,2x1GHz,2GB,2x36GB 602-2397-02 | HN33633477 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| XTA3310R01A0R365 / StorEdge 3310 - SE3310-365GB-5x73-JBOD-AC-RR 595-6644-02 | 0000451-0340004AE2 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Agreement Number :
Contract  No :   NK20252211
Quote  No :   NK20252211
Date :   25-JUN-09
Page :   15 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial  Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| XTA3310R01A0R365 / StorEdge 3310 - SE3310-365GB-5x73-JBOD-AC-RR 595-6644-02 | 0000451-0340004AE7 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N32-XKB2C1204HB / Sun Fire V240 - SFV240,2x1.5GHz,2GB,2x73GB 602-3078-01 | FN53650044 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A25-MR4A / Sun Enterprise 450 - SRVR E450 300MHZ/512MB 4GB A25-MR4A | 833F2221 | MARINER2 | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A26-UJC1-9S-256CQ / Sun Enterprise 250 - E250/400MHz/256MB/9GB 10K 600-5969-01 | 911M304C | GANDALF | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A25-AA / Sun Enterprise 450 - E450 SERVER FAMILY A25 | 021H43DF | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| RA26-UJC2-001CD4 / Sun Enterprise 250 - RFB E250/2X400MHZ,2MB/1GB/36GB 558-1740-01 | 205T2250 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WSPF2-2GQB1 / Sun Fire 280R - 280R/2x900/2GB/2x36GB/DVD 600-7908-01 | 211C0501 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N31-XMB2C1204HB / Sun Fire V210 - SFV210,2x1.34GHz,2GB,2x73GB 602-3075-01 | FM54710032 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N31-XMB2C1204HB / Sun Fire V210 - SFV210,2x1.34GHz,2GB,2x73GB 602-3075-01 | FM54710053 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 16 of 33

# PRODUCT SCHEDULE
Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | LOS ANGELES TIMES | |
|---|---|---|
| Site Name: | LOS ANGELES TIMES | 356594 |

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| N31-XM41C1512HA / Sun Fire V210 - SFV210,1x1.34,512MB,1x73GB 602-3142-01 | FM60930312 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N31-XM41C1512HA / Sun Fire V210 - SFV210,1x1.34,512MB,1x73GB 602-3142-01 | FM60930349 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A52-JNG4C216GTB / Sun Fire V490 - SF V490 4@1.35GHz,16GB,2-146GB 602-2913-01 | 0610AM0461 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A52-JNG4C216GTB / Sun Fire V490 - SF V490 4@1.35GHz,16GB,2-146GB 602-2913-01 | 0610AM0509 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| SYS2900A-4-1500 / SF E2900 1.5GHz PCI+ Bundle SYS2900A-4-1500 | 0607NNT016 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| SYS2900A-4-1500 / SF E2900 1.5GHz PCI+ Bundle SYS2900A-4-1500 | 0607NNT007 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| XT3BES-RR-22-1321 / StorEdge T3 ES Rack - T3BES RR 2x9x73G 595-5864-01 | 219S9974 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A37-WSPF2-04GQB / Sun Fire V480 - SFV480:2@900MHz Cu,4GB,2-36 GB 600-7879-01 | 312V0399 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N19-UTE1-9S-102EX1 / Sun Fire V100 - SF V100 650Mz 1GB 2x40GB CD 600-7997-01 | CV24601538 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N32-XKB2C1808HB / Sun Fire V240 - SFV240,2x1.5GHz,8GB,2x73GB 602-3079-01 | FN55250015 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

| | |
|---|---|
| Agreement Number: | |
| Contract No : | NK20252211 |
| Quote No : | NK20252211 |
| Date : | 25-JUN-09 |
| Page : | 17 of 33 |

# PRODUCT SCHEDULE
### Period : 01-AUG-06 - 31-JUL-08

| **Customer Name:** | **LOS ANGELES TIMES** | |
|---|---|---|
| **Site Name:** | **LOS ANGELES TIMES** | **356594** |

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| N32-XKB2C1808HB / Sun Fire V240 - SFV240,2x1.5GHz,8GB,2x73GB 602-3079-01 | FN55250076 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A65-NPB2-2H-8G-CB7 / Sun Fire X4200 - X4200:2x254 4x2G 2x73 DVD 2PSU 602-3102-01 | 0607AM0434 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A65-NPB2-2H-8G-CB7 / Sun Fire X4200 - X4200:2x254 4x2G 2x73 DVD 2PSU 602-3102-01 | 0613AM1794 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A65-NPB2-2H-8G-CB7 / Sun Fire X4200 - X4200:2x254 4x2G 2x73 DVD 2PSU 602-3102-01 | 0613AM1800 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| T20-106A-08GA2C / Sun Fire T2000 - SF T2000 6core 1.0GHz 8GB 2x73 602-2999-08 | 0601NNN0M7 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| T20-106A-08GA2C / Sun Fire T2000 - SF T2000 6core 1.0GHz 8GB 2x73 602-2999-08 | 0606NNN0E2 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| T20-108A-16GA2C / Sun Fire T2000 - SFT2000 8core 1.0GHz 16GB 2x73 602-3000-08 | 0606NNN02N | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| T20-108A-16GA2C / Sun Fire T2000 - SFT2000 8core 1.0GHz 16GB 2x73 602-3000-08 | 0608NNN0E0 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| T20-108A-16GA2C / Sun Fire T2000 - SFT2000 8core 1.0GHz 16GB 2x73 602-3000-08 | 0608NNN1AY | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| T20-108A-16GA2C / Sun Fire T2000 - SFT2000 8core 1.0GHz 16GB 2x73 602-3000-08 | 0608NNN1J4 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 18 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| A52-JNG4C216GTB / Sun Fire V490 - SF V490 4@1.35GHz,16GB,2-146GB 602-2913-02 | 0622AM1875 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A52-JNG4C216GTB / Sun Fire V490 - SF V490 4@1.35GHz,16GB,2-146GB 602-2913-02 | 0622AM1892 | | 1 | 01-AUG-07 | 31-JUL-08 | Y | | | 0.00 |
| A53-CLH8C232GTD / Sun Fire V890 - SF V890 8@1.5GHz,32GB,4-146GB 602-3083-02 | 0624AM0200 | | 1 | 01-AUG-07 | 31-JUL-08 | Y | | | 0.00 |
| E25K-BASE-2 / Sun Fire E25K Server Cabinet 3387587-1 | 0623AK2241 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| E20K-BASE / Sun Fire E20K - Sun Fire E20K Server 3387591-1 | 0623AK2240 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A52-CLH4C216GTB / Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB 602-2953-03 | 0624AM0979 | | 1 | 01-AUG-07 | 31-JUL-08 | Y | | | 0.00 |
| A52-CLH4C216GTB / Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB 602-2953-03 | 0625AM0268 | | 1 | 01-AUG-07 | 31-JUL-08 | Y | | | 0.00 |
| A52-CLH4C216GTB / Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB 602-2953-03 | 0625AM0638 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A65-PGZ2-2H-8G-CB7 / Sun Fire X4200 - X4200:2x285 4x2G 2x73 DVD 602-3441-01 | 0623AN2016 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A65-PGZ2-2H-8G-CB7 / Sun Fire X4200 - X4200:2x285 4x2G 2x73 DVD 602-3441-01 | 0623AN2026 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 19 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | LOS ANGELES TIMES | |
|---|---|---|
| Site Name: | LOS ANGELES TIMES | 356594 |

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 245-ELZ1C11GC1 / Sun Fire V245 - SFV245,1x1.5,1GB,1x73GB,1xPSU 602-3138-01 | 0639FL1025 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A52-CLH4C216GTB / Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB 602-2953-03 | 0626AM2455 | | 1 | 01-AUG-07 | 31-JUL-08 | Y | | | 0.00 |
| A52-CLH4C216GTB / Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB 602-2953-03 | 0626AM3105 | | 1 | 01-AUG-07 | 31-JUL-08 | Y | | | 0.00 |
| A52-CLH4C216GTB / Sun Fire V490 - SF V490 4@1.5GHz,16GB,2-146GB 602-2953-03 | 0636AM2110 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A14-ISV1 / Ultra 2 - A14 FAMILY A14 | 943H357C | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A14-ISV1 / Ultra 2 - A14 FAMILY A14 | 943H3594 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A14-ISV1 / Ultra 2 - A14 FAMILY A14 | 943H35E8 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A14-ISV1 / Ultra 2 - A14 FAMILY A14 | 945C2380 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A14-ISV1 / Ultra 2 - A14 FAMILY A14 | 945H2899 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N19-UPE1-9S-102EX1 / Sun Fire V100 - SF V100 500Mz 1GB 2x40GB CD 600-7883-01 | CV30200820 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Agreement Number:
Contract No :  NK20252211
Quote No :  NK20252211
Date :  25-JUN-09
Page :  20 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | | | | | | | | **356594** |

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial  Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| A30-WUF4-08GRF / Sun Fire V880 - SF V880 4@1200MHz, 8GB, 6-73GB 602-2557-01 | 0415AM0200NA | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| SG-XARY530A-254G / StorEdge A5000 Tabletop - 254GB Sun StorEdge A5100 SG-XARY530A-254G | 018H2642 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| E4500 / Sun Enterprise 4500 - E4500 SERVER BASE 2*PS E4500 | 033H594B | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| SG-XARY123A-50G / StorEdge D1000 - 50GB STOREDGE D1000 SG-XARY123A-50G | 039H51E3 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| SG-XARY123A-50G / StorEdge D1000 - 50GB STOREDGE D1000 SG-XARY123A-50G | 039H51F3 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| E29-4P16GB-1200 / Sun Fire E2900 1.2GHz 4P16GB E29-4P16GB-1200 | 0539NNB02F | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| T20-104A-08GA2C / Sun Fire T2000 - SF T2000 4core 1.0GHz 8GB 2x73 T20-104A-08GA2C | 0606NNN0E4 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A52-JTG2B108GRB / Sun Fire V490 - SF V490 2@1.05 GHz, 8GB,2-73GB A52-JTG2B108GRB | 0625AM1464 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N32-XUB2-9S-204AV2 / Sun Fire V240 - SFV240,2x1GHz,2GB,2x36GB N32-XUB2-9S-204AV2 | 0647RB0608 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N32-XUB2-9S-204AV2 / Sun Fire V240 - SFV240,2x1GHz,2GB,2x36GB N32-XUB2-9S-204AV2 | 0647RB0714 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 21 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| A52-JTG2B108GRB / Sun Fire V490 - SF V490 2@1.05 GHz, 8GB,2-73GB A52-JTG2B108GRB | 3800817-01 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| SR9-KL038A-IP / Cabinet, Sun Rack 900-38 SR9-KL038A-IP | 0621610052 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| SR9-KL038A-IP / Cabinet, Sun Rack 900-38 SR9-KL038A-IP | 0622610073 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WRF2-4GQB1 / Sun Fire 280R - 280R/2x750MHz/4GB/2x36GB/DVD 600-6876-01 | 152C05BC | LATMXHUB1 | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WRF2-2GQB1 / Sun Fire 280R - 280R/2x750MHz/2GB/2x36GB/DVD A35-WRF2-2GQB1 | 152C08C9 | GAUNTLET1 | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| XT3BES-RR-22-1321 / StorEdge T3 ES Rack - T3BES RR 2x9x73G 595-5864-01 | 220S0201 | MEDIASPHERE | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WSPF1-1GQA1OS / Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS 602-2310-01 | 323AD2EA7 | GAUNTLET2 | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WSPF1-1GQA1OS / Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS 602-2310-01 | 323AD2EA2 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A40-8P1200-16GB / Sun Fire V1280 - Sun Fire V1280 - Sun Fire V1280 1.2GHz 8P16GB 602-2492-02 | 0347MM2109 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Agreement Number:
Contract  No :   NK20252211
Quote  No :   NK20252211
Date :   25-JUN-09
Page :   22 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | LOS ANGELES TIMES |
|---|---|
| Site Name: | LOS ANGELES TIMES | 356594 |

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| A40-8P1200-16GB / Sun Fire V1280 - Sun Fire V1280 - Sun Fire V1280 1.2GHz 8P16GB 602-2492-02 | 0347MM2101 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N31-XMB1C1512HA / 1x1.34,512MB,1x73GB 602-3074-01 | FM54530037 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N31-XMB1C1512HA / 1x1.34,512MB,1x73GB 602-3074-01 | FM54530070 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N19-UTE1-9S-102EX1 / Sun Fire V100 - SF V100 650Mz 1GB 2x40GB CD 600-7997-01 | CV24601537 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N25AUTA1-9S-102AV1 / Sun Fire V120 - Sun Fire V120 650Mz 1GB 2x36G 600-7454-02 | FF30710138 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N25AUTA1-9S-102AV1 / Sun Fire V120 - Sun Fire V120 650Mz 1GB 2x36G 600-7454-02 | FF31120001 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N25AUTA1-9S-102AV1 / Sun Fire V120 - Sun Fire V120 650Mz 1GB 2x36G 600-7454-02 | FF31120187 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A37-WSPF2-04GQB / Sun Fire V480 - SFV480:2@900MHz Cu,4GB,2-36 GB 600-7879-01 | 315V01EE | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A37-WSPF2-04GQB / Sun Fire V480 - SFV480:2@900MHz Cu,4GB,2-36 GB 600-7879-01 | 315V01D3 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WSPF1-1GQA1OS / Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS 602-2310-01 | 315AD129C | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 23 of 33

# PRODUCT SCHEDULE
Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |

**Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]**

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| A35-WSPF1-1GQA1OS / Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS 602-2310-01 | 315AD1291 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WSPF1-1GQA1OS / Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS 602-2310-01 | 312AD341A | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WSPF1-1GQA1OS / Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS 602-2310-01 | 312AD3436 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WSPF1-1GQA1OS / Sun Fire 280R - SF280R/1x900+/1GB/1x36/DVD/OS 602-2310-01 | 312AD3426 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WSPF2-2GQB1OS / Sun Fire 280R - 280R/2x900/2GB/2x36GB/DVD/OS 602-2311-01 | 315AD258D | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WSPF2-2GQB1OS / Sun Fire 280R - 280R/2x900/2GB/2x36GB/DVD/OS 602-2311-01 | 315AD1DBE | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A35-WBF1-1GRA1 / Sun Fire 280R - SF280R/1x1.2/1GB/1x73/DVD/OS 602-2424-02 | 0349AD1549 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| N31-XMB1C1512HA / 1x1.34,512MB,1x73GB 602-3074-01 | FM54530063 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A14-ISV1 / Ultra 2 - A14 FAMILY A14 | 639F0F60 | KLAU | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 24 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | LOS ANGELES TIMES | |
|---|---|---|
| Site Name: | LOS ANGELES TIMES | 356594 |

**Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]**

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| A26-UDB1-9S-256CJ / Sun Enterprise 250 - E250/250MHZ/256MB/9GB 600-5034-01 | 829F27CE | MI5 | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A26-UEC1-9S-256CJ / Sun Enterprise 250 - E250/300MHZ/256MB/9GB 600-5035-01 | 911H2F41 | FORCE | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |
| A26-UJC1-9S-256CQ / Sun Enterprise 250 - E250/400MHz/256MB/9GB 10K 600-5969-01 | 911M3189 | | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 0.00 |

Discounts displayed are applicable to individual lines only.          **Total By Service Line:    0.00** USD

**Agreement Number:**
**Contract No :** NK20252211
**Quote No :** NK20252211
**Date :** 25-JUN-09
**Page :** 25 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| | |
|---|---|
| **Customer Name:** | **LOS ANGELES TIMES** |
| **Site Name:** | **LOS ANGELES TIMES**                    356594 |
| | 128 SPRING ST. |
| | LOS ANGELES CA 90012-3602 United States |

**Site Summary**

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Product | Description | Quantity |
|---|---|---|
| A23-UGD1-9Q-128AH | Ultra 60 Workstation - WS U60/1X360 AFB-L 128MB/9GB | 1 |
| A22UHC1A9L-B256CP | Ultra 10 Workstation - WS U10/333 FDB2+ 256/9GB/CD | 1 |
| A22UHC1A9L-B256CP | Ultra 10 Workstation - WS U10/333 FDB2+ 256/9GB/CD | 1 |
| SG-ARY350A-90G | StorEdge A3500 - A3500 W/2 CONT.,5 TRAYS,9GB DR | 1 |
| A22UHC1A9P-B256CP | Ultra 10 Workstation - WS U10/333 PGX24 256/9GB/CD | 1 |
| A22UHC1A9L-B256CP | Ultra 10 Workstation - WS U10/333 FDB2+ 256/9GB/CD | 1 |
| SG-XARY553A-1019G | StorEdge A5000 Rack - 1019GB Sun StorEdge A5100 | 1 |

| | | |
|---|---|---|
| | Agreement Number: | |
| | Contract No : | NK20252211 |
| | Quote No : | NK20252211 |
| | Date : | 25-JUN-09 |
| | Page : | 26 of 33 |

# PRODUCT SCHEDULE
Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| A23-UGD1-9Q-128AH / Ultra 60 Workstation - WS U60/1X360 AFB-L 128MB/9GB A23-UGD1-9Q-128AH | 921H3AFC | REX | 1 | 01-AUG-07 | 31-DEC-07 | N | | | 0.00 |
| A22UHC1A9L-B256CP / Ultra 10 Workstation - WS U10/333 FDB2+ 256/9GB/CD 600-5702-01 | FW01640338 | LAHA1 | 1 | 01-AUG-07 | 31-DEC-07 | N | | | 0.00 |
| A22UHC1A9L-B256CP / Ultra 10 Workstation - WS U10/333 FDB2+ 256/9GB/CD 600-5702-01 | FW01810207 | LAHA2 | 1 | 01-AUG-07 | 31-DEC-07 | N | | | 0.00 |
| SG-ARY350A-90G / StorEdge A3500 - A3500 W/2 CONT.,5 TRAYS,9GB DR SG-ARY350A-90G | 905H2A1A | | 1 | 01-AUG-07 | 31-DEC-07 | N | | | 0.00 |
| A22UHC1A9P-B256CP / Ultra 10 Workstation - WS U10/333 PGX24 256/9GB/CD 600-5662-01 | FW92160015 | HERMES | 1 | 01-AUG-07 | 31-DEC-07 | N | | | 0.00 |
| A22UHC1A9L-B256CP / Ultra 10 Workstation - WS U10/333 FDB2+ 256/9GB/CD 600-5702-01 | FW94250471 | MEGATEST | 1 | 01-AUG-07 | 31-DEC-07 | N | | | 0.00 |
| SG-XARY553A-1019G / StorEdge A5000 Rack - 1019GB Sun StorEdge A5100 SG-XARY553A-1019G | 030H3E5F | | 1 | 01-AUG-07 | 31-DEC-07 | N | | | 0.00 |

Discounts displayed are applicable to individual lines only.　　　　　　　　　　**Total By Service Line:**　　**0.00** USD

**Agreement  Number :**
**Contract  No :**    NK20252211
**Quote  No :**    NK20252211
**Date :**    25-JUN-09
**Page :**    27 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| | |
|---|---|
| **Customer Name:** | **LOS ANGELES TIMES** |
| **Site Name:** | **LOS ANGELES TIMES**                                    **356594** |
| | 128 SPRING ST. |
| | LOS ANGELES CA 90012-3602 United States |

## Site Summary

**Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]**

| Product | Description | Quantity |
|---|---|---|
| E3500-MR63 | ENT3500 MASTER RESELLER | 1 |
| UG-E3000-E3500 | Sun Enterprise 3500 - UG E3000 TO E3500 | 1 |
| UG-SUNSV-E3500-C62 | Sun Enterprise 3500 - UG TO E3500 2X336MHZ/4MB | 1 |
| E3500 | Sun Enterprise 3500 - E3500 SERVER BASE 1*PS | 1 |

Agreement Number:

| | |
|---|---|
| Contract No : | NK20252211 |
| Quote No : | NK20252211 |
| Date : | 25-JUN-09 |
| Page : | 28 of 33 |

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |

**Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]**

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| E3500-MR63 / ENT3500 MASTER RESELLER 600-5454-01 | 913H2046 | LEGOLAS | 1 | 01-AUG-07 | 30-APR-08 | N | | | 0.00 |
| UG-E3000-E3500 / Sun Enterprise 3500 - UG E3000 TO E3500 UG-E3000-E3500 | 033H3942 | | 1 | 01-AUG-07 | 30-APR-08 | N | | | 0.00 |
| UG-SUNSV-E3500-C62 / Sun Enterprise 3500 - UG TO E3500 2X336MHZ/4MB UG-SUNSV-E3500-C62 | 905H30D8 | | 1 | 01-AUG-07 | 30-APR-08 | N | | | 0.00 |
| E3500 / Sun Enterprise 3500 - E3500 SERVER BASE 1*PS E3500 | 033H3943 | CYCLOPS | 1 | 01-AUG-07 | 30-APR-08 | N | | | 0.00 |

Discounts displayed are applicable to individual lines only.                    **Total By Service Line:**    **0.00**  USD

**Agreement Number:**
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 29 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| | | |
|---|---|---|
| **Customer Name:** | **LOS ANGELES TIMES** | |
| **Site Name:** | **LOS ANGELES TIMES** | **356594** |
| | 128 SPRING ST. | |
| | LOS ANGELES CA 90012-3602 United States | |

## Site Summary

Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| Product | Description | Quantity |
|---|---|---|
| A21UGE1A9P-C128CR | Ultra 5 Workstation - WS U5/360 PGX24 128/8GB/CD | 1 |
| A21UGE1A9P-C128CR | Ultra 5 Workstation - WS U5/360 PGX24 128/8GB/CD | 1 |

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 30 of 33

# PRODUCT SCHEDULE
Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |

**Service Item # : ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]**

| Marketing Part# Description Manufacturing Part# | Serial Number | Asset Number Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| A21UGE1A9P-C128CR / Ultra 5 Workstation - WS U5/360 PGX24 128/8GB/CD A21UGE1A9P-C128CR | FW02930053 | | 1 | 01-AUG-07 | 31-MAY-08 | N | | | 0.00 |
| A21UGE1A9P-C128CR / Ultra 5 Workstation - WS U5/360 PGX24 128/8GB/CD A21UGE1A9P-C128CR | FW02610639 | SSP1-STARLIGHT | 1 | 01-AUG-07 | 31-MAY-08 | N | | | 0.00 |

Discounts displayed are applicable to individual lines only.     **Total By Service Line:    0.00** USD

Agreement Number:
Contract  No :    NK20252211
Quote  No :    NK20252211
Date :    25-JUN-09
Page :    31 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |
| | 128 SPRING ST. | |
| | LOS ANGELES CA 90012-3602 United States | |

## Site Summary

**Service Item # : PREV-SVC-PLAN [Sun Preventive Services.]**

| Product | Description | Quantity |
|---|---|---|
| SERVICE_ATTACH | SERVICE_ATTACH | 1 |
| SERVICE_ATTACH | SERVICE_ATTACH | 1 |

Agreement Number:
Contract  No :    NK20252211
Quote No :    NK20252211
Date :    25-JUN-09
Page :    32 of 33

# PRODUCT SCHEDULE
Period : 01-AUG-06 - 31-JUL-08

| Customer Name: | **LOS ANGELES TIMES** | |
|---|---|---|
| Site Name: | **LOS ANGELES TIMES** | **356594** |

**Service Item # : PREV-SVC-PLAN [Sun Preventive Services.]**

| Marketing Part# / Description / Manufacturing Part# | Serial Number | Asset Number / Cust. Ref. | Bill Qty | Start Date | End Date | Warr (Y/N) | Monthly List Price | Discounts (%/Sum) | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| SERVICE_ATTACH /MS-SS-SPS-SS-1Y SERVICE_ATTACH | | SSP1-STARLIGHT | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 732,062.00 |
| SERVICE_ATTACH /MS-SS-SPS-KS-1Y SERVICE_ATTACH | | SSP1-STARLIGHT | 1 | 01-AUG-07 | 31-JUL-08 | N | | | 38,287.00 |

Discounts displayed are applicable to individual lines only.            **Total By Service Line:    770,349.00**  USD

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 33 of 33

# PRODUCT SCHEDULE

Period : 01-AUG-06 - 31-JUL-08

## Customer Name:   LOS ANGELES TIMES

| Site Number | Site Name | By Service Item | Total |
|---|---|---|---|
| 104694 | LOS ANGELES TIMES | ENT-SVC-PLAN [SunSpectrum Ent Svc Plan] | 0.00 |
| | | ENT-SVC-PLAN [SunSpectrum Ent Svc Plan] | 0.00 |
| | | ENT-SVC-PLAN [SunSpectrum Ent Svc Plan] | 0.00 |
| | | ENT-SVC-PLAN [SunSpectrum Ent Svc Plan] | 0.00 |
| | | PREV-SVC-PLAN [Sun Preventive Services.] | 97,411.00 |
| | | **Total:** | **97,411.00** |
| 356594 | LOS ANGELES TIMES | ENT-SVC-PLAN [SunSpectrum Ent Svc Plan] | 0.00 |
| | | ENT-SVC-PLAN [SunSpectrum Ent Svc Plan] | 0.00 |
| | | ENT-SVC-PLAN [SunSpectrum Ent Svc Plan] | 0.00 |
| | | ENT-SVC-PLAN [SunSpectrum Ent Svc Plan] | 0.00 |
| | | PREV-SVC-PLAN [Sun Preventive Services.] | 770,349.00 |
| | | **Total:** | **770,349.00** |
| **Contract Total:** | | | **867,760.00  USD** |

Sun microsystems

Agreement Number:
Contract No : NK20252211
Quote No : NK20252211
Date : 25-JUN-09
Page : 1 of 1

# **PAYMENT SCHEDULE**

| Customer Name: | **LOS ANGELES TIMES** |
|---|---|
| **Period:** | **01-AUG-06- 31-JUL-08** |
| **Invoice Timing:** | **Custom** |

**104694**

ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| 01-AUG-07 | 31-DEC-07 | 0.00 USD |
|---|---|---|

ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| 01-AUG-07 | 30-APR-08 | 0.00 USD |
|---|---|---|

ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| 01-AUG-07 | 31-MAY-08 | 0.00 USD |
|---|---|---|

ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| 01-AUG-07 | 31-JUL-08 | 0.00 USD |
|---|---|---|

PREV-SVC-PLAN [Sun Preventive Services.]

| 01-AUG-07 | 31-JUL-08 | 97,411.00 USD |
|---|---|---|

**356594**

ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| 01-AUG-07 | 31-JUL-08 | 0.00 USD |
|---|---|---|

ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| 01-AUG-07 | 31-DEC-07 | 0.00 USD |
|---|---|---|

ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| 01-AUG-07 | 30-APR-08 | 0.00 USD |
|---|---|---|

ENT-SVC-PLAN [SunSpectrum Ent Svc Plan]

| 01-AUG-07 | 31-MAY-08 | 0.00 USD |
|---|---|---|

PREV-SVC-PLAN [Sun Preventive Services.]

| 01-AUG-07 | 31-JUL-08 | 770,349.00 USD |
|---|---|---|