# Exhibit D

**Catherine Lee - UPDATE - Trib Agreements**

---

**From:** Sarah Farley
**To:** , Ouida Rice , Marna Hamling , , Todd Bliss
**Date:** 6/9/2009 3:11 PM
**Subject:** UPDATE - Trib Agreements

---

Catherine,
My apologies, NK20252211 had more calls than just the one. I have attached them below.
Thanks!
Sarah

Customer Name : LOS ANGELES TIMES
Entitlement Id : NK20252211

| Case Id | Serial Number | | Received Date | Case Status | Service Office Queue Text |
|---|---|---|---|---|---|
| 66175084 | 0606NNN0E4 | ✗ | 23 Jan 2009 | Completed, Closed | OSC/LSDC/CB/C Notes-Server cannot boot. after installing patches |
| 66062508 | 0625AM1464 | ✗ | 27 Aug 2008 | Completed, Closed | OSc/LSDc/CB/part#501-7481/qty1/cnotes for shipping |
| 66048576 | 0606NNN02N | ✗ | 15 Aug 2008 | Completed, Closed | ok to ship, Part#: 370-6210, qty. 2 |
| 66032363 | Customer Unable To Provide | ✗ | 02 Aug 2008 | Completed, Closed | lsdc\fan on the power supply is going bad amber light on |
| 66002614 | 0607NNT007 | ✗ | 11 Jul 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES-system hung |
| 65998980 | FM54530070 | ✗ | 09 Jul 2008 | Completed, Closed | 07/30 / perfomance / zfs |
| 65982224 | 0623AK2240 | ✗ | 26 Jun 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES-Multipathing information: |
| 65982126 | 0623AK2241 | ✗ | 26 Jun 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES-Bad HBA's |
| 65976865 | 0623AK2241 | ✗ | 23 Jun 2008 | Completed, Closed | AIP - Domain A became unusable - cu sent break, generated core |
| 65965404 | FM54710032 | ✗ | 16 Jun 2008 | Completed, Closed | OSC/LSDC/CB/c0t0d0 failed/540-6600 x1 |
| 65964028 | 3800817-01 | ✗ | 13 Jun 2008 | Completed, Closed | LSDC/Sev1/v490/tried to move zone container to another server, ran into issues |
| 65943154 | | ✗ | 29 May 2008 | Completed, Closed | LSDC/SEV1/no one able to login to the servers |
| | | | | | LSDC/ iSCSI /target |

| | | | | |
|---|---|---|---|---|
| 65936313 0607AM0434 | ☒ | 24 May 2008 | Completed, Closed | drops connection, data trasfer slow - IDR137261-01-177422101 |
| 65932141 0623AK2241 | ☒ | 21 May 2008 | Completed, Closed | plat/1down/hpa light amber |
| 65932131 0623AK2240 | ☒ | 21 May 2008 | Completed, Closed | plat/bad hab no amber light |
| 65924515 152C08C9 | ☒ | 15 May 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES-Part#: 375-0006 /qty.1 |
| 65917683 0812AMT067 | ☒ | 12 May 2008 | Completed, Closed | LSDC/X4500/problem with disks in the system / see notes |
| 65872316 152C08C9 | ☒ | 20 Mar 2008 | Completed, Closed | OSC/LSDC/LT/Bad Hard Disk. |
| 65833495 021H43DF | ☒ | 24 Jan 2008 | Completed, Closed | LSDC / Sev-1 / U20 M2 / Failed Disk. 540-7112. |
| 65829502 Not Required For Contract | ☒ | 22 Jan 2008 | Completed, Closed | issue with iscsi pool within zfspool |
| 65827918 323AD2EA7 | ☒ | 21 Jan 2008 | Completed, Closed | OSC/LSDC/LT/UNABLE TO RE_LABEL THE DRIVE. /QTY!/pn-540-4525 |
| 65823996 1005LCB-0733zg031r | ☒ | 17 Jan 2008 | Completed, Closed | 6220 blade locking up, requires physical power cycle |
| 65814522 021H43DF | ☒ | 10 Jan 2008 | Completed, Closed | LSDC/sev-1/cu looking for OBP parameter that determine buses probe during reboot |
| 65794306 1005LCB-0733ZG032F | ☒ | 21 Dec 2007 | Completed, Closed | LSDC/SB6000/"Adapter failure" on BIOS screen, LSI |
| 65685030 0610AM0461 | ☒ | 03 Oct 2007 | Completed, Closed | /LSDC/sev 1/Sun Fire V490/ Missing SystemBoard B/501-7305/qty 1 |
| 65659098 0623AK2241 | ☒ | 15 Sep 2007 | Completed, Closed | LSDC/1/ BugIDs: 6426868 |
| 65626828 021H43DF | ☒ | 22 Aug 2007 | Completed, Closed | LSDC/LT/ oracle extension keeps failing |
| 65596237 FW92160015 | ☒ | 31 Jul 2007 | Completed, Closed | PARTS ORDER/PART#370-3799/QTY2/OK TO SHIP/C NOTES |
| 65574854 312AD3436 | ☒ | 16 Jul 2007 | Completed, Closed | PAC/LSDC/SEV1/280R/Failed SCSI Card/Part#: 375-0097/Q1 |
| 65570855 65619 | ☒ | 13 Jul 2007 | Completed, Closed | u2ctr constantly failing over, apparently loop problem with u2d8 |
| | | 19 May | | LSDC/V100/failed |

| | | | | |
|---|---|---|---|---|
| 66210355 None | ![x] | 2009 | Completed, Closed | power supply/PART#370-4363/QTY1 |
| 66207128 Not Required For Contract | ![x] | 23 Apr 2009 | Unresolved, Closed | P/X6250/The linux kernel detects a bad interrupt (IRQ 16) on the Sun Quad card |
| 66206754 FM54710032 | ![x] | 20 Apr 2009 | Completed, Closed | OSC/CB/.540-6600 |
| 66205244 0610AM0461 | ![x] | 13 Apr 2009 | Completed, Closed | OSC/B/V240/failed hard drives part #540-5408/QTY2 |
| 66179236 Not Required For Contract | ![x] | 30 Jan 2009 | Assigned | STO/CB/C NOTES-X6450 blade server does not present the hba device |
| 66048435 021H43DF | ![x] | 14 Aug 2008 | Completed, Closed | LSDC/6540/Performance Issues |
| 66032411 0610AM0461 | ![x] | 02 Aug 2008 | Completed, Closed | LSDC/V490/CPU/Memory Board w/2 × USIV+ 1.5GHz, 0MB needs pn:501-7481/Qty:1 |
| 66029329 0606NNN02N | ![x] | 31 Jul 2008 | Completed, Closed | OSC/LSDC/Part#: 370-6210/QTY-2/C NOTES |
| 66027637 0607AM0434 | ![x] | 30 Jul 2008 | Completed, Closed | OSC/ LSDC/ x4200/ part 365-1434 Q1 (LCD monitor) |
| 66012099 FN55250015 | ![x] | 18 Jul 2008 | Completed, Closed | OSC/ LSDC/ v240/ core dumps when starting VCS resource via VCS GUI |
| 66006589 0623AK2241 | ![x] | 15 Jul 2008 | Completed, Closed | OSC/ LSDC/ E25K/ missing a CPU and memory |
| 65994938 0744QAW016 | ![x] | 07 Jul 2008 | Completed, Closed | LSDC/Sev2/SBX6250,S10/CPU error |
| 65964868 Customer Unable To Provide | ![x] | 14 Jun 2008 | Completed, Closed | P/S2/X4500/problem with zfs |
| 65962682 0624AM0200 | ![x] | 12 Jun 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES-part#390-0161,q1 |
| 65949076 0624ak204b | ![x] | 03 Jun 2008 | Completed, Closed | OSC/LSDC/CB/ MultiPathing (DMP) is not working. |
| 65946587 0623AN2016 | ![x] | 02 Jun 2008 | Completed, Closed | OSC/LSDC/CB/C-NOTES-System Crashed and dumped core |
| 65943930 FW83360020 | ![x] | 30 May 2008 | Completed, Closed | LSDC/T1000/unable to run config command / identity sync for windows 6.3 |
| 65943136 0607AM0434 | ![x] | 29 May 2008 | Unresolved, Closed | when a lot of data pushed to iscsi, very slow |

| | | | | |
|---|---|---|---|---|
| 65942602 | FW83360020 | 29 May 2008 | Completed, Closed | [07.22] S7V2/cannot copy files over mod 600 |
| 65942586 | 0607AM0434 | 29 May 2008 | Unresolved, Closed | DSEE6.3 unknown object class "dspswuser" |
| 65942375 | 0000451-0340004AE7 | 29 May 2008 | Completed, Closed | LSDC/The battery on (Ch:2,Id:12) is expired/370-5533/ORDERED |
| 65942328 | 0625AM1464 | 29 May 2008 | Completed, Closed | OSC/LSDC/Parts Only/C NOTES-Part#: 370-5538 /qty.1 |
| 65939347 | 0610AM0461 | 27 May 2008 | Completed, Closed | OSC/LSDC/CB/part3370-5538/qty1/cnotes for shipping |
| 65936026 | 220S0201 | 24 May 2008 | Unresolved, Closed | LSDC/LT/ CNOTES/DSA unwilling to perform/search continuation discarded |
| 65932097 | 0623AK2240 | 21 May 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES- BAD Emulex HBA |
| 65928981 | 0610AM0461 | 19 May 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES-One or more device instances may be disabled |
| 65924955 | Not Required For Contract | 16 May 2008 | Completed, Closed | 6/12 OSC/LSDC/performance issues with passwd_compat netgroups ldap |
| 65924952 | Not Required For Contract | 16 May 2008 | Completed, Closed | OSC/LSDC/CB/enable jumbo packets on e1000g = no rpc on same subnet |
| 65924945 | Not Required For Contract | 15 May 2008 | Completed, Closed | LSDC/2/S10/IPMP NIC FAILOVER NOT WORKING |
| 65916206 | Customer Unable To Provide | 09 May 2008 | Unresolved, Closed | lsdc/sev2/Jumpstart - pixieboot will not work |
| 65915350 | Not Required For Contract | 08 May 2008 | Completed, Closed | P/ ZFS 4 - assigned ZFS file systems to zones - needs to know how to revert |
| 65911829 | 0623AK2241 | 06 May 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES - Missing Memory |
| 65905749 | FW83360020 | 30 Apr 2008 | Completed, Closed | LSDC/sev2/x6220/how to grow zfspool lun size / |
| 65904132 | 315V01EE | 29 Apr 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES-Part #540-4525-,Qty-1 |
| | | | | 5/26-- |

| | | | | |
|---|---|---|---|---|
| 65901899 | 0539NNB02F | | 28 Apr 2008 | Completed, Closed | LSDC/sev1/E2900 / ps -hung at OS level |
| 65889533 | Customer Unable To Provide | | 16 Apr 2008 | Cancelled | P/T1000/Sun update enterpries |
| 65886376 | 0000451-0340004AE2 | | 14 Apr 2008 | Completed, Closed | OSC/LSDC/CB/C-NOTES-issue with StorageTek 3310 Array |
| 65873146 | 0608NNN0E0 | | 25 Mar 2008 | Cancelled | 3 OSC/LSDC/CB/C NOTES-Getting errors from LDAP Prox |
| 65872839 | FM60930312 | | 25 Mar 2008 | Completed, Closed | OSC/LSDC/CB/C-NOTES-configured a server with multiple NIC's and IPMP |
| 65870626 | 021H43DF | | 15 Mar 2008 | Completed, Closed | LSDC/OSC/PartsOnly/ Order part 370-4294 qty-1 |
| 65869452 | 0606NNN0E4 | | 11 Mar 2008 | Completed, Closed | t2000/sol10/failed hdd/hot spares/540-7151/q2 |
| 65860494 | 021H43DF | | 19 Feb 2008 | Unresolved, Closed | how to disable reverse (PTR) lookup |
| 65851715 | 021H43DF | | 08 Feb 2008 | Completed, Closed | LSDC/6540/No wwn's are listed |
| 65824571 | Customer Unable To Provide | | 18 Jan 2008 | Completed, Closed | LSDC/LT/Ilom and Elom are not configuring properly |
| 65808772 | FM60930349 | | 07 Jan 2008 | Unresolved, Closed | 115 snoop v210/IPMP failing over and repairing |
| 65794765 | HN33633466 | | 22 Dec 2007 | Completed, Closed | LSDC/Parts/240/failed c1t1d0/540-4904/q1 |
| 65792750 | 021H43DF | | 20 Dec 2007 | Completed, Closed | PTS >> LSDC/LT/6540/needs to get mutlipathing configured. |
| 65778602 | 0607AM0434 | | 10 Dec 2007 | Completed, Closed | OSC/LSDC/CB/C NOTES-zfs issue |
| 65763012 | 021H43DF | | 28 Nov 2007 | Unresolved, Closed | TUES 12/4 -(check if x86) - LSDC/HW/sol 9 / Jumpstart issue |
| 65738616 | 0626AM3105 | | 09 Nov 2007 | Completed, Closed | OSC/LSDC/CB/problems detaching and attaching zones |
| 65678512 | Not Required For Contract | | 28 Sep 2007 | Unresolved, Closed | how to remove a partially removed installation of SUNWdsee |
| 65670685 | 0606NNN0E4 | | 24 Sep 2007 | Completed, Closed | T2000/needs new PCI-E dual FC host/pn375-3397Q1 |
| 65665512 | 0623AK2241 | | 20 Sep 2007 | Completed, Closed | OSC/LSDC/CB/C-NOTES PARt 540-6449 qty 1 |

| ID | Code | | Date | Status | Description |
|---|---|---|---|---|---|
| 65663118 | 0623AK2241 | × | 18 Sep 2007 | Completed, Closed | OSC/LSDC/CB/C-NOTES-Unable to install Patch |
| 65658578 | 0608NNN1AY | × | 14 Sep 2007 | Completed, Closed | PAC/LSDC-Part#: 300-1799/Quantity: 01/ok to ship |
| 65642858 | 021H43DF | × | 04 Sep 2007 | Completed, Closed | LSDC/Index file for the Global zone is 'whacked out" |
| 65638807 | 0608NNN1AY | × | 31 Aug 2007 | Completed, Closed | order Part Number: 370-6210 Quantity: 4/ shipped to cus |
| 65615344 | 0623ak2241 | × | 14 Aug 2007 | Completed, Closed | lsdc/sev 2/SSE replaced sys board 4 and now IO 0 is missing |
| 65615325 | 0623AK2241 | × | 14 Aug 2007 | Unresolved, Closed | OSC/LSDC/CB/C NOTES-prtdiag did not show IO0 |
| 65613831 | 0623AK2241 | × | 13 Aug 2007 | Completed, Closed | OSC/LSDC/CB/C NOTES-missing CPU & Mem on System board |
| 65613796 | 0624AM0979 | × | 13 Aug 2007 | Completed, Closed | Rqst FE Ray Bala V490/system brd B offline/reseat/replace PN 501-7481 if needed |
| 65604226 | 033H3942 | × | 07 Aug 2007 | Completed, Closed | LSDC/OSC/c-note/ Slowness and alot of SCSI Errors |
| 65582225 | 0623AK2241 | × | 21 Jul 2007 | Completed, Closed | OSC/LSDC/disk c2t10d0 stop responding and had several errors |
| 65562096 | 021H43DF | × | 06 Jul 2007 | Completed, Closed | haveing a problem with "Package make" |
| 65561291 | 0539NNB02F | × | 05 Jul 2007 | Completed, Closed | OSC/LSDC/CB/system issue /C NOTES |
| 65542397 | 0539NNB02F | × | 21 Jun 2007 | Completed, Closed | OSC/LSDC/CB/luns issue /C NOTES - cfgadm shows failing |
| 66205418 | Customer Unable To Provide | × | 14 Apr 2009 | Unresolved, Closed | OSC/x6220 blade server. need both serial console and ilom console outpu |
| 66165131 | Not Required For Contract | × | 15 Dec 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES-Question regarding Sun branded HBAs |
| 66013419 | FM60930312 | × | 18 Jul 2008 | Completed, Closed | LSDC/ V210/ part 371-0788 (mouse, Q1); part 320-1370 (keyboard Q1) |
| 65992126 | FN53650044 | × | 03 Jul 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES-Output of date is not |

| | | | | |
|---|---|---|---|---|
| | | | | conventional. |
| 65958465 | Not Required For Contract | 10 Jun 2008 | Unresolved, Closed | OSC/LSDC/CB/C-NOTES-issue with directory server |
| 65868094 | 0615FK40HX | 05 Mar 2008 | Completed, Closed | LSDC/3/U20/BAD MONITOR/PO/365-1427/Q1 |
| 65866180 | 0607AM0434 | 28 Feb 2008 | Completed, Closed | OSC/LSDC/CB/X4200/monitor/pn365-1427/qty.1 |
| 65806132 | HN33633477 | 04 Jan 2008 | Completed, Closed | OSC/LSDC/CB/shipped/part#540-6366,q1 |
| 65771080 | 315V01EE | 04 Dec 2007 | Completed, Closed | OSC/LSDC/CB/C NOTES-Part#: 540-6366 /qty.1 |
| 65743149 | 152C05BC | 13 Nov 2007 | Completed, Closed | 19/Nov OSC/LSDC/CB/C NOTES-trying to enable snmp on this server |
| 65713085 | 0608NNN1AY | 23 Oct 2007 | Completed, Closed | OSC/LSDC/Part# 540-6611/Q1/CB/C NOTES |
| 65711257 | 0613AM1794 | 22 Oct 2007 | Completed, Closed | PAC/OSC/LSDC/CB/C NOTES-Part#: 365-1430/qty.1 |
| 65706946 | 0623AK2241 | 18 Oct 2007 | Unresolved, Closed | OSC/LSDC/CB/C NOTES-OS password question |
| 65659081 | 0624AM0200 | 15 Sep 2007 | Completed, Closed | PAC/LSDC/OSC/PartsOnly/ NOT a FRU 390-0287 qty-1, need fru part |
| 65633302 | 0607AM0434 | 28 Aug 2007 | Completed, Closed | LSDC/OSC/PARTSONLY/ Order part 365-1432 qty-1, ok to ship |
| 65625201 | 0606NNN02N | 22 Aug 2007 | Completed, Closed | LSDC/SEV3/T2000/message overflow |
| 65623066 | 0647RB0608 | 20 Aug 2007 | Completed, Closed | OSC/Part#: 540-6777/Q1/CB/C-NOTES |
| 65607253 | FM54530070 | 08 Aug 2007 | Completed, Closed | v210/failed DIMMs/Part# 540-6777 /Qty 1// |
| 65603973 | 0623AN2016 | 06 Aug 2007 | Completed, Closed | PAC/PARTS/SEV3/X4200/failed disk/pn 365-1427/ Qty 1 |
| 65586058 | 0622AM1875 | 24 Jul 2007 | Completed, Closed | OSC/LSDC/Part#: 375-3294 /Q1/CB/C-NOTES |
| 65570596 | 0622AM1875 | 12 Jul 2007 | Completed, Closed | PAC/OSC/LSDC/Ordered Fiber Channel HBA, Part#375-3294, qty 1 |
| 65566499 | 0613AM1800 | 10 Jul 2007 | Completed, Closed | CLOSE TUE/sev 3/Sun Fire X4200/LCD monitor not working after shipped 365-1427/Q1 |

| | | | | |
|---|---|---|---|---|
| 65553000 0613AM1800 | ✖ | 28 Jun 2007 | Completed, Closed | OSC/LSDC/CB/C NOTES-part#365-1427,q1 |
| 65540724 FN53650044 | ✖ | 20 Jun 2007 | Unresolved, Closed | 0906 osc/lsdc/cb/fatal: Read from socket failed/ C Notes |
| 65530091 0610AM0509 | ✖ | 13 Jun 2007 | Completed, Closed | PAC/OSC/LSDC/Part#: 375-3294/QTY-1/C NOTES |
| 65460902 032H3306 | ✖ | 24 Apr 2007 | Unresolved, Closed | LSDC/CB/LDAP ISSUES |
| 65812936 0606NNN0E4 | ✖ | 10 Jan 2008 | Unresolved, Closed | OSC/LSDC/CB/C-NOTES |

```
--

Sarah

Sarah Farley
Sun Microsystems, Inc.
PHONE 303-395-3365
FAX   720-887-5615
Sarah.Farley@Sun.COM
```