**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY *et al.* | ) ) ) | Case No.: 08-13141 (KJC) (Jointly Administered) |
| | ) | |
| Debtors. | ) ) ) | Response Deadline: May 11, 2010 at 4:00 p.m., EST Hearing Date: May 18, 2010 at 1:00 p.m. EST |

**CERTIFICATE OF SERVICE OF RESPONSE OF ORACLE**
**TO DEBTOR'S TWENTY-FOURTH OMNIBUS**
**<u>(SUBSTANTIVE) OBJECTION TO CLAIMS</u>**
**("NO LIABILITY CLAIMS")**

I, James S. Yoder, Esquire do hereby certify that on this 11th day of May, 2010, copies of

the *Response of Oracle to Debtor's Twenty-Fourth Omnibus Objection (Substantive) to Claims*

was served upon the Counsel to the Debtors listed below as indicated, by U.S. First Class Mail:

Sidley Austin LLP
Attn: Bryan Krakauer
Kevin T. Lantry
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago Illinois 60603

Cole Schotz Meisel Forman & Leonard PA
Attn: Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Suite 1410
Wilmington Delaware 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

      /s/ James S. Yoder
     James S. Yoder (#2643)

- 1-

6253235v.1