# Exhibit C

Customer Name : CHICAGO TRIBUNE
Entitlement Id : NK20275335

| Case Id | Serial Number | | Received Date | Case Status | Service Office | Queue Text |
|---|---|---|---|---|---|---|
| 65965317 | 94342147 | x | 15 Jun 2008 | Completed, Closed | | LSDC/S1/4500/ SYS down panic reboot/FE onsite run sys diag fine root casue |
| 65960436 | 011H4086 | x | 11 Jun 2008 | Completed, Closed | | lsdc/6000/cmm will not configure/ |
| 65953721 | 011H4086 | x | 06 Jun 2008 | Completed, Closed | | LSDC/SEV1/V100/Failed HDD |
| 65933711 | Not Required For Contract | x | 22 May 2008 | Completed, Closed | | LSDC/LT/NOT ABLE TO SEE EMC DISKS IN ARRAY FROM SAN |
| 65926411 | 011H4086 | x | 17 May 2008 | Completed, Closed | | lsdc/ iplanet sun one webserver/redirect webpage |
| 65918141 | 011H4086 | x | 12 May 2008 | Completed, Closed | | 3000/SEV1/LSDC/System down hard/will not |

| | | | | |
|---|---|---|---|---|
| | | | | boot/FE to diagnose |
| 65908579 | 011H4086 | 02 May 2008 | Completed, Closed | LSDC/SEV1/virtual web server stops responding randomly |
| 65898665 | FM53350017 | 24 Apr 2008 | Completed, Closed | lsdc/sev1/V210/Failed PSU PS0 / Parts: 300-1566. |
| 65895403 | FM23610056 | 22 Apr 2008 | Completed, Closed | V210/LSDC/SEV1//system down hard/ Cannot probe any internal disks! |
| 65893774 | 0348AD1EB8 | 21 Apr 2008 | Completed, Closed | LSDC/SEV1/T2000 / FAILED POWER SUPPLY |
| 65889738 | 011H4086 | 17 Apr 2008 | Completed, Closed | LSDC/ T2000/ error flushing the output stream |
| 65836972 | 011H4086 | 28 Jan 2008 | Completed, Closed | SEV1X2200/SEV1cannot get traffic through Nvidaia drivers/BGe drivers worked fine |
| 65802949 | CV30301116 | 02 Jan 2008 | Completed, Closed | LSDC/ sev1/v100/ Fe onsite to diagnose issue |
| 65791870 | CV30301116 | 20 Dec 2007 | Completed, Closed | LSDC/SEV1/ System DOwn Unable to Generate information |
| 65787397 | Customer Unable To Provide | 17 Dec 2007 | Completed, Closed | LSDC/LT/SVM/need assistance mirroring |
| 65785212 | 011H4086 | 14 Dec 2007 | Unresolved, Closed | lsdc/e250/getting kernel warning relating to san emluex card |
| 65762239 | 0637NNN1CH | 28 Nov 2007 | Completed, Closed | T2000/error light on and bad network port in back |
| 65754513 | 0342AD17D9 | 21 Nov 2007 | Completed, Closed | LSDC/Cannot create a zpool on a SAN |
| 65722811 | 0348AD1EB8 | 30 Oct 2007 | Completed, Closed | LSDC/SEV1/V440/fault lights, both power supplies, system down |
| 66178077 | 0349AD1B92 | 28 Jan 2009 | Completed, Closed | P/Sev 2/V440/Network manager port/cant connect/66178070 same issue |
| 66178070 | 0342AD1709 | 28 Jan 2009 | Unresolved, Closed | P/Sev 2/V440/Network manager port/cant connect/66178077 same issue |
| 66145905 | Customer Unable To Provide | 19 Nov 2008 | Completed, Closed | T6300-bug 6671950 Emulex HBA, rpl w/reworked #375-3386 |
| 66135257 | Customer Unable | 10 Nov | Completed, | G/v480/s8/ps0 listing |

| | | | | |
|---|---|---|---|---|
| | To Provide | 2008 | Closed | no AC/ 300-1480 q1 |
| 66119945 | Customer Unable To Provide | 29 Oct 2008 | Completed, Closed | 11/05 sev2/E25K/unable to cancle print jobs |
| 66108684 | Customer Unable To Provide | 21 Oct 2008 | Completed, Closed | GOLD: pcihp (pxb_plx9): power-fault for this slot PCI-EM1 |
| 66101743 | Customer Unable To Provide | 15 Oct 2008 | Completed, Closed | Gold24x7/SEV2/T6300/No console output |
| 66002896 | 0624AK204B | 11 Jul 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES- disk connected configured failing |
| 65982330 | 0623AK223F | 26 Jun 2008 | Completed, Closed | OSC/LSDC/CB/C NOTES-bad system boards |
| 65966327 | 011H4086 | 16 Jun 2008 | Completed, Closed | Format not seeing new lun on EMC array |
| 65957483 | HF10709345 | 09 Jun 2008 | Completed, Closed | lsdc/sev2/Netra T1 AC200/Failed onboard NIC |
| 65942839 | 0350AK20C4 | 29 May 2008 | Completed, Closed | lsdc\running remote ssh command it doesnt close ssh connection |
| 65941189 | Customer Unable To Provide | 28 May 2008 | Completed, Closed | LSDC/Sunone web server 6.1/Error messages (failed to set configuration) |
| 65940266 | Not Required For Contract | 28 May 2008 | Completed, Closed | Entser/6000 Jumpstart error |
| 65939083 | Customer Unable To Provide | 27 May 2008 | Completed, Closed | LSDC/SEV2/T2000/process bound to port, needs to identify |
| 65932709 | 011H4086 | 21 May 2008 | Completed, Closed | lsdc/sev2/port is 'flaky' wiggle to get connectivity |
| 65906397 | 011H4086 | 01 May 2008 | Completed, Closed | LSDC/Sev2/ Failed Drive / |
| 65898553 | Customer Unable To Provide | 24 Apr 2008 | Completed, Closed | lsdc/sev2/v210/failed drive/ |
| 65889147 | 011H4086 | 16 Apr 2008 | Completed, Closed | LSDC/sev2/V210/ failed disk drive |
| 65884586 | HF10710644 | 11 Apr 2008 | Completed, Closed | lom> env shows FAN4 faulted(power supply fan |
| 65884231 | 011H4086 | 11 Apr 2008 | Completed, Closed | LSDC/SEV2/NT1/Failed Disk/c1t1d0/540-4177/Q1 |
| 65879748 | | 08 Apr 2008 | Unresolved, Closed | iPlanet Web Server 6.1/Cust. has inconsistant performance when doing admin task |

| | | | | |
|---|---|---|---|---|
| 65878684 | 0350AK20C4 | 08 Apr 2008 | Completed, Closed | lsdc/sev2/15k/sol9/cluster/cluster errors |
| 65847349 | Not Required For Contract | 04 Feb 2008 | Completed, Closed | LSDC/LT/Sun Fire V215/temp indicator warning light on |
| 65843734 | 0342AD17D9 | 01 Feb 2008 | Completed, Closed | LSDC/SEV2/V440 - PS0 Failed 300-1501 Q:1 |
| 65832139 | 011H4086 | 24 Jan 2008 | Completed, Closed | LSDC/LT/E25k/System hung, attempting to configure MPXIO |
| 65821791 | 940H255E | 16 Jan 2008 | Completed, Closed | lsdc/ e250/ memory error |
| 65809166 | Customer Unable To Provide | 07 Jan 2008 | Completed, Closed | LSDC/SEV2/V100/bind will not start |
| 65774671 | FN45210057 | 06 Dec 2007 | Completed, Closed | LSDC/SEV2/V240 - bad disk - c0t1d0 |
| 65772510 | Customer unable to provide | 05 Dec 2007 | Completed, Closed | OSC/LSDC/CB/Bad drive PN: 540-6448/ Qty: 1 |
| 65765996 | 0646QAT087 | 30 Nov 2007 | Completed, Closed | What protocols and ports are used by JavaKVM on x2200M2? |
| 65758775 | 011H4086 | 26 Nov 2007 | Unresolved, Closed | lsdc/sev 2/incorrect file system size |
| 65743584 | FM44550179 | 13 Nov 2007 | Completed, Closed | LSDC/SEV2/V210/needs steps for removing / replacing in solstice |
| 65737490 | 011H4086 | 08 Nov 2007 | Completed, Closed | LSDC/ panic/ in zfs, possible known bug/ need corefile to confirm |
| 65737256 | 1094MIL-06510B130F | 08 Nov 2007 | Completed, Closed | SSE ASSIST/LSDC/sev1/command timing out when upgrading firmware/11/14 |
| 66009201 | Not Required For Contract | 16 Jul 2008 | Completed, Closed | OSC/LSDC/CB/C-NOTES-Server panic - reboot |
| 65994660 | 0350AK20C4 | 07 Jul 2008 | Completed, Closed | LSDC/sev3/15k/ Domain issues |
| 65994647 | 336AD251E | 07 Jul 2008 | Completed, Closed | Sev3/LSDC/V440/Failed PS - PS0 |
| 65968297 | 011B00311 | 17 Jun 2008 | Completed, Closed | LSDC/T2000/CISCWEBTA/unable to edit users crontab as root/JAS server |
| 65952601 | 0350AK20C4 | 05 Jun 2008 | Unresolved, Closed | disk geometry |
| 65919299 | 011H4086 | 12 May 2008 | Completed, Closed | lsdc/ issues regarding setting permissions on a file |
| | | | | P/T2000/Install of the |

| | | | | | |
|---|---|---|---|---|---|
| 65894482 | Not Required For Contract | | 21 Apr 2008 | Completed, Closed | Java software on server, runtime environment question? |
| 65836826 | 011H4086 | | 28 Jan 2008 | Completed, Closed | LSDC/LT/SC pn370-5126Alert: CPU_FAN @ MB.P0.F0.R Sand F1 has FAILED. |
| 65830793 | Not Required For Contract | | 23 Jan 2008 | Unresolved, Closed | Can you remove / delete acl entires for a director |

Customer Name : CHICAGO TRIBUNE INFO SYSTEMS
Entitlement Id : NK20275335

| Case Id | Serial Number | | Received Date | Case Status | Service Office | Queue Text |
|---|---|---|---|---|---|---|
| 65828240 | 480000104618 | | 22 Jan 2008 | Completed, Closed | | LSDC/L1400/drives going on and off, media errors, netbackup 5.0 MP6 errors |