**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY *et al.* | ) ) ) | Case No.: 08-13141 (KJC) (Jointly Administered) |
| | ) ) | |
| Debtors. | ) ) ) | Response Deadline: May 11, 2010 at 4:00 p.m., EST Hearing Date:       May 18, 2010 at 1:00 p.m. EST |

**CERTIFICATE OF SERVICE OF RESPONSE OF ORACLE**
**TO DEBTOR'S TWENTY-FOURTH OMNIBUS**
**(SUBSTANTIVE) OBJECTION TO CLAIMS**
**("NO LIABILITY CLAIMS")**

I, James S. Yoder, Esquire do hereby certify that on this 11th day of May, 2010, copies of

the *Response of Oracle to Debtor's Twenty-Fourth Omnibus Objection (Substantive) to Claims*

was served upon the Counsel to the Debtors listed below as indicated, by U.S. First Class Mail:

| | |
|---|---|
| Sidley Austin LLP | Cole Schotz Meisel Forman & Leonard PA |
| Attn: Bryan Krakauer | Attn: Norman L. Pernick |
| Kevin T. Lantry | J. Kate Stickles |
| Kenneth P. Kansa | Patrick J. Reilley |
| Jillian K. Ludwig | 500 Delaware Avenue, Suite 1410 |
| One South Dearborn Street | Wilmington Delaware 19801 |
| Chicago Illinois 60603 | |

Under penalty of perjury, I declare that the foregoing is true and correct.

                                          /s/ James S. Yoder
                                          James S. Yoder (#2643)

6253235v.1