# EXHIBIT A

# FEE AND EXPENSE DETAIL



Attorneys At Law

WASHINGTON | BALTIMORE | PHILADELPHIA
8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.: 52-1518021

## INVOICE

The Baltimore Sun Company
Attn: Ann Barnes
Location 33000
P.O. Box 118250
Chicago, IL 60611-8250

Billing through 02/28/2010
Client # 00070050
Invoice # 90854

00117 Mailers' 401(k) Issue

### ACCOUNT SUMMARY

| | | |
|---|---:|---:|
| **PRIOR CHARGES** | | |
| Balance of last invoice | $2,126.50 | |
| Payments since last invoice | -0.00 | |
| NET BALANCE FORWARD | | $2,126.50 |
| **CURRENT CHARGES** | | |
| Total Services (details follow) | $79.00 | |
| TOTAL CURRENT CHARGES | | $79.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$2,205.50** |

---

**DETAIL OF CURRENT CHARGES**

| Date | Services | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| **Howard K. Kurman** | | | | |
| 02/03/2010 | Exchange memos with Starr re: status of settlement agreement. | 0.20 | 395.00 | 79.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.20 | | $79.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 0.20 | | $79.00 |
| | TOTAL CURRENT CHARGES: | | | $79.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---:|---:|
| Howard K. Kurman | 0.20 | $79.00 |
| | 0.20 | $79.00 |



# Offit | Kurman
### Attorneys At Law

WASHINGTON | BALTIMORE | PHILADELPHIA
8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.: 52-1518021

## INVOICE

The Baltimore Sun Company
Attn:  Ann Barnes
Location 33000
P.O. Box 118250
Chicago, IL  60611-8250

Billing through   02/28/2010
Client #           00070050
Invoice #              90854

00118   Liggins Suspension

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| PRIOR CHARGES | | | |
| Balance of last invoice | | $18,145.00 | |
| Payments since last invoice | | -0.00 | |
| NET BALANCE FORWARD | | | $18,145.00 |
| CURRENT CHARGES | | | |
| Total Services | (details follow) | $17,743.50 | |
| Total Expenses | (details follow) | $65.00 | |
| TOTAL CURRENT CHARGES | | | $17,808.50 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | | $35,953.50 |

### DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Howard K. Kurman** | | | | |
| 02/01/2010 | Legal research | 0.50 | 395.00 | 197.50 |
| 02/01/2010 | Intra-office conference with Laura/ for testimony discrepancies. | 0.30 | 395.00 | 118.50 |
| 02/01/2010 | Exchange memos with Laura re: information needed from union. | 0.30 | 395.00 | 118.50 |
| 02/02/2010 | Preparation for and meet with company witnesses and review relevant documents. | 3.40 | 395.00 | 1,343.00 |
| 02/02/2010 | Exchange memos with Alex re: subpoena. | 0.20 | 395.00 | 79.00 |
| 02/03/2010 | Intra-office conference with Alex/arbitral subpoena. | 0.20 | 395.00 | 79.00 |
| 02/03/2010 | Exchange memos with Ann re: information request to Union. | 0.20 | 395.00 | 79.00 |
| 02/03/2010 | Revise correspondence. | 0.20 | 395.00 | 79.00 |
| 02/04/2010 | Exchange memos with Ann re: information request. | 0.20 | 395.00 | 79.00 |
| 02/05/2010 | Exchange memos with Laura re: subpoena. | 0.30 | 395.00 | 118.50 |
| 02/05/2010 | Exchange memos with Ann re: file. | 0.20 | 395.00 | 79.00 |
| 02/05/2010 | Exchange memos with Paula and Joy re: workers comp and medical files (2x) | 0.40 | 395.00 | 158.00 |
| 02/05/2010 | Intra-office conference with Laura/DOT potential issues. | 0.20 | 395.00 | 79.00 |
| 02/05/2010 | Review data sent by Joy. | 0.30 | 395.00 | 118.50 |
| 02/05/2010 | Telephone conference with Joy Moser re: wc isue. | 0.30 | 395.00 | 118.50 |
| 02/05/2010 | Exchange memos with Laura re: DOT regulations. | 0.40 | 395.00 | 158.00 |
| 02/08/2010 | Exchange memos with Laura re: subpoena. (2x) | 0.40 | 395.00 | 158.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/08/2010 | Telephone conference with Ann/witness and exhibit prep. | 0.20 | 395.00 | 79.00 |
| 02/08/2010 | Telephone conference with Lashell/ records. | 0.20 | 395.00 | 79.00 |
| 02/11/2010 | Prepare correspondence - letter to witness re: need for meeting. | 0.20 | 395.00 | 79.00 |
| 02/11/2010 | Review documents sent by Supervisor and classify pertaining to testimony issue and witness. | 4.50 | 395.00 | 1,777.50 |
| 02/12/2010 | Preparation for and meet with Ann and Deborah to review presentation of witnesses and documents. | 3.70 | 395.00 | 1,461.50 |
| 02/12/2010 | Exchange memos with Laura re: service of subpoena. | 0.20 | 395.00 | 79.00 |
| 02/15/2010 | Exchange memos with Ann re: evidentiary issues. | 0.40 | 395.00 | 158.00 |
| 02/15/2010 | Begin preparation of Direct Examination and Exhibits. | 4.40 | 395.00 | 1,738.00 |
| 02/15/2010 | Intra-office conference with Laura/legal issue to research. | 0.30 | 395.00 | 118.50 |
| 02/16/2010 | Exchange memos with Vickie re: evidentiary information. | 0.20 | 395.00 | 79.00 |
| 02/16/2010 | Telephone conference with witness re: subpoena. | 0.40 | 395.00 | 158.00 |
| 02/16/2010 | Preparation for trial - additional testimony and exhibits. | 1.30 | 395.00 | 513.50 |
| 02/17/2010 | Review cases and materials regarding admissibility of documents. | 0.50 | 395.00 | 197.50 |
| 02/18/2010 | Prepare for and meet with all witnesses to review testimony and exhibits. | 5.20 | 395.00 | 2,054.00 |
| 02/19/2010 | Telephone conference with officer re: report and meeting. | 0.20 | 395.00 | 79.00 |
| 02/19/2010 | Preparation for trial - opening statement and begin cross examination. | 1.70 | 395.00 | 671.50 |
| 02/19/2010 | Telephone conference with opposing counsel - Vickie Hedian re: dropping of union's case and other related issues. | 0.40 | 395.00 | 158.00 |
| 02/19/2010 | Telephone conference with Ann/Hedian discussion re: dropping of case. | 0.40 | 395.00 | 158.00 |
| 02/19/2010 | Review additional documents sent by Ann. | 0.50 | 395.00 | 197.50 |
| 02/19/2010 | Exchange memos with Ann re: Union dropping case. | 0.20 | 395.00 | 79.00 |
| 02/19/2010 | Review correspondence - letters from Hedian re: dropping of case. | 0.20 | 395.00 | 79.00 |
| | **TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER:** | 33.30 | | $13,153.50 |

**Laura L. Rubenstein**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/01/2010 | Review various witness statements | 2.20 | 300.00 | 660.00 |
| 02/01/2010 | Legal research – suspension issue. | 1.00 | 300.00 | 300.00 |
| 02/03/2010 | Prepare subpoena. Researched FMCS/AAA subpoena procedures. Call to Arbitrator Sharnoff. Sent email to Sharnoff with subpoena. Drafted cover letter to witness. | 1.80 | 300.00 | 540.00 |
| 02/04/2010 | Revise correspondence to witness; called Arbitrator Sharnoff to find out status of signature on subpoena. | 0.40 | 300.00 | 120.00 |
| 02/05/2010 | Telephone conference with Arbitrator Joseph Sharnoff to request status of his signature on the subpoena for witness. Arranged for service of the subpoena. | 0.30 | 300.00 | 90.00 |
| 02/05/2010 | Legal research – arbitration issue. | 2.30 | 300.00 | 690.00 |
| 02/12/2010 | Review trial evidence. | 0.30 | 300.00 | 90.00 |
| 02/15/2010 | Legal research arbitration cases. | 0.70 | 300.00 | 210.00 |
| 02/15/2010 | Legal research – evidentiary issues | 3.80 | 300.00 | 1,140.00 |
| 02/16/2010 | Telephone conference with witnesses. | 1.30 | 300.00 | 390.00 |
| 02/16/2010 | Telephone conference with witness. | 0.50 | 300.00 | 150.00 |
| 02/17/2010 | Telephone conference with witness. | 0.40 | 300.00 | 120.00 |

| | | | | |
|---|---|---|---|---|
| 02/22/2010 | Review memo from HKK re: Union's withdrawal of suspension arbitration. Discussion with HKK. Reviewed correspondence to/from Vickie Hedian. | 0.30 | 300.00 | 90.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 15.30 | | $4,590.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 48.60 | | $17,743.50 |

Expenses

| | |
|---|---|
| Veronica C. Landon; Process Service 2/16/10 | 65.00 |
| TOTAL CURRENT EXPENSES FOR THIS MATTER: | $65.00 |
| TOTAL CURRENT CHARGES: | $17,808.50 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Howard K. Kurman | 33.30 | $13,153.50 |
| Laura L. Rubenstein | 15.30 | $4,590.00 |
| | 48.60 | $17,743.50 |



# Offit | Kurman
Attorneys At Law

WASHINGTON | BALTIMORE | PHILADELPHIA
8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.: 52-1518021

## INVOICE

The Baltimore Sun Company
Attn: Ann Barnes
Location 33000
P.O. Box 118250
Chicago, IL 60611-8250

Billing through 02/28/2010
Client # 00070050
Invoice # 90854

**00119   Liggins Termination**

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| PRIOR CHARGES | | | |
| Balance of last invoice | $4,897.50 | | |
| Payments since last invoice | -0.00 | | |
| NET BALANCE FORWARD | | $4,897.50 | |
| CURRENT CHARGES | | | |
| Total Services   (details follow) | $3,688.50 | | |
| TOTAL CURRENT CHARGES | | $3,688.50 | |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$8,586.00** | |

### DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Alex M. Allman** | | | | |
| 02/03/2010 | Review file re: issuance of subpoena. | 0.30 | 300.00 | 90.00 |
| 02/16/2010 | Legal research re: evidentiary issue. | 0.30 | 300.00 | 90.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.60 | | $180.00 |
| **Howard K. Kurman** | | | | |
| 02/15/2010 | Review correspondence - letter from Harkless with suggested dates. | 0.10 | 395.00 | 39.50 |
| 02/15/2010 | Memo to Ann re: possible hearing dates. | 0.10 | 395.00 | 39.50 |
| 02/15/2010 | Telephone conference with Ann/scheduling. | 0.20 | 395.00 | 79.00 |
| 02/15/2010 | Prepare correspondence - letter to Harkless re: scheduling of hearing. | 0.20 | 395.00 | 79.00 |
| 02/16/2010 | Exchange memos with Harkless and Hedion re: hearing dates. | 0.20 | 395.00 | 79.00 |
| 02/16/2010 | Telephone conference with Ann/scheduling of hearing and hearing issue | 0.30 | 395.00 | 118.50 |
| 02/16/2010 | Memo to Harkless re: hearing date. | 0.10 | 395.00 | 39.50 |
| 02/19/2010 | Memo to Harkless re: location of hearing. | 0.10 | 395.00 | 39.50 |
| 02/22/2010 | Telephone conference with Ann/possibility of moving up arbitration. | 0.10 | 395.00 | 39.50 |
| 02/22/2010 | Telephone conference with opposing counsel - Vickie/possibility of changing arbitrators and settlement. | 0.30 | 395.00 | 118.50 |
| 02/22/2010 | Memo to Ann re: Hedian discussion concerning possible moving up of hearing. | 0.10 | 395.00 | 39.50 |
| 02/22/2010 | Memo to Ann with proposed response to Hedian letter. | 0.30 | 395.00 | 118.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/22/2010 | Further exchange of emails with Ann re: hearing. | 0.20 | 395.00 | 79.00 |
| 02/23/2010 | Revise letter to Hedian re: effect of settlement. | 0.20 | 395.00 | 79.00 |
| 02/23/2010 | Memo to Hedian re: withdrawal of suspension arbitration. | 0.20 | 395.00 | 79.00 |
| 02/24/2010 | Prepare outline of testimony. | 0.80 | 395.00 | 316.00 |
| 02/24/2010 | Conference with witness. | 2.00 | 200.00 | 400.00 |
| 02/24/2010 | Telephone conference with Ann/report on meeting with witness. | 0.20 | 395.00 | 79.00 |
| 02/25/2010 | Revise memo to Ann. | 0.40 | 395.00 | 158.00 |
| 02/26/2010 | Review e-mail - exchange memos with Ann re: witness interview | 0.20 | 395.00 | 79.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 6.30 | | $2,098.50 |

**Laura L. Rubenstein**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/23/2010 | Review accident report and prepare questions for witness. | 0.50 | 300.00 | 150.00 |
| 02/24/2010 | Preparation for meeting with witness; Prepare memo to A. Barnes summarizing meeting with witness. | 2.40 | 200.00 | 480.00 |
| 02/24/2010 | Prepare email to Ann Barnes summarizing meeting with witness. | 0.40 | 300.00 | 120.00 |
| 02/25/2010 | Prepare memorandum to Ann Barnes re: meeting with witness; sent e-mail to Ann Barnes | 2.00 | 300.00 | 600.00 |
| 02/26/2010 | Prepare e-mail to Ann Barnes with copy of memo re: meeting with witness; reviewed response | 0.20 | 300.00 | 60.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 5.50 | | $1,410.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 12.40 | | $3,688.50 |
| | TOTAL CURRENT CHARGES: | | | $3,688.50 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Alex M. Allman | 0.60 | $180.00 |
| Howard K. Kurman | 6.30 | $2,098.50 |
| Laura L. Rubenstein | 5.50 | $1,410.00 |
| | 12.40 | $3,688.50 |



Offit|Kurman
Attorneys At Law

WASHINGTON | BALTIMORE | PHILADELPHIA
8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.: 52-1518021

# INVOICE

The Baltimore Sun Company
Attn:  Ann Barnes
Location 33000
P.O. Box 118250
Chicago, IL  60611-8250

Billing through    02/28/2010
Client #            00070050
Invoice #              90854

00120    Wiley Termination

**ACCOUNT SUMMARY**

| | | |
|---|---|---|
| Payments since last invoice | -0.00 | |
| **CURRENT CHARGES** | | |
| Total Services    (details follow) | $79.00 | |
| TOTAL CURRENT CHARGES | | $79.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | $79.00 |

**DETAIL OF CURRENT CHARGES**

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Howard K. Kurman** | | | | |
| 02/25/2010 | Review AAA correspondence with arbitrator panel. | 0.20 | 395.00 | 79.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.20 | | $79.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 0.20 | | $79.00 |
| | TOTAL CURRENT CHARGES: | | | $79.00 |

**TIMEKEEPER SUMMARY FOR THIS MATTER**

| Timekeeper | Hours | Amount |
|---|---|---|
| Howard K. Kurman | 0.20 | $79.00 |
| | 0.20 | $79.00 |



# Offit | Kurman
Attorneys At Law

WASHINGTON | BALTIMORE | PHILADELPHIA
8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.: 52-1518021

## INVOICE

The Baltimore Sun Company
Attn: Ann Barnes
Location 33000
P.O. Box 118250
Chicago, IL  60611-8250

Billing through   02/28/2010
Client #          00070050
Invoice #             90854

00121   Biedronski Termination

**ACCOUNT SUMMARY**

| | | |
|---|---:|---:|
| Payments since last Invoice | -0.00 | |
| **CURRENT CHARGES** | | |
| Total Services   (details follow) | $79.00 | |
| TOTAL CURRENT CHARGES | | $79.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | $79.00 |

**DETAIL OF CURRENT CHARGES**

| Date | Services | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| **Howard K. Kurman** | | | | |
| 02/25/2010 | Review AAA correspondence with arbitrator panel. | 0.20 | 395.00 | 79.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.20 | | $79.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 0.20 | | $79.00 |
| | TOTAL CURRENT CHARGES: | | | $79.00 |

**TIMEKEEPER SUMMARY FOR THIS MATTER**

| Timekeeper | Hours | Amount |
|---|---:|---:|
| Howard K. Kurman | 0.20 | $79.00 |
| | 0.20 | $79.00 |

**TIMEKEEPER SUMMARY FOR THIS CLIENT**

| Timekeeper | Hours | Amount |
| --- | --- | --- |
| Alex M. Allman | 0.60 | $180.00 |
| Howard K. Kurman | 40.20 | $15,489.00 |
| Laura L. Rubenstein | 20.80 | $6,000.00 |
|  | 61.60 | $21,669.00 |