# EXHIBIT B

# FEE SUMMARY

### FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

| Name of Professional/ Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alex M. Allman | Partner | $300 | 0.60 | $180.00 |
| Howard K. Kurman | Partner | $395 | 40.20 | $15,489.00 |
| Laura L. Rubenstein | Partner | $300 | 20.80 | $6,000 |
| Total | | | 61.60 | $21,669.00 |

### COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Mailers' 401(k) Issue | 0.20 | $79.00 |
| Liggins Suspension | 48.60 | $17,743.50 |
| Liggins Termination | 12.40 | $3,688.50 |
| Wiley Termination | 0.20 | $79.00 |
| Total | 61.60 | $21,669.00 |