# EXHIBIT C

# EXPENSE DETAIL

## EXPENSE SUMMARY FOR THE PERIOD FROM
## FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010

| Expense Category | Total Expenses |
|---|---|
| Process Service | $65.00 |
| **Total** | **65.00** |