B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: Tribune Company, et al., Jointly Administered, Case No. 08-13141

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Creditor Liquidity, LP | BLUE RIBBON TAG AND LABEL |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

Last Four Digits of Acct #:_____

Name and Address where notices to transferor should be sent:

BLUE RIBBON TAG AND LABEL
4035 N 29TH AVE
HOLLYWOOD, FL 33020
Phone: _____
Court Claim # (if known)_____
Amount of Claim: $3,659.79
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #:_____


Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor                              Date: 4/20/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

## Evidence of Transfer

BLUE RIBBON TAG AND LABEL ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of $3,659.79 as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against Tribune Company, et al., Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), Case no. 08-13141 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the ___ day of _____, 2010

By: _____
(Signature of Authorized Party)

BLUE RIBBON TAG & LABEL CORP.
(Company Name)

ROBERT SCHWARTZTOL
(Print name of Authorized Party)


By: /s/ Robert J. Tannor
    Robert J. Tannor

    Creditor Liquidity, LP

    914-514-8300
    (Telephone Number)