IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF DAVID G. HILLE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David G. Hille to represent Wells Fargo Bank, N.A., as successor administrative agent for the lenders under the Bridge Facility in the above-captioned chapter 11 cases.

Dated: May 11, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

_____
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and am admitted to practice before the U.S. District Court for the Eastern and Southern Districts of New York, the United States Court of Appeals for the Second Circuit and the United States Court of Appeals for the Fifth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective as of January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

By: _David G. Hille_ (signature)
David G. Hille, Esquire
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: May ___, 2010
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE