IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| -----------------------------------------------------X | | |
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| -----------------------------------------------------X | | Re: Docket No. 4008 |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED DISCOVERY AND SCHEDULING ORDER FOR PLAN CONFIRMATION**

I, Raymond H. Lemisch, Esquire, Delaware counsel to Wilmington Trust Company, Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 ("Wilmington Trust"), in the aggregate principal amount of approximately $1.2 billion (generally referred to as the "PHONES") issued in April 1999 by Debtor Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors"), hereby certify as follows:

1. At a status conference on May 10, 2010 ("Status Conference"), a colloquy occurred between parties present regarding a proposed draft Discovery and Scheduling Order for Plan Confirmation (the "Order") establishing a schedule for purposes of discovery and other matters in respect to the proposed Plan of Reorganization (the "Plan"), as formulated by Wilmington Trust.

2. Subsequent to the hearing, counsel for Wilmington Trust circulated a revised proposed form of Order reflecting a compromise reached between Wilmington Trust and the Debtors and solicited additional comments thereon.

3. A continuation of the Status Conference took place on May 11, 2010, at which time, Martin Siegel, Esquire, counsel for Wilmington Trust, advised the Court of the status of the

proposed form of Order and indicated that Wilmington Trust had received consent from certain parties who may have an interest in the proposed form of Order. The Court elicited comments from the parties attending the hearing on May 11th (either in person or telephonically), on the proposed form of Order.

4. At the Court's direction, following the hearing on May 11th, 2010, counsel for Wilmington Trust circulated, via electronic mail, a copy of the proposed form of Order, in the form attached hereto as <u>Exhibit A</u>. Wilmington Trust has since received consent to the proposed form of Order from the following parties: the Debtors, the United States Trustee, JPMorgan Chase Bank, N.A., the Creditors Committee, Wells Fargo Bank, N.A., the Credit Agreement Lenders, Angelo, Gordon & Co., Merrill Lynch Capital Corporation, Law Debenture Trust Company of New York, Centerbridge Credit Advisors, LLC, Citicorp North America, Inc., Citigroup Global Markets Inc., Banc of America Securities LLC, Morgan Stanley & Co. Incorporated, Bank of America, National Association, and Barclays Bank PLC.

5. Value Research Corporation, which received a copy of the proposed form of Order, did not respond or otherwise comment on the form thereof prior to the filing of this Certification of Counsel.

6. Attached as <u>Exhibit A</u> is the final proposed form of Order. Based upon comments made during the hearings on May 10th and May 11th, as well as upon email confirmations that I have seen, it is my understanding that the proposed form of Order is acceptable to all parties set forth in paragraph four. At the Court's direction, Wilmington Trust submits this proposed form of Order, notwithstanding the lack of response from the parties set forth in paragraph five.

7. Absent any questions or comments from the Court, we would respectfully request that the Court enter the proposed form of order attached hereto as <u>Exhibit A</u>.

Dated: May 12, 2010
      Wilmington, DE

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    /s/ Raymond H. Lemisch
Raymond H. Lemisch, Esq. (Del. Bar No. 4204)
Jennifer R. Hoover, Esq. (Del. Bar No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: rlemisch@beneschlaw.com
Email: jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*