United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| WGN CONTINENTAL BROADCASTING CO | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-13252 |
| <u>Debtor</u> | } **Amount $12,000.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**INTERNATIONAL DEMOGRAPHICS INC**
**PO BOX 203047**
**HOUSTON, TX 77216**

The transfer of your claim as shown above in the amount of **$12,000.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      <u>By/s/JEFFREY CARESS</u>
      Liquidity Solutions Inc
      (201) 968-0001

3102969

**TRANSFER NOTICE**

INTERNATIONAL DEMOGRAPHICS INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against WGN CONTINENTAL BROADCASTING CO (the "Debtor"), in the aggregate amount of $22,000.00, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-13141.

$12,000 RJR

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2010

INTERNATIONAL DEMOGRAPHICS INC

_(Signature)_ Robert A. Jordan

ROBERT A. JORDAN / PRESIDENT
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_(Signature)_

JEFFREY L. CARESS
(Print Name and Title)

3102969