# NOTICE OF CLAIMS PURCHASE AGREEMENT

RAK SYSTEMS INC, a(n) __CORP.__ (State of Incorporation), __AL__ (EntityType), its successors and assig ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely an unconditionally sell and transfer unto **Blue Heron Micro Opportunities Fund LP**, a Delaware Limited Liability Partnership, its successors an assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$682.68** (proof of claim amount, defined a the "Claim") against **Tribune Company et al** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **District o Delaware**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **08-13141** (defined as th "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the __27__ day of __APRIL__, 2010.

Witness: _____
(Signature)

__Elaine Byrne - Bookkeeper__
(Print Name and Title of Witness)

__RAK Systems Inc__
(Company Name)

_____
(Signature of Corporate Officer)

__Mary K. Kitzmann  Vice Pres__
(Print Name and Title of Corporate Officer)

**Blue Heron Micro Opportunities Fund LP**

Witness: _____
(Signature)

_____
(Blue Heron Micro Opportunities Fund LP)

**Exhibit "A"**