Virginia W. Thomson
215 Seville Way

San Mateo, CA 94402
(650) 345-9198
May 10, 2010

The Clerk of the Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Dear Clerk of the Bankruptcy Court:

As requested, you will find enclosed a copy of the Charles Schwab account of when I purchased Tribune Co. Notes 4.875%10 due 08/15/10 Symbol: Security No./Cusip: 896047-AE-7 Branch Code: MLYY Settlement Date 9/24/08 Type: Cash Quantity: 10,000 shares Price $56.35 each Principal: $5,035.00 Accrued Interest $52.81 Total Amount $5,687.81.

I was sorry to learn that Tribune Co. has planned to enter into Bankruptcy. Please allow Tribune to pay me at least the $5,687.81 amount that is due me, and if possible the 4.875%10 amount as well that is due 8/15/10. Thank you.

Sincerely,

*Virginia W. Thomson*

Virginia W. Thomson

# charles SCHWAB

**Trade Confirmation**

101 Montgomery Street, San Francisco, CA 94104   1-800-435-4000   www.schwab.com

Retain for Your Records

**Account Number: 2123-4468**
Page 10 of 10

| Security Description | | | |
|---|---|---|---|
| | **Action** | **BOUGHT** | |
| TRIBUNE CO  4.875%10 | Symbol: | | Trade Date: 9/19/08 |
| NOTES   DUE 08/15/10 | Security No./Cusip: 896047-AE-7 | | Settlement Date: 9/24/08 |
| | Branch Code: MTYY | | Type: Cash |

| Quantity | Price | Principal | Charges and/or Interest | Total Amount |
|---|---|---|---|---|
| 10,000 | 56.35 | $5,635.00 | Accrued Interest: $52.81 | $5,687.81 |

*For all of the above:*
*Unless you have already instructed us differently, we will: hold this security in your account.*
*Execution details upon request*
*Unsolicited trade*
*Yield to Maturity 39.829%*
*This security is subject to a make whole redemption provision*
*Interest paid Semi-Annually; Accrued interest from 08/15/2008*
*Credit Rating: Moody's Ca   / S&P CCC*
*Survivor's Option.*
*Dated date 08/15/2005*
*Capacity code D*
*For clients of Schwab Private Client, if we recommended this Fixed Income trade, you authorized us after disclosure to execute it in a principal capacity. If you have given prior general written consent to principal trading, you may revoke that consent at any time without penalty.*

G00000288810l0