**Marbury L. von Briesen**
401 Plumbridge Court
Timonium Md 21093-8125
410-308-1236

May 10, 2010

The Honorable Kevin J Carey
U S Bankruptcy Court for the District of Delaware
824 Market Street
3rd floor
Wilmington DE 19801

RE: Case No 08-13141 (KJC)
Tribune Company Claim #5428
No Case Number assigned

May it Please the Court:

This is my response to Item 73 of debtors twenty-fourth ominibus objection to claims, filed April 16, 2010

### Item 1

The objection states " No Debtor Asserted". The claim should be amended to list the debtor as " Tribune Company".

### Item 2

!
The objection also states that "No liability owed to claimant per Debtors books and records."

Why did they (or their agent) send me a preprinted claim form if they did not have a record of owing me money? From the time that Tribune acquired Times Mirror they were paying my medical insurance to Illinois Blue Cross. I have a letter granting me fully paid Blue Cross coverage as part of my retirement. (Copy attached- Exhibit A) At the very least, Tribune should have (or should have had) a multi-million dollar liability on their books and records for "Retirees Benefits".

cc: Epiq Bancruptcy Solutions LLC
    Cole, Scholtz, Meisel, Forman & Leonard, P A
    Sidley Austin LLP

Sincerely

Marbury L von Briesen
410-308-1236
MvBBvB@Comcast.net



Exhibit A



**THE BALTIMORE SUN**

**Inter-office Correspondence**

Date: December 19, 1989

From: Pat Klemans

Subject: Marbury von Briesen
Medical Continuation

To: Dick Basoco

    Marbury von Briesen, Capital Planning Manager, is preparing to retire on January 1, 1990 at age 60. Mr. von Briesen was employed in January, 1969.

    In recognition of Mr. von Briesen's 20 years of service, HRD is recommending that his husband/wife medical benefits be continued under the Blue Cross Wrap-Around Plan, as though he were still actively employed. Mr. von Briesen would be responsible for quarterly payments to the payroll department only for the contribution portion required of active employees. Prescription drug coverage would be included; however, dental and vision coverage would be excluded.

    When Mr. von Briesen becomes age 65, premium payments will be assumed by the company, in accordance with the existing policy.

    If you approve of our recommendation, HRD will advise Mr. von Briesen accordingly.

APPROVED: _____

/ajp(115)