May 2, 2010

The Honorable Kevin Carey
US Bankruptcy Court
District of Delaware

MAY 10 2010

Claim # 3658 Herbert Eye (Herbert E. Eye, Herbert Elton Eye)
In reply to the memorandum of objection in the Chapter 11 Case No. 08-13141 (KJC)

a) Amend the Proof of Claim by inserting the name of debtor against which claim is held as Tribune company, et. al.

b) Insert the Case No. of Debtor as 0813141KJC

(copy of so amended form enclosed)

c) Enclosed: a record proof of medical benefits with the Tribune/ Baltimore Sun Blue Cross/Blue Shield Insurance program before said insurance was terminated; a letter, from the Tribune Company, to me, as a Tribune Company Cash Balance Pension Plan Participant concerning the Tribune company Pension Plan and a letter, from the Tribune Company benefits service center, to me, verifying my Retiree Life Insurance policy through the Tribune Company.

I was told by the Tribune Company Human Resources department that I had been included on Notice of Debtors 24th Omnibus Objection to Claims: Exhibit A due to the fact that they had no record I had ever worked for the company. The attached correspondence and the fact that they have been paying me a retirement for over 24 years should stand as proof that their 'diligent review of the Debtor's books and records' was neither complete nor accurate.

I hereby object to my inclusion on the list of "No Liability Claims" and hereby request my removal from said proposed disallowance list re: Case No. 08-13141 (KJC).

Thank you for your time and assistance.

*Herbt E. Eye*

Herbert E. Eye

| Date: 6/3/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Herbt E. Eye* (Herbert Eye) |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

PROOF OF CLAIM

Name of Debtor Against Which Claim is Held: Tribune Company, et. al.

Case No. of Debtor: 0813141 KJC

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TRB (CREDITOR_DBF,CREDNUM)CREDNUM # 1000027848******
HERBERT EYE
HC 72 BOX 36
FRANKLIN, WV 26807

Telephone number: 304-358-7336    Email Address: Chriseyec@aol.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____
1/9/150

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____    Email Address: _____

1. Amount of Claim as of Date Case Filed: $ 23556.00

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____

2. Basis for Claim: Loss of Health Benefit Plan
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__) Health Benefit Plan

Amount entitled to priority: $23556.00

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 6/3/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Herbert Eye (Herbert Eye)

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

300 East Randolph
Chicago, Illinois 60601-5099

*Explanation of Benefits (EOB).* **This is not a bill.**
TRIBUNE BALT SUN G'FTHRD RET KC45
02-15-08

**HERBERT EYE**
**HC 72 BOX 36**
**FRANKLIN WV 26807-9312**

Customer Service: 1-866-874-2776

To opt out of receiving paper copies of your EOBs, go to Blue Access for Members at www.bcbsil.com.

### Claim Information
| | |
|---|---|
| Member Name: | HERBERT EYE |
| Group No.: | 7371 |
| Identification No.: | XOT848100817 |
| Claim No.: | 804557474790X |
| Patient Name: | HERBERT E EYE |

## SERVICE INFORMATION

| | Service Date | Amount Billed | Not Covered | Covered |
|---|---|---|---|---|
| **CAMPBELL CLINIC, PC** | | | | |
| Medical Visits | 12-17-07 | 156.00 | 139.05 (1) | 16.95 |
| X-Ray Services | 12-17-07 | 156.00 | 148.95 (1) | 7.05 |
| **Totals** | | **$312.00** | **$288.00** | **$24.00** |

## COVERAGE INFORMATION

| | | | |
|---|---|---|---|
| Totals | $312.00 | $288.00 | $24.00 |
| Charges Over Medicare Approved Amount | | -$191.99 | |
| **Deductions** | | | |
| Your 20% Coinsurance Amount | | $3.39 | |
| **Total Deductions** | | | -$3.39 |
| **Total Benefits Approved** | | | $20.61 |
| **Amount You May Owe Provider** | | | $3.39 |
| **Total covered benefits approved for this claim: $20.61 to CAMPBELL CLINIC, PC on 02-15-08.** | | | |

## SUMMARY:

| | | | |
|---|---|---|---|
| Total Billed: | $312.00 | Medicare Approved: | $120.01 |
| Total Benefits Approved: | $20.61 | Medicare Deductible: | $0.00 |
| | | Medicare Paid: | $96.01 |
| Amount You May Owe Provider: | $3.39 | | |

*A Division of Health Care Service Corporation, A Mutual Legal Reserve Company, An Independent Licensee of the Blue Cross and Blue Shield Association*

*(turn over)*   Page 1 of 4



0006̄3.0304̄17   002573

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611

# TRIBUNE

Benefits Service Center
Telephone: 800/872-2222
FAX: 312/222-4644

December 07, 2007

Herbert Eye
HC 72 Box 36
Franklin, WV 26807

Dear Mr. Eye,

This letter serves to verify that you have a $15,000 Retiree Life Insurance policy through Tribune Company, payable by MetLife. The Life Insurance policy is a term policy, only payable upon your death.

At the time of your death, a surviving member of your family should call Tribune Benefits Service Center at 1-800-872-2222 to notify us of the death. It is at that time that the beneficiaries will be sent a claimant statement and will be asked to complete and send it back with the original Death Certificate.

If you have any questions, please contact the Tribune Benefits Service Center.

TRIBUNE BENEFITS SERVICE CENTER
(800) 872-2222
8:00AM - 6:00PM CT, Monday through Friday

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611

# TRIBUNE

312/222-9100

January 30, 2009

1000560
HERBERT E EYE
HC 72 BOX 36
FRANKLIN, WV 26807

Dear Tribune Company Cash Balance Pension Plan Participant:

We've received many questions about the funded status of the Tribune Company Cash Balance Pension Plan (including the Tribune and Times Mirror Pension Plans and the Sunpapers Guild Pension Plan) and I want to give you an update. Hewitt Associates, an independent valuation firm, usually determines the funded status of the plan after completing a lengthy review each summer. Because of the Chapter 11 filing, however, this year's review has been accelerated and is currently underway.

Due to the extreme volatility in the public equity and debt markets, Hewitt's preliminary estimate indicates the pension plan is likely to be between 98% and 102% funded. A final determination about the plan's funded status will be completed in late spring.

As a result of our filing and the uncertainty with respect to the plan's funded status, the company is legally required to make some changes for the time being in how participants receive their retirement benefit, once they elect to take it. Until Hewitt completes its review and can certify the plan's funded status, the plan is prevented from offering eligible participants the option of receiving a lump sum (this includes rollovers to other qualified plans) or a level income option. This restriction may be lifted when the plan is certified as fully-funded, or when Tribune emerges from Chapter 11, depending on the plan's funded status at that time. The annuity options available under the plan continue to be offered.

If you are already receiving a benefit payment from the plan, it is not affected by this change.

If you have questions about the pension plan, please contact the Hewitt Retirement Center at 800/872-2222.

Sincerely,

Gerry Spector
Chief Administrative Officer

*This notice is provided in good faith compliance with Code Section 436(d)(2) and ERISA Sections 101(j) and 206(g)(3)(B). The purpose of this notice is to provide you with details about your plan benefit. Eligibility and benefit determinations are governed by the plan documents. In the event of any discrepancy between this material and the plan, the plan documents will govern. Your eligibility for benefits or coverage under the plan does not guarantee continued employment with Tribune*