# Exhibit 3

Order *(In re Semcrude, L.P.)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
SEMCRUDE, L.P., et al.,                                 :
                                                        :   Case No. 08-11525 (BLS)
        Debtors.                                        :
                                                        :   Jointly Administered
                                                        :
                                                        :   Related to Docket No. 2273
------------------------------------------------------- x

## ORDER GRANTING EXAMINER'S MOTION DIRECTING THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATIONS OF THE DEBTORS' CURRENT AND FORMER OFFICERS, DIRECTORS AND EMPLOYEES, AND OTHER PERSONS

Upon the Examiner's Motion for an Order Directing the Production of Documents and Authorizing the Examination of the Debtors' Current and Former Officers, Directors and Employees, and Other Persons (the "Motion"), and the Motion having been served upon counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors, counsel for Bank of America, N.A., the agent for itself and certain other banking and financial institutions as pre-petition secured lenders and administrative agent for the Debtors'[1] post-petition secured lenders, any witness the Examiner already has requested to appear for an interview and who has refused to cooperate on a timely basis or conditioned their cooperation upon the issuance of a subpoena or their known counsel, the Office of the United States Trustee, and all other parties requesting notice pursuant to Bankruptcy Rule 2002; and the Court finding that such notice is good and sufficient under the circumstances; and the Court further finding sufficient cause to grant the Motion, it is

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Examiner is authorized, pursuant to Bankruptcy Rule 2004(a), to conduct examinations of the Debtors' current and former officers, directors and employees, and other persons or entities with relevant information regarding the matters included in the Investigation including, without limitation, the Debtors' auditors, corporate counsel, lenders, investors and other financial transaction counterparties to certain transactions with the Debtors (collectively, the "Witnesses") with respect to the Investigation and the issues to be inquired into by the Examiner as set forth in this Court's Order Directing the United States Trustee to Appoint an Examiner, entered on September 10, 2008; and it is further

ORDERED, that the Examiner is authorized to issue such subpoenas as may be necessary to compel the production of documents and the testimony of Witnesses in connection with his examination of the Witnesses; and it is further

ORDERED, that unless otherwise agreed to by the Examiner, Witnesses shall have ten (10) days from the service of a subpoena to either (1) produce to the Examiner all responsive documents requested in the Examiner's subpoena; or (2) file with the Bankruptcy Court an objection or response to the subpoena, with a hearing promptly scheduled on the objection/response; and it is further

ORDERED, that if a Witness produces some but not all documents, withholding the production of any documents based upon a claim of privilege, such Witness is directed to provide counsel for the Examiner with a privilege log, containing the information required under Bankruptcy Rule 7026, within ten (10) days of the service of a subpoena upon the Witnesses (unless otherwise agreed to by the Examiner); and it is further

ORDERED, that the Witness is directed to submit to oral examination upon reasonable

notice and, absent other agreement with the Examiner, in no event more than fifteen (15) days from the date of the service of a deposition subpoena upon such Witness; and it is further

ORDERED, that nothing herein shall limit the rights of any Witness or any other party under applicable law to object to any subpoena the Examiner may issue under Bankruptcy Rule 9016, other applicable Bankruptcy Rules, the Local Bankruptcy Rules or applicable non-bankruptcy law; and it is further

ORDERED, that this Court shall retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order; and it is further

ORDERED, that in accordance with Bankruptcy Rules 2004 and 9016, the Clerk of this Court shall issue subpoenas, signed but otherwise in blank, as requested by the Examiner; and it is further

ORDERED, that this Order is without prejudice to the Examiner's right to file further motions seeking additional documents and testimony pursuant to Bankruptcy Rules 2004(a) or any other applicable Bankruptcy Rules.

SO ORDERED THIS 25TH DAY OF NOVEMBER 2008

The Honorable Brendan L. Shannon
United States Bankruptcy Judge