IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Debtors. | Related to Docket No. _____ |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION
OF EXAMINER'S MOTION FOR AN ORDER AUTHORIZING THE
EXAMINER TO DEMAND AND ISSUE SUBPOENAS COMPELLING
THE PRODUCTION OF DOCUMENTS AND ORAL
EXAMINATION OF PERSONS AND ENTITIES**

Upon consideration of the Examiner's motion (the "Motion for Expedited Consideration")[1] to shorten notice of the 2004 Motion; and no previous motion for such relief having been made; and good cause shown; it is hereby

ORDERED that the Motion for Expedited Consideration is GRANTED; and it is further

ORDERED that the 2004 Motion shall be heard during the hearing currently scheduled in these cases for May 20, 2010 at 10:00 a.m.; and it is further

ORDERED that objections, if any, to the relief requested in the 2004 Motion shall be filed with the Court and served on Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067-6059, Attn: Lee R. Bogdanoff, Esq. and Martin R. Barash, Esq., and Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19899, Attn: Mark Minuti, Esq., for receipt no later than 4:00 p.m. on May 17, 2010; and it is further

---

[1]    Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion for Expedited Consideration.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from

or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
      May _____, 2010

                            SO ORDERED:

                            _____

                            THE HONORABLE KEVIN J. CAREY
                            UNITED STATES BANKRUPTCY JUDGE