# Exhibit A

Biographies of Certain Members of
Klee, Tuchin, Bogdanoff & Stern LLP

# EXHIBIT A

## BIOGRAPHIES OF CERTAIN MEMBERS OF
## KLEE, TUCHIN, BOGDANOFF & STERN LLP

**LEE R. BOGDANOFF** is a founding member and co-manager of KTBS.

Mr. Bogdanoff graduated Phi Beta Kappa from the University of California, Davis, where he was a Regent Scholar, with a Bachelor of Arts Degree in History and Political Science. He graduated, Order of the Coif, from Boalt Hall School of Law at the University of California, Berkeley in 1985. He served as law clerk to the Honorable David Thompson, United States Court of Appeals for the Ninth Circuit Court, from 1985 to 1986.

Mr. Bogdanoff's practice includes representation of debtors in and out-of-court, creditors' committees (bondholder, trade), secured creditors (including debtor in possession lenders) and acquirers of assets and debt positions. He has served as lead counsel in some of the largest chapter 11 cases pending at the time. For example, he successfully reorganized Dolco Packaging Corporation (a publicly held manufacturer), Liquor Barn (a publicly held retail chain), First Executive Corporation (a publicly held parent of Executive Life), Merksamer Jewelers (a large retail jewelry chain), DEP Corporation (a publicly held manufacturer), Westmoreland Coal Company (a publicly held energy company), with Mr. Tuchin, Barry's Jewelers (a publicly held jewelry chain), Matthews Studio Equipment Group (production equipment for the entertainment industry), Outsource International (temporary employment services), Sun World International (farming operations), Anacomp, Inc. (information, document storage and retrieval technology company), and Custom Food Products (specialty meat products). Mr. Bogdanoff was one of the primary attorneys representing Orange County, California in its Chapter 9 bankruptcy, and currently serves as counsel for the chapter 7 trustee in IndyMac Bancorp, Inc.

His recent creditors' committee practice includes unsecured and secured bondholder groups in Fremont General Corporation, Heartland Automotive Holdings, Inc., Pliant Corporation, Performance Transportation, ICO Global, Quokka Sports, Inc., ZiLOG, Inc. and National Energy & Gas Transmission, Inc. His lender representations include Ableco Finance LLC. and Dymas Capital Management Company, LLC.

Mr. Bogdanoff is a member of the Board of Directors of the Financial Lawyers Conference of Los Angeles. Mr. Bogdanoff wrote the seminal article on asset sales in bankruptcy (published in the Business Lawyer) and his article regarding insolvency analysis was published in the Distressed Business & Real Estate Newsletter. Mr. Bogdanoff frequently lectures on bankruptcy-related topics. He has participated on panels for the American Bar Association, the Los Angeles County Bar Association, the State Bar of California, and the Financial Lawyers Conference of Los Angeles.

Mr. Bogdanoff is a Fellow in the American College of Bankruptcy and was named one of the Outstanding Young Bankruptcy Lawyers of the Year in 2000 by Turnarounds and Workouts. He was also named in the K&A Restructuring Register as one of America's top 75 restructuring lawyers and one of the top 16 restructuring lawyers in California, the 2007 Century City Bankruptcy Lawyer of the Year, and is listed in The Best Lawyers in America®, Chambers USA and Who's Who Legal (Insolvency & Restructuring), among other honors.

**DAVID M. STERN** is a founding member of KTB&S.

Mr. Stern is a litigation attorney, specializing in business litigation, bankruptcy, reorganization and creditor's remedies. He has been listed in The Best Lawyers in America since 1995. Mr. Stern has widely written and lectured on issues of federal civil practice and discovery and co-authored the two-volume treatise, California Civil Discovery Practice (1988 and 1998 editions), published by the Continuing Education of the Bar through the University of California. Among his other writings are "Recent Developments in Truth in Lending Class Actions and Proposed Alternatives," 27 Stanford Law Review 101, and "Mediation: An Old Dog With Some New Tricks," 24 Litigation 31.

Mr. Stern was appointed by Chief Judge Wallace as one of two attorneys in the Ninth Circuit (plus several judges) to the Ninth Circuit Bankruptcy Local Rules Review Committee (1992-96). He also served as the 1998-99 President of the Association of Business Trial Lawyers (ABTL). He was first elected to the ABTL Board of Governors in 1989 and re-elected in 1991, 1993 and 1995. Mr. Stern was also elected an alternate delegate to the Ninth Circuit Judicial Conference in 1987; a full delegate in 1988; and, in 1989, Co-Chair for the term beginning in 1990-91. He is also a member of the American Bar Association, the Los Angeles County Bar Association and the Financial Lawyers Conference of Los Angeles.

Mr. Stern served as law clerk to the Honorable Ben C. Duniway of the United States Court of Appeals for the Ninth Circuit. After earning a Bachelor of Arts in Economics cum laude from Columbia University in 1972, he graduated from Stanford University Law School in 1975, where he was elected to the Order of the Coif and was a member of the Stanford Law Review.

Mr. Stern has served as special litigation counsel to the Creditors' Committee in the Chapter 11 cases of National Century Financial Enterprises, Inc., National Energy Gas & Transmission, Inc., Iridium Operating LLC, Pliant Corp. and Adelphia Communications, Corp., as general counsel to the Creditors' Committee in the Chapter 11 cases of First Alliance Mortgage Company, Prandium and Orange Medical Instruments, as appellate counsel to the Debtor in the Chapter 11 case of Computer Communications, Inc., as trial and appellate counsel in connection with the Chapter 11 cases of Barry's Jewelers, Inc., Crescent Jewelers, Inc., Enron Corp. and Washington Group, Inc., as trial counsel in In re San Juan Dupont Plaza Hotel Fire Litigation, MDL No. 721, as creditor's counsel in the Chapter 11 cases of developers Donald Albrecht and H. Frank Dominguez, and as counsel for acquirers in the Chapter 11 cases of GenSci Orthobiologics, Inc., SFS Industries, San Diego Television, Inc. and Santa Monica Beach Hotel, Ltd. Reported cases include KWP Financial I v. Albrecht, 1998 U.S. App. LEXIS 2793 (9th Cir. 1998); In re Dominguez, 51 F.3d 1502 (9th Cir. 1995); In re Dominguez, 995 F.2d 883 (9th Cir. 1993); In re Recticel Foam Corp., 859 F.2d 1000 (1st Cir. 1988); Computer Communications, Inc. v. Codex Corp., 824 F.2d 725 (9th Cir. 1987); In re Shaw, 16 B.R. 875 (Bankr. 9th Cir. 1982); Enron Corp. v. Citigroup, Inc., (In re Enron Creditors Recovery Corp.), 410 B.R. 374 (S.D.N. Y. 2008); In re Enron Corp., 379 B.R. 425 (S.D.N.Y. 2007); Canada Life Assur. Co. v. Bank of America, 2006 WL 45427 (N.D. Ill. 2006); In re Adelphia Comm. Corp., 330 B.R. 364 (Bankr. S.D.N.Y. 2005). Mr. Stern has also served as trial or appellate counsel in numerous unreported cases and decisions.

**MARTIN R. BARASH** is a member of KTB&S.

Mr. Barash graduated magna cum laude, from Princeton University with an A.B. degree in politics and a certificate with distinction in American studies. He graduated from the UCLA School of Law in 1992, prior to which time he served as editor and the business manager for the UCLA Law Review. From 1992 to 1993, he served as law clerk to the Honorable Procter R. Hug Jr., U.S. Court of Appeals for the Ninth Circuit.

Mr. Barash has concentrated his practice since 1993 on chapter 11 cases, out-of-court workouts, bankruptcy litigation and appeals, representing debtors, secured creditors, creditors' committees, and large creditors in a wide range industries including communications, distribution and shipping, entertainment, food service, manufacturing, health care, hospitality, real estate, retail, telecommunications, technology, and telemarketing.

Mr. Barash is co-author of numerous papers, including most recently, The Shifting Balance Of Power Between Lessors And Lessees In Business Reorganization Cases: A Review Of New Lease Provisions In The Bankruptcy Abuse Prevention And Consumer Protection Act Of 2005 (2005), published in an anthology focusing on the 2005 revisions to the Bankruptcy Code. He has taught courses in the Department of Business Law, California State University, Northridge, and has been a panelist on bankruptcy law issues for the American Bankruptcy Institute, the California Bankruptcy Forum, the Los Angeles Bankruptcy Forum, Lorman Seminars and the Practicing Law Institute.

Mr. Barash currently serves as Co-Chair of the American Bankruptcy Institute's Bankruptcy Battleground West, and is a member of the American Bankruptcy Institute, the Financial Lawyers Conference, the Los Angeles Bankruptcy Forum, and the Business Law section of the State Bar of California and the American Bar Association. Mr. Barash also serves as Vice President and a Director of the Junior Statesman Foundation, a non-partisan, non-profit foundation supporting civics programs for high school students.

Mr. Barash is admitted to practice before the Ninth Circuit U.S. Court of Appeals, the Tenth Circuit U.S. Court of Appeals, and the United States District Courts for the Central, Southern, Northern and Eastern Districts of California and the District of Colorado.

**JONATHAN S. SHENSON** is a member of KTB&S.

Mr. Shenson received his B.A. from the University of California, Santa Barbara in 1993, where he graduated first in his class in the economics department. Mr. Shenson received his J.D. from the University of California, Los Angeles in 1996. While at UCLA, he participated in the law school's Moot Court Honors Program and was a member of the Pacific Basin Law Journal. After graduation, he served as a law clerk to the Honorable Edward D. Jellen, United States Bankruptcy Court for the Northern District of California, from 1996 to 1998.

Mr. Shenson's practice includes representation of debtors, secured creditors (including debtor in possession lenders), committees, acquirers, and other parties in chapter 11 cases, out-of-court restructurings, work-outs, acquisitions and assignments for the benefit of creditors. Mr. Shenson has been involved in countless chapter 11 cases. On the debtor side, among other chapter 11 representations, Mr. Shenson has represented National R.V. Holdings, Inc. (ninth largest manufacturer of "Class A" motor homes), Ronco Corporation (marketer of proprietary consumer products for the kitchen and home through infomercials), PrediWave Corporation (international technology company which designed and sold revolutionary content delivery system for use by broadband digital service providers), Assisted Living Concepts, Inc. (owner and operator of assisted living facilities), Paragon Steakhouse Restaurants, Inc. (owner and operator of steakhouses) and KeraVision (a developer and provider of non-laser vision correction product). On the creditor side, Mr. Shenson has represented the official committee of unsecured creditors in the chapter 11 filings of MedPartners Provider Network, Inc. (a healthcare provider network) and Superior National Insurance Group, Inc. (a workers' compensation insurer), and is currently representing the official committee of unsecured creditors in the chapter 11 case of Fremont General Corporation (a bank holding company). Mr. Shenson has also represented secured creditors in many chapter 11 cases, including, by way of illustration, BH S&B Holdings, Inc. (the second chapter 11 filing of Steve & Barrys, a retailer), InterDent, Inc. (a dental group management company), Global Health Sciences (a nutritional supplement company) and Remediation Capital Corporation (a remediation company).

Mr. Shenson's practice also includes representation of agents and lenders, borrowers and other parties in a broad array of credit transactions, including syndicated, single-bank, secured, unsecured, senior and subordinated credits and credit enhancement facilities.

Mr. Shenson has lectured on various topics related to bankruptcy law, including deepening insolvency, fiduciary duties of officers and directors of distressed companies, real estate leases in bankruptcy and the 2005 Amendments to the Bankruptcy Code. Most recently, Mr. Shenson served as a panelist at the American Bankruptcy Institute's 16th Annual Bankruptcy Battleground West where he lectured on the current state of the law with regard to whether and to what extent creditors in bankruptcy cases (secured, undersecured and unsecured) are entitled to interest, fees and costs on their claims.

Mr. Shenson is admitted to practice law in the United States District Courts for the Northern, Eastern, Central and Southern Districts of California, as well as in the Ninth Circuit Court of Appeals. He is a member of the American Bankruptcy Institute, the Turnaround Management Association, the California Bar Association and the Financial Lawyers Conference. Mr. Shenson has also served on the State Bar of California's Insolvency Law Committee.

**DAVID A. FIDLER** is a member of KTB&S.

Mr. Fidler graduated Phi Beta Kappa and magna cum laude, from the University of California at San Diego with a B.A. in Quantitative Economics and Decision Sciences. He received his J.D. from the UCLA School of Law in 1997. He is co-author of several articles and papers, including "Purchasing Claims to Block Bankruptcy 'Cramdown' Plans: A New Weapon For Creditors," 115 Banking Law Journal 4 (January 1998), and "Recent Developments Concerning Intellectual Property and Bankruptcy" (2004).

Mr. Fidler has represented several large debtors, including Frederick's of Hollywood, Inc. (a world-renowned retailer of innovative specialty apparel), Brotman Medical Center, Inc. (one of the largest private hospitals in California), and Avado Brands, Inc. (a large restaurant operator with over 120 locations in 20 states). Mr. Fidler has also represented numerous creditors, bondholders and lenders such as Paramount Pictures Corp. (creditor in several large chapter 11 cases, including Loews Theatres, Carmike Cinemas and Valley Media), Ableco Finance, LLC (secured lender in the Pappas Telecasting, Inc. chapter 11 cases), Plan B Productions and Shochiku Ltd. (creditors in the Franchise Pictures, Inc. chapter 11 cases) and America Online (AOL) (creditor in the Express.com chapter 7 case). Finally, Mr. Fidler has represented acquirers of assets, including Isotis, S.A. (Swiss biotech company which acquired assets of Gensci Orthobiologics).

Mr. Fidler is a member of the State Bar of California (Business Law Section), the Los Angeles County Bar Association, the American Bar Association, and the Financial Lawyers Conference of Los Angeles. He is admitted to practice before the Ninth and Tenth Circuit U.S. Court of Appeals and the United States District Courts for the Central and Northern Districts of California.

**BRIAN M. METCALF** is of counsel to KTB&S.

Mr. Metcalf graduated with a Bachelor of Science Degree in Political Science and with a minor in Economics from the University of Oregon in Eugene Oregon, and received his Juris Doctor from the University of Michigan Law School, cum laude in 1999.

Mr. Metcalf has significant experience in a broad range of restructuring and bankruptcy matters including representation of corporate debtors, lenders, committees, equity holders, and debt purchasers in Chapter 11 cases, and out-of-court workouts. He also has significant litigation experience in both trial and appellate courts. Mr. Metcalf is admitted in the U.S. District Courts for the Northern, Central and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.

Mr. Metcalf was recognized as a California Rising Star by Law & Politics Media, Inc. in 2006 and 2007.

**ROBERT J. PFISTER** is of counsel to KTB&S.

Mr. Pfister received his J.D. from NYU School of Law (where he was named a Robert McKay Scholar) and his B.A. from Indiana University. Following law school, Mr. Pfister served for two years as a law clerk to the Honorable Janet Bond Arterton, United States District Judge for the District of Connecticut.

In addition to first-chairing bench and jury trials, Mr. Pfister has successfully argued dispositive motions and drafted appellate briefs in federal and state courts around the country. In particular, he was a principal author of the successful certiorari petition and merits briefing in Travelers Indemnity Co., v. Bailey, 129 S. Ct. 2195 (June 18, 2009). Mr. Pfister has represented individuals and organizations in grand jury investigations and regulatory inquiries, undertaken litigation-related due diligence, negotiated settlement agreements, and provided compliance advice to national and international clients.

Mr. Pfister is admitted to practice before the United States Supreme Court and every state and federal court in California, New York, Connecticut and Indiana. He was recently recognized as a "Rising Star" by Southern California Super Lawyers (2009 and 2010).

**DAVID M. GUESS** is an associate of KTB&S.

Mr. Guess specializes in business reorganization, bankruptcy, and bankruptcy-related litigation at both the trial and appellate court levels. Mr. Guess has a diverse practice, representing debtors, creditors, asset purchasers, and chapter 7 trustees. By way of example, Mr. Guess presently serves as bankruptcy counsel to the owner-developers of Lake Las Vegas, an approximately 3,600-acre master-planned residential and resort destination. Mr. Guess also presently serves as special appellate counsel to Thorpe Insulation Company, a former mechanical insulation contractor with significant asbestos-related liabilities. Previously, Mr. Guess served as bankruptcy counsel to National R.V., formerly the ninth largest manufacturer of "Class A" motor homes in the country. National R.V.'s chapter 11 plan of liquidation was successfully confirmed in December 2008. In 2009, Mr. Guess was named as a "Rising Star" in Super Lawyers Magazine (Southern California edition).

Mr. Guess received his Juris Doctor from UCLA School of Law in 2005, where he graduated fourth in his class. He is a member of the Order of the Coif. During law school, he served as a Staff Member and, later, as an Editor of UCLA Law Review. Mr. Guess also served as a judicial extern to both the Honorable David G. Sills, Presiding Justice of the California Court of Appeal, Fourth District, Division Three, and to the Honorable Thomas B. Donovan, United States Bankruptcy Judge of the United States Bankruptcy Court for the Central District of California. After law school, Mr. Guess served as a law clerk to the Honorable Maureen A. Tighe, United States Bankruptcy Judge of the United States Bankruptcy Court for the Central District of California. Mr. Guess has authored two published law review articles.

Mr. Guess is licensed to practice law in California, and is admitted to practice before the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States of America.

**DANIELLE BROWN** is an associate with KTB&S.

Ms. Brown received her J.D. from the University of California, Los Angeles in 2004 where she was awarded the Order of the Coif. Ms. Brown also holds a Certificate in Program in Public Interest Law and Policy. Ms. Brown received her bachelor's degree, summa cum laude, in Political Science and Women's Studies from the University of Utah. Ms. Brown clerked for the Honorable Samuel L. Bufford of the United States Bankruptcy Court in 2004-2005. She was admitted to practice law by the State Bar of California in 2005.

**KORIN A. ELLIOTT** is an associate with KTB&S.

Mrs. Elliott graduated from the University of California, Los Angeles, in 2002 with a B.A. in History, with honors, and a B.A. in English. Before attending law school, Mrs. Elliott taught middle school Math and Science and served as the Vice Principal of a private K-8 school in Los Angeles. She received her J.D. from UCLA School of Law in 2008. During law school, Mrs. Elliott worked on the Women's Law Journal and as a managing editor on The Journal of International Law and Foreign Affairs (JILFA).

Mrs. Elliott is admitted to practice in the State of California, the U.S. District Court for the Central District of California, and the United States Court of Appeals for the Ninth Circuit.