# Exhibit A

## Declaration of Mark Minuti

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### DECLARATION OF MARK MINUTI

MARK MINUTI hereby declares:

1.      I am a partner in the law firm of Saul Ewing LLP ("Saul Ewing"), which maintains offices for the practice of law at 222 Delaware Avenue, Wilmington, Delaware 19801, as well as in Philadelphia, Harrisburg, and Chesterbrook, Pennsylvania; Newark and Princeton, New Jersey; Baltimore, Maryland; and Washington, D.C.   This Declaration is submitted in support of the Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner *Nunc Pro Tunc* to April 30, 2010 (the "Application").

2.      I am familiar with the matters set forth herein and make this declaration in support of the Application.

3.      On December 8, 2008 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11, title 11, of the United States Code (the "Bankruptcy Code").   The Debtors have continued to operate their businesses and manage their affairs as debtors in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

593349.3 5/12/10

4.    On April 20, 2010, the Court entered the Agreed Order Directing the Appointment of an Examiner, dated April 20, 2010 (the "Examiner Order"). On April 20, 2010, and subject to Court approval, the United States Trustee appointed Kenneth N. Klee, Esquire as the Examiner. On May 10, 2010, the Court entered the Order Approving the Appointment of Examiner, and on May 11, 2010, the Court entered the Order Approving Work and Expense Plan and Modifying Examiner Order (the "Work Plan Order"). The Examiner Order, as modified by the Work Plan Order, authorizes and directs the Examiner to:

> (i) evaluate the potential claims and causes of action held by the Debtors' estates that are asserted by the Parties in connection with the leveraged buy-out of Tribune that occurred in 2007 (the "LBO") which may be asserted against any entity which may bear liability, including, without limitation, the Debtors, the Debtors' former and/or present management, including former/present members of Tribune's Board, the Debtors' lenders and the Debtors' advisors, said potential claims and causes of action including, but not being limited to, claims for fraudulent conveyance (including both avoidance of liability and disgorgement of payments), breach of fiduciary duty, aiding and abetting the same, and equitable subordination and the potential defenses asserted by the Parties to such potential claims and causes of action,
>
> (ii) evaluate whether Wilmington Trust Company violated the automatic stay under 11 U.S.C. § 362 by its filing, on March 3, 2010, of its Complaint for Equitable Subordination and Disallowance of Claims, Damages, and Constructive Trust (docketed as Adv. No. 10-50732, D.I. 1),
>
> (iii) evaluate the assertions and defenses made by certain of the Parties in connection with the Motion of JPMorgan Chase Bank, N.A., for Sanctions Against Wilmington Trust Company for Improper Disclosure of Confidential Information in Violation of Court Order (D.I. 3714), and
>
> (iv) otherwise perform the duties of an examiner set forth in 11 U.S.C. §§ 1106(a)(3) and (4) (as limited by this Order) . . . .

(Examiner Order ¶ 2, Work Plan Order ¶ 3).

5.    Subject to Court approval, the Examiner has engaged Saul Ewing to serve as his Delaware counsel in these cases pursuant to the May 12, 2010 engagement letter attached hereto

as **Exhibit 1** (the "Engagement Letter"). As set forth in the Engagement Letter, compensation for Saul Ewing's services and reimbursement of Saul Ewing's expenses in connection with the engagement shall be paid by the Debtors' bankruptcy estates, in such amounts as the Court may allow and the Examiner shall under no circumstances have any liability whatsoever in connection with any of Saul Ewing's fees and expenses.

6.       In connection with its proposed retention by the Examiner in these cases, Saul Ewing researched its client database to determine whether it has any relationships with any of the entities on the "Conflicts List" attached hereto as **Exhibit 2** and incorporated herein. The entities set forth on **Exhibit 2** are comprised of the Debtors as well as parties-in-interest in these cases. Saul Ewing will continue to supplement this Declaration as appropriate upon completion of its additional search and as additional creditors, equity holders, or parties in interest are identified in these cases.

7.       To the extent that such a search indicated that Saul Ewing has, or had, a relationship with any such entity listed on **Exhibit 2,** the identities of such entities are set forth on **Exhibit 3** annexed hereto and incorporated herein. Saul Ewing and its partners, counsel, and associates:

    (a)    Are not creditors, equity security holders, or insiders of the Debtors;

    (b)    Are not and were not investment bankers for any outstanding security of the Debtors;

    (c)    Have not been, within three (3) years before the date of the filing of the Debtors' chapter 11 petitions, (i) investment bankers for a security of the Debtors, or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; and

    (d)    Are not and were not, within two (2) years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors' or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

8.      Except as otherwise set forth herein and specifically in **Exhibit 3**, insofar as I have been able to ascertain, the partners, counsel, and associates of Saul Ewing do not have any connection with the Debtors; the Debtors' officers and directors; the Debtors' creditors; the Debtors' equity security holders; other known parties in interests; their respective attorneys and accountants; or the Examiner.

9.      Saul Ewing intends to apply for compensation for professional services rendered in connection with these jointly administered chapter 11 cases subject to the approval of this Court and compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Court's Local Rules, and Orders of the Court entered in these cases concerning compensation of professionals, on an hourly basis, plus reimbursement of actual, necessary expenses, and other charges incurred by the firm.  The attorneys primarily responsible for representing the Examiner, and their current standard hourly rates, are:

| Name | Title | Hourly Rate |
|------|-------|-------------|
| Mark Minuti | Partner | $560 |
| Charles O. Monk, II | Partner | $700 |
| Nicholas J. Nastasi | Partner | $425 |
| Michael J. Farnan | Associate | $255 |

Other attorneys, paralegals, and case management clerks will be involved in representing the Examiner and the range of hourly rates for such professionals are:

| Billing Category | Range |
|------------------|-------|
| Partners | $335 – 700 |
| Special Counsel | $275 – 535 |
| Associates | $215 – 390 |
| Paraprofessionals | $105 – 240 |

10.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.

11. No promises have been received by Saul Ewing or any partner, counsel, or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

12. Neither I, Saul Ewing, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, represents any interest adverse to the Examiner or the Debtors in the matters upon which Saul Ewing is to be engaged.

13. Saul Ewing does not hold an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker as specified in subparagraph (B) or (C) of 11 U.S.C. § 101(14), or for any other reason.

14. Saul Ewing does not currently represent the Debtors or any of their affiliates, partners, or subsidiaries, and Saul Ewing will not undertake the representation of the Debtors or related entities during this engagement. Moreover, except as set forth herein, Saul Ewing will not undertake the representation of any party other than the Examiner in connection with the Debtors' chapter 11 proceedings.

15. Based upon information available to me, I believe that Saul Ewing is a "disinterested person" within the meaning of the title 11 of the United States Code (the "Bankruptcy Code"), in respect of the matters upon which Saul Ewing is to be engaged in these chapter 11 cases.

16. In preparing this Declaration, Saul Ewing submitted to Saul Ewing's computer conflict database the names provided counsel to the Debtors, which are names of certain entities that are creditors or parties in interest in these bankruptcy cases. Additionally, I caused e-mails

to be circulated to all persons at Saul Ewing to determine whether and to what extent Saul Ewing has connections with any of these entities.

17.     Saul Ewing may have in the past represented, may currently represent, and/or may in the future represent (in matters wholly unrelated to the Debtors' chapter 11 cases) other entities not currently known to Saul Ewing who may be creditors or parties in interest in the Debtors' chapter 11 cases.  To the extent that Saul Ewing discovers any such information, Saul Ewing will promptly disclose such information to the Court, the Examiner, the Debtors, the Committee, and the United States Trustee by filing a supplemental declaration on the electronic docket.

18.     Saul Ewing is willing to be retained by the Examiner as his Delaware counsel and will make appropriate application to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the District of Delaware, and any orders of this Court.

19.     No agreement exists, nor will any be made, to share any compensation received by Saul Ewing for its services with any other person or firm.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2010.



Mark Minuti

# EXHIBIT 1

# ENGAGEMENT LETTER



MARK MINUTI

Phone:  (302) 421-6840

Fax:  (302) 421-5873

mminuti@saul.com

www.saul.com

May 12, 2010

**VIA ELECTRONIC MAIL**
Kenneth N. Klee, Esquire, Examiner
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6059

RE:    **In re:  Tribune Company, et al**

Dear Ken:

Subject to approval of the United States Bankruptcy Court for the District of Delaware (the "Court"), this letter will serve to document our retention as counsel to you solely in your capacity as Examiner (the "Client") in the above captioned debtors' (the "Debtors") bankruptcy cases.  As counsel, we will act at Client's direction to assist you in your Investigation as defined in the Agreed Order Directing the Appointment of Examiner [Docket No. 4120] (the "Examiner Order"), as modified by the Order Approving Work and Expense Plan and Modifying Examiner Order [Docket No. 4321].

Our fee for services in this matter will be equal to the time the individual attorneys (and paralegals) put into it multiplied by their respective hourly rates.  My hourly rate is $560.  My partner Charles "Charlie" O. Monk, II's hourly rate is $700.  My partner Nicholas J. Nastasi's hourly rate is $425.  Other partners, associates and paralegals will be billed at our standard hourly rates.  Reimbursable costs (detailed on the bill) will also be billed on a monthly basis. Our rates are subject to normal firm increases.

Please review carefully the enclosed "Standard Terms Of Engagement For Legal Services," (the "Standard Terms") which are incorporated by reference, describing our billing methods, reimbursable costs, and other important procedures.  Notwithstanding anything to the contrary set forth in Standard Terms: (i) compensation for our services and reimbursement of our expenses in connection with this engagement shall be paid by the Debtors' bankruptcy estates, in such amounts as the Court may allow, and (ii) Client shall under no circumstances have any liability whatsoever in connection with any of our incurred fees and expenses.

Our representation will terminate upon our sending our final statement for services in this matter.  Following such termination, any otherwise non-public information supplied to us

Kenneth N. Klee, Esq., Examiner
May 12, 2010
Page 2

which is retained by us will be kept confidential in accordance with the applicable rules of professional conduct. Our own files, including lawyer work product, pertaining to the matter will be retained by the Firm. All such documents retained by the Firm will be transferred to the person responsible for administering our records retention program. For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any such documents or other materials retained by us within a reasonable time after the termination of the engagement, subject to direction from the Court.

We have conducted a conflict check in this matters and the results of that check are set forth in the draft retention application accompanying this engagement letter.

Whenever you have any questions as this matter progresses, please feel free to call either me (302-421-6840), Charlie (410-332-8668) or our assistant, Robyn Warren (302-421-6839). Please send any telecopies to us at (302) 421-5873. I can be reached by e-mail at "mminuti@saul.com." We want you to feel comfortable that you are being kept completely informed at all times as to where each aspect of the matter stands.

If there are any questions concerning the terms of our engagement, please contact us. Otherwise, I would ask that you sign and return a copy of this letter. We look forward to working with you.

Very truly yours,

SAUL EWING LLP

By _____
Mark Minuti

/rew
Enclosure

ACKNOWLEDGED AND AGREED:

_____
Kenneth N. Klee, Esq., Examiner

Dated: 5/12/2010

593471.1 5/12/10

# Standard Terms of Engagement for Legal Services

**Saul Ewing**
LLP

## Standard Terms of Engagement for Legal Services

This statement contains the standard terms applicable to the engagement of Saul Ewing LLP as your lawyers. Unless expressly modified by the letter accompanying this statement, or in some other writing entered into by mutual agreement, these terms constitute our agreement with you. The terms "Client", "Engagement" and "Payor" should be interpreted as they may be defined in the letter accompanying this statement or, if not addressed therein, by their commonly accepted meanings. Please review this statement carefully and contact us promptly if you have any questions.

## The Scope of Our Work

We will consult with you about your objectives and, when appropriate, the means of achieving them in accordance with applicable law and the ethical rules governing lawyers. We shall endeavor to keep you advised of the status of your matters to the extent necessary to enable you to make informed decisions. We will provide competent representation of your interests. Expressions on our part concerning the probable outcome of our representation will reflect our best professional judgment, but are not guarantees, as they are limited by our knowledge of the facts and are based on the state of the law at the time they are expressed.

## Confidentiality

We obtain personal information from our meetings and conversations with you or from documents or other information that you provide to us as a result of those meetings and conversations. We may also obtain personal information from others who were asked to give it to us (for example, another attorney or an accountant whom you requested cooperate with us). In certain circumstances, we may also obtain information from public records or other persons. Saul Ewing's policy is to follow the Rules of Professional Conduct that apply to lawyers and law firms such as ours. Those Rules prevent us and those working for us from revealing information relating to our representation of you unless you consent after consultation, except for disclosures that are implicit in the representation or otherwise required by law (for example, a court order or subpoena requiring such disclosure), or as necessary to enforce or defend the rights of Saul Ewing relating to legal services we provide to a client. In order to guard your personal information, we maintain physical, electronic, and procedural safeguards that comply with our professional standards.

## Who Will Provide the Legal Services

Subject to the supervision of the principal attorney handling your matters, with whom you are familiar, your work, or parts of it, may be performed by other lawyers or legal assistants in the firm. Such use of others may be for the purpose of involving lawyers or legal assistants with particular knowledge in a given area or for the purpose of otherwise providing service in the most efficient manner and on a timely basis.

## Client Responsibilities

You agree to pay our statements for services and expenses as provided in the letter accompanying this statement and set forth below. In addition, you agree to be candid and cooperative with us and to keep us informed with complete and accurate factual information, documents, and other communications relevant to the subject matter of our representation or otherwise reasonably requested by us. Because it is important that we be able to contact you at all times to consult with you regarding your representation, you agree to inform us, in writing, of any changes in the name, address, telephone number, contact person, e-mail address, state of incorporation, or other relevant changes regarding you or your business. Whenever we need your instructions or authorization in order to proceed with legal work on your behalf, we will contact you at the latest business address we have received from you. If you affiliate with, acquire, are acquired by, or merge with another company, you agree to provide us with sufficient notice to permit us to withdraw as your lawyer if we determine that such affiliation, acquisition, or merger creates a conflict of interest between any of our clients and the other party to such affiliation, acquisition, or merger, or if we determine that it is not in the best interests of our firm to represent the new entity.

## How Fees Will Be Set

We will keep accurate records of the time we devote to your work, including, without limitation, conferences with you, witnesses, consultants, court personnel and others, conferences among our legal personnel, factual investigation, legal research and analysis, responding to any request to provide information to your auditors or to other third parties, drafting of letters, pleadings, briefs, contracts, and other documents, travel time, waiting time in court and time in depositions and other discovery proceedings, negotiations and related matters. We record our time in units of tenths of an hour. Upon request, we will furnish the current hourly rates of the lawyers and legal assistants who may be working on your matters and an estimate of the amount of fees and costs likely to be incurred in connection with a particular matter. This is not, however, a maximum or fixed fee quotation unless specifically stated to be such. We will endeavor to keep you apprised periodically of the level of fees incurred, if you request. While it is not our usual policy to accept representations on a fixed fee basis, we may do so with respect to certain specifically defined services. In those circumstances, the fixed fee arrangements will be expressed in writing setting forth the amount of the fee and the scope of the services to be provided. We also undertake representations on a contingent fee basis, if appropriate. Any contingent fee arrangement will be expressed in writing stating the method by which the fee is to be determined, including, in litigation matters, the percentage or percentages that will accrue to us in the event of settlement, trial or appeal, and whether litigation or other expenses are to be deducted before or after the fee is calculated. Upon conclusion of a contingent fee matter, we will provide you with a written statement showing the remittance, if any, to you and the method of its determination.

## Expenses

Generally, we may pay on your behalf a variety of expenses arising in connection with legal services, provided such expenses, individually and in the aggregate, are in a reasonable amount. These expenses will be billed to you, normally on a monthly basis. However, significant expenses will be referred directly to you for payment unless special arrangements are made. Some examples of expenses that may arise in connection with legal services are filing fees, deposition and transcript costs, witness fees, charges by outside experts and consultants, as well as other legal counsel, travel expenses, and express mail and courier services. All such costs, whether or not paid by us, are incurred by us as your agent, and you agree that these costs will be paid promptly on a regular basis. You also agree to pay promptly, on a regular basis, all expenses incurred by us internally, such as automated document production expenses, computerized legal research charges, long distance telephone and telecopier charges, staff overtime costs and reproduction costs. Certain of our items may be charged at our direct cost plus a reasonable allocation of overhead expens-

es directly associated with the items. If in connection with our engagement we are required to form a business entity or obtain certifications or copies of documents from state offices, we may obtain those services from ATA Corporate Services, Inc. ATA is wholly owned by Saul Ewing. ATA provides the same services available from competing commercial service providers at a competitive cost (generally lesser) to our clients. It is your choice as to which service provider we use. In the absence of any direction from you, we will most likely use ATA.

## Billing

Detailed billing information will be provided upon request. We reserve the right to charge 1% per month interest on any bill outstanding more than 30 days. If a delinquency continues and you do not arrange payment terms satisfactory to us, we may pursue collection of your account. You agree to pay the costs of collecting any such delinquency, including court costs and reasonable attorneys' fees.

## Estimates Of Fees And Costs

Although we may be able to give you an estimate of our fees for the Engagement, we are not able to predict them with precision. This is because the work necessary to complete the Engagement is subject to a variety of factors not fully under our control. In transactional matters, such factors may include the following: problems relating to satisfaction of closing requirements, such as title or survey issues; the extent of negotiations and of changes in the transaction documents; and the diligence of opposing counsel in completing those tasks for which it is responsible. In litigation matters, such factors may include the following: the extent and nature of discovery sought by the other parties involved; the number of, and extent of preparation required for, witnesses; the timing of any settlement discussions; the need to file motions on the Clients' behalf or to respond to those filed by another party; and, the discovery and trial schedule established by the court. Also, it is our experience that near or at the date scheduled for trial, cases are often postponed for significant periods of time due to conflicts in scheduling encountered by the court, thus necessitating additional costs to re-prepare for trial at a later date. Should we prevail at trial, an appeal may ensue, entailing additional fees and expenses, postponing the final resolution of the matter and perhaps even requiring a retrial of the matter. In addition, if the case is protracted or if the issues change, the legal personnel representing you may change, possibly resulting in additional time as new personnel acquaint themselves with the relevant facts and law. Thus, depending upon the circumstances of the Engagement, the assumptions underlying our estimate of fees may change over time.

## Aspects Of Third Party Payor Engagements

Examples of a Third Party Payor engagement include those undertaken pursuant to a policy of insurance or because another company or person has agreed to pay the legal fees and costs on your behalf. In such a situation, the firm shall represent Client solely with regard to covered claims (that is, claims for which the insurer or other payor has agreed to advance fees and costs) and subject to any reservations of rights letter from the Payor. In the event that a dispute arises between the Client and the Payor regarding the Payor's obligations to the Client or any other matter, Saul Ewing LLP will not be able to represent the Client in that dispute, nor will we be able to represent the Payor in any such dispute with Client. If we become aware of a possible dispute regarding the Payor's obligations to Client, we will notify Client of that fact so that Client may seek separate counsel as to that matter.

Client should understand we may be required to make regular reports to the Payor concerning the Engagement. Such reports may include information regularly developed in the course of the Engagement, unless for some reason you specifically instruct us not to forward some confidential information to the Payor. Such an instruction may, depending on the terms of the agreement between Client and Payor, affect the Payor's obligation to indemnify Client and/or to pay Client's legal fees and costs.

We will consult and confer with you concerning all material developments in the engagement including, in litigation matters, any settlement opportunities. You should be aware that the Payor may have the contractual right to settle a litigation or other form of disputed matter. Should the Payor decide to avail itself of such a contractual right, we would inform you of that fact before taking any final action.

## Aspects Of Multiple Client Engagements

In situations where we are asked to represent a number of Clients as a group, we recommend that each Client consult separate counsel to represent that Client's individual interests with respect to that Client's individual current or potential issues. We particularly urge you to consult separate counsel concerning any matter in which you perceive that your interests may conflict with the interests of the other Clients. We also expect and encourage you to consult with such individual

counsel at any time and on any matter on which you wish to receive specific and individually tailored advice. We will provide information regarding the Engagement to such individual counsel, as part of our services to the group of Clients. We also expect that any such counsel will assist in identifying conflicts that may arise in the course of our work and inform us appropriately, and we will advise such member of the group of Clients with respect to such conflicts. Our work in this Engagement is to represent all of the members of the group of Clients as a group collectively. Consequently, we will not promote or advocate the interests of any one or more of you individually. As mentioned in the accompanying letter, there may be issues related to the Engagement that would affect one or more of you differently due to your unique circumstances (of which Saul Ewing may or may not be aware); and, where conflicts or disparate interests arise, it may be necessary or appropriate for any of the Clients to engage separate counsel on an individual basis. While we will try to explain the significance and effect of the material issues to all Clients, we may not know facts specific to any one of you and therefore may not realize that such explanations might be warranted in particular circumstances. We will, however, endeavor to keep all Clients informed on a regular basis about our work for the entire group of Clients.

## Conclusion of Representation; Retention and Disposition of Documents

Unless previously terminated, our representation of you will terminate upon our sending you our final statement for services rendered in the matter. At your request, your papers and property will be returned to you upon receipt of payment for outstanding fees and costs. Our own files pertaining to the matter will be retained by the firm. These firm files include, for example, firm administrative records, time and expense reports, personnel and staffing materials, and credit and accounting records; and internal lawyers' work product such as drafts, notes, internal memoranda, and legal and factual research, including investigative reports, prepared by or for the internal use of lawyers. All such documents retained by the firm will be transferred to the person responsible for administering our records retention program. For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any such documents or other materials retained by us within a reasonable time after the termination of the engagement.

## Termination

You may terminate our representation at any time, with or without cause, by notifying us. If such termination occurs, your papers and property will be returned to you promptly after our receipt of payment for all fees and expenses. Our own files pertaining to the matter will be retained by us. Your termination will not affect your responsibility for payment of legal services rendered and expenses paid or incurred on your behalf before we receive your notice of termination and in connection with an orderly transition of the matter. The ethical rules governing lawyers list several types of conduct or circumstances that require or allow us to withdraw from representing you, including, for example, non-payment of fees or costs, misrepresentation or failure to disclose material facts, actions contrary to our advice, and conflict of interest with another client. We try to identify in advance and discuss any situations which may lead to our withdrawal. In any event, if withdrawal becomes necessary, we will give you reasonable notice of that fact. If we elect to withdraw, you agree to cooperate with us by executing any documents necessary to evidence the termination of our representation, in court or otherwise, and we will be entitled to be paid for all legal services rendered and expenses paid or incurred on your behalf before withdrawal and in connection with the orderly transition of the matter. If any claim or action is brought against us or any personnel of our firm and such claim arises from your negligence or misconduct, you agree to hold us harmless and indemnify us for all damages and expenses incurred.

## Your Right to Arbitrate

If you have questions about the amount of our fee, please discuss them with your principal attorney contact or with the firm's managing partner. In the event of a fee dispute which is not resolved, you have the right to request arbitration under supervision of the state or local bar association for the jurisdictions in which we practice. However, we also have the right to pursue collection of your account in an appropriate court.

\* \* \*

We suggest that you retain this statement
and refer to it if you have questions.



REV 082708

## EXHIBIT 2

## ENTITIES SUBJECT TO SAUL EWING'S CONFLICT SEARCH

## CONFLICTS LIST- TRIBUNE COMPANY., et al.

### DEBTORS AND NON-DEBTOR AFFILIATES

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.

Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.

Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

### CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor

Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
Jeffrey Chandler
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
Roger Goodan
Richard J. Graziano
Howard Greenberg
Robert Gremillion

2

Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks
Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz

Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
William Stinehart, Jr.
Scott Sullivan
Laura L. Tarvainen

3

Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
Horst Bergman

J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC

Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP

Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners  LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV

Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.
as AgtINCAS AGT
Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation

Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company
Wilmington Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP

McDermott Will & Emery LLP
Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations

Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp
News Corp – 20th Century Fox – Home –
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless

Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT
## LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester

Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro

Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group

9

Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla

Majestic Realty Co. and Yorba Linda Sub, LLC
N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
Tribune Employee Stock Ownership Plan
Tesop Corporation
Goldman Sachs & Co.

## SIGNIFICANT FORMER SHAREHOLDERS

Cantigny Foundation
Chandler Trust No. 1
Chandler Trust No. 2
Robert R. McCormick Tribune Foundation
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

Freedom Communications, Inc.
Gannett Co., Inc.
Hearst Corporation
Sunbeam Television Corporation
Target Media Partners

## JOINT VENTURE PARTNERS

Gannett Co., Inc.
The McClatchy Co., Inc.
MediaNews Group, Inc.

Microsoft Corporation

## OTHER

Equity Group Investments LLC

## EQUITY METHOD INVESTMENTS

Careerbuilder, LLC
California Independent Postal Systems
Classified Ventures, LLC
Comcast Sportsnet Chicago
Consumer Networks
Legacy.com
Metromix, LLC
Shoplocal, LLC
Topix, LLC
Television Food Network, G.P.

## FORMER INDENTURE TRUSTEES

Bank of Montreal Trust Company
Bank of New York
Citibank, N.A.
First Interstate Bank of California
Wells Fargo Bank, N.A.

## AGENTS UNDER CREDIT AGREEMENTS

Banc of America Securities LLC
Bank of America, N.A.
Barclays Bank plc
Citicorp North America, Inc.
Citigroup Global Markets, Inc.
JPMorgan Chase Bank, N.A.
JPMorgan Securities, Inc.
Merrill Lynch Capital Corporation
Merrill, Lynch, Pierce, Fenner & Smith Inc.

11

*Revised 4/09/10

REGION 3 EMPLOYEES

PHILADELPHIA, PA

| | |
|---|---|
| DeANGELIS, ROBERTA | ACTING UNITED STATES TRUSTEE |
| BAKER, FREDERIC J. | SENIOR ASSISTANT U.S. TRUSTEE |
| ADAMS, DAVE P. | TRIAL ATTORNEY |
| BOOKMAN, JEFFREY | BANKRUPTCY ANALYST |
| BORGESI, MARIA N. | PARALEGAL SPECIALIST |
| CALLAHAN, KEVIN P. | TRIAL ATTORNEY |
| CLAUSEN, JOANNE | SECRETARY, OA |
| CONWAY, GEORGE | TRIAL ATTORNEY |
| COSTA, LISA | FILE CLERK |
| DUGAN, DIANNE | ADMINISTRATIVE OFFICER |
| FORBES, SANDRA | FINANCIAL ANALYST |
| LAMBE, JAMES B. | PARALEGAL SPECIALIST |
| LEWIS, JANET C. | BANKRUPTCY ANALYST |
| MACK, THERESA | LEGAL CLERK |
| MILLER, NANCY J. | LEGAL CLERK |
| RECCHIUTI, JO ANN | PARALEGAL SPECIALIST |
| ROSEBORO, DEBORAH L. | LEGAL DATA TECHNICIAN |
| WARD, HUGH J. | BANKRUPTCY ANALYST |

WILMINGTON, DELAWARE

| | |
|---|---|
| HARRINGTON, WILLIAM | ASSISTANT U.S. TRUSTEE |
| ANEMONE, BONNIE A. | PARALEGAL SPECIALIST |
| BUCHBINDER, DAVID | TRIAL ATTORNEY |
| GIORDANO, DIANE | BANKRUPTCY ANALYST |
| GREEN, CHRISTINE | PARALEGAL SPECIALIST |
| HECK, JEFFREY | BANKRUPTCY ANALYST |
| KENNEY, MARK S. | TRIAL ATTORNEY |
| KLAUDER, DAVID | TRIAL ATTORNEY |
| LEAMY, JANE | TRIAL ATTORNEY |
| MCMAHON, JOSEPH J. | TRIAL ATTORNEY |
| O'MALLEY, JAMES R. | BANKRUPTCY ANALYST |
| O'NEAL, LAUREN | OFFICE AUTOMATION ASSISTANT |
| PANACIO, MICHAEL | BANKRUPTCY ANALYST |
| SCHEPACARTER, RICHARD | TRIAL ATTORNEY |
| STARR KAREN | BANKRUPTCY ANALYST |
| TINKER, T. PATRICK | TRIAL ATTORNEY |
| VINSON, RAMONA | PARALEGAL SPECIALIST |
| WEIGNER, KIMBERLY | VOLUNTEER LAW STUDENT |
| WEST, MICHAEL | BANKRUPTCY ANALYST |
| WILLIAMS, SHAKIMA | PARALEGAL SPECIALIST |
| WYNN, DION | PARALEGAL SPECIALIST |

PITTSBURGH, PA

| | |
|---|---|
| SISCA, JOSEPH S. | ASSISTANT U.S. TRUSTEE |
| ALBRIGHT, STEVEN | BANKRUPTCY ANALYST |
| BERRY, DAVID | BANKRUPTCY ANALYST |
| BRIGGS, JODY | PARALEGAL SPECIALIST |
| CETNAROWSKI, ANDREW FELIX | BANKRUPTCY ANALYST |
| FORNARI, JOSEPH M., JR. | TRIAL ATTORNEY |
| GEYER, LISA | PARALEGAL SPECIALIST |
| GIGLIOTTI, MADELINE | LEGAL CLERK |
| HILDENBRAND, NORMA | TRIAL ATTORNEY |
| MILKO, DAVID | PARALEGAL SPECIALIST |
| MORRIS, LINDA | LEGAL CLERK |
| NICHOLS, KATHLEEN | PARALEGAL SPECIALIST |
| ROBB, KATHLEEN L. | TRIAL ATTORNEY |
| SCHWARTZMIER, CHERILYNN | SECRETARY |
| SIRKO, SHARON | LEGAL CLERK |
| SMITH, JENNIFER M. | BANKRUPTCY ANALYST |
| SPRAGUE, HEATHER | TRIAL ATTORNEY |

NEWARK, NJ

| | |
|---|---|
| HILDEBRANDT, MARTHA | ASSISTANT U.S. TRUSTEE |
| APONTE, MICHAEL | PARALEGAL SPECIALIST |
| ARDELEAN, KIRSTEN K. | BANKRUPTCY ANALYST |
| ARENDAS, FRANCYNE D. | BANKRUPTCY ANALYST |
| ARTIS, MICHAEL | TRIAL ATTORNEY |
| D'AURIA, PETER | TRIAL ATTORNEY |
| GASKIN, JUANITA | LEGAL CLERK |
| GILES, ROSEMARIE | LEGAL CLERK |
| GREEN, TIA | LEGAL CLERK |
| HAUSMAN, MITCHELL B. | TRIAL ATTORNEY |
| HSU SHINING | TRIAL ATTORNEY |
| KERN, JOSEPH C. | BANKRUPTCY ANALYST |
| KRANTZ, PATRICIA | LEGAL CLERK |
| KROPIEWNICKI, DANIEL C. | BANKRUPTCY ANALYST |
| LOGAN, LINDA | REGIONAL BANKRUPTCY ANALYST |
| MACMASTER, DONALD | TRIAL ATTORNEY |
| MORALES, IVETTE | SECRETARY, OA |
| NAUGHTON, BRENDA J. | PARALEGAL SPECIALIST |
| OPPELT, TINA | PARALEGAL SPECIALIST |
| ROSA, CARMINA | LEGAL DATA TECHNICIAN |
| SCHNEIDER, ROBERT J. | TRIAL ATTORNEY |
| SNYDER, JESSICA L. | PARALEGAL SPECIALIST |
| SPONDER, JEFFREY | TRIAL ATTORNEY |
| STEELE, FRAN B. | TRIAL ATTORNEY |
| STIVES, JAMES | PARALEGAL SPECIALIST |
| SUPPA, MARIA | SR. PARALEGAL SPECIALIST |
| ZIEMER, WILLIAM | BANKRUPTCY ANALYST |

HARRISBURG, PA

| | |
|---|---|
| FIORENZA, ANNE | ASSISTANT U.S. TRUSTEE |
| BENDER, DARREL W. | SENIOR BANKRUPTCY ANALYST |
| FARLEY, JAMES | BANKRUPTCY ANALYST |
| GISH, BRENDA | PARALEGAL SPECIALIST |
| LYONS, GREGORY | TRIAL ATTORNEY |
| PAUL, WENDY S. | PARALEGAL SPECIALIST |
| PLESIC, REBECCA | PARALEGAL SPECIALIST |
| SCHILLER, GREGORY | TRIAL ATTORNEY |
| SUTTON, KIMBERLY | SECRETARY |
| VOYTEK, MELISSA | LEGAL CLERK |

# EXHIBIT 3

## <u>DISCLOSURE OF SAUL EWING LLP</u>

Saul Ewing LLP ("<u>Saul Ewing</u>") with offices in Philadelphia, Harrisburg, and Chesterbrook, Pennsylvania; Newark and Princeton, New Jersey; Baltimore, Maryland; Washington, D.C., and Wilmington, Delaware, employs approximately 275 attorneys and has a large and diversified legal practice which encompasses the representation of many businesses, financial institutions, individuals, and other creditors.  As part of its diverse practice, Saul Ewing appears in numerous cases, proceedings and transactions involving many different professionals, including other attorneys, accountants, financial consultants, and investment bankers.  Based on Saul Ewing's current knowledge of the professionals, lenders, creditors, equity holders, and other significant parties in interest involved in these cases, Saul Ewing makes the following disclosures:

1.      **<u>Current Representations</u>** – Saul Ewing currently represents the following parties in matters wholly unrelated to the Debtors' cases:

        a.      AIG (American International Group)

        b.      AIG Federal Savings Bank

        c.      AIG Marketing

        d.      AIG Personal Line

        e.      AIG Reinsurance

        f.      American Modern Life Insurance Company

        g.      Equity Residential

        h.      Federal Insurance Company

    i.        Certain affiliates of Gruss Asset Management Limited Partners

    j.        The Hartford

    k.       Indian Harbor Insurance Company

    l.        Certain affiliates of Perry Corporation

    m.     The St. Paul Travelers Companies, Inc.

    n.       T Mobile

    o.       The Travelers Indemnity Company of America

    p.       Certain affiliates of Varde Partners Inc.

    q.       XL Select

    r.        Certain affiliates of York Capital Management

    s.       Zurich American Insurance Company

    t.        Zurich North America

2.     **Former Representations** – Saul Ewing previously represented the following parties in matters wholly unrelated to the Debtors' cases:

    a.       The Baltimore Sun

    b.       Levine Leichtman Capital Partners Inc.

3.     **Professionals** – As part of its diverse practice, Saul Ewing appears in numerous cases, proceedings and transactions involving many different professionals, including other attorneys, accountants, financial consultants and investment bankers, some of who represent other parties-in-interest in these cases.   Saul Ewing does not, and will not, represent any such professionals in these bankruptcy cases.