# Exhibit A

# LECG

## Craig T. Elson, Senior Managing Director, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
direct:  312.267.8211
fax:     312.267.8220
email:   celson@lecg.com

Craig T. Elson is a senior managing director of LECG, and a member of the firm's management operating committee. Prior to joining LECG, Mr. Elson was a senior managing director in the Chicago office of Peterson Consulting (a unit of Navigant Consulting, Inc.) where he had oversight responsibilities relative to the financial and claims group's complex commercial claims practice area.

Mr. Elson has had engagement management responsibility in connection with bankruptcy, valuation, loan workout, lender liability, breach of contract, intellectual property, construction, regulated industry, and other matters, assisting clients operating in diverse industries throughout the United States and abroad. Mr. Elson has substantial experience in performing valuation studies and damage assessments, including voidable transfer evaluations in bankruptcy matters, as well as lost profits, excessive cost, and unjust enrichment determinations in commercial disputes. Mr. Elson is experienced in cost determination and cost allocation matters in both commercial claims as well as regulatory proceedings.

In connection with his damages analysis experience, Mr. Elson has advised both plaintiffs and defendants with respect to proper damage analysis methodologies, and has supervised the development of numerous damage claims for presentation at deposition and trial. This work has been performed in connection with contract disputes, intellectual property matters, business merger and acquisition transactions, and professional negligence claims, among other matters.

Mr. Elson is versed in proper damage analysis techniques, and is familiar with lost profits damages models including revenue and price studies (e.g., market share studies), incremental cost reviews, fixed versus variable cost studies, capacity reviews, royalty rate evaluation, cost of capital and discount rate determinations, among other things.

In connection with his valuation experience, Mr. Elson has supervised work as related to valuing both publicly-traded and closely-held businesses, evaluated minority shareholder interests, studied marketability discounts and control premiums, and assisted in evaluating stock disposition and exchange alternatives (sale, public offerings, and exchange offerings). He is experienced in various cost-based and earnings-based valuation techniques. Mr. Elson has studied loan portfolios and performed valuation studies as related to various assets of both businesses and financial institutions. Mr. Elson's experience in consulting on matters of non-performing loans and troubled debt is also significant. He has evaluated restructuring alternatives, evaluated debt offerings, evaluated OREO investments of financial institutions as related to their fair values, has evaluated thrift disposition alternatives including earnings trend analyses, sales to book studies, key financial performance indicators, yield and cost studies, capital composition analyses, interest and non-interest bearing asset studies, and more. He has evaluated business enterprises as to their going concern and liquidation values in connection with both bankruptcy and commercial claims.

# LECG

## Brett A. Margolin, Ph.D., Principal, LECG

1201 North Orange Street, Suite 602
Wilmington, DE 19801
USA

Main: 302.655.2510
Fax:    302.655.2512
Email: bmargolin@lecg.com

### SUMMARY

A principal at LECG, Brett A. Margolin provides economic analyses in commercial litigation. He has particular expertise in the application of business valuation principles and economic theory in corporate governance and bankruptcy matters, including fair value analyses in appraisal actions and solvency analyses in fraudulent conveyance and preference actions. His practice also encompasses the evaluation of lost profits, price erosion, and reasonable royalty damages, with specific application to intellectual property matters. Dr. Margolin has testified in a number of state and federal jurisdictions, including the Delaware Court of Chancery.

### EDUCATION

Ph.D., (Economics) George Mason University, 1998
B.S., (Economics) University of Delaware, 1993

### PRESENT POSITION

LECG, Principal, 2006 to present

### OTHER POSITIONS HELD

LECG, Managing Economist, 2003 to 2006
Center for Forensic Economic Studies, Senior Economist, 1999 to 2003
PricewaterhouseCoopers, Senior Associate, 1997 to 1999
Hickling Lewis Brod, Senior Consultant, 1997
George Mason University, Instructor, 1997
Office of the Secretary of State, State of Delaware, Analyst, 1991 to 1993

### HONORS

George Mason University, Mary and Gordon Cain Fellow, 1995 to 1997
Participant, Policy Analysis Workshop, Center for Market Processes, Fairfax, VA, 1995

# LECG

## PUBLICATIONS

1. "MMM-MMM Good: *VFB v. Campbell Soup* and the Solvency of Publicly Traded Debtors," Vol. 27, No. 10 *American Bankruptcy Institute Journal*, December 2008.

2. "Solvency, the Adjusted Balance Sheet Test, and the Unfortunate Paris Hilton," Vol. 26, No. 5 *American Bankruptcy Institute Journal,* June 2007.

3. "An Overview of Valuation Theory and Practice with Reference to Emerging Growth Companies" (with Samuel J. Kursh), Pennsylvania Bar Institute Pub. No. 4533, April 2007.

4. "The Economics of Delaware Fair Value" (with Samuel J. Kursh), Vol. 30, No.2 *The Delaware Journal of Corporate Law,* Winter 2005.

5. "Lost Profit Damages: Beware the Demand Curve's Slippery Slope," American Bar Association's *Intellectual Property Newsletter*, Winter 2003.

6. "Unclaimed Property Audits: Statistical Approach May Be Best Attack," *The Legal Intelligencer,* April 5, 1999; *Corporate Controller,* September/October 1999.

7. "An Economic Analysis of the Brokerage Contract," Dissertation, George Mason University, accepted March 1998.

8. "Labor-Leisure-Lobby" (with Edward Lopez), working paper.

9. "Exploring the 'Small Wonder' of Delaware's Preeminence in the Market for Corporate Charters: An Economic and Empirical Analysis of Delaware's Experience," Undergraduate Thesis, University of Delaware, accepted May 1993.

## PRESENTATIONS

1. "Lost Profit Damages: Beware the Demand Curve's Slippery Slope," (approved for New York and Virginia Continuing Legal Education Credits) Thelen Reid & Priest, LLP, November 17, 2005.

2. "Ethics of Expert Management: View from the Best Seat in the House," (approved for Delaware Continuing Legal Education Credits) Delaware Trial Lawyer's Association 2005 Annual Convention, June 10, 2005.

3. "The Economics of Delaware Fair Value," International Society for New Institutional Economics, October 2, 2004.

4. "The Economics of Delaware Fair Value," (approved for Delaware Continuing Legal Education Credits) *The Delaware Appraisal Statute: Financial and Legal Issues and What Needs Fixing,* sponsored by the Corporation Law Section of the Delaware State Bar Association, April 20, 2004.

5. "Topics in Valuation: Delaware Fair Value," "Introduction to Valuation," and "Introduction to Financial Statements," (approved for Delaware Continuing Legal

LECG

Education Credits) In-House CLE Seminar, Ashby & Geddes, Wilmington, Delaware, October 3, 2003.

6. "Fundamental Economics of Patent Infringement Damages: What IP Counsel Should Know about Demand," (approved for Pennsylvania Continuing Professional Education Credits) PricewaterhouseCoopers Litigation Forum, Philadelphia, Pennsylvania, July 23, 1999.

7. "Personal Injury Damages: Tools of the Trade," (approved for Pennsylvania Continuing Legal Education Credits and Pennsylvania Continuing Professional Education Credits), PricewaterhouseCoopers Litigation Forum, July 10, 1999.

**ACTIVITIES**
Board Member, Bernard and Ruth Siegel Jewish Community Center, Wilmington, Delaware, 2005 to present
Board Member, Milton and Hattie Kutz Home, Wilmington, Delaware, 2006 to present

LECG

## SELECTED VALUATION EXPERIENCE

Dr. Margolin has performed valuation analyses in a variety of litigation and consulting contexts, including appraisal and fiduciary actions in corporate governance litigation, and preference, fraudulent conveyance, and plan confirmation actions in bankruptcy proceedings.  Representative interests and industries valued include:

*Interests*

| | |
|---|---|
| Enterprise | Master limited partnership |
| Common equity | Debt |
| Preferred equity | Leases |
| General and limited partnerships | Intellectual property and other intangible assets |

*Industries*

*Manufacturing*
Apparel
Construction materials
Consumer products
Food and beverage
Machine parts
Paper and allied products
Textiles

*Technology*
Biomedical and pharmaceutical
Electrical components
Internet operations
Software development
Telecommunications instruments

*Services*
Distribution and logistics
Financial processing
Management consulting
Mortgage brokerage
Trucking

*Other*
Energy
Entertainment
Lodging
Property development and management
Retailing

# LECG

Mr. Elson is experienced in transaction modeling and analysis, and has reviewed interim debt issuances, initial public offerings as well as private placements. Mr. Elson has reviewed capitalization programs for actual and constructive fraud considerations and is well versed in interpreting the implications of modified capitalization on expected financial and operating performance.

In connection with his bankruptcy and restructuring experience, Mr. Elson has supervised work in analyzing pre-petition financial transactions of various businesses, including reviews of related-party dealings, performance of preference analyses and reviews for fraudulent conveyance considerations. In particular, with regard to his experience in matters involving fraudulent transfer issues, Mr. Elson has performed analyses bearing on the determination of reasonably equivalent value, and has substantial experience performing analyses to ascertain debtor balance sheet solvency, as well as debtor equitable solvency including ability to pay maturing debts and adequacy of capital considerations. And, he has made determinations of debtor value using liquidation standards of valuation as well as under assumptions of continuing operations.

Mr. Elson has advised clients in diverse industries, including retail, banking, manufacturing, health care, franchising, transportation, communications, financial services, and lodging, among numerous others.

Mr. Elson has provided expert testimony at deposition and trial in both state and federal courts, and has also testified before the American Arbitration Association, in International Arbitration and in foreign court (France). He has presented to the American Bar Association, the American Bankers Association and others on various topics.

Mr. Elson received a bachelor's degree in business administration with a finance concentration from Indiana University in 1979, and received a MBA from Indiana University in 1982.



Christian Tregillis
   *Managing Director*

Christian Tregillis is a managing director in the Century City and Los Angeles offices of LECG, where he leads the local Damages and Intellectual Property practice and also works on forensic accounting investigations. In these roles he analyzes financial, accounting, statistical, economic and market issues, primarily in regards to disputes, valuations and licensing agreements. He has participated in mediations and has testified in deposition, hearings, arbitration and at trial in both state and federal courts.

Mr. Tregillis has worked on over 400 matters in his 18 years of financial consulting and investigations, including 11 years at big four accounting firms in their financial consulting groups. Most recently he led the Forensic Accounting & Litigation Consulting practice in the Western US for Kroll Inc. and was the national leader of Kroll's Intellectual Property Services practice. Prior to that he was a partner in the Financial Advisory Services practice at Deloitte & Touche in Los Angeles, where he led the office's Commercial Litigation Consulting group and Intellectual Asset Management practice.

Mr. Tregillis currently serves as the chair of the Economic Damages Task Force and on the Forensic & Litigation Services Committee of the American Institute of Certified Public Accountants; he is also the chair of the Economic Damages Section and on the Steering Committee of the Litigation Sections of the California Society of Certified Public Accountants. In addition, he served from 2003 to 2007 on the Board of Trustees of the Center for Law in the Public Interest and was the Center's Chief Financial Officer.

**EDUCATION**

- Occidental College, A.B. Economics with Distinction

- University of Chicago Graduate School of Business, M.B.A. Finance and Accounting

- Certified Public Accountant (CPA), Licensed in California and Certified in Illinois

- Accredited in Business Valuation (ABV), American Institute of Certified PublicAccountants

- Certified Licensing Professional (CLP), Licensing Executives Society

**EXAMPLES**

**Hotel/casino owner v. general and trade contractors.** The construction and opening of plaintiffs hotel/casino in the Las Vegas area were delayed, which were

63



alleged to have been defendants' fault. Mr. Tregillis quantified damages in the matter, which included consideration of the income stream trends for the property, including gaming, room charges, retail, and other sources, assuming a timely and full launch, instead of the actual phased rollout, which was delayed. Mr. Tregillis presented his analysis at a mediation; the matter settled soon thereafter.

**Investigation of claims of fraud and malpractice of counsel and financial advisor of Native American tribe.** After concerns arose about the manner in which the tribe's advisors and counsel were conducting themselves and representing the tribe, Mr. Tregillis and his team investigated the accounting of the casino, hotel and other operations, and took an interim financial management role for the tribe as it replaced its advisors.

**Investigation of alleged accounting fraud at a Native American casino.** Mr. Tregillis and his team investigated accounting information relating to claims that a fraud was being perpetrated at a casino at certain table games. The investigation looked at results and data, as well as internal control processes in place at the table games.

**Due diligence for a potential buyer of a gaming vessel business.** Mr. Tregillis and his team performed an investigation of the business, which took customers on boats out to neutral waters near Florida, then hosted gambling. The analysis including looking at internal controls and concerns about money laundering.

**Airport baggage/passenger screening company v. U.S. government.** Plaintiff was in the business of baggage and passenger screening at airports, and was put out of this business by the creation of the Transportation Security Administration after the events of September 11, 2001. In a takings case before the U.S. Court of Federal Claims, Mr. Tregillis provided testimony on damages, measured as the value of the business that was lost, at deposition and trial.

**Contractor v. individual.** After a dispute over the quality of work done by the contractor, defendant communicated in the press and in person to potential clients that plaintiff did poor quality work - even though an arbitration ruling on the quality of the work had indicated otherwise. Mr. Tregillis quantified damages to the contractor related to the alleged libel and slander, and he testified in deposition and in a jury trial in the matter.

**Individual v. individual.** The parties, in the context of their marital dissolution, engaged Mr. Tregillis to serve as a court appointed neutral in valuing a patent portfolio that was the subject of a license agreement between the husband and his privately owned company.

**Spa manufacturer v. former owner of company.** Plaintiff purchased the assets of defendants' spa manufacturing business, including the warranty servicing responsibilities on the installed base. The dispute related to the warranty charges passed on the defendant, which defendant refused to pay. Mr. Tregillis testified in a jury trial in Riverside, California as to the results of his testing on the accuracy of the bill and whether there was a statistical indication that plaintiff had paid more

64



warranty claims than had previously been paid by defendant in similar circumstances.

**Owner of concert hall/office building v. county transportation authority.**
Defendant constructed a metro train line with a stop in the vicinity of plaintiff's concert hall (with an attached office building and retail space). Plaintiff then brought an inverse condemnation suit against defendant related to the alleged impairment of the financial performance of the building and concert hall (decreased rents and decreased concert-related income). Mr. Tregillis quantified the lost profits and diminution in value damages for an arbitration on the matter.

**Beverage company founder v. financier.** After signing an agreement to take plaintiff's new beverage product to market, defendant failed to fund the operation as called for in the agreement, which resulted in plaintiff reaching an agreement with another financier on inferior terms, with a lesser percentage maintained by the founder. The financier counterclaimed that he owned the trademarks, which he alleged were therefore infringed. Mr. Tregillis quantified damages, measured as lost profits and lost business value, and testified in a deposition at trial in the Central District of California.

**Estate of musician v. former counsel for estate.** The dispute related to the sale by the plaintiff, the musician's father as executor of the estate, of rights to his son's music, which has enjoyed continued commercial success since the artist's death in 1970. Defendant acted as counsel to plaintiff in the sale, even though defendant also indirectly owned the company that purchased the rights. Mr. Tregillis managed the forensic accounting to trace the flow and quantification of funds after the transaction, in addition to the valuation of the rights as of the date of sale.

**Individual v. accounting firm.** Mr. Tregillis testified in arbitration as to the methodologies employed in performing a forensic accounting investigation and valuation of a business, including its patent portfolio, trade secrets and know-how.

**Media company adv. individuals.** The media company entered into a joint venture to promote Latin American concerts and other events in the U.S., with defendant individuals selling their ownership rights in the company, but agreeing to continue in an exclusive managerial role. The media company terminated the individuals after discovering that they had engaged in allegedly competitive acts and the theft of trade secret information. Mr. Tregillis testified in deposition and arbitration as to damages, alter-ego issues regarding the relationship between the individuals and their new companies, and the implications of the perceived lack of internal controls at the company surrounding the co-presidents and their handling of concert revenue, cash management and self-dealing.

**Magazine publisher v. individual.** The parties entered into a joint venture to publish a magazine using the individual's name and image. The individual sought to back out of the joint venture, though the financial results of the magazine were not poor enough to trigger an exit clause. The team analyzed the accounting to ascertain its accuracy and valued the contributions of the publisher and the



individual, where the individual's contribution was largely her name/image/mark. Mr. Tregillis led the valuation analysis and quantification of the impact of the events on the ability to earn income.

**Creditor law firm v. debtor partner at law firm.** Defendant owed plaintiff a $2.4M judgment after an arbitration regarding defendant's departure from plaintiff firm. As part of defendant's filing for bankruptcy protection under Chapter 7 he listed a value for his interest in his new firm; plaintiff disputed the value and filed a discharge action. Mr. Tregillis valued defendant's interest in the firm as of the petition date, including consideration of alternate standards of value and premises of value, and testified at trial as to his findings.

**Music label v. law firm.** The label released and later recalled an album and single after it lost trademark and copyright infringement suits on the music and packaging. After the law firm filed a claim to recover its unpaid fees, the label countersued for malpractice related to the firm's handling of the matter. Mr. Tregillis calculated lost sales resulting from the recall, where the projection was a function of the unimpaired actual sales soon after the release and the expected level of sales over time as seen in other similar releases (e.g., genre) that did not have a recall. Mr. Tregillis provided deposition testimony on the matter, though it settled before trial.

## PROFESSIONAL ACTIVITIES & AFFILIATIONS

- California Society of Certified Public Accountants - Chair, Economic Damages Section and Member, Steering Committee for Litigation Sections

- American Institute of Certified Public Accountants - Chair, Economic Damages Task Force and Member, Forensic & Litigation Services Committee

- Licensing Executives Society - Member

## PUBLICATIONS, PRESENTATIONS & SPEAKING

- *Income Statement Analysis.* Practicing Law Institute, Basics of Accounting and Finance (September, 1998).

- *The Use of Outside Accountants.* Practicing Law Institute course Basics of Accounting and Finance (September, 1998) -instructor and chapter author, Overview of Services Provided by CPAs."

- *Evaluating IP Lost Profits: From Panduit to Grain Processing.* California Society of CPAs publication, The Witness Chair (Summer, 2001).

- *The Valuation of Trademarks.* American Intellectual Property Lawyers Association Annual Meeting (October, 2001).



- *The Valuation of Intellectual Property.* San Diego Institute of Intellectual Property Lawyers Association Meeting (April, 2002).

- *Issues to Consider in Evaluating a Reasonable Royalty.* American Institute of CPAs publication, CPA Expert (Summer, 2002).

- *IP Through the Life of Your Business.* The Phelps Group: IP Summit (July, 2002).

- *The Use of Multiple Regression in Commercial Litigation.* California Society of CPAs, Economic Damages Section Meeting (October, 2002).

- *Review of Valuation for Financial Reporting: Intangible Assets, Goodwill, and Impairment Analysis, SFAS 141 & 142 (by Michael J. Mard, et al.).* American Institute of CPAs publication, CPA Expert (Winter 2003).

- *The Use of Surveys and Statistics in Litigation.* California Society of CPAs, Advanced Business Litigation Institute (May, 2003).

- *Current Issues in IP Litigation Damages.* California Society of CPAs, Advanced Business Litigation Institute (May, 2003).

- *The Role of the Financial Expert in Trade Secret Litigation.* California Society of CPAs, Economic Damages Section Meeting (July, 2003).

- *Notes and Numbers: Does the Data on Declining Music Sales "Sing" In an Age of Music Downloading?* Los Angeles County Bar Assoc., Music Section Meeting (December, 2003).

- *Peer to Peer File Sharing Suits: What's Next?* California Society of CPAs publication, The Witness Chair (Winter, 2004).

- *AICPA Statement on Standards for Business Valuation.* California Society of CPAs, Economic Damages Section Meeting (February, 2004).

- *Research on Current Issues in Economic Damages.* California Society of CPAs, Economic Damages Section Meeting (May, 2004).

- *Assessing and Proving Damages from Infringement, Program Moderator.* University of Southern California Intellectual Property Institute (May, 2004).

- *Daubert Case Law.* American Institute of CPAs, Conference on Fraud and Litigation Services (September, 2004).

- *Cost Shifting and Electronic Discovery: How Experts Can Help Clients Minimize Costs.* California Society of CPAs publication, The Witness Chair, with Rachel Laybourn (Fall 2004).



- *Valuation of Intellectual Property.* California State Bar Intellectual Property Law Section, Intellectual Property Institute (November, 2004).

- *From Qualifications to Unsupported Opinions: A Review of Motions to Exclude Financial Experts.* California Society of CPAs, Economic Damages Section Meeting (February, 2005).

- *Challenges for the Intellectual Property Damages Expert: Apportionment of Value, Multiple Patent Litigation, Price Erosion, and the Entire Market Value Rule.* California Society of CPAs, Advanced Business Litigation Institute (May, 2005).

- *You've Been Sued for Infringement - Now What?* University of Southern California Intellectual Property Institute (May, 2005).

- *Fraud Identification, Protection and Management, Financial Executives International.* Seattle Section meeting (September, 2005).

- *Spending Your IP Dollars Wisely in Foreign Markets.* AeA Oregon Section Meeting (December, 2005).

- *Differences Between Lost Profits and Diminution in Business Value as a Measure of Damages.* American Institute of CPAs publication, BV-FLS Section Update, with Michael Thompson (January, 2006).

- *Practice Aid on Damages in Intellectual Property Disputes (contributor/editor).* American Institute of CPAs publication (February, 2006).

- *The Top 10 Things About IP Every Technology Manager Needs to Know.* Mentor Graphics User2User Conference (May, 2006).

- *Financing Issues in Managing Intellectual Property Risk.* Risk & Insurance Management Society Meeting, Los Angeles Chapter (June, 2006).

- *Awards for Future Damages in Patent Infringement Cases after eBay v. MercExchange.* American Bar Association, IPL Newsletter (Summer, 2006, Volume 24, Issue 4).

- *The Forensic Accountant's Role in Claims of Alter-Ego, Successor Liability, and Fraudulent Transfers.* California Society of CPAs, Economic Damages Section Meeting (October, 2006).

- *The Financial Expert Post-eBay: The Four-Factor Test and Future Royalties.* Law Seminars International, Calculating and Proving Patent Damages (February, 2007).



- *Econometric Analysis and Multiple Regression.* Chapter in Litigation Services Handbook: The Role of the Financial Expert, (Fourth Edition), with Dr. Mohan Rao, edited by Peter Frank, Michael Wagner and Roman Weil (February, 2007); also in the supplement to the third edition.

- *Patent Rights in the Post-eBay Era: What You Need to Survive.* University of Southern California Intellectual Property Institute (March, 2007).

- *Current Issues in Patent Damages.* IQPC, 3rd Patent Strategies (March, 2007).

- *Conducting Internal Corporate Investigations.* Association of Corporate Counsel of America, Southern California quarterly meeting (April, 2007).

- *Managing Digital Intellectual Property Risk.* Automotive News Webinar (April, 2007).

- *Protecting Your Intellectual Property: Essential Strategies to Building a Successful IP Protection Program.* Microsoft CSO Summit (April, 2007).

- *Top 10 Reasons Why Financial Experts Get Excluded and What to Do About It.* American Institute of Certified Public Accountants National Conference on Fraud and Litigation Services (September, 2007).

- *Forensic Accounting Investigations and Valuation Analysis in an XBRL World.* 16th XBRL International Conference (December, 2007).

- *The CPA's Handbook on Fraud and Commercial Crime Prevention.* American Institute of Certified Public Accountants publication (lead author - 2008 update) (May, 2008).

- *Forensic Investigation of Financial Statement Fraud: Case Studies.* Florida Institute of Certified Public Accountants, Accounting and Business Expo (May, 2008).

- Research assistant in the publication of textbooks in Microeconomics, Macroeconomics and Econometrics.

- Instructor, the Conviser Duffy (Becker) CPA Review Course.

# F. Wayne Elggren, Director, LECG

## Summary

F. Wayne Elggren is a certified public accountant, certified fraud examiner, certified in financial forensics, certified insolvency and restructuring advisor, and member of the American College of Bankruptcy Fellows. He has thirty years of experience in consulting and public accounting and is a director with LECG.

Mr. Elggren led numerous bankruptcy, investigative and litigation consulting engagements in more than a dozen states across the United States, United Kingdom, India and various other parts of the world. Mr. Elggren has provided expert testimony in state courts, federal district, claims and bankruptcy courts, the United States House of Representatives and various other governmental agencies and administrative bodies.

## Experience

Mr. Elggren was appointed by the federal bankruptcy court in Utah as examiner in the bankruptcy of Utex Oil Company where his responsibilities included supervision of receipts and disbursements, investigation into the acts and conduct of the debtor and an analysis of the ownership of funds held by the debtor based on various constructive trust theories. Subsequently, he was appointed trustee under a confirmed plan. Utex Oil operated over 700 oil and gas wells in Utah, Montana, Wyoming, and the Dakotas.

Mr. Elggren was the plan trustee of Kenetech Wind Power, Inc. the largest wind power manufacturer in the United States. Prior to his appointment under the plan of reorganization, Mr. Elggren directed the firm's work as the unsecured creditors' committee financial and accounting advisors.

Mr. Elggren was the plan trustee of Natural Wonders, a retailer with approximately 200 retail stores nationwide, specializing in science and nature products.  Services included financial advisor to the unsecured creditors committee that considered reorganization vs. liquidation, supervised the liquidation sale held by the debtor, sold store leases and dealt with land lords, pursued avoidance actions, objected to creditor claims and negotiated settlements, and made distributions to creditors.

Mr. Elggren served as a member of the panel of Chapter 7 trustee in the central district of California and been appointed as trustee on numerous other occasions.

Mr. Elggren and his firms have sold or participated in selling over $800 million of business assets, the major portion being real estate assets of various types. Properties sold include commercial, residential, multi-family housing, golf course, apartment buildings, and properties with environmental problems.

Mr. Elggren is the co-author of the bankruptcy accounting practice aid published by the American Institute of Certified Public Accountants and used by members of the profession in bankruptcy matters. He has previously qualified as an expert in bankruptcy matters in bankruptcy and federal district court.

He directed accountants and consultants for the trustee in a mortgage company with $180 million in second mortgages; investigated the conduct of the debtor and the owners in schemes to defraud purchasers of the mortgages, and traced millions of dollars of funds diverted to related companies and individuals. He also testified in the criminal trials of the company's accountant and attorney.

Mr. Elggren served as an investigator and consultant for the Resolution Trust Corporation on matters

involving directors' and officers' liability, net worth analysis in settlement negotiations with owners of failed savings and loans, analysis of credit extension policy and compliance, auditor malpractice claims, and borrower fraud and misrepresentation.

Mr. Elggren was appointed trustee in a matter involving eight large hotels with assets in excess of $220 million in four states on the east and west coasts of the United States. He supervised the hotel operations, worked through bankruptcies for several of the hotel partnerships, and liquidated the hotel properties.

Mr. Elggren investigated bank fraud committed by a bank officer, traced funds into assets and accounts assisting bank council to identify recoveries, and provided expert analysis in connection with criminal trials and sentencing hearings.

Mr. Elggren was appointed trustee by the federal bankruptcy court in Utah in the bankruptcy of Park Meadow development. In this capacity he operated a golf course and real estate company, auctioned real estate, and investigated into the acts and conducts of general partners and financial institutions with regard to their lien status and the recovery of fraudulent conveyances.

He performed workouts, out-of-court restructuring, and liquidation's and reorganizations through bankruptcy including Arrow Industries, Triad America, Utex Oil, Park Meadows Development, and Wagstaff Toyota.

Mr. Elggren acted as the accountant for the trustee in Triad America bankruptcy and related cases. His responsibilities included investigation into moneys taken from Triad America by related entities, claims, preferences, fraudulent conveyances, and the sale of an oil refinery.

Mr. Elggren served as the bankruptcy court appointed examiner of Allen Hospitality and the Taco Maker. In these capacities he has prepared and presented expert testimony to the bankruptcy court regarding the restaurant operation, appraisals of restaurant properties, franchisee/franchisor issues, insider dealings, reorganization feasibility, and recommendations regarding appointment of trustees.

Mr. Elggren was the damages expert in the Bonneville Pacific Corporation matter and performed a damage study involving a bankruptcy independent power producer. Responsibilities included an assessment of damages based on deepening insolvency and dissipation of assets damage theories. He traced funds through intercompany and other accounts and analyzed transactions in excess of $5.5 billion over a six-year period. Recoveries ultimately realized exceeded $180 million from over 30 defendants, including auditors, law firms, underwriters, and insiders, and a reduction of over $250 million of claims.

Mr. Elggren was the damages expert in the Grand Chevrolet, Inc. matter and performed a damage study involving a bankruptcy automobile dealership that, at the time, was the third largest dealership in the nation. His responsibilities included the assessment of damages resulting from the deepening insolvency of the dealership over the relevant period of time. Ultimate recoveries from the action totaled $10 million.

Mr. Elggren was the valuation expert in the bankruptcy estate of Vickie Lynn Marshall (aka Anna Nicole Smith) where he supervised the valuation of Koch Industries, Inc., the second largest closely held business in the United States. The valuation was performed to assist counsel representing Ms. Marshall in her litigation against E. Pierce Marshall, the son of J. Howard Marshall II.

Mr. Elggren has performed utility rate regulation in Utah and Kansas, including analysis of rate base, revenue and expense for historical and future test years, and revenue and expense budgets for Utah Power & Light, Mountain Fuel Supply and Western Power.

Mr. Elggren acted as accountant to the trustee of NP Energy, which operated approximately 200 gas wells

in eastern Utah.

Mr. Elggren directed a team of accountants for the trustee of an oil refinery and acted in various capacities in managing and operating the refinery, investigated the conduct and various transactions of the debtor and the owner, and operated a 100,000-acre cattle ranch in Colorado.
Mr. Elggren served as an expert witness in "First and Ten" vs. Church's Chicken. Mr. Elggren testified concerning financial issues arising from the franchise arrangement.

Mr. Elggren performed audits of restaurants in hotel properties in Sun Valley Idaho, and Salt Lake City, Utah. Mr. Elggren has served as the bankruptcy court appointed trustee for hotel properties with food/restaurant facilities in Washington, Orlando, Philadelphia, San Francisco, Anaheim, and Santa Cruz.

In the Robert Solomon matter, Mr. Elggren analyzed the cash flow and values associated with the Olga's Kitchen restaurant chain in the north central United States.

In the Royal Hunt matter Mr. Elggren served as the receiver of a gas station and conveyance store and operated and sold the fast food franchise.

Mr. Elggren served as bankruptcy trustee, receiver, out-of-court workout specialist for oil and gas exploration companies, oil refineries, real estate developers, apartment and condominium complexes, auto dealerships, and retirement centers.

Mr. Elggren performed solvency studies and presented expert reports and testimony in matters involving Triad America, Transcon Lines, Bonneville Pacific and numerous other entities in bankruptcy.

He qualified as an expert in bankruptcy matters in federal district court and has presented testimony on numerous occasions on various avoidance issues including solvency, liquidation analysis, tracing of funds, and transfers of assets.

He served as a damage expert in a matter involving over $600 million of actual damages against various defendants (including some banks) alleging racketeer influenced and corrupt organizations (RICO) and other civil claims.

Mr. Elggren serves as a damage expert in an insurance company failure involving claims against defendants involving losses in excess of $200 million.

He performed process cost accounting with regard to the operations of an oil refinery.

Mr. Elggren provided utility rate analysis for public service commissions for the electric and gas utilities in Utah and Kansas.

Mr. Elggren investigated and provided information and analysis in criminal tax matters regarding unreported income. He has also investigated embezzlement of funds by company controllers in different companies.

Mr. Elggren testified in federal district court on criminal issues regarding an accountant and attorney who were involved in helping other criminals manufacture and sell to savings and loan associations fraudulent loans and security interests.

Mr. Elggren performed analysis of construction companies for banks and other creditors involving potential workout alternatives and structures.

Mr. Elggren participated in running, analyzing, and ultimately liquidating a fixed based operation for private planes and a charter plane service. He has also performed consulting services and rate-making

activities for ambulance companies in Utah and Nevada.

Mr. Elggren consulted, audited, and investigated transactions involving hotels and resorts in five states, performing various operational analyses, measuring damages due to interruption of operations, liquidating the property and other assets, and performing voidable transfer investigations involving properties in bankruptcy.

Mr. Elggren computed business-operating losses, evaluated lost inventory, and determined value of personal property for insurance claims for various entities.

Mr. Elggren served as an expert witness in complex damage cases involving RICO claims, cost and lost benefit of the bargain damage calculations, and lost profits.

Mr. Elggren managed and liquidated a Toyota franchise in Salt Lake City on behalf of a bank and the franchise owner. He was the bankruptcy trustee of an entity that owned and operated VW, Porsche, and Audi franchises. He has consulted with lenders and worked with court-appointed receivers who have controlled Chevrolet, Mitsubishi, and other auto dealerships.

Mr. Elggren presented expert testimony in connection with a franchisee lawsuit involving Church's Chicken. He assisted a bankruptcy trustee in operations of Pioneer Chicken and its numerous franchises. Mr. Elggren was appointed by the bankruptcy court as examiner of the Taco Maker and investigated its operations including dealings with franchisees.

Mr. Elggren computed business interruption claims for various insurance companies including interruptions due to fires in a meat packing plant and dental offices.

Mr. Elggren performed contract and construction analysis and provided testimony involving the construction of an Army defense maintenance facility and cost over runs experienced by a subcontractor due to interruptions and delays.

Mr. Elggren analyzed construction costs and related cost over runs on construction of transmission lines in remote mountain areas including the use of helicopter transportation of poles and other equipment.

Mr. Elggren also performed analysis on disputes involving Martin Marietta and Hercules over the development of the Titan IV rocket and has been involved in other disputes involving cost accounting and claims issues.

Mr. Elggren performed construction cost analysis on a condominium complex under development related to disputes between the builder, owner, and bank. Such analysis accounted for the material contained in the project and material that was diverted to other projects owned by the builder.


**Previous Experience**

- **Missionary Service in the Philippines**– 2002–2005
- **Neilson Elggren, LLP** – Founding partner 2000–2002
- **Arthur Andersen** – Partner 1998–2000
- **Neilson, Elggren, Durkin & Company** – Founding Partner 1986–1998
- **KMG/Main Hurdman** – 1984–1986
- **Fox & Company** – 1978–1984

## Engagements

The following are a few of the engagements in which Mr. Elggren has participated:

- **Bonneville Pacific Corporation** - Electric Cogeneration Facilities – Accountant to the Trustee
- **Kenetech Windpower** – Electric wind plant – Estate Manager and Financial Advisor to Committee
- **Natural Wonders** – Retailer of Scientific Products – Accountant to Committee and Plan Trustee
- **Webvan/Home Shopping** – Grocery Retailer – Plan Trustee
- **Ernst Home Centers** – Solvency Analysis – Accountants to Debtor
- **Agripac** – Vegetable Processing Cooperative – Financial Advisors to Creditors Committee
- **Koch Industries** – Diversified Oil and Gas Company - Business Valuation in Litigation
- **Mountain Bankcorp** – Bank Holding Company – Business Valuation/Solvency Analysis
- **Triad America** – Oil Refining, Real Estate - Accountants to the Trustee
- **Park Meadows** - Real Estate and Golf Course - Trustee and Accountants for the Trustee
- **Trolley Village** – Homeowners Association - Trustee and Accountants for the Trustee
- **Utex Oil** - Oil and Gas exploration – Examiner and Estate Manager under Confirmed Plan
- **IML Freight** – Common Carrier Trucking – Trustee and Accountants for the Trustee
- **Arizona Fuels** - Oil Refinery and Ranch - Accountants for the Trustee and Receiver
- **Western Oil Marketing** – Petroleum Refinery Marketer - Accountants for the Trustee
- **Dr. Jonathan Horne** - Orthopedic Surgeon - Trustee, Accountants for the Trustee
- **Arrow Huss** – Engineering and Manufacturing of Amusement Rides - Accountants for the Debtor
- **Landbank Equity** - Mortgage Company - Accountants for the Trustee
- **Holders Capital** - Holding Company for Eight Large Hotels – Trustee
- **Cottontree Inn** - Hotel and Convention Center - Accountants for the Trustee
- **Namba Construction** - Home Builder -Accountants for the Trustee
- **Executive Air Services** - Private Airport Services - Accountants for the Trustee
- **ARMCo** - Oil and Gas Production Company – Accountant for the Trustee
- **Scott Rhoads, Inc.** - Automobile Dealership – Trustee
- **Branbury Park Joint Venture** - Apartment Complex – Trustee
- **Transcon Lines** – Common Carrier Trucking – Accountants for the Trustee
- **Adkins** – Cattle and Mink Ranch – Trustee
- **Semnani vs. USPCI** – Royalty Dispute on Toxic Waste Site – Damage Expert
- **Enterprise Industries** – Metal Fabricator – Trustee
- **GE Capital vs. Golden Corral** – Restaurant Franchising – Damage Expert
- **Peery Hotel** – Due Diligence Misrepresentations – Damage Expert
- **MML vs. MCA** – Due Diligence Misrepresentations – Damage Expert
- **Greyhound Financial vs. Various Banks** – RICO and Fraud Claims – Damage Expert
- **Firemen's Fund vs. United State of America** – Government Contract Claim – Claims Expert
- **LA Taxi vs. City of Los Angeles** – Collective Bargaining Claim – Bankruptcy Expert
- **Ricci Development** – Adequacy of Trustee's practices – Bankruptcy Expert
- **Bonneville vs. Houlihan** – Adequacy of Fair Value Opinion – Appraisal Expert
- **Insurance Company vs Accounting Firm** – Auditor Malpractice – Damage Expert
- **Sky Village** – C-Store and Theme Resort – Receiver
- **World Plus - Rajean Bonham** – Travel Agency Ponzi Scheme – Fraud Expert
- **Allen Hospitality** – Court Appointed Examiner – Fraud Expert
- **Wagstaff Toyota** – Auto Dealer Manager – Out of Court Liquidation
- **Segal vs. Portland General, et al** – Securities Fraud – Damage Expert
- **Utah Title** – Land Title Company – Accountants for the Trustee
- **Hammond Computer** – Retail Hard and Software – Solvency Expert
- **Sheffield Metals** – Precious Metals Broker – Damages Expert

- **Utah Power & Light Company** – Electric Utility – Rate Regulation
- **Mountain Fuel Supply Company (Questar)** – Gas Utility – Rate Regulation
- **Western Power** – Electric Utility – Rate Regulation
- **Cheeves vs. Williams** – Partnership Dispute – Accounting Expert
- **Redhawk Development** – Partnership Dispute – Investment and Accounting Expert
- **American Saving and Loan** – Failed Financial Institution – Credit Expert
- **B.J. Barnes Trucking vs Dairy Farmers of America** – Damage Expert
- **Mansfield Trust vs Cargill** – Solvency Expert
- **Trugreen vs Scotts** – Damage Expert
- **Catholic Diocese of San Diego** – Financial Advisor to Court Appointed Expert
- **Yvonne Flitton vs Primary Residential Mortgage, Inc.** – Damage Expert
- **Geneva Steel** – Solvency, Trustee and Damage Expert
- **Woodside Homes** – Solvency, Reasonably Equivalent Value, Borrowing Base Expert
- **CMR Funds** – Financial Advisor to Equity Committee

**Education**

Master of Business Administration, University of Utah, 1977
Bachelor of Science - Accounting, cum laude, University of Utah, 1977
Bachelor of Science - Finance, cum laude, University of Utah, 1976

**Professional Licenses and Memberships**

Certified Public Accountant (CPA) California and Utah
American College of Bankruptcy Fellow
Certified Fraud Examiner (CFE)
AICPA – Business Valuation CEA
Certified in Financial Forensics (CFF)
Certified Insolvency and Reorganization Accountant (CIRA)
American Institute of Certified Public Accountant
Utah Association of Certified Public Accountant

**Other Information**

Previously a Member of the Board of Directors of the Wind River Companies



Gregory J. Nachtwey
*Director, LECG*

**Work Experience**

### LECG, LLC, EMERYVILLE, CA, 1997-PRESENT - PRINCIPAL / DIRECTOR

- Value business interests
- Performed and/or reviewed 350+ business valuations
- Evaluate economic damage claims
- Testified at depositions, administrative hearings, binding and non-binding arbitration, mediation and trial
- Perform balance sheet, cash flow, and income statement analyses
- Evaluate management/shareholder compensation, apply discounts and premiums for marketability and control
- Conduct economic and industry research
- Evaluate capital market rates and assumptions
- Analyze solvency of firms
- Value firms'debt obligations
- Value contingent claims such as options and warrants
- Value strategic opportunities, startups and firms in financial distress

### UNIVERSITY OF CALIFORNIA AT BERKELEY, HAAS SCHOOL OF BUSINESS, 2005 - LECTURER

Focus on corporate valuation. Topics include stakeholder theory, valuation under certainty and uncertainty, contingent claims, real options and "waiting to invest," analysis of comparables, financial structure analyzing optimal debt vs. equity, role of incentives information agency and corporate governance on the investment and financing decisions, analyzing the optimal scope of the firm involving mergers, acquisitions, spin offs and off-balance sheet finance, venture capital, payout policies and risk management.

### UNIVERSITY OF CALIFORNIA AT BERKELEY, EXTENSION, 1995-2007 - INSTRUCTOR

- Lecture, test and evaluate adult students (many who are pursuing advanced certification in finance) in "Corporate Finance" and "Business Valuation & Shareholder Value Analysis"
- Address economic value-added analysis as the basis for the valuation of securities and business interests
- Topics include the time value of money, the price of risk (Capital Asset Pricing Model and Arbitrage Pricing Theory), portfolio theory, the efficient market hypothesis, capital budgeting, cost of capital, capital structure, dividend policy, financial analysis, financial restructuring, highly leveraged transactions, mergers



and acquisitions
- Special focus on valuation and analysis of financial performance of privately held companies
- Special focus on e-commerce and telecommunications industries

**MEMBER OF THE EXECUTIVE BOARD OF ADVISORS FOR A CERTIFICATE IN FINANCE, 1997- 2006**

Provide guidance to University Administrators in finance curriculum (in conjunction with the Haas School of Business) for both the local business community and select international clientele

**I-CAP CAPITAL PARTNERS, LTD, 2000-2006 - MEMBER OF BOARD OF DIRECTORS**

Financial advisor for merchant banking, venture and mid-market private equity and mezzanine debt transactions. Focus on funding MBOs, LBOs, and high growth pre IPO technology ventures in the Pacific Rim.

**OPTIMAL AUCTIONS, INC., 1999-PRESENT - MEMBER OF BOARD OF DIRECTORS**

Founding member, shareholder and former interim CEO of privately held concern providing advanced internet-based auction technologies for facilitating purchases and sales of large blocks of wholesale near-commodities in telecommunications spectrum, optical fiber bandwidth, electricity and other energy related products.

**EDUCATION**

- M.B.A., Accounting and Finance, UNIVERSITY OF ILLINOIS AT CHAMPAIGN-URBANA, 1982
- B.A., English Literature, UNIVERSITY OF NOTRE DAME, 1976

**PROFESSIONAL EXPERIENCE - SUMMARY OF VALUATION EXPERIENCE**

Summary of valuation engagements 1987-present: Financial advisor for several hundred business valuation engagements. Advised at the request of boards of directors, individual shareholders, legal counsel, the Internal Revenue Service, the U.S. Securities and Exchange Commission, and institutional trustees.

**AGRICULTURE & FOOD**

- Performed enterprise valuation, and valued multiple secured debt instruments of one of the largest producers/shippers of fresh strawberries in the U.S. Utilized

38



option based valuation techniques to value highly leveraged debt. Analyzed firm solvency. Involved prior California Section 2000 litigation.

- Performed enterprise valuation and valued unsecured debt of (above) strawberry producer/shipper's claims on multiple growing entities.

- Performed enterprise valuation of three ultra-premium Napa Valley wineries involved in contractual dispute with international distributor.

- Performed analyses of U.S. wine industry (price, volume and distribution channels) for major wine varietals.

- Performed enterprise valuation for brewery franchises involving international beer concern.

- Performed enterprise valuation and credit rating of regional supermarket chain for ongoing ESOP purposes and as part of a merger/acquisition/restructuring

- Performed enterprise valuation of (above) supermarket chain's partnership interest in distribution of select fresh foods to California supermarkets.

- Performed enterprise valuation of mid-sized food broker providing private label canned fruits and vegetables nationwide to large supermarket entities.

- Performed enterprise valuation of apple producing and distribution concern for trademark valuation and corporate restructuring.

- Performed enterprise valuation of regional producer of fresh herbs and spices forshareholder buyout and potential acquisition.

- Performed enterprise valuation of regional chain of fast food restaurants franchised from national concern.

- Performed enterprise valuation and analysis of control for dual class voting and non-voting common shares of multi-billion dollar private food concern, within the context of federal gift and estate guidelines, pursuant to a corporate redemption agreement. Evaluated restructuring potential, credit rating analysis and solvency of firm under alternative financial leverage scenarios. Modeled and priced potential agency problems resulting from dual class voting shares in conjunction with multiple classes of secured and unsecured creditors.

- Performed enterprise valuation of brewery for shareholder buyout.

- Valuation of Mexican tequila producer (and its U.S. distribution rights), involved in international trade dispute with large international spirits distributor.

- Valuation of regional grocery (and pharmacy) chain involving shareholder dispute.



- Performed enterprise valuation of ultra-premium Napa Valley winery involved in shareholder litigation. Analyzed shareholder buy-sell agreement(s), rights of refusal, contemporaneous indications of interest and entity tax and legal structures in addition to a variety of contemporaneous third-party valuations.

- Performed valuation of start-up ultra-premium Sonoma Valley winery involved in shareholder litigation.

## ENTERTAINMENT

- Valuation of tangible and intangible theme park and related assets of publicly held global Fortune 500 firm involving a complex financial restructuring, and lease/sub-lease agreements between multiple inter-related business entities in the US and Europe. Analyzed solvency and price effects on multiple classes of creditors claims, due to potential financial distress.

- Valuation of tangible and intangible theme park assets of privately held regional theme park assets involving corporate restructuring and potential targeted management/shareholder buyout. Analyzed solvency, pursuant to alternative levels of financial leverage.

- Evaluated potential sale of multi-billion dollar domestic and international cable television programming content and channel. Analyzed the impact of specific contractual terms in affiliation agreement with cable carriers, on legacy buy-sell agreement between shareholders of programming asset. Reviewed major Wall Street investment banking deal structures and valuation analyses. Performed in conjunction with proposed buyout of network.

## ERISA TRUSTEE - FINANCIAL ADVISORY SERVICES

Advised institutional and individual trustees on the adequacy of valuation opinions and third party acquisition offers for 100+ purchases and sales of shares of employer stock held by Employee Stock Ownership Plans (ESOPs) and other ERISA plans. Industries have included: Apparel, automotive parts and accessories, barge and tugboat operators, commercial banks, commercial electrical contracting, computer retailers and software developers, craft and toy manufacturing, distribution and wholesaling, electronic and physical security equipment, engineering services -environmental & civil & nuclear, entertainment and video retailer, food processing/distribution/retailing, forestry product equipment and control devices distributor, gift and novelty wholesaler and distributor, insurance services, maritime equipment and services, medical enterprise (ERP) software, medical laboratories and technologies, sanitary paper products, satellite receivers, semiconductor R&D services and technology, shipping and steamship agents, theme parks, petroleum transport & exploration, petroleum trading, upholstery and furniture distributor.



**FINANCIAL SERVICES**

- Performed and evaluated enterprise valuations of several regional and national insurance concerns and allocated value between numerous subsidiaries at the request of ERISA fiduciaries and the IRS. Analyzed solvency of subsidiaries, separate and apart from holding company.

- Performed enterprise valuation of private mid-market financial services firm offering due diligence services for institutional investors in Sub-Prime mortgage-backed credit portfolios. Evaluated unique key business risks as well as C Corporation vs. S Corporation taxation issues.

- Performed valuation of commercial bank holding company, to evaluate the effect on shareholder value of converting C Corporation entity into an S Corporation. Provided consultation and analysis of S Corporation dividend policy and evaluation of voting vs. non-voting interests. Evaluated restructuring potential under alternative financial leverage levels.

- Conducted training program for the Department of the Treasury of the Federal Government of Mexico on the valuation of privately held Mexican firms and development of procedures for auctioning large blocks of assets to the private sector. Demonstrated the use of option pricing methods for valuing distressed and highly leveraged firms.

- Performed enterprise valuation of regional investment management firm for shareholder buyout.

- Analysis of losses suffered by managing director of Wall Street bond firm (trading emerging market debts) due to the collapse of the World Trade Center on September 11.

- Analysis of losses suffered by developer of proprietary computer tracking technology (used by international insurance broker) due to the collapse of the World Trade Center on September 11.

**HEALTH CARE**

- Advised national Health Maintenance Organization (HMO) on restructuring alternatives, executive compensation and valuation based performance metrics to enhance enterprise valuation of the firm. Developed financial performance metrics at national level for regional entities.

- Developed firm wide program to evaluate lease vs. buy decisions of capital assets on enterprise value and financial performance of national HMO.

41



- Performed enterprise valuation of a regional home healthcare concern at the direction of minority shareholders tendering shares to a national publicly held health services entity.

- Performed enterprise valuation of a large anesthesiology physician medical group involved in litigation, and evaluated rollup strategies and investment banking plans for its IPO.

- Evaluated portfolio of leased assets of national HMO to determine its affects on management incentives aligned with Economic Value Added (EVA) metrics.

- Performed enterprise valuation of animal hospital for sale of interests to new shareholders.

- Analyzed value of internationally renowned academic medical school department for organ transplant and donation services involving dispute between medical school surgeons and University.

- Performed valuation of large multi-specialty physician Practice for HMO joint venture with regional hospital chain.

- Performed valuation of large anesthesiology physician medical group involved in litigation and evaluated physician compensation metrics.

- Evaluated out-of-system benefit program costs involving dispute between third party payer and large medical services system.

- Valued expansion-stage venture-financed physician-based entity focused on serving a nationwide network of cardiovascular surgeons. Entity was a physician services firm that provided HMO contracting, delivery infrastructure, billing and other back office support services.

**INTERNATIONAL TRADE, WHOLESALE & DISTRIBUTION**

- Performed enterprise valuation of a regional customs house and international transportation brokerage concern, at the request of CEO evaluating feasibility of sale of business.

- Performed enterprise valuation of specialty meat distributor and exporter for California Section 2000 litigation. Included analyses of covenants not-to-compete for major shareholder alleged to have breached fiduciary duties.

- Evaluated alleged economic damages and solvency of regional steel distribution firm resulting from default on promissory note for sale of non-operating assets. Performed solvency analysis and enterprise valuation.

- Performed enterprise valuation and evaluation of leveraged restructuring of



regional wholesale and retail gasoline distributor and convenience store concern in litigation with ESOP fiduciaries. Analyzed solvency and credit rating under alternative ownership structures.

- Enterprise valuation and review of leveraged restructuring of large chain of regional grocery wholesalers and superstores for proposed ESOP transaction. Evaluated proposed executive compensation and shareholder buy-out provisions.

- Analyzed consumer and institutional distribution capabilities of unique multi-billion dollar direct sales concern for food and sundry groceries across much of the rural U.S.

## MANUFACTURING

- Performed enterprise valuation of a high growth pre IPO international apparel concern, at the request of the Internal Revenue Service.

- Performed enterprise valuation and evaluated financial restructuring of publicly held international apparel concern taken private in LBO. Analyzed credit rating, pursuant to alternative levels of financial leverage.

- Performed enterprise valuation of manufacturer of capital equipment for premium wine producers, at the request of major shareholder, for acquisition by boutique investment banking entity.

- Evaluated the separate business entities of a large manufacturing and publishing conglomerate for an institutional trustee, which needed help evaluating an offer to purchase holding company shares.

- Performed enterprise valuation of national mattress manufacturer, and allocated value between multiple classes of securities, for a leveraged buy out transaction involved in litigation. Analyzed solvency of firm under alternative restructuring scenarios.

- Performed enterprise valuation of furniture manufacturer for shareholder dispute in California Section 2000 litigation.

- Performed enterprise valuation for mid-sized manufacturer of sophisticated publishing and graphics equipment, at the request of the board of directors to evaluate an acquisition offer.

- Performed enterprise valuation for credit unit of money center bank evaluating management led leveraged buyout of trade publication properties.

- Performed enterprise valuation and damages analysis for regional building supply manufacturer and distributor in dispute with supplier over allegedly defective materials.



- Performed enterprise valuation of automotive parts manufacturer for shareholder dispute in California Section 2000 litigation.

- Performed enterprise valuation of closely held manufacturer of specialized home improvement components for a shareholder dispute. Evaluated control and marketability of dual-class voting and non-voting shares, within the context of federal gift and estate guidelines, pursuant to shareholder buy-sell and corporate redemption agreements.

- Valuation of venture financed entity operating innovative recycling plants and joint ventures in Europe, Asia and the U.S. Performed for financial reporting purposes.

- Valuation of mid-sized chemical manufacturer and distributor involved in exit to privately held ESOP. Evaluated fiduciary issues related to alternative valuation scenarios and transaction structuring(s).

- Valuation of early-stage chemical manufacturer and distributor involved in spin-off of a subsidiary prior to consummating an LBO as part of a transaction with a privately held ESOP.

## MEDICAL TECHNOLOGIES, PHARMACEUTICALS & COSMETICS

- Performed enterprise valuation(s) of multibillion dollar publicly traded medical devices marketing and distribution concern, which was purchased by another publicly traded market leading medical devices company. Involved litigation for alleged securities laws violations associated with a merger agreement.

- Performed enterprise valuation(s) of privately held high growth medical devices technology firm, with pre-FDA approved breakthrough pump and infusion technology. Associated with acquisition offer by publicly traded market leading medical devices company. Involved litigation for alleged securities laws violations associated with a merger agreement.

- Evaluation of global prescription drug and Pharmacy Benefit Management industries. Analysis of liability and economic damages associated with alleged price-fixing and unfair trade practices involving multiple classes of retail pharmacies and consumer groups.

- Evaluated loan guarantees extended by the CEO of a pre IPO pharmaceutical biotechnology concern, and allocated its value to multiple classes of security holders, at the request of the board of directors. Analyzed enterprise valuation(s) of pre-FDA approved drug and related technologies.

- Performed enterprise valuation and damages analysis for international medical laser firm involved in patent and anti-trust disputes.

44



- Enterprise valuation and analysis of economic damages for regional branded and privatelabel cosmetics firm in contract dispute.

- Enterprise valuation and analysis of buy-sell agreement related to subsidiary of diagnostic imaging concern involved in merger/acquisition by a publicly held entity.

- Valuation of warrants issued by NASDAQ listed chain of drugstores and pharmacies concern related to restructuring and potential going private transaction involving large private equity firms.

- Valuation of R&D intensive entity developing unique patented endovascular stent technology. Evaluated multiple rounds of venture financing and potential exit opportunities for proprietary technology platform to facilitate vascular surgery.

- Valuation of early-stage biotechnology entity developing over-the-counter pills and food supplements based on hydroponic production of algae-based substances.

## PROFESSIONAL SERVICES

- Performed enterprise valuation of regional seismic engineering firm for shareholder buyouts. Analyzed alternative capital raising options and effects on share value resulting from alternative compensation structures for senior management.

- Performed enterprise valuation of regional geo-technical and water engineering firm for establishing and maintaining an ESOP (Employee Stock Ownership Plan). Analyzed firm for potential merger and acquisition transaction.

- Analysis of enterprise value of regional electrical contractor operating in the Western United States, for employee compensation related litigation.

- Analysis of enterprise value of regional plumbing and heating contractors operating in Southern California, associated with merger and acquisition activities.

- Valuation of local home remodeling contractor specializing in low-income housing projects, for marital dissolution.

- Performed enterprise valuation of graphics design firm specializing in consumer packaging for Fortune 500 concerns. Evaluated alternative EVA-based executive compensation incentive schemes.

- Performed enterprise valuation of regional medical forensic consulting firm to

45



establish ownership-based incentives for senior management.

- Performed valuation of customers-in-place and specialized software .for NASDAQ listed firm$ acquisition of specialty consulting firm. Prepared for financial reporting purposes - for goodwill and other intangible assets - pursuant to FASB 141 and 142.

- Enterprise valuation of target NASDAQ listed professional services firm for board of directors of NASDAQ listed acquiring firm involving merger acquisition transaction. Developed deal-structuring strategies as liaison with Wall Street M&A oriented investment bank. Assisted special committee of bidder firm$ Board of Directors with pricing and negotiation strategies.

- Valuation of intangible assets associated with the acquisition of a mid-sized forensic consulting entity by NASDAQ listed firm, for financial reporting purposes.

- Valuation of mid-sized private training firm, aligned with major Universities, which provides training and certification for project management engineering, for large international corporate clientele. Performed at the request of key partnership stakeholder, as well as bidder and target firms, to facilitate transaction financing from private equity firm for a management buyout.

- Valuation of national training entities involved in a middle market merger and acquisition transaction and restructuring involving simultaneous LBO by private equity sponsors. Analyzed issues related to economic damages due to subsequent accounting restatements and shareholder lawsuits.

- Valuation of software integration firm servicing Microsoft clients to assist with enterprise applications as well as to enable system wide e-commerce functionality. Analysis of buysell agreement and enforcement activity by the United States Securities and Exchange Commission.

- Valuation of a number of medical and legal professional practices.

## REAL ESTATE RELATED

- Evaluated loan structuring agreements, alternative enterprise valuations and allocated value between multiple entities and multiple types of securities for a 70+ story skyscraper project, at the request of the Internal Revenue Service. Analyzed solvency and likelihood of repossession of collateral as part of a claim of a "disguised sale" for tax purposes. Utilized option pricing techniques to quantify the likelihood of debtor default on a nonrecourse loan.

- Developed and analyzed lease vs. buy alternatives for a large commercial real estate venture for a national HMO, and assisted negotiations with multiple Wall Street investment banking concerns, to establish enterprise value for a special

46



purpose subsidiary.

- Analyzed creditor's position holding land leases in large Hawaiian hotel/resort and performed enterprise valuation of hotel/resort at request of IRS.

- Evaluated alleged economic damages and effect of impaired marketability of industrial property (associated with underground gasoline contamination).

- Valued shopping center for management purchase by CEO and senior management of publicly held REIT. Analyzed defeasance requirements for property's publicly traded securitized loan agreement.

- Valued themed retail mall (approximately 500,000 square feet) associated with a casino resort and hotel located on premium Las Vegas strip. Analyzed the mall's potential joint venture proposals with large national REIT for litigation. Reviewed Wall Street investment bank's financing plans for billion dollar themed site, casino, hotel and mall development.

- Valued preferred shares of NASDAQ traded REIT involving merger transaction with multiple publicly traded entities. Performed multiple valuations pursuant to the fair value standard for a shareholder dispute, which involved dissenting minority shareholder rights to a proposed merger transaction. Analyzed relevant Delaware, Georgia and California fair value statutes and case law. Analyzed value of convertible preferred shares.

- Valuation of small contractor and residential home developer for marital dissolution and litigation.

## SOFTWARE, ELECTRONIC & TELECOMMUNICATIONS TECHNOLOGY

- Performed enterprise valuation of private/pre IPO internet payment concern, and evaluated merger plans, at the direction of its board of directors.

- Performed enterprise valuation of aerospace engineering firm holding patents and proprietary technology used in Trident missile contracts with the U.S. Department of Defense, for litigation.

- Performed enterprise valuation of Web-based computer software firm, for litigation.

- Performed enterprise valuation and solvency analysis of supplier firm to determine partnering opportunities and risk for Regional Bell Operating Company (RBOC).

- Performed enterprise valuation of firm supplying component parts to semiconductor equipment manufacturer, at the request of major shareholders.



- Evaluation of economic damages involving Brazilian distribution rights for proprietary data bases.

- Evaluation of economic damages suffered by senior executive involving executive stock options in publicly held e-commerce firm.

- Analysis of alternative Internet business models for high profile recording industry firm involved in copyright infringement dispute.

- Financial advisor and principal for internet-based software for supply chain management and advanced auction technology.

- Evaluated damages associated with enterprise valuation of wireless telecommunications firm that defaulted on commitments to the FCC for spectrum rights procured at auction. Analyzed solvency under alternative leverage scenarios.

- Evaluated damages associated with enterprise valuation of telecommunications equipment firm involving patent dispute over optical fiber technologies.

- Valuation of private/pre IPO Internet concern for litigation.

- Analyzed IPO market 1933 - 2003.

- Evaluated issues of market efficiency, excess returns and factors related to "hot" and "cold" IPO markets.

- Developed framework to quantify likelihood of IPO withdrawal.

- Developed proprietary database and performed analyses of Pre-IPO discounts of technology related shares.

- Analyzed valuation issues of marketability and control for large block of shares in firm after IPO.

- Evaluated salary, stock and stock option compensation of senior executives.

- Valuation of private/pre IPO telecom concern for litigation, that provided wireless broadband and was subject to a shareholder buy-sell agreement (similar analyses of IPO issues as the above case). Also analyzed inter-modal competition between cable, DSL, wireless, and satellite.

- Valuation of early stage venture-funded entity providing software and services to the Chinese market. Provided pursuant to shareholder dispute and litigation.

- Valuation of private Pre-IPO concern providing enterprise software to the benefit and health insurance market. Involved major Wall Street investment bank and venture firm for funding and financial reporting purposes.

48



- Valuation of private concern and website providing content and community activities devoted to mothers and children for financial reporting purposes.

- Valuation of IT service and support provider to large Fortune 50 Company involving a contract dispute.

- Valuation of merger and acquisition target in the U.S. for the board of directors of a large Japanese game developer and its U.S. subsidiary. Proposed transaction provided strategic entry into the U.S. telecommunications market.

- Valuation of early stage meta-data software provider to the entertainment and media sector. Provided at the request of a large federal governmental regulatory agency pursuant to its enforcement activities.

- Valuation of IT integrator and software services firm. Provided at the request of a large federal governmental regulatory agency pursuant to its enforcement activities.

- Valuation of a variety of websites and domain names for litigation, bankruptcy proceedings and merger and acquisition activities.

- Valuation of a variety of business models associated with website(s) and domain name(s).

- Valuation of private pre-IPO E-commerce (B2C) entity distributing wine and gift-related consumer products nationwide. Analyzed business model, industry, web-based metrics and a variety of corporate governance issues involving indications of interest for M&A exit from a variety of publicly traded potential acquirers.

- Valuation of startup e-training platform involving entity with a business plan and ecommerce business model for the "soft skills" training market. Analyzed entity's business model congruence with direct mail national training firm pursuant to a restructuring involving LBO by private equity sponsors. Analyzed issues related to economic damages due to subsequent accounting restatements and shareholder lawsuits.

## UTILITIES & TRANSPORTATION

- Financial advisor to California water utilities to assist with securitizing long term water supply agreements from power generating entities; restructuring of hydropower generating facilities to issue municipal bonds collateralized by power contract revenues.

- Evaluation and pricing of surface and groundwater transfer contracts between California municipal entities.



- Damages analysis and enterprise valuation of international air cargo transport fleet. Evaluation of refinancing and restructurings related to alleged failure to perform on contractual commitments for delivery of refurbished aircraft.

## VENTURE FINANCED- PRIVATE FIRMS

Valuation of firms and allocation of value across multiple classes of securities for a variety of technology firms financed by professional venture capitalist:

- Developer of enterprise-level content management system providing software for managing and sharing content using open standards technology in both Europe and the U.S.

- Systems-level interconnect solutions to increase the utilization of networkedend-points at guaranteed performance levels intended to improve economies in telecommunications data centers.

- Developer of open-source server and client technology for enterprise messaging and collaboration.

- Provider of carrier-class wireless mesh solutions to enable service providers, municipalities and public safety agencies deploy cost-effective broadband access, voice over IP, public and private WI-FI access, video surveillance and other wireless applications.

- Fabless semiconductor firm developing chipsets and software for very highspeed wireless personal area networks (WPAN) and wireless local area networks (WLAN) applications. Focus on CMOS (complimentarysymmetry/ metal-oxide semiconductor) at
- very high speeds and frequencies.

- Designer and producer of high performance test sockets for advanced technology and global manufacturing and services for the semiconductor industry. Products are for both the spring contact pins as well as the pinless"
- interconnect.

- Firm developing premium online products and web portal for the children and tweens (8 to 14 year olds) accessing the Internet. Focus on personal creativity, excitement and safety for youngsters in addition to ease-of-use for parental supervision.

- Firm developing and marketing software to enable the delivery and optimization of web-based services and content to telephone handsets and other devices at the edge of a home broadband network. Firm goal is to bring all electronic communication in the home into a single seamless infrastructure to help users streamline everyday communication tasks.



- Technology firm to give companies the ability to deliver information consumers using a variety of mobile data technologies. Technology to let mobile phone users enter information, make purchases, etc. and to allow companies to mass advertise in new market segments.

- Firm developing devices and services that combine iPod-like, and iTunes-like functionality to connect via satellite as well as providing a platform with additional services including video games and navigation.

- Fabless semiconductor company engaged in the design of chips targeting select segments of the wireless market.

- Data center management software firm developing virtual data center infrastructure to allow resources to be dynamically reconfigured, managed and used as a collection of unique business systems in order to reduce server and hardware infrastructure and enhance data management optimization.

- Firm specializing in compact integrated display systems for general aviation, business aviation, air transport and regional aircraft. Firm designs, manufactures, tests, markets and supports products throughout the world.

- Web-based service to assist people in using the world wide web. Helps users efficiently discover, organize, read and share dynamic content such as online news and weblogs.

- Firm that produces, aggregates, and distributes professional podcast content for audiences worldwide. Offers scores of pod channels and enables both corporate and professional media producers to create, establish and communicate their "voice" to both mass and directed audiences through this web-based service.

- Firm that developed and launched a sports-oriented website that offers free online sports game based on real sports events and real odds. Website also provides visitors access to sports statistics, interaction with sports experts and a social network of sports enthusiasts.

- Firm developing a new power, CMOS-based transistor hoping to improve power amplifier (PA) efficiency for RF applications 800+ MHz. Hopes toexpand the range of high performance and lower cost RF silicon transistors beyond 3 GHz.

- Firm focused on rapid approval and commercialization of fixed dose combination drugs (FDC) in the areas of pain management and osteoarthritis. Company develops a portfolio of proprietary formulations combining existing approved compounds.

- Firm developing voltage protection device incorporated into the microchip which it is designed to protect. Company's technology is designed to block energy, rather than allowing energy into the equipment and then shunting to the ground.



- Company producing an advanced and highly scalable static source code analysis solution for identifying software flaws and security vulnerabilities. Its enterprise-level analysis solution designed to scale to tens of millions of line of code and thousands of software developers.

- Developer and provider of mobile broadband wireless systems (MBWS) to address the cost, coverage, capacity, mobility standards compliance, Ihbuilding penetration issues/segments for broadband wireless deployment and ubiquitous wireless mobility. Focus on developing a multi-user beam forming system for the direct to home (DTH) satellite TV market.

- Company provides provision software for the voice over IP (VoIP) and advanced IP (Internet Protocol) segments of the telecommunication market. IP service manages data security, network access and manages interactions with customers.

- Firm develops wireless products and systems to address traffic monitoring on freeways and arterial traffic signal controls at intersections. Technology combines network software with integrated radio and sensor chips to enable sensing applications.

- Company developing a multiple satellite constellation of high-powered geostationary satellites (GEO). Intends to acquire, launch and operate GEO satellites in order to lease capacity to direct to home (DTH) service providers in the Asian market.

- Advanced MEMS-based all-optical switching devices (OMEMS) targeted toward the optical networking market for rerouting optical signals for telecom companies, data center managers, undersea cable operators, government/military facilities and managers of high performance data/communication systems.

- Automated data center operations for IT infrastructure and business applications and provisioning and managing physical and virtual server environments for enterprise data centers.

- Software as a service (SaaS) firm with web-based solutions to allow companies to customize and create online travel site(s) for packaging and selling of air, hotel, rental car, vacation activities, and other related travel components for customers to purchase online.

- Chemical manufacturing company specializing in high-performance coatings for glass and plastics as well as technology to the solar energy marketplace -by delivering products for the production of photovoltaic solar cell modules.

- Semiconductor company engaged in the design of chips targeting the wireless market. The company will create several families of chip products targeting various wireless market segments.



- Technology-driven professional services firm that provides Recruitment Process Outsourcing ("RPO") services to small and medium-sized companies to deliver highlevel recruiting support plus access to a proprietary network of professionals.

- Firm focused on building next generation WiMAX client chips and their derivatives using innovative technology expected to make personal broadband services widely available to business and consumer subscribers at affordable prices.

- Semiconductor company specializing in advanced and integrated audio/video (A/V) system-on-a-chip products for multimedia and internet consumer markets.

- Bio-tech firm focused on the development and commercialization of novel antiinflammatory therapeutics. Firms compounds effectively inhibit the activity of sPLA2 enzymes responsible for the production of numerous proinflammatory mediators.

- Company provisioning software for Voice-over IP (VoIP) and advanced IP services for IP service providers to manage data security, network access, and manage customers.

- Provider of optical solutions ranging from stand-alone optical filters to packaged fiberoptic devices and assembled fiber-optic subsystems and a supplier of specialty thin film filter (TFF) based devices for telecom and other industries.

- Software company specializing in applications for unified communication (UC) and unified messaging (UM) including call processing, voice messaging, unified messaging, fax, speech-enabled applications and notification.

- Software development company and application service provider (ASP) that provides collaboration solutions for corporate executives and directors.

- Firm with technology devoted to helping leading advertisers and content providers reach national audiences through on-demand television (ODTV) platforms including digital video recorders (DVRs), video on demand (VOD), Internet protocol television (IPTV) and Broadband Video.

- Provider of mobile broadband wireless access (MBWA) systems for both broadband and übiquitous wireless mobility'deployments.

- Software firm that enables the delivery and optimization of web-based services and content to telephone handsets and other devices at the edge of a home broadband network.

- Company with technology to reduce the design cycle for processing engineers who implement their designs in hardware or software products and services as well as to shorten the time to design, optimize and implement signal processing



applications.

- Bio-pharmaceutical company engaged in the development and commercialization of therapeutics in the areas of autoimmune disease, inflammation, and pain.

- Software firm with technology supporting the secure exchange of data and financial transactions using mobile phone text messaging. Its proprietary system optimizes twoway mobile phone interactions giving customers direct access to their accounts as well as companies direct access to their customers.

- Firm with scalable static source code analysis for identifying software flaws and security vulnerabilities. Its enterprise-level analysis solution scales to tens of millions of lines of code, and thousands of software developers.

- Developer of novel display system solutions for demanding applications requiring human factors analyses. Involves near-eye display and micro-display products for such diverse markets as medical, industrial, commercial, and digital cinema and for the military for advanced training and simulation systems.

- Software development firm with a "device integration system" that lets multiple consumer devices directly access the combined content and applications of any enabled mobile phone, personal computer, Internet server, set-top box and digital TVs, PDAs, digital music players, digital cameras, etc.

- Software development and "software as a service" ("SaaS") company that provides advanced IP-based call and contact center solutions for mid-to-large enterprises and government agencies.

- Firm devoted to commercializing the Transient Blocking Unit (TBU) - a miniature integrated semiconductor component using high voltage (>300V) field effect transistors (FETs) to deliver circuit protection for both over-current and over-voltage surge events that can destroy silicon chips.

- "Software as a service" ("SaaS") company that provides small businesses with nontechnical solutions for building and maintaining a successful presence on the Web.

- Late stage bio-pharmaceutical company with a pipeline of therapies focused on the rapid approval and commercialization of Fixed Dose Combination drugs (FDC) in the areas of pain management and osteoarthritis.

- Firm developing a new power transistor to provide significant improvements in power amplifier (PA) efficiency for RF applications greater than 800 MHz. Clients proprietary technology allows RF power transistors to operate at substantially higher voltages relative to existing 28V technology.

- Firm developing software and process technologies for improving on-line search



results and increasing search-related ad revenues.

- Designer and manufacturer of "next generation" of virtually invisible deep canal in-ear device.

- Consumer products company developing and manufacturing premium accessories and consumables which integrate design, style and innovation with sexuality.

- Global supplier of wireless networking solutions whose products enable high-speed wireless voice and data communications in dense urban areas as well as inside public and private structures.

- Company providing a converged IP communications platform deployed with proprietary telephony, voice mail, unified messaging, auto attendant and Web applications. Its hardware/software system enables solution integrators and service providers to create unique VoIP applications and services.

- "System-on-a-chip" devices (SoCs ) development firm devoted to high-end, highperformance integrated chips specializing in Embedded FPGA technology.

- Supplier of the hardware and software for wireless sensor networks (WSNs), which are collections of small, battery powered devices that communicate with one another via low-power radio.

- Provider of online lead-generation and digital marketing services for B2B advertisers, marketers, and publishers. Firm specializes in content syndication for controlled and custom publications, white papers, case studies, webinars, analyst reports, podcasts/vidcasts, newsletters, ebooks, and surveys.

- Firm developing state-of-the art Direct Methanol Fuel Cell (DMFC) systems that purport to offer numerous advantages over other DMFCs, reformer-based fuel cells and hydrogen fuel cells - including higher output, higher efficiency, compact form factor and lower cost of ownership.

- Company that has developed and launched a sports-oriented website that offers a online sports picks game based on real sports events and real odds involving interaction with sports experts and a social network of sports enthusiasts.

- Image sensor and semiconductor firm providing advanced imaging platform with firmware and chipsets, as well as complete reference designs for the printed circuit boards (PCBs), for camera vendors.

- Website devoted to producing, aggregating, and distributing professional podcast content for audiences worldwide.

- Web-based service helping people discover and consume content on the Web

55



using proprietary software and technologies.

- Proprietary datacenter management software system called Virtual Operating Environment (V/OE). V/OE provides companies with a virtual datacenter infrastructure that allows resources to be dynamically reconfigured.

- Medical device company that developed an injection-free insulin delivery system.

- Semiconductor company developing chipsets and software for very high-speed wireless personal area network (WPAN) and wireless local area network (WLAN)applications.

- Provider of carrier-class wireless mesh solutions that enable service providers, municipalities, and public safety agencies to rapidly deploy cost-effective broadband access, voice over IP, public and private Wi-Fi access, video surveillance, and other wireless applications.

- Open source enterprise software firm which distributes, integrates, manages and supports open source applications to enterprises.

- Firm with a pioneering a new category of scalable 10-Gb congestion-free Ethernet (CFE) switching solutions for high-performance data centers.

- Semiconductor firm developing high-performance processor chips based on Client's proprietary multicore processing architecture.

- Developer, manufacturer and supplier of automated ultrasound systems devoted to breast imaging utilizing proprietary hardware and software technology

- Designer and developer of specialized audio hardware and digital signal processing software for the professional, "prosumer," and consumer audio markets.

- Medical device company developing an expiratory resistance device (i.e. a device that restricts exhalation thereby moderating airflow) for treating snoring and mild to moderate cases of obstructive sleep apnea.

- Software development company that has created an application for modeling and managing the critical physical IT infrastructure of datacenters.

- Firm that develops and sells instruments, disposable chips and reagent kits for genetic analysis and stem cell research. Firm uses state-of-the-art semiconductor, optical and high density interconnect technology for genetic analysis and cell biology.

- Open web widget marketplace and syndication platform. It serves both the developers who create widgets and the web publishers who use widgets on their sites.

56



- Valuation of a developer of enterprise-level content management software devoted to providing customers with cost-effective solutions for managing and sharing content of any type using open standards-based technology.

- Firm creating products and related services devoted to the next generation portable entertainment device (iPod-like but with enhanced features and capabilities).

- Developer of an open source server and client technology for enterprise messaging and collaboration providing support for email, contacts, and group calendaring.

- Technology company delivering information to consumers using a variety of mobile data technologies, such as e-mail, SMS, WAP and MMS.

- Developer of software and services for the healthcare benefits market. Its "Software as a Service" (SaaS) suite of products allow consumers, employers and benefit providers to manage complex healthcare decisions. Client works with large multi-national employers as well as leading U.S. health insurance companies, to streamline benefits enrollment, eligibility, billing and data exchange.

- Firm specializing in recycling plastics from complex waste streams such as appliances, computer and business equipment, automobiles, and sporting equipment.

- Software development company pioneering the delivery of "situational advertising" to location-aware devices in real-time. Evaluation of patented Situational Content Engine delivering targeted advertising messages to computers, cell phones, PDAs and other smart devices based on an end user's unique location.

- Software development company specializing in capital equipment lifecycle management applications for the healthcare industry.

- Manufacturer and supplier of synthetic genetic material -one of the largest suppliers in the U.S. and worldwide. Client mission - to industrialize the manufacture of genelength synthetic DNA.

- Pioneer and leader in camera-enabled gesture recognition technologies for presentation, information and entertainment systems. Developed patented single camera, multiple camera and 3D-vision solutions with video gesture control technology to allow people to use hand and body motions to control dynamic computer content on any screen, surface, or camera-enabled device with no need to wear, hold or touch anything special.

- Consumer information and research company, delivering consumer insights and research targeted to address client-specific business issues via proprietary



information and analytic platforms.

- Metadata component provider to major database, data integration, business intelligence, repository, and modeling tool vendors. Development of tools manage and analyze the complete enterprise metadata life cycle across heterogeneous vendors.

- Developer of technologies including software, customizations and reference designs to enable the collection and distribution of real time knowledge with respect to the health and performance of optical data networks at a very high level of granularity. Software solutions designed for data network operators and their suppliers who need to identify, measure and diagnose network conditions (previously hidden or unknown using current monitoring technologies) for network performance.analysis.

- Developer of on-line ad optimization services for firms seeking to increase the effectiveness of the advertising on their sites by more accurately matching ad content with site users. Developed a proprietary natural language processor (NLP) for screening large amounts of web content to discern buying preferences of bloggers and users of social networking sites.

- Medical device company which developed a device for portable orthovoltage radiotherapy for in-office low energy ophthalmologic radiosurgery. Device is designed to be used primarily by ophthalmologists to repair leaky neovascularization.

- Manufacturer of a robotic system for the fabrication of custom-made wound dressings with patented nano-materials drawn from replaceable cartridges. Business model designed to allow wound care clinicians to deliver customized wound care on-demand for each patient's unique wound. System enables the capture and monitoring of patient data to refine clinical protocols, control costs and demonstrate evidence-based improvements in wound healing rates over time.

- Software company developing solutions for application performance management problems that hinder transaction processing in large organizations. Software helps companies prevent application performance problems with innovative transaction performance management (TPM) solutions. Proprietary technology monitors the software infrastructure for potential slowdowns and offers potential remedies to known or common problems with packaged applications.

- Electronics material company developing proprietary polymer nano-composite voltage switchable dielectric materials used for protecting electronic components from harmful electrostatic discharge (ESD).

- Software company developing a set of software-as-a-service (SaaS) tools for cloud testing web-based applications and services. Technology tests aspects of a

58



Web application from the users perspective prior to deployment: using visual testing, functional testing, and load testing.

- Premium chocolate manufacturing company targeting "a new generation of chocolate enthusiasts" also includes an upscale retail store. This combined factory/retail store, located at a premier tourist destination, is targeting the growth of the dark and organic chocolate markets.

- Electronics cooling company developing an extensible line of solid-state fan products in small form factors based on patented micro-corona wind technology. .Product addresses a diverse set of applications that are served by traditional mechanical fans. The fans flexible form factor enables space-constrained applications, such as in notebook computers and other smaller devices, where cooling systems must meet cooling requirements in very tight spaces without generating noise.

- Open web widget marketplace and syndication platform serving both the developers who create widgets and the web publishers who use widgets on their sites.

- Open source routing software suite, aimed at being both stable and fully featured enough for production use and also extensible to support networking research. Clients open source business model allows developers to enhance the code, but requires modifications also be returned to insure lower costs for software development, testing and marketing.

- Biotechnology company developing and validating a drug engineering platform to deliver small molecule therapeutics1 optimized for efficacy, safety, and patentability. Company applied this technology to design and develop small molecule drugs in collaboration with biotechnology companies seeking to develop and market new drugs for treating diseases in humans (e.g. type II diabetes and cardiovascular disease)

- Educational website company developing content and development platform for small children.

## OTHER

- Valuation of mailing list and customer list assets for both merger and acquisition and litigation related activities.

- Consulted on a number of governance, control/marketability issues for both common and preferred and voting/non-voting stock.

- Evaluated the effects of dual class shares on the value and marketability of corporate securities.



- Performed multiple analyses of the market for corporate control and refined empirical data establishing the value of control on corporate securities. Evaluated provisions in complex estate plans for transferring privately held shares to determine extent of effect on control premiums and/or discounts for lack of marketability.

- Evaluated domestic U.S. and international data to establish acquisition and control premiums.

- Evaluated firm-specific characteristics related to control premiums.

- Analyzed effects of corporate charters (C-Corp versus S-Corp) on enterprise valuations of firms.

- Determined and applied appropriate discounts for lack of marketability/control for numerous family limited partnerships filing for gift and estate tax deductions.

- Evaluated salary, stock and stock option compensation for senior executives related to business valuation and federal taxation-related matters.

- Consulted for numerous small business valuation issues involving executive compensation, marital and business dissolution, and litigation. Types of businesses include medical and legal professional practices and numerous sole proprietorships.

Performed numerous analyses of economic damages associated with personal injury and lost wages, for litigation:

- Testified at deposition and trial on wage (and business) losses suffered by three Bay Area anesthesiologists involved in a contractual dispute with a hospital;

- Named expert and provided analysis for wage losses suffered by Bay Area University Professor involved in personal injury;

- Named expert to analyze wage losses suffered by employee of general contractor involved in personal injury;

- Testified at deposition on wage losses suffered by Bay Area architectural student;

- Testified at deposition on wage (and business) losses suffered by Bay Area orthodontist involved in personal injury;

- Analyzed wage (and business) losses suffered by Bay Area general contractor involved in personal injury;

- Analyzed wage losses in ten to fifteen cases –1990 through 1994 (retained by the United States Attorneys Office in San Francisco).



### HRW INC., 1982-1987 - STRATEGIC PLANNING & VALUATION CONSULTANT

- Developed, in conjunction with Stanford University's Graduate School of Business, three versions of a comprehensive computer model used to teach senior and mid-level bank officers the financial and valuation aspects of operating domestic and international commercial banks

- Commercial users of the model have included a number of the largest banks in the United States, two Big Six accounting firms, over 100 universities, and several international bank trade associations

- Responsible for designing, coding, testing, installing and teaching the bank simulation, with research directed to evaluating banks' common stocks

- Performed analysis of financial statements, funding and portfolio investment options, financial leverage constraints, sources and uses of funds, interest rate risk and overall US financial markets.

### UNIVERSITY OF ILLINOIS AT CHAMPAIGN-URBANA, 1980-1982 - INSTRUCTOR/TEACHING ASSISTANT

- Lectured, tested and evaluated undergraduate students in Business Administration & Management'in the College of Commerce

- Topics included industrial organization methods, organization and systems requirements planning, negotiation techniques, and delegation, motivation and conflict management.

### PUBLICATIONS

- "Value Based Management", Channel Magazine, April 1997.

- "Appraisals of Closely Held ESOPs: Procedural Prudence for Plan Trustees," Trust Regulatory News, A.M. Publishing, 1994. Co-authored with Bradford Huss, Esq.

- *The Stanford Bank Management Simulation, Version X* (Domestic US), 1988 (software development).

- *The Stanford Bank Management Simulation, Version VIII* (International), 1984 1988 (software development).

- *The Stanford Bank Management Simulation, Version VIII* (Domestic US), 1983 (software development).

61



## CONFERENCES & SPEECHES

- Featured speaker, National Fiduciary Risk Management Conference, sponsored by the Bank Administration Institute

- Speaking engagements at numerous "Expert Forums" hosted by Coopers & Lybrand, LLP

- Speaking engagements to numerous regional CPA, Employee Benefit, Entrepreneurial and Legal professional organizations



Joseph T. Anastasi
*Managing Director*

## SUMMARY

Joe Anastasi has thirty-three years of experience as a financial expert in the area of forensic accounting and analyzing financial damages for matters in litigation. He was with the firm of Price Waterhouse for over 23 years, and after that as a partner at Deloitte, he served as that firm's global practice leader for forensic investigative services and also served as the deputy national practice leader for Deloitte's U.S.-based dispute consulting practice.

Many of Joe's assignments have led to expert testimony. He has testified in over fifty matters and in numerous trials as to financial damages and lost profits. On several occasions his testimony has established the existence of asset stripping schemes involving numerous related party entities, and other fraudulent transactions involving related parties and accounting abuses. His testimony in the Parmalat trial established over $12 billion in accounting falsifications and $2 billion in looting. He has led several engagements analyzing the theft of intellectual property. He is the author of The New Forensics: Investigating Corporate Fraud and the Theft of Intellectual Property, published by John Wiley and Sons in 2003. Mr. Anastasi specializes in financial consulting engagements regarding matters in litigation, insurance claims, business disputes, loan restructuring, bankruptcies, and business planning.

## PROFESSIONAL EXPERIENCE

Financial Restructuring and Business Planning Engagements:

Testified as to solvency of debtor and alleged fraudulent conveyances involving structured financing; including a comparative analysis to the Enron Nigerian barge structured financing arrangement.

Provided trial and deposition testimony as to alter ego analyses and alleged fraudulent conveyances on several different matters.

Led a restructuring engagement on behalf of a semiconductor manufacturer. This engagement included monitoring the debtor's weekly and monthly projected cash flows, analysis of the debtor's business plan and restructuring plan, and valuation of business segments and international subsidiaries. Participated in restructuring negotiations with the debtor and its advisors.

Led a restructuring advisory engagement regarding the bankruptcy of a software system integrator. Project efforts included analyzing debtor's business plan, debt

28



Select Intellectual Property Matters:

Analyzed and presented historical preferred rates of return associated with a videogame franchise joint venture.

Testified as to lost profits and disgorgement of ill gotten gains relating to the alleged improper use of linearized power amplifier technology in computer chips used for wireless local area networks.

Led a forensic investigation establishing the theft of intellectual property, including proprietary software and enabling operating processes. The results of this investigation led to the withdrawal of the competitor from the marketplace.

Analyzed profits subject to disgorgement involving the alleged unauthorized use of intellectual property by a Fortune 500 defense contractor.

Testified as to allegedly infringing sales, the disgorgement of profits, and other apportionment issues in several copyright infringement matters. Engagements required the analysis of allegedly infringing sales, the disgorgement of profits, and other apportionment issues.

Served as the damage expert on a matter involving alleged copyright infringement for a software distributor.  This matter required the analysis of patent infringement issues related to five separate software patents and included analyses of lost sales, product line profitability, and apportionment issues.

Project partner for intellectual property litigation services for two engagements involving parties in the gaming industry.

Provided intellectual property litigation services for a preeminent microprocessor manufacturer.  Analysis included the quantification of infringing sales and lost profits.

Provided intellectual property litigation services for a semiconductor manufacturer of specialized multi-layer non-volatile memory cells.

Select Matters Involving Business Interruption Claims:

Project partner on an engagement to prepare and present a business interruption claim for several companies experiencing substantial losses stemming from the Loma Prieta earthquake, and later, the Northridge earthquake

Analyzed lost profits stemming from property and casualty losses experienced by companies involved in manufacturing and/or refinery operations; also analyzed business interruption losses experienced by companies having operations in the Caribbean, Hawaii, Guam and elsewhere around the world as a result of natural disasters, including the provision of testimony in international courts of arbitration



Analyzed damages and/or lost profits stemming from product contamination, including the provision of expert testimony.

## PROFESSIONAL AFFILIATIONS

American Institute of Certified Public Accountants –Certified in Financial Forensics

California Society of Certified Public Accountants

Association of Certified Fraud Examiners –Certified Fraud Examiner

Turnaround Management Association

Institute of Management Consultants - Certified Management Consultant

National Association of Accountants

High Technology Crime Investigation Association

American College of Forensic Examiners

Bay Area Bankruptcy Forum –Former Member of the Board of Directors

Midsummer Mozart Festival –Former Chairman of the Board

## EDUCATION

University of Cologne, W. Germany, International Business and Economics

Pennsylvania State University, B.S.

## PUBLICATIONS

Books and Publications:

The New Forensics: Investigating Corporate Fraud and the Theft of Intellectual Property, New York: John Wiley & Sons, Inc., (2003)

Business Interruption Insurance Claims; Litigation Services Handbook: the Role of the Financial Expert, (Chapter 34); New York: John Wiley & Sons, Inc., Fourth Edition (2005)

Business Interruption Claims; with Ed Westerman; Litigation Services Handbook: The Role of the Financial Expert, (Chapter 34); New York: John Wiley & Sons, Inc., Third Edition (2001)

34



Business Interruption Claims; Litigation Services Handbook: the Role of the Accountant as Expert, (Chapter 15); New York: John Wiley & Sons, Inc., Second Edition (1995)

An Illustrated Guide to the Use of the Risk-Compensated Discounted Cash Flow Method for Use in Insurance Rate Regulation; California Insurance Commission; Proposition 103 Public Hearings

Presentations and Papers:

Forensic Accounting in Today's Global Business Environment: U.C. Berkeley, Haas Graduate School of Business; Global Financial Services, Berkeley, California (November, 2008)

CyberForensics -New Requirements for our Legal Systems; Yale Law School; CyberCrime and Digital Law Enforcement Conference, New Trials and Sanctions -e-Prosecution, e-Jurisdiction and e-Punishment; New Haven, Connecticut; (March 2004)

The Nexus of Forensic Accounting, Computer Forensics, and Electronic Evidence Discovery; XPRT Forum; Sonoma, California; (October, 2005)

Investigating Corporate Fraud and the Theft of Intellectual Property; American Accounting Association, Annual Meeting; San Francisco, California; (August, 2005)

Investigating Corporate Fraud -Moral and Ethical Challenges; the Institute of Internal Auditors, Annual Meeting; San Francisco, California; February 2004.

The New Forensics -Corporate Fraud and the Discovery of Electronic Evidence; Stanford University, Computer Systems Laboratory Colloquium; Palo Alto, California; (November 2003)

Investigating Corporate Fraud; CNN, New York; (June 2003)

A New Capitalism; National Public Radio -Tech Nation with Dr. Moira Gunn; (July 2003)

The New New York; WNYC -The Leonard Lopate Show, New York; (July Computer Forensics and Electronic Evidence Discovery; High Technology Fraud Investigation (HTCIA) Annual Meeting; San Diego, California; (September 2001)

Internet Fraud -Money Laundering, Identify Theft and other Shenanigans - Techniques and Methods of Discovery; INSOL Conference; London; (June 2001)

Articles:

Royalty Assessments as Part of a Successful IP Asset Management Program; The American Lawyer; (October 1998)

35



**Michael A. Salinger**
*Managing Director, LECG*

Michael A. Salinger is a managing director in LECG's Cambridge office and a professor of economics at the Boston University School of Management, where he has served as chairman of the department of finance and economics. Prior to joining LECG, Dr. Salinger served two years as director of the Bureau of Economics with the FTC, overseeing approximately 70 PhD economists and additional professional staff. Prior to his tenure at Boston University, he was an associate professor at Columbia University Business School and a staff economist in the Bureau of Economics, as well as serving on the editorial boards of the Review of Industrial Organization and the Journal of Industrial Economics. Dr. Salinger has consulted for private organizations and a variety of worldwide government agencies including the EPA, the Federal Trade Commission, the Board of Governors of the Federal Reserve, and the Australian Competition and Consumer Commission. He has published articles on such issues as the structural determinants of market power, the statistical properties of firm growth, and the competitive effects of tying and vertical mergers. Dr. Salinger holds a PhD in economics from the Massachusetts Institute of Technology and an undergraduate degree from Yale University.

## EMPLYMENT HISTORY

Current Positions

- LECG (2007) Managing Director

- Boston University School of Management (1990) Professor of Economics (Associate Professor 1990-2001), W. Everett Lord Distinguished Faculty Scholar (2007-), Chairman of Finance and Economics Department (2000-2004), Faculty Director of Undergraduate Program (1999-2000)

## PREVIOUS POSITIONS

- United States Federal Trade Commission, Director, Bureau of Economics, (while on leave from Boston University), 2005 - 2007

- Sloan School of Management, MIT, Visiting Associate Professor of Applied Economics, (while on leave from Boston University) 1997-1998

- Columbia University Graduate School of Business, Associate Professor of Economics and Finance (Assistant Professor 1982-1987)

- United States Federal Trade Commission, Economist, Bureau of Economics, Antitrust Division (while on leave from Columbia), 1985-1986

70



## ACADEMIC PUBLICATIONS

- Salinger, Michael A., "Business Justification Defenses in Tying Cases," in Wayne Dale Collins (ed.), *ABA Section of Antitrust Law, Issues in Competition Law and Policy* (United States: ABA Section of Antitrust Law), Volume 3, 2008, pp. 1911-1928.

- Keith A. Anderson, Erik Durbin, and Michael A. Salinger, "Identity Theft," *Journal of Economic Perspectives*, Volume 22, 2008, pp. 171-192.

- David S. Evans and Michael A. Salinger, "The Role of Cost in Determining When Firms Offer Bundles and Ties," *Journal of Industrial Economics*, Volume 56, 2008, pp. 143-168.

- "The Legacy of Matsushita," *Loyola University Chicago Law Journal*, Volume 38, 2007, pp. 475-490.

- Michael A. Salinger, Pauline M. Ippolito, and Joel L. Schrag, "Economics at the FTC: Pharmaceutical Patent Dispute Settlements and Behavioral Economics," *Review of Industrial Organization*, Volume 31, 2007, pp. 85-105.

- David S. Evans and Michael Salinger, "Curing Sinus Headaches and Tying Law: An Empirical Analysis of Bundling Decongestants and Pain Relievers," in Jay Pil Choi, ed., *Recent Developments in Antitrust*: Theory and Evidence (Cambridge: MIT Press), 2007, pp. 91-124.

- Keith A. Anderson, Christopher J. Garmon, Michael A. Salinger, David R. Schmidt, and John M. Yun, "Economics at the FTC: Data Intensive Mergers and Policy R&D," *Review of Industrial Organization*, Volume 29, 2006, pp. 327-348.

- Dongfeng Fu, Sergey V. Buldyrev, Michael A. Salinger, and H. Eugene Stanley, "Percolation Model for Growth Rates of Aggregates and Its Application for Business Firm Growth," *Physical Review E*, Volume 74, 036118, September 2006.

- Alden Abbott, and Michael A. Salinger, "Learning from the Past: The Lessons of Vietnam, IBM, and Tying," *Competition Policy International*, Volume 2, 2006, pp. 3-19.

- D. S. Evans, A. J. Padilla, & M. Salinger, "A Pragmatic Approach to Identifying and Analyzing Legitimate Tying Cases," *European Competition Law Annual 2003*: What is an Abuse of a Dominant Position? (Oxford: Hart Publishing).

- David S. Evans and Michael Salinger, "Why Do Firms Bundle and Tie? Evidence from Competitive Markets and Implications for Tying Law," *Yale Journal on Regulation*, Volume 22, 2005, pp. 37-89.



- "Shareholder Class Actions After the Crash: Statistical and Case Evidence on the Effect of the Private Securities Litigation Reform Act," *The Financier*, Volume 10, 2003, pp. 8-24.

- D. S. Evans and M. Salinger, "Competition Thinking at the European Commission: Lessons from the Aborted GE-Honeywell Merger," *George Mason Law Review*, Volume 10, 2002, pp. 489-527.

- K. N. Hylton and M. Salinger, "Reply to Grimes: Illusory Distinctions and Schisms in Tying Law," *Antitrust Law Journal*, Volume 70, 2002, pp. 231-246.

- K. N. Hylton and M. Salinger, "Tying Law and Policy: a Decision Theoretic Approach," *Antitrust Law Journal*, Volume 69, 2001, pp. 469-526.

- "Lowering Prices with Tougher Regulation: Forward-Looking Costs, Depreciation, and the Telecommunications Act of 1996," in Michael Crew (ed.), *Regulation Under Increasing Competition* (Boston: Kluwer Academic Publishers) 1998, pp. 45-61

- "Regulating Prices to Equal Forward-Looking Costs: Cost-Based Prices or Price-Based Costs?" *Journal of Regulatory Economics*, September 1998, Volume 14, pp. 149-63.

- L. A. N. Amaral, S. V. Buldyrev, S. Havlin, M. A. Salinger, and H. E. Stanley, "Power Law Scaling for a System of Interacting Units with Complex Internal Structure," *Physical Review Letters*, Volume 80, 1998, pp. 1385-1388.

- L. A. N. Amaral, S. V. Buldyrev, S. Havlin, H. Leschhorn, P. Maass , M. A. Salinger, H. E. Stanley, and M. H. R. Stanley, "Scaling Behavior in Economics: I. Empirical Results for Company Growth," *Journal Physique I France*, April 1997, Volume 7, pp. 621-633.

- S. V. Buldyrev, L. A. N. Amaral, S. Havlin, H. Leschhorn, P. Maass, M. A. Salinger, H. E. Stanley, and M. H. R. Stanley, "Scaling Behavior in Economics: II. Modeling of Company Growth," *Journal Physique I France*, April 1997, Volume 7, pp. 635-650.

- "Buying and Banking on Prospective Returns in Telecommunications," in E. M. Noam and A. J. Wolfson, eds., *Globalism and Localism in Telecommunications* (Amsterdam: Elsevier Science) 1997, pp. 289-296.

- M. H. R. Stanley, L. A. N. Amaral, S. V. Buldyrev, S. Havlin, H. Leschhorn, P. Maass, M. A. Salinger, and H. E. Stanley, "Scaling Behaviour in the Growth of Companies," *Nature*, Volume 379, February 29, 1996, pp. 804-806.

- M. Klass and M. A. Salinger, "Do New Theories of Vertical Foreclosure Provide Sound Guidance for Consent Agreements in Vertical Merger Cases," *Antitrust*



*Bulletin*, Volume 40, Fall 1995, pp. 667-698.

- M. H. R. Stanley, S. V. Buldyrev, S. Havlin, R. Mantegna, M. A. Salinger, and H. E. Stanley, "Zipf Plots and the Size Distribution of Firms," *Economics Letters*, September 1995, pp. 453-457.

- "A Graphical Analysis of Bundling," *The Journal of Business*, Volume 68, January 1995, pp. 85-98.

- "Value Event Studies," *Review of Economics and Statistics*, Volume 74, November 1992, pp. 671-677.

- "Standard Errors in Event Studies," *Journal of Financial and Quantitative Analysis*, Volume 27, March 1992, pp. 39-53.

- "Vertical Mergers in Multi-Product Industries and Edgeworth's Paradox of Taxation," *Journal of Industrial Economics*, Volume 40, September 1991, pp. 545-556; Reprinted in Louis Philips (ed.), Applied Industrial Economics (Cambridge: Cambridge University Press) 1998.

- "The Concentration-Margins Relationship Reconsidered," *Micro-Brookings Papers on Economic Activity*, 1990, pp. 287-321.

- "Stock Market Margin Requirements and Volatility: Implications for Regulation of Stock Index Futures," *Journal of Financial Services Research*, Volume 3, December 1989, pp. 121-138.

- "The Meaning of Upstream'and Downstream'and the Implications for Modeling Vertical Mergers," *Journal of Industrial Economics*, Volume 37, June 1989, pp. 373-387.

- "Vertical Mergers and Market Foreclosure," *Quarterly Journal of Economics*, Volume 103, May 1988, pp. 345-356.

- "Tobin's q, Unionization, and the Concentration-Profits Relationship," *Rand Journal of Economics*, Volume 15, Summer 1984, pp. 159-170.

- M. A. Salinger and L. H. Summers, "Tax Reform and Corporate Investment: A Microeconometric Stimulation Study," in M. Feldstein, ed., *Behavioral Stimulation Methods in Tax Policy Analysis*, University of Chicago Press, 1984, pp. 247-281.

## OTHER PUBLICATIONS/INTERVIEWS/PUBLISHED TRANSCRIPTS

- "Introduction to Chapters VII and IX of Augustin Cournot, Researches into the *Mathematical Principles of the Theory of Wealth,*" *Competition Policy International*, vol. 4, 2008, pp. 275-82.

73



- "Economic Analysis of Competition Practices in the EU and US: A View from Chief Economists," *Competition Policy International*, vol. 3, 2007, pp. 81-98.

- "Four Essential Points About Antitrust Enforcement," *The Wall Street Journal* (letter), October 6, 2007.

- "Interview with FTC Director of the Bureau of Economics Michael Salinger," *The Antitrust Source*, December 2006, available at http://www.abanet.org/antitrust/at-source/06/12/Dec06-Salinger12=19f.pdf

- "The Current State of Economics Underlying Section 2:  Comments of Michael Katz and Michael Salinger," *The Antitrust Source*, December 2006, available at http://www.abanet.org/antitrust/at-source/06/12/Dec06-BrownBag.pdf .

- "Give Your Cabdriver a Big Fat Tip," *The Wall Street Journal*, June 24/25, 2006, pg. A10.

- Michael Salinger and Paul Pautler, "The Bureau of Economics at the US Federal Trade Commission," *Global Competition Review*, April 2006, pp. 3-5.

- "Interview:  Michael Salinger," *Global Competition Review*, 9 November 2005.

- "Commentary," *The Review of Futures Markets*, Volume 10, 1991, pp. 398-402.

- "Comment," in J. Coffee, L. Lowenstein, and S. Rose-Ackerman, eds., Knights, Raiders, and Targets:  *The Impact of Hostile Takeovers*, Oxford University Press, 1988, pp. 71-73.

## SPEECHES AS DIRECTOR OF THE BUREAU OF ECONOMICS

- "Economics Supporting the Twin Missions of the FTC," American Bar Association 55th Antitrust Spring Meeting, Breakfast with the Bureau Directors, JW Marriott Hotel, Washington, DC, April 20, 2007.

- "Concluding Remarks for Energy Markets in the 21st Century: Competition Policy in Perspective," Washington, DC, April 12, 2007.

- "Prepared Remarks on the Relationship between Antitrust and Regulation and on the Effects-Based Analysis," Presented before the Jevons Society, University College of London, United Kingdom, February 21, 2007.

- "The Legacy of Matsushita: Has this Thing Called Economics Gotten Way Out of Hand?" Presented at Matsushita at 20, Loyola University School of Law, Institute for Consumer Antitrust Studies, Chicago, September 29, 2006.

- "Looking for the Keys Under the Lampost: Insights from Economics into

74



Standards for Unilateral," Conduct ABA Section of Antitrust Law, Economics and Section 2 Committees Brown Bag, Washington, DC, FTC Conference Center, July 24, 2006.

- "Consumer Protection Economics at the FTC," Prepared remarks for the Chief Economist Roundtable at the International Industrial Organization Conference, Boston, MA, April 8, 2006.

- "Assessing Whether What We Know Is So," Presentation before the American Bar Association, 54th Antitrust Law Spring Meeting, Breakfast with the Bureau Directors, JW Marriott Hotel, Washington, DC, March 31, 2006.

- "Moneyball and Price Gouging," Boston Bar Association Antitrust Committee, Boston, MA, February 27, 2006.

- "Can Economics Bridge the Atlantic? Monopolization Under Section 2, Dominance Under Article 82, and Fouls in Football," George Mason University Fall 2005 Antitrust Symposium, Washington, DC, September 20, 2005.

- "Four Questions About Horizontal Merger Enforcement," American Bar Association Antitrust Section Economics Committee Brown Bag Presentation, Washington, DC., September 14, 2005.

- "Is It Live Or Is It Memorex? Models of Vertical Mergers and Antitrust Enforcement Association of Competition Economics (ACE) Seminar on Non-Horizontal Mergers," Competition Commission, London, UK, September 7, 2005, and Fondation Universitaire, Brussels, Belgium September 8, 2005.

- "Challenges in Identifying Anticompetitive Dominant Firm Behavior," National Economic Research Associates (NERA) 2005 Antitrust and Trade Regulation Seminar, Santa Fe, New Mexico, July 7, 2005.

## CONGRESSIONAL AND COMMISSION TESTIMONY

- "Petroleum Industry Consolidation," Joint Economic Committee of Congress, May 23, 2007.

- "Sports Programming and Cable Distribution: The Comcast/Time Warner/Adelphia Transaction," US Senate, Judiciary Committee, December 7, 2006.

- "Prepared Remarks of Dr. Michael A. Salinger" (on efficiencies in the treatment of horizontal mergers), Antitrust Modernization Commission, November 17, 2005.

- "Testimony of Michael A. Salinger before the Senate Commerce, Science, and Transportation Committee, Subcommittee on Communications," Media

75



Ownership:  Diversity and Concentration, US Senate Hearings 101-357, 1989, pp. 97-107.

## LITIGATION AND REGULATORY TESTIMONY, AFFIDAVITS, AND REPORTS

- Report on behalf of the Australian Competition and Consumer Commission in ACCC v. PRK Corp Ltd & Ors, regarding antitrust consequences of joint venture between automobile stevedores, No NSD 1703 OF 2007, Federal Court of Australia, New South Wales District Registry (2009).

- Report and trial deposition testimony on behalf of defendants in Arties Auto Body, Inc., et. al. v. The Hartford Fire Insurance Company regarding allegations of unfair trade practices, Docket No. X08-CV-03-0196141S (CLD) (Superior Court of Connecticut) (2009).

- Report and deposition on behalf of defendants in Universal Delaware, Inc., et. al. v. Comdata Corporation regarding class certification, Civil Action No. 07-1078-JKG (United States District Court, Eastern District of Pennsylvania) (2009).

- Report on behalf of plaintiffs in Rapaport, et. al. v. IDEX Online et. al. regarding unfair trade practices,  Index No. 04 CV 06626 (RJH) (United States District Court, Southern District of New York) (2008).

- Testimony on behalf of Gillette in Schick Manufacturing, Inc., et al. v. The Gillette Company regarding statistical analysis of shaving studies, Civil Action No. 3-05-cv-174 (JCH) (United States District Court, District of Connecticut) (2005).

- Affidavit on behalf of Gillette regarding statistical analysis of shaving study in Gillette Australia Pty. Ltd.  v. Energizer Australia Pty. Ltd. (Federal Court of Australia, New South Wales District) (2004).

- Affidavit on behalf of Gillette regarding statistical analysis of shaving study in Wilkinson Sword GmbH v. Gillette Deutschland GmbH & Co. (Hamburg District Court) (2004).

- Peer Review for United States Environmental Protection Agency of BEN model of economic benefit from avoidance of environmental regulations (2003).

- Report and deposition testimony on behalf of Turner Broadcasting in US v. ASCAP in the Matter of the Application of Turner Broadcasting Systems, Inc., et al. for the Determination of Reasonable License Fees regarding appropriate ASCAP fees for cable networks (2000).

- Report and deposition testimony on damages on behalf of defendants in Heineken Technical Services v. Charles Darby, Decotec International, Ltd. and Wolfgang Fiwek regarding damage estimates for theft of trade secrets (United States District Court, District of Massachusetts, Civil Action No. 98-CV-11952 JLT)

76



(1999).

- Reports on damages on behalf of Governor Pedro Rossello and other officials of the Commonwealth of Puerto Rico in El Dia, Inc., et al. v. Pedro Rossello (United States District Court for the District of Puerto Rico, Civil Action No. 97-2841 JAF) regarding damage estimates (1999).

- Report entitled "Pricing Flexibility in Exchange Access Reform" submitted by GTE, reply comments.  Federal Communications Commission (CC Docket No. 96-262 et al.) (1997).

- Direct and Rebuttal Testimony on behalf of Devotional Broadcasters in proceeding before Copyright Arbitration Royalty Panel to determine the allocation of the royalties paid by cable operators for the retransmission of distant broadcast signals from 1990 to 1992.  Direct testimony concerned conceptual approaches to allocate the funds.   Rebuttal testimony critiqued an econometric study submitted by the Motion Picture Association of America (1996).

- Reports for Turner Broadcasting on the treatment of affiliate transactions in cable television price regulations (1994).

- Written testimony on behalf of Devotional Broadcasters before the Copyright Royalty Tribunal.  Testimony concerned appropriate procedures for allocating royalties paid by cable operators among different classes of programs on retransmitted broadcast signals (1993).

- Deposition testimony for Long Lake Energy Corp. in monopolization suit against Niagara Mohawk Corporation. Testimony concerned appropriate market definition (1991).

- Affidavit concerning class certification in a class action suit against bottlers of Coke and Pepsi.  Affidavit argued that a conspiracy to raise the price of colas sold on promotion to grocery stores affected soft drink prices in general (1989).

- Testified as to damages on behalf of Record Club of America in a breach of contract suit against United Artists.  Testimony concerned distinction between marginal and average cost and econometric projection of sales (1988).

## OTHER PROFESSIONAL ACTIVITIES/DISTINCTIONS

- Panelist, "Horizontal Merger Guideline Review Project," joint Department of Justice and Federal Trade Commission Workshop, New York, NY, December 8, 2009.

- Panelist, "Section 5 of the FTC Act as a Competition Statute," Federal Trade Commission Workshop, Washington, D.C., October 17, 2008.

77



- Panelist, "FTC at 100: Into our Second Century," Federal Trade Commission Roundtable, Washington, DC, July 29, 2008

- Participant, Academic Consultants Meeting on Non-Traditional Financial Services, Federal Reserve Board, April 16, 2008.

- Presenter, Fundamentals of Antitrust Economics, American Bar Association Antitrust Section Spring Meeting, 2007, 2008.

- Editorial Board, Journal of Industrial Economics, 2002-2006, (Associate Editor, 1996-2002).

- Editorial Board, Review of Industrial Organization, 2002-2005.

- Special Consultant, National Economic Research Associates, 1994-2005.

- Member, Science Advisory Board/Illegal Competitive Advantage, United States Environmental Protection Agency, 2004.

- Broderick Prize for Service to Undergraduate Community, Boston University, 2004.

- Who's Who in America (first listing in 2003).

- Principal Investigator: "A Statistical Mechanics Approach to Coase's Theory of the Firm," National Science Foundation Grant SES-0113103, 8/1/01-7/31/02.

## BOSTON UNIVERSITY

- Undergraduate: Modeling Business Decisions and Market Outcomes (course designer and director), Probability and Statistics, Business History

- Masters: Quantitative Methods, Managerial Economics, Health Care Economics, Health Care Finance, Economics of Strategic Planning

- Executive: Microeconomics (Korean Executive MBA), Macroeconomics

- Doctoral: Cross-disciplinary Theory and Research

## MIT

- MBA: Microeconomics, Economics of Strategic Planning

## COLUMBIA



- MBA: Business Economics, Economics of Strategic Planning, Econometrics, Industrial Organization

- Doctoral: Microeconomics, Industrial Organization