# Exhibit B

# LECG

May 12, 2010

Mr. Kenneth N. Klee
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067

Re: **Retainer Agreement between LECG, LLC and Kenneth N. Klee, As Examiner In The Tribune Company Cases**

Dear Ken:

I am writing this letter to set forth the terms and conditions upon which LECG, LLC ("LECG") will advise you in your capacity as Court-appointed Examiner ("Client") in connection with the chapter 11 cases of Tribune Company *et al.*, Case No. 08-13141(KC) (collectively, "Chapter 11 Cases") pending before the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

Scope of Engagement.

LECG provides services in, among other areas, the areas of reorganization.

As set forth herein, LECG will provide services to CLIENT within our expertise as may be required to enable CLIENT to fulfill his duties as set forth in the "Agreed Order Directing the Appointment of An Examiner" ("Agreed Order") and such other orders that may be entered by the Court in connection with the Chapter 11 Cases.

Financial Arrangements.

LECG shall be entitled to compensation and reimbursement of expenses solely at the expense of the bankruptcy estates in the Chapter 11 Cases pursuant to the terms set forth in the Agreed Order and such other orders of the Bankruptcy Court as may be applicable to professionals retained by the Examiner. CLIENT shall have no personal liability whatsoever in connection therewith.

LECG's invoices will reflect charges for services rendered, calculated on the basis of LECG's hourly rates in effect at the time of such services.

| | |
|---|---|
| Director | $590 to $745 |
| Consultant/Principal | $330 to $590 |
| Associate | $245 to $330 |
| Accounting Analyst | $225 to $245 |
| Practice Management | $125 to $200 |

# LECG

Mr. Kenneth N. Klee
May 12, 2010
Page 2

LECG's rates are adjusted periodically, typically on January 1 of each year, to reflect the advancing experience, capabilities, and seniority of LECG's professionals as well as general economic factors.

LECG's invoices also will include reasonable and customary charges for costs and expenses. Such costs and expenses will include, among others, charges for messenger services, air couriers, photocopying, court fees, travel expenses, postage for large mailings, long distance telephone, computerized legal research facilities, investigative searches, and other charges customarily invoiced by consulting and expert services firms in addition to fees for services.

Electronic Data Processing Services.

In addition to the advisement services described above, LECG shall also provide electronic data processing services. LECG shall be entitled to compensation for such services in accordance with the attached "LECG-LTAC: Processing and Hosted Review Standard Bill Rates As of 3/2/2010".

Disclosures and Waivers.

Both CLIENT and LECG have submitted or will submit to the Office of the United States Trustee and the Bankruptcy Court written disclosures setting forth their respective contacts and affiliations in connection with parties in interest in the Chapter 11 Cases.

LECG has strict policies against disclosing confidential information to anyone outside of the firm, including spouses, parents, children, siblings, fiancés, and fiancées.

LECG maintains errors and omissions insurance coverage applicable to the services to be rendered hereunder.

Discharge and Withdrawal.

CLIENT may discharge LECG at any time. LECG may withdraw at any time with CLIENT's consent or for good cause without CLIENT's consent. Good cause includes CLIENT's breach of this agreement, CLIENT's refusal or failure to cooperate with LECG, or any fact or circumstance that would render LECG's continuing services unlawful or unethical.

Client Files.

Except as otherwise required by law or special circumstance, at the end of this engagement, LECG will send to Client, a notification outlining LECG's case closing procedures. In summary, LECG will return all case information provided by Client, and provide Client with LECG's final work product in appropriate media as agreed by LECG and Client. In the event that there are special circumstances (such as a subpoena, court order or other legal hold, or storing of case records and information for Client for a specified period of time after the scope of work is complete), Client

# LECG

Mr. Kenneth N. Klee
May 12, 2010
Page 3

will be responsible within thirty (30) days for providing LECG with written instructions for LECG to follow. Client shall not be responsible for payment of associated expenses (such as storage, destruction and return shipment costs) incurred by LECG in preserving documents due to such special circumstances, but LECG may seek reimbursement of such expenses from the Tribune estates. These associated expenses may be submitted to Client for approval and payment by the Tribune estates after the final bill for LECG professional services has been rendered. Any remaining case information in the possession of LECG, i.e. generated reference and research materials, as well as work product, etc., will follow LECG's case retention schedule.

No Other Agreement.

This constitutes the entire understanding between CLIENT and LECG regarding LECG's employment. By executing this agreement, CLIENT acknowledges that it has read carefully and understands all of its terms. The agreement cannot be modified except by further written agreement signed by each party.

Conclusion.

If CLIENT has any questions about the foregoing, please call Wayne Elggren, who is leading this engagement, at 415.267.0313. Moreover, feel free to obtain independent legal advice regarding this agreement. If CLIENT is in agreement with the foregoing, and it accurately represents CLIENT's agreement with LECG, please execute the enclosed copy of this letter. If not, kindly contact me immediately.

Sincerely,

*[signature]*

Anthony Hughes
Corporate Controller
On behalf of LECG, LLC


*THE FOREGOING IS APPROVED AND AGREED TO:*

Dated: May 12, 2010

*[signature]*

Kenneth N. Klee, solely in the capacity as
Examiner in the Chapter 11 Cases

LECG - LTAC
Processing and Hosted Review Standard Bill Rates
As of 3/2/2010

| Processing | Relativity | Concordance FYI (including TIFF) |
|---|---|---|
| Pre-Processing and Filtering *based on initial data volume after containers are extracted; includes extracting documents from containers, de-duplication, and 2 passes at keyword/metadata filtering* | $100-150/GB | $100-150/GB |
| Native File Processing and Preparation *based on data volume after de-duplication and keyword/metadata filtering; includes extraction of metadata, preparation for loading to review platform, and exception reporting* | $300-350/GB | $650-850/GB |
| Load File Creation *if processed data is being exported for a review platform not hosted by LECG* | $275/hr | $275/hr |
| Exception Handling | $275/hr | $275/hr |
| **Hosted Review** | **Relativity** | **Concordance FYI** |
| Review Database Setup (Waived if processing) | $2500/database | $1500/database |
| Load Fee *charged only if LECG does not perform the processing* | $25/GB | $25/GB |
| User Setup | $50/user | $25/user |
| User Licensing | $75/user/month | N/A |
| Near De-duplication | $.05 - .09/document | N/A |
| Relativity Analytics (concept clustering) | $225/GB | N/A |
| **Production** | | |
| Load File or Native Production | $275/hr | $275/hr |
| Tif creation | $0.03/page | Included |
| Endorsement | $0.01/page | $0.01/page |
| **Hosting** | | |
| Monthly Hosting *based on total size of hosted native files plus database* | $60/GB/month | $60/GB/month |

* Based on volume, complexity, and overall Discovery requirements of projects all aforementioned prices should be used as a guideline; adjustments can be made accordingly upon direction and mutual agreement.

Confidential - LECG Company Private