# Exhibit C

**LECG - LTAC**
**Processing and Hosted Review Standard Bill Rates**
As of 3/2/2010

| Processing | Relativity | Concordance FYI (including TIFF) |
|---|---|---|
| Pre-Processing and Filtering<br>*based on initial data volume after containers are extracted; includes extracting documents from containers, de-duplication, and 2 passes at keyword/metadata filtering* | $100-150/GB | $100-150/GB |
| Native File Processing and Preparation<br>*based on data volume after de-duplication and keyword/metadata filtering; includes extraction of metadata, preparation for loading to review platform, and exception reporting* | $300-350/GB | $650-850/GB |
| Load File Creation<br>*if processed data is being exported for a review platform not hosted by LECG* | $275/hr | $275/hr |
| Exception Handling | $275/hr | $275/hr |
| **Hosted Review** | **Relativity** | **Concordance FYI** |
| Review Database Setup (Waived if processing) | $2500/database | $1500/database |
| Load Fee<br>*charged only if LECG does not perform the processing* | $25/GB | $25/GB |
| User Setup | $50/user | $25/user |
| User Licensing | $75/user/month | N/A |
| Near De-duplication | $.05 - .09/document | N/A |
| Relativity Analytics (concept clustering) | $225/GB | N/A |
| **Production** | | |
| Load File or Native Production | $275/hr | $275/hr |
| Tif creation | $0.03/page | Included |
| Endorsement | $0.01/page | $0.01/page |
| **Hosting** | | |
| Monthly Hosting<br>*based on total size of hosted native files plus database* | $60/GB/month | $60/GB/month |

\* Based on volume, complexity, and overall Discovery requirements of projects all aforementioned prices should be used as a guideline; adjustments can be made accordingly upon direction and mutual agreement.

Confidential - LECG Company Private