IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**MOTION FOR EXPEDITED CONSIDERATION OF THE APPLICATIONS OF THE EXAMINER TO RETAIN PROFESSIONALS *NUNC PRO TUNC* TO APRIL 30, 2010**

Kenneth N. Klee, the examiner (the "Examiner") appointed in the above-captioned bankruptcy cases, having filed (A) the Application of the Examiner for an Order Authorizing the Retention of Klee, Tuchin, Bogdanoff & Stern LLP As Lead Counsel to the Examiner *Nunc Pro Tunc* to April 30, 2010, (B) the Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP As Delaware Counsel to the Examiner *Nunc Pro Tunc* to April 30, 2010 and (C) the Application of the Examiner for an Order Authorizing the Retention of LECG LLC as Financial Advisor to the Examiner *Nunc Pro Tunc* to April 30, 2010 (collectively, the "Retention Applications") contemporaneously herewith, respectfully submits this motion (the "Motion for Expedited Consideration"), pursuant to 11 U.S.C. § 105, Fed. R. Bankr. P. 9006, and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order shortening the time for notice of the hearing to consider the Retention Applications, so that the Retention Applications may be heard during the hearing in these cases on May 20, 2010 at 10:00 a.m., with an objection deadline of May 17, 2010 at 4:00 p.m. In support of this Motion for Expedited Consideration, the Examiner respectfully sets forth and represents as follows:

593383.2 5/12/10

1. On April 20, 2010, the Court entered the Agreed Order Directing the Appointment of an Examiner [Docket No. 4120] (the "Examiner Order"). On April 30, 2010, the United States Trustee appointed Kenneth N. Klee, Esq. (the "Examiner") as the Examiner, which appointment was approved by the Court by order dated May 10, 2010 [Docket No. 4320].

2. The Examiner Order directs the Examiner to prepare and file a report with respect to the Investigation, as defined therein, on or before July 12, 2010, unless such time shall be extended by order of the Court upon application by the Examiner. On May 7, 2010, as required by the Examiner Order, the Examiner filed the Work and Expense Plan of Examiner Designate Kenneth N. Klee, Esq. ("Work and Expense Plan"), which Work and Expense Plan was approved by the Court by Order Approving Work and Expense Plan and Modifying Examiner Order [Docket No. 4321] on May 11, 2010 (the "Work Plan Order").

3. Through the Retention Applications, the Examiner seeks the Court's authority to retain Klee, Tuchin, Bogdanoff & Stern LLP ("KTB&S") and Saul Ewing LLP ("Saul Ewing") as his counsel in connection with this matter and LECG LLC ("LECG") as his financial advisor.

4. Given the scope of the Investigation set forth in the Examiner Order and the July 12th deadline for the Examiner's report, the Examiner has a critical need for the immediate services of KTB&S, Saul Ewing and LECG. In this short timeframe, the work of KTB&S, Saul Ewing and LECG will be significant: As more fully described in the Work and Expense Plan, the Examiner estimates that the Investigation and preparation of the report required by the Examiner Order will cost approximately $4 to $5 million in fees and costs.

5. A hearing in these cases is currently scheduled for May 20, 2010 at 10:00 a.m. The Examiner hereby requests that this Court shorten notice on the Retention Applications so that the applications can be considered by the Court at the hearing on May 20th. At the status

conference with the Court on May 10, 2010, the Court authorized the Examiner to file this Motion for Expedited Consideration and counsel for the United States Trustee's Office (the "UST") confirmed that the UST could respond to the Retention Applications if scheduled for hearing on May 20, 2010, with a response deadline of 4:00 p.m. on May 17, 2010.

6. Local Rule 9006-1(c)(i) requires that all motion papers be filed and served at least fourteen days prior to the proposed hearing, with an additional three days if service is by mail. Local Rule 9006-1(c)(ii) provides that objections, if any, to such a motion are to be received at least seven days prior to the proposed hearing date. See Del. Bankr. L.R. 9006-1(c)(i), (ii). Local Rule 9006-1(e), however, provides that a motion may be heard on less notice than as otherwise required "by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e). Further, while 11 U.S.C. § 102(1) requires "notice and a hearing," 11 U.S.C. § 102(1) provides that "notice and a hearing" is an elastic phrase meant to take into account the "particular circumstances" of a motion. See 11 U.S.C. § 102(1) ("'[A]fter notice and a hearing', or similar phrase . . . means after such notice as is appropriate in the particular circumstances . . . .").

7. Given the Examiner's critical need for the immediate services of KTB&S, Saul Ewing and LECG, the Examiner respectfully submits it is appropriate for the Retention Applications to be considered and approved on shortened notice. Further, the Examiner does not believe that any party-in-interest will be prejudiced if this Motion for Expedited Consideration is granted. Given the nature of the issues presented, eight days between service of the Retention Applications and the proposed hearing should be sufficient time for any party-in-interest to raise any questions or objections to the Retention Applications.

8. Notice of this Motion for Expedited Consideration has been provided to: (a) counsel to the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors; and (d) all parties requesting notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors submit that no further notice is required.

WHEREFORE, the Examiner respectfully requests the entry of an Order, substantially in the formed annexed hereto, (i) shortening the notice period and objection deadline with respect to the Retention Applications as set forth therein; and (ii) granting such other relief as is just.

Dated: May 12, 2010                    Respectfully Submitted,

KLEE TUCHIN BOGDANOFF & STERN LLP
Lee R. Bogdanoff (CA. Bar No. 119542)
Martin R. Barash (CA Bar No. 162314)
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6059
Telephone (310) 407-4000
Facsimile (305) 407-9090

Proposed Counsel to the Examiner

and

SAUL EWING LLP

*/s/ Mark Minuti*

Mark Minuti (Bar No. 2659)
Michael J. Farnan (No. 5165)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873
Email: mminuti@saul.com

Proposed Delaware Counsel to the Examiner