IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------X
In re:                                          :
                                                :   Chapter 11 Cases
                                                :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :   (Jointly Administered)
                                                :
                    Debtors.                    :
------------------------------------------------X

## DISCOVERY AND SCHEDULING ORDER FOR
## PLAN CONFIRMATION

A hearing on confirmation of the Debtors' proposed Plan of Reorganization is scheduled to commence on **August 16, 2010** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801. After hearing from the parties at a status conference held on May 10, 2010, the following schedule is established for purposes of discovery and other matters in respect to the proposed Plan of Reorganization (the "Plan").

**IT IS HEREBY ORDERED** as follows:

1. All parties-in-interest may serve their initial written discovery on or after **May 11, 2010**. The submission of the initial requests shall be without prejudice to any parties-in-interest's right to serve timely supplemental requests as deemed necessary or advisable in good faith, based upon responses to the initial requests;

2. All parties-in-interest and other persons who are served with written discovery requests shall make their good faith, best efforts to respond to such requests and to complete production of all responsive documents and information **within two weeks** of receipt of such written discovery requests. If a responding party cannot complete its production within two weeks, that responding party shall produce so much of the responsive documents and information as it can within two weeks, and shall make its good faith, best efforts to complete such production as soon as is practicable. Documents produced in response to discovery requests shall be made available to all interested parties in connection with Plan confirmation, subject to applicable confidentiality agreements;

3. Fact depositions of any witnesses may commence on or after **June 2, 2010**. Any

deposition notices shall be provided to all parties-in-interest, and all interested parties in connection with Plan confirmation will have the opportunity to participate in depositions;

4. All parties-in-interest who intend to call expert witnesses in their case in chief at the hearing on confirmation of the Plan shall, on or before **July 1, 2010**, serve a written disclosure of the identity of each such expert and a summary of the topics which each such expert is expected to address at trial. Any modification to the written disclosures served on or before July 1, 2010 shall be served on or before **July 15, 2010**. These written disclosures are for notification purposes only and need not comply with Bankruptcy Rule 7026 and Federal Rule of Civil Procedure 26 (a)(2)(B);

5. On or before **July 21, 2010**, all parties-in-interest shall further comply with the requirements of Bankruptcy Rule 7026 and Federal Rule of Civil Procedure 26 (a)(2)(B) in respect to experts;

6. Expert depositions may commence on or after **July 28, 2010**; and

7. The Joint Pretrial Memorandum, along with any other documents required by Chambers Procedures for Honorable Kevin J. Carey, shall be filed with the Court by **4:00 p.m. on August 11, 2010.**

SO-ORDERED:

Date: _May 13_, 2010

HONORABLE KEVIN J. CAREY
Chief United States Bankruptcy Judge

# 1745039