IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

UNITED STATES' RESPONSE TO DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS

The United States of America, a creditor in this bankruptcy case, responds to the Debtors' Twenty-Sixth Omnibus Objection to claims 2818, 6159, 2820, 3088, and 3090 filed by the Internal Revenue Service as follows:

1. Debtors object to the above claims on the grounds that they were amended by claims 6300, 6300, 6438, 6132, and 6238, respectively.

2. The United States concedes that all five claims have been replaced by the amended claims. The claims were amended by the Internal Revenue Service after the debtors provided additional information to the Internal Revenue Service..

3. Since the United States agrees that the claims have been amended, it does not object to the relief sought in Debtors' Twenty-Sixth Omnibus Objection.

Dated: May 13, 2010.

/s/ Yonatan Gelblum
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 305-3136
yonatan.gelblum@usdoj.gov
Counsel for United States of America

4633554.1