## CERTIFICATE OF SERVICE

I, Joy Glass, hereby certify that I am over the age of 18 years, am employed by the law firm of Harwood Feffer LLP and that on May 12, 2010 the foregoing letter to the Clerk of the Bankruptcy Court was served by facsimile upon the following parties and participants:

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Attn: Kerriann S. Mills

Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Douglas E. Deutsch

Cole, Schotz, Meisel Forman
 & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Norman L. Pernick

Landis, Rath & Cobb, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Attn: Adam G. Landis

The United States Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box, 35
Wilmington, DE 19801
Attn: Joseph McMahon

_____
Joy Glass