**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

**SIXTH AMENDED JOINT VERIFIED STATEMENT OF REPRESENTATION
OF MORE THAN ONE CREDITOR BY HENNIGAN BENNETT &
DORMAN LLP AND YOUNG CONAWAY STARGATT & TAYLOR, LLP**

James O. Johnston, on behalf of Hennigan Bennett & Dorman LLP ("HBD"), and

Robert S. Brady, on behalf of Young Conaway Stargatt & Taylor, LLP ("YCST"), as legal

counsel and proposed legal counsel, respectively, for more than one creditor in these jointly-

administered chapter 11 cases, hereby file their Sixth Amended Joint Verified Statement

pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and state:

     1.     On December 8, 2008, Tribune Company ("Tribune") and certain of its

subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of

the Bankruptcy Code.

     2.     On November 20, 2009, HBD and YCST filed their *Joint Verified Statement of*

*Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young.*

*Conaway, Stargatt & Taylor, LLP* [Docket No. 2600]. On December 14, 2009, HBD and YCST

filed their *First Amended Joint Verified Statement of Representation of More Than One Creditor*

*by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket

No. 2852]. On February 11, 2010, HBD and YCST filed their *Second Amended Joint Verified*

*Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP*

          

and Young, Conaway, Stargatt & Taylor, LLP [Docket No. 3370]. On April 2, 2010, HBD and YCST filed their *Third Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 3927]. On April 12, 2010, HBD and YCST filed their *Fourth Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 3998]. On May 10, 2010, HBD and YCST filed their *Fifth Amended Joint Verified Statement of Representation of More Than One Creditor by Hennigan, Bennett & Dorman LLP and Young, Conaway, Stargatt & Taylor, LLP* [Docket No. 4268].

3.     HBD and YCST represent a number of individual creditors in connection with holdings of indebtedness governed by the Credit Agreement, dated as of May 17, 2007 (as amended, the "Credit Agreement"), by and among Tribune, each lender from time to time party thereto, and certain financial institutions as administrative agent, syndication agent, co-documentation agents, and joint lead arrangers and joint bookrunners.

4.     The names and addresses of the creditors currently represented by HBD and YCST (collectively, the "Lenders") are identified on Exhibit A, attached hereto. The aggregate principal amount of claims held by the Lenders against the Debtors currently totals approximately $2.3 billion.

5.     HBD and YCST do not represent the Lenders as a committee and do not undertake to represent the interests of any creditor, party in interest, or other entity that has not signed a retention agreement with HBD and YCST.

6. HBD's representation of the Lenders commenced as of October 13, 2009.  HBD subsequently contacted YCST and requested that it serve as Delaware counsel with respect to the matter.  YCST's representation of the Lenders commenced as of November 9, 2009.

7. Neither HBD nor YCST hold any prepetition claim or interest against the Debtors.

YCST01:9657332.1   068968.1001

I, M. Blake Cleary, on behalf of YCST, certify under penalty of perjury that the

foregoing statement is true and correct and to the best of my knowledge and belief.

Dated: May 13, 2010                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                       M. Blake Cleary (No. 3614)
                                       The Brandywine Building – 17th Floor
                                       1000 West Street, Post Office Box 391
                                       Wilmington, Delaware 19899 0391
                                       Telephone: (302) 571-6600
                                       Telecopier: (302) 571-1253

                                       *Counsel to the Lenders*


I, James O. Johnston , on behalf of HBD, certify under penalty of perjury that the

foregoing statement is true and correct and to the best of my knowledge and belief.

Dated: May 13, 2010                    HENNIGAN, BENNETT & DORMAN LLP

                                       /s/  James O. Johnston
                                       Bruce Bennett
                                       James O. Johnston
                                       Joshua D. Morse
                                       865 S. Figueroa Street, Suite 2900
                                       Los Angeles, California 90017
                                       Telephone: (213) 694-1200
                                       Telecopier: (213) 694-1234

                                       *Counsel to the Lenders*