**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| | ) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) Re: Docket No. 4211 |
| | ) |
| | ) **Hearing date**: May 20, 2010, at 10:00 a.m. (Eastern) |
| | ) |
| | ) **Objection deadline**: May 13, 2010 |
| | ) |

**CREDIT AGREEMENT LENDERS' STATEMENT**
**REGARDING DEBTORS' MOTION FOR AN ORDER**
**FURTHER EXTENDING PLAN EXCLUSIVITY**

The Credit Agreement Lenders[1] have objected to the Debtors' three prior requests for extension of plan exclusivity, indicating that they are prepared to file a plan of reorganization providing for a fairer and more equitable reorganization alternative than the Debtors' proposed "settlement" plan now up for consideration.[2]

The Debtors now request one last exclusivity extension, through the twenty-month statutory limit, which will expire shortly before the hearing tentatively scheduled with respect to confirmation of the Debtors' plan. The Credit Agreement Lenders intend to contest confirmation and, when statutory exclusivity expires, to propose their own plan.

For all the reasons set forth in the Credit Agreement Lenders' prior objections regarding exclusivity, this last extension of exclusivity will serve no purpose other than to prolong and increase the administrative expenses of these cases. However, given the Court's inclination to let

---

[1]   The Credit Agreement Lenders are the entities identified in the "Sixth Amended Joint Verified Statement Of Representation Of More Than One Creditor By Hennigan Bennett & Dorman LLP And Young Conaway Stargatt & Taylor, LLP".

[2]   See "Credit Agreement Lenders' Objection To Debtors' Motion For An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending Debtors' Exclusive Periods Within Which To File A Chapter 11 Plan And Solicit Acceptances Thereof" [docket # 2617]; "Credit Agreement Lenders' Objection To Debtors' Motion For An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending Debtors' Exclusive Periods Within Which To File A Chapter 11 Plan And Solicit Acceptances Thereof" [docket # 3408]; "Credit Agreement Lenders' (A) Statement Regarding Purported 'Settlement' Of "LBO-Related Causes Of Action"; And (B) Request For Termination Of Plan Exclusivity" [docket # 3999].

- 1 -

the Debtors approach confirmation under the shelter of plan exclusivity, the Credit Agreement Lenders will not further press the point.

Instead, all parties are on notice that the Credit Agreement Lenders remain ready, willing and able to propose a competing plan upon termination of the exclusivity period on August 8, 2010.

Dated:  May 13, 2010                           YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

- and -

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
James O. Johnston
Joshua D. Morse
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Telecopier:  (213) 694-1234

*Counsel to the Credit Agreement Lenders*