**CERTIFICATE OF SERVICE:**

I, Michael Schloss, hereby certify that I am over the age of 18 years, am employed by the U.S. Department of Labor and that on May 13, 2010, the foregoing Objection of the Secretary of the United States Department of Labor was served by facsimile upon the following parties and participants:

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Attn: Kerriann S. Mills

Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Norman L. Pernick

The United States Trustee
Office of the United States Trustee,
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
Attn: Joseph McMahon

Chadbourne & Parke, LLP
30 Rockefeller Plaza,
New York, NY 10112
Attn: Douglas E. Deutsch

Landis, Rath & Cobb, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Attn: Adam G. Landis

  /s Michael Schloss