## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, hereby certify that on the 13th day of May, 2010, I caused a true and correct copy of the foregoing *Response of Deutsche Bank Trust Company of Americas, Indenture Trustee Under the 1992 Indenture, the 1995 Indenture and the 1997 Indenture to the Debtors' Motion to Approve a Disclosures Statement Dated April 12, 2010* to be served upon the below listed Counsel by Facsimile.

/s/ Katharine L. Mayer
Katharine L. Mayer (#3758)

Adam G. Landis, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Facsimile (302) 467-4400

Kerriann S. Mills, Esq.
Sidley Austin LLP
One South Dearborn
Street, Chicago, IL 60603
Facsimile (312) 853-7036

Norman L. Pernick, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Facsimile (302) 652-3117

The United States Trustee
Attn: Joseph McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801,
Facsimile (302) 573-6497

Douglas E. Deutsch, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza,
New York, NY 10112
Facsimile (212) 408-5100

ME1 9944613v.1