## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 13th day of May, 2010, I caused a copy of the **Wells Fargo Bank N.A.'s Objection to the Debtors' Disclosure Statement for Joint Plan of Reorganization for Tribune Company and its Subsidiaries.** to be served upon the parties on the attached Service List in the manner indicated:

Eric M. Sutty (No. 4007)

Case 08-13141-BLS    Doc 4382-1    Filed 05/13/10    Page 2 of 2

| | |
|---|---|
| Sidley Austin LLP<br>Attn: Kerriann S. Mills<br>One South Dearborn Street<br>Chicago, IL 60603<br>Facsimile: (312) 853-7036<br>**VIA FACSIMILE AND**<br>**OVERNIGHT DELIVERY** | Chadbourne & Parke, LLP<br>Attn: Douglas E. Deutsch<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Facsimile: (212) 408-5100<br>**VIA FACSIMILE AND**<br>**OVERNIGHT DELIVERY** |
| Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Facsimile: (302) 652-3117<br>**VIA FACSIMILE AND**<br>**HAND DELIVERY** | Landis, Rath & Cobb, LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>Facsimile: (302) 467-4400<br>**VIA FACSIMILE AND**<br>**HAND DELIVERY** |
| Office of the United States Trustee<br>For the District of Delaware<br>Attn: Joseph McMahon, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19899-0035<br>Facsimile: (302) 573-6497<br>**VIA HAND DELIVERY** | |