MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
(562) 907-6800
(562)907-6820 Facsimile
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITOR
COUNTY OF SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 08-13141 KJC |
| TRIBUNE COMPANY AND TRIBUNE MEDIA SERVICES, INC., | Chapter 11 |
| Debtors. | **LIMITED OBJECTION TO THE DISCLOSURE STATEMENT BY COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTHORITY** |
| | DATE: May 20, 2010 TIME: 10:00 A.M. ET |

TO THE HONORABLE KEVIN J. CAREY  TO ALL PARTIES OF INTEREST:

The County of San Bernardino, California, A California Taxing Authority hereby submits its limited objection to the Disclosure Statement.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION.

The subject property is comprised of business locations in San Bernardino COUNTY.  The business property at these locations is subject to the assessment of local property taxes  under California State law.

These locations have been subject to secured personal property

taxes, mandated under State law for the fiscal tax years 2009-10,

in the estimated amount of **$29,138.79.**

## II. THE DISCLOSURE STATEMENT FAILS TO DISCLOSE

## TAX PAYMENTS TO WHICH THE COUNTY CAN CONSENT.

The Disclosure Statement fails to set forth certain provision

required by the code including the interest rate and lien

retention.  The section for secured claims only allows for

reinstatement of the claim.  Although the definition for

reinstatement leaves unaltered the legal equitable and contractual

rights of a claimant there is not specific language with respect to

the accrual of interest or lien retention as required by Section

1129(b)(2)(A)(i)(I).  The taxing authority has the right to retain

its lien until the claim is paid in full.

Moreover the section entitled Priority Tax claims specifically

addresses the interest issue and cites 11 USC Section 511 which

applies to Taxing Authorities.

San Bernardino is requesting the same concession. The

treatment of this tax claim must also include additional costs,

fees and interest as required by 11 U.S.C. Sections 506 and 511.

Section 511 requires that the interest rate be applied under

non applicable bankruptcy law. Non applicable bankruptcy law in

California Revenue and Taxation Code Section 4103 which states that

when the taxes become defaulted on any given year the interest to

be applied is 1.5 per cent per month or 18% per annum.

San Bernardino requests both pre petition and post petition

interest at the state statutory rate.

1    **III.  THE STATEMENT FAILS TO CORRECTLY IDENTIFY RIVERSIDE'S**

2    **PERSONAL PROPERTY TAXES.**

3    Under California State law the Tax Collector shall collect

4    taxes on personal property, such as business fixtures and business

5    equipment.  California Revenue and Taxation Code Section 2903.

6    Additionally, these personal property taxes are due on the lien

7    date established by California state law which is January 1st

8    preceding the fiscal year for which the taxes are levied.

9    California Revenue and Taxation Code Sections 2901, 117 and 2192.

10    San Bernardino respectfully requests that this court order

11    that an amended Disclosure Statement be filed to provide for the

12    language that is deficient as previously described.

13    **IV. THE DISCLOSURE STATEMENT CANNOT BE APPROVED WHERE**

14    **THE PLAN OF REORGANIZATION IS NOT CONFIRMABLE.**

15    In addition to the absence of adequate information, "[a]

16    clear showing that the plan is not confirmable justifies denial of

17    the sufficiency of the Disclosure statement to avoid the cost and

18    delay of a fruitless venture."  (Citation omitted). <u>In re S.E.T.</u>

19    <u>Income Properties, III,</u>  83 B.R. 791, 792 (Bankr. N.D. Oklahoma

20    1988).  In essence, judicial resources should not be wasted in

21    approving a Disclosure Statement for a plan which may not be

22    confirmed.

23    In the case at bar, the plan is not confirmable because of the

24    reasons cited above.

25    **V. CONCLUSION.**

26    The court should decline to approve the Disclosure Statement

27    until the information described above is provided.  San Bernardino

28    respectfully requests that the court order amended language to the

1  Disclosure Plan regarding the tax claim and payment.

2  Dated: May 13, 2010                Respectfully submitted

3                                     ROMERO LAW FIRM

4

5                                     By /e/MARTHA E. ROMERO
                                       MARTHA E. ROMERO
6                                      Attorney for Secured Creditor
                                       County of SAN BERNARDINO, CA
7                                      A California Taxing Authority

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28