**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on May 13, 2010, a true and correct copy of the foregoing document was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via hand delivery or regular mail upon the following parties:

| *Via Regular Mail* | *Via Hand Delivery* |
|---|---|
| James F. Conlan, Esquire | Norman L. Pernick, Esquire |
| Bryan Krakauer, Esquire | J. Kate Stickles, Esquire |
| Janet E. Henderson, Esquire | COLE, SCHOTZ, MEISEL, FORMAN & |
| Kenneth P. Kansa, Esquire | LEONARD, P.A. |
| D'Lisia E. Bergeron, Esquire | 500 Delaware Avenue, Suite 1410 |
| SIDLEY AUSTIN LLP | Wilmington, DE  19801 |
| One South Dearborn Street | |
| Chicago, IL  60603 | |

Dated:  May 13, 2010

**BENESCH, FRIEDLANDER, COPLAN**
 **& ARONOFF LLP**

By:     */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*

3579934_1.DOC