B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

_____ District Of Delaware_____

In re    Tribune Company_____,          Case No. 08-13141_____
                            Debtor

                                                              Chapter 11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $   27,165,097.85 | | |
| B - Personal Property | | 17 | $ 40,143,804,843.34 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 2 | | $         0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 11 | | $         0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 410 | | $   44,026,307,090.15 | |
| G - Executory Contracts and Unexpired Leases | | 46 | | | |
| H - Codebtors | | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $        N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $        N/A |
| TOTAL | | 492 | $ 40,170,969,941.19 + undetermined amounts | $   44,026,307,090.15 + undetermined amounts | |

B6A (Official Form 6A) (12/07)

In re __Tribune Company_____,                Case No.__08-13141_____
                        **Debtor**                                                              **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Office at 401 & 501 N. Calvert, Baltimore, MD | Fee Simple | | Undetermined | None |
| Parking Garage at 601 N. Calvert, Baltimore, MD | Fee Simple | | Undetermined | None |
| Plant at 300 E. Cromwell, Baltimore, MD | Fee Simple | | Undetermined | None |
| Warehouse at 11830 Westline, St. Louis, MO | Fee Simple | | Undetermined | None |
| Aggregate book value of owned property | | | $27,165,097.85 | |

Total ▶  | $ 27,165,097.85 |

(Report also on Summary of Schedules.)

The value stated above is net book value.

B6B (Official Form 6B) (12/07)

In re **Tribune Company** _____,        Case No.  **08-13141** _____
                              **Debtor**                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooratives. | | See attached rider | | $458,663.62 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached rider | | $2,836,816.81 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

**B6B (Official Form 6B) (12/07) – Cont.**

In re  Tribune Company                                              ,                          Case No. 08-13141
                            **Debtor**                                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached rider | | $17,357,903,529.86 |
| 14. Interests in partnerships or joint ventures. Itemize. | | See attached rider | | $7,211,711.67 + Undetermined Amount |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | 155030 - Note Receivable | | $1,240,545.00 |
| 16. Accounts receivable. | | See attached rider | | $22,533,614,790.92 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | CSV Life Insurance | | Undetermined |

**B6B (Official Form 6B) (12/07) – Cont.**

In re  Tribune Company _____,          Case No. 08-13141 _____
         **Debtor**                                                        **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See attached rider | | Undetermined |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See attached rider | | Undetermined |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See attached rider | | $12,999.18 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached rider | | $6,620.55 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached rider | | $503,776.95 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached rider | | $969,725.82 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  Tribune Company                                        ,                    Case No. 08-13141
                    **Debtor**                                                           **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | See attached rider | | $239,045,662.96 |

     3     continuation sheets attached    Total ▶

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

$ 40,143,804,843.34
+ undetermined amounts

In re: Tribune Company                                                                    Case No. 08-13141

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.2 - Bank Accounts

| BANK | ADDRESS | ACCOUNT TYPE | ACCOUNT NUMBER | BALANCE |
|---|---|---|---|---|
| JPMorgan Chase Bank | One Chase Plaza, Fl 7 New York, NY 10005 | Primary Concentration - Concentration/Wire | ***********122 | $7,748.67 |
| JPMorgan Chase Bank | One Chase Plaza, Fl 7 New York, NY 10005 | Primary Concentration - Wire | ***********984 | $13,550.47 |
| JPMorgan Chase Bank | One Chase Plaza, Fl 7 New York, NY 10005 | Direct Debit - Tax | ***********821 | $0.00 |
| JPMorgan Chase Bank | 10 South Dearborn Street Floor 42 Chicago, IL 60603 | Investment - Inactive - Money Market | ***********274 | $0.00 |
| JPMorgan Chase Bank | One Chase Plaza, Fl 7 New York, NY 10005 | Payroll - Payroll | ***********252 | $0.00 |
| Bank of America | 135 S. LaSalle Street Chicago, IL 60603 | Concentration - Concentration | *******945 | -$2,275.00 |
| Bank of America | 135 S. LaSalle Street Chicago, IL 60603 | Investment - Inactive - Money Market | ***********353 | $0.00 |
| Bank of America | 135 S. LaSalle Street Chicago, IL 60603 | Other Receivables - Business Unit - Concentration | *******172 | $0.00 |
| Northern Trust Bank | 50 S. La Salle Street Chicago, IL 60675 | NT - Primary Disbursement - Concentration | 882** | $439,639.48 |
| Northern Trust Bank | 50 S. La Salle Street Chicago, IL 60675 | NT - CDA - Tribune FSC - Cntr Disbursements | 387**** | $0.00 |
| Northern Trust Bank | 50 S. La Salle Street Chicago, IL 60675 | NT - CDA - Tribune FSC - Cntr Disbursements | 388**** | $0.00 |
| Barclays Bank PLC | 1 Churchill Place London, E14 5HP United Kingdom | Investment - Inactive - Money Market | **873 | $0.00 |
| Credit Suisse Securities | Column Financial, Inc. 227 West Monroe Street Franklin Center Chicago 60606-5016 | Investment - Inactive - Money Market | ****624 | $0.00 |
| DWS Investments | 210 West 10th Street Kansas City, MO 64105-1614 | Investment - Inactive - Money Market | ******733 | $0.00 |
| Lehman | 745 Seventh Avenue New York, NY 10019 | Investment - Inactive - Money Market | ******981 | $0.00 |
| Merrill Lynch | 4 World Financial Center 250 Vesey Street New York, NY 10080 | Investment - Inactive - Money Market | ****023 | $0.00 |
| Morgan Stanley | 1585 Broadway New York, NY 10036 | Investment - Inactive - Money Market | ******585 | $0.00 |

| | Total | $458,663.62 |
|---|---|---|

**In re: Tribune Company**                                                    **Case No. 08-13141**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.9 - Interests in Insurance Policies**

| INSURANCE COMPANY | TYPE OF POLICY | POLICY NUMBER | SURRENDER OR REFUND VALUE |
|---|---|---|---|
| Allied World Assurance Co. Ltd. | Directors & Officers Liability - Excess 15 | C008723/001 | $2,152.60 |
| Axis Insurance Company | Directors & Officers Liability - Excess 14 | MCN736283/01/2007 | $1,435.07 |
| AIG | Directors & Officers Liability - Excess 13 | 317-0501 | $2,152.60 |
| Liberty Mutual Insurance Company | Directors & Officers Liability - Excess 12 | 204828-017 | $1,568.22 |
| U.S. Specialty Insurance Company | Directors & Officers Liability - Excess 11 | 14MGU07A15911 | $1,578.07 |
| Federal Insurance Company | Directors & Officers Liability - Excess 10 | 8209-4599 | $1,578.07 |
| Twin City Fire Insurance Company | Directors & Officers Liability - Excess 9 | 00DA024751707 | $2,367.12 |
| Illinois National Insurance Company | Directors & Officers Liability - Excess 8 | 996-71-64 | $1,882.75 |
| RSUI Indemnity Company | Directors & Officers Liability - Excess 7 | NHS627460 | $1,183.56 |
| Axis Insurance Company | Directors & Officers Liability - Excess 6 | MCN736281/01/2007 | $2,623.99 |
| Great American Insurance Company | Directors & Officers Liability - Excess 5 | DFX3911896 | $2,663.01 |
| U.S. Specialty Insurance Company | Directors & Officers Liability - Excess 4 | 14MGU07A15910 | $4,142.47 |
| ACE American Insurance Company | Directors & Officers Liability - Excess 3 | DOXG23649263001 | $5,030.14 |
| Zurich American Insurance Company | Directors & Officers Liability - Excess 2 | DOC5963461-00 | $5,917.81 |
| Illinois National Insurance Company | Directors & Officers Liability - Excess 1 | 997-24-71 | $8,367.93 |
| Federal Insurance Company | Directors & Officers Liability - Primary | 8209-4590 | $11,835.62 |
| Corporate Officers & Directors Assurance Ltd. | Directors & Officers Liability - Excess 15B | TRIB-1415C | $0.00 |
| Allied World Assurance Co. Ltd. | Directors & Officers Liability - Excess 15A | C000871/006 | $0.00 |
| XL Specialty Insurance Company | Directors & Officers Liability - Excess 14 | ELU099904-07 | $0.00 |
| Liberty Mutual Insurance Company | Directors & Officers Liability - Excess 13 | 190343-017 | $0.00 |
| U.S. Specialty Insurance Company | Directors & Officers Liability - Excess 12 | 14-MGU-07-A15123 | $0.00 |
| Federal Insurance Company | Directors & Officers Liability - Excess 11 | 6803-3016 | $0.00 |
| Twin City Fire Insurance Company | Directors & Officers Liability - Excess 10 | 00 DA 0211880 07 | $0.00 |
| The St. Paul Mercury Insurance Company | Directors & Officers Liability - Excess 9 | 512CM1738 | $0.00 |
| Illinois National Insurance Company | Directors & Officers Liability - Excess 8 | 193-25-40 | $0.00 |
| RSUI Indemnity Company | Directors & Officers Liability - Excess 7 | NHS624752 | $0.00 |
| U.S. Specialty Insurance Company | Directors & Officers Liability - Excess 6 | 14-MGU-07-A15122 | $0.00 |
| Axis Insurance Company | Directors & Officers Liability - Excess 5 | MCN 721098/01/2007 | $0.00 |
| Great American Insurance Company | Directors & Officers Liability - Excess 4 | DFX0009415 | $0.00 |
| Zurich American Insurance Company | Directors & Officers Liability - Excess 3 | DOC 5323861-04 | $0.00 |
| ACE American Insurance Company | Directors & Officers Liability - Excess 2 | DOX G21650675 005 | $0.00 |
| Illinois National Insurance Company | Directors & Officers Liability - Excess 1 | 193-25-38 | $0.00 |
| Federal Insurance Company | Directors & Officers Liability - Primary | 8130-1880 | $0.00 |
| AIG | Fiduciary Liability - Excess 7 | 317-0500 | $4,734.25 |
| RSUI | Fiduciary Liability - Excess 6 | NHS627461 | $3,550.68 |
| XL | Fiduciary Liability - Excess 5 | ELU102095-07 | $3,550.68 |
| Zurich | Fiduciary Liability - Excess 4 | FLC5963463-00 | $2,515.07 |
| U.S. Specialty Insurance Company | Fiduciary Liability - Excess 3 | 14MGU07A15909 | $2,669.61 |
| Axis Insurance Company | Fiduciary Liability - Excess 2 | MCN736280/01/2007 | $2,966.24 |
| Federal Insurance Company | Fiduciary Liability - Excess 1 | 8209-4602 | $3,763.73 |
| Illinois National Insurance Company | Fiduciary Liability - Primary | 996-70-99 | $5,376.98 |
| The St. Paul Mercury Insurance Company | Fiduciary Liability - Excess 4 | 512 CM 1739 | $0.00 |
| U.S. Specialty Insurance Company | Fiduciary Liability - Excess 3 | 14-MGU-07-A15124 | $0.00 |

In re: Tribune Company                                                                              Case No. 08-13141

**SCHEDULE B -PERSONAL PROPERTY**

**Rider B.9 - Interests in Insurance Policies**

| INSURANCE COMPANY | TYPE OF POLICY | POLICY NUMBER | SURRENDER OR REFUND VALUE |
|---|---|---|---|
| Axis Insurance Company | Fiduciary Liability - Excess 2 | MCN 728389/01/2007 | $0.00 |
| Federal Insurance Company | Fiduciary Liability - Excess 1 | 8130-1881 | $0.00 |
| Illinois National Insurance Company | Fiduciary Liability - Primary | 193-25-37 | $0.00 |
| National Union Fire Insurance Company of Pittsburgh, PA | Crime - Excess | 012115928 | $55,906.64 |
| Federal Insurance Company | Crime - Primary | 8058-6342 | $109,111.74 |
| XL Insurance (Bermuda) Ltd. | Excess/Umbrella Liability - Excess 5 - Includes Punitive, Includes Cubs, Excludes Media | XLUMB601524 | $68,219.18 |
| Ace American Insurance Company | Excess/Umbrella Liability - Excess 4 - Excludes Cubs | XCPG23863996 | $42,527.84 |
| Allied World Assurance Company, Ltd | Excess/Umbrella Liability - Excess 3 - Includes Punitive, Excludes Cubs | C000118/007 | $62,559.92 |
| Chubb Atlantic Indemnity Ltd. | Excess/Umbrella Liability - Punitive Wrap for Excess 2 | 33101329 | $0.00 |
| Federal Insurance Company | Excess/Umbrella Liability - Excess 2 | 79769303 | $75,723.29 |
| St. Paul Fire & Marine Insurance Company | Excess/Umbrella Liability - Excess 1 - Includes Punitive | QK01201777 | $155,539.73 |
| Executive Risk Indemnity Inc. | Media Liability - Excess 7 | 8208-0447 | $8,329.56 |
| Axis Reinsurance Company | Media Liability - Excess 6 | MCN634176 | $13,251.58 |
| Illinois National Insurance Company | Media Liability - Excess 5 | 003270107 | $24,023.11 |
| Chubb Atlantic Indemnity Ltd. | Media Liability - Punitive for Primary | 33101443 | $0.00 |
| Executive Risk Indemnity Inc. | Media Liability - Primary | 8171-0293 | $61,192.60 |
| Global Aerospace | Aviation - Helipad | 13000536 | $11,256.16 |
| Global Aerospace | Aviation - Aircraft - Non-Owned | 13000537 | $12,279.45 |
| Ace American Insurance Company | Foreign Liability | PHFD36823276 | $3,925.79 |
| Scottsdale Insurance Company | General Liability - Special Events | BCS0016767 | $4,919.97 |
| Zurich American Insurance Company | General Liability | GLO 5918664-02 | $0.00 |
| Zurich American Insurance Company | Auto Liability | BAP 5918665-02 | $0.00 |
| Zurich American Insurance Company | Workers' Compensation / Employers Liability | WC 5918662-02 WC 5918663-02 | $285,549.45 |
| FM Global | Property - Property and Business Interruption | FC727 | $1,381,520.01 |
| Multimedia Insurance Company | Property - Camera - Broadcasting | 358-1CAM001 | $23,276.71 |
| Multimedia Insurance Company | Property - Third Party Property | 358-1TPCP01 | $23,276.71 |
| Multimedia Insurance Company | Property - TRIA/Terrorism all coverages | 358-1TRIEA1 | $87,287.67 |
| The Hartford Insurance Group - (To be replaced with United Healthcare plan on 1/1/09) | Miscellaneous Insurance - Business Travel Accident - CANCELLED EFFECTIVE 1/1/09 | ETB-019044 | $4,140.69 |
| Multimedia Insurance Company | Miscellaneous Insurance - Business Travel Accident - Difference in Condition - Policy Period is 1/1/08-1/1/09 | 358-1BTDIC1 | $16,438.36 |
| Lloyd's | Miscellaneous Insurance - Special Employee Benefits - Policy Period 4/1/06-4/1/09 - Premium Paid at Inception | A06SC2194900 | $36,331.64 |
| Indian Harbor Insurance/ESC | Miscellaneous Insurance - Pollution - Policy Period 9/17/01-9/17/11 - Premium Paid at Inception | PEC0010026 | $184,622.75 |

Total    $2,836,816.81

**In re: Tribune Company**                                                    **Case No. 08-13141**

### SCHEDULE B -PERSONAL PROPERTY
#### Rider B.13 - Stocks and interests in incorporated businesses

| NAME OF BUSINESS | Net Book Value |
|---|---|
| 153040 - Invest-Wrigley Premium Ticket Services | $1,000.00 |
| 153085 - Invest in Chicago Tribune Company | $3,000,000.00 |
| 153086 - Invest in Los Angeles Times | $2,132,681,565.51 |
| 153087 - Invest in California Community News Corp. | $20,434,203.81 |
| 153101 - Invest in Newsday | $1,036,609,656.76 |
| 153102 - Invest in The Morning Call | $310,012,142.77 |
| 153103 - Invest in The Hartford Courant Co. | $573,446,234.93 |
| 153104 - Invest in The Baltimore Sun Co. | $1,081,603,483.15 |
| 153111 - Inv in Southern Connecticut Newspapers Corp. | $82,754,016.40 |
| 153120 - Invest in Tribune Media Services | $61,331,787.00 |
| 153215 - Invest in Orlando Sentinel Communications Co. | $3,500,000.00 |
| 153265 - Invest in Sun-Sentinel Company | $51,693,158.00 |
| 153270 - Invest in Tribune Broadcasting Company | $1,479,039,615.00 |
| 153280 - Invest-Trib Brdcstg Holdco LLC | $344,632,907.47 |
| 153285 - Invest in Tribune Finance LLC | $2,800,000,000.00 |
| 153313 - Invest in Tribune Properties | $326,732.00 |
| 153317 - Invest in Tribune National Mkt | $238,293,657.00 |
| 153318 - Invest in Tribune Media Net | $153,367,583.00 |
| 153405 - Invest in Riverwalk | $7,868,974.68 |
| 153430 - MultiMedia Insurance Company | $5,000,000.00 |
| 153435 - Invest in Eagle New Media | $1,370,336,794.00 |
| 153436 - Invest in Eagle Publishing | $403,856,323.00 |
| 153469 - Invest in Diana Quentin | $1,937,276.00 |
| 153472 - Invest in CUBS | $20,500,000.00 |
| 153482 - Invest in Shared Services | $110.00 |
| 153488 - Invest in LA International | $4,731,518,144.00 |
| 153489 - Invest in National Journal | $65,432,580.37 |
| 153495 - Invest in New TMC Inc. | $1,000.00 |
| 153601 - Other Investments* | $313,372,774.00 |
| 153105 - Invest in Daily Press | $65,351,811.01 |

|  | |
|---|---|
| **Total:** | **$17,357,903,529.86** |

*"Other Investments" includes investments in the following entities: Tribune Publishing Company, Chicago Avenue Construction, Chicago Tribune Company, Tribune Broadcasting Company, CCN, EZ Buy/Sell Recycler - Parent, EZ Buy/Sell Recycler - SoCal, Hoy LLC, Hoy Chicago LLC, Hoy LA LLC, Hoy-Central, Tribune Receivables LLC, TM Payroll Processing Co., Candle Holdings Corp.-LLC1, Fortify Holdings Corp-LLC1, Publishers Forest Prod. Washington, Wick Holdings Corp-LLC2, Fortification Holding Corp-LLC2, and Tribune California Properties.

**In re: Tribune Company**                                                    **Case No. 08-13141**

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.14 - Interests in partnerships or joint ventures

| NAME OF BUSINESS | Net Book Value |
|---|---|
| 154451 - Invest in Metromix LLC JV | $2,239,012.00 |
| 154483 - Chicago Equity Fund | $898,426.71 |
| 154483 - Legacy.com | $3,703,255.54 |
| 154483 - Merrill Lynch (stocks) | $3,069.42 |
| 154483 - Asia Media Fund | $333,514.00 |
| 154483 - AdStar, Inc. | $34,434.00 |
| Classified Ventures | Undetermined |

**Total: $7,211,711.67 + Undetermined Amount**

**In re: Tribune Company**                                                                 Case No. 08-13141

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.16 - Accounts Receivable**

| DESCRIPTION | VALUE |
|---|---|
| 102900 - Biweekly with a Lag Advance | $41,097.36 |
| 102910 - Employee Advances | $51,000.00 |
| 102700 - Other A/R | $3,883,217.93 |
| 102705 - A/R NewsdayTransition Services | $354,079.52 |
| 102706 - Newsday AP/Payroll Clearing | $265,413.07 |
| 102720 - A/R Miscellaneous Receivable | $1,198,634.47 |
| Intercompany Receivable from 435 Production Company | $219,159.32 |
| Intercompany Receivable from 5800 Sunset Production, Inc. | $30,232,942.85 |
| Intercompany Receivable from Baltimore Newspaper Network, Inc. | $1,105,439.12 |
| Intercompany Receivable from California Community News Corporation | $24,974,520.21 |
| Intercompany Receivable from Central Florida News 13 | $439,877.64 |
| Intercompany Receivable from Chicago Cubs Charities | $30.00 |
| Intercompany Receivable from Chicago Cubs Dominican Baseball Operations LLC | $532,729.45 |
| Intercompany Receivable from Chicago River Production Company | $298.61 |
| Intercompany Receivable from Chicago Tribune Newspapers, Inc. | $20,450,507.81 |
| Intercompany Receivable from Chicago Tribune Press Service, Inc. | $39,776,431.93 |
| Intercompany Receivable from Chicagoland Microwave Licensee, Inc. | $1,094.78 |
| Intercompany Receivable from Courant Specialty Products, Inc. | $966,783.61 |
| Intercompany Receivable from CT Newspapers Publishing Co | $176,147.78 |
| Intercompany Receivable from Diana-Quentin LLC | $154,036.58 |
| Intercompany Receivable from Direct Mail Associates, Inc. | $5,187,110.37 |
| Intercompany Receivable from Gold Coast Publications, Inc. | $109,332,519.72 |
| Intercompany Receivable from Homestead Publishing Company | $24,184,864.00 |
| Intercompany Receivable from Hoy LLC | $5,517,431.29 |
| Intercompany Receivable from McClatchyTribune Info Services | $323,171.77 |
| Intercompany Receivable from Neocomm, Inc. | $32,186,634.35 |
| Intercompany Receivable from North Michigan Production Company | $298.61 |
| Intercompany Receivable from North Orange Avenue Properties, Inc. | $4,055,480.75 |
| Intercompany Receivable from Oak Brook Productions, Inc. | $100,202.70 |
| Intercompany Receivable from Patuxent Publishing Company | $46,345,093.01 |
| Intercompany Receivable from Publishers of Forest Products Co. of Washington | $42.23 |
| Intercompany Receivable from Riverwalk Center I JV | $6,914,065.66 |
| Intercompany Receivable from Shepard's Inc. | $623.00 |
| Intercompany Receivable from Tribune Broadcasting Company | $1,094,114,354.50 |
| Intercompany Receivable from Tribune Broadcasting News Network, Inc. | $32,805,531.24 |
| Intercompany Receivable from Tribune Direct Marketing, Inc. | $143,428,158.48 |
| Intercompany Receivable from Tribune Entertainment Production Company | $85.00 |
| Intercompany Receivable from Tribune Finance Service Center, Inc. | $16,733,732,226.53 |
| Intercompany Receivable from Tribune Finance LLC | $2,886,556.33 |
| Intercompany Receivable from Tribune Hong Kong | $2,370,694.34 |
| Intercompany Receivable from Tribune Interactive, Inc. | $97,356,382.28 |
| Intercompany Receivable from Tribune Media Services, Inc. | $70,301.41 |
| Intercompany Receivable from Tribune National Marketing Company | $121,117,265.96 |
| Intercompany Receivable from Tribune New York Newspaper Holdings, LLC | $2,260,252.34 |
| Intercompany Receivable from Tribune Publishing Company | $3,732,351,159.81 |
| Intercompany Receivable from Tribune Receivables, LLC | $199,973,957.59 |
| Intercompany Receivable from Valumail, Inc. | $12,176,885.61 |

Total **$22,533,614,790.92**

**In re: Tribune Company**                                          **Case No. 08-13141**

## SCHEDULE B -PERSONAL PROPERTY
### Rider B.21 - Other Contingent and Unliquidated Claims

| DESCRIPTION | Net Book Value |
|---|---|
| State of California Income Tax Refund | Undetermined Value |
| Other States' Income Tax Refunds | Undetermined Values |

|  |  |
|---|---|
| **Total** | **Undetermined** |

**In re: Tribune Company**                                                              **Case No. 08-13141**

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.22 - Patents, copyrights, and other intellectual property

| U.S. Trademark | Serial No. | Application Date | Value | Owner |
|---|---|---|---|---|
| MOBIE | 77577578 | 9/24/2008 | Undetermined | Tribune Company |
| MOBIE (Stylized) | 77577569 | 9/24/2008 | Undetermined | Tribune Company |
| PONDER DESIGN | 77537013 | 8/1/2008 | Undetermined | Tribune Company |
| READING BY 9 | 2384053 | 9/5/2000 | Undetermined | Tribune Company |
| READING BY 9 | 2370091 | 7/25/2000 | Undetermined | Tribune Company |
| READING BY 9 & Design | 2370341 | 7/25/2000 | Undetermined | Tribune Company |
| TRIBUNE DIRECT | 3404213 | 4/1/2008 | Undetermined | Tribune Company |

| U.S. Patents | App. No. | Application Date | Value | Owner |
|---|---|---|---|---|
| Newspaper Vending Machine | 6523716 | 2/25/2003 | Undetermined | The Times Mirror Company |

| Domain Name | Value | Owner |
|---|---|---|
| CAREERBUILDERCONNECT.COM | Undetermined | Tribune Classified Services |
| CAREERBUILDERSUCKS.COM | Undetermined | Tribune Classified Services |
| CAREERBUILDERSUX.COM | Undetermined | Tribune Classified Services |
| FLEXADS.COM | Undetermined | Tribune Classified Services |
| GOGREENGETGREENFORGREEN.COM | Undetermined | Corporate-Communications |
| JOBZOOKA.COM | Undetermined | Tribune Classified Services |
| ORLANDODEALERS.COM | Undetermined | Tribune Classified Services |
| RELCON.INFO | Undetermined | Tribune Classified Services |
| TRIBUNECO.BIZ | Undetermined | Tribune Corporate |
| TRIBUNECO.INFO | Undetermined | Tribune Corporate |
| TRIBUNECO.NET | Undetermined | Tribune Corporate |
| TRIBUNECO.ORG | Undetermined | Tribune Corporate |
| TRIBUNECO.US | Undetermined | Tribune Corporate |
| TRIBUNECOMPANY.BIZ | Undetermined | Tribune Corporate |
| TRIBUNECOMPANY.INFO | Undetermined | Tribune Corporate |
| TRIBUNECOMPANY.NET | Undetermined | Tribune Corporate |
| TRIBUNECOMPANY.ORG | Undetermined | Tribune Corporate |

**In re: Tribune Company**                                                    **Case No. 08-13141**

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.23 - Licenses, franchises and general intangibles

| DESCRIPTION | Net Book Value |
|---|---|
| 143050 - Software | $388,161.59 |
| 148090 - Accum Depr-Software | -$375,162.41 |

| **Total:** | **$12,999.18** |
|---|---|

**In re: Tribune Company**                                              **Case No. 08-13141**

### SCHEDULE B -PERSONAL PROPERTY
### Rider B.25 - Automobiles and other vehicles

| DESCRIPTION | Net Book Value |
|---|---|
| 143090 - Autos | $60,947.46 |
| 148120 - Accum Depr - Autos | -$54,326.91 |
| **Total** | **$6,620.55** |

**In re: Tribune Company**                                          **Case No. 08-13141**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.28 - Office equipment, furnishings and supplies**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 143030 - Office Equipment | $159,504.21 |
| 143040 - Computer Equipment | $935,331.45 |
| 145000 - Furniture & Fixtures | $5,685,043.49 |
| 148040 - Accum Depr-Furniture & Fixture | -$5,241,767.87 |
| 148050 - Accum Depr-Office Equipment | -$143,401.89 |
| 148060 - Accum Depr-Comp Equipment | -$890,932.44 |
| **Total:** | $503,776.95 |

**In re: Tribune Company**                                                                 **Case No. 08-13141**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.29 - Machinery, fixtures, equipment and supplies used in business**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 143000 - Machinery and Equipment | $1,134,747.71 |
| 143010 - Production Equipment | $126,963.90 |
| 143120 - Other Equipment | $53,973.86 |
| 147000 - CIP | $482,717.70 |
| 148020 - Accum Depr-Machinery&/Equip | -$732,119.07 |
| 148030 - Accum Depr-Production Equip | -$66,738.21 |
| 148080 - Accum Depr-Other Equip | -$29,820.07 |
| **Total:** | **$969,725.82** |

**In re: Tribune Company**                                          **Case No. 08-13141**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.35 - Other personal property of any kind**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 106000 - Prepaid Expenses | $1,217,433.68 |
| 106020 - Prepaid Insurance | $3,076,834.22 |
| 106040 - Prepaid Postage | $94,227.76 |
| 106043 - Prepaid-Direct Mail Postage Clearing | $970.73 |
| 120090 - Other Current Assets | $179,120,827.00 |
| 156070 - Interest Rate Swap & Other Long Term Assets | $37,820,092.57 |
| 156205 - Interest Rate Cap | $6,617,137.00 |
| 106900 - Deferred Income Taxes | $6,579,477.00 |
| 120010 - Deferred Charges | $4,518,663.00 |

|  | |
|---|---|
| **Total:** | **$239,045,662.96** |

**B6C (Official Form 6C) (12/07)**

In re  Tribune Company                              ,        Case No.  08-13141
                    **Debtor**                                              **(If known)**

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

B6D (Official Form 6D) (12/07)

In re   Tribune Company                                    ,          Case No.   08-13141
                        Debtor                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barclays Bank PLC, as Administrative Agent<br>200 Park Ave, 5th Floor<br>New York, NY 10166 | | | Secretary of State of Delaware UCC Filing Statement number 2008 2298097 dated 07/03/2008<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>Citicapital Technology Finance, Inc.<br>1255 Wrights Lane<br>West Chester, PA 19380 | | | Secretary of State of Delaware UCC Filing Statement number 40932212 dated 04/02/2004<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>Forsythe/McCarthur Associates, Inc.<br>7770 Frontage Rd<br>Skokie, IL 60077 | | | Secretary of State of Delaware UCC Filing Statement number 40558884 dated 02/18/2004<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |

 _1_ continuation sheets attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | |
|---|---|
| $ 0.00 | $0.00 |
| $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re   Tribune Company                                         ,          Case No.   08-13141
                    **Debtor**                                                                **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JPMorgan Chase Bank, NA, as Agent<br>1111 Fannin, 8th Floor<br>Houston, TX 77002 | | | Secretary of State of Delaware UCC Filing Statement number 72116407 dated 06/05/2007<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>Xerox Corporation<br>1301 Ridgeview, Bldg 300<br>Lewisville, TX 75057 | | | Secretary of State of Delaware UCC Filing Statement number 2008 3666490 dated 10/31/2008<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 0.00

$0.00

Total(s) ▶
(Use only on last page)

$ 0.00
+ undetermined amounts

$0.00
+ undetermined amounts

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re    __Tribune Company_____,                Case No. __08-13141_____
                                                    **Debtor**                                                                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐     **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐     **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐     **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐     **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **Tribune Company**                                     ,               Case No. **08-13141**                                    
                            **Debtor**                                                                                    **(if known)**

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**


  __1__  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **Tribune Company**                          ,          Case No.  **08-13141**
_____Debtor_____                                    _____(if known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  See attached rider E: Creditors Holding Unsecured Priority Claims | | | | | X | | Undetermined | Undetermined | Undetermined |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no.  _1_  of  _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| | | |
|---|---|---|
| $ 0.00 + undetermined amounts | | |

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | | |
|---|---|---|
| | $ 0.00 + undetermined amounts | $ 0.00 + undetermined amounts |

In re: Tribune Company

Case No. 08-13141

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name,  Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA FRANCHISE TAX BOARD ATTN BANKRUPTCY DIVISION, CHAPTER 11 PO BOX 2952 SACRAMENTO, CA 95812-2952 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF CHICAGO DEPARTMENT OF REVENUE 120 N RACINE AVE - DEPT OF BUILDINGS CHICAGO, IL 60607-2010 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF LOS ANGELES OFFICE OF FINANCE P.O. BOX 53233 LOS ANGELES, CA 90053-0233 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF PHILADELPHIA DEPARTMENT OF REVENUE PO BOX 1630 PHILADELPHIA, PA 19105 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| CITY OF PORTLAND 111 SW COLUMBIA ST ROOM 600 PORTLAND, OR 97201-5814 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| COLORADO DEPARTMENT OF REVENUE ATTN BANKRUPTCY DEPARTMENT 1375 SHERMAN ST. DENVER, CO 80261 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| COLORADO DEPARTMENT OF REVENUE TAXPAYER SERVICE DIVISION 1375 SHERMAN ST DENVER, CO 80261 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Tribune Company

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| COMMISSIONER OF REVENUE SERVICES DEPT OF REVENUE SERVICES P O BOX 2931 HARTFORD, CT 06104-2931 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| COMMISSIONER OF TAXATION & FINANCE NYS TAX DEPT TAX COMPLIANCE DIV PO BOX 1912 ALBANY, NY 12201-1912 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| COMMONWEALTH OF MASSACHUSETTS DEPT OF REVENUE PO BOX 7039 BOSTON, MA 2204 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| COMMONWEALTH OF PA INSURANCE DEPT INSURANCE DEPT INDEMNIFICATION FUND PO BOX 747034 PITTSBURGH, PA 15274-7034 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| COMMONWEALTH OF PA PA DEPT OF REVENUE BUREAU OF RECEIPTS AND CONTROL DEPT 280433 HARRISBURG, PA 17128-0433 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| COMPTROLLER OF MARYLAND REVENUE ADMINISTRATION DIVISION ANNAPOLIS, MD 21411-0001 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| COOK COUNTY TREASURER C/O TREASURER PO BOX 4488 CAROL STREAM, IL 60197-4488 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Tribune Company

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| DC OFFICE OF TAX AND REVENUE 941 NORTH CAPITOL STREET NE 6TH FLOOR WASHINGTON, DC 20002 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| DC TREASURER DC OFFICE OF TAX AND REVENUE BEN FRANKLIN STATION WASHINGTON, DC 20044-0601 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| DEPARTMENT OF REVENUE ATTN BANKRUPTCY DEPARTMENT JAMES R. THOMPSON CTR., CONCOURSE LEVEL, 100 W. RANDOLPH ST. CHICAGO, IL 60601-3274 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| DEPARTMENT OF REVENUE, TAX ENFORCEMENT UNIT DEPAUL CENTER, RM 300 333 S. STATE STREET CHICAGO, IL 60604 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION P.O. BOX 5300 ALBANY, NY 12205-0300 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| DEPT. OF REVENUE DIVISION OF TAXATION AND COLLECTION HARRY S. TRUMAN STATE OFFICE BLDG., 301 W. HIGH ST., RM 330 JEFFERSON CITY, MO 65101 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| DEPT. OF TAXATION, BANKRUPTCY DIVISION ATTN BANKRUPTCY DEPARTMENT 30 E. BROAD ST., 23D FLOOR COLUMBUS, OH 43215 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| DISTRICT OF COLUMBIA GOVERNMENT OFFICE OF TAX AND REVENUE ATTN BANKRUPTCY DEPARTMENT 941 NORTH CAPITOL STREET NE 1ST FL WASHINGTON, DC 20002 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| FLORIDA DEPARTMENT OF REVENUE 325 W GAINES STREET C/O MS PATRICA FROHE EIAS SUITE 852 TALLAHASSEE, FL 32399-0400 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| FLORIDA DEPARTMENT OF REVENUE 5050 W TENNESSEE ST TALLAHASSEE, FL 32399-0128 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| FLORIDA DEPTARTMENT OF REVENUE GENERAL TAX ADMIN. ATTN BANKRUPTCY DEPARTMENT 1379 BLOUNTSTOWN HIGHWAY TALLAHASSEE, FL 32304-2716 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| FRANCHISE TAX BOARD PO BOX 942867 SACRAMENTO, CA 94257-0531 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Tribune Company

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| GEORGIA INCOME TAX DIVISION DEPARTMENT OF REVENUE PO BOX 740317 ATLANTA, GA 30374-0317 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| GRAND RAPIDS CITY TREASURER PO BOX 347 GRAND RAPIDS INCOME TAX DEPT GRAND RAPIDS, MI 49501-0347 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| ILLINOIS DEPARTMENT OF REVENUE PO BOX 19019 SPRINGFIELD, IL 62794-9019 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| INTERNAL REVENUE SERVICE OGDEN, UT 84201-0027 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| INTERNAL REVENUE SERVICE PO BOX 970030 ST LOUIS, MO 63197 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| MARYLAND STATE DEPT. OF ASSESSMENTS AND TAXATION ATTN BANKRUPTCY DEPARTMENT 301 W. PRESTON ST. BALTIMORE, MD 21201 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| MARYLAND STATE TREASURY DEPT OF ASSESSMENT & TAXATION 301 W PRESTON ST ROOM 801 BALTIMORE, MD 21201-2395 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Tribune Company

Case No. 08-13141

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| MISSOURI DIRECTOR OF REVENUE DEPARTMENT OF REVENUE PO BOX 840 JEFFERSON CITY, MO 65105-0840 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| NEW YORK CITY DEPARTMENT OF FINANCE PO BOX 5060 KINGSTON, NY 12402-5060 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| NEW YORK STATE COMMISSIONER TAXATION AND FINANCE NYS CORP TAX PROCESSING UNIT ALBANY, NY 12204-4936 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| NYS CORPORATION TAX PROCESSING UNIT P.O. BOX 1909 ALBANY, NY 12201-1909 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| OHIO DEPT OF TAXATION PO BOX 27 COLUMBUS, OH 43216-0027 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| OREGON DEPARTMENT OF REVENUE BOX 14800 SALEM, OR 97309-0920 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| PA DEPARTMENT OF REVENUE BUREAU OF CORPORATION TAXES DEPT 280701 HARRISBURG, PA 17128-0701 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| RONALD A LEGGETT COLLECTOR OF REVENUE PO BOX 66877 ST LOUIS, MO 63166-6877 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

In re: Tribune Company

Case No. 08-13141

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| STATE OF CONNECTICUT DEPT OF REVENUE<br>1245 FARMINGTON AVE<br>WEST HARTFORD, CT 06107 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| STATE OF LOUISIANA<br>POST OFFICE BOX 91011<br>BATON ROUGE, LA 70821-9011 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| STATE OF MARYLAND<br>333 W CAMDEN ST<br>LYNDHURST, NJ 07071 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>PO BOX 248<br>TRENTON, NJ 08646-0248 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| STATE OF RHODE ISLAND<br>DIVISION OF TAXATION<br>ONE CAPITAL HILL STE 4<br>PROVIDENCE, RI 02908-5802 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| TOWN OF OYSTER BAY<br>DIVISION OF BUILDING<br>74 AUDREY AVE<br>OYSTER BAY, NY 11771 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICES CTR<br>CINCINNATI, OH 45999-0009 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| UTAH STATE TAX COMMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134-0300 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name,  Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| VIRGINIA DEPARTMENT OF TAXATION OFFICE OF COMPLIANCE PO BOX 27407 RICHMOND, VA 23261-7407 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| WISCONSIN DEPT OF REVENUE PO BOX 930208 MILWAUKEE, WI 53293-0208 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |