## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AMENDMENT TO GLOBAL NOTES
## REGARDING THE DEBTOR'S AMENDED SCHEDULES OF
## ASSETS AND LIABILITIES

Tribune CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC) (the "Debtor") is filing its Amended Schedules E (Creditors Holding Unsecured Priority Claims) and F (Creditors Holding Unsecured Non Priority Claims) (collectively, the "Schedules") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors, prepared the Schedules in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (4437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

"Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes regarding the Debtor's Amended Schedules of Assets and Liabilities (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, <u>all</u> the Schedules.  These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules.[2]

The Schedules have been prepared by the Debtor's management and are unaudited and subject to further review and potential adjustment and amendment.  In preparing the Schedules, the Debtor relied on financial data derived from its books and records that was available at the time of preparation.  The Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, however, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and inadvertent errors, omissions or inaccuracies may exist.  The Debtor reserves all rights to amend or supplement the Schedules.

The Debtor has filed these amended Schedules for the limited purpose of reflecting changes to its liabilities resulting from the  Debtor's continued review of its books and records and, specifically, for the limited purpose of adding certain liabilities to its Schedule E and Schedule F that represent certain checks issued by the Debtor to the identified recipients prior to the commencement of the Debtor's chapter 11 case that were not cashed by the recipients, or on which payment had not cleared, as of the commencement of the Debtor's chapter 11 case.

Except as necessary to reflect the updated liability information contained in these amended Schedules, nothing herein affects the validity of or information contained in (i) the Statements of Financial Affairs (the "Statements") for the Debtor, (ii) the Global Notes to the original Schedules of Assets and Liabilities and Statements for the Debtor, each of which were filed by the Debtor with the Bankruptcy Court on October 12, 2009, or (iii) the Global Notes to the Amended Schedules of Assets and Liabilities filed by the Debtor with the Bankruptcy Court on December 9, 2009.

<u>**Reservation of Rights**</u>.  Nothing contained in the Schedules or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

---

[2] These Global Notes are in addition to any specific notes contained in the Debtor's Schedules.  The fact that the Debtor has prepared a "General Note" with respect to any of its Schedules and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such General Note to any of the Debtor's remaining Schedules, as appropriate.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re  <u>Tribune CNLBC, LLC</u>,
　　　　　　　Debtor

Case No. <u>09-13496</u>

Chapter <u>11</u>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | | $ N/A | | |
| B - Personal Property | No | | $ N/A | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | No | | | $ N/A | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 10 | | $10,806.92 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | $1,257,704,997.10 | |
| G - Executory Contracts and Unexpired Leases | No | | | | |
| H - Codebtors | No | | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ N/A |
| TOTAL | | | $ | $1,257,715,804.02 + Undetermined Amounts | |

B6E (Official Form 6E) (12/07)

In re __Tribune CNLBC, LLC_____ ,                    Case No. __09-13496_____
                        **Debtor**                                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐     **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐     **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐     **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐     **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **Tribune CNLBC, LLC**                          ,                     Case No. **09-13496**
                        **Debtor**                                                              **(if known)**

☐     **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐     **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒     **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐     **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐     **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**


 **8**  **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re   **Tribune CNLBC, LLC**                              ,          Case No.   **09-13496**
              **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ackerman, Mary Alice | | | Unclaimed Checks | | | | $446.14 | $446.14 | |
| Account No. <br><br> Bowens, Scott | | | Unclaimed Checks | | | | $113.74 | $113.74 | |
| Account No. <br><br> Brenly, Michael | | | Unclaimed Checks | | | | $70.69 | $70.69 | |
| Account No. <br><br> Bristow, Justin Taylor | | | Unclaimed Checks | | | | $70.02 | $70.02 | |
| Sheet no. _1_ of _8_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ <br> (Totals of this page) | | | | $ 700.59 | $ 700.59 | $ 0.00 |
| | | | Total ▶ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re  Tribune CNLBC, LLC                                ,          Case No.   09-13496
_____                           _____
                    **Debtor**                                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Burke, Kyler Brandon | | | Unclaimed Checks | | | | $73.64 | $73.64 | |
| Account No. <br><br> CITY OF CHICAGO DEPARTMENT OF REVENUE BUREAU OF FIRE PREVENTION CHICAGO, IL 60610 | | | Taxing Authority | | X | | Undetermined | | |
| Account No. <br><br> CITY OF MESA C/O HOHOKAM STADIUM ATTN DAVE DUNNE MESA, AZ 85201 | | | Taxing Authority | | X | | Undetermined | | |
| Account No. <br><br> Cobb, Betty | | | Unclaimed Checks | | | | $1,131.85 | $1,131.85 | |

Sheet no.  2  of  8  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page) — $ 1,205.49 | $ 1,205.49 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ | $

B6E (Official Form 6E) (12/07) – Cont.

In re   Tribune CNLBC, LLC                                    ,          Case No.   09-13496
_____                                    _____
                    Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> COOK COUNTY DEPARTMENT OF REVENUE <br> PO BOX 641670 <br> COOK COUNTY DEPT OF REVENUE <br> CHICAGO, IL 60664-1670 | | | Taxing Authority | | X | | Undetermined | | |
| Account No. <br><br> Emmel, Brian | | | Unclaimed Checks | | | | $515.40 | $515.40 | |
| Account No. <br><br> Gordon, John Blair | | | Unclaimed Checks | | | | $201.04 | $201.04 | |
| Account No. <br><br> Gunning, Joseph | | | Unclaimed Checks | | | | $388.74 | $388.74 | |

Sheet no.  3  of  8  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 1,105.18 | $ 1,105.18 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$                $

B6E (Official Form 6E) (12/07) – Cont.

In re __Tribune CNLBC, LLC_____,                    Case No.  __09-13496_____
                          **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

_Type of Priority for Claims Listed on This Sheet_

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Houlihan, Kelly A | | | Unclaimed Checks | | | | $196.53 | $196.53 | |
| Account No.<br>ILLINOIS DEPARTMENT OF REVENUE<br>RETAILERS OCCUPATION TAX<br>SPRINGFIELD, IL 62796-0001 | | | Taxing Authority | | X | | Undetermined | | |
| Account No.<br>INTERNAL REVENUE SERVICE<br>PO BOX 970030<br>ST LOUIS, MO 63197 | | | Taxing Authority | | X | | Undetermined | | |
| Account No.<br>Kelly, Luke | | | Unclaimed Checks | | | | $1,725.81 | $1,725.81 | |
| Sheet no. _4_ of _8_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶<br>(Totals of this page) | | | | $ 1,922.34 | $ 1,922.34 | $ 0.00 |
| | | | Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re   Tribune CNLBC, LLC                                    ,                    Case No.   09-13496
              **Debtor**                                                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

 Type of Priority for Claims Listed on This Sheet 

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lewis, Darryl E | | | Unclaimed Checks | | | | $5.03 | $5.03 | |
| Account No.<br><br>Machado, Anderson J. | | | Unclaimed Checks | | | | $1,907.61 | $1,907.61 | |
| Account No.<br><br>McGinnis, Frances M | | | Unclaimed Checks | | | | $195.27 | $195.27 | |
| Account No.<br><br>Pierro, William J | | | Unclaimed Checks | | | | $1,613.67 | $1,613.67 | |

Sheet no.  5  of  8  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 3,721.58 | $ 3,721.58 | $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$ | $

B6E (Official Form 6E) (12/07) – Cont.

In re   Tribune CNLBC, LLC                              ,          Case No.   09-13496
                    Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Rohan, Gregory | | | Unclaimed Checks | | | | $290.40 | $290.40 | |
| Account No. Schippers, Jerry | | | Unclaimed Checks | | | | $158.28 | $158.28 | |
| Account No. Shafer, Aaron R. | | | Unclaimed Checks | | | | $70.69 | $70.69 | |
| Account No. Stevens, Sean J | | | Unclaimed Checks | | | | $71.14 | $71.14 | |

Sheet no.   6   of   8   continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)            $ 590.51        $ 590.51        $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)            $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)            $            $

B6E (Official Form 6E) (12/07) – Cont.

In re   Tribune CNLBC, LLC                          ,          Case No.   09-13496
_____                    _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Turkin, Jeremy | | | Unclaimed Checks | | | | $0.50 | $0.50 | |
| Account No. Veremis, Jonathan | | | Unclaimed Checks | | | | $506.85 | $506.85 | |
| Account No. Vitters, Joshua W. | | | Unclaimed Checks | | | | $482.60 | $482.60 | |
| Account No. Vitters, Joshua W. | | | Unclaimed Checks | | | | $532.77 | $532.77 | |
| Sheet no. _7_ of _8_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ (Totals of this page) | | | | $ 1,522.72 | $ 1,522.72 | $ 0.00 |
| | | | Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

**B6E (Official Form 6E) (12/07) – Cont.**

In re   Tribune CNLBC, LLC                              ,       Case No.   09-13496
　　　　　　　　　Debtor                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

　Type of Priority for Claims Listed on This Sheet　

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Wolforth, Holly | | | Unclaimed Checks | | | | $38.51 | $38.51 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no.　8　of　8　continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| $ 38.51 | $ 38.51 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ 10,806.92 + undetermined amounts | | |

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | $ 10,806.92 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re   Tribune CNLBC, LLC                          ,                Case No. 09-13496
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Akerson, Maegan D | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO.<br><br>Alvarez, Belinda | | | Unclaimed Checks | | | | $26.09 |
| ACCOUNT NO.<br><br>Arizona Department of Revenue | | | Unclaimed Checks | | | | $118.49 |
| ACCOUNT NO.<br><br>Baez, Sammy Ariel | | | Unclaimed Checks | | | | $157.07 |
| | | | | | Subtotal ▶ | | $ 303.95 |
| _25_ continuation sheets attached | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC_____,                    Case No.  09-13496_____
                    **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Beltran, Francis | | | Unclaimed Checks | | | | $13.00 |
| ACCOUNT NO. <br> Bialas, Cassandra | | | Unclaimed Checks | | | | $15.09 |
| ACCOUNT NO. <br> Blair, Nychelle | | | Unclaimed Checks | | | | $39.83 |
| ACCOUNT NO. <br> Block, Lauren D | | | Unclaimed Checks | | | | $36.64 |
| ACCOUNT NO. <br> Bodie, Creighton | | | Unclaimed Checks | | | | $207.25 |

Sheet no.   1  of  25  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 311.81

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.  **09-13496**
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Branick, Tina | | | Unclaimed Checks | | | | $84.54 |
| ACCOUNT NO. <br> Broderick, Gerald J | | | Unclaimed Checks | | | | $922.45 |
| ACCOUNT NO. <br> Bucher, Brenda J | | | Unclaimed Checks | | | | $54.79 |
| ACCOUNT NO. <br> Buckner, Cornel | | | Unclaimed Checks | | | | $71.89 |
| ACCOUNT NO. <br> Bunn, Markay A | | | Unclaimed Checks | | | | $59.84 |

Sheet no. _2_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 1,193.51

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC**                              ,          Case No.  **09-13496**
_____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Burman, Barry | | | Unclaimed Checks | | | | $327.95 |
| ACCOUNT NO.  Cacciatore, Joseph P | | | Unclaimed Checks | | | | $476.75 |
| ACCOUNT NO.  Camacaro Blanco, Israel Eduardo | | | Unclaimed Checks | | | | $211.54 |
| ACCOUNT NO.  Caridad, Jose | | | Unclaimed Checks | | | | $237.24 |
| ACCOUNT NO.  Castillo, Dionis Nunez | | | Unclaimed Checks | | | | $305.11 |

Sheet no. _3_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,558.59

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC                          ,          Case No.  09-13496
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Castillo, Nolberto | | | Unclaimed Checks | | | | $30.71 |
| ACCOUNT NO.<br>Castillo, Welington Andres | | | Unclaimed Checks | | | | $327.83 |
| ACCOUNT NO.<br>Catalan, Alexander | | | Unclaimed Checks | | | | $35.40 |
| ACCOUNT NO.<br>Catallo, Joseph | | | Unclaimed Checks | | | | $146.03 |
| ACCOUNT NO.<br>Charnot, Bryan | | | Unclaimed Checks | | | | $2.93 |

Sheet no. _4_of_25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 542.90

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC                                ,                    Case No.  09-13496
_____
                              **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Coffey, Vincent | | | Unclaimed Checks | | | | $1.93 |
| ACCOUNT NO.<br>Conway, Michael | | | Unclaimed Checks | | | | $114.00 |
| ACCOUNT NO.<br>Crenshaw, Sylvester | | | Unclaimed Checks | | | | $3.04 |
| ACCOUNT NO.<br>Dascola, Frances | | | Unclaimed Checks | | | | $36.17 |
| ACCOUNT NO.<br>Delgado, Daisy | | | Unclaimed Checks | | | | $131.32 |

Sheet no.  5  of  25  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 286.46

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC                                      ,                    Case No.   09-13496
                                **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DeLisle, Michael A | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO. <br><br> DeMichael, Richard F | | | Unclaimed Checks | | | | $24.69 |
| ACCOUNT NO. <br><br> Dortch, Jakina S | | | Unclaimed Checks | | | | $4.60 |
| ACCOUNT NO. <br><br> Dortch, James | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO. <br><br> Dudley, Phylicia A | | | Unclaimed Checks | | | | $2.30 |

Sheet no. _6_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 36.19

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.  **09-13496**
_____
　　　　　　　　　**Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dunbar, Joseph E | | | Unclaimed Checks | | | | $4.60 |
| ACCOUNT NO. <br> Engstrom, Phillip | | | Unclaimed Checks | | | | $95.93 |
| ACCOUNT NO. <br> Estate of Eugene Handley, The L | | | Unclaimed Checks | | | | $37.93 |
| ACCOUNT NO. <br> Florida Department of Financial Services | | | Unclaimed Checks | | | | $292.72 |
| ACCOUNT NO. <br> Flozak Jr, Bruce H | | | Unclaimed Checks | | | | $2.30 |

Sheet no. _7_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　| $ 433.48

Total ▶　| $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC                                    ,          Case No.   09-13496
                      **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Galvan, Jaime | | | Unclaimed Checks | | | | $49.08 |
| ACCOUNT NO. <br> Garcia, Nathaniel J | | | Unclaimed Checks | | | | $57.90 |
| ACCOUNT NO. <br> Georgia Department of Revenue | | | Unclaimed Checks | | | | $6,852.53 |
| ACCOUNT NO. <br> Goldrick, Michael R | | | Unclaimed Checks | | | | $4.59 |
| ACCOUNT NO. <br> Goldrick, Sarah | | | Unclaimed Checks | | | | $72.86 |

Sheet no.  8  of  25  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 7,036.96

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC**                          ,          Case No.  **09-13496**
_____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gomez, Juan David | | | Unclaimed Checks | | | | $61.12 |
| ACCOUNT NO.<br><br>Gonzalez, Cristian R. | | | Unclaimed Checks | | | | $72.65 |
| ACCOUNT NO.<br><br>Gonzalez, Marwin Javier | | | Unclaimed Checks | | | | $600.48 |
| ACCOUNT NO.<br><br>Greenwood, Joseph | | | Unclaimed Checks | | | | $183.35 |
| ACCOUNT NO.<br><br>Gross, Kimberly A | | | Unclaimed Checks | | | | $60.21 |

Sheet no. _9_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　$ 977.81

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC                              ,                    Case No.  09-13496                              
**Debtor**                                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Guevara, Jose Antonio | | | Unclaimed Checks | | | | $305.11 |
| ACCOUNT NO.<br><br>Harlow, Ronald | | | Unclaimed Checks | | | | $14.59 |
| ACCOUNT NO.<br><br>Heilemann, Robert | | | Unclaimed Checks | | | | $134.91 |
| ACCOUNT NO.<br><br>Heller, Caitlin | | | Unclaimed Checks | | | | $4.60 |
| ACCOUNT NO.<br><br>Hellmann, Tom | | | Unclaimed Checks | | | | $776.74 |

Sheet no.  _10_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 1,235.95

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC                              ,            Case No.   09-13496
_____                         _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hernandez, Robert Dario | | | Unclaimed Checks | | | | $458.93 |
| ACCOUNT NO.<br>Horvath, Claudia | | | Unclaimed Checks | | | | $14.50 |
| ACCOUNT NO.<br>Huff, Leslie Marie | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO.<br>Hyllestad, Eric | | | Unclaimed Checks | | | | $30.21 |
| ACCOUNT NO.<br>Janowski, Malinda | | | Unclaimed Checks | | | | $214.09 |

Sheet no. _11_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 720.03

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC                                    ,          Case No.   09-13496
                **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jones, George T | | | Unclaimed Checks | | | | $56.12 |
| ACCOUNT NO. <br><br> Jones, Michael | | | Unclaimed Checks | | | | $477.07 |
| ACCOUNT NO. <br><br> JP MORGAN CHASE BANK, NA, AS AGENT <br> ATTN: SHADIA AMINU <br> 1111 FANNIN, 10TH FLOOR <br> HOUSTONE, TX 77002 | X | | Guaranty for Tribune Company Senior Facility | X | X | | Undetermined |
| ACCOUNT NO. <br><br> Juarez, Yanet | | | Unclaimed Checks | | | | $748.39 |

Sheet no.  _12_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 1,281.58

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC**                        ,                    Case No.  **09-13496**
              **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Karras, Matthew | | | Unclaimed Checks | | | | $114.24 |
| ACCOUNT NO.<br><br>Kremer, Carolyn A | | | Unclaimed Checks | | | | $124.42 |
| ACCOUNT NO.<br><br>Kremer, Sarah | | | Unclaimed Checks | | | | $155.71 |
| ACCOUNT NO.<br><br>Krum, Sandy | | | Unclaimed Checks | | | | $16.00 |
| ACCOUNT NO.<br><br>Kuta, Nicholas J | | | Unclaimed Checks | | | | $16.28 |

Sheet no.  _13_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 426.65

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC                                    ,          Case No.  09-13496                                    
                        **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lankford, Michael | | | Unclaimed Checks | | | | $60.82 |
| ACCOUNT NO.<br>Lantz, Michael A | | | Unclaimed Checks | | | | $2.96 |
| ACCOUNT NO.<br>Leek, Morgan A | | | Unclaimed Checks | | | | $19.67 |
| ACCOUNT NO.<br>Lucas, Mark | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO.<br>Madrigal, Anna | | | Unclaimed Checks | | | | $61.17 |

Sheet no. _14_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 146.92

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC**_____ ,          Case No.   **09-13496**_____
_____**Debtor**_____                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Martin, Derek | | | Unclaimed Checks | | | | $164.02 |
| ACCOUNT NO. <br> Martinez, Ramon E | | | Unclaimed Checks | | | | $123.00 |
| ACCOUNT NO. <br> Matheus Figueroa, George Frank | | | Unclaimed Checks | | | | $305.11 |
| ACCOUNT NO. <br> McCaffery, Conor M. | | | Unclaimed Checks | | | | $6.90 |
| ACCOUNT NO. <br> McClung, Jermaine P | | | Unclaimed Checks | | | | $128.94 |

Sheet no. _15_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 727.97

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Tribune CNLBC, LLC                              ,                    Case No.   09-13496
           **Debtor**                                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McCoy, Marcus | | | Unclaimed Checks | | | | $70.79 |
| ACCOUNT NO.<br><br>McNeal, Brittany A | | | Unclaimed Checks | | | | $59.07 |
| ACCOUNT NO.<br><br>McNeal, Brittany A | | | Unclaimed Checks | | | | $36.28 |
| ACCOUNT NO.<br><br>MERRILL LYNCH CAPITAL CORP., AS AGENT ATTN: SHARON HAWKINS LOAN OPERATIONS 600 E. LAS COLINAS BLVD., SUITE 1300 IRVING, TX 75039 | X | | Guaranty for Tribune Company Bridge Facility | X | X | | Undetermined |

Sheet no.   16  of   25  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 166.14

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,                    Case No.  **09-13496**
_____
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mondragon, Ricardo | | | Unclaimed Checks | | | | $12.63 |
| ACCOUNT NO. <br><br> Morales, Luis | | | Unclaimed Checks | | | | $72.46 |
| ACCOUNT NO. <br><br> Morla, Carlos M | | | Unclaimed Checks | | | | $191.14 |
| ACCOUNT NO. <br><br> Mortensen Jr, Thomas | | | Unclaimed Checks | | | | $21.55 |
| ACCOUNT NO. <br><br> Newton, Andrew C | | | Unclaimed Checks | | | | $80.84 |

Sheet no. _17_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 378.62

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC _____ ,                    Case No. __09-13496_____
                **Debtor**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nieves, Joshua | | | Unclaimed Checks | | | | $14.50 |
| ACCOUNT NO.<br><br>OAK BROOK PRODUCTIONS, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $0.20 |
| ACCOUNT NO.<br><br>ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>435 N. MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $1,365.13 |
| ACCOUNT NO.<br><br>Ortez, Jason | | | Unclaimed Checks | | | | $29.10 |
| ACCOUNT NO.<br><br>Patterson, Eric S | | | Unclaimed Checks | | | | $6,794.54 |

Sheet no. _18_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 8,203.47

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC**                                    ,          Case No.   **09-13496**
_____
          **Debtor**                                                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pena Paulino, Julio Cesar | | | Unclaimed Checks | | | | $305.11 |
| ACCOUNT NO.<br><br>Penro, Kirkland | | | Unclaimed Checks | | | | $55.21 |
| ACCOUNT NO.<br><br>Petrick, William | | | Unclaimed Checks | | | | $2,937.65 |
| ACCOUNT NO.<br><br>Pickens, Cornetta | | | Unclaimed Checks | | | | $63.60 |
| ACCOUNT NO.<br><br>Pina, Jose M | | | Unclaimed Checks | | | | $112.21 |

Sheet no.  _19_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 3,473.78

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC**                              ,                    Case No.   **09-13496**
              **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Poole, Johnny R | | | Unclaimed Checks | | | | $47.10 |
| ACCOUNT NO.<br>Rocquemore, Antwan | | | Unclaimed Checks | | | | $8.65 |
| ACCOUNT NO.<br>Rundle, Andrew Thomas | | | Unclaimed Checks | | | | $346.33 |
| ACCOUNT NO.<br>Santana, Felin | | | Unclaimed Checks | | | | $171.62 |
| ACCOUNT NO.<br>Sasenberg, Phillip | | | Unclaimed Checks | | | | $27.46 |

Sheet no. _20_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 601.16

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC** _____ ,          Case No.  **09-13496** _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Schippers, Pat | | | Unclaimed Checks | | | | $54.83 |
| ACCOUNT NO.  Segura, Lisveth | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO.  Selvy Jr, Jerry | | | Unclaimed Checks | | | | $31.14 |
| ACCOUNT NO.  Sewell, Damien P | | | Unclaimed Checks | | | | $37.62 |
| ACCOUNT NO.  Singleton, Jahmel T | | | Unclaimed Checks | | | | $4.60 |

Sheet no. _21_ of _25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 130.49

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Tribune CNLBC, LLC** _____,                    Case No. **09-13496** _____
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Slaughter, Nedra N | | | Unclaimed Checks | | | | $2.30 |
| ACCOUNT NO. <br><br> Smaluk, Kallindra L | | | Unclaimed Checks | | | | $89.66 |
| ACCOUNT NO. <br><br> Soto Gonzalez, Kevin | | | Unclaimed Checks | | | | $340.12 |
| ACCOUNT NO. <br><br> State of California Unclaimed Property Division | | | Unclaimed Checks | | | | $1,291.85 |
| ACCOUNT NO. <br><br> Stevens, Toussaint | | | Unclaimed Checks | | | | $39.78 |

Sheet no. __22_ of __25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 1,763.71

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC                                        ,                    Case No.  09-13496
_____
           **Debtor**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stout, Zachary | | | Unclaimed Checks | | | | $5.42 |
| ACCOUNT NO.<br><br>Sykes, John Justin | | | Unclaimed Checks | | | | $28.48 |
| ACCOUNT NO.<br><br>Tellez, Daisy | | | Unclaimed Checks | | | | $137.86 |
| ACCOUNT NO.<br><br>Tennessee Dept. of Treasury | | | Unclaimed Checks | | | | $415.54 |
| ACCOUNT NO.<br><br>THE DAILY PRESS, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $6,355.20 |

Sheet no. __23_ of __25_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 6,942.50

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Tribune CNLBC, LLC**                              ,            Case No.  **09-13496**
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Thrall, Katelyn | | | Unclaimed Checks | | | | $122.94 |
| ACCOUNT NO.<br><br>TRIBUNE DIRECT MARKETING, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $1,733.67 |
| ACCOUNT NO.<br><br>TRIBUNE FINANCE SERVICE CENTER, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 | | | Intercompany Payable | | | | $1,257,663,999.32 |
| ACCOUNT NO.<br><br>Triplett, Orlando | | | Unclaimed Checks | | | | $2.44 |
| ACCOUNT NO.<br><br>Velez, Melanie D | | | Unclaimed Checks | | | | $14.03 |

Sheet no. _24_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 1,257,665,872.40

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Tribune CNLBC, LLC                                        ,                    Case No.  09-13496
                          **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Virginia Department of the Treasury | | | Unclaimed Checks | | | | $68.50 |
| ACCOUNT NO.<br>Washington Sr, John | | | Unclaimed Checks | | | | $170.54 |
| ACCOUNT NO.<br>Wrightington, Alvin | | | Unclaimed Checks | | | | $5.03 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _25_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 244.07

Total ▶   $ 1,257,704,997.10
(Use only on last page of the completed Schedule F.)    + undetermined amounts
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re ____**Tribune CNLBC, LLC**_____ , Case No. ___**09-13496**_____ Debtor (if known)

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ Signature: _____ Debtor

Date _____ Signature: _____ (Joint Debtor, if any)

[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

X _____               _____
Printed or Typed Name and Title, if any,                                        Social Security No.
of Bankruptcy Petition Preparer                                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____               _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Senior Vice President and Chief Financial Officer of Tribune Company, the parent company of Tribune CNLBC, LLC, and Assistant Treasurer of Tribune CNLBC, LLC, declare under penalty of perjury that I or persons under my direction have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that based upon that review they are true and correct to the best of my knowledge, information, and belief.

Date: 05/13/2010                        Signature: ___/s/ Chandler Bigelow, III_____

                                                        Chandler Bigelow, III
                                                        Assistant Treasurer

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*