The Honorable Kevin J Carey –
Chief United States Bankruptcy Judge
United States Bankruptcy Court
824 Market Street, 5TH Floor
Wilmington, Delaware – 19801


REF Case # 08-13141 (KJC)
Herbert E. Eye
Claim # 3658


In reference to your bankruptcy exclusion letter dated in April. We furnish this additional information. My husband is blind, My name is Mary Lee Eye his wife and I am also covered by his original health Plan. Herbert retired from The Baltimore Sun in 1985 with a health care contract K.C. 45. This contract was fully paid up and provided full payment of all charges after medicare at also provided all prescriptions for all drugs for a 90 days supply for a 2.00 co-pay This plan provided coverage for 23 years Shortly after the present owner of the Tribune the plan was canceld and we were offered health Ins. in which we would be charged a large monthly premium

with hefty co-pays on each medical visit. The W.Va. insurance commissioner determined it would be far cheaper to purchase a full coverage policy from AARP which would cover us 100% for 1 single fee.

The Tribune plan would have taken us out of the medicare program which is totally unacceptable. Our claim is absolutely in order or else Tribune Co should refund all of the prepaid money that was paid in under Contract R.C. 45 which obviously the Tribune Co has a copy. They can not have it both ways.

As to their claim I am unknown the photo of the attached letter prove that to be untrue

Respectfully Submitted

Herbert E. Eye +
Marybee Eye

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611

# TRIBUNE

312/222-9100

April 2010

1009599
HERBERT E EYE
HC 72 BOX 36
FRANKLIN, WV 26807

Dear Participant:

The Pension Protection Act of 2006 (PPA), requires that Tribune send plan participants an annual funding notice for the Tribune Company Cash Balance Pension Plan. It's for informational purposes only — you don't need to take any action.

Importantly:

- The enclosed notice provides a snapshot of pension information for the 2009 plan year, including the funding level, the plan assets and liabilities, and other reporting requirements.

- The company's Employee Benefits Committee oversees the process of paying benefits and administrative expenses, and is responsible for monitoring the funding of the plan and managing the investment of the trust's assets. It works with actuaries to estimate the plan's benefit obligations and determine the amount of contributions needed based on government rules. The objective is to make sure the plan will be sufficiently funded to pay out the benefits earned by participants when they retire.

- The plan is insured by the Pension Benefit Guaranty Corporation (PBGC). While we don't anticipate this scenario, you should know that if for some reason the plan was terminated and it did not have enough money to pay for all expected benefits, the PBGC would take over the plan and pay the required pension benefits up to the annual legal maximum. The PBGC is a federal agency that protects workers' pension benefits. Each year, Tribune pays premiums to the PBGC to insure the benefits under the plan. A section of the enclosed notice outlines the insurance on your benefit available through the PBGC.

If you have questions about this information, please contact the Hewitt Retirement Center at 800/872-2222.

Sincerely,

Mike Bourgon
Vice President/Human Resources