# EXHIBIT A

## Revised Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 4091 and \_\_\_\_** |

## ORDER SUSTAINING DEBTORS' TWENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("NO LIABILITY CLAIMS")

Upon consideration of the Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims (the "Objection"), by which the Debtors[2] request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

CH1 5315746v.1

3007-1, disallowing and expunging the No Liability Claims set forth on Exhibit A attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as modified hereby; and it is further

ORDERED that the No Liability Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED, that solely with respect to the Debtors' Objections to the following claims: Claim No. 3060 of Maureen A. Dombeck; Claim No. 3658 of Herbert Eye; Claim No. 3672 of Terry Godbey; Claim Nos. 4634, 4635, 4636, 4640, 4748, 4749, 4750, and 4751 of Oracle Corporation, successor-in-interest to Sun Microsystems, Inc.; Claim No. 4863 of CNN Newsource Sales, Inc.; and Claim No. 5428 of Marbury von Briesen, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being June 16, 2010 at 11:00 a.m. (prevailing Eastern time), or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such Claims and the Objections thereto; and it is further

ORDERED, that solely with respect to the Debtors' Objection to the following Claims: Claim No. 815 of 9090 Enterprises and Claim No 6221 of Spanlink, the Debtors' Objection is withdrawn; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

2

ORDERED that Local Rule 3007-1(f)(iii) is waived, and the Debtors may reserve the right to object in the future to any of the Proofs of Claim listed on <u>Exhibit A</u> attached hereto to on any ground; and it is further

ORDERED that the Debtors may reserve the right to amend, modify, or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that notwithstanding anything contained in the Objection or the Exhibit attached to the Objection or this Order, the Debtors' rights to (a) bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to the Objection; or (b) exercise their rights of setoff against the holders of such claims relating to such avoidance actions are unaffected; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       May _____, 2010

                                           _____
                                           The Honorable Kevin J. Carey
                                           Chief United States Bankruptcy Judge

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 1920 COLORADO INC RE: SANTA MONICA 1920 COLORADO PLATINUM REALTY MANAGEMENT 201 WILSHIRE BLVD STE A28 SANTA MONICA, CA 90401 | 08-13185 | Los Angeles Times Communications LLC | 06/08/2009 | 3638 | $1,100,692.87 | No liability owed to claimant per Debtors books and records. |
| 2 | 233 BROADCAST LLC / SEARS TOWER C/O JESSICA LINFORD U.S. EQUITIES ASSET MANAGEMENT 233 S. WACKER DR., SUITE 3530 CHICAGO, IL 60606 | 08-13252 | WGN Continental Broadcasting Company | 06/11/2009 | 4756 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 3 | 6400-6500 PARK OF COMMERCE BOULEVARD, LLC ATTN: MUSTAFA SALEHBHAI, ESQ. 3424 PEACHTREE ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13208 | Sun-Sentinel Company | 06/10/2009 | 4276 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 4 | AAT COMMUNICATIONS CORPORATION PO BOX 933547 ATLANTA, GA 31193-3547 | 08-13254 | WPIX, Inc. | 06/11/2009 | 4667 | $10,023.16 | No liability owed to claimant per Debtors books and records. |
| 5 | ARIZONA REPUBLIC, THE 200 E VAN BUREN ST. PHOENIX, AZ 85004 | | No Debtor Asserted | 04/24/2009 | 1386 | $1,767.86 | Claim has insufficient supporting documentation and Debtor's books and records show no liability. A duplicate claim, 2259, was expunged in Omnibus Objection 10 as being insufficiently documented and unsupported. |
| 6 | ARIZONA REPUBLIC, THE P.O. BOX 200 PHOENIX, AZ 85001 | | No Debtor Asserted | 02/02/2009 | 347 | $1,767.86 | Claim has insufficient supporting documentation and Debtor's books and records show no liability. A duplicate claim, 2259, was expunged in Omnibus Objection 10 as being insufficiently documented and unsupported. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BANK OF NEW YORK MELLON<br>101 BARCLAY STREET - 15E<br>NEW YORK, NY 10286 | 08-13238 | Tribune New York Newspaper Holdings, LLC | 06/12/2009 | 4897 | $11,488.17 | No liability owed to claimant per Debtors books and records. |
| 8 | BARLOW, PAUL H<br>408 LAUREL ROAD<br>BOYERTOWN, PA 19512 | 08-13212 | The Morning Call, Inc. | 05/13/2009 | 2761 | Undetermined | No liability owed to claimant per Debtors' books and records. All accrued benefits were paid and no further liability is owed to claimant. |
| 9 | BARRIERE, JOSE M<br>1363 W. 39TH STREET<br>LOS ANGELES, CA 90062 | 08-13141 | Tribune Company | 05/04/2009 | 2343 | $14,124.20 | No liability owed to claimant per Debtors' books and records. No supporting documentation was attached to the claim and the stated basis for the claim is "Tribune going on bankruptcy." The Debtors have been unable to obtain any additional information from claimant to indicate liability. |
| 10 | CALIFORNIA DEPARTMENT OF MOTOR VEHICLES<br>REVENUE SERVICES SUPPORT UNIT<br>PO BOX 825341<br>SACRAMENTO, CA 94232-5341 | 08-13141 | Tribune Company | 06/11/2009 | 4462 | $4,175.00 | Debtors dispute liability for dishonored check fees and penalties. |
| 11 | CCT LLC<br>9825 INDIANAPOLIS BLVD<br>HIGHLAND, IN 46322-2622 | 08-13152 | Chicago Tribune Company | 05/26/2009 | 3147 | $8,158.33 | No liability owed to claimant per Debtors books and records. |
| 12 | CF 4242 BRYN MAWR LLC<br>C/O COLLEEN E. MCMANUS<br>MUCH SHELIST DENENBERG AMENT RUBENSTEIN<br>191 N WACKER DR, STE 1800<br>CHICAGO, IL 60646 | 08-13141 | Tribune Company | 06/11/2009 | 4666 | $36,179.81 | No liability owed to claimant per Debtors books and records. |
| 13 | CLARK STEVENS<br>2215 SANTA ANITA AVENUE<br>SIERRA MADRE, CA 91024 | 08-13141 | Tribune Company | 06/12/2009 | 5597 | $3,671.09 | No liability owed to claimant per Debtors' books and records. The payment of incentive bonuses are at the Debtors' discretion. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | COBALT INDUSTRIAL REIT C/O STEVE A. PEIRCE FULBRIGHT & JAWORSKI, LLP 300 COVENT STREET, SUTIE 2200 SAN ANTONIO, TX 78205-3792 | 08-13152 | Chicago Tribune Company | 06/10/2009 | 4297 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 15 | COSGROVE, JAMES T. C/O WINEGAR, WILHELM, GLYNN & ROEMER ATTN: SCOTT M. WILHELM 3005 ROSEBERRY STREET, P.O. BOX 800 PHILLIPSBURG, NJ 08865 | 08-13141 | Tribune Company | 05/01/2009 | 2238 | $150,000.00 | Underlying state court litigation claim was voluntarily dismissed with prejudice by order entered on Feb. 23, 2010. |
| 16 | COTTON, WILLIAM VIRGIL 6444 NEEDLE LEAF DRIVE ROCKVILLE, MD 20852 | 08-13144 | Baltimore Newspaper Networks, Inc. | 05/04/2009 | 2282 | $1,776.18 | Debtors' books and records show no liability or refunds are owed to claimant on on account of COBRA overpayments or IRS levy. Debtors' records show no evidence that COBRA payments were overpaid. |
| 17 | EMPIRE STATE BUILDING COMPANY, LLC 350 FIFTH AVENUE ROOMS 7912-7915 NEW YORK, NY 10118 | 08-13254 | WPIX, Inc. | 06/12/2009 | 5336 | $44,925.68 | No liability owed to claimant per Debtors books and records. |
| 18 | FLORIDA MEDICAL SCREENING, INC. 20929 STATE ROAD 44 JOHN MULLEN EUSTIS, FL 32736 | 08-13208 | Sun-Sentinel Company | 04/27/2009 | 1908 | $956.58 | No liability owed to claimant per Debtors' books and records. Contract with vendor for service was canceled prior to the invoice date. |
| 19 | FRANKLIN SCHANTZ ASSOC P.O. BOX 1487 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4590 | $7,038.00 | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |
| 20 | FRANKLIN SCHANTZ ASSOC RE: ALLENTOWN 7035 SCHANTZ RD PO BOX 1487 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4652 | $7,038.00* | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | FRANKLIN SCHANTZ ASSOCIATES PO BOX 1487 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4653 | $7,038.00* | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |
| 22 | FRANKLIN SCHANTZ ASSOCIATES, L.P. RE: ALLENTOWN 7035 SCHANTZ RD ATTN: PETER H. GEBERT, PRESIDENT PO BOX 1487 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4589 | $7,038.00* | No liability owed to claimant per Debtors books and records. |
| 23 | GALBO, CAMILLA 1416 S WASHINGTON PARK RIDGE, IL 60068 | 08-13141 | Tribune Company | 06/10/2009 | 4279 | $10,429.28 | Liability due to claimant from third party, not Debtor. |
| 24 | GALLERY CORP POST CONFIRMATION TRUST EDWARD T GAVIN NHB ASSIGNMENTS LLC 919 NORTH MARKET STREET, SUITE 1410 WILMINGTON, DE 19801 | | No Debtor Asserted | 03/24/2009 | 881 | $261,228.07 | Creditor and Debtors have mutually waived and released all claims pursuant to Settlement Agreement dated April 7, 2010. |
| 25 | GLENDALE BUSINESS CENTER, LLC RE: GLENDALE 6631 N SIDNEY PL CARE OF CLOVERLEAF GROUP, INC. 666 DUNDEE ROAD, SUITE 901 NORTHBROOK, IL 60062 | 08-13141 | Tribune Company | 06/02/2009 | 3408 | $990.95 | No liability owed to claimant per Debtors books and records. |
| 26 | GRANDE RONDE WAREHOUSING 201 PENN AVE LA GRANDE, OR 97850 | 08-13222 | Tribune Broadcast Holdings, Inc. | 04/23/2009 | 1620 | Undetermined | Claimant indicated no amounts owed on claim. |
| 27 | GREWE, DAVID 12 GLENCAIRN CT LIVERPOOL, NY 130903914 | | No Debtor Asserted | 04/30/2009 | 2162 | $2,500.00* | No liability owed to claimant per Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | HEALTH CONCEPTS/DOLPHIN CAPITAL CORP<br>566 WEST LAKE STREET, LOWER LEVEL<br>CHICAGO, IL 60661 | 08-13141 | Tribune Company | 02/27/2009 | 685 | $260.75 | Claimant indicated no amounts due on expired lease. |
| 29 | HERNANDEZ, IRENE<br>15489 ORION<br>LAKE ELSINORE, CA 92530 | 08-13141 | Tribune Company | 06/11/2009 | 4593 | $35,922.81 | No liability owed to claimant per Debtors books and records. |
| 30 | JOBVIEW, LLC<br>ERIC SKYTTE OF LEONARD STREET & DEINARD<br>150 SOUTH FIFTH STREET, SUITE 2300<br>MINNEAPOLIS, MN 55402 | 08-13185 | Los Angeles Times Communications LLC | 06/02/2009 | 3418 | $101,545.60 | No liability owed to claimant per Debtors books and records. |
| 31 | KENDRICK-MCCANN LP<br>RE: SANTA FE 12236 MCCANN DR<br>C/O T C COLLINS & ASSOCIATES<br>3600 BIRCH ST SUITE NO.100<br>NEWPORT BEACH, CA 92660 | 08-13141 | Tribune Company | 05/12/2009 | 2728 | $2,375.44 | No liability owed to claimant per Debtors books and records. |
| 32 | LAXINETA, MICHAEL<br>117 SEVEN BRIDGES ROAD<br>CHAPPAQUA, NY 10514 | 08-13235 | Tribune Media Net, Inc. | 06/10/2009 | 4393 | $59,280.00 | No liability owed to claimant per Debtors' books and records. The payment of incentive bonuses are at the Debtors' discretion. |
| 33 | MAAX<br>ASTECH INTERMEDIA<br>999 18TH STREET #2240<br>DENVER, CO 80202-2499 | | No Debtor Asserted | 04/20/2009 | 1065 | $69,335.00 | No liability owed to claimant per Debtors books and records. |
| 34 | MANSI, MATTHEW M.<br>539 DOWNING STREET<br>DENVER, CO 80218 | 08-13141 | Tribune Company | 06/12/2009 | 4988 | $42,500.00 | No liability exists as agreement expired at end of 2007. |
| 35 | MICHAEL CAREY<br>C/O KRAMER & POLLACK, LLP<br>ATTN: LARRY J. KRAMER<br>143 WILLIS AVENUE<br>MINEOLA, NY 11501 | 08-13238 | Tribune New York Newspaper Holdings, LLC | 05/26/2009 | 3164 | $350,000.00 | Claim is a Newsday liability which was not owned by Debtor at the time liability was incurred. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | MILLER, ABRAHAM 751 S DELAWARE ST ALLENTOWN, PA 18103 | | No Debtor Asserted | 05/05/2009 | 2456 | $1,225.83 | No liability owed to claimant per Debtors books and records. |
| 37 | MLRP PENNY LANE LLC, A DELAWARE LLC RE: SCHAUMBURG 1717 PENNY LN. C/O ML REALTY PARTNERS, LLC ONE PIERCE PLACE, SUITE 450 ITASCA, IL 60143 | 08-13141 | Tribune Company | 05/11/2009 | 2650 | $100,493.27* | No liability owed to claimant per Debtors books and records. |
| 38 | NOLLIE, YOLANDA 814 MARGARET SQUARE WINTER PARK, FL 32789 | 08-13141 | Tribune Company | 04/23/2009 | 1579 | $26,750.00 | No liability owed to claimant per Debtors books and records. |
| 39 | NORTH HILLS INDUSTRIAL PARK, INC RE: NORTH HILLS 16715 SCHOENB C/O CASTLE ARCH REAL ESTATE INVESTMENTS 9595 WILSHIRE BLVD STE 1000 BEVERLY HILLS, CA 90212 | 08-13141 | Tribune Company | 06/11/2009 | 4665 | $6,826.62 | No liability owed to claimant per Debtors books and records. |
| 40 | NUCOMM, INC. 101 BILBY RD HACKETTSTOWN, NJ 07840 | 08-13241 | Tribune Television Company | 06/09/2009 | 4121 | $4,778.51 | Part of claim duplicated in surviving claim number 4123. Remainder of claim was credit issued to Debtor for reusing filter. |
| 41 | PACIFIC REALTY CO. RE: CATHEDRAL 68-900 RD. 2767 OCTAVIA ST SAN FRANCISCO, CA 94123 | 08-13185 | Los Angeles Times Communications LLC | 06/08/2009 | 3696 | $11,589.61 | No liability owed to claimant per Debtors books and records. |
| 42 | PATTISHALL MCAULIFFE NEWBERRY HILLIARD AND GERALDSON 311 S WACKER DRIVE CHICAGO, IL 60606 | 08-13141 | Tribune Company | 05/01/2009 | 2255 | $1,280.57 | Debtor was overcharged for service. Has satisfied authorized amount of invoices. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 43 | POPE RESOURCES 19245 10TH AVE NE POULSBO, WA 98370-7456 | | No Debtor Asserted | 06/03/2009 | 3454 | $11,530.12 | No liability owed to claimant per Debtors books and records. |
| 44 | POWELL, BRENDA L 30234 UNITY RD SEDLEY, VA 23878 | | No Debtor Asserted | 04/24/2009 | 1421 | $13,152.00 | No liability owed to claimant per Debtors books and records. |
| 45 | RAUB, LAMONT 946 EDGEMONT AVE PALMERTON, PA 18071 | 08-13212 | The Morning Call, Inc. | 06/12/2009 | 5409 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 46 | REALTY ASSOCIATES FUND VIII LP., THE C/O RONALD K. BROWN JR LAW OFFICES OF RONALD K. BROWN JR 901 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660 | 08-13141 | Tribune Company | 06/03/2009 | 3460 | $44,626.87 | No liability owed to claimant per Debtors books and records. |
| 47 | REYNOLDS, DAVID L 222 WILLIS STREET BRISTOL, CT 06010 | 08-13211 | The Hartford Courant Company | 04/22/2009 | 1363 | $2,843.10 | No liability owed to claimant per Debtors books and records. |
| 48 | RICHLAND DALLAS TOWER LLC 400 N ASHLEY DRIVE STE 3010 TAMPA, FL 33602-4354 | 08-13241 | Tribune Television Company | 06/02/2009 | 3400 | $10,362.55 | No liability owed to claimant per Debtors books and records. |
| 49 | SARKES TARZIAN INC PO BOX 62 BLOOMINGTON, IN 47402-0062 | 08-13241 | Tribune Television Company | 05/01/2009 | 2234 | $94.09 | No liability owed to claimant per Debtors books and records. |
| 50 | SHUTTLE PRINTING INC 3838 9TH ST LONG ISLAND CITY, NY 111016110 | | No Debtor Asserted | 06/12/2009 | 4881 | Undetermined | Claimant indicates they are unable to determine any liability owed by Debtor |
| 51 | SHUTTLE PRINTING INC ATN: ACCOUNTING 48-23 55TH AVE MASPETH, NY 11378 | | No Debtor Asserted | 06/12/2009 | 5095 | Undetermined | Claimant indicates they are unable to determine any liability owed by Debtor |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| # | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|-----------------------------------|
| 52 | SJCT LLC<br>9825 INDIANAPOLIS BLVD<br>HIGHLAND, IN 46322-2622 | 08-13152 | Chicago Tribune Company | 05/26/2009 | 3146 | $9,623.37 | No liability owed to claimant per Debtors books and records. |
| 53 | ST JOHN PROPERTIES INC<br>2560 LORD BALTIMORE DRIVE<br>BALTIMORE, MA 21244 | 08-13209 | The Baltimore Sun Company | 06/05/2009 | 3594 | $2,263.85 | No liability owed to claimant per Debtors books and records. |
| 54 | SUNSET BRONSON ENTERTAINMENT PROPERTIES<br>LLC - C/O DAVID A. FIDLER, ESQ.<br>KLEE TUCHIN BOGDANOFF & STERN LLP<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067 | 08-13183 | KTLA Inc. | 06/03/2009 | 3458 | $83,390.06* | No liability owed to claimant per Debtors books and records. |
| 55 | SUSI, SAMUEL<br>7806 CHARNEY LN<br>BOCA RATON, FL 33496 | 08-13208 | Sun-Sentinel Company | 05/14/2009 | 2790 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 56 | SWIFT, EILEEN<br>2415 RAVENNA BLVD. NO.101<br>NAPLES, FL 34109-0383 | | No Debtor Asserted | 05/04/2009 | 2406 | $17,280.00 | No liability owed to claimant per Debtors books and records. |
| 57 | TRIO ASSOCIATES<br>RE: PASADENA 125 N. VINEDO<br>PO BOX 757<br>4778 NORTH STONE ROAD<br>BETHEL ISLAND, CA 94511 | 08-13141 | Tribune Company | 05/18/2009 | 2900 | $5,612,205.00 | No liability owed to claimant per Debtors books and records. |
| 58 | WEINSTEIN, BOLDT, HALFHIDE AND CAMEL<br>RE: SANTA FE SPRINGS 13100 E<br>1925 CENTURY PARK EAST, SUITE 1050<br>LOS ANGELES, CA 90067 | 08-13185 | Los Angeles Times Communications LLC | 04/23/2009 | 1651 | $331,222.00* | No liability owed to claimant per Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 59 | WINTERS, CARLYLE 2205 BELLEAIR ROAD APT. A25 CLEARWATER, FL 33764-2765 | 08-13141 | Tribune Company | 05/14/2009 | 2805 | $10,000.00* | No liability owed to claimant per Debtors books and records. |
| 60 | ZELLWIN FARMS COMPANY RE: TAVARES 1898 E. BURLEIGH P.O. BOX 188 ZELLWOOD, FL 32798 | 08-13198 | Orlando Sentinel Communications Company | 05/14/2009 | 2783 | $4,578.27 | No liability owed to claimant per Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 9 of 9