**<ins>EXHIBIT B</ins>**

**Black Lined Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket ~~No~~Nos. 4091 and |

## ORDER SUSTAINING DEBTORS' TWENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("NO LIABILITY CLAIMS")

Upon consideration of the Debtors' Twenty-Fourth Omnibus (Substantive)

Objection to Claims (the "Objection"), by which the Debtors[2] request entry of an order pursuant

to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

3007-1, disallowing and expunging the No Liability Claims set forth on Exhibit A attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as modified hereby; and it is further

ORDERED that the No Liability Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED, that solely with respect to the Debtors' Objections to the following claims: Claim No. 3060 of Maureen A. Dombeck; Claim No. 3658 of Herbert Eye; Claim No. 3672 of Terry Godbey; Claim Nos. 4634, 4635, 4636, 4640, 4748, 4749, 4750, and 4751 of Oracle Corporation, successor-in-interest to Sun Microsystems, Inc.; Claim No. 4863 of CNN Newsource Sales, Inc.; and Claim No. 5428 of Marbury von Briesen, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being June 16, 2010 at 11:00 a.m. (prevailing Eastern time), or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such Claims and the Objections thereto; and it is further

ORDERED, that solely with respect to the Debtors' Objection to the following Claims: Claim No. 815 of 9090 Enterprises and Claim No 6221 of Spanlink, the Debtors' Objection is withdrawn; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that Local Rule 3007-1(f)(iii) is waived, and the Debtors may reserve the right to object in the future to any of the Proofs of Claim listed on <u>Exhibit A</u> attached hereto to on any ground; and it is further

ORDERED that the Debtors may reserve the right to amend, modify, or supplement this Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

ORDERED that notwithstanding anything contained in the Objection or the Exhibit attached to the Objection or this Order, the Debtors' rights to (a) bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to the Objection; or (b) exercise their rights of setoff against the holders of such claims relating to such avoidance actions are unaffected; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 1920 COLORADO INC RE: SANTA MONICA 1920 COLORADO PLATINUM REALTY MANAGEMENT 201 WILSHIRE BLVD STE A28 SANTA MONICA, CA 90401 | 08-13185 | Los Angeles Times Communications LLC | 06/08/2009 | 3638 | $1,100,692.87 | No liability owed to claimant per Debtors books and records. |
| 2 | 233 BROADCAST LLC / SEARS TOWER C/O JESSICA LINFORD U.S. EQUITIES ASSET MANAGEMENT 233 S. WACKER DR., SUITE 3530 CHICAGO, IL 60606 | 08-13252 | WGN Continental Broadcasting Company | 06/11/2009 | 4756 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 3 | 6400-6500 PARK OF COMMERCE BOULEVARD, LLC ATTN: MUSTAFA SALEHBHAI, ESQ. 3424 PEACHTREE ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 08-13208 | Sun-Sentinel Company | 06/10/2009 | 4276 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 4 | 9090 ENTERPRISES C/O CAROL VERNON 2274 LINDA FLORA DRIVE LOS ANGELES, CA 90077 | | No Debtor Asserted | 03/26/2009 | 945 | $2,814.48 | No liability owed to claimant per Debtors books and records. |
| 5 | AAT COMMUNICATIONS CORPORATION PO BOX 933547 ATLANTA, GA 31193-3547 | 08-13254 | WPIX, Inc. | 06/11/2009 | 4667 | $10,023.16 | No liability owed to claimant per Debtors books and records. |
| 6 | ARIZONA REPUBLIC, THE 200 E VAN BUREN ST. PHOENIX, AZ 85004 | | No Debtor Asserted | 04/24/2009 | 1386 | $1,767.86 | Claim has insufficient supporting documentation and Debtor's books and records show no liability. A duplicate claim, 2259, was expunged in Omnibus Objection 10 as being insufficiently documented and unsupported. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 11

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | ARIZONA REPUBLIC, THE P.O. BOX 200 PHOENIX, AZ 85001 | | No Debtor Asserted | 02/02/2009 | 347 | $1,767.86 | Claim has insufficient supporting documentation and Debtor's books and records show no liability. A duplicate claim, 2259, was expunged in Omnibus Objection 10 as being insufficiently documented and unsupported. |
| 8 | BANK OF NEW YORK MELLON 101 BARCLAY STREET - 15E NEW YORK, NY 10286 | 08-13238 | Tribune New York Newspaper Holdings, LLC | 06/12/2009 | 4897 | $11,488.17 | No liability owed to claimant per Debtors books and records. |
| 9 | BARLOW, PAUL H 408 LAUREL ROAD BOYERTOWN, PA 19512 | 08-13212 | The Morning Call, Inc. | 05/13/2009 | 2761 | Undetermined | No liability owed to claimant per Debtors' books and records. All accrued benefits were paid and no further liability is owed to claimant. |
| 10 | BARRIERE, JOSE M 1363 W. 39TH STREET LOS ANGELES, CA 90062 | 08-13141 | Tribune Company | 05/04/2009 | 2343 | $14,124.20 | No liability owed to claimant per Debtors' books and records. No supporting documentation was attached to the claim and the stated basis for the claim is "Tribune going on bankruptcy". The Debtors have been unable to obtain any additional information from claimant to indicate liability. |
| 11 | CALIFORNIA DEPARTMENT OF MOTOR VEHICLES REVENUE SERVICES SUPPORT UNIT PO BOX 825341 SACRAMENTO, CA 94232-5341 | 08-13141 | Tribune Company | 06/11/2009 | 4462 | $4,175.00 | Debtors dispute liability for dishonored check fees and penalties. |
| 12 | CBS TELEVISION STATIONS INC. C/O JULIE B. BEHUNIAK, ESQ. 51 W. 52 ST NEW YORK, NY 10019 | 08-13148 | Channel 39, Inc. | 06/10/2009 | 4362 | $34,306.35 | No liability owed to claimant per Debtors books and records. |
| 13 | CCT LLC 9825 INDIANAPOLIS BLVD HIGHLAND, IN 46322-2622 | 08-13152 | Chicago Tribune Company | 05/26/2009 | 3147 | $8,158.33 | No liability owed to claimant per Debtors books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

CHI 5315750v.1

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | CF 4242 BRYN MAWR LLC C/O COLLEEN E. MCMANUS MUCH SHELIST DENENBERG AMENT RUBENSTEIN 191 N WACKER DR, STE 1800 CHICAGO, IL 60646 | 08-13141 | Tribune Company | 06/11/2009 | 4666 | $36,179.81 | No liability owed to claimant per Debtors books and records. |
| 15 | CLARK STEVENS 2215 SANTA ANITA AVENUE SIERRA MADRE, CA 91024 | 08-13141 | Tribune Company | 06/12/2009 | 5597 | $3,671.09 | No liability owed to claimant per Debtors' books and records. The payment of incentive bonuses are at the Debtors' discretion. |
| 16 | ~~CNN NEWS SOURCE SALES ATTN: KELLY BLACK-HOLMES/LEGAL ONE CNN CENTER 13 NORTH ATLANTA, GA 30303-2762~~ | ~~08-13251~~ | ~~WDCW Broadcasting, Inc.~~ | ~~06/11/2009~~ | ~~4863~~ | ~~$28,196.38~~ | ~~No liability owed to claimant per Debtors' books and records. The Debtors dispute the statement of account reflects the amounts owed pursuant to the parties' agreement.~~ |
| 17 | COBALT INDUSTRIAL REIT C/O STEVE A. PEIRCE FULBRIGHT & JAWORSKI, LLP 300 COVENT STREET, SUTIE 2200 SAN ANTONIO, TX 78205-3792 | 08-13152 | Chicago Tribune Company | 06/10/2009 | 4297 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 18 | COSGROVE, JAMES T. C/O WINEGAR, WILHELM, GLYNN & ROEMER ATTN: SCOTT M. WILHELM 3005 ROSEBERRY STREET, P.O. BOX 800 PHILLIPSBURG, NJ 08865 | 08-13141 | Tribune Company | 05/01/2009 | 2238 | $150,000.00 | Underlying state court litigation claim was voluntarily dismissed with prejudice by order entered on Feb. 23, 2010. |
| 19 | COTTON, WILLIAM VIRGIL 6444 NEEDLE LEAF DRIVE ROCKVILLE, MD 20852 | 08-13144 | Baltimore Newspaper Networks, Inc. | 05/04/2009 | 2282 | $1,776.18 | Debtors' books and records show no liability or refunds are owed to claimant on on account of COBRA overpayments or IRS levy. Debtors' records show no evidence that COBRA payments were overpaid. |

CHI 5315750v.1

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | DOMBECK, MAUREEN A 4923 N. WOLCOTT UNIT CA CHICAGO, IL 60640 | | No Debtor Asserted | 05/22/2009 | 3060 | $50,000.00 | No liability owed to claimant per Debtors books and records. |
| 21 | EMPIRE STATE BUILDING COMPANY, LLC 350 FIFTH AVENUE ROOMS 7912-7915 NEW YORK, NY 10118 | 08-13254 | WPIX, Inc. | 06/12/2009 | 5336 | $44,925.68 | No liability owed to claimant per Debtors books and records. |
| 22 | EVE, HERBERT HC 73 BOX 36 FRANKLIN, WV 26807 | | No Debtor Asserted | 06/08/2009 | 3658 | $23,556.00 | No liability owed to claimant per Debtors books and records |
| 23 | FLORIDA MEDICAL SCREENING, INC. 20929 STATE ROAD 44 JOHN MULLEN EUSTIS, FL 32736 | 08-13208 | Sun-Sentinel Company | 04/27/2009 | 1908 | $956.58 | No liability owed to claimant per Debtors' books and records. Contract with vendor for service was canceled prior to the invoice date. |
| 24 | FRANKLIN SCHANTZ ASSOC P.O. BOX 1487 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4590 | $7,038.00 | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |
| 25 | FRANKLIN SCHANTZ ASSOC RE: ALLENTOWN 7035 SCHANTZ RD PO BOX 1487 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4652 | $7,038.00* | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |
| 26 | FRANKLIN SCHANTZ ASSOCIATES PO BOX 1487 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4653 | $7,038.00* | No liability owed to claimant per Debtors books and records and duplicates liability asserted in Claim Number 4589. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 4 of 11

CHI 5315750v.1

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | FRANKLIN SCHANTZ ASSOCIATES, L.P. RE: ALLENTOWN 7035 SCHANTZ RD ATTN: PETER H. GEBERT, PRESIDENT PO BOX 1497 BLUE BELL, PA 19422 | 08-13212 | The Morning Call, Inc. | 06/11/2009 | 4589 | $7,038.00* | No liability owed to claimant per Debtors books and records. |
| 28 | GALBO, CAMILLA 1416 S WASHINGTON PARK RIDGE, IL 60068 | 08-13141 | Tribune Company | 06/10/2009 | 4279 | $10,429.28 | Liability due to claimant from third party, not Debtor. |
| 29 | GALLERY CORP POST CONFIRMATION TRUST EDWARD T GAVIN NHB ASSIGNMENTS LLC 919 NORTH MARKET STREET, SUITE 1410 WILMINGTON, DE 19801 | | No Debtor Asserted | 03/24/2009 | 881 | $261,228.07 | Creditor and Debtors have mutually waived and released all claims pursuant to Settlement Agreement dated April 1 2010. |
| 30 | GLENDALE BUSINESS CENTER, LLC RE: GLENDALE 6631 N SIDNEY PL CARE OF CLOVERLEAF GROUP, INC. 666 DUNDEE ROAD, SUITE 901 NORTHBROOK, IL 60062 | 08-13141 | Tribune Company | 06/02/2009 | 3408 | $990.95 | No liability owed to claimant per Debtors books and records. |
| 31 | GODBEY, TERRY 830 ELLWOOD AVE ORLANDO, FL 32804 | 08-13141 | Tribune Company | 06/08/2009 | 3672 | $15,667.77 | No liability owed to claimant per Debtors books and records. |
| 32 | GRANDE RONDE WAREHOUSING 201 PENN AVE LA GRANDE, OR 97850 | 08-13222 | Tribune Broadcast Holdings, Inc. | 04/23/2009 | 1620 | Undetermined | Claimant indicated no amounts owed on claim. |
| 33 | GREWE, DAVID 12 GLENCAIRN CT LIVERPOOL, NY 130903914 | | No Debtor Asserted | 04/30/2009 | 2162 | $2,500.00* | No liability owed to claimant per Debtors books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | HEALTH CONCEPTS/DOLPHIN CAPITAL CORP 566 WEST LAKE STREET, LOWER LEVEL CHICAGO, IL 60661 | 08-13141 | Tribune Company | 02/27/2009 | 685 | $260.75 | Claimant indicated no amounts due on expired lease. |
| 35 | HERNANDEZ, IRENE 15489 ORION LAKE ELSINORE, CA 92530 | 08-13141 | Tribune Company | 06/11/2009 | 4593 | $35,922.81 | No liability owed to claimant per Debtors books and records. |
| 36 | JOBVIEW, LLC ERIC SKYTTE OF LEONARD STREET & DEINARD 150 SOUTH FIFTH STREET, SUITE 2300 MINNEAPOLIS, MN 55402 | 08-13185 | Los Angeles Times Communications LLC | 06/02/2009 | 3418 | $101,545.60 | No liability owed to claimant per Debtors books and records. |
| 37 | KENDRICK-MCCANN LP RE: SANTA FE 12236 MCCANN DR C/O T C COLLINS & ASSOCIATES 3600 BIRCH ST SUITE NO.100 NEWPORT BEACH, CA 92660 | 08-13141 | Tribune Company | 05/12/2009 | 2728 | $2,375.44 | No liability owed to claimant per Debtors books and records. |
| 38 | LAXINETA, MICHAEL 117 SEVEN BRIDGES ROAD CHAPPAQUA, NY 10514 | 08-13235 | Tribune Media Net, Inc. | 06/10/2009 | 4393 | $59,280.00 | No liability owed to claimant per Debtors' books and records. The payment of incentive bonuses are at the Debtors' discretion. |
| 39 | MAAX ASTECH INTERMEDIA 999 18TH STREET #2240 DENVER, CO 80202-2499 | | No Debtor Asserted | 04/20/2009 | 1065 | $69,335.00 | No liability owed to claimant per Debtors books and records. |
| 40 | MANSI, MATTHEW M. 539 DOWNING STREET DENVER, CO 80218 | 08-13141 | Tribune Company | 06/12/2009 | 4988 | $42,500.00 | No liability exists as agreement expires at end of 2007. |
| 41 | MICHAEL CAREY C/O KRAMER & POLLACK, LLP ATTN: LARRY J. KRAMER 143 WILLIS AVENUE MINEOLA, NY 11501 | 08-13238 | Tribune New York Newspaper Holdings, LLC | 05/26/2009 | 3164 | $350,000.00 | Claim is a Newsday liability which was not owned by Debtor at the time liability was incurred. |

* - Indicates claim contains unliquidated and/or undetermined amounts

CHI 5315750v.1

Page 6 of 11

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | MILLER, ABRAHAM<br>751 S DELAWARE ST<br>ALLENTOWN, PA 18103 | | No Debtor Asserted | 05/05/2009 | 2456 | $1,225.83 | No liability owed to claimant per Debtors books and records. |
| 43 | MLRP PENNY LANE LLC, A DELAWARE LLC<br>RE: SCHAUMBURG 1717 PENNY LN.<br>C/O ML REALTY PARTNERS, LLC<br>ONE PIERCE PLACE, SUITE 450<br>ITASCA, IL 60143 | 08-13141 | Tribune Company | 05/11/2009 | 2650 | $100,493.27* | No liability owed to claimant per Debtors books and records. |
| 44 | NOLLIE, YOLANDA<br>814 MARGARET SQUARE<br>WINTER PARK, FL 32789 | 08-13141 | Tribune Company | 04/23/2009 | 1579 | $26,750.00 | No liability owed to claimant per Debtors books and records. |
| 45 | NORTH HILLS INDUSTRIAL PARK, INC<br>RE: NORTH HILLS 16715 SCHOENB<br>C/O CASTLE ARCH REAL ESTATE INVESTMENTS<br>9595 WILSHIRE BLVD STE 1000<br>BEVERLY HILLS, CA 90212 | 08-13141 | Tribune Company | 06/11/2009 | 4665 | $6,826.62 | No liability owed to claimant per Debtors books and records. |
| 46 | NUCOMM, INC.<br>101 BILBY RD<br>HACKETTSTOWN, NJ 07840 | 08-13241 | Tribune Television Company | 06/09/2009 | 4121 | $4,778.51 | Part of claim duplicated in surviving claim number 4123. Remainder of claim was credit issued to Debtor for reusing filter. |
| 47 | PACIFIC REALTY CO.<br>RE: CATHEDRAL 68-900 RD.<br>2767 OCTAVIA ST<br>SAN FRANCISCO, CA 94123 | 08-13185 | Los Angeles Times Communications LLC | 06/08/2009 | 3696 | $11,589.61 | No liability owed to claimant per Debtors books and records. |
| 48 | PATTISHALL MCAULIFFE NEWBERRY HILLIARD AND GERALDSON<br>311 S WACKER DRIVE<br>CHICAGO, IL 60606 | 08-13141 | Tribune Company | 05/01/2009 | 2255 | $1,280.57 | Debtor was overcharged for service. Has satisfied authorized amount of invoices. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 49 | POPE RESOURCES 19245 10TH AVE NE POULSBO, WA 98370-7456 | | No Debtor Asserted | 06/03/2009 | 3454 | $11,530.12 | No liability owed to claimant per Debtors books and records. |
| 50 | POWELL, BRENDA L 30234 UNITY RD SEDLEY, VA 23878 | | No Debtor Asserted | 04/24/2009 | 1421 | $13,152.00 | No liability owed to claimant per Debtors books and records. |
| 51 | RAUB, LAMONT 946 EDGEMONT AVE PALMERTON, PA 18071 | 08-13212 | The Morning Call, Inc. | 06/12/2009 | 5409 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 52 | REALTY ASSOCIATES FUND VIII LP., THE C/O RONALD K. BROWN JR LAW OFFICES OF RONALD K. BROWN JR 901 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660 | 08-13141 | Tribune Company | 06/03/2009 | 3460 | $44,626.87 | No liability owed to claimant per Debtors books and records. |
| 53 | REYNOLDS, DAVID L 222 WILLIS STREET BRISTOL, CT 06010 | 08-13211 | The Hartford Courant Company | 04/22/2009 | 1363 | $2,843.10 | No liability owed to claimant per Debtors books and records. |
| 54 | RICHLAND DALLAS TOWER LLC 400 N ASHLEY DRIVE  STE 3010 TAMPA, FL 33602-4354 | 08-13241 | Tribune Television Company | 06/02/2009 | 3400 | $10,362.55 | No liability owed to claimant per Debtors books and records. |
| 55 | SARKES TARZIAN INC PO BOX 62 BLOOMINGTON, IN 47402-0062 | 08-13241 | Tribune Television Company | 05/01/2009 | 2234 | $94.09 | No liability owed to claimant per Debtors books and records. |
| 56 | SHUTTLE PRINTING INC 3838 9TH ST LONG ISLAND CITY, NY 111016110 | | No Debtor Asserted | 06/12/2009 | 4881 | Undetermined | Claimant indicates they are unable to determine any liability owed by Debtor. |
| 57 | SHUTTLE PRINTING INC ATN: ACCOUNTING 48-23 55TH AVE MASPETH, NY 11378 | | No Debtor Asserted | 06/12/2009 | 5095 | Undetermined | Claimant indicates they are unable to determine any liability owed by Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

CHI_5315790v.1

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | SJCT LLC 9825 INDIANAPOLIS BLVD HIGHLAND, IN 46322-2622 | 08-13152 | Chicago Tribune Company | 05/26/2009 | 3146 | $9,623.37 | No liability owed to claimant per Debtors books and records. |
| 59 | SPANNLINK COMMUNICATIONS 605 HWY 169 N - NO.905 MINNEAPOLIS, MN 55441 | 08-13185 | Los Angeles Times Communications LLC | 09/14/2009 | 6221 | $72,660.10 | No liability owed to claimant per Debtors books and records. |
| 60 | ST JOHN PROPERTIES INC 2560 LORD BALTIMORE DRIVE BALTIMORE, MA 21244 | 08-13209 | The Baltimore Sun Company | 06/05/2009 | 3594 | $2,263.85 | No liability owed to claimant per Debtors books and records. |
| 61 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13152 | Chicago Tribune Company | 06/11/2009 | 4634 | $1,001,426.00 | No liability owed to claimant per Debtors books and records. Pre-paid contracts terminated prior to the petition date. |
| 62 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13141 | Tribune Company | 06/11/2009 | 4635 | $1,001,426.00 | No liability owed to claimant per Debtors books and records. Pre-paid contracts terminated prior to the petition date. |
| 63 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13153 | Chicago Tribune Newspapers, Inc. | 06/11/2009 | 4636 | $1,001,426.00 | No liability owed to claimant per Debtors books and records. Pre-paid contracts terminated prior to the petition date. |
| 64 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13154 | Chicago Tribune Press Service, Inc. | 06/11/2009 | 4640 | $1,001,426.00 | No liability owed to claimant per Debtors books and records. Pre-paid contracts terminated prior to the petition date. |

* - Indicates claim contains unliquidated and/or undetermined amounts

CHI 5315750v.1

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 65 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BAILSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/11/2009 | 4748 | $829,473.00 | No liability owed to claimant per Debtors books and records. Pre-paid contracts terminated prior to the petition date. |
| 66 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BAILSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13141 | Tribune Company | 06/11/2009 | 4749 | $829,473.00 | No liability owed to claimant per Debtors books and records. Pre-paid contracts terminated prior to the petition date. |
| 67 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BAILSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13186 | Los Angeles Times International, Ltd. | 06/11/2009 | 4750 | $829,473.00 | No liability owed to claimant per Debtors books and records. Pre-paid contracts terminated prior to the petition date. |
| 68 | SUN MICROSYSTEMS, INC. LAWRENCE SCHWAB/THOMAS GAA BAILSON, BERGEN & SCHWAB 2600 EL CAMINO REAL, STE 300 PALO ALTO, CA 94306 | 08-13185 | Los Angeles Times Communications LLC | 06/11/2009 | 4751 | $829,473.00 | No liability owed to claimant per Debtors books and records. Pre-paid contracts terminated prior to the petition date. |
| 69 | SUNSET BRONSON ENTERTAINMENT PROPERTIES LLC - C/O DAVID A. FIDLER, ESQ. KLEE TUCHIN BOGDANOFF & STERN LLP 1999 AVENUE OF THE STARS, 39TH FLOOR LOS ANGELES, CA 90067 | 08-13183 | KTLA Inc. | 06/03/2009 | 3458 | $83,390.06* | No liability owed to claimant per Debtors books and records. |
| 70 | SUSI, SAMUEL 7806 CHARNEY LN BOCA RATON, FL 33496 | 08-13208 | Sun-Sentinel Company | 05/14/2009 | 2790 | Undetermined | No liability owed to claimant per Debtors books and records. |
| 71 | SWIFT, EILEEN 2415 RAVENNA BLVD. NO.101 NAPLES, FL 34109-0383 | | No Debtor Asserted | 05/04/2009 | 2406 | $17,280.00 | No liability owed to claimant per Debtors books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

CHI 5315750v.1

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 24: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 72 | TRIO ASSOCIATES RE: PASADENA 125 N. VINEDO PO BOX 757 4778 NORTH STONE ROAD BETHEL ISLAND, CA 94511 | 08-13141 | Tribune Company | 05/18/2009 | 2900 | $5,612,205.00 | No liability owed to claimant per Debtors books and records. |
| 73 | VON BRIESEN, MARBURY 401 PLUMBRIDGE CT UNIT 103 TIMONIUM, MD 21093 | | No Debtor Asserted | 06/12/2009 | 5428 | $195,900.10 | No liability owed to claimant per Debtors books and records. |
| 74 | WEINSTEIN, BOLDT, HALFHIDE AND CAMEL RE: SANTA FE SPRINGS 13100 E 1925 CENTURY PARK EAST, SUITE 1050 LOS ANGELES, CA 90067 | 08-13185 | Los Angeles Times Communications LLC | 04/23/2009 | 1651 | $331,222.00* | No liability owed to claimant per Debtors books and records. |
| 75 | WINTERS, CARLYLE 2205 BELLEAIR ROAD APT. A25 CLEARWATER, FL 33764-2765 | 08-13141 | Tribune Company | 05/14/2009 | 2805 | $10,000.00* | No liability owed to claimant per Debtors books and records. |
| 76 | ZELLWIN FARMS COMPANY RE: TAVARES 1898 E. BURLEIGH P.O. BOX 188 ZELLWOOD, FL 32798 | 08-13198 | Orlando Sentinel Communications Company | 05/14/2009 | 2783 | $4,578.27 | No liability owed to claimant per Debtors books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

CHI 5315750v.1