## EXHIBIT B

**Black Lined Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket ~~No~~Nos. 4092 and ____ |

## ORDER SUSTAINING DEBTORS' TWENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("SUBSTANTIVE DUPLICATE CLAIMS")

Upon consideration of the Debtors' Twenty-Fifth Omnibus Objection

(Substantive) to Claims, by which the Debtors[2] respectfully request entry of an order pursuant to

Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

1, disallowing and expunging the Duplicate Claims set forth on Exhibit A attached hereto; and

upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this

Objection having been given under the circumstances; and sufficient cause appearing therefor; it

is hereby

ORDERED that the Objection is sustained as modified hereby; and it is further

ORDERED that the Duplicate Claims set forth on the attached Exhibit A are

hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to amend the Claims Register to

comport with the entry of this Order; and it is further

ORDERED that Local Rule 3007-1(f)(iii) is waived, and the Debtors may reserve

the right to object in the future to any of the Proofs of Claim listed on Exhibit A attached hereto

to on any ground; and it is further

ORDERED that the Debtors may reserve the right to amend, modify, or

supplement this Objection, and to file additional objections to claims filed in these chapter 11

cases; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |

| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AFEDERAL EXTERMINATING 6801 11TH AVE BROOKLYN, NY 112196023 | 01/27/2009 | 08-13176 | 327 | $455.16 | AFEDERAL EXTERMINATING 6801 11TH AVE BROOKLYN, NY 112196023 | 05/22/2009 | 08-13176 | 3067 | $568.95 | Appears to duplicate 4 of the 5 invoices included in surviving claim. |
| 2 | ALGUIRE, JAMES L C/O INKDROP MEDIA GROUP PO BOX 2027 DEL MAR, CA 92014-1327 | 04/28/2009 | 08-13182 | 2013 | $1,000.00 | ALGUIRE, JAMES L. INKDROP MEDIA GROUP PO BOX 2027 DEL MAR, CA 92014-1327 | 04/10/2009 | 08-13182 | 923 | $1,000.00 | Identical to surviving claim, except Debtor asserted on claim to be disallowed. |
| 3 | BANK OF AMERICA PENSION PLAN DEREK C. ABBOTT, ESQ. MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. MARKET ST, P.O. BOX 1347 WILMINGTON, DE 19899 | 04/22/2009 | 08-13141 | 1326 | $535,857.00* | WILMINGTON TRUST CORPORATION, AS INDENTURE TRUSTEE C/O PATRICK J. HEALY, VP 1100 NORTH MARKET ST - RODNEY SQ NORTH WILMINGTON, DE 19890 | 06/05/2009 | 08-13141 | 3523 | $1,196,823,429.80* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 4 BRIGHT STAR COURIERS LLC 70 W 36TH ST STE 301 NEW YORK, NY 10018 | 05/04/2009 | 08-13141 | 2289 | $1,300.50 | ONYX RESTORATION WORKS 70 WEST 36TH STREET NEW YORK, NY 10018 | 04/06/2009 | 08-13235 | 890 | $372.96 | Invoices in surviving claim are contained in claim to be disallowed. |
| | | | | | | | 08-13185 | 890 | $77.17 | |
| | | | | | | | 08-13252 | 890 | $850.37 | |
| | | | | | | | Subtotal: | | $1,300.50 | |
| 5 CAPITOL CLEANING CONTRACTORS PO BOX 340326 HARTFORD, CT 06114 | 05/08/2009 | 08-13211 | 2584 | Undetermined | CAPITOL CLEANING CONTRACTORS, INC. 320 LOCUST STREET HARTFORD, CT 06114 | 04/06/2009 | 08-13211 | 913 | $8,614.38 | Invoices in surviving claim are contained in claim to be disallowed. |
| 6 CLAIMS RECOVERY GROUP LLC TRANSFEROR: KEENAN GROUP INC 92 UNION AVENUE CRESSKILL, NJ 07626 | 05/22/2009 | 08-13209 | 3062 | $1,778.90 | CLAIMS RECOVERY GROUP LLC TRANSFEROR: KEENAN GROUP, INC, THE 92 UNION AVENUE CRESSKILL, NJ 07626 | 03/16/2009 | 08-13209 | 751 | $1,778.90 | Invoices in surviving claim are contained in claim to be disallowed. |

1 Debtor is modified in pending Omnibus Objection 21

*- Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 7  COVE INVESTMENTS PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6426 | $9,508.29 | LLC COVE INVESTMENTS RE: OLD SAYBROOK 265 MAIN ST. C/O LWBR & G PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6428 | $9,508.29 | Creditor indicated this is a duplicate claim on proof of claim. |
| 8  COVE INVESTMENTS LLC C/O LBWR & G LLC PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6427 | $9,508.29 | LLC COVE INVESTMENTS RE: OLD SAYBROOK 265 MAIN ST. C/O LWBR & G PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6428 | $9,508.29 | Creditor indicated this is a duplicate claim on proof of claim. |
| 9  CROSSINGS ON ENTERPRISE, LLC, THE C/O PETER N. HILL, ESQ. 1851 W. COLONIAL DRIVE ORLANDO, FL 32804 | 04/27/2009 | 08-13198 | 1712 | $66,188.64 | CROSSINGS ON ENTERPRISE LLC 1040 WILLA SPRINGS DR WINTER SPRINGS, FL 32708 | 04/24/2009 | 08-13198 | 1411 | $66,188.64 | Invoices in surviving claim are contained in claim to be disallowed. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL

### OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 10 | CUMBERLAND TRUST & INVST. CO TTEE DUDLEY CHARITABLE REMAINDER UNITRUST #2 104 WOODMONT BLVD STE 120 NASHVILLE, TN 37205 | 06/09/2009 | No Debtor Asserted | 4183 | $50,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 11 | CUMBERLAND TRUST & INVST. CO TTEE DUDLEY CHARITABLE REMAINDER UNITRUST #1 104 WOODMONT BLVD STE 120 NASHVILLE, TN 37205 | 06/09/2009 | No Debtor Asserted | 4184 | $100,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 12 | DATA BASED ADS INC 363 WEST ERIE STREET SUITE 500 EAST CHICAGO, IL 60610 | 04/23/2009 | 08-13208 | 1656 | $562.73 | DATA BASED ADS INC 363 WEST ERIE STREET SUITE 500 EAST CHICAGO, IL 60610 | 04/23/2009 | 08-13208 | 1637 | Undetermined | Invoices in surviving claims are contained in claim to be disallowed. |
| 13 | DATA BASED ADS, INC 363 WEST ERIE STREET SUITE 500 EAST CHICAGO, IL 60654 | 04/23/2009 | 08-13185 | 1634 | Undetermined | DATA BASED ADS INC 363 WEST ERIE STREET SUITE 500 EAST CHICAGO, IL 60610 | 04/23/2009 | 08-13185 | 1656 | $7,487.46 | Invoices in surviving claims are contained in claim to be disallowed. |
| 14 | DRYDEN IX-SENIOR LOAN FUND 2005 C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3439 | $1,703,125.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 15 DRYDEN V - LEVERAGED LOAN CDO 2003 C/O PRUDENTIAL INVESTMENT MANAGEMENT INC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3441 | $2,962,500.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 16 DRYDEN VII- LEVERAGED LOAN CDO 2004 C/O PRUDENTIAL INVESTMENT MANAGEMENT INC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3442 | $3,950,000.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 17 | DRYDEN VIII-LEVERAGE C/O PRUDENTIAL INVESTMENT MANAGEMENT,I NC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3438 | $2,950,000.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 18 | DRYDEN XI-LEVERAGED LOAN CDO 2006 C/O PRUDENTIAL INVESTMENT MANAGEMENT,I NC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3436 | $3,937,500.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 7 of 20

## TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 19 | DRYDEN XVI-LEVERAGED LOAN CDO 2006 C/O PRUDENTIAL INVESTMENT MANAGEMENT,I NC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3435 | $2,962,500.00 | JPMORGAN CHASE BANK, N.A., ET AL ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 20 | DRYDEN XVIII LEVERAGED LOAN 2007 LTD. C/O PRUDENTIAL INVESTMENT MANAGEMENT INC ATTN: FRANK JONES GATEWAY CENTER 2, FLOOR 10 NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3440 | $3,209,375.00 | JPMORGAN CHASE BANK, N.A., ET AL ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL

### OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 21 | EQUITY OVERLAY FUND, LLC DEREK C. ABBOTT, ESQ. MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. MARKET ST., P.O. BOX 1347 WILMINGTON, DE 19899 | 04/22/2009 | 08-13141 | 1325 | $327,368.10* | WILMINGTON TRUST CORPORATION, AS INDENTURE TRUSTEE C/O PATRICK J. HEALY, VP 1100 NORTH MARKET ST - RODNEY SQ NORTH WILMINGTON, DE 19890 | 06/05/2009 | 08-13141 | 3523 | $1,196,823,429.80* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 22 | FIRST STATES INVESTORS DB I SP LP PO BOX 8500-2321 PHILADELPHIA, PA 19178-2321 | 06/04/2009 | 08-13210 | 3519 | $213,537.96 | FIRST STATES INVESTORS DB I SP LP C/O LASALLE BANK NA TRUST 720S341 135 SOUTH LASALLE ST, STE 1625 CHICAGO, IL 60603 | 06/04/2009 | 08-13210 | 3518 | $213,537.16 | Invoices in surviving claim are contained in claim to be disallowed. |
| 23 | FIRST STATES INVESTORS DB I SP LP 680 OLD YORK ROAD SUITE 200 JENKINTOWN, PA 19046 | 06/04/2009 | 08-13210 | 3520 | $213,537.96 | FIRST STATES INVESTORS DB I SP LP C/O LASALLE BANK NA TRUST 720S341 135 SOUTH LASALLE ST, STE 1625 CHICAGO, IL 60603 | 06/04/2009 | 08-13210 | 3518 | $213,537.16 | Invoices in surviving claim are contained in claim to be disallowed. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 24 | FIRST STATES INVESTORS DB SP LP RE: WILLIAMSBURG 1006 RICHMON LASALLE BANK, N.A. 135 S. LA SALLE ST., SUITE 1625 CHICAGO, IL 60603 | 06/04/2009 | 08-13210 | 3521 | $213,537.96 | FIRST STATES INVESTORS DB I SP LP C/O LASALLE BANK NA TRUST 7205341 135 SOUTH LASALLE ST, STE 1625 CHICAGO, IL 60603 | 06/04/2009 | 08-13210 | 3518 | $213,537.16 | Invoices in surviving claim are contained in claim to be disallowed. |
| 25 | FMTC CUSTODIAN-ROTH IRA FBO DAVID LLOYD TAYLOR 966 WILDFLOWER WAY LONGWOOD, FL 32750-4045 | 06/05/2009 | 08-13141 | 3593 | $1,000,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 26 | HEIMBERG, ERIC S 6233 S MAJOR CHICAGO, IL 60638 | 06/10/2009 | No Debtor Asserted | 4422 | $5,347.20 | HEIMBERG, ERIC 6233 S MAJOR CHICAGO, IL 60638 | 06/10/2009 | 08-13141 | 4421 | $5,347.20 | Identical to surviving claim, except no debtor asserted on claim to be disallowed. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL**

**OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 HENDERSON, LAURA W. 106 GREAT LAKE DR. CARY, NC 27519 | 09/30/2009 | 08-13141 | 6271 | $15,224.40 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 28 IDEAL SIGNS, LLC 79 EASTVIEW DR SUITE 101 GEORGETOWN, TX 78626 | 04/20/2009 | 08-13244 | 1068 | $12,072.50 | IDEAL SIGNS 79 EASTVIEW # 101 GEORGETOWN, TX 78626 | 02/17/2009 | 08-13244 | 491 | $16,901.50 | Invoices in surviving claim are contained in claim to be disallowed. |
| 29 KOEHLER-KHEEL REALTY, LLC 400 NORTHAMPTON ST. EASTON, PA 18042 | 07/22/2009 | 08-13212 | 6123 | $35,719.81 | KOEHLER-KHEEL REALTY, LLC 400 NORTHAMPTON ST. EASTON, PA 18042 | 07/22/2009 | 08-13212 | 6110 | $35,719.81 | Invoices in surviving claim are contained in claim to be disallowed. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 30 LOAN FUNDING V, LLC, ET AL C/O PRUDENTIAL INVESTMENT MANAGEMENT,I NC ATTN: FRANK JONES GATEWAY CENTER 2, 10TH FLOOR NEWARK, NJ 07102 | 06/03/2009 | 08-13141 | 3437 | $3,950,000.00 | JPMORGAN CHASE BANK, N.A., ET AL. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 06/11/2009 | 08-13141 | 4464 | $8,643,006,907.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 31 MAJESTIC REALTY CO. AND YORBA LINDA SUB, LLC DAVID W REIMANN, THE REIMANN LAW GROUP 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO, CA 90245 | 07/24/2009 | 08-13185 | 6120 | $118,693.43 | MAJESTIC REALTY CO. AND YORBA LINDA SUB, LLC C/O DAVID W.REIMANN, THE REIMANN LAW GRP 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO, CA 90245 | 07/24/2009 | 08-13185 | 6119 | $437,209.91 | Invoices in surviving claim are contained in claim to be disallowed. |
| 32 NUCOMM, INC. 101 BILBY RD HACKETTSTOWN, NJ 07840 | 06/09/2009 | 08-13141 | 4122 | $4,778.51 | NUCOMM, INC. 101 BILBY RD HACKETTSTOWN, NJ 07840 | 06/09/2009 | 08-13241 | 4121 | $4,778.51 | Invoices in surviving claims are contained in claim to be disallowed. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| | | | | | NUCOMM, INC. 101 BILBY RD HACKETTSTOWN, NJ 07840 | 06/09/2009 | 08-13254 | 4123 | $4,778.51 | |
| 33 PEFER, GEORGE F. 9A GIBSON ST ANDREWS, KY169JE UNITED KINGDOM | 05/21/2009 | 08-13141 | 3011 | Undetermined | PEFER, GEORGE F. 9A GIBSON PLACE ST ANDREWS, KY169JE UNITED KINGDOM | 05/21/2009 | 08-13141 | 3010 | $102,842.00 | Claimant indicated only liability due is included in surviving claim. |
| 34 REDBOURN PARTNERS, LTD DEREK C. ABBOTT, ESQ. MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. MARKET ST., P.O. BOX 1347 WILMINGTON, DE 19899 | 05/04/2009 | 08-13141 | 2275 | $2,394,767.45* | WILMINGTON TRUST CORPORATION, AS INDENTURE TRUSTEE C/O PATRICK J. HEALY, VP 1100 NORTH MARKET ST - RODNEY SQ NORTH WILMINGTON, DE 19890 | 06/05/2009 | 08-13141 | 3523 | $1,196,823,429.80* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 35 | ROBERT C WALL, IRA CHARLES SCHWAB CUSTODIAN 10523 MISTY HILL RD ORLAND PARK, IL 60462 | 10/02/2009 | 08-13141 | 6266 | $76,122.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 36 | SHUTTLE PRINTING, INC. 38-38 9TH STREET LONG ISLAND CITY, NY 11101 | 09/30/2009 | 08-13176 | 6261 | Undetermined | SHUTTLE PRINTING, INC. 38-38 9TH STREET LONG ISLAND CITY, NY 11101 | 09/30/2009 | 08-13176 | 6260 | Undetermined | Invoices in surviving claim are contained in claim to be disallowed. |
| 37 | STOBER, W. 2540 HAMPTON BRIDGE RD DELRAY BEACH, FL 33445 | 06/12/2009 | No Debtor Asserted | 4968 | $200.00 | STOBER, W. 2540 HAMPTON BRIDGE RD DELRAY BEACH, FL 33445 | 03/11/2009 | 09-13208 | 718 | $200.00 | Invoices in surviving claims are contained in claim to be disallowed. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 14 of 20

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 38 | STUART WEB, INC 5675 SE GROUPER AVE STUART, FL 349973103 | 06/08/2009 | No Debtor Asserted | 3661 | Undetermined | STUART WEB, INC 5675 SE GROUPER AVE STUART, FL 34997 | 06/08/2009 | 08-13168 | 3662 | $16,509.47 | Appears to duplicate surviving claim. No information attached to claim, but filed on same day by same person. |
| 39 | TAYLOR, DAVID LLOYD, TRUSTEE DAVID LLOYD TAYLOR TRUST, U/A 1/1/01 966 WILDFLOWER WAY LONGWOOD, FL 32750-4045 | 06/05/2009 | 08-13141 | 3592 | $2,050,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL

### OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 TRANSNATIONAL TRADING INC. A.A. 85656 BOGOTA, | 10/13/2009 | 08-13141 | 6295 | $40,598.40 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 41 UB PROPERTY LLC ATTN: KIM NELSON PO BOX 58746 SEATTLE, WA 98138 | 06/12/2009 | 08-13141 | 5833 | $488.06 | UB PROPERTY LLC ATTN: KIM NELSON / PO BOX 58746 SEATTLE, WA 98138 | 06/12/2009 | 08-13141 | 5420 | $488.06 | Invoices in surviving claim are contained in claim to be disallowed. |
| 42 UNITED STATES DEBT RECOVERY III LP TRANSFEROR: CATTERTON PRINTING 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV 89451 | 02/20/2009 | 08-13209 | 503 | $3,696.00 | UNITED STATES DEBT RECOVERY III LP TRANSFEROR: CATTERTON PRINTING 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV 89451 | 05/26/2009 | 08-13209 | 3107 | $3,696.00 | Invoices in surviving claim are contained in claim to be disallowed. |

Deleted: 05/26
Deleted: 3107
Deleted: 02/20
Deleted: 503

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 43 | WANG, ZHONG 7312 RAINBOW DR CUPERTINO, CA 95014 | 10/08/2009 | 08-13141 | 6290 | $1,000.00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3528 | $456,946,875.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 44 | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13198 | 4352 | $14,999.64 | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13236 | 4353 | $14,999.64 | Invoices in surviving claims are contained in claim to be disallowed. |
| | | | | | | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13152 | 4354 | $14,999.64 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 45  YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13185 | 4355 | $14,999.64 | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13236 | 4353 | $14,999.64 | Invoices in surviving claims are contained in claim to be disallowed. |
| | | | | | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13152 | 4354 | $14,999.64 | |
| 46  YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL SUITE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13141 | 4356 | $14,999.64 | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13236 | 4353 | $14,999.64 | Invoices in surviving claims are contained in claim to be disallowed. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 18 of 20

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| | | | | | YAHOO! INC. LAWRENCE SCHWAB/THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 06/10/2009 | 08-13152 | 4354 | $14,999.64 | |
| 47  YEAGER, ROBERT B. 1672 RICHLAND RD SPRING VALLEY, OH 45370 | 10/05/2009 | 08-13141 | 6272 | $50,186.41 | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST & SEC SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT, NJ 07901 | 06/05/2009 | 08-13141 | 3532 | $69,812,899.00 | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL

### OMNIBUS OBJECTION 25: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE # | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
| 48 | YIELD STRATEGIES FUND I, LP DEREK C. ABBOTT, ESQ. MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. MARKET ST., P.O. BOX 1347 WILMINGTON, DE 19899 | 04/22/2009 | 08-13141 | 1324 | $664,066.42* | WILMINGTON TRUST CORPORATION, AS INDENTURE TRUSTEE C/O PATRICK J. HEALY, VP 1100 NORTH MARKET ST - RODNEY SQ NORTH WILMINGTON, DE 19890 | 06/05/2009 | 08-13141 | 3523 | $1,196,823,429.80* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |
| 49 | YIELD STRATEGIES FUND II, LP DEREK C. ABBOTT, ESQ. MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 N. MARKET ST., P.O. BOX 1347 WILMINGTON, DE 19899 | 04/22/2009 | 08-13141 | 1327 | $226,951.20* | WILMINGTON TRUST CORPORATION, AS INDENTURE TRUSTEE C/O PATRICK J. HEALY, VP 1100 NORTH MARKET ST - RODNEY SQ NORTH WILMINGTON, DE 19890 | 06/05/2009 | 08-13141 | 3523 | $1,196,823,429.80* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument |

TOTAL    $34,114,052.20

* - Indicates claim contains unliquidated and/or undetermined amounts