## EXHIBIT B

**Black Lined Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket NoNos. 4093 and |

## ORDER SUSTAINING DEBTORS' TWENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("AMENDED CLAIMS")

Upon consideration of the Debtors' Twenty-Sixth Omnibus Objection (Non-Substantive) to Claims, by which the Debtors[2] request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC, n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

disallowing and expunging the Amended Claims set forth on Exhibit A attached hereto; and

upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the

Objection having been given under the circumstances; and sufficient cause appearing therefor; it

is hereby

ORDERED that the Objection is sustained as modified hereby; and it is further

ORDERED that the Amended Claims set forth on the attached Exhibit A are

hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to

comport with the entry of this Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors'

rights to amend, modify, or supplement the Objection, and to file additional objections to claims

asserted in these chapter 11 cases; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with

respect to those claims identified as "Surviving Claims" on the Exhibit attached hereto, and the

parties' rights with respect to the "Surviving Claims" are reserved; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
      May _____, 2010


_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | DATE FILED | CASE NUMBER | CLAIM # | NAME | TOTAL CLAIM DOLLARS |
| 1 | AT&T CORP. AT&T SERVICE, INC. ATTN: JOHN JACKSON, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 07/01/2009 | 08-13141 | 6009 | $992,488.01 | 09/01/2009 | 08-13141 | 6191 | AT&T CORP. JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | $1,011,939.62 |
| 2 | AT&T CORP. JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 09/01/2009 | 08-13141 | 6191 | $1,011,939.62 | 10/23/2009 | 08-13141 | 6309 | AT & T CORP JAMES GRUDUS, ESQ AT & T SERVICES, INC. ONE AT & T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | $620,015.42 |
| 3 | AT&T DBA BELLSOUTH ADVERTISING & PUBLISHING 600 N POINT PKWY ALPHARETTA, GA 30005 | 03/03/2009 | 08-13141 | 619 | $16,132.10 | 09/03/2009 | 08-13141 | 6198 | AT&T DBA BELLSOUTH ADVERTISING & PUBLISHING 600 N POINT PKWY ALPHARETTA, GA 30005 | $70,911.79 |
| 4 | BROWN PRINTING INC 183 MIKRON ROAD BETHLEHEM, PA 18020 | 04/16/2009 | 08-13160 | 964 | $2,629.00 | 11/30/2009 | 08-13160 | 6338 | BROWN PRINTING INC. 183 MIKRON ROAD BETHLEHEM, PA 18020 | $2,629.00 |
| 5 | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE | 04/20/2009 | 08-13254 | 1012 | $384.80 | 09/16/2009 | 08-13254 | 6241 | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 | $649.87 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| P.O. BOX 9564 BOSTON, MA 02114-9564 | | | | | BOSTON, MA 02114-9564 | | | | |
| 6  CONNECTICUT DEPT OF REVENUE SERVICES C&E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY ST HARTFORD, CT 06106-5032 | 06/09/2009 | 08-13246 | 4098 | $2,346.77 | CONNECTICUT DEPT OF REVENUE SERVICES C & E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY STREET HARTFORD, CT 06106-5032 | 12/23/2009 | 08-13246 | 6349 | $250.00 |
| 7  COVE INVESTMENTS PO BOX 610 OLD SAYBROOK, CT 06475 | 05/07/2009 | 08-13211 | 2538 | Undetermined | COVE INVESTMENTS LLC C/O LBWR & G LLC PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6427 | $9,508.89 |
| 8  COVE INVESTMENTS LLC C/O LBWR&G LLC PO BOX 610 OLD SAYBROOK, CT 06475 | 05/07/2009 | 08-13211 | 2537 | Undetermined | COVE INVESTMENTS PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6426 | $9,508.89 |
| 9  COVE INVESTMENTS, LLC RE: OLD SAYBROOK 265 MAIN ST. C/O LWBR&G PO BOX 610 | 05/07/2009 | 08-13211 | 2539 | $20,192.13 | LLC COVE INVESTMENTS RE: OLD SAYBROOK 265 MAIN ST. C/O LWBR & G PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6428 | $9,508.89 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | OLD SAYBROOK, CT 06475 | | | | | | | | | |
| 10 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13208 | 2818 | $24,846.64 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 10/09/2009 | 08-13208 | 6300 | $249,420.61 |
| 11 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13225 | 2820 | $833.72 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 03/17/2010 | 08-13225 | 6438 | $18,828. |
| 12 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/18/2009 | 08-13181 | 3088 | $55,214.95* | DEPT OF TREASURY INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 07/27/2009 | 08-13181 | 6132 | $0 |
| | | | | | | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08/03/2009 | 08-13181 | 6145 | $0 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/18/2009 | 08-13222 | 3090 | $12,836.65* | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 09/17/2009 | 08-13222 | 6238 | $0.00 |
| 14 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08/10/2009 | 08-13208 | 6159 | $244,170.61 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 10/09/2009 | 08-13208 | 6300 | $249,420.05 |
| 15 | EGI-TRB, L.L.C. TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO, IL 60606 | 06/11/2009 | 08-13141 | 4654 | $167,026,386.62* | EGI-TRB, L.L.C. ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6395[1] | $167,047,531.55* |
| 16 | GATEWAY PACIFIC PROPERTIES, INC. C/O RONALD K. BROWN JR LAW OFFICES OF RONALD K. BROWN JR 901 DOVE STREET, SUITE | 06/03/2009 | 08-13141 | 3461 | $15,108.96 | GATEWAY PACIFIC PROPERTIES, INC. C/O RONALD K BROWN, JR., LAW OFFICES OF RONALD K BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660 | 07/01/2009 | 08-13141 | 6010 | $171,906.50 |

[1] In response to the informal inquiry of EGI-TRB, L.L.C., the Debtors acknowledge that the Surviving Claim Nos. 6395 through 6418 shall be deemed to be timely-filed.

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 120 NEWPORT BEACH, CA 92660 | | | | | | | | | |
| 17 GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13228 | 1000 | $35,065.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13228 | 6229 | $36,464... |
| 18 GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13187 | 1001 | $24,119.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13187 | 6236 | $50,332... |
| 19 GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13141 | 995 | $143,261.30 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13141 | 6235 | $780,807... |
| 20 GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION | 04/13/2009 | 08-13235 | 996 | $9,453.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION | 09/17/2009 | 08-13235 | 6232 | $10,004... |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| P.O. BOX 161108 ATLANTA, GA 30321 | | | | | P.O. BOX 161108 ATLANTA, GA 30321 | | | | |
| 21 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13236 | 997 | $134,489.06 | GEORGIA COMMENTS OF REVENUE DEPARTMENT OF REVENUE COMPLIANCE DIVISON, BANKRUPTCY SECTION PO BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13236 | 6230 | $145,255.04 |
| 22 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13223 | 999 | $2,046,835.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13223 | 6233 | $5,487,335.54 |
| 23 | HARTLEY DATA SERVICE 1807 GLENVIEW ROAD GLENVIEW, IL 60025-2995 | 04/20/2009 | 08-13208 | 1144 | $326.48 | HARTLEY DATA SERVICES 1807 GLENVIEW RD, STE 201 GLENVIEW, IL 60025-2995 | 09/08/2009 | 08-13208 | 6204 | $1,145.47 |
| 24 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE | 05/22/2009 | 08-13215 | 3056 | $1,301.53 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE | 08/24/2009 | 08-13215 | 6182 | $22,139.99 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL**

**OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| INDIANAPOLIS, IN 46204 | | | | | | | | | INDIANAPOLIS, IN 46204 |
| 25 LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: FOUR SEASONS RESORT 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 12/15/2009 | No Debtor Asserted | 6341 | $37,371.95 | 01/04/2010 | 08-13252 | 6351 | $37,371.95 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: FOUR SEASONS RESORT 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 |
| 26 LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: TELEREACH, INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 03/13/2009 | No Debtor Asserted | 730 | $52,221.00 | 03/05/2010 | 08-13211 | 6420 | $40,748.50 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: TELE REACH INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 |
| | | | | | 03/05/2010 | 08-13212 | 6419 | $10,883.00 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: TELE REACH INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL

### OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 27 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 05/21/2009 | 08-13165 | 3015 | $16,211.05 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/19/2009 | 08-13165 | 6307 [2] | $29,276.45 |
| 28 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 05/22/2009 | 08-13239 | 3068 | $195,592.60 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/28/2009 | 08-13239 | 6321 | $196,057.15 |
| 29 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/24/2008 | 08-13177 | 35 | $639.70 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 11/16/2009 | 08-13177 | 6329 | $478.85 |
| 30 NEW YORK STATE DEPARTMENT OF | 06/12/2009 | 08-13141 | 4895 | $2,944,065.42 | NEW YORK STATE DEPARTMENT OF | 03/22/2010 | 08-13141 | 6442 | $2,974,358.85 |

[2] In response to the Response filed by the New York State Department of Taxation and Finance (D.I. 4236), the Debtors acknowledge that the Surviving Claim Nos. 6307, 6321, 6329, 6442, 6387 and 6425 shall be deemed to be timely-filed. Claim No. 6387 of the New York State Department of Taxation and Finance has been satisfied and withdrawn.

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 20

## TRIBUNE COMPANY, ET AL

### OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 31 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 09/21/2009 | 08-13254 | 6249 | $157.46 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/28/2010 | 08-13254 | 6387 | $225.24 |
| 32 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/01/2009 | 08-13236 | 6268 | $13,983.19 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/12/2010 | 08-13236 | 6425 | $14,245.19 |
| 33 | PEOPLES GAS LIGHT & CO. NORTH SHORE GAS CO. 130 E. RANDOLPH DR CHICAGO, IL 60601 | 08/25/2009 | 08-13141 | 6187 | $49,607.51 | PEOPLES GAS LIGHT AND COKE CO. NORTH SHORE GAS CO. 130 E. RANDOLPH DR. CHICAGO, IL 60601 | 09/28/2009 | 08-13141 | 6270 | $52,809.00 |
| 34 | PPF OFF TWO PARK | 06/02/2009 | 08-13141 | 3407 | $43,711.01* | PPF OFF TWO PARK AVE | 10/28/2009 | 08-13141 | 6319 | $1,700,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | AVENUE OWNER, LLC C/O MORGAN STANLEY INC. ATTN: MARIA BLAKE 1585 BROADWAY NEW YORK, NY 10036 | | | | | OWNER, LLC C/O MORGAN STANLEY INC. ATTN: MARIA BLAKE 1585 BROADWAY NEW YORK, NY 10036 | | | | |
| 35 | SIGNMEUP.COM, INC. 500 NORTH MICHIGAN AVENUE, SUITE 300 CHICAGO, IL 60611 | 05/15/2009 | No Debtor Asserted | 2858 | $1,163.60 | SIGNMEUP.COM 500 N. MICHIGAN AVE. SUITE 300 CHICAGO, IL 60611 | 03/08/2010 | No Debtor Asserted | 6421 | $1,640.00 |
| 36 | SPANLINK COMMUNICATIONS 605 N HWY 169 SUITE 900 MINNEAPOLIS, MN 55441 | 04/23/2009 | 08-13185 | 1647 | $1,740.00 | SPANLINK COMMUNICATIONS 605 HWY 169 N  NO.905 MINNEAPOLIS, MN 55441 | 09/14/2009 | 08-13185 | 6221 | $72,660.18 |
| 37 | STARDUST VISIONS 315 S BEVERLY DR STE 300 BEVERLY HILLS, CA 90212409 | 03/19/2009 | 08-13185 | 777 | $4,708.41 | STARDUST VISIONS 315, S. BEVERLY DR SUITE # 310 BEVERLY HILLS, CA 90212 | 03/11/2010 | 08-13185 | 6422 | $1,708.41 |
| 38 | TOWER CH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE | 06/08/2009 | 08-13141 | 3712 | $336,100.90* | TOWER CH, L.L.C C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER | 03/05/2010 | 08-13141 | 6396 | $336,143.45 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| PLAZA, SUITE 600 CHICAGO, IL 60606 | | | | | TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | | | | |
| 39 TOWER DC, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3713 | $2,464,739.97* | TOWER DC, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6397 | $2,465,052.04* |
| 40 TOWER DL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3714 | $373,445.45* | TOWER DL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6398 | $373,492.79* |
| 41 TOWER EH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3715 | $2,780,287.18* | TOWER EH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6399 | $2,780,639.?* |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 42 TOWER HZ, LLC ATTN: MARC D. HAUSER C/O EGI-TRB, LLC, AS AUTHORIZED AGENT 2 NORTH RIVERSIDE PLAZA, STE 600 CHICAGO, IL 60606 | 06/10/2009 | 08-13141 | 4394 | $746,890.90* | TOWER HZ, L.L.C. C/O C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6400 | $746,985.45* |
| 43 TOWER JB, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3717 | $846,974.28* | TOWER JB, L.L.C C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6401 | $847,081.54* |
| 44 TOWER JK, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3719 | $3,475,347.59* | TOWER JK, L.L.C. C/O C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6402 | $3,475,787.50* |
| 45 TOWER JP, L.L.C. | 06/08/2009 | 08-13141 | 3720 | $952,285.90* | TOWER JP, L.L.C. | 03/05/2010 | 08-13141 | 6403 | $952,406.46* |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | | | | | C/O C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | | | | $423,540.75* |
| 46  TOWER JS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3718 | $423,487.14* | TOWER JS, L.L.C. C/O C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6404 | |
| 47  TOWER KS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3721 | $336,100.90* | TOWER KS, L.L.C. C/O C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6405 | $336,143.35* |
| 48  TOWER LL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER | 06/08/2009 | 08-13141 | 3723 | $186,722.73* | TOWER LL, L.L.C. C/O C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. | 03/05/2010 | 08-13141 | 6406 | $186,746.38* |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | | | | | HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | | | | $74,698.31* |
| 49 TOWER LM, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3724 | $74,689.09* | TOWER LM, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6407 | |
| 50 TOWER LZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3722 | $933,613.62* | TOWER LZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6408 | $933,731.81* |
| 51 TOWER MH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3702 | $134,440.36* | TOWER MH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6409 | $134,457.81* |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|
| 52 | TOWER MS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3703 | $2,940,882.92* | TOWER MS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6410 | $2,941,255.22* |
| 53 | TOWER MZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3704 | $1,764,529.75* | TOWER MZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6411 | $1,764,753.* |
| 54 | TOWER NL, L.L.C. TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3705 | $3,136,941.78* | TOWER NL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6412 | $3,137,338.* |
| 55 | TOWER PH, L.L.C. C/O EGI-TRB, L.L.C., AS | 06/08/2009 | 08-13141 | 3716 | $373,445.45* | TOWER PH, L.L.C. C/O EGI-TRB, L.L.C., AS | 03/05/2010 | 08-13141 | 6413 | $373,492.73* |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |

| # | NAME (Disallowed) | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME (Surviving) | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 56 | TOWER PT, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3706 | $2,352,706.33* | TOWER PT, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6414 | $2,353,004.33* |
| 57 | TOWER SF, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3707 | $186,722.73* | TOWER SF, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6415 | $186,746.73* |
| 58 | TOWER TT, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE | 06/08/2009 | 08-13141 | 3708 | $746,890.90* | TOWER TT, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER | 03/05/2010 | 08-13141 | 6416 | $746,985.__* |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME |
|---|---|---|---|---|---|---|---|---|---|
| PLAZA, SUITE 600 CHICAGO, IL 60606 | | | | | | | | $235,300.69* | TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 |
| 59 TOWER VC, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3709 | $235,270.63* | 03/05/2010 | 08-13141 | 6417 | | TOWER VC, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 |
| 60 TOWER WP, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3710 | $5,097,185.33* | 03/05/2010 | 08-13141 | 6418 | $5,097,830.69* | TOWER WP, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 |
| 61 VERIZON AFNI/VERIZON EAST PO BOX 3037 BLOOMINGTON, IL 61702-3037 | 01/28/2009 | 08-13141 | 399 | $1,865.17 | 09/18/2009 | 08-13141 | 6243 | $66,261.85 | VERIZON COMMUNICATIONS INC DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171 17TH STREET NW, SUITE 2100 ATLANTA, GA 30363-1031 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

CLAIMS TO BE DISALLOWED

| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|
| 62 WISCONSIN DEPARTMENT OF REVENUE SPECIAL PROCEDURES UNIT PO BOX 8901 MADISON, WI 53708-8901 | 06/01/2009 | 08-13236 | 3373 | $49,153.77 |
| | | | TOTAL | $206,132,254.62 |

SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|
| WISCONSIN DEPARTMENT OF REVENUE SPECIAL PROCEDURES UNIT PO BOX 8901 MADISON, WI 53708-8901 | 10/13/2009 | 08-13236 | 6296 | $277,064.81 |

* - Indicates claim contains unliquidated and/or undetermined amounts