May 9, 2010

To
The Clerk of The Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

I, Dilip K. Patel, resident of 24249 Leewin Street, Detroit, Michigan - 48219, file an objection to the Disclosure Statement related to the Bankruptcy Filing by Tribune Company, et al., (Case # 08-13141(KJC)).
I own $10,000 Corporate Bond of Tribune Company which I had purchased though my broker TD Ameritrade.

*[signature]*
DILIP K. PATEL

Fax Copy To: 1) Sidley Austin LLP (Fax # 312-853-7036)
   Attn: Kerriann S. Mills
2) Cole, Schotz, Miesel, Forman & Leonard
   Attn: Norman L. Pernick (Fax # 302-652-3117)
3) United States Trustee (Fax # 302-573-6497)
   Attn: Joseph McMohan
4) Chadbourne & Parke LLP (Fax # 212-541-5369)
   Attn: Douglas E. Deutsch
5) Landis, Rath & Cobb, LLP (Fax # 302-467-4400)
   Attn: Adam G. Landis

# TD AMERITRADE

N31315-010

7-1430    1688
1688

WE HAVE BEEN REQUESTED TO FORWARD
THE ENCLOSED INFORMATION
REGARDING YOUR INVESTMENT IN
TRIBUNE COMPANY
WHICH IS HELD IN YOUR ACCOUNT
AT TD AMERITRADE CLEARING, INC

1005 N. AMERITRADE PLACE
BELLEVUE, NE 68005

1688
1688

```
**********AUTO**MIXED AADC 117
DILIP K PATEL & GITA D PATEL JT TEN
24249 LEEWIN ST
DETROIT  MI        48219-1059
```



A/C    ********7820*******