# EXHIBIT A

## Satisfied Claims

TRIBUNE ⬤ MPANY, ET AL

## OMNIBUS OBJECTION 23: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ANDREW & JENNIFER FAGGIO/CITY OF NEW HAVEN/C/O JACOBS GRUDBERG BELT ET AL EDWARD J MCMANUS 350 ORANGE ST NEW HAVEN, CT 06503 | 08-13211 | The Hartford Courant Company | 04/27/2009 | 1796 | $20,000,000.00* | Satisfied pursuant to settlement agreement approved by order of the Bankruptcy Court entered on February 16, 2010 |
| 2 | ANDREW & JENNIFER FAGGIO/CITY OF NEW HAVEN/C/O JACOBS GRUDBERG BELT ET AL EDWARD J MCMANUS 350 ORANGE ST NEW HAVEN, CT 06503 | 08-13211 | The Hartford Courant Company | 04/24/2009 | 1860 | $20,000,000.00* | Satisfied pursuant to settlement agreement approved by order of the Bankruptcy Court entered on February 16, 2010 |
| 3 | ANDREW FAGGIO AND OTHERS SIMILARLY SITUATED C/O JACOBS GRUDBERG BELT DOW & KATZ PC 350 ORANGE STREET NEW HAVEN, CT 06503 | 08-13211 | The Hartford Courant Company | 04/29/2009 | 2058 | $20,000,000.00* | Satisfied pursuant to settlement agreement approved by order of the Bankruptcy Court entered on February 16, 2010 |
| 4 | ANDREW FAGGIO AND OTHERS SIMILARLY SITUATED C/O JACOBS GRUDBERG BELT DOW & KATZ PC 350 ORANGE STREET NEW HAVEN, CT 06503 | 08-13211 | The Hartford Courant Company | 04/29/2009 | 2072 | $20,000,000.00* | Satisfied pursuant to settlement agreement approved by order of the Bankruptcy Court entered on February 16, 2010 |
| 5 | BRUNO, GERBINO & SORIANO, LLP VINCENT GERBINO 445 BROAD HOLLOW RD. SUITE 220 MELVILLE, NY 11747 | 08-13236 | Tribune Media Services, Inc. | 05/28/2009 | 3238 | $1,256.10 | Paid via check number 001412-008378, GB-01 on 10/19/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 4

**TRIBUNE COMPANY, ET AL**

## OMNIBUS OBJECTION 23: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | BRUNO, GERBINO & SORIANO, LLP VINCENT GERBINO 445 BROAD HOLLOW RD. SUITE 220 MELVILLE, NY 11747 | 08-13206 | Star Community Publishing Group, LLC | 05/28/2009 | 3240 | $1,294.50 | Paid via check number 001412-007725-GB-01 on 10/19/2009. |
| 7 | C & S PRESS INC. 405 27TH STREET ORLANDO, FL 32806 | 08-13198 | Orlando Sentinel Communications Company | 04/23/2009 | 1609 | $296.15 | Paid via EFT number 770940027 on 5/29/2009. |
| 8 | CHRISTENSEN, STEVEN J. 1243 TULIP ST. LIVERPOOL NY 13090 | 08-13244 | Tribune Television New Orleans, Inc. | 04/24/2009 | 1515 | $10,000.00 | Paid via check number 2461741 on 6/10/2009. |
| 9 | CONSERVATOR OF JENNIFER FAGGIO ANDREW FAGGIO AND JENNIFER FAGGIO JACOBS, GRUDBERG, BELT, DOW & KATZ P.C. EDWARD J. MCMANUS, 350 ORANGE ST NEW HAVEN, CT 06503 | 08-13211 | The Hartford Courant Company | 04/27/2009 | 1994 | $20,000,000.00* | Satisfied pursuant to settlement agreement approved by order of the Bankruptcy Court entered on February 16, 2010 |
| 10 | FAGGIO, ANDREW AND OTHERS SIMILARLY SITUATED C/O POMERANZ DRAYTON & STABNICK 95 GLASTONBURY BOULEVARD, SUITE 216 GLASTONBURY, CT 06033-4453 | 08-13211 | The Hartford Courant Company | 06/03/2009 | 3449 | $3,562,564.03 | Satisfied pursuant to settlement agreement approved by order of the Bankruptcy Court entered on February 16, 2010 |
| 11 | GLOVA LINK DISTRIBUTIO PO BOX 2040 WHITTIER, CA 90610 | 08-13227 | Tribune Direct Marketing, Inc. | 04/22/2009 | 1323 | $477.00 | Paid via EFT number 7700949400 on 6/3/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL**

## OMNIBUS OBJECTION 23: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | GUTMAN, E. MICHAEL, MD, MIKE GUTMAN MD (MPA C)/PA & GUTMAN PAIN/ACCIDENT CTR, INC AKA/DBA BACK PAIN INSTITUTE OF ORLANDO 711 WEST COLONIAL DRIVE ORLANDO, FL 32804 | 08-13141 | Tribune Company | 05/06/2009 | 2488 | $38,634.25* | Satisfied pursuant to settlement agreement approved by order of the Bankruptcy Court entered on February 3, 2010 |
| 13 | IANNOTTI, RON 112 HALF MILE RD RON IANNOTTI NORTH HAVEN, CT 06473 | | No Debtor Asserted | 04/20/2009 | 1053 | Undetermined | Paid via EFT number 7700952931 on 6/10/2009. |
| 14 | IANNOTTI, RONALD 112 HALF MILE RD NORTH HAVEN, CT 06473 | | No Debtor Asserted | 04/20/2009 | 1054 | Undetermined | Paid via EFT number 7700952931 on 6/10/2009. |
| 15 | JENNIFER FAGGIO, CONSERVATOR OF ANDREW FAGGIO AND JENNIFER FAGGIO JACOBS, GRUDBERG, BELT, DOW & KATZ P.C. EDWARD J. MCMANUS, 350 ORANGE ST NEW HAVEN, CT 06503 | 08-13211 | The Hartford Courant Company | 04/27/2009 | 1847 | $20,000,000.00* | Satisfied pursuant to settlement agreement approved by order of the Bankruptcy Court entered on February 16, 2010 |
| 16 | SAWYERS, DIANE 1667 195TH ST. WINTERSET, IA 50273 | | No Debtor Asserted | 12/18/2009 | 6386 | $80.00 | Paid via refund issued to credit card on 10/8/2009. |
| 17 | SHOPLOCAL 225 N MICHIGAN AVE SUITE 1600 CHICAGO, IL 60601 | 08-13141 | Tribune Company | 04/23/2009 | 1678 | $20,950.00 | Paid via reference number 000248777 on 8/26/2009. |
| 18 | SNYDER, AMANDA 4260 W IRVING PARK RD APT 215 CHICAGO, IL 606412939 | 08-13152 | Chicago Tribune Company | 03/09/2009 | 698 | $761.00 | Paid via EFT numbers 7700904312 and 7700903695 on 3/25/2009. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 4

TRIBUNE ⬤ MPANY, ET AL

## OMNIBUS OBJECTION 23: EXHIBIT A – SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | SOLSTICE CONSULTING, LLC 641 W. LAKE, SUITE 102 CHICAGO, IL 60661 | 08-13141 | Tribune Company | 12/26/2008 | 47 | $10,200.00 | Paid via EFT number 7701096064 on 1/25/2010. |
| 20 | TIP TOP BRANDING LLC 351 W HUBBARD ST, STE 305 CHICAGO, IL 60654 | 08-13141 | Tribune Company | 06/08/2009 | 3738 | $784.18 | Paid via check number 0002553008 on 2/24/2010. |
| 21 | WINTHROP, SIMON 1055 EAST FLAMINGO RD   NO.805 LAS VEGAS, NV 89119 | 08-13236 | Tribune Media Services, Inc. | 04/24/2009 | 1433 | $1,000.00 | Paid via check number 0002448582 on 5/6/2009. |

* - Indicates claim contains unliquidated and/or undetermined amounts