**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**NOTICE OF SERVICE OF DISCOVERY**

I, Raymond H. Lemisch, Esquire, hereby certify that on May 13, 2010, true and correct copies of the *First Request for Production of Documents to Barclays Bank PLC* (the "First Request") were served via email upon the parties listed below. On May 14, 2010, true and correct copies of the First Request were also served via regular mail upon the parties listed below.

Brian Trust, Esquire
Amit K. Trehan, Esquire
Jean-Marie L. Atamian, Esquire
Michael L. Simes, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
btrust@mayerbrown.com
atrehan@mayerbrown.com
jatamian@mayerbrown.com
msimes@mayerbrown.com

Dated: May 14, 2010

    **BENESCH, FRIEDLANDER, COPLAN**
     **& ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
    Raymond H. Lemisch, Esquire (No. 4204)
    Jennifer R. Hoover, Esquire (No. 5111)
    222 Delaware Ave., Suite 801
    Wilmington, DE 19801
    302-442-7010 (telephone)
    302-442-7012 (facsimile)
    rlemisch@beneschlaw.com
    jhoover@beneschlaw.com

    - and -

3580345_1.DOC

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*