# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AT&T CORP. AT&T SERVICE, INC. ATTN: JOHN JACKSON, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 07/01/2009 | 08-13141 | 6009 | $992,488.01 | AT&T CORP. JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 09/01/2009 | 08-13141 | 6191 | $1,011,939.62 |
| 2 | AT&T CORP. JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 09/01/2009 | 08-13141 | 6191 | $1,011,939.62 | AT & T CORP JAMES GRUDUS, ESQ AT & T SERVICES, INC. ONE AT & T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 10/23/2009 | 08-13141 | 6309 | $620,015.62 |
| 3 | AT&T DBA BELLSOUTH ADVERTISING & PUBLISHING 600 N POINT PKWY ALPHARETTA, GA 30005 | 03/03/2009 | 08-13141 | 619 | $16,132.10 | AT&T DBA BELLSOUTH ADVERTISING & PUBLISHING 600 N POINT PKWY ALPHARETTA, GA 30005 | 09/03/2009 | 08-13141 | 6198 | $70,911.30 |
| 4 | BROWN PRINTING INC 183 MIKRON ROAD BETHLEHEM, PA 18020 | 04/16/2009 | 08-13160 | 964 | $2,629.00 | BROWN PRINTING INC. 183 MIKRON ROAD BETHLEHEM, PA 18020 | 11/30/2009 | 08-13160 | 6338 | $2,629.00 |
| 5 | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON, MA 02114-9564 | 04/20/2009 | 08-13254 | 1012 | $384.80 | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON, MA 02114-9564 | 09/16/2009 | 08-13254 | 6241 | $649.87 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | CONNECTICUT DEPT OF REVENUE SERVICES C&E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY ST HARTFORD, CT 06106-5032 | 06/09/2009 | 08-13246 | 4098 | $2,346.77 | CONNECTICUT DEPT OF REVENUE SERVICES C & E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY STREET HARTFORD, CT 06106-5032 | 12/23/2009 | 08-13246 | 6349 | $250.00 |
| 7 | COVE INVESTMENTS PO BOX 610 OLD SAYBROOK, CT 06475 | 05/07/2009 | 08-13211 | 2538 | Undetermined | COVE INVESTMENTS LLC C/O LBWR & G LLC PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6427 | $9,508.29 |
| 8 | COVE INVESTMENTS LLC C/O LBWR&G LLC PO BOX 610 OLD SAYBROOK, CT 06475 | 05/07/2009 | 08-13211 | 2537 | Undetermined | COVE INVESTMENTS PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6426 | $9,508.29 |
| 9 | COVE INVESTMENTS, LLC RE: OLD SAYBROOK 265 MAIN ST. C/O LWBR&G PO BOX 610 OLD SAYBROOK, CT 06475 | 05/07/2009 | 08-13211 | 2539 | $20,192.13 | LLC COVE INVESTMENTS RE: OLD SAYBROOK 265 MAIN ST. C/O LWBR & G PO BOX 610 OLD SAYBROOK, CT 06475 | 03/15/2010 | 08-13211 | 6428 | $9,508.29 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13208 | 2818 | $24,846.64 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 10/09/2009 | 08-13208 | 6300 | $249,420.61 |
| 11 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13225 | 2820 | $833.72 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 03/17/2010 | 08-13225 | 6438 | $18,828.39 |
| 12 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/18/2009 | 08-13181 | 3088 | $55,214.95* | DEPT OF TREASURY INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 07/27/2009 | 08-13181 | 6132 | $0.00 |
| | | | | | | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08/03/2009 | 08-13181 | 6145 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/18/2009 | 08-13222 | 3090 | $12,836.65* | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 09/17/2009 | 08-13222 | 6238 | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08/10/2009 | 08-13208 | 6159 | $244,170.61 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 10/09/2009 | 08-13208 | 6300 | $249,420.61 |
| 15 EGI-TRB, L.L.C. TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO, IL 60606 | 06/11/2009 | 08-13141 | 4654 | $167,026,386.62* | EGI-TRB, L.L.C. ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6395 [1] | $167,047,531.55* |
| 16 GATEWAY PACIFIC PROPERTIES, INC. C/O RONALD K. BROWN JR LAW OFFICES OF RONALD K. BROWN JR 901 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660 | 06/03/2009 | 08-13141 | 3461 | $15,108.96 | GATEWAY PACIFIC PROPERTIES, INC. C/O RONALD K BROWN, JR., LAW OFFICES OF RONALD K BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH, CA 92660 | 07/01/2009 | 08-13141 | 6010 | $171,906.30 |

---

[1] In response to the informal inquiry of EGI-TRB, L.L.C., the Debtors acknowledge that the Surviving Claim Nos. 6395 through 6418 shall be deemed to be timely-filed.

* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL**

**OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS**

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13228 | 1000 | $35,065.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13228 | 6229 | $36,464.00 |
| 18 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13187 | 1001 | $24,119.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13187 | 6236 | $50,332.00 |
| 19 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13141 | 995 | $143,261.30 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13141 | 6235 | $780,807.30 |
| 20 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13235 | 996 | $9,453.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13235 | 6232 | $10,004.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13236 | 997 | $134,489.06 | GEORGIA COMMENTS OF REVENUE DEPARTMENT OF REVENUE COMPLIANCE DIVISON, BANKRUPTCY SECTION PO BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13236 | 6230 | $145,255.06 |
| 22 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 04/13/2009 | 08-13223 | 999 | $2,046,835.00 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 09/17/2009 | 08-13223 | 6233 | $5,487,335.00 |
| 23 | HARTLEY DATA SERVICE 1807 GLENVIEW ROAD GLENVIEW, IL 60025-2995 | 04/20/2009 | 08-13208 | 1144 | $326.48 | HARTLEY DATA SERVICES 1807 GLENVIEW RD, STE 201 GLENVIEW, IL 60025-2995 | 09/08/2009 | 08-13208 | 6204 | $1,145.40 |
| 24 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 05/22/2009 | 08-13215 | 3056 | $1,301.53 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 08/24/2009 | 08-13215 | 6182 | $22,139.39 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: FOUR SEASONS RESORT 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 12/15/2009 | No Debtor Asserted | 6341 | $37,371.95 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: FOUR SEASONS RESORT 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 01/04/2010 | 08-13252 | 6351 | $37,371.95 |
| 26 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: TELEREACH, INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 03/13/2009 | No Debtor Asserted | 730 | $52,221.00 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: TELE REACH INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 03/05/2010 | 08-13211 | 6420 | $40,748.50 |
| | | | | | | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: TELE REACH INC 810 SEVENTH AVENUE, 33RD FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK, NY 10019 | 03/05/2010 | 08-13212 | 6419 | $10,883.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL**

**OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 27 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 05/21/2009 | 08-13165 | 3015 | $16,211.05 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/19/2009 | 08-13165 | 6307 [2] | $29,276.15 |
| 28 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 05/22/2009 | 08-13239 | 3068 | $195,592.60 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/28/2009 | 08-13239 | 6321 | $196,057.17 |
| 29 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/24/2008 | 08-13177 | 35 | $639.70 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 11/16/2009 | 08-13177 | 6329 | $478.85 |

---

[2] In response to the Response filed by the New York State Department of Taxation and Finance (D.I. 4236), the Debtors acknowledge that the Surviving Claim Nos. 6307, 6321, 6329, 6442, 6387 and 6425 shall be deemed to be timely-filed. Claim No. 6387 of the New York State Department of Taxation and Finance has been satisfied and withdrawn.

* - Indicates claim contains unliquidated and/or undetermined amounts

**TRIBUNE COMPANY, ET AL**

**OMNIBUS OBJECTION 26: EXHIBIT A -- AMENDED CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 30 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/12/2009 | 08-13141 | 4895 | $2,944,065.42 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/22/2010 | 08-13141 | 6442 | $2,974,358.56 |
| 31 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 09/21/2009 | 08-13254 | 6249 | $157.46 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/28/2010 | 08-13254 | 6387 | $225.27* |
| 32 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/01/2009 | 08-13236 | 6268 | $13,983.19 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 03/12/2010 | 08-13236 | 6425 | $14,245.19 |
| 33 PEOPLES GAS LIGHT & CO. NORTH SHORE GAS CO. 130 E. RANDOLPH DR CHICAGO, IL 60601 | 08/25/2009 | 08-13141 | 6187 | $49,607.51 | PEOPLES GAS LIGHT AND COKE CO. NORTH SHORE GAS CO. 130 E. RANDOLPH DR. CHICAGO, IL 60601 | 09/28/2009 | 08-13141 | 6270 | $52,809.05 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 34 | PPF OFF TWO PARK AVENUE OWNER, LLC C/O MORGAN STANLEY INC. ATTN: MARIA BLAKE 1585 BROADWAY NEW YORK, NY 10036 | 06/02/2009 | 08-13141 | 3407 | $43,711.01* | PPF OFF TWO PARK AVE OWNER, LLC C/O MORGAN STANLEY INC. ATTN: MARIA BLAKE 1585 BROADWAY NEW YORK, NY 10036 | 10/28/2009 | 08-13141 | 6319 | $1,700,000.00 |
| 35 | SIGNMEUP.COM, INC. 500 NORTH MICHIGAN AVENUE, SUITE 300 CHICAGO, IL 60611 | 05/15/2009 | No Debtor Asserted | 2858 | $1,163.60 | SIGNMEUP.COM 500 N. MICHIGAN AVE. SUITE 300 CHICAGO, IL 60611 | 03/08/2010 | No Debtor Asserted | 6421 | $1,640.40 |
| 36 | SPANLINK COMMUNICATIONS 605 N HWY 169 SUITE 900 MINNEAPOLIS, MN 55441 | 04/23/2009 | 08-13185 | 1647 | $1,740.00 | SPANLINK COMMUNICATIONS 605 HWY 169 N  NO.905 MINNEAPOLIS, MN 55441 | 09/14/2009 | 08-13185 | 6221 | $72,661.70 |
| 37 | STARDUST VISIONS 315 S BEVERLY DR STE 300 BEVERLY HILLS, CA 902124309 | 03/19/2009 | 08-13185 | 777 | $4,708.41 | STARDUST VISIONS 315, S. BEVERLY DR SUITE # 310 BEVERLY HILLS, CA 90212 | 03/11/2010 | 08-13185 | 6422 | $1,708.41 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 38 | TOWER CH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3712 | $336,100.90* | TOWER CH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6396 | $336,143.45* |
| 39 | TOWER DC, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3713 | $2,464,739.97* | TOWER DC, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6397 | $2,465,052.00* |
| 40 | TOWER DL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3714 | $373,445.45* | TOWER DL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6398 | $373,492.73* |

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 41 | TOWER EH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3715 | $2,780,287.18* | TOWER EH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHOIRZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6399 | $2,780,639.10* |
| 42 | TOWER HZ, LLC ATTN: MARC D. HAUSER C/O EGI-TRB, LLC, AS AUTHORIZED AGENT 2 NORTH RIVERSIDE PLAZA, STE 600 CHICAGO, IL 60606 | 06/10/2009 | 08-13141 | 4394 | $746,890.90* | TOWER HZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6400 | $746,985.45* |
| 43 | TOWER JB, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3717 | $846,974.28* | TOWER JB, L.L.C C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6401 | $847,081.50* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 44 | TOWER JK, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3719 | $3,475,347.59* | TOWER JK, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6402 | $3,475,787.59* |
| 45 | TOWER JP, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3720 | $952,285.90* | TOWER JP, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6403 | $952,406.46* |
| 46 | TOWER JS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3718 | $423,487.14* | TOWER JS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6404 | $423,540.94* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 47 | TOWER KS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3721 | $336,100.90* | TOWER KS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6405 | $336,143.65* |
| 48 | TOWER LL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3723 | $186,722.73* | TOWER LL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6406 | $186,746.36* |
| 49 | TOWER LM, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3724 | $74,689.09* | TOWER LM, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6407 | $74,698.54* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 50 | TOWER LZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3722 | $933,613.62* | TOWER LZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6408 | $933,731.81* |
| 51 | TOWER MH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3702 | $134,440.36* | TOWER MH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6409 | $134,457.38* |
| 52 | TOWER MS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3703 | $2,940,882.92* | TOWER MS, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6410 | $2,941,255.22* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 53 | TOWER MZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3704 | $1,764,529.75* | TOWER MZ, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6411 | $1,764,753.13* |
| 54 | TOWER NL, L.L.C. TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3705 | $3,136,941.78* | TOWER NL, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6412 | $3,137,338.90* |
| 55 | TOWER PH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3716 | $373,445.45* | TOWER PH, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6413 | $373,492.57* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 56 | TOWER PT, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3706 | $2,352,706.33* | TOWER PT, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6414 | $2,353,004.79* |
| 57 | TOWER SF, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3707 | $186,722.73* | TOWER SF, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6415 | $186,746.36* |
| 58 | TOWER TT, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3708 | $746,890.90* | TOWER TT, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6416 | $746,985.62* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 59 | TOWER VC, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3709 | $235,270.63* | TOWER VC, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6417 | $235,300.63* |
| 60 | TOWER WP, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 06/08/2009 | 08-13141 | 3710 | $5,097,185.33* | TOWER WP, L.L.C. C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 03/05/2010 | 08-13141 | 6418 | $5,097,830.61* |
| 61 | VERIZON AFNI/VERIZON EAST PO BOX 3037 BLOOMINGTON, IL 61702-3037 | 01/28/2009 | 08-13141 | 399 | $1,865.17 | VERIZON COMMUNICATIONS INC DARRYL S. LADDIN, ESQ. ARNALL GOLDEN GREGORY LLP 171 17TH STREET NW, SUITE 2100 ATLANTA, GA 30363-1031 | 09/18/2009 | 08-13141 | 6243 | $66,261.65 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 26: EXHIBIT A – AMENDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 62 | WISCONSIN DEPARTMENT OF REVENUE SPECIAL PROCEDURES UNIT PO BOX 8901 MADISON, WI 53708-8901 | 06/01/2009 | 08-13236 | 3373 | $49,153.77 | WISCONSIN DEPARTMENT OF REVENUE SPECIAL PROCEDURES UNIT PO BOX 8901 MADISON, WI 53708-8901 | 10/13/2009 | 08-13236 | 6296 | $277,064.31 |
| | | | | TOTAL | $206,132,254.62 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts