**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## NOTICE OF SERVICE OF DISCOVERY

I, Raymond H. Lemisch, Esquire, hereby certify that on May 13, 2010, true and correct copies of the *First Request for Production of Documents to Morgan Stanley & Co., Inc.* (the "First Request") were served via email upon the parties listed below. On May 14, 2010, true and correct copies of the First Request were also served via regular mail upon the parties listed below.

| | |
|---|---|
| David M. Powlen, Esquire<br>BARNES & THORNBURG LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>david.powlen@BTLaw.com | Jonathan D. Polkes, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>jonathan.polkes@weil.com |

Dated:  May 14, 2010

                                    **BENESCH, FRIEDLANDER, COPLAN**
                                        **& ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
           Raymond H. Lemisch, Esquire (No. 4204)
           Jennifer R. Hoover, Esquire (No. 5111)
           222 Delaware Ave., Suite 801
           Wilmington, DE 19801
           302-442-7010 (telephone)
           302-442-7012 (facsimile)
           rlemisch@beneschlaw.com
           jhoover@beneschlaw.com

           - and -

3580453_1.DOC

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*