## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

### NOTICE OF SERVICE OF DISCOVERY

I, Raymond H. Lemisch, Esquire, hereby certify that on May 13, 2010, true and correct copies of the *First Request for Production of Documents to Bank of America* (the "First Request") were served via email upon the parties listed below. On May 14, 2010, true and correct copies of the First Request were also served via regular mail upon the parties listed below.

| | |
|---|---|
| Daniel L. Cantor, Esquire<br>Bradley J. Butwin, Esquire<br>Evan M. Jones, Esquire<br>Steven A. Rosenstein, Esquire<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>dcantor@omm.com<br>bbutwin@omm.com<br>ejones@omm.com<br>srosenstein@omm.com | David B. Stratton, Esquire<br>John Henry Schanne, II, Esquire<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>strattond@pepperlaw.com<br>schannej@pepperlaw.com |

Dated: May 14, 2010

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

- and -

2

        **BROWN RUDNICK LLP**
        Robert J. Stark, Esq.
        Martin S. Siegel, Esq.
        William M. Dolan III, Esq.
        Katherine S. Bromberg, Esq.
        Seven Times Square
        New York, New York 10036
        Telephone: (212) 209-4800
        Facsimile: (212) 209-4801
        Email: rstark@brownrudnick.com
        Email: msiegel@brownrudnick.com
        Email: wdolan@brownrudnick.com
        Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*

3580459_1.DOC