IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**NOTICE OF SERVICE OF DISCOVERY**

I, Raymond H. Lemisch, Esquire, hereby certify that on May 13, 2010, true and correct copies of the *First Request for Production of Documents to Citibank, N.A.*, the *First Request for Production of Documents to Citigroup Global Markets, Inc.*, and the *First Request for Production of Documents to Citicorp North America, Inc.* (the "First Requests") were served via email upon the parties listed below. On May 14, 2010, true and correct copies of the First Requests were also served via regular mail upon the parties listed below.

| | |
|---|---|
| David W. Brown, Esquire<br>Lauren Shumejda, Esquire<br>Stephen J. Shimshak, Esquire<br>Andrew G. Gordon, Esquire<br>Elizabeth McColm, Esquire<br>Stuart McPhail, Equire<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>dbrown@paulweiss.com<br>lshumejda@paulweiss.com<br>sshimshak@paulweiss.com<br>agordon@paulweiss.com<br>emccolm@paulweiss.com<br>smcphail@paulweiss.com | Stephen P. Lamb, Esquire<br>John P. DiTomo, Esquire<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>500 Delaware Avenue, Suite 200<br>Post Office Box 32<br>Wilmington, DE 19899-0032<br>slamb@paulweiss.com<br>jditomo@paulweiss.com |

3580469_1.DOC

| | |
|---|---|
| Charles E. Davidow, Esquire<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>cdavidow@paulweiss.com | |

Dated:  May 14, 2010

               **BENESCH, FRIEDLANDER, COPLAN**
                **& ARONOFF LLP**

By: */s/ Raymond H. Lemisch*
   Raymond H. Lemisch, Esquire (No. 4204)
   Jennifer R. Hoover, Esquire (No. 5111)
   222 Delaware Ave., Suite 801
   Wilmington, DE 19801
   302-442-7010 (telephone)
   302-442-7012 (facsimile)
   rlemisch@beneschlaw.com
   jhoover@beneschlaw.com

   - and -

   **BROWN RUDNICK LLP**
   Robert J. Stark, Esq.
   Martin S. Siegel, Esq.
   William M. Dolan III, Esq.
   Katherine S. Bromberg, Esq.
   Seven Times Square
   New York, New York 10036
   Telephone:  (212) 209-4800
   Facsimile:  (212) 209-4801
   Email: rstark@brownrudnick.com
   Email: msiegel@brownrudnick.com
   Email: wdolan@brownrudnick.com
   Email: kbromberg@brownrudnick.com

   *Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*