**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## NOTICE OF SERVICE OF DISCOVERY

I, Raymond H. Lemisch, Esquire, hereby certify that on May 13, 2010, true and correct copies of the 1) *First Request for Production of Documents to Sam Investment Trust*, 2) *First Request for Production of Documents to EGI-TRB LLC*, 3) *First Request for Production of Documents to Equity International*, 4) *First Request for Production of Documents to Equity Group Investments LLC*, and 5) *First Request for Production of Documents to Samuel Zell* (the "First Requests") were served via email upon the parties listed below. On May 14, 2010, true and correct copies of the First Requests were also served via regular mail upon the party listed below.

> David J. Bradford, Esquire
> JENNER & BLOCK LLP
> 353 N. Clark Street
> Chicago, IL 60654-3456
> dbradford@jenner.com

Dated: May 14, 2010

**BENESCH, FRIEDLANDER, COPLAN**
**& ARONOFF LLP**

By:  */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

- and -

3580491_1.DOC

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*