IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| TRIBUNE COMPANY, et al. | * | Case No. 08-13141-KJC |
| Debtors. | * | Jointly Administered |

\* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF ALL NOTICES</u>**

PLEASE TAKE NOTICE that Meghan Horn hereby enters her appearance as attorney for the Truck Drivers and Helpers Local 355 Health and Welfare Fund and Truck Drivers and Helpers Local 355 Pension Fund (hereinafter "the Funds") pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and hereby requests, pursuant to 11 U.S.C. §§ 342 and 1109(b), and bankruptcy Rules 2002, 3017, 4001, 9007 and 9010 that all notices, pleadings, motions, orders and any other documents filed in this proceeding, including any documents filed in connection with any adversary proceeding commenced in connection with the above-captioned case, be delivered and served upon the undersigned representative of the Funds.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation: the schedules, statement of financial affairs, operation reports, plans of reorganization and disclosure statement and any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted

2

or conveyed by mail, deliver, telephone, telegraph, telex, or otherwise filed with regard to the referenced cases and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court, specifically, but not limited to: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreement, in law or equity, all of which rights, claims actions, defenses, setoffs, and recoupments it expressly reserves.

Date: May 17, 2010

/s/ Meghan C. Horn
Meghan C. Horn
Maryland Bar Number 17747
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990

Attorney for Truck Drivers and Helpers Local 355 Health and Welfare Fund and Truck Drivers and Helpers Local 355 Pension Fund

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2010, a copy of the foregoing Notice of Appearance and Request for Service was sent via First Class U. S. Mail, postage prepaid to:

Kenneth P. Kansa, Esquire
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis, Rath & Cobb, LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19801

Howard Seife, Esquire
David M. Lemay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899

                                                /s/ Meghan C. Horn
                                                Meghan C. Horn