08-13141

Dear Judge Carey:

Re. Tribune bankruptcy: I thought you should know that even before Sam Zell completed his sale of the Tribune, there were rumblings inside the company that his plan was to take the company into Chapter 11.

In fact, when asked about his financial stake and risk in the company during a staff meeting shortly after taking ove , he laughed and boasted, "I don't really care what happens here. I invested $500,000. If the company goes under, it's not coming out of my pocket."

It was pretty much assumed bankruptcy was his plan all along. No one inside the company complained because, after all, we all thought it would be good for the company and hence save our jobs.

I just think it's a travesty of justice that under the proposed settlement this billionaire, who already has cost thousands of people their jobs, is going to walk away from this deal even richer, while creditors receive almost nothing on the dollar. The Tribune Company is still making a profit every year --- $500,000 in a dreadful year for media in 2009 --- so there is no doubt in my mind that this company could pay off much, much more than what it is asking and still survive.

Signed:
Sick in Orlando