## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No.: 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>) **TRANSFER OF CLAIM**<br>) **BANKRUPTCY RULE 3001(E)(1)**<br>)<br>) |

PLEASE TAKE NOTICE that the general unsecured claim of **RAMO COFFEE COMPANY** (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of **$241.43**, as listed within the debtor's Schedule of Liabilities filed by the debtor and all general unsecured claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery III LP., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than **$241.43** and has not been previously objected to, sold, or satisfied. Other than as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** RAMO COFFEE COMPANY

Print Name STEVE J. COSTAS    Title: PRESIDENT

Signature: _____    Date: 5/10/10

Corrected Address (if req.) _____

Phone: 860-667-8889    E-Mail: db@omarcoffee.com

**TRANSFEREE:**
United States Debt Recovery III LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451


Signature: _____
        Nathan E. Jones, Managing Director

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Objection Deadline: May 13, 2010 at 4:00 p.m. (ET)<br>Hearing Date: May 20, 2010 at 10:00 a.m. (ET)<br>**Ref. Docket 4008** |

### NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES

**PLEASE TAKE NOTICE THAT** on April 12, 2010, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (as may be amended or modified, the "Plan") and the disclosure statement related to the Plan (as may be amended or modified, the "Disclosure Statement").[2]

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "Disclosure Statement Hearing") will be held before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801, on **May 20, 2010 at 10:00 a.m. (prevailing Eastern Time)** to consider the entry of an order approving the Disclosure Statement as containing "adequate information" within the meaning of section 1125 of title 11 of the United States Code (the "Bankruptcy Code"). The Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned hearing date(s) at the Disclosure Statement Hearing or any continued hearing(s).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to approval of the Disclosure Statement must be in writing and must: (i) state the name and address of the person or entity filing the objection and the amount of its claim or nature of its interest in the Debtors' chapter 11 cases; (ii) specify the basis and nature of the objection and set forth the proposed modification to the Disclosure Statement, together with suggested language; (iii) be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 together with proof of service, **on or before 4:00 p.m. (prevailing Eastern Time) on May 13, 2010** (the "Objection Deadline"); and (iv) be served, so as to be actually received on or before the Objection Deadline, on (a) Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, Facsimile (312) 853-7036, Attn: Kerriann S. Mills; (b) Cole, Schotz, Meisel, Forman & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Facsimile (302) 652-3117, Attn: Norman L. Pernick; (c) The United States Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Facsimile (302) 573-6497, Attn: Joseph McMahon; (d) Chadbourne & Parke, LLP, 30 Rockefeller Plaza, New York, NY 10112, Facsimile (212) 408-5100, Attn: Douglas E. Deutsch; and (e) Landis, Rath & Cobb, LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Facsimile (302) 467-4400, Attn: Adam G. Landis.

**PLEASE TAKE FURTHER NOTICE THAT** if any objection to the Disclosure Statement is not filed and served as prescribed herein, the objecting party may be barred from objecting to the adequacy of the Disclosure Statement and may not be heard at the Disclosure Statement Hearing.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan and Disclosure Statement may be obtained free of charge from Epiq Bankruptcy Solutions, LLC's ("Epiq") dedicated website related to the Debtors' chapter 11 cases (http://chapter11.epiqsystems.com/tribune). Copies of the Plan and Disclosure Statement are also available for inspection during regular business hours at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street, Wilmington, DE 19801 and may be viewed on the Internet at the Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. Any party in interest wishing to obtain copies of the Plan and Disclosure Statement may also request such information by telephoning Epiq at (646) 282-2400 or by contacting Debtors' counsel at the address below.

**PLEASE TAKE FURTHER NOTICE THAT** this notice is not a solicitation of votes to accept or reject the Plan. Votes on the Plan may not be solicited unless and until the proposed Disclosure Statement is approved by an order of the Bankruptcy Court. Following approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against or interests in the Debtors will receive copies of the Disclosure Statement, the Plan, and certain related documents unless otherwise ordered by the Bankruptcy Court.

Dated: April 12, 2010

| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. |
|---|---|
| James F. Conlan | |
| Bryan Krakauer | |
| Janet E. Henderson | Norman L. Pernick (No. 2290) |
| Kevin T. Lantry | J. Kate Stickles (No. 2917) |
| Kerriann S. Mills | Patrick J. Reilley (No. 4451) |
| One South Dearborn Street | 500 Delaware Avenue, Suite 1410 |
| Chicago, Illinois 60603 | Wilmington, Delaware 19801 |
| Telephone: (312) 853-7000 | Telephone: (302) 652-3131 |
| Facsimile: (312) 853-7036 | Facsimile: (302) 652-3117 |

Counsel for Debtors and Debtors In Possession

## Account Inquiry

Account Inquiry

CUSTOMER:  932440    HARTFORD COURANT (A) -CL
Telephone: 860-343-5606    Contact: JAN BIEL

| Date | Type | Doc-# | Apply-To | Age | Sold | Paid | Total-Amt |
|---|---|---|---|---|---|---|---|
| 11/10/2008 | INVOICE | 163080 | 163080 | 529 | 33.00 | | 33.00 |

Friday, Apr 23, 2010 03:16 PM

## Account Inquiry

**Account Inquiry**

CUSTOMER: 932430    HARTFORD COURANT (A) - CL
Telephone: 860-241-6507    Contact: JOSEPH SGRO BU #15001

| Date | Type | Doc-# | Apply-To | Age | Sold | Paid | Total-Amt |
|---|---|---|---|---|---|---|---|
| 11/24/2008 | INVOICE | 163551 | 163551 | 515 | 63.48 | | 63.48 |
| 12/01/2008 | INVOICE | 163737 | 163737 | 508 | 24.50 | | 24.50 |



## Account Inquiry

**Account Inquiry**

Telephone: 860-241-3554

CUSTOMER: 932415  HARTFORD COURANT (A) - CL

Contact: JACKIE VIRGADULA

| Date | Type | Doc-# | Apply-To | Age | Sold | Paid | Total-Amt |
|---|---|---|---|---|---|---|---|
| 12/01/2008 | INVOICE | 163744 | 163744 | 508 | 153.45 | | 153.45 |

| Account Inquiry | | CUSTOMER: | 932410 | HARTFORD COURANT (A) - CL | | |
| --- | --- | --- | --- | --- | --- | --- |
| Telephone: 860-241-3501 | | Contact: Patrick Leonard | | | | |
| Date | Type | Doc-# | Apply-To | Age | Sold | Paid | Total-Amt |
| 12/01/2008 | INVOICE | 163722 | 163722 | 508 | 37.45 | | 37.45 |
| 12/02/2008 | INVOICE | 163819 | 163819 | 507 | 37.10 | | 37.10 |



Account Inquiry

Account Inquiry                    CUSTOMER:    932420    HARTFORD COURANT (A) - CL
Telephone: 860-241-6505            Contact:     EUGENIA LEE BU#15001

| Date | Type | Doc-# | Apply-To | Age | Sold | Paid | Total-Amt |
|---|---|---|---|---|---|---|---|
| 12/03/2008 | INVOICE | 163776 | 163776 | 506 | 142.17 | | 142.17 |

RAMO (RMO)

| Customer/<br>Invoice Date | Invoice<br>Number | Due Dates<br>Invoice | Discount | Discount<br>Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days<br>Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0932410 | HARTFORD COURANT (A) - C | | | Contact: | | Phone: | | | | | |
| 4/1/2009 | 0000532-IN | 4/30/2009 | | 0.00 | 74.55 | 0.00 | 0.00 | 0.00 | 0.00 | 74.55 | 358 |
| | | Customer 0932410 Totals: | | 0.00 | 74.55 | 0.00 | 0.00 | 0.00 | 0.00 | 74.55 | |
| | | Report Totals: | | 0.00 | 74.55 | 0.00 | 0.00 | 0.00 | 0.00 | 74.55 | |
| | | Number of Customers: | 1 | | | | | | | | |

| Customer/<br>Invoice Date | Invoice<br>Number | Due Dates<br>Invoice | Discount | Discount<br>Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days<br>Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0932 | HARTFORD COURANT (A) - C | | | Contact: | | Phone: | | | | | |

Accounts Receivable Aged Invoice Report  
Sorted by Customer Number  
All Open Invoices - Aged as of 04/23/2010

RAMO (RMO)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Discount | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0932415 | HARTFORD COURANT (A) - C | | Contact: | | | Phone: | | | | | |
| 4/1/2009 | 0000533-IN | 4/30/2009 | | 0.00 | 153.45 | 0.00 | 0.00 | 0.00 | 0.00 | 153.45 | 358 |
| | | Customer 0932415 Totals: | | 0.00 | 153.45 | 0.00 | 0.00 | 0.00 | 0.00 | 153.45 | |
| | | Report Totals: | | 0.00 | 153.45 | 0.00 | 0.00 | 0.00 | 0.00 | 153.45 | |
| | | Number of Customers: | 1 | | | | | | | | |

Accounts Receivable Aged Invoice Report  
Sorted by Customer Number  
All Open Invoices - Aged as of 04/23/2010

RAMO (RMO)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0932420 | HARTFORD COURANT (A) - C | | | Contact: | | Phone: | | | | | |
| 4/1/2009 | 0000534-IN | 4/30/2009 | | 0.00 | 142.17 | 0.00 | 0.00 | 0.00 | 0.00 | 142.17 | 358 |
| | | Customer 0932420 Totals: | | 0.00 | 142.17 | 0.00 | 0.00 | 0.00 | 0.00 | 142.17 | |
| | | Report Totals: | | 0.00 | 142.17 | 0.00 | 0.00 | 0.00 | 0.00 | 142.17 | |
| | | Number of Customers: | 1 | | | | | | | | |

RAMO (RMO)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0932430 | | HARTFORD COURANT (A) - C | | Contact: | | Phone: | | | | | |
| 4/1/2009 | 0000535-IN | 4/30/2009 | | 0.00 | 87.98 | 0.00 | 0.00 | 0.00 | 0.00 | 87.98 | 358 |
| | | | Customer 0932430 Totals: | 0.00 | 87.98 | 0.00 | 0.00 | 0.00 | 0.00 | 87.98 | |
| | | | Report Totals: | 0.00 | 87.98 | 0.00 | 0.00 | 0.00 | 0.00 | 87.98 | |
| | | | Number of Customers: 1 | | | | | | | | |

Accounts Receivable Aged Invoice Report
'Sorted by Customer Number
All Open Invoices - Aged as of 04/23/2010

RAMO (RMO)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0932440 | | HARTFORD COURANT (A) -CL | | Contact: | | Phone: | | | | | |
| 4/1/2009 | 0000536-IN | 4/30/2009 | | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.00 | 358 |
| | | Customer 0932440 Totals: | | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.00 | |
| | | Report Totals: | | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 | 33.00 | |
| | | Number of Customers: | 1 | | | | | | | | |