B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **THE HARTFORD COURANT COMPANY,**                    Case No. **08-13211**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LIQUIDITY SOLUTIONS, INC.**                    **MULTI AD SERVICES INC**
    Name of Transferee                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): **900**
should be sent:                    Amount of Claim: **$1,412.37**
                                          Date Claim Filed: **4/6/2009**

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**                    Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/Jeffrey Caress_____                    Date:  5/17/2010
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**3139209**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

<u>In re:</u> **THE HARTFORD COURANT COMPANY,**      <u>Case No.</u> **08-13211**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **900** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **5/17/2010**.

**LIQUIDITY SOLUTIONS, INC.**               **MULTI AD SERVICES INC**
Name of Alleged Transferee                  Name of Transferor

Address of Alleged Transferee:              Address of Transferor:
**One University Plaza, Suite 312**          **MULTI AD SERVICES INC**
**Hackensack, NJ 07601**                     **35176 EAGLE WAY**
                                             **CHICAGO, IL 60678**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                _____
                                           **CLERK OF THE COURT**

**3139209**

## TRANSFER NOTICE

Multi Ad Services Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **THE HARTFORD COURANT COMPANY** (the "Debtor"), in the aggregate amount of **$1,412.37,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13211.

IN WITNESS WHEREOF, Assignor has signed below as of the _3 1_ day of _April_, 2010

## Multi Ad Services Inc

_Donald Morrison_
(Signature)

_Donald Morrison (credit mgr)_
(Print Name and Title)

_Jeffrey L. Caress_
Liquidity Solutions, Inc.

THE HARTFORD COURANT COMPANY
Multi Ad Services Inc

3139209

Tribune