## IN THE UNITED BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-13141 (KJC)** |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

## NOTICE OF SERVICE

John H. Strock hereby certifies that on May 14, 2010, a true and correct copy of **Wells Fargo Bank, N.A.'s First Request for Production of Documents Directed to Tribune Company and its Subsidiaries** was served upon the parties listed below in the manner indicated:

Cole, Schotz, Meisel, Forman & Leonard, P.A.    Sidley Austin LLP
Attn: Norman L. Pernick    Attn: Bryan Krakauer
500 Delaware Avenue, Suite 1410    One South Dearborn Street
Wilmington, DE 19801    Chicago, IL 60603
**HAND DELIVERY**    **OVERNIGHT DELIVERY**

Dated: May 17, 2010
     Wilmington, Delaware       FOX ROTHSCHILD LLP

                         Jeffrey M. Schlerf (No. 3047)
                         John H. Strock (No. 4965)
                         Citizens Bank Center, Suite 1600
                         919 North Market Street
                         Wilmington, DE 19801
                         Telephone: (302) 654-7444

                              - and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200

- and-

Thomas E Lauria
WHITE & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131
Telephone: (305) 371-2700
Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement