IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

John H. Strock hereby certifies that on May 17, 2010, true and correct copies of (1) **Wells Fargo Bank, N.A.'s First Request for Production of Documents Directed to Citigroup Global Markets Inc.** and (2) **Wells Fargo, N.A.'s First Request for Production of Documents Directed to Citicorp North America N.A.** were served upon the parties listed below in the manner indicated:

David W. Brown, Esquire
Lauren Shumejda, Esquire
Stephen J. Shimshak, Esquire
Andrew G. Gordon, Esquire
Elizabeth McColm, Esquire
Stuart McPhail, Esquire
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
**OVERNIGHT DELIVERY**

Stephen P. Lamb, Esquire
John P. DiTomo, Esquire
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
500 Delaware Avenue, Suite 200
P.O. Box 32
Wilmington, Delaware 19899-0032
**HAND DELIVERY**

Dated: May 17, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

_/s/ Jeffrey M. Schlerf_
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center, Suite 1600
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 654-7444

- and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200

- and-

Thomas E Lauria
WHITE & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement