## IN THE UNITED BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-13141 (KJC)** |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

### NOTICE OF SERVICE

John H. Strock hereby certifies that on May 17, 2010, a true and correct copy of **Wells Fargo, N.A.'s First Request for Production of Documents Directed to Angelo Gordon & Co. L.P.** were served upon the party listed below in the manner indicated:

> Angelo, Gordon & Co.
> Attn: Kirk Wickman, Esquire
> Chief Administrative Officer and General Counsel
> 245 Park Avenue
> New York, New York 10167
> **OVERNIGHT DELIVERY**

Dated: May 17, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

_____
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center, Suite 1600
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 654-7444

- and -

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200

- and-

Thomas E Lauria
WHITE & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement