IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

John H. Strock hereby certifies that on May 17, 2010, a true and correct copy of **Wells Fargo, N.A.'s First Request for Production of Documents Directed to Centerbridge Credit Partners Master, L.P., Centerbridge Credit Partners, L.P. and Centerbridge Special Credit Partners, L.P.** were served upon the party listed below in the manner indicated:

    Centerbridge Credit Partners Master, L.P.
    Centerbridge Credit Partners, L.P.
    Centerbridge Special Credit Partners, L.P.
    Attn: Jeffrey A. Gelfand, Chief Financial Officer
    CENTERBRIDGE CREDIT PARTNER MASTER, L.P.
    375 Park Avenue, 12th Floor
    New York, New York 10152
    **OVERNIGHT DELIVERY**

Dated: May 17, 2010
    Wilmington, Delaware      FOX ROTHSCHILD LLP

                                                 Jeffrey M. Schlerf (No. 3047)
                                                 John H. Strock (No. 4965)
                                                 Citizens Bank Center, Suite 1600
                                                 919 North Market Street
                                                 Wilmington, DE 19801
                                                 Telephone: (302) 654-7444

                                                         - and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200

- and-

Thomas E Lauria
WHITE & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement