# EXHIBIT A

# Late-Filed Claims

46429/0001-6747564v1

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 27: EXHIBIT A -- LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMBROSE, JOHN DBA HOME RUN DISTRIBUTIONS, INC. C/O GIAIMO ASSOCIATES LLP ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5857 | $109,749.64 | Late-Filed Claim |
| 2 | ANGEL COVERS PO BOX 6891 BROOMFIELD, CO 80021 | | No Debtor Asserted | 06/16/2009 | 5791 | Undetermined | Late-Filed Claim |
| 3 | ANNAPOLIS WEST LIMITED PARTNERSHIP RE: ANNAPOLIS 60 WEST ST C/O THE LOUGHLIN MANAGEMENT GROUP 60 WEST ST., SUITE 204 ANNAPOLIS, MD 21401 | 08-13141 | Tribune Company | 06/23/2009 | 5933 | $226,037.00 | Late-Filed Claim |
| 4 | AP & J BUILDING MAINTENANCE ATTN: MICHAEL CROWLEY C/O GIAIMO ASSOCIATES, LLP 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13206 | Star Community Publishing Group, LLC | 06/15/2009 | 5764 | $82,075.52 | Late-Filed Claim |
| 5 | AUGUGULIARO, JOSEPH C/O GIAIMO ASSOCIATES LLP ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5862 | $106,108.10 | Late-Filed Claim |
| 6 | AZIM FAKIR, DBA Z DISTRIBUTION, INC. C/O GIAIMO ASSOCIATES LLP ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5854 | $112,118.32 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BONDED SERVICES OF AMERICA<br>504 JANE STREET<br>FORT LEE, NJ 07024 | | No Debtor Asserted | 04/05/2010 | 6455 | $1,391.04 | Late-Filed Claim |
| 8 | BROOKS, ROBERT[1]<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5729 | $20.11 | Late-Filed Claim |
| 9 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5730 | $20.11 | Late-Filed Claim |
| 10 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5731 | $21.84 | Late-Filed Claim |
| 11 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5732 | $21.84 | Late-Filed Claim |
| 12 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5733 | $21.84 | Late-Filed Claim |
| 13 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5734 | $21.84 | Late-Filed Claim |
| 14 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5735 | $21.84 | Late-Filed Claim |
| 15 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5736 | $21.84 | Late-Filed Claim |

[1] By this Objection, the Debtors seek to expunge the Late-Filed Claims and reinstate the amounts relating to Mr. Brooks's claims set forth in the Schedules, which more accurately support what Mr. Books is owed by the Debtors.

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5737 | $21.84 | Late-Filed Claim |
| 17 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5738 | $21.84 | Late-Filed Claim |
| 18 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5739 | $21.84 | Late-Filed Claim |
| 19 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5740 | $21.84 | Late-Filed Claim |
| 20 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5741 | $21.84 | Late-Filed Claim |
| 21 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5742 | $21.84 | Late-Filed Claim |
| 22 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5743 | $21.84 | Late-Filed Claim |
| 23 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5744 | $25.27 | Late-Filed Claim |
| 24 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5745 | $25.27 | Late-Filed Claim |
| 25 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5746 | $27.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5747 | $27.00 | Late-Filed Claim |
| 27 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5748 | $27.00 | Late-Filed Claim |
| 28 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5749 | $27.00 | Late-Filed Claim |
| 29 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5750 | $27.00 | Late-Filed Claim |
| 30 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5751 | $27.00 | Late-Filed Claim |
| 31 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5752 | $27.00 | Late-Filed Claim |
| 32 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5753 | $27.00 | Late-Filed Claim |
| 33 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5754 | $27.00 | Late-Filed Claim |
| 34 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5755 | $27.00 | Late-Filed Claim |
| 35 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5756 | $27.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5757 | $25.27 | Late-Filed Claim |
| 37 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5758 | $25.27 | Late-Filed Claim |
| 38 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5759 | $43.68 | Late-Filed Claim |
| 39 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5760 | $21.84 | Late-Filed Claim |
| 40 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5761 | $16.65 | Late-Filed Claim |
| 41 | CADAVID-RUIZ, ESPERANZA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 07/24/2009 | 6114 | $150,732.00 | Late-Filed Claim |
| 42 | CADAVID-RUIZ, ESPERANZA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13174 | Hoy, LLC | 07/24/2009 | 6116 | $150,732.00 | Late-Filed Claim |
| 43 | CARBAJAL, ROSA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13174 | Hoy, LLC | 08/13/2009 | 6163 | $98,900.00 | Late-Filed Claim |
| 44 | CARBAJAL, ROSA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 08/13/2009 | 6164 | $98,000.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD #175<br>LISLE, IL 60532 | 08-13141 | Tribune Company | 06/15/2009 | 5785 | $75,649.06 | Late-Filed Claim |
| 46 | CICCOTTO, WILLIAM, DBA WDC<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5858 | $104,777.46 | Late-Filed Claim |
| 47 | COLLINS, ROBERT<br>303 CHESTNUT AVE<br>FAYETTEVILLE, TN 373342349 | 08-13208 | Sun-Sentinel Company | 06/18/2009 | 5876 | $1,305.00 | Late-Filed Claim |
| 48 | CRABHOUSE OF DOUGLASTON, INC.<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13174 | Hoy, LLC | 06/18/2009 | 5850 | $255,000.00 | Late-Filed Claim |
| 49 | CRABHOUSE OF DOUGLASTON, INC.<br>D/B/A DOUGLASTON MANOR<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5851 | $255,000.00 | Late-Filed Claim |
| 50 | CRABHOUSE OF DOUGLASTON, INC.<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: J. GIAIMO<br>90-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13161 | Distribution Systems of America, Inc. | 06/18/2009 | 5852 | $255,000.00 | Late-Filed Claim |
| 51 | CRONIN, BONNIE<br>THE CUMMINGS LAW FIRM LLC<br>JAMES W CUMMINGS<br>W FARRELL, 21 HOLMES AVE<br>WATERBURY, CT 06710 | 08-13241 | Tribune Television Company | 07/06/2009 | 6040 | $15,000.00* | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | DELIVERY ON TIME INCORPORATED<br>11 GLENN HOLLOW ROAD<br>HOLTSVILLE, NY 11742 | | No Debtor Asserted | 06/17/2009 | 5809 | $125,954.15 | Late-Filed Claim |
| 53 | DELUCA, SOUTH SHORE NEWS, INC.<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5865 | $140,760.86 | Late-Filed Claim |
| 54 | DOMAR GROUP INC<br>1742 BEACH BLVD NO. 256<br>LA MIRADA, CA 90638 | 08-13173 | Homestead Publishing Co. | 06/15/2009 | 5687 | $61,605.00 | Late-Filed Claim |
| 55 | DOSTI, ROSE<br>1231 5TH STREET # 303<br>SANTA MONICA, CA 90401 | | No Debtor Asserted | 04/21/2010 | 6466 | Undetermined | Late-Filed Claim |
| 56 | ENTERTAINMENT THIS WEEK<br>ATTN: LEGAL COUNSEL<br>1030 W. JERICHO TURNPIKE, SUITE 7<br>SMITHTOWN, NY 11787 | 08-13161 | Distribution Systems of America, Inc. | 06/18/2009 | 5853 | $1,138,722.00 | Late-Filed Claim |
| 57 | EVENTWORKS<br>340 WEST 131ST STREET<br>LOS ANGELES, CA 90061 | | No Debtor Asserted | 06/15/2009 | 5680 | $4,384.13 | Late-Filed Claim |
| 58 | FELICIDAD BALBON & DYLAN BALBON GLORIOSO<br>C/O E. ERIC GUIRARD INJURY LAWYERS<br>ATTN: STEVEN DEBOSIER<br>1075 GOVERNMENT ST.<br>BATON ROUGE, LA 70802-4803 | 08-13244 | Tribune Television New Orleans, Inc. | 08/03/2009 | 6147 | $750,000.00 | Late-Filed Claim |
| 59 | GALLANT, JOHN<br>EMPLOYMENT LAWYERS GROUP<br>KARL GERBER<br>13418 VENTURA BLVD<br>SHERMAN OAKS, CA 91423 | 08-13141 | Tribune Company | 06/15/2009 | 5706 | $2,500,000.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 60 | GIAIMO ASSOCIATES LLP<br>JOSEPH O GIAIMO<br>80-02 KEW GARDENS RD<br>KEW GARDENS, NY 11415 | 08-13161 | Distribution Systems of America, Inc. | 06/18/2009 | 5848 | $25,000,000.00 | Late-Filed Claim |
| 61 | GIAIMO ASSOCIATES LLP<br>JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13174 | Hoy, LLC | 06/18/2009 | 5849 | $25,000,000.00 | Late-Filed Claim |
| 62 | HOTCHKISS PEACOCK RANCH INC.<br>5990 SAN SIMEON CK RD<br>CAMBRIA, CA 93428 | 08-13141 | Tribune Company | 06/15/2009 | 5679 | $5,000.00 | Late-Filed Claim |
| 63 | HYLTON, ROSE<br>9 LAURETTE LANE<br>FREEPORT, NY 11520 | | No Debtor Asserted | 02/25/2010 | 6393 | Undetermined | Late-Filed Claim |
| 64 | HYLTON, ROSE M.<br>9 LAURETTE LANE<br>FREEPORT, NY 11520 | | No Debtor Asserted | 02/25/2010 | 6392 | Undetermined | Late-Filed Claim |
| 65 | INDIANA AMERICAN WATER<br>1410 DISCOVERY PARKWAY<br>PO BOX 578<br>ALTON, IL 62002 | 08-13141 | Tribune Company | 06/15/2009 | 5841 | $116.16 | Late-Filed Claim |
| 66 | INDIANA AMERICAN WATER<br>1410 DISCOVERY PARKWAY<br>PO BOX 578<br>ALTON, IL 62002 | 08-13141 | Tribune Company | 06/15/2009 | 5842 | $168.88 | Late-Filed Claim |
| 67 | JEAN MARIE LOPER<br>8 SKIP LANE<br>BURLINGTON, CT 06013 | | No Debtor Asserted | 07/01/2009 | 6013 | Undetermined | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 14

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | KAY, JOHN M., DBA KAY DELIVERY, INC. C/O GIAIMO ASSOCIATES LLP ATTN: JOSEPH O. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5863 | $122,899.23 | Late-Filed Claim |
| 69 | LAURENCE FURNELL, DBA LAURENCE FURNELL, INC. C/O GIAIMO ASSOCIATES LLP ATTN: JOSEPH O. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5855 | $330,593.00 | Late-Filed Claim |
| 70 | LONG ISLAND RAILROAD MTA PO BOX 5840 NEW YORK, NY 10087-5840 | 08-13238 | Tribune New York Newspaper Holdings, LLC | 06/15/2009 | 5775 | $4,025.00 | Late-Filed Claim |
| 71 | MARK FUSETTI SERVICE CO 864 GLENN STREET PHILADELPHIA, PA 19115 | | No Debtor Asserted | 06/17/2009 | 5817 | $756.00 | Late-Filed Claim |
| 72 | MCWILLIAM, KAREM 28 WILLOW ROAD NEW HYDE PARK, NY 11040 | | No Debtor Asserted | 06/15/2009 | 5781 | $2,500.00 | Late-Filed Claim |
| 73 | MEIER, ANDREW 430 HENRY ST NO. 2 BROOKLYN, NY 11231 | 08-13141 | Tribune Company | 10/01/2009 | 6263 | $500.00 | Late-Filed Claim |
| 74 | MEIER, ANDREW 430 HENRY STREET., # 2 BROOKLYN, NY 11231 | 08-13141 | Tribune Company | 10/01/2009 | 6264 | $500.00 | Late-Filed Claim |
| 75 | MOVING COST INC 6245 POWERLINE RD SUITE 202 FT LAUDERDALE, FL 33309-2047 | 08-13198 | Orlando Sentinel Communications Company | 07/07/2009 | 6041 | $1,475.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 76 | MTA METRO NORTH<br>347 MADISON AVE<br>19TH FLOOR<br>NEW YORK, NY 10017 | 08-13238 | Tribune New York Newspaper Holdings, LLC | 06/15/2009 | 5774 | $133,775.00 | Late-Filed Claim |
| 77 | NAKELSKI, CHESTER, DBA C.J. NAKELSKI, INC.<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5864 | $57,044.00 | Late-Filed Claim |
| 78 | NEW STATE TAX DEPARTMENT OF TAXATION AND FINANCE, BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 08-13176 | InsertCo, Inc. | 08/31/2009 | 6190 | $814.93 | Late-Filed Claim |
| 79 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 08-13187 | Los Angeles Times Newspapers, Inc. | 10/28/2009 | 6322 | $101.56 | Late-Filed Claim |
| 80 | NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | 08-13141 | Tribune Company | 06/15/2009 | 5765 | $43,313.54 | Late-Filed Claim |
| 81 | NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | 08-13141 | Tribune Company | 06/15/2009 | 5766 | $35,400.97 | Late-Filed Claim |
| 82 | NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | 08-13141 | Tribune Company | 06/15/2009 | 5767 | $13,249.87 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 83 | OREGON DEPARTMENT OF REVENUE REVENUE BUILDING 955 CENTER STREET NE SALEM, OR 97301-2555 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/29/2009 | 5989 | $154.25 | Late-Filed Claim |
| 84 | OREGON DEPARTMENT OF REVENUE 955 CENTER STREET NE SALEM, OR 97301 | 08-13187 | Los Angeles Times Newspapers, Inc. | 07/13/2009 | 6063 | $74.40 | Late-Filed Claim |
| 85 | OREGON DEPARTMENT OF REVENUE 955 CENTER STREET NE SALEM, OR 97301 | 08-13187 | Los Angeles Times Newspapers, Inc. | 07/20/2009 | 6099 | $74.40 | Late-Filed Claim |
| 86 | PEOPLES GAS LIGHT AND COKE CO. NORTH SHORE GAS CO. 130 E. RANDOLPH DR. CHICAGO, IL 60601 | 08-13141 | Tribune Company | 09/28/2009 | 6270 | $52,809.15 | Late-Filed Claim |
| 87 | PHELPS, CAROLE 175 TIMROD ROAD MANCHESTER, CT 06040 | | No Debtor Asserted | 06/24/2009 | 5951 | $1,500,000.00 | Late-Filed Claim |
| 88 | PICOS, DORA GUADALUPE CALLE PEDRO ASCENCIO 717 ENTRE PANFILO NARVAEZ Y COSTA DE HERMOSILLO FRACC VIRREYES HERMOSILLO, SONORA, 6622 065 6 MEXICO | | No Debtor Asserted | 07/13/2009 | 6060 | $539.50 | Late-Filed Claim |
| 89 | ROEDER, EDWARD JAMES B. WILCOX, JR. PLLC JAMES B. WILCOX, JR. 2900 P. STREET N.W. WASHINGTON, DC 20007 | | No Debtor Asserted | 06/18/2009 | 5886 | Undetermined | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 90 | SALAMONE, SALVATOER, DBA S.A.K. DISTRIBUTION, INC. C/O GIAIMO ASSOCIATES LLP ATTN: JOSEPH O. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5861 | $156,087.04 | Late-Filed Claim |
| 91 | SEGEV, RAHAV 340 W 28TH ST APT 21C NEW YORK, NY 100014763 | | No Debtor Asserted | 07/13/2009 | 6079 | $605.00 | Late-Filed Claim |
| 92 | SEGEV, RAHAV PHOTOPASS 340 W. 28TH ST. #21C NEW YORK, NY 10001 | | No Debtor Asserted | 07/13/2009 | 6080 | $605.00 | Late-Filed Claim |
| 93 | SMITH, THERESA, DBA ME-2-U DELIVERY SERVICE C/O GIAIMO ASSOCIATES LLP ATTN: JOSEPH O. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5860 | $242,265.28 | Late-Filed Claim |
| 94 | SOUTHEAST MEDIA GROUP PO BOX 2703 TELLURIDE, CO 81435 | 08-13254 | WPIX, Inc. | 06/22/2009 | 5921 | $2,424.75 | Late-Filed Claim |
| 95 | SULLIVAN, TERRA 2000 NW 32ND ST. OAKLAND PARK, FL 33309 | | No Debtor Asserted | 07/20/2009 | 6107 | $1,200.00 | Late-Filed Claim |
| 96 | T-MOBILE USA, INC. PO BOX 53410 BELLEVUE, WA 98015 | 08-13185 | Los Angeles Times Communications LLC | 06/15/2009 | 5839 | $80,665.12 | Late-Filed Claim |
| 97 | TEICHER, MORTON 11111 BISCAYNE BLVD, APT 1851 MIAMI, FL 33181-3494 | | No Debtor Asserted | 06/15/2009 | 5724 | $160.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 98 | TEICHER, MORTON<br>JOCKEY CLUB 111 APT 1851<br>11111 BISCAYNE BLVD<br>MIAMI, FL 33181-3494 | | No Debtor Asserted | 06/15/2009 | 5725 | $160.00 | Late-Filed Claim |
| 99 | THOMPSON, JAMES, DBA J&L AMERICAN ENTERPRISES, LTD.<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5856 | $119,080.00 | Late-Filed Claim |
| 100 | UGI UTILITIES, INC.<br>225 MORGANTOWN RD<br>READING, PA 19612-1949 | 08-13141 | Tribune Company | 06/22/2009 | 5919 | $36,994.82 | Late-Filed Claim |
| 101 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY<br>US EPA REGION 3<br>ATTN: MIKE HENDERSHOT<br>1650 ARCH STREET<br>PHILADELPHIA, PA 19103-2029 | 08-13209 | The Baltimore Sun Company | 07/10/2009 | 6053 | $2,400,000.00 | Late-Filed Claim |
| 102 | VICTORIA VOGEL<br>C/O HOWARD S. FREDMAN, ESQ.<br>MARC A. LIEBERMAN, ESQ.,<br>ALAN W. FORSLEY, ESQ.<br>FREDMAN/LIEBERMAN LLP<br>1875 CENTURY PARK EAST, STE 2200<br>LOS ANGELES, CA 90067-2523 | 08-13183 | KTLA Inc. | 07/22/2009 | 6112 | $100,000.00 | Late-Filed Claim |
| 103 | VON WEIDING, MARK, DBA PJT DELIVERY SERVICE, INC.<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5859 | $140,753.78 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 104 | WASHINGTON POST WRITERS GROUP, THE ATTN: KAREN H. GREENE 1150 15TH STREET, NW, 4TH FLOOR WASHINGTON, DC 20071 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/29/2009 | 5985 | $1,350.00 | Late-Filed Claim |
| 105 | WATER DEPARTMENT OF PHILADELPHIA C/O ASHLEY M. CHAN, ESQUIRE HANGLEY ARONCHICK SEGAL & PUDLIN ONE LOGAN SQUARE, 27TH FLOOR PHILADELPHIA, PA 19103 | 08-13141 | Tribune Company | 11/10/2009 | 6336 | $134.80 | Late-Filed Claim |
| 106 | WILLETTE, MARCIA, AS GUARDIAN AND NATURAL MOTHER OF ZACHERY MITZKOVITZ 69 PECAN RUN, STE 5623 OCALA, FL 34472 | 08-13141 | Tribune Company | 08/10/2009 | 6160 | $111,043.24 | Late-Filed Claim |
| 107 | WPLJ RADIO LLC 2 PENN PLAZA NEW YORK, NY 10121 | | No Debtor Asserted | 06/29/2009 | 5990 | $35,893.80 | Late-Filed Claim |
| 108 | WRIGHT, JULIE A 1990 MT. SHASTA DRIVE SAN PEDRO, CA 90732 | 08-13141 | Tribune Company | 07/06/2009 | 6030 | Undetermined | Late-Filed Claim |
| | | | | | TOTAL | $62,555,113.14 | |

* - Indicates claim contains unliquidated and/or undetermined amounts