# EXHIBIT A

## SUBSTANTIVE DUPLICATE CLAIMS

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 29: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

CLAIMS TO BE DISALLOWED / SURVIVING CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANTON BAUER, INC. 14 PROGRESS AVE SHELTON, CT 06484 | 06/09/2009 | 08-13141 | 4117 | $8,895.59 | ANTON BAUER, INC. 14 PROGRESS AVE SHELTON, CT 06484 | 06/09/2009 | 08-13254 | 4116 | $8,895.59 | Identical claims filed against multiple Debtors |
| | | | | | | ANTON BAUER, INC. 14 PROGRESS AVE SHELTON, CT 06484 | 06/09/2009 | 08-13241 | 4118 | $8,895.59 | |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: CA WALKER RESEARCH SOLUTIONS ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 01/13/2009 | 08-13187 | 228 | $57,000.00 | CA WALKER 155 N LAKE AVE SUITE 1000 PASADENA, CA 91101 | 04/20/2009 | 08-13185 | 1098 | $57,000.00 | Identical claims filed against multiple Debtors |
| 3 | BALAZS, JEFFREY A 10330 MARLOU DRIVE MUNSTER, IN 46321 | 05/12/2009 | 08-13153 | 2731 | $5,050.98 | BALAZS, JEFFREY 10330 MARLOU DRIVE MUNSTER, IN 46321 | 05/12/2009 | 08-13141 | 2741 | $5,050.98 | Identical claims filed against multiple Debtors |
| 4 | CAMERA DYNAMICS, INC. 709 EXECUTIVE BLVD VALLEY COTTAGE, NY 10989 | 06/09/2009 | 08-13141 | 4120 | $1,501.55 | CAMERA DYNAMICS, INC. 709 EXECUTIVE BLVD VALLEY COTTAGE, NY 10989 | 06/09/2009 | 08-13254 | 4119 | $1,501.55 | Identical claims filed against multiple Debtors |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 29: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 5 | CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 06/12/2009 | 08-13227 | 5116 | $67,984.53 | CONSTELLATION NEW ENERGY<br>1221 LAMAR ST.<br>SUITE 750<br>HOUSTON, TX 77010 | 06/12/2009 | 08-13223 | 5115 | $67,984.53 | Identical claims filed against multiple Debtors |
| 6 | HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ.<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | 05/15/2009 | 08-13141 | 2841 | $1,147.04 | HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ.<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | 05/15/2009 | 08-13208 | 2842 | $1,147.04 | Identical claims filed against multiple Debtors |
| 7 | KING BLACKWELL DOWNS & ZEHNDER, P.A.<br>25 E. PINE STREET<br>P.O. BOX 1631<br>ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13202 | 4358 | $85,965.79 | KING BLACKWELL DOWNS & ZEHNDER, P.A.<br>25 E. PINE ST<br>PO BOX 1631<br>ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13141 | 4360 | $85,965.79 | Identical claims filed against multiple Debtors |
| 8 | KING BLACKWELL DOWNS & ZEHNDER, P.A.<br>25 E. PINE ST<br>PO BOX 1631<br>ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13240 | 4359 | $85,965.79 | KING BLACKWELL DOWNS & ZEHNDER, P.A.<br>25 E. PINE ST<br>PO BOX 1631<br>ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13141 | 4360 | $85,965.79 | Identical claims filed against multiple Debtors |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 29: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 9 | KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE STREET P.O. BOX 1631 ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13198 | 4357 | $85,965.79 | KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE ST PO BOX 1631 ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13141 | 4360 | $85,965.79 | Identical claims filed against multiple Debtors |
| 10 | METROSCAN TRAFFIC NETWORK 629 SOUTH CLAIBORNE AVENUE NEW ORLEANS, LA 70113 | 09/28/2009 | 08-13244 | 6258 | $5,768.82 | TRAFFIC CAMERA REPORTS, INC 629 SOUTH CLAIBORNE AVENUE NEW ORLEANS, LA 70113 | 03/23/2009 | NO DEBTOR ASSERTED | 790 | $6,128.82 | Invoices in surviving claim are contained in claim to be disallowed |
| 11 | RF CENTRAL LLC 99 GARDEN PARKWAY CARLISLE, PA 17013 | 06/09/2009 | 08-13241 | 4115 | $6,129.15 | RF CENTRAL LLC 99 GARDEN PARKWAY CARLISLE, PA 17013 | 06/09/2009 | 08-13141 | 4114 | $6,129.15 | Identical claims filed against multiple Debtors |
| 12 | TEKSYSTEMS, INC. ATTN: MATT HUDSON 7437 RACE RD. HANOVER, MD 21076 | 12/21/2009 | 08-13152 | 6348 | $960.00 | TEKSYSTEMS, INC. ATTN: MATT HUDSON 7437 RACE RD. HANOVER, MD 21076 | 01/12/2009 | 08-13198 | 218 | $960.00 | Invoices in surviving claim are contained in claim to be disallowed |
| | | | | TOTAL | $412,335.03 | | | | | | |