# **<u>PROPOSED ORDER</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. _____ |

## ORDER SUSTAINING DEBTORS' TWENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("SUBSTANTIVE DUPLICATE CLAIMS")

Upon consideration of the Debtors' Twenty-Ninth Omnibus Objection (Substantive) to Claims, by which the Debtors[2] respectfully request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

1, disallowing and expunging the Duplicate Claims set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

    ORDERED that the Objection is sustained; and it is further

    ORDERED that the Duplicate Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

    ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

    ORDERED that Local Rule 3007-1(f)(iii) is waived, and the Debtors are not barred by such Rule from objecting in the future to any of the Proofs of Claim listed on <u>Exhibit A</u> attached hereto to on any ground; and it is further

    ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware  
       June _____, 2010

                                            _____  
                                            The Honorable Kevin J. Carey  
                                            Chief United States Bankruptcy Judge

# EXHIBIT A

## SUBSTANTIVE DUPLICATE CLAIMS

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 29: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | |
| 1 | ANTON BAUER, INC. 14 PROGRESS AVE SHELTON, CT 06484 | 06/09/2009 | 08-13141 | 4117 | $8,895.59 | ANTON BAUER, INC. 14 PROGRESS AVE SHELTON, CT 06484 | 06/09/2009 | 08-13254 | 4116 | $8,895.59 | Identical claims filed against multiple Debtors |
| | | | | | | ANTON BAUER, INC. 14 PROGRESS AVE SHELTON, CT 06484 | 06/09/2009 | 08-13241 | 4118 | $8,895.59 | |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: CA WALKER RESEARCH SOLUTIONS ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 01/13/2009 | 08-13187 | 228 | $57,000.00 | CA WALKER 155 N LAKE AVE SUITE 1000 PASADENA, CA 91101 | 04/20/2009 | 08-13185 | 1098 | $57,000.00 | Identical claims filed against multiple Debtors |
| 3 | BALAZS, JEFFREY A 10330 MARLOU DRIVE MUNSTER, IN 46321 | 05/12/2009 | 08-13153 | 2731 | $5,050.98 | BALAZS, JEFFREY 10330 MARLOU DRIVE MUNSTER, IN 46321 | 05/12/2009 | 08-13141 | 2741 | $5,050.98 | Identical claims filed against multiple Debtors |
| 4 | CAMERA DYNAMICS, INC. 709 EXECUTIVE BLVD VALLEY COTTAGE, NY 10989 | 06/09/2009 | 08-13141 | 4120 | $1,501.55 | CAMERA DYNAMICS, INC. 709 EXECUTIVE BLVD VALLEY COTTAGE, NY 10989 | 06/09/2009 | 08-13254 | 4119 | $1,501.55 | Identical claims filed against multiple Debtors |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 29: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 5 | CONSTELLATION NEW ENERGY BANK OF AMERICA LOCKBOX SERVICE 14217 COLLECTIONS CENTER DR CHICAGO, IL 60693 | 06/12/2009 | 08-13227 | 5116 | $67,984.53 | CONSTELLATION NEW ENERGY 1221 LAMAR ST. SUITE 750 HOUSTON, TX 77010 | 06/12/2009 | 08-13223 | 5115 | $67,984.53 | Identical claims filed against multiple Debtors |
| 6 | HUNTON & WILLIAMS LLP ATTN: LINDSAY K. BIGGS, ESQ. 951 EAST BYRD STREET RICHMOND, VA 23219 | 05/15/2009 | 08-13141 | 2841 | $1,147.04 | HUNTON & WILLIAMS LLP ATTN: LINDSAY K. BIGGS, ESQ. 951 EAST BYRD STREET RICHMOND, VA 23219 | 05/15/2009 | 08-13208 | 2842 | $1,147.04 | Identical claims filed against multiple Debtors |
| 7 | KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE STREET P.O. BOX 1631 ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13202 | 4358 | $85,965.79 | KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE ST PO BOX 1631 ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13141 | 4360 | $85,965.79 | Identical claims filed against multiple Debtors |
| 8 | KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE ST PO BOX 1631 ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13240 | 4359 | $85,965.79 | KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE ST PO BOX 1631 ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13141 | 4360 | $85,965.79 | Identical claims filed against multiple Debtors |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 29: EXHIBIT A – SUBSTANTIVE DUPLICATE CLAIMS

### CLAIMS TO BE DISALLOWED

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 9 | KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE STREET P.O. BOX 1631 ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13198 | 4357 | $85,965.79 |
| 10 | METROSCAN TRAFFIC NETWORK 629 SOUTH CLAIBORNE AVENUE NEW ORLEANS, LA 70113 | 09/28/2009 | 08-13244 | 6258 | $5,768.82 |
| 11 | RF CENTRAL LLC 99 GARDEN PARKWAY CARLISLE, PA 17013 | 06/09/2009 | 08-13241 | 4115 | $6,129.15 |
| 12 | TEKSYSTEMS, INC. ATTN: MATT HUDSON 7437 RACE RD. HANOVER, MD 21076 | 12/21/2009 | 08-13152 | 6348 | $960.00 |
| | | | | TOTAL | $412,335.03 |

### SURVIVING CLAIMS

| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
|---|---|---|---|---|---|
| KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE ST PO BOX 1631 ORLANDO, FL 32802-1631 | 06/10/2009 | 08-13141 | 4360 | $85,965.79 | Identical claims filed against multiple Debtors |
| TRAFFIC CAMERA REPORTS, INC 629 SOUTH CLAIBORNE AVENUE NEW ORLEANS, LA 70113 | 03/23/2009 | NO DEBTOR ASSERTED | 790 | $6,128.82 | Invoices in surviving claim are contained in claim to be disallowed. |
| RF CENTRAL LLC 99 GARDEN PARKWAY CARLISLE, PA 17013 | 06/09/2009 | 08-13141 | 4114 | $6,129.15 | Identical claims filed against multiple Debtors |
| TEKSYSTEMS, INC. ATTN: MATT HUDSON 7437 RACE RD. HANOVER, MD 21076 | 01/12/2009 | 08-13198 | 218 | $960.00 | Invoices in surviving claim are contained in claim to be disallowed |