# SCHEDULE 1

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 30: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | B |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ONLINE RESOURCES -<br>PREVIOUSLY<br>PRINCETON ECOM<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | B |
| BELCARO GROUP INC.<br>7100 E BELLEVIEW AVE SUITE 208<br>GREENWOOD VILLAGE, CO 80111 | B |
| BRIDGEPORT U.S.A. CORPORATION<br>D/B/A POLO CAFE & CATERING<br>BRDGEPORT USA<br>3322 S. MORGAN ST.<br>CHICAGO, IL 60608 | B |
| BURKE, MICHAEL P<br>4510 CALVERT AVE.<br>ORLANDO, FL 32833 | B |
| COLAGENE, ILLUSTRATION CLINIC<br>1097, SAINT ALEXANDRE, SUITE 413<br>MONTREAL, QC H2Z 1P8<br>CANADA | B |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | B |
| CREATIVE GROUP, THE<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | B |
| DYNAMEX INC.<br>12837 COLLECTIONS CNTR DRIVE<br>CHICAGO, IL 60693 | B |
| ISAKSEN INVESTMENTS LLC<br>RE: ARLETA 9351 LAUREL CANYON<br>7250 FRANKLIN AVE, STE 1108<br>LOS ANGELES, CA 90046 | A |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 30: SCHEDULE 1

| CREDITOR NAME | EXHIBIT |
|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: FOUR SEASONS RESORT<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | B |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | B |
| QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | B |
| RIVERSIDE CLAIMS LLC<br>TRANSFEROR: THOMSON INC DBA GRASS VALLEY<br>POST OFFICE BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024 | B |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF STILLWATER TECHNOLOGIES, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | B |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | B |
| WORLDWIDE ASSET PURCHASING, LLC<br>AS ASSIGNEE FOR SPRINT<br>C/O WEST ASSET MANAGEMENT, INC.<br>PO BOX 105698<br>ATLANTA, GA 30348 | B |