# EXHIBIT A

## Amended Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 30: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ISAKSEN INVESTMENTS LLC<br>RE: ARLETA 9351 LAUREL CANYON<br>7250 FRANKLIN AVE, STE 1108<br>LOS ANGELES, CA 90046 | 07/23/2009 | 08-13141 | 6113 | $94,047.00 | ISAKSEN INVESTMENTS, LLC<br>C/O J. BENNETT FRIEDMAN, ESQ.<br>FRIEDMAN LAW GROUP<br>1900 AVENUE OF THE STARS, SUITE 1800<br>LOS ANGELES, CA 90067 | 04/26/2010 | 08-13141 | 6467 | $125,253.75 |
| | | | | TOTAL | $94,047.00 | | | | | |