# EXHIBIT B

# Duplicate Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 30: EXHIBIT B – EXACT DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ 5720 STONERIDGE DRIVE, SUITE THREE PLEASANTON, CA 94588 | 06/22/2009 | 08-13198 | 5975 | $910.80 | ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ 5720 STONERIDGE DRIVE, SUITE THREE PLEASANTON, CA 94588 | 05/28/2009 | 08-13198 | 3624 | $910.80 |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: ONLINE RESOURCES - PREVIOUSLY PRINCETON ECOM 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 06/02/2009 | 08-13187 | 3403 | $25,322.65 | ASM CAPITAL, L.P. TRANSFEROR: ONLINE RESOURCES (FKA PRINCETON ECOM) 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 06/04/2009 | 08-13187 | 3504 | $25,322.65 |
| 3 | BELCARO GROUP INC. 7100 E BELLEVIEW AVE SUITE 208 GREENWOOD VILLAGE, CO 80111 | 06/05/2009 | 08-13165 | 5662 | $59.70 | BELCARO GROUP INC 7100 E BELLEVIEW AVE SUITE 208 GREENWOOD VILLAGE, CO 80111 | 06/03/2009 | 08-13165 | 3475 | $59.70 |
| 4 | BRIDGEPORT U.S.A. CORPORATION D/B/A POLO CAFE & CATERING BRDGEPORT USA 3322 S. MORGAN ST. CHICAGO, IL 60608 | 10/19/2009 | No Debtor Asserted | 6304 | $5,512.28 | BRIDGEPORT U.S.A. CORPORATION D/B/A POLO CAFE & CATERING BRDGEPORT USA 3322 S. MORGAN ST. CHICAGO, IL 60608 | 01/13/2009 | No Debtor Asserted | 227 | $5,512.28 |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 30: EXHIBIT B – EXACT DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | BURKE, MICHAEL P. 4510 CALVERT AVE. ORLANDO, FL 32833 | 04/28/2009 | 08-13198 | 2029 | $3,334.62 | BURKE, MICHAEL P 4510 CALVERT AVE. ORLANDO, FL 32833 | 04/27/2009 | 08-13198 | 1691 | $3,334.62 |
| 6 | BURKE, MICHAEL P. 4510 CALVERT AVE. ORLANDO, FL 32833 | 04/27/2009 | 08-13198 | 1708 | $3,334.62 | BURKE, MICHAEL P 4510 CALVERT AVE. ORLANDO, FL 32833 | 04/27/2009 | 08-13198 | 1691 | $3,334.62 |
| 7 | COLAGENE, ILLUSTRATION CLINIC 1097, SAINT ALEXANDRE, SUITE 413 MONTREAL, QC H2Z 1P8 CANADA | 02/12/2009 | 08-13211 | 455 | $500.00 | COLAGENE, ILLUSTRATION CLINIC 1097, SAINT ALEXANDRE, SUITE 413 MONTREAL, QC H2Z 1P8 CANADA | 02/12/2009 | 08-13211 | 453 | $500.00 |
| 8 | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON, MA 02114-9564 | 09/25/2009 | 08-13254 | 6255 | $649.87 | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON, MA 02114-9564 | 09/16/2009 | 08-13254 | 6241 | $649.87 |
| 9 | CREATIVE GROUP, THE DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ 5720 STONERIDGE DRIVE, SUITE THREE PLEASANTON, CA 94588 | 06/22/2009 | 08-13236 | 5977 | $1,004.50 | CREATIVE GROUP, THE DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ 5720 STONERIDGE DRIVE, SUITE THREE PLEASANTON, CA 94588 | 05/28/2009 | 08-13236 | 3626 | $1,004.50 |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 30: EXHIBIT B – EXACT DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | DYNAMEX INC. 12837 COLLECTIONS CNTR DRIVE CHICAGO, IL 60693 | 05/22/2009 | 08-13152 | 3106 | $103.82 | DYNAMEX INC 12837 COLLECTIONS CNTR DRIVE CHICAGO, IL 60693 | 05/22/2009 | 08-13152 | 3049 | $103.82 |
| 11 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: FOUR SEASONS RESORT ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 01/04/2010 | 08-13252 | 6352 | $37,371.95 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: FOUR SEASONS RESORT ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 01/04/2010 | 08-13252 | 6351 | $37,371.95 |
| 12 | PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE SHELTON, CT 06484 | 02/27/2009 | 08-13141 | 684 | $211.40 | PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE SHELTON, CT 06484 | 03/03/2009 | 08-13141 | 689 | $211.40 |
| 13 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | 04/09/2009 | 08-13185 | 990 | $177.07 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | 04/09/2009 | 08-13185 | 982 | $177.07 |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 30: EXHIBIT B – EXACT DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | RIVERSIDE CLAIMS LLC TRANSFEROR: THOMSON INC DBA GRASS VALLEY POST OFFICE BOX 626 PLANETARIUM STATION NEW YORK, NY 10024 | 03/09/2009 | No Debtor Asserted | 696 | $99,243.52 | RIVERSIDE CLAIMS LLC TRANSFEROR: THOMSON INC DBA GRASS VALLEY POST OFFICE BOX 626 PLANETARIUM STATION NEW YORK, NY 10024 | 03/06/2009 | No Debtor Asserted | 625 | $99,243.52 |
| 15 | RIVERSIDE CLAIMS LLC AS ASSIGNEE OF STILLWATER TECHNOLOGIES, INC. P.O. BOX 626 PLANETARIUM STATION NEW YORK, NY 10023 | 05/27/2009 | 08-13141 | 3620 | $8,963.25 | RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR STILLWATER TECHNOLOGIES, INC. P.O. BOX 626 PLANETARIUM STATION NEW YORK, NY 10023 | 06/01/2009 | 08-13141 | 3314 | $8,963.25 |
| 16 | TW TELECOM INC. 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 10/19/2009 | 08-13141 | 6313 | $29,585.92 | TW TELECOM INC 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 10/19/2009 | 08-13141 | 6306 | $29,585.92 |
| 17 | WORLDWIDE ASSET PURCHASING, LLC AS ASSIGNEE FOR SPRINT C/O WEST ASSET MANAGEMENT, INC. PO BOX 105698 ATLANTA, GA 30348 | 02/09/2009 | 08-13208 | 486 | $357.66 | WORLDWIDE ASSET PURCHASING, LLC AS ASSIGNEE FOR SPRINT C/O WEST ASSET MANAGEMENT, INC. PO BOX 105698 ATLANTA, GA 30348 | 02/09/2009 | 08-13208 | 485 | $357.66 |
| | | | | TOTAL | $216,643.63 | | | | | |