# PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket No. \_\_\_\_** |

### ORDER SUSTAINING DEBTORS' THIRTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("AMENDED CLAIM" AND "DUPLICATE CLAIMS")

Upon consideration of the Debtors' Thirtieth Omnibus Objection (Non-Substantive) to Claims, by which the Debtors[2] request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

disallowing and expunging (i) the Amended Claim set forth on <u>Exhibit A</u> attached hereto and (ii) the Duplicate Claims set forth on <u>Exhibit B</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Amended Claim set forth on the attached <u>Exhibit A</u> and the Duplicate Claims set forth on the attached <u>Exhibit B</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims asserted in these chapter 11 cases; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Surviving Claims" on the Exhibits attached hereto, and the parties' rights with respect to the "Surviving Claims" are reserved; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       June _____, 2010

                                        The Honorable Kevin J. Carey
                                        Chief United States Bankruptcy Judge

# EXHIBIT A

## Amended Claim

CH1 5317622v.1

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 30: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

|   | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
|   | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ISAKSEN INVESTMENTS LLC<br>RE: ARLETA 9351 LAUREL CANYON<br>7250 FRANKLIN AVE, STE 1108<br>LOS ANGELES, CA 90046 | 07/23/2009 | 08-13141 | 6113 | $94,047.00 | ISAKSEN INVESTMENTS, LLC<br>C/O J. BENNETT FRIEDMAN, ESQ.<br>FRIEDMAN LAW GROUP<br>1900 AVENUE OF THE STARS, SUITE 1800<br>LOS ANGELES, CA 90067 | 04/26/2010 | 08-13141 | 6467 | $125,253.75 |
|   |   |   |   | TOTAL | $94,047.00 |   |   |   |   |   |

# EXHIBIT B

## Duplicate Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 30: EXHIBIT B – EXACT DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ 5720 STONERIDGE DRIVE, SUITE THREE PLEASANTON, CA 94588 | 06/22/2009 | 08-13198 | 5975 | $910.80 | ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ 5720 STONERIDGE DRIVE, SUITE THREE PLEASANTON, CA 94588 | 05/28/2009 | 08-13198 | 3624 | $910.80 |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: ONLINE RESOURCES - PREVIOUSLY PRINCETON ECOM 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 06/02/2009 | 08-13187 | 3403 | $25,322.65 | ASM CAPITAL, L.P. TRANSFEROR: ONLINE RESOURCES (FKA PRINCETON ECOM) 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 06/04/2009 | 08-13187 | 3504 | $25,322.65 |
| 3 | BELCARO GROUP INC. 7100 E BELLEVIEW AVE SUITE 208 GREENWOOD VILLAGE, CO 80111 | 06/05/2009 | 08-13165 | 5662 | $59.70 | BELCARO GROUP INC 7100 E BELLEVIEW AVE SUITE 208 GREENWOOD VILLAGE, CO 80111 | 06/03/2009 | 08-13165 | 3475 | $59.70 |
| 4 | BRIDGEPORT U.S.A. CORPORATION D/B/A POLO CAFE & CATERING BRDGEPORT USA 3322 S. MORGAN ST. CHICAGO, IL 60608 | 10/19/2009 | No Debtor Asserted | 6304 | $5,512.28 | BRIDGEPORT U.S.A. CORPORATION D/B/A POLO CAFE & CATERING BRDGEPORT USA 3322 S. MORGAN ST. CHICAGO, IL 60608 | 01/13/2009 | No Debtor Asserted | 227 | $5,512.28 |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 30: EXHIBIT B – EXACT DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | BURKE, MICHAEL P<br>4510 CALVERT AVE.<br>ORLANDO, FL 32833 | 04/28/2009 | 08-13198 | 2029 | $3,334.62 | BURKE, MICHAEL P<br>4510 CALVERT AVE.<br>ORLANDO, FL 32833 | 04/27/2009 | 08-13198 | 1691 | $3,334.62 |
| 6 | BURKE, MICHAEL P.<br>4510 CALVERT AVE.<br>ORLANDO, FL 32833 | 04/27/2009 | 08-13198 | 1708 | $3,334.62 | BURKE, MICHAEL P<br>4510 CALVERT AVE.<br>ORLANDO, FL 32833 | 04/27/2009 | 08-13198 | 1691 | $3,334.62 |
| 7 | COLAGENE, ILLUSTRATION CLINIC<br>1097, SAINT ALEXANDRE, SUITE 413<br>MONTREAL, QC H2Z 1P8<br>CANADA | 02/12/2009 | 08-13211 | 455 | $500.00 | COLAGENE, ILLUSTRATION CLINIC<br>1097, SAINT ALEXANDRE, SUITE 413<br>MONTREAL, QC H2Z 1P8<br>CANADA | 02/12/2009 | 08-13211 | 453 | $500.00 |
| 8 | COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | 09/25/2009 | 08-13254 | 6255 | $649.87 | COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | 09/16/2009 | 08-13254 | 6241 | $649.87 |
| 9 | CREATIVE GROUP, THE<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | 06/22/2009 | 08-13236 | 5977 | $1,004.50 | CREATIVE GROUP, THE<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | 05/28/2009 | 08-13236 | 3626 | $1,004.50 |

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 30: EXHIBIT B – EXACT DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | DYNAMEX INC. 12837 COLLECTIONS CNTR DRIVE CHICAGO, IL 60693 | 05/22/2009 | 08-13152 | 3106 | $103.82 | DYNAMEX INC 12837 COLLECTIONS CNTR DRIVE CHICAGO, IL 60693 | 05/22/2009 | 08-13152 | 3049 | $103.82 |
| 11 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: FOUR SEASONS RESORT ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 01/04/2010 | 08-13252 | 6352 | $37,371.95 | LONGACRE OPPORTUNITY FUND, L.P. TRANSFEROR: FOUR SEASONS RESORT ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 01/04/2010 | 08-13252 | 6351 | $37,371.95 |
| 12 | PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE SHELTON, CT 06484 | 02/27/2009 | 08-13141 | 684 | $211.40 | PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE SHELTON, CT 06484 | 03/03/2009 | 08-13141 | 689 | $211.40 |
| 13 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | 04/09/2009 | 08-13185 | 990 | $177.07 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | 04/09/2009 | 08-13185 | 982 | $177.07 |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 30: EXHIBIT B – EXACT DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | RIVERSIDE CLAIMS LLC TRANSFEROR: THOMSON INC DBA GRASS VALLEY POST OFFICE BOX 626 PLANETARIUM STATION NEW YORK, NY 10024 | 03/09/2009 | No Debtor Asserted | 696 | $99,243.52 | RIVERSIDE CLAIMS LLC TRANSFEROR: THOMSON INC DBA GRASS VALLEY POST OFFICE BOX 626 PLANETARIUM STATION NEW YORK, NY 10024 | 03/06/2009 | No Debtor Asserted | 625 | $99,243.52 |
| 15 | RIVERSIDE CLAIMS LLC AS ASSIGNEE OF STILLWATER TECHNOLOGIES, INC. P.O. BOX 626 PLANETARIUM STATION NEW YORK, NY 10023 | 05/27/2009 | 08-13141 | 3620 | $8,963.25 | RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR STILLWATER TECHNOLOGIES, INC. P.O. BOX 626 PLANETARIUM STATION NEW YORK, NY 10023 | 06/01/2009 | 08-13141 | 3314 | $8,963.25 |
| 16 | TW TELECOM INC. 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 10/19/2009 | 08-13141 | 6313 | $29,585.92 | TW TELECOM INC 10475 PARK MEADOWS DRIVE LITTLETON, CO 80124 | 10/19/2009 | 08-13141 | 6306 | $29,585.92 |
| 17 | WORLDWIDE ASSET PURCHASING, LLC AS ASSIGNEE FOR SPRINT C/O WEST ASSET MANAGEMENT, INC. PO BOX 105698 ATLANTA, GA 30348 | 02/09/2009 | 08-13208 | 486 | $357.66 | WORLDWIDE ASSET PURCHASING, LLC AS ASSIGNEE FOR SPRINT C/O WEST ASSET MANAGEMENT, INC. PO BOX 105698 ATLANTA, GA 30348 | 02/09/2009 | 08-13208 | 485 | $357.66 |
| | | | | TOTAL | $216,643.63 | | | | | |