# **PROPOSED ORDER**

46429/0001-6747711v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No.** ____ |

## ORDER SUSTAINING DEBTORS' THIRTY-FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR")

Upon consideration of the Debtors' Thirty-First Omnibus (Non-Substantive) Objection to Claims (the "Objection") of the Debtors, by which the Debtors request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

and Local Rule 3007-1, modifying the Disputed Claims[2] set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

    ORDERED that the Objection is sustained; and it is further

    ORDERED that each of the Disputed Claims set forth on the attached <u>Exhibit A</u> is hereby modified solely to specify that the claim is asserted against the particular Debtor(s) indicated on <u>Exhibit A</u>; and it is further

    ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

    ORDERED that the relief granted herein is without prejudice to the Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

    ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       June _____, 2010

                                        The Honorable Kevin J. Carey
                                        Chief United States Bankruptcy Judge

---

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

# EXHIBIT A

**Claims Asserted Against No Debtor or Improper Debtor**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A -- CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 815 | 9090 ENTERPRISES C/O CAROL VERNON 2271 LINDA FLORA DRIVE LOS ANGELES, CA 90077 | 03/26/2009 | $2,814.48 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $2,814.48 |
| 2 | 6167 | ADT SECURITY SERVICES INC. 14200 E EXPOSITION AVENUE AURORA, CO 80012 | 08/11/2009 | $3.35 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $3.35 |
| 3 | 6174 | AEG TELEWORKS LLC 800 W. OLYMPIC BLVD. SUITE 305 LOS ANGELES, CA 90015 | 08/17/2009 | $17,977.00 | 08-13184 | KWGN Inc. | 08-13252 | WGN Continental Broadcasting Company | $17,977.00 |
| 4 | 3018 | ANDREWS INTERNATIONAL, INC. ATTN: TRICIA CORREA 27959 SMYTH DR. VALENCIA, CA 91355 | 05/21/2009 | $439.20 | | Multiple Debtors | 08-13183 | KTLA Inc. | $439.20 |
| 5 | 1380 | ASM CAPITAL AS PURCHASER OF: BURST COMMUNICATIONS, INC. 7600 JERICHO TPKE, SUITE 302 WOODBURY, NY 11797 | 04/16/2009 | $17,249.39 | | Multiple Debtors | 08-13182 | KSWB Inc. | $17,249.39 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 12

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 1381 | ASM CAPITAL AS PURCHASER OF: MURPHY SECURITY SERVICE LLC 7600 JERICHO TPKE, SUITE 302 WOODBURY, NY 11797 | 04/16/2009 | $69,979.82 | | Multiple Debtors | 08-13211 | The Hartford Courant Company | $69,979.82 |
| 7 | 3104 | ASM CAPITAL AS PURCHASER OF: TRIENDA LLC 7600 JERICHO TPKE, SUITE 302 WOODBURY, NY 11797 | 05/19/2009 | $28,273.50 | | Multiple Debtors | 08-13211 | The Hartford Courant Company | $28,273.50 |
| 8 | 5803 | ASM CAPITAL III, L.P. TRANSFEROR: ACHIEVE GLOBAL 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 06/16/2009 | $26,341.75 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $26,341.75 |
| 9 | 1559 | B&K ELECTRIC WHOLESALE 16252 ARROW HIGHWAY IRWINDALE, CA 91706 | 04/23/2009 | $502.66 | | Multiple Debtors | 08-13145 | California Community News Corporation | $502.66 |
| 10 | 2180 | BEERS ENTERPRISES, INC DBA THE SWITCH 969 MAIN STREET OSTERVILLE, MA 02655 | 05/01/2009 | $383.87 | | Multiple Debtors | 08-13183 | KTLA Inc. | $383.87 |
| 11 | 3452 | BREIMON, GERALD COLLISON & O'CONNOR LTD 19 S LASALLE ST, 15TH FL CHICAGO, IL 60603 | 06/03/2009 | $50,000.00* | | Multiple Debtors | 08-13155 | Chicagoland Microwave Licensee, Inc. | $50,000.00 * |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 3453 | BREIMON, GERALD C/O COLLISON & O'CONNOR LTD. 19 S. LASALLE STREET 15TH FL CHICAGO, IL 60603 | 06/03/2009 | $50,000.00* | | Multiple Debtors | 08-13157 | Chicagoland Television News, Inc. | $50,000* |
| 13 | 2353 | CLENDENIN, MICHAEL 328 CAROLINA MEADOWS VILLA CHAPEL HILL, NC 27517 | 05/04/2009 | $6,235.00 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $6,235.00 |
| 14 | 6453 | CRAIN COMMUNICATIONS, INC. ATTN: MARY E. MOCERI 1155 GRATIOT AVENUE DETROIT, MI 48207 | 04/02/2010 | $80,489.09 | 08-13141 | Tribune Company | 08-13152 08-13185 | Chicago Tribune Company Los Angeles Times Communications LLC Total | $29,373.13 $51,115.96 $80,489.09 |
| 15 | 2433 | DEPARTMENT OF WATER AND POWER, CITY OF LOS ANGELES P.O. BOX 51111 ATTN: BANKRUPTCY LOS ANGELES, CA 90051-5700 | 05/05/2009 | $519,449.64 | | Multiple Debtors | 08-13185 | Los Angeles Times Communications LLC | $519,449.64 |
| 16 | 6156 | EMPLOYERS GROUP SERVICE CORP 1150 S. OLIVE ST, SUITE 2300 LOS ANGELES, CA 90015 | 08/10/2009 | $150.95 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $150.95 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 12

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 3144 | ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE 380 NEW YORK ST REDLANDS, CA 92373 | 05/26/2009 | $1,645.39 | | Multiple Debtors | 08-13185 | Los Angeles Times Communications LLC | $1,645.39 |
| 18 | 4820 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $123.96 | 08-13153 | Chicago Tribune Newspapers, Inc. | 08-13152 | Chicago Tribune Company | $123.96 |
| 19 | 4827 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $28,335.50 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $28,335.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 4837 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $5.73 | 08-13230 | Tribune Finance, LLC | 08-13231 | Tribune Finance Service Center, Inc. | $5.73 |
| 21 | 4843 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $5,922.08 | 08-13252 | WGN Continental Broadcasting Company | 08-13184 08-13252 | KWGN Inc. WGN Continental Broadcasting Company | $143.53 $5,778.55 |
| | | | | | | | | Total | $5,922.08 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22 | 6353 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE RECOVERY/ BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 01/05/2010 | $845.46 | | Multiple Debtors | | Tribune CNLBC, LLC | $845.46 |
| 23 | 3149 | GLOBAL CROSSING TELECOMMUNICATIONS INC PO BOX 741276 CINCINNATI, OH 45274-1276 | 05/26/2009 | $2,203.33 | 08-13152 | Chicago Tribune Company | 08-13141 | Tribune Company | $2,203.33 |
| 24 | 2016 | GODSPEED COURIER PO BOX 423293 SAN FRANCISCO, CA 94142 | 04/28/2009 | $28.00 | | No Debtor Asserted | 08-13235 | Tribune Media Net, Inc. | $28.00 |
| 25 | 478 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/09/2009 | $68.00 | | Multiple Debtors | 08-13198 | Orlando Sentinel Communications Company | $68.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 1486 | KING COUNTY TREASURY 500 4TH AVE RM 600 SEATTLE, WA 98104-2387 | 04/24/2009 | $80,807.58 | | Multiple Debtors | 08-13245 | Tribune Television Northwest, Inc. | $80,807.58 |
| 27 | 3749 | LONG & FOSTER PARENT ACCT [LONG & FOSTER TRAINING CENTER] 14501 GEORGE CARTER WAY CHANTILLY, VA 20151 | 06/08/2009 | $2,293.56 | | Multiple Debtors | 08-13209 | The Baltimore Sun Company | $2,293.56 |
| 28 | 5836 | MARYLAND AMERICAN WATER P.O. BOX 578 ALTON, IL 62002 | 06/15/2009 | $94.99 | 08-13141 | Tribune Company | 08-13173 | Homestead Publishing Co. | $94.99 |
| 29 | 5837 | MARYLAND AMERICAN WATER P.O. BOX 578 ALTON, IL 62002 | 06/15/2009 | $46.52 | 08-13141 | Tribune Company | 08-13173 | Homestead Publishing Co. | $46.52 |
| 30 | 5838 | MARYLAND AMERICAN WATER P.O. BOX 578 ALTON, IL 62002 | 06/15/2009 | $22.43 | 08-13141 | Tribune Company | 08-13173 | Homestead Publishing Co. | $22.43 |
| 31 | 5840 | MARYLAND AMERICAN WATER P.O. BOX 578 ALTON, IL 62002 | 06/15/2009 | $171.03 | 08-13141 | Tribune Company | 08-13173 | Homestead Publishing Co. | $171.03 |
| 32 | 6158 | MCCLELLEN, JAMIE ANNE 1725 N NEWLAND AVE CHICAGO, IL 60707 | 08/10/2009 | $410.00 | | Multiple Debtors | 08-13152 | Chicago Tribune Company | $410.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 6326 | MEREDITH CORPORATION 1716 LOCUST ST. DES MOINES, IA 50309 | 11/16/2009 | $66,055.26 | 08-13141 | Tribune Company | 08-13182 08-13241 | KSWB Inc. Tribune Television Company | $18,525.46 $47,529.80 |
| | | | | | | | | Total | $66,055.26 |
| 34 | 3637 | MERLINONE INC ATTN: SHRAWN HARDESTY 17 WHITNEY RD QUINCY, MA 02169 | 06/08/2009 | $1,730.17 | 08-13231 | Tribune Finance Service Center, Inc. | 08-13152 | Chicago Tribune Company | $346.04 |
| | | | | | | | 08-13198 | Orlando Sentinel Communications Company | $346.04 |
| | | | | | | | 08-13208 | Sun-Sentinel Company The Baltimore Sun Company | $346.01 $346.04 |
| | | | | | | | 08-13209 08-13211 | The Hartford Courant Company | $346.04 |
| | | | | | | | | Total | $1,730.17 |
| 35 | 568 | MI-SOOK YOU KOREAN RADIO TALENT 22 HURST CT SAN RAMON, CA 94583 | 02/26/2009 | $175.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $175.00 |
| 36 | 5608 | MOELLER PRINTING CO. P.O. BOX 11288 INDIANAPOLIS, IN 46201 | 06/12/2009 | $527.78 | | Multiple Debtors | 08-13241 | Tribune Television Company | $527.78 |
| 37 | 608 | NORTH SOUTH PROMOTIONS II, INC. 1516 N. DIXIE HIGHWAY HOLLYWOOD, FL 33020 | 03/02/2009 | $148.40 | | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $148.40 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 12

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A -- CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | 891 | PEOPLE 2.0 GLOBAL, INC. 1161 MCDERMOTT DRIVE, SUITE 300 WEST CHESTER, PA 19380 | 04/06/2009 | $3,240.00 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $3,240.00 |
| 39 | 6096 | PR NEWSWIRE ATTN: PAT PERILLO 806 PLAZA THREE HARBORSIDE FIN'L CENTER JERSEY CITY, NJ 07311 | 07/13/2009 | $865.00 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $865.00 |
| 40 | 3512 | PROFORMA PRINTING SYSTEMS, INC. 7276 AMETHYST AVE. ALTA LOMA, CA 91701 | 06/04/2009 | $6,228.87 | | Multiple Debtors | 08-13209 | The Baltimore Sun Company | $6,228.87 |
| 41 | 2481 | PRUDENTIAL JA&A 23925 PARK SORRENTO CALABASAS, CA 91302 | 05/06/2009 | $50.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $50.00 |
| 42 | 3607 | QUINN, MEREDITH 91 MONOMOYIC WAY CHATAHAM, MA 02633 | 06/05/2009 | $23,460.00 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $23,460.00 |
| 43 | 2181 | REXEL CONSOLIDATED 4050 NE 6TH AV FT LAUDERDALE, FL 33334 | 05/01/2009 | $517.88 | | Multiple Debtors | 08-13198 | Orlando Sentinel Communications Company | $517.88 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 44 | 3322 | SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY,<br>ROOM 3A218<br>BEDMINSTER, NJ 07921 | 06/01/2009 | $0.92 | | Multiple Debtors | 08-13141 | Tribune Company | $0.92 |
| 45 | 2529 | SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | 05/07/2009 | $12,950.16 | | Multiple Debtors | 08-13245 | Tribune Television Northwest, Inc. | $12,950.16 |
| 46 | 4295 | SERVICE SOURCE, INC.<br>100 CENTERVIEW DR., SUITE 210<br>NASHVILLE, TN 37214 | 06/10/2009 | $32,083.96 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $32,083.96 |
| 47 | 1756 | SIERRA LIQUIDITY FUND, LLC - ASSIGNMENT ATT-IN-FACT FOR FINISHING CO - ASSIGNOR<br>2699 WHITE ROAD #255<br>IRVINE, CA 92614 | 04/27/2009 | $3,251.73 | | Multiple Debtors | 08-13152 | Chicago Tribune Company | $3,251.73 |
| 48 | 1757 | SIERRA LIQUIDITY FUND, LLC - ASSIGNMENT ATT-IN-FACT FOR MOELLER PRINTING CO - AS ASSIGNOR; 2699 WHITE ROAD #255<br>IRVINE, CA 92614 | 04/27/2009 | $939.19 | | Multiple Debtors | 08-13241 | Tribune Television Company | $939.19 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 49 | 6421 | SIGNMEUP.COM 500 N. MICHIGAN AVE. SUITE 300 CHICAGO, IL 60611 | 03/08/2010 | $1,640.40 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $1,640.40 |
| 50 | 6212 | SIMPLEX GRINNELL ATTN: BANKRUPTCY 50 TECHNOLOGY DRIVE WESTMINSTER, MA 01441 | 08/24/2009 | $157.77 | | Multiple Debtors | 08-13184 | KWGN Inc. | $157.77 |
| 51 | 2755 | SMITH, DENISE 1191 RIDGE RD RISING SUN, MD 21911 | 05/13/2009 | $7.64 | | Multiple Debtors | 08-13209 | The Baltimore Sun Company | $7.64 |
| 52 | 3451 | SPENCER, GILMAN 11 W 30TH ST APT 12F NEW YORK, NY 10001-4419 | 06/03/2009 | $111,262.00 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $111,262.00 |
| 53 | 2012 | ST MARTIN, CHRISTIE 40 GREENCROFT CRESCENT MARKHAM, ON L3R 3Y5 CANADA | 04/28/2009 | $1,500.00 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,500.00 |
| 54 | 470 | T-MOBILE USA, INC. PO BOX 53410 BELLEVUE, WA 98015 | 02/04/2009 | $2,008.10 | | Multiple Debtors | 08-13245 | Tribune Television Northwest, Inc. | $2,008.10 |
| 55 | 6176 | VERITEXT 3090 BRISTOL ST SUITE 190 COSTA MESA, CA 92626 | 08/17/2009 | $3,770.85 | | No Debtor Asserted | 08-13235 | Tribune Media Net, Inc. | $3,770.85 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 11 of 12

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | 583 | WEBEX COMMUNICATIONS C/O RMS BANKRUPTCY RECOVERY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 02/20/2009 | $1,618.75 | 08-13227 | Tribune Direct Marketing, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,000.00 |
| | | | | | | | 08-13227 | Tribune Direct Marketing, Inc. | $618.75 |
| | | | | | | | | Total | $1,618.75 |

\* - Indicates claim contains unliquidated and/or undetermined amounts