IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                                            ) SS
NEW CASTLE COUNTY )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 18th day of May, 2010, she caused a copy of the following:

**REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO VARIOUS OBJECTIONS TO THE DISCLOSURE STATEMENT
[D.I. 4447]**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 18th day of May, 2010.

_____
Notary Public
My Commission Expires: 10/26/2011



698.001-W0007794

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Service List**

*Via Hand Delivery*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Debtors)
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Facsimile: (312) 853-7036

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Wilmington Trust Company)
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Facsimile: (212) 209-4801

*Via Hand Delivery*
(Counsel to Wilmington Trust Company)
Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to Credit Agreement Lenders)
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building – 17th Floor
1000 West Street
Wilmington, DE 19899

*Via Facsimile*
(Counsel to Credit Agreement Lenders)
Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua D. Morse, Esq.
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Facsimile: (213) 694-1234

*Via Facsimile*
(Counsel to Deutsche Bank Trust Company Americas)
David Adler, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167
Facsimile: (212) 609-6921

*Via Hand Delivery*
(Counsel to Deutsche Bank Trust Company Americas)
Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801

*Via Hand Delivery*
(Counsel to Wells Fargo Bank, N.A.)
Jeffrey M. Schlerf, Esq.
Eric M. Sutty, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1600
Wilmington, DE 19801

*Via Facsimile*
(Counsel to Wells Fargo, N.A.)
Thomas E. Lauria, Esq.
Gerard H. Uzzi, Esq.
David Hille, Esq..
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Facsimile: (212) 819-8113

*Via First Class Mail*
Kevin Millen
1704 Lanier Lane
Memphis, TN 38117

*Via First Class Mail*
Karl Miller
University College London
Department of English
Gower Street
London WC1E 6BT

*Via First Class Mail*
Robert Henke
4104 Hearthside Drive
Apt. 101
Wilmington, NC 28412

*Via First Class Mail*
Virginia W. Thomson
215 Seville Way
San Mateo, CA 94402

*Via Facsimile*
(Counsel for Crabhouse of Douglaston, Inc.)
Samuel K. Rosen, Esq.
Harwood Fetter LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 753-3630

*Via Hand Delivery*
(Counsel to The Ace Companies)
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

*Via Facsimile*
(Counsel to the Ace Companies)
Margery N. Reed, Esq.
Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Facsimile: (215) 979-1020

*Via Facsimile*
Michael Schloss
Senior Trial Attorney
U.S. Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013
Facsimile: (202) 693-5610

*Via Facsimile*
(Counsel to County of San Bernardino, CA)
Martha E. Romero, Esq.
Romero Law Firm
6516 Bright Avenue
Whittier, CA 90601
Facsimile: (562) 907-6820

*Via First Class Mail*
Dilip K. Patel
24249 Leewin St.
Detroit, MI 48219