# EXHIBIT B

(Spansion Ballot)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPANSION INC., *et al.*,[1] | Case No.: 09-10690 (KJC) |
| Debtors. | Jointly Administered |

## BALLOT FOR CLASS 1 SECURED CREDIT FACILITY CLAIMS FOR ACCEPTING OR REJECTING THE DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION DATED DECEMBER 16, 2009

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have filed the Second Amended Joint Plan of Reorganization Dated December 16, 2009 (as amended from time to time and including all exhibits and supplements, the "**Plan**") which is attached to the Second Amended Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Dated December 16, 2009 (as amended from time to time and including all exhibits and supplements, the "**Disclosure Statement**"). Capitalized terms used in this Ballot or in the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the Holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) of the Bankruptcy Code. If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, each Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code. **If the Plan is confirmed by the Court, it will be binding upon you whether or not you vote.**

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Spansion Inc., a Delaware corporation (8239); Spansion Technology LLC, a Delaware limited liability company (3982); Spansion LLC, a Delaware limited liability company (0482); Cerium Laboratories LLC, a Delaware limited liability company (0482), and Spansion International, Inc., a Delaware corporation (7542). The mailing address for each Debtor is 915 DeGuigne Dr., Sunnyvale, CA 94085.

**IMPORTANT**

**THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON FEBRUARY 4, 2010**
You should review the Disclosure Statement before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your Claim has been placed in Class 1 Secured Credit Facility Claims under the Plan.
**TO HAVE YOUR VOTE COUNTED, YOU MUST COMPLETE, SIGN AND RETURN THIS BALLOT TO EPIQ BANKRUPTCY SOLUTIONS, LLC, THE CLAIMS AND VOTING AGENT, SO THAT IT IS RECEIVED BY THE VOTING DEADLINE INDICATED ABOVE.**
**BALLOTS WILL NOT BE ACCEPTED BY THE CLAIMS AND VOTING AGENT BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.**

## INSTRUCTIONS

1. COMPLETE ITEM 1.
2. COMPLETE ITEM 2.
3. REVIEW THE CERTIFICATIONS IN ITEM 3.
4. **SIGN THE BALLOT.**
5. RETURN THE BALLOT BY MAIL IN THE ENVELOPE PROVIDED.
6. BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.
7. YOU MUST VOTE THE FULL AMOUNT OF YOUR CLAIM REPRESENTED BY THIS BALLOT TO ACCEPT OR REJECT THE PLAN AND MAY NOT SPLIT YOUR VOTE.
8. ANY EXECUTED BALLOT RECEIVED THAT DOES NOT INDICATE EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN OR THAT INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN WILL NOT BE COUNTED IN DETERMINING THE ACCEPTANCE OR REJECTION OF THE PLAN.
9. ALL BALLOTS MUST BE FULLY EXECUTED TO BE COUNTED. IF A BALLOT IS TO BE EXECUTED BY AN AUTHORIZED PARTY OTHER THAN AN OFFICER OR EMPLOYEE OF THE CREDITOR, OR AN ATTORNEY-AT-LAW ACTING FOR THE CREDITOR, SUFFICIENT EVIDENCE OF THE AUTHORIZED PARTY'S AUTHORITY TO EXECUTE THE BALLOT <u>MUST</u> BE PROVIDED TO THE CLAIMS AND VOTING AGENT UPON REQUEST.

This Ballot is for Holders of Class 1 Secured Credit Facility Claims to accept or reject the Plan described in the accompanying Disclosure Statement, and to accept or reject the release provisions contained in Article XI of the Plan.

This Ballot is for voting purposes only and does not constitute, and shall not be deemed, a proof of claim or an admission by the Debtors of the validity of a Claim. Should your Claim be estimated or otherwise allowed for voting purposes by order of the Court, your Claim shall be allowed for voting purposes only in the amount estimated or allowed by the Court, unless, prior to the Voting Deadline, the Court enters an order disallowing such Claim. By signing this Ballot, you are making certain certifications and are acknowledging that such vote is subject to all the terms and conditions set forth in the Disclosure Statement.

**Item 1. Class 1 Secured Credit Facility Claims Vote**

The Holder of the Class 1 Secured Credit Facility Claim(s) votes to (please check one):

☐     <u>ACCEPT</u> THE PLAN          ☐     <u>REJECT</u> THE PLAN

Voting Amount: $ _____

**Item 2.  Releases. COMPLETE THIS ITEM ONLY IF YOU VOTED TO REJECT THE PLAN IN ITEM 1 ABOVE.** If you return a ballot and vote to accept the Plan, you are automatically deemed to have accepted the release, injunction, and exculpation provisions of the Plan. You are also deemed to have accepted the release, injunction, and exculpation provision of the Plan if you do not cast a vote with respect to the Plan. However, if you voted to reject the Plan, by checking the box below, you are entitled to <u>not</u> elect to grant the releases contained in Section 11.4 of the Plan. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Section 11.4 of the Plan to the fullest extent permitted by applicable law.

☐     The undersigned elects <u>not</u> to grant the releases contained in Section 11.4 of the Plan.

**Item 3.  Certifications.**

By signing this Ballot, the Entity certifies to the Bankruptcy Court and the Debtors:

(a)     that either: (i) the Entity is the Holder of a Class 1 Claim or has the power and authority to vote to accept or reject the Plan on behalf of the Claimant;

(b)     that the Entity has received the Solicitation Materials and had an opportunity to review the Disclosure Statement and Plan and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth therein;

(c)     that the Entity has cast the same vote with respect to all Class 1 Claims; and

(d)     that no other Ballots with respect to the amount of the Class 1 Claims identified in Item 1 have been cast or, if any other Ballots have been cast with respect to such Claims, then any such earlier Ballots are hereby revoked.

Name of Holder (Print or Type): _____

Signature: _____

Name of Signatory (if other than Holder): _____

Title: _____

Address: _____

_____

Date Completed: _____

ONLY ORIGINAL BALLOTS WILL BE ACCEPTED – THE CLAIMS AND VOTING AGENT WILL NOT ACCEPT COPIES OF BALLOTS OR BALLOTS SENT BY TELECOPIER, FACSIMILE TRANSMISSIONS, EMAIL OR OTHER ELECTRONIC TRANSMISSION. ORIGINAL BALLOTS SHOULD BE RETURNED TO:

> EPIQ BANKRUPTCY SOLUTIONS, LLC
> 757 THIRD AVENUE, 3RD FLOOR
> NEW YORK, NY 10017
> ATTN: SPANSION TABULATION

IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE CLAIMS AND VOTING AGENT, EPIQ BANKRUPTCY SOLUTIONS, LLC, AT 646-282-2400. PLEASE NOTE THAT THE CLAIMS AND VOTING AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.