# Exhibit 1

Amended Conflicts Search List

**AMENDED CONFLICTS SEARCH LIST**
**Exhibit C to Schmid Declaration**
**In re: TRIBUNE COMPANY et al.**
BANKRUPTCY CASE NO. 08-13141 (KJC)
United States Bankruptcy Court
**District of Delaware**

In connection with its proposed retention to provide financial advice services and Discovery Support Services[1] to the Examiner in these Chapter 11 Cases, LECG has been provided a list of: (i) the Debtors, creditors, other parties in interest in the Chapter 11 Cases and their respective attorneys and accountants, as listed on Exhibit A to the Schmid Declaration, (ii) the following four entities which provided services in connection with the Merger (as that term is defined in the Definitive Proxy Statement filed by Tribune Company on Schedule 14A pursuant to the Securities Exchange Act of 1934, as amended, dated July 13 2007) and related transactions: Citigroup Global Markets, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanley; and Valuation Research Corporation and (iii) the United States Trustee for Region 3 and/or any person employed in the United States Trustee offices located in Region 3 listed on Exhibit B to the Schmid Declaration (all of the foregoing constituting the "Identified Parties"). The Identified Parties, whose names are set forth below, have been processed by LECG through its computerized conflict check system. LECG's conflicts checks are done by searching a computer database. If the database input contains a misspelling, a conflict could potentially be missed. If there is any question regarding whether LECG provided services to an entity or an individual, LECG's disclosure assumes LECG provided services to the entity and/or individual in question. Additionally, due to the magnitude of the aforementioned computer database, many common names (for example, those of common individual surnames, etc.) appear repetitively.

LECG does not provide services to any of the Identified Parties in connection with these Chapter 11 Cases. LECG, however, has identified the names listed below as persons/entities to whom/which LECG currently provides services and/or to whom/which LECG has provided services in the past, on matters unrelated to these Chapter 11 Cases. LECG is not currently providing services to the Debtor or any Non-Debtor Affiliate identified below, not even with respect to matters unrelated to these Chapter 11 Cases.

As part of the conflicts check process described above, LECG searches the names of attorneys and law firms that appear below, but only to determine whether LECG has been engaged by any of those individuals and entities on their own behalf. We have not searched our database to determine whether any of those individuals or entities have engaged LECG on behalf of a third party client, but, because LECG serves as consultants in many unrelated cases and engagements, it is likely that counsel associated with this case may be working with LECG in matters and engagements unrelated to this bankruptcy case.

LECG and its professionals provide services in many bankruptcies across the country in which some of the Identified Parties may have creditor claims in the bankruptcies.

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as in the *Application of Examiner for an Order Authorizing the Retention of LECG, LLC as Financial Advisor to the Examiner Nunc Pro Tunc to April 30, 2010*, the *Declaration of F. Wayne Elggren in Support of the Application of the Examiner Authorizing the Retention of LECG, LLC as Financial Advisor to the Examiner Nunc Pro Tunc to April 30, 2010* ("Elggren Declaration"), and the *Declaration of Fernanda L. Schmid in Support of the Application of the Examiner Authorizing the Retention of LECG, LLC as Financial Advisor to the Examiner Nunc Pro Tunc to April 30, 2010* ("Schmid Declaration").

**AMENDED CONFLICTS SEARCH LIST**
**Exhibit C to Schmid Declaration**
**In re: TRIBUNE COMPANY et al.**
**BANKRUPTCY CASE NO. 08-13141 (KJC)**
**United States Bankruptcy Court**
**District of Delaware**

Throughout its history, LECG and its professionals have provided services, now provide services, and likely will provide services in the future to parties adverse to many of the creditors and other parties in interest in these cases.

| Name | Relationship |
|---|---|
| Tribune Company | Debtors and Non-Debtor Affiliates |
| Baltimore Newspaper Network, Inc. | Debtors and Non-Debtor Affiliates |
| Chicago Tribune Company | Debtors and Non-Debtor Affiliates |
| Chicago Tribune Newspapers, Inc. | Debtors and Non-Debtor Affiliates |
| Chicago Tribune Press Service, Inc. | Debtors and Non-Debtor Affiliates |
| forsalebyowner.com Corp. | Debtors and Non-Debtor Affiliates |
| Forsalebyowner.com Referral Services, LLC | Debtors and Non-Debtor Affiliates |
| Juliusair Company, LLC | Debtors and Non-Debtor Affiliates |
| Juliusair Company II, LLC | Debtors and Non-Debtor Affiliates |
| Southern Connecticut Newspapers, Inc. | Debtors and Non-Debtor Affiliates |
| The Baltimore Sun Company | Debtors and Non-Debtor Affiliates |
| Times Mirror Services Company, Inc. | Debtors and Non-Debtor Affiliates |
| Tribune Entertainment Company | Debtors and Non-Debtor Affiliates |
| Tribune Entertainment Production Company | Debtors and Non-Debtor Affiliates |
| Tribune Media Net, Inc. | Debtors and Non-Debtor Affiliates |
| Tribune Media Services, Inc. | Debtors and Non-Debtor Affiliates |
| Abitibi Consolidated | Thirty Largest Unsecured Creditors (Consolidated) |
| Barclays Capital | Thirty Largest Unsecured Creditors (Consolidated) |
| Bowater Inc | Thirty Largest Unsecured Creditors (Consolidated) |
| Deutsche Bank National Trust Company | Thirty Largest Unsecured Creditors (Consolidated) |
| J.P. Morgan Chase Bank, N.A. | Thirty Largest Unsecured Creditors (Consolidated) |
| Merrill Lynch Capital Corporation | Thirty Largest Unsecured Creditors (Consolidated) |
| NBC Universal Domestic Television Nielsen Media Research | Thirty Largest Unsecured Creditors (Consolidated) |
| Paramount Pictures Corporation | Thirty Largest Unsecured Creditors (Consolidated) |
| Sony Pictures Television | Thirty Largest Unsecured Creditors (Consolidated) |
| SP Newsprint Company | Thirty Largest Unsecured Creditors (Consolidated) |
| Twentieth Television | Thirty Largest Unsecured Creditors |

**AMENDED CONFLICTS SEARCH LIST**
**Exhibit C to Schmid Declaration**
**In re: TRIBUNE COMPANY et al.**
BANKRUPTCY CASE NO. 08-13141 (KJC)
United States Bankruptcy Court
District of Delaware

| **Name** | **Relationship** |
|---|---|
| Warner Brothers Television | Thirty Largest Unsecured Creditors (Consolidated) |
| ABN AMRO Holding NV | Prepetition Lenders to the Debtors |
| Aegon USA Investment Management | Prepetition Lenders to the Debtors |
| AIG Global Investment Corp. | Prepetition Lenders to the Debtors |
| Airlie Opportunity Capital Management LP | Prepetition Lenders to the Debtors |
| Aladdin Capital Management LLC | Prepetition Lenders to the Debtors |
| Allstate Investment Management Company | Prepetition Lenders to the Debtors |
| Angelo Gordon & Co LP | Prepetition Lenders to the Debtor |
| Ares Management LP | Prepetition Lenders to the Debtors |
| Avenue Advisors LLC | Prepetition Lenders to the Debtors |
| Babson Capital Management LLC | Prepetition Lenders to the Debtors |
| Bank of America N.A. | Prepetition Lenders to the Debtors |
| Barclays Bank plc | Prepetition Lenders to the Debtors |
| Bear Stearns & Co., Inc | Prepetition Lenders to the Debtors |
| Bear Stearns Asset Management | Prepetition Lenders to the Debtors |
| Blackstone Debt Advisors LP | Prepetition Lenders to the Debtors |
| Canadian Imperial Bank of Commerce | Prepetition Lenders to the Debtors |
| Canyon Capital Advisors LLC | Prepetition Lenders to the Debtors |
| CIT Group Incorporated | Prepetition Lenders to the Debtors |
| Citicorp North America Inc | Prepetition Lenders to the Debtors |
| Citigroup Financial Products Inc. | Prepetition Lenders to the Debtors |
| Contrarian Capital Management LLC | Prepetition Lenders to the Debtors |
| Credit Suisse Asset Management | Prepetition Lenders to the Debtors |
| Credit Suisse Group AG | Prepetition Lenders to the Debtors |
| Davidson Kempner Capital Management LLC | Prepetition Lenders to the Debtors |
| Delaware Management Business Trust | Prepetition Lenders to the Debtors |
| Deutsche Bank AG | Prepetition Lenders to the Debtors |
| Deutsche Investment Management Americas Inc. | Prepetition Lenders to the Debtors |
| EBF & Associates LP | Prepetition Lenders to the Debtors |
| Elliott Management Corporation | Prepetition Lenders to the Debtors |
| Farallon Capital Management LLC | Prepetition Lenders to the Debtors |
| Fidelity Investment/Fidelity Mutual Fund Comp | Prepetition Lenders to the Debtors |
| Fidelity Investments FIG LLC | Prepetition Lenders to the Debtors |
| Firstlight Financial Corp. | Prepetition Lenders to the Debtors |
| Franklin Advisers Inc. | Prepetition Lenders to the Debtors |

## AMENDED CONFLICTS SEARCH LIST
### Exhibit C to Schmid Declaration
### In re: TRIBUNE COMPANY et al.
### BANKRUPTCY CASE NO. 08-13141 (KJC)
### United States Bankruptcy Court
### District of Delaware

| Name | Relationship |
|---|---|
| Franklin Mutual Advisers LLC | Prepetition Lenders to the Debtors |
| Franklin Templeton Inv Mgmt Ltd | Prepetition Lenders to the Debtors |
| GE Asset Management Inc. | Prepetition Lenders to the Debtors |
| General Electric Capital Corporation | Prepetition Lenders to the Debtors |
| Goldentree Asset Management LP | Prepetition Lenders to the Debtors |
| Goldman Sachs Asset Management LP | Prepetition Lenders to the Debtors |
| Goldman Sachs Group Inc. | Prepetition Lenders to the Debtors |
| Guggenheim Management LLC | Prepetition Lenders to the Debtors |
| Gulf Stream Asset Management LLC | Prepetition Lenders to the Debtors |
| Halcyon Structured Asset Management LP | Prepetition Lenders to the Debtors |
| Harbert Management Corporation | Prepetition Lenders to the Debtors |
| Highland Capital Management LP | Prepetition Lenders to the Debtors |
| ING Investment Management LLC | Prepetition Lenders to the Debtors |
| Invesco Inst NA Inc. | Prepetition Lenders to the Debtors |
| Jefferson Pilot Financial Insurance Company | Prepetition Lenders to the Debtors |
| John Hancock A/C 62 JH High Yield Fund (99140) | Prepetition Lenders to the Debtors |
| John Hancock Financial Services Inc. | Prepetition Lenders to the Debtors |
| JP Morgan BK Branch - 0802 | Prepetition Lenders to the Debtors |
| JP Morgan Chase Bank, N.A. | Prepetition Lenders to the Debtors |
| Lehman Brothers Commercial Bank | Prepetition Lenders to the Debtors |
| Lehman Brothers Holdings Inc. | Prepetition Lenders to the Debtors |
| Levine Leichtman Capital Partners Inc. | Prepetition Lenders to the Debtors |
| Loews Corporation | Prepetition Lenders to the Debtors |
| Loomis Sayles & Company LP | Prepetition Lenders to the Debtors |
| Massachusetts Financial Services Company | Prepetition Lenders to the Debtors |
| Merrill Lynch & Co. Inc. | Prepetition Lenders to the Debtors |
| Metropolitan Life Insurance Company | Prepetition Lenders to the Debtors |
| Metropolitan West Asset Management LLC | Prepetition Lenders to the Debtors |
| Moore Capital Management LLC | Prepetition Lenders to the Debtors |
| Morgan Stanley | Prepetition Lenders to the Debtors |
| Morgan Stanley Investment Co Niston BV | Prepetition Lenders to the Debtors |
| Morgan Stanley Investment Management Garda BV | Prepetition Lenders to the Debtors |
| Morgan Stanley Investment Management Inc. as AgtINCAS AGT | Prepetition Lenders to the Debtors |
| Morgan Stanley Investment Management | Prepetition Lenders to the Debtors |
| National City Corporation | Prepetition Lenders to the Debtors |
| Neuberger Berman LLC | Prepetition Lenders to the Debtors |

## AMENDED CONFLICTS SEARCH LIST
### Exhibit C to Schmid Declaration
### In re: TRIBUNE COMPANY et al.
### BANKRUPTCY CASE NO. 08-13141 (KJC)
### United States Bankruptcy Court
### District of Delaware

| Name | Relationship |
| --- | --- |
| New York Life Insurance Company | Prepetition Lenders to the Debtors |
| New York Life Investment Management | Prepetition Lenders to the Debtors |
| Nicholas-Applegate Capital Management LLC | Prepetition Lenders to the Debtors |
| Nomura Corporate Research & Asset Management Inc. | Prepetition Lenders to the Debtors |
| Nomura Corporate Research & Asset Mgmt | Prepetition Lenders to the Debtors |
| Oaktree Capital Management LP | Prepetition Lenders to the Debtors |
| Onex Credit Partners LLC | Prepetition Lenders to the Debtors |
| Oppenheimer Funds Inc. | Prepetition Lenders to the Debtors |
| Pacific Investment Management Company | Prepetition Lenders to the Debtors |
| Pioneer Investment Management Inc. | Prepetition Lenders to the Debtors |
| Plainfield Asset Management LLC | Prepetition Lenders to the Debtors |
| PPM America Incorporated | Prepetition Lenders to the Debtors |
| Prudential Investment Management Inc | Prepetition Lenders to the Debtors |
| Quadrangle Group LLC | Prepetition Lenders to the Debtors |
| Rabobank Int'l | Prepetition Lenders to the Debtors |
| Renaissance Reinsurance Limited | Prepetition Lenders to the Debtors |
| Royal Bank of Scotland plc | Prepetition Lenders to the Debtors |
| Sandelman Partners LP | Prepetition Lenders to the Debtors |
| Sankaty Advisors Bain Capital | Prepetition Lenders to the Debtors |
| Scotia Capital Inc. | Prepetition Lenders to the Debtors |
| Silver Point Capital LP - FSG | Prepetition Lenders to the Debtors |
| Societe Generale | Prepetition Lenders to the Debtors |
| Stichting Pensioentbnds ABP - Portfolio 1211 | Prepetition Lenders to the Debtors |
| Sumitomo Mitsui Banking Corporation | Prepetition Lenders to the Debtors |
| Sunrise Partners Limited Partnership | Prepetition Lenders to the Debtors |
| Swiss Reinsurance Company Ltd. | Prepetition Lenders to the Debtors |
| Taconic Capital Advisors LLC | Prepetition Lenders to the Debtors |
| Trimaran Advr LLC | Prepetition Lenders to the Debtors |
| UBS AG | Prepetition Lenders to the Debtors |
| UBS O'Connor LLC | Prepetition Lenders to the Debtors |
| W R Huff Asset Management | Prepetition Lenders to the Debtors |
| Wachovia Bank National Association | Prepetition Lenders to the Debtors |
| Wells Capital Management Incorporated | Prepetition Lenders to the Debtors |
| Wells Fargo Foothill Inc. | Prepetition Lenders to the Debtors |
| WestLB AG | Prepetition Lenders to the Debtors |
| Wilmington Trust Company - Delaware | Prepetition Lenders to the Debtors |

**AMENDED CONFLICTS SEARCH LIST**
**Exhibit C to Schmid Declaration**
**In re: TRIBUNE COMPANY et al.**
**BANKRUPTCY CASE NO. 08-13141 (KJC)**
**United States Bankruptcy Court**
**District of Delaware**

| Name | Relationship |
|---|---|
| Barclays Capital | Counterparties to Hedging Agreements |
| Davis Polk & Wardwell | Professionals Retained by Prepetition Lenders |
| FTI Consulting | Professionals Retained by Prepetition Lenders |
| Deutsche Bank National Trust Company | Indenture Trustee |
| Wilmington Trust Company | Indenture Trustee |
| Ace American Insurance Company | Insurance Carriers |
| Allied World Insurance Company, Ltd (AWAC) | Insurance Carriers |
| Axis Reinsurance Company | Insurance Carriers |
| Chubb Atlantic Indemnity Ltd. | Insurance Carriers |
| Executive Risk Indemnity Inc. (Chubb) | Insurance Carriers |
| Federal Insurance Company (Chubb) | Insurance Carriers |
| FM Global | Insurance Carriers |
| Global Aerospace | Insurance Carriers |
| The Hartford Insurance Group | Insurance Carriers |
| Illinois National Insurance Company (AIG) | Insurance Carriers |
| Indian Harbor Insurance/ESC (XL) | Insurance Carriers |
| Lexington Insurance Company | Insurance Carriers |
| Lloyd's Multimedia Insurance Company | Insurance Carriers |
| St. Paul Fire & Marine Insurance Company (Travelers) | Insurance Carriers |
| XL Insurance (Bermuda) Ltd. | Insurance Carriers |
| Zurich American Insurance Company | Insurance Carriers |
| Alvarez & Marsal North America LLC | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Deloitte & Touche LLP | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| EPIQ Bankruptcy Solutions, LLC | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Jenner & Block LLP | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Lazard Freres & Co. | Other Professionals Retained by the Debtors Outside of the Ordinary Course of |

**AMENDED CONFLICTS SEARCH LIST**
**Exhibit C to Schmid Declaration**
**In re: TRIBUNE COMPANY et al.**
**BANKRUPTCY CASE NO. 08-13141 (KJC)**
United States Bankruptcy Court
District of Delaware

| Name | Relationship |
|---|---|
| | Business |
| McDermott, Will & Emery LLP | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Morgan, Lewis & Bockius LLP | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Navigant Consulting | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| PricewaterhouseCoopers LLP | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| American Express Co | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Anheuser Busch | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Arby's Restaurants Ltd. | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| AT&T | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| AT&T (A) 2 | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| AT&T (B) 2 | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Bank of America | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Cablevision | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Carmax | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Carnival Corp. | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Circuit City | Other Professionals Retained by the Debtors Outside of the Ordinary Course of |

## AMENDED CONFLICTS SEARCH LIST
### Exhibit C to Schmid Declaration
### In re: TRIBUNE COMPANY et al.
### BANKRUPTCY CASE NO. 08-13141 (KJC)
### United States Bankruptcy Court
### District of Delaware

| Name | Relationship |
|---|---|
| | Business |
| Citigroup | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Comcast | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Comcast Cable | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Countrywide Financial | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| CP Chrysler Factory | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| CP Dodge Dealer Association | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| CP Jeep/Eagle Dealer Association | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Dell | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Disney - Buena Vista | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Domino's Pizza | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Dunkin Donuts | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Foodmaker/Jack in the Box | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Ford | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Ford Dealer Associations | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Ford Mazda Factory | Other Professionals Retained by the Debtors Outside of the Ordinary Course of |

AMENDED CONFLICTS SEARCH LIST
Exhibit C to Schmid Declaration
In re: TRIBUNE COMPANY et al.
BANKRUPTCY CASE NO. 08-13141 (KJC)
United States Bankruptcy Court
District of Delaware

| Name | Relationship |
|---|---|
| | Business |
| GE - Vivendi Universal | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| GEICO | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| General Mills | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| General Motors | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Glaxo Smith Kline Beecham Welcome | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| GM Chevy Dealer Associations | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| GM Chevy Factors | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| GM General Motors Corp | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Honda Acura Factory | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Honda Dealer Associations | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Honda Factory | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Johnson & Johnson | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Kia Factory Motors | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Kraft General Foods | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Lowe's - Home Improvement | Other Professionals Retained by the Debtors Outside of the Ordinary Course of |


**AMENDED CONFLICTS SEARCH LIST**
**Exhibit C to Schmid Declaration**
**In re: TRIBUNE COMPANY et al.**
**BANKRUPTCY CASE NO. 08-13141 (KJC)**
United States Bankruptcy Court
District of Delaware

| Name | Relationship |
|---|---|
| | Business |
| McDonalds -- McDonald's | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| News America Publg FSI | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| News Corp | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| News Corp - 20th Century Fox - Home - Theatrical | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Nissan Dealer Associations | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Nissan Factory | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Nissan Infiniti Factory | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Pepsi - Pepsi Cola Various | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Pfizer | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Procter & Gamble - P&G | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Progressive Insurance | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Qwest Communications | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Reckitt Benekiser | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Six Flags Great America Parks | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Sony Entertainment Pictures - Columbia Tristar | Other Professionals Retained by the Debtors Outside of the Ordinary Course of |

**AMENDED CONFLICTS SEARCH LIST**
**Exhibit C to Schmid Declaration**
**In re: TRIBUNE COMPANY et al.**
**BANKRUPTCY CASE NO. 08-13141 (KJC)**
**United States Bankruptcy Court**
**District of Delaware**

| **Name** | **Relationship** |
| --- | --- |
| Southwest Airlines | Business Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Sprint/Nextel | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Subway | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Target Stores | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| T-Mobile | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| T-Mobile/Voice Stream | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Toyota Dealer Associations | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Toyota Lexus Dealer Associations | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Toyota Local Dealers | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| TW New Line Cinema - Home Video | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| TW Time Warner | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| TW Warner Brothers | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| TW Warner Communications | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| U.S. Cellular | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Verizon Wireless | Other Professionals Retained by the Debtors Outside of the Ordinary Course of |

**AMENDED CONFLICTS SEARCH LIST**
**Exhibit C to Schmid Declaration**
**In re: TRIBUNE COMPANY et al.**
**BANKRUPTCY CASE NO. 08-13141 (KJC)**
United States Bankruptcy Court
District of Delaware

| **Name** | **Relationship** |
| --- | --- |
| | Business |
| Verizon Wireless - Cellular Volkswagen Factory | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Viacom - Paramount | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Wachovia Bank | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Washington Mutual | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Washington Mutual | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Yum Brands - Kentucky Fried Chicken | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Yum Brands - Pizza Hut Yum Brands - Taco Bell | Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business |
| Arco Gas Station | Parties to Significant Litigation with the Debtors |
| Beneficial Innovations, Inc. | Parties to Significant Litigation with the Debtors |
| Cbs Broadcasting Inc. | Parties to Significant Litigation with the Debtors |
| Cbs Radio Inc. | Parties to Significant Litigation with the Debtors |
| First United Bank; Illinois Banking Corporate | Parties to Significant Litigation with the Debtors |
| Hustedt Chevrolet, Inc. | Parties to Significant Litigation with the Debtors |
| Hy-Ko Products Company | Parties to Significant Litigation with the Debtors |
| Realty Executives | Parties to Significant Litigation with the Debtors |
| Southern Connecticut Newspapers, Inc, | Parties to Significant Litigation with the Debtors |
| TV Guide Online, Inc. | Parties to Significant Litigation with the Debtors |
| TV Guide Online, LLC | Parties to Significant Litigation with the Debtors |
| U.S. Bank National Association | Parties to Significant Litigation with the |

**AMENDED CONFLICTS SEARCH LIST**
**Exhibit C to Schmid Declaration**
**In re: TRIBUNE COMPANY et al.**
**BANKRUPTCY CASE NO. 08-13141 (KJC)**
United States Bankruptcy Court
District of Delaware

| **Name** | **Relationship** |
| --- | --- |
|  | Debtors |
| Catellus Development Corporation | Significant Landlords of the Debtors |
| Forest Lawn Cemetery Association | Significant Landlords of the Debtors |
| L&L Holding Company, LLC | Significant Landlords of the Debtors |
| Majestic Realty Co. and Yorba Linda Sub, LLC | Significant Landlords of the Debtors |
| Wells Fargo Bank, N.A, | Significant Landlords of the Debtors |
| Citadel | Major Holders of Phones |
| Sandelman | Major Holders of Phones |
| Gannett Co., Inc. | Counterparties to Recent Significant Asset Dispositions |
| Hearst Corporation | Counterparties to Recent Significant Asset Dispositions |
| Gannett Co., Inc. | Joint Venture Partners |
| The McClatchy Co., Inc. | Joint Venture Partners |
| MediaNews Group, Inc. | Joint Venture Partners |
| Microsoft Corporation | Joint Venture Partners |
| Equity Group Investments LLC | Other |
| Careerbuilder, LLC | Equity Method Investments |
| Classified Ventures, LLC | Equity Method Investments |
| Comcast Sportsnet Chicago | Equity Method Investments |
| Bank of Montreal Trust Company | Former Indenture Trustees |
| Bank of New York | Former Indenture Trustees |
| Citibank, N.A. | Former Indenture Trustees |
| First Interstate Bank of California | Former Indenture Trustees |
| Wells Fargo Bank, N.A. | Former Indenture Trustees |
| Banc of America Securities LLC | Agents Under Credit Agreements |
| Bank of America, N.A. | Agents Under Credit Agreements |
| Barclays Bank plc | Agents Under Credit Agreements |
| Citicorp North America, Inc. | Agents Under Credit Agreements |
| Citigroup Global Markets, Inc. | Agents Under Credit Agreements |
| JPMorgan Chase Bank, N.A. | Agents Under Credit Agreements |
| JPMorgan Securities, Inc. | Agents Under Credit Agreements |
| Merrill Lynch Capital Corporation | Agents Under Credit Agreements |
| Merrill, Lynch, Pierce, Fenner & Smith Inc. | Agents Under Credit Agreements |