TRIBUNE COMPANY, et al.
Case No. 08-13141 (KJC)
Exhibit "A" to Omnibus Order Approving Fee Applications
for the Compensation Period March 1, 2009-May 31, 2009

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 1740 | $256,368.00 | $17,090.58 | $273,458.58 |
| Sidley Austin LLP (Counsel to Debtors) | 1757 | $4,203,235.50 | $104,118.90 | $4,307,354.40 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 1707 | $3,055,651.65 | $22,317.71 | $3,077,969.36 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 1750 | $7,068.75 | $125.28 | $7,194.03 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 1743 | $435,393.14 | $11,549.03 | $446,942.17 |
| Jones Day (Special Counsel for Certain Litigation Matters for Debtors) | 1742 | $40,530.00 | $91.54 | $40,621.54 |
| Lazard Freres & Co. LLC (Investment Bankers to Debtors) | 2350 | $600,000.00 | $11,455.67 | $611,455.67 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 2313 | $838,826.50 | $3,631.33 | $842,457.83 |
| Paul, Hastings, Janofsky & Walker LLP (Special Counsel for General Real Estate for Debtors) | 1758 | $427,393.00 | $1,201.42 | $428,594.42 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 1806 | $322,635.00 | $1,266.13 | $323,901.13 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 1645 | $24,656.00 | $1,254.97 | $25,910.97 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 1747 | $264,914.25 | $9,369.57 | $274,283.82 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 2352 | $132,195.00 | $0.00 | $132,195.00 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 1734 | $1,758,203.25 | $47,518.24 | $1,805,721.49 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 1736 | $151,192.00 | $9,480.28 | $160,672.28 |
| AlixPartners, LLP (Financial Advisor to Committee) | 1735 | $1,579,823.25 | $23,340.15 | $1,603,163.40 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 1816 | $600,000.00 | $19,003.72 | $619,003.72 |
| **Committee Members** | | | | |
| Committee Members [Counsel to Washington-Baltimore Newspaper Guild, Local 32035, Robert E. Paul, Esquire; Washington-Baltimore Newspaper Guild, Local 32035, William Salganik] | 1088 | $0.00 | $1,217.82 | $1,217.82 |