# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE THAT Steven A. Rosenstein of O'Melveny & Myers LLP hereby withdraws his appearance on behalf of Bank of America, N.A. and Banc of America Securities LLC in these chapter 11 cases.

Dated: May 18, 2010  
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

By: /s/ John H. Schanne, II  
David B. Stratton (No. 960)  
John H. Schanne, II (No. 5260)  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, DE 19899-1709  
Telephone: (302) 777-6500  
Facsimile: (302) 421-8390

-and-

Bradley J. Butwin, Esq.  
Daniel L. Cantor, Esq.  
O'MELVENY & MYERS LLP  
Times Square Tower  
7 Times Square  
New York, New York 10036  
(212) 326-2000

-and-

#12604479 v1

Evan M. Jones, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

*Attorneys for Bank of America, N.A. and Banc of America Securities LLC*

#12604479 v1