**EXHIBIT A**

# JONES DAY

Advice on Antitrust Matters                                                                                       Page 1

---

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 11/05/09 | AK SOBCZAK | 0.20 | 50.00 |

E-mails with Chi regarding September and October fee applications.

| 11/11/09 | D N CHI | 1.00 | 350.00 |

Draft and revise September and October fee application.

| 11/11/09 | AK SOBCZAK | 0.50 | 125.00 |

Review September Tribune bill and mark redactions (.30); review October time (.20).

| 11/13/09 | D N CHI | 1.20 | 420.00 |

Draft and revise September and October bill (1.00); calls with Nelson regarding same (0.20).

| 11/23/09 | D N CHI | 0.20 | 70.00 |

Draft and revise September and October bill.

| 11/25/09 | D N CHI | 0.50 | 175.00 |

Draft and revise September and October bill and coordinate filing of fee application.

| 12/15/09 | D N CHI | 0.10 | 35.00 |

Review and analyze faxes from local counsel.

| 12/19/09 | D N CHI | 2.10 | 735.00 |

Review and analyze fee examiner reports regarding second and third interim fee applications.

| 01/07/10 | D N CHI | 0.30 | 120.00 |

Review and analyze fee examiner response to third interim fee application and draft response to same.

| 01/07/10 | D N CHI | 0.10 | 40.00 |

Draft fourth interim fee application.

| 01/13/10 | D N CHI | 2.00 | 800.00 |

Draft response to fee examiner's report regarding third interim fee application.

| 01/19/10 | P A PROGER | 0.30 | 270.00 |

Telephone call with Larsen regarding *redacted* transaction.

| 01/19/10 | R C THOMAS | 0.50 | 262.50 |

Communicate with Proger regarding potential transaction in *redacted* (.10); review background materials regarding same (.40).

| 02/01/10 | D N CHI | 0.30 | 120.00 |

Review and analize fee examiner's final report regarding Jones Day's third interim fee application.

| 02/15/10 | P A PROGER | 0.30 | 270.00 |

Participate in Thomas conference call with *redacted* and Eldersveld regarding possible *redacted* transaction.

| 02/15/10 | R C THOMAS | 0.50 | 262.50 |

Prepare for and participate in teleconference with Proger and client regarding potential *redacted* transaction.

| 02/16/10 | R C THOMAS | 1.00 | 525.00 |

Draft information request in connection with potential *redacted* transaction (.60); review public information regarding parties' *redacted* operations (.40).

| 02/18/10 | D N CHI | 0.10 | 40.00 |

Review and analyze January draft bill.

| 02/18/10 | P A PROGER | 0.50 | 450.00 |

Review and revise draft information request.

| 03/03/10 | P A PROGER | 1.40 | 1,260.00 |

Conference call with Tribune and *redacted* representatives regarding *redacted* (.50); telephone call with Eldersveld regarding same (.30); conference call with Larsen and Eldersveld regarding *redacted* (.20); review and revise draft common interest agreement (.40).

| 03/04/10 | K M COMEAU | 0.50 | 125.00 |

Review and revise audit letter.

| 03/05/10 | K M COMEAU | 0.50 | 125.00 |

Review and revise audit letter.

# JONES DAY

| Advice on Antitrust Matters | | | Page 2 |
|---|---|---|---|

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 03/05/10 | P A PROGER | 0.30 | 270.00 |
| | Review and revise *redacted* draft common interest agreement. | | |
| 03/08/10 | P A PROGER | 0.50 | 450.00 |
| | Review and revise common interest agreement (.30); telephone call with *redacted* regarding same (.20). | | |
| 03/09/10 | P A PROGER | 1.20 | 1,080.00 |
| | Telephone call with Eldersveld regarding common interest agreement (.20); revised draft of same from *redacted* (.50); telephone call with *redacted* regarding same (.30); review revise draft common interest agreement from *redacted* (.20). | | |
| 03/09/10 | P A PROGER | 1.00 | 900.00 |
| | Review Tribune due diligence regarding *redacted* (.20); telephone call with *redacted* regarding same (.80). | | |
| 03/09/10 | R C THOMAS | 2.80 | 1,470.00 |
| | Prepare for and participate in teleconference with Proger, Eldersveld, and *redacted* regarding potential *redacted* transaction (1.00); review information request and communicate with Proger regarding same (1.00); review public information regarding *redacted* business (.80). | | |
| 03/10/10 | R C THOMAS | 0.80 | 420.00 |
| | Draft and revise information request for target in connection with potential *redacted* transaction and transmit same to *redacted*. | | |
| 03/15/10 | P A PROGER | 0.30 | 270.00 |
| | Telephone call with *redacted* regarding common interest agreement and transaction and negotiation guidelines. | | |
| 03/16/10 | P A PROGER | 0.60 | 540.00 |
| | Review revised common interest agreement and transaction guidelines (.30); conference call with Eldersveld and *redacted* regarding same (.30). | | |
| 03/16/10 | R C THOMAS | 0.30 | 157.50 |
| | Review transaction guidelines in connection with potential transaction with *redacted*. | | |
| 03/17/10 | P A PROGER | 0.20 | 180.00 |
| | Telephone call with Eldersveld regarding (1) common interest agreement, and (2) guidelines. | | |
| 03/18/10 | P A PROGER | 0.40 | 360.00 |
| | Review and revise final revision to common interest agreement. | | |
| 03/22/10 | P A PROGER | 0.40 | 360.00 |
| | Review and revise common interest agreement and pre-transaction guidelines final versions (.30); telephone call with Thomas regarding same (.10). | | |
| 03/22/10 | R C THOMAS | 0.50 | 262.50 |
| | Draft and revise transaction guidelines in connection with potential transaction with *redacted* (.40); communicate with Proger regarding same (.10). | | |
| 03/23/10 | P A PROGER | 0.40 | 360.00 |
| | Telephone call with Eldersveld regarding common interest agreement control group designation (.20); phone call with *redacted* regarding same (.20). | | |
| 03/23/10 | R C THOMAS | 0.30 | 157.50 |
| | Draft and revise transaction guidelines in connection with potential transaction with *redacted* (.20); communicate with Proger and transmit same to Eldersveld (.10). | | |
| 03/28/10 | P A PROGER | 0.20 | 180.00 |
| | Review "A" list for common interest agreement (.10); email to and from Eldersveld regarding same (.10). | | |
| 03/29/10 | P A PROGER | 0.80 | 720.00 |
| | Telephone call with Eldersveld regarding "A" list (.30); telephone call with *redacted* regarding same (.30); telephone call with Eldersveld regarding same (.20). | | |
| 03/29/10 | R C THOMAS | 0.30 | 157.50 |
| | Review and revise common interest agreement. | | |
| **TOTAL** | | **25.40** | USD **14,925.00** |

## **EXHIBIT B**

# JONES DAY

Tribune Company                                                          Page 1

Advice on Antitrust Matters

## DISBURSEMENT DETAIL - April 22, 2010

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **CALLING CARD CHARGES** | | | | |
| 11/05/09 | P A PROGER | WAS | 4.22 | |
| | Calling card charges 02-Sep-2009 | | | |
| 11/05/09 | P A PROGER | WAS | 1.49 | |
| | Calling card charges 21-Sep-2009 | | | |
| | **Calling card charges Subtotal** | | | 5.71 |
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 02/09/10 | CHI ACCOUNTING | CHI | 2.40 | |
| | Computerized research services | | | |
| 02/09/10 | CHI ACCOUNTING | CHI | 19.20 | |
| | Computerized research services | | | |
| | **Computerized research services Subtotal** | | | 21.60 |
| **CONFERENCE CHARGES** | | | | |
| 11/05/09 | R C THOMAS | WAS | 9.99 | |
| | Conference charges 21-Sep-2009 | | | |
| 11/05/09 | R C THOMAS | WAS | 8.33 | |
| | Conference charges 21-Sep-2009 | | | |
| 03/31/10 | P A PROGER | WAS | 3.55 | |
| | Conference charges 15-Feb-2010 | | | |
| | **Conference Charges Subtotal** | | | 21.87 |
| **LONG DISTANCE CHARGES** | | | | |
| 01/21/10 | WAS ACCOUNTING | WAS | 1.65 | |
| | Long distance charges through 01/21/2010 | | | |
| 03/11/10 | WAS ACCOUNTING | WAS | 2.70 | |
| | Long distance charges through 03/11/2010 | | | |
| 03/25/10 | P A PROGER | WAS | 59.99 | |
| | Long distance charges 10-Feb-2010 | | | |
| | **Long distance charges Subtotal** | | | 64.34 |
| **POSTAGE CHARGES** | | | | |
| 03/16/10 | WAS ACCOUNTING | WAS | 1.05 | |
| | Postage charges - MARCH 2010 POSTAGE | | | |
| | **Postage charges Subtotal** | | | 1.05 |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 03/09/10 | A L RUDE | WAS | 8.26 | |
| | United Parcel Services Charges | | | |
| | **United Parcel Service charges Subtotal** | | | 8.26 |
| | Total | | USD | 122.83 |
| | Grand Total | | USD | 122.83 |

## EXHIBIT C

CHI-1750415v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[5] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1.  I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[6] regarding the contents of applications for compensation and expenses.

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (1208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTX.X Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[6] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

CHI-1750415v1

2.	I have read the Sixth Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for the Period from November 1, 2009 through March 31, 2010 (the "Application").

3.	A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.


Dated: May 18, 2010                     /s/ Phillip A. Proger
                                        Phillip A. Proger