# EXHIBIT C

*Corporate Organizational Chart*

