# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Debtors. | **Related to Docket No. 4451** |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON MAY 20, 2010 AT 10:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing must contact COURTCALL, LLC by 12:00 p.m. (noon) on **May 19, 2010** via telephone (866-582-6878) or facsimile (866-533-2946) to register to participate.

## CERTIFICATIONS OF COUNSEL

1.  Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending Debtors' Exclusive Period Within Which to Solicit Acceptance of a Chapter 11 Plan (Filed April 30, 2010) (Docket No. 4211)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

Related Document(s):

    (a)    Certification of Counsel Regarding Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending Debtors' Exclusive Period Within Which to Solicit Acceptance of a Chapter 11 Plan (Filed May 18, 2010) (Docket No. 4448)

    (b)    **Order Pursuant to 11 U.S.C. § 1121(d) Further Extending Debtors' Exclusive Period Within Which to Solicit Acceptance of a Chapter 11 Plan (Entered May 18, 2010) (Docket No. 4466)**

Response Deadline: May 13, 2010 at 4:00 p.m.

Responses Received:

    (a)    Credit Agreement Lenders' Statement Regarding Debtors' Motion for an Order Further Extending Plan Exclusivity (Filed May 13, 2010) (Docket No. 4375)

**Status:**    **The Court entered an Order granting the Motion.  This matter will not be going forward.**

## UNCONTESTED MATTERS GOING FORWARD

2.    Application of the Examiner for an Order Authorizing the Retention of Klee, Tuchin, Bogdanoff & Stern LLP as Counsel to the Examiner *Nunc Pro Tunc* to April 30, 2010 (Filed May 12, 2010) (Docket No. 4356)

Related Document(s):

    (a)    Declaration of Martin R. Barash in Support of Application of the Examiner for an Order Authorizing the Retention of Klee, Tuchin, Bogdanoff & Stern LLP as Counsel to the Examiner *Nunc Pro Tunc* to April 30, 2010 (Filed May 12, 2010) (Docket No. 4357)

    (b)    Motion for Expedited Consideration of Applications of the Examiner to Retain Professionals *Nunc Pro Tunc* to April 30, 2010 (Filed May 12, 2010) (Docket No. 4363)

    (c)    Order Granting Motion for Expedited Consideration of Applications of the Examiner to Retain Professionals *Nunc Pro Tunc* to April 30, 2010 (Entered May 13, 2010) (Docket No. 4364)

    (d)    Notice of Hearing on Applications of the Examiner to Retain Professionals *Nunc Pro Tunc* to April 30, 2010 (Filed May 13, 2010) (Docket No. 4372)

      (e)      **Certification of No Objection on Application of the Examiner for an Order Authorizing the Retention of Klee, Tuchin, Bogdanoff & Stern LLP as Counsel to the Examiner *Nunc Pro Tunc* to April 30, 2010 (Filed May 19, 2010) (Docket No. 4475)**

Objection Deadline:  May 17, 2010 at 4:00 p.m.

Responses Received: None.

**Status:**      **A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.**

3.      Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner *Nunc Pro Tunc* to April 30, 2010 (Filed May 12, 2010) (Docket No. 4358)

Related Document(s):

      (a)      Motion for Expedited Consideration of Applications of the Examiner to Retain Professionals *Nunc Pro Tunc* to April 30, 2010 (Filed May 12, 2010) (Docket No. 4363)

      (b)      Order Granting Motion for Expedited Consideration of Applications of the Examiner to Retain Professionals *Nunc Pro Tunc* to April 30, 2010 (Entered May 13, 2010) (Docket No. 4364)

      (c)      Notice of Hearing on Applications of the Examiner to Retain Professionals *Nunc Pro Tunc* to April 30, 2010 (Filed May 13, 2010) (Docket No. 4372)

      (d)      **Certification of No Objection on Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner *Nunc Pro Tunc* to April 30, 2010 (Filed May 19, 2010) (Docket No. 4476)**

Objection Deadline:  May 17, 2010 at 4:00 p.m.

Responses Received: None.

**Status:**      **A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.**

46429/0001-6485291v2

4.    Application of the Examiner for an Order Authorizing the Retention of LECG, LLC as Financial Advisor to the Examiner *Nunc Pro Tunc* to April 30, 2010 (Filed May 12, 2010) (Docket No. 4360)

Related Document(s):

(a)    Declaration of F. Wayne Elggren in Support of Application of the Examiner for an Order Authorizing the Retention of LECG, LLC as Financial Advisor to the Examiner *Nunc Pro Tunc* to April 30, 2010 (Filed May 12, 2010) (Docket No. 4361)

(b)    Declaration of Fernanda L. Schmid in Support of Application of the Examiner for an Order Authorizing the Retention of LECG, LLC as Financial Advisor to the Examiner *Nunc Pro Tunc* to April 30, 2010 (Filed May 12, 2010) (Docket No. 4362)

(c)    Motion for Expedited Consideration of Applications of the Examiner to Retain Professionals *Nunc Pro Tunc* to April 30, 2010 (Filed May 12, 2010) (Docket No. 4363)

(d)    Order Granting Motion for Expedited Consideration of Applications of the Examiner to Retain Professionals *Nunc Pro Tunc* to April 30, 2010 (Entered May 13, 2010) (Docket No. 4364)

(e)    Notice of Hearing on Applications of the Examiner to Retain Professionals *Nunc Pro Tunc* to April 30, 2010 (Filed May 13, 2010) (Docket No. 4372)

(f)    **Notice of Filing Amended Exhibit C to Declaration of Fernanda L. Schmid in Support of Application of the Examiner for an Order Authorizing the Retention of LECG, LLC as Financial Advisor to the Examiner *Nunc Pro Tunc* to April 30, 2010 (Filed May 18, 2010) (Docket No. 4465)**

(g)    **Certification of No Objection on Application of the Examiner for an Order Authorizing the Retention of LECG, LLC as Financial Advisor to the Examiner *Nunc Pro Tunc* to April 30, 2010  (Filed May 19, 2010) (Docket No. 4477)**

Objection Deadline: May 17, 2010 at 4:00 p.m.

Responses Received: None.

**Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.**

46429/0001-6485291v2

5.      Examiner's Motion for an Order Authorizing the Examiner to Demand and Issue
        Subpoenas Compelling the Production of Documents and Oral Examination of Personas
        and Entities (Filed May 12, 2010) (Docket No. 4354)

        Related Document(s):

        (a)     Motion for Expedited Consideration of Examiner's Motion for an Order
                Authorizing the Examiner to Demand and Issue Subpoenas Compelling
                the Production of Documents and Oral Examination of Personas and
                Entities (Filed May 12, 2010) (Docket No. 4355)

        (b)     Order Granting Motion for Expedited Consideration of Examiner's
                Motion for an Order Authorizing the Examiner to Demand and Issue
                Subpoenas Compelling the Production of Documents and Oral
                Examination of Personas and Entities (Entered May 13, 2010) (Docket
                No. 4365)

        (c)     Notice of Hearing on Examiner's Motion for an Order Authorizing the
                Examiner to Demand and Issue Subpoenas Compelling the Production of
                Documents and Oral Examination of Personas and Entities (Filed May 13,
                2010) (Docket No. 4371)

        (d)     **Certification of No Objection on Examiner's Motion for an Order
                Authorizing the Examiner to Demand and Issue Subpoenas
                Compelling the Production of Documents and Oral Examination of
                Persons and Entities (Filed May 19, 2010) (Docket No. 4474)**

        Objection Deadline:  May 17, 2010 at 4:00 p.m.

        Responses Received: None.

        **Status:      A Certification of No Objection was filed with the Court.  The parties
                intend to submit a revised proposed order at the hearing.  This matter
                will be going forward to present the revised proposed form of order.**

## CONTESTED MATTERS GOING FORWARD

6.      Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its
        Subsidiaries (Filed April 12, 2010) (Docket No. 4008)

        Related Document(s):

        (a)     Notice of Hearing to Consider Approval of Disclosure Statement for Joint
                Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed
                April 12, 2010) (Docket No. 4009)

46429/0001-6485291v2

    (b)      **Proposed Disclosure Statement for Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 19, 2010) (Docket No. 4472)**

    (c)      **Notice of Proposed Revisions to Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 19, 2010) (Docket No. 4473)**

Response Deadline: May 13, 2010 at 4:00 p.m.

Responses Received:

    (a)      Kevin Millen's Objection to Disclosure Statement (Filed April 26, 2010) (Docket No. 4153)

    (b)      Objection, by Claimant Robert Henke, to Disclosure Statement (Filed May 11, 2010) (Docket No. 4310)

    (c)      Response by Virginia W. Thomson to Notice of Hearing to Consider Approval of Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 12, 2010) (Docket No. 4348)

    (d)      Objection by Samuel K. Rosen, co-counsel to Crabhouse of Douglaston Inc. d/b/a Douglaston Manor, *et al.* (Filed May 13, 2010) (Docket No. 4368)

    (e)      Limited Objection of the ACE Companies to Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 13, 2010) (Docket No. 4373)

    (f)      Credit Agreement Lenders' Objection to Disclosure Statement and Motion for Approval of Plan Solicitation Procedures (Filed May 13, 2010) (Docket No. 4376)

    (g)      Objection of the Secretary of the United States Department of Labor to the Motion for Approval of the Disclosure Statement for the Joint Plan of Reorganization of the Tribune Company and Its Subsidiaries (Filed May 13, 2010) (Docket No. 4377)

    (h)      Response of Deutsche Bank Trust Company of Americas, Indenture Trustee Under the 1992 Indenture, the 1995 Indenture and the 1997 Indenture to the Debtors' Motion to Approve a Disclosure Statement Dated April 12, 2010 (Filed May 13, 2010) (Docket No. 4378)

    (i)      Wells Fargo Bank N.A.'s Objection to the Debtors' Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 13, 2010) (Docket No. 4382)

6

(j)     Limited Objection to the Disclosure Statement by County of San Bernardino, California, a California Taxing Authority (Filed May 13, 2010) (Docket No. 4383)

(k)     Wilmington Trust Company's Objection to the Debtors' (1) Proposed Disclosure Statement for Their Joint Plan of Reorganization; and (2) Motion to Establish Plan Confirmation Procedures (Filed May 13, 2010) (Docket No. 4385)

(l)     Objection by Dilip K. Patel (Filed May 14, 2010) (Docket No. 4403)

(m)     Objection of the United States Trustee and Reservation of Rights Related to (A) the Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries and (B) the Debtors' Motion for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization for Tribune Company and Its Subsidiaries; (II) Establishing Deadline for Return of Media Ownership Certifications; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures in Respect of Confirmation of Joint Plan of Reorganization; and (V) Granting Related Relief (Related to Docket Entry #s 4008, 4204) (Filed May 15, 2010) (Docket No. 4424)

(n)     Reply of Settlement Supporters to Objections of Ad Hoc Group of Senior Lenders [Dkt. No. 4376], Wells Fargo Bank, N.A. [Dkt. No. 4382] and Wilmington Trust Company [Dkt. No. 4385] to Proposed Disclosure Statement and Motion for Approval of Plan Solicitation Procedures (Filed May 17, 2010) (Docket No. 4436)

(o)     Reply of the Official Committee of Unsecured Creditors to Various Objections to the Disclosure Statement (Filed May 18, 2010) (Docket No. 4447)

(p)     Debtors' Omnibus Response to Objections to Approval of the Disclosure Statement for the Joint Plan of Reorganization of Tribune Company and Its Subsidiaries (Filed May 18, 2010) (Docket No. 4450)

(q)     **Credit Agreement Lenders' Submission of Disclosure Statement Position Statement (Filed May 18, 2010) (Docket No. 4453)**

Status:     This matter will be going forward.

7.  Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and
    Tabulation of Votes to Accept or Reject Joint Plan of Reorganization for Tribune
    Company and Its Subsidiaries; (II) Establishing Deadline for Return of Media Ownership
    Certifications; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and
    Objection Procedures in Respect of Confirmation of Joint Plan of Reorganization; and
    (V) Granting Related Relief (Filed April 29, 2010) (Docket No. 4204)

    Objection Deadline:  May 13, 2010 at 4:00 p.m.

    Responses Received:

    (a)  Credit Agreement Lenders' Objection to Disclosure Statement and Motion
         for Approval of Plan Solicitation Procedures (Filed May 13, 2010)
         (Docket No. 4376)

    (b)  Objection of the Secretary of the United States Department of Labor to the
         Motion for Approval of the Disclosure Statement for the Joint Plan of
         Reorganization of the Tribune Company and Its Subsidiaries (Filed
         May 13, 2010) (Docket No. 4377)

    (c)  Wilmington Trust Company's Objection to the Debtors' (1) Proposed
         Disclosure Statement for Their Joint Plan of Reorganization; and (2)
         Motion to Establish Plan Confirmation Procedures (Filed May 13, 2010)
         (Docket No. 4385)

    (d)  Objection of the United States Trustee and Reservation of Rights Related
         to (A) the Disclosure Statement for Joint Plan of Reorganization for
         Tribune Company and Its Subsidiaries and (B) the Debtors' Motion for an
         Order (I) Establishing Procedures for Solicitation and Tabulation of Votes
         to Accept or Reject Joint Plan of Reorganization for Tribune Company
         and Its Subsidiaries; (II) Establishing Deadline for Return of Media
         Ownership Certifications; (III) Scheduling Confirmation Hearing;
         (IV) Establishing Notice and Objection Procedures in Respect of
         Confirmation of Joint Plan of Reorganization; and (V) Granting Related
         Relief (Related to Docket Entry #s 4008, 4204) (Filed May 15, 2010)
         (Docket No. 4424)

    (e)  Debtors' Omnibus Response to Objections to Approval of the Disclosure
         Statement for the Joint Plan of Reorganization of Tribune Company and
         Its Subsidiaries (Filed May 18, 2010) (Docket No. 4450)

    (f)  Official Committee of Unsecured Creditors' Letter in Support of Plan
         (submitted for the convenience of the Court)

    Status:     This matter will be going forward.

8

Dated:  May **19**, 2010

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-6485291v2