IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
In re:                                              :        Chapter 11 Cases
                                                    :        Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :        (Jointly Administered)
                                                    :
    Debtors.                                        :
                                                    :
                                                    :
------------------------------------------------------X      Re: Docket No. 4385

**WILMINGTON TRUST COMPANY'S SUPPLEMENT TO ITS OBJECTION
TO THE DEBTORS' (1) PROPOSED DISCLOSURE
STATEMENT FOR THEIR JOINT PLAN OF REORGANIZATION;
AND (2) MOTION TO ESTABLISH PLAN CONFIRMATION PROCEDURES**

Wilmington Trust Company ("Wilmington Trust"), Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of $1.2 billion (generally referred to as the "PHONES") issued in April 1999 by Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors" or the "Company"), by and through its undersigned counsel, hereby respectfully submits this Supplement to its Objection to: (1) the *Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and its Subsidiaries,* dated April 12, 2010 [Docket Number 4008] (the "Disclosure Statement" and, the Debtors' annexed joint plan of reorganization, the "Plan"); and (2) the *Motion of The Debtors For An Order (I) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries; (II) Establishing Deadline For Return of Media Ownership Certifications; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice And Objection Procedures In Respect Of Confirmation Of Joint Plan Of Reorganization; And (V) Granting Related Relief*, dated April 29,

2010 [Docket Number 4204] (the "Procedures Motion") (the "Objection") [Docket No. 4385]. In support of this Supplement, Wilmington Trust respectfully states as follows:

1. On May 13, 2010, Wilmington Trust filed its Objection to the Disclosure Statement and Procedures Motion. With regard to the Disclosure Statement, the Objection focused on two questions to be considered by the Court at this stage of the proceedings: (i) whether the Disclosure Statement should be considered now, or would the process benefit from a few-week adjournment; and (ii) whether the Disclosure Statement, in its proposed state, contains adequate disclosure of pertinent information.

2. With regard to the second question, Wilmington Trust promised to supplement its Objection with a draft form of letter (the "Letter") setting forth a simple, cogent statement of Wilmington Trust's position and providing its own profile of the "risk/reward" presented to those asked to vote as an alternative view-point. A copy of the proposed Letter setting forth this alternative view-point is attached hereto as Exhibit A for the Court's review.

3. This alternative view-point approach was supported by Judge Shannon in In re Motor Coach Industries (Bankr. D. Del., Case No. 08-12136 (BLS)) (H'rg Tr., 44-45, December 17, 2008). A copy of the transcript from the December 17, 2008 Motor Coach hearing is attached hereto as Exhibit B for the Court's review.

WHEREFORE, Wilmington Trust respectfully requests that this Court (i) consider this Supplement to its Objection in support of the relief requested therein and (ii) grant Wilmington Trust any such further relief as is just and proper.

Dated: May 19, 2010

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esq. (Del. Bar No. 4204)
Jennifer R. Hoover, Esq. (Del. Bar No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: rlemisch@beneschlaw.com
Email: jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*