# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on May 19, 2010, a true and correct copy of the foregoing document was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via hand delivery or e-mail upon the following parties:

| *Via E-Mail* | *Via Hand Delivery and E-Mail* |
|---|---|
| James F. Conlan, Esq. (jconlan@sidley.com) | Norman L. Pernick, Esq. |
| Bryan Krakauer, Esq. (bkrakauer@sidley.com) | (npernick@coleschotz.com) |
| Janet E. Henderson, Esq. (jhenderson@sidley.com) | J. Kate Stickles, Esq. (kstickles@coleschotz.com) |
| Kenneth P. Kansa, Esq. (kkansa@sidley.com) | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. |
| D'Lisia E. Bergeron, Esq. (dbergeron@sidley.com) | 500 Delaware Avenue, Suite 1410 |
| SIDLEY AUSTIN LLP | Wilmington, DE 19801 |
| One South Dearborn Street | |
| Chicago, IL 60603 | |

Dated: May 19, 2010

        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Ave., Suite 801
       Wilmington, DE 19801
       302-442-7010 (telephone)
       302-442-7012 (facsimile)
       rlemisch@beneschlaw.com
       jhoover@beneschlaw.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee*

3582289_1.DOC