IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### SUPPLEMENTAL NOTICE OF SERVICE

John H. Strock hereby certifies that on May 17, 2010, a true and correct copy of **Wells Fargo, N.A.'s First Request for Production of Documents Directed to Angelo Gordon & Co. L.P.** were served upon the parties listed below in the manner indicated:

Andrew Goldman
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
andrew.goldman@wilmerhale.com
**VIA ELECTRONIC MAIL**

Lisa Jack
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
lisa.jack@wilmerhale.com
**VIA ELECTRONIC MAIL**

Dated: May 19, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center, Suite 1600
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 654-7444

- and-

WM1A 954154v2 05/18/10

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200

- and-

Thomas E Lauria
WHITE & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement