# IN THE UNITED BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 08-13141 (KJC) |
| ) | |
| TRIBUNE COMPANY, et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

## SUPPLEMENTAL NOTICE OF SERVICE

John H. Strock hereby certifies that on May 18, 2010, a true and correct copy of **Wells Fargo, N.A.'s First Request for Production of Documents Directed to Centerbridge Credit Partners Master, L.P., Centerbridge Credit Partners, L.P. and Centerbridge Special Credit Partners, L.P.** were served upon the parties listed below in the manner indicated:

Mark M. Billion
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, Delaware 19899-8705
mbillion@pszjlaw.com
**ELECTRONIC MAIL AND
HAND DELIVERY**

Daniel H. Golden
Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
dgolden@akingump.com
pdublin@akingump.com
**ELECTRONIC MAIL AND
OVERNIGHT DELIVERY**

Dated: May 19, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

_____
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center, Suite 1600
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 654-7444

- and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200

      - and-

Thomas E Lauria
WHITE & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131
Telephone: (305) 371-2700
Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement