## CERTIFICATE OF SERVICE

I, R. Craig Martin, do hereby certify that on May 19, 2010, I caused a true and correct copy of the foregoing *Motion and Order for Admission Pro Hac Vice of Jean-Marie L. Atamian* to be served on the parties listed below via regular first class mail or hand delivery on local counsel.

/s/ R. Craig Martin
R. Craig Martin (Del. Bar No. 5032)

Norman L. Pernick
J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Brian Krakauer
James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

WLM 521611.1