

**ZWILLINGER
GENETSKI** LLP

1705 N Street NW
Washington DC 20036

202 296 3585
www.zwillgen.com

May 17, 2010

Julie Xanders
202 West First Street
Los Angeles, CA 90012
julie.xanders@latimes.com

*By email*

  Re: <u>Zwillinger Genetski Retention Letter for Tribune Company</u>

Dear Julie:

  It was a pleasure to speak with you yesterday. As we discussed, this letter would constitute our retention agreement. Except where otherwise noted herein, we hereby adopt and incorporate the Tribune Company Retention Policy as part of this letter. Please sign and return by .pdf or fax. We look forward to working with you.

  **Scope of Representation.** The purpose of this letter agreement is to confirm the terms and conditions under which Zwillinger Genetski LLP ("ZwillGen," the "Firm," "we," "us," and "our") will undertake to represent the Tribune Company ( "Tribune," "Client," "you," and "your") by providing advice and counsel on Information Security, Privacy and Internet Liability Issues generally, as well as ancillary matters that may arise from time to time, such as preparation of audit letters. For this matter, our representation is solely of Tribune, and not of any individual officers or directors, unless otherwise agreed in writing.

  **Staffing.** I will be principally responsible for this engagement, along with my associate, Lisa Branco, and it is anticipated that other Firm lawyers will become actively involved; when appropriate, paralegal personnel may also be used. My partner, Christian Genetski, will be the Backup Partner, per the Retention Policy.

  **Fees.** Our fee arrangements are designed to provide clients with appropriate flexibility to suit their needs. Whenever feasible, we offer to provide services on a project fee, flat fee, monthly retainer, or an hourly basis. Where we provide services on an hourly basis, we are using a price structure designed to offer our clients a significant rate reduction from the rates they would have paid for our services before we launched Zwillinger Genetski LLP and to provide a single rate for all of the attorneys at our firm. **For 2010, that rate is $550 for partners and $450 for all other attorneys. Alternatively, we can offer a discounted rate of $475 per hour blended for all partners and attorneys**. When this blended rate is used, we cannot provide any additional volume discounts. Time devoted by paralegals to client matters is charged at $150 per hour. These billing rates are subject to adjustment from time to time by the Firm, and fees will be incurred at the rates in effect at the time that services are performed.

For this matter, we have agreed that we will use hourly blended rate billing at the discounted rate of $475 per hour as the default arrangement, but may perform certain projects on a flat-fee or project fee basis, based on a per-project basis as the work develops.

**Costs and Disbursements.** Our representation may involve costs and/or disbursements, including, but not limited to, travel expenses, court fees and costs, messenger services, and overnight or express delivery services. We may advance these costs or disbursements on your behalf, and we will be entitled to payment or reimbursement from you. In cases where we such fees are substantial we may request that you pay such costs or fees directly or that you fund them in advance. You agree to do so.

Due to the fact that we are a small firm, we do not track costs such as postage, photocopying, Westlaw, or telephone on a per-use basis, as set forth in the Retention Policy. Instead, we assess a minimal $75 monthly fee to all open client matters to cover the costs of such ancillary services, as well as the administrative costs of managing the matter. Over the course of a year, this fee amounts to less than 2 hours of attorney time. You agree to pay our costs in this manner.

In the case of large photocopying jobs that are sent to third-party vendors, such as jobs involving large volume, color copies, oversize copies, or other complex duplicating requirements, the Firm will bill such charges to the client at the Firm's cost, or in some cases may request direct or advance payment, as stated above. You agree to pay for these costs.

**Classified Matters.** We often provide legal services to clients with regard to classified matters, including review of FISA Orders and classified litigation. Two of our attorneys hold security clearances and have the ability to review classified material. We are in the process of having our new classified storage facilities approved. Where we work on classified matters, our normal storage and communication policies do not apply, and we are limited by the government with regard to the materials we can generate and store. We also increase our monthly administrative fee to $125 in order to defray the additional administrative costs that classified matters incur.

**Travel Policy.** Pursuant to the Retention Policy, travel time will not be billed unless we are actively working on Tribune matters while traveling.

Due to the frequency with which meetings get rescheduled or cancelled, we generally purchase <u>refundable</u> coach tickets for travel. On occasion, where business class travel costs only marginally more than a coach ticket, we reserve the right to purchase business class travel on one or more legs of travel and charge you only for the price of the refundable coach ticket.

**Billing/Statements of Account.** Our policy is to bill monthly for all services performed and costs and disbursements recorded in the previous month, and on a more frequent basis where we have agreed to do so. Because there are sometimes delays in the accrual of costs and disbursements, we will occasionally include accrued costs and disbursements in a subsequent statement. You agree to pay our statements in full upon receipt. Client agrees that it shall be responsible to reimburse the Firm for all costs of collection of amounts due the Firm, including but not limited to reasonable attorneys' fees and expenses, court costs and costs incurred relating to any alternative dispute resolution mechanism utilized in the collection of amounts due.

**Termination.** You will have the right to terminate our engagement at any time. We also will have the right to terminate our representation of you at any time, subject to giving you a reasonable opportunity to arrange for alternative representation.

**Understandings and Consent.** You understand and acknowledge that we cannot make and have not made any guarantees regarding the outcome of any matter. Any discussions we have with you regarding our representation of you are limited by our knowledge at the time. You consent to the Firm's public disclosure in marketing materials and on our website of the fact that you are a client of the Firm.

**Communications by email, instant message, text message and similar means.** We will communicate with you by any means that you prefer, including telephone, mobile phone, email, instant message, private message, and text messaging, where appropriate. Not all forms of these communications are as secure as all others and you agree that where you initiate communications through any of these means, you consent to our using the reciprocal method to respond. In such circumstances, we are not responsible for any breach of the communications by third parties.

**Waiver of Conflicts of Interest.** If we are asked by one client to undertake a representation that is, or could at some level be regarded as, adverse to another client that we represent in unrelated matters, it is our practice to decline the representation if it involves litigation, and otherwise to seek a waiver of the conflict of interest. Should such a situation arise, we would promptly consult with you.

**Completion of Engagement.** Our engagement to represent you will be deemed to have terminated when we have completed the services contemplated by this letter or at any time that a period of six months elapses during which you do not request and we do not furnish any billable services to you.

**Storage and Disposal of Files.** You agree that we may dispose of all files pertaining to each of the matters described above at any time after 3 years have elapsed after we have last performed services on such matter without notice. Such disposal will be accomplished in a manner that will protect the confidentiality of such files. You recognize that our lawyers may, in exercising their judgment while working on a matter, discard certain documents, such as interim drafts, the retention of which they do not believe to be significant to the protection of the client's interest.

**Acknowledgement.** If the foregoing correctly reflects your understanding of the terms and conditions of our representation, please indicate your consent to the agreements and disclosures in this letter by executing the enclosed copy of this letter in the space provided below and return it to our office. A facsimile copy or a scanned copy delivered via email shall be deemed to be acceptable as an original, and each party may sign a separate counterpart of this letter. This letter agreement will not become effective until you have executed and returned it to us, but its effective

date will then be retroactive to the date that we first provided services in this matter. We are pleased to have this opportunity to be of service and to work with you.

        Sincerely,

        Zwillinger Genetski LLP

By: _____
        Mark J. Zwillinger

## AGREEMENT AND ACCEPTANCE

The undersigned hereby acknowledges and agrees that he/she has reviewed and understands the terms of this letter. The undersigned further agrees and accepts the agreements and disclosures in this letter.

AGREED TO AND ACCEPTED:

Tribune Company

By: _____

Date: _____