IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------X
In re:                              :
                                    :    Chapter 11 Cases
                                    :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,            :    (Jointly Administered)
                                    :
                    Debtors.        :    Related Docket No. 4204
-------------------------------------------------X
```

**Technical Comment on Voting Procedures Motion by Bank of America**

COMES NOW BANK OF AMERICA, NA ("Bank of America") and files this Technical Comment on the Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization for Tribune Company and its Subsidiaries; (II) Establishing Deadlines for Return of Media Ownership Certifications; (III) Scheduling Confirmation Hearing (IV) Establishing Notice and Objection Procedures in Respect of Confirmation of Joint Plan of Reorganization; and (V) Granting Related Relief ("The Voting Procedures Motion").  All capitalized terms used herein and not otherwise defined are used as defined in the Voting Procedures Motion.

In support, Bank of America states as follows:

1. The Voting Procedures Motion contemplates the filing of Master Ballots by Voting Nominees but only with regard to Class 1D Senior Noteholder Claims.  Voting Procedures Motion footnote 9.

2. It has recently come to counsel's attention that Bank of America may act as Voting Nominee for various claims that are not Class 1D Senior Noteholder Claims.[1]

---

[1] Counsel for Bank of America is discussing the issue raised herein with Debtors' counsel and hopes that it will be resolved before the hearing on the Voting Procedures Motion.  This comment is being filed to ensure that the Court is apprised of the issue in the event that discussions to resolve the issue are unsuccessful.

#12608025 v1

3. Applicable law and practice requires that the beneficial Holders of such claims -- whether or not the claims are in Class 1D -- be permitted to vote claims as they choose, and Bank of America may be contractually obligated to honor such requests. *See, In re Southland Corp.*, 124 B.R. 211 (Bankr. N.D. Tex. 1991).

Wherefore, Bank of America respectfully requests that any order of the Court approving the Voting Procedures Motion permit Master Ballots by Voting Nominees in whatever Class may be appropriate.

Dated: May 19, 2010
       Wilmington, Delaware

Respectfully submitted,

/s/ David B. Stratton
David B. Stratton (DE No. 960)
John H. Schanne II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

    -and-

Bradley J. Butwin
Daniel L. Cantor
Steven A. Rosenstein
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
(212) 326-2000

    -and-

Evan M. Jones
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

*Attorneys for Bank of America, N.A. and Banc of America Securities LLC*