**CERTIFICATE OF SERVICE**

I, David B. Stratton, do hereby certify that on the nineteenth day of May, 2010, I did serve the foregoing **Technical Comment on Voting Procedures Motion by Bank of America** by causing a true and correct copy thereof to be served via facsimile and overnight courier upon the following parties:

| | |
|---|---|
| James F. Conlan | Norman L. Pernick |
| Bryan Krakauer | J. Kate Stickles |
| Janet E. Henderson | Cole, Schotz, Meisel, Forman |
| Kenneth P. Kansa |    & Leonard, P.A. |
| D'Lisia E. Bergeron | 500 Delaware Avenue, Suite 1410 |
| Sidley Austin LLP | Wilmington, DE  19801 |
| One South Dearborn Street | |
| Chicago, IL  60603 | Facsimile:  302 652 3117 |
| | |
| Facsimile:  312 853 7036 | |

                                          /s/ David B. Stratton
                                          David B. Stratton (DE No. 960)

#12608082 v1