IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF SERVICE

John H. Strock hereby certifies that on May 19, 2010, true and correct copies of **Wells Fargo, N.A.'s First Request for Production of Documents Directed to Duff & Phelps Corporation** were served upon the party listed below in the manner indicated:

    Elsye S. Bluth, Esquire
    Duff & Phelps, LLC
    311 S. Wacker Drive
    Chicago, Illinois 60606
    **VIA FIRST-CLASS MAIL
    AND OVERNIGHT DELIVERY**

Dated: May 19, 2010
       Wilmington, Delaware      FOX ROTHSCHILD LLP

                                          Jeffrey M. Schlerf (No. 3047)
                                          John H. Strock (No. 4965)
                                          Citizens Bank Center, Suite 1600
                                          919 North Market Street
                                          Wilmington, DE  19801
                                          Telephone: (302) 654-7444

                                                - and-

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200

- and-

Thomas E Lauria
WHITE & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement