# IN THE UNITED BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

## NOTICE OF SERVICE

John H. Strock hereby certifies that on May 19, 2010, true and correct copies of **Wells Fargo, N.A.'s First Request for Production of Documents Directed to Law Debenture Trust Company of New York in its Capacity as Successor Trustee** were served upon the party listed below in the manner indicated:

| | |
|---|---|
| Garvan F. McDaniel, Esquire | David S. Rosner, Esquire |
| Bifferato Gentilotti LLC | KASOWITZ, BENSON, TORRES & |
| 800 N. King Street, Plaza Level | FRIEDMAN LLP |
| Wilmington, Delaware 19801 | 1633 Broadway |
| **VIA HAND DELIVERY** | New York, New York 10019 |
| | **VIA FIRST-CLASS MAIL** |
| | **AND OVERNIGHT DELIVERY** |

Dated: May 19, 2010
      Wilmington, Delaware      FOX ROTHSCHILD LLP

/s/ John H. Strock

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center, Suite 1600
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 654-7444

- and-

WM1A 954378v1 05/19/10

David G. Hille
Scott Greissman
Andrew W. Hammond
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200

      - and-

Thomas E Lauria
WHITE & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL  33131
Telephone: (305) 371-2700
Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement

WM1A 954378v1 05/19/10