**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**NOTICE OF SERVICE OF DISCOVERY**

I, Raymond H. Lemisch, Esquire, hereby certify that on May 14, 2010, true and correct copies of the *First Request for Production of Documents to Valuation Research Corporation* were served via email and regular mail upon the following parties:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>PHILLIPS, GOLDMAN & SPENCE<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>jcp@pgslaw.com | David Neier, Esquire<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>denier@winston.com |

Dated: May 19, 2010

                            **BENESCH, FRIEDLANDER, COPLAN
                               & ARONOFF LLP**

        By:   */s/ Raymond H. Lemisch*
                Raymond H. Lemisch, Esquire (No. 4204)
                Jennifer R. Hoover, Esquire (No. 5111)
                222 Delaware Ave., Suite 801
                Wilmington, DE 19801
                302-442-7010 (telephone)
                302-442-7012 (facsimile)
                rlemisch@beneschlaw.com
                jhoover@beneschlaw.com

                - and -

3583383_1.DOC

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*