**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## NOTICE OF SERVICE OF DISCOVERY

I, Raymond H. Lemisch, Esquire, hereby certify that on May 14, 2010, true and correct copies of the *First Request for Production of Documents to the Debtors* were served via email upon the following parties:

Jessica C.K. Boelter (jboelter@sidley.com)
Kevin T. Lantry (klantry@sidley.com)
James F. Bendernagel (jbendernagel@sidley.com)

and via email and regular mail upon the following parties:

| | |
|---|---|
| James F. Conlan (jconlan@sidley.com) | Norman L. Pernick (npernick@coleschotz.com) |
| Bryan Krakauer (bkrakauer@sidley.com) | J. Kate Stickles (kstickles@coleschotz.com) |
| Janet E. Henderson (jhenderson@sidley.com) | Patrick J. Reilley (preilley@coleschotz.com) |
| Melanie E. Walker (mewalker@sidley.com) | COLE, SCHOTZ, MEISEL, FORMAN |
| Candice L. Kline (candice.kline@sidley.com) | & LEONARD, P.A. |
| SIDLEY AUSTIN LLP | 500 Delaware Avenue, Suite 1410 |
| One South Dearborn | Wilmington, DE 19801 |
| Chicago, Illinois 60603 | |

Dated: May 19, 2010

                      **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    /s/ Raymond H. Lemisch
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Ave., Suite 801
       Wilmington, DE 19801
       302-442-7010 (telephone)
       302-442-7012 (facsimile)
       rlemisch@beneschlaw.com
       jhoover@beneschlaw.com

- and -

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*