IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered)<br><br>**Objections Due By: June 7, 2010, 4:00 p.m.**<br>**Hearing Date: June 16, 2010, 11:00 a.m.** |

## MOVANTS' MOTION FOR CLASS CERTIFICATION AND CLASS TREATMENT OF MOVANTS' CLASS PROOFS OF CLAIM

James Allen, Charles Evans, Pearl Evans, Gary Grant, Loretta Grant, Bill McNair and Sean Serrao (collectively, "Movants"), by their undersigned attorneys, hereby file this Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim. In support hereof, Movants have filed a Memorandum in Support of Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (the "Memorandum"), which is incorporated herein by reference.

WHEREFORE, for the reasons set forth in the Memorandum, Movants respectfully request that this Honorable Court enter an order:

(A) Certifying a New York minimum wage class action pursuant to Fed. R. Bankr. P. 7023 and 9014 and Fed. R. Civ. P. 23 on behalf of individuals who worked for Tribune Company and/or Tribune New York Newspaper Holdings, LLC, in a position in which they promoted newspapers by handing them out to people, at anytime between August 20, 2001 and December 8, 2008;

(B) Granting class treatment of Movants' class proofs of claim against Debtor Tribune Company (Case No. 08-13141) and Debtor Tribune New York Newspaper Holdings (Case No. 08-13238); and

(C) Granting such further relief as this Court deems just and proper.

Dated: Wilmington, Delaware
       May 20, 2010

Respectfully submitted,

PINCKNEY, HARRIS & WEIDINGER, LLC

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
Donna Harris (DE No. 3740)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 telephone
(302) 442-7046 facsimile

-and-

Michael D. Palmer, Esquire*
Charles Joseph, Esquire*
JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP
757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640 telephone
(212) 688-2548 facsimile
* *Pro Hac Vice* Motion Forthcoming

*Attorneys for Movants and putative class members*