IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered)<br><br>**Objections Due By: June 7, 2010, 4:00 p.m.**<br>**Hearing Date: June 16, 2010, 11:00 a.m.** |

## NOTICE OF MOTION

TO:   All parties listed on the Certificate of Service.

James Allen, Charles Evans, Pearl Evans, Gary Grant, Loretta Grant, Bill McNair and Sean Serrao (collectively, "Movants") has filed a Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (the "Motion") which seeks the following relief: (i) Class Certification of a New York minimum wage class action pursuant to Fed. R. Bankr. P. 7023 and 9014 and Fed. R. Civ. P. 23 on behalf of individuals who worked for Tribune Company and/or Tribune New York Newspaper Holdings, LLC, in a position in which they promoted newspapers by handing them out to people, at anytime between August 20, 2001 and December 8, 2008; and (ii) Class Treatment of Movants' Class Proofs of Claim against Debtor Tribune Company (Case No. 08-13141) and Debtor Tribune New York Newspaper Holdings (Case No. 08-13238).

**HEARING ON THE MOTION WILL BE HELD ON JUNE 16, 2010 AT 11:00 A.M. PREVAILING EASTERN TIME.**

You are required to file a response to the Motion on or before June 7, 2010 at 4:00 p.m. At the same time, you must also serve a copy of the response upon the following persons:

| | |
|---|---|
| Donna Harris, Esquire<br>Adam Hiller, Esquire<br>Pinckney, Harris & Weidinger, LLC<br>1220 North Market Street, Suite 950<br>Wilmington, DE 19801 | Michael D. Palmer, Esquire<br>Charles Joseph, Esquire<br>Joseph, Herzfeld, Hester &<br>Kirschenbaum LLP<br>757 Third Avenue, 25th Floor<br>New York, NY 10017 |

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 20, 2010 | Respectfully submitted,<br><br>PINCKNEY, HARRIS & WEIDINGER, LLC<br><br><br> /s/ **Adam Hiller**<br>Adam Hiller (DE No. 4105)<br>Donna Harris (DE No. 3740)<br>1220 North Market Street, Suite 950<br>Wilmington, Delaware 19801<br>(302) 504-1497 telephone<br>(302) 442-7046 facsimile<br><br>-and-<br><br>Michael D. Palmer, Esquire*<br>Charles Joseph, Esquire*<br>JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP<br>757 Third Avenue, 25th Floor<br>New York, NY 10017<br>(212) 688-5640 telephone<br>(212) 688-2548 facsimile<br>* *Pro Hac Vice* Motion Forthcoming<br><br>*Attorneys for Movants and putative class members* |