IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.,*<br><br>                    Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered) |

**ORDER GRANTING MOVANTS' MOTION FOR CLASS CERTIFICATION
AND CLASS TREATMENT OF MOVANTS' CLASS PROOFS OF CLAIM**
*(relates to Docket Nos. _____)*

UPON CONSIDERATION OF the Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (the "Motion") filed by James Allen, Charles Evans, Pearl Evans, Gary Grant, Loretta Grant, Bill McNair, and Sean Serrao (collectively, "Movants"), and any responses thereto; the Court having determined that jurisdiction is proper pursuant to 28 U.S.C. §§ 157 and 1334, that venue of this matter rests properly in this Court pursuant to 28 U.S.C. § 1408, and this is a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and due and proper notice of the Motion having been provided to the parties as set forth in the Certificate of Service filed in connection with the Motion, and it appearing that no other or further notice need to be provided; and the Court having determined that the legal and factual bases set forth in the Memorandum in Support of Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (the "Memorandum") filed by Movants establish just cause for the relief granted herein; it is ORDERED as follows:

1.     The Motion is hereby GRANTED. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Memorandum.

2.     Pursuant to Fed. R. Bankr. P. 7023 and 9014 and Fed. R. Civ. P. 23, a New York minimum wage class action is certified on behalf of individuals who worked for Tribune

-2-

Company and/or Tribune New York Newspaper Holdings, LLC, in a position in which they promoted newspapers by handing them out to people, at anytime between August 20, 2001 and December 8, 2008.

    3.    Class treatment of Movants' class proofs of claim against Debtor Tribune Company (Case No. 08-13141) and Debtor Tribune New York Newspaper Holdings (Case No. 08-13238) is GRANTED.

Dated: _____, 2010
       Wilmington, Delaware       THE HONORABLE KEVIN J. CAREY
                                            UNITED STATES BANKRUPTCY CHIEF JUDGE