IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2010, I caused copies[1] of the foregoing Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim, including but not limited to the memorandum in support thereof, to be served via first-class mail, postage prepaid, upon:

David S. Warner, Esquire
Littler Mendelson P.C.
900 Third Avenue - 8th Floor
New York, New York 10022
*(Attorneys for LBN*
*in the State Court Action)*

Christie Del Rey-Cone, Esquire
Edward Cerasia II, Esquire
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
*(Attorneys for Tribune*
*in the State Court Action)*

and upon the parties listed on the attached matrix.

Dated: Wilmington, Delaware
       May 20, 2010

  /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 telephone
(302) 442-7046 facsimile

---

[1] Due to the voluminous nature of the exhibits, copies of the exhibits may not have been served upon all parties but are available upon request.