| |
|---|
| **SERVICE LIST** |
| ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: COREY SMITH BOTT, BRIAN G. ESDERS<br>(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS)<br>809 GLENEAGLES COURT, SUITE 320<br>BALTIMORE, MD 21286 |
| ACXIOM CORPORATION<br>ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.<br>ONE BRYANT PARK<br>(COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.)<br>NEW YORK, NY 10036 |
| ALLISON, SLUTSKY & KENNEDY, PC<br>ANGIE M. COWAN<br>230 W MONROE ST, STE 2600<br>(COUNSEL TO IAM LODGE NO. 126)<br>CHICAGO, IL 60606 |
| ANDREW S. CONWAY, ESQUIRE<br>(COUSNEL TO TAUBMAN LANDLORDS)<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 |
| ARCHER & GREINER, PC<br>JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVE, STE 1370<br>(COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.)<br>WILMINGTON, DE 19801 |
| ASHBY & GEDDES, P.A.<br>ATTN: WILLIAM P. BOWDEN, ESQ.<br>500 DELAWARE AVENUE, 8TH AVENUE<br>P.O. BOX 1150<br>(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC)<br>WILMINGTON, DE 19899 |
| ASKOUNIS & DARCY, PC<br>ATTN: THOMAS V. ASDOUNIS, ESQ.<br>401 NORTH MICHIGAN AVENUE, STE 550<br>(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC)<br>CHICAGO, IL 60611 |
| BANC OF AMERICA BRIDGE LLC<br>LYNN D. SIMMONS, SR. VICE PRESIDENT<br>BANK OF AMERICA STRATEGIC SOLUTIONS<br>MAIL CODE: IL1-231-11-19<br>231 SOUTH LASALLE STREET<br>CHICAGO, IL 60604 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>ATTN. GEORGE R. MESIRES, ESQ.<br>(COUNSEL TO KTR SOUTH FLORIDA LLC)<br>200 WEST MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 |

| |
|---|
| BARCLAYS CAPITAL INC.<br>ATTN: US CLIENT VALUATIONS GROUP<br>200 PARK AVENUE<br>ATTN: US CLIENT VALUATIONS GROUP<br>NEW YORK, NY 10166 |
| BARNES & THORNBURG LLP<br>ATTN: DAVID M. POWLEN<br>1000 NORTH WEST STREET, SUITE 1200<br>(COUNSEL TO MORGAN STANLEY & CO., INC.)<br>WILMINGTON, DE 19801 |
| BARTLETT HACKETT FEINBERG PC<br>FRANK F. MCGINN (MA BBO# 564729)<br>155 FEDERAL ST, 9TH FL<br>(COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.)<br>BOSTON, MA 02110 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN: JOSHUA G. LOSARDO, ESQ.<br>(COUNSEL TO: ENTERPRISE GARAGE CORP.)<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. DAVID M. NEUMANN, ESQUIRE<br>(COUNSEL TO WILMINGTON TRUST COMPANY)<br>200 PUBLIC SQUARE SUITE 2300<br>CLEVELAND, OH 44114-2378 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. JENNIFER R. HOOVER, ESQ.<br>(COUNSEL TO WILMINGTON TRUST COMPANY)<br>222 DELAWARE AVENUE, SUITE 801<br>WILMINGTON, DE 19801 |
| BIFFERATO LLC<br>ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.<br>(COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W.<br>ROCHE, JR., M. LEVIN, & J. MAKINEN)<br>800 N. KING STREET, PLAZA LEVEL<br>WILMINGTON, DE 19801 |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN<br>& GOOD MAN, LLP<br>150 S. RODEO DRIVE, 3RD FLOOR<br>BEVERLY HILLS, CA 90212 |
| BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| BROWN RUDNICK LLP<br>ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.<br>(COUNSEL TO WILMINGTON TRUST COMPANY)<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 |

| | |
|---|---|
| BROWN STONE NIMEROFF LLC<br>ATTN. JAMI B. NIMEROFF, ESQ.<br>(COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP)<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 | |
| BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>(COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | |
| BUCHALTER NEMER<br>PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>(COUNSEL TO SONY PICTURES TELEVISION)<br>LOS ANGELES, CA 90017-2457 | |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>(COUNSEL TO ORACLE USA, INC.)<br>SAN FRANCISCO, CA 94105-2126 | |
| CALLAHAN & BLAINE<br>ATTN: EDWARD SUSOLIK, ESQUIRE<br>(COUNSEL TO JON VAN SEMUS BY AND THRU NEALA OLSEN)<br>3 HUTTON DRIVE, NINTH FLOOR<br>SANTA ANA, CA 92707 | |
| CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>NEW HYDE PARK, NY 11042 | |
| CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 | |
| CHADBOURNE & PARKE LLP<br>COUNSEL TO THE UNSECURED CREDITORS' CO<br>ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E DEUTSCH<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | |
| CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.)<br>WASHINGTON, DC 20006-1047 | |
| CHRISTINE Z. HERI<br>(COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL 60604 | |

| |
|---|
| CIARDI CIARDI & ASTIN<br>DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ.,<br>MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, STE 700<br>(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION &<br>WILMINGTON, DE 19801 |
| CITICORP NORTH AMERICA, INC<br>750 WASHINGTON BLVD.<br>STAMFORD, CT 06901-3722 |
| COHEN WEISS & SIMON LLP<br>COUNSEL TO AMERICAN FEDERATION OF TELEVISION &<br>RADIO ARTISTS<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>(LOCAL COUNSEL FOR THE DEBTORS)<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 |
| CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: JEFFREY C. WISLER, ESQ.<br>MARC J. PHILLIPS, ESQ.<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET; PO BOX 2207<br>WILMINGTON, DE 19899 |
| COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>(COUNSEL TO: AMERICAN FEDERATION OF TELEVISION &<br>RADIO ARTISTS)<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 |
| COTCHETT, PITRE & MCCARTHY<br>ATTN: PHILIP GREGORY, ESQ.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,<br>& MAKINEN)<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 |
| COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQ.<br>1201 N. MARKET STREET, SUITE 1400<br>(COUNSEL TO TWENTIETH TELEVISION, INC.)<br>WILMINGTON, DE 19801 |
| CROSS & SIMON LLC<br>COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,<br>LOCAL 32035, TNG-CWA<br>ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS<br>919 NORTH MARKET STREET 11TH FLOOR<br>WILMINGTON, DE 19801 |

| |
|---|
| CROUDACE & DIETRICH LLP<br>ATTN. MARK A NITIKMAN, ESQUIRE<br>(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA<br>LIMITED LIABILITY COMPANY)<br>4750 VON KARMAN AVENUE<br>NEWPORT BEACH, CA 92660 |
| CROWELL & MORING LLP<br>ATTN. MICHAEL V. BLUMENTHAL, ESQ.<br>(COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS<br>AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS<br>PRODUCTIONS LLLP<br>590 MADISON AVENUE, 19TH FLOOR<br>NEW YORK, NY 10022 |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL<br>ATTN: ELAINE Z. COLE, ESQ.<br>340 E. MAIN ST.<br>(COUNSEL TO THE NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE)<br>ROCHESTER, NY 14604 |
| DAVIS POLK & WARDELL LLP<br>ATTN: DONALD S. BERNSTEIN, ESQ.<br>JAMES A. FLORACK, ESQ.<br>DAMIAN S. SCHAIBLE, ESQ.<br>450 LEXINGTON AVENUE<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>NEW YORK, NY 10017 |
| DEUTSCHE BANK AG<br>60 WALL STREET<br>NEW YORK, NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST &SEC. SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 |
| DUANE MORRIS LLP<br>ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS<br>(COUNSEL TO SONY PICTURES TELEVISION, INC.)<br>1100 NORTH MARKET STREET, SUITE 1200<br>WILMINGTON, DE 19801 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC<br>ATTN. MARGARET F. ENGLAND, ESQUIRE<br>(COUNSEL TO THE NIELSEN COMPANY)<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>(COUNSEL TO BARCLAYS BANK PLC)<br>WILMINGTON, DE 19801 |
| ELLIOTT GREENLEAF<br>COUNSEL TO CORESTAFF SERVICES<br>ATTN WILLIAM M KELLEHER<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 |

| |
|---|
| ERVIN COHEN & JESSUP LLP<br>KENNETH MILLER, ESQ.<br>9401 WILSHIRE BLVD, 9TH FLOOR<br>(COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC)<br>BEVERLY HILLS, CA 90212 |
| FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL, ESQ.<br>321 NORTH CLARK<br>SUITE 2800<br>(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO<br>BASEBALL HOLDINGS, LLC)<br>CHICAGO, IL 60610-4500 |
| FOLEY & LARDNER LLP<br>ATTN: MARY K. BRAZA, ESQ.<br>777 EAST WISCONSIN AVENUE<br>(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO<br>BASEBALL HOLDINGS, LLC)<br>MILWAUKEE, WI 53202-5306 |
| FRANK/GECKER LLP<br>ATTN. JOSEPH D. FRANK<br>(COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS)<br>L.P.)<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL<br>BROADCAST SYSTEMS DIVISION<br>THE VITEC GROUP PLC<br>(COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS,<br>INC., NUCOMM, INC., AND RF CENTRAL, LLC)<br>101 BILBY ROAD<br>HACKETTSTOWN, NJ 07840 |
| FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT,<br>ESQ.<br>(COUNSEL TO MERCER (US) INC.)<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 |
| FRIEDMAN LAW GROUP<br>ATTN: J. BENNETT FRIEDMAN, ESQ.<br>1900 AVENUE OF THE STARS, SUITE 1800<br>(COUNSEL TO ISAKSEN INVESTMENTS, LLC)<br>LOS ANGELES, CA 90067-4409 |
| FURMAN GREGORY LLC<br>DONALD R. FURMAN JR.<br>75 FEDERAL ST, 9TH FL<br>(COUNSEL TO COMCAST SPOTLIGHT & COMCAST)<br>BOSTON, MA 02110 |
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 |

| |
|---|
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>(SAM'S CLUB BRC)<br>MIAMI, FL 33131-1605 |
| GOHN HANKEY & STICHEL LLP<br>COUNSEL TO CORESTAFF SERVICES<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>BALTIMORE, MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.<br>ATTN. BRIAN M. DOUGHERTY<br>(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST<br>WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD<br>MOTOR SERVICE, INC.)<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARCADERO CENTER, STE 4000<br>(COUNSEL TO CATELLUS DEVELOPMENT CORP.)<br>SAN FRANCISCO, CA 94111 |
| HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 |
| HENNIGAN, BENNETT & DORMAN, LLP<br>ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA<br>D. MORSE, ESQS.<br>865 SOUTH FIGUEROA STREET, SUITE 2900<br>(COUNSEL TO VARIOUS PARTIES LISTED IN NOA)<br>LOS ANGELES, CA 90017 |
| HERRICK FEINSTEIN LLP<br>COUNSEL TO CANON USA INC, INTELSAT CORPORATION<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 |
| HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>2125 E. KATELLA AVE.<br>SUITE 400<br>ANAHEIM, CA 92806 |

| |
|---|
| HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.<br>875 THIRD AVENUE<br>(COUNSEL TO ABITIBI BOWATER, INC., ABITBI<br>CONSOLIDATED SALES CORPORATON AND BOWATER, INC.;<br>DOW JONES & COMPANY)<br>NEW YORK, NY 10022 |
| HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &<br>CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>VILLA PARK, IL 60181 |
| INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 |
| INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 |
| J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 |
| JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>(COUNSEL TO SODEXO, INC.)<br>CHARLOTTE, NC 28233 |
| JEFFER, MANGELS, BUTLER & MARMARO LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>(COUNSEL TO LIT FINANCE, LP)<br>LOS ANGELES, CA 90067 |
| JP MORGAN CHASE BANK, NA AS AGENT<br>1111 FANNIN, 10TH FLOOR<br>HOUSTON, TX 77002 |
| JPMORGAN CHASE BANK, NA<br>ATTN: MIRIAM KULNIS<br>ONE CHASE PLAZA<br>NEW YORK, NY 10005 |
| K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>NEW YORK, NY 10022-6030 |
| K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>PITTSBURGH, PA 15222-2312 |

| |
|---|
| KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 |
| KAYE SCHOLER LLP<br>ATTN: MARGO B SCHONHOLTZ, ESQ<br>MADLYN GLEICH PRIMOFF, ESQ<br>(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN<br>AGENT)<br>425 PARK AVE<br>NEW YORK, NY 10022 |
| KELLEY DRYE & WARREN LLP<br>ERICK R. WILSON, ESQ.<br>HOWARD S.STEEL, ESQ.<br>101 PARK AVENUE<br>(COUNSEL TO TELEREP, LLC)<br>NEW YORK, NY 10178 |
| LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS' COMM<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 |
| LESLIE A. COHEN, ESQUIRE<br>LESLIE COHEN LAW, PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA<br>WASOW, ESQS.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,<br>& MAKINEN)<br>1330 BROADWAY, SUITE 1800<br>OAKLAND, CA 94612 |
| LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO HARRIS COUNTY<br>ATTN JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET<br>STE 1600<br>(COUNSEL TO DALLAS COUNTY)<br>DALLAS, TX 75201 |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.<br>ATTN: ZACHARY J. BANCROFT, EST.<br>450 S. ORANGE AVE, SUITE 800<br>(COUNSEL TO ORLANDO MAGIC, LTD.)<br>ORLANDO, FL 32801 |

| |
|---|
| MAUREEN A. MCGREEVEY, ESQUIRE<br>SENIOR LITIGATION COUNSEL<br>SUNGARD<br>682 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 |
| MAYER BROWN LLP<br>FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,<br>AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.<br>(COUNSEL TO BARCLAYS)<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| MCCARTER & ENGLISH, LLP<br>ATTN: DAVID ADLER, ESQ.<br>G. AMANDA MALLAN, ESQ.<br>245 PARK AVE, 27TH FL<br>(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)<br>NEW YORK, NY 10167 |
| MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET, 8TH FL<br>(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)<br>WILMINGTON, DE 19801 |
| MCGUIRE WOODS LLP<br>ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS<br>(COUNSEL TO THE NIELSEN COMPANY (US) LLC<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP<br>ATTN. ELAIN M. SEID<br>(COUNSEL TO DIABLO INVESTMENT CO.)<br>10 ALMADEN BLVD., SUITE 1460<br>SAN JOSE, CA 95113 |
| MEITES, MULDER, MOLLICA & GLINK<br>ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,<br>& MAKINEN)<br>20 S. CLARK STREET, SUITE 1500<br>CHICAGO, IL 60603 |
| MERRILL LYNCH CAPITAL CORPORATION<br>ATTN: SHARON HAWKINS<br>LOAN OPERATIONS<br>600 E. LAS COLINAS BLVD., SUITE 1300<br>IRVING, TX 75039 |
| MERRILL LYNCH CAPITAL CORPORATION<br>ATTN: MICAHEL O'BRIEN<br>4 WORLD FINANCIAL CENTER<br>250 VESEY STREET<br>NEW YORK, NY 10080 |
| MESSANA ROSNER & STERN, LLP<br>FREDERICK B. ROSNER, ESQ.<br>1000 N. WEST STREET, SUITE 1200<br>(COUNSEL TO INTELSAT CORPORATION)<br>WILMINGTON, DE 19801 |

| |
|---|
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL<br>STATE OF MICHIGAN, DEPT. OF TREASURY<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 |
| MICHAEL SCHLOSS<br>(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR)<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA<br>LIMITED LIABILITY COMPANY)<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| MORGAN STANLEY FIXED INCOME<br>ATTN: CAROLYN ADLER<br>1585 BROADWAY, 2ND FLOOR<br>NEW YORK, NY 10036 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>(COUNSEL TO CF 4242 BRYN MAWR LLC)<br>CHICAGO, IL 60606 |
| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN. ROBERT L. HANLEY, JR. ESQUIRE<br>(COUNSEL TO ST. JOHN PROPERTIES, INC.)<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 |
| O'MELVENY & MYERS LLP<br>ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, &<br>STEVEN A. ROSENSTEIN, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF<br>NEW YORK, NY 10036 |

| | |
|---|---|
| O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>(COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC)<br>LOS ANGELES, CA 90071 | |
| OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | |
| OFFICE OF THE UNITED STATES TRUSTEE<br>JOSEPH J. MCMAHON, JR., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19899-0035 | |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>(COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.)<br>WILMINGTON, DE 19899 | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: STEPHEN P. LAMB & JOHN P. DITOMO<br>1000 N. WEST STREET, SUITE 1200<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.)<br>WILMINGTON, DE 19801 | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP<br>ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL<br>1285 AVENUE OF THE AMERICAS<br>(COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.)<br>NEW YORK, NY 10019-6064 | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 | |
| PEPPER HAMILTON LLP<br>ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ.<br>(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER)<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>WILMINGTON, DE 19899-1709 | |

| |
|---|
| PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>(COUNSEL TO BANK OF AMERICA, N.A. & BANC OF AMERICA SECURITIES LLC)<br>WILMINGTON, DE 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A.<br>ATTN: JOHN C. PHILLIPS, ESQ.<br>1200 NORTH BROOM STREET<br>(COUNSEL TO: VALUATION RESEARCH CORPORATION)<br>WILMINGTON, DE 19806 |
| PINCKNEY, HARRIS & WEIDINGER, LLC<br>ATTN: ADAM HILLER & DONNA HARRIS<br>(COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP)<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 |
| POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN, ESQ<br>(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT)<br>HERCULES PLAZA<br>1313 N MARKET ST, PO BOX 951<br>WILMINGTON, DE 19899-0951 |
| POYNER SPRUILL LLP<br>JUDY D. THOMPSON, ESQ.<br>301 SOUTH COLLEGE STREET, STE 2300<br>(COUNSEL TO SODEXO, INC.)<br>CHARLOTTE, NC 28202 |
| PROSKAUER ROSE LLP<br>ATTN: MARTIN S. ZOHN, ESQ.<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2049 CENTURY PARK EAST, 32ND FLOOR<br>LOS ANGELES, CA 90067 |
| QUARLES & BRADY LLP<br>LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ.<br>300 NORTH LASALLE STREET, STE 400<br>(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION)<br>CHICAGO, IL 60654-3422 |
| RICHARDS, LAYTON & FINGER, PA<br>ATTN: MARK D. COLLINS, ESQ.<br>KATISHA D. FORTUNE, ESQ.<br>920 NORTH KING STREET<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>WILMINGTON, DE 19801 |
| RIDDELL WILLIAMS, P.S.<br>ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO<br>(COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP)<br>1001- 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154-1192 |

| |
|---|
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC<br>ATTN. FRED B. RINGEL, ESQ.<br>(COUNSEL TO GALLERIA OPERATING COMPANY, LLC)<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 |
| RUSKIN MASCOU FALTISCHEK, P.C.<br>ATTN: MICHAEL S. AMATO, ESQ.<br>(COUNSEL TO ESTHER RHEIN)<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C.<br>ATTN. MICHAEL S. AMATO, ESQ.<br>(COUNSEL TO BARRY AND MARIE GOLDENBERG)<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 |
| SECURITIES & EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC 20020 |
| SECURITIES AND EXCHANGE COMMISSION (SEC)<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A.<br>ATTN: R.KARL HILL, ESQ.<br>222 DELAWARE AVENUE, STE 1500<br>PO BOX 68<br>(COUNSEL TO ABITIBI BOWATER, INC., ABITIBI<br>CONSOLIDATED SALES CORPORATION, BOWATER, INC.,<br>WILMINGTON, DE 19899 |
| SHIPMAN & GOODWIN LLP<br>ATTN. JULIE A. MANNING, ESQ.<br>(COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY)<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 |
| SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>(COUNSEL TO THE DEBTORS)<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| SIRLIN GALLOGLY & LESSER, P.C.<br>ATTN. DANA S. PLON, ESQUIRE<br>(COUNSEL TO UNISYS CORPORATION)<br>1529 WALNUT STREET, SUITE 600<br>PHILADELPHIA, PA 19102 |
| SQUIRE, SANDERS & DEMPSEY LLP<br>ATTN: KELLY SINGER, ESQ.<br>TWO RENAISSANCE SQUARE<br>40 NORTH CENTRAL AVE, STE 2700<br>(COUNSEL TO PERSONAL PLUS, INC.)<br>PHOENIX, AZ 85004-4498 |

| |
|---|
| STEMPEL BENNETT CLAMAN & HOCHBERG PC<br>COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD<br>ATTN EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY 10017 |
| STUART MAUE<br>ATTN: JOHN L. DECKER<br>FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO 63044 |
| TEITELBAUM & BASKIN, LLP<br>ATTN: JAY TEITELBAUM<br>3 BARKER AVENUE, THIRD FLOOR<br>(COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN<br>W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III;<br>J.SIMPSON; M.WILLES; E.ZIMBALIST, III)<br>WHITE PLAINS, NY 10601 |
| THE BAILEY LAW FIRM, P.A.<br>ATTN: JAMES F. BAILEY, JR., ESQ.<br>THREE MILL ROAD, SUITE 306A<br>(COUNSEL TO MOVANT SIMONE CONIGLIARO)<br>WILMINGTON, DE 19806 |
| THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>(ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I,<br>LLC, AND YORBA PARK SUB, LLC)<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 |
| THE SEAPORT GROUP LLC<br>ATTN SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 |
| TOOD M. HOEPKER, ESQ.<br>(COUNSEL TO : COP-HANGING MOSS, LLC)<br>POST OFFICE BOX 3311<br>ORLANDO, FL 32802-3311 |
| TOWER DC, LLC<br>ATTN: JON WASSERMAN, GENERAL COUNSEL<br>C/O EQUITY GROUP INVESTMENTS<br>TWO NORTH RIVERSIDE PLAZA, STE 1700<br>CHICAGO, IL 60606 |
| TOWER EH, LLC<br>ATTN: JON WASSERMAN, GENERAL COUNSEL<br>C/O EQUITY GROUP INVESTMENTS<br>TWO NORTH RIVERSIDE PLAZA, STE 1700<br>CHICAGO, IL 60606 |
| TOWER JK, LLC<br>ATTN: JON WASSERMAN, GENERAL COUNSEL<br>C/O EQUITY GROUP INVESTMENTS<br>TWO NORTH RIVERSIDE PLAZA, STE 1700<br>CHICAGO, IL 60606 |

| |
|---|
| TOWER MS, LLC<br>ATTN: JON WASSERMAN, GENERAL COUNSEL<br>C/O EQUITY GROUP INVESTMENTS<br>TWO NORTH RIVERSIDE PLAZA, STE 1700<br>CHICAGO, IL 60606 |
| TOWER PT, LLC<br>ATTN: JON WASSERMAN, GENERAL COUNSEL<br>C/O EQUITY GROUP INVESTMENTS<br>TWO NORTH RIVERSIDE PLAZA, STE 1700<br>CHICAGO, IL 60606 |
| TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>(COUNSEL TO FISHER PRINTING, INC.)<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 |
| TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 |
| TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST<br>WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD<br>MOTOR SERVICE, INC.)<br>750 SHIPYARD DRIVE, SUITE 400<br>WILMINGTON, DE 19899-2092 |
| U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 |
| UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>1100 L STREET, N.W.<br>ROOM 10006<br>WASHINGTON, DC 20530 |
| UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>(COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR)<br>PLAN BENEFITS SECURITY DIVISION<br>WASHINGTON, DC 20013 |

| |
|---|
| UNITED STATES TREASURY<br>OFFICE OF THE TREASURER<br>1500 PENNSYLVANIA AVENUE, NW<br>ROOM 2134<br>WASHINGTON, DC 20220 |
| US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>PO BOX 2046<br>WILMINGTON, DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP<br>AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES<br>ATTN TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC.<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA<br>COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY<br>ASSOCIATION INC<br>ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D<br>HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 |
| WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.<br>(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC)<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 |
| WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>(COUNSEL TO: VALUATION RESEARCH CORPORATION)<br>NEW YORK, NY 10166 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.<br>THE BRADYWINE BUILDING - 17TH FLOOR<br>1000 WEST STREET, POST OFFICE BOX 391<br>(COUNSEL TO VARIOUS PARTIES LISTED ON NOA)<br>WILMINGTON, DE 19899-0391 |

ZWERDLKING PAUL KAHN & WOLLY PC
COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,
LOCAL 32035, TNG-CWA
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420