# EXHIBIT A

**Tribune Co.** 
Time Log

**Moelis & Company**
**Summary of Hours Worked**
**March 1, 2010 - March 31, 2010**

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 45.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 34.5 |
| John Momtazee | Managing Director, Media | 12.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 60.0 |
| Larry Kwon | Vice President, Restructuring Group | 20.0 |
| Ashish Ajmera | Vice President, Media | 66.5 |
| Evan Glucoft | Associate | 88.5 |
| Vishal Patel | Analyst | 111.5 |
| | **Total Moelis Team Hours** | **438.0** |

**Tribune Co.**
**MOELIS & COMPANY**
Time Log - March 2010

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 45.0 |
| Navid Mahmoodzadegan | Managing Director | 34.5 |
| John Momtazee | Managing Director | 12.0 |
| Zul Jamal | Sr. Vice President | 60.0 |
| Larry Kwon | Vice President | 20.0 |
| Ashish Ajmera | Vice President | 66.5 |
| Evan Glucoft | Associate | 88.5 |
| Vishal Patel | Analyst | 111.5 |
| **Total** | | **438.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 03/01/10 | 1.0 | Review of third party complaint |
| Zul Jamal | 03/01/10 | 1.0 | Review of third party complaint |
| Larry Kwon | 03/01/10 | 2.0 | Review of third party complaint |
| Evan Glucoft | 03/01/10 | 0.5 | Review of third party complaint |
| Ashish Ajmera | 03/01/10 | 2.0 | Media update |
| Vishal Patel | 03/01/10 | 3.0 | Media update |
| Zul Jamal | 03/02/10 | 1.0 | Professionals call |
| Larry Kwon | 03/02/10 | 1.0 | Professionals call |
| Ashish Ajmera | 03/02/10 | 1.0 | Professionals call |
| Evan Glucoft | 03/02/10 | 1.0 | Professionals call |
| Vishal Patel | 03/02/10 | 1.0 | Professionals call |
| Ashish Ajmera | 03/02/10 | 0.5 | Food Network diligence |
| Evan Glucoft | 03/02/10 | 2.5 | Food Network diligence |
| Vishal Patel | 03/02/10 | 1.0 | Food Network diligence |
| Vishal Patel | 03/02/10 | 0.5 | Media update |
| Ashish Ajmera | 03/03/10 | 1.5 | Review of / work on upcoming deliverables |
| Evan Glucoft | 03/03/10 | 2.0 | Industry update |
| Vishal Patel | 03/03/10 | 1.0 | Industry update |
| Ashish Ajmera | 03/03/10 | 0.5 | Call with Debtors' advisor re TVFN |
| Evan Glucoft | 03/03/10 | 2.0 | Valuation analysis |
| Vishal Patel | 03/03/10 | 5.0 | Valuation analysis |
| Ashish Ajmera | 03/04/10 | 1.5 | Valuation analysis |
| Thane Carlston | 03/04/10 | 3.0 | UCC Committee meeting |
| Zul Jamal | 03/04/10 | 3.0 | UCC Committee meeting |
| Navid Mahmoodzadegan | 03/04/10 | 2.0 | UCC Committee meeting |
| Larry Kwon | 03/04/10 | 3.0 | UCC Committee meeting |
| Ashish Ajmera | 03/04/10 | 3.0 | UCC Committee meeting |
| Evan Glucoft | 03/04/10 | 3.0 | UCC Committee meeting |
| Vishal Patel | 03/04/10 | 3.0 | UCC Committee meeting |
| Thane Carlston | 03/05/10 | 2.0 | Valuation analysis |
| Zul Jamal | 03/05/10 | 1.0 | Valuation analysis |
| Navid Mahmoodzadegan | 03/05/10 | 2.0 | Valuation analysis |
| John Momtazee | 03/05/10 | 2.0 | Valuation analysis |
| Ashish Ajmera | 03/05/10 | 3.0 | Valuation analysis |
| Evan Glucoft | 03/05/10 | 3.0 | Valuation analysis |
| Evan Glucoft | 03/06/10 | 3.0 | Valuation analysis |
| Vishal Patel | 03/06/10 | 4.0 | Valuation analysis |
| Vishal Patel | 03/07/10 | 5.0 | Food Network analysis |
| Thane Carlston | 03/08/10 | 3.0 | Settlement matters |
| Zul Jamal | 03/08/10 | 3.0 | Settlement matters |

**I. Summary**

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 45.0 |
| Navid Mahmoodzadegan | Managing Director | 34.5 |
| John Momtazee | Managing Director | 12.0 |
| Zul Jamal | Sr. Vice President | 60.0 |
| Larry Kwon | Vice President | 20.0 |
| Ashish Ajmera | Vice President | 66.5 |
| Evan Glucoft | Associate | 88.5 |
| Vishal Patel | Analyst | 111.5 |
| **Total** | | **438.0** |

**II. Details**

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Larry Kwon | 03/08/10 | 3.0 | Settlement matters |
| Zul Jamal | 03/08/10 | 1.0 | Valuation analysis |
| Ashish Ajmera | 03/08/10 | 2.0 | Valuation analysis |
| Evan Glucoft | 03/08/10 | 2.0 | Valuation analysis |
| Vishal Patel | 03/08/10 | 5.0 | Valuation analysis |
| Navid Mahmoodzadegan | 03/09/10 | 1.0 | Valuation analysis |
| Ashish Ajmera | 03/09/10 | 2.0 | Valuation analysis |
| Vishal Patel | 03/09/10 | 7.0 | Valuation analysis |
| Thane Carlston | 03/09/10 | 2.0 | Recovery analysis |
| John Momtazee | 03/09/10 | 0.5 | Recovery analysis |
| Zul Jamal | 03/09/10 | 2.0 | Recovery analysis |
| Ashish Ajmera | 03/09/10 | 1.0 | Recovery analysis |
| Evan Glucoft | 03/09/10 | 1.0 | Recovery analysis |
| Vishal Patel | 03/09/10 | 2.0 | Recovery analysis |
| Zul Jamal | 03/10/10 | 1.0 | Recovery analysis |
| Ashish Ajmera | 03/10/10 | 1.0 | Recovery analysis |
| Evan Glucoft | 03/10/10 | 1.0 | Recovery analysis |
| Vishal Patel | 03/10/10 | 2.0 | Recovery analysis |
| Navid Mahmoodzadegan | 03/10/10 | 6.0 | 2010 Budget meetings in Chicago with Debtor |
| John Momtazee | 03/10/10 | 6.0 | 2010 Budget meetings in Chicago with Debtor |
| Zul Jamal | 03/10/10 | 6.0 | 2010 Budget meetings in Chicago with Debtor |
| Evan Glucoft | 03/10/10 | 6.0 | 2010 Budget meetings in Chicago with Debtor |
| Zul Jamal | 03/11/10 | 0.5 | Recovery analysis |
| Vishal Patel | 03/11/10 | 1.0 | Recovery analysis |
| Thane Carlston | 03/11/10 | 3.0 | UCC Committee meeting |
| Zul Jamal | 03/11/10 | 3.0 | UCC Committee meeting |
| Larry Kwon | 03/11/10 | 3.0 | UCC Committee meeting |
| Navid Mahmoodzadegan | 03/11/10 | 3.0 | UCC Committee meeting |
| Ashish Ajmera | 03/11/10 | 3.0 | UCC Committee meeting |
| Evan Glucoft | 03/11/10 | 3.0 | UCC Committee meeting |
| Vishal Patel | 03/11/10 | 3.0 | UCC Committee meeting |
| Zul Jamal | 03/11/10 | 1.5 | Call with Lazard re: entity valuation & internal discussion |
| Larry Kwon | 03/11/10 | 1.5 | Call with Lazard re: entity valuation & internal discussion |
| Ashish Ajmera | 03/11/10 | 1.5 | Call with Lazard re: entity valuation & internal discussion |
| Evan Glucoft | 03/11/10 | 1.5 | Call with Lazard re: entity valuation & internal discussion |
| Vishal Patel | 03/11/10 | 1.5 | Call with Lazard re: entity valuation & internal discussion |
| Thane Carlston | 03/11/10 | 1.0 | Discussion of entity valuation |
| Navid Mahmoodzadegan | 03/11/10 | 1.0 | Discussion of entity valuation |
| Zul Jamal | 03/11/10 | 1.0 | Discussion of entity valuation |
| Ashish Ajmera | 03/11/10 | 1.0 | Discussion of entity valuation |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 45.0 |
| Navid Mahmoodzadegan | Managing Director | 34.5 |
| John Momtazee | Managing Director | 12.0 |
| Zul Jamal | Sr. Vice President | 60.0 |
| Larry Kwon | Vice President | 20.0 |
| Ashish Ajmera | Vice President | 66.5 |
| Evan Glucoft | Associate | 88.5 |
| Vishal Patel | Analyst | 111.5 |
| **Total** | | **438.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 03/12/10 | 1.0 | Valuation analysis |
| Navid Mahmoodzadegan | 03/12/10 | 3.0 | Valuation analysis |
| John Momtazee | 03/12/10 | 1.0 | Valuation analysis |
| Zul Jamal | 03/12/10 | 2.0 | Valuation analysis |
| Ashish Ajmera | 03/12/10 | 2.0 | Valuation analysis |
| Evan Glucoft | 03/12/10 | 4.0 | Valuation analysis |
| Vishal Patel | 03/12/10 | 4.0 | Valuation analysis |
| Ashish Ajmera | 03/13/10 | 4.0 | Valuation analysis |
| Evan Glucoft | 03/13/10 | 6.0 | Valuation analysis |
| Vishal Patel | 03/13/10 | 8.0 | Valuation analysis |
| Zul Jamal | 03/14/10 | 2.0 | Valuation analysis |
| Ashish Ajmera | 03/14/10 | 5.0 | Valuation analysis |
| Evan Glucoft | 03/14/10 | 6.0 | Valuation analysis |
| Vishal Patel | 03/14/10 | 10.0 | Valuation analysis |
| Navid Mahmoodzadegan | 03/15/10 | 4.0 | Valuation analysis |
| Thane Carlston | 03/15/10 | 3.0 | Valuation analysis |
| John Momtazee | 03/15/10 | 2.0 | Valuation analysis |
| Zul Jamal | 03/15/10 | 2.0 | Valuation analysis |
| Ashish Ajmera | 03/15/10 | 3.0 | Valuation analysis |
| Evan Glucoft | 03/15/10 | 4.0 | Valuation analysis |
| Vishal Patel | 03/15/10 | 4.0 | Valuation analysis |
| Thane Carlston | 03/15/10 | 3.0 | Settlement matters |
| Zul Jamal | 03/15/10 | 1.0 | Settlement matters |
| Vishal Patel | 03/15/10 | 1.0 | Settlement matters |
| Thane Carlston | 03/16/10 | 1.0 | Professionals call |
| Zul Jamal | 03/16/10 | 1.0 | Professionals call |
| Ashish Ajmera | 03/16/10 | 1.0 | Professionals call |
| Evan Glucoft | 03/16/10 | 1.0 | Professionals call |
| Thane Carlston | 03/16/10 | 1.5 | Settlement matters |
| Zul Jamal | 03/16/10 | 1.0 | Settlement matters |
| Vishal Patel | 03/16/10 | 1.0 | Settlement matters |
| Navid Mahmoodzadegan | 03/16/10 | 3.0 | Valuation analysis |
| Thane Carlston | 03/16/10 | 2.0 | Valuation analysis |
| Ashish Ajmera | 03/16/10 | 2.0 | Valuation analysis |
| Evan Glucoft | 03/16/10 | 5.0 | Valuation analysis |
| Vishal Patel | 03/16/10 | 4.0 | Valuation analysis |
| Thane Carlston | 03/16/10 | 2.0 | Special Committee call |
| Navid Mahmoodzadegan | 03/16/10 | 2.0 | Special Committee call |
| Zul Jamal | 03/16/10 | 2.0 | Special Committee call |
| Ashish Ajmera | 03/16/10 | 2.0 | Special Committee call |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 45.0 |
| Navid Mahmoodzadegan | Managing Director | 34.5 |
| John Momtazee | Managing Director | 12.0 |
| Zul Jamal | Sr. Vice President | 60.0 |
| Larry Kwon | Vice President | 20.0 |
| Ashish Ajmera | Vice President | 66.5 |
| Evan Glucoft | Associate | 88.5 |
| Vishal Patel | Analyst | 111.5 |
| **Total** | | **438.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 03/16/10 | 2.0 | Special Committee call |
| Vishal Patel | 03/16/10 | 2.0 | Special Committee call |
| Navid Mahmoodzadegan | 03/17/10 | 2.0 | Valuation analysis |
| Zul Jamal | 03/17/10 | 3.0 | Valuation analysis |
| Ashish Ajmera | 03/17/10 | 2.0 | Valuation analysis |
| Evan Glucoft | 03/17/10 | 7.0 | Valuation analysis |
| Vishal Patel | 03/17/10 | 9.0 | Valuation analysis |
| Thane Carlston | 03/17/10 | 1.0 | Committee call with Centerbridge |
| Zul Jamal | 03/17/10 | 1.0 | Committee call with Centerbridge |
| Ashish Ajmera | 03/17/10 | 1.0 | Committee call with Centerbridge |
| Thane Carlston | 03/17/10 | 1.5 | Special Committee call |
| Zul Jamal | 03/17/10 | 1.5 | Special Committee call |
| Ashish Ajmera | 03/17/10 | 1.5 | Special Committee call |
| Evan Glucoft | 03/17/10 | 1.5 | Special Committee call |
| Navid Mahmoodzadegan | 03/18/10 | 1.5 | UCC Committee meeting |
| Thane Carlston | 03/18/10 | 3.0 | UCC Committee meeting |
| Zul Jamal | 03/18/10 | 3.0 | UCC Committee meeting |
| Ashish Ajmera | 03/18/10 | 3.0 | UCC Committee meeting |
| Evan Glucoft | 03/18/10 | 3.0 | UCC Committee meeting |
| Vishal Patel | 03/18/10 | 3.0 | UCC Committee meeting |
| Thane Carlston | 03/18/10 | 1.0 | Settlement matters |
| Zul Jamal | 03/18/10 | 1.0 | Settlement matters |
| Evan Glucoft | 03/21/10 | 2.0 | Media Update |
| Vishal Patel | 03/21/10 | 2.0 | Media Update |
| Ashish Ajmera | 03/22/10 | 1.0 | Media Update |
| Evan Glucoft | 03/22/10 | 1.0 | Media Update |
| Vishal Patel | 03/22/10 | 0.5 | Media Update |
| Zul Jamal | 03/22/10 | 0.5 | Scheduling for upcoming meetings |
| Vishal Patel | 03/22/10 | 0.5 | Scheduling for upcoming meetings |
| Thane Carlston | 03/23/10 | 1.0 | Professionals call |
| Zul Jamal | 03/23/10 | 1.0 | Professionals call |
| Ashish Ajmera | 03/23/10 | 1.0 | Professionals call |
| Evan Glucoft | 03/23/10 | 1.0 | Professionals call |
| Vishal Patel | 03/23/10 | 1.0 | Professionals call |
| Navid Mahmoodzadegan | 03/24/10 | 0.5 | Internal discussion re: Lazard call |
| John Momtazee | 03/24/10 | 0.5 | Internal discussion re: Lazard call |
| Zul Jamal | 03/24/10 | 1.0 | Internal discussion re: Lazard call |
| Ashish Ajmera | 03/24/10 | 2.5 | Call with Lazard and internal discussion |
| Larry Kwon | 03/24/10 | 2.5 | Call with Lazard and internal discussion |
| Evan Glucoft | 03/24/10 | 2.5 | Call with Lazard and internal discussion |

**Tribune Co.**
Time Log - March 2010

**MOELIS & COMPANY**

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 45.0 |
| Navid Mahmoodzadegan | Managing Director | 34.5 |
| John Momtazee | Managing Director | 12.0 |
| Zul Jamal | Sr. Vice President | 60.0 |
| Larry Kwon | Vice President | 20.0 |
| Ashish Ajmera | Vice President | 66.5 |
| Evan Glucoft | Associate | 88.5 |
| Vishal Patel | Analyst | 111.5 |
| **Total** | | **438.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Vishal Patel | 03/24/10 | 2.5 | Call with Lazard and internal discussion |
| Zul Jamal | 03/24/10 | 0.5 | Review of draft committee statement on Wilmington Trust |
| Zul Jamal | 03/24/10 | 0.5 | Recovery analysis |
| Vishal Patel | 03/24/10 | 1.0 | Recovery analysis |
| Zul Jamal | 03/25/10 | 0.5 | Recovery analysis |
| Ashish Ajmera | 03/25/10 | 1.0 | Recovery analysis |
| Vishal Patel | 03/25/10 | 1.0 | Recovery analysis |
| Thane Carlston | 03/25/10 | 2.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 03/25/10 | 2.5 | UCC Committee meeting |
| Larry Kwon | 03/25/10 | 2.5 | UCC Committee meeting |
| Zul Jamal | 03/25/10 | 2.5 | UCC Committee meeting |
| Ashish Ajmera | 03/25/10 | 2.5 | UCC Committee meeting |
| Evan Glucoft | 03/25/10 | 2.5 | UCC Committee meeting |
| Vishal Patel | 03/25/10 | 2.5 | UCC Committee meeting |
| Ashish Ajmera | 03/25/10 | 2.0 | Amendment to valuation analysis |
| Evan Glucoft | 03/25/10 | 1.0 | Amendment to valuation analysis |
| Vishal Patel | 03/25/10 | 2.0 | Amendment to valuation analysis |
| Vishal Patel | 03/26/10 | 0.5 | Industry analysis for Alix |
| Thane Carlston | 03/26/10 | 1.5 | Special Committee call |
| Zul Jamal | 03/26/10 | 1.5 | Special Committee call |
| Ashish Ajmera | 03/26/10 | 1.5 | Special Committee call |
| Evan Glucoft | 03/26/10 | 1.5 | Special Committee call |
| Navid Mahmoodzadegan | 03/26/10 | 0.5 | Amendment to valuation analysis |
| Ashish Ajmera | 03/26/10 | 0.5 | Amendment to valuation analysis |
| Evan Glucoft | 03/26/10 | 0.5 | Amendment to valuation analysis |
| Thane Carlston | 03/28/10 | 2.0 | Settlement matters |
| Zul Jamal | 03/28/10 | 2.0 | Settlement matters |
| Vishal Patel | 03/28/10 | 1.0 | Recovery analysis |
| Vishal Patel | 03/28/10 | 0.5 | Amendment to valuation analysis |
| Thane Carlston | 03/29/10 | 1.0 | Special Committee call |
| Zul Jamal | 03/29/10 | 1.0 | Special Committee call |
| Ashish Ajmera | 03/29/10 | 1.0 | Special Committee call |
| Evan Glucoft | 03/29/10 | 1.0 | Special Committee call |
| Vishal Patel | 03/29/10 | 1.0 | Special Committee call |
| Evan Glucoft | 03/29/10 | 2.0 | Media Update |
| Vishal Patel | 03/29/10 | 2.0 | Media Update |
| Zul Jamal | 03/30/10 | 1.0 | Professionals call |
| Ashish Ajmera | 03/30/10 | 1.0 | Professionals call |
| Evan Glucoft | 03/30/10 | 1.0 | Professionals call |
| Vishal Patel | 03/30/10 | 1.0 | Professionals call |

**Tribune Co.**
Time Log - March 2010

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 45.0 |
| Navid Mahmoodzadegan | Managing Director | 34.5 |
| John Momtazee | Managing Director | 12.0 |
| Zul Jamal | Sr. Vice President | 60.0 |
| Larry Kwon | Vice President | 20.0 |
| Ashish Ajmera | Vice President | 66.5 |
| Evan Glucoft | Associate | 88.5 |
| Vishal Patel | Analyst | 111.5 |
| **Total** | | **438.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Navid Mahmoodzadegan | 03/30/10 | 0.5 | Internal discussion re case |
| Thane Carlston | 03/30/10 | 0.5 | Internal discussion re case |
| Zul Jamal | 03/30/10 | 0.5 | Internal discussion re case |
| Thane Carlston | 03/31/10 | 1.5 | Special Committee call |
| Zul Jamal | 03/31/10 | 2.0 | Special Committee call |
| Larry Kwon | 03/31/10 | 1.5 | Special Committee call |
| Ashish Ajmera | 03/31/10 | 1.5 | Special Committee call |
| Evan Glucoft | 03/31/10 | 1.5 | Special Committee call |
| Vishal Patel | 03/31/10 | 1.5 | Special Committee call |
| | **Total** | **438.0** | |