# EXHIBIT B

**Tribune Co.**

Moelis & Company - March 2010 Expense Summary

|  |  | **March 2010** |
|---|---|---:|
| Airfare | $ | 5,263.20 |
| Lodging |  | 1,361.68 |
| Travel / Overtime / Weekend meals |  | 193.51 |
| Taxi / Transportation / Parking |  | 501.90 |
| Telephone |  | 9.46 |
| Presentations |  | 1,532.40 |
| **Total** | **$** | **8,862.15** |

**Tribune Co.**
Moelis & Company - March 2010 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| | 3/10/2010 | Airfare | United Airlines   New York LAX-ORD | Evan Glucoft | $525.70 | $525.70 |
| | 3/8/2010 | Airfare | Travel Agency Service New York LAX-ORD | Evan Glucoft | 42.00 | 42.00 |
| | 3/10/2010 | Airfare | Travel Agency Service New York ORD-LAX | Evan Glucoft | 42.00 | 42.00 |
| | 3/8/2010 | Airfare | United Airlines   New York ORD-LAX | Evan Glucoft | 892.40 | 892.40 |
| | 3/8/2010 | Airfare | Travel Agency Service New York Agent Fees | John Momtazee | 42.00 | 42.00 |
| | 3/8/2010 | Airfare | United Airlines   New York NY To Chicago | John Momtazee | 218.85 | 218.85 |
| | 3/8/2010 | Airfare | American Airlines   New York Chicago To LAX (Note 1) | John Momtazee | 1,120.70 | 890.00 |
| | 3/9/2010 | Airfare | American Airlines Chicago to LAX (Note 1) | Navid Mahmoodzadegan | 1,120.70 | 890.00 |
| | 3/4/2010 | Airfare | United Airlines NY to Chicago | Navid Mahmoodzadegan | 218.85 | 218.85 |
| | 3/8/2010 | Airfare | American Airlines   New York Inv. # 29558  NY-ORD-NY Coach Fare | Zul Jamal | 1,459.40 | 1,459.40 |
| | 3/8/2010 | Airfare | Travel Agency Service New York Ovation Service Fee Inv. # 29558 | Zul Jamal | 42.00 | 42.00 |
| | | | | **Total Requested** | | **$5,263.20** |
| **LODGING** | | | | | | |
| | 3/9/2010 | Hotel | The Ritz Carlton Chicago Room Rate | Evan Glucoft | $295.00 | $295.00 |
| | 3/10/2010 | Hotel | The Ritz Carlton Chicago Room Rate | Evan Glucoft | 295.00 | 295.00 |
| | 3/9/2010 | Hotel - Misc | The Ritz Carlton Chicago Room Tax | Evan Glucoft | 45.40 | 45.40 |
| | 3/10/2010 | Hotel - Misc | The Ritz Carlton Chicago Room Tax | Evan Glucoft | 45.40 | 45.40 |
| | 3/9/2010 | Hotel | Peninsula Hotel Chicago Room Rate | John Momtazee | 295.00 | 295.00 |
| | 3/9/2010 | Hotel - Misc | Peninsula Hotel Chicago Room Tax | John Momtazee | 45.44 | 45.44 |
| | 3/9/2010 | Hotel | Peninsula Hotel Chicago Room Rate | Navid Mahmoodzadegan | 295.00 | 295.00 |
| | 3/9/2010 | Hotel - Misc | Peninsula Hotel Chicago Room Tax | Navid Mahmoodzadegan | 45.44 | 45.44 |
| | | | | **Total Requested** | | **$1,361.68** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| | 3/10/2010 | Meals Travel | Graham Elliot LLC Chicago Dinner | Evan Glucoft | $70.00 | $50.00 |
| | 3/11/2010 | Meals Travel | Quiznos Grab Chicago Lunch | Evan Glucoft | 9.68 | 9.68 |
| | 3/9/2010 | Meals Travel | T7 La Brea Bakery Lunch | Evan Glucoft | 29.48 | 25.00 |
| | 3/9/2010 | Meals Travel | The Ritz Carlton Chicago Dinner | Evan Glucoft | 36.91 | 36.91 |
| | 3/10/2010 | Meals Travel | Macaroni Grill O'Hare Dinner | Navid Mahmoodzadegan | 46.18 | 46.18 |
| | 3/11/2010 | Hotel-Meals | The Ritz Carlton Chicago Snack | Evan Glucoft | 6.18 | 6.18 |
| | 3/10/2010 | Hotel-Meals | The Ritz Carlton Chicago Snack | Evan Glucoft | 6.18 | 6.18 |
| | 3/10/2010 | Hotel-Meals | Peninsula Hotel Chicago Snack | John Momtazee | 13.38 | 13.38 |
| | | | | **Total Requested** | | **$193.51** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | 3/10/2010 | Parking | LAX Airport Parking | John Momtazee | $42.03 | $42.03 |
| | 3/10/2010 | Parking | LAX Airport Parking | Navid Mahmoodzadegan | 41.03 | 41.03 |
| | 3/9/2010 | Taxi / Transport | Yellow Cab Chicago Airport | Evan Glucoft | 46.00 | 46.00 |
| | 3/11/2010 | Taxi / Transport | La Taxi Coop Inc Gardena To Airport | Evan Glucoft | 43.00 | 43.00 |
| | 3/9/2010 | Taxi / Transport | Beverly Hills Cab Co Los Angeles Airport | Evan Glucoft | 48.00 | 48.00 |
| | 3/10/2010 | Taxi / Transport | Chicago Checker Cab Hotel to Meeting | Navid Mahmoodzadegan | 20.00 | 20.00 |
| | 3/11/2010 | Taxi / Transport | Avalon Transport Hotel To Airport Navid & John Transportation | Navid Mahmoodzadegan | 229.23 | 45.00 |
| | 3/11/2010 | Taxi / Transport | Avalon Transport Airport To Hotel Navid & John Transportation | Navid Mahmoodzadegan | 278.97 | 45.00 |
| | 3/10/2010 | Taxi / Transport | Big Apple Car Inc   Brooklyn Home To LGA | Zul Jamal | 49.89 | 49.89 |
| | 3/10/2010 | Taxi / Transport | Yellow Cab Chicago From Tribune Tower To ORD | Zul Jamal | 51.05 | 51.05 |
| | 3/10/2010 | Taxi / Transport | Blue Ribbon Taxi ORD to Tribune Tower | Zul Jamal | 42.00 | 42.00 |
| | 3/10/2010 | Taxi / Transport | NYC Taxi Medallion 2 Woodside LGA To Home | Zul Jamal | 28.90 | 28.90 |
| | | | | **Total Requested** | | **$501.90** |
| **TELEPHONE** | | | | | | |
| | 3/9/2010 | Travel - Internet | The Ritz Carlton Chicago Hotel Internet | Evan Glucoft | $9.46 | $9.46 |
| | | | | **Total Requested** | | **$9.46** |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | | $1,532.40 | $1,532.40 |
| | | | | **Total Requested** | | **$1,532.40** |
| | | | | **Month Total** | $ | **8,862.15** |

Note:
1 Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip. We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.  3/8 and 3/9 booked flights for Navid Mahmoodzadgan and John Momtazee are reduced to comparable coach fare (between ORD - LAX) based on Evan Glucoft's coach ticket purchase
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location