M. PATRICIA SMITH
Solicitor of Labor
TIMOTHY D. HAUSER
Associate Solicitor of Labor
MICHAEL A. SCHLOSS
Senior Trial Attorney
LEONARD H. GERSON
ELIZABETH S. GOLDBERG
Trial Attorneys
United States Department of Labor
Office of the Solicitor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013
Tel (202) 693-5600
Fax (202) 693-5610

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al, | Case No. 08-13141 (KJC) |
| Debtors. * | Jointly Administered |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RULE 9010 - 1(e) CERTIFICATION OF LEONARD H. GERSON

Leonard H. Gerson, Esq., hereby certifies as follows:

1. I am representing the United States Department of Labor in these above referenced bankruptcy cases.
2. I am admitted to the United States District Court for the Southern District of New York.
3. I am in good standing in all districts in which I have been admitted.
4. I agree to be bound by the Local Rules of this Court and the jurisdiction of this Court for disciplinary purposes.

Dated: May 20, 2010

Leonard H. Gerson,
Trial Attorney

/s/ Elizabeth S. Goldberg
_____
Elizabeth S. Goldberg
Trial Attorney, ECF Signatory