IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 4496 |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Affidavit for Ord Course Professional_DI_4496_Aff_5-19-10.doc

2. On May 19, 2010, I caused to be served the "Affidavit of Ordinary Course Professional," dated May 18, 2010 [Docket No. 4496], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Brittany Whalen*

Sworn to before me this
20th day of May, 2010

*Cassandra Murray*
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

TRB OCP SVC 5-19-10  
SIDLEY AUSTIN LLP  
JAMES F. CONLAN  
BRYAN KRAKAUER  
ONE SOUTH DEARBORNE  
CHICAGO, IL 60603

TRB OCP SVC 5-19-10  
JOSEPH J. MCMAHON, JR., ESQUIRE  
UNITED STATES DEPARTMENT OF JUSTICE  
OFFICE OF THE UNITED STATES TRUSTEE  
J. CALEB BOGGS FEDERAL BUILDING  
844 KING STREET, SUITE 2207, LOCKBOX 35  
WILMINGTON, DE 19801

TRB OCP SVC 5-19-10  
STUART M. BROWN, ESQUIRE  
EDWARDS ANGELL PALMER & DODGE  
919 NORTH MARKET STREET, SUITE 1500  
WILMINGTON, DE 19801

TRB OCP SVC 5-19-10  
CHADBOURNE & PARKE LLP  
HOWARD SEIFE  
DAVID M. LEMAY  
DOUGLAS E. DEUTSCHE  
30 ROCKEFELLER PLAZA  
NEW YORK, NY 10112

TRB OCP SVC 5-19-10  
LAURIE SILVERSTEIN, ESQUIRE  
POTTER ANDERSON & CORROON LLP  
HERCULES PLAZA  
1313 N. MARKET STREET, PO BOX 951  
WILMINGTON, DE 19899-0951

TRB OCP SVC 5-19-10  
BRIAN TRUST, ESQUIRE  
AMIT K. TREHAN, ESQUIRE  
BARBARA YAN, ESQUIRE  
MAYER BROWN LLP  
1675 BROADWAY  
NEW YORK, NY 10019-5820

TRB OCP SVC 5-19-10  
LANDIS RATH & COBB LLP  
ADAM G. LANDIS  
MATTHEW B. MCGUIRE  
919 MARKET STREET SUITE 1800  
WILMINGTON, DE 19801

TRB OCP SVC 5-19-10  
KEVIN T. LANTRY, ESQUIRE  
SIDLEY AUSTIN LLP  
555 WEST FIFTH STREET  
LOS ANGELES, CA 90013

TRB OCP SVC 5-19-10  
MARGOT B. SCHONHOLTZ, ESQUIRE  
MADLYN GLEICH PRIMOFF, ESQUIRE  
KAYE SCHOLER LLP  
425 PARK AVENUE  
NEW YORK, NY 10022

TRB OCP SVC 5-19-10  
FREDERICK D. HYMAN, ESQUIRE  
JEFFREY G. TOUGAS, ESQUIRE  
MAYER BROWN LLP  
1675 BROADWAY  
NEW YORK, NY 10019-5820

TRB OCP SVC 5-19-10
LISA BRANCO, ESQUIRE
ZWILLINGER GENETSKI LLP
1705 N STREET NW
WASHINGTON, D.C.  20036