# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: May 20, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Don Bernstein | Davis Polk | JPMorgan |
| Damian Schaible | " | " |
| Michael Russano | " | " |
| Daniel Golden | Akin Gump | Centerbridge |
| Alexis Freeman | " | " |
| Andrew Glenn | Kasowitz | Law Debenture |
| Matthew Stein | " | " |
| James Conlan | Sidley | Tribune |
| Bryan Krakauer | " | " |
| Javier Hernandez | " | " |
| Ken Kansa | " | " |
| Aysse Seber Silvester | Paul Anderson Corrollo | Merrill Lynch |
| Madlyn Primoff | Kaye Scholer LLP | " |
| Richard Choi | " | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** May 20, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard Seife | Chadbourne & Parke | Committee |
| Douglas Deutsch | " | " |
| Robert Bayola | " | " |
| Adam Landis | Landis Rath & Cobb | " |
| David S. Adler | Moulton + Kyster | Deutsche Bank Trust Company |
| Robert Brady | Young Conaway | Credit Agreement Lenders |
| Bruce Bennett | Hennigan Bennett & Dorman | " |
| Roy Louwick | Benesch | Wilmington Trust |
| Rogers Stark | Brown Rudnick | " |
| Mark Siegel | " | " |
| Jeffrey Rich | K&L Gates | GreatBanc |
| Tom Horan | Womble Carlyle | GreatBanc |
| Mark Collins | Richards Layton | JP Morgan Chase |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** May 20, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Debtors |
| Thomas Lauria | White & Case | Wells Fargo, as agent |
| Scott Greissman | " | " |
| Debby Schlef | Fox Rothschild | " |
| David Shastri | Pepper Hamilton | Bank 1. America |
| Amit Trehan | Mayer Brown | Barclays Bank PLC |
| Jean-Marie Atamian | Mayer Brown | Barclays Bank PLC. |
| Joseph J. McMahon, Jr. | USDOJ | Atty U.S. Trustee |
| R. Craig Martin | Edwards Angell Palmer & Dodge | Barclays Bank Plc |
| Thomas Macauley | Zuckerman Spaeder LLP | Committee |
| Mark Minuti | Saul Ewing LLP | Examiner |
| Martin Bienenstock | Kobs KleeTuchin | Examiner |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3529597 | Andrew Dash | 212-209-4811 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3527387 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3529355 | Richard Divito | (212) 412-6743 | Barclays Capital, Inc. | Creditor, Barclays Capital, Inc. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529587 | William Dolan | 401-276-2611 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3525493 | Neel Doshi | (203) 719-8723 | UBS Securities LLC | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3524403 | Matthew Dundon | 212-692-5196 | Miller Taback Securities | Interested Party, Miller Taback Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529431 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529007 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529454 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529441 | Jeffrey Farkas | (614) 577-1120 | RBS Greenwich Capital | Interested Party, RBS Greenwich Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3497013 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3527307 | Raman Gambhir | (212) 751-5724 | DW Investment Managements | Interested Party, DW Investment Managements / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529347 | Arif Gangat | (212) 372-8938 | Arrowgrass | Interested Party, Arrowgrass Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529485 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company | 08-13141 | Hearing | 3526867 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3528123 | Scott Greissman | (212) 819-8567 | White & Case LLP | Client, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3529451 | Andrew Gu | 203-413-7246 | Arrowhawk Capital Partners | Client, Arrowhawk Capital Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3524300 | Thomas E. Hill | (312) 925-5611 | Alvarez & Marsal Inc | Financial Advisor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3524654 | Sarah S. Johnson | (212) 478-0833 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3527717 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 3529376 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Representing, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529567 | Steven Kalter | 212-259-4305 | Longacre Management Fund | Interested Party, Longacre Management Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3528769 | Michael Kass | (212) 905-3911 | Michael Kass - In Pro Per/Pro Se | Interested Party, Blue Moutain Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3527942 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529417 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3529413 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3529374 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3529360 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3527411 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3529357 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529432 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529435 | Neil S Losquadro | (212) 745-9758 | Neil S Losquadro - In Pro Per/Pro Se | In Propria Persona, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529419 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 3526253 | Scott T. McCabe | 212-754-1613 | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529425 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 3529498 | Kevin Millen | (901) 483-6619 | Kevin Millen - In Pro Per/Pro Se | In Propria Persona, Kevin Millen / LIVE |
| Tribune Company | 08-13141 | Hearing | 3527073 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529424 | Saquib R. Mirza | (212) 270-6000 | JP Morgan Proprietary (New York) | Interested Party, JP Morgan Proprietary / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 3530812 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Other Prof., Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3530974 | Giacomo Picco | (212) 764-3500 | KS Capital | Creditor, KS Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3514865 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3513118 | Courtney Rogers | (212) 506-5106 | Orrick Herrington & Sutcliffe | Creditor, Royal Bank of Scottland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3524754 | Jonathan T. Roiter | 612-851-3014 | TPG Credit Management | Creditor, TPG Credit / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3527422 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3528817 | Martha E. Romero | (502) 907-6800 | Romero Law Firm | Creditor, San Bernardino / LIVE |
| Tribune Company | 08-13141 | Hearing | 3528067 | Aaron Rosen | (212) 728-2582 | Archview Investment Group | In Propria Persona, Aaron Rosen / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529367 | Samuel Rosen | 212-935-7400 | Harwood Feffer, LLP | Interested Party, Crabhouse of Douglaston, Inc.d/b/a Douglaston Manor, et al / LIVE |
| Tribune Company | 08-13141 | Hearing | 3527376 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3529150 | Chaney M Shaffield | (310) 272-1062 | Canyon Partners LLC | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3520943 | Lauren Shumejda | (212) 373-3559 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3526943 | John Sieger | 312-902-5294 | Katten Muchin Rosenman LLP | Interested Party, Katten Muchin Rosenman LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3528743 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3525865 | Usman Tahir | (212) 527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3528751 | Brian Trust | 212-506-2570 | Mayer Brown LLP | Interested Party, Barclays Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3527289 | Rushabh Vora | (212) 231-6311 | Macquarie Capital | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3529434 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company And Tribune CNLBC, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3525845 | Matthew A Zloto | (646) 445-6518 | Matthew A Zloto - In Pro Per/Pro Se | In Propria Persona, Matthew A Zloto / LISTEN ONLY |

# U.S. Bankruptcy Court-Delaware
## Court Conference
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 05/20/2010
Calendar Time: 10:00 AM ET

1st Revision 05/19/2010 04:31 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3513656 | Steven Abramowitz | 212-237-0137 | Vinson & Elkins | Creditor, Carlson Capital / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3526931 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3524289 | Jeff Armstrong | 914-251-8264 | Grey Wolf Capital | Creditor, Grey Wolf Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3522226 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3529423 | D'Lisia Bergeron | 312-853-3351 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3529427 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3530951 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, David E. Blabey, Jr. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3528337 | Joshua Blosenski | (212) 901-9427 | Guggenheim Partners | Interested Party, Guggenheim Partners / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3529582 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3529689 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3528235 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3529608 | Roy Carlin | (212) 508-6700 | Roy H. Carlin PC | Interested Party, Roy Carlin / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3501896 | Michael Ching | 212-339-2431 | Allen & Company | Third Party, Michael Ching / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3519631 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3505512 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Debtor, Tribune Company / LISTEN ONLY |

Erika Orozco

CourtConfCal2009

Page 1 of 4