## NOTICE OF CLAIMS PURCHASE AGREEMENT

DHL EXPRESS USA INC, a Delaware Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of the associated claims listed on the attached document market as Exhibit B and referenced by Schedule Number (proof of claim amount, defined as the "Claim") against Tribune Company et al (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 08-13141 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the _14_ day of _May_, 2010.

WITNESS _(Signature)_
_Anthony Broussard, Analyst_
(Print Name and Title of Witness)

_DHL Express_
(Company Name)
_(Signature of Corporate Officer)_
_Beth Witherspoon, Director_
(Print Name and Title of Corporate Officer)

CORRE OPPORTUNITIES FUND, LP

WITNESS _(Signature)_
_(Signature of Fund Representative)_
_Eric Soderlind_
(Print Name, Corre Opportunities Fund, LP)

Exhibit "A"

Exhibit "B"

| Claim # | Creditor | Scheduled Amount |
|---|---|---|
| 185040720 | DHL | $31,098.31 |
| 241002800 | DHL EXPRESS USA | $7.14 |
| 141004330 | DHL EXPRESS USA INC | $50.10 |
| 141004340 | DHL EXPRESS USA INC | $1,409.79 |
| 145000300 | DHL EXPRESS USA INC | $142.62 |
| 148000420 | DHL EXPRESS USA INC | $77.45 |
| 148000430 | DHL EXPRESS USA INC | $162.59 |
| 149000670 | DHL EXPRESS USA INC | $186.01 |
| 152018210 | DHL EXPRESS USA INC | $3,416.21 |
| 157000370 | DHL EXPRESS USA INC | $534.15 |
| 162000310 | DHL EXPRESS USA INC | $627.06 |
| 169000300 | DHL EXPRESS USA INC | $250.32 |
| 180000550 | DHL EXPRESS USA INC | $66.13 |
| 180000560 | DHL EXPRESS USA INC | $182.21 |
| 180000570 | DHL EXPRESS USA INC | $20.90 |
| 182000650 | DHL EXPRESS USA INC | $150.92 |
| 182000660 | DHL EXPRESS USA INC | $47.11 |
| 183001010 | DHL EXPRESS USA INC | $229.09 |
| 185040730 | DHL EXPRESS USA INC | $54,184.44 |
| 198020330 | DHL EXPRESS USA INC | $7,008.40 |
| 208011650 | DHL EXPRESS USA INC | $1,303.57 |
| 209014620 | DHL EXPRESS USA INC | $3,012.80 |
| 209014630 | DHL EXPRESS USA INC | $32.39 |
| 210008340 | DHL EXPRESS USA INC | $15.79 |
| 210008350 | DHL EXPRESS USA INC | $109.83 |
| 211013570 | DHL EXPRESS USA INC | $531.70 |
| 212012450 | DHL EXPRESS USA INC | $8.05 |
| 220002960 | DHL EXPRESS USA INC | $386.75 |
| 220002970 | DHL EXPRESS USA INC | $159.34 |
| 222000390 | DHL EXPRESS USA INC | $47.66 |
| 222000400 | DHL EXPRESS USA INC | $27.00 |
| 223000470 | DHL EXPRESS USA INC | $80.24 |
| 227000730 | DHL EXPRESS USA INC | $7,510.26 |
| 228000260 | DHL EXPRESS USA INC | $66.01 |
| 231000860 | DHL EXPRESS USA INC | $5,011.90 |
| 236030950 | DHL EXPRESS USA INC | $89.43 |
| 236030960 | DHL EXPRESS USA INC | $377.95 |
| 240000400 | DHL EXPRESS USA INC | $59.73 |
| 241002810 | DHL EXPRESS USA INC | $240.53 |
| 241002820 | DHL EXPRESS USA INC | $1,386.41 |
| 241002830 | DHL EXPRESS USA INC | $230.34 |
| 241002840 | DHL EXPRESS USA INC | $415.36 |
| 241002850 | DHL EXPRESS USA INC | $370.74 |
| 242000610 | DHL EXPRESS USA INC | $12.84 |
| 244001040 | DHL EXPRESS USA INC | $376.19 |
| 244001050 | DHL EXPRESS USA INC | $24.13 |
| 245001080 | DHL EXPRESS USA INC | $267.34 |
| 245001090 | DHL EXPRESS USA INC | $125.77 |
| 245001100 | DHL EXPRESS USA INC | $768.72 |
| 245001110 | DHL EXPRESS USA INC | $182.16 |
| 248002520 | DHL EXPRESS USA INC | $46.36 |
| 252001740 | DHL EXPRESS USA INC | $1,311.35 |
| 254000950 | DHL EXPRESS USA INC | $493.57 |