# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Tribune Company |
| **Case Number:** | 08-13141-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 20, 2010 10:00 AM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

### *Matter:*

Disclosure
**R / M #:**   0 / 0

### *Appearances:*

See Sign in Sheet

### *Proceedings:*

Amended Agenda Item
#5 -Revised order signed
#6 and 7 - Carried to 5/28/10