UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          Chapter 11

TRIBUNE COMPANY, et al.,                        Case No. 08-13141 (KJC)

                         Debtors.               Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  FOR BARE FEET INC
         PO BOX 159
         HELMSBURG, IN 47435

Please note that your schedule in the above referenced case and in the amount of
    $3,230.21 has been transferred **(unless previously expunged by court order)** to:

         CORRE OPPORTUNITIES FUND, L.P.
         TRANSFEROR: FOR BARE FEET INC
         ATTN: CLAIMS PROCESSING (BANKRUPTCY)
         1370 AVENUE OF THE AMERICAS, 29TH FLOOR
         NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4219     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                        David D. Bird, Clerk of Court

                                        /s/ TIME L. DARDEN
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GALAXY 1 COMMUNICATIONS LLC
     4611 S UNIVERSITY DR  NO.454
     FORT LAUDERDALE, FL 33328

Please note that your claim # 1689 in the above referenced case and in the amount of
     $5,355.53 has been transferred **(unless previously expunged by court order)** to:

          ASM CAPITAL, L.P.
          TRANSFEROR: GALAXY 1 COMMUNICATIONS LLC
          ATTN: ADAM MOSKOWITZ
          7600 JERICHO TURNPIKE, SUITE 302
          WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          District of Delaware
          824 Market Street, Fifth Floor
          Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4152      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                    David D. Bird, Clerk of Court

                                    /s/ TIME L. DARDEN
                                    ─────────────────────────────
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To: GALAXY 1 COMMUNICATIONS LLC
            4611 S UNIVERSITY DR  NO.454
            FORT LAUDERDALE, FL 33328

Please note that your schedule in the above referenced case and in the amount of
        $5,355.53 has been transferred **(unless previously expunged by court order)** to:

            ASM CAPITAL, L.P.
            TRANSFEROR: GALAXY 1 COMMUNICATIONS LLC
            ATTN: ADAM MOSKOWITZ
            7600 JERICHO TURNPIKE, SUITE 302
            WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4152       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                        David D. Bird, Clerk of Court

                                        /s/ TIME L. DARDEN
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
————————————————————————————————
In re:                                |    Chapter 11
                                      |
TRIBUNE COMPANY, et al.,              |    Case No. 08-13141 (KJC)
                                      |
                    Debtors.          |    Jointly Administered
                                      |
                                      |
————————————————————————————————
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  GENERATION III LLC
         6709 A WHITESTONE RD
         BALTIMORE, MD 21207
```

Please note that your claim # 4177 in the above referenced case and in the amount of
$122,745.08 has been transferred **(unless previously expunged by court order)** to:

```
    JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
    TRANSFEROR: GENERATION III LLC
    ONE STATION PLACE
    THREE NORTH
    STAMFORD, CT 06902
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4313        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                          David D. Bird, Clerk of Court


                                          /s/ TIME L. DARDEN
                                          ————————————————————————
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                |
In re:                          |    Chapter 11
                                |
TRIBUNE COMPANY, et al.,        |    Case No. 08-13141 (KJC)
                                |
              Debtors.          |    Jointly Administered
                                |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  HAMMERS, KATIE
          2029 N. SHEFFIELD AVE.
          APT #2
          CHICAGO, IL 60614
```

Please note that your claim # 800 in the above referenced case and in the amount of $500.00 has been transferred **(unless previously expunged by court order)** to:

```
          BLUE HERON MICRO OPPORTUNITIES FUND LLP
          TRANSFEROR: HAMMERS, KATIE
          ATTN: CLAIMS PROCESSING DEPARTMENT
          P.O. BOX 14610
          SURFSIDE BEACH, SC 29587
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
          UNITED STATES BANKRUPTCY COURT
          District of Delaware
          824 Market Street, Fifth Floor
          Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4280        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                         David D. Bird, Clerk of Court


                                         /s/ TIME L. DARDEN
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11
                                                |
TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)
                                                |
                     Debtors.                   | Jointly Administered
                                                |

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  HAMMERS, KATIE
             2029 N SHEFFIELD AVE  APT #2
             CHICAGO, IL 60614

Please note that your schedule in the above referenced case and in the amount of
        $500.00 has been transferred **(unless previously expunged by court order)** to:

             BLUE HERON MICRO OPPORTUNITIES FUND LLP
             TRANSFEROR: HAMMERS, KATIE
             ATTN: CLAIMS PROCESSING DEPARTMENT
             P.O. BOX 14610
             SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4280      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                         David D. Bird, Clerk of Court

                                         /s/ TIME L. DARDEN
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
In re:                                 |    Chapter 11
                                       |
TRIBUNE COMPANY, et al.,               |    Case No. 08-13141 (KJC)
                                       |
                Debtors.               |    Jointly Administered
                                       |
                                       |
                                       |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  HEXAWARE TECHNOLOGIES INC
         1095 CRANBURY SOUTH RIVER RD
         STE 10
         JAMESBURG, NJ 08831
```

Please note that your claim # 2465 in the above referenced case and in the amount of
$200,753.32 has been transferred **(unless previously expunged by court order)** to:

```
    LONGACRE OPPORTUNITY FUND, L.P.
    TRANSFEROR: HEXAWARE TECHNOLOGIES INC
    ATTN: VLADIMIR JELISAVCIC
    810 SEVENTH AVENUE, 33RD FLOOR
    NEW YORK, NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4149      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                         David D. Bird, Clerk of Court


                                         /s/ TIME L. DARDEN
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                    | Chapter 11

TRIBUNE COMPANY, et al.,                  | Case No. 08-13141 (KJC)

          Debtors.           | Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  HEXAWARE TECHNOLOGIES INC
            1095 CRANBURY SOUTH RIVER RD
            STE 10
            JAMESBURG, NJ 08831

Please note that your claim # 2464 in the above referenced case and in the amount of $21,480.22 has been transferred **(unless previously expunged by court order)** to:

           LONGACRE OPPORTUNITY FUND, L.P.
           TRANSFEROR: HEXAWARE TECHNOLOGIES INC
           ATTN: VLADIMIR JELISAVCIC
           810 SEVENTH AVENUE, 33RD FLOOR
           NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4150     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                              David D. Bird, Clerk of Court

                     /s/ TIME L. DARDEN

                     By: Epiq Bankruptcy Solutions, LLC
                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:

TRIBUNE COMPANY, et al.,

                    Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  HOFFMANS GUN
         2585 BERLIN TPKE
         NEWINGTON, CT 06111

Please note that your schedule in the above referenced case and in the amount of $314.67 has been transferred **(unless previously expunged by court order)** to:

         BLUE HERON MICRO OPPORTUNITIES FUND LLP
         TRANSFEROR: HOFFMANS GUN
         ATTN: CLAIMS PROCESSING DEPARTMENT
         P.O. BOX 14610
         SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4346      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                          David D. Bird, Clerk of Court

                                          /s/ TIME L. DARDEN
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)

                        Debtors.                | Jointly Administered

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  INDUSTRIAL SHOE COMPANY
             1421 E 1ST STREET
             SANTA ANA, CA 92701

Please note that your schedule in the above referenced case and in the amount of
        $4,717.95 has been transferred **(unless previously expunged by court order)** to:

        SIERRA LIQUIDITY FUND, LLC
        TRANSFEROR: INDUSTRIAL SHOE COMPANY
        2699 WHITE RD., SUITE # 255
        IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4227    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                        David D. Bird, Clerk of Court

                        /s/ TIME L. DARDEN
                        _____
                        By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                    | Chapter 11

TRIBUNE COMPANY, et al.,                  | Case No. 08-13141 (KJC)

                     Debtors.             | Jointly Administered

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   INFOGATE
              845 EMBASSADOR EAST  2ND FLOOR
              OAKLAND, CA 94606

Please note that your claim # 1638 in the above referenced case and in the amount of
       $994.72 has been transferred **(unless previously expunged by court order)** to:

              UNITED STATES DEBT RECOVERY V, LP
              TRANSFEROR: INFOGATE
              940 SOUTHWOOD BL, SUITE 101
              INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4183      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                          David D. Bird, Clerk of Court


                                          /s/ TIME L. DARDEN
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

         Debtors.         | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:   IPROMOTEU.COM
          DEPT CH 17195
          PALATINE, IL 60055-7195

Please note that your schedule in the above referenced case and in the amount of
      $735.58 has been transferred **(unless previously expunged by court order)** to:

        CREDITOR LIQUIDITY, L.P.
        TRANSFEROR: IPROMOTEU.COM
        200 BUSINESS PARK DRIVE, STE 200
        ARMONK, NY 10504

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4329     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                              David D. Bird, Clerk of Court

          /s/ TIME L. DARDEN
          _____
          By: Epiq Bankruptcy Solutions, LLC
             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              | Chapter 11
                                                    |
TRIBUNE COMPANY, et al.,                            | Case No. 08-13141 (KJC)
                                                    |
                        Debtors.                    | Jointly Administered
                                                    |
                                                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MAH ELECTRIC INC
             1315 E 9TH STREET
             UPLAND, CA 91786

Please note that your claim # 1129 in the above referenced case and in the amount of $250.00 has been transferred **(unless previously expunged by court order)** to:

             BLUE HERON MICRO OPPORTUNITIES FUND LLP
             TRANSFEROR: MAH ELECTRIC INC
             ATTN: CLAIMS PROCESSING DEPARTMENT
             P.O. BOX 14610
             SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             District of Delaware
             824 Market Street, Fifth Floor
             Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4281      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                              David D. Bird. Clerk of Court


                                              /s/ TIME L. DARDEN
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                                 |    Chapter 11

TRIBUNE COMPANY, et al.,                               |    Case No. 08-13141 (KJC)

                            Debtors.                    |    Jointly Administered

                                                       |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

           To:   MAH ELECTRIC INC
                 1315 E 9TH STREET
                 UPLAND, CA 91786

Please note that your schedule in the above referenced case and in the amount of
       $250.00 has been transferred **(unless previously expunged by court order)** to:

           BLUE HERON MICRO OPPORTUNITIES FUND LLP
           TRANSFEROR: MAH ELECTRIC INC
           ATTN: CLAIMS PROCESSING DEPARTMENT
           P.O. BOX 14610
           SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                 UNITED STATES BANKRUPTCY COURT
                 District of Delaware
                 824 Market Street, Fifth Floor
                 Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4281      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                              David D. Bird, Clerk of Court


                                              /s/ TIME L. DARDEN
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                        |    Chapter 11

TRIBUNE COMPANY, et al.,                       |    Case No. 08-13141 (KJC)

                          Debtors.             |    Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  METROMEDIA TECHNOLOGIES INC
               PO BOX 34866
               NEWARK, NJ 07189-4666

Please note that your schedule in the above referenced case and in the amount of
          $916.15 has been transferred **(unless previously expunged by court order)** to:

          CREDITOR LIQUIDITY, L.P.
          TRANSFEROR: METROMEDIA TECHNOLOGIES INC
          200 BUSINESS PARK DRIVE, STE 200
          ARMONK, NY 10504

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 4335       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                         David D. Bird, Clerk of Court


                                         /s/ TIME L. DARDEN
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          |    Chapter 11
                                                |
TRIBUNE COMPANY, et al.,                        |    Case No. 08-13141 (KJC)
                                                |
                    Debtors.                    |    Jointly Administered
                                                |
                                                |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MICROWAVE RADIO COMMUNICATIONS
             VISLINK INC
             PO BOX 845401
             BOSTON, MA 02284-5401

Please note that your claim # 2775 in the above referenced case and in the amount of
        $100,102.68 has been transferred **(unless previously expunged by court order)** to:

             CORRE OPPORTUNITIES FUND, L.P.
             TRANSFEROR:MICROWAVE RADIO COMMUNICATION
             ATTN: CLAIMS PROCESSING (BANKRUPTCY)
             1370 AVENUE OF THE AMERICAS, 29TH FLOOR
             NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4247      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                          David D. Bird, Clerk of Court


                                          /s/ TIME L. DARDEN
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To: MICROWAVE RADIO COMMUNICATIONS
            PO BOX 845401
            BOSTON, MA 02284-5401

Please note that your claim # 2776 in the above referenced case and in the amount of
        $6,125.74 has been transferred **(unless previously expunged by court order)** to:

            CORRE OPPORTUNITIES FUND, L.P.
            TRANSFEROR:MICROWAVE RADIO COMMUNICATION
            ATTN: CLAIMS PROCESSING (BANKRUPTCY)
            1370 AVENUE OF THE AMERICAS, 29TH FLOOR
            NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4248        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                          David D. Bird, Clerk of Court


                                          /s/ TIME L. DARDEN
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              |  Chapter 11

TRIBUNE COMPANY, et al.,                            |  Case No. 08-13141 (KJC)

                          Debtors.                  |  Jointly Administered

                                                    |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  MICROWAVE RADIO COMMUNICATIONS
              VISLINK INC
              PO BOX 845401
              BOSTON, MA 02284-5401

Please note that your claim # 2777 in the above referenced case and in the amount of $56,057.70 has been transferred **(unless previously expunged by court order)** to:

              CORRE OPPORTUNITIES FUND, L.P.
              TRANSFEROR:MICROWAVE RADIO COMMUNICATION
              ATTN: CLAIMS PROCESSING (BANKRUPTCY)
              1370 AVENUE OF THE AMERICAS, 29TH FLOOR
              NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                   UNITED STATES BANKRUPTCY COURT
                   District of Delaware
                   824 Market Street, Fifth Floor
                   Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4249      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                        David D. Bird, Clerk of Court


                                        /s/ TIME L. DARDEN
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                              |    Chapter 11

TRIBUNE COMPANY, et al.,                            |    Case No. 08-13141 (KJC)

                        Debtors.                    |    Jointly Administered

                        NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                                BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MICROWAVE RADIO COMMUNICATIONS
             PO BOX 845401
             BOSTON, MA 02284-5401

Please note that your claim # 2779 in the above referenced case and in the amount of
        $41,351.49 has been transferred (**unless previously expunged by court order**) to:

             CORRE OPPORTUNITIES FUND, L.P.
             TRANSFEROR:MICROWAVE RADIO COMMUNICATION
             ATTN: CLAIMS PROCESSING (BANKRUPTCY)
             1370 AVENUE OF THE AMERICAS, 29TH FLOOR
             NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4250        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                        David D. Bird, Clerk of Court


                                        /s/ TIME L. DARDEN
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                        |        Chapter 11
                                              |
TRIBUNE COMPANY, et al.,                      |        Case No. 08-13141 (KJC)
                                              |
                    Debtors.                  |        Jointly Administered
                                              |
                                              |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  MICROWAVE RADIO COMMUNICATIONS
               VISLINK INC
               PO BOX 845401
               BOSTON, MA 02284-5401

Please note that your schedule in the above referenced case and in the amount of
          $2,800.00 has been transferred **(unless previously expunged by court order)** to:

          CORRE OPPORTUNITIES FUND, L.P.
          TRANSFEROR:MICROWAVE RADIO COMMUNICATION
          ATTN: CLAIMS PROCESSING (BANKRUPTCY)
          1370 AVENUE OF THE AMERICAS, 29TH FLOOR
          NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4251          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                              David D. Bird, Clerk of Court

                                              /s/ TIME L. DARDEN
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              | Chapter 11

TRIBUNE COMPANY, et al.,                            | Case No. 08-13141 (KJC)

                        Debtors.                    | Jointly Administered
                                                    |
                                                    |
                                                    |
                                                    |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  MONICK, DAN
             4223 BRUNSWICK AVE
             LOS ANGELES, CA 90039

Please note that your claim # 2864 in the above referenced case and in the amount of
$250.00 has been transferred **(unless previously expunged by court order)** to:

             BLUE HERON MICRO OPPORTUNITIES FUND LLP
             TRANSFEROR: MONICK, DAN
             ATTN: CLAIMS PROCESSING DEPARTMENT
             P.O. BOX 14610
             SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4380     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                            David D. Bird, Clerk of Court


                                            /s/ TIME L. DARDEN
                                            ─────────────────────────────
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                        |    Chapter 11
                                              |
TRIBUNE COMPANY, et al.,                       |    Case No. 08-13141 (KJC)
                                              |
                    Debtors.                   |    Jointly Administered
                                              |
                                              |
                                              |
---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  MONICK, DAN
>      4223 BRUNSWICK AVE
>      LOS ANGELES, CA 90039

Please note that your schedule in the above referenced case and in the amount of $250.00 has been transferred **(unless previously expunged by court order)** to:

> BLUE HERON MICRO OPPORTUNITIES FUND LLP
> TRANSFEROR: MONICK, DAN
> ATTN: CLAIMS PROCESSING DEPARTMENT
> P.O. BOX 14610
> SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> District of Delaware
> 824 Market Street, Fifth Floor
> Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4380     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                              David D. Bird, Clerk of Court


                                             /s/ TIME L. DARDEN
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  MR INDUSTRIES
         8019 OGDEN AVE STE 501
         LYONS, IL 60534

Please note that your schedule in the above referenced case and in the amount of $555.65 has been transferred **(unless previously expunged by court order)** to:

         BLUE HERON MICRO OPPORTUNITIES FUND LLP
         TRANSFEROR: MR INDUSTRIES
         ATTN: CLAIMS PROCESSING DEPARTMENT
         P.O. BOX 14610
         SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4282   in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                        David D. Bird, Clerk of Court


                                        /s/ TIME L. DARDEN
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                              | Chapter 11

TRIBUNE COMPANY, et al.,                             | Case No. 08-13141 (KJC)

                        Debtors.                     | Jointly Administered

                NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                        BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  MURRAY & TRETTEL INC
               600 FIRST BANK DRIVE, SUITE A
               PALATINE, IL 60067

Please note that your schedule in the above referenced case and in the amount of
        $637.42 has been transferred **(unless previously expunged by court order)** to:

          CREDITOR LIQUIDITY, L.P.
          TRANSFEROR: MURRAY & TRETTEL INC
          200 BUSINESS PARK DRIVE, STE 200
          ARMONK, NY 10504

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4331      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                         David D. Bird, Clerk of Court

                                         /s/ TIME L. DARDEN
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEW ENGLAND MECHANICAL SERVICE
             PO BOX 31711
             HARTFORD, CT 06150-1711

Please note that your claim # 2837 in the above referenced case and in the amount of $564.69 has been transferred **(unless previously expunged by court order)** to:

        SIERRA LIQUIDITY FUND, LLC
        TRANSFEROR: NEW ENGLAND MECHANICAL SERVI
        2699 WHITE RD., SUITE # 255
        IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4353    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                           David D. Bird, Clerk of Court


                                           /s/ TIME L. DARDEN
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          |    Chapter 11
                                                |
TRIBUNE COMPANY, et al.,                        |    Case No. 08-13141 (KJC)
                                                |
                    Debtors.                    |    Jointly Administered
                                                |
                                                |

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  NEW ENGLAND MECHANICAL SERVICE
             PO BOX 31711
             HARTFORD, CT 06150-1711

Please note that your schedule in the above referenced case and in the amount of
        $564.69 has been transferred **(unless previously expunged by court order)** to:

        SIERRA LIQUIDITY FUND, LLC
        TRANSFEROR: NEW ENGLAND MECHANICAL SERVI
        2699 WHITE RD., SUITE # 255
        IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4352    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                             David D. Bird, Clerk of Court


                                             /s/ TIME L. DARDEN
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  NEW RIVER CENTER MAINTENANCE ASSOCIATION
         333 LAS OLAS WAY
         FT LAUDERDALE, FL 33301

Please note that your schedule in the above referenced case and in the amount of
    $7,619.25 has been transferred **(unless previously expunged by court order)** to:

         CORRE OPPORTUNITIES FUND, L.P.
         TRANSFEROR: NEW RIVER CENTER MAINTENANCE
         ATTN: CLAIMS PROCESSING (BANKRUPTCY)
         1370 AVENUE OF THE AMERICAS, 29TH FLOOR
         NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4234      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                          David D. Bird, Clerk of Court


                                          /s/ TIME L. DARDEN
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11
                                                |
TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)
                                                |
                        Debtors.                | Jointly Administered
                                                |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  PAINTING AND DECORATING INC
             PO BOX 871
             NEW BRITAIN, CT 06050

Please note that your claim # 3199 in the above referenced case and in the amount of
        $3,964.40 has been transferred **(unless previously expunged by court order)** to:

             ASM CAPITAL, L.P.
             TRANSFEROR: PAINTING AND DECORATING INC
             ATTN: ADAM MOSKOWITZ
             7600 JERICHO TURNPIKE, SUITE 302
             WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        District of Delaware
                        824 Market Street, Fifth Floor
                        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4171      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                        David D. Bird, Clerk of Court


                                        /s/ TIME L. DARDEN
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          | Chapter 11
                                                |
TRIBUNE COMPANY, et al.,                        | Case No. 08-13141 (KJC)
                                                |
                    Debtors.                    | Jointly Administered
                                                |
                                                |
                                                |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  PETRUZZI DETECTIVE AGENCY
             1800 JACKSON STREET
             2ND FLOOR
             PHILADELPHIA, PA 19145

Please note that your claim # 3255 in the above referenced case and in the amount of $13,886.52 has been transferred **(unless previously expunged by court order)** to:

        LONGACRE OPPORTUNITY FUND, L.P.
        TRANSFEROR: PETRUZZI DETECTIVE AGENCY
        810 SEVENTH AVENUE, 33RD FLOOR
        ATTN: VLADIMIR JELISAVCIC
        NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4271      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                        David D. Bird, Clerk of Court


                                        /s/ TIME L. DARDEN
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          Chapter 11

TRIBUNE COMPANY, et al.,                        Case No. 08-13141 (KJC)

                        Debtors.                Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  PHOTOSCAPES
              1319 CRAIN STREET
              EVANSTON, IL 60202

Please note that your claim # 1681 in the above referenced case and in the amount of $1,241.50 has been transferred **(unless previously expunged by court order)** to:

         CLAIMS RECOVERY GROUP LLC
         TRANSFEROR: PHOTOSCAPES
         92 UNION AVENUE
         CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4142       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                           David D. Bird, Clerk of Court

                                           /s/ TIME L. DARDEN
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  PRIME ELECTRIC INC
     13301 SE 26TH STREET
     BELLEVUE, WA 98005

Please note that your claim # 2403 in the above referenced case and in the amount of $309.36 has been transferred **(unless previously expunged by court order)** to:

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: PRIME ELECTRIC INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4283       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                          David D. Bird, Clerk of Court


                                          /s/ TIME L. DARDEN
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
                                          |
In re:                                    |   Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  |   Case No. 08-13141 (KJC)
                                          |
                    Debtors.              |   Jointly Administered
                                          |
                                          |
                                          |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  PRIME ELECTRIC INC
             13301 SE 26TH STREET
             BELLEVUE, WA 98005
```

Please note that your schedule in the above referenced case and in the amount of $309.36 has been transferred **(unless previously expunged by court order)** to:

```
        BLUE HERON MICRO OPPORTUNITIES FUND LLP
        TRANSFEROR: PRIME ELECTRIC INC
        ATTN: CLAIMS PROCESSING DEPARTMENT
        P.O. BOX 14610
        SURFSIDE BEACH, SC 29587
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4283          in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2010                         David D. Bird, Clerk of Court

```
                                         /s/ TIME L. DARDEN
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).
```

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2010.