**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2010, I caused a copy of the foregoing to be served upon the following persons in the manner indicated:

**Via Hand Delivery afnd Electronic Mail**
David M. Powlen, Esq.
Barnes & Thornburg, LLP
1000 N. West Street, Suite 1200
Wilmington, DE  19801
E-mail:  david.powlen@BTLaw.com

**Via Electronic Mail**

Jonathan D. Polkes, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
E-mail:  jonathan.polkes@weil.com

                /s/ Brian A. Sullivan
                Brian A. Sullivan (No. 2098)