# EXHIBIT A

46429/0001-5898941v11

## McDermott Will & Emery

**Invoice**
600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

Client: 022182
Invoice: 2122240
Invoice Date: 01/26/2010

## Remittance Copy
### Billing for services rendered through 12/31/2009

0016 Project Fastball Benefits
Client/Reference Number: 0000001792

| | |
|---|---|
| Total Services | $ 6,486.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.70 |
| **Total This Invoice** | **$ 6,486.70** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

## McDermott Will & Emery

**Invoice**
600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

Client:        022182
Invoice:       2122240
Invoice Date:  01/26/2010

### Client Copy
**Billing for services rendered through 12/31/2009**

0016 Project Fastball Benefits
Client/Reference Number: 0000001792

Total Services                                                    $ 6,486.00

Total Costs and Other Charges Posted Through Billing Period              0.70

**Total This Invoice**                                            $ 6,486.70

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

01/26/2010

Invoice: 2122240
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0016     Project Fastball Benefits
                 Client/Reference Number: 0000001792

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/05/09 | P. Compernolle | 0.50 | Telephone conference with C. Hinsch regarding minor league pension plan and accelerated contributions. |
| 11/05/09 | D. Senecoff | 0.60 | Review actuary's note on quarterly contribution to minor league player plan (.40); review multiple employer plan regulations (.20). |
| 11/06/09 | P. Compernolle | 1.00 | Telephone conference with Senekoff regarding accelerated funding requirements for Minor League Pension Plan (.20); research regarding same (.50); telephone conference with B. Gruemmer regarding bond requirement (.20); review email from B. Gruemmer regarding bond requirement for multiemployer plan (.10). |
| 11/06/09 | D. Senecoff | 0.20 | Discuss minor league players plan quarterly contributions with Paul Compernolle |
| 11/09/09 | P. Compernolle | 0.50 | Telephone conference with C. Hinsch regarding minor league pension plan (.20); review materials regarding major league players multiemployer plan and bond/escrow waiver from PBGC (.30). |
| 11/10/09 | P. Compernolle | 1.00 | Research regarding multiemployer withdrawal liability for major league player plan (.70); review and revise Bidder letter to PBGC for waiver of board and potential liability (.30). |
| 11/10/09 | R. Fernando | 1.50 | Review and propose revisions to draft PBGC 4204 waiver request (1.0); study PBGC regulations in connection with same (.30); office conference with P. Compernolle regarding same (.20). |
| 11/12/09 | P. Compernolle | 1.00 | Telephone conference with B. Morgan of Foley regarding PBGC waiver of bond application (.60); telephone |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2122240
Invoice Date: 01/26/2010

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | conference with C. Hinsch regarding minor league pension plan contribution (.40). |
| 11/13/09 | P. Compernolle | 1.50 | Review letter to PBGC for waiver of bond and secondary liability (.90); review correspondence from R. Fernando on MLB player plan liability (.40); E-mail to Foley regarding same (.20). |
| 11/13/09 | R. Fernando | 0.50 | Review correspondence with P. Compernolle for most recent withdrawal liability estimate for purposes of PBGC Section 4204 waiver request (.30); consult with P. Compernolle regarding same (.20). |
| 11/17/09 | P. Compernolle | 0.50 | Research regarding Cubs deferred compensation (.30); Email to D. Eldersveld regarding same (.20). |
| 11/19/09 | P. Compernolle | 0.80 | Emails with client regarding profit sharing contribution (.40); prepare for and telephone conference with Gruemmer, Eldersveld regarding same (.40). |
| | **Total Hours** | **9.60** | **Total For Services** $6,486.00 |

### Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| P. Compernolle | 6.80 | 4,862.00 |
| R. Fernando | 2.00 | 1,140.00 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2122240
Invoice Date: 01/26/2010

| Name | Hours | Amount |
|---|---:|---:|
| D. Senecoff | 0.80 | 484.00 |
| **Totals** | **9.60** | **$6,486.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---:|
| 11/09/09 | Photocopy Device 01CHI27C. 09903 | 0.70 |

Total Costs and Other Charges        $0.70

**Total This Invoice**        **$6,486.70**