# **EXHIBIT A**

46429/0001-6760678v1



Ernst & Young LLP
233 South Wacker Drive
Chicago, Illinois
60606
Tel: (312) 879-2000
www.ey.com

11 May 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Mr. Brian Litman - Vice President and Controller

## Statement of Work

This Statement of Work ("SOW") is governed by and subject to the terms and conditions of our engagement letter (the "Agreement") dated May 15, 2009, between Tribune Company ("Tribune" or the "Company") and Ernst & Young LLP ("EY" or "we"), which was executed in connection with the Company filing a Chapter 11 petition on December 8, 2008, with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and describes certain services that EY will perform for the Company during the Company's Chapter 11 bankruptcy. Unless modified by this SOW, the terms and conditions of the Agreement continue to apply. Capitalized terms used, but not defined, in this SOW have the meanings set forth in the Agreement. This SOW shall be effective as of May 11, 2010.

**Engagement Team**

Matt Howley (Principal) will lead the EY team in providing the services described herein (the "Services"). If this individual ceases to provide services to the Company pursuant to the Agreement, EY will so advise the Company and, if that person is replaced, provide the Company with the name of that professional's replacement. Other staff not identified herein, may be utilized as required to conduct our work in an efficient manner.

### Scope of Work - Valuation Services

**Objective and Purpose**

We understand that the Company has filed a disclosure statement and joint plan of reorganization that assumes that the effective date of emergence will be September 27, 2010, and that, as part of this process, the Bankruptcy Court will confirm the overall enterprise value of the Company as of the effective date (the "Valuation Date"). We also understand that the Company will prepare financial statements as of the date of emergence from bankruptcy and that such financial statements will be prepared on a fresh start accounting basis in accordance with guidance set forth in Accounting Standards Codification 852 ("ASC 852") and Accounting Standards Codification 805 ("ASC 805"). Consequently, the purpose of our engagement is to value certain assets of the company (personal property, certain portions of the Company's inventory, and intangible assets) as described below in "Valuation Scope of Services."

≣ℐ *ERNST & YOUNG*

Mr. Brian Litman - Vice President and Controller  
Tribune Company

11 May 2010  
Page 2 of 7

**Standard, Premise and Definition of Value**

According to ASC 805, the standard/premise of value to be used in the application of fresh start accounting rules is fair value. According to Accounting Standards Codification 820 ("ASC 820"), fair value is defined as:

> *The price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.*

To properly apply this fair value premise, our analysis will reflect assumptions that would be made by market participants and give consideration to such concepts as exit value. Accordingly, consideration of the facts and circumstances is necessary to properly identify and/or classify the assets to be valued under this fair value premise.

**Scope of Services**

Based on your requests, our understanding of the overall objective of the engagement and our experience with similar engagements, the scope of our engagement will include the following procedures:

*General*

We anticipate performing the following procedures in our valuation analysis:

- Perform interviews with senior management of the Company;
- Give consideration to applicable economic, industry, and competitive environments, including relevant historical and future estimated trends;
- Apply the Income, Market and/or Cost Approaches to value using, where appropriate, financial data that is based on a market participant perspective; and
- Prepare a narrative report summarizing the methodologies employed in our analysis, the assumptions on which our analysis was based, and our recommendations of fair value.

*Business Enterprise Valuation of Reporting Units*

We will perform the following procedures in EY's valuation analysis and allocation of the business enterprise value of the Company to its reporting units ("RUs"):

- Perform interviews with management concerning:
  - The nature and operations of the identified RUs, including the historical financial performance of each RU
  - Any existing business plans, future performance estimates, or budgets for the overall Company and RUs
  - The assumptions underlying the business plans, estimates, or budgets, as well as the risk factors that could affect planned performance;
- Give consideration to the industry, as well as the economic and competitive environments in which the RUs operate;

≡*ERNST & YOUNG*

Mr. Brian Litman - Vice President and Controller
Tribune Company

11 May 2010
Page 3 of 7

- Give consideration to the performance and market position of the Company and RUs relative to competitors and/or similar publicly-traded companies;
- Give consideration to the earning and dividend paying capacity of the Company and RUs;
- Gather and analyze the financial data of similar publicly-traded companies to develop appropriate valuation multiples.

*Tangible Personal Property*

We will perform the procedures listed below in our valuation analysis of the tangible personal property ("Tangible Assets"). The Tangible Assets will include, but not be limited to, the following major categories: (i) leasehold improvements; (ii) machinery and equipment; (iii) spare parts inventory; (iv) warehouse equipment; (v) vehicles; and (vi) other assets (i.e., office furniture and equipment, computer hardware and packaged software).

- Analyze and value certain Tangible Assets at the appropriate RU level as of the Valuation Date;
- Leverage information gathered from interviews with management and operations personnel at the subject properties along with the electronic fixed asset listings;
- Analyze and value the Tangible Assets considering applicable valuation methodologies, as noted below:
    - Calculation of the reproduction cost (new) for the Tangible Assets through the application of the indirect method of the Cost Approach applying asset class specific indices
    - Estimation of replacement costs for major asset systems and/or categories of assets and comparing the results to the estimated reproduction cost analyses to identify super adequacy issues (i.e., new more efficient and or cost effective technologies) or asset pyramiding effects (multiple layering of new technology costs in the asset ledgers)
    - Consideration of applicable functional and technological differences between the subject assets and replacement systems (i.e., excess operating costs and underutilization)
    - Reporting of construction in progress related to the Tangible Assets at cost, unless specific facts and circumstances justify an alternative treatment
    - Determine economic support for the Tangible Asset values and adjust values as required; and

*Intangible Assets*

We will perform the following procedures in our valuation analysis of the intangible assets:

- Valuation analysis of certain intangible assets of the subject Reporting Units giving consideration to appropriate approaches to value;
    - Income Approach;
    - Market Approach;
    - Cost Approach.
- Interview management and review documentation to jointly identify the significant intangible assets of the Company. Based on our prior work and knowledge of the Company we currently anticipate valuing the following intangible assets:

**⹂ ERNST & YOUNG**

Mr. Brian Litman - Vice President and Controller  
Tribune Company

11 May 2010  
Page 4 of 7

- o Mastheads
- o Subscriber Relationships
- o Advertiser Relationships and Backlog
- o Commercial Printing and Distribution Agreements
- o Network Affiliation Agreements
- o MSO agreements
- o FCC licenses
- o Database technology
- o Assembled Workforce (as part of Goodwill);
- Preparation of a narrative report summarizing the methodologies employed in our analysis, the assumptions on which our analysis was based, and our recommendations of fair value.

### Scope of Work – Asset Reconciliation and Componentization

You have requested that EY provide certain services to assist in the reconciliation and componentization of significant tangible personal property. We understand that the results of our analysis will be used to assign fair values to the Company's individual assets in the fixed assets accounting system and reconcile to the historical tax basis of the individual assets.

There are numerous issues to consider when engaging in a project of this magnitude. Therefore, in order to establish the specific scope we intend to:

- Initiate a project kickoff meeting with Tribune management to refine our understanding of the project requirements, accounting policies, and the availability of data;
- Establish criteria, procedures and prepare a work plan to componentize the costs of assets, aggregate the costs of assets, or segregate (or disaggregate) lump-sum assets records;
- Establish the Tribune locations to perform this analysis and inspect; and
- Review the work plan with Tribune management to assure there is a clear understanding of the scope, procedures and deliverable.

Based on our understanding of the overall objective of this exercise and our experience with similar engagements, we anticipate the following general scope:

- Reconcile and provide mapping for inventoried assets (either componentized, aggregated or disaggregated) to the existing fixed asset database for both book and tax records;
- Populate the fixed asset listing with additional descriptive fields, such as, model, manufacturer, and serial number, when available and practical; and
- Provide a deliverable consisting of an enhanced fixed asset database to be uploaded into Tribune's PeopleSoft fixed asset accounting system and prepare a narrative report describing our methodologies and procedures, along with summary schedules, to be provided as part of the valuation services report, as described below.

Additionally, as requested by management, we will provide to the Company assistance with additional project management related services.

**≡ ERNST & YOUNG**

Mr. Brian Litman - Vice President and Controller  
Tribune Company

11 May 2010  
Page 5 of 7

**Out-Of-Scope Services**

Any activities not described as Services, as indicated above under Scope of Services, are not covered by the fees stated herein. These services will be considered outside the scope of this SOW and are the responsibility of the Company to perform on a timely basis unless otherwise agreed by the parties in writing.

For engagements involving a contemplated transaction, or a transaction in process, should the Company fail to close the transaction, EY will bill the Company for the time expended by our professionals at the hourly rates set forth in the applicable Statement of Work and for the expenses that were incurred up to the time that EY is asked to terminate the Services.

**Presentation of Results**

Our analysis and recommendations will be documented in a narrative report (the "Narrative Report") discussing our methodologies and recommendations and that will include supporting exhibits. The recommendations expressed in our Narrative Report will be based on methods and techniques that EY considers appropriate under the circumstances.

We will provide the Company with five (5) copies of the final Narrative Report. The Services and our proposed fees anticipate that we will receive the Company's editorial comments within ten (10) days following receipt of the draft. Any subsequent changes in the Narrative Report beyond those required to address the initial comments or any additional copies of the Narrative Report are outside the scope of the Services and proposed fees.

The Services may include advice or recommendations, but all decisions in connection with the implementation of any thereof shall be the responsibility of, and made by, the Company. Additionally, the Company agrees that it shall not construe or rely on EY's analysis as a fairness opinion or investment advice, and will not use, or permit it to be used as the sole basis to set a transaction price. EY assumes no responsibility to any buyer or seller to negotiate a purchase or sale at the value set forth in the Narrative Report.

The Narrative Report will include a Statement of Limiting Conditions ("SLC"), a draft of which is attached to this Statement of Work as Attachment 1. If, during our engagement, we determine that changes to the SLC will be required, we will notify the Company of those changes.

**Information and Timing**

The Company will provide to EY, or cause to be provided to EY, in a timely manner, all information necessary, in EY's opinion, for EY to perform the Services. Subject to the Company's providing us with all necessary information, EY will deliver preliminary oral indications of value no later than three weeks following receipt of all necessary information. We anticipate forwarding our draft Exhibits to the Company no later than two weeks thereafter.

≡ℓ *ERNST & YOUNG*

Mr. Brian Litman - Vice President and Controller  
Tribune Company

11 May 2010  
Page 6 of 7

**Professional Fees**

The Company shall pay EY's fees for the Services, which fees are subject to Bankruptcy Court approval and based on the actual time of EY professionals expended in performing the Services. The actual time required will depend upon the extent and nature of available information, modifications to the scope of our engagement and other developments that may occur as work progresses. The Company shall also pay all applicable taxes incurred in connection with the delivery of the Services or any Reports (including the Exhibits) (except for taxes imposed on EY's income). The rates, by level of professional, are as follows:

| Title | Rate Per Hour |
| --- | --- |
| Executive Director/Principal/Partner | $525 |
| Senior Manager | $475 |
| Manager | $375 |
| Senior | $275 |
| Staff | $175 |

The Company shall also pay EY's expenses and reimbursements in accordance with the terms of the Agreement. We will submit an itemized and detailed billing statement and we will request payment of our fees in accordance with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware and any relevant administrative orders.

If, during the term of this SOW, EY determines that any additional work is necessary, whether at the Company's request or because the complexity of the project increases, EY will promptly contact the Company to discuss any adjustments to the scope of work and obtain Bankruptcy Court approval, if necessary, before proceeding.

\* \* \* \* \* \* \*



Mr. Brian Litman - Vice President and Controller  
Tribune Company

11 May 2010  
Page 7 of 7

EY appreciates the opportunity to be of assistance to the Company. If this Statement of Work accurately reflects the terms on which the Company has agreed to engage EY, please sign the enclosed copy on behalf of the Company and return it to Matt Howley at the address on the first page of this letter. We look forward to working with you on this engagement.

Very truly yours,

*Ernst + Young LLP*

Agreed and accepted:

Tribune Company

_____  
Signature

BRIAN LITMAN  
Name (please print or type)

5-11-10  
Date

VICE PRESIDENT & CONTROLLER  
Title

**ATTACHMENT 1**
**Statement of Limiting Conditions**

1. Nothing has come to our attention to cause us to believe that the facts and data set forth in this Narrative Report are not correct.

2. Provision of valuation recommendations and considerations of the issues described herein are areas of regular valuation practice for which we believe that we have, and hold ourselves out to the public as having, substantial knowledge and experience. The services provided are limited to such knowledge and experience and do not represent audit, advisory or tax-related services that may otherwise be provided by Ernst & Young LLP. Notwithstanding this limitation, the advice contained herein was not intended or written by EY to be used, and cannot be used, by the recipient or any other taxpayer for the purposes of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax laws.

3. No investigation of the title to the subject company and subject assets has been made, and the owner's claim to the subject company and subject assets is assumed to be valid. To the extent that Ernst & Young LLP's services include any analysis of assets, properties or business interests, Ernst & Young LLP assumes no responsibility for matters of legal description or title, and Ernst & Young LLP shall be entitled to make the following assumptions: (i) title is good and marketable, (ii) there exist no liens or encumbrances, (iii) there is full compliance with all applicable Federal, state, local and national regulations and laws (including, without limitation, usage, environmental, zoning and similar laws and/or regulations), and (iv) all required licenses, certificates of occupancy, consents, or legislative or administrative authority from any Federal, state, local, or national government, private entity or organization have been or can be obtained or renewed for any use on which Ernst & Young LLP services are to be based.

4. This Narrative Report has been prepared solely for the purpose stated, and may not be used for any other purpose. Neither this Narrative Report nor any portions hereof may be copied or disseminated through advertising, public relations, news, sales, Securities and Exchange Commission disclosure documents or any other public (or private) media without the express prior written approval of Ernst & Young LLP.

5. The recommendations of fair value contained herein are not intended to represent the values of the subject assets at any time other than the effective date that is specifically stated in this Narrative Report. Changes in market conditions could result in recommendations of value substantially different than those presented at the stated effective date. We assume no responsibility for changes in market conditions or for the inability of the owner to locate a purchaser of the subject assets at the values stated herein.

6. No responsibility is assumed for information furnished by others, including management, and such information is believed to be reliable.

7. In the course of our analysis, we were provided with written information, oral information, and/or data in electronic form, related to the structure, operation, and financial performance of the subject company and subject assets. We have relied upon this information in our analyses and in

the preparation of this Narrative Report and have not independently verified its accuracy or completeness.

8. Certain historical financial data used in our valuation were derived from audited and/or unaudited financial statements and are the responsibility of management. The financial statements may include disclosures required by generally accepted accounting principles. We have not independently verified the accuracy or completeness of this data provided and do not express an opinion or offer any form of assurance regarding its accuracy or completeness.

9. The estimates of cash flow data included herein are solely for use in the valuation analysis and are not intended for use as forecasts or projections of future operations. We have not performed an examination or compilation, nor have we performed an agreed-upon procedures engagement with regard to the accompanying cash flow data in accordance with standards prescribed by the American Institute of Certified Public Accountants, and, accordingly, do not express an opinion or offer any form of assurance on the accompanying cash flow data or their underlying assumptions. Furthermore, there will usually be differences between estimated and actual results because events and circumstances frequently do not occur as expected, and those differences may be material.

10. We assume no responsibility for any financial and tax reporting judgments, which are appropriately those of management. It is our understanding that management accepts responsibility for any financial statement and tax reporting issues with respect to the assets covered by our analysis, and for the ultimate use of our Narrative Report.

11. Ernst & Young LLP is not required to furnish additional work or services, or to give testimony, or be in attendance in court with reference to the assets, properties, or business interest in question or to update any Narrative Report, recommendation, analysis, conclusion or other document relating to its services for any events or circumstances unless arrangements acceptable to Ernst & Young LLP have been separately agreed with the Company.

12. This Narrative Report does not comprise a Comprehensive Written Business Valuation Narrative Report as described in BVS-VIII, by the Business Valuation Committee of the American Society of Appraisers ("ASA") and approved by the ASA Board of Governors. Sections consisting of descriptions concerning the history and nature of the business, industry and economic outlook and historical financial analysis may have been omitted from this Narrative Report. Where applicable, the data underlying these sections will be retained in our working papers.

13. An analysis of the recording quality or the physical deterioration, if any, of the underlying sound recording elements has not been undertaken as part of the analysis. The valuation specialist is not qualified to detect such deterioration or ascertain the impact associated with such deterioration. In addition, the existence, if any, of masters or submaster duplicates, except as specifically stated in the Narrative Report, has not been verified as part of this assignment. It is recommended that appropriate experts be retained to investigate and determine the quality and existence of physical elements and the effect, if any, on value that might result from physical deterioration or missing elements.

14. An analysis of the quality or the physical deterioration, if any, of the underlying film elements has not been undertaken as part of the analysis. The valuation specialist is not qualified to detect such

deterioration or ascertain the impact associated with such deterioration. In addition, the existence, if any, of interpositives and internegatives, except as specifically stated in the Narrative Report, has not been verified as part of this assignment. It is recommended that appropriate experts be retained to investigate and determine the quality and existence of film elements and the effect, if any, on value that might result from physical deterioration or missing elements.

15. With respect to our analysis, our work did not include an analysis of the potential impact of any unexpected sharp rise or decline in local or general financial market or economic conditions or technological changes.

16. Disclosure of the contents of this Narrative Report is governed by the Bylaws and Regulations of the Appraisal Institute and the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation. Possession of this Narrative Report or a copy thereof, or any part thereof, does not carry with it the right of publication, nor may it be used by anyone but the party for whom it has been prepared without the prior written consent and approval of Ernst & Young LLP.

17. The Americans with Disabilities Act ("ADA") became effective January 26, 1992. We have not made a compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we did not consider possible noncompliance with the requirements of the ADA in estimating the value of the property.

18. We have not performed an audit, review or compilation in accordance with standards established by the American Institute of Certified Public Accountants ("AICPA") on any historical or prospective financial information, which may be included in the accompanying Narrative Report. Accordingly, we do not express any opinion or any other form of assurance on such information.

19. Ernst & Young LLP shall not assume any responsibility for identifying structural conditions of property. No analysis will be made of the subsurface or the hazardous waste conditions, if any. Our services shall not take into consideration the possibility of the existence of toxic substances, hazardous or contaminated conditions, or underground storage tanks, nor the costs associated with remediating such substances or conditions. Ernst & Young LLP is not qualified to detect, and shall not be responsible for detecting, such substance or conditions.