# EXHIBIT A

# Declaration of Christopher L. Meazell

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Eleventh Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period April 1, 2010 through April 30, 2010 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Eleventh Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 24th day of May, 2010.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## APRIL 1 - APRIL 30, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 60.8 | 15,200.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 60.2 | 31,906.00 |
| Andrew Christopher | Associate (since 2008); Media & Information Technologies; 2008 (PA) & 2009 (DC) | 285 | 2.4 | 684.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 48.2 | 34,945.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 340 | 21.1 | 7,174.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 163.1 | 106,015.00 |
| Sasha F. Marx | Paralegal (2008); Communications; n/a | 130 | 20.3 | 2,639.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 400 | 16.5 | 6,600.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 43.7 | 10,488.00 |
| Christian J. Pena | Paralegal (2005); Communications; n/a | 210 | 18.5 | 3,885.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 (WI) | 440 | 131.3 | 57,772.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 122.8 | 76,750.00 |
| Suzanne M. Underwald | Member (since 2004); Media & Information Technologies; 1995 (MD) & 1996 (DC) | 635 | 1.5 | 952.50 |

| Mario J. Weber | Associate (since 2005); Communications; 2005 (FL) & 2006 (DC) | 310 | 8.4 | 2,604.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| **TOTALS** | | | 718.8 | 357,614.50 |
| **BLENDED RATE** | | | | 497.5159989 |

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firmwide rate adjustment will be $725 per hour.

### COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### APRIL 1 - APRIL 30, 2010

| Matter Description | Total Hours | Total Fees |
| --- | --- | --- |
| FCC and Broadcast Matters 08656.0100 | 702.3 | 351,014.50 |
| Fee Applications 08656.0101 | 16.5 | 6,600.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **718.8** | **357,614.50** |

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

May 25, 2010

Page 1

Tribune Company
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Invoice 524786

Our File # 08656.0100
FCC/Broadcast Matters

For Services Through April 30, 2010

| | | |
|---|---|---|
| 04/01/10 | Revise new draft of plan of reorganization (0.9); review FCC application drafts (0.5); review FCC issues for solicitation package (0.9); correspondence with J. Boelter and K. Mills re same (0.7). | |
| | C. Burrow | 3.00 hrs. |
| 04/01/10 | Telephone conference with D. Wiley, J. Bayes, J. Fiorini and M. Heller (lenders' counsel) regarding progress of FCC applications (0.5); | |
| | J. Rademacher | 0.50 hrs. |
| 04/01/10 | Telephone conference with Wiley team re timing issues and update on Plan re FCC and Hill visits (0.4); telephone conference with S. Sheehan re lobbying options (0.2); review FCC provisions in latest draft plan (0.4). | |
| | J. Feore | 1.00 hrs. |
| 04/01/10 | Review correspondence from Angelo Gordon re allotment to foreign-owned Holders and revise pertinent Plan document section (1.2); review revised Plan document re timing issues on FCC-related filings (0.8); prepare correspondence to J. Boelter (Sidley) re comments to revised Plan document (0.6); prepare for telephone conference with FCC counsel to senior lenders (0.3); telephone conference with FCC counsel to senior lenders re status of proceeding and remaining tasks for completion of FCC applications (0.5); draft memorandum re attribution and related issues under FCC ownership rules in connection with series of potential structures for use in connection with possible venture with radio broadcast company (2.3); revise memorandum re possible venture with radio broadcast company (1.6). | |
| | J. Logan | 7.30 hrs. |

Tribune Company

| | | |
|---|---|---|
| 04/01/10 | Exchange emails with bankruptcy counsel re "next steps" and status (0.1); prepare for and telephone conference with lenders' counsel re FCC timing and drafts (0.4). | |
| | M. Swanson | 0.50 hrs. |
| 04/02/10 | Revise FCC materials for solicitation package (1.1); correspondence with J. Boelter and K. Mills re same (0.3). | |
| | C. Burrow | 1.40 hrs. |
| 04/02/10 | Review revised Plan and disclosure statement re FCC timing issues, applications filing and processing and future meetings. | |
| | J. Feore | 0.60 hrs. |
| 04/02/10 | Review outstanding issues for completion of application and compliance structure in preparation for scheduled conference with Sidley counsel (1.4); revise and supplement memorandum re effect of FCC regulations on range of options open for proposed joint venture with radio broadcast company (1.8). | |
| | J. Logan | 3.20 hrs. |
| 04/02/10 | Review re bankruptcy filing timing and FCC timing. | |
| | M. Swanson | 0.10 hrs. |
| 04/03/10 | Review Tribune TV ownership and FCC rule restrictions re further waiver, waiver extensions and possible post-reorganization ownership. | |
| | J. Feore | 0.80 hrs. |
| 04/05/10 | Review FCC materials needed for solicitation package (1.3); telephone conference with J. Boelter, K. Mills and K. Kansa re same (1.9); revise foreign ownership certification (1.2). | |
| | C. Burrow | 4.40 hrs. |
| 04/05/10 | Telephone conference with Sidley counsel and update re Plan filing and timing (0.3); review and update draft FCC application re filing issues and timing (0.5). | |
| | J. Feore | 0.80 hrs. |
| 04/05/10 | Review Sidley memoranda on restructuring transactions and issues re Angelo Gordon allotment proposal and foreign ownership certification in preparation for conference call with Sidley re FCC timing issues following Plan filing (1.4); telephone conference with J. Boelter (Sidley) re additional FCC-related issues to be resolved in connection with preparation of solicitation package including foreign ownership certification form and media ownership certification form (1.7); review foreign ownership certification draft form re revisions in connection with Boelter call (1.2); review timing issues for FCC filings based on additional information from Sidley call (0.6). | |
| | J. Logan | 4.90 hrs. |
| 04/05/10 | Review changes to Chicago "shell." | |
| | M. Swanson | 1.80 hrs. |

Tribune Company                                               Invoice 524786

| 04/06/10 | Review stock and warrant distribution issues raised by Angelo Gordon "consolidation" proposal (1.7); revise foreign ownership certification and instructions re same (1.9); prepare memorandum for Sidley Austin re implications of Angelo Gordon proposal on Tribune (0.9). | |
| --- | --- | --- |
| | C. Burrow | 4.50 hrs. |
| 04/06/10 | Review and update FCC certificates and final draft of FCC application (0.5); telephone conference with S. Sullivan re timing on FCC lobbying (0.3). | |
| | J. Feore | 0.80 hrs. |
| 04/06/10 | Revise foreign ownership certification form (1.6); review implications of new tentative schedule for filing of Plan and disclosure statement (0.4); prepare additional language to reflect use of Angelo Gordon consolidated certification approach (1.4); revise instructions for completion of foreign ownership certification (1.1); prepare correspondence to J. Boelter re implications of Angelo Gordon approach for determinations on stock and warrant allocation to achieve compliance with Section 310(b) of the Communications Act (1.2). | |
| | J. Logan | 5.70 hrs. |
| 04/06/10 | Telephone conferences with E. Washburn re status and waiver updates (0.4); prepare list of update material for waivers (1.1). | |
| | M. Swanson | 1.50 hrs. |
| 04/06/10 | Update lists of KPLR station auxiliary licenses (0.3) and KTLA station auxiliary licenses (0.1); review status of preparation of FCC applications (1.5); research ULS applications for private radio licenses (1.5). | |
| | S. Anderson (Practice Group Professional) | 3.40 hrs. |
| 04/07/10 | Review and revise Reorganization Plan (1.4); review Chadbourne FCC proposals on the Plan (0.7); revise memorandum re Chadbourne FCC proposals on the Plan (0.6); prepare correspondence to J. Boelter re same (0.5). | |
| | C. Burrow | 3.20 hrs. |
| 04/07/10 | Telephone conference with counsel for Angelo Gordon and Oaktree re FCC application, filing and FCC meetings (0.4); follow-up re setting FCC application schedule (0.5); review latest plan revisions and creditors' committee comments (0.5). | |
| | J. Feore | 1.40 hrs. |
| 04/07/10 | Prepare correspondence to J. Boelter (Sidley) re revised Plan and schedule for filing (0.3); review revised draft of Plan re FCC issues (1.2); review and analyze memorandum from FCC counsel to unsecured creditors' committee re comments on Plan and additional provisions requested for sections relating to Class B shares, warrants, directors and loans (0.9); prepare memorandum to Sidley re FCC issues presented by proposals from unsecured creditors' committee's FCC counsel (1.4); prepare correspondence to J. Boelter | |

|  |  |  |
|--|--|--|
| | re initial FCC issues in Plan draft provisions on Other Parent Claims Reserve provisions and proposals of unsecured creditors' committee's FCC counsel (0.5). | |
| | J. Logan | 4.30 hrs. |
| 04/07/10 | Review re updates to employee references and counts in waiver "shells." | |
| | M. Swanson | 0.60 hrs. |
| 04/08/10 | Correspondence with J. Boelter, K. Mills and K. Kansa re FCC issues and solicitation process (0.7); revise Plan for FCC issues (0.9); revise FCC application exhibits (1.2). | |
| | C. Burrow | 2.80 hrs. |
| 04/08/10 | Research regarding reconsideration and appeal of 2008 media ownership order regarding FCC applications for assignment of licenses in bankruptcy (0.3); analysis of issues regarding updates of employee data in cross-ownership waiver requests (0.2); telephone conference with E. Washburn regarding same (0.2). | |
| | J. Rademacher | 0.70 hrs. |
| 04/08/10 | Telephone conference with Wiley re application preparation and FCC filing and open FCC issues (0.6); telephone conference with S. Sheehan re FCC and Hill lobbying efforts (0.3); review updated Plan and final FCC waiver changes (0.9). | |
| | J. Feore | 1.80 hrs. |
| 04/08/10 | Complete review of revised Plan draft (1.2); prepare correspondence to J. Boelter on proposed changes to Plan and re effects of proposed additional claims fund mechanism on procedures for confirming compliance with Section 310(b) (1.1); review and revise comprehensive  transaction description exhibit to FCC applications to conform to Plan (0.8); prepare for telephone conference with FCC counsel to senior lenders (0.2); telephone conference with R. Wiley and J. Bayes (FCC counsel to senior lenders) re status of FCC waiver exhibits and anticipated approach and schedule for filing of FCC applications (0.4); review issues re provisions for election of Class B new common stock and effect on compliance process in stock distribution (0.3). | |
| | J. Logan | 4.00 hrs. |
| 04/08/10 | Exchange emails with E. Washburn re employee count issue (0.1); review re same (0.7); telephone conference with E. Washburn re employee changes (0.2); review and email E. Washburn re FCC broadband and spectrum agenda (0.2); review and email client re FCC public notice on ownership (0.1); preparation for and telephone conference with lenders' counsel re application preparation (1.0); review re changes to waiver "shells" (1.2). | |
| | M. Swanson | 3.50 hrs. |
| 04/08/10 | Update list of Tribune station auxiliary licenses with new KPLR station license (0.2); prepare draft assignment (out of DIP) applications for WTTV, Indianapolis earth stations (0.5); prepare | |

|  |  |  |
|---|---|---|
| | draft assignment (out of DIP) application for WXMI, Grand Rapids earth station (0.2). | |
| | S. Anderson (Practice Group Professional) | 0.90 hrs. |
| 04/09/10 | Review revised Plan (1.4); review and revise disclosure statement (1.9); review revised FCC application exhibit (0.8). | |
| | C. Burrow | 4.10 hrs. |
| 04/09/10 | Review updates to disclosure statement re timing on FCC filing, need for amendments and ownership information (0.8); telephone conference with Wiley re FCC application and timing (0.3); review FCC application for modifications (0.7). | |
| | J. Feore | 1.80 hrs. |
| 04/09/10 | Prepare correspondence to J. Boelter and K. Mills re timing for completion of disclosure statement and Plan document (0.3); review revisions from counsel to senior lender on revised Plan document (1.6); prepare comments on changes to revised Plan document from senior lenders' counsel (0.9); revise comprehensive transaction description exhibit for FCC applications to reflect revisions to Plan document (1.4); review revised disclosure statement from K. Mills re FCC-related matters (2.3); prepare comments on revised disclosure statement re FCC-related matters (1.8). | |
| | J. Logan | 8.30 hrs. |
| 04/09/10 | Review and revise bankruptcy Plan and disclosure statement. | |
| | M. Swanson | 4.30 hrs. |
| 04/10/10 | Revise Reorganization Plan. | |
| | C. Burrow | 1.90 hrs. |
| 04/10/10 | Review updated and revised Plan and disclosure statement re FCC requirements, applications and timing (1.0); review filing timeline and FCC filing obligations (0.2). | |
| | J. Feore | 1.20 hrs. |
| 04/10/10 | Review revised Plan document from J. Boelter (1.2); prepare comments on revised Plan document (0.4); review revised disclosure statement re FCC-related matters (1.6); prepare comments to K. Mills (Sidley) re same (0.4). | |
| | J. Logan | 3.60 hrs. |
| 04/10/10 | Review Arbitron/Edison study for waiver "shells" (1.2); review plan draft (0.2). | |
| | M. Swanson | 1.40 hrs. |
| 04/11/10 | Revise disclosure statement. | |
| | C. Burrow | 1.80 hrs. |
| 04/11/10 | Review and analysis of issues regarding revisions to shareholders' disclosure statement for FCC applications to assign licenses in bankruptcy. | |
| | J. Rademacher | 2.00 hrs. |

| 04/11/10 | Review disclosure statement revisions. | |
|----------|----------------------------------------|----------|
| | M. Swanson | 1.30 hrs. |

| 04/12/10 | Correspondence with J. Boelter re status of FCC parties. | |
|----------|----------|----------|
| | C. Burrow | 0.30 hrs. |

04/12/10    Review Plan and disclosure statement as filed with court (1.1);
            telephone conference with S. Sheehan re FCC lobbying and timing
            (0.3); review updated FCC exhibits re transition and certification
            (0.6).
            J. Feore                                    2.00 hrs.

04/12/10    Revise proposed foreign ownership certification and instructions for
            solicitation package (1.1); correspondence with J. Boelter regarding
            revised foreign ownership certifications (0.4); correspondence to K.
            Mills re status of filing of Plan and disclosure document (0.3);
            prepare layout of exhibits for proposed FCC applications for
            emergence from bankruptcy (1.7); revise comprehensive transaction
            description exhibit to reflect changes in Plan and disclosure
            statement (2.1); review pleading filed against proposed settlement
            terms regarding potential  FCC implications (0.7); correspondence to
            J. Boelter re inquiry from Angelo Gordon's new counsel (0.3).
            J. Logan                                    6.60 hrs.

04/12/10    Review re changes to waiver "shells," status and timing in light of
            plan filing.
            M. Swanson                                  0.30 hrs.

04/12/10    Review status of all FCC assignment application preparation.
            S. Anderson (Practice Group Professional)   0.30 hrs.

04/13/10    Review and revise exhibit for FCC applications.
            C. Burrow                                   1.20 hrs.

04/13/10    Analysis of issues regarding shareholders disclosure statement
            regarding FCC waiver requests in applications for assignment of
            licenses in bankruptcy.
            J. Rademacher                               0.80 hrs.

04/13/10    Review Plan and disclosure statement as filed and FCC updates
            (0.6); revise and finalize exhibit for FCC applications and foreign
            ownership certification and send to counsel for JP Morgan (0.6);
            telephone conference with lenders' counsel re FCC meetings (0.3).
            J. Feore                                    1.50 hrs.

04/13/10    Prepare correspondence to FCC counsel to senior lenders re filing of
            Plan and disclosure statement (0.3); review changes to Plan and
            disclosure statement affecting FCC-related matters and FCC
            applications (1.5); prepare correspondence to M. Heller (FCC
            counsel to senior lenders) re comprehensive exhibit and preparations
            for application (0.5); revise FCC application exhibit in accordance
            with final Plan and disclosure statement (2.6); prepare sub-exhibits
            on company ownership (0.9); prepare correspondence to M. Heller

(Wiley) transmitting revised comprehensive exhibit and addressing additional matters to be addressed in draft (0.4).
J. Logan                                          6.20 hrs.

04/13/10    Review and revise FCC comprehensive exhibit (0.9); telephone conference with E. Washburn re same (0.2); review re updates of "shells" (0.8); exchange emails with E. Washburn re update process (0.1).
M. Swanson                                        2.00 hrs.

04/13/10    Review exhibits for Tribune FCC reorganization application (0.4); prepare exhibit re Tribune ownership structure for FCC reorganization application (0.3).
R. Folliard III                                   0.70 hrs.

04/14/10    Correspondence with E. Washburn regarding AMNY footnote for New York cross-ownership waiver request regarding FCC applications to transfer licenses in bankruptcy (0.4); correspondence with D. Corsini regarding updates to employment figures for KTLA and LA Times (0.2); correspondence with B. Gremillion regarding updates to employment figures for WSFL and Sun Sentinel (0.2); correspondence with M. Willkie regarding updates to employment figures for WGN and Chicago Tribune (0.2); correspondence with R. Graziano regarding updates to employment figures for KTLA and LA Times (0.2); preparation of comprehensive exhibit to FCC applications (1.0); prepare updates to Chicago cross-ownership waiver request regarding applications to transfer licenses in bankruptcy (0.5); prepare updates to Hartford cross-ownership waiver request (0.4); prepare updates to Los Angeles cross-ownership waiver request (0.3); prepare updates to Miami cross-ownership waiver request (0.3); prepare updates to New York cross-ownership waiver request (0.2).
J. Rademacher                                     3.90 hrs.

04/14/10    Work on FCC application preparations and revisions to ownership exhibits (0.5); telephone conferences with lenders' counsel re timing on FCC filing, meetings with FCC Commissioners and key issues (0.5); telephone conference with counsel for unsecured creditors committee re meetings at FCC (0.2).
J. Feore                                          1.20 hrs.

04/14/10    Review application structure and exhibits in preparation for conference with counsel to senior lenders re assignee ownership information for FCC applications (1.2); prepare correspondence to M. Heller (FCC counsel to senior lenders) re comprehensive exhibit and waiver requests (0.3); prepare correspondence to L. Washburn (Sidley) re comprehensive exhibit for FCC applications (0.3); prepare correspondence to L. Washburn re local public notice procedures and information required from proposed assignees (0.2); review disclosure statement and FCC database re issues on structure of Tribune subsidiaries (1.1); prepare correspondence to L. Washburn (Tribune) with revisions to comprehensive exhibit (0.6);

May 25, 2010                                                                                                  Page 8

Tribune Company                                                                                  Invoice 524786

prepare correspondence to J. Boelter re revised comprehensive
exhibit and conformity with bankruptcy presentation (0.5); revise
draft comprehensive exhibit to FCC applications (1.6); prepare
correspondence to L. Washburn re prior reporting of subsidiary
structures at the FCC and conformity with disclosure statement
(0.5).

J. Logan                                                     6.30 hrs.

04/14/10          Telephone conference with E. Washburn re FCC timing and
                 application update (0.4); review and revise AMNY footnote (0.2);
                 review re Indianapolis changes (0.4).

                 M. Swanson                                   1.00 hrs.

04/14/10          Prepare FCC application for bankruptcy reorganization for Tribune.
                 R. Folliard III                              0.50 hrs.

04/15/10          Research re FCC Form 602 ownership report required in connection
                 with assignment of wireless licenses.

                 A. Mejia (Practice Group Professional)       0.30 hrs.

04/15/10          Review revisions to FCC application exhibit (0.6); review and revise
                 foreign ownership certification (0.8).

                 C. Burrow                                    1.40 hrs.

04/15/10          Prepare updates to Chicago cross-ownership waiver request
                 regarding applications to transfer licenses in bankruptcy (0.6);
                 prepare updates to Hartford cross-ownership waiver request (0.6);
                 prepare updates to Los Angeles cross-ownership waiver request
                 (0.3); prepare updates to Miami cross-ownership waiver request
                 (0.4); prepare updates to New York cross-ownership waiver request
                 (0.3).

                 J. Rademacher                                2.20 hrs.

04/15/10          Telephone conference with counsel for unsecured creditors
                 committee re FCC filing issues (0.5); review and update application
                 for filing with FCC (0.9); telephone conference with lenders' counsel
                 re FCC meetings and updates on lobbying efforts (0.4); telephone
                 conference with S. Sheehan re same (0.3).

                 J. Feore                                     2.10 hrs.

04/15/10          Revise comprehensive exhibit for FCC applications (1.2); prepare
                 correspondence to J. Boelter (Sidley) re comprehensive exhibit for
                 FCC applications and re anticipated telephone conference with FCC
                 counsel to unsecured creditors committee (0.3); revise application
                 structure in view of information from telephone conference with
                 FCC counsel to senior lenders (0.8); prepare correspondence to L.
                 Washburn (Tribune) re revised ownership information for FCC
                 applications (0.4); review proposed changes to foreign ownership
                 certification from Sidley bankruptcy team (0.7); correspondence to
                 K. Kansa (Sidley) re changes proposed to foreign ownership
                 certification (0.2); prepare revised foreign ownership certification in
                 response to comments from Sidley bankruptcy team (1.4); telephone
                 conference with M. Gibson (FCC counsel to senior lenders) re

|  |  |  |
|---|---|---|
|  | structure of applications, additional necessary exhibits, non-broadcast applications and update and confirmation of license lists (0.6); review memorandum from senior lenders' FCC counsel re implications of Third Circuit action lifting stay on 2008 FCC order changing ownership rules for newspaper/broadcast cross-ownership (0.6); prepare correspondence to W. Johnsen (Wiley) re revised "short version" foreign ownership certification draft (0.3). |  |
|  | J. Logan | 6.50 hrs. |
| 04/15/10 | Preparation for and conference call with lenders' counsel (0.6); review re updated facts (0.6); telephone conference with E. Washburn re Hartford build-out issue (0.1); review and exchange email with same re updating issues (0.2); email exchange with same re WTXX call sign and simulcast issue (0.1). |  |
|  | M. Swanson | 1.60 hrs. |
| 04/15/10 | Prepare FCC applications for Tribune bankruptcy reorganization (2.0); telephone call with counsel for Tribune creditors re FCC applications (0.3). |  |
|  | R. Folliard III | 2.30 hrs. |
| 04/15/10 | Review filing procedures for all applications (0.4); review requirements for Form 602 (0.1); review FCC application procedures for EEO forms (0.1). |  |
|  | S. Anderson (Practice Group Professional) | 0.60 hrs. |
| 04/16/10 | Review and revise solicitation materials for FCC issues (1.9); review and revise exhibits for FCC applications (1.8). |  |
|  | C. Burrow | 3.70 hrs. |
| 04/16/10 | Correspondence with J. Moczulski regarding employment figures at KTLA regarding updates to Los Angeles cross-ownership waiver request (0.1); prepare updates to Chicago cross-ownership waiver request (1.3); prepare updates to New York cross-ownership waiver request (1.1); prepare updates to Los Angeles cross-ownership waiver request (0.9); prepare updates to Miami cross-ownership waiver request (0.7); prepare updates to Hartford cross-ownership waiver request (0.5). |  |
|  | J. Rademacher | 4.60 hrs. |
| 04/16/10 | Telephone conference with Wiley re FCC lobbying and meetings and outline (0.6); review updates to FCC ownership disclosures (0.8); prepare outline for FCC filings and Commission meetings (0.8). |  |
|  | J. Feore | 2.20 hrs. |
| 04/16/10 | Review and implement proposed changes to comprehensive exhibit from Sidley bankruptcy team (1.4); prepare correspondence to J. Boelter (Sidley) re bankruptcy-related changes to comprehensive exhibit for FCC applications (0.3); review and implement proposed changes to comprehensive exhibit from Sidley corporate team (1.3); prepare correspondence to J. Langdon (Sidley) re proposed changes to comprehensive exhibit (0.3); telephone conference with K. Kansa |  |

|  |  |  |
|--|--|--|
|  | (Sidley) re foreign ownership certification (0.3); telephone conference with W. Johnsen (counsel to senior lenders) re changes to foreign ownership certification (0.3); prepare correspondence to L. Washburn (Tribune) re changes to comprehensive exhibit (0.3); review draft template for local public notice (0.5); prepare correspondence to W. Johnsen (FCC counsel to senior lenders) re local public notice procedures and assignee information (0.2). |  |
|  | J. Logan | 4.90 hrs. |
| 04/16/10 | Review re WPIX (0.2) and KTLA (0.2) changes to cross-ownership waiver requests; telephone conference with E. Washburn re same (0.2); review re "stay" revisions re same (0.4). |  |
|  | M. Swanson | 1.00 hrs. |
| 04/16/10 | Review FCC ownership information for license subsidiaries for FCC reorganization application. |  |
|  | R. Folliard III | 0.30 hrs. |
| 04/16/10 | Update chart of Tribune stations broadcast auxiliary licenses to reflect new KPLR License (0.2); review chart of FCC Form 314 assignment applications (0.8); review and edit chart of station addresses for EEO filing (0.7); review exhibits from ownership reports for development of ownership exhibits to assignment applications (0.6); review EEO filing (0.5). |  |
|  | S. Anderson (Practice Group Professional) | 2.80 hrs. |
| 04/17/10 | Correspondence with E. Washburn regarding market rankings of Tribune television stations in cross-owned markets regarding FCC applications for assignment of licenses in bankruptcy (0.6); analysis of issues regarding employment figures is cross-ownership markets regarding same (1.1); preparation of New York market cross-ownership waiver request regarding same (1.1); preparation of Los Angeles market cross-ownership waiver request regarding same (1.2); preparation of Chicago market cross-ownership waiver request regarding same (1.4); preparation of Hartford market cross-ownership waiver request regarding same (1.3); preparation of Miami market cross-ownership waiver request regarding same (1.2). |  |
|  | J. Rademacher | 7.90 hrs. |
| 04/17/10 | Review updated and revised solicitation materials and ownership certification (0.8); work on presentation for FCC meetings (0.4); work on issues for presentation to Media Bureau (0.3). |  |
|  | J. Feore | 1.50 hrs. |
| 04/17/10 | Review revised draft of comprehensive exhibit from Wiley firm re FCC applications (0.8); prepare correspondence to D. Bergeron re solicitation package draft material (0.4); review draft solicitation package re FCC issues (0.9); review ownership information from Wiley firm re JPMorgan and Angelo Gordon interests (1.2); review additional information on Oaktree from Wiley firm (0.7). |  |
|  | J. Logan | 4.00 hrs. |
| 04/17/10 | Review re employment data issues (0.2); preparation for and |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | telephone conference with E. Washburn re lenders' counsel's changes and financial section updates (0.5); review and revise Chicago's "shell" and exhibits as master/template for other "shells" (9.2); telephone conference with E. Washburn re same (0.2). |  |
|  | M. Swanson | 10.10 hrs. |
| 04/18/10 | Preparation of Chicago market cross-ownership waiver request regarding FCC applications to assign licenses in bankruptcy (4.5); preparation of Los Angeles market cross-ownership waiver request regarding same (2.9);correspondence with J. Bayes (lenders' counsel) regarding changes to Chicago and Los Angeles cross-ownership waiver requests (0.4); correspondence with A. Casey regarding updated February 2010 Nielsen rating and share data (0.3). |  |
|  | J. Rademacher | 8.10 hrs. |
| 04/18/10 | Review and revise re scope of temporary waiver (0.3); review and revise factual sections of New York, Los Angeles, Miami and Hartford "shells" and ratings references (5.5); revise OMVC references (0.3); revise National Broadband Plan references (0.7); revise permanent and temporary waiver "asks" (3.6); email exchange with lenders' counsel re status (0.2). |  |
|  | M. Swanson | 10.60 hrs. |
| 04/19/10 | Preparation of FCC Form 603 applications re wireless license assignments (0.9); calculate total FCC filing fees re same (0.6). |  |
|  | A. Mejia (Practice Group Professional) | 1.50 hrs. |
| 04/19/10 | Revise solicitation materials (1.4); revise exhibits for FCC applications (1.9); review issues re FCC filing fees (0.3); review FCC EEO language (0.4). |  |
|  | C. Burrow | 4.00 hrs. |
| 04/19/10 | Preparation of Miami market cross-ownership waiver request regarding FCC applications to assign licenses in bankruptcy (2.8); correspondence with J. Bayes, M. Heller and M. Mullarkey (lenders' counsel) regarding same (0.2); correspondence with E. Washburn regarding updates to Chicago and Los Angeles cross-ownership waiver requests (0.3); correspondence with A. Casey regarding updated February 2010 Neilsen ratings and share data (0.3); preparation of Hartford market cross-ownership waiver request (3.2); correspondence with J. Bayes, M. Heller and M. Mullarkey (lenders' counsel) regarding same (0.2). |  |
|  | J. Rademacher | 7.00 hrs. |
| 04/19/10 | Telephone conference with R. Wiley and arrange FCC meetings (0.4); telephone conferences with Wiley and S. Sheehan re lobbying efforts (0.3); review final waiver revisions and FCC exhibits re cross-ownership (1.0); work on application for FCC filing next week (0.5). |  |
|  | J. Feore | 2.20 hrs. |
| 04/19/10 | Review draft solicitation materials from Sidley re FCC-related information and certifications (2.4); prepare revisions and inserts to |  |

solicitation materials (0.8); prepare correspondence to Sidley re FCC issues raised by solicitation draft documents and motion (0.2); telephone conference with FCC counsel to senior lenders re proposal for delayed sending of foreign ownership certification (0.5); telephone conference with K. Kansa re relationship of FCC foreign ownership certification and media ownership certification to FCC filing obligations and submission of FCC applications (0.4); review issues re EEO filings (0.4); review ownership information from FCC counsel to senior lenders re assignee ownership and attributable interests (1.3); telephone conference with M. Heller re potential vulnerability in FCC presentation on assignee ownership structure and attributable interests (0.4).

J. Logan                                     6.40 hrs.

04/19/10     Prepare FCC exhibit for EEO reports for bankruptcy reorganization applications.
R. Folliard III                              0.30 hrs.

04/19/10     Prepare exhibit of ownership of Tribune subsidiaries (3.1); calculate Media Bureau filing fees (0.1).
S. Anderson (Practice Group Professional)     3.20 hrs.

04/20/10     Preparation of FCC Form 603 applications re wireless license assignments.
A. Mejia (Practice Group Professional)       2.30 hrs.

04/20/10     Review attribution issues for FCC applications (1.8); review and revise exhibits for FCC applications (1.3); review status of FCC filing fees (0.7); review whether FCC foreign ownership certification must be included in solicitation materials and explore alternatives re same (0.9).
C. Burrow                                     4.70 hrs.

04/20/10     Prepare earth station assignment applications for KCPQ(TV), KTXL(TV), KIAH(TV), KSWB-TV, KTLA(TV), KDAF(TV), WPMT(TV), WXIN(TV), WPHL-TV and WTIC-TV (2.1); revise earth station applications for KCPQ(TV), KTXL(TV), KIAH(TV), KSWB-TV, KTLA(TV), KDAF(TV, WPMT(TV), WXIN(TV), WPHL-TV and WTIC-TV (1.0).
C. Pena (Paralegal)                          3.10 hrs.

04/20/10     Preparation of Chicago cross-ownership waiver request regarding FCC applications for transfer of licenses in bankruptcy (0.6); preparation of Los Angeles cross-ownership waiver request regarding same (0.6); correspondence with J. Bayes (lenders' counsel) regarding same (0.5); preparation of New York cross-ownership waiver request regarding same (3.0); correspondence with J. Bayes (lenders' counsel) regarding same (0.2); telephone conference with J. Bayes regarding lenders' counsel questions about revisions to cross-ownership waiver requests (0.5); correspondence concerning lenders' counsel proposed edits to cross-ownership waiver requests (1.3).

Tribune Company                                                        Invoice 524786

|            |                                                                                     |            |
|------------|-------------------------------------------------------------------------------------|------------|
|            | J. Rademacher                                                                       | 6.70 hrs.  |
| 04/20/10   | Telephone conference with Wiley re FCC meetings and preparation of outline of meeting issues (0.6); review and finalize FCC application ownership showings and certifications (0.9); work on cross-ownership proposals re Chicago (0.5). | |
|            | J. Feore                                                                            | 2.00 hrs.  |
| 04/20/10   | Review conformity of assignee ownership information to FCC database (1.3); telephone conference with FCC counsel to senior lender re potential conflicting interests by proposed attributable interest holders (0.5); review procedures for FCC filing fee and application acceptance (0.5); prepare correspondence to L. Washburn (Tribune) re FCC filing fee computation (0.4); review and revise chart re FCC filing fee computation (0.4); prepare correspondence to L. Washburn re FCC applications and filing fee procedures (0.6); telephone conference with J. Boelter re FCC issues in solicitation materials, timing and approach for foreign ownership certification and counterproposal of senior lenders' bankruptcy counsel (0.6); review draft solicitation materials in preparation for telephone conference with bankruptcy counsel to senior lenders re FCC-related aspects of solicitation procedures (0.9). | |
|            | J. Logan                                                                            | 5.20 hrs.  |
| 04/20/10   | Review emails re factual data collection for FCC waiver requests.                   |            |
|            | M. Swanson                                                                          | 0.20 hrs.  |
| 04/20/10   | Prepare chart of filing fee amounts for media and international licenses (2.0); revise chart of earth station licenses (2.4); revise chart on ownership (2.9). | |
|            | S. Anderson (Practice Group Professional)                                           | 7.30 hrs.  |
| 04/20/10   | Work on IBFS applications for Tribune out of DIP assignment of license applications. | |
|            | S. Marx (Paralegal)                                                                 | 3.50 hrs.  |
| 04/21/10   | Preparation of FCC Form 602 ownership reports for KTLA, Inc. and Chicagoland Microwave Licensee, Inc. re assignment of wireless and common carrier licenses (2.3); preparation of FCC Form 603 wireless license assignment applications (2.2). | |
|            | A. Mejia (Practice Group Professional)                                              | 4.50 hrs.  |
| 04/21/10   | Telephone conference with Sidley, Davis Polk and Wiley Rein re contents of solicitation package (1.1); review disclosure statement and solicitation materials re same (1.2); revise FCC application exhibits (1.7). | |
|            | C. Burrow                                                                           | 4.00 hrs.  |
| 04/21/10   | Research re FRN and password information for Tribune Television Company.             |            |
|            | C. Pena (Paralegal)                                                                 | 0.30 hrs.  |
| 04/21/10   | Correspondence with J. Bayes, M. Heller and M. Mullarkey                            |            |

(lenders' counsel)regarding changes to cross-ownership waiver requests regarding applications for assignment of licenses in bankruptcy (0.3); correspondence with S. Rabb and A. Casey regarding updated Neilsen ratings and share data for Hartford duopoly waiver request regarding same (0.4); preparation of edits to Hartford duopoly waiver request to incorporate 2010 ratings data regarding same (0.5); revision of declaration of G. Mazzaferri regarding same (0.5); telephone conference with J. Bayes, M. Heller and M. Mullarkey regarding progress of cross-ownership waiver requests regarding same (0.6); telephone conference with E. Washburn regarding same (0.2); correspondence with E. Washburn providing black lined changes marked against most recent version reviewed by Tribune regarding same (0.2).

J. Rademacher                                    2.70 hrs.

04/21/10        Telephone conferences with Wiley team and work on talking points for FCC meetings (1.0); telephone conference with S. Sheehan and D. Liebentritt re FCC meetings and issues (0.6); telephone conference with counsel for unsecured creditors (0.3); update FCC application on waivers and showings and work on filing issues (0.6).

J. Feore                                              2.50 hrs.

04/21/10        Telephone conference with M. Heller (FCC counsel to senior lender) re revised draft of comprehensive exhibit (0.3); telephone conference with R. Wiley and J. Bayes re presentation for proposed meeting with FCC staff re applications (0.2); review and revise draft presentation paper for meeting with FCC staff (0.8); prepare correspondence to L. Washburn (Tribune) re status of senior lender completion of assignees' portion of comprehensive exhibit and re public notice and filing fee matters (0.4); telephone conference with J. Boelter (Sidley) in preparation for telephone conference with bankruptcy counsel to senior lenders re FCC-related issues in solicitation materials (0.3); telephone conference with D. Schiable (Davis Polk), R. Wiley and J. Bayes (Wiley) and J. Boelter (Sidley) re inclusion of FCC-related certifications in solicitation materials and approach to FCC-related certifications (0.7); prepare memorandum re changes in approach for foreign ownership and media ownership certifications (0.4); review revised comprehensive exhibit and additional assignee ownership information from M. Heller (FCC counsel to senior lenders) (1.7); telephone conference with W. Johnson (FCC counsel to senior lender) re changes proposed to comprehensive exhibit and issues in connection with assignee ownership information (0.3); prepare memorandum re FCC issues and vulnerabilities presented by assignee ownership information presentation (1.2); review revisions to FCC presentation paper from Wiley firm (0.3); prepare correspondence to L. Washburn (Tribune), J. Boelter and J. Langdon (Sidley) re revised comprehensive exhibit (0.4); review issues re structure of exhibit for non-broadcast licenses (0.3).

J. Logan                                              7.30 hrs.

| | | |
|---|---|---|
| 04/21/10 | Telephone conference with E. Washburn re status and changes to "shells" (0.9); review lenders' counsel's changes to same (3.5); preparation for and telephone conference with J. Bayes (Wiley), M. Heller (Wiley) and M. Mullarkey (Wiley) re revisions to same (1.5); review re additional client revisions to same (0.6). | |
| | M. Swanson | 6.50 hrs. |
| 04/21/10 | Telephone call with counsel for creditors re FCC applications for Tribune (0.1); prepare email to counsel for creditors re FCC ownership application necessary for common carrier license for KTLA(TV) and broadband radio license for Chicagoland Microwave Licensee, Inc. (0.1). | |
| | R. Folliard III | 0.20 hrs. |
| 04/21/10 | Review earth station list for KWGN surrendered earth station (0.1); edit ownership exhibit to update states of incorporation for license subsidiaries (0.2); review and edit EEO recruitment service exhibits (4.2); correct fee estimate (0.2); review Form 602 (0.3). | |
| | S. Anderson (Practice Group Professional) | 5.00 hrs. |
| 04/22/10 | Preparation of FCC Form 602 ownership reports in connection with assignment of common carrier wireless licenses (2.0); preparation of FCC Form 603 wireless license assignment applications (1.2). | |
| | A. Mejia (Practice Group Professional) | 3.20 hrs. |
| 04/22/10 | Revise materials for FCC exhibits. | |
| | C. Burrow | 2.30 hrs. |
| 04/22/10 | Preparation for filing of Chicago cross-ownership waiver request regarding FCC applications for assignment of licenses in bankruptcy (4.1); correspondence with E. Washburn about factual issues regarding same (0.3); correspondence with E. Washburn regarding coordinating signatures for declarations to be filed with Hartford duopoly waiver request regarding same (0.2); research regarding McCormick Foundation efforts to promote emergency alert system deployment (0.3); analysis of issues regarding updating cross-ownership waiver drafts to incorporate February 2010 data (0.3); telephone conference with A. Casey regarding same (0.2); preparation for filing of New York cross-ownership waiver request regarding same (1.0); preparation for filing of Los Angeles cross-ownership waiver request regarding same (1.1); preparation for filing of Miami cross-ownership waiver request regarding same (1.0); preparation for filing of Hartford cross-ownership waiver request regarding same (1.2). | |
| | J. Rademacher | 9.70 hrs. |
| 04/22/10 | Telephone conferences with Wiley team re FCC meetings (0.8); telephone conference with counsel for Angelo Gordon re FCC meetings (0.4); telephone conference with counsel for unsecured creditors re same (0.4); telephone conference with S. Sheehan re same (0.2); work on FCC presentations for meetings (0.5); work on FCC applications re final edits, fees and timing (0.8). | |

May 25, 2010                                                    Page 16

Tribune Company                                          Invoice 524786

|  | J. Feore | 3.10 hrs. |

| 04/22/10 | Prepare correspondence to L. Washburn re application review, certification and related filing requirements (0.4); telephone conference with L. Washburn and G. Weitman re application filing and possible corporate communications (0.6); revise comprehensive exhibit for FCC applications with additional material on officers and directors of reorganized Tribune (1.8); prepare correspondence to J. Boelter (Sidley) re revised comprehensive exhibit (0.3); prepare correspondence to L. Washburn (Tribune) re revised comprehensive exhibit (0.3); review revised application exhibits from M. Heller (Wiley) re application filing (1.2); send revised filing fee chart to L. Washburn (0.3); review Hommel radio interests and incorporate into comprehensive exhibit (0.9); review and revise modified exhibits (1.6); review solicitation materials from D. Bergeron re FCC issues (0.9). | |
|  | J. Logan | 8.30 hrs. |

| 04/22/10 | Review and revise cross-ownership "shells" and Hartford duopoly waiver requests. | |
|  | M. Swanson | 12.50 hrs. |

| 04/22/10 | Prepare exhibits for FCC applications for Tribune wireless licenses. | |
|  | R. Folliard III | 0.80 hrs. |

| 04/22/10 | Preparation of EEO recruitment exhibits. | |
|  | S. Anderson (Practice Group Professional) | 4.00 hrs. |

| 04/23/10 | Preparation of FCC applications and exhibits re CARS microwave and wireless license assignments. | |
|  | A. Mejia (Practice Group Professional) | 3.20 hrs. |

| 04/23/10 | Review and revise solicitation materials for FCC issues (1.9); revise materials for FCC applications (1.8). | |
|  | C. Burrow | 3.70 hrs. |

| 04/23/10 | Preparation of declaration of B. Byrnes regarding Hartford FCC cross-ownership waiver request (0.4); correspondence with E. Washburn regarding same (0.2); correspondence with E. Washburn regarding individual employees named is FCC cross-ownership waiver requests (0.2); preparation regarding Hartford market FCC cross-ownership waiver request (2.8); preparation regarding New York market FCC cross-ownership waiver request (2.7); correspondence with E. Washburn regarding same (0.3); correspondence with B. Berlamino regarding changes to New York market FCC cross-ownership waiver request (0.4); telephone conference with J. Bayes, M. Heller and M. Mullarkey regarding progress of FCC cross-ownership waiver requests (0.4); telephone conference with J. Levine regarding updates to Hartford market FCC cross-ownership waiver request (0.3); preparation regarding Miami market FCC cross-ownership waiver request (1.4); preparation regarding Los Angeles market FCC cross-ownership waiver request (1.2). | |

|  | J. Rademacher | 10.30 hrs. |

04/23/10    Preparations and meetings at FCC with Media Bureau, Commissioner McDowell and Commissioner Copps staffs, S. Sheehan, D. Wiley, T. Davidson and J. Stenger (2.5); telephone conference with D. Liebentritt re FCC lobbying efforts (0.3); work on update to FCC presentation (0.3); review final FCC application waiver showings and analysis re ownership waivers (1.0).

|  | J. Feore | 4.10 hrs. |

04/23/10    Review draft solicitation materials for solicitation package (1.8); review comments re changes to solicitation materials and motion (0.7); prepare correspondence to L. Bergeron and K. Kansa re proposed changes in solicitation materials (0.4); review and revise Wiley/Davis Polk version of FCC-related sections on solicitation materials (0.8); prepare correspondence to L. Bergeron and K. Kansa re senior lender changes (0.3); prepare correspondence to L. Bergeron re proposed additional section for notice provision on media ownership certification obligation (0.7); conference with L. Washburn re arrangements for review and certification of final FCC applications (0.6); prepare correspondence to L. Washburn re certification procedures for final FCC applications (0.5); review revised comprehensive exhibit from M. Heller (Wiley firm) (0.8); incorporate additional Tribune officer and director information into draft from Wiley firm with additional changes (1.4).

|  | J. Logan | 8.00 hrs. |

04/23/10    Review and revise cross-ownership "shells" and Hartford waiver requests (10.8); email Chicago changes to lender's counsel (0.2); telephone conference with J. Bayes (Wiley) and M. Heller (Wiley) re exhibits (0.2); review re employee number issues (0.4); email exchange with E. Washburn re Hartford declarations (0.1).

|  | M. Swanson | 11.70 hrs. |

04/23/10    Revise FCC wireless license exhibit (0.2); revise comprehensive FCC exhibit for Tribune to include officers and directors of Tribune and other media interests (1.4); review FCC applications for nonbroadcast Tribune licenses (0.2).

|  | R. Folliard III | 1.80 hrs. |

04/23/10    Research process for aggregation of FCC filing fees (0.6); review signatory to FCC application (0.2); upload exhibits to EEO forms (4.6).

|  | S. Anderson (Practice Group Professional) | 5.40 hrs. |

04/24/10    Correspondence with J. Bayes (lenders' counsel) regarding updates to cross-ownership waiver requests (0.3); correspondence with E. Washburn regarding updates to Los Angeles FCC cross-ownership waiver request (0.2); preparation of Los Angeles FCC cross-ownership waiver request (3.7); preparation of Miami FCC cross-ownership waiver request (3.6); preparation of Chicago FCC cross-ownership waiver request (1.7); preparation of New York FCC

cross-ownership waiver request (1.2); preparation of Hartford FCC cross-ownership waiver request (1.1); correspondence with E. Washburn regarding updates to employee portions of FCC cross-ownership waiver requests (0.3); telephone conference with B. Berlamino regarding changes to New York FCC cross-ownership shell (0.3); review changes to local internet exhibits for FCC cross-ownership waiver shells (0.2).

| | |
|---|---|
| J. Rademacher | 12.60 hrs. |

04/24/10    Review final drafts of FCC applications and ownership showings for reorganized Tribune and waiver requests for five markets (1.5); update FCC information on bankruptcy filings, non-broadcast license applications and coordination of filing (1.1).

J. Feore                                                        2.60 hrs.

04/24/10    Prepare exhibit on officers and directors with newspaper/broadcast positional cross-interests (1.5); revise comprehensive exhibit (1.6); review Oaktree revised ownership structure (0.6); prepare correspondence to L. Washburn re changes to comprehensive exhibit (0.3); prepare correspondence to J. Boelter re revised comprehensive exhibit and implications of changes in Oaktree interests (0.3); prepare correspondence to M. Hellter, et al. (Wiley firm) re changes in comprehensive exhibit (0.5); revise application exhibits to incorporate comments from L. Washburn (1.3).

J. Logan                                                        6.10 hrs.

04/24/10    Review lenders' counsel's changes to New York cross-ownership waiver request (0.4); exchange emails with B. Berlamino re New York changes (0.3); review re employee changes and related changes to waiver requests (0.8); exchange emails with J. Stenger (Chadbourne) re Chicago Lisager awards and review same (0.4); review need to update DBS/DAB exhibits (0.3); review, revise and update Los Angeles waiver request and exhibits (4.8); review, revise and update Miami waiver request and exhibits (4.7); email to lenders' counsel re status of changes to waiver requests (0.2).

M. Swanson                                                  11.90 hrs.

04/24/10    Review Internet usage charts for Chicago market (1.1); review and revise New York market waiver request (7.2).

M. Weber                                                        8.30 hrs.

04/25/10    Research recent local journalism awards received by WGN(AM) and WGN-TV re Chicago waiver exhibit (1.2); cite check New York cross-ownership waiver (6.8); review edits to Chicago and Hartford cross-ownership waiver (0.7).

A. Mejia (Practice Group Professional)          8.70 hrs.

04/25/10    Revise materials for FCC applications.

C. Burrow                                                        1.60 hrs.

04/25/10    Preparation for filing of New York cross-ownership waiver request (2.3); preparation for filing of Los Angeles cross-ownership waiver request (2.0); preparation for filing of Chicago cross-ownership

waiver request (2.3); preparation for filing of Miami cross-ownership waiver request (2.1); preparation for filing of Hartford cross-ownership waiver request (2.2); preparation for filing of Hartford duopoly waiver request (1.1); preparation for filing of Indianapolis satellite waiver request (0.8); preparation of cross-ownership waiver talking points for E. Washburn (0.4).

J. Rademacher                                          13.20 hrs.

04/25/10    Telephone conference with E. Washburn re cross-ownership waiver request revisions, changes to FCC comprehensive exhibit, Hartford duopoly waiver and corporate communications materials (0.4); telephone conference with J. Bayes (Wiley) re waiver request status (0.3); telephone conference with E. Washburn re same (0.1); review and revise corporate communications materials (1.4); exchange emails with E. Washburn re same (0.2); review, revise and update Indianapolis satellite exemption request (1.4); review changes to DBS exhibit from lenders' counsel (0.2); review re FCC fee issues and public file copies and email to E. Washburn re same (0.2); review, revise and update Hartford duopoly waiver request (2.4); email to client re same (0.2); prepare for and meet with J. Stenger (Chadbourne) re FCC application and waiver requests (0.9); exchange emails with J. Bayes (Wiley) re status (0.2); exchange emails with E. Washburn re J. Stenger meeting (0.2); prepare for and telephone conference with J. Bayes re status and procedures (0.4); review re comprehensive exhibits for waivers and consistency issues (1.5); exchange emails with E. Washburn re same (0.2); review E. Washburn email to G. Weitman (Tribune) and final corporate communications materials (0.4); exchange emails with E. Washburn re Hartford "tandem ask" for duopoly (0.1); review and revise waiver requests re emergence from bankruptcy and publicly traded language (0.9).

M. Swanson                                          11.60 hrs.

04/25/10    Prepare FCC exhibits for main broadcast licenses, earth station licenses and wireless licenses for Tribune reorganization.

R. Folliard III                                          1.80 hrs.

04/26/10    Preparation of FCC Form 327 CARS microwave license assignment applications (0.3); research local journalism awards of WGN(AM) and WGN-TV re Chicago waiver exhibit (0.2).

A. Mejia (Practice Group Professional)          0.50 hrs.

04/26/10    Review and revise FCC applications re changes from Tribune and senior lenders.

C. Burrow                                          1.40 hrs.

04/26/10    Preparation for filing of New York cross-ownership waiver request (2.5); preparation for filing of Los Angeles cross-ownership waiver request (2.3); preparation for filing of Chicago cross-ownership waiver request (2.6); preparation for filing of Miami cross-ownership waiver request (2.4); preparation for filing of Hartford cross-ownership waiver request (2.5); correspondence with G.

Mazzaferri regarding her declaration in connection with the Hartford duopoly waiver request to the FCC (0.3); correspondence with B. Byrnes regarding his declaration in connection with the Hartford duopoly waiver request to the FCC (0.2); telephone conference with J. Fiorini (lenders' counsel) regarding Indianapolis waiver request (0.2); correspondence with M. Mullarkey (lenders' counsel) regarding changes to Chicago cross-ownership waiver exhibits (0.2); correspondence with E. Washburn regarding changes to cross-ownership shells (0.4); correspondence with C. Sennett regarding changes to cross-ownership waiver request (0.3); review comprehensive exhibit for FCC cross-ownership, satellite and duopoly waiver requests (1.1); telephone conference with A. Casey regarding WGN-TV ratings (0.2); correspondence with A. Casey regarding WGN-TV ratings (0.2).

    J. Rademacher                                      15.40 hrs.

04/26/10     Preparations and meetings at FCC with S. Sheehan, Wiley representatives, J. Stenger and counsel for Angelo Gordon with offices of the Chairman and Commissioners Clyburn and Baker (2.2); review and revise comprehensive exhibit for FCC and update cross-ownership information (1.3).

    J. Feore                                           3.50 hrs.

04/26/10     Revise Tribune exhibits re Tribune structure and principals (2.4); prepare correspondence to L. Washburn re revised ownership information (0.4); confirm compliance of reported radio interests of director B. Hommel for Tribune information in comprehensive exhibit (0.9); review CARS application exhibits in preparation for filing (0.6); prepare for meeting with J. Stenger (FCC counsel to unsecured creditors' committee) re FCC approval process (0.5); telephone conference with FCC counsel for JPMorgan re remaining steps to filing of FCC applications (0.7); conference with J. Stenger (FCC counsel to unsecured creditors' committee) re status of preparation for filing FCC applications, proposed ownership structure, means to confirm foreign ownership compliance and related matters (1.0); revise exhibits and conferences with M. Heller (Wiley) re changes (1.9); review additional corporate information from S. Kelley (Tribune) and conform exhibits (1.8); review and analyze possible interests in Washington area broadcast stations by Tribune director (1.4).

    J. Logan                                           11.60 hrs.

04/26/10     Review and revise comprehensive exhibit (0.9); review re assembly and finalization of Hartford duopoly declarations (0.7); review and revise changes to Hartford duopoly waiver request (0.4); review and revise changes to Indianapolis waiver request (0.2); telephone conference with B. Kreisman (FCC) re form of applications (0.2); telephone conference with A. Casey re ratings info (0.1); telephone conference and exchange emails with J. Fiorini (Wilmer) re Hartford and Indianapolis changes and M. Fratrik (BIA) revisions (0.5); telephone conference with J. Bayes (Wiley) re finalization of waiver

requests and concluding sentence (0.3); revise same (0.9); exchange emails with J. Fiorini re "permit but disclose" request (0.1); review re investors' radio interests and effect on waivers (0.9); review C. Sennett Chicago changes (0.6); telephone conference with J. Stenger (Chadbourne) re status (0.1); telephone conference with J. Bayes re ratings/share info (0.3); telephone conference with A. Casey re same for Chicago (0.2); email to E. Washburn re status (0.2); review re additional radio-TV cross-ownership issues (0.9).
M. Swanson                                                   7.50 hrs.

04/26/10     Review changes to Chicago Internet usage chart.
M. Weber                                                     0.10 hrs.

04/26/10     Review other media interests for officers and directors of Tribune Company (2.8); revise ownership information for FCC exhibits (3.4).
R. Folliard III                                             6.20 hrs.

04/26/10     Research radio market for WMLF(FM), Watseka, IL and WFYR (FM), Elmwood, IL.
S. Anderson (Practice Group Professional)       0.50 hrs.

04/26/10     Revise International Bureau Form 312 assignment applications.
S. Marx (Paralegal)                                         2.50 hrs.

04/27/10     Preparation of FCC license assignment applications.
A. Mejia (Practice Group Professional)            7.50 hrs.

04/27/10     Review revised solicitation materials (1.2); correspondence with Sidley re same (0.4); revise FCC applications re company changes (1.3).
C. Burrow                                                    2.90 hrs.

04/27/10     Revise earth station assignment applications for Tribune Television Northwest, Inc., Channel 40, Inc., KIAH, Inc., KSWB, Inc., KTLA, Inc., Tribune Television Holdings, Inc., Tribune Television Company and Tribune Broadcast Holdings, Inc.(2.9); revise main station assignment applications for Tribune Television Northwest, Inc., Tribune Television Company, Tribune Television Holdings, Inc., Tribune Broadcast Holdings, Inc., WDCW Broadcasting, Inc., WGN Continental Broadcasting Company and Tribune Television New Orleans, Inc. (1.3)
C. Pena (Paralegal)                                         4.20 hrs.

04/27/10     Telephone conference with J. Rheim (lenders' counsel) regarding preparation of Hartford duopoly waiver request with FCC (0.5); preparation of confidentiality request for G. Mazzaferri declaration regarding same (0.3); telephone conference with A. Casey regarding February 2010 ratings for station combinations in New Orleans, Seattle and Indianapolis (0.2); correspondence with J. Bayes regarding preparation for filing of Chicago cross-ownership waiver request (1.2); preparation for filing of Indianapolis satellite waiver request with FCC (0.6); preparation for filing of New York cross-

ownership waiver request (2.0); preparation for filing of Los
Angeles cross-ownership waiver request (1.9); preparation for filing
of Chicago cross-ownership waiver request (2.0); preparation for
filing of Miami cross-ownership waiver request (1.8); preparation
for filing of Hartford cross-ownership waiver request (2.0);
preparation for filing of Hartford duopoly waiver request (0.7);
telephone conference with L. Washburn regarding filing of FCC
waiver applications (0.2); analysis of issues regarding attribution of
Red Zebra broadcasting to Tribune (0.4).
<br>
J. Rademacher                                              13.80 hrs.

| | |
|---|---|
| 04/27/10 | Telephone conferences with Wiley re final issues on FCC application processing and exhibits (1.2); telephone conference with S. Sheehan re FCC visits and follow-up (0.3); review waiver showings, FCC non-broadcast applications and shareholders re final filing (1.0). |

J. Feore                                                    2.50 hrs.

04/27/10            Revise comprehensive FCC exhibit (2.4); research re potential radio
interests of Tribune director in Tribune television market (1.6);
telephone conference with D. Liebetritt re director radio interests
(0.2); prepare correspondence to R. duTreil (company engineer) re
confirmation of service contours for analysis of cross-interests of
director (0.4); telephone conferences with FCC counsel to Red
Zebra re radio interests and attributable principals (0.4); telephone
conference with M. Heller (Wiley firm) re further proposed changes
to senior lender ownership information (0.6); prepare changes to
broadcast application and exhibit re interests of Tribune director in
Red Zebra (1.2); review Newport-News and Washington area
contours for Red Zebra radio properties (0.6); review exhibits and
application structure (1.8); review exhibits for non-broadcast
applications (0.8); conferences with L. Washburn (Tribune) re
clearance to file (0.6); telephone conference with W. Johnsen and M.
Heller re inability to obtain clearances from JPMorgan (0.4).
<br>
J. Logan                                                   11.00 hrs.

04/27/10            Review re M. Shapiro media interests and research re same (2.1);
telephone conference with E. Washburn re same (0.2); telephone
conferences with L. McCarty re data (0.1); telephone conferences
with R. duTreil, Jr. re preparation of technical analysis (0.3);
telephone conference with J. Bayes re station ratings and finalization
of Hartford and Indianapolis waiver requests (0.4); telephone
conference with B. Madden (Lerner) re Red Zebra representation
(0.2); telephone conference with N. Roisman (Wilkinson) re M.
Shapiro's Red Zebra interest (0.3); telephone conferences with A.
Casey re Indianapolis and Hartford ratings (0.3); research re same
(0.5); telephone conference with J. Bernstein (FCC) re FCC
decisions on contours relevant to ownership rules (0.2); review
comprehensive exhibit issues and changes (0.9); review decisions re
FCC contours (1.1); telephone conference with M. Heller (Wiley) re
ratings (0.2); telephone conference with J. Riehm (Wiley) re

May 25, 2010                                          Page 23

Tribune Company                                    Invoice 524786

|  | Hartford insert (0.2); review final Hartford and Indianapolis waivers (1.5); telephone conference with R. duTreil, Jr. re technical review (0.1); review same (0.4); email to N. Roisman re Red Zebra interests (0.2); telephone conference with N. Roisman re Red Zebra's "board" (0.4); telephone conference with E. Washburn re same (0.3); telephone conference with J. Bayes re status (0.2).<br>M. Swanson | 10.10 hrs. |
|---|---|---|
| 04/27/10 | Revise and finalize FCC exhibits for broadcast stations, earth stations and wireless stations (2.4); prepare radio/television cross-ownership study for M. Shapiro's interest in Red Zebra Broadcasting (1.8).<br>R. Folliard III | 4.20 hrs. |
| 04/27/10 | Review tracking chart for status of FCC applications (1.3); research and prepare chart of media voices in the Washington DC DMA (1.8); review filing procedures with paralegals (2.9); set up file for signature pages (0.2).<br>S. Anderson (Practice Group Professional) | 6.20 hrs. |
| 04/27/10 | Prepare assignment applications for International Bureau licenses held by Tribune Broadcast Holdings, Inc. (0.5), WGN Continental Broadcasting Company (0.5), Channel 39, Inc. (0.5), KWGN, Inc. (0.5), Tribune Television New Orleans, Inc. (0.5), WPIX, Inc. (0.5), Chicagoland Microwave License, Inc. (0.5); prepare assignment applications for Media Bureau licenses held by KIAH, Inc. (0.2), KPLR, Inc. (0.2), KTLA, Inc. (0.2), Channel 40, Inc.(0.2) and KSWB, Inc. (0.2).<br>S. Marx (Paralegal) | 4.50 hrs. |
| 04/28/10 | Finalize and file FCC Form license assignment applications for CARS stations held by Chicagoland Microwave Licensee (0.5); finalize and file FCC Form 603 wireless license assignment applications (8.0).<br>A. Mejia (Practice Group Professional) | 8.50 hrs. |
| 04/28/10 | Revise solicitation motion (0.5); telephone conferences with senior lenders' FCC counsel re FCC materials and filing requirements (0.6); revise materials for FCC applications (0.8).<br>C. Burrow | 1.90 hrs. |
| 04/28/10 | Revise and file earth station assignment applications for Tribune Television Northwest, Inc., Channel 40, Inc., KIAH, Inc., KSWB, Inc., KTLA, Inc., Tribune Television Holdings, Inc., Tribune Television Company and Tribune Broadcast Holdings, Inc. (5.1); revise and file main station assignment applications for Tribune Television Northwest, Inc., Tribune Television Company, Tribune Television Holdings, Inc., Tribune Broadcast Holdings, Inc., WDCW Broadcasting, Inc., WGN Continental Broadcasting Company and Tribune Television New Orleans, Inc. (3.0)<br>C. Pena (Paralegal) | 8.10 hrs. |
| 04/28/10 | Prepare Hartford duopoly waiver request for filing with FCC (1.1); |  |

May 25, 2010                                                      Page 24

Tribune Company                                          Invoice 524786

prepare Indianapolis satellite waiver request for filing with FCC
(0.4); prepare New York cross-ownership waiver request for filing
with FCC (0.7); prepare Los Angeles cross-ownership waiver
request for filing with FCC (0.7); prepare Chicago cross-ownership
waiver request for filing with FCC (1.6); prepare Miami cross-
ownership waiver request for filing with FCC (0.8); prepare
Hartford cross-ownership waiver request for filing with FCC (1.6);
telephone conference with D. Wiley, J. Bayes and M. Heller
(lenders' counsel regarding same (0.4); telephone conference with
M. Mullarkey (lenders' counsel) regarding same (0.2);
correspondence with J. Bayes regarding same (0.4); telephone
conference with M. Heller regarding same (0.3).
J. Rademacher                                    8.20 hrs.

04/28/10          Telephone conference with Wiley re FCC filings and meetings (0.6);
                  telephone conference with S. Sheehan re same (0.2); review final
                  edits re waivers (0.6); review changes in lenders' ownership
                  information (0.6); review issues re FCC application and fees for
                  non-broadcast applications (0.2).
                  J. Feore                                    2.20 hrs.

04/28/10          Review draft application exhibits for broadcast and non-broadcast
                  applications (1.8); review and complete final revisions to
                  comprehensive exhibit (1.7); prepare for telephone conference with
                  FCC counsel to secured lenders re completion of FCC filing (0.5);
                  meeting with J. Stenger (FCC counsel to unsecured creditors
                  committee) re FCC applications (0.8); review changes from senior
                  lenders on ownership information (0.6); conference with FCC
                  counsel to Red Zebra re additional information on possible interests
                  (0.5); review proposed changes to solicitation package from D.
                  Bergeron (Sidley) (1.2); prepare correspondence to D. Bergeron re
                  solicitation package and references to media ownership certification
                  (0.8); prepare correspondence to M. Heller (Wiley) re public notice
                  information (0.4); prepare correspondence to J. Langdon and L.
                  Washburn re application exhibit sections pertaining to Tribune (0.4):
                  review final applications and exhibits in preparation for filing (2.4):
                  pre-submission conference with M. Heller (FCC counsel to senior
                  lender) (0.4); complete and file "non-waivered" applications and
                  status reports to client (0.8); complete and file "waivered" broadcast
                  applications and status reports to client (0.5); complete and file non-
                  broadcast assignment applications and status reports to client (0.7).
                  J. Logan                                    13.50 hrs.

04/28/10          Review J. Fiorini (Wiley) email re Indianapolis waiver issue (0.2);
                  prepare for and meeting with J. Stenger (Chadbourne) re waiver
                  requests and FCC filing (0.9); prepare for and telephone conference
                  with R. Wiley, M. Heller and N. Johnson re FCC application
                  preparation and status (0.5); email to E. Washburn re same (0.2);
                  review changes to comprehensive exhibit (0.9); review re alien issue
                  (0.6); review and exchange emails with E. Washburn re potential
                  FTC merger guideline changes and effect on waivers (0.4); review re

|  |  |  |
|---|---|---|
|  | distribution of waiver requests to stations (0.4); telephone conference with K. Witanowski (FCC) re FCC workshop (0.3); review re finalization of waiver cites (0.5); email to E. Washburn re Palo Alto hearing (0.1). |  |
|  | M. Swanson | 5.00 hrs. |
| 04/28/10 | Prepare final version of FCC exhibits for broadcast, wireless and earth station applications. |  |
|  | R. Folliard III | 0.80 hrs. |
| 04/28/10 | Address FCC computer issues relating to generation of fee form (0.6); review comprehensive exhibit and final review of sample application (0.2); file applications for broadcast Media Bureau (6.4); revise status chart of application (1.5). |  |
|  | S. Anderson (Practice Group Professional) | 8.70 hrs. |
| 04/28/10 | Revise and file assignment applications for International Bureau licenses held by Tribune Broadcast Holdings, Inc. (0.9), WGN Continental Broadcasting Company (0.6), Channel 39, Inc. (0.7), KWGN, Inc. (0.6), Tribune Television New Orleans, Inc. (0.9), WPIX, Inc. (0.8) and Chicagoland Microwave License, Inc. (0.7); revise and file assignment applications for Media Bureau licenses held by KIAH, Inc. (0.6), KPLR, Inc. (0.6), KTLA, Inc. (0.6) |  |
|  | S. Marx (Paralegal) | 7.00 hrs. |
| 04/29/10 | Review and organization of confirmation copies and fee forms for FCC wireless and CARS microwave license assignment applications. |  |
|  | A. Mejia (Practice Group Professional) | 3.50 hrs. |
| 04/29/10 | Research re associated main station call sign for all private radio licenses held by Tribune subsidiaries (1.5); prepare earth station and main station assignment applications for circulation (1.3). |  |
|  | C. Pena (Paralegal) | 2.80 hrs. |
| 04/29/10 | Telephone conference with D. Liebentritt re filing of FCC applications (0.2); telephone conference with S. Sheehan re same (0.3); follow-up with FCC re applications and waivers and timing on applications (0.5); telephone conference with Wiley team and follow-up with Oaktree counsel re FCC applications, notice and processing (1.0). |  |
|  | J. Feore | 2.00 hrs. |
| 04/29/10 | Prepare correspondence to J. Stenger (counsel to unsecured creditors' committee) re inquiry concerning filing of applications (0.3); prepare correspondence to J. Stenger (counsel to unsecured creditors' committee) re FCC applications and comprehensive exhibit (0.2); review fee filing computation and procedures for FCC filings (1.3); prepare correspondence to L. Washburn (Tribune) re fee filing computation and procedures for FCC fee filing (0.4); prepare correspondence to J. Boelter (Tribune) re FCC application filings and arrangements for copies (0.5); prepare correspondence to L. Washburn (Tribune), M. Schneider (Sidley) and L. McCarty |  |

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |             |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|
|            | (Sidley) re local public notice (0.6); review and revise ownership information from FCC counsel to JPMorgan re senior lender disclosures for local public notice (0.4); review application exhibits re confirmation of reportable information for lender parties (0.8); prepare correspondence to FCC counsel for Oaktree, Angelo Gordon and JP Morgan re disclosures for ownership report (0.8). |             |
|            | J. Logan                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 5.30 hrs.   |
| 04/29/10   | Telephone conference with E. Washburn re public notice and copy issues (0.3); telephone conferences with B. Kreisman (FCC) re filing and copies (0.4); prepare for and telephone conference with E. Washburn, R. Michaels, S. Sheehan and D. Liebentritt re Palo Alto workshop (1.0); review re E. Hartenstein background (0.3); research and email to E. Washburn re previous workshop statements (0.5); exchange emails with R. Michaels re Palo Alto (0.1); correspondence to S. Sheehan re waiver filings (0.3). |             |
|            | M. Swanson                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | 2.90 hrs.   |
| 04/29/10   | Research re requirement to place EEO reports in the public file (0.3); review local public notice announcements for transferees of Tribune (0.6).                                                                                                                                                                                                                                                                                                                                           |             |
|            | R. Folliard III                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | 0.90 hrs.   |
| 04/29/10   | Proofread chart of application file numbers (0.5); reconfirm fees and create fee chart by Bureau (1.7); assemble applications for inclusion in station public files (2.3).                                                                                                                                                                                                                                                                                                                  |             |
|            | S. Anderson (Practice Group Professional)                                                                                                                                                                                                                                                                                                                                                                                                                                                  | 4.50 hrs.   |
| 04/29/10   | Prepare final versions of filed International Bureau Form 312 and Media Bureau Form 314 assignment applications.                                                                                                                                                                                                                                                                                                                                                                            |             |
|            | S. Marx (Paralegal)                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 1.30 hrs.   |
| 04/30/10   | Research regarding promotions issues impacting Tribune radio stations.                                                                                                                                                                                                                                                                                                                                                                                                                     |             |
|            | A. Christopher                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 2.40 hrs.   |
| 04/30/10   | Preparation of materials for client review regarding FCC waiver requests (0.3); organization of files for FCC waiver request materials (0.7).                                                                                                                                                                                                                                                                                                                                              |             |
|            | J. Rademacher                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | 1.00 hrs.   |
| 04/30/10   | Review FCC notices and updates on Angelo Gordon and Oaktree ownership (0.5); telephone conference with Wiley re follow-up at FCC (0.3).                                                                                                                                                                                                                                                                                                                                                     |             |
|            | J. Feore                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.80 hrs.   |
| 04/30/10   | Telephone conference with J. Stenger (FCC counsel to unsecured creditors committee) re application filing and factors influencing public notice date (0.4); review and revise local public notice draft re Tribune-related interests (0.9); prepare correspondence to FCC counsel to JPMorgan, Oaktree and Angelo Gordon re local public notice procedures (0.8); prepare correspondence to L. Washburn (Tribune) and M. Schneider and L. McCarty (Sidley) re local public |             |

May 25, 2010                                                                        Page 27

Tribune Company                                                          Invoice 524786

notice matters (0.8); review and analyze foreign ownership allotment
approach advanced by Angelo Gordon and Oaktree in analogous
bankruptcy proceeding (1.1); review fee filing procedures and
submissions (0.6).
J. Logan                                              4.60 hrs.

04/30/10        Exchange emails with R. Michaels re E. Hartenstein testimony (0.1);
                exchange emails with S. Sheehan re same and waiver copies (0.1);
                email to K. Witanowski (FCC) re E. Hartenstein participation (0.1);
                exchange emails with E. Washburn re selection of Palo Alto panels
                (0.3); email to K. Witanowski re same (0.1); review and finalize
                notebooks for FCC, J. Stenger and E. Washburn (0.3); review and
                email to E. Washburn re A. Wilson (Cox) testimony (0.2);
                correspondence to E. Washburn and J. Stenger re final waiver copies
                (0.1).
                M. Swanson                                           1.30 hrs.

04/30/10        Review section of local public notice announcements for Tribune
                Company.
                R. Folliard III                                      0.30 hrs.

04/30/10        Prepare fee forms for FCC application filing.
                S. Anderson (Practice Group Professional)            8.00 hrs.

04/30/10        Review and revise Form 159 fee filing forms for International
                Bureau assignment applications.
                S. Marx (Paralegal)                                  1.50 hrs.

04/30/10        Research regarding promotions issues impacting Tribune radio
                stations (1.0); telephone conference with S. Karotti and J. Roberts
                (Tribune) re same (0.5).
                S. Underwald                                         1.50 hrs.

BILLING SUMMARY

|                | Hours  |
|----------------|-------:|
| BURROW         | 60.20  |
| FEORE          | 48.20  |
| LOGAN          | 163.10 |
| SWANSON        | 122.80 |
| UNDERWALD      | 1.50   |
| RADEMACHER     | 131.30 |
| CHRISTOPHER    | 2.40   |
| FOLLIARD III   | 21.10  |
| WEBER          | 8.40   |
| ANDERSON       | 60.80  |
| MEJIA          | 43.70  |
| MARX           | 20.30  |
| PENA           | 18.50  |
| TOTAL          | 702.30 |

May 25, 2010                                                    Page 28

Tribune Company                                         Invoice 524786


Fees for Professional Services ..................................................... $        351,014.50

    INFORMATION SERVICES                    $            41.57
    OVERTIME - SECRETARIAL                   $         1,041.32
    REPRODUCTION                             $         1,369.60
    TELEPHONE                                $            40.32
    WESTLAW INFORMATION SERVICE              $            56.82

Total Reimbursable Costs............................................................ $          2,549.63
Total Current Billing For This File............................................... $        353,564.13


Our File # 08656.0101          For Services Through April 30, 2010
Retention and Fee Applications


| 04/02/10 | Preparation of 3d interim fee application. | |
| | C. Meazell | 0.30 hrs. |
| 04/05/10 | Research regarding 3d interim fee application (1.1); preparation of same (1.6). | |
| | C. Meazell | 2.70 hrs. |
| 04/06/10 | Preparation of 10th monthly fee application. | |
| | C. Meazell | 1.20 hrs. |
| 04/13/10 | Preparation of 3d interim fee application (1.7); preparation of correspondence to Delaware counsel regarding same (0.3); preparation of 10th monthly fee application (2.6). | |
| | C. Meazell | 4.60 hrs. |
| 04/16/10 | Preparation of 10th monthly fee application. | |
| | C. Meazell | 1.30 hrs. |
| 04/22/10 | Preparation of 10th monthly fee application. | |
| | C. Meazell | 1.30 hrs. |
| 04/23/10 | Preparation of final 10th monthly fee application (4.4); preparation of correspondence to Delaware counsel regarding same (0.3). | |
| | C. Meazell | 4.70 hrs. |
| 04/26/10 | Correspondence with fee examiner regarding 10th monthly fee application. | |
| | C. Meazell | 0.40 hrs. |

BILLING SUMMARY

Hours

May 25, 2010                                           Page 29

Tribune Company                                        Invoice 524786

MEAZELL                      16.50
TOTAL                        16.50

Fees for Professional Services ........................................................ $        6,600.00

REPRODUCTION                        $        13.40

Total Reimbursable Costs .............................................................. $        13.40
Total Current Billing For This File ................................................ $     6,613.40

Total Current Billing for This Invoice ........................................... $    360,177.53

# ✺ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law                                                    T  202.776.2000  F  202.776.2222
Washington, DC  |  Atlanta, GA

---

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

May 25, 2010

Tribune Company                                                                  Invoice 524786
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100          For Services Through April 30, 2010
FCC/Broadcast Matters
      Total Current Billing for This Invoice ........................................................ $          353,564.13

Our File # 08656.0101          For Services Through April 30, 2010
Retention and Fee Applications
      Total Current Billing for This Invoice ........................................................ $              6,613.40

      Total Current Billing for This Invoice ........................................................ $          360,177.53

# REMITTANCE COPY

Wire Instructions:

    Bank Name: Wachovia Bank, N.A.
    ABA Routing #:  0540-0122-0
            1300 I Street, NW
            Washington, DC  20005
    Account Name: Dow Lohnes Main Operating Account
    Account #: 2000026604103
    Swift Code: PNBPUS33
    Reference: Client/Matter # and Invoice#

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## APRIL 1 - APRIL 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 1,383.00 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 41.57 |
| Secretarial Overtime | | 1,041.32 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Tolls | | 40.32 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 56.82 |
| **Total** | | **2,563.03** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.