# Notice Recipients

District/Off: 0311−1            User: Al                Date Created: 5/24/2010
Case: 08−13141−KJC         Form ID: ntcBK          Total: 11

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee        USTPREGION03.WL.ECF@USDOJ.GOV
aty       Bryan Krakauer          bkrakauer@sidley.com
aty       Michael A. Henry         mhenry@grossmcginley.com

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Tribune Company         435 N. Michigan Avenue         Chicago, IL 60611
aty       Carl D. Neff      Ciardi Ciardi &Astin       919 N. Market Street       Suite 700        Wilmington, DE 19801
          U.S.A.
aty       J. Kate Stickles        Cole, Schotz, Meisel, Forman &Leonard,       500 Delaware Avenue, Suite
          1410       Wilmington, DE 19801
aty       James F. Conlan        Sidley Austin LLP       One South Dearborn Street       Chicago, IL 60603
aty       Jared D. Zajac       McDermott Will &Emery LLP        340 Madison Avenue        New York, NY 10173−0002
aty       Norman L. Pernick        Cole, Schotz, Meisel, Forman &Leonard,       500 Delaware Avenue,Suite
          1410       Wilmington, DE 19801
aty       Patrick J. Reilley        Cole, Schotz, Meisel, Forman &Leonard,       500 Delaware Avenue, Suite
          1410       Wilmington, DE 19801
aty       Patrick Theodore Garvey        Johnson &Bell, Ltd       33 W. Monroe, Suite 2700        Chicago, IL 60603

                                                                    TOTAL: 8