# EXHIBIT C

*Corporate Organizational Chart*



Organization Chart — Tribune Company