# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### April 1, 2010 through April 30, 2010

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 66.40 | $26,530.00 |
| Committee Meetings | 003 | 105.50 | 65,570.00 |
| Creditor Communications | 004 | 4.00 | 2,866.00 |
| Business Operations | 007 | 167.20 | 84,716.00 |
| Claims Administration/Bar Date | 009 | 32.00 | 15,242.00 |
| Fee/Retention Applications | 010 | 73.30 | 30,759.00 |
| Plan and Disclosure Statement | 011 | 305.30 | 207,226.50 |
| Tax Issues | 016 | 27.30 | 18,109.00 |
| General Litigation | 017 | 558.00 | 364,625.50 |
| Non-Working Travel* | 018 | 10.50 | 3,119.75 |
| Review of Pre-Petition Financings | 019 | 220.90 | 99,497.00 |
| **Total** | | **1,570.40** | **$918,260.75** |

\* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   1
```

                              For Services Through April 30, 2010

  Our Matter #19804.002
              BANKRUPTCY GENERAL


| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 04/01/10 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.3); prepare updated calendar in accordance with same (.2). | 0.70 hrs. |
| 04/02/10 | D. E. DEUTSCH | Review court postings (.2); review last three daily reports, pleadings therein and updated calendar (.4). | 0.60 hrs. |
| 04/05/10 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 04/05/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); periodic monitoring of docket sheet re: Wilmington Trust objection (.40). | 1.20 hrs. |
| 04/06/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.60). | 1.20 hrs. |
| 04/06/10 | D. E. DEUTSCH | Meeting with David LeMay to discuss various case matters (.2); prepare agenda for Wednesday's meeting with Debtors' professionals (.2). | 0.40 hrs. |
| 04/07/10 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry (Debtors' counsel) re: various case matters (.2); prepare for meeting with Debtors' professionals (.4); participate in weekly meeting with Chadbourne team and Debtors' lawyers (.6). | 1.20 hrs. |
| 04/07/10 | M. ROITMAN | Participate in weekly call with Debtors' Professionals (0.7). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

04/07/10    D. BAVA          Review and analysis of docket        0.80 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.40); review, revise and finalize
                             case calendar based on current
                             docket entries (.20); post certain
                             materials to Intralinks (.20).

04/08/10    D. BAVA          Review and analysis of docket        2.90 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.60); review, revise and finalize
                             case calendar based on current
                             docket entries (.20); post certain
                             materials to Intralinks (.80);
                             conferences with D. Deutsch re:
                             hearing preparation (.30); review
                             calendar re: April 13, 2010 agenda
                             items (.20) and prepare
                             corresponding pleadings for
                             hearing (.80).

04/08/10    D. E. DEUTSCH    Review last several pleading         1.00 hrs.
                             reports, pleadings therein and
                             calendar (.4); discuss action
                             items related to next week's
                             hearing with David Bava (.2);
                             discuss preparation of overview on
                             multiple motions scheduled for
                             next week's hearing with Ted Zink
                             and Frank Vazquez (.4).

04/09/10    D. E. DEUTSCH    Review news articles re: plan        0.20 hrs.
                             status and dispute with Wilmington
                             Trust (.2).

04/09/10    D. BAVA          Review and analysis of docket        3.80 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.40); review, revise and finalize
                             case calendar based on current
                             docket entries (.20); prepare
                             materials for attorney for court
                             hearing (3.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     May 23, 2010
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    3

| | | | |
|---|---|---|---|
| 04/11/10 | M. ROITMAN | Review Notice of Agenda of Matters Scheduled for Hearing on April 13, 2010 and all relevant pleadings in preparation for April 13, 2010 hearing (2.9); Correspond with D. Deutsch re: same (0.4). | 3.30 hrs. |
| 04/12/10 | M. ROITMAN | Continued review of relevant pleadings in preparation for April 13, 2010 hearing (1.4); Conference call with Chadbourne team re: Planning for 4/13 Hearing (1.0). | 2.40 hrs. |
| 04/12/10 | D. E. DEUTSCH | Review various court filings (.3); review last Friday's daily pleading report, pleadings therein and calendar (.2). | 0.50 hrs. |
| 04/12/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); periodically monitor docket sheet re: Wilmington Trust response (.40); preparation of Debtors' Disclosure Statement for distribution (.40); post certain materials to Intralinks (.20). | 1.60 hrs. |
| 04/12/10 | Y. YOO | Reviewed and analysis related to Hennigan Bennet and Young Conaway for Rule 2019 Disclosure compliance (1.9); corresponded by email with Howard Seife and Douglas Deutsch re: same (.5). | 2.40 hrs. |
| 04/13/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); prepare additional sets of disclosure statement (.80); post certain materials to Intralinks (.30). | 1.70 hrs. |
| 04/13/10 | D. M. LeMAY | Review all latest court filings. | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 04/13/10 | D. E. DEUTSCH | Work on updating action item list (.4); review court postings (.2). | 0.60 hrs. |
| 04/13/10 | M. ROITMAN | Review additional pleadings in preparation for April 13, 2010 hearing (1.4), participate in hearing before Judge Carey at U.S. Bankruptcy Court for the District of Delaware (2.6); conference with H. Seife, D. LeMay, and T. Zink following hearing (0.3); Draft agenda for 4/14 Debtor Professionals conference call (1.2); Review and revise email to Committee re: summary of 4/13 Hearing (0.8); Correspond with D. Deutsch re: same (0.3). | 6.60 hrs. |
| 04/14/10 | M. ROITMAN | Preparation for (0.1) and participate in weekly call with Debtors' professionals conference call (0.3); Confer with H. Seife and D. Deutsch after meeting on certain case issues (0.4); Draft summary of Dispositions of contested matters at April 13, 2010 Hearing (2.4). | 3.20 hrs. |
| 04/14/10 | D. E. DEUTSCH | Prepare for weekly meeting with Debtors' professionals re: case matters (.5); participate in same (.3). | 0.80 hrs. |
| 04/14/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs. |
| 04/15/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (1.40). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5

| | | | |
|---|---|---|---|
| 04/15/10 | D. E. DEUTSCH | Review last two pleading reports, pleadings therein and calendar (.3). | 0.30 hrs. |
| 04/16/10 | D. E. DEUTSCH | Exchange e-mails with Adam Landis re: Monday's hearing matters (.2); e-mails with Matt McGuire re: Monday's hearing (.2). | 0.40 hrs. |
| 04/16/10 | M. ROITMAN | Review docket (0.3) and correspond with D. LeMay re: matters scheduled for hearing April 19, 2010 (0.3); | 0.60 hrs. |
| 04/16/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (.30); conference with E. Daucher re: 2010 committee meeting minutes (.10); review Intralinks re: meeting minutes posted for meetings in 2010 (.20). | 1.50 hrs. |
| 04/19/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 04/19/10 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
| 04/19/10 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and calendar (.3); exchange e-mails with David LeMay re: today's court hearing and other matters (.2). | 0.50 hrs. |
| 04/20/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


                              materials to Intralinks (.10).

04/20/10   M. ROITMAN         Draft email to Debtors' counsel         0.20 hrs.
                              re: 4/21 conference call (0.2).

04/21/10   D. BAVA            Review and analysis of docket           0.60 hrs.
                              sheets, including Neil district
                              court litigation and adversary
                              proceeding re: daily case activity
                              (.40); review, revise and finalize
                              case calendar based on current
                              docket entries (.20).

04/21/10   D. E. DEUTSCH      Review last two pleading reports,       0.40 hrs.
                              pleadings therein and calendar
                              (.3); discuss general case action
                              items with David LeMay (.1).

04/22/10   D. E. DEUTSCH      Call with Adam Landis re: various       0.40 hrs.
                              case/Committee matters (.2);
                              exchange e-mails with Marc Roitman
                              re: Committee posting notes (.2).

04/22/10   D. BAVA            Review and analysis of docket           1.80 hrs.
                              sheets, including Neil district
                              court litigation and adversary
                              proceeding re: daily case activity
                              (.40); review, revise and finalize
                              case calendar based on current
                              docket entries (.20); post certain
                              materials to Intralinks (1.20).

04/23/10   D. BAVA            Review and analysis of docket           1.20 hrs.
                              sheets, including Neil district
                              court litigation and adversary
                              proceeding re: daily case activity
                              (.80); review, revise and finalize
                              case calendar based on current
                              docket entries (.40).

04/26/10   D. BAVA            Review and analysis of docket           1.30 hrs.
                              sheets, including Neil district
                              court litigation and adversary
                              proceeding re: daily case activity
                              (.60); review, revise and finalize
                              case calendar based on current
                              docket entries (.20); post certain
                              materials to Intralinks (.50).

| 04/26/10 | D. E. DEUTSCH | Review last two pleading reports, pleadings therein and court calendar (.5). | 0.50 hrs. |
|---|---|---|---|
| 04/27/10 | M. ROITMAN | Draft agenda for 4/28 Debtor Professional conference call (0.3). | 0.30 hrs. |
| 04/27/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 04/27/10 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 04/28/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); Intralinks maintenence re: add additional party to workspace (.20); post certain materials to Intralinks (1.40). | 2.60 hrs. |
| 04/28/10 | M. ROITMAN | Participate in 4/28 Debtor Professional conference call (0.3). | 0.30 hrs. |
| 04/28/10 | D. E. DEUTSCH | Prepare for meeting with Debtors' bankruptcy team (.2); hold weekly call with Debtors' team (.4); review daily reports for last two days, pleadings therein and calendar (.4). | 1.00 hrs. |
| 04/29/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (1.10); review, revise and finalize case calendar based on current docket entries (.40); revise meeting and events calendar (.20); review files re: document depository order (.20); review files and certain pleadings re: participants in document | 2.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    8
```

depository (.40).

| 04/30/10 | H. LAMB | Review Court dockets (.2); prepare daily report of new pleadings filed (.4); prepare updated case calendar in accordance with same (.4). | 1.00 hrs. |

**TOTAL DUE FOR THIS MATTER.....................................  $26,530.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 5.20 | 4446.00 |
| D. E. DEUTSCH | 695.00 | 8.80 | 6116.00 |
| D. BAVA | 270.00 | 30.70 | 8289.00 |
| H. LAMB | 270.00 | 1.70 | 459.00 |
| M. ROITMAN | 355.00 | 17.60 | 6248.00 |
| Y. YOO | 405.00 | 2.40 | 972.00 |
| TOTALS | | 66.40 | 26530.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through April 30, 2010

Our Matter #19804.003
         COMMITTEE MEETINGS


| | | | |
|---|---|---|---|
| 04/01/10 | M. ROITMAN | Draft email to Committee re: 4/5 special Committee Meeting agenda/schedule (0.4) | 0.40 hrs. |
| 04/02/10 | M. ROITMAN | Correspond with H. Lamb and D. Deutsch re: 4/5 Committee meeting matter (0.1); Meet with D. Deutsch re: Committee meeting minutes (0.2); | 0.30 hrs. |
| 04/02/10 | D. E. DEUTSCH | Review and edit minutes for January 2010 Committee meeting (.9). | 0.90 hrs. |
| 04/05/10 | Y. YOO | Corresponded by email with Committee Professionals re: agenda for conference call scheduled 4/6/10 (.4). | 0.40 hrs. |
| 04/05/10 | D. E. DEUTSCH | Draft memorandum to Committee re: status of matters (.3); draft agenda for tomorrow's meeting of all Committee professionals (.2); discuss action items related to tomorrow's Committee professional meeting with Young Yoo (.2). | 0.70 hrs. |
| 04/06/10 | D. E. DEUTSCH | Prepare for today's meeting with Committee professionals (.3); participate in related meeting with Committee professionals (.4); hold follow-up meeting with Chadbourne team re: various action matters (.2); exchange e-mails with Wayne Smith (Committee co-chair) re: Thursday's Committee meeting matters (.3); call with Miriam Kulnis re: same (.2); draft memorandum to Committee re: Thursday's Committee meeting (.2); review materials and prepare detailed outline of discussion points for Thursday's Committee meeting (.4) and agenda for Thursday's Committee meeting (.2). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

May 23, 2010
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 04/06/10 | R. J. GAYDA | Attend conference call of Committee professionals (.5); meeting w H. Seife, T. Zink, D. Deutsch and Y. Yoo after call (.3). | 0.80 hrs. |
| 04/06/10 | R. A. SCHWINGER | Attend LBO professionals meeting to address discovery issues (0.6). | 0.60 hrs. |
| 04/06/10 | Y. YOO | Attended Committee Professionals conference call (.5); corresponded by email with Debtors' counsel re: draft agenda for conference call with Debtors (.4); corresponded by email with Committee chairs re: draft agenda for in-person meeting with Committee (.2). | 1.10 hrs. |
| 04/07/10 | M. ROITMAN | Revise agenda for 4/8 Creditors' Committee Meeting (0.5); Draft email to Wilmington Trust and Brown Rudnick re: 4/8 Committee meeting (0.3); Meet with D. Deutsch re: same (0.1). | 0.90 hrs. |
| 04/07/10 | D. E. DEUTSCH | Exchange e-mails with Committee chairs re: tomorrow's Committee meeting matters (.3); exchange e-mails with Helen Lamb and Marc Roitman re: member participation in certain parts of meeting (.2); exchange e-mails with Helen Lamb re: materials for tomorrow's meeting (.2). | 0.70 hrs. |
| 04/07/10 | H. LAMB | Conferences (.2) and emails with M.Roitman and D.Deutsch (.2) regarding 4/8 in-person Committee meeting;preparation of materials for meeting (1.1). | 1.50 hrs. |
| 04/07/10 | H. SEIFE | Preparation for Committee meeting. | 2.30 hrs. |
| 04/08/10 | H. SEIFE | Preparation for Committee meeting (1.6); attend in-person meeting with Committee (3.4). | 5.00 hrs. |
| 04/08/10 | D. E. DEUTSCH | Review materials from AlixPartners for today's Committee meeting (.6); participate in Committee meeting (3.3); conferences with Committee members (Craig Yamaoka, Jay Teitelbaum and Bill Niese) re: | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   3

|            |               |                                                                                                                                 |           |
|------------|---------------|---------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |               | various items raised during today's Committee meeting (.4).                                                                      |           |
| 04/08/10   | D. M. LeMAY   | Participate in in-person Committee meeting (3.2).  Follow up w/H. Seife re same (.3).                                             | 3.50 hrs. |
| 04/08/10   | H. LAMB       | Conferences with H.Seife, D.Deutsch, D.LeMay regarding Committee meeting issues (.6); prepare materials for Committee meeting (1.2). | 1.80 hrs. |
| 04/08/10   | M. ROITMAN    | Take minutes at 4/8 Creditors' Committee meeting (3.4)                                                                           | 3.40 hrs. |
| 04/08/10   | A. HANESSIAN  | Preparation of materials for in-person committee meeting                                                                         | 0.50 hrs. |
| 04/12/10   | D. E. DEUTSCH | Exchange e-mails with Ted Zink and Marc Roitman re: Thursday agenda item for Committee (.1).                                     | 0.10 hrs. |
| 04/12/10   | M. ROITMAN    | Revise January Committee Meeting Minutes (1.3)                                                                                   | 1.30 hrs. |
| 04/13/10   | M. ROITMAN    | Draft agenda for 4/15 Creditors' Committee Meeting (0.5); Draft email to Committee re: change of 4/15 Creditors' Committee schedule/agenda (0.6). | 1.10 hrs. |
| 04/14/10   | M. ROITMAN    | Revise agenda for Creditors' Committee Meeting (0.3); Correspond with H. Seife and D. Deutsch re: confidentiality issues at Committee meeting (0.3). | 0.60 hrs. |
| 04/14/10   | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: Thursday's Committee meeting (.2); discuss agenda and presentation outline for tomorrow's Committee meeting with Howard Seife (.2); e-mail Ted Zink and Frank Vazquez re: presentation materials for tomorrow's Committee meeting (.2). | 0.60 hrs. |
| 04/14/10   | H. SEIFE      | Preparation for Committee meeting.                                                                                              | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4


| 04/15/10 | H. SEIFE | Prepare for Committee meeting (2.7); telephonic meeting with Committee (1.6). | 4.30 hrs. |
| 04/15/10 | D. E. DEUTSCH | Outline notes for Committee meeting (.4); review materials to prepare for Committee meeting (.3); participate in Committee meeting (1.6). | 2.30 hrs. |
| 04/15/10 | M. ROITMAN | Review 3/31 and 4/8 minutes in preparation for Committee meeting (0.2); Take minutes at 4/15 Creditors' Committee meeting (1.4); Revise 1/28 Committee meeting minutes (0.6) | 2.20 hrs. |
| 04/15/10 | H. LAMB | Prepare materials for today's Committee conference call. | 0.90 hrs. |
| 04/15/10 | D. M. LeMAY | Prepare for (.3) and attend (1.5) telephonic meeting of the Committee. | 1.80 hrs. |
| 04/15/10 | M. D. ASHLEY | Attended telephonic Committee meeting regarding Wilmington Trust examiner motion and related issues (.8). | 0.80 hrs. |
| 04/15/10 | N. T. ZINK | Prepare for (1.2) and attend part of Committee conference call on examiner issues (.9). | 2.10 hrs. |
| 04/16/10 | M. ROITMAN | Revise minutes for Committee meetings held in February (.9). | 0.90 hrs. |
| 04/17/10 | D. E. DEUTSCH | Review and provide comments on minutes from two Committee meetings (.9). | 0.90 hrs. |
| 04/18/10 | M. ROITMAN | Review and revise minutes for February Committee meetings. | 2.10 hrs. |
| 04/19/10 | M. ROITMAN | Review notes and other material and draft agenda for 4/20 Committee Professionals' conference call. | 0.80 hrs. |
| 04/20/10 | M. ROITMAN | Draft email to Committee re: cancellation of Committee meeting schedule (0.3) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 23, 2010
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    5


| 04/20/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman and David LeMay re: Committee meeting matters (.3). | 0.30 hrs. |
| 04/20/10 | D. M. LeMAY | Attend weekly meeting of Committee professionals. | 0.70 hrs. |
| 04/21/10 | M. ROITMAN | Correspond with D. Deutsch re: 4/29 Committee meeting issue (0.2); Correspond with R. Paul and K. Bromberg re: upcoming Committee meetings (0.3). | 0.50 hrs. |
| 04/22/10 | M. ROITMAN | Meet with D. Deutsch re: Committee Meeting Minutes (0.2) | 0.20 hrs. |
| 04/22/10 | D. E. DEUTSCH | Review and edit minutes from February meetings (1.0); discuss follow-up on minutes iwth M.Roitman (.2). | 1.20 hrs. |
| 04/23/10 | M. ROITMAN | Revise minutes for two February Committee meetings (1.50). | 1.50 hrs. |
| 04/25/10 | M. ROITMAN | Draft Minutes for March 4th (1.2) and March 11th (1.8) Committee Meetings | 3.00 hrs. |
| 04/25/10 | D. E. DEUTSCH | Review and edit minutes from last two meetings in February (.7). | 0.70 hrs. |
| 04/26/10 | D. E. DEUTSCH | Edit agenda for meeting of Committee professionals (.2); review first two meeting minutes from March and edit same (1.2); discussions with Marc Roitman re: follow-up issue on same (.2). | 1.60 hrs. |
| 04/26/10 | M. ROITMAN | Draft agenda for 4/27 Committee Professionals' conference call (0.5); Draft agenda for 4/29 Creditors' Committee meeting (0.6); Revise minutes for February Committee meetings (1.5) and draft email to Committee re: same (0.2); Revise minutes for several Committee meetings held in early March (1.9); Draft minutes for further March Committee meetings (2.7). | 7.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| | | | |
|---|---|---|---|
| 04/27/10 | M. ROITMAN | Attendance at Committee Professionals' Conference Call (0.9);  participate in follow-up meeting iwth Chadbourne team only (0.5); Draft email to Committee re: Thursday, April 29 Committee Meeting (0.4); Draft minutes for several further MarchCommittee meetings (2.3); Revise agenda for 4/29 Creditors' Committee meeting (0.4). | 4.50 hrs. |
| 04/27/10 | D. E. DEUTSCH | Prepare for (.2) and participate in call with Committee professionals (1.0); exchange e-mails with Marc Roitman re: notice to Committee (.1). | 1.30 hrs. |
| 04/27/10 | M. D. ASHLEY | Attend portion of professionals' call regarding status of bankruptcy proceedings (.6). | 0.60 hrs. |
| 04/27/10 | H. SEIFE | Preparation for in-person Committee meeting. | 1.70 hrs. |
| 04/27/10 | R. A. SCHWINGER | Attend LBO professionals conference call to address discovery and Wilmington Trust issues (0.6); follow-up internal discussions re same (0.4). | 1.00 hrs. |
| 04/27/10 | R. J. GAYDA | Attend Committee professional call re 4/29 meeting and plan and disclosure statement issues (1.1). | 1.10 hrs. |
| 04/28/10 | H. SEIFE | Preparation of Committee meeting and presentation on plan and examiner. | 2.50 hrs. |
| 04/28/10 | D. E. DEUTSCH | Review and edit minutes from eight special Committee meetings in March (1.9); two meetings with Marc Roitman to discuss matters scheduled for tomorrow's Committee meeting (.2). | 2.10 hrs. |
| 04/28/10 | M. ROITMAN | Revise minutes for all March 2010 Committee meetings (1.4) | 1.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    7
```

| 04/28/10 | H. LAMB | Preparation of materials for 4/29 in-person Committee meeting (1.8); conferences with D.Deutsch, M. Roitman regarding materials for meeting (.3). | 2.10 hrs. |
|----------|---------|---|-----------|
| 04/29/10 | J. A. STENGER | Attend part of Creditor Committee meeting to make report on FCC matters (1.4). | 1.40 hrs. |
| 04/29/10 | M. ROITMAN | Review 4/8 and 4/15 minutes in preparation for Committee meeting (0.5); Take minutes at 4/15 Creditors' Committee meeting (1.8). | 2.30 hrs. |
| 04/29/10 | D. E. DEUTSCH | Participate in part of Committee meeting on general case matters and FCC issues (1.3). | 1.20 hrs. |
| 04/29/10 | D. M. LeMAY | Prepare for (1.6) and participate in (1.9) in-person meeting of the Committee. | 3.50 hrs. |
| 04/29/10 | H. SEIFE | Preparation for Committee meeting (1.6); conduct in-person Committee meeting (2.9). | 4.50 hrs. |
| 04/30/10 | D. M. LeMAY | T/c w/Jay Teitelbaum regarding yesterday's meeting. | 0.20 hrs. |

TOTAL DUE FOR THIS MATTER.....................................    $65,570.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    8
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 9.70 | 8293.50 |
| H. SEIFE | 965.00 | 22.90 | 22098.50 |
| N. T. ZINK | 795.00 | 2.10 | 1669.50 |
| R. A. SCHWINGER | 785.00 | 1.60 | 1256.00 |
| J. A. STENGER | 495.00 | 1.40 | 693.00 |
| M. D. ASHLEY | 645.00 | 1.40 | 903.00 |
| D. E. DEUTSCH | 695.00 | 21.10 | 14664.50 |
| A. HANESSIAN | 185.00 | .50 | 92.50 |
| R. J. GAYDA | 595.00 | 1.90 | 1130.50 |
| H. LAMB | 270.00 | 6.30 | 1701.00 |
| M. ROITMAN | 355.00 | 35.10 | 12460.50 |
| Y. YOO | 405.00 | 1.50 | 607.50 |
| TOTALS | | 105.50 | 65570.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through April 30, 2010

Our Matter #19804.004
            CREDITOR COMMUNICATIONS


| | | | |
|---|---|---|---|
| 04/06/10 | D. E. DEUTSCH | Call with Committee member (Bill Salganik) re: Thursday's meeting/various case matters (.2); exchange e-mails with Gabrielle Davis (Committee member) re: Thursdays' meeting (.1). | 0.30 hrs. |
| 04/06/10 | H. SEIFE | Review of J.Teitelbaum memo on retiree claims. | 0.70 hrs. |
| 04/07/10 | H. SEIFE | Telephone conferences J.Teitelbaum regarding claims. | 0.50 hrs. |
| 04/07/10 | D. E. DEUTSCH | Review and respond to inquiry from Craig Yamaoka (.1). | 0.10 hrs. |
| 04/12/10 | M. ROITMAN | Draft email to Creditors' Committee re: Disclosure Statement and Plan of Reorganization (0.3); Draft email to Creditors' Committee re: Wilmington Trust's Motion for Leave to File Response (0.2) | 0.50 hrs. |
| 04/15/10 | D. E. DEUTSCH | Telephone conversation with GC of a general unsecured creditor (Deborah Donovan) (.2). | 0.20 hrs. |
| 04/19/10 | D. E. DEUTSCH | Call with PBGC counsel re: today's hearing/related matters (.2). | 0.20 hrs. |
| 04/21/10 | D. E. DEUTSCH | Review inquiries from Committee member (Buena Vista) re: next Committee meeting matters (.1); e-mail Helen Lamb and Marc Roitman re: action items related to same (.2). | 0.30 hrs. |
| 04/22/10 | D. E. DEUTSCH | Review and respond to inquiry from Committee member's counsel (Michael Reynolds) (.1); exchange e-mails re: inquiry from Committee member's counsel (David Adler) (.2). | 0.30 hrs. |
| 04/26/10 | D. E. DEUTSCH | Exchange e-mails with Gabrielle Davis (Committee member) re: upcoming meeting/case matters (.2). | 0.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| 04/28/10 | D. E. DEUTSCH | Call with Committee member counsel (David Adler) re: various case matters (.4); call with Bill Niese re: tomorrow's Committee meeting (.1). | 0.50 hrs. |
| 04/28/10 | M. ROITMAN | Draft email to Committee re: FCC memo (0.2). | 0.20 hrs. |

**Total Fees for Professional Services.............. $2,866.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 1.20 | 1158.00 |
| D. E. DEUTSCH | 695.00 | 2.10 | 1459.50 |
| M. ROITMAN | 355.00 | .70 | 248.50 |
| TOTALS | | 4.00 | 2866.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                                    For Services Through April 30, 2010

Our Matter #19804.007
            BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 04/01/10 | J. A. STENGER | Office conference with D. Deutsch regarding revisions to memo on FCC compliance issues with Plan (0.5); office conference with M. Strand regarding additional research (0.3); research regarding same (1.5). | 2.30 hrs. |
| 04/01/10 | M. STRAND | Office conferences and e-mail w/J. Stenger RE: Tribune research and memo (.7); research FCC precedent on Class B warrant structures (2.7). | 3.40 hrs. |
| 04/01/10 | D. E. DEUTSCH | Review analysis on FCC issues and plan (1.9); conference with James Stenger to discuss same (.5). | 2.40 hrs. |
| 04/02/10 | D. E. DEUTSCH | Review AlixPartners' report on Debtors' business operations (.2). | 0.20 hrs. |
| 04/02/10 | M. STRAND | Research Freedom Communications' FCC applications for FCC/media company of Class B/warrant structures in bankruptcy context. | 0.50 hrs. |
| 04/02/10 | J. A. STENGER | Review draft of FCC applications regarding Plan and Third Circuit stay termination (.9) and research regarding same (1.4). | 2.30 hrs. |
| 04/03/10 | M. ROITMAN | Draft memo re: Debtors' Motions to Approve Settlements re: California / Connecticut Tax Issues (1.7) | 1.70 hrs. |
| 04/05/10 | M. ROITMAN | Revise memo re: Debtors' Motions to Approve Settlements re: California / Connecticut Tax Issues (1.7); Correspond with D. Deutsch re: same (0.1) | 1.80 hrs. |
| 04/05/10 | J. A. STENGER | Prepare revisions to memo regarding FCC aspects of Plan and recommended changes to same (1.8); office conference with M. Strand regarding same (0.3); research regarding same (1.6). | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2


| 04/05/10 | M. STRAND | Office conference w/ J. Stenger RE: research and FCC memo. | 0.30 hrs. |
|---|---|---|---|
| 04/06/10 | M. STRAND | Review and revise FCC memo (1.9), emails w/ D. Deutsch and J. Stenger re: same (.2). | 2.10 hrs. |
| 04/06/10 | D. E. DEUTSCH | Review update on FCC analysis (.4); e-mail James Stenger on same (.1). | 0.50 hrs. |
| 04/07/10 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: drafting short memorandum to Debtors on certain FCC issues (.2); review draft of same (.2). | 0.40 hrs. |
| 04/07/10 | H. SEIFE | Review of Moelis weekly report (.3); review of AlixPartners weekly status report (.3). | 0.60 hrs. |
| 04/07/10 | J. A. STENGER | Prepare memo regarding recommended changes to Plan for FCC compliance purposes (0.7); research regarding additional case law and examples of recent plans filed with FCC for compliance review of Plan (1.8). | 2.50 hrs. |
| 04/07/10 | M. ROITMAN | Revise memo re: Debtors' Motions to Approve Settlements re: California / Connecticut Tax Issues (1.6). | 1.60 hrs. |
| 04/07/10 | M. STRAND | Office conference w/ J. Stenger RE: FCC memo (.3); review emails from D.Deutsch RE: same (.2). | 0.50 hrs. |
| 04/08/10 | M. STRAND | Office conference w/J. Stenger RE: additional research for FCC memo on proposed plan (.4); legal research RE: Citadel Broadcasting and Freedom Communications plans (3.4). | 3.80 hrs. |
| 04/08/10 | J. A. STENGER | Office conference with M. Strand (0.3) and research regarding FCC compliance of compliance of Plan and proposed revisions to same (1.4). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 04/08/10 | M. A. ALPERT | Reviewed documents re: proposed Food Network investment. | 0.60 hrs. |
| 04/08/10 | H. SEIFE | Review of AlixPartners 2010 Business Plan review. | 1.00 hrs. |
| 04/08/10 | M. ROITMAN | Revise memo re: Debtors' Motions to Approve Settlements re: California / Connecticut Tax Issues (0.5); Correspond with A. Leung re: same (0.4); Call with re: A. Ross (Sidley) same (0.1) | 1.00 hrs. |
| 04/09/10 | D. E. DEUTSCH | Review AlixPartners weekly financial analysis (.2). | 0.20 hrs. |
| 04/09/10 | M. ROITMAN | Revise memo re: Debtors' Motions to Approve Settlements re: California / Connecticut Tax Issues (2.4); Call with re: A. Ross (Sidley) same (0.1); Call with S. Heyman (Sidley) re: same (0.3); Call with D. Leder, S. Heyman (Sidley), M. Wethekam (Horwood) re: same (1.0); Research re: Connecticut intercompany loans tax statute (0.4). | 4.20 hrs. |
| 04/09/10 | M. STRAND | Research, review, and summarize terms of Citadel Broadcast and Freedom Communications plans into revised exhibit for new memo to Committee re: FCC matters (4.7); office conference (.2) and email with J.Stenger (.2) RE: same. | 5.10 hrs. |
| 04/09/10 | J. A. STENGER | Additional research regarding FCC aspects of bankruptcy plan (2.2); office conference with M. Strand re: same (0.5); revisions to memorandum regarding same (1.6). | 4.30 hrs. |
| 04/09/10 | M. A. ALPERT | Reviewed documents re: proposed Food Network investment. | 0.30 hrs. |
| 04/11/10 | M. ROITMAN | Correspond with K.Kansa (Sidley) re: Debtors' Motions to Approve Settlements re: California / Connecticut Tax Issues (0.5); Correspond with D. Deutsch re: same (0.4). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4


| 04/12/10 | M. ROITMAN | Revise memo re: Debtors' Motions to Approve Settlements re: California / Connecticut Tax Issues (1.2). | 1.20 hrs. |
| 04/12/10 | M. A. ALPERT | Reviewed documents re: proposed Food Network investment. | 0.50 hrs. |
| 04/12/10 | M. STRAND | Review and revise 2nd FCC memo to creditors' committee (.6); office conference w/ J. Stenger RE: same (.4). | 1.00 hrs. |
| 04/12/10 | D. E. DEUTSCH | Review e-mail and attachment from James Stenger re: FCC matters (.2). | 0.20 hrs. |
| 04/12/10 | J. A. STENGER | Office correspondence with D. Deutsch regarding review of FCC aspects of Plan (0.4); office conference M. Strand regarding same (0.4); research regarding same (2.7); revise memo to D. Deutsch regarding same (0.9). | 4.40 hrs. |
| 04/13/10 | J. A. STENGER | Research regarding Tribune FCC applications foreign ownership/cross-ownership showings. | 2.60 hrs. |
| 04/13/10 | M. STRAND | Office conference w/ J. Stenger RE: legal research and 2nd FCC memo to creditors committee. | 0.30 hrs. |
| 04/14/10 | M. STRAND | Call w/ J. Stenger RE: legal research (.1); research standards of 2008 NBCO Rule and probable means of application by FCC (1.1). | 1.20 hrs. |
| 04/14/10 | D. E. DEUTSCH | Review e-mails (.2) and hold call with James Stenger re: FCC matters (.2). | 0.40 hrs. |
| 04/14/10 | M. A. ALPERT | Reviewed documents re: proposed Food Network investment. | 0.30 hrs. |
| 04/14/10 | J. A. STENGER | Telephone conference with D. Deutsch regarding FCC aspects of Plan and FCC applications for approval of same (0.5); telephone conference and correspondence with J. Feore, Debtor FCC counsel (0.4); research regarding revisions to FCC waiver requests | 4.00 hrs. |

|            |                |                                                                                                                                                                                                   |           |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | and other exhibits to FCC applications (1.7); research regarding Disclosure Statement and FCC procedures for foreign ownership and cross-ownership (1.4).                                           |           |
| 04/15/10   | J. A. STENGER  | Office conference with M. Strand regarding research on Third Circuit proceedings affecting FCC applications (0.3); research regarding same and regarding FCC cases on waiver standard (2.7); revise memorandum to D. Deutsch regarding FCC aspects of Plan (1.6). | 4.60 hrs. |
| 04/15/10   | D. E. DEUTSCH  | Exchange e-mails with James Stenger re: next steps in FCC matters (.2); review weekly AlixPartners and Moelis reports on Debtors' business (.3).                                                    | 0.50 hrs. |
| 04/15/10   | M. STRAND      | Legal research and e-mail summary RE: impact of 3d Cir lifting stay of 2008 NBCO Rule and probable application/response of FCC (3.4); office conferences w/J. Stenger RE: same (.4). Review and revise 2nd FCC memo to creditors (1.6). | 5.40 hrs. |
| 04/16/10   | M. STRAND      | Review and revise 2nd FCC memo to creditors.                                                                                                                                                        | 2.90 hrs. |
| 04/16/10   | D. E. DEUTSCH  | Review comparable FCC case materials provided by James Stenger (.5).                                                                                                                                | 0.50 hrs. |
| 04/16/10   | J. A. STENGER  | Prepare memo to D. Deutsch regarding FCC applications for approval of Plan.                                                                                                                          | 2.00 hrs. |
| 04/19/10   | M. STRAND      | Legal research RE: 2008 amendments to Newspaper Broadcast Cross-Ownership Rule (2.2); office conferences w/ J. Stenger RE: same (.7).                                                               | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6

| 04/19/10 | J. A. STENGER | Office conference with M. Strand regarding research on FCC standard of review for Tribune waiver requests (0.5); research regarding same (2.7). | 3.20 hrs. |
| 04/20/10 | J. A. STENGER | Office conference with M. Strand (0.3); research regarding Tribune FCC application exhibits on NBCO waivers and ownership information for foreign ownership and cross-ownership issues (2.7); revise memo to D. Deutsch regarding same. (0.8). | 3.80 hrs. |
| 04/20/10 | M. STRAND | Legal Research RE: 2008 amendments to NBCO rule (.4); email J. Stenger RE: same (.2); office conferences w/ J. Stenger RE: same and revising memo to Committee (.3); review and revise memo (1.2). | 2.10 hrs. |
| 04/20/10 | M. A. ALPERT | Emails with D.Deutsch re: Cooking Channel transaction (.2); reviewed related materials (.6). | 0.80 hrs. |
| 04/21/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 0.30 hrs. |
| 04/21/10 | H. SEIFE | Review of Moelis report (.3); review of AlixPartners report (.3). | 0.60 hrs. |
| 04/22/10 | D. E. DEUTSCH | Review multiple e-mails from James Stenger re: FCC matters (.3); call to General Counsel of Tribune re: next steps on FCC matters (.1); call with James Stenger re: FCC meetings/next steps (.3). | 0.70 hrs. |
| 04/22/10 | D. FRIX | Review of plan re FCC transfer of control issues (2.8); conference with J.Stenger regarding change of control issues and (.4). | 3.20 hrs. |
| 04/22/10 | M. STRAND | Office conference w/ J. Stenger RE: legal research (.3); review and revise part of 2nd memo to Committee and email to J. Stenger (.6). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


04/22/10   J. A. STENGER      Research re FCC NBCO waiver         3.70 hrs.
                              criteria under revised rule (1.7);
                              office conference and
                              correspondence with M. Strand and
                              D. Deutsch re same (0.6); revise
                              memo to Committee regarding same
                              (0.7); correspondence and
                              telephone conference with debtors'
                              counsel regarding draft FCC
                              application and planned meetings
                              with FCC (0.7).


04/23/10   J. A. STENGER      Attend meetings at FCC with         4.50 hrs.
                              Offices of Commissioners McDowell
                              and Copps and FCC Media Bureau
                              Chief Bill Lake (3.4); research
                              regarding draft FCC applications
                              and correspondence with debtor FCC
                              counsel regarding same (0.6);
                              office correspondence with D.
                              Deutsch regarding report on FCC
                              meetings and disclosure statement
                              (0.5).


04/23/10   M. STRAND          Call w/ J. Stenger RE: FCC          0.80 hrs.
                              meetings on Tribune applications
                              (.2), legal research RE: prior
                              articles on media issues written
                              by FCC staffers schedule in
                              preparation for FCC meetings RE:
                              Tribune (.6).


04/23/10   D. FRIX            Review of plan re: FCC transfer of  1.70 hrs.
                              control issues (1.3); conference
                              with J.Stenger re same (.4).


04/25/10   D. E. DEUTSCH      Review analysis of joint venture    1.20 hrs.
                              agreement for Cooking Channel
                              transaction (.5); e-mail Marc
                              Alpert re: next steps on same
                              (.1); review AlixPartners' report
                              on Debtors' business operations
                              (.2); review multiple e-mails and
                              attachments re: FCC matters (.4).


04/25/10   J. A. STENGER      Review correspondence from D.       5.10 hrs.
                              Deutsch and motions regarding
                              balloting and FCC certifications
                              (1.3); research re same (1.7);
                              prep corresp to D Deutsch re same
                              (0.3); meeting with Debtor FCC
                              counsel regarding draft FCC

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    8
```

|            |                  | applications (1.8).                                                                                                                                                                                                                                                                                                                                                                                                                                                  |            |
|------------|------------------|----------|
| 04/26/10   | J. A. STENGER    | Prepare for meeting with FCC Chairman's office and offices of Commissioner's Baker and Clyburn (0.6); attend meetings with same (3.3); telephone conference with Debtor counsel regarding draft FCC applications (0.5) and meeting with Debtor counsel regarding same (1.1); office conferences with M. Strand (0.6) and research regarding FCC application draft ownership section (1.2); conference with D.Frix regarding FCC application issues (.8); prepare memorandum to committee regarding FCC applications (2.4). | 10.50 hrs. |
| 04/26/10   | D. E. DEUTSCH    | Review detailed analysis of memorandum on FCC process from James Stenger (.5); draft memorandum to James Stenger re: outline of memo on FCC matters needed for Committee (.3); exchange additional related e-mails with James Stenger (.3); call with Dana Frix re: FCC matters (.3). | 1.40 hrs. |
| 04/26/10   | D. FRIX          | Confer with J. Stenger regarding Tribune FCC issues. | 0.90 hrs. |
| 04/26/10   | M. A. ALPERT     | Emails with D.Deutsch re:  Cooking Channel transaction (.2); reviewed related materials regarding transaction (.4). | 0.60 hrs. |
| 04/26/10   | M. STRAND        | Legal research RE: FCC ownership issues (.9), office conferences with J. Stenger RE: same (.8). | 1.70 hrs. |
| 04/27/10   | M. STRAND        | Review and revise Tribune memo to Committee (3.4); office conferences w/ J. Stenger re: memo and FCC provisions in solicitation motion (.8); review and comment on solicitation materials (.9). | 5.10 hrs. |
| 04/27/10   | H. SEIFE         | Review of AlixPartners weekly report. | 0.30 hrs. |

| 04/27/10 | M. A. ALPERT | Confs. with D.LeMay re:  Cooking Channel transaction (.2). | 0.20 hrs. |
| 04/27/10 | J. A. STENGER | Correspondence and telephone conferences (.6) and meeting (1.1) with debtor's FCC counsel regarding draft of FCC application ownership exhibit; office conference with M. Strand regarding same (0.7); research regarding same (2.5); revise report to Committee regarding same (1.6); review FCC provisions of motion regarding solicitation order and related documents (.9) and office correspondence with M.Strand regarding same (.6) and prepare response regarding same (.5). | 8.50 hrs. |
| 04/27/10 | D. E. DEUTSCH | Review draft memorandum to Committee on FCC matters (.4); research and draft extensive insert for memorandum to Committee on FCC matters (1.5); e-mail James Stenger re: follow-up on same (.1). | 2.00 hrs. |
| 04/27/10 | D. M. LeMAY | Review Debtors' materials re: Food Network restructuring. | 0.80 hrs. |
| 04/28/10 | D. E. DEUTSCH | Review materials and draft additional detailed insert for Committee's FCC memorandum (.8); exchange e-mails with James Stenger re: FCC application process (.1); review revisions to Committee's FCC memorandum and edit same (.5); conference call with James Stenger re: FCC next steps and tomorrow's Committee presentation (.5); call with James Stenger re: status of Oaktree commitment on FCC matters (.2). | 2.10 hrs. |
| 04/28/10 | J. A. STENGER | Meeting with debtor FCC counsel regarding draft applications (1.3) and correspondence with M.Strand regarding same (0.4); prepare revised report to Committee regarding same (1.7) and prepare for meeting with Committee regarding same (0.8) research | 6.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10

|            |               | regarding FCC rules and case law regarding final form of FCC applications (2.0); office conference with D. Deutsch regarding same (0.3). |            |
| 04/28/10   | H. SEIFE      | Review of revised draft memo to Committee regarding soliciation motion (.6); review of memo regarding Spansion case and releases (.5); review of Stenger email regarding FCC and ownership (.3); review of memo on FCC approval process (1.0). | 2.40 hrs. |
| 04/28/10   | H. SEIFE      | Review of Moelis weeky report. | 0.30 hrs. |
| 04/28/10   | M. STRAND     | Office conference w/ J. Stenger RE: Tribune memo and related research. | 0.60 hrs. |
| 04/29/10   | M. STRAND     | Search CDBS for Tribune FCC application (.3), call to J. Logan w/ Dow Lohnes RE: same (.1), emails w/ J. Stenger RE: same (.2). | 0.60 hrs. |
| 04/29/10   | J. A. STENGER | Correspond with debtor counsel regarding FCC applications (0.2) and review as-filed versions of same (0.5). | 0.70 hrs. |
| 04/30/10   | J. A. STENGER | Research regarding FCC application processing (0.5) and correspondence with debtor counsel regarding same (0.3); prepare white paper for FCC Commission staff FCC applications (2.6). | 3.40 hrs. |
| 04/30/10   | M. STRAND     | Review Tribune application and exhibits. | 1.20 hrs. |

TOTAL DUE FOR THIS MATTER.....................................  $84,716.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    11
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | .80 | 684.00 |
| H. SEIFE | 965.00 | 5.20 | 5018.00 |
| M. A. ALPERT | 825.00 | 3.60 | 2970.00 |
| J. A. STENGER | 495.00 | 84.30 | 41728.50 |
| D. E. DEUTSCH | 695.00 | 12.70 | 8826.50 |
| D. FRIX | 675.00 | 5.80 | 3915.00 |
| M. ROITMAN | 355.00 | 12.40 | 4402.00 |
| M. STRAND | 405.00 | 42.40 | 17172.00 |
| TOTALS | | 167.20 | 84716.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                                  For Services Through April 30, 2010
   Our Matter #19804.009
            CLAIMS ADMINISTRATION/BAR DATE


04/01/10   M. ROITMAN        Meet with D. Deutsch re: Debtors'      2.90 hrs.
                             19-22 Omnibus Claims Objections
                             and Objection to Henke Claim
                             (0.4); Revise memo re: same (2.5)

04/02/10   M. ROITMAN        Meet with D. Deutsch re: Debtors'      1.30 hrs.
                             19-22 Omnibus Claims Objections
                             and Objection to Henke Claim
                             (0.2); Revise memo re: same (1.1).

04/02/10   D. E. DEUTSCH     Review draft memorandum to             0.60 hrs.
                             Committee on multiple claims
                             objections (.4); discuss same with
                             M. Roitman (.2).

04/03/10   D. E. DEUTSCH     Exchange multiple e-mails with         1.10 hrs.
                             Kevin Lantry re: settlement of
                             large part of retiree claims (.3);
                             related call with Kevin Lantry
                             (.4); draft e-mail to AlixPartners
                             (Brad Hall) regarding required
                             follow-up analysis required for
                             same (.4).

04/04/10   D. E. DEUTSCH     Exchange e-mails with Brad Hall        0.30 hrs.
                             re: retiree claims (.3).

04/05/10   D. E. DEUTSCH     E-mail Kevin Lantry re: status of      0.70 hrs.
                             retiree claims (.1); conference
                             with Kevin Lantry re: updates on
                             settlement discussions with Jay
                             Teitelbaum (.2); call with
                             AlixPartners (Brad Hall) to
                             discuss preparing materials for
                             Committee on settlement proposal
                             analysis (.2); meeting with Young
                             Yoo to discuss research on
                             specific settlement proposal issue
                             (.2).

04/05/10   Y. YOO            Researched issue re: allowability     8.10 hrs.
                             of Retiree claim accrued interest
                             (7.8); discussed same with Douglas
                             Deutsch re: same (.3).
```

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| 04/06/10 | Y. YOO | Continued researching issue re: allowability of Retiree claims under section 502(b)(2) for accrued interest (3.2); drafted and revised research memorandum re: same (1.6); corresponded by email with Douglas Deutsch re: same (.3). | 5.10 hrs. |
|---|---|---|---|
| 04/06/10 | D. E. DEUTSCH | Exchange e-mails from David LeMay re: potential retiree settlement (.2); review draft analysis by AlixPartners on potential settlement analysis (.4); provide detailed comments and additions on same (.5); review and edit Committee memorandum re: settlement of CT and CA tax claims (.5). | 1.60 hrs. |
| 04/07/10 | D. E. DEUTSCH | Review AlixPartners analysis of proposed retiree claim settlement and provide comments and questions on same (.5); e-mail Howard Seife re: status and changes to AlixPartners analysis (.1); review e-mails (.1) and hold call with Brad Hall re: retiree claim analysis (.2); call with Kevin Lantry re: issue related to retiree claims (.2) and review related analysis provided by Kevin Lantry (.1). | 1.20 hrs. |
| 04/07/10 | H. SEIFE | Review of AlixPartners review of proposed MIP 2010 (.6). | 0.60 hrs. |
| 04/08/10 | D. E. DEUTSCH | Call with Alan Holtz to discuss analysis of retiree claim issues (.3); exchange e-mails with Brad Hall re: follow-up on retiree issue (.2). | 0.50 hrs. |
| 04/08/10 | D. E. DEUTSCH | Discuss issues with settlement of certain tax claims with Marc Roitman (.2). | 0.20 hrs. |
| 04/09/10 | D. E. DEUTSCH | Review analysis on CT tax issue (.2); discuss same with Marc Roitman and, in part, Richard Leder (.4). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    3


| | | | |
|---|---|---|---|
| 04/09/10 | M. ROITMAN | Review Responses to Debtors' claims objections (0.4) | 0.40 hrs. |
| 04/11/10 | D. E. DEUTSCH | Review Richard Leder's analysis of certain state tax claim issues (.2); exchange e-mails with Marc Roitman re: claim objection deadlines (.1); review e-mails from Marc Roitman to Debtors' counsel re: upcoming claim matters (.1). | 0.40 hrs. |
| 04/12/10 | D. E. DEUTSCH | Review and edit memorandum to Committee on tax claim issues (.5). | 0.50 hrs. |
| 04/15/10 | D. E. DEUTSCH | Review memorandum analysis of certain retiree claims by AlixPartners (.4). | 0.40 hrs. |
| 04/15/10 | M. ROITMAN | Draft email to Committee re: AlixPartners' Retiree Claims Presentation (0.3) | 0.30 hrs. |
| 04/17/10 | D. E. DEUTSCH | Review new omnibus objections (.2); e-mail Marc Roitman re: required Committee analysis for same (.1). | 0.30 hrs. |
| 04/19/10 | M. ROITMAN | Analysis of Debtors 23rd-26th Omnibus Claims Objections and begin drafting memo on same. | 2.60 hrs. |
| 04/20/10 | M. ROITMAN | Working memo re: Debtors 23rd-26th Omnibus Claims Objections (0.6); Correspond with A. Leung (AlixPartners) re: same (0.3). | 0.90 hrs. |
| 04/21/10 | M. ROITMAN | Revise memo re: Debtors 23rd-26th Omnibus Claims Objections (0.3); Correspond with A. Leung (AlixPartners) re: same (0.1) | 0.40 hrs. |
| 04/22/10 | M. ROITMAN | Revise memo re: Debtors 23rd-26th Omnibus Claims Objections (0.2); Draft email to Committee re: same (0.1) | 0.30 hrs. |
| 04/26/10 | M. ROITMAN | Review objections to Debtors' 24th omnibus objection to claims. | 0.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4
```

| 04/28/10 | M. ROITMAN | Review of Debtors' First Quarterly Claims Settlement Report (0.3); Correspond with AlixPartners re: same (0.1). | 0.40 hrs. |
|---|---|---|---|

**Total Fees for Professional Services**.............. **$15,242.00**

**Total Reimbursable Cost**.......................... **$.00**

**TOTAL DUE FOR THIS MATTER**...................................... **$15,242.00**

<u>TIMEKEEPER SUMMARY</u>

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | .60 | 579.00 |
| D. E. DEUTSCH | 695.00 | 8.40 | 5838.00 |
| M. ROITMAN | 355.00 | 9.80 | 3479.00 |
| Y. YOO | 405.00 | 13.20 | 5346.00 |
| TOTALS | | 32.00 | 15242.00 |