```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   1
```

For Services Through April 30, 2010

Our Matter #19804.010
      FEE/RETENTION APPLICATIONS

| | | | |
|---|---|---|---|
| 04/01/10 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee application (March). | 4.60 hrs. |
| 04/02/10 | M. ROITMAN | Correspond with D. Deutsch and D. Bava re: 4th Interim Fee Summary (0.2); Correspond with D. Deutsch re: ordinary course professional Affidavits (0.2) | 0.40 hrs. |
| 04/02/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: next steps on professional fee analysis (.2); review weekly ordinary course report (.2). | 0.40 hrs. |
| 04/05/10 | D. E. DEUTSCH | Review certain professional fee materials and e-mail David Bava re: updating Committee memorandum on same (.2). | 0.20 hrs. |
| 04/05/10 | D. BAVA | Review monthly fee statements filed by various parties (1.20); revise draft fee summary chart for Committee re: missing fee data for certain of the Debtors' professionals (.40). | 1.60 hrs. |
| 04/06/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: analysis of revised Debtor professional retention terms (.2). | 0.20 hrs. |
| 04/06/10 | H. LAMB | Preparation of Fifth Interim Fee Application. | 1.60 hrs. |
| 04/07/10 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 4.70 hrs. |
| 04/07/10 | M. ROITMAN | Review Debtors' Supplemental Application to Retain Lazard (0.9); Meet with D. Deutsch re: same (0.3); Call with A. Leung (AlixPartners) re: same (0.1) | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    2


| | | | |
|---|---|---|---|
| 04/07/10 | D. E. DEUTSCH | Review multiple e-mails re: Lazard fee for new deal (.2); review analysis on comps of fees for similar transactions (.2); draft e-mail to Moelis team (Vishal Patel) re: same (.1). | 0.50 hrs. |
| 04/07/10 | M. ROITMAN | Call F. Anderson at PBGC and G. Davis (Buena Vista) re: Committee members' counsel fees (0.1); Draft chart of Committee members' counsel fees (0.3) | 0.40 hrs. |
| 04/08/10 | D. E. DEUTSCH | Review e-mails re: Lazard retention issue (.1); e-mail Marc Roitman re: required follow-up on same (.1). | 0.20 hrs. |
| 04/08/10 | M. ROITMAN | Review Debtors' Supplemental Application to Retain Lazard (0.6); calls with J. Ludwig (Sidley) re: same (0.2); draft memo re: same (0.2). | 1.00 hrs. |
| 04/09/10 | M. ROITMAN | Draft memo re: Debtors' Supplemental Application to Retain Lazard (0.7). | 0.70 hrs. |
| 04/09/10 | H. LAMB | Begin preparation of fifteenth monthly fee application (March). | 2.20 hrs. |
| 04/09/10 | D. E. DEUTSCH | Review draft summary for Committee on professional fee analysis (.3); discuss edits to same with Marc Roitman (.1); call to Fee Examiner (.1); review and edit quarterly fee application (.3). | 0.80 hrs. |
| 04/09/10 | M. ROITMAN | Meet with D. Deutsch re: 4th Quarterly Fee Summary (0.1); Correspond with D. Bava re: same (0.3) | 0.40 hrs. |
| 04/11/10 | M. ROITMAN | Correspond with K. Kensa (Sidley) re: Debtors' Supplemental Application to Retain Lazard (0.4) Correspond with A. Holtz (AlixPartners), V. Patel (Moelis), D. Deutsch re: Debtors' Supplemental Application to Retain Lazard (0.6). | 1.00 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

| 04/11/10 | D. E. DEUTSCH | Exchange multiple e-mails with Ken Kansa re: Lazard's retention for Food Networks work (.3); exchange e-mails with Marc Roitman re: follow-up on same (.2). | 0.50 hrs. |
| 04/11/10 | M. ROITMAN | Review docket and revise ordinary course professionals chart (0.1) | 0.10 hrs. |
| 04/12/10 | D. E. DEUTSCH | Exchange calls and e-mails with Ken Kansa re: Lazard retention matter (.2); call with Alan Holtz re: Lazard retention (.3); follow-up call and e-mail to Fee Examiner re: Third Interim application (.1). | 0.60 hrs. |
| 04/12/10 | H. LAMB | Finalize Fifth Interim Fee Application. | 0.60 hrs. |
| 04/13/10 | H. LAMB | Review of expense detail (.6) and follow up on certain items (.7); continue preparation of fifteenth monthly fee application (1.6). | 2.90 hrs. |
| 04/13/10 | D. BAVA | Revise fee summary for 4th interim period (.50). | 0.50 hrs. |
| 04/13/10 | D. E. DEUTSCH | Conference call with Ken Kansa to discuss additional Lazard retention issues (.3); e-mail Ken Kansa re: agreed to next steps related to same (.2); draft memorandum to Brad Hall re: agreement and required next steps on analysis for Lazard retention (.4). | 0.90 hrs. |
| 04/13/10 | M. ROITMAN | Correspond with D. Bava re: 4th Interim Fee Summary (0.2) | 0.20 hrs. |
| 04/14/10 | M. ROITMAN | Correspond with D. Bava, D. Deutsch re: 4th Interim Fee Summary (0.2). | 0.20 hrs. |
| 04/14/10 | D. E. DEUTSCH | Exchange multiple e-mails with Ken Kansa re: next steps with Lazard retention (.3); review and revise new Committee professional fee analysis (.3). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 04/15/10 | D. E. DEUTSCH | E-mail Brad Hall re: next steps on analysis of Lazard's retention for Food Networks matter (.2); review weekly ordinary course professional report (.2). | 0.40 hrs. |
|---|---|---|---|
| 04/15/10 | M. ROITMAN | Correspond with D. Bava re: 4th Interim Fee Summary (0.2) | 0.20 hrs. |
| 04/16/10 | M. ROITMAN | Correspond with A. Hanessian (0.5) and Review chart re: preparation of response on certain issues raised in Fee Examiner Report (0.3) | 0.80 hrs. |
| 04/16/10 | D. E. DEUTSCH | Review and research issues related to Fee Examiner's Report on Third Interim Application (3.9); draft related insert for response (1.2); discuss creation of issue chart for Examiner with Aram Hanessian (.2); discuss various fee matters with Helen Lamb (.2). | 5.50 hrs. |
| 04/16/10 | H. LAMB | Further preparation of monthly fee application (1.3); conferences with D.Deutsch regarding issues in Fee Examiner's report (.2); research on same (.3). | 1.80 hrs. |
| 04/16/10 | A. HANESSIAN | Preparation of chart in response to certain issues raised in Fee Examiner Report. | 2.40 hrs. |
| 04/17/10 | H. LAMB | Review Committee member expenses submitted for March meetings (.7); prepare summary sheets of expenses for next Committee request for reimbursement of expenses (1.4). | 2.10 hrs. |
| 04/17/10 | D. E. DEUTSCH | Review March time and edit same (5.4); discuss related follow-up issues with Helen Lamb (.2). | 5.60 hrs. |
| 04/18/10 | M. ROITMAN | Preparation of response on certain issues raised in Fee Examiner Report (1.1) | 1.10 hrs. |
| 04/19/10 | M. ROITMAN | Review docket and revise ordinary course professionals chart (0.2); Correspond with D. Bava re: preparation of response chart on certain issues raised in Fee | 0.50 hrs. |

Examiner Report (0.3)

| | | | |
|---|---|---|---|
| 04/19/10 | E. DAUCHER | Review and edit Chadbourne's letter response to Third Fee Examiner Report. | 1.50 hrs. |
| 04/19/10 | D. E. DEUTSCH | Research meeting issues raised by Fee Examiner and create detailed analysis of same (3.9). | 3.90 hrs. |
| 04/19/10 | F. VAZQUEZ | Review and revise inserts to fee application re litigation and plan. | 0.90 hrs. |
| 04/19/10 | D. BAVA | Review and revise exhibit chart in response to fee examiner report (.80). | 0.80 hrs. |
| 04/20/10 | D. E. DEUTSCH | Exchange e-mails with Eric Daucher re: Fee Examiner research matter (.2); review and respond to inquiry from Alan Holtz re: scheduling on professional fee hearing (.1); review and edit part of draft Fee Examiner analysis (1.2). | 1.50 hrs. |
| 04/22/10 | D. E. DEUTSCH | Review ordinary course professional report (.2). | 0.20 hrs. |
| 04/22/10 | A. HANESSIAN | Assist in preparation of fee application re: expense exhibit. | 1.90 hrs. |
| 04/22/10 | F. VAZQUEZ | Review and revise inserts for fee application re investigation and 3rd party claims. | 1.00 hrs. |
| 04/23/10 | H. LAMB | Finalize Committee Expense Request for filing with Court (.4); review, revise and finalize monthly fee application for filing with Court (2.3). | 2.70 hrs. |
| 04/25/10 | D. E. DEUTSCH | Review, edit and draft insert for monthly fee application (1.4). | 1.40 hrs. |
| 04/26/10 | D. E. DEUTSCH | Exchange e-mails with AlixPartners (Alan Holtz) re: Lazard retention issue (.1). | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       May 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    6

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/26/10 | M. ROITMAN | Review supplemental application to retain Lazard (0.2); Correspond with D. Deutsch, A. Holtz, B. Hall re: same (0.1); Call with A. Holtz and D. Deutsch re: same (0.3). | 0.60 hrs. |
| 04/27/10 | D. E. DEUTSCH | Review final version of letter to Fee Examiner (.2). | 0.20 hrs. |
| 04/27/10 | M. ROITMAN | Correspond with A. Hanessian re: Debtors' March 2010 ordinary court professinal report (0.3). | 0.30 hrs. |
| 04/27/10 | A. HANESSIAN | Updating monthly caps, prepetition amounts, retainers and statement amounts on Tribune - Ordinary Course Professionals chart | 3.60 hrs. |
| 04/28/10 | A. HANESSIAN | Updating monthly caps, prepetition amounts, retainers and statement amounts on Tribune - Ordinary Course Professionals chart | 1.60 hrs. |
| 04/28/10 | E. DAUCHER | Review Examiner's preliminary report on Chadbourne's 4th interim fee application (1.1); and begin drafting (.3) Chadbourne's letter in reply. | 1.40 hrs. |

**TOTAL DUE FOR THIS MATTER.....................................    $30,759.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 23.70 | 16471.50 |
| F. VAZQUEZ | 625.00 | 1.90 | 1187.50 |
| A. HANESSIAN | 185.00 | 9.50 | 1757.50 |
| D. BAVA | 270.00 | 2.90 | 783.00 |
| E. DAUCHER | 355.00 | 2.90 | 1029.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    7



H. LAMB                         270.00   23.20        6264.00
M. ROITMAN                      355.00    9.20        3266.00
                        TOTALS           73.30       30759.00
```

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through April 30, 2010

Our Matter #19804.011
             PLAN AND DISCLOSURE STATEMENT


| 04/01/10 | D. M. LeMAY | Telephone conversation with D. Schaible and D. Deutsch re term sheet and committee support (.4); email H. Seife (.2) re same; review draft disclosure statement (4.8). | 5.40 hrs. |
|---|---|---|---|
| 04/01/10 | H. SEIFE | Telephonic hearing before Judge Carey on exclusivity motion. | 0.60 hrs. |
| 04/01/10 | R. J. GAYDA | Review disclosure statement (1.4); review FCC memorandum in connection with Plan issues (.7). | 2.10 hrs. |
| 04/01/10 | D. E. DEUTSCH | Review court filing re: objection to exclusivity extension (.2); exchange related e-mails with Landis team, Howard Seife and David LeMay to prepare for emergency hearing (.4); call with Bryan Krakauer and, in part, Howard Seife re: today's emergency hearing (.2); participate in hearing (.5); participate in meeting with JPMorgan counsel (Damian Schaible) re: term sheet and next steps (.5); draft memorandum to Committee on review and next steps on same (.6). | 2.40 hrs. |
| 04/02/10 | D. E. DEUTSCH | Review Moelis revised analysis on plan valuation issues (.3). | 0.30 hrs. |
| 04/02/10 | D. M. LeMAY | Review of latest Plan draft. | 4.40 hrs. |
| 04/04/10 | H. SEIFE | Review of draft term sheet and support agreement. | 2.10 hrs. |
| 04/05/10 | D. M. LeMAY | Meeting of C&P team re: Plan issues (.7).  T/c w/H. Seife re: Plan support documents (.6). Prepare revisions to the Plan support documents (5.8). | 7.10 hrs. |
| 04/05/10 | H. SEIFE | Meeting with D.Deutsch and D.LeMay regarding plan process/review (.8); review of exclusivity motion (.7). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


04/05/10    Y. YOO          Reviewed and revised draft          2.60 hrs.
                            Settlement Support Agreement and
                            Letter to Tribune re: Settlement
                            Support Agreement (1.5);
                            corresponded by email with Howard
                            Seife, David LeMay, and Douglas
                            Deutsch re: same (.6);
                            corresponded by email with Adam
                            Landis and Moelis and Alix
                            Partners re: further comments to
                            same (.5).

04/05/10    D. E. DEUTSCH   Exchange e-mails with Damian         4.60 hrs.
                            Schaible re: plan matters (.2);
                            review materials for today's
                            meeting on plan next
                            steps/upcoming hearing (.3);
                            participate in related meeting
                            with Howard Seife and David LeMay
                            (.7); review and analysis of
                            revised draft term sheet and
                            proposed Committee support letter
                            and comment on same (2.6); meeting
                            with David LeMay to discuss
                            various plan next steps (.3);
                            review revised draft of term sheet
                            from Damian Schaible (.3); review
                            mark-up of term sheet from
                            Delaware counsel and comment on
                            same (.2).

04/06/10    D. E. DEUTSCH   Meeting with Bob Gayda to discuss    0.50 hrs.
                            plan analysis next steps (.2);
                            review multiple e-mails re: plan
                            settlement agreement between
                            various parties (.3).

04/06/10    Y. YOO          Corresponded by email with Alix     5.00 hrs.
                            Partners and Moelis re: specific
                            Disclosure Statement review (.2);
                            researched issue re: developments
                            in comparable Chapter 11 cases on
                            standard by which Third Circuit
                            permits third-party releases
                            (3.3); attended meeting with Ted
                            Zink and Francisco Vazquez re:
                            same (.2); incorporated same into
                            revised research summary
                            memorandum (1.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


04/06/10    R. J. GAYDA      Review disclosure statement (.9);       1.90 hrs.
                             revise plan action list (.4);
                             discuss plan summary slides w E.
                             Daucher for Committee meeting
                             (.3); meeting w M. Towers re plan
                             issues (.3).

04/06/10    E. DAUCHER       Draft powerpoint presentation for       3.60 hrs.
                             the Committee summarizing the
                             effect of the Debtors' proposed
                             plan of reorganization.

04/06/10    H. SEIFE         Telephone conference with Sidley        1.30 hrs.
                             regarding plan issues (.8); review
                             of FCC memo on plan issues (.5).

04/06/10    D. M. LeMAY      Negotiation and revision of Plan       10.80 hrs.
                             Support Letter, Term Sheet and
                             Support Agreement.

04/06/10    N. T. ZINK       Review recent cases in Delaware         1.60 hrs.
                             bankruptcy courts re third-party
                             and debtor releases (1.6).

04/07/10    N. T. ZINK       Attend phone conference with            0.50 hrs.
                             counsel for Debtors re plan
                             drafting and associated issues
                             (.5).

04/07/10    D. M. LeMAY      Drafting of Plan Term Sheet,           10.60 hrs.
                             Committee Support Letter and
                             CB/JPM Support Agreement.

04/07/10    H. SEIFE         Telephone conference with Sidley        1.80 hrs.
                             regarding plan issues (.5); review
                             of revised draft plan (1.3).

04/07/10    D. E. DEUTSCH    Conference with Sidley team,            6.60 hrs.
                             Howard Seife and David LeMay re:
                             settlement matters/plan next steps
                             for tomorrow (.5); prepare
                             presentation analysis of term
                             sheet for Committee (5.7);
                             exchange multiple e-mails with
                             AlixPartners re: verification of
                             various figures from term sheet
                             (.2); discussions with David LeMay
                             re: amendments to Committee
                             analysis (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/07/10 | R. J. GAYDA | Review draft disclosure statement (.7); discuss plan issues w M. Towers (.3); review and revise draft plan summary from E. Dauscher (.8). | 1.80 hrs. |
| 04/07/10 | M. ROITMAN | Review presentation re: settlement term sheet (0.3); Revise settlement support agreement (0.5); Draft email to D. Schaible and E. Vonnegut (DPW) re: same (0.1) | 0.90 hrs. |
| 04/08/10 | M. S. TOWERS | Reviewed parts of revised disclosure statement (2.9) and plan (.9); revised plan summary accordingly (.7) | 4.50 hrs. |
| 04/08/10 | R. J. GAYDA | Review summary of disclosure statement from M. Towers. | 1.20 hrs. |
| 04/08/10 | D. E. DEUTSCH | Preliminary review of revised disclosure statement (.5); review various iterations of settlement term sheet (.3); review and edit posting note for Committee related to same (.2); e-mails with Marc Roitman re: posting final/executed versions of term sheet and settlement agreement (.2); review executed copies of final documents (.3) and edit related Committee posting note (.1); draft memorandum to Committee professionals re: tasks related to review of plan and disclosure statement (.4). | 2.00 hrs. |
| 04/08/10 | H. SEIFE | Review of draft plan and disclosure statement (.8); review of revised disclosure statement (.4). | 1.20 hrs. |
| 04/08/10 | D. M. LeMAY | Final negotiation and revision of documents relating to Committee Support for Settlement. | 3.10 hrs. |
| 04/08/10 | M. ROITMAN | Draft email to Committee re: Settlement Support Documents and Term Sheet (0.3); Draft email to Committee re: executed settlement support letter (0.2); Draft email | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5

                          to H. Seife, D. LeMay, D. Deutsch
                          re: Notice of Settlement and press
                          release (0.2).

04/09/10    H. SEIFE       Review of draft plan and                  2.70 hrs.
                           disclosure statement.

04/09/10    D. E. DEUTSCH  Review analysis of draft                  1.70 hrs.
                           Plan/Disclosure issues from Moelis
                           team (.2); review analysis of
                           draft plan/disclosure statement
                           concerns from Adam Landis (.3);
                           call with Kevin Lantry (Debtors'
                           counsel) re: additional settlement
                           to be addressed in plan (.2);
                           review summary analysis of
                           plan/disclosure statement issues
                           (.5); meeting with Howard Seife
                           and David LeMay re: plan issues
                           and Tuesday's hearing (.5).

04/09/10    D. M. LeMAY    Conference w/H. Seife re: next            3.20 hrs.
                           week's hearing (.2).  Review
                           latest draft Plan (2.2) and e-mail
                           Sidley re: comments on same (.8).

04/10/10    D. M. LeMAY    Review latest revisions to                5.60 hrs.
                           Disclosure Statement (2.5) and
                           most recent plan (2.8).  Two
                           e-mails K. Lantry and D. Deutsch
                           re: convenience class issue (.3).

04/10/10    D. E. DEUTSCH  Exchange e-mails with Zuckerman           2.80 hrs.
                           team (Jim Sottile and Graeme Bush)
                           re: Disclosure Statement
                           outstanding issues (.2); draft
                           e-mail to Alan Holtz, Brad Hall
                           and Moelis team re: required
                           prompt follow-up on review of
                           Plan/Disclosure Statement (.3);
                           exchange e-mails with David LeMay
                           re: Plan/Disclosure Statement
                           review process (.3); review
                           revised draft Disclosure statement
                           (1.6); review inquiry on
                           Disclosure Statement/Plan
                           treatment of GUC claims (.2);
                           exchange additional e-mails with
                           David LeMay on same (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       May 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    6

| | | | |
|---|---|---|---|
| 04/10/10 | H. SEIFE | Review of revised plan and disclosure statement. | 1.40 hrs. |
| 04/11/10 | H. SEIFE | Review revised plan and disclosure statement. | 1.70 hrs. |
| 04/11/10 | D. M. LeMAY | Review latest draft of Plan and comments to Sidley re: same (4.7). Review Article VII of Disclosure Statement (1.1) and e-mail D. Deutsch re: same (.4). | 6.20 hrs. |
| 04/11/10 | M. S. TOWERS | Reviewed latest proposed plan (4.8); discussed revisions with Debtor's counsel (.5); discussed revisions with internal working group (.5) | 5.80 hrs. |
| 04/11/10 | D. E. DEUTSCH | Exchange e-mails with financial advisors re: status of Plan/DS review (.2); e-mail Meghan Towers re: tracking of secondary issues for Plan/DS (.2); review multiple iterations/versions of Plan and Disclosure Statement (4.3); draft Plan/DS issues list for David LeMay and Meghan Towers (.8); calls with David LeMay re: various Plan/DS issues (.4); call with Jim Scottile (Zuckerman Spaeder) re: edits to section of Disclosure Statement (.2); draft insert for Disclosure Statement (.6); draft two e-mails to Debtors' team (Bryan Krakauer et al.) re: same (.3); review and respond to issue raised by Debtors' counsel (Jessica Boelter) (.2); e-mail and call with David LeMay re: same (.2). | 7.40 hrs. |
| 04/12/10 | D. E. DEUTSCH | Review various e-mails re: Plan and Disclosure Statement edits (.4); review specific provisions of Disclosure Statement and provide additional e-mail comments to Debtors's counsel (Kerriann Mills) on same (1.1); discuss Disclosure Statement issue with David LeMay (.1) and provide follow-up e-mail/analysis to David LeMay on same (.1); exchange | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    7

|            |                |                                                                                                                                                 |           |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | e-mails with Meghan Towers re: open Plan/DS issues (.3).                                                                                         |           |
| 04/12/10   | H. SEIFE       | Review of revised disclosure statement (1.1); prepare for exclusivity hearing (.8).                                                             | 1.90 hrs. |
| 04/12/10   | M. S. TOWERS   | Reviewed parts of revised plan (1.8).                                                                                                            | 1.80 hrs. |
| 04/12/10   | M. ROITMAN     | Review parts of Disclosure Statement (0.4)                                                                                                        | 0.40 hrs. |
| 04/12/10   | D. M. LeMAY    | Review next to final Plan and DS and comment on same (4.5).                                                                                      | 4.50 hrs. |
| 04/12/10   | M. ROITMAN     | Review of Credit Agreement Lenders' Statement re: Settlement and Exclusivity (0.4).                                                              | 0.40 hrs. |
| 04/13/10   | D. M. LeMAY    | Review final "as filed" changes to Plan and Disclosure Statement.                                                                               | 1.40 hrs. |
| 04/13/10   | H. SEIFE       | Attend hearing before Judge Carey on exclusivity.                                                                                                | 1.10 hrs. |
| 04/16/10   | D. E. DEUTSCH  | Meeting with David LeMay to discuss next plan steps (.2); e-mail to Bryan Krakauer, Jessica Boelter and Chadbourne team re: issues/meeting on Plan and Disclosure Statement (.2). | 0.40 hrs. |
| 04/19/10   | R. J. GAYDA    | Detailed review revised plan of reorganization (1.2) and solicitation materials (.6); begin review of disclosure statement (1.7).              | 3.50 hrs. |
| 04/19/10   | Y. YOO         | Discussed with Blake Betheil Plan's treatment of Non-Qualified Former Employee Benefit Plans and tax penalty issues (.3).                      | 0.30 hrs. |
| 04/19/10   | H. SEIFE       | Review of correspondence from White & Case.                                                                                                      | 0.40 hrs. |
| 04/19/10   | D. M. LeMAY    | Review solicitation materials from Sidley (2.6).  Review T. Lauvia letter re: Bridge lenders and e-mail re: same (.3).                         | 2.90 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8
```

| | | | |
|---|---|---|---|
| 04/20/10 | R. J. GAYDA | Detailed review of disclosure statement (2.6); email correspondence with Debtors re Friday meeting (.3); email correspondence with D. LeMay and D. Deutsch re plan matters (.3). | 3.20 hrs. |
| 04/20/10 | D. E. DEUTSCH | Continue review and analysis of draft Disclosure Statement (1.7); exchange e-mails with Robert Gayda re: related analysis of Plan/Disclosure Statement issues (.2). | 1.90 hrs. |
| 04/21/10 | D. E. DEUTSCH | Work on continued review and analysis of Disclosure Statement (3.1). | 3.10 hrs. |
| 04/21/10 | R. J. GAYDA | Detailed review of disclosure statement (3.4); research re applicable Bankruptcy Code sections (1.2); email correspondence with D. Deutsch re tax issues (.2). | 4.80 hrs. |
| 04/22/10 | R. J. GAYDA | Detailed review of disclosure statement (3.3); discuss solicitation materials with Y. Yoo (.4); review solicitation materials in conjunction with plan and disclosure statement (1.3). | 5.00 hrs. |
| 04/22/10 | H. SEIFE | Review of draft solicitation materials. | 1.20 hrs. |
| 04/22/10 | Y. YOO | Reviewed draft Solicitation Procedures Motion for issues (2.1); drafted summary re: same (1.1); corresponded by email with Robert Gayda re: same (.2). | 3.40 hrs. |
| 04/22/10 | D. E. DEUTSCH | Meeting with Bob Gayda to discuss plan analysis issues and next steps (.2). | 0.20 hrs. |
| 04/22/10 | M. ROITMAN | Meet with R. Gayda re: ESOP/LBO claims settlement section of Disclosure Statement (0.1); email to G. Bush and J. Sottile re: same (0.1). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9


| 04/22/10 | D. M. LeMAY | T/cs Liebentritt (2x) re: FCC meeting (.2). Conference w/Deutsch re: same (.1).  Review Plan for tomorrow's meeting (1.4). | 1.70 hrs. |
| 04/23/10 | D. GALLAI | Confs. w/ D. Deutsch and R. Kurth re employment review of plan and disclosure statement (0.3). Reviewed employment provisions in plan and disclosure statement (3.2). | 3.50 hrs. |
| 04/23/10 | R. KURTH | Review of employment provisions in Plan of Reorganization and Disclosure Statement. | 2.90 hrs. |
| 04/23/10 | M. ROITMAN | Meet with D. Deutsch and R. Gayda re: certain disclosure statement revisions (0.3); Review Claims Settlement section of Disclosure Statement re: J. Sottile's comments (0.5); Call with A. Leung (AlixPartners) re: assumption of contracts in plan (0.1); Correspond with A. Leung re: same (0.1). | 1.00 hrs. |
| 04/23/10 | E. DAUCHER | Review and revise Plan of Reorganization summary presentation to incorporate updated plan/disclosure materials. | 0.30 hrs. |
| 04/23/10 | D. M. LeMAY | Review Plan and Disclosure Statement for meeting w/Debtors (2.8). Review Solicitation materials (1.5). Conference call w/D. Sidley team to review comments on same (1.1). | 5.40 hrs. |
| 04/23/10 | D. E. DEUTSCH | Exhange e-mails with Ken Kansa re: solication process (.2); discuss plan and solication research matters with Robert Gayda (.2); call with Adam Landis re: deadlines related to various plan matters (.1): call with Ken Kansa re: solication motion comments (.2); review revised Disclosure Statement (3.1); related calls with Alan Holtz (.1) and David Gallai (.1); participate in call with Sidley team, David LeMay and | 5.40 hrs. |

|            |              |                                                                                                                                                                                                                                                                                                  |            |
|------------|--------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |              | Bob Gayda re: Plan and Disclosure Statement changes (.9); review analysis on Plan tax issue from Richard Leder (.1); exchange multiple e-mails with James Stenger re: Plan FCC issues (.4).                                                                                                         |            |
| 04/23/10   | Y. YOO       | Reviewed revised draft Solicitation Procedures Motion for issues (1.1); revised and updated summary re: same (.7); corresponded by email with Douglas Deutsch and Robert Gayda re: same (.1); drafted and revised Committee Memorandum re: same (.5).                                               | 2.40 hrs.  |
| 04/23/10   | R. J. GAYDA  | Review and revise Tribune Plan Summary (1.6); review and comment on Article VIII of Disclosure Statement (1.1); review and revise summary of Committee comments to Plan (2.4); review solicitation materials (1.2); telephone conversation with Debtors re same (.8); email and telephonic correspondence re same (.5). | 7.60 hrs.  |
| 04/24/10   | R. KURTH     | Review of employment provisions in Plan of Reorganization and Disclosure Statement.                                                                                                                                                                                                               | 1.40 hrs.  |
| 04/24/10   | D. GALLAI    | Continued to review employment provisions in plan and disclosure statement.                                                                                                                                                                                                                       | 2.30 hrs.  |
| 04/25/10   | R. J. GAYDA  | Review Solicitation Materials provided by Debtors.                                                                                                                                                                                                                                                | 1.30 hrs.  |
| 04/25/10   | E. DAUCHER   | Review disclosure statement materials in preparation for revising 4/29/10 Committee presentation materials.                                                                                                                                                                                       | 1.40 hrs.  |
| 04/25/10   | D. E. DEUTSCH| Review and analysis of solicitation motion, exhibits and related materials (1.7); draft detailed memorandum on analysis required for same to FCC counsel (James Stenger), Delaware counsel (Adam Landis) and solicitation team (Bob Gayda and Young Yoo) (.5); reviewed analysis on                | 2.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11

|            |              | solicitation issues by James Stenger (.2) and respond to same (.1). | |
|------------|--------------|---|---|
| 04/26/10 | D. E. DEUTSCH | Exchange e-mails with Adam Landis re: solicitation issues (.2); prepare for (.2) and meeting with Howard Seife to discuss Plan, Disclosure Statement, solicitation and other case matters (.6); review responses to inquiries on solicitation issues from Adam Landis (.2); review employment team analysis of Plan/Disclosure Statement (.5) and respond to same with follow-up inquiries (.2); review and edit draft Committee presentation materials on Plan/Disclosure Statement (.7); meeting with Eric Daucher and Robert Gayda on same (.4); review draft detailed memorandum on solicitation and edit same (1.5); call on solicitation issue with Adam Landis (.2); e-mail Young Yoo re: detailed memorandum re: follow-up items on solicitation issues (.4). | 5.10 hrs. |
| 04/26/10 | R. KURTH | Meeting with D. Gallai re: review of employment provisions in Plan of Reorganization and Disclosure Statement (0.7); research and draft e-mail to D. Deutsch summarizing review of employment provisions (0.8); review response from D. Deutsch re: employment provisions (0.3); and follow up with C. Kline at Sidley regarding discrepancies on collective bargaining agreements in Plan of Reorganization and Disclosure Statement (0.2) | 2.00 hrs. |
| 04/26/10 | M. ROITMAN | Correspond with R. Gayda and A. Leung re: assumption of contracts in Plan (0.4); Call with B. Hall and A. Leung re: same (0.1); Correspond with R. Gayda re: employment issues in Plan (0.2); Confer with D. Deutsch re: same (0.1). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12


| 04/26/10 | Y. YOO | Continued reviewing parts of revised draft Solicitation Procedures Motion for issues (1.1); continued revising draft Committee Memorandum re: same (4.4); corresponded by email with Douglas Deutsch and Robert Gayda re: same (.4); discussed same with Douglas Deutsch (.2); corresponded by email with Delaware counsel, Adam Landis, re: Local Rule issue (.2). | 6.30 hrs. |
|---|---|---|---|
| 04/26/10 | H. SEIFE | Review of plan and confirmation issues (classes and releases) (2.4). | 2.40 hrs. |
| 04/26/10 | D. GALLAI | Confs. w/ R. Kurth re review of plan and disclosure statement. | 0.80 hrs. |
| 04/26/10 | E. DAUCHER | Meet with D. Deutsch, R Gayda to discuss 4/29 Committee meeting presentation (.5); review and revise presentation on Plan of Reorganization/Solicitation materials for 4/29 Committee meeting (5.7). | 6.20 hrs. |
| 04/26/10 | R. J. GAYDA | Review Debtors' solicitation motion and applicable order (1.3); review and revise draft memorandum summarizing same (2.2); review and revise powerpoint presentation summary of plan and disclosure statement to be made to Committee (2.7); meeting with D.Deutsch and E.Daucher re: presentation to Committee (.5); review solicitation materials checklist from D. Deutsch and determine if completed (1.0); review email correspondence from J. Stenger re FCC issues (.4); review email correspondence from R. Kurth re Employee Benefit issues (.4). | 8.50 hrs. |
| 04/26/10 | D. M. LeMAY | Work on Plan presentation for next Committee Meeting. | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13

| | | | |
|---|---|---|---|
| 04/27/10 | R. J. GAYDA | Review and revise presentation to be made to Committee on 4/29 (2.3); detailed review of plan releases and indemnities (1.6); review of plan prepack provisions re same (.4); discuss same w E. Daucher (.4); review revised solicitiation procedures memorandum (.6); review solicitiation materials action list (.2) and discuss w Y. Yoo (.2). | 5.70 hrs. |
| 04/27/10 | E. DAUCHER | Call with R.Gayda re: pre-pack provision issues in Plan. | 0.30 hrs. |
| 04/27/10 | D. M. LeMAY | Work on detailed presentation re: Plan and DS for next Committee Meeting (2.8). Review and revise written presentation to the Committee re: same (2.3). | 5.10 hrs. |
| 04/27/10 | H. SEIFE | Review of revised drafts of solicitation documents (1.7); review of draft memo to Committee regarding same (1.3); review of plan issues (releases/votes) (1.6). | 4.60 hrs. |
| 04/27/10 | Y. YOO | Continued researching and drafting revisions to Committee Memorandum re: Solicitation Procedures Motion (6.8); corresponded by email with Delaware cousel, Matt McGuire re: scope of opt-out release provisions (.2); revised Committee Slide Presentation (3.2). | 10.20 hrs. |
| 04/27/10 | D. E. DEUTSCH | Review and edit memorandum to Committee re: solicitation issues (.4); conference with Bob Gayda to discuss plan matters (.2); review revised Committee presentation on plan issues and edit same (.4); review release provisions in plan and disclosure statement and determine possible edits to same (1.1); call with Ken Kansa, re: solicitation issues (.5); research and edit parts of plan/solicitation presentation for Committee (1.6). | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       May 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   14


04/28/10   D. E. DEUTSCH        Review revised memorandum to          3.20 hrs.
                                Committee on solicitation
                                procedures and edit same (.6);
                                review and edit revised
                                solicitation slides for
                                presentation to Committee (.5);
                                discuss changes to certain slides
                                with Young Yoo (.2); discuss
                                treatment of claims for newspaper
                                refunds/credits with David LeMay
                                (.2); draft insert for
                                solicitation memorandum related to
                                same (.3); discuss follow-up on
                                specific plan issues with Robert
                                Gayda (.2); review highlighted
                                materials from plan related to
                                same (.4); telephone conversation
                                with Jessica Boelter (Debtors'
                                counsel) re: Plan issue (.2); call
                                with Kevin Lantry re: plan tax
                                issue (.2); review related plan
                                provisions (.2); draft e-mail to
                                Adam Landis and Richard Leder re:
                                different follow-up requests
                                related to same (.2).

04/28/10   D. M. LeMAY          Review and revise Solicitation        3.40 hrs.
                                Procedures Motion (1.6).  Review
                                and revise presentation on PoR for
                                tomorrow's Committee meetings
                                (1.8).

04/28/10   R. J. GAYDA          Review and revise plan and            2.70 hrs.
                                disclosure statement presentation
                                to Committee (1.1); research re
                                Morgan Stanley Claims (.8); review
                                plan and disclosure statement re
                                releases and LBO related language
                                (.8).

04/28/10   Y. YOO               Continued revising draft Committee    6.00 hrs.
                                Memorandum re: Solicitation
                                Procedures Motion (3.7); discussed
                                same with David LeMay, Douglas
                                Deutsch and Robert Gayda (.7);
                                continued revising Committee Slide
                                Presentation (1.2); discussed same
                                with Douglas Deutsch and David
                                LeMay (.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   15


04/28/10    M. ROITMAN        Correspond with R. Gayda and D.        1.00 hrs.
                              Deutsch re: ESOP/LBO claims
                              settlement language in Disclosure
                              Statement (0.3); Draft email to B.
                              Krakauer, J. Boelter, K. Lantry
                              (Sidley) re: same (0.5); Draft
                              email to Committee re:
                              presentation on Debtors' revised
                              plan of reorganization (0.2).

04/28/10    H. SEIFE          Review of revised draft memo to        2.40 hrs.
                              Committee regarding soliciation
                              motion (.6); review of memo
                              regarding Spansion case and
                              releases (.5); review of Stenger
                              email regarding FCC approval
                              issues (.3); review of memo on FCC
                              approval process (1.0).

04/29/10    H. SEIFE          Review of presenation slides           0.80 hrs.
                              regarding plan of reorganization.

04/29/10    M. ROITMAN        Correspond with D. LeMay, Y. Yoo,      0.50 hrs.
                              R. Gayda re: solicitation
                              materials (0.5)

04/29/10    Y. YOO            Corresponded by phone and email        0.60 hrs.
                              with Robert Gayda and Marc Roitman
                              re: PHONES holder releases/opt out
                              issues (.6).

04/29/10    R. J. GAYDA       Respond to questions from D. LeMay     3.30 hrs.
                              re Plan and Disclosure Statement
                              provisions (1.2); email
                              correspondence w J. Boelter of
                              Sidley re Morgan Stanley Claims
                              (.2); detailed review of Debtors'
                              liquidation analysis (1.9).

04/29/10    D. M. LeMAY       Review and comment on draft            1.60 hrs.
                              Solicitation Procedures Motion.




TOTAL DUE FOR THIS MATTER.....................................   $207,226.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   16
```

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 85.70 | 73273.50 |
| H. SEIFE | 965.00 | 29.10 | 28081.50 |
| N. T. ZINK | 795.00 | 2.10 | 1669.50 |
| D. E. DEUTSCH | 695.00 | 56.30 | 39128.50 |
| D. GALLAI | 650.00 | 6.60 | 4290.00 |
| E. DAUCHER | 355.00 | 11.80 | 4189.00 |
| M. S. TOWERS | 475.00 | 12.10 | 5747.50 |
| R. J. GAYDA | 595.00 | 52.60 | 31297.00 |
| M. ROITMAN | 355.00 | 5.90 | 2094.50 |
| R. KURTH | 405.00 | 6.30 | 2551.50 |
| Y. YOO | 405.00 | 36.80 | 14904.00 |
| TOTALS | | 305.30 | 207226.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through April 30, 2010

Our Matter #19804.016
        TAX ISSUES

| | | | |
|---|---|---|---|
| 04/09/10 | R. M. LEDER | Conference call with Scott Heyman and Marilyn Wethekan re proposed state income tax settlements with Connecticut and California (2.4) and email report to Doug Deutsch on same (1.2). | 3.60 hrs. |
| 04/13/10 | B. BETHEIL | Review draft plan of reorganization and draft tax disclosure statement | 0.60 hrs. |
| 04/13/10 | D. E. DEUTSCH | Exchange e-mails with Richard Leder re: analysis of plan for tax issues (.2). | 0.20 hrs. |
| 04/14/10 | R. M. LEDER | Partial review of Disclosure Statement re: tax issues. | 1.10 hrs. |
| 04/15/10 | B. BETHEIL | Review draft plan of reorganization and draft tax disclosure statement | 3.70 hrs. |
| 04/16/10 | B. BETHEIL | Review draft disclosure statement (2.2); Draft comments on tax disclosure (1.6). | 3.80 hrs. |
| 04/16/10 | R. M. LEDER | Continuing review of Disclosure Statement tax issues. | 0.70 hrs. |
| 04/19/10 | R. M. LEDER | Complete review of Plan and Disclosure Statement tax issues (1.8); conference Betheil re comments on same (1.0). | 2.80 hrs. |
| 04/19/10 | D. GALLAI | Confs. w/ B. Betheil re plan and 409A issue. | 0.30 hrs. |
| 04/19/10 | B. BETHEIL | Review draft tax disclosure and draft comments (3.6); Meet w/ R. Leder re: comments on draft tax disclosure (.3); Meet w/ D. Gallai re: tax implications of plan for holders of claims arising from nonqualified deferred compensation plans (.3). | 4.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| | | | |
|---|---|---|---|
| 04/21/10 | R. M. LEDER | Emails with Sidley tax group re review of Plan and Disclosure Statement. | 0.30 hrs. |
| 04/21/10 | D. E. DEUTSCH | Exchange multiple e-mails with Jessica Boelter and Richard Leder re: tax matters on plan/disclosure statement (.3). | 0.30 hrs. |
| 04/22/10 | D. E. DEUTSCH | Exchange e-mails with Richard Leder to discuss plan tax issues (.2). | 0.20 hrs. |
| 04/22/10 | R. M. LEDER | Conference call with Sidley tax group on tax section of Plan and Disclosure Statement (1.0); emails to Deutsch and Sidley re employee claims (0.6). | 1.60 hrs. |
| 04/22/10 | B. BETHEIL | Conf. call w/ R. Leder and S. Advani, S. Heyman & R. Silverman at Sidley re: comments on draft tax disclosure (.9); Review backup withholding tax disclosure precedents (.4); Email comments on backup withholding tax disclosure to S. Advani, S. Heyman & R. Silverman (.3). | 1.60 hrs. |
| 04/27/10 | R. M. LEDER | TC from Sidley attorneys, Priscilla (tax) and Kevin Landry (bankruptcy) re section 409A issue raised in our earlier emails. | 1.10 hrs. |
| 04/27/10 | B. BETHEIL | Participate in part of conf call w/ R. Leder and Sidley attorneys re: section 409A tax disclosure. | 0.30 hrs. |
| 04/28/10 | R. M. LEDER | Review proposed plan presentation for Committee meeting (.7); email correspondence with B.Betheil re 409A issue (.2). | 0.90 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

**TOTAL DUE FOR THIS MATTER.....................................  $18,109.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| R. M. LEDER | 965.00 | 12.10 | 11676.50 |
| D. E. DEUTSCH | 695.00 | .70 | 486.50 |
| D. GALLAI | 650.00 | .30 | 195.00 |
| B. BETHEIL | 405.00 | 14.20 | 5751.00 |
| TOTALS | | 27.30 | 18109.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    1

                                For Services Through April 30, 2010

    Our Matter #19804.017
              GENERAL LITIGATION


04/01/10    N. T. ZINK          Continued drafting of Committee        2.60 hrs.
                                Statement re Wilmington Trust
                                adversary proceeding and Debtor
                                and JPMorgan Chase motions.

04/01/10    T. J. MCCORMACK     Review outline/back-up to third        1.70 hrs.
                                party claims and compare to
                                Wilmington Trust pleading (1.7).

04/02/10    T. J. MCCORMACK     Review backup materials on             0.80 hrs.
                                Examiner motion (0.8).

04/02/10    M. ROITMAN         Review Credit Agreement Lenders'        1.30 hrs.
                                Rule 2004 Motion and follow up
                                analysis on same (0.7); Draft
                                email to H. Seife, D. Deutsch, D.
                                LeMay re: same (0.2); Calls with
                                J. Morse (Hennigan Bennett Dorman)
                                re: unredacted version of same
                                (0.1); Review dockets in Neil and
                                Beatty adversary proceedings (0.3).

04/02/10    D. E. DEUTSCH       Review materials on examiner           0.90 hrs.
                                motion (.2); meeting with Meghan
                                Towers and, in part, David LeMay
                                to discuss same (.3); review
                                weekly adversary reports (.4).

04/05/10    D. E. DEUTSCH       Exchange e-mails with Ted Zink re:     1.20 hrs.
                                Committee statement on contempt
                                and sanction motions (.2); discuss
                                new case/concept to incorporate
                                into Sur Reply to Examiner motion
                                with Meghan Towers (.2); brief
                                review of lender discovery motion
                                and related background research
                                (.2); discuss follow-up research
                                on same with Beth Miller (.1);
                                draft related e-mail to Beth
                                Miller and Howard Seife (.1);
                                review redacted filing by
                                Wilmington Trust re: sanctions
                                motion (.3); exchange e-mails with
                                Wilmington Trust's counsel (Martin
                                Siegel) re: same (.1).

04/05/10    D. M. LeMAY         Review Wilmington Trust objection      0.60 hrs.
                                to motion to strike complaint.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2

| | | | |
|---|---|---|---|
| 04/05/10 | F. VAZQUEZ | Conf w/Towers re Wilmington Trust subordination (.2); conf w/Zink re Wilmington Trust response and next steps (.3); conf w/Zink and Detusch re Wilmington Trust response and timing of committee statement (.2); review Wilmington Trust objection and amended complaint (1.3); email to/from Zink re Wilmington Trust objection (.1). | 2.10 hrs. |
| 04/05/10 | H. SEIFE | Review of WTC objection to motion. | 0.80 hrs. |
| 04/05/10 | E. M. MILLER | Brief phone call with D Deutsch re motion for discovery from Centerbridge (0.2) Review motion, and documents cited therein. (1.0) draft and send email to D Deutsch re same (0.2) | 1.40 hrs. |
| 04/05/10 | M. S. TOWERS | Researched (2.1) and drafted (4.8) supplemental objection to Wilmington Trust's Motion to Appoint an Examiner | 6.90 hrs. |
| 04/05/10 | T. J. MCCORMACK | Review Wilmington Trust filings and related materials (0.9). | 0.90 hrs. |
| 04/06/10 | T. J. MCCORMACK | Review Wilmington Trust complaint and filings in response (2.1). | 2.10 hrs. |
| 04/06/10 | M. S. TOWERS | Continued to research (1.1), review and revise (2.8) supplemental objection to Examiner Motion; drafted summary re: same (.9) | 4.80 hrs. |
| 04/06/10 | E. M. MILLER | Review motion for discovery from Centerbridge, and documents cited therein (0.5) Draft and send email to D Deutsch re same (0.2) | 0.70 hrs. |
| 04/06/10 | N. T. ZINK | Further review and revision of Committee Statement in connection with Debtor Motion on Complaint (1.8); review objection to Debtor motion (.8); review Wilmington Trust "proposed amended complaint" (1.2). | 3.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

| 04/06/10 | H. SEIFE | Review of WTC objection to motion (unredacted) (1.3); review of draft sur-reply to WTC motion (.7). | 2.00 hrs. |
|---|---|---|---|
| 04/06/10 | D. M. LeMAY | Revise draft Sur-Reply. | 1.30 hrs. |
| 04/06/10 | D. E. DEUTSCH | Review of court filings re: stay motion (.5); related call with Ted Zink on draft Committee response to sanctions and stay motion (.3); review insert for Sur Reply (.3); review and edit posting note for Committee on Wilmington Trust's new filings (.1); exchange e-mails with Meghan Towers re: Sur Reply issues (.2). | 1.40 hrs. |
| 04/06/10 | F. VAZQUEZ | Conf w/Zink and Deutsch re committee statement in connection w/complaint (.4); conf w/Zink re responses to complaint (.3); review and revise committee statement re Wilmington Trust (2.8); conf w/Y.Yoo re follow-up request on Wilmington Trust complaint (.2); conf w/Zink re motion to seal (.3); conf w/Zink and Butcher re necessity to seal committee statement (.2); conf w/Yoo re discussions w/debtors re committee response.(.3). | 4.50 hrs. |
| 04/06/10 | N. T. ZINK | Draft posting note to Committee re: Committee statement on motions related to Wilmington Trust actions. | 0.20 hrs. |
| 04/06/10 | Y. YOO | Reviewed Wilmington Trust's Amended Complaint for comparisons to Wilmington Trust's Original Complaint and Committee's Complaint in preparation for Sanctions Motion hearing (.4); corresponded by email with Ted Zink and Marc Roitman re: same (.2). | 0.40 hrs. |
| 04/07/10 | N. T. ZINK | Conference with H. Seife re Committee Statement in response to JPM and Debtor Motions for sanctions and for finding of stay violation re Wilmington Trust | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

May 23, 2010
Invoice ******
Page    4

complaint (.2); further review and revise Committee Statement (1.0); emails with F. Vazquez re filing statement and preparation of Exhibit to Committee Statement (.4); further development of exhibit to Committee Statement and conference with M. Roitman and Y. Yoo re same (.2); prepare talking points for April 13 hearing re Wilmington Trust matters (1.6); conference with F. Vazquez re whether Committee Statement should be filed under seal (.4); phone conference with R. Butcher re same (.2)

| | | | |
|---|---|---|---|
| 04/07/10 | F. VAZQUEZ | Conf w/Zink and Roitman re Wilmington Trust standing/motion to seal (.4); conf w/Butcher re motion/seal (.3); draft presentation slides for Committee meeting re statement in response to Wilmington Trust related motions (2.4); confs w/Roitman re exhibit for committee statement (.2); review exhibit statement (.7); review/revise committee statement (2.3); conf w/Zink re automatic stay research (.3); conf w/Roitman re accuracy of statements in debtors' automatic stay motion (.3); review Wilmington Trust objection/debtors' motion (.4); email to/from Yoo re amended complaint (.2); email to/from Butcher re filing/committee statement (.2); email to/from Zink re Count 1 of Wilmington Trust complaint (.3); review case summary from Daucher (.2); email to/from Roitman re amended complaint (.2). | 8.40 hrs. |
| 04/07/10 | M. ROITMAN | Review Wilmington Trust's Amended Complaint re: comparison with original complaint and Committee complaint (2.4), Draft Exhibit A to Committee Statement in Support (0.7); Meet with T. Zink and F. Vazquez re: same (0.5); Correspond | 4.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

May 23, 2010
Invoice ******
Page    5

|  |  |  |  |
|---|---|---|---|
|  |  | with F. Vazquez re: confidentiality concerns with Committee Statement (0.4); Revise summary of JPMorgan pleading re: Wilmington Trust Complaint (0.2); Revise summary of Debtors' pleading re: Wilmington Trust Complaint (0.2). |  |
| 04/07/10 | D. E. DEUTSCH | Review and mark-up draft sur reply on Wilmington Trust objection (.8); review inquiry from Ted Zink related to response on sanctions and contempt motions and respond to same (.2); exchange e-mails with Dennis Glazer (David Polk) re: status of certain Wilmington Trust matters (.2); review and edit summaries on Wilmington Trust related motions for outline for Committee presentation (.6). | 1.80 hrs. |
| 04/07/10 | Y. YOO | Continued reviewing Wilmington Trust's Amended Complaint for comparisons to Wilmington Trust's Original Complaint and Committee's Complaint in preparation for Sanctions Motion hearing (2.8); attended meetings with Ted Zink and Francisco Vazquez re: same (.5); corresponded by email with Francisco Vazquez and Marc Roitman re: same (.4). | 3.70 hrs. |
| 04/07/10 | D. M. LeMAY | Revise draft Sur-Reply to WTC Examiner Motion. | 1.80 hrs. |
| 04/07/10 | M. D. ASHLEY | Reviewed pleadings relating to Wilmington Trust complaint (1.5). | 1.50 hrs. |
| 04/07/10 | E. DAUCHER | Analyze all cases cited in Debtors' motion for an order finding that Wilmington Trust violated the automatic stay (2.5); and draft related case briefs (2.6). | 5.10 hrs. |
| 04/07/10 | M. S. TOWERS | Revised supplemental objection to Wilmington Trust's examiner motion (1.1); revised summary re: same (.6) | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6

| | | | |
|---|---|---|---|
| 04/07/10 | T. J. MCCORMACK | Reviewed materials regarding Wilmington Trust claims and background (1.2); review correspondence on certain outstanding discovery questions (0.2). | 1.40 hrs. |
| 04/08/10 | N. T. ZINK | Review Wilmington Trust Objection to Debtor Motion (1.2); review Wilmington Trust "proposed amended complaint" (1.6); prepare various notes and materials in preparation for hearing on Wilmington Trust's violation of the automatic stay (4.2). | 7.00 hrs. |
| 04/08/10 | E. DAUCHER | Draft summaries and as-applied analysis of all cases cited in Wilmington's objection to the Debtors' automatic stay violation motion (7.1); draft email to F.Vazquez re analysis of Debtors' cited cases in motion and order finding that Wilmington Trust violated automatic stay (.4). | 7.50 hrs. |
| 04/08/10 | M. ROITMAN | Research re: Examiner Motion (0.8); Review Wilmington Trust's Amended Complaint re: comparison with Committee draft 3rd party complaint (0.9). | 1.70 hrs. |
| 04/08/10 | F. VAZQUEZ | Conf w/Daucher re case summaries (.3); review and revise draft case summaries (1.2); confs w/Zink re summary of arguments for next week's hearing (.7); review and revise summary of committee statement (.5); draft summary of next week's arguments (1.7); conf w/Deutsch and Zink re next week's hearing (.5); email to/from Daucher re equitable subordination caselaw. (.2). | 5.10 hrs. |
| 04/09/10 | F. VAZQUEZ | Review and revise summary of arguments for next week's hearing (4.1); conf w/Zink re next week's hearing (.7); review and revise case summaries (1.6); confs w/Daucher re case summaries (.4); conf w/Deutsch re next week's | 7.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7

|            |               | hearing (.3); conf w/Roitman re amended Wilmington Trust complaint (.4); review redline of amended Wilmington complaint (.3); email to/from Roitman re amended complaint (.1). |            |
|------------|---------------|------------|------------|
| 04/09/10   | F. VAZQUEZ    | Email to/from Deutsch re amended complaint (.1); email to/from Zink re amended complaint (.1). | 0.20 hrs. |
| 04/09/10   | M. ROITMAN    | Correspond with K. Bromberg (Brown Rudnick) re: Dolan Declaration (0.1); Review Dolan Declaration (0.2); Review Wilmington Trust's Amended Complaint re: comparison with Committee draft 3rd party complaint (1.9); Correspond with T. Stevenson and F. Vazquez re: same (0.6); | 2.80 hrs. |
| 04/09/10   | A. HANESSIAN  | Preparing court materals for next week's hearing. | 3.80 hrs. |
| 04/09/10   | D. E. DEUTSCH | Review pleadings related to next Tuesday's hearing (.7); discuss Tuesday's hearing with Howard Seife (.2); related conference with Marc Roitman, David Bava and, in part, Frank Vazquez re: summaries for Tuesday's hearing (.3); e-mail Ted Zink re: status of research related to contempt motion (.2); prepare for meeting with Debtors' LA litigation team (employment lawyer, special counsel, in-house counsel and Kevin Lantry) and re: specific employment case that may be moving to mediation (.2); participate in related meeting (.8); exchange additional e-mails with David Bava related to next week's hearing (.2); meeting with Howard Seife re: outlines of issues for next week's hearing (.3). | 2.90 hrs. |
| 04/09/10   | E. DAUCHER    | Review and revise summary of Debtors', Wilmington Trusts and Committee's arguments on Debtors' Wilmington Trust motion for F Vazquez. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


| 04/09/10 | E. DAUCHER | Review and revise summaries of important cases cited in papers relevant to Debtors' Wilmington Trust motion. | 4.30 hrs. |

| 04/09/10 | H. SEIFE | Prepare for hearing on examiner and WTC motion (2.4); review of Debtors' reply to WTC objection (.5). | 2.90 hrs. |

| 04/09/10 | N. T. ZINK | Review relevant pleadings and prepare various notes and materials in preparation for hearing on Wilmington Trust's violation of the automatic stay (3.7). | 3.70 hrs. |

| 04/09/10 | T. J. MCCORMACK | Review correspondence on settlement schedule, timing and related issues (0.4). | 0.40 hrs. |

| 04/10/10 | F. VAZQUEZ | Email to/from Zink re argument summary (.4); conf w/Zink re next week's argument (.3); review debtors' reply to automatic stay motion (.3); email to/from Roitman re automatic stay motion (.1). | 1.10 hrs. |

| 04/10/10 | N. T. ZINK | Review and revise talking points re Wilmington Trust issues for April 13 hearing (1.4). | 1.40 hrs. |

| 04/10/10 | H. SEIFE | Preparation for hearing on examiner and WTC motions . | 1.70 hrs. |

| 04/10/10 | D. E. DEUTSCH | Review and exchange various e-mails with Howard Seife and David LeMay re: next Tuesday's hearing on various Wilmington Trust matters (.3). | 0.30 hrs. |

| 04/10/10 | D. M. LeMAY | E-mail M. Towers (.2) and H. Seife (.6) re: certain Ch. 11 case w/v/t Examiner Motion. | 0.80 hrs. |

| 04/10/10 | M. ROITMAN | Correspond with H. Seife re: recent bankruptcy case decision / Examiner Motion (0.2) | 0.20 hrs. |