TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    9


| 04/11/10 | H. SEIFE | Preparation for hearing on examiner and WTC motions. | 2.40 hrs. |
| 04/11/10 | M. ROITMAN | Review dockets in Neil and Beatty Adversary Proceedings and revise summaries (0.4) | 0.40 hrs. |
| 04/11/10 | M. ROITMAN | Review pleadings related to Wilmington Trust Examiner Motion (0.5); Correspond with T. Zink, D. Deutsch, F. Vazquez re: same (0.4); Review pleadings related to Wilmington Trust Complaint for Equitable Subordination (0.2); Correspond with T. Zink and F. Vazquez re: same (0.1) | 1.20 hrs. |
| 04/11/10 | F. VAZQUEZ | Review debtors' reply to lift stay motion. | 0.20 hrs. |
| 04/12/10 | D. E. DEUTSCH | Review various court filings related to tomorrow's hearing (.4); two conferences to discuss issue research related to same with Young Yoo (.3); review related memorandum (.2); review request from Howard Seife re: tomorrow's hearing on trading wall issue and research same (.5); exchange related e-mails (.2); review Wilmington Trust new filing on motion to leave (.5); raise issues for hearing with David LeMay (.1); review revised court agenda (.2); discuss procedural motions with Marc Roitman (.2); participate in telephonic meeting with Chadbourne team, Debtors team and others re: tomorrow's hearing matters (1.6). | 4.20 hrs. |
| 04/12/10 | N. T. ZINK | Prepare for hearing on Wilmington Trust issues (4.2); prepare for meeting with Debtors and settling parties re preparation for April 13 hearing (2.2); conference with Debtors, JPM and settling parties re April 13 hearing (1.8). | 8.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    10


| 04/12/10 | M. ROITMAN | Review Wilmington Trust's Amended Complaint re: comparison with Committee draft 3rd party complaint (0.8); Review Wilmington Trust's Response to Committee Statement and Debtors' Reply (1.0) | 1.80 hrs. |
| 04/12/10 | D. M. LeMAY | Preparation for contested hearing on examiner motion and exclusivity (3.4). Attend meeting w/Debtors and settling parties to prepare for hearing (1.9). Attend Committee professionals only meeting re: same (1.1). | 6.40 hrs. |
| 04/12/10 | F. VAZQUEZ | Conf w/Zink re tomorrow's hearing (.3); review outline of argument at tomorrow's hearing (.4); review Wilmington Trust reply (.9); email to/from Zink re Wilmington Trust reply (.8); email to/from Zink re amended complaint (.1); review redline complaint (.4). | 2.90 hrs. |
| 04/12/10 | M. D. ASHLEY | Reviewed pleadings regarding motions relating to Wilmington Trust's complaint (1.4). | 1.40 hrs. |
| 04/12/10 | H. SEIFE | Preparation for hearing on examiner motion (3.6); meeting with Zuckerman, Debtors, JPM regarding preparation for hearing (1.8); review of Credit Agreement Lenders pleading (.6); review of Wilmington Trust Reply (.8). | 6.80 hrs. |
| 04/12/10 | T. J. MCCORMACK | Confer M. Ashley re: status of pending motions (0.2); review Wilmington Trust submissions (0.8); confer team re: upcoming hearing (0.8). | 1.80 hrs. |
| 04/13/10 | T. J. MCCORMACK | Review materials in anticipation of examiner motion and other applications (2.4); review posted court materials re: motion (0.8). | 3.20 hrs. |
| 04/13/10 | H. SEIFE | Prepare for hearing on examiner (2.8); attend hearing before Judge Carey on examiner (2.1); attend follow-up meeting with Committee professionals regarding hearing | 6.30 hrs. |

|            |                |                                                                                                                                                                                                                                                                                          |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | and exmainer issues (1.4).                                                                                                                                                                                                                                                                |            |
| 04/13/10   | D. M. LeMAY    | Prepare for (1.3) and attend (2.2) contested hearings in USBC. Attend follow-up meeting of Committee Professionals to discuss Examiner issues (1.5).  Edit report to Committee regarding same (.6).                                                                                        | 5.60 hrs.  |
| 04/13/10   | M. ROITMAN     | Correspond with M. Rule and B. Hall (AlixPartners) re: PHONES issue (0.2)                                                                                                                                                                                                                 | 0.20 hrs.  |
| 04/13/10   | F. VAZQUEZ     | Conf w/Deutsch re today's hearing (.1); email to/from Zink re today's hearing follow-up matters (.2).                                                                                                                                                                                     | 0.30 hrs.  |
| 04/13/10   | D. E. DEUTSCH  | Participate telephonically in part of hearing on examiner issues (1.0); draft e-mail to Committee outlining details on today's hearing (1.2).                                                                                                                                             | 2.20 hrs.  |
| 04/13/10   | N. T. ZINK     | Review Wilmington Trust response to Committee Statement and prepare outline of same (2.1); prepare for hearing on Wilmington Trust issues (1.2); attend hearing (2.2); conference with H. Seife, G. Bush, A. Landis and D. LeMay re examiner scope, timing issues (1.6); review outline of Wilmington Trust response in preparation for April 15 Committee conference call (1.7). | 8.80 hrs.  |
| 04/13/10   | D. E. DEUTSCH  | Review posted court papers related to today's hearing (1.1); research request from David LeMay re: issue raised at today's hearing (.5); reply to same (.1).                                                                                                                               | 1.70 hrs.  |
| 04/14/10   | D. E. DEUTSCH  | Exchange e-mails with Marc Ashley re: Wilmington Trust issues (.2); prepare for meeting with Debtors' counsel re: Wilmington Trust matters (.3); participate in related meeting (.9).                                                                                                      | 1.40 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   12


| 04/14/10 | N. T. ZINK | Review and revise outline of Wilmington Trust's reply to Committee Statement in preparation for April 15 Committee meeting (1.0); review analysis of Committee complaint against Wilmington Trust's revised complaint for presentation to the Committee (.4). | 1.40 hrs. |
|---|---|---|---|
| 04/14/10 | F. VAZQUEZ | Email to/from Deutsch re summary of Wilmington Trust objection (.1); conf w/Zink re Wilminton Trust objection and next steps(.3); draft summary of Wilmington Trust objection (2.2); conf w/Roitman re Wilmington Trust objection (.2). | 2.80 hrs. |
| 04/14/10 | D. BAVA | Review and prepare exhibits re: Wilmington Trust's Examiner Motion (1.40); and prepare selected pleadings related to Wilmington Trust's examiner motion (3.80) for attorney review. | 5.20 hrs. |
| 04/14/10 | M. ROITMAN | Correspond with M. Ashley and D. Bava re: Examiner Motion pleadings (0.5); Review Summary of Wilmington Trust Response to Committee Statement (0.4); Meet with H. Seife re: Examiner Motion pleadings (0.1); Call with D. LeMay, T. McCormack, M. Ashley re: Committee preparations for April 22 Hearing (0.7); Review docket and relevant pleadings re: Examiner Motion and Wilmington Trust Adversary Proceeding (1.4); Correspond with D. Bava re: same (0.5) Review docket in similar large case bankruptcy for certain pleadings (1.2); Correspond with A. Hanessian re: same (0.2). | 5.00 hrs. |
| 04/14/10 | D. M. LeMAY | Conference call of C&P team regarding Examiner issues (.9). T/c w/Sottile regarding Examiner (.2). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13


| 04/14/10 | H. SEIFE | Conference call with Sidley regarding examiner (.9); review of hearing transcript (.4); review of JPM discovery requests (.4); prepare for hearing on examiner (2.2). | 3.90 hrs. |

| 04/14/10 | M. D. ASHLEY | Reviewed pleadings relating to Wilmington Trust motion for appointment of examiner (3.6); reviewed Wilmington Trust motion exhibits for confidentialilty purposes (2.2); email exchanges with H. Seife, M. Roitman, J. Sottile (Zuckerman) regarding Wilmington Trust examiner motion issues (.7); conference call with T. McCormack, D. LeMay regarding Committee response to Wilmington Trust examiner motion (.8). | 7.30 hrs. |

| 04/14/10 | M. D. ASHLEY | Reviewed discovery requests relating to JPMorgan sanctions motion regarding Wilmington Trust complaint (.6); reviewed pleadings relating to sanctions motion (.6). | 1.20 hrs. |

| 04/14/10 | T. J. MCCORMACK | Review report from team on court hearing, examiner and next steps (0.6); review/analyze options on issues related to examiner, providing information and related issues (0.8); review discovery served by JPMorgan Chase in connection with Wilmington Trust complaint (0.3); conf. call with team re: issues and next steps (0.8). | 2.50 hrs. |

| 04/15/10 | T. J. MCCORMACK | Review materials and correspondence on examiner and related issues (0.7); conf. with M.Ashley and D.LeMay regarding issues for 4/22 hearing (0.9); receipt and review of JPMorgan Chase revised discovery (0.2); reviewed pleadings re: WT's examiner motion (1.4); review e-mails on Committee response to WT (0.6). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14


| 04/15/10 | M. D. ASHLEY | Conference call with H. Seife, T. McCormack, J. Sottile regarding Wilmington Trust examiner motion issues (.6); conference call with various parties' counsel regarding response to Wilmington Trust examiner motion (1.2); reviewed pleadings and exhibits relating to resolution of Wilmington Trust examiner motion (2.8); email exchanges with H. Seife, T. McCormack, J. Sottile relating to Committee response to Wilmington Trust examiner motion (1.0). | 5.60 hrs. |
| 04/15/10 | M. D. ASHLEY | Reviewed excerpts of and related materials regarding Wilmington Trust's amended complaint (.8). | 0.80 hrs. |
| 04/15/10 | H. SEIFE | Conference call with Centerbridge, Law Debenture, JPM regarding examiner motion (.8); prepare for hearing on examiner (2.1). | 2.90 hrs. |
| 04/15/10 | F. VAZQUEZ | Review transcript of Tuesday's hearing (1.3); conf w/Zink re Tuesday's hearing and today's meeting (.4); conf w/Zink re outcome of today's meeting and next steps re examiner motion (.3); conf w/Zink re amended complaint (.2); review summary of Wilmington Trust objection (.3). | 2.50 hrs. |
| 04/15/10 | E. DAUCHER | Prepare Committee chronology of events for Examiner. | 0.80 hrs. |
| 04/15/10 | D. M. LeMAY | Conference w/H. Seife regarding tomorrow's meeting w/Wilmington (.3). Participate in conference call w/Debtors and others to plan meeting (.9). E-mail Alix Partners regarding outstanding face amount of PHONES (.3). | 1.50 hrs. |
| 04/15/10 | M. ROITMAN | Correspond with D. Bava and M. Ashley re: Examiner motion pleadings (0.4); Review Wilmington Trust's Amended Complaint re: comparison with Committee draft 3rd party complaint in preparation for Committee meeting (0.9); | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   15


                         Review pleadings in Spansion re:
                         Examiner (0.5)

04/15/10   D. BAVA       Prepare Dolan Declaration and          0.80 hrs.
                         exhibits for review by special
                         counsel (.80).

04/15/10   D. E. DEUTSCH Review discovery requests re:          0.60 hrs.
                         Wilmington Trust matters (.2);
                         meeting with Eric Daucher to
                         discuss research assignment
                         related to Motion to Appoint
                         Examiner (.4).

04/16/10   D. E. DEUTSCH Participate in part of pre-meeting     2.00 hrs.
                         (.7) and meeting re: Wilmington
                         Trust claims and settlement of
                         same (1.3).

04/16/10   E. DAUCHER    Prepare comprehensive chronology      8.30 hrs.
                         of Committee activity related to
                         LBO.

04/16/10   F. VAZQUEZ    Conf w/Zink re selection of           0.30 hrs.
                         examiner and committee position.

04/16/10   H. SEIFE      Prepare for meetings (1.3);           5.10 hrs.
                         meeting with Centerbridge, JPM and
                         Debtors regarding examiner (1.1);
                         meeting with Wilmington Trust and
                         Brown Rudnick regarding examiner
                         (1.3); prepare for hearing on
                         examiner motion (1.4).

04/16/10   M. D. ASHLEY  Reviewed pleadings and exhibits       4.90 hrs.
                         relating to Wilmington Trust
                         examiner motion (1.2);
                         participated in pre-meeting
                         discussion with various parties'
                         counsel relating to response to
                         Wilmington Trust examiner motion
                         (1.0); attended meeting with
                         Wilmington Trust's counsel
                         regarding resolution of examiner
                         motion (1.4); email exchanges with
                         T. McCormack regarding Committee
                         response to examiner motion and
                         next steps (1.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16


| 04/16/10 | D. M. LeMAY | Attend (by conference call) meeting of settling parties w/Wilmington Trust. | 1.20 hrs. |
| 04/16/10 | T. J. MCCORMACK | E-mails with M. Ashley re: all aspects of examiner appointment, upcoming schedule and related matters (1.6); preparation on issues for presentation to examiner (1.3). | 2.90 hrs. |
| 04/17/10 | T. J. MCCORMACK | Review materials on all aspects of examiner appointment, background, court submissions and related documents. | 1.60 hrs. |
| 04/17/10 | D. M. LeMAY | Review and prepare comments on draft examiner order prepared by US Trustee. | 1.60 hrs. |
| 04/17/10 | H. SEIFE | Review of draft order regarding examiner (.8) and prepare comments to draft order (.6); preparation for court hearing (1.1). | 2.50 hrs. |
| 04/17/10 | M. ROITMAN | Correspond with H. Seife, D. LeMay, G. Bush, J. Sottile re: proposed form of order for examiner (0.7). | 0.70 hrs. |
| 04/18/10 | H. SEIFE | Review of revised draft order (.8); conference call with Zuckman and Landis regarding comments to draft order (.8); review of Wilmington Trust comments (.4); review of comments from other parties (.8); review of revised draft order (.5). | 3.30 hrs. |
| 04/18/10 | D. M. LeMAY | Revise draft order for examiner to reflect LRC, C&P and ZS comments (4.8).  Conference call w/ZS, C&P and LRC to discuss issues in order (.7). | 5.50 hrs. |
| 04/18/10 | M. ROITMAN | Review proposed form of Order Directing the Appointment of an Examiner (1.2); Conference call with Committee professional team re: same (0.7); Review comments from various Committee professionals and revise Committee | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    17

|            |                  | draft proposed form of Order Directing the Appointment of an Examiner (1.8); draft email to all case parties re: same (.9); Correspond with H. Seife re: statements made at 4/13 hearing regarding scope and timing of examiner (0.4); Draft email to Committee re: examiner candidates (0.5); Draft email to J. McMahon (US Trustee) re: proposed form of Order Directing the Appointment of an Examiner (0.3); Review correspondence with D. Golden (Akin Gump) and S. Korpus (Kasowitz) re: same (0.2) |            |
| 04/18/10   | M. D. ASHLEY     | Reviewed proposed examiner order and revisions thereto (.6); participated in conference call with Chadbourne and Zuckerman teams regarding proposed examiner order (.8); reviewed email correspondence regarding proposed examiner order (.4); emails with M. Roitman regarding examiner materials (.2); emails with T. McCormack regarding examiner issues (.1). | 2.10 hrs. |
| 04/18/10   | T. J. MCCORMACK  | Review information and materials on Examiner issue in preparation for DE hearings and emails (1.1); receipt and review draft form of order re: examiner (0.8). | 1.90 hrs. |
| 04/19/10   | T. J. MCCORMACK  | E-mails with M. Ashley re: 4/19 hearing, status, input from Committee members on examiner's motion (0.5); review edits to examiner order (0.3) and review e-mails re: same (0.2); emails with D.Deutsch re: chronology of Committee activity (0.4). | 1.40 hrs. |
| 04/19/10   | M. D. ASHLEY     | Reviewed revisions to proposed examiner order (.6); reviewed email correspondence regarding examiner issues (.2); emails with T. McCormack regarding examiner issues (.3). | 1.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   18
```

| | | | |
|---|---|---|---|
| 04/19/10 | E. DAUCHER | Draft chronology of Committee activity re: LBO matters. | 10.20 hrs. |
| 04/19/10 | M. ROITMAN | Review dockets re: Neil and Beatty adversary proceedings (0.2) | 0.20 hrs. |
| 04/19/10 | M. ROITMAN | Telephonic appearance at Bankruptcy Court hearing (partial) re: examiner (0.6); Research re: examiner candidates (4.2); Call with G. Davis (Buena Vista) (0.1) re examiner; Call with R. Paul (Paul Zwerding) (0.1) re examiner; Draft email to Committee re: update on examiner appointment (0.7); Correspond with D. LeMay re: same (0.2). | 5.90 hrs. |
| 04/19/10 | F. VAZQUEZ | Conference w/Zink re examiner motion (.1); email to/from Zink re status (.1). | 0.20 hrs. |
| 04/19/10 | H. SEIFE | Review draft order (1.1); prepare for hearing on examiner (3.7); review and revise new draft order (1.6); meetings with all parties regarding examiner (2.3); hearing before Judge Carey (1.7). | 10.40 hrs. |
| 04/19/10 | D. M. LeMAY | Review and prepare comments on US Trustee's latest version of Examiner Order (2.3). Participate by telephone in court conference re: same (1.6).  Review US Trustee's revisions and revisions proposed by parties (1.2). Prepare report to Committee re: same (.7). E-mails w/H.Seife and M. Roitman re: Examiner candidates (.9). E-mail D. Bernstein re: same (.3). | 7.00 hrs. |
| 04/20/10 | R. A. SCHWINGER | Review e-mails re examiner appointment and incoming documents (0.2). | 0.20 hrs. |
| 04/20/10 | H. SEIFE | Conference calls with DPW (.6) and Debtors (.7) regarding examiner; review of CV's and resumes of proposed examiners (1.2); review of final examiner order (.6). | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       May 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    19


| | | | |
|---|---|---|---|
| 04/20/10 | D. M. LeMAY | T/c w/DPW re; Examiner (.5).  T/c (2x) w/Krakauer re: Examiner candidates (.6). Research re: possible candidates, including reviewing lists of names, checking references and availability (3.6).  Prepare e-mail to Committee re: Examiner selection process (2.1). | 6.80 hrs. |
| 04/20/10 | M. ROITMAN | Draft email to Committee re: Agreed Order Directing Appointment of an Examiner (0.5); Research re: Examiner candidates (1.1); Draft email to Committee re: Examiner Candidates (0.4); Draft email to Committee re: revised list of Examiner Candidates (0.4); Correspond with D. LeMay re: same (0.2) | 2.60 hrs. |
| 04/20/10 | E. DAUCHER | Review and revise chronology of Committee activity re: LBO activity. | 0.40 hrs. |
| 04/20/10 | F. VAZQUEZ | Review order re examiner (.1); conf w/Zink re examiner motion and next steps (.3); email to and from Roitman re examiner (.1); review list of potential examiners (.1). | 0.60 hrs. |
| 04/20/10 | M. D. ASHLEY | Reviewed examiner order (.2); reviewed email correspondence and related materials regarding examiner appointment (.8); emails with H. Seife regarding examiner issues (.1); | 1.10 hrs. |
| 04/20/10 | D. E. DEUTSCH | Review correspondence re: possible Examiner appointees (.4); exchange related e-mails with David LeMay (.2). | 0.60 hrs. |
| 04/20/10 | T. J. MCCORMACK | Review notice to Tribune employees regarding examiner (0.2); conference with ZS regarding examiner issues (.4); review form of agreed order (0.4). | 1.10 hrs. |

| 04/21/10 | T. J. MCCORMACK | Review background materials of examiner candidates (0.8); review issues for examiner inquiry, options, action items in prep for presentation to examiner (0.3). | 1.10 hrs. |
|---|---|---|---|
| 04/21/10 | D. E. DEUTSCH | Review inquiry from examiner candidate (.1) and research and respond to same (.4); address related follow-up inquiries on same (.2); review and analysis of examiner candidate background information (1.3); two telephone conversations with Young Yoo to discuss various issues to be addressed in letter to U.S. Trustee (.3); review numerous e-mails re: examiner process (.4); address inquiry from examiner candidate (.1); three calls with Texas contacts re: reports on possible examiner credentials (1.1); prepare outline of analysis to Committee on examiner candidates (.5); discuss drafting letter to U.S. Trustee with Adam Landis (.1) and David LeMay (.2); follow-up discussions with Young Yoo re: same (.4); review draft letter and provide preliminary comments on same (.4). | 5.50 hrs. |
| 04/21/10 | Y. YOO | Drafted and revised Letter to U.S. Trustee on Examiner Candidates (2.3); corresponded by phone and email with Douglas Deutsch re: same (.5). | 2.80 hrs. |
| 04/21/10 | M. D. ASHLEY | Reviewed materials regarding examiner appointment (.4); reviewed email correspondence regarding examiner issues (.3). | 0.70 hrs. |
| 04/21/10 | F. VAZQUEZ | Conf w/Zink re selection of examiner. | 0.20 hrs. |
| 04/21/10 | C. L. RIVERA | Confer with D. LeMay re: potential examiner candidate from Bingham. | 0.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   21
```

| | | | |
|---|---|---|---|
| 04/21/10 | E. DAUCHER | Review and revise chronology of Committee activity re: LBO claims and Wilmington Trust. | 1.10 hrs. |
| 04/21/10 | M. ROITMAN | Research re: examiner candidates (1.8); Correspond with M. Richmond re: same (0.2); Correspond with D. LeMay re: same (0.6); Draft email to Committee re: second revised list of Examiner Candidates (0.4); Draft email to Committee re: Examiner Status Update (0.5) | 3.50 hrs. |
| 04/21/10 | M. RICHMOND | Research on proposed examiner candidates at the request of M.Roitman. | 1.30 hrs. |
| 04/21/10 | D. M. LeMAY | Multiple calls and e-mails to Debtors, Committee members and candidates re: Examiner selection (3.5).  Review candidates backgrounds (2.8).  Prepare report to the Committee re: same (2.8).  Review letters submitted by WTC (.4) and JPMC (.2).  Work on letter to US Trustee (1.2). | 10.90 hrs. |
| 04/21/10 | H. SEIFE | Review of Committee letter to US Trustee regarding examiner (.8) review of Wilmington Trust letter to US Trustee (.5); review of potential candidates to recommend (1.3). | 2.60 hrs. |
| 04/21/10 | D. E. DEUTSCH | Exchange e-mails with Adam Landis re: Examiner matters (.3). | 0.30 hrs. |
| 04/22/10 | H. SEIFE | Review of CB candidates for examiner. | 0.80 hrs. |
| 04/22/10 | A. HANESSIAN | Research specific chapter 11 cases in connection with potential examiner candidate. | 0.80 hrs. |
| 04/22/10 | D. M. LeMAY | Review and revise letter to US Trustee re: Examiner candidates (1.5).  Prepare e-mail report to Committee re: Feldman issue (.4). Due diligence calls with Feldman (.2); Stutman (Greenfield) (.2); multiple t/cs w/B. Krakauer (.4); D. Schaible (.2); A. Landis (.6) | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    22

|  |  |  |  |
|---|---|---|---|
|  |  | re: Examiner selection. Review opinions and reports prepared by Messrs. Mabey (2.2) and Felsenthal (2.6). |  |
| 04/22/10 | M. ROITMAN | Confer with D. Deutsch and D. LeMay re: Examiner issue (0.2); Draft email to Committee re: Matt Feldman (0.5); Draft email to Committee re: letter to U.S. Trustee (0.3); Research re: examiner candidates (3.8); call A. Landis re: same (0.3). | 5.10 hrs. |
| 04/22/10 | E. DAUCHER | Review and revise chronology of committee activity re: LBO activity and Wilmington Trust. | 0.70 hrs. |
| 04/22/10 | M. D. ASHLEY | Reviewed materials regarding examiner appointment (.3); reviewed emails regarding examiner issues (.4). | 0.70 hrs. |
| 04/22/10 | Y. YOO | Continued drafting and revising Letter to U.S. Trustee on Examiner Candidates (1.3); corresponded by email with David LeMay and Douglas Deutsch re: same (.4); research on examiner candidate cases (2.1); drafted summary memorandum re: same (.9); discussed same with David LeMay and Douglas Deutsch (.2); attended conference call with Delaware counsel, Adam Landis and David LeMay re: same (.2). | 5.10 hrs. |
| 04/22/10 | D. BAVA | Assist Y. Yoo with proposed Examiner due diligence. | 0.40 hrs. |
| 04/22/10 | D. E. DEUTSCH | Call with counsel to potential examiner candidate re: conflicts (.2); review and edit analysis on examiner selection options (2.1); discuss issue with identified examiner candidate with David LeMay (.3); review initial background materials on additional potential examiner candidates (.5); discuss same with David LeMay (.1); multiple calls to contacts in Texas and New York to follow-up on credentials of | 4.70 hrs. |

|            |                  | various examiner candidates (1.1); meeting with David LeMay and, in part, Adam Landis to discuss results of research and calls (.4). |           |
|------------|------------------|---------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 04/22/10   | T. J. MCCORMACK  | Review D&O file materials, due diligence and case law in prep for examiner inquiry (1.6).                                             | 1.60 hrs. |
| 04/23/10   | T. J. MCCORMACK  | Review Wilmington Trust letter demand re: documents and discovery (0.3); review litigation issues arising from Wilmington Trust letter (.4) and communications with M.Ashley and A.Nellos regarding same (0.3); conferences with team and ZS on Wilmington Trust discovery, examiner issues and preparation for examiner inquiry (1.3). | 2.30 hrs. |
| 04/23/10   | M. D. ASHLEY     | Reviewed correspondence from Wilmington Trust's counsel regarding Committee discovery requests (.2); reviewed prior correspondence and pleadings relating to Wilmington Trust's requests (1.8); emails with Zuckerman regarding response to Wilmington Trust's requests (.3); emails with A. Nellos regarding response to Wilmington Trust's requests (.3). | 2.60 hrs. |
| 04/23/10   | R. A. SCHWINGER  | Review e-mails re Wilmington Trust demand for information on discovery activity (0.3); meeting with A. Nellos re same (0.2). | 0.50 hrs. |
| 04/23/10   | D. M. LeMAY      | E-mails (4x) w/A. Landis regarding Examiner issues (.6).                                                                              | 0.60 hrs. |
| 04/23/10   | A. K. NELLOS     | Review correspondence regarding Wilmington Trust (.6) and prepare information regarding responses thereto (1.6).                      | 2.20 hrs. |
| 04/24/10   | T. J. MCCORMACK  | Review e-mails re: Wilmington Trust discovery requests (0.3).                                                                         | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    24


04/25/10    M. D. ASHLEY        Reviewed correspondence and            1.20 hrs.
                                pleadings related to Wilmington
                                Trust's discovery requests.

04/26/10    D. E. DEUTSCH       Begin analysis of LBO-related          1.30 hrs.
                                chronology and related materials
                                (.6); review materials on
                                Wilmington Trust discovery request
                                (.2); conference call with
                                Zuckerman Spaeder (Graeme Bush)
                                and Bob Schwinger to discuss
                                related issue (.2); exchange
                                e-emails with Ted Zink and Tom
                                McCormack re: steps required for
                                examiner preparation (.3).

04/26/10    M. ROITMAN          Review dockets re: Neil and Beatty     0.40 hrs.
                                adversary proceedings (0.4)

04/26/10    R. A. SCHWINGER     Conference call of Committee           3.00 hrs.
                                counsel re Wilmington Trust demand
                                for discovery request materials
                                (0.3); e-mail to counsel re past
                                history as to same (0.3); letter
                                to Martin Siegel re same (0.5);
                                reviewing past correspondence to
                                prepare information for same
                                (0.6); draft letter to Martin
                                Siegel to transmit additional
                                material (0.5); conferences with
                                A. Nellos re supplemental
                                materials for Siegel (0.8).

04/26/10    M. D. ASHLEY        Reviewed correspondence and emails     2.80 hrs.
                                relating to Wilmington Trust
                                discovery issues (1.6); conference
                                call with R. Schwinger, A. Nellos,
                                Zuckerman regarding Wilmington
                                Trust discovery requests (.5);
                                meeting with R. Schwinger, A.
                                Nellos regarding response to
                                Wilmington Trust discovery
                                requests (.3); emails with R.
                                Schwinger regarding Wilmington
                                Trust discovery requests (.4).

04/26/10    A. K. NELLOS        Conference call with Committee         0.50 hrs.
                                professional litigation team
                                regarding response to Wilmington
                                Trust letter (.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   25


04/26/10   H. SEIFE           Review of Wilmington Trust          3.10 hrs.
                              discovery request (.4); review
                              Schwinger email regarding same
                              (.3); preparation of
                              response/materals for examiner
                              (2.1); review of Siegel letter in
                              response (.3).


04/26/10   T. J. MCCORMACK    Review materials on WTC request     1.20 hrs.
                              for documents reflecting most
                              materials sought had already been
                              produced (0.8); review emails re:
                              production of additional materials
                              to WTC (0.4).


04/27/10   T. J. MCCORMACK    Analyze issues relevant to          2.80 hrs.
                              examiner presentations (1.2);
                              confer M. Ashley re: meeting with
                              Zuckerman on issues of privilege
                              and related matters (0.3);
                              analysis of privilege issues
                              relevant to discussions/materials
                              provided to examiner (1.1); review
                              R. Schwinger correspondence to WTC
                              on discovery (0.2).


04/27/10   H. SEIFE           Review of Schwinger letter in       1.50 hrs.
                              resonse to Siegel (.2);
                              preparation for response/materials
                              to be sent to examiner (1.3).


04/27/10   M. D. ASHLEY       Meeting with T. McCormack           7.20 hrs.
                              regarding submissions to examiner
                              (.5); reviewed production
                              materials, legal research, and
                              presentations relating to
                              submissions to examiner (4.4);
                              emails with A. Goldfarb regarding
                              submissions to examiner (.3);
                              emails with T. Zink regarding
                              submissions to examiner (.2);
                              emails with A. Nellos regarding
                              submissions to examiner (.3);
                              emails with T. McCormack regarding
                              submissions to examiner (.2);
                              reviewed research materials
                              regarding privilege issues
                              relating to submissions to
                              examiner (1.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   26


04/27/10   M. ROITMAN        Review of Committee retention of          7.50 hrs.
                             solvency expert re: presentation
                             to Examiner (0.5); Meet with T.
                             Zink and F. Vazquez re: chronology
                             of Committee's fraudulent
                             conveyance investigation (0.5);
                             Confer with A. Nellos re: same
                             (0.1); Begin drafting chronology
                             of Committee's LBO Investigation
                             (0.6); Research re:equity
                             incentive plan in comparable large
                             chapter 11 case (5.8);

04/27/10   A. K. NELLOS      Finalize materials related to             2.60 hrs.
                             Wilmington Trust Response letter
                             (2.4); Respond to question from F.
                             Vazquez regarding discovery
                             statistics (.2).

04/27/10   N. T. ZINK        Prepare for all lender call re            2.50 hrs.
                             submission to examiner re
                             Wilmington Trust issues (.2);
                             attend all lender call in relation
                             to issues re Committee submission
                             re Wilmington Trust issues (.8);
                             begin preparing submissions re
                             Wilmington Trust issues and
                             shareholder recovery issues (1.5).

04/27/10   R. A. SCHWINGER   Revising letter and charts re             4.40 hrs.
                             discovery materials being sent to
                             Martin Siegel (Wilmington Trust
                             counsel) (3.8) and meetings with
                             A. Nellos re same (0.3); review,
                             comment upon Andrew Goldfarb's
                             proposed letter to Moody's counsel
                             re discovery (0.3).

04/27/10   F. VAZQUEZ        Conf w/Zink re submission to              3.10 hrs.
                             examiner (.6); conf w/Zink re
                             creditor trust complaint (.2);
                             conf w/Nellos discovery
                             completed(.1); conf w/Roitman re
                             amended complaint (.1); prepare
                             submission re settlement payment
                             defense for examiner (2.1).

04/27/10   E. DAUCHER        Discuss chronology of Committee           0.20 hrs.
                             activity with D. Deutsch in
                             response to Wilmington Trust
                             allegations.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    27

| 04/27/10 | E. DAUCHER | Revise presentation to Committee at 4/29 meeting  in response to additional comments from D. LeMay and D. Deutsch (3.4); and incorporate additional materials provided by Y. Yoo into the presentation (1.3). | 4.70 hrs. |

| 04/28/10 | E. DAUCHER | Email with D. Deutsch re: revisions to chronology of Committee LBO-related activity. | 0.10 hrs. |

| 04/28/10 | N. T. ZINK | Prepare submission for examiner on shareholder claim issues (1.2); phone conference with D. Glazer of Davis Polk re Wilmington Trust discovery (.2). | 1.40 hrs. |

| 04/28/10 | F. VAZQUEZ | Conf w/Zink re submission to examiner (.3); review and revise submission re settlement payment defense (1.9); draft submission re Wilmington Trust (1.6); email to/from Deutsch re documents to be sent to examiner (.1); email to/from Zink re submission to examiner (.1). | 4.00 hrs. |

| 04/28/10 | R. M. KIRBY | Researching work product protection and waiver issuers involved in disclosures to bankruptcy examiners, as per M. Ashley. | 7.40 hrs. |

| 04/28/10 | D. E. DEUTSCH | Review update on litigation matter from Bob Schwinger (.1); call to Bryan Krakauer re: examiner appointment issue (.2); review materials from bondholders re: examiner proposal (.3); review weekly adversary reports (.2); review and edit index/descriptions and underlying documents for certain materials to provide to examiner (1.6). | 2.40 hrs. |

| 04/28/10 | D. BAVA | Prepare background materials re: examiner for attorney review. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    28


04/28/10   M. ROITMAN          Research re: equity incentive plan        7.10 hrs.
                               (1.4); Meet with H. Seife re: same
                               (0.2); Draft email to D. Deutsch
                               and D. LeMay re: examiner issue
                               (0.6); Review of correspondence of
                               various parties with U.S. Trustee
                               (0.8); Correspond with H. Seife
                               and D. Bava re: same (0.7); Call
                               with B. Krakauer re: same (0.1);
                               Draft chronology of Committee's
                               LBO investigation (3.3).

04/28/10   M. D. ASHLEY        Call with A. Goldfarb regarding           4.50 hrs.
                               submissions to examiner (.3);
                               emails with A. Goldfarb regarding
                               submissions to examiner (.3);
                               emails with H. Seife regarding
                               submissions to examiner (.2);
                               emails with T. McCormack regarding
                               submissions to examiner (.2);
                               reviewed legal research regarding
                               privilege issues relating to
                               submissions to examiner (1.3);
                               reviewed production materials and
                               presentations relating to
                               submissions to examiner (2.2).

04/28/10   H. SEIFE            Preparation of submission to              2.30 hrs.
                               Examiner.

04/28/10   T. J. MCCORMACK     Analysis of issues for                    2.60 hrs.
                               presentation to the examiner,
                               including scope, format, privilege
                               (2.2); follow-up with M. Ashley on
                               issues for discussion with
                               Zuckerman (0.4).

04/29/10   T. J. MCCORMACK     Conf. call with Zuckerman team on          2.40 hrs.
                               examiner issues including,
                               presentations, privilege issues
                               and scope  (1.3); analysis of
                               privilege and other issues (1.1).

04/29/10   F. VAZQUEZ          Conf w/Zink re form and substance          6.30 hrs.
                               of sumission to examiner (.7);
                               conf w/Zink, McCormack, Ashley and
                               Zuckerman re form of submission
                               and privilege issues and other
                               concerns (1.4); draft insert re
                               Wilmington Trust for submission to
                               examiner (1.8); review and revise
                               insert re settlement payment

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   29

|  |  |  |  |
|---|---|---|---|
|  |  | defense and plan releases (1.6); email to/from Zink re submission to examiner (.1); email to/from Roitman re timeline of events (.1); review plan release (.6). |  |
| 04/29/10 | M. D. ASHLEY | Meeting with T. McCormack, T. Zink regarding submissions to examiner (.3); conference call with T. McCormack, T. Zink, Zuckerman Spaeder regarding submissions to examiner (1.1); meeting with T. McCormack, T. Zink, F. Vazquez regarding privilege and substantive issues relating to submissions to examiner (.4); reviewed production documents, research materials and presentations relating to examiner submissions (1.6). | 3.40 hrs. |
| 04/29/10 | M. ROITMAN | Draft memorandum re: certain case events for Examiner per F.Vazquez request (3.3). | 3.30 hrs. |
| 04/29/10 | N. T. ZINK | Conference with T. McCormack, M. Ashley and F. Vazquez re draft submission to Examiner (.3); phone conference with Zuckerman team and part of Chadbourne litigation team re form of draft submission to Examiner and privilege issues (1.4); prepare draft submission for examiner re Wilmington Trust issues (2.6); phone conference with G. Bush re Wilmington Trust issues (.2). | 4.50 hrs. |
| 04/29/10 | E. DAUCHER | Revise chronology of Committee activity re: LBO per D. Deutsch comments. | 4.60 hrs. |
| 04/30/10 | E. DAUCHER | Continue revisions to chronology of Committee activity re: LBO. | 5.70 hrs. |
| 04/30/10 | N. T. ZINK | Prepare draft submission for Examiner re Wilmington Trust issues (6.1); review examiner appointment and conference with M. Roitman re same (.1). | 6.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   30


04/30/10   M. ROITMAN        Revise case event analysis for       4.40 hrs.
                             Examiner re LBO (1.2); research
                             re: Depository Order (0.7); review
                             JPMorgan Motion for Sanctions
                             (0.6); review 2/18 hearing
                             transcript re: Judge Carey's
                             statements to adjourn the Standing
                             and Examiner Motions pending
                             settlement negotiations (0.8);
                             Draft email to T. Zink re:
                             Intralinks access issue (0.6);
                             review Notice of Appointment of
                             Examiner and UST's Motion for an
                             Order Approving the Appointment
                             (0.3); draft email to H. Seife, T.
                             Zink, D. Deutsch, D. LeMay, and F.
                             Vazquez re: same (0.2).

04/30/10   A. K. NELLOS      Confer with M. Roitman regarding      0.20 hrs.
                             case event analsysis for examiner.

04/30/10   D. M. LeMAY       E-mail H. Seife regarding Examiner    0.40 hrs.
                             issue.

04/30/10   M. D. ASHLEY      Conference call with T. McCormack,    5.10 hrs.
                             Debtors' counsel, JPMorgan's
                             counsel, and Zuckerman Spaeder
                             regarding privilege and
                             confidentiality issues relating to
                             submissions to examiner (1.2);
                             call with J. Sottile regarding
                             examiner submissions (.2);
                             meetings with T. McCormack
                             regarding format and substance of
                             examiner submissions (.5); call
                             with T. McCormack, H. Seife
                             regarding examiner submissions
                             (.2); emails with T. McCormack
                             regarding examiner submissions
                             (.2); reviewed production
                             documents, legal research and
                             related materials regarding
                             examiner submissions (2.8).

04/30/10   F. VAZQUEZ        Conf w/Zink re revisions to           3.30 hrs.
                             submission to examiner (.6); conf
                             w/McCormack and Zink re privilege
                             issues related to and form of
                             submission to examiner (.3);
                             review and revise submission to
                             settlement payment defense and
                             plan (2.3); review and revise

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   31


                          timeline (.1).

04/30/10  H. SEIFE         Review of notice of appointment of      0.90 hrs.
                           examiner and application (.5);
                           review of materials on proposed
                           examiner (.4).

04/30/10  T. J. MCCORMACK  Review/analyze issues regarding         3.90 hrs.
                           submissions to examiner, including
                           privilege issues (1.2); conf. call
                           with Zuckerman and Debtor's
                           counsel re: same (1.3); review
                           reports and various examiner
                           issues (1.4).




**TOTAL DUE FOR THIS MATTER.................................... $364,625.50**



                          TIMEKEEPER SUMMARY

| Timekeeper's Name  | Rate   | Hours | Amount   |
|--------------------|--------|-------|----------|
| D. M. LeMAY        | 855.00 | 61.40 | 52497.00 |
| H. SEIFE           | 965.00 | 65.30 | 63014.50 |
| N. T. ZINK         | 795.00 | 55.70 | 44281.50 |
| R. A. SCHWINGER    | 785.00 |  8.10 |  6358.50 |
| T. J. MCCORMACK    | 825.00 | 45.70 | 37702.50 |
| M. D. ASHLEY       | 645.00 | 55.20 | 35604.00 |
| D. E. DEUTSCH      | 695.00 | 35.40 | 24603.00 |
| E. M. MILLER       | 595.00 |  2.10 |  1249.50 |
| F. VAZQUEZ         | 625.00 | 56.00 | 35000.00 |
| A. HANESSIAN       | 185.00 |  4.60 |   851.00 |
| D. BAVA            | 270.00 |  7.00 |  1890.00 |
| A. K. NELLOS       | 595.00 |  5.50 |  3272.50 |
| C. L. RIVERA       | 625.00 |   .10 |    62.50 |
| E. DAUCHER         | 355.00 | 54.30 | 19276.50 |
| M. S. TOWERS       | 475.00 | 13.40 |  6365.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    32


| R. M. KIRBY | | 475.00 | 7.40 | 3515.00 |
|---|---|---|---|---|
| M. ROITMAN | | 355.00 | 67.50 | 23962.50 |
| M. RICHMOND | | 200.00 | 1.30 | 260.00 |
| Y. YOO | | 405.00 | 12.00 | 4860.00 |
| | TOTALS | | 558.00 | 364625.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                           For Services Through April 30, 2010

   Our Matter #19804.018
              TRAVEL


04/12/10   H. SEIFE           Non-working travel from NY to       1.20 hrs.
                              Wilmington for hearing.

04/13/10   H. SEIFE           Non-working return travel from      2.00 hrs.
                              Wilmington.

04/13/10   M. ROITMAN         Non-working travel to Wilmington,   3.30 hrs.
                              DE for hearing (1.3); non-working
                              return travel to NYC (2.0).

04/29/10   J. A. STENGER      Non-working travel to and from New  4.00 hrs.
                              York to attend Creditors'
                              Committee meeting.
```

**TOTAL DUE FOR THIS MATTER**...................................    $6,239.50

                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 3.20 | 3088.00 |
| J. A. STENGER | 495.00 | 4.00 | 1980.00 |
| M. ROITMAN | 355.00 | 3.30 | 1171.50 |
| TOTALS | | 10.50 | 6239.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through April 30, 2010

Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


| | | | |
|---|---|---|---|
| 04/01/10 | A. HANESSIAN | Review and analysis of docket sheet of similiar large case re: LBO litigation issues. | 0.10 hrs. |
| 04/01/10 | H. SEIFE | Review of emails regarding potential term sheet. | 1.20 hrs. |
| 04/01/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.90 hrs. |
| 04/01/10 | A. K. NELLOS | Continue to review key/hot documents and prepare chronology of significant/key documents (5.6); begin to review Confidentiality agreements and addendums to determine protocols and requirements upon closing of the Cases or the effective date of any plan of reorganization (3.1). | 8.70 hrs. |
| 04/01/10 | R. A. SCHWINGER | E-mail to A. Nellos re confidentiality agreement compliance. | 0.80 hrs. |
| 04/01/10 | F. VAZQUEZ | Email to/from Yoo re third party releases. | 0.10 hrs. |
| 04/02/10 | A. HANESSIAN | Review and analysis of docket sheet of similar large case re: LBO litigation issues. | 0.10 hrs. |
| 04/02/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.20 hrs. |
| 04/05/10 | E. DAUCHER | Analyze PHONES documentation to determine extent of subordination relative to other creditors. | 0.30 hrs. |
| 04/05/10 | M. IACOPELLI | Review and prepare Merrill Lynch documents from 2nd tier review for Key binders for attorney review (3.6); review and prepare an index to Merrill Lynch documents.(4.6). | 8.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| | | | |
|---|---|---|---|
| 04/05/10 | H. SEIFE | Work on settlement agreement/term sheet (4.2); review and revise draft Committee letter (.8); telephone conferences/emails with DPW regarding settlement (1.7); review of memo on Centerbridge and LBO involvement (.4). | 7.10 hrs. |
| 04/05/10 | L. MENDOZA | Review Relativity for hot docs and prepare same for attorney review. | 4.80 hrs. |
| 04/05/10 | A. HANESSIAN | Review and analysis of docket sheet of similar large case re: LBO litigation issues. | 0.10 hrs. |
| 04/06/10 | T. J. MCCORMACK | Review correspondence and materials on Centerbridge background in LBO transaction (0.8). | 0.80 hrs. |
| 04/06/10 | F. VAZQUEZ | Conf w/Yoo re 3rd party injunction (.3); conf w/Yoo and Zink re 3rd party injunction and next steps (.7); review similar issues in related large Chapter 11 case (.6); review and revise chart summarizing standards (.3). | 1.90 hrs. |
| 04/06/10 | H. SEIFE | Work on settlement term sheet (2.8); telephone conferences/emails with DPW regarding same (1.8); telephone conference with D.Golden regarding settlement (.4); telephone conferences with Sidley regarding settlement (1.2). | 6.20 hrs. |
| 04/06/10 | M. IACOPELLI | Continue to review and prepare an index to Merrill Lynch key documents. (7.2). | 7.20 hrs. |
| 04/06/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.90 hrs. |
| 04/06/10 | R. A. SCHWINGER | E-mail to Rebecca Butcher responding to inquiry about ESI discovery issues (0.3); review e-mails re status of Blackstone e-mail production (0.4). | 0.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

| | | | |
|---|---|---|---|
| 04/06/10 | K. ZAFRAN | Review 2nd tier hot documents related to solvency (undated) and record relevance of such. | 2.20 hrs. |
| 04/07/10 | K. ZAFRAN | Review second tier hot documents re: solvency in 2008 and record relevance of such. | 2.80 hrs. |
| 04/07/10 | M. D. ASHLEY | Reviewed documents and related pleadings regarding Centerbridge's role in LBO transaction (2.6); emails with E. Miller regarding Centerbridge materials (.3); reviewed financial analyses related to potential settlement (1.3); reviewed correspondence regarding discovery issues (.7); emails with R. Schwinger and A. Nellos regarding discovery issues (.3). | 5.20 hrs. |
| 04/07/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.60 hrs. |
| 04/07/10 | M. IACOPELLI | Finalize index to Merrill Lynch key documents (1.2); review and prepare Morgan Stanley documents from 2nd tier review for attorney review (2.6); review and prepare an index to Morgan Stanley documents. (3.2). | 7.00 hrs. |
| 04/07/10 | H. SEIFE | Review and revise settlement term sheet and letter (2.3); telephone conferences and emails with DPW regarding settlement (2.2); telephone conferences with Committee members regarding settlement (1.1). | 5.60 hrs. |
| 04/07/10 | L. MENDOZA | Continue to research Relativity for hot documents (1.3) and prepare for attorney review (3.2). | 4.50 hrs. |
| 04/07/10 | E. M. MILLER | Brief exchange of emails with M Ashley re motion for discovery from Centerbridge (0.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                       Page    4


| 04/07/10 | T. J. MCCORMACK | Review materials regarding Centerbridge role in financing (1.4); reviewed financial information on proposed settlement (0.8). | 2.20 hrs. |
| 04/08/10 | T. J. MCCORMACK | Review of inquiry on scope of releases and applicability to all potential third party defendants (0.7); reviewed correspondence and related documents concerning settlement and related issues (0.8). | 1.50 hrs. |
| 04/08/10 | L. MENDOZA | Continue to prepare key hot documents from Relativity for attorney review. | 1.20 hrs. |
| 04/08/10 | F. VAZQUEZ | Review term sheet re proposed settlement (.3); conf w/Nellos re discovery review (.1). | 0.40 hrs. |
| 04/08/10 | H. SEIFE | Review and revise settlement term sheet and letter (1.8); review and revise slide presentation regarding term sheet (.4); conference with D.LeMay regarding settlement terms (.4); review and revise press release (.3) emails with Sidley regarding comments to Committee letter (.8); review of Debtors' draft notice (.3). | 4.00 hrs. |
| 04/08/10 | M. IACOPELLI | Review and prepare JPMorgan documents from 2nd tier review for attorney review (1.2; review and prepare index to JPMorgan key documents (2.2); Review and prepare GreatBanc documents from 2nd tier review in for attorney review (.4); review and prepare an index to GreatBanc documents. (.8); review and prepare Foundations documents from 2nd tier review for attorney review (.4); review and prepare index to the Foundations key documents. (.8); review and prepare Goldman Sachs documents from 2nd tier review for attorney review (.8); review and prepare index to Goldman Sachs key documents. (1.2). | 7.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         May 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5


04/08/10    F. PERKINS         On-line review of documents          8.10 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

04/08/10    M. D. ASHLEY       Reviewed correspondence and          2.10 hrs.
                               related documents regarding
                               proposed settlement (2.0); emails
                               with H. Seife regarding same (.1);

04/08/10    A. K. NELLOS       Review key/hot documents and         3.70 hrs.
                               prepare chronology of
                               significant/key documents (1.6);
                               exchange e-mail correspondence
                               regarding GreatBanc documents and
                               regarding depository issues (1.3);
                               exchange e-mails with M. Ashley
                               regarding various discovery issues
                               (.2); continue to review
                               confidentiality agreements and
                               related correspondence regarding
                               protocols and requirements upon
                               closing of the Cases or the
                               effective date of any plan of
                               reorganization. (.6).

04/08/10    K. ZAFRAN          Review second tier hot documents     2.20 hrs.
                               related to solvency from 2008 and
                               record relevance of such.

04/09/10    R. A. SCHWINGER    E-mails, meeting with A. Nellos re   0.40 hrs.
                               procedures for wrapping up
                               document tasks in view of
                               settlement.

04/09/10    A. K. NELLOS       Continue to review confidentiality   6.70 hrs.
                               agreements and determine courses
                               of schedule of necessary actions
                               (1.9); create spreadsheet
                               regarding same (3.3); speak with
                               L. Moloney regarding various
                               issues in Relativity and regarding
                               materials for the document
                               depository (.8); exchange e-mails
                               and (.1) and letter to J. Peltz
                               regarding depository issues (.3);
                               speak with R. Schwinger regarding
                               document discovery issues (.3).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6
```

| 04/09/10 | L. F. MOLONEY | Conference with A.Nellos re: new data (.8); conference with R.Das and M. Cervantes at CDS re: same (.3). | 1.10 hrs. |
|---|---|---|---|
| 04/12/10 | C. L. RIVERA | Meeting with T. Zink re: status of opposition brief (0.2); confer with B. Dye re: same (0.2); reviewing/revising same (0.5). | 0.90 hrs. |
| 04/12/10 | F. VAZQUEZ | Conf w/Zink and Rivera re subsidiary only plan. | 0.30 hrs. |
| 04/12/10 | R. A. SCHWINGER | Review e-mails re Blackstone e-mail production. | 0.30 hrs. |
| 04/12/10 | B. DYE | Review and revise memo on plan settlement for C. Rivera and T. Zink | 3.10 hrs. |
| 04/12/10 | A. K. NELLOS | Continue to review confidentiality agreements and determine courses of schedule of necessary actions (1.7); finalize summary/spreadsheet regarding same (2.2); confer with R. Schwinger regarding same (.3); Speak with L. Moloney regarding issues with Relativity and eventual wind-down issues (.9). | 5.10 hrs. |
| 04/12/10 | D. E. DEUTSCH | Discuss confidentiality analysis issue with Ali Nellos (.1). | 0.10 hrs. |
| 04/13/10 | M. IACOPELLI | Review and prepare VRC documents from 2nd tier review for attorney review (1.2); review and prepare an index to VRC documents. (2.4); review and prepare Citi documents from 2nd tier review for attorney review (.8); review and prepare an index to Citi documents (2.2). | 6.60 hrs. |
| 04/14/10 | M. IACOPELLI | Finalize review (2.1) and prepared an index to Citi key documents (1.3); review and prepare Equity Research documents from 2nd tier review for attorney review (1.6); review and prepare an index to Equity Research documents (2.8). | 7.80 hrs. |

| 04/15/10 | M. IACOPELLI | Review and prepare Duff & Phelps documents from 2nd tier review for attorney review (1.2); review and prepare an index to Duff & Phelps documents. (1.8); review and prepare Solvency documents from 2nd tier review for attorney review (1.4); review and prepare an index to Solvency documents. (3.2). | 7.60 hrs. |
| 04/16/10 | M. IACOPELLI | Continue to review and prepare Solvency documents from 2nd tier review for attorney review (2.4); continue to review and prepare an index to Solvency documents. (3.2). | 5.60 hrs. |
| 04/19/10 | M. IACOPELLI | Continue review and prepare Solvency documents from 2nd tier review for attorney review (3.4); contiue to review and prepare an index to Solvency documents. (3.8). | 7.20 hrs. |
| 04/20/10 | M. IACOPELLI | Continue to review and prepare Solvency documents from 2nd tier review for attorney review (3.2); continue to review and prepare an index to Solvency documents. (3.6). | 6.80 hrs. |
| 04/20/10 | M. D. ASHLEY | Attend Professionals' meeting regarding status of bankruptcy proceeding (.6). | 0.60 hrs. |
| 04/20/10 | R. A. SCHWINGER | Attend LBO professionals meeting to address discovery status (0.5). | 0.50 hrs. |
| 04/20/10 | A. K. NELLOS | Exchange emails with R. Schwinger regarding status of case (.3); Review recent calendar entries (.2); Online review and comparison of documents related to the ESOP transaction (second- tier review) (.6). | 1.10 hrs. |
| 04/21/10 | A. K. NELLOS | Speak with L. Moloney regarding various issues with Relativity and Complete Documents. | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8

| | | | |
|---|---|---|---|
| 04/21/10 | M. IACOPELLI | Continue to review and prepare Solvency documents from 2nd tier review for Key binders for attorney review (3.6); continue to review and prepare an index to Solvency documents. (4.2). | 7.80 hrs. |
| 04/22/10 | M. IACOPELLI | Continued review and prepare Solvency documents from 2nd tier review for attorney review (1.6); finalized review and preparation of index to Solvency documents (3.2). | 4.80 hrs. |
| 04/22/10 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 0.60 hrs. |
| 04/22/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.60 hrs. |
| 04/23/10 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.4). | 2.40 hrs. |
| 04/23/10 | M. IACOPELLI | Review and prepare certain documents from 2nd tier review for attorney review (2.6); review and prepare an index to Tribune documents. (3.2). | 5.80 hrs. |
| 04/26/10 | A. K. NELLOS | Verify responses to questions about whether certain parties had responded to discovery requests (2.2); review of emails and other correspondence regarding same (1.6); and prepare charts summarizing information for responses to same (4.1). | 7.90 hrs. |
| 04/27/10 | M. D. ASHLEY | Reviewed draft letter to Moody's regarding document production issues (.3); reviewed correspondence related to document production issues (.7); emails with A. Goldfarb regarding document production issues (.4). | 1.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    9
```

| | | | |
|---|---|---|---|
| 04/28/10 | M. D. ASHLEY | Reviewed memoranda regarding FCC application process and reorganization plan. | 0.80 hrs. |
| 04/29/10 | A. K. NELLOS | Speak with L. Moloney regarding various issues with Relativity. | 0.70 hrs. |

**TOTAL DUE FOR THIS MATTER.......................................  $99,497.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 24.10 | 23256.50 |
| R. A. SCHWINGER | 785.00 | 2.70 | 2119.50 |
| T. J. MCCORMACK | 825.00 | 4.50 | 3712.50 |
| M. D. ASHLEY | 645.00 | 10.10 | 6514.50 |
| D. E. DEUTSCH | 695.00 | .10 | 69.50 |
| E. M. MILLER | 595.00 | .20 | 119.00 |
| F. VAZQUEZ | 625.00 | 2.70 | 1687.50 |
| A. HANESSIAN | 185.00 | .30 | 55.50 |
| L. MENDOZA | 240.00 | 10.50 | 2520.00 |
| M. IACOPELLI | 240.00 | 90.20 | 21648.00 |
| A. K. NELLOS | 595.00 | 37.60 | 22372.00 |
| C. L. RIVERA | 625.00 | .90 | 562.50 |
| E. DAUCHER | 355.00 | .30 | 106.50 |
| B. DYE | 405.00 | 3.10 | 1255.50 |
| F. PERKINS | 405.00 | 25.30 | 10246.50 |
| K. ZAFRAN | 405.00 | 7.20 | 2916.00 |
| L. F. MOLONEY | 305.00 | 1.10 | 335.50 |
| TOTALS | | 220.90 | 99497.00 |