# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| William A. Niese | $2,450.62 |
| Warner Brothers | $1,136.21 |
| Washington-Baltimore Newspaper Guild | $790.00 |
| Washington-Baltimore Newspaper Guild (Counsel) | $994.04 |
| **TOTAL** | **$5,370.87** |

## SCHEDULE OF EXPENSES

William A. Niese
6061 Lake Vista Drive
Bonsall, CA  92003

| Type of Expense | April 8, 2010 Creditors' Committee Meeting (New York) |
|---|---|
| Airfare | $1,359.49 |
| Hotel | 906.04 |
| Meals: Breakfast (hotel)  $ 12.39<br>        Dinner          33.70 | 46.09 |
| Cab Fare | 102.00 |
| Parking | 37.00 |
| | |
| Total: | $2,450.62 |

**TOTAL ALLOWED AMOUNT:  $2,450.62**



## eTicket Receipt

### Prepared For

NIESE/WILLIAM A

| | |
|---|---|
| CONFIRMATION # | BOFACY |
| TICKET ISSUE DATE | 06Apr10 |
| TICKET NUMBER | 2792142921372 |
| ISSUING AIRLINE | JETBLUE AIRWAYS |
| ISSUING AGENT | OFC/TKT |
| FREQUENT FLYER NUMBER | B62089467203 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 07Apr | JETBLUE AIRWAYS B6 182 | SAN DIEGO, CA | NEW YORK JFK, NY | Class  ECONOMY<br>Seat Number  CHECK-IN REQUIRED<br>Baggage Allowance  1PC<br>Booking Status  CONFIRMED<br>Fare Basis  Y |
| | | Time<br>1:25pm | Time<br>9:54pm | |
| 09Apr | JETBLUE AIRWAYS B6 181 | NEW YORK JFK, NY | SAN DIEGO, CA | Class  ECONOMY<br>Seat Number  CHECK-IN REQUIRED<br>Baggage Allowance  1PC<br>Booking Status  CONFIRMED<br>Fare Basis  Y |
| | | Time<br>9:15am | Time<br>12:30pm | |

## Payment/Fare Details

| | |
|---|---|
| Form of Payment | **CREDIT CARD  - VISA : XXXXXXXXXXXX 7928** |
| Endorsement / Restrictions | REF IF CHG/CXL BY FLT DPT/TRANS |
| Fare Calculation Line | SAN B6 NYC585.12Y B6 SAN585.12Y USD1170.24END ZPSANJFK XFSAN4.5JFK4.5 |
| Fare | **USD 1170.24** |

| | |
|---|---|
| Taxes/Fees/Charges | **USD 87.76 US (US TRANSPORTATION TAX)** |
| | **USD 7.40 ZP (US SEGMENT TAX)** |
| | **USD 14.00 XT (COMBINED TAXES)** |
| Total Fare | **USD 1279.40** |
| Additional Fees not included in Fare | **USD 40.00 - SAN JFK - BA XXXXXXXXXXXX7928 (PREMIUM SEAT FEE)** |
| | **USD 40.00 - JFK SAN - BA XXXXXXXXXXXX7928 (PREMIUM SEAT FEE)** |

**Positive identification required for airport check in**

**Notice:**

Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-Ticket Receipt total includes only air fare, taxes and fees applicable to air fare, baggage fees, and EML fees as may be applicable. E-Receipt does not include other additional fees that may apply, such as but not limited to the Phone booking fee, Pet Fee, or Unaccompanied Minor Fees. Please call 1-800-JetBlue to receive a receipt total that includes all fees paid.

<u>Important Legal Notices</u>



# WARWICK
### NEW YORK HOTEL

Mr. William Niese
United States

| | |
|---|---|
| Arrival | 04-07-10 |
| Departure | 04-09-10 |
| Room No. | 0816 |
| Folio No. | |
| Cashier | 26 |
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

INFORMATION INVOICE

| Date | Description | | Debit | Credit |
|---|---|---|---|---|
| 04-07-10 | Room Charge | | 390.00 | |
| 04-07-10 | Tax-Room Sales 8.875% | | 34.61 | |
| 04-07-10 | Tax-City Occupancy 5.875% | | 22.91 | |
| 04-07-10 | Tax-City Tax $2/Room | | 4.00 | |
| 04-07-10 | Tax-State Occupancy $1.50 | | 1.50 | |
| 04-08-10 | Murals Breakfast Food | Line# 0816 : CHECK# 0012640 | 12.39 | |
| 04-08-10 | Room Charge | | 390.00 | |
| 04-08-10 | Tax-Room Sales 8.875% | | 34.61 | |
| 04-08-10 | Tax-City Occupancy 5.875% | | 22.91 | |
| 04-08-10 | Tax-City Tax $2/Room | | 4.00 | |
| 04-08-10 | Tax-State Occupancy $1.50 | | 1.50 | |

| | | |
|---|---|---|
| Balance | | 918.43 |

### Guest Signature

*I agree that my liabity for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.*



W A R W I C K

Avenue of the Americas at 65 West 54th Street, New York, NY 10019
*Telephone 212 247-2700   Facsimile 212 247-2725   The Reservation Call 800 223-4099*



```
        ALADDIN AIRPORT PARKING
           2548 Kettner Blvd.
          USA-92101 San Diego
             Tax CodeUSO

      Lane 4     04/09/10 13:06
      Receipt 072788

      Long-term parking tkt
      SP - No. 081311
      04/07/10 11:00 -
      04/09/10 13:06 -
      Period 2d2h7'
      (Tax)                  $37.00
                           ----------
      Total                  $37.00

      Payment Received
      VISA                   $37.00
      ----Thank You----
      ----Ampco System Parking-
      ----Aladdin Garage----
      ----Aladdin Garage----

      Sub Total              $37.00
      VISA XX CELLED
      PRINTED IN USA
      All Amounts in USD.
      Delivery Date=Receipt Date
```

006271

```
            CONNOLLY'S
   *****************************************

   O165  Table 104  #Party 1
   DANIEL O    SvrCk: 34 19:32 04/08/10

   1 PNT HARP                    7.00
   1 PF SOUP                     0.00
   1 P F FISH D                 23.95

                  Sub Total:    30.95
                       tax:      2.75
   04/08 20:19 TOTAL:          33.70

   ***************************************
        CONNOLLY'S AT 54TH
   CONNOLLY'S IS AVAILABLE FOR PRIVATE
     PARTIES, CORPORATE AFFAIRS OR ANY
    SPECIAL EVENT YOU MIGHT HAVE PLANNED.
        ASK TO SPEAK TO A MANAGER
```

*Cab Fare 4/7/10*

$1.00

*Cab Fare 4/9/10*

```
   MED#        6B21
   04/09/10 TR   94
   START  END MILES
   06:04 06:34 17.7
   JFK Fare
   RATE 2:$    45.00
   SURCH: $     0.00
   TOLL 1:$     5.50
   StSrch:$     0.50
   TOTAL: $    51.00
        THANKS
   TO CONTACT TLC
     DIAL 3-1-1
```

Wayne Smith
Warner Brothers
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA  91522

| Type of Expense | April 8, 2010 Creditors' Committee Meeting (New York) |
|---|---|
| Airfare | $550.41 |
| Hotel | 367.42 |
| Transportation | 190.74 |
| Parking | 27.64 |
| | |
| Total: | $1,136.21 |

\*

**TOTAL ALLOWED AMOUNT:  $1,136.21**

04/23/2010 10:38 FAX 818 954 5434        WBEI CORPORATE LEGAL                    ☑007

Reservation Receipt (Res#785794)                                                Page 1 of 1

BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS                              Account# : 194014
4000 WARNER BLVD                        Ride Receipt      Invoice# : CCB041210
BLDG 156 ROOM 5158                                        Inv Date  : 4/12/2010
BURBANK, CA 91522

| Date | Description | Charges | Credits |
|---|---|---|---|
| 4/11/2010 | Res#: 785794     PU: 125 EAST 50TH STREET MANHATTAN NY 10022<br>Drop: JFK 407 VX<br>Pickup: 07:00          Passenger: SMITH WAYNE M<br>Flat:                                    TC<br>Req By: CHERYL ANN KRUG,          Gratuity:<br><br>Tax:<br>Discount:<br>Deposit:<br><br>Ride Total:<br>**Paid By Credit Card xxxxxxxxxxx1001**   **Trip Amount Due:** | $88.00<br>$0.00<br><br>$7.37<br><br><br>$95.37<br>$0.00 | |

© 1992-2010 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

http://reports.blslimo.com/QuickReceipt.asp                        4/13/2010

Reservation Receipt (Res#785793)                                                      Page 1 of 1

## BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS                                    Account#   : 194014
4000 WARNER BLVD                          Ride Receipt          Invoice#   : CCB040610
BLDG 156 ROOM 5158                                             Inv Date   : 4/6/2010
BURBANK, CA 91522

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 4/5/2010 | Res#: 785793        PU: JFK 406 VX<br>Drop: 125 EAST 50TH STREET MANHATTAN NY 10022<br>Pickup: 17:57              Passenger: SMITH WAYNE M<br>Flat:                                              TC<br>Req By: CHERYL ANN KRUG,          Gratuity:<br><br>                                          Tax:<br>                                          Discount:<br>                                          Deposit:<br><br>                                          Ride Total:<br>Paid By Credit Card xxxxxxxxxxx1001    Trip Amount Due: | $88.00<br>$0.00<br><br>$7.37<br><br><br>$95.37<br>$0.00 | |

© 1992-2010 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

http://reports.blslimo.com/QuickReceipt.asp                              4/13/2010



# THE BENJAMIN

123 EAST 50TH STREET | NEW YORK, NY 10022
212.715.2500 | THEBENJAMIN.COM

**SMITH, WAYNE M**

3957 HAMPSTEAD RD
LA CANADA FLINTRIDGE, CA  91011 US

**Room Number:** 1907
**Daily Rate:** 262.65
**Room Type:** BR1
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 4/5/2010 | 4/11/2010 | XXXXXXXXXXX1001 | BNLOS | TTMC | 10090293236 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 4/5/2010 | 1907 | TRANSIENT - CORP - CONSORTIA | #1907 SMITH, WAYNE M | $313.65 |
| 4/5/2010 | 1907 | NYC OCC TAX 5.875% | NYC OCC TAX 5.875% | $18.43 |
| 4/5/2010 | 1907 | STATE TAXES 8.875% | STATE TAXES 8.875% | $27.84 |
| 4/5/2010 | 1907 | NYS DEV TAX | NYS DEV TAX | $1.50 |
| 4/5/2010 | 1907 | OCCUPANCY TAX | OCCUPANCY TAX | $6.00 |
| 4/6/2010 | 1907 | TRANSIENT - CORP - CONSORTIA | #1907 SMITH, WAYNE M | $313.65 |
| 4/6/2010 | 1907 | NYC OCC TAX 5.875% | NYC OCC TAX 5.875% | $18.43 |
| 4/6/2010 | 1907 | STATE TAXES 8.875% | STATE TAXES 8.875% | $27.84 |
| 4/6/2010 | 1907 | NYS DEV TAX | NYS DEV TAX | $1.50 |
| 4/6/2010 | 1907 | OCCUPANCY TAX | OCCUPANCY TAX | $6.00 |
| 4/7/2010 | 1907 | TRANSIENT - CORP - CONSORTIA | #1907 SMITH, WAYNE M | $313.65 |
| 4/7/2010 | 1907 | NYC OCC TAX 5.875% | NYC OCC TAX 5.875% | $18.43 |
| 4/7/2010 | 1907 | STATE TAXES 8.875% | STATE TAXES 8.875% | $27.84 |
| 4/7/2010 | 1907 | NYS DEV TAX | NYS DEV TAX | $1.50 |
| 4/7/2010 | 1907 | OCCUPANCY TAX | OCCUPANCY TAX | $6.00 |
| 4/8/2010 | 1907 | TRANSIENT - CORP - CONSORTIA | #1907 SMITH, WAYNE M | $313.65 |
| 4/8/2010 | 1907 | NYC OCC TAX 5.875% | NYC OCC TAX 5.875% | $18.43 |
| 4/8/2010 | 1907 | STATE TAXES 8.875% | STATE TAXES 8.875% | $27.84 |
| 4/8/2010 | 1907 | NYS DEV TAX | NYS DEV TAX | $1.50 |
| 4/8/2010 | 1907 | OCCUPANCY TAX | OCCUPANCY TAX | $6.00 |
| 4/9/2010 | 1907 | BENJAMIN RESTAURANT | 1907/138/00:00/BENJAMIN RESTAURANT | $57.54 |
| 4/9/2010 | 1907 | TRANSIENT - CORP - CONSORTIA | #1907 SMITH, WAYNE M | $262.65 |
| 4/9/2010 | 1907 | NYC OCC TAX 5.875% | NYC OCC TAX 5.875% | $15.43 |
| 4/9/2010 | 1907 | STATE TAXES 8.875% | STATE TAXES 8.875% | $23.31 |
| 4/9/2010 | 1907 | NYS DEV TAX | NYS DEV TAX | $1.50 |
| 4/9/2010 | 1907 | OCCUPANCY TAX | OCCUPANCY TAX | $6.00 |
| 4/10/2010 | 1907 | TRANSIENT - CORP - CONSORTIA | #1907 SMITH, WAYNE M | $262.65 |
| 4/10/2010 | 1907 | NYC OCC TAX 5.875% | NYC OCC TAX 5.875% | $15.43 |
| 4/10/2010 | 1907 | STATE TAXES 8.875% | STATE TAXES 8.875% | $23.31 |
| 4/10/2010 | 1907 | NYS DEV TAX | NYS DEV TAX | $1.50 |
| 4/10/2010 | 1907 | OCCUPANCY TAX | OCCUPANCY TAX | $6.00 |

*TRans.*
*#367.42*

**CONTINUED ON NEXT PAGE**

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

P..ge 2 of 2

# THE BENJAMIN

115 EAST 50TH STREET | NEW YORK, NY 10022
212.715.2500 | THEBENJAMIN.COM

SMITH, WAYNE M

3957 HAMPSTEAD RD
LA CANADA FLINTRIDGE, CA  91011 US

**Room Number:** 1907
**Daily Rate:** 262.65
**Room Type:** BR1
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATEPLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|----------|----------|---------|
| 4/5/2010 | 4/11/2010 | XXXXXXXXXXXX1001 | BNLOS | TTMC | 10090293236 |

| DATE | ROOMNO | DESCRIPTION | REFERENCE | AMOUNT |
|------|--------|-------------|-----------|--------|
| 4/11/2010 | 1907 | PAID: AMERICAN EXPRESS | PAID: AMERICAN EXPRESS | ($2,145.00) |

**CREDIT DUE:**                    ($0.00)

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

**Smith, Wayne**

| | |
|---|---|
| **From:** | Virgin America Reservations [no-reply@virginamerica.com] |
| **Sent:** | Tuesday, March 09, 2010 9:45 PM |
| **To:** | Smith, Wayne |
| **Subject:** | Virgin America Reservation N23WFV |



**Booking Confirmation**                                    *Virgin* america

🕐 Flight Status   🧳 Check-In   ⚒ Change   ⊗ Cancel   ✈ Book More Flights

Here's your flight itinerary. Please retain this confirmation code to
reference your booking. If your reservation is on hold, you will need this
code to purchase your trip within 24 hours. We look forward to seeing
you onboard.

**Travel smarter**
Forward this email
to plans@tripit.com &
manage your entire trip.

About TripIt

**Summary**

| | | |
|---|---|---|
| Mr Wayne M Smith<br>3957 Hampstead Rd<br>La Canada, CA 91011 | **Confirmation Code:**<br>**Who booked:** | N23WFV<br>Mr Wayne M Smith |

**Who's Flying**

| Traveler(s) | Elevate Number | Seats |
|---|---|---|
| Samantha Smith | | 24F, 22D |
| Emily Smith | | 25C, 22E |
| Wayne Smith | | 24D, 22B |
| Joy Smith | | 24E, 22C |

**Where You're Going**

| Date | Flight | From | To | Stops |
|---|---|---|---|---|
| 05-Apr-2010 | 406 | LOS ANGELES, CA (LAX) 10:35 AM | NEW YORK, NY (JFK) 07:00 PM | 0 |
| 11-Apr-2010 | 407 | NEW YORK, NY (JFK) 09:00 AM | LOS ANGELES, CA (LAX) 12:25 PM | 0 |

**What It Costs**

This total is for **4 Traveler(s)**:

| | |
|---|---|
| Fare: | $ 1745.12 |
| Peak Surcharge: | $ 223.28 |
| Federal Tax: | $ 147.64 |
| Security Fee: | $ 20.00 |
| Passenger Facility Charge: | $ 36.00 |
| Segment Fee: | $ 29.60 |
| Travel Insurance: | $ 0.00 |
| **Fare Total:** | **$ 2201.64** |
| *Special Request Fees: | $ 0.00 |
| **Total:** | **$ 2201.64** |
| MASTERCARD: | $ 2201.64 |
| Balance: | $ 0.00 |

*1 Ticket.*
*= $550.41*

4/13/2010



**Got bags to check?**
No problem. Just use our bag-drop station at the Virgin America Check-In area. If you're traveling light, just head to the gate and we'll see you on board.



**Got bags to check?**
No problem. Just use our bag-drop station at the Virgin America Check-In area. If you're traveling light, just head to the gate and we'll see you on board.

```
          The Parking Spot
      5701 West Century Blvd.
          310-642-0947
      Los Angeles, CA 90045


   Booth 2 Fe 04/11/10 12:56
   Cashier 36
   Receipt 062370

   Standard Ticket
   CVD - No. 029991
   04/05/10 08:34 -
   04/11/10 12:56 -
   Period 6d4h23'
   (Tax)                    $125.65
   E0492                   $(37.70)

   Sub Total                 $87.95
   Tax 10%                    $8.80
                           ----------
   Total                     $96.75

   Payment Received
   E0492 6220270492302731195
   AMEX                      $96.75
   XXXXXXXXXXX1001
   Thank you for parking at
   The Parking Spot
   Reserve your next spot on
   www.theparkingspot.com


   Reserve your next spot at
   www.theparkingspot.com
```

2 DAYS = $27.64



William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD  21044

| Type of Expense | April 8, 2010 Creditors' Committee Meeting (New York) | April 29, 1010 Creditors' Committee Meeting (New York) |
|---|---|---|
| Train Fare | $367.00 | 367.00 |
| Cab Fare | .00 | .00 |
| Parking | 9.00 | 9.00 |
| Mileage: * | 19.00 | 19.00 |
| | | |
| Total: | $395.00 | $395.00 |

* 38 miles - round trip from home to BWI Airport Station.


**TOTAL ALLOWED AMOUNT:  $790.00**

# April 8, 2010 Meeting Receipts





THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 151
04/08/10 22:40    L#19 A# 1    Txn#  381
04/08/10 07:00 In   04/08/10 22:40 Out
Tkt# 240906
Visa Card        $ 9.00-
XXXXXXXXXXXX4604 04/12
Approval No.: 03789D
Reference No.: 00000108

# April 29, 2010 Meeting Receipts





THE MARC STATION
THANKS YOU
PLEASE COME AGAIN


Rcpt#  1190
04/29/10 16:44   L#09 A#  1  Txn#  1953
04/29/10 07:04 In   04/29/10 16:44 Out
Tkt# 237028
Visa Card      $ 9.00-
XXXXXXXXXXXX4604 04/12
Approval No.: 056360
Reference No.: 00000024

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| Type of Expense | April 8, 2010 Creditors' Committee Meeting (New York) | April 29, 2010 Creditors' Committee Meeting (New York) |
|---|---|---|
| Train Fare | $428.00 | $203.00 |
| Hotel | .00 | 312.17 |
| Parking | 17.00 | .00 |
| Cab Fare | 5.80 | 28.07 |
|  |  |  |
| Total: | $450.80 | $543.24 |

**TOTAL ALLOWED AMOUNT:  $994.04**

# April 8, 2010 Meeting Receipts





Termina #:18 Cashier#:5
4/8/2010 6:30 AM
4/8/2010 5:57 PM - 11:28
645938415 / #201470
DAILY     : $      17.00
TOTAL     : $      17.00
  CRDT CRD : $      17.00
xxxxxxxxxx*3003 Swiped
AMERICAN EXPRESS
Purchase 10/04/08 17:57:31
Seq# 376168
Auth# 504562
APPROVED
-------------------------------------
        THANK YOU FOR
        PARKING WITH US
        DRIVE CAREFULLY



        USPG
UNION STATION GARAGE
   202-898-1950
-------------------------------------

I ♡ NEW YORK

MED #            4C39
DATE: 04/08/2010
START TIME 14:26
END TIME   14:32
TRIP #      9078
RATE No.       1
STAND. CITY RATE
MILES R1    0.99
FARE1 $     5.30
MTA SCG     0.50
GR. TOT.    5.80

Contact TLC Dial
     3-1-1

# April 29, 2010 Meeting Receipts

```
MED#        8N89
04/28/10 TR 5187
START  END MILES
22:48 23:06  9.6
REGULAR FARE
RATE 1:$   22.50
SURCH: $    0.50
QMTNL:$     4.57
STSRCH:$    0.50
TOTAL: $   28.07
      THANKS
 TO CONTACT TLC
   DIAL 3-1-1
```



# ALGONQUIN

## H O T E L

*59 West 44th Street • New York, NY 10036 • Phone: (212) 840-6800 • Fax: (212) 944-1419*

Paul, Robert
Chadbourne & Parke LLP

| | |
|---|---|
| FOLIO NO.: | 10Q91V-0602 |
| ROOM NO.: | CLERK: NG |
| ARRIVE: | 04/28/10 |
| DEPART: | 04/29/10 |
| RATE/PACKAGE: | 269.00 |
| RATE/PACKAGE DESCRIPTION: | CRPCHP |
| NO. IN PARTY: | 1 |
| DEPOSIT REC'D: | 0.00 |

| DATE | | | DESCRIPTION | | CHARGES | PAYMENTS |
|------|---|---|-------------|-----|---------|----------|
| 04/28/10 | RMS | 1 | Promotional Channel Rate | -- | 269.00 | |
| 04/28/10 | TAXST | 1 | State Sales Tax | -- | 23.87 | |
| 04/28/10 | TAXCTY | 1 | City Sales Tax | -- | 15.80 | |
| 04/28/10 | AORSK | 1 | Occupancy Tax | -- | 3.50 | |
| | | | Subtotals | $ | 312.17 | 0.00 |
| | | | BALANCE DUE | $ | 312.17 | |

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges.*

Guest Signature _____