# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 25, 2010, the Credit Agreement Lenders by and through their undersigned counsel, caused a copy of the following to be served upon the parties on the attached service list in the manner indicated:

    Credit Agreement Lenders' First Request for Production of Documents to JPMorgan Chase Bank, N.A.

Dated: Wilmington, Delaware  
       May 25, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert S. Brady  
Robert S. Brady (No. 2847)  
M. Blake Cleary (No. 3614)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Counsel to the Credit Agreement Lenders*

## SERVICE LIST
## 5/25/2010

Howard Seife, Esq.
David LeMay, Esq.
Christy Rivera, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Committee Counsel)
*First Class Mail*

Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb, LLP
919 Market Street, 6th Floor
Wilmington, DE 19801
(Committee Counsel)
*Hand Delivery*

Ken Kansa, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*

Mark D. Collins, Esq.
Robert Stearn, Jr., Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(JPMorgan)
*By Hand Delivery*

Douglas Deutche
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
Committee Counsel
*First Class Mail*

Norman L. Pernick, Esq
Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, 14th Floor
Wilmington, DE 19801
(Debtors - Tribune Co.)
*Hand Delivery*

Kerriann Mills
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*

Dennis Glazer, Esq.
Karen Wagner, Esq.
Sharon Katz, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(JPMorgan)
*By First Class Mail*