# EXHIBIT "A"

{698.001-W0007881.}

# EXHIBIT "A" – SUMMARY SHEET

April 1, 2010 through and including April 30, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 60.60 | $39,390.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 14.20 | $8,165.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999 | May, 1999 | $415.00 | 43.50 | $18,052.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 52.60 | $20,777.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $295.00 | 64.60 | $19,057.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 71.30 | $18,894.50 |
| Jeffrey R. Drobish | Associate; Admitted MO 2008 | May, 2008 | $255.00 | 5.60 | $1,428.00 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 36.20 | $7,602.00 |
| Cathy A. Adams | Paralegal | N/A | $190.00 | 11.40 | $2,166.00 |
| Michelle M. Dero | Paralegal | N/A | $210.00 | .50 | $105.00 |
| Anthony C. Dellose | Paralegal | N/A | $180.00 | .50 | $90.00 |
| | | | Total | 361.00 | $135,727.00 |

Blended Rate: $375.98

{698.001-W0007881.}