# EXHIBIT "B"

Official Committee of Unsecured Creditors

May 25, 2010
Account No:   698-001
Statement No:     11737

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

|       |                                                        | Fees | Hours |
|-------|--------------------------------------------------------|------|-------|
| B114  | Assumption/Rejection of Leases and Contracts           | 106.00 | 0.40 |
| B122  | Case Administration                                    | 3336.00 | 15.80 |
| B124  | Claims Administration & Objections                     | 948.50 | 3.60 |
| B133  | LBO and Related Transactions                           | 63133.00 | 170.20 |
| B134  | Hearings                                               | 15195.50 | 37.70 |
| B136  | LRC Retention & Fee Matters                            | 4295.00 | 15.50 |
| B138  | Creditors' Committee Meetings/Communications           | 18471.00 | 35.80 |
| B142  | Non-Working Travel                                     | 1105.00 | 1.70 |
| B144  | Non-LRC Retention & Fee Matters                        | 2828.00 | 12.50 |
| B146  | Plan and Disclosure Statement (including Business Plan) | 23688.50 | 59.80 |
| B152  | Tax Issues                                             | 2620.50 | 8.00 |
|       |                                                        | ---------- | -------- |
| B100  | Bankruptcy Task Codes                                  | 135,727.00 | 361.00 |

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors

May 25, 2010
Account No:  698-001
Statement No:    11737

Tribune Company, et al. bankruptcy

### Fees through 04/30/2010

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/30/2010 KAB | B114 | A100 | review and summarize Debtors' motion to reject D&B contract (.4) | 0.40 | 106.00 |
| | | | | ---- | ------ |
| | | | **B114 - Assum/Rej of Lease/Cont** | **0.40** | **106.00** |
| 04/01/2010 FAP | B122 | A100 | Briefly review credit agreement lenders objection to motion to shorten motion to extend exclusivity | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Sidley Austin fourteenth fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review Moelis' weekly report | 0.10 | 21.00 |
| KAB | B122 | A100 | briefly review WTC adversary docket | 0.10 | 26.50 |
| 04/05/2010 CAA | B122 | A100 | Monitor docket | 0.30 | 57.00 |
| CAA | B122 | A100 | Monitor F. Panchak emails re: case status | 0.30 | 57.00 |
| 04/06/2010 CAA | B122 | A100 | Monitor docket | 0.40 | 76.00 |
| CAA | B122 | A100 | Review pleadings and update critical dates calendar | 0.20 | 38.00 |
| CAA | B122 | A100 | Monitor F. Panchak email re:: case status (.1); Review Intralinks re: WTC Sealed Objection (.2) | 0.30 | 57.00 |
| CAA | B122 | A100 | Review WTC Adversary docket (.1); Review Request for Oral Argument (.1); Review Notice of Completion of Briefing (.1) | 0.30 | 57.00 |
| KAB | B122 | A100 | email with C. Adams re: docket review and updates (.1); additional emails with C. Adams re: WTC adversary docket review and updates (.1) | 0.20 | 53.00 |
| 04/07/2010 CAA | B122 | A100 | Monitor F. Panchak email re: case status | 0.30 | 57.00 |
| CAA | B122 | A100 | Review Intralinks message re: revised draft committee statement WTC complaint (.2) | 0.20 | 38.00 |
| CAA | B122 | A100 | Review Intralinks message re: In-Person Committee Meeting Agenda (.1); Prepare documents for In-Person Committee Meeting for A. Landis (.5) | 0.60 | 114.00 |
| CAA | B122 | A100 | Monitor docket | 0.30 | 57.00 |
| KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy


| | | | | Hours | |
|---|---|---|---|---|---|
| 04/08/2010 KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
| CAA | B122 | A100 | Review Intralinks messages re: Executed Settlement Support Letter & Term Sheet | 0.30 | 57.00 |
| CAA | B122 | A100 | Monitor docket | 0.20 | 38.00 |
| CAA | B122 | A100 | Monitor F. Panchak email re: case status | 0.20 | 38.00 |
| KAB | B122 | A100 | review WTC adversary docket | 0.10 | 26.50 |
| 04/09/2010 CAA | B122 | A100 | Monitor F. Panchak email re: case status | 0.20 | 38.00 |
| CAA | B122 | A100 | Monitor docket | 0.20 | 38.00 |
| 04/12/2010 FAP | B122 | A100 | Review notice of Daniel Edelman eleventh fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Alvarez Marsal fourteenth fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Jenner Block February fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review Chadbourne's memo re: committee's position regarding settlement motions with CA franchise tax board and CT tax board | 0.10 | 21.00 |
| CAA | B122 | A100 | Follow up conference w/F. Panchak re: case status | 0.30 | 57.00 |
| FAP | B122 | A100 | Review updated committee members contact list | 0.10 | 21.00 |
| FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| FAP | B122 | A100 | Review pleadings and update critical dates memo | 0.50 | 105.00 |
| FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review disclosure statement (.2); review notice of hearing for same and update critical dates | 0.20 | 42.00 |
| FAP | B122 | A100 | Briefly review WTC motion to file reply to committee's statement in support of certain JPMC motions | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review TM Retirees statement in support of settlement in proposed plan | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Zuckerman Spaeder seventh monthly fee application; update critical dates | 0.10 | 21.00 |
| 04/13/2010 KAB | B122 | A100 | review critical dates memo | 0.10 | 26.50 |
| FAP | B122 | A100 | Briefly review Moelis' weekly report | 0.10 | 21.00 |
| KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| FAP | B122 | A100 | Email exchanges with WTC para re: Dolan declaration and sealed exhibits | 0.10 | 21.00 |
| 04/14/2010 FAP | B122 | A100 | Review M. Roitman email re: confirmation of 4/15 telephonic committee meeting | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Stuart Maue fourth interim fee request; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Update critical dates re: continued WTC motion appoint examiner | 0.10 | 21.00 |
| FAP | B122 | A100 | Review AlixPartners weekly report | 0.10 | 21.00 |

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/15/2010 FAP | B122 | A100 | Review notice of Alvarez Marsal fifth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Mercer fifth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Daniel Edelman fourth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Mercer twelfth monthly fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Mercer thirteenth monthly fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Mercer fourteenth monthly fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review Intralinks posting of red-line WTC amended complaint and circulate to A. Landis and M. McGuire | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Cole Schotz fifth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Sidley Austin fifth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review order approving withdrawal of Law Debenture's motion to terminate payment of LBO lenders fees | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Dow Lohnes third interim fee application; update critical dates | 0.10 | 21.00 |
| 04/16/2010 FAP | B122 | A100 | Review notice of Zuckerman Spaeder second interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Jenner Block fifth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Paul Hastings fifth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of PWC thirteenth monthly fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of PWC fifth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Lazard Freres fifth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Lazard Freres twelfth monthly fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Lazard Freres thirteenth monthly fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Lazard Freres fourteenth monthly fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review committee minutes for 1/14 and 1/21 meetings and circulate to AGL and MBM | 0.10 | 21.00 |
| KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of withdrawal of Cole Schotz fifth interim fee application | 0.10 | 21.00 |

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/19/2010 | FAP | B122 | A100 | Review notice of Seyfarth Shaw fifth monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of twenty-third omni objection to claims; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of twenty-fourth objection to claims; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of twenty-fifth objection to claims; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of twenty-sixth objection to claims; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Update critical dates memo (.3); circulate to AGL, MBM and KAB (.1) | 0.40 | 84.00 |
| 04/20/2010 | FAP | B122 | A100 | Review order directing appointment of examiner; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Discussion with K. Brown re: Blank Rome's role in case | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review M. Roitman email re: cancellation of 4/22 committee meeting; update critical dates | 0.10 | 21.00 |
| 04/21/2010 | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| | KAB | B122 | A100 | review WTC adversary docket | 0.10 | 26.50 |
| | KAB | B122 | A100 | review updated critical dates memo | 0.20 | 53.00 |
| 04/22/2010 | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review notice of first quarterly claims settlement report | 0.10 | 21.00 |
| 04/23/2010 | KAB | B122 | A100 | review WTC adversary docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review notice of Seyfarth Shaw first interim fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Seyfarth Shaw second interim fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review order authorizing Credit Agreement Lenders to file 2004 motion under seal | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Dow Lohnes tenth monthly fee application; update critical dates | 0.10 | 21.00 |
| 04/26/2010 | FAP | B122 | A100 | Review pleadings and update critical dates memo (.3) | 0.30 | 63.00 |
| | KAB | B122 | A100 | review critical dates memo | 0.20 | 53.00 |
| | FAP | B122 | A100 | Review Angelo Gordon notice of appearance; update 2002 service list | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Email exchanges with D. Bava re: unredacted motion and reply of Credit Agreement Lenders on motion to conduct discovery of Centerbridge | 0.10 | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/27/2010 FAP | B122 | A100 | Review notice of Stuart Maue March fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review pleadings for file maintenance and organization of pleadings | 0.20 | 42.00 |
| FAP | B122 | A100 | Review M. Roitman email re: 4/29 in person committee meeting; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Zuckerman eighth monthly fee application; update critical dates | 0.10 | 21.00 |
| 04/28/2010 FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Thomas & LoCicero fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review agenda for 4/29 in-person committee meeting | 0.10 | 21.00 |
| KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| KAB | B122 | A100 | review WTC adversary docket | 0.10 | 26.50 |
| FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 21.00 |
| 04/29/2010 FAP | B122 | A100 | Briefly review committee's presentation re: plan and reorganization process | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review update on FCC application process | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of motion to reject master agreement with Dunn & Bradstreet; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of motion to establish solicitation procedures; update critical dates | 0.10 | 21.00 |
| 04/30/2010 FAP | B122 | A100 | Briefly review Miller response to disclosure statement hearing | 0.10 | 21.00 |
| FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of motion to extend solicitation period; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| | | | | ----- | -------- |
| | | | **B122 - Case Administration** | **15.80** | **3,336.00** |
| 04/09/2010 KAB | B124 | A100 | review and summarize USDR's response to debtors 19th omnibus objection (.3) and circulate summary to A. Landis and M. McGuire (.1) | 0.40 | 106.00 |
| 04/12/2010 KAB | B124 | A100 | review and summarize (i) Henke's reply to objection to his claim (.1) and (ii) Umbarger reply to objection to his claim (.1) and circulate summaries to A. Landis and M. McGuire (.1) | 0.30 | 79.50 |
| 04/13/2010 KAB | B124 | A100 | review and summarize Cisco's response to Debtors' objection to their proof of claim (.2) and circulate summary to A. Landis and M. McGuire (.1) | 0.30 | 79.50 |

Official Committee of Unsecured Creditors


Tribune Company, et al. bankruptcy


|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 04/15/2010 KAB | B124 | A100 | review and summarize Quigo's Response to Debtors Nineteenth Omnibus Objection to Claims (.2) and Birdwell's Letter regarding Proof of Claim #4417 & 4191 (.1) and circulate summaries to A. Landis and M. McGuire (.1) | | 0.40 | 106.00 |
| 04/21/2010 KAB | B124 | A100 | review and summarize (i) Debtors 23rd omni objection (.1), (ii) Debtors 24th omnibus objection (.1), (iii) Debtors 25th omni objection (.1), (iv) Debtors 26th omni objection (.1), (v) Courts order sustaining 19th omni objection (.1), (vi) Court's order sustaining 20th omni (.2), (vii) Court's order sustaining 21st omni (.1) and (viii) Court's order sustaining 22nd omni (.1) and circulate summaries to A. Landis and M. McGuire (.1) | | 1.00 | 265.00 |
| KAB | B124 | A100 | review and summarize Court's orders (i) approving settlement with state of California taxing authority (.1) and (ii) approving settlement with state of Connecticut taxing authority (.1) and circulate summaries to A. Landis and M. McGuire (.1) | | 0.30 | 79.50 |
| 04/22/2010 FAP | B124 | A100 | Review Chadbourne memo re: committee's position regarding twenty-third through twenty-six omni objection to claims | | 0.10 | 21.00 |
| 04/23/2010 KAB | B124 | A100 | Review and summarize (i) CV's letter responding to Debtors objection to its claim (.2), (ii) CV's second letter re: same (.1), (iii) Debtors' quarterly notice of settled claims (.2), and circulate summaries to A. Landis and M. McGuire (.1) | | 0.60 | 159.00 |
| 04/27/2010 KAB | B124 | A100 | Review and summarize Ms. Dombeck's reply to Debtors objection to her claim (.1) and circulate summary to A. Landis and M. McGuire (.1) | | 0.20 | 53.00 |
|  |  |  |  |  | ---- | ------ |
|  |  |  | **B124 - Claims Adm. & Objection** | | **3.60** | **948.50** |
| 04/01/2010 KAB | B133 | A100 | conference with R. Butcher re: status of document review project and related issues (.2) and discuss same with J. Drobish (.1) and discussion with L. Ellis re: same (.1) | | 0.40 | 106.00 |
| KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | | 2.00 | 530.00 |
| JRD | B133 | A100 | Discussion w/ K. Brown re: plan for completion of review LBO related discovery produced by Citi | | 0.10 | 25.50 |
| JLE | B133 | A100 | Document Review re: LBO investigation discovery from CITI (3.4); conversation with K. Brown re: same (.1) | | 3.50 | 1,032.50 |

Tribune Company, et al. bankruptcy


|            |     |      |      |                                                                                                                                                                                                                                                                                                                                                                                                                                        | **Hours** |          |
|------------|-----|------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|----------|
| 04/05/2010 | AGL | B133 | A100 | review and revise settlement stipulation (1.3); committee letter re: same (.3); emails to and from Deutsch, Yoo re: same (.3)                                                                                                                                                                                                                                                                                                            | 1.90      | 1,235.00 |
|            | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi                                                                                                                                                                                                                                                                                                                                                                               | 4.70      | 1,386.50 |
|            | RLB | B133 | A100 | E-mail re: cancellation of committee meeting re: LBO with co-counsel (.3) E-mail re: agenda for professionals meeting re: LBO with co-counsel (.2) Call with Citigroup re: completion of production (.5) Call with Mizuho re: document production (.3) Call with Bank of Tokyo re: document production (.3) Call with United Overseas re: document production (.3) Call with Bank of America re: document production (.4) Review summary of documents produced by Citigroup (1.4). | 3.70      | 1,535.50 |
| 04/06/2010 | KAB | B133 | A100 | review and summarize (i) Court's Order Approving Stipulation Extending Time for WTC to Respond to the Motion for Sanctions (.2); (ii) The Credit Agreement Lenders Motion for 2004 Examination of Centerbridge (.4); (iii) and related motion to seal (.1); (iv) Court's Order Setting Expedited Hearing re: exclusivity (.1); (v) WTC's objection to violation of auto stay motion (.6); (vi) and WTC's related motion to file under seal (.1); and (vii) WTC's related motion to shorten (.1); and circulate summaries to A. Landis and M. McGuire (.1) | 1.70      | 450.50   |
|            | KAB | B133 | A100 | brief discussion with M. McGuire re: examiner motion (.1) and perform research re: recent Delaware cases regarding same (.5)                                                                                                                                                                                                                                                                                                             | 0.60      | 159.00   |
|            | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi                                                                                                                                                                                                                                                                                                                                                                               | 3.50      | 1,032.50 |
|            | KAB | B133 | A100 | briefly review WTC's request for oral argument (.1) and WTC's notice of completion of briefing of motion to file complaint under seal (.1) and circulate brief summaries to A. Landis and M. McGuire (.1)                                                                                                                                                                                                                                 | 0.30      | 79.50    |
|            | AGL | B133 | A100 | research re: Carey examiner denial (Spansion) in connection with WTC request for examiner and committee surreply                                                                                                                                                                                                                                                                                                                        | 0.90      | 585.00   |
|            | MBM | B133 | A100 | research (.3) and review Spansion decision (.6); review of Committee sur-reply to WTC examiner motion (.4); emails with Duetsche and Landis re: same (.2)                                                                                                                                                                                                                                                                                 | 1.50      | 592.50   |
|            | RLB | B133 | A100 | E-mail with co-counsel at Chadbourne re: Citigroup refusal to finish production                                                                                                                                                                                                                                                                                                                                                         | 0.60      | 249.00   |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy


| | | | | Hours | |
|---|---|---|---|---|---|
| 04/07/2010 KAB | B133 | A100 | email with M. McGuire re: supplemental objection to WTC's motion to appoint an examiner (.1), draft motion to file sur-reply and related motion to shorten (2.8) and circulate drafts to M. McGuire (.1) | 3.00 | 795.00 |
| KAB | B133 | A100 | review and summarize Court's order granting WTC's motion to shorten notice re: motion to file under seal (.2) and circulate summary to A. Landis and M. McGuire (.1) | 0.30 | 79.50 |
| CAA | B133 | A100 | Draft Affidavit of Service re: Statement regarding WTC Sanctions & Motion to Show Cause (.1); Finalize for filing and coordinate service of Statement (1.7) | 1.80 | 342.00 |
| JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 2.90 | 855.50 |
| MBM | B133 | A100 | review of sur-reply to WTC Examiner Motion (.7); conferences with Landis re: same (.2); conferences with Butcher re: confi agreement and exhibits to sur-reply (.5); emails with Butcher and Vasquez re: same (.2); review and revise motion to file sur-reply (.7) and motion to shorten re: same (.4) | 2.70 | 1,066.50 |
| RLB | B133 | A100 | Review summary of Citigroup documents (1.0) Additional research re: reporter's privilege and private statements (1.2)  Draft reply to Standard & Poor's re: production of documents (.7)   Review sur-reply re:  motion for examiner (.7) Discuss sur-reply with MBM (.5) Review (.8) and revise  (.7) draft statement re: Wilmington Trust Complaint.  Review exhibit to Statement (.3) E-mails with co-counsel at Chadbourne re: filing and confidentiality of exhibit (.8) Finalize statement for filing (.6) E-mail with co-counsel at Chadbourne re: finished filing. (.2) | 7.50 | 3,112.50 |
| 04/08/2010 DBR | B133 | A100 | confer with Butcher re: status of settlement and discovery (1.1) | 1.10 | 632.50 |
| KAB | B133 | A100 | review documents produced by Citi re: LBO investigation | 1.40 | 371.00 |
| JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 4.80 | 1,416.00 |
| KAB | B133 | A100 | review and summarize Committee's statement in support of mtn for sanctions and mtn to show cause (.3) and circulate summary to A. Landis and M. McGuire (.1) | 0.40 | 106.00 |
| AGL | B133 | A100 | call and emails to and from Stickles re: language for hearing agenda re: committee adjournment of standing motion | 0.30 | 195.00 |

Official Committee of Unsecured Creditors


Tribune Company, et al. bankruptcy


|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 04/09/2010 | KAB | B133 | A100 | review and summarize (i) WTC's declaration of Dolan (.2), (ii) WTC's related mtn to file under seal (.1), (iii) WTC's related motion to shorten (.1), (iv) and the Court's order granting motion to shorten (.1), and circulate summaries to A. Landis and M. McGuire (.1) | 0.60 | 159.00 |
|  | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 4.00 | 1,180.00 |
|  | RLB | B133 | A100 | Review withdrawal of motion related to Lender fees (.4) in conjunction with LBO settlement; Review declaration of Wilmington Trust re: Complaint (.4)   Review Debtors reply re: motion for sanction related to LBO (.5) | 1.30 | 539.50 |
| 04/12/2010 | KAB | B133 | A100 | review and summarize (i) Centerbridge's Objection to Motion of Credit Agreement Lenders for Leave to Conduct Discovery (.2); (ii) Order Granting Motion to Seal and Authorizing Merrill Lynch to File the Joinder to JPMC mtn for sanctions under seal (.1); (iii) Debtors Motion for Leave to file a reply to WTC objection (.1); (iv) and related reply (.3); (v) JPMC's Certification of Counsel re: stipulation re: LBO fees (.4); (vi) Credit Agreement Lenders Response to same (.3); (vii) Credit Agreement Lenders Reply in Support of Motion for Leave to Conduct Rule 2004 Discovery of Centerbridge (.2) and circulate summaries to A. Landis and M. McGuire (.1) | 1.70 | 450.50 |
|  | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 4.20 | 1,239.00 |
|  | DBR | B133 | A100 | review status of discovery (.3); confer with Butcher re: same (.2); review Wilmington Trust motion supporting JPM motions (2.6); review law re: same (.8); confer with Chadbourne re: same(.7) | 4.60 | 2,645.00 |
|  | RLB | B133 | A100 | Review Wilmington Trust filings re: motion for sanctions for usurping LBO complaint (.7) Review settlement support agreement (.6) Review credit agreement lenders motion for discovery (.4) | 1.70 | 705.50 |
| 04/13/2010 | KAB | B133 | A100 | review and summarize (i) WTC's Motion for Leave to file Response to the Official Committee's Statement re: equitable subordination re: LBO  (.2), (ii) and WTC's related response (.4) and circulate summaries to A. Landis and M. McGuire (.1) | 0.70 | 185.50 |
|  | KAB | B133 | A100 | briefly discuss results of 4/13 hearing re: motion to appoint examiner and extend exclusivity with M. McGuire | 0.20 | 53.00 |

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | FAP | B133 | A100 | Review order authorizing Dolan declaration in support of WTC motion to appoint examiner to be filed under seal | 0.10 | 21.00 |
| | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 2.00 | 590.00 |
| | RLB | B133 | A100 | E-mail with Bank of Tokyo (.3) re: document production.  Call with Mizuho re: document production (.2) E-mail with Citigroup re: document production (.2) | 0.70 | 290.50 |
| 04/14/2010 | AGL | B133 | A100 | call with Chadbourne and Sidley groups re: LBO, examiner and plan issues (.7); review hearing transcript re: examiner in connection with preparation for LBO resolution/outline (.7); review and analyze WTC letter w/r/t discovery for examiner motion (.3) | 1.70 | 1,105.00 |
| | FAP | B133 | A100 | Email exchanges with D. Bava re: Stark declaration in support of WTC motion to appoint examiner | 0.10 | 21.00 |
| | JLE | B133 | A100 | Document review re: LBO investigation discovery from Citi | 3.10 | 914.50 |
| | RLB | B133 | A100 | Review hearing transcript re: appointment of examiner. | 1.30 | 539.50 |
| 04/15/2010 | FAP | B133 | A100 | Review notice of withdrawal of Siegel declaration in support of WTC motion to appoint examiner and motion to seal same | 0.10 | 21.00 |
| | KAB | B133 | A100 | review and summarize (i) Order Authorizing Late Filing of Reply to Objection of Wilmington Trust Company re: violation of stay re: pursuit of LBO (.2), (ii) Order granting WTC's motion for authorization to file declaration of Dolan under seal (.1), (iii) Order Approving Withdrawal, of  Law Debenture Motion to Terminate Payment of LBO Lenders Fees and Centerbridge Credit Advisors LLCs Related Joinder (.1) and circulate summaries to A. Landis and M. McGuire (.1) | 0.50 | 132.50 |
| | JRD | B133 | A100 | Document review re: LBO investigation discovery from Citi | 0.70 | 178.50 |
| | JLE | B133 | A100 | Document Review re: LBO investigation discovery from CITI | 4.50 | 1,327.50 |
| 04/18/2010 | AGL | B133 | A100 | review UST form of examiner order (.6); emails to and from committee group re: same (.5); call with Chadbourne, Zuckerman and LeMay re: response to order (1.4); draft revised form of order (.9); review and revise LeMay form and conform same to changes (.8) | 4.20 | 2,730.00 |
| | MBM | B133 | A100 | review of revised order appointing examiner (.4); multiple emails from Debtors, committee, lender and bondholder counsel re: same (.9) | 1.30 | 513.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy


| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 04/19/2010 | AGL | B133 | A100 | Emails to and from Chadbourne and LBO party group re: comments to examiner order (.5) and multiple revisions to same (1.8); compare revised versions of order to committee proposal (.2) and prep for hearing re: same (.6) | 3.10 | 2,015.00 |
| | JRD | B133 | A100 | Document review re: LBO investigation discovery from Citi | 0.50 | 127.50 |
| | JLE | B133 | A100 | Document review re: LBO investigation discovery from CITI | 4.50 | 1,327.50 |
| | MBM | B133 | A100 | review of further revised examiner orders from Debtors counsel (.6); multiple emails with counsel for the Debtors, Lenders, Centerbridge and WTC re: revisions to examiner order (.8) | 1.40 | 553.00 |
| | RLB | B133 | A100 | Research re: assertion of Bank of America and Barclays that not obligated to produce due to complaints filed | 2.00 | 830.00 |
| 04/20/2010 | DBR | B133 | A100 | follow up on issues raised on professionals call re: LBO litigation (.3); review status of discovery (.6) | 0.90 | 517.50 |
| | FAP | B133 | A100 | Review M. Roitman email re: results of 4/19 status conference on WTC motion to appoint examiner | 0.10 | 21.00 |
| | KAB | B133 | A100 | emails with A. Landis re: Blank Rome's participation in Tribune  re: examiner options (.2) review of the docket to research same (.3), discuss research with F. Panchak (.2), and review claims' agents site and service list re: same (.1) | 0.80 | 212.00 |
| | FAP | B133 | A100 | Briefly review and circulate to D. Rath WTC's motion to appoint examiner and order directing same | 0.10 | 21.00 |
| | AGL | B133 | A100 | research re: examiner options (.4); call with debtors re: same (.2); | 0.60 | 390.00 |
| | JLE | B133 | A100 | Document review re: LBO investigation discovery from CITI | 5.20 | 1,534.00 |
| | RLB | B133 | A100 | Review order appointing an examiner (.4) Update status of transcript request re: examiner (.3) E-mail with citigroup re: status of final ESI production (.3) Review agenda (.2) and e-mail with co-counsel (.2) re: cancellation of hearing; Research re: assertion of reporter's privilege in connection with private rating (1.2) | 2.60 | 1,079.00 |
| 04/21/2010 | FAP | B133 | A100 | Review M. Roitman emails re: potential examiner candidates (.1); review M. Roitman follow-up emails re: revised list of same (.1) | 0.20 | 42.00 |
| | JRD | B133 | A100 | Document review re: LBO investigation discovery from Citi | 1.60 | 408.00 |

Official Committee of Unsecured Creditors


Tribune Company, et al. bankruptcy


|  |  |  |  | | **Hours** | |
|---|---|---|---|---|---|---|
| | KAB | B133 | A100 | review and summarize Court's order re: appointment of an examiner (.6) and circulate summary to A. Landis and M. McGuire (.1) | 0.70 | 185.50 |
| | JLE | B133 | A100 | Document review re: LBO investigation discovery from CITI | 3.90 | 1,150.50 |
| | MBM | B133 | A100 | calls and emails with Roitman re: Committee recommendations for examiner (.3); emails with Landis and Deutsch and LeMay re: same (.3); work with Landis and Chadbourne to finalize recommendations (.6); review recommendation list from Chadbourne (.4) | 1.60 | 632.00 |
| | RLB | B133 | A100 | E-mails with Bank of Tokyo (.3) and Mizuho (.3) re: document production.  E-mail with Standard & Poor's re: document production (.3) | 0.90 | 373.50 |
| 04/22/2010 | FAP | B133 | A100 | Review multiple M. Roitman emails re: potential examiners and letters submitted to UST | 0.20 | 42.00 |
| | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 5.40 | 1,431.00 |
| | FAP | B133 | A100 | Review Chadbourne letter to UST re: examiner recommendations | 0.10 | 21.00 |
| | JRD | B133 | A100 | Document review re: LBO investigation discovery from Citi | 1.90 | 484.50 |
| | AGL | B133 | A100 | research examiner candidates from CB, WTC (3.3); multiple calls and emails to and from LeMay, Seife, Deutsch re: same (.9); calls and emails to and from UST re: same (.6) | 4.80 | 3,120.00 |
| | MBM | B133 | A100 | work with Landis to finalize trustee recommendations (.5); emails with Roitman re: same (.2); email to/from co-counsel re: same (.4) | 1.10 | 434.50 |
| 04/23/2010 | KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation | 1.00 | 265.00 |
| 04/26/2010 | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 0.50 | 132.50 |
| | FAP | B133 | A100 | Follow-up email exchanges with D. Laskin re: unredacted reply to motion to conduct Centerbridge discovery (.1); follow-up email exchanges with  D. Bava re: same (.1) | 0.20 | 42.00 |
| | JLE | B133 | A100 | Document review re: LBO investigation discovery from CITI | 4.00 | 1,180.00 |
| | RLB | B133 | A100 | Call with co-counsel at Chadbourne and Zuckerman re: Wilmington Trust request for discovery materials and summary (.5) Review letters from Wilmington Trust counsel in preparation for call (.4) Review letter from Chadbourne to Wilmington Trust (.2) and Wilmington Trust's response (.3) Review file (.6) and e-mail with Ali Nellos re: formal responses to discovery (.3) Review file to | | |

Page 13
Official Committee of Unsecured Creditors                                      May 25, 2010
Account No:   698-001
Statement No:    11737

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | confirm parties not providing documents in response (.3) Review file re: limitations on discovery and ESI search terms (.4) E-mail with Ali Nellos re: limitations on discovery (.2) E-mail with Ali Nellos re: Blackstone stipulation (.3) E-mail with Citigroup to confirm final ESI production (.3) | 3.80 | 1,577.00 |
| 04/27/2010 DBR | B133 | A100 | meet with Butcher to discuss discovery issues (.3); review letter from Brown Rudnick re: discovery (.2); follow up with Chadbourne re: discovery letter (.8) | 1.30 | 747.50 |
| KAB | B133 | A100 | review and summarize Court's order approving motion to seal the request to conduct discovery against Centerbridge (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.20 | 53.00 |
| KAB | B133 | A100 | conference with M. McGuire (.1) and F. Panchak (.1) re: appointment of an examiner issue and emails with F. Panchak and M. McGuire re: same (.1) | 0.30 | 79.50 |
| KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 1.30 | 344.50 |
| FAP | B133 | A100 | Email exchanges with M. McGuire and K. Brown re: Spansion confirmation hearing transcripts (.1); research Carey opinion and hearing dates (.1); research docket for transcribers (.1); calls and email exchanges with multiple transcribers (.4); follow-up email to MBM and KAB (.1) | 0.80 | 168.00 |
| AGL | B133 | A100 | call with UST re: status and process of examiner appointment issues (.2); emails to and from C&P group re: same (.3) | 0.40 | 260.00 |
| MBM | B133 | A100 | call (.2) and emails (.2) with Roitman re: examiner appointment issues; review of Spansion transcript re: same (1.4); further emails with Roitman re: Spansion transcript and decision (.3) | 2.10 | 829.50 |
| RLB | B133 | A100 | Discussion of remaining discovery items with DBR (.4) Review draft letters (.3) to Moody's re: discovery and e-mail with co-counsel at Chadbourne and Zuckerman re: same (.2). | 0.90 | 373.50 |
| 04/28/2010 KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation | 2.40 | 636.00 |
| JLE | B133 | A100 | Document Review re: LBO investigation discovery from CITI | 3.80 | 1,121.00 |
| AGL | B133 | A100 | emails to and from Chadbourne and Zuckerman group re: press calls regarding WTC position | 0.30 | 195.00 |
| AGL | B133 | A100 | emails to and from (.3) and call (.2) with Deutsch re: examiner appointment issues; call to UST re: same (.1) | 0.60 | 390.00 |

Official Committee of Unsecured Creditors                                    May 25, 2010
                                                            Account No:  698-001
                                                            Statement No:    11737


        Tribune Company, et al. bankruptcy


                                                                    **Hours**

| | | | | | |
|---|---|---|---|---|---:|
| 04/29/2010 | JLE | B133 | A100 | Document Review re: LBO investigation discovery from CITI | 4.20   1,239.00 |
| | RLB | B133 | A100 | Prepare for call with counsel to S& P re:: document production (.5).  Call with counsel to S&P re: same (.8)  E-mails re: examiner appointment (.3) | 1.60   664.00 |
| | AGL | B133 | A100 | calls (.2) and emails (.2) to and from Chadbourne group re: examiner appointment; call to UST re: same (.1) | 0.50   325.00 |
| | AGL | B133 | A100 | emails to and from McMahon re: examiner transition and materials required (.1); search for existence of materials requested (.3) | 0.40   260.00 |
| 04/30/2010 | DBR | B133 | A100 | review status of all pending discovery (.6); discuss status with Butcher (.4) | 1.00   575.00 |
| | FAP | B133 | A100 | Email exchanges with A. Landis re: status of UST appointment of examiner | 0.10   21.00 |
| | RLB | B133 | A100 | Review motion and appointment of examiner re: LBO transaction.(.9)  E-mails to co-counsel re: motion appointing examiner.(.5) | 1.40   581.00 |
| | MBM | B133 | A100 | emails with Butcher and Landis re: appointment of examiner | 0.20   79.00 |
| | JLE | B133 | A100 | Document Review re: LBO investigation discovery from CITI | 1.80   531.00 |

                                   **B133-LBO & Related Trans**         170.20 63,133.00

| | | | | | |
|---|---|---|---|---|---:|
| 04/01/2010 | FAP | B134 | A100 | Review debtors' email re: 4/1 telephonic hearing (.1); multiple email exchanges with A. Landis, M. McGuire and D. Deutsch re: telephonic appearances for same (.2); arrange with Court Call for LRC and Chadbourne appearances (.2); follow-up call from CourtCall re: confirm local counsel telephonic appearance approved (.1); follow-up call with H. Lamb re: Seife's appearance via cell phone (.1) | 0.70   147.00 |
| | MBM | B134 | A100 | prepare for (.3) and attend telephonic hearing on exclusivity (.2) | 0.50   197.50 |
| | RLB | B134 | A100 | E-mails re: call in for telephonic hearing with co-counsel. | 0.50   207.50 |
| 04/09/2010 | CAA | B134 | A100 | Emails from/to M. McGuire re: telephonic appearance (.2); Review 4/13 agenda (.3); Arrange telephonic appearance for D. Deutsch and M. Roitman (.3); Begin preparation of attorney binders for 4/13 hearing (2.0) | 2.80   532.00 |
| 04/12/2010 | FAP | B134 | A100 | Review agenda for 4/13 hearing (.1); discussion with C. Adams re: hearing binder for same (.1); complete hearing binders (1.3); discussion with A. Landis re: matters going forward (.1) | 1.60   336.00 |

Page 15
Official Committee of Unsecured Creditors
May 25, 2010
Account No:   698-001
Statement No:    11737

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | AGL | B134 | A100 | preparation for hearing (review agenda, pleadings re: examiner, exclusivity, related matters) (2.9); meeting with debtors to discuss strategy (1.1); meeting with Seife, LeMay, Zink, Bush re: strategy issues for hearing (1.9) | 4.90 | 3,185.00 |
| | MBM | B134 | A100 | review supplemental WTC pleadings (.8) and work with Landis to prepare for 4/13 hearing (.6) | 1.40 | 553.00 |
| 04/13/2010 | FAP | B134 | A100 | Review amended agenda for 4/13 hearing (.1); download supplemental pleadings and finalize hearing binders (.7) | 0.80 | 168.00 |
| | FAP | B134 | A100 | Assist M. McGuire and A. Landis with 4/13 hearing preparation | 1.60 | 336.00 |
| | FAP | B134 | A100 | Discussion with M. McGuire re: 4/13 hearing transcript (.1); coordinate order with Veritext for same (.2); review docket entry for transcriber and order same with Doman (.1) | 0.40 | 84.00 |
| | MBM | B134 | A100 | work with Landis and co-counsel to prepare for hearing (2.1); attend omnibus hearing (2.5) | 4.60 | 1,817.00 |
| | AGL | B134 | A100 | prepare for (1.5) and attend (2.5) omni hearing; post-hearing meetings re: orders and go forward strategy (1.4) | 5.40 | 3,510.00 |
| | ACD | B134 | A111 | Conference with F. Panchak regarding 4/13 hearing preparation (0.1); assist with same (0.4) | 0.50 | 90.00 |
| 04/14/2010 | FAP | B134 | A100 | Multiple emails (.1) and telephone calls (.2) with transcriber re: 4/13 hearing transcript; briefly review transcript (.2); multiple emails with Chadbourne team exchanges distributing same (.2) | 0.70 | 147.00 |
| 04/15/2010 | FAP | B134 | A100 | Review agenda for 4/19 hearing | 0.10 | 21.00 |
| 04/16/2010 | FAP | B134 | A100 | Review D. Deutsch and A. Landis email exchanges re: matters going forward at 4/19 hearing (.1); arrange telephonic appearances for Seife, Deutsch, LeMay (.2); follow-up email to Seife, Deutsch and LeMay re: confirmation of same (.1) | 0.40 | 84.00 |
| | KAB | B134 | A100 | email with M. McGuire re: items going forward on 4/19 (.1), review 4/19 agenda (.2), review email from F. Panchak re: courtcall for 4/19 hearing (.1) | 0.40 | 106.00 |
| | FAP | B134 | A100 | Review amended agenda for 4/19 hearing (.1); email to group re: same (.1) | 0.20 | 42.00 |
| | KAB | B134 | A100 | review amended 4/19 agenda (.2), emails with M. McGuire re: telephonic appearance at the hearing (.1), call with Courtcall re: same (.2), additional emails with M. McGuire re: same (.2) | 0.70 | 185.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|
| MBM | B134 | A100 | emails with Landis (.1), Deutsche (.1) and Brown (.1) re: status of 4/19 hearing | 0.30 | 118.50 |
| 04/19/2010 FAP | B134 | A100 | Review second amended agenda for 4/19 hearing (.1); review multiple email exchanges between Chadbourne and A. Landis regarding proposed order and hearing binders on WTC motion to appoint examiner (.2); coordinate Roitman telephonic appearance and email to Roitman (.2); email with D. LeMay confirming telephonic appearance for LeMay and Deutsch (.1); prepare hearing binders (.8) | 1.40 | 294.00 |
| FAP | B134 | A100 | Coordinate order for 4/19 hearing transcript (.1); follow-up emails with transcriber (.1) | 0.20 | 42.00 |
| AGL | B134 | A100 | attend hearing re: examiner issues | 1.60 | 1,040.00 |
| MBM | B134 | A100 | work with A. Landis to prepare for hearing | 1.60 | 632.00 |
| MBM | B134 | A100 | review of revised modifications to Examiner order from UST (.7); conferences with Landis re: same (.4); emails with co-counsel re: same (.6) | 1.70 | 671.50 |
| 04/20/2010 FAP | B134 | A100 | Discussion with R. Butcher re: 4/22 hearing and Chadbourne telephonic appearances for same | 0.10 | 21.00 |
| FAP | B134 | A100 | Email exchanges with M. Roitman re: telephonic appearances going forward | 0.10 | 21.00 |
| FAP | B134 | A100 | Review agenda for 4/22 cancelled hearing; update critical dates (.1); email exchanges with R. Butcher and M. McGuire re: same (.1) | 0.20 | 42.00 |
| FAP | B134 | A100 | Briefly review 4/19 transcript (.2); email to Chadbourne re: same (.1); update critical dates (.1) | 0.40 | 84.00 |
| 04/23/2010 FAP | B134 | A100 | Review agenda for 4/27 hearing (.1); email exchanges with M. McGuire re: telephonic appearances for same (.1); matters going forward (.1); coordinate with CourtCall for Seife, Deutsch, LeMay, Roitman and Landis appearances (.2); email to Chadbourne re: same (.1) | 0.60 | 126.00 |
| RLB | B134 | A100 | E-mail with Matt McGuire and co-counsel at Chadbourne re: adjournment of matters scheduled for May omnibus. | 0.40 | 166.00 |
| 04/26/2010 FAP | B134 | A100 | Prepare 4/27 hearing binder (.3); discussion with MBM re: Credit Agreement Lenders' unredacted pleadings (.1) | 0.40 | 84.00 |
| FAP | B134 | A100 | Telephone call with D. Laskin re: unredacted motion and reply of credit agreement lenders for 4/27 telephonic hearing | 0.10 | 21.00 |
| FAP | B134 | A100 | Supplement 4/27 hearing binder | 0.20 | 42.00 |

{698.001-W0007956.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 04/27/2010 | FAP | B134 | A100 | Review amended agenda cancelling 4/27 hearing (.1); email to LRC and Chadbourne team re: same (.1) | 0.20 | 42.00 |
|  |  |  |  | **B134 - Hearings** | **37.70** | **15,195.50** |
| 04/06/2010 | KAB | B136 | A100 | prepare response to examiner's reports re: LRC's second and third interim fee applications (1.5) and circulate draft to M. McGuire (.1) | 1.60 | 424.00 |
| 04/08/2010 | KAB | B136 | A100 | Review and edit draft of fifth LRC interim fee app (.6), email F. Panchak re: edits to same (.1) | 0.70 | 185.50 |
| 04/12/2010 | FAP | B136 | A100 | Email exchanges with A. Landis and K. Brown re: status of LRC fifth interim fee application | 0.10 | 21.00 |
|  | KAB | B136 | A100 | review email from A. Landis and F. Panchak re: 5th interim fee app | 0.10 | 26.50 |
|  | KAB | B136 | A100 | brief discussion with M. McGuire re: Examiner's report on LRC 2nd interim fee application (.1), pull and review same (.1), and follow up email with M. McGuire re: same (.1) | 0.30 | 79.50 |
|  | MBM | B136 | A100 | review 2nd & 3rd fee examiner reports (.6) and review and revise response thereto (.9) | 1.50 | 592.50 |
| 04/13/2010 | FAP | B136 | A100 | Further revise LRC notice (.1) and fifth interim fee application (.2) | 0.30 | 63.00 |
|  | FAP | B136 | A100 | File and coordinate service of LRC response to examiner's final reports for second and third interim fee applications | 0.40 | 84.00 |
|  | KAB | B136 | A100 | brief discussion with F. Panchak re: 5th interim fee app | 0.10 | 26.50 |
| 04/14/2010 | FAP | B136 | A100 | Prepare affidavit of service for LRC response to fee examiner's final reports for second and third interim fee applications (.1); file same (.1) | 0.20 | 42.00 |
|  | FAP | B136 | A100 | Discussion with M. McGuire re: LRC fifth interim fee application | 0.10 | 21.00 |
| 04/15/2010 | FAP | B136 | A100 | Begin preparation of LRC 15th fee application (.8); follow-up discussion with L. Ellis (.1) and L. Rogers re: same (.1) | 1.00 | 210.00 |
|  | FAP | B136 | A100 | Email exchanges with A. Landis, McGuire and K. Brown re: responses to LRC fourteenth fee application (.1); draft Certificate of No Objection (.1) | 0.20 | 42.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | FAP | B136 | A100 | File and coordinate service of LRC fifth interim fee application | 0.30 | 63.00 |
| | KAB | B136 | A100 | Email exchanges with F. Panchak re: responses to LRC fourteenth fee application | 0.10 | 26.50 |
| | KAB | B136 | A100 | discuss issues with draft LRC 15th fee application with F. Panchak | 0.10 | 26.50 |
| 04/16/2010 | KAB | B136 | A100 | Continue preparation of LRC 15th fee application time entries for compliance with local rules and UST guidelines | 1.30 | 344.50 |
| | KAB | B136 | A100 | review and execute Certificate of No Objection for LRC 14th monthly fee app  (.1) and discuss filing with F. Panchak (.1) | 0.20 | 53.00 |
| | FAP | B136 | A100 | File and coordinate service of Certificate of No Objection to LRC fourteenth monthly fee application | 0.30 | 63.00 |
| 04/19/2010 | FAP | B136 | A100 | Discussions with D. Rath re: LRC 15th fee application time entries | 0.20 | 42.00 |
| | KAB | B136 | A100 | multiple emails with F. Panchak re: status of draft 15th fee application and edits to same | 0.30 | 79.50 |
| 04/20/2010 | KAB | B136 | A100 | review second draft of 15th fee application for compliance with the local rules and UST guidelines (1.0) and discuss same with F. Panchak (.1), draft LRC's 15th fee application (1.0) and circulate draft to M. McGuire (.1) | 2.20 | 583.00 |
| | FAP | B136 | A100 | Further revisions to 15th fee application (.2); discussion with K. Brown re: same (.1) | 0.30 | 63.00 |
| | FAP | B136 | A100 | Multiple email exchanges with K. Brown re: revisions to LRC fifteenth monthly fee application (.1); research docket for various filing dates of MOR and CNOs (.2) | 0.30 | 63.00 |
| 04/26/2010 | KAB | B136 | A100 | brief discussion with M. McGuire re: suggested edits to 15th fee app (.1), edit fee app (.3), and circulate latest draft to M. McGuire (.1), further conversation with M. McGuire re: edits to fee app (.1), and make such edits (.1), discuss finalization of fee app with F. Panchak (.1), and circulate final draft to M. McGuire (.1) | 0.90 | 238.50 |
| | FAP | B136 | A100 | Discussion with K. Brown re: LRC fifteenth monthly fee application (.1); review/revise same (.2); draft notice for same (.1) | 0.40 | 84.00 |
| | KAB | B136 | A100 | conference with F. Panchak re: filing of LRC's 15th monthly fee app | 0.20 | 53.00 |
| | FAP | B136 | A100 | File and coordinate service of LRC fifteenth monthly fee application | 0.40 | 84.00 |
| | MBM | B136 | A100 | review (.1) and revise (.3) 15th fee application; discuss edits with K. Brown (.2) | 0.70 | 276.50 |

Official Committee of Unsecured Creditors                        May 25, 2010
                                                    Account No:  698-001
                                                    Statement No:    11737


    Tribune Company, et al. bankruptcy


|            |     |      |      | Description | Hours | |
|------------|-----|------|------|-------------|-------|--|
|            | AGL | B136 | A100 | review and analyze LRC interim fee application (.2); call with McGuire re: same (.1) | 0.30 | 195.00 |
| 04/27/2010 | FAP | B136 | A100 | Email to J. Decker re: LRC 15th fee/expense detail | 0.10 | 21.00 |
| 04/30/2010 | MBM | B136 | A100 | emails with Landis re: interim fee hearing (.2); conference with Pernick re: same (.1) | 0.30 | 118.50 |
|            |     |      |      | **B136 - LRC Ret. & Fee Matters** | **15.50** | **4,295.00** |
| 04/05/2010 | CAA | B138 | A100 | Review emails re: 4/5 committee call | 0.10 | 19.00 |
| 04/06/2010 | CAA | B138 | A100 | Review email from D. Deutsch re: 4/8 Telephonic Committee Meeting changed to in-person meeting | 0.10 | 19.00 |
|            | AGL | B138 | A100 | conference call with committee professionals re: agenda items listed | 0.50 | 325.00 |
|            | MBM | B138 | A100 | prepare for (.2) and attend committee professionals call (.6) | 0.80 | 316.00 |
|            | RLB | B138 | A100 | Weekly professionals call re: case status and LBO (.8) | 0.80 | 332.00 |
| 04/07/2010 | MBM | B138 | A100 | prepare for (.5) and attend (.8) meeting with Debtors and committee professionals | 1.30 | 513.50 |
| 04/08/2010 | CAA | B138 | A100 | Prepare documents for Committee Call for M. McGuire, R. Butcher and D. Rath | 0.30 | 57.00 |
|            | MBM | B138 | A100 | attend committee meeting (telephonic) (3.3); prepare for meeting (.6); conference with Butcher and Rath re: same (.2) | 4.10 | 1,619.50 |
|            | AGL | B138 | A100 | working travel reviewing materials in preparation for in person committee meeting (1.7); attend committee meeting re: agenda items listed (4.6) | 6.30 | 4,095.00 |
|            | RLB | B138 | A100 | Prepare for (.6) and attend (3.3) committee meeting re: plan, LBO, settlement and WTC complaint. | 3.90 | 1,618.50 |
|            | DBR | B138 | A100 | prepare for (1.1)and participate in Committe call (1.6) | 2.70 | 1,552.50 |
| 04/12/2010 | DBR | B138 | A100 | communications with Chadbourne re: professionals meeting | 0.30 | 172.50 |
| 04/14/2010 | MBM | B138 | A100 | prepare for (.5) and attend meeting with committee and debtor professionals (.7) | 1.20 | 474.00 |
| 04/15/2010 | MBM | B138 | A100 | prepare for (.7) and attend committee meeting (1.4) | 2.10 | 829.50 |
|            | AGL | B138 | A100 | prepare for (.5) and attend (1.2) committee meeting re: agenda items listed | 1.70 | 1,105.00 |

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/19/2010 RLB | B138 | A100 | Review agenda for professionals call | 0.20 | 83.00 |
| 04/20/2010 DBR | B138 | A100 | review committee professionals call agenda (.1); prepare for committee professionals call (.5); participate in committee professionals call (.5); | 1.10 | 632.50 |
| AGL | B138 | A100 | emails to and from committee re: examiner options | 0.60 | 390.00 |
| RLB | B138 | A100 | Weekly professionals call  re: LBO and other matters with counsel to Committee and Committee professionals | 0.70 | 290.50 |
| 04/22/2010 MBM | B138 | A100 | prepare for (.3) and attend professionals call (.5) | 0.80 | 316.00 |
| 04/26/2010 AGL | B138 | A100 | emails to and from Deutsch (.1) and call with Deutsch re: thursday in person committee meeting (.1) | 0.20 | 130.00 |
| 04/27/2010 FAP | B138 | A100 | Briefly review draft minutes of 2/4, 2/11 and 2/19 committee meeting minutes and circulate to AGL and MBM | 0.10 | 21.00 |
| DBR | B138 | A100 | prepare for (.5) and participate in professionals call (.7) | 1.20 | 690.00 |
| RLB | B138 | A100 | Call with professionals re: case status and examiner appointment | 0.60 | 249.00 |
| 04/28/2010 AGL | B138 | A100 | review materials in connection with committee presentation on plan of reorg | 1.10 | 715.00 |
| 04/29/2010 FAP | B138 | A100 | Briefly review 3/16, 31/7 and 3/18 committee meeting minutes and supplements | 0.10 | 21.00 |
| AGL | B138 | A100 | prepare for (.9) and attend (2.0) committee meeting re: agenda items listed | 2.90 | 1,885.00 |
| | | | **B138 - Creditors' Cmte Mtgs** | **35.80** | **18,471.00** |
| 04/08/2010 AGL | B142 | A100 | return to Wilmington from in person committee meeting | 1.70 | 1,105.00 |
| | | | **B142 - Non-Working Travel** | **1.70** | **1,105.00** |
| 04/01/2010 CAA | B144 | A100 | Finalize for filing and coordinate service of Certificate of No Objection re: Moelis 13th Monthly Fee Application (.4); Email to V. Patel re: same (.1) | 0.50 | 95.00 |
| 04/07/2010 CAA | B144 | A100 | Emails from/to V. Patel re: Moelis 14th Monthly Fee Application | 0.20 | 38.00 |
| CAA | B144 | A100 | Draft Notice re: Moelis 14th Monthly Fee Application (.1); Draft Affidavit of Service re: same (.1); Finalize for filing and coordinate service of same (.8) | 1.00 | 190.00 |

{698.001-W0007956.}

Tribune Company, et al. bankruptcy


|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 04/12/2010 | FAP | B144 | A100 | Review debtors counsel email re: filing deadline for fifth interim fee applications; update critical dates (.1); email exchanges with committee professionals re: same (.1) | 0.20 | 42.00 |
| 04/13/2010 | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners fifth interim fee application (.1); review same (.1) | 0.20 | 42.00 |
| 04/14/2010 | FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne fifth interim fee application (.1); review same (.1); draft notice for same (.1) | 0.30 | 63.00 |
|  | FAP | B144 | A100 | Draft notice for AlixPartners fifth interim fee application | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Review Moelis fifth interim fee application (.1); draft notice for same (.1) | 0.20 | 42.00 |
| 04/15/2010 | FAP | B144 | A100 | Email exchanges with A. Leung and A. Holtz re: responses to AlixPartners fourteenth fee application (.1); draft Certificate of No Objection (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | File and coordinate service of Chadbourne fifth interim fee application (.3); follow-up email to H. Lamb re: same (.1) | 0.40 | 84.00 |
|  | FAP | B144 | A100 | File and coordinate service of AlixPartners fifth interim fee application (.3); follow-up email to A. Holtz and A. Leung re: same (.1) | 0.40 | 84.00 |
|  | FAP | B144 | A100 | File and coordinate service of Moelis fifth interim fee application (.3); follow-up email to V. Patel re: same (.1) | 0.40 | 84.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service for committee professionals' fifth interim fee applications (.1); file same (.1) | 0.20 | 42.00 |
|  | AGL | B144 | A100 | emails to and from Deutsch re: fee examiner final reports and responses thereto by Chadbourne and Cole Schotz | 0.30 | 195.00 |
| 04/16/2010 | FAP | B144 | A100 | Review summary of fourth quarterly fees for committee and debtors' professionals | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Email exchanges with Chadbourne group re: responses to fourteenth monthly fee application (.1) | 0.10 | 21.00 |
|  | KAB | B144 | A100 | review and execute Certificate of No Objection for Alix's 14th monthly fee app  (.1) and discuss same with F. Panchak (.1) | 0.20 | 53.00 |
|  | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection to AlixPartners' fourteenth monthly fee application (.3); follow-up email to A. Leung and A. Holtz re: same (.1) | 0.40 | 84.00 |

Official Committee of Unsecured Creditors


Tribune Company, et al. bankruptcy


|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 04/19/2010 | FAP | B144 | A100 | Draft Certificate of No Objection to Chadbourne fourteenth monthly fee application (.1); prepare affidavit of service for same (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service for Certificates of No Objection for LRC and AlixPartners fourteenth fee applications (.1); file same (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Email exchanges with A. Leung re: status of hearings scheduled for second and third interim fee applications | 0.10 | 21.00 |
|  | MMD | B144 | A100 | Discussion with F. Panchak regarding filing Certificate of No Objection to Chadbourne's Fourteenth Monthly Application | 0.10 | 21.00 |
|  | MMD | B144 | A100 | Scan and electronically file Certificate of No Objection to Chadbourne's Fourteenth Monthly Application (.2); Email as-filed copy to M. McGuire, F. Panchak and H. Lamb (.1) | 0.30 | 63.00 |
|  | MMD | B144 | A100 | Discussion with Tri-State regarding service of Certificate of No Objection to Chadbourne's Fourteenth Monthly Fee Application | 0.10 | 21.00 |
| 04/22/2010 | FAP | B144 | A100 | Email exchanges with H. Lamb re: summary of committee members' expenses for  March application (.1); review same (.1); follow-up emails with H. Lamb re: revisions to same (.1); draft application (.3); draft notice (.1) | 0.70 | 147.00 |
|  | KAB | B144 | A100 | discuss Committee's 10th monthly expense application with F. Panchak (.1) and review same (.3), discuss additional edits to application to F. Panchak (.1) | 0.50 | 132.50 |
|  | FAP | B144 | A100 | Review notice of second interim fee hearing; update critical dates (.1); email exchanges with Chadbourne, AlixPartners and Moelis re: same (.1) | 0.20 | 42.00 |
|  | KAB | B144 | A100 | Review emails from F. Panchak, A. Holt and D. Deutsch re: fee examiner examiner preliminary reports on 4th interim fee apps and hearing on 2nd interim fee apps | 0.20 | 53.00 |
|  | MBM | B144 | A100 | emails with co-counsel and Alix re: interim fee application hearing status | 0.30 | 118.50 |
| 04/26/2010 | FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne fifteenth monthly fee application (.1); review and prepare for filing (.3); draft notice for same (.1) | 0.50 | 105.00 |
|  | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners' fifteenth monthly fee application (.1); review/revise same (.2); follow-up emails with A. Holtz and A. Leung re: executed certification (.1); revise same (.1); draft notice (.1); file and coordinate |  |  |

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  |  |  |  | service of same (.5); follow-up email to A. Holtz re: notification of filing (.1) | 1.20 | 252.00 |
|  | FAP | B144 | A100 | File and coordinate service of committee's tenth expense application (.4); follow-up email to H. Lamb re: same (.1) | 0.50 | 105.00 |
|  | FAP | B144 | A100 | File and coordinate service of Chadbourne fifteenth monthly fee application (.8); follow-up email to H. Lamb re: same (.1) | 0.90 | 189.00 |
| 04/27/2010 | FAP | B144 | A100 | Prepare affidavit of service for Chadbourne, LRC, AlixPartners and Committee Members March fee applications (.1); file same (.1) | 0.20 | 42.00 |
| 04/28/2010 | FAP | B144 | A100 | Email exchanges with V. Patel re: responses to Moelis' fourteenth monthly fee application (.1); draft Certificate of No Objection (.1) | 0.20 | 42.00 |
| 04/29/2010 | FAP | B144 | A100 | Prepare affidavit of service for Certificate of No Objection for Moelis fourteenth fee application (.1); file and coordinate service of Certificate of No Objection (.3); follow-up email to V. Patel re: same (.1) | 0.50 | 105.00 |
| 04/30/2010 | FAP | B144 | A100 | Review K. Stickles email re: second interim fee hearing and status of contested fee examiner reports; update critical dates (.1); email exchanges with AlixPartners and Moelis re: same (.1) | 0.20 | 42.00 |
|  |  |  |  | **B144 - Non-LRC Ret. & Fee Matt** | 12.50 | 2,828.00 |
| 04/01/2010 | KAB | B146 | A100 | Review and summarize (i) Debtors 5th request to extend exclusivity (.2), (ii) related motion to shorten (.1), and (iii) Credit Agreement Lenders objection to motion to shorten (.2) and circulate  summaries to A. Landis and M. McGuire (.1) | 0.60 | 159.00 |
|  | MBM | B146 | A100 | review of Debtors exclusivity motion (.4); review of lender objection (.5); review of revised exclusivity order (.1); and emails with Debtors counsel re: same (.2) | 1.20 | 474.00 |
| 04/05/2010 | AGL | B146 | A100 | review termsheet releases (.4); review memo to Chadbourne re: same and png issues (1.3) | 1.70 | 1,105.00 |
| 04/06/2010 | MBM | B146 | A100 | review plan support agreements (1.6) emails and conferences with Landis and Butcher re: same (.3) | 1.90 | 750.50 |
| 04/08/2010 | MBM | B146 | A100 | review draft disclosure statement (.6) and review draft plan (.5) | 1.10 | 434.50 |

{698.001-W0007956.}

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | RLB | B146 | A100 | Begin review of Plan and Disclosure statement re: litigation provisions. | 0.90 | 373.50 |
| 04/09/2010 | AGL | B146 | A100 | review, analyze and comment on plan (3.8); emails to and from McGuire re: comments (.3); emails to and from Deutsch and LeMay re: comments (.5); emails to and from Conlan and Sidley group re: comments (.9) | 5.50 | 3,575.00 |
| | MBM | B146 | A100 | review of disclosure statement (2.6); review of draft plan (1.9); conferences and emails with Landis re: same (.5); emails with co-counsel re: same (.4) | 5.40 | 2,133.00 |
| | RLB | B146 | A100 | Complete review of plan and disclosure statement (1.3) Compare plan to latest settlement term sheet (.5) Draft comments to plan and disclosure statement re: litigation and LBO (.5)    Discuss plan and disclosure statement with AGL and MBM (.4) | 2.70 | 1,120.50 |
| 04/12/2010 | RLB | B146 | A100 | Review filed disclosure statement re: litigation provisions and LBO settlement. | 2.40 | 996.00 |
| 04/13/2010 | KAB | B146 | A100 | briefly review Debtors' disclosure statement (.1), review and summarize (i) Debtors' notice of hearing re: disclosure statement (.1), (ii) Retirement Claimants statement in support of disclosure statement (.3), (iii) JPMC's exhibit re: Settlement Support Agreement (.3) and circulate summaries to A. Landis and M. McGuire (.1) | 0.90 | 238.50 |
| | KAB | B146 | A100 | Perform in depth review and summarize Debtors disclosure statement and related attachments including the Debtors proposed plan | 1.60 | 424.00 |
| | FAP | B146 | A100 | Review order extending exclusivity | 0.10 | 21.00 |
| 04/14/2010 | KAB | B146 | A100 | Continue in depth review and summary of disclosure statement and related attachments including the plan | 3.50 | 927.50 |
| 04/15/2010 | KAB | B146 | A100 | Continue in depth review and summary of disclosure statement and related attachments including the plan (1.9) and circulate summary to A. Landis and M. McGuire (.1) | 2.00 | 530.00 |
| | KAB | B146 | A100 | review and summarize Court's order extending exclusivity (.1) and circulate summary to A. Landis and M. McGuire (.1) | 0.20 | 53.00 |
| | MBM | B146 | A100 | review of disclosure statement and summary thereof (1.5); email from Brown re: same (.1) | 1.60 | 632.00 |
| 04/22/2010 | FAP | B146 | A100 | Telephone call with L. Turner re: creditor inquiry re: disclosure statement | 0.10 | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy


| | | | | Hours | |
|---|---|---|---|---|---|
| 04/23/2010 FAP | B146 | A100 | Telephone call with A. Bowling re: notice of disclosure statement hearing | 0.10 | 21.00 |
| KAB | B146 | A100 | conference with A. Landis re: solicitation procedure motion (.3), begin reviewing and summarizing motion and attached exhibits (3.8) | 4.10 | 1,086.50 |
| AGL | B146 | A100 | calls and emails to and from Deutsch re: bid procedures motion (.5); conference with Brown re: summary, issues (.3); review and analyze same (1.3) | 2.10 | 1,365.00 |
| MBM | B146 | A100 | emails with Landis re: solicitation procedures (.2); review of solicitation procedures motion (1.6); conference with Landis re: same (.1) | 1.90 | 750.50 |
| 04/25/2010 AGL | B146 | A100 | emails to and from Deutsch re: solicitation procedures (.3); emails to and from McGuire, Brown re: supplemental research re: ballots, standards (.3) | 0.60 | 390.00 |
| KAB | B146 | A100 | Continue review and summary of solicitation procedures motion and related attachment (5.1), email with A. Landis and M. McGuire re: review of Judge Carey's recent approvals re: same (.1) and incorporation of the same into the memo (.8), and circulate memo to A. Landis and M. McGuire (.1), additional emails with M. McGuire re: ballots (.2) and review of ballots (.3) | 6.60 | 1,749.00 |
| JRD | B146 | A100 | Prepare memo for M. McGuire re: third party release language | 0.10 | 25.50 |
| MBM | B146 | A100 | review of solicitation procedures motion and ballots (1.8) review of summary from Brown (.5) | 2.30 | 908.50 |
| 04/26/2010 JRD | B146 | A100 | Research re: plan ballot release language | 0.70 | 178.50 |
| KAB | B146 | A100 | email with A. Landis and M. McGuire re: memo on solicitation procedures motion (.2), further discussions with M. McGuire re: release language and edits to the memo (.2), review first order approving solicitation materials in CCS medical (.3) summarize findings (.2) and circulate info to M. McGuire (.1), review email from M. McGuire re: latest draft of the memo (.1) | 1.10 | 291.50 |
| AGL | B146 | A100 | review and revise memo re solicitation procedures (1.3); emails to and from Deutsch re: same (.2); conference with McGuire re: same (.2) | 1.70 | 1,105.00 |
| FAP | B146 | A100 | Briefly review objections to disclosure statement: Millen (.1); Dombeck (.1) | 0.20 | 42.00 |
| MBM | B146 | A100 | review of solicitation procedures (.7); prepare memorandum to co-counsel re: same (1.4) | 2.10 | 829.50 |
| RLB | B146 | A100 | Review objections to Disclosure Statement. | 0.40 | 166.00 |

Official Committee of Unsecured Creditors


Tribune Company, et al. bankruptcy


|  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|
| 04/27/2010 KAB | B146 | A100 | Review and summarize (i) Mr. Millen's objection to the Disclosure Statement (.1) and (ii) Ms. Dombeck's objection to the same (.1) and circulate summaries to A. Landis and M. McGuire (.1) | 0.30 | 79.50 |
| KAB | B146 | A100 | brief discussion with A. Landis re: solicitation procedures memo (.1), review email from A. Landis re: Solicitation Procedures Motion (.1), and review final version of memo (.4) | 0.60 | 159.00 |
| AGL | B146 | A100 | review and revise final memo to committee re: solicitation procedures (.3); emails to and from C&P team re: comments (.2) | 0.50 | 325.00 |
| 04/28/2010 FAP | B146 | A100 | Telephone call with M. Marcus re: disclosure statement and Epiq's website | 0.10 | 21.00 |
| FAP | B146 | A100 | Telephone call with A. Young re: disclosure statement and Epiq's website | 0.10 | 21.00 |
| FAP | B146 | A100 | Review Chadbourne memo re: debtors' motion for order establishing solicitation procedures | 0.10 | 21.00 |
| 04/30/2010 KAB | B146 | A100 | review and summarize Debtors Solicitation Procedures Motion (.6) and circulate summary to A. Landis and M. McGuire (.1) | 0.70 | 185.50 |

**B146 - Plan & Disclos. Stmt.**                           **59.80 23,688.50**

| 04/29/2010 KAB | B152 | A100 | Review emails from A. Landis and D. Deutsch re: tax issues with the plan (.2), conference with A. Landis re: research on the same (.2), research tax issue (6.2), email A. Landis findings (.1) | 6.70 | 1,775.50 |
|---|---|---|---|---|---|
| AGL | B152 | A100 | emails to and from Deutsch re: tax research and issue for Delaware case review (.3); emails to and from and conference with Brown re: same (.2) | 0.50 | 325.00 |
| 04/30/2010 AGL | B152 | A100 | review and analyze Brown materials re: tax research requested by deutsch | 0.80 | 520.00 |

**B152 - Tax Issues**                                          **8.00  2,620.50**


**For Current Services Rendered**                 **361.00135,727.00**

{698.001-W0007956.}