# EXHIBIT "C"

Official Committee of Unsecured Creditors
May 25, 2010
Account No: 698-001
Statement No:    11737

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Postage | 4.40 |
| Travel expense | 725.00 |
| Copying | 162.30 |
| Courier Fees | 603.40 |
| Online research LEXIS | 20.54 |
| Outside Duplication Services | 1,539.29 |
| Electronic Filing - PACER | 375.92 |
| US Postage | 392.45 |
| Court Reporter fees | 1,424.80 |
| Client meals | 239.00 |
| Conference Call Service | 220.00 |
| **Total Expenses Thru 04/30/2010** | **5,707.10** |

{698.001-W0007956.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 03/31/2010 | AGL | U | B100 | E208 | | 375.92 Electronic Filing PACER-Advance PACER Service Center | 670 |
| Subtotal for Transaction Date 03/31/2010 | | | | | | Billable | 375.92 | |
| 698.001 | 04/01/2010 | AGL | U | B100 | E216 | | 36.00 Courier Fee - Advance TriState Courier & Carriage | 634 |
| 698.001 | 04/01/2010 | AGL | U | B100 | E211 | | 6.41 Outside printing - Advance Digital Legal Services, LLC - 52933 | 644 |
| 698.001 | 04/01/2010 | AGL | U | B100 | E210 | | 5.25 US Postage # Digital Legal Services, LLC - 52933 | 645 |
| 698.001 | 04/01/2010 | AGL | U | B122 | E101 | 0.100 | 0.50 Copying | 650 |
| Subtotal for Transaction Date 04/01/2010 | | | | | | Billable | 48.16 | |
| 698.001 | 04/06/2010 | AGL | U | B122 | E101 | 0.100 | 21.40 Copying | 651 |
| Subtotal for Transaction Date 04/06/2010 | | | | | | Billable | 21.40 | |
| 698.001 | 04/07/2010 | AGL | U | B100 | E211 | | 21.47 Outside printing - Advance Digital Legal Services, LLC - 53008 | 646 |
| 698.001 | 04/07/2010 | AGL | U | B100 | E210 | | 5.56 US Postage # Digital Legal Services, LLC - 53008 | 647 |
| 698.001 | 04/07/2010 | AGL | U | B100 | E211 | | 43.88 Outside printing - Advance Digital Legal Services, LLC - 53009 | 648 |
| 698.001 | 04/07/2010 | AGL | U | B100 | E210 | | 11.20 US Postage # Digital Legal Services, LLC - 53009 | 649 |
| 698.001 | 04/07/2010 | AGL | U | B122 | E101 | 0.100 | 6.80 Copying | 652 |
| 698.001 | 04/07/2010 | AGL | U | B100 | E216 | | 45.00 Courier Fee - Advance TriState Courier & Carriage | 671 |
| 698.001 | 04/07/2010 | AGL | U | B100 | E216 | | 36.00 Courier Fee - Advance TriState Courier & Carriage | 672 |
| 698.001 | 04/07/2010 | AGL | U | B100 | E226 | | 60.00 Conference Call Service - Court Call | 696 |
| 698.001 | 04/07/2010 | AGL | U | B100 | E110 | | 563.00 Out-of-town travel - Amtrak - NY - AGL | 697 |
| 698.001 | 04/07/2010 | AGL | U | B100 | E226 | | 30.00 Conference Call Service - Court Call | 702 |
| Subtotal for Transaction Date 04/07/2010 | | | | | | Billable | 822.91 | |
| 698.001 | 04/08/2010 | AGL | U | B122 | E101 | 0.100 | 13.80 Copying | 653 |
| 698.001 | 04/08/2010 | AGL | U | B100 | E110 | | 152.00 Out-of-town travel - Amtrak - AGL | 700 |
| 698.001 | 04/08/2010 | AGL | U | B100 | E110 | | 10.00 Out-of-town travel - WPA - Parking - AGL | 701 |
| Subtotal for Transaction Date 04/08/2010 | | | | | | Billable | 175.80 | |
| 698.001 | 04/12/2010 | AGL | U | B122 | E101 | 0.100 | 8.00 Copying | 654 |
| 698.001 | 04/12/2010 | AGL | U | B122 | E101 | 0.100 | 26.60 Copying | 655 |
| Subtotal for Transaction Date 04/12/2010 | | | | | | Billable | 34.60 | |
| 698.001 | 04/13/2010 | AGL | U | B122 | E101 | 0.100 | 2.70 Copying | 661 |
| 698.001 | 04/13/2010 | AGL | U | B100 | E111 | | 108.00 Meals Sugarfoot Fine Food - Lunch for 6 | 668 |
| 698.001 | 04/13/2010 | AGL | U | B100 | E111 | | 63.00 Meals Sugarfoot Fine Food - Breakfast for 6 | 669 |
| 698.001 | 04/13/2010 | AGL | U | B100 | E216 | | 339.40 Courier Fee - Advance TriState Courier & Carriage | 673 |
| 698.001 | 04/13/2010 | AGL | U | B100 | E211 | | 10.26 Outside printing - Advance Digital Legal Services, LLC - 53069 | 677 |
| 698.001 | 04/13/2010 | AGL | U | B100 | E210 | | 5.25 US Postage # Digital Legal Services, LLC - 53069 | 678 |
| Subtotal for Transaction Date 04/13/2010 | | | | | | Billable | 528.61 | |
| 698.001 | 04/14/2010 | AGL | U | B100 | E217 | | 453.75 Court Reporter fee - Diana Doman Transcribing | 698 |
| Subtotal for Transaction Date 04/14/2010 | | | | | | Billable | 453.75 | |
| 698.001 | 04/15/2010 | AGL | U | B122 | E101 | 0.100 | 13.30 Copying | 662 |
| 698.001 | 04/15/2010 | AGL | U | B100 | E211 | | 860.43 Outside printing - Advance Digital Legal Services, LLC - 53100 | 679 |
| 698.001 | 04/15/2010 | AGL | U | B100 | E210 | | 309.12 US Postage # Digital Legal Services, LLC - | 680 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | 53100 | |
| Subtotal for Transaction Date 04/15/2010 | | | | | Billable | 1,182.85 | | |
| 698.001 | 04/16/2010 | AGL | U | B100 | E216 | | 36.00 Courier Fee - Advance TriState Courier & Carriage | 674 |
| 698.001 | 04/16/2010 | AGL | U | B100 | E211 | | 7.70 Outside printing - Advance Digital Legal Services, LLC - 53108 | 684 |
| 698.001 | 04/16/2010 | AGL | U | B100 | E210 | | 5.25 US Postage # Digital Legal Services, LLC - 53108 | 685 |
| Subtotal for Transaction Date 04/16/2010 | | | | | Billable | 48.95 | | |
| 698.001 | 04/19/2010 | AGL | U | B122 | E108 | | 4.40 Postage | 660 |
| 698.001 | 04/19/2010 | AGL | U | B122 | E101 | 0.100 | 15.00 Copying | 663 |
| 698.001 | 04/19/2010 | AGL | U | B122 | E101 | 0.100 | 4.50 Copying | 664 |
| 698.001 | 04/19/2010 | AGL | U | B122 | E101 | 0.100 | 2.60 Copying | 665 |
| 698.001 | 04/19/2010 | AGL | U | B122 | E101 | 0.100 | 1.80 Copying | 666 |
| 698.001 | 04/19/2010 | AGL | U | B100 | E217 | | 175.45 Court Reporter fee Perfect Pages Transcription & Reporting | 667 |
| 698.001 | 04/19/2010 | AGL | U | B100 | E216 | | 39.00 Courier Fee - Advance TriState Courier & Carriage | 683 |
| Subtotal for Transaction Date 04/19/2010 | | | | | Billable | 242.75 | | |
| 698.001 | 04/20/2010 | AGL | U | B100 | E218 | | 68.00 Client meals - Chelsea Tavern - AGL | 699 |
| Subtotal for Transaction Date 04/20/2010 | | | | | Billable | 68.00 | | |
| 698.001 | 04/22/2010 | AGL | U | B100 | E226 | | 93.00 Conference Call Service - Court Call | 703 |
| Subtotal for Transaction Date 04/22/2010 | | | | | Billable | 93.00 | | |
| 698.001 | 04/26/2010 | AGL | U | B122 | E101 | 0.100 | 26.70 Copying | 681 |
| 698.001 | 04/26/2010 | AGL | U | B122 | E101 | 0.100 | 18.60 Copying | 682 |
| 698.001 | 04/26/2010 | AGL | U | B100 | E211 | | 585.29 Outside printing - Advance Digital Legal Services, LLC - 53160 | 686 |
| 698.001 | 04/26/2010 | AGL | U | B100 | E210 | | 48.62 US Postage # Digital Legal Services, LLC - 53160 | 687 |
| Subtotal for Transaction Date 04/26/2010 | | | | | Billable | 679.21 | | |
| 698.001 | 04/27/2010 | AGL | U | B100 | E217 | | 246.60 Court Reporter fee Diaz Data Services | 675 |
| 698.001 | 04/27/2010 | AGL | U | B100 | E217 | | 238.50 Court Reporter fee Elaine M. Ryan | 676 |
| 698.001 | 04/27/2010 | AGL | U | B100 | E217 | | 310.50 Court Reporter fee J & J Court Transcribers, Inc. | 692 |
| Subtotal for Transaction Date 04/27/2010 | | | | | Billable | 795.60 | | |
| 698.001 | 04/29/2010 | AGL | U | B100 | E211 | | 3.85 Outside printing - Advance Digital Legal Services, LLC - 53246 | 688 |
| 698.001 | 04/29/2010 | AGL | U | B100 | E210 | | 2.20 US Postage # Digital Legal Services, LLC - 53246 | 689 |
| 698.001 | 04/29/2010 | AGL | U | B100 | E107 | | 72.00 Delivery services/messengers TriState Courier & Carriage | 694 |
| 698.001 | 04/29/2010 | AGL | U | B100 | E226 | | 37.00 Conference Call Service - Court Call | 704 |
| Subtotal for Transaction Date 04/29/2010 | | | | | Billable | 115.05 | | |
| 698.001 | 04/30/2010 | AGL | U | B100 | E106 | | 20.54 Online research LexisNexis | 690 |
| Subtotal for Transaction Date 04/30/2010 | | | | | Billable | 20.54 | | |
| Total for Client ID 698.001 | | | | | Billable | 5,707.10 Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | | |
| GRAND TOTALS | | | | | | | | |
| | | | | | Billable | 5,707.10 | | |