# EXHIBIT 1

## Tribune Thirteenth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Offit Kurman[3]<br>8 Park Center Court, Suite 200<br>Owings Mills, MD 21117<br>Contact: Howard K. Kurman<br>Email: hkurman@offitkurman.com | Labor law & litigation counsel for The Baltimore Sun Company | $35,000 |
| Harbottle & Lewis LLP<br>14 Hanover Square<br>London. W1S 1HP<br>Contact: Marian Derham<br>Email: Marian.Derham@harbottle.com | International Employment Counsel | $5,000 |

---

[3] Offit Kurman was previously retained as an Ordinary Course Professional with a monthly cap of $10,000. (Docket No. 227.)