**Exhibit A**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

APRIL 30, 2010
INVOICE # 9165135

## MORGAN STANLEY SWAP

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2010 | $27,715.00 |
| DISBURSEMENTS | 24.05 |
| TOTAL INVOICE | $27,739.05 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9165135

APRIL 30, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010

MORGAN STANLEY SWAP                                          MATTER NUMBER -    10180

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/01/10 | SEB | 1.80 | { L190 } {A103} Drafted settlement agreement. | 666.00 |
| 3/02/10 | DJB | .30 | { L190 } {A106} E-mails re settlement. | 277.50 |
| 3/02/10 | MZH | 1.70 | { L120 } {A103} Reviewed and revised draft settlement agreement. | 1,275.00 |
| 3/02/10 | SEB | 1.00 | { L190 } {A104} Reviewed M. Hankin comments on settlement agreement (.5); revised settlement agreement (.2); reviewed other settlement agreements for purposes of drafting Tribune-Morgan Stanley settlement agreement (.3). | 370.00 |
| 3/03/10 | DJB | 1.00 | { L190 } {A106} Various e-mails re ▓▓▓▓ (.6); telephone conference with MS counsel and e-mail re same (.4). | 925.00 |
| 3/03/10 | SEB | 1.90 | { L190 } {A102} Researched settlement agreement drafting in commercial disputes (.9); revised settlement agreement between Morgan Stanley and Tribune based upon comments of M. Hankin (.4); drafted global release ▓▓▓▓ (.6). | 703.00 |
| 3/04/10 | DJB | 1.50 | { L190 } {A107} Multiple telephone conferences with MS counsel re settlement (1.0); e-mails re same (.5). | 1,387.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/04/10 | SEB | 4.40 | { L190 } {A103} Drafted Rule 9019 Motion for Morgan Stanley settlement (3.5); communicated with D. Bradford re ▓ (.3); ▓ (.2); ▓ and e-mailed D. Bradford re same (.4). | 1,628.00 |
| 3/05/10 | SEB | .10 | { L190 } {A106} E-mailed ▓ re ▓ settlement agreement. | 37.00 |
| 3/08/10 | DJB | .30 | { L190 } {A106} E-mail to ▓ re settlement ▓. | 277.50 |
| 3/10/10 | DJB | .30 | { L190 } {A107} Telephone conference with opposing counsel. | 277.50 |
| 3/11/10 | DJB | .20 | { L190 } {A107} Telephone conference with opposing counsel. | 185.00 |
| 3/12/10 | DJB | .80 | { L190 } {A106} E-mails to ▓ re ▓ settlement (.6); telephone conference with MS re settlement (.2). | 740.00 |
| 3/12/10 | SEB | 1.40 | { L190 } {A106} Telephone conference with ▓ re settlement agreement (.1); reviewed back-up documentation re ▓ re same (1.1); created excel sheet for ▓ (.2). | 518.00 |
| 3/13/10 | DJB | 1.00 | { L190 } {A103} Worked on ▓ settlement. | 925.00 |
| 3/14/10 | DJB | .30 | { L190 } {A105} E-mails to S. Biller re settlement ▓. | 277.50 |
| 3/14/10 | SEB | 1.60 | { L190 } {A103} Revised settlement agreement (.3); revised and cite-checked draft ▓ and e-mailed M. Hankin re same (.6); revised settlement ▓ and e-mailed D. Bradford re same (.7). | 592.00 |
| 3/15/10 | DJB | .50 | { L190 } {A103} Worked on ▓ and settlement ▓. | 462.50 |
| 3/15/10 | MZH | .90 | { L120 } {A104} Reviewed and commented on ▓ re settlement ▓. | 675.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 3/15/10 | SEB | 5.30 | { L190 } {A103} Made substantive edits to ▓▓ re settlement agreement (2.7); revised ▓▓ (1.0); reviewed Morgan Stanley correspondence with Tribune and revised ▓▓ (1.6). | 1,961.00 |
| 3/16/10 | DJB | 1.00 | { L190 } {A103} Reviewed and edited settlement ▓▓. | 925.00 |
| 3/16/10 | MZH | 2.10 | { L120 } {A104} Reviewed and commented on draft MS settlement agreement and motion. | 1,575.00 |
| 3/16/10 | SEB | 3.50 | { L190 } {A103} Revised settlement agreement between Tribune and Morgan Stanley (.5); revised Rule 9019 motion, proposed order and notice (3.0). | 1,295.00 |
| 3/17/10 | DJB | 1.00 | { L190 } {A103} Edited settlement agreement (.8); office conference with S. Biller re same (.2). | 925.00 |
| 3/17/10 | MZH | .70 | { L120 } {A104} Reviewed and commented on draft ▓▓. | 525.00 |
| 3/17/10 | SEB | 3.90 | { L190 } {A103} Revised Rule 9019 motion and proposed order (1.4); reviewed D. Bradford's comments and edits re ▓▓ (1.6); conferred with D. Bradford re settlement agreement (.1); made final revisions to settlement agreement, Rule 9019 motion and ▓▓ (.8). | 1,443.00 |
| 3/18/10 | DJB | .50 | { L190 } {A106} Various e-mails to ▓▓ re settlement ▓▓. | 462.50 |
| 3/19/10 | DJB | .50 | { L190 } {A106} E-mails with ▓▓ re ▓▓ re settlement and ▓▓. | 462.50 |
| 3/21/10 | DJB | .30 | { L190 } {A103} Edited settlement papers. | 277.50 |
| 3/22/10 | DJB | 1.00 | { L190 } {A103} Edited settlement agreement and ▓▓. | 925.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/23/10 | DJB | .70 | { L190 } {A107} Telephone conference with ▮ re ▮ (.2); edited settlement agreement (.5). | 647.50 |
| 3/24/10 | SEB | .20 | { L190 } {A104} Reviewed drafts of 9019 motion and order. | 74.00 |
| 3/25/10 | MZH | 1.30 | { L120 } {A104} Reviewed ▮ (.9); telephone conference with ▮ re same (.2); drafted e-mail to D. Bradford re same and telephone conference with S. Biller re same (.2). | 975.00 |
| 3/25/10 | SEB | 1.20 | { L190 } {A105} Conferred with M. Hankin re ▮ (.3); reviewed file re ▮ (.3); revised ▮ (.3); revised Rule 9019 motion and e-mailed D. Bradford re same (.3). | 444.00 |
| 3/26/10 | MZH | .40 | { L120 } {A103} Drafted ▮ release language (.2); drafted e-mail to D. Bradford re settlement agreement ▮. | 300.00 |
| 3/26/10 | SEB | 1.20 | { L190 } {A104} Reviewed ▮ (.2); reviewed and edited settlement agreement (.7); conferred with M. Hankin re settlement agreement (.1); e-mailed S. Grosshandler at Cleary Gottlieb re proposed settlement agreement and ▮ (.2). | 444.00 |
| 3/27/10 | DJB | .50 | { L190 } {A104} Reviewed edits to Morgan Stanley settlement. | 462.50 |
| 3/27/10 | MZH | .30 | { L120 } {A106} Drafted e-mail to ▮ re ▮. | 225.00 |
| 3/27/10 | SEB | .30 | { L190 } {A104} Reviewed ▮ and e-mailed ▮ and D. Bradford re same (.1); revised ▮ (.2). | 111.00 |
| 3/28/10 | SEB | .30 | { L190 } {A103} Prepared ▮. | 111.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 5

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 3/29/10 | MZH | .20 | { L120 } {A103} Distributed clean and blacklined drafts ▓▓▓ | 150.00 |
| 3/30/10 | SEB | .30 | { L190 } {A105} E-mailed M. Hankin re ▓▓▓ in draft settlement agreement (.1); revised settlement agreement ▓▓▓, ran blackline versions of agreement, and e-mailed Cleary Gottlieb re same (.2). | 111.00 |
| 3/31/10 | DJB | .50 | { L190 } {A104} Analyzed Cleary re-write. | 462.50 |
| 3/31/10 | SEB | .60 | { L190 } {A104} Reviewed Cleary Gottlieb's proposed changes to Settlement Agreement and proposed release (.3); e-mail to D. Bradford re ▓▓▓ settlement agreement and proposed release (.3). | 222.00 |
|  |  | 48.80 | PROFESSIONAL SERVICES | 27,715.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 3/16/10 | Network Printing | 3.80 |
| 3/17/10 | Network Printing | 3.20 |
| 3/24/10 | Network Printing | 7.70 |
| 3/31/10 | Westlaw Research | 9.35 |
|  | TOTAL DISBURSEMENTS | 24.05 |

**INVOICE TOTAL**                                           $ 27,739.05

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 6

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 12.20 | 925.00 | 11,285.00 |
| MARC B. HANKIN | 7.60 | 750.00 | 5,700.00 |
| SOFIA E. BILLER | 29.00 | 370.00 | 10,730.00 |
| TOTAL | 48.80 | | 27,715.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

APRIL 30, 2010
INVOICE # 9165134

**FEE APPLICATION**

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2010 | $2,025.50 |
| DISBURSEMENTS | 0.00 |
| TOTAL INVOICE | $2,025.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9165134

APRIL 30, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010

FEE APPLICATION                                                                 MATTER NUMBER -   10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/02/10 | DJB | .50 | { L190 } {A104} Reviewed and edited response to fee inquiry from Fee Examiner. | 462.50 |
| 3/02/10 | LSR | .30 | { L210 } {A103} Drafted email to Fee Examiner re Jenner's response to the Fee Examiner's Preliminary Report re Jenner's Third Quarterly Fee Application. | 111.00 |
| 3/15/10 | LSR | 1.60 | { L210 } {A103} Drafted January fee application (1.1); edited same (.5). | 592.00 |
| 3/18/10 | MXP | 3.10 | { L210 } {A110} Prepared exhibits to January 2010 fee application. | 527.00 |
| 3/19/10 | LSR | .60 | { L210 } {A103} Edited January fee application. | 222.00 |
| 3/25/10 | LSR | .30 | { L210 } {A103} Edited January fee application. | 111.00 |
|  |  | 6.40 | PROFESSIONAL SERVICES | 2,025.50 |

**INVOICE TOTAL**                                                                      **$ 2,025.50**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 0.50 | 925.00 | 462.50 |
| LANDON S. RAIFORD | 2.80 | 370.00 | 1,036.00 |
| MARC A PATTERSON | 3.10 | 170.00 | 527.00 |
| TOTAL | 6.40 | | 2,025.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER   10130

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

APRIL 30, 2010
INVOICE # 9165131

## ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2010 | $13,693.00 |
| DISBURSEMENTS | 2,176.50 |
| TOTAL INVOICE | $15,869.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9165131

APRIL 30, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010

ESOP/STAY ISSUES                                        MATTER NUMBER -   10130

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/01/10 | DJB | 1.00 | { L190 } {A104} Reviewed and commented on ▮▮▮ brief. | 925.00 |
| 3/01/10 | DAS | .30 | { L210 } {A107} Communicated with ▮▮▮ re drafts ▮▮▮. | 162.00 |
| 3/02/10 | DJB | .50 | { L190 } {A104} Reviewed ▮▮▮ papers and analyzed same. | 462.50 |
| 3/04/10 | DJB | .70 | { L190 } {A107} Telephone conference with ▮▮▮ and ▮▮▮ re ▮▮▮. | 647.50 |
| 3/04/10 | DJB | .80 | { L190 } {A107} Various telephone conferences with ▮▮▮ and ▮▮▮ re ▮▮▮ issues. | 740.00 |
| 3/05/10 | RRB | 1.30 | { L190 } {A104} Reviewed research and case law on ▮▮▮ and ▮▮▮. | 637.00 |
| 3/08/10 | RRB | 3.60 | { L190 } {A102} Reviewed ▮▮▮ and summaries (1.0); pulled and reviewed ▮▮▮ decision (1.0); revised section of brief on ▮▮▮ (1.6). | 1,764.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                  Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/09/10 | DJB | .70 | { L190 } {A107} Telephone conference with ███ ███ issues. | 647.50 |
| 3/15/10 | DAS | 1.00 | { L210 } {A106} Met with ███. | 540.00 |
| 3/16/10 | WLS | .50 | { L190 } {A105} Conferred with D. Sondgeroth and A. Amert re ███ issues. | 425.00 |
| 3/16/10 | DAS | .20 | { L210 } {A108} Reviewed communication from ███ re ███. | 108.00 |
| 3/18/10 | DJB | .70 | { L190 } {A106} Telephone conference with ███ re ███ issues. | 647.50 |
| 3/18/10 | RRB | 3.80 | { L190 } {A102} Researched ███ (2.0); reviewed ███ draft (1.5); met with D. Sondgeroth re ███ (.3). | 1,862.00 |
| 3/30/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with ███ re ███ issues (.5); worked on ███ issues re ███ (.5). | 925.00 |
| 3/31/10 | WLS | .50 | { L190 } {A105} Advise on ███ | 425.00 |
| 3/31/10 | DJB | 3.00 | { L190 } {A106} Office conference with ███ re ███ issues ███. | 2,775.00 |
| | | 19.60 | PROFESSIONAL SERVICES | 13,693.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 3/02/10 | Photocopy Expense | 58.00 |
| 3/02/10 | Photocopy Expense | 38.97 |
| 3/02/10 | Photocopy Expense | 6.60 |
| 3/03/10 | Photocopy Expense | 29.97 |
| 3/09/10 | Photocopy Expense | 58.90 |
| 3/10/10 | Photocopy Expense | 310.33 |
| 3/10/10 | Photocopy Expense | 45.81 |
| 3/11/10 | Photocopy Expense | 117.80 |
| 3/11/10 | Photocopy Expense | 12.69 |
| 3/12/10 | Photocopy Expense | 546.00 |
| 3/12/10 | Photocopy Expense | 130.32 |
| 3/12/10 | Photocopy Expense | 84.60 |
| 3/15/10 | Photocopy Expense | 64.40 |
| 3/17/10 | Photocopy Expense | 7.00 |
| 3/31/10 | Westlaw Research | 665.11 |
| | **TOTAL DISBURSEMENTS** | **2,176.50** |

**INVOICE TOTAL** $ 15,869.50

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 8.40 | 925.00 | 7,770.00 |
| WILLIAM L. SCOGLAND | 1.00 | 850.00 | 850.00 |
| DOUGLAS A. SONDGEROTH | 1.50 | 540.00 | 810.00 |
| REENA R. BAJOWALA | 8.70 | 490.00 | 4,263.00 |
| TOTAL | 19.60 | | 13,693.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

APRIL 30, 2010
INVOICE # 9165132

**DOL SUBPOENA**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2010 | $5,553.50 |
| DISBURSEMENTS | 91.02 |
| TOTAL INVOICE | $5,644.52 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9165132

APRIL 30, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010

DOL SUBPOENA                                                        MATTER NUMBER -   10148

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 3/01/10 | PXR | .50 | { L140 } {A110} Searched and retrieved production documents in ▓▓▓▓ c database and tagged same for Applied Technology Group review. | 85.00 |
| 3/02/10 | EJR | 1.30 | { L140 } {A110} Populated relevant descriptive fields in ▓▓▓▓ multiple productions database to expedite attorney review. | 299.00 |
| 3/03/10 | EJR | .50 | { L140 } {A110} Continued to populate relevant descriptive fields in ▓▓▓▓ multiple productions database to expedite attorney review. | 115.00 |
| 3/04/10 | EJR | 1.50 | { L140 } {A110} Continued to populate relevant descriptive fields in ▓▓▓▓ multiple productions database to expedite attorney review. | 345.00 |
| 3/08/10 | DJB | .20 | { L190 } {A106} E-mail to ▓▓▓▓ re ▓▓▓▓ inquiry. | 185.00 |
| 3/09/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with ▓▓▓▓ and ▓▓▓▓ re ▓▓▓▓. | 925.00 |
| 3/19/10 | DJB | .30 | { L190 } {A107} Telephone conference with ▓▓▓▓ and ▓▓▓▓. | 277.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 3/20/10 | EPK | 2.80 | { L110 } {A102} Conducted ▓▓▓ research re ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ (2.6); drafted email outlining same (.2). | 1,036.00 |
| 3/22/10 | EPK | .20 | { L110 } {A105} Telephone conference with D. Sondgeroth re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 74.00 |
| 3/29/10 | PXR | 1.60 | { L140 } {A110} Reviewed recently received correspondence and CDs with most recent production documents received for ▓▓▓ and ▓▓▓ (.5); reviewed past correspondence and all production documents received in preparation for compiling a log of all production documents for D. Sondgeroth review (.6); organized and assembled deposition transcript and exhibits for D. Sondgeroth review (.5). | 272.00 |
| 3/30/10 | PXR | 3.00 | { L140 } {A110} Reviewed all databases, production documents CDs and correspondence received and compiled log of all production documents for D. Sondgeroth review (2.0); organized and updated correspondence file with all recently received correspondence (.5); organized and assembled recent documents received to update case files (.5). | 510.00 |
| 3/31/10 | LIM | 2.70 | { L140 } {A110} Reviewed DVDs ▓▓▓▓ ▓▓ and ▓▓ and coordinated with data team re loading of same to production databases. | 742.50 |
| 3/31/10 | DG | 2.50 | { L140 } {A110} Created ▓▓▓▓▓▓▓▓ database (.5); loaded data into same (1.0); updated date formats (.5); performed quality checks and released for second level quality control check (.5). | 687.50 |
| | | 18.10 | PROFESSIONAL SERVICES | 5,553.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 3/08/10 | Photocopy Expense | 9.36 |
| 3/09/10 | Photocopy Expense | 8.10 |
| 3/19/10 | UPS | 12.68 |
| 3/30/10 | Photocopy Expense | 27.40 |
| 3/31/10 | Westlaw Research | 33.48 |
| | TOTAL DISBURSEMENTS | 91.02 |

## INVOICE TOTAL                             $ 5,644.52

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 1.50 | 925.00 | 1,387.50 |
| EAMON P. KELLY | 3.00 | 370.00 | 1,110.00 |
| DARYL GARDNER | 2.50 | 275.00 | 687.50 |
| LORY I. MANHEIMER | 2.70 | 275.00 | 742.50 |
| EILEEN J. ROBERTSON | 3.30 | 230.00 | 759.00 |
| PANAGIOTA RAMOS | 5.10 | 170.00 | 867.00 |
| TOTAL | 18.10 | | 5,553.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

## Exhibit B

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| Network Printing | 14.70 |
| Photocopy Expense | 1,556.25 |
| UPS | 12.68 |
| Westlaw Research | 707.94 |
| **Total** | **2,291.57** |