# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 26th day of May, 2010, copies of *JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.'s First Set of Document Requests to Wells Fargo Bank, N.A.* were served on the following counsel in the manner indicated:

| **VIA HAND DELIVERY AND E-MAIL** | **VIA OVERNIGHT MAIL AND E-MAIL** |
|---|---|
| Brian A. Sullivan<br>WERB & SULLIVAN<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, Delaware 19801<br>bsullivan@werbsullivan.com | Thomas E. Lauria<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131<br>tlauria@whitecase.com |
| Jeffrey M. Schlerf<br>John H. Strock<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center, Suite 1600<br>919 North Market Street<br>Wilmington, Delaware 19801<br>jschlerf@foxrothschild.com<br>jstrock@foxrothschild.com | David G. Hille<br>Scott Greissman<br>Andrew W. Hammond<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>dhille@whitecase.com<br>sgreissman@whitecase.com<br>ahammond@whitecase.com |

RLF1 3575381v. 1

Dated: May 26, 2010
      Wilmington, Delaware

/s/ *signature*

Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Dennis Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.*