# EXHIBIT 1

## Tribune Fourteenth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Winstead PC<br>500 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270<br>Contact: W. Mike Baggett<br>Email: mbaggett@winstead.com | Texas Local Counsel | $10,000 |