## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on this 26th day of May, 2010, I caused copies of the foregoing *Objection of the Washington-Baltimore Newspaper Guild to the Proposed Disclosure Statement for Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries* to be served on the parties listed below as indicated.

**BY FACSIMILE**
Kerriann S. Mills, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
**Facsimile: 312-853-7036**

**BY FACSIMILE**
Douglas E. Deutsch, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
**Facsimile: 212-408-5100**

**BY FACSIMILE**
**& HAND DELIVERY**
Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
**Facsimile: 302-652-3117**

**BY FACSIMILE**
**& HAND DELIVERY**
Adam G. Landis, Esquire
Landis, Rath & Cobb, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
**Facsimile: 302-467-4400**

**BY FACSIMILE**
**& HAND DELIVERY**
Joseph McMahon, Esquire
The Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox # 35
Wilmington, DE 19899-0035
**Facsimile: 302-573-6497**

_____
Christopher P. Simon (No. 3697)