# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

April 1, 2010 through and including April 30, 2010

| Project Code | Description | Hours | Amount |
|---|---|---:|---:|
| 5735.00001 | Business Analysis | 3.5 | $1,933.00 |
| 5735.00004 | Current Financials | 95.6 | 52,608.00 |
| 5735.00005 | Prospective Financials | 54.3 | 30,194.00 |
| 5735.00007 | Employee Issues | 20.2 | 11,373.00 |
| 5735.00008 | Plan of Reorganization | 44.0 | 26,526.00 |
| 5735.00009 | Executory Contracts | 4.5 | 2,511.00 |
| 5735.00010 | Claims & Recoveries | 44.8 | 25,933.00 |
| 5735.00011 | Misc. Motions | 4.0 | 2,427.00 |
| 5735.00014 | Avoidance Actions | 149.7 | 63,202.50 |
| 5735.00015 | UCC Meetings | 33.8 | 22,064.00 |
| 5735.00017 | Billing and Retention | 37.0 | 19,987.00 |
| 5735.00018 | Travel Time (billed at 50%) | 18.0 | 5,580.00 |
| **Total Fees Incurred** | | **509.4** | **$264,338.50** |

Re:                    Business Analysis
Client/Matter #        005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/21/10 | BH | Review and analyze the Moelis Media Update and compare to other reports on media industry expectations. | 1.40 |
| 04/22/10 | YK | Reviewed and analyzed competitor and industry reports. Summarized highlights to incorporate into the weekly status report to the UCC. | 0.80 |
| 04/23/10 | ANL | Analyzed and reviewed New York Times Q1 2010 results. | 1.30 |
| | | **Total Hours** | **3.50** |

Re:                      Business Analysis
Client/Matter #          005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 1.30 | 530.00 | 689.00 |
| Brad Hall | 1.40 | 620.00 | 868.00 |
| Young Kim | 0.80 | 470.00 | 376.00 |
| **Total Hours & Fees** | **3.50** | | **1,933.00** |

Re:                        Current Financials
Client/Matter #            005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/02/10 | BH | Review, analyze and revise report on Tribune weekly financial results for presentation to UCC. | 1.70 |
| 04/02/10 | HYL | Prepare weekly report for UCC. | 2.30 |
| 04/05/10 | ANL | Analyzed and reviewed February year to date publishing and broadcasting results and management reports. | 1.80 |
| 04/06/10 | BH | Review and revise report on Tribune weekly financial performance for presentation to UCC. | 0.60 |
| 04/06/10 | AH | Review weekly AlixPartners report to UCC on operating results | 0.40 |
| 04/07/10 | ANL | Analyzed and reviewed weekly cash flow results for the past 4 weeks and prepared summary of weekly cash results. | 2.30 |
| 04/07/10 | ANL | Prepared weekly status update to the UCC. | 2.60 |
| 04/08/10 | HYL | Prepared weekly report to UCC. | 3.10 |
| 04/09/10 | ANL | Analyzed and reviewed January 2010 and February 2010 publishing and broadcasting results and cash flow results. | 1.80 |
| 04/12/10 | ANL | Prepared weekly status update to UCC and reviewed weekly revenue flash and cash flow results. | 2.30 |
| 04/12/10 | HYL | Prepared Q1 2010 report to UCC. | 1.00 |
| 04/12/10 | ANL | Analyzed and reviewed Tribune 2010 year to date results for publishing and broadcasting and reviewed business unit results. | 2.80 |
| 04/12/10 | BH | Review, analyze data and revise report to UCC on Tribune weekly financial results. | 1.70 |
| 04/13/10 | ANL | Prepared weekly status update to UCC. Prepared summary of publishing and broadcasting weekly results and cash flow results. | 2.80 |
| 04/13/10 | HYL | Updated weekly report to UCC. | 0.40 |
| 04/13/10 | AH | Review weekly report; discuss with A. Leung and B. Hall (both AlixPartners) | 0.70 |
| 04/14/10 | AH | Review current docket items and discussion of 4/13 hearing w/ D. Deutsch (Chadbourne) | 0.30 |
| 04/14/10 | ANL | Prepared weekly status update to UCC. | 1.30 |
| 04/14/10 | ANL | Reviewed cash flow results and 13 week cash flow forecast and weekly revenue flash summaries. | 1.60 |
| 04/15/10 | ANL | Analyzed and reviewed preliminary Q1 2010 publishing and broadcasting results. | 1.80 |
| 04/15/10 | ANL | Prepared weekly status update to UCC. | 2.10 |
| 04/15/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.80 |
| 04/16/10 | ANL | Prepared for and participated in bi-weekly advisors call with A&M and Tribune management on Q1 results and weekly | 0.60 |

Re:                     Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | results. | |
| 04/16/10 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 04/16/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.20 |
| 04/16/10 | ANL | Analyzed and reviewed preliminary Q1 2010 and March 2010 publishing and broadcasting results. | 1.30 |
| 04/16/10 | BH | Review and analyze Tribune weekly financial results and make revisions to presentation to UCC on weekly financial performance. | 2.50 |
| 04/19/10 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 04/20/10 | BH | Review, analyze and revise report to UCC on Tribune weekly financial performance. | 1.90 |
| 04/20/10 | ANL | Analyzed and reviewed Gannett Q1 2010. | 1.20 |
| 04/20/10 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 04/20/10 | YK | Reviewed and revised weekly status report to the UCC. | 0.80 |
| 04/21/10 | ANL | Prepared weekly status update for UCC. | 1.60 |
| 04/21/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.50 |
| 04/22/10 | ANL | Analyzed and reviewed preliminary March 2010 results and year to date results. | 1.80 |
| 04/22/10 | ANL | Analyzed and reviewed weekly cash flow results and revenue flash reports. | 1.20 |
| 04/22/10 | YK | Reviewed and analyzed publishing data for weekly status update to the UCC. | 1.50 |
| 04/22/10 | YK | Reviewed and analyzed cash flow report for weekly status update to the UCC. | 1.70 |
| 04/22/10 | YK | Reviewed and revised weekly status update. | 0.70 |
| 04/23/10 | HYL | Reviewed weekly report to UCC. | 0.60 |
| 04/26/10 | ANL | Analyzed and reviewed weekly revenue flash summaries and cash flow results. | 1.20 |
| 04/26/10 | AH | Review weekly report to UCC | 0.50 |
| 04/26/10 | BH | Review and analyze weekly financial information and revise report to UCC on Tribune current financial results. | 2.30 |
| 04/26/10 | YK | Reviewed and revised weekly status report to the UCC. Added commentary regarding Q2 2010 performance in various lines of business. | 1.10 |
| 04/27/10 | ANL | Analyzed and reviewed March 2010 and Q1 2010 results. | 2.20 |
| 04/27/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.30 |
| 04/28/10 | ANL | Analyzed and reviewed March 2010 and Q1 2010 results. | 1.20 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/28/10 | BH | Review and analyze the Quarterly financial results of Tribune compared to the Business Plan. | 2.10 |
| 04/28/10 | HYL | Reviewed and analyzed Q1 '10 brown books and prepared report to UCC. | 4.10 |
| 04/29/10 | HYL | Reviewed, analyzed and prepared Publishing section of Q1 '10 brown book report to UCC. | 3.80 |
| 04/29/10 | HYL | Reviewed, analyzed and prepared Broadcasting section of Q1 '10 brown book report to UCC. | 3.20 |
| 04/29/10 | BH | Review and analyze fees paid by Tribune for Steering Committee expenses and compare to plan and send information request to Tribune for additional information pertaining to these payments. | 0.80 |
| 04/30/10 | BH | Review and analyze Tribune actual March Quarter end financial results with a comparison to Business Plan for the same period. | 3.60 |
| 04/30/10 | BH | Review and analyze the most recent weekly financial results of Tribune compared to forecast. | 2.10 |
| 04/30/10 | HYL | Updated and reviewed Q1 '10 management operating report for presentation to UCC. | 1.30 |
| 04/30/10 | HYL | Researched and contacted A&M regarding cash payment to steering committee professionals in latest cash variance analysis. | 0.30 |
| 04/30/10 | HYL | Prepared weekly report to UCC. | 2.10 |
| | | **Total Hours** | **95.60** |

Re:                          Current Financials
Client/Matter #              005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.90 | 820.00 | 1,558.00 |
| Albert Leung | 46.40 | 530.00 | 24,592.00 |
| Harold Y Lee | 22.20 | 530.00 | 11,766.00 |
| Brad Hall | 19.30 | 620.00 | 11,966.00 |
| Young Kim | 5.80 | 470.00 | 2,726.00 |
| **Total Hours & Fees** | **95.60** | | **52,608.00** |

Re:             Prospective Financials
Client/Matter #   005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/01/10 | ANL | Analyzed and reviewed publishing and broadcasting industry comps. Prepared business unit summaries. | 2.20 |
| 04/01/10 | ANL | Prepared summary of 2010 capital plan and equity income. Prepared summary of 2010 commercial printing and delivery. | 2.30 |
| 04/01/10 | ANL | Prepared 2010 Business Plan presentation. | 3.20 |
| 04/01/10 | BH | Review and revise presentation to UCC on 2010 Business Plan. | 1.80 |
| 04/05/10 | BH | Review, analyze and revise report on 2010 Business Plan for presentation to UCC. | 1.10 |
| 04/05/10 | BH | Draft memo to Tribune advisors with questions regarding 2010 Business Plan. | 0.30 |
| 04/05/10 | ANL | Prepared 2010 Plan presentation to the UCC. | 1.80 |
| 04/05/10 | ANL | Prepared summary of industry advertising comparable growth rates for 2010 for Publishing. | 2.10 |
| 04/05/10 | ANL | Prepared summary of industry advertising comparable growth rates for 2010 for Broadcasting. | 2.30 |
| 04/05/10 | AH | Review revised 2010 Business Plan report | 1.90 |
| 04/05/10 | HYL | Reviewed and prepared 2010 Plan report to UCC. | 1.10 |
| 04/05/10 | ANL | Prepared summary and observations for segment revenue and expenses. | 1.20 |
| 04/05/10 | ANL | Prepared summary of business unit revenue and OCF. | 1.20 |
| 04/06/10 | HYL | Reviewed and prepared 2010 Plan report to UCC. | 4.70 |
| 04/06/10 | BH | Draft all comments for inclusion in the Executive Summary section of the report on 2010 Business Plan review for UCC. | 3.90 |
| 04/06/10 | BH | Review and revise final report on 2010 Business Plan review for the UCC. | 2.20 |
| 04/06/10 | ANL | Prepared 2010 Plan report executive summary and observations. | 1.80 |
| 04/06/10 | ANL | Prepared report to the UCC on 2010 Plan and assumptions. Prepared 2010 summary of publishing and broadcasting budget by BU's. Prepared summary of capital plan and equity income. | 3.20 |
| 04/06/10 | ANL | Reviewed LA Times and Chicago Tribune 2010 Business Plan. Reviewed WGN America business plan. | 2.20 |
| 04/06/10 | ANL | Analyzed and reviewed Moelis presentation on business unit valuations and industry comps for the UCC 2010 Business Plan report. | 1.30 |
| 04/07/10 | ANL | Prepared revenue and expense details for publishing 2010 plan. | 1.20 |
| 04/07/10 | ANL | Prepared 2010 Plan presentation for the UCC. | 2.30 |

Re:                    Prospective Financials
Client/Matter #        005735.00005

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 04/07/10 | ANL | Prepared additional supporting info on publishing and broadcasting on 2010 Plan for UCC meeting. | 0.90 |
| 04/08/10 | ANL | Prepared for UCC presentation of 2010 Plan details. Provided answers to questions from UCC. | 1.20 |
| 04/09/10 | ANL | Analyzed and reviewed 2010 and 5 year plan and forecast and assumptions. | 2.80 |
| 04/14/10 | ANL | Analyzed and reviewed 2010 Plan and 5 year projections. | 1.70 |
| 04/16/10 | ANL | Prepared revenue and expense details for publishing and broadcasting 2010 plan. | 2.10 |
| 04/29/10 | BH | Review and analyze Bank of America forecast on newsprint pricing compared to Tribune 2010 Business Plan. | 0.30 |
| | | **Total Hours** | **54.30** |

Re:                          Prospective Financials
Client/Matter #              005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.90 | 820.00 | 1,558.00 |
| Albert Leung | 37.00 | 530.00 | 19,610.00 |
| Harold Y Lee | 5.80 | 530.00 | 3,074.00 |
| Brad Hall | 9.60 | 620.00 | 5,952.00 |
| **Total Hours & Fees** | **54.30** | | **30,194.00** |

Re:     Employee Issues
Client/Matter #  005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/01/10 | ANL | Prepared 2010 MIP presentation for UCC. | 3.20 |
| 04/05/10 | ANL | Prepared background materials for 2010 MIP for UCC. Prepared MIP statistics and historical data. | 2.80 |
| 04/05/10 | ANL | Prepared 2010 MIP presentation for UCC. Analyzed 2010 MIP details by individual. | 3.20 |
| 04/06/10 | ANL | Reviewed and revised top 10 analysis and bonus plan statistics summary for 2010 MIP UCC presentation. | 2.80 |
| 04/06/10 | ANL | Prepared presentation on 2010 MIP. Reviewed Mercer report. | 2.10 |
| 04/06/10 | AH | Review and make changes to MIP analysis and report to UCC | 2.30 |
| 04/07/10 | ANL | Prepared additional supporting info on publishing and broadcasting on 2010 Plan for UCC meeting. | 2.60 |
| 04/08/10 | ANL | Reviewed and revise 2010 MIP presentation to UCC. | 1.20 |
| | | **Total Hours** | **20.20** |

Re:             Employee Issues
Client/Matter #   005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.30 | 820.00 | 1,886.00 |
| Albert Leung | 17.90 | 530.00 | 9,487.00 |
| **Total Hours & Fees** | **20.20** | | **11,373.00** |

Re:              Plan of Reorganization
Client/Matter #    005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/07/10 | BH | Review and analyze proposed Settlement Support Agreement prepared by Tribune advisors to reflect terms of agreement between Senior Creditors and Bond Holders. | 1.40 |
| 04/08/10 | BH | Provide report on level of outstanding Letters of Credit and cash collateral supporting L/C's and compare to presentation in Plan of Reorganization. | 0.60 |
| 04/08/10 | ANL | Analyzed and reviewed draft Disclosure Statement. Prepared comments and questions for UCC counsel. | 2.70 |
| 04/08/10 | ANL | Analyzed and reviewed draft Plan of Reorganization. Prepared comments and questions for UCC counsel. | 3.60 |
| 04/09/10 | ANL | Analyzed and reviewed draft copy of Disclosure Statement. Prepared questions for Debtors and counsel. | 2.60 |
| 04/09/10 | ANL | Analyzed and reviewed draft copy of Plan of Reorganization. Prepared comments and observations for UCC counsel. | 3.10 |
| 04/09/10 | AH | Review of POR and Disclosure Statement | 3.20 |
| 04/09/10 | BH | Review and analyze the Disclosure statement provided by Tribune and compare to financial data received during the case. | 4.00 |
| 04/09/10 | BH | Prepare and send written comments on Disclosure Statement to Chadbourne for discussion with Tribune counsel. | 2.10 |
| 04/10/10 | BH | Discussion with Alan Holtz (AlixPartners) on Disclosure statement observations and questions. | 0.50 |
| 04/10/10 | BH | Draft questions to Tribune advisors regarding Disclosure Statement. | 1.30 |
| 04/10/10 | BH | Draft memo to Chadbourne with comments and observations on Disclosure Statement. | 1.00 |
| 04/10/10 | BH | Review new and amended sections of Tribune Disclosure Statement. | 1.60 |
| 04/10/10 | AH | Discuss comments to DS with B. Hall, and various emails re: same with him and A. Leung, D. Deutsch | 1.00 |
| 04/10/10 | ANL | Reviewed new valuation and financial projections sections. | 1.80 |
| 04/10/10 | ANL | Provided comments for counsel. | 0.30 |
| 04/10/10 | ANL | Analyzed and reviewed revised draft copy of Disclosure Statement. | 2.20 |
| 04/11/10 | BH | Draft and send memo to Chadbourne with observations on new and amended sections of Disclosure Statement. | 0.30 |
| 04/12/10 | AH | Discuss comments to POR/Disclosure Statement and professional fees with D. Deutsche (Chadbourne) | 0.40 |
| 04/13/10 | ANL | Analyzed and reviewed Tribune valuation report prepared by Moelis. Reviewed and analyzed Lazard assumptions for the Plan. | 2.30 |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/23/10 | BH | Review and analyze materials provided by Tribune on contracts to be assumed in Plan of Reorganization. | 2.40 |
| 04/26/10 | BH | Review and analyze contracts rejected during bankruptcy and compare to similar contracts to be assumed. | 1.40 |
| 04/28/10 | BH | Review and analyze the detailed memo from Chadbourne in summary of the Debtors Plan of Reorganization. | 3.20 |
| 04/29/10 | BH | Participate in call with Brian Whittman (Tribune advisor) on the inclusion of contracts to be assumed in Plan of Reorganization and the process used by Debtor to recommend assuming contracts. | 1.00 |
| | | **Total Hours** | **44.00** |

Re:                          Plan of Reorganization
Client/Matter #              005735.00008


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.60 | 820.00 | 3,772.00 |
| Albert Leung | 18.60 | 530.00 | 9,858.00 |
| Brad Hall | 20.80 | 620.00 | 12,896.00 |
| **Total Hours & Fees** | **44.00** | | **26,526.00** |

Re:                    Executory Contracts
Client/Matter #        005735.00009

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/23/10 | ANL | Analyzed and reviewed Tribune summary of contract savings and summary of non-programming contracts per Committee counsel's request. | 1.80 |
| 04/26/10 | ANL | Analyzed and reviewed Tribune summary of contract savings and summary of non-programming contracts. | 1.30 |
| 04/30/10 | BH | Review and analyze Tribune motion to reject D&B contract in light of the contract assumption information contained in the Plan of Reorganization. | 1.40 |
| | | **Total Hours** | **4.50** |

Re:                     Executory Contracts
Client/Matter #         005735.00009

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Albert Leung | 3.10 | 530.00 | 1,643.00 |
| Brad Hall | 1.40 | 620.00 | 868.00 |
| **Total Hours & Fees** | **4.50** | | **2,511.00** |

Re:             Claims & Recoveries
Client/Matter #   005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/05/10 | BH | Review and analyze current claims settlement negotiations between Tribune and Retiree representatives. | 2.40 |
| 04/05/10 | BH | Draft and send memo to Tribune advisors with questions on Tribune assumptions in Retiree claims calculations. | 0.80 |
| 04/05/10 | BH | Prepare presentation materials for the UCC regarding the negotiation process and settlement discussions between Tribune and Retiree advisors. | 3.20 |
| 04/05/10 | BH | Review and analyze information provided by counsel to Retirees and compare assumptions used to the assumptions being used by Tribune. | 2.70 |
| 04/05/10 | BH | Review and analyze responses from Tribune advisors to questions regarding the settlement negotiations on Retiree claims. | 0.20 |
| 04/05/10 | HYL | Prepared Employee and Retiree Claims report to the UCC. | 1.20 |
| 04/06/10 | AH | Review AlixPartners report to UCC re: retiree claims | 0.60 |
| 04/06/10 | BH | Draft presentation regarding status of Retiree Claim settlement negotiations between Tribune and Retiree advisors. | 2.50 |
| 04/07/10 | BH | Review and revise provided by Chadbourne on presentation of Retiree claim settlement procedures and incorporate comments into presentation materials. | 2.80 |
| 04/07/10 | BH | Draft and send questions to Tribune advisors on the use of E-17 index and discount rate assumptions in Tribune Retiree claim analysis. | 0.40 |
| 04/07/10 | HYL | Reviewed IRC section 417(e) as it relates to and prepared Retiree Claims report to the UCC. | 1.60 |
| 04/08/10 | BH | Review and analyze responses received from Tribune advisors on use of assumptions by Tribune in Retiree Claims negotiations. | 0.20 |
| 04/12/10 | BH | Draft amended Retiree Claim presentation material to Chadbourne to share with UCC on final results of Claims Settlement discussions. | 1.40 |
| 04/12/10 | BH | Provide information to Chadbourne on the discrepancy in PHONES related debt amount between creditors and debtors and describe the impact of PHONES put pre-filing but unpaid at petition date. | 0.60 |
| 04/13/10 | BH | Review and revise memo drafted by Mark Rule on PHONES related debt level and difference between creditor and debtor claim amounts. | 0.40 |
| 04/13/10 | MFR | Research and communication to counsel regarding the outstanding amount / claim of the Phones debt. | 3.20 |
| 04/14/10 | BH | Analyze response to Chadbourne on discrepancy in PHONES claim amount and provide input to Mark Rule for | 0.80 |

Re:                    Claims & Recoveries
Client/Matter #        005735.00010

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | presentation to Chadbourne. | |
| 04/15/10 | MFR | Prepare additional research on value of PHONES debt claim. | 1.80 |
| 04/16/10 | MFR | Research and analysis of outstanding amount of PHONES debt and communication with Debtor regarding the same. | 3.10 |
| 04/19/10 | MFR | Research and analysis regarding the PHONES debt outstanding. | 1.50 |
| 04/20/10 | ANL | Analyzed and reviewed Debtors' 24th Omnibus objection to claims and provided comments to Committee counsel. | 2.60 |
| 04/21/10 | AH | Review memo re: PHONES claim and provide comments to M. Rule | 0.40 |
| 04/21/10 | MFR | Reconciliation between PHONES debt figures provided by Wilmington Trust and Debtors / explanation of the differences and communication to counsel regarding the same. | 3.80 |
| 04/21/10 | BH | Review and analyze Tribune Revised 24th Omnibus Objections and responses from Debtor to our questions. | 0.70 |
| 04/22/10 | BH | Review and analyze the most recent Quarterly Claims Settlement Report provided by Tribune. | 1.50 |
| 04/26/10 | ANL | Analyzed and reviewed revised claims information provided by Debtors on no liability claims. | 1.70 |
| 04/28/10 | BH | Draft memo to Chadbourne on the status of Tribune Quarterly Claims report and recommended communication to UCC. | 0.50 |
| 04/28/10 | ANL | Analyzed and reviewed Q1 2010 claims settlement report. | 1.50 |
| 04/29/10 | HYL | Conference call with Brian Whitman (A&M) and Brad Hall (AlixPartners) to discuss claims related to acceptance and rejection of contracts. | 0.70 |
| | | **Total Hours** | **44.80** |

Re:                     Claims & Recoveries
Client/Matter #         005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.00 | 820.00 | 820.00 |
| Mark F Rule | 13.40 | 530.00 | 7,102.00 |
| Albert Leung | 5.80 | 530.00 | 3,074.00 |
| Harold Y Lee | 3.50 | 530.00 | 1,855.00 |
| Brad Hall | 21.10 | 620.00 | 13,082.00 |
| **Total Hours & Fees** | **44.80** | | **25,933.00** |

Re:                        Misc. Motions
Client/Matter #            005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/07/10 | ANL | Analyzed and reviewed Lazard's supplemental employment application and prepared comparable analysis for UCC counsel. | 1.70 |
| 04/19/10 | BH | Discuss potential candidates for Examiner with Mike Murphy and John LaBella (both AlixPartners) seeking recommendations on behalf of UCC. | 1.30 |
| 04/20/10 | BH | Draft memo to Chadbourne and discuss with David LeMay (Chadbourne) potential Examiner candidates. | 0.50 |
| 04/26/10 | AH | Discussion w/ N. Larsen (Debtor) re: professional retention motion and follow-up call w/ D. Deutsche (C&P) | 0.50 |
| | | **Total Hours** | **4.00** |

Re:                          Misc. Motions
Client/Matter #              005735.00011


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.50 | 820.00 | 410.00 |
| Albert Leung | 1.70 | 530.00 | 901.00 |
| Brad Hall | 1.80 | 620.00 | 1,116.00 |
| **Total Hours & Fees** | **4.00** | | **2,427.00** |

Re:              Avoidance Actions
Client/Matter #     005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/01/10 | JLL | Reviewed and analyzed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.40 |
| 04/01/10 | JLL | Populated document index with findings from review and analysis of ML-TRIB documents for solvency and valuation information in Relativity | 2.60 |
| 04/01/10 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 7.40 |
| 04/01/10 | MFR | Review and analysis of JP Morgan documents. | 2.90 |
| 04/02/10 | MFR | Review and analysis of JP Morgan documents. | 2.20 |
| 04/02/10 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 5.90 |
| 04/02/10 | JLL | Reviewed and analyzed ML-TRIB documents from Relativity data site for valuation and solvency information. | 2.80 |
| 04/02/10 | JLL | Summarized findings into a document index of ML-TRIB documents evaluated for solvency and valuation information from Relativity data site | 1.20 |
| 04/05/10 | RBD | Review and analysis of Settlement Support Agreement | 0.50 |
| 04/05/10 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 2.30 |
| 04/05/10 | JLL | Reviewed and analyzed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.30 |
| 04/05/10 | JLL | Summarized findings into a document index of ML-TRIB documents evaluated for solvency and valuation information from Relativity data site | 2.70 |
| 04/05/10 | MFR | Review and analysis of Citibank documents. | 3.60 |
| 04/06/10 | MFR | Review and analysis of settlement documents including drafts of settlement support agreement, disclosure statement, and Wilmington Trust Objection to Sanctions. | 3.50 |
| 04/06/10 | MFR | Review and analysis of Citibank documents. | 2.10 |
| 04/06/10 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 7.40 |
| 04/06/10 | RBD | Reviewed and analyzed revised Committee Statement re: Wilmington Trust Complaint, Disclosure Statements and Washington Trust Objection to JPMorgan. | 2.60 |
| 04/07/10 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 7.60 |
| 04/07/10 | JLL | Populated document index with findings from review and analysis of ML-TRIB documents for solvency and valuation information in Relativity | 1.30 |
| 04/07/10 | JLL | Reviewed and analyzed ML-TRIB documents from Relativity data site for valuation and solvency information. | 3.60 |
| 04/08/10 | JLL | Reviewed and analyzed ML-TRIB documents from | 5.40 |

Re:              Avoidance Actions
Client/Matter #  005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Relativity data site for valuation and solvency information. | |
| 04/08/10 | JLL | Populated document index with summaries and findings from review of ML-TRIB documents for solvency and valuation information in Relativity | 2.60 |
| 04/08/10 | RBD | Review and analysis of settlement term sheet and letter | 0.50 |
| 04/08/10 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 8.90 |
| 04/09/10 | CR | Reviewed and analyzed Morgan Stanley documents from Relativity data site. | 7.70 |
| 04/09/10 | JLL | Summarized findings into a document index of ML-TRIB documents evaluated for solvency and valuation information from Relativity data site | 2.40 |
| 04/09/10 | JLL | Reviewed and analyzed ML-TRIB documents from Relativity data site for valuation and solvency information. | 5.60 |
| 04/13/10 | CR | Analyzed and reviewed PHONES shares outstanding and put/call value as of Q4-2008. | 2.30 |
| 04/13/10 | MFR | Review and analysis of Merrill Lynch documents. | 2.30 |
| 04/14/10 | MFR | Review and analysis of Merrill Lynch documents. | 3.00 |
| 04/14/10 | MFR | Review and analysis of Morgan Stanley documents. | 3.20 |
| 04/14/10 | CR | Reviewed and analyzed disclosure statement and plan of reorganization claim details. | 1.80 |
| 04/15/10 | RBD | Review and analysis of Wilmington Trust amended complaint | 0.50 |
| 04/15/10 | MFR | Review and analysis of Merrill Lynch documents. | 4.00 |
| 04/15/10 | MFR | Review of various avoidance related filings including Wilmington Trust amended complaint and comparison of amended complaint to UCC third party complaint. | 1.30 |
| 04/16/10 | MFR | Review and analysis of Merrill Lynch documents. | 5.50 |
| 04/16/10 | CR | Analyzed and reviewed Wilmington trust PHONES claim against TWX share data and dividend history. | 1.80 |
| 04/19/10 | CR | Analysis and review of PHONES effective principal balance with split adjustments. | 1.60 |
| 04/19/10 | MFR | Review and analysis of Merrill Lynch documents. | 4.00 |
| 04/21/10 | MFR | Review and analysis of new case documents including examiner appointment updates, Moelis Media update, and weekly financial reports. | 1.30 |
| 04/21/10 | MFR | Review and analysis of Merrill Lynch documents. | 3.20 |
| 04/21/10 | CR | Reconciled PHONES totals from Wilmington claim to company documents. | 2.30 |
| 04/22/10 | MFR | Review and analysis of Merrill Lynch documents. | 5.00 |
| 04/29/10 | HYL | Conference call with Brian Whitman (A&M) and Brad Hall | 0.60 |

Re:              Avoidance Actions
Client/Matter #  005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | (AlixPartners) to discuss search for preferences. |  |
|      |           | **Total Hours** | **149.70** |

Re:                            Avoidance Actions
Client/Matter #                005735.00014


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 4.10 | 860.00 | 3,526.00 |
| Mark F Rule | 47.10 | 530.00 | 24,963.00 |
| Harold Y Lee | 0.60 | 530.00 | 318.00 |
| Jeff L Lack | 40.90 | 395.00 | 16,155.50 |
| Christopher Rubel | 57.00 | 320.00 | 18,240.00 |
| **Total Hours & Fees** | **149.70** | | **63,202.50** |

Re:                         UCC Meetings
Client/Matter #             005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/06/10 | AH | Weekly UCC professionals call | 0.50 |
| 04/06/10 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.50 |
| 04/06/10 | MFR | Participation in UCC professionals conference call. | 0.50 |
| 04/08/10 | BH | Prepare for oral presentation to UCC on 2010 Business Plan and Retiree Claims settlement discussions and weekly financial results. | 2.50 |
| 04/08/10 | BH | Participate in UCC meeting and make presentations on weekly results, 2010 Business Plan and Retiree Claims settlement discussions. | 4.00 |
| 04/08/10 | HYL | Prepared for and participated in UCC meeting telephonic to support presentation of 2010 Plan. | 3.50 |
| 04/08/10 | AH | Prepare for presentations at UCC meeting: 2010 Plan, 2010 MIP | 1.40 |
| 04/08/10 | AH | Attend UCC meeting at Chadbourne | 4.00 |
| 04/08/10 | ANL | Participated in UCC Meeting via telephone regarding 2010 Operating Plan and MIP and employee claims settlement. | 2.30 |
| 04/15/10 | AH | Weekly UCC meeting (telephonic) | 1.40 |
| 04/15/10 | BH | Prepare comments for presentation to UCC of weekly and year to date financial results of Tribune. | 1.00 |
| 04/15/10 | BH | Participate and make presentation during UCC meeting. | 1.40 |
| 04/15/10 | MFR | Participation in UCC conference call. | 1.30 |
| 04/20/10 | MFR | Participation in UCC professionals conference call. | 0.40 |
| 04/20/10 | BH | Participate in UCC professionals call. | 0.50 |
| 04/20/10 | AH | Weekly UCC professionals update call | 0.50 |
| 04/27/10 | AH | Participate on portion of UCC advisors' call and follow up on balance of call | 0.20 |
| 04/27/10 | MFR | Participation in UCC professionals conference call and update of A. Holtz and B. Den Uyl (Alix) of status of case. | 1.00 |
| 04/28/10 | BH | Prepare comments for presentation of current financial results to the UCC in meeting on 4-29. | 1.10 |
| 04/29/10 | BH | Participate in UCC meeting and present current financial results. | 1.60 |
| 04/29/10 | AH | UCC meeting at Chadbourne | 2.40 |
| 04/29/10 | MFR | Participation in UCC conference call. | 1.80 |
| | | **Total Hours** | **33.80** |

Re:                       UCC Meetings
Client/Matter #       005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Alan Holtz | 10.40 | 820.00 | 8,528.00 |
| Mark F Rule | 5.00 | 530.00 | 2,650.00 |
| Albert Leung | 2.30 | 530.00 | 1,219.00 |
| Harold Y Lee | 3.50 | 530.00 | 1,855.00 |
| Brad Hall | 12.60 | 620.00 | 7,812.00 |
| **Total Hours & Fees** | **33.80** | | **22,064.00** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/07/10 | YK | Prepared March 2010 fee application. | 2.00 |
| 04/08/10 | YK | Prepared Fifth Interim fee application. | 0.90 |
| 04/09/10 | YK | Prepared Fifth Interim fee application. | 1.40 |
| 04/09/10 | YK | Prepared March 2010 fee application. | 1.50 |
| 04/09/10 | ANL | Prepared fifth interim fee application and March 2010 fee application. | 1.30 |
| 04/09/10 | YK | Prepared March 2010 fee application. | 0.10 |
| 04/12/10 | ANL | Prepared fifth interim fee application and March fee application. | 1.60 |
| 04/12/10 | AH | Review 5th Interim Fee Application | 0.50 |
| 04/12/10 | YK | Prepared March 2010 fee application. | 2.20 |
| 04/13/10 | AH | Complete 5th interim fee application and send to counsel | 0.20 |
| 04/13/10 | ANL | Prepared March 2010 fee application. | 1.30 |
| 04/14/10 | ANL | Prepared March 2010 fee application & exhibits. Prepared interim fee application support for fee examiner. | 1.80 |
| 04/15/10 | ANL | Prepared March 2010 fee application and exhibits. | 1.80 |
| 04/19/10 | ANL | Analyzed and reviewed fee examiner report on 4th interim fee period. | 1.30 |
| 04/19/10 | ANL | Prepared March 2010 fee application motion. | 2.10 |
| 04/19/10 | ANL | Prepared March 2010 fee application exhibits. | 1.20 |
| 04/19/10 | AH | Review Fee Examiner preliminary report on 4th Fee Period; communicate with A. Leung re: response | 0.40 |
| 04/19/10 | YK | Prepared data files in support of the Fifth Interim Fee application. | 1.10 |
| 04/20/10 | YK | Prepared data files in support of the Fifth Interim Fee application.  Prepared cover email and transmitted data to Stuart Maue. | 2.40 |
| 04/23/10 | AH | Review of March 2010 fee application time detail | 2.20 |
| 04/23/10 | ANL | Prepared March 2010 fee application motion and exhibits. | 2.60 |
| 04/26/10 | ANL | Prepared March fee application motion and exhibits for filing. | 2.80 |
| 04/26/10 | AH | Final review of March fee application and prepare and send to counsel for filing | 0.40 |
| 04/28/10 | ANL | Analyzed and reviewed fee examiner's preliminary report on 4th interim periods. | 2.20 |
| 04/28/10 | ANL | Prepared exhibits and comments for the fee examiner on 4th interim periods. | 1.70 |
| | | **Total Hours** | **37.00** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 3.70 | 820.00 | 3,034.00 |
| Albert Leung | 21.70 | 530.00 | 11,501.00 |
| Young Kim | 11.60 | 470.00 | 5,452.00 |
| **Total Hours & Fees** | **37.00** | | **19,987.00** |

Re:                 Travel Time (billed at 50%)
Client/Matter #      005735.00018

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 04/07/10 | BH | Fly from San Francisco to New York for UCC meeting and presentation of reports to UCC. | 8.50 |
| 04/08/10 | BH | Fly from NY to San Francisco. | 9.50 |
| | | **Total Hours** | **18.00** |

Re:                    Travel Time (billed at 50%)
Client/Matter #      005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 18.00 | 620.00 | 11,160.00 |
| **Total Hours & Fees** | **18.00** | | **11,160.00** |