# EXHIBIT "C"

# EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Expenses | Amount |
|---|---:|
| Airfare - Coach | $1,683.45 |
| Airfare Service Charge | 40.00 |
| Cab Fare/Ground Transportation | 183.49 |
| Computerized Research | 73.76 |
| Conference Calls | 17.51 |
| Meals & Tips | 51.36 |
| Mileage | 17.50 |
| Parking & Tolls | 66.00 |
| Postage/Messenger/Courier | 13.45 |
| **Total Disbursements** | **$2,146.52** |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 02/02/10 | Conference Calls - - VENDOR: Raindance Communications, Inc. Alan Holtz | 17.51 |
| 03/09/10 | Airfare Brad Hall-2010-03-09-RNO-ORD (Coach) | 321.50 |
| 03/10/10 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. Brad Hall (Out of town) | 94.24 |
| 03/11/10 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. Brad Hall (Out of town) | 89.25 |
| 03/31/10 | Computerized Research - - VENDOR: Pacer Service Center | 73.76 |
| 04/06/10 | Airfare Brad Hall-2010-04-07-SFO-JFK (Coach) | 1,361.95 |
| 04/06/10 | Airfare Service Charge Brad Hall | 40.00 |
| 04/07/10 | Meals & Tips Brad Hall-Lunch (Out of town) | 13.11 |
| 04/08/10 | Meals & Tips Brad Hall-Breakfast (Out of town) | 4.95 |
| 04/08/10 | Meals & Tips Brad Hall-Dinner (Out of town) | 33.30 |
| 04/08/10 | Postage/Messenger/Courier - - VENDOR: Dynamex, Inc. | 13.45 |
| 04/09/10 | Mileage Brad Hall-Round Trip To Airport From Office-35 Miles (Out f town) | 17.50 |
| 04/09/10 | Parking & Tolls Brad Hall (Out of town) | 66.00 |
| | **Total Disbursements** | **2,146.52** |