# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: June 15, 2010 at 4:00 pm (EST)<br>Hearing Date: Only if objection filed |

## THIRTEENTH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010

Pursuant to Sections 330 and 331 of the United States Bankruptcy Code ("Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy procedure, Stuart Maue submits this thirteenth

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

monthly application to the Court ("Application") for reasonable compensation for services rendered as fee examiner in the amount of $41,027.50, together with reimbursement for actual and necessary expenses incurred in the amount of $282.22, for the monthly period commencing April 1, 2010, through and including April 30, 2010 ("Compensation Period"). In support of its Application, Stuart Maue respectfully states the following:

1. On December 8, 2008, the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code and this Court entered an Order directing the joint administration of these Chapter 11 cases.

2. On March 19, 2009, the Court entered an order appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009 ("Order Appointing Fee Examiner") to examine the professional fees and expenses incurred in these cases and to make recommendations to the Court at interim and final fee application hearings.

3. The Order Appointing Fee Examiner provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

4. Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## SUMMARY OF SERVICES RENDERED

5. During the Compensation Period, Stuart Maue reconciled the hours and fees of interim fee applications filed by the various case professionals and analyzed the professional fee and expense entries. The analysis, which is continuing, includes an evaluation of the fees and expenses for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the District of Delaware, and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A). In addition, Stuart Maue reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the

United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6. Stuart Maue is preparing and providing preliminary reports of our findings to each case professional, and we are receiving oral and written responses. After consideration of each firm's response, Stuart Maue prepares a final report of our findings for filing with the Court, which includes recommendations regarding the fees and expenses requested in the interim fee applications of each case professional.

7. Stuart Maue requests interim allowance of compensation for the Compensation Period in the amount of $41,027.50 in connection with services rendered as fee examiner. The total hours expended by Stuart Maue were 144.90. A detailed statement of fees and hours by timekeepers is attached as Exhibit A. The exhibit includes a summary schedule that identifies each Stuart Maue timekeeper who rendered services during this period, their respective hourly rate, and the total hours billed by each timekeeper.

## DISBURSEMENTS

8. During this Compensation Period, Stuart Maue incurred expenses for photocopies in the amount of $168.30 (1,683 copies at $0.10 per page) and postage charges of $113.92 for total expenses of $282.22. Attached as Exhibit B is a statement of the expenses for which reimbursement is requested.

## VALUATION OF SERVICES

9. Stuart Maue submits that the time entries set forth on Exhibit A are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Stuart Maue is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Stuart Maue respectfully requests an award of compensation for professional services rendered as fee examiner during the Compensation Period in the amount of $41,027.50, together with reimbursement of expenses in the amount of $282.22, and for such other and further relief as this Court may deem just and proper.

DATED:  May 26, 2010
        Saint Louis, Missouri

                                         STUART MAUE

                                         By: *[signature]*
                                             John L. Decker, Esq.
                                             3840 McKelvey Road
                                             St. Louis, Missouri 63044
                                             Telephone: (314) 291-3030
                                             Facsimile: (314) 291-6546
                                             tribunebkr@smmj.com

                                         **Fee Examiner**

**WHEREFORE**, Stuart Maue respectfully requests an award of compensation for professional services rendered as fee examiner during the Compensation Period in the amount of $41,027.50, together with reimbursement of expenses in the amount of $282.22, and for such other and further relief as this Court may deem just and proper.

DATED: May 26, 2010
       Saint Louis, Missouri

                          STUART MAUE

                          By: *[signature]*
                              John L. Decker, Esq.
                              3840 McKelvey Road
                              St. Louis, Missouri 63044
                              Telephone: (314) 291-3030
                              Facsimile: (314) 291-6546
                              tribunebkr@smmj.com

                          **Fee Examiner**

## VERIFICATION

STATE OF MISSOURI    )
                     )    SS:
ST. LOUIS COUNTY     )

John L. Decker, Esq., after being duly sworn according to law, deposes and says:

1. I am a licensed attorney and a Senior Vice President at Stuart Maue.

2. I personally performed many of the services rendered by Stuart Maue as Fee Examiner and am familiar with all the work performed by the professionals and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

_____
John L. Decker, Esq.

SWORN TO AND SUBSCRIBED before me this 26th day of May, 2010.

_____
Beverly A. Moore
Notary Public

BEVERLY A. MOORE
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: November 05, 2012
Commission Number: 08409154

My Commission Expires:   November 5, 2012

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the Thirteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2010, through April 30, 2010, has been served via First Class Mail to the following Notice Parties on this 26th day of May, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

STUART MAUE

By: _____
John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**