# EXHIBIT A

# STUART MAUE
### LEGAL COST MANAGEMENT

**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027355**
**Matter Number: 1027355**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/07/2010 | DB | 0.30 | Revised draft preliminary report. | 82.50 |
| | | 0.50 | Reviewed and revised categorization of fee entries. | 137.50 |
| | | 0.60 | Analysis of timekeepers' roles. | 165.00 |
| 04/08/2010 | DB | 1.00 | Performed analyis of staffing at nonfirm conferences. | 275.00 |
| 04/08/2010 | WD | 0.50 | Edit and revise preliminary report. | 162.50 |
| 04/14/2010 | PSS | 0.90 | Review preliminary report and prepare exhibits. | 247.50 |
| 04/15/2010 | PSS | 0.30 | Final review of preliminary report and verification of amounts. | 82.50 |
| 04/20/2010 | PSS | 0.50 | Prepare Excel version of fee and expense exhibits as requested by firm. | 137.50 |
| | | **4.60** | | **$1,290.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027355**
**Matter Number: 1027355**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 04/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 2.40 | = | $660.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.70 | = | $467.50 |
| | | **Total for Legal Auditors:** | | **4.60** | | **$1,290.00** |
| | | **Total Hours Worked:** | | **4.60** | | |
| | | **Total Hours Billed:** | | **4.60** | | **$1,290.00** |

STUART/MAUL
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1025498**
**Matter Number: 1025498**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/21/2010 | DB | 1.10 | Review and analaysis of timekeeper roles for purposes of analyzing necessity of billing efforts. | 302.50 |
| | | 1.60 | Drafted report re third interim application. | 440.00 |
| | | 0.80 | Analysis of multiple attendance by timekeepers at conferences or events. | 220.00 |
| | | 0.70 | Review and revision of fees classified as administrative or clerical. | 192.50 |
| 04/22/2010 | PSS | 0.70 | Prepare exhibits to accompany preliminary report. | 192.50 |
| | | 0.50 | Review preliminary report to verify amounts. | 137.50 |
| 04/22/2010 | WD | 0.40 | Edit and revise preliminary report. | 130.00 |
| 04/23/2010 | PSS | 0.40 | Final review of preliminary report and exhibits to verify amounts. | 110.00 |
| | | **6.20** | | **$1,725.00** |

STUART MAUL
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1025498**
**Matter Number: 1025498**
**Firm: Alvarez & Marsal North America, LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 4.20 | = | $1,155.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.60 | = | $440.00 |
| **Total for Legal Auditors:** | | | | **6.20** | | **$1,725.00** |
| **Total Hours Worked:** | | | | **6.20** | | |
| **Total Hours Billed:** | | | | **6.20** | | **$1,725.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026295**
**Matter Number: 1026295**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/20/2010 | DB | 3.40 | Analysis of timekeeper roles and categorization of all fee entries. | 935.00 |
| | | 1.40 | Drafted preliminary report re Fourth Interim Application. | 385.00 |
| | | 0.40 | Analysis of multiple attendance and revision of coding re same. | 110.00 |
| 04/21/2010 | PSS | 0.50 | Prepare exhibits to accompany preliminary report. | 137.50 |
| | | 0.20 | Review preliminary report and exhibits. | 55.00 |
| 04/21/2010 | WD | 0.40 | Revise and edit preliminary report. | 130.00 |
| 04/22/2010 | PSS | 0.30 | Review of preliminary report and exhibits and verification of amounts. | 82.50 |
| | | **6.60** | | **$1,835.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026295**
**Matter Number: 1026295**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 04/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 5.20 | = | $1,430.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.00 | = | $275.00 |
| | | **Total for Legal Auditors:** | | **6.60** | | **$1,835.00** |
| | | **Total Hours Worked:** | | **6.60** | | |
| | | **Total Hours Billed:** | | **6.60** | | **$1,835.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027315**
**Matter Number: 1027315**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/28/2010 | PSS | 0.70 | Reconcile fees in database to fees requested in interim application. | 192.50 |
| 04/29/2010 | PSS | 6.70 | Continue to reconcile fees in database to fees requested in interim application. | 1,842.50 |
| 04/30/2010 | PSS | 3.20 | Continue to reconcile fees in database to fees requested in interim application. | 880.00 |
| | | **10.60** | | **$2,915.00** |

STUART MAULE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027315**
**Matter Number: 1027315**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 10.60 | = | $2,915.00 |
| | | **Total for Legal Auditors:** | | **10.60** | | **$2,915.00** |
| | | **Total Hours Worked:** | | **10.60** | | |
| | | **Total Hours Billed:** | | **10.60** | | **$2,915.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1025135**
**Matter Number: 1025135**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/27/2010 | PSS | 0.30 | Review final report and prepare final exhibits and Appendix A. | 82.50 |
| 04/28/2010 | PSS | 0.20 | Final review of final report and verification of amounts. | 55.00 |
| | | **0.50** | | **$137.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1025135**
**Matter Number: 1025135**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| | | **Total for Legal Auditors:** | | **0.50** | | **$137.50** |
| | | **Total Hours Worked:** | | **0.50** | | |
| | | **Total Hours Billed:** | | **0.50** | | **$137.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027395**
**Matter Number: 1027395**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/05/2010 | FAE | 1.20 | Review and revisions to preliminary report. | 330.00 |
| | | **1.20** | | **$330.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027395**
**Matter Number: 1027395**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Felica A. Ezell | FAE | 275.00 x | 1.20 = | $330.00 |
|---|---|---|---|---|

| | | **Total for Legal Auditors:** | **1.20** | **$330.00** |
|---|---|---|---|---|

| | | **Total Hours Worked:** | **1.20** | |
|---|---|---|---|---|

| | | **Total Hours Billed:** | **1.20** | **$330.00** |
|---|---|---|---|---|

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027396**
**Matter Number: 1027396**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/21/2010 | JJS | 5.80 | Balance and reconcile fees and expenses in database. | 1,595.00 |
| 04/24/2010 | PSS | 0.60 | Review expenses requested in application. | 165.00 |
| | | 0.60 | Review reconciliation schedules. | 165.00 |
| 04/26/2010 | PSS | 1.10 | Continue to review expenses requested in application and draft expense section of the report. | 302.50 |
| | | **8.10** | | **$2,227.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027396**
**Matter Number: 1027396**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 04/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 2.30 | = | $632.50 |
| Jeffrey J. Struif | JJS | 275.00 | x | 5.80 | = | $1,595.00 |
| **Total for Legal Auditors:** | | | | **8.10** | | **$2,227.50** |
| **Total Hours Worked:** | | | | **8.10** | | |
| **Total Hours Billed:** | | | | **8.10** | | **$2,227.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1025502**
**Matter Number: 1025502**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/06/2010 | DB | 0.20 | Revised draft preliminary report. | 55.00 |
| 04/08/2010 | WD | 0.10 | Revise and complete preliminary report. | 32.50 |
| 04/14/2010 | PSS | 0.20 | Review preliminary report and prepare exhibits. | 55.00 |
| | | **0.50** | | **$142.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1025502**
**Matter Number: 1025502**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 04/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 0.20 | = | $55.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.10 | = | $32.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.20 | = | $55.00 |
| | | **Total for Legal Auditors:** | | **0.50** | | **$142.50** |
| | | **Total Hours Worked:** | | **0.50** | | |
| | | **Total Hours Billed:** | | **0.50** | | **$142.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027755**
**Matter Number: 1027755**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/28/2010 | LS | 1.00 | Analysis and classification of time entries that appear non-compliant or otherwise objectionable. | 275.00 |
| 04/28/2010 | PSS | 1.40 | Reconcile fees in database to fees requested in interim application. | 385.00 |
| | | **2.40** | | **$660.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027755**
**Matter Number: 1027755**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 04/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Lisa Savoy | LS | 275.00 x | 1.00 = | $275.00 |
| Pamela S. Snyder | PSS | 275.00 x | 1.40 = | $385.00 |
| | **Total for Legal Auditors:** | | **2.40** | **$660.00** |
| | **Total Hours Worked:** | | **2.40** | |
| | **Total Hours Billed:** | | **2.40** | **$660.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026195**
**Matter Number: 1026195**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/01/2010 | PSS | 0.30 | Final review of final report and verification of amounts. | 82.50 |
| | | **0.30** | | **$82.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 05/25/2010
Invoice Number: R855 - 1026195
Matter Number: 1026195
Firm: Dow Lohnes PLLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 0.30 = | $82.50 |
| **Total for Legal Auditors:** | | | **0.30** | **$82.50** |
| **Total Hours Worked** | | | **0.30** | |
| **Total Hours Billed:** | | | **0.30** | **$82.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027195**
**Matter Number: 1027195**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/20/2010 | LS | 1.70 | Review and analysis time entries describing conferences. | 467.50 |
| 04/20/2010 | PSS | 5.50 | Reconcile fees in database to fees requested in interim application. | 1,512.50 |
| 04/21/2010 | LS | 7.90 | Completed analysis and classification of time entries invoiced by Dow Lohnes. | 2,172.50 |
| 04/22/2010 | LS | 2.40 | Drafted preliminary report. | 660.00 |
| | | **17.50** | | **$4,812.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 05/25/2010
Invoice Number: R855 - 1027195
Matter Number: 1027195
Firm: Dow Lohnes PLLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Lisa Savoy | LS | 275.00 | x | 12.00 | = | $3,300.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 5.50 | = | $1,512.50 |
| | | **Total for Legal Auditors:** | | **17.50** | | **$4,812.50** |
| | | **Total Hours Worked:** | | **17.50** | | |
| | | **Total Hours Billed:** | | **17.50** | | **$4,812.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027275**
**Matter Number: 1027275**
**Firm: Horwood, Marcus & Berk Chartered**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/06/2010 | DB | 0.20 | Reviewed retention documents and determined preliminary report was not necessary. | 55.00 |
| | | **0.20** | | **$55.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027275**
**Matter Number: 1027275**
**Firm: Horwood, Marcus & Berk Chartered**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Dave Brown | DB | 275.00 x | 0.20 = | $55.00 |
| | | **Total for Legal Auditors:** | **0.20** | **$55.00** |
| | | **Total Hours Worked** | **0.20** | |
| | | **Total Hours Billed:** | **0.20** | **$55.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026336**
**Matter Number: 1026336**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/06/2010 | DB | 1.40 | Drafted preliminary report re Fourth Interim Application. | 385.00 |
| | | 0.30 | Reviewed Fourth Interim Application. | 82.50 |
| | | 0.30 | Review biller roles and contributions. | 82.50 |
| 04/08/2010 | WD | 0.40 | Revise and edit preliminary report. | 130.00 |
| 04/14/2010 | PSS | 0.40 | Review preliminary report and prepare exhibits. | 110.00 |
| 04/15/2010 | PSS | 0.40 | Final review of preliminary report to verify amounts. | 110.00 |
| 04/19/2010 | WD | 0.10 | Review Landis Rath's objections to Stuart Maue's final reports. | 32.50 |
| | | **3.30** | | **$932.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 05/25/2010
Invoice Number: R855 - 1026336
Matter Number: 1026336
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 2.00 | = | $550.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.80 | = | $220.00 |
| **Total for Legal Auditors:** | | | | **3.30** | | **$932.50** |
| **Total Hours Worked:** | | | | **3.30** | | |
| **Total Hours Billed:** | | | | **3.30** | | **$932.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027335**
**Matter Number: 1027335**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/28/2010 | JJS | 1.60 | Balance and reconcile fees to hard copy of application. | 440.00 |
| 04/29/2010 | JJS | 2.30 | Reconcile fees and expenses in database to application. | 632.50 |
| | | **3.90** | | **$1,072.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027335**
**Matter Number: 1027335**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 04/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Jeffrey J. Struif | JJS | 275.00 x | 3.90 = | $1,072.50 |
| | **Total for Legal Auditors:** | | **3.90** | **$1,072.50** |
| | **Total Hours Worked:** | | **3.90** | |
| | **Total Hours Billed:** | | **3.90** | **$1,072.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1025508**
**Matter Number: 1025508**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/01/2010 | WD | 0.20 | Review firm's response to the preliminary report including related time entries. | 65.00 |
| | | 0.50 | Continue drafting and editing final report. | 162.50 |
| 04/02/2010 | PSS | 1.30 | Review final report and prepare exhibits and Appendix A. | 357.50 |
| 04/02/2010 | WD | 0.40 | Analysis of intraoffice conferences in light of the firm's reply to the preliminary report. | 130.00 |
| | | 0.20 | Revise and complete final report. | 65.00 |
| | | **2.60** | | **$780.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 05/25/2010
Invoice Number: R855 - 1025508
Matter Number: 1025508
Firm: McDermott, Will & Emery

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 04/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 1.30 | = | $422.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| | | **Total for Legal Auditors:** | | **2.60** | | **$780.00** |
| | | **Total Hours Worked:** | | **2.60** | | |
| | | **Total Hours Billed:** | | **2.60** | | **$780.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027155**
**Matter Number: 1027155**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/06/2010 | DB | 0.70 | Drafted preliminary report re Fourth Application. | 192.50 |
| | | 0.20 | Reviewed retention materials and latest application. | 55.00 |
| | | 0.40 | Reviewed fee entry coding to date and revision to same. | 110.00 |
| 04/08/2010 | WD | 0.40 | Edit and revise preliminary report. | 130.00 |
| 04/14/2010 | PSS | 0.80 | Review preliminary report and prepare exhibits. | 220.00 |
| 04/15/2010 | PSS | 0.50 | Final review of preliminary report and exhibits to verify amounts. | 137.50 |
| | | **3.00** | | **$845.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027155**
**Matter Number: 1027155**
**Firm: Mercer (US) Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| Dave Brown | DB | 275.00 | x | 1.30 | = | $357.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| **Total for Legal Auditors:** | | | | **3.00** | | **$845.00** |
| **Total Hours Worked:** | | | | **3.00** | | |
| **Total Hours Billed:** | | | | **3.00** | | **$845.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026695**
**Matter Number: 1026695**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/16/2010 | JLD | 0.80 | Begin draft of report and exhibit table. | 260.00 |
| | | 3.10 | Review fees and classify billing issues. | 1,007.50 |
| 04/16/2010 | PSS | 0.90 | Reconcile fees in database to fees requested in interim application. | 247.50 |
| | | 0.60 | Review expenses requested in application and draft expense section of report. | 165.00 |
| 04/19/2010 | JLD | 0.90 | Draft and edit report and exhibit table. | 292.50 |
| | | **6.30** | | **$1,972.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 05/25/2010
Invoice Number: R855 - 1026695
Matter Number: 1026695
Firm: Moelis & Company LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 04/30/2010** | | | | |
| **Legal Auditors** | | | | |
| John L. Decker | JLD | 325.00 x | 4.80 = | $1,560.00 |
| Pamela S. Snyder | PSS | 275.00 x | 1.50 = | $412.50 |
| Total for Legal Auditors: | | | 6.30 | $1,972.50 |
| Total Hours Worked: | | | 6.30 | |
| Total Hours Billed: | | | 6.30 | $1,972.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1025512**
**Matter Number: 1025512**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/13/2010 | PSS | 2.80 | Reconcile fees in database to hard copy of interim application. | 770.00 |
| 04/14/2010 | JLD | 2.40 | Draft preliminary report and exhibit table. | 780.00 |
| | | 4.60 | Review entries and classify non-compliant and questionable fees. | 1,495.00 |
| 04/14/2010 | PSS | 0.90 | Prepare an analysis of increased hourly rates. | 247.50 |
| | | 0.60 | Continue to reconcile fees in database to hard copy of interim application. | 165.00 |
| | | **11.30** | | **$3,457.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1025512**
**Matter Number: 1025512**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| John L. Decker | JLD | 325.00 | x | 7.00 | = | $2,275.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 4.30 | = | $1,182.50 |
| | **Total for Legal Auditors:** | | | **11.30** | | **$3,457.50** |
| | **Total Hours Worked:** | | | **11.30** | | |
| | **Total Hours Billed:** | | | **11.30** | | **$3,457.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027895**
**Matter Number: 1027895**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/14/2010 | PSS | 1.50 | Reconcile fees in database to hard copy of interim application. | 412.50 |
| 04/15/2010 | KCT | 0.20 | Review and analyze fee entries describing nonfirm conferences. | 55.00 |
| | | 0.20 | Review and analyze fee entries describing intraoffice conferences. | 55.00 |
| | | 0.20 | Review and analyze fee entries related to potential nonfirm multiple attendance. | 55.00 |
| | | 0.10 | Review and analyze fee entries related to potential intraoffice multiple attendance. | 27.50 |
| | | 0.10 | Begin to review and analyze transient billers. | 27.50 |
| | | 0.40 | Review and analyze notice of fourth interim fee application and retention order. | 110.00 |
| | | 0.10 | Review and analyze summary of timekeepers' hours and fees. | 27.50 |
| | | 0.40 | Review and analyze fee entries describing conferences. | 110.00 |
| | | 0.20 | Review and analyze fee entries related to potential double billing, potential days billed in excess of 16.0 hours and potential blocked billing. | 55.00 |
| 04/15/2010 | PSS | 0.90 | Continue to reconcile fees in database to hard copy of interim application. | 247.50 |
| 04/16/2010 | KCT | 1.30 | Review and analyze all uncategorized fee entries. | 357.50 |
| | | 0.20 | Review and analyze fee entries categorized as clerical. | 55.00 |
| | | 1.60 | Prepare initial draft of preliminary report to firm's fourth interim application. | 440.00 |
| | | 0.10 | Review and analyze fee entries describing the firm's response to fee examiner's report. | 27.50 |
| | | 0.20 | Review and analyze fee entries related to the firm's retention. | 55.00 |
| | | 0.20 | Review and analyze fee entries related to vague conferences. | 55.00 |
| | | 0.50 | Continue to review and analyze fee entries invoiced by transient timekeepers. | 137.50 |
| 04/19/2010 | KCT | 0.80 | Review, revise and finalize preliminary report regarding firm's fourth interim application. | 220.00 |
| | | **9.20** | | **$2,530.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027895**
**Matter Number: 1027895**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 04/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 2.40 | = | $660.00 |
| Kathy C. Tahan | KCT | 275.00 | x | 6.80 | = | $1,870.00 |
| | **Total for Legal Auditors:** | | | **9.20** | | **$2,530.00** |
| | **Total Hours Worked:** | | | **9.20** | | |
| | **Total Hours Billed:** | | | **9.20** | | **$2,530.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027896**
**Matter Number: 1027896**
**Firm: Paul, Hastings, Janofsky & Walker
LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/20/2010 | PSS | 0.20 | Reconcile fees in database to fees requested in interim application. | 55.00 |
| | | **0.20** | | **$55.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027896**
**Matter Number: 1027896**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 04/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.20 = | $55.00 |
| | **Total for Legal Auditors:** | | **0.20** | **$55.00** |
| | **Total Hours Worked:** | | **0.20** | |
| | **Total Hours Billed:** | | **0.20** | **$55.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027935**
**Matter Number: 1027935**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/16/2010 | PSS | 0.60 | Review expenses requested in application and draft expense section of report. | 165.00 |
| | | 1.90 | Reconcile fees in database to fees requested in interim application. | 522.50 |
| 04/19/2010 | KCT | 0.20 | Review and analyze fee entries related to time and expense consolidator activity. | 55.00 |
| | | 0.80 | Draft preliminary report regarding firm's fourth interim fee application. | 220.00 |
| | | 0.60 | Initial review and analysis of firm's fourth interim fee application including supporting documentation and retention order. | 165.00 |
| | | 0.10 | Review and analyze fee entries describing conferences. | 27.50 |
| | | 0.10 | Review and analyze fee entries describing intraoffice conferences. | 27.50 |
| | | 0.20 | Review and anlayze fee entries related to firm's fee application and response to fee auditor's reports. | 55.00 |
| | | 0.20 | Review and analyze fee entries invoiced by potentially transient billers. | 55.00 |
| | | 0.20 | Review and analyze block billed time entries. | 55.00 |
| | | 0.40 | Review and analyze all uncategorized fee entries. | 110.00 |
| | | 0.10 | Review and analyze fee entries related to potential double billing and potential long billing days. | 27.50 |
| 04/19/2010 | PSS | 0.40 | Continue to review expenses requested in application and draft expense section of report. | 110.00 |
| 04/20/2010 | KCT | 1.00 | Review, revise and finalize preliminary report regarding firm's fourth interim application. | 275.00 |
| | | **6.80** | | **$1,870.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027935**
**Matter Number: 1027935**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 2.90 | = | $797.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 3.90 | = | $1,072.50 |
| | | **Total for Legal Auditors:** | | **6.80** | | **$1,870.00** |
| | | **Total Hours Worked:** | | **6.80** | | |
| | | **Total Hours Billed:** | | **6.80** | | **$1,870.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026335**
**Matter Number: 1026335**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/06/2010 | DB | 0.30 | Reviewed fee coding to date and biller roles. | 82.50 |
| | | 0.50 | Drafted preliminary report. | 137.50 |
| | | 0.10 | Reviewed retention materials and latest application for Reed Smith. | 27.50 |
| 04/08/2010 | WD | 0.30 | Edit and revise preliminary report. | 97.50 |
| 04/14/2010 | PSS | 0.30 | Review preliminary report and prepare exhibits. | 82.50 |
| 04/15/2010 | PSS | 0.20 | Final review of preliminary report and exhibits to verify amounts. | 55.00 |
| | | **1.70** | | **$482.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026335**
**Matter Number: 1026335**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 0.90 | = | $247.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| **Total for Legal Auditors:** | | | | **1.70** | | **$482.50** |
| **Total Hours Worked:** | | | | **1.70** | | |
| **Total Hours Billed:** | | | | **1.70** | | **$482.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027337**
**Matter Number: 1027337**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/06/2010 | DB | 0.30 | Revised draft preliminary report. | 82.50 |
| | | 0.40 | Reviewed fee analysis. | 110.00 |
| | | 0.20 | Reviewed application and retention materials. | 55.00 |
| 04/09/2010 | WD | 0.30 | Revise and edit preliminary report. | 97.50 |
| 04/14/2010 | PSS | 0.40 | Review preliminary report and prepare exhibits. | 110.00 |
| 04/15/2010 | PSS | 0.50 | Final review of preliminary report and exhibits and verification of amounts. | 137.50 |
| | | **2.10** | | **$592.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027337**
**Matter Number: 1027337**
**Firm: Seyfarth Shaw LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 0.90 | = | $247.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.90 | = | $247.50 |
| **Total for Legal Auditors:** | | | | **2.10** | | **$592.50** |
| **Total Hours Worked:** | | | | **2.10** | | |
| **Total Hours Billed:** | | | | **2.10** | | **$592.50** |

STUART/MAUE
LEGAL COST / MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1028036**
**Matter Number: 1028036**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/27/2010 | PSS | 0.50 | Review interim application received today. | 137.50 |
| | | **0.50** | | **$137.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 05/25/2010
Invoice Number: R855 - 1028036
Matter Number: 1028036
Firm: Seyfarth Shaw LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 0.50 = | $137.50 |
| | | **Total for Legal Auditors:** | **0.50** | **$137.50** |
| | | **Total Hours Worked** | **0.50** | |
| | | **Total Hours Billed:** | **0.50** | **$137.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1024915**
**Matter Number: 1024915**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/05/2010 | WD | 0.50 | Begin to draft final report. | 162.50 |
| | | 0.40 | Review Sidley's response to the preliminary report. | 130.00 |
| 04/06/2010 | WD | 0.90 | Draft and revise final report. | 292.50 |
| | | 1.90 | Revise and verify fee classification in light of the additional information in Sidley's response to the preliminary report. | 617.50 |
| | | 0.30 | Review Sidley's response to the preliminary report for incorporation into the final report. | 97.50 |
| | | 0.10 | Exchange e-mail with Jill Ludwig at Sidley regarding Stuart Maue's findings. | 32.50 |
| 04/09/2010 | PSS | 1.60 | Review final report and prepare final exhibits and Appendix A. | 440.00 |
| 04/09/2010 | WD | 0.10 | Exchange e-mail with Jill Ludwig regarding inclusion in final report of Sidley's position regarding hotel and clerical rates. | 32.50 |
| | | 0.80 | Revise and complete final report. | 260.00 |
| 04/12/2010 | PSS | 0.60 | Review final report and verify amounts in report and exhibits. | 165.00 |
| | | **7.20** | | **$2,230.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 05/25/2010
Invoice Number: R855 - 1024915
Matter Number: 1024915
Firm: Sidley Austin LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 5.00 | = | $1,625.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.20 | = | $605.00 |
| **Total for Legal Auditors:** | | | | **7.20** | | **$2,230.00** |
| **Total Hours Worked:** | | | | **7.20** | | |
| **Total Hours Billed:** | | | | **7.20** | | **$2,230.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026275**
**Matter Number: 1026275**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/21/2010 | DB | 1.90 | Analaysis of multiple attendance issues. | 522.50 |
| 04/22/2010 | DB | 2.60 | Drafted preliminary report re Fourth Application. | 715.00 |
| | | 3.50 | Analysis and revision to attorneys fees for identification of questionable billing practices. | 962.50 |
| 04/26/2010 | PSS | 0.20 | Additional review of expenses as requested by WAD. | 55.00 |
| 04/27/2010 | PSS | 0.80 | Prepare exhibits to accompany preliminary report. | 220.00 |
| | | 1.00 | Review preliminary report and verify amounts. | 275.00 |
| | | **10.00** | | **$2,750.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026275**
**Matter Number: 1026275**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 8.00 | = | $2,200.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.00 | = | $550.00 |
| **Total for Legal Auditors:** | | | | **10.00** | | **$2,750.00** |
| **Total Hours Worked:** | | | | **10.00** | | |
| **Total Hours Billed:** | | | | **10.00** | | **$2,750.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 05/25/2010
Invoice Number: R855 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/05/2010 | PSS | 0.10 | Review applications received today. | 27.50 |
| 04/12/2010 | PSS | 0.20 | Review applications received recently. | 55.00 |
| 04/12/2010 | WD | 0.60 | Draft documentation comprising Stuart Maue's Fourth Interim Application and verify all figures therein. | 195.00 |
| 04/13/2010 | PSS | 0.30 | Review applications received yesterday. | 82.50 |
| 04/16/2010 | PSS | 0.20 | Review applications received yesterday. | 55.00 |
| 04/19/2010 | WD | 0.10 | Draft Certificate of No Objection for Stuart Maue's 11th Monthly Fee Application. | 32.50 |
| 04/20/2010 | PSS | 0.60 | Review of applications received yesterday. | 165.00 |
| 04/20/2010 | WD | 0.10 | Discussion with JLD regarding possible 5/18 hearing date. | 32.50 |
| 04/21/2010 | PSS | 0.40 | Review application periods. | 110.00 |
| 04/22/2010 | WD | 1.40 | Prepare pleadings that comprise Stuart Maue's 12th monthly fee application and verify all figures therein. | 455.00 |
| 04/27/2010 | PSS | 0.40 | Review applications recently received. | 110.00 |
| 04/30/2010 | PSS | 0.30 | Review applications received recently. | 82.50 |
| | | **4.70** | | **$1,402.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 05/25/2010
Invoice Number: R855 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 2.20 | = | $715.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.50 | = | $687.50 |
| **Total for Legal Auditors:** | | | | **4.70** | | **$1,402.50** |
| **Total Hours Worked:** | | | | **4.70** | | |
| **Total Hours Billed:** | | | | **4.70** | | **$1,402.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026017**
**Matter Number: 1026017**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/20/2010 | DB | 0.70 | Drafted preliminary report re First Interim Application. | 192.50 |
| | | 0.50 | Analysis of timekeepers roles and fee categorization to date. | 137.50 |
| 04/21/2010 | DB | 0.50 | Continued revision of report. | 137.50 |
| | | 0.30 | Analyzed and finalized fee classification. | 82.50 |
| 04/21/2010 | WD | 0.40 | Edit and revise preliminary report. | 130.00 |
| 04/22/2010 | PSS | 1.40 | Review preliminary report and exhibits to verify amounts. | 385.00 |
| | | **3.80** | | **$1,065.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1026017**
**Matter Number: 1026017**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 04/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 2.00 | = | $550.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.40 | = | $385.00 |
| | | **Total for Legal Auditors:** | | **3.80** | | **$1,065.00** |
| | | **Total Hours Worked:** | | **3.80** | | |
| | | **Total Hours Billed:** | | **3.80** | | **$1,065.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027495**
**Matter Number: 1027495**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2010** | | | | |
| 04/20/2010 | JJS | 4.70 | Balancing fees and expenses and reconciling database to hard copy application. | 1,292.50 |
| 04/21/2010 | PSS | 1.20 | Review reconciliation schedules. | 330.00 |
| 04/22/2010 | PSS | 2.70 | Review expenses requested in application and draft expense section of report. | 742.50 |
| 04/26/2010 | KCT | 0.40 | Initial review and analysis of firm's second interim fee application. | 110.00 |
| 04/30/2010 | KCT | 0.60 | Review and analyze fee entires describing conferences. | 165.00 |
| | | **9.60** | | **$2,640.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 05/25/2010**
**Invoice Number: R855 - 1027495**
**Matter Number: 1027495**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 3.90 | = | $1,072.50 |
| Jeffrey J. Struif | JJS | 275.00 | x | 4.70 | = | $1,292.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 1.00 | = | $275.00 |
| **Total for Legal Auditors:** | | | | **9.60** | | **$2,640.00** |
| **Total Hours Worked:** | | | | **9.60** | | |
| **Total Hours Billed:** | | | | **9.60** | | **$2,640.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 04/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 X | 27.30 = | $7,507.50 |
| W. Andrew Dalton | WD | 325.00 X | 11.80 = | $3,835.00 |
| John L. Decker | JLD | 325.00 X | 11.80 = | $3,835.00 |
| Felica A. Ezell | FAE | 275.00 X | 1.20 = | $330.00 |
| Lisa Savoy | LS | 275.00 X | 13.00 = | $3,575.00 |
| Pamela S. Snyder | PSS | 275.00 X | 53.70 = | $14,767.50 |
| Jeffrey J. Struif | JJS | 275.00 X | 14.40 = | $3,960.00 |
| Kathy C. Tahan | KCT | 275.00 X | 11.70 = | $3,217.50 |
| **Total for Legal Auditors:** | | | **144.90** | **$41,027.50** |
| **Total Hours Worked:** | | | **144.90** | |
| **Total Hours Billed:** | | | **144.90** | **$41,027.50** |