# EXHIBIT B

**EXPENSE SUMMARY**

TRIBUNE COMPANY, et al.

Invoice Date:  05/26/2010
Invoice Number:  R855 -  Expenses

**TRIBUNE - APRIL 2010 EXPENSES**

PHOTOCOPIES:

    1,683 at $0.10/Page     $168.30

POSTAGE:

    Postage Paid     113.92

**TOTAL EXPENSES:     $282.22**