# EXHIBIT B

**Excerpts of Transcript of August 11, 2009 Hearing**

46429/0001-5860396V2

1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

Case No. 08-13141-kjc

- - - - - - - - - - - - - - - - - - -x

In the Matter of:


TRIBUNE COMPANY ET AL.,


    Debtors.



- - - - - - - - - - - - - - - - - - -x

                EXCERPT FROM TRANSCRIPT

            United States Bankruptcy Court

            824 Market Street

            Wilmington, Delaware


            August 11, 2009

            10:03 AM


B E F O R E:

HON. KEVIN J. CAREY

U.S. BANKRUPTCY JUDGE

ECRO: AL LUGANO

1

2   HEARING re Motion of the Debtors for an order authorizing the

3   debtors to implement a 2009 management incentive plan and to

4   pay earned 2008 management incentive plan awards to certain

5   executives.

6

7   HEARING re Motion of the Debtors to file under seal an exhibit

8   to motion of the Debtors authorizing the debtors to implement a

9   2009 management incentive plan and to pay earned 2008

10  management incentive plan awards to certain executives.

11

12  HEARING re Motion of Debtors and Debtors-in-Possession for a

13  protective order with regard to discovery propounded by the

14  Washington Baltimore Newspaper Guild.

15

16

17

18

19

20

21

22

23

24

25  Transcribed by:   Penina Wolicki

```
                                                              3
 1   A P P E A R A N C E S :

 2

 3   JONATHAN LOTSOFF, ESQ.

 4   KEVIN LANTRY, ESQ.

 5   CANDICE KLINE, ESQ. (TELEPHONICALLY)

 6   BRYAN KRAKAUER, ESQ. (TELEPHONICALLY)

 7   SIDLEY AUSTIN

 8   REPRESENTING:  THE DEBTORS

 9

10   KATE STICKLES, ESQ.

11   COLE SCHOTZ

12   REPRESENTING:  THE DEBTORS

13

14   JOHN STROCK, ESQ.

15   WOMBLE CARLYLE

16   REPRESENTING:  GREAT BONE TRUST

17

18   DAVID LEMAY, ESQ.

19   CHADBOURNE & PARKE

20   REPRESENTING:  CREDITORS' COMMITTEE

21

22   ADAM LANDIS, ESQ.

23   LANDIS RATH & COBB

24   REPRESENTING:  CREDITORS' COMMITTEE

25
```

```
                                                                  4
 1
 2    MICHAEL JOYCE, ESQ.
 3    CROSS & SIMON
 4    REPRESENTING:  WASHINGTON-BALT NEWSPAPER GUILD
 5
 6    JOSEPH J. MCMAHON, JR, ESQ.
 7    UNITED STATES DEPARTMENT OF JUSTICE
 8    OFFICE OF THE U.S. TRUSTEE
 9
10    DAMIAN SCHAIBLE, ESQ. (TELEPHONICALLY)
11    DAVIS POLK & WARDWELL
12    REPRESENTING:  JPMORGAN CHASE BANK, N.A.
13
14    ALSO PRESENT:
15         CHANDLER BIGELOW, Tribune Company (TELEPHONICALLY)
16         PEG BRICKLEY, Dow Jones News Wires (TELEPHONICALLY)
17         DAVE ELDERSVELD, Tribune Company (TELEPHONICALLY)
18         DON LEIBENTRITT, Tribune Company (TELEPHONICALLY)
19         JENNIFER SHARRET, ESQ., Kramer Levin Naftalis & Frankel
20    LLP (TELEPHONICALLY)
21
22
23
24
25
```

20

1    MR. JOYCE: Understood, Your Honor.

2    THE COURT: Okay. Anyone else wish to be heard

3    preliminarily? All right. Mr. Lotsoff, I'm inclined to take a

4    short break to permit such discussions to occur and then

5    proceed from there.

6    MR. LOTSOFF: Your Honor, just -- and I appreciate

7    that. Are we also going to address the motion to seal the

8    Mercer report, or does your ruling on these issues effectively

9    deal with that issue --

10    THE COURT: I --

11    MR. LOTSOFF: -- since the Mercer report encapsulates

12    a lot of the information?

13    THE COURT: I was expecting that it would.

14    MR. LOTSOFF: Okay.

15    THE COURT: If that's not the case, somebody can tell

16    me. It's already been, now, widely disseminated in redacted

17    form, and the redactions looked principled to me, I'll put it

18    that way. So the answer is, yes, I'm hopeful both get wrapped

19    into the one. But that's not meant to preclude any further

20    argument that the U.S. Trustee may want to make in connection

21    with that --

22    MR. LOTSOFF: Thank you, Your Honor.

23    THE COURT: -- if any.

24    THE COURT: Okay. We'll take a short break.

25    MR. LOTSOFF: Thank you, Your Honor.

33

```
 1
 2                      C E R T I F I C A T I O N
 3
 4     I, Penina Wolicki, certify that the foregoing transcript is a
 5     true and accurate record of the proceedings.
 6
 7     _____
 8     Penina Wolicki
 9
10     Veritext LLC
11     200 Old Country Road
12     Suite 580
13     Mineola, NY 11501
14
15     Date:   September 1, 2009
16
17
18
19
20
21
22
23
24
25
```

*Digitally signed by Penina Wolicki*
*DN: cn=Penina Wolicki, o, ou, email=digital1@veritext.com, c=US*
*Date: 2009.09.02 09:15:35 -04'00'*