April 26, 2010

Honorable Kevin J. Carey
Chief United States Bankruptcy Judge
United States Bankruptcy Court
District of Delaware
824 Market Street - 3rd Floor
Wilmington, DE 19801

Re: Debtor Name: Baltimore Newspaper Networks, Inc.
    Case Number - 08-13144
    Claim Number -2282

The Honorable Kevin J. Carey:

This letter is written in opposition of 'The Twenty-fourth Omnibus Objection' filed by the Baltimore Newspaper Networks, Inc. I, William Virgil Cotton, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, am entitled to the full amount of: $640.00.

Through the error of Nicholas (Nick) Taylor, accounting officer at The Baltimore Sun (TBS) located at: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, the sum of $640.00 was remitted to the Internal Revenue Service (IRS) *after* my obligation for a tax levy was fully satisfied and reported to TBS as such.

Although the amount listed on 'Exhibit A' is $1,776.18, only the original amount of, $640.00 is sought. I am requesting the court to grant relief of the amount in question - $640.00.

Sincerely

*[signature]*
Wm. Virgil Cotton

cc: Sidley Austin LLP
    Bryan Krakauer
    Kevin T. Lantry
    Kenneth P. Kansa
    Jillian K. Ludwig
    One South Dearborn Street
    Chicago, IL 60603

Form 668-D
(Rev. December 2001)

Department of the Treasury — Internal Revenue Service

# Release of Levy/Release of Property from Levy

To
THE BALTIMORE SUN CO
435 N MICHIGAN AVE
CHICAGO IL 60611-4066-992

Taxpayer(s)
WILLIAM V COTTON

RECEIVED DEC 1 1 2006 By _____

Identifying Number(s) ▓▓▓▓▓

A notice of levy was served on you and demand was made for the surrender of:

#09571 6
BLI 640

☐ all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code—"Special Rule For Banks." See the back of this form regarding this exception.

☒ wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

The box checked below applies to the levy we served on you.

## Release of Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☒ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

## Release of Property from Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits greater than $ _____ are released from the levy. The levy now attaches only to this amount.

☐ The last payment we received from you was $ _____ dated _____. The amount the taxpayer still owes is $ _____. When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☐ **greater than** ☐ **less than** $ _____ each _____ now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at   INTERNAL REVENUE PHILADELPHIA SERVICE CENTER            Nov 30, 2006
                           (Place)                                                              (Date)

Signature: E.B. SMITH
Telephone Number: 215-516-5467
Title: TAX EXAMINING TECHNICIAN

Cat. No. 20450C    www.irs.gov    Form 668-D (Rev. 12-2001)