## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | : Chapter 11<br>: Case No. 08-13141 (KJC)<br>: (Jointly Administered)<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

I, R. Stephen McNeill, Esquire, hereby certify that on May 27, 2010, true and correct copies of the *Objections and Responses of Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Capital Corporation to Wilmington Trust's First Request for the Production of Documents* ("First Responses") were served *via email and first class U.S. mail* upon the parties listed below:

| | |
|---|---|
| Raymond H. Lemisch, Esquire<br>Jennifer R. Hoover, Esquire<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>rlemisch@beneschlaw.com<br>jhoover@beneschlaw.com | Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>William M. Dolan III, Esquire<br>Katherine S. Bromberg, Esquire<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>rstark@brownrudnick.com<br>msiegel@brownrudnick.com<br>wdolan@brownrudnick.com<br>kbromberg@brownrudnick.com |

*[Signatures follow on next page]*

Dated: May 27, 2010

        POTTER ANDERSON & CORROON LLP

        */s/ R. Stephen McNeill*
Laurie Selber Silverstein (DE No. 2396)
R. Stephen McNeill (DE No. 5210)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302)984-6000
Facsimile: (302) 658-1192

        - and -

KAYE SCHOLER LLP
Madlyn Gleich Primoff, Esq.
Jane W. Parver, Esq.
Joseph M. Drayton, Esq.
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

PAC-968213

## **CERTIFICATE OF SERVICE**

I, R. Stephen McNeill, certify that I am not less than 18 years of age and that on this 27th day of May, 2010, I caused a true and correct copy of the within **Notice of Service** to be served via first class U.S. mail upon the following parties:

| | |
|---|---|
| Raymond H. Lemisch, Esquire<br>Jennifer R. Hoover, Esquire<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>rlemisch@beneschlaw.com<br>jhoover@beneschlaw.com | Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>William M. Dolan III, Esquire<br>Katherine S. Bromberg, Esquire<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>rstark@brownrudnick.com<br>msiegel@brownrudnick.com<br>wdolan@brownrudnick.com<br>kbromberg@brownrudnick.com |

Under penalty of perjury, I declare the foregoing is true and correct.

                                                                      */s/ R. Stephen McNeill*
                                                                      R. Stephen McNeill (DE Bar No. 5210)

PAC968213/33740