# SIGN-IN-SHEET

**CASE NAME:** Tribune CO.  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** 5/28/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| R. Craig Martin | Edwards Angell Palmer & Dodge | Barclays Bank Plc |
| Jean-Marie L. Atamian | Mayer Brown | " |
| Matthew McGuire | Landis Rath & Cobb | Committee |
| Damian Schaible | Davis Polk & Wardwell LLP | JPMorgan |
| Eli Vonnegut | Davis Polk & Wardwell LLP | JPMorgan |
| Travis McRoberts | Richards Layton & Finger | JPMorgan |
| Douglas Deutsch | Chadbourne & Parke | Committee |
| Phil Dublin | Akin Gump Strauss Hauer & Feld | Centerbridge |
| Alexis Freeman | Akin Gump Strauss Hauer & Feld | Centerbridge |
| Norman Pernick | Cole Schotz | Debtors |
| Bryan Krakauer | Sidley | " |
| Keiann Mills | " | " |
| Jennifer Hower | Benesch | WTC |

# SIGN-IN-SHEET

CASE NAME: Tribune CO.
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: 5/28/10

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Hogan | Womble Carlyle Sandridge & Rice | Great Banc |
| Blake Cleary | Young Conaway Stargatt & Taylor LLP | Certain Ernst & Young Nonaudit lenders |
| Eric Sagerman | Fox Rothschild | Wells Fargo |
| Thomas Lauria | White & Case | " |
| Scott Greissman | " | " |
| Laurie Silverstein / Brian Epes | Potter Anderson Corroon LLP | Merrill Lynch |
| Kate Buck | McCarter | Deutsche Bank |
| Luke Murley | Saul Ewing USDOJ | Examiner Atty UST |
| Joseph J. McMahon, Jr. | | |
| David Powlen | Barnes & Thornburg | Morgan Stanley |
| Christopher P. Simon | Cross & Simon, LLC | Washington-Baltimore Newspaper Guild |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 05/28/2010
Calendar Time: 10:00 AM ET

1st Revision 05/27/2010 02:10 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3534431 | Steven Abramowitz | 212-237-0137 | Vinson & Elkins | Creditor, Carlson Capital / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3544911 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3544198 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3540103 | D'Lisia Bergeron | 312-853-3351 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3540080 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3544247 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, David E. Blabey, Jr. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3544607 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3545414 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3542063 | James Burke | (202) 339-8529 | Orrick Herrington & Sutcliffe | Creditor, - / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3544471 | Richard F. Casher | (212) 506-1732 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3539255 | Michael Ching | 212-339-2431 | Allen & Company | Third Party, Michael Ching / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3540763 | Richard Choi | (212) 836-8276 | Kaye Scholer LLP | Creditor, Merril Lynch Capital Corp. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3536522 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3544244 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3542020 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LIVE |

Raymond Reyes  CourtConfCal2009  Page 1 of 4

| Representing | Case | Type | Name | ID | Firm | Phone | Party / Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | Douglas Deutsch | 3544192 | Chadbourne & Park, LLP | 212-408-5169 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | Neel Doshi | 3540529 | UBS Securities LLC | (203) 719-8723 | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | Phillip Dublin | 3545274 | Akin, Gump, Strauss, Hauer & Feld, | 212-872-8083 | Creditor, Centerbridge / LIVE |
| Tribune Company | 08-13141 | Hearing | Dave Eldersveld | 3540068 | Tribune Company | (312) 222-4707 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | Jeffrey Farkas | 3544455 | RBS Greenwich Capital | (614) 577-1120 | Interested Party, RBS Greenwich Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | Leonard Gerson | 3543937 | U.S. Department of Labor | (202) 693-5615 ext. 000 | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company | 08-13141 | Hearing | Andrew N. Goldman | 3533170 | Wilmer Cutler Pickering Hale & Dorr, | (212) 230-8836 | Interested Party, Angelo, Gordon & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | Andrew Gordon | 3534330 | Paul Weiss Rifkind Wharton & | 212-373-3543 | Creditor, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | Scott Greissman | 3544243 | White & Case LLP | (212) 819-8567 | Client, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | Sarah S. Johnson | 3544297 | DE Shaw | (212) 478-0833 | Creditor, DE Shaw / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | James O. Johnston | 3544201 | Hennigan Bennett & Dorman LLP | 213-694-1030 | Creditor, Oaktree Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | Kevin C Kelley | 3544747 | JPMorgan Chase Bank, N.A. | (212) 648-0427 | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | Candice Kline | 3540117 | Sidley Austin | (312) 853-7778 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | Bryan Krakauer | 3540125 | Sidley Austin | (312) 853-7515 | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | Oksana Lashko | 3534334 | Paul Weiss Rifkind Wharton & | (212) 373-3000 | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | Evan Lederman | 3543141 | Weil Gotshal & Manges LLP | (212) 310-8948 | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | David LeMay | 3544193 | Chadbourne & Park, LLP | (212) 408-5100 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | Andrew Levy | 3534332 | Paul Weiss Rifkind Wharton & | (202) 223-7328 | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | Don Liebentritt | 3540064 | Tribune Company | (312) 853-7778 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | Jillian Ludwig | 3540109 | Sidley Austin | (312) 853-7523 | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3534331 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3540092 | David Miles | 202-736-8556 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 3540135 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3545536 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3545559 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Other Prof., Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3544189 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3545585 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 3544463 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3544639 | Usman Tahir | (212) 527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3541346 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3545094 | Rushabh Vora | (212) 231-6311 | Macquarie Capital | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3540054 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company And Tribune CNLBC, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3545703 | Matthew A Zloto | (646) 445-6518 | Matthew A Zloto - In Pro Per/Pro Se | In Propria Persona, Matthew A Zloto / LISTEN ONLY |