**IN THE UNITED STATES BANKARUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

I, David M. Powlen, Esquire, hereby certify that on May 28, 2010, true and correct copies of *Morgan Stanley & Co., Inc.'s Responses and Objections to Wilmington Trust's First Request for the Production of Documents, Directed to Morgan Stanley & Co., Inc.* ("First Responses") were served via email and first class U.S. mail upon the parties listed below:

| | |
|---|---|
| Raymond H. Lemisch, Esquire<br>Jennifer R. Hoover, Esquire<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>*rlemisch@beneschlaw.com*<br>*jhoover@beneschlaw.com* | Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>William M. Dolan III, Esquire<br>Katherine S. Bromberg, Esquire<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>*rstark@brownrudnick.com*<br>*msiegel@brownrudnick.com*<br>*wdolan@brownrudnick.com*<br>*kbromberg@brownrudnick.com* |

**(Signature follows on next page)**

Dated: May 28, 2010

   /s/ David M. Powlen
David M. Powlen (DE No. 4978)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-888-4536

-- and --

Jonathan D. Polkes
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Morgan Stanley & Co., Inc.*