## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket No. 4610** |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                                              ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Jenner & Block App DI_4610_Aff_5-26-10_.doc

2. On May 26, 2010, I caused to be served the "Notice of Fee Application," dated May 26, 2010, to which was attached the "Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2010 through March 31, 2010," dated May 24, 2010 [Docket No. 4610], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
28th day of May, 2010

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

**EXHIBIT A**

**TRB FEE APP 5-26-10**

OFFICE OF THE UNITED STATES TRUSTEE
(U.S. TRUSTEE)
JOSEPH J. MCMAHON, JR., ESQUIRE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DE 19801

**TRB FEE APP 5-26-10**

EDWARDS ANGELL PALMER & DODGE
STUART M. BROWN, ESQUIRE
(COUNSEL TO BARCLAYS BANK PLC)
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

**TRB FEE APP 5-26-10**

MAYER BROWN LLP
BRIAN TRUST, ESQUIRE
AMIT K. TREHAN, ESQUIRE
 (COUNSEL TO BARCLAYS BANK PLC)
1675 BROADWAY
NEW YORK, NY 10019-5820

**TRB FEE APP 5-26-10**

SIDLEY AUSTIN LLP
KENNETH P. KANSA, ESQUIRE
JILLIAN K. MCCLELLAND, ESQUIRE
 (COUNSEL TO DEBTORS)
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**TRB FEE APP 5-26-10**

CHADBOURNE & PARKE LLP
HOWARD SEIFE, ESQUIRE
DAVID M. LEMAY, ESQUIRE
DOUGLAS E. DEUTSCH, ESQUIRE
 (COUNSEL TO CREDITORS' COMMITTEE)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**TRB FEE APP 5-26-10**

LANDIS RATH & COBB LLP
ADAM G. LANDIS, ESQUIRE
MATTHEW B. MCGUIRE, ESQUIRE
 (COUNSEL TO CREDITORS' COMMITTEE)
919 MARKET STREET, STE, 1800
WILMINGTON, DE 19801

**TRB FEE APP 5-26-10**

DAVIS POLK & WARDWELL
DONALD S. BERNSTEIN, ESQUIRE
JAMES A. FLORACK, ESQUIRE
DAMIAN S. SCHAIBLE, ESQUIRE
 (COUNSEL TO ADMINISTRATIVE AGENT
FOR PREPETITION LENDERS, JPMORGAN
CHASE BANK, N.A.)
450 LEXINGTON AVENUE
NEW YORK, NY 10017

**TRB FEE APP 5-26-10**

RICHARDS, LAYTON & FINGER, P.A.
MARK D. COLLINS, ESQUIRE
KATISHA D. FORTUNE, ESQUIRE
 (COUNSEL TO ADMINISTRATIVE AGENT
FOR PREPETITION LENDERS, JPMORGAN
CHASE BANK, N.A.)
920 N. KING STREET
P.O. BOX 551
WILMINGTON, DE 19899-0511

**TRB FEE APP 5-26-10**

STUART MAUE
JOHN L. DECKER, ESQUIRE
 (FEE AUDITOR)
3840 MCKELVEY RD.
ST. LOUIS, MO 63044