**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                   :
                                                                   :   Chapter 11
In re:                                                             :
                                                                   :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                           :   (Jointly Administered)
                                                                   :
                                                                   :
                         Debtors.                                  :
                                                                   :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF SERVICE**

I, John P. DiTomo, Esquire, hereby certify that on June 1, 2010, true and correct copies of (i) Citicorp North America, Inc.'s Responses And Objections To Wells Fargo Bank, N.A.'s First Request For Production Of Documents; (ii) Citigroup Global Markets, Inc.'s Responses And Objections To Wells Fargo Bank, N.A.'s First Request For Production Of Documents; and (iii) this Notice of Service were served via email and regular mail upon the parties listed below:

Raymond H. Lemisch
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Robert J. Stark, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Doc#: US1:6437649v1

2

| | |
|---|---|
| Dated: June 1, 2010<br>Wilmington, Delaware | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |

By: /s/ *John P. DiTomo*

    Stephen P. Lamb (#2053)
    John P. DiTomo (#4850)
    500 Delaware Avenue, Suite 200
    P.O. Box 32
    Wilmington, Delaware 19899-0032
    Telephone: (302) 655-4410
    Facsimile: (302) 655-4420

    Andrew Gordon
    David W. Brown
    Stephen J. Shimshak
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone: (212) 373-3000
    Facsimile: (212) 757-3990

*Attorneys for Citibank, N.A., Citigroup Global Markets, Inc. and Citicorp North America, Inc.*