## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Case No. 08-13141(KJC) |
| | ) (JOINTLY ADMINISTERED) |
| TRIBUNE COMPANY, _et al._, | ) Chapter 11 |
| | ) |
| | ) Courtroom 5 |
| | ) 824 Market Street |
| Debtors. | ) Wilmington, Delaware 19801 |
| | ) |
| | ) May 28, 2010 |
| | ) 11:02:08 A.M. |

TRANSCRIPT OF SIDEBAR CONFERENCE IN THE HEARING OF
**(1)** DISCLOSURE STATEMENT FOR JOINT PLAN
OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS
SUBSIDIARIES (DOCKET NO. 4008)**(2)** MOTION TO AUTHORIZE (MOTION
OF THE DEBTORS FOR AN ORDER (I) ESTABLISHING PROCEDURES FOR
SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT JOINT
PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS
SUBSIDIARIES; (II) ESTABLISHING DEADLINE FOR RETURN OF MEDIA
OWNERSHIP CERTIFICATIONS; (III) SCHEDULING CONFIRMATION
HEARING; (IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES IN
RESPECT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION; AND
(V) GRANTING RELATED RELIEF) (DOCKET NO. 4204).
BEFORE HONORABLE KEVIN J. CAREY
UNITED STATES CHIEF BANKRUPTCY JUDGE

**APPEARANCES:**

| | |
|---|---|
| For the Debtors: | Cole Schotz Meisel, Forman & Leonard, P.A. |
| | By:  NORMAN PERNICK, ESQ. |
| | 1000 N. West Street, Suite 1200 |
| | Wilmington, Delaware 19801 |
| | |
| | Sidley Austin LLP |
| | By:  BRYAN KRAKAUER, ESQ. |
| | KERIANN MILLS, ESQ. |
| | One South Dearborn |
| | Chicago, Illinois 60603 |
| | |
| ECRO: | AL LUGANO |
| | |
| **TRANSCRIPTION SERVICE:** | **TRANSCRIPTS PLUS, INC.** |
| | **435 Riverview Circle** |
| | **New Hope, Pennsylvania 18938** |
| | **Telephone: 215-862-1115** |
| | **Facsimile: 215-862-6639** |
| | **e-mail CourtTranscripts@aol.com** |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

**APPEARANCES:**
(Continued)

| | |
|---|---|
| For Barclays: | Edwards Angell Palmer & Dodge LLP<br>By:  R. CRAIG MARTIN, ESQ.<br>919 North Market Street<br>Wilmington, Delaware 19801 |
| | Mayer Brown, LLP<br>By:  JEAN-MARIE ATAMIAN, ESQ.<br>71 South Wacker Street<br>Chicago, Illinois 60606 |
| For Unsecured Creditors' Committee: | Landis Rath & Cobb<br>By:  MATTHEW McGUIRE, ESQ.<br>919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19801 |
| | Chadbourne & Park, LLP<br>By:  DOUGLAS E. DEUTSCH, ESQ.<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| For JPMorgan Chase: | Richards Layton & Finger, PA<br>By:  TRAVIS McROBERTS, ESQ.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899 |
| | Davis Polk & Wardwell LLP<br>By:  ELI VONNEGUT, ESQ.<br>     DAMIAN SCHAIBLE, ESQ.<br>450 Lexington Avenue<br>New York, NY 10017 |
| For Centerbridge Credit | Akin Gump Strauss Hauer & Feld LLP<br>By:  PHIL DUBLIN, ESQ.<br>     ALEXIS FREEMAN, ESQ.<br>One Bryant Park<br>New York, New York 10036 |
| For Wilmington Trust: | Benesch Friedlander Coplan<br>& Aronoff LLP<br>By:  JENNIFER HOOVER, ESQ.<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware 19801-1611 |

**APPEARANCES:**
(Continued)


| | |
|---|---|
| For GreatBanc: | Womble Carlyle Sandridge & Rice, PLLC<br>By:   TOM HORAN, ESQ.<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware 19801 |
| For the Credit<br>Agreement Lenders: | Young Conaway Stargatt & Taylor, LLP<br>By:   BLAKE CLEARY, ESQ.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899-0391 |
| For Wells Fargo: | Fox Rothschild LLP<br>By:   JEFFREY SCHLERF, ESQ.<br>Mellon Bank Center<br>919 North Market Street, Suite 1400<br>14th Floor<br>Wilmington, Delaware 19801-3046<br><br>White & Case<br>By:   THOMAS E. LAURIA, ESQ.<br>      SCOTT GREISSMAN, ESQ.<br>Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Suite 4900<br>Miami, Florida |
| For Merrill Lynch: | Potter Anderson & Corroon, LLP<br>By:   LAURIE SELBER SILVERSTEIN, ESQ.<br>Hercules Plaza, P.O. Box 951<br>1313 N. Market Street<br>Wilmington, Delaware 19899-0951 |
| For Deutsche Bank: | McCarter & English, LLP<br>By:   KATE BUCK, ESQ.<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801 |
| For the Examiner,<br>Kenneth Klee: | Saul Ewing<br>By:   LUKE MURLEY, ESQ.<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266 |

**APPEARANCES:**
(Continued)

| | |
|---|---|
| The U.S. Trustee: | United States Department of Justice<br>Office of the U.S. Trustee<br>By:  JOSEPH J. McMAHON, JR., ESQ.<br>844 King Street<br>Wilmington, Delaware 19899 |
| For Morgan Stanley: | Barnes & Thornburg LLP<br>By:  DAVID POWLEN, ESQ.<br>Suite 1200<br>1000 N. West Street<br>Wilmington, Delaware |
| For Washington-<br>Baltimore Newspaper: | Cross & Simon, LLC<br>By:  CHRISTOPHER SIMON, ESQ.<br>     AMY EVANS, ESQ.<br>913 North Market Street, Suite 1001<br>Wilmington, Delaware 19801 |

**TELEPHONIC APPEARANCES:**
(As reflected on the Confirmed Telephonic Appearance Schedule)

| | |
|---|---|
| For Tribune Company: | Tribune Company<br>By:  CHANDLER BIGELOW |
| For Tribune Company: | Tribune Company<br>By:  GARY WEITMAN |
| For Tribune Company: | Tribune Company<br>By:  MICHAEL D. ONEAL |
| For Tribune Company: | Tribune Company<br>By:  DON LIEBENTRITT |
| For Tribune Company: | Tribune Company<br>By:  DAVID ELDERSVELD |
| For Tribune Company: | Kramer Levin Naftalis & Frankel, LP<br>By:  KATHERINE CRUZ, ESQ. |
| For Tribune Company: | Kramer Levin Naftalis & Frankel, LP<br>By:  DAVID E. BLABEY, JR., ESQ. |

**TELEPHONIC APPEARANCES:**
**(As reflected on the Confirmed Telephonic Appearance Schedule)**
(Continued)

```
For Tribune Company:      Sidley Austin
                          By:  GREG DEMO, ESQ.

For Tribune Company:      Sidley Austin
                          By:  DAVID MILES, ESQ.

For Tribune Company:      Sidley Austin
                          By:  JILLIAN LUDWIG, ESQ.

For Tribune Company:      Sidley Austin
                          By:  CANDICE KLINE, ESQ.

For Seneca Capital:       Seneca Capital
                          By:  USMAN TAHIR

For Morgan Stanley:       Weil Gotshal & Manges, LLP
                          By:  EVAN LEDERMAN, ESQ.

For JPMorgan Chase:       JPMorgan Chase
                          By:  KEVIN C. KELLEY

For JPMorgan Chase:       JPMorgan Chase Bank, N.A.
                          By:  SHACHAR MINKOVE

For the Credit            Hennigan, Bennett & Dorman, LLP
Agreement Lenders:        By:  JAMES O. JOHNSTON, ESQ.

For Barclays:             Mayer Brown, LLP
                          By:  AMIT TREHAM, ESQ.

For DE Shaw:              DE Shaw
                          By:  SARAH S. JOHNSON

For Wells Fargo:          White & Case
                          By:  SCOTT GREISSMAN, ESQ.

For CitiGroup:            Paul Weiss Rifkind Wharton
                          By:  ANDREW N. GOLDMAN, ESQ.

For CitiGroup:            Paul Weiss Rifkind Wharton
                          By:  ANDREW LEVY, ESQ.
```

**TELEPHONIC APPEARANCES:**
**(As reflected on the Confirmed Telephonic Appearance Schedule)**
(Continued)

```
For CitiGroup:          Paul Weiss Rifkind Wharton
                        By:  OKSANA LASHKO, ESQ.

For CitiGroup:          Paul Weiss Rifkind Wharton
                        By:  ELIZABETH McCOLM, ESQ.

For Angelo, Gordon      Wilmer Cutler Pickering Hale & Dorr
& Co.:                  By:  ANDREW N. GOLDMAN, ESQ.

For U.S. Department     U.S. Department of Labor
of Labor:               By:  LEONARD GERSON, ESQ.

For RBS Greenwich       RBS Greenwich Capital
Capital:                By:  JEFFREY FARKAS

For Centerbridge Credit Akin Gump Strauss Hauer & Feld LLP
                        By:  PHILLIP DUBLIN, ESQ.

For UBS Securities:     UBS Securities Bank
                        By:  NEEL DOSHI

For Unsecured Creditors' Chadbourne & Park, LLP
Committee:              By:  DOUGLAS E. DEUTSCH, ESQ.

For Unsecured Creditors' Chadbourne & Park, LLP
Committee:              By:  HOWARD SEIFE, ESQ.

For Unsecured Creditors' Chadbourne & Park, LLP
Committee:              By:  DAVID LEMAY, ESQ.

For Bank of America:    Bank of America
                        By:  ESTER CHUNG

For Merrill Lynch:      Kaye Scholer, LLP
                        By:  RICHARD CHOIL, ESQ.

For Allen & Company:    Allen & Company
                        By:  MICHAEL CHING

For Law Debenture:      Kasowitz, Benson, Torres
                        & Friedman LLP
                        By:  RICHARD CASHER, ESQ.
```

**TELEPHONIC APPEARANCES:**
**(As reflected on the Confirmed Telephonic Appearance Schedule)**
(Continued)

| | |
|---|---|
| For Law Debenture: | Kasowitz, Benson, Torres & Friedman LLP<br>By:  MATTHEW STEIN, ESQ. |
| For Royal Bank of Scotland: | Orrick Herrington<br>By:  JAMES BURKE, ESQ. |
| For Wilmington Trust: | Brown Rudnick LLP<br>By:  KATHERINE BROMBERG, ESQ. |
| For Wilmington Trust: | Brown Rudnick LLP<br>By:  MARTIN SIEGEL, ESQ. |
| For Dow Jones & Co.: | Dow Jones & Co.<br>By:  PEG BRICKLEY |
| For Tribune Company: | Sidley Austin<br>By:  D'LISIA BERGERON, ESQ. |
| For the Credit Agreement Lenders: | Hennigan, Bennett & Dorman, LLP<br>By:  BRUCE BENNETT, ESQ. |
| For Deutsche Bank: | McCarter & English, LLP<br>By:  DAVID J. ADLER, ESQ. |
| For Carlson Capital: | Vinson & Elkins<br>By:  STEVEN ABRAMOWITZ, ESQ. |
| For Matthew Zloto: | MATTHEW ZLOTO, Pro Se |
| For Macquarie Capital: | Macquarie Capital<br>By:  RUSHABH VORA |

1    (Commencement of sidebar conference 11:02:08 A.M.)

2        THE COURT:  I'm going to take a break now.  I'd like
3 you two to go into the mediation room, which is right outside
4 my chambers, and finish the exercise.  Okay?  I'm not going to
5 give you anymore guidance.  I need more clarity to the
6 treatment of this class and the plan provision needs to be
7 consistent with the disclosure statement.

8        Come on, gentlemen, I know you can do it.  I don't
9 think my other hearing is going to take long.  So, come back to
10 me and we'll deal with that, and we'll address the solicitation
11 motion.

12        UNIDENTIFIED ATTORNEY:  All right.

13        THE COURT:  Okay?

14        UNIDENTIFIED ATTORNEY:  Thank you.

15        UNIDENTIFIED ATTORNEY:  Okay.

16   (Whereupon, at 11:02:47 A.M., sidebar conference concludes)

17

18                           CERTIFICATE

19   I certify that the foregoing is a correct transcript from
20 the electronic sound recording of the proceedings in the
21 above-entitled matter.

22

23   /s/ Karen Hartmann     AAERT CET**D0475 Date:  May 29, 2010
24 TRANSCRIPTS PLUS, INC.

25