## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------x

In re:                                              Chapter 11

TRIBUNE COMPANY et al.,                            Case No. 08-13141 (KJC)

                                                    (Jointly Administered)

                              Debtors.              **Hearing Date:  (Negative Notice)**
--------------------------------------------------------x    **Objections Due:  6/22/2010 @ 4:00 p.m.**

## <u>NOTICE OF APPLICATION</u>

To:  The Notice Parties Pursuant to the Administrative Order

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP served its Ninth Monthly Application for Interim Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2010 through April 30, 2010 (the "Application"), which seeks fee compensation in the amount of $124,531.75 and reimbursement of expenses in the amount of $3,785.69.

Responses to the Application, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, and served on undersigned counsel so it is received no later than <u>4:00 p.m. on June 22, 2010.</u>

PLEASE   TAKE   FURTHER   NOTICE   THAT   PURSUANT   TO   THE ADMINISTRATIVE   ORDER,   PURSUANT   TO   SECTIONS   105(A)   AND   331   OF   THE BANKRUPTCY CODE, ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION & REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (DOCKET NO. 225).  IF NO OBJECTIONS   ARE   FILED   AND   SERVED   IN   ACCORDANCE   WITH   THE   ABOVE

2577944.1

PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED FEES AND 100% OF REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE A HEARING WILL BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
      June 2, 2010

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

- and -

Graeme W. Bush
1800 M Street, N.W.
Washington, DC 20036
(202) 778-1800

Special Counsel to the Official Committee
of Unsecured Creditors

2577944.1