**EXHIBIT A**



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

May 27, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice: 272668
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through April 30, 2010.

| | |
|---|---:|
| By Graeme W. Bush | |
| 69.10 hours at $765.00 per hour | $ 52,861.50 |
| By James Sottile | |
| 40.00 hours at $675.00 per hour | $ 27,000.00 |
| By Marshall S. Wolff | |
| 0.80 hours at $675.00 per hour | $ 540.00 |
| By Thomas G. Macauley | |
| 13.10 hours at $580.00 per hour | $ 7,598.00 |
| By Andrew N. Goldfarb | |
| 18.00 hours at $550.00 per hour | $ 9,900.00 |
| By Scott A. Hanna | |
| 45.30 hours at $300.00 per hour | $ 13,590.00 |
| **TOTAL FEES** | **$ 111,489.50** |
| **TOTAL EXPENSES** | **$ 0.00** |
| **TOTAL FEES AND EXPENSES THIS INVOICE** | **$ 111,489.50** |

BALTIMORE   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

2606192.1

May 27, 2010                                                                                                      Page 2

DESCRIPTION OF SERVICES                                                                              CLIENT: 12464
                                                                                                     MATTER: 0001

James Sottile

| Date | Hours | Description |
|---|---|---|
| 04/02/10 | 1.40 | Review relevant provisions of draft disclosure statement and plan from debtors. |
| 04/05/10 | 0.60 | Draft/edit note to Michelman regarding indemnification, documents and other issues; further e-mail correspondence with Michelman regarding same. |
| 04/05/10 | 0.80 | Review/analyze draft settlement support agreement and Committee letter supporting settlement terms and e-mail to G. Bush regarding same. |
| 04/05/10 | 0.50 | Participate in teleconference with unsecured creditors committee regarding status of settlement and next steps. |
| 04/05/10 | 1.50 | Work on analysis of likely settlement objections and committee responses to same. |
| 04/06/10 | 0.30 | Review markup of settlement support agreement and Committee letter by D. LeMay (Chadbourne). |
| 04/06/10 | 0.50 | Participate in Committee professionals' call regarding status of settlement, draft plan. |
| 04/06/10 | 1.90 | Continue work outlining and analyzing potential confirmation objections and responses and review key cases relevant to likely objections. |
| 04/06/10 | 0.10 | E-mail correspondence with D. LeMay (Chadbourne) regarding same. |
| 04/07/10 | 1.70 | Review/analyze draft plan documents in preparation for meeting of unsecured creditors. |
| 04/08/10 | 3.00 | Prepare for and participate in Creditors Committee meeting. |
| 04/08/10 | 0.50 | Review draft Settlement Support Agreement and e-mail to D. LeMay (Chadbourne) regarding issue on same. |
| 04/09/10 | 0.30 | Review disclosure statement section regarding investigation of LBO claims and e-mail to D. Deutsch (Chadbourne) with comments on same. |
| 04/10/10 | 0.20 | Teleconference with G. Bush regarding disclosure statement section regarding LBO investigation and settlement. |
| 04/10/10 | 1.30 | Review and edit disclosure statement section regarding LBO investigation and settlement. |

May 27, 2010                                                                                                              Page 3

| | | |
|---|---|---|
| 04/11/10 | 0.50 | Further editing of disclosure statement section regarding LBO investigation and settlement. |
| 04/11/10 | 0.40 | Teleconference with D. Deutsch (Chadbourne) regarding issues on disclosure statement section regarding LBO investigation and settlement and review revisions to same from D. Deutsch. |
| 04/14/10 | 0.70 | Call with counsel for Debtors and Chadbourne lawyers regarding examiner motion and next steps on settlement. |
| 04/14/10 | 0.30 | Meetings with G. Bush regarding examiner motion and next steps on settlement. |
| 04/14/10 | 1.40 | Review transcript of April 13 hearing regarding examiner motion and other issues and papers filed in support of and in opposition to examiner motion and analyze strategy regarding examiner motion. |
| 04/14/10 | 0.30 | Teleconference with J. Bendernagel (Sidley) regarding issues on disclosure statement and examiner motion. |
| 04/14/10 | 0.60 | Further review of key provisions of disclosure statement and identify revisions needed. |
| 04/15/10 | 0.50 | Teleconference with H. Seife, D. LeMay, T. McCormack and M. Ashley (Chadbourne) regarding strategy on examiner motion and hearing. |
| 04/15/10 | 1.00 | Participate in call with counsel for J.P. Morgan, Debtors, Centerbridge and Law Debenture and G. Bush regarding strategy on examiner motion and hearing. |
| 04/15/10 | 0.20 | Teleconference with G. Bush regarding strategy on examiner motion and hearing. |
| 04/15/10 | 0.80 | Review Wilmington Trust exhibits in support of examiner motion. |
| 04/16/10 | 0.80 | Review/analyze pleadings on motion for examiner to prepare for hearing regarding same. |
| 04/18/10 | 0.40 | Review draft order appointing examiner and e-mail to H. Seife and D. LeMay (Chadbourne) and G. Bush with comments regarding same. |
| 04/18/10 | 0.40 | Participate in call with H. Seife, D. LeMay and other Chadbourne lawyers and G. Bush regarding draft order appointing examiner and comments regarding same. |
| 04/19/10 | 0.30 | Confer with G. Bush regarding strategy for hearing on motion to appoint examiner. |

May 27, 2010                                                                                                          Page 4

| | | |
|---|---|---|
| 04/19/10 | 1.70 | Attend hearing on motion to appoint examiner and participate in meeting of counsel concerning terms of order appointing examiner. |
| 04/20/10 | 0.50 | Participate in weekly professionals call regarding status of bankruptcy and LBO claims. |
| 04/20/10 | 0.20 | Meeting with G. Bush to discuss examiner process, presentations to examiner. |
| 04/20/10 | 0.40 | Meeting with A. Goldfarb, T. Macauley and G. Bush to discuss examiner process, presentations to examiner. |
| 04/20/10 | 1.60 | Analyze key issues for examiner and outline presentation to examiner regarding LBO claims. |
| 04/20/10 | 1.20 | Review key cases regarding third party releases and challenges to same and analyze potential arguments. |
| 04/21/10 | 1.20 | Analyze potential claims by Bridge Lenders; review key documents regarding same. |
| 04/21/10 | 0.50 | Review and evaluate potential examiner candidates. |
| 04/22/10 | 0.50 | Further editing of letter to Houston Casualty regarding coverage issues. |
| 04/23/10 | 0.90 | Review revised draft of disclosure statement section regarding LBO investigation and settlement; draft note to Chadbourne with comments and suggested edits. |
| 04/23/10 | 0.20 | Review letter from Wilmington Trust requesting information regarding discovery from third parties and e-mail correspondence with Chadbourne and Zuckerman lawyers regarding same. |
| 04/23/10 | 0.70 | Further work outlining presentation for examiner. |
| 04/26/10 | 0.30 | Participate in call with G. Bush, A. Goldfarb and Chadbourne lawyers regarding responding to Wilmington Trust request for informal discovery. |
| 04/27/10 | 0.60 | Participate in Tribune weekly professionals call regarding examiner issues, bankruptcy developments. |
| 04/27/10 | 0.30 | Meeting with G. Bush and A. Goldfarb regarding presentation to examiner regarding LBO claims against lenders. |
| 04/29/10 | 0.80 | Participate in call with T. McCormack and M. Ashley (Chadbourne) and G. Bush and A. Goldfarb regarding presentations to examiner and related privilege issues. |

| | | |
|---|---|---|
| 04/29/10 | 1.90 | Participate in Unsecured Creditors Committee meeting by telephone. |
| 04/29/10 | 0.60 | Outlining presentation to examiner. |
| 04/29/10 | 0.40 | Review Chadbourne memo and key cases regarding privilege issues in connection with disclosures to examiner. |
| 04/30/10 | 0.80 | Teleconference with J. Bendernagel (Sidley) regarding presentations to examiner and confirmation discovery and hearing. |
| 04/30/10 | 1.10 | Teleconference with J. Bendernagel (Sidley), T. McCormack and M. Ashley (Chadbourne) and D. Glazer (Davis Polk) regarding presentations to examiner, examiner's report and related privilege issues. |
| 04/30/10 | 0.40 | E-mail correspondence with and teleconference with G. Bush regarding presentations to examiner, examiner's report and related privilege issues. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 04/14/10 | 0.20 | Telephone call with Tom Macauley regarding case status update. |
| 04/14/10 | 0.20 | Review case materials regarding 4/13 hearing. |
| 04/14/10 | 0.30 | Review Bennett submission opposing tentative plan. |
| 04/19/10 | 0.30 | Draft and transmit letter to U.S. Bank regarding Rule 2004 production reimbursement request. |
| 04/20/10 | 1.70 | Review of prior papers and powerpoints in preparation for potential presentation for examiner. |
| 04/22/10 | 0.60 | Review recently posted Intralinks materials on settlement proposals, examiner appointment. |
| 04/23/10 | 0.10 | Review Wilmington Trust discovery letter. |
| 04/23/10 | 0.10 | Confer with Committee counsel re Wilmington Trust discovery letter. |
| 04/23/10 | 2.70 | Continue preliminary data collection and drafting for potential examiner presentation. |
| 04/26/10 | 0.40 | Conference call with J. Sottile, G. Bush, R. Schwinger, A. Nellos and R. Butcher regarding Wilmington Trust discovery demand. |
| 04/26/10 | 0.50 | Provide R. Schwinger with materials and information in response to Wilmington Trust discovery demand. |

May 27, 2010                                                                                                          Page 6

| Date | Hours | Description |
|---|---|---|
| 04/26/10 | 2.90 | Continue drafting potential memorandum for Tribune examiner. |
| 04/27/10 | 0.50 | Attend weekly professionals conference call hosted by Chadbourne. |
| 04/27/10 | 0.20 | Confer with G. Bush and J. Sottile regarding work product for examiner. |
| 04/27/10 | 0.90 | Draft and send letter to Moody's counsel regarding Rule 2004 requests. |
| 04/27/10 | 0.10 | Confer with M. Ashley and B. Schwinger regarding Moody's. |
| 04/27/10 | 0.40 | Continue preparation of examiner paper. |
| 04/28/10 | 0.20 | Call with Marc Ashley to discuss potential presentations for the Committee to the examiner. |
| 04/28/10 | 1.80 | Continue drafting potential memorandum/presentation for examiner. |
| 04/29/10 | 1.10 | Call with J. Sottile, G. Bush, T. McCormack, and M. Ashley regarding examiner reporting issues. |
| 04/29/10 | 2.80 | Draft and revise potential presentation for Examiner. |

Thomas G. Macauley

| Date | Hours | Description |
|---|---|---|
| 04/01/10 | 0.20 | Review exclusivity motion, motion to expedite and objection by credit agreement lenders. |
| 04/01/10 | 0.10 | Review notice regarding special committee meeting. |
| 04/02/10 | 0.10 | Review notice of adjournment regarding sanctions motion. |
| 04/05/10 | 0.20 | Review docket and documents on same. |
| 04/05/10 | 0.20 | Review filings by credit agreement lenders. |
| 04/05/10 | 0.20 | Review agenda for call tomorrow and analyze issues regarding same. |
| 04/06/10 | 0.20 | Review decision on denial of examiner appointment. |
| 04/06/10 | 0.30 | Exchange notes with D. Deutsch regarding same. |
| 04/06/10 | 0.20 | Review blackline of support agreement. |
| 04/06/10 | 0.50 | Participate in weekly call of committee professionals. |
| 04/06/10 | 0.30 | Review Wilmington Trust objection to Debtors' stay violation motion. |

| Date | Hours | Description |
|---|---|---|
| 04/06/10 | 0.50 | Review draft committee statement regarding Wilmington Trust and analyze issues regarding same. |
| 04/08/10 | 0.20 | Review articles regarding recent filings. |
| 04/08/10 | 0.20 | Review 4/13 hearing agenda and supplemental filing on exclusivity. |
| 04/12/10 | 0.30 | Review credit agreement lenders statement regarding exclusivity. |
| 04/12/10 | 0.20 | Speak with G. Bush regarding hearing. |
| 04/13/10 | 0.30 | Review Wilmington Trust omnibus reply. |
| 04/13/10 | 0.30 | Briefly review plan and disclosure statement. |
| 04/13/10 | 0.20 | Review docket and recent filings. |
| 04/13/10 | 0.20 | Review amended hearing agenda. |
| 04/13/10 | 0.40 | Analyze issues regarding hearing. |
| 04/13/10 | 3.20 | Attend hearing. |
| 04/13/10 | 1.40 | Meet with Chadbourne, A. Landis and G. Bush regarding hearing. |
| 04/13/10 | 0.10 | Review memo regarding Centerbridge. |
| 04/14/10 | 0.10 | Review agenda for tomorrow's committee meeting. |
| 04/14/10 | 0.50 | Review plan. |
| 04/14/10 | 0.20 | Speak with A. Goldfarb regarding hearing. |
| 04/14/10 | 0.10 | Review Wilmington Trust letter regarding examiner motion. |
| 04/15/10 | 0.10 | Review analysis of Wilmington Trust proposed amended complaint. |
| 04/19/10 | 0.10 | Review 4/19 hearing agenda. |
| 04/19/10 | 0.20 | Review notes from committee counsel regarding hearing. |
| 04/19/10 | 0.10 | Review letter from T. Lauria. |
| 04/20/10 | 0.60 | Speak with G. Bush, J. Sottile and A. Goldfarb regarding road to plan confirmation. |
| 04/21/10 | 0.30 | Review notes from committee counsel regarding examiner choices and analyze issues regarding same. |
| 04/22/10 | 0.20 | Review letters from committee and Wilmington Trust regarding examiner appointment. |
| 04/22/10 | 0.20 | Review order appointing examiner. |

May 27, 2010                                                                                                                                Page 8

| | | |
|---|---|---|
| 04/23/10 | 0.20 | Review 4/27 hearing agenda and article regarding examiner appointment. |
| 04/26/10 | 0.10 | Analyze issues regarding hearing tomorrow. |
| 04/26/10 | 0.10 | Review agenda for committee professionals call. |

Marshall S. Wolff

| | | |
|---|---|---|
| 04/12/10 | 0.50 | Read Credit Agreement lender's objection to proposed settlement. |
| 04/21/10 | 0.30 | Read letter regarding examiner. |

Graeme W. Bush

| | | |
|---|---|---|
| 04/02/10 | 0.50 | Prepare for UCC meeting. |
| 04/02/10 | 0.30 | E-mails regarding standing motion. |
| 04/02/10 | 1.20 | Attend to settlement and e-mails and telephone calls regarding same. |
| 04/03/10 | 1.00 | Attend to settlement discussions and drafting. |
| 04/05/10 | 0.40 | Confer with James Sottile regarding UCC meeting and draft settlement papers. |
| 04/05/10 | 0.70 | Review draft settlement papers. |
| 04/05/10 | 0.40 | E-mails with David LeMay regarding UCC meeting and status of negotiations. |
| 04/06/10 | 0.50 | Review revised draft of settlement argument and e-mails with James Sottile regarding same. |
| 04/06/10 | 0.80 | E-mails with Davis Polk regarding comments on draft settlement. |
| 04/07/10 | 0.70 | Attend UCC meeting and telephone call with Messrs. Seife and LeMay regarding same. |
| 04/07/10 | 0.40 | Review e-mails regarding settlement agreements and related documents. |
| 04/07/10 | 0.30 | E-mails regarding filings. |
| 04/07/10 | 0.90 | Initial review of settlement support agreement. |
| 04/08/10 | 2.50 | Prepare for UCC meeting (review draft support agreement, UCC letter, plan and e-mails regarding changes). |
| 04/08/10 | 3.50 | Attend UCC meeting and confer with UCC members. |
| 04/08/10 | 0.80 | Review revised draft disclosure statement. |

May 27, 2010                                                                                                         Page 9

| | | |
|---|---|---|
| 04/08/10 | 0.80 | Meeting with UCC member. |
| 04/09/10 | 1.60 | Review and comment on draft disclosure statement. |
| 04/09/10 | 0.80 | E-mails regarding Tuesday hearing and telephone calls with Howard Seife regarding same. |
| 04/10/10 | 0.80 | Review draft disclosure documents. |
| 04/11/10 | 0.40 | E-mails and telephone call with David LeMay regarding hearing. |
| 04/11/10 | 1.20 | Review disclosure statement draft regarding LBO claims and e-mails regarding same. |
| 04/12/10 | 1.50 | Meeting with debtors and other participants regarding Omnibus Hearing. |
| 04/12/10 | 2.00 | Meetings with Chadbourne & Parke, Adam Landis regarding UCC position for hearing |
| 04/12/10 | 2.50 | Review pleadings, outline issue for hearing and prepare for same. |
| 04/12/10 | 0.30 | Telephone call and e-mails with James Sottile. |
| 04/13/10 | 1.50 | Prepare for Omnibus Hearing. |
| 04/13/10 | 1.00 | Conferences with participants in Omnibus Hearing regarding various issues. |
| 04/13/10 | 2.50 | Attend hearing. |
| 04/13/10 | 1.40 | Meeting at Landis Rath with Messrs. Seife, LeMay, Landis and Macauley regarding examiner. |
| 04/13/10 | 0.20 | Telephone call with James Sottile. |
| 04/14/10 | 0.40 | Confer with James Sottile regarding examiner motion. |
| 04/14/10 | 0.40 | Telephone conference with Chadbourne & Parke and Sidley regarding Plan. |
| 04/14/10 | 0.90 | Prepare for and telephone conference with debtor and Chadbourne & Parke regarding examiner motion and WT. |
| 04/14/10 | 0.40 | Review correspondence and e-mail regarding WT position on examiner motion evidence. |
| 04/14/10 | 0.60 | Telephone call with Howard Seife regarding response to examiner motion and potential examiners. |
| 04/15/10 | 1.70 | Attend to issues regarding examiner order and WT. |
| 04/15/10 | 0.70 | UCC professionals telephone conference regarding examiner. |

2606192.1

May 27, 2010                                                                                                           Page 10

| | | |
|---|---|---|
| 04/15/10 | 1.50 | Telephone call with debtor, lender, UCC professionals regarding examiner and WT settlement. |
| 04/16/10 | 2.60 | Telephone conference with debtors, lenders, notes and PHONES regarding examiner and other issues. |
| 04/16/10 | 0.40 | Attend Monday hearing and telephone conference with Howard Seife regarding same. |
| 04/16/10 | 0.30 | E-mail to team. |
| 04/16/10 | 0.20 | E-mail regarding agenda for Court hearing. |
| 04/17/10 | 0.40 | E-mails regarding examiner order and scheduling telephone conference regarding same. |
| 04/18/10 | 0.80 | Telephone conference regarding UST draft examiner order. |
| 04/18/10 | 0.60 | Review and edit UST draft examiner order. |
| 04/18/10 | 0.80 | E-mail exchanges regarding examiner order and status conference. |
| 04/19/10 | 1.20 | Review drafts of and e-mails regarding examiner order and confer with James Sottile regarding same. |
| 04/19/10 | 1.50 | Examiner hearing and meeting among counsel. |
| 04/19/10 | 1.00 | Meeting with Messrs. Seife, Sottile and Landis regarding confirmation and discovery. |
| 04/19/10 | 0.30 | Review UCC communication. |
| 04/19/10 | 0.30 | Telephone call with Daniel Golden. |
| 04/19/10 | 0.20 | Review e-mail regarding agenda for UCC Professionals' call. |
| 04/19/10 | 0.40 | Review Lauria letter and related e-mail. |
| 04/20/10 | 0.60 | Meeting with Messrs. Sottile, Goldfarb and Macauley regarding through confirmation. |
| 04/20/10 | 0.40 | Confer with James Sottile regarding planning for confirmation. |
| 04/20/10 | 1.20 | Telephone conferences and e-mails regarding examiner candidates from UCC. |
| 04/21/10 | 0.50 | UCC professionals call. |
| 04/21/10 | 0.40 | Meeting with ZS team regarding work leading to confirmation. |
| 04/22/10 | 0.50 | Confer regarding examiner candidates. |
| 04/22/10 | 1.20 | Attend to and analyze potential presentation to examiner. |

May 27, 2010                                                                 Page 11

| Date | Hours | Description |
|---|---|---|
| 04/22/10 | 0.60 | Review correspondence regarding examiner qualifications. |
| 04/22/10 | 0.40 | E-mails regarding solicitation materials and quick review same. |
| 04/23/10 | 0.80 | Review and edit and comment on draft disclosure statement section regarding LBO claims. |
| 04/23/10 | 0.70 | E-mails regarding examiner candidates. |
| 04/23/10 | 0.20 | E-mails with Messrs. Goldfarb and Sottile regarding examiner presentation. |
| 04/23/10 | 0.60 | Review correspondence from Martin Siegel regarding WT discovery requests and e-mail regarding same. |
| 04/26/10 | 0.70 | Attend to WT discovery demand and telephone conference with Messrs. Schwinger, Sottile and Goldfarb regarding same. |
| 04/26/10 | 0.30 | E-mails with Chadbourne & Parke regarding telephone conference to discuss and coordinate examiner process. |
| 04/26/10 | 0.10 | E-mail with Marc Roitman regarding Professionals call. |
| 04/27/10 | 0.30 | Meeting with ZS team regarding examiner presentation. |
| 04/27/10 | 0.80 | UCC Professionals telephone conference. |
| 04/27/10 | 0.40 | E-mails with Marc Ashley, et al. regarding coordination on examiner review. |
| 04/28/10 | 0.80 | E-mails and telephone calls with Theodore Zink regarding WT issue on complaint. |
| 04/28/10 | 1.20 | Review Chadbourne & Parke memorandum regarding solicitation. |
| 04/28/10 | 0.50 | Quick review of solicitation materials. |
| 04/29/10 | 1.70 | UCC meeting. |
| 04/29/10 | 1.20 | Telephone conference with Messrs. Sottile, Goldfarb, McCormack and Ashley regarding submissions to examiner and issues related to same. |
| 04/29/10 | 0.30 | Quick review of e-mail and attached research regarding privilege issues. |
| 04/29/10 | 0.20 | E-mails from McMahon regarding contacts for examiner and attend to same. |
| 04/30/10 | 0.60 | Review e-mails and pleadings regarding appointment of examiner. |

May 27, 2010 Page 12

| Date | Hours | Description |
|---|---|---|
| 04/30/10 | 0.30 | E-mails internal regarding examiner. |
| 04/30/10 | 0.40 | Telephone call with James Sottile regarding telephone conference with debtor and lenders' counsel and Chadbourne & Parke regarding privilege issues and materials to be given to examiner. |
| 04/30/10 | 0.20 | E-mails with James Sottile regarding confirmation hearing and telephone conference with James Bendernagel. |

Scott A. Hanna

| Date | Hours | Description |
|---|---|---|
| 04/06/10 | 7.50 | Electronic document review of database to finalize draft of Committee's Complaint and Objection to [Banks'] Claims and locate documentary support regarding same. |
| 04/07/10 | 6.00 | Electronic document review of database to finalize draft of Committee's Complaint and Objection to [Banks'] Claims and locate documentary support regarding same, proofread and revise final draft of complaint. |
| 04/09/10 | 8.00 | Supplemental electronic document review of database to update prior review of documents regarding Step One banks models. |
| 04/12/10 | 7.00 | Supplemental electronic document review of database to update prior review of documents regarding Step Two condition of sufficient coverage levels on existing debt and Step One banks models. |
| 04/16/10 | 5.20 | Supplemental electronic document review of database to update prior review of documents regarding Step Two condition of sufficient coverage levels on existing debt. |
| 04/19/10 | 7.50 | Electronic document review of database regarding Step Two condition of sufficient coverage levels on existing debt. |
| 04/20/10 | 2.30 | Finalize electronic document review of database of outstanding factual research issues sufficient coverage levels on existing debt, Step Two solvency valuation, Step One banks' expressions. |
| 04/23/10 | 1.80 | File management: index and file factual research binders with Central Files for archives. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802

May 27, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice: 272982
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through April 30, 2010.

| | | |
|---|---|---:|
| By Graeme W. Bush | | |
| 0.60 hours at $765.00 per hour | $ | 459.00 |
| By Thomas G. Macauley | | |
| 7.70 hours at $580.00 per hour | $ | 4,466.00 |
| By Diana Gillig | | |
| 14.10 hours at $160.00 per hour | $ | 2,256.00 |
| TOTAL FEES | $ | 7,181.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ | 7,181.00 |

May 27, 2010                                                                                           Page 2

DESCRIPTION OF SERVICES                                                                      CLIENT: 12464
                                                                                             MATTER: 0002

Thomas G. Macauley

| Date | Hours | Description |
|---|---|---|
| 04/02/10 | 0.20 | Review and edit CNO for 6th monthly fee application. |
| 04/02/10 | 0.20 | Analyze issues regarding next interim fee application. |
| 04/05/10 | 0.20 | Analyze issues regarding status of fee examiner review. |
| 04/06/10 | 0.60 | Review and finalize February time detail with attention to work product. |
| 04/06/10 | 0.20 | Draft note to V. Garlati regarding 6th monthly fee application. |
| 04/06/10 | 0.10 | Analyze issues regarding 5th monthly fee application. |
| 04/06/10 | 0.30 | Review expert invoices. |
| 04/12/10 | 0.10 | Review note from Cole Schotz regarding interim fee applications. |
| 04/12/10 | 0.40 | Review and edit 7th monthly fee application. |
| 04/14/10 | 0.20 | Review 2nd interim fee application. |
| 04/15/10 | 1.70 | Work on 2nd interim fee application. |
| 04/15/10 | 0.70 | Review March time detail for work product and confidentiality. |
| 04/22/10 | 0.30 | Review expert's most recent invoice and analyze issues regarding same. |
| 04/22/10 | 0.50 | Final review of March time detail for work product and confidentiality. |
| 04/23/10 | 0.20 | Analyze issues regarding expert's invoices. |
| 04/26/10 | 0.20 | Analyze issues regarding monthly fee application for March. |
| 04/27/10 | 0.50 | Review and edit 8th monthly fee application. |
| 04/28/10 | 0.80 | Review fee examiner report and exhibits on 1st interim fee application. |
| 04/29/10 | 0.30 | Draft note to internal team regarding fee examiner report. |

Graeme W. Bush

| Date | Hours | Description |
|---|---|---|
| 04/29/10 | 0.60 | Review e-mails from Thomas Macauley regarding fee examiner questions and fee examiner report regarding ZS fees and expenses. |

2606191.1

May 27, 2010

Page 3

Diana Gillig

| Date | Hours | Description |
|---|---|---|
| 04/06/10 | 0.10 | Electronically file CNO regarding 6th monthly fee application. |
| 04/07/10 | 0.40 | Revise time detail for 7th monthly fee application. |
| 04/12/10 | 1.70 | Prepare cost itemization regarding 7th monthly fee application. |
| 04/12/10 | 0.90 | Draft 7th monthly fee application. |
| 04/12/10 | 0.20 | Draft notice of application and certificate of service regarding same. |
| 04/12/10 | 0.20 | Electronically file fee application. |
| 04/12/10 | 0.20 | Prepare service for same. |
| 04/13/10 | 1.50 | Update chart of costs regarding second interim fee application. |
| 04/13/10 | 1.30 | Draft second interim fee application. |
| 04/13/10 | 0.20 | Draft notice and certificate of service for same. |
| 04/13/10 | 0.20 | Draft notice of filing with certificate of service for same. |
| 04/14/10 | 0.30 | Revise second interim fee application, notice and certificate of service for same. |
| 04/14/10 | 1.00 | Revise second interim fee application. |
| 04/14/10 | 0.10 | Electronically file same. |
| 04/14/10 | 0.10 | Revise notice of filing for same. |
| 04/15/10 | 0.10 | Electronically file notice of filing for same. |
| 04/15/10 | 0.30 | Prepare service of same. |
| 04/19/10 | 1.50 | Review time detail regarding 8th monthly fee application. |
| 04/23/10 | 1.60 | Prepare cost chart regarding 8th monthly fee application. |
| 04/23/10 | 0.70 | Draft 8th monthly fee application. |
| 04/26/10 | 0.20 | Revise exhibit A to 8th monthly fee application. |
| 04/26/10 | 0.60 | Draft 8th monthly fee application. |
| 04/26/10 | 0.20 | Draft notice and certificate of service for same. |
| 04/26/10 | 0.10 | Review 8th monthly fee application. |
| 04/26/10 | 0.10 | Review changes to 8th monthly fee application. |

May 27, 2010                                                                                                                         Page 4

| Date | Hours | Description |
|---|---|---|
| 04/27/10 | 0.10 | Electronically file 8th monthly fee application. |
| 04/27/10 | 0.10 | Prepare service of same. |
| 04/27/10 | 0.10 | Forward filed fee application to internal team. |



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802

May 27, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice: 272983
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through April 30, 2010.

| | | |
|---|---|---|
| By Graeme W. Bush | | |
| 6.50 hours at $765.00 per hour | $ | 4,972.50 |
| By James Sottile | | |
| 10.00 hours at $675.00 per hour | $ | 6,750.00 |
| TOTAL FEES | $ | 11,722.50 |
| Less Professional Courtesy | $ | -5,861.25 |
| TOTAL FEES | $ | 5,861.25 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 5,861.25 |

BALTIMORE   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

May 27, 2010                                                                                                          Page 2

## DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0003

James Sottile

| | | |
|---|---|---|
| 04/08/10 | 2.00 | Travel from NY following Creditors Committee meeting. |
| 04/08/10 | 3.50 | Travel to NY for Creditors Committee meeting. |
| 04/19/10 | 2.10 | Travel to Wilmington for hearing on motion to appoint examiner. |
| 04/19/10 | 2.40 | Return to D.C. following hearing on motion to appoint examiner. |

Graeme W. Bush

| | | |
|---|---|---|
| 04/08/10 | 2.50 | Travel to and from New York, NY for UCC meeting. |
| 04/13/10 | 1.00 | Travel to Washington, DC. |
| 04/19/10 | 3.00 | Travel to and from Wilmington, DE. |