# EXHIBIT B

Tribune Company, et al.
Zuckerman Spaeder LLP
9th Monthly Fee Application
Period 4/1/10-4/30/10

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | | | |
| TRAIN TRAVEL | $ 654.00 | 4/13/2010 | |
| | $ 351.00 | 4/16/2010 | |
| | $ 698.00 | 4/26/2010 | |
| Subway | $ 4.50 | 4/26/2010 | |
| | $ 168.00 | 4/27/2010 | |
| | $ 183.00 | 4/30/2010 | |
| | | | |
| Total | $ 2,058.50 | | $ 2,058.50 |
| | | | |
| HOTEL | $ 471.90 | 4/16/2010 | |
| | | | |
| Total | $ 471.90 | | $ 471.90 |
| | | | |
| OUTSOURCED DOCUMENT SER. | $ 257.08 | 2/15/2010 | |
| PARCELS - e-file and service | | | |
| Presidents' Day | | | |
| Total | $ 257.08 | | $ 257.08 |
| | | | |
| OUTSOURCED DOCUMENT SERV. | $ 267.20 | 4/19/2010 | |
| IKON | | | |
| Total | $ 267.20 | | $ 267.20 |
| | | | |
| MEALS / MISC | $ 9.20 | 4/16/2010 | |
| | | | |
| Total | $ 9.20 | | $ 9.20 |
| | | | |
| TAXI / PARKING | $ 66.00 | 4/16/2010 | |
| | $ 17.00 | 4/26/2010 | |
| | $ 17.00 | 4/30/2010 | |
| | | | |
| Total | $ 100.00 | | $ 100.00 |
| | | | |
| INHOUSE COPY | $ 49.00 | 4/12/2010 | |
| | $ 18.50 | 4/15/2010 | |
| | $ 36.00 | 4/27/2010 | |
| | | | |
| Total | $ 103.50 | | $ 103.50 |
| | | | |
| WESTLAW RESEARCH | $ 71.63 | 3/31/2010 | |
| | | | |
| Total | $ 71.63 | | $ 71.63 |
| | | | |
| PACER - DOCKET RESEARCH | $ 20.56 | 4/23/2010 | |
| | $ 319.84 | 4/27/2010 | |
| | | | |
| Total | $ 340.40 | | $ 340.40 |
| | | | |
| CONFERENCE CALL - | $ 6.54 | 4/28/2010 | |
| SOUNDPATH | | | |
| Total | $ 6.54 | | $ 6.54 |
| | | | |
| LONG DISTANCE CALLS | $ 1.44 | 4/7/2010 | |
| | $ 1.68 | 4/14/2010 | |
| | $ 10.68 | 4/15/2010 | |
| | $ 1.92 | 4/16/2010 | |
| | $ 2.88 | 4/21/2010 | |
| | $ 2.04 | 4/28/2010 | |
| | $ 0.96 | 4/29/2010 | |
| | | | |
| Total | $ 21.60 | | $ 21.60 |
| | | | |
| POSTAGE | $ 22.40 | 3/31/2010 | |

Zuckerman Spaeder LLP
9th Monthly Fee Application
Period 4/1/10-4/30/10

|  |  |  |  |  |
|---|---|---|---|---|
|  | $ | 0.44 | 4/19/2010 |  |
|  | $ | 55.30 | 4/30/2010 |  |
|  |  |  |  |  |
| Total | $ | 78.14 |  | $ 78.14 |
|  |  |  |  |  |
|  |  |  |  |  |
| GRAND TOTAL |  |  |  | $ 3,785.69 |