# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref Nos. 4164, 4427, 4429, 4431-4435** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK )
                           ) ss.:
COUNTY OF NEW YORK )

TIME DARDEN, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On May 24, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," ("Personalized Transfers"), copies of which are annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.  I also caused copies of the Personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Time Darden

Sworn to before me this

2nd day of June, 2010

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\TRIBUNE\Affidavits\Transfer Notices_Aff_5-24-10.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
                                          |
In re:                                    |   Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  |   Case No. 08-13141 (KJC)
                                          |
                 Debtors.                 |   Jointly Administered
                                          |
                                          |
                                          |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CLEANALL COMMERCIAL CLEANING INC
             7900 NOVA DR          STE 208
             DAVIE, FL 33324

Please note that your claim # 2175 in the above referenced case and in the amount of $8,413.32 has been transferred **(unless previously expunged by court order)** to:

             ASM CAPITAL, L.P.
             TRANSFEROR: CLEANALL COMMERCIAL CLEANING
             ATTN: ADAM MOSKOWITZ
             7600 JERICHO TURNPIKE, SUITE 302
             WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4164    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/24/2010                          David D. Bird, Clerk of Court


                                          /s/ TIME L. DARDEN
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 24, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
In re:                         |    Chapter 11
                               |
TRIBUNE COMPANY, et al.,       |    Case No. 08-13141 (KJC)
                               |
              Debtors.         |    Jointly Administered
                               |
                               |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  SPECTRAGRAPHIC INC
             4 BRAYTON ST
             COMMACK, NY 11725

Please note that your schedule in the above referenced case and in the amount of
        $1,563.49 has been transferred **(unless previously expunged by court order)** to:

            UNITED STATES DEBT RECOVERY V, LP
            TRANSFEROR: SPECTRAGRAPHIC INC
            940 SOUTHWOOD BL, SUITE 101
            INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4429       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/24/2010                         David D. Bird, Clerk of Court


                                         /s/ TIME L. DARDEN
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 24, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                              | Chapter 11

TRIBUNE COMPANY, et al.,                            | Case No. 08-13141 (KJC)

        Debtors.                          | Jointly Administered

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:  SPECTRAGRAPHIC INC
         4 BRAYTON ST
         COMMACK, NY 11725

Please note that your claim # 5811 in the above referenced case and in the amount of
     $1,704.19 has been transferred **(unless previously expunged by court order)** to:

       UNITED STATES DEBT RECOVERY V, LP
       TRANSFEROR: SPECTRAGRAPHIC INC
       940 SOUTHWOOD BL, SUITE 101
       INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

       UNITED STATES BANKRUPTCY COURT
       District of Delaware
       824 Market Street, Fifth Floor
       Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 4429      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/24/2010                                    David D. Bird, Clerk of Court

                      /s/ TIME L. DARDEN

                      By: Epiq Bankruptcy Solutions, LLC
                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 24, 2010.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                    | Chapter 11
                                          |
TRIBUNE COMPANY, et al.,                  | Case No. 08-13141 (KJC)
                                          |
            Debtors.                      | Jointly Administered
                                          |
                                          |
                                          |

---

**NOTICE OF DEFECTIVE TRANSFER**


Transferor:      RAMO COFFEE COMPANY
                 41 COMMERCE COURT
                 NEWINGTON CT 06111


Transferee:      UNITED STATES DEBT RECOVERY III LP
                 940 SOUTHWOOD BLVD, SUITE 101
                 INCLINE VILLAGE NV 89451


**Your transfer   of schedule #  211039000    is defective for the reason(s) checked below:**

Signature Missing


Docket Number 4427                   Date 05/17/10


/s/ T DARDEN
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 24, 2010.

EXHIBIT B

TIME: 12:13:57
DATE: 05/24/10

The Tribune Company
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ASM CAPITAL, L.P. | TRANSFEROR: CLEANALL COMMERCIAL CLEANING ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| CLEANALL COMMERCIAL CLEANING INC | 7900 NOVA DR                   STE 208 DAVIE FL 33324 |
| RAMO COFFEE COMPANY | 41 COMMERCE COURT NEWINGTON CT 06111 |
| SPECTRAGRAPHIC INC | 4 BRAYTON ST COMMACK NY 11725 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: RAMO COFFEE COMPANY 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: SPECTRAGRAPHIC INC 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |

Total Number of Records Printed         17

NICKEY PETROLEUM CO
PO BOX 669
ATWOOD, CA 92811

LIQUIDITY SOLUTIONS, INC.
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ  07601

MULTIAD SERVICES INC
1720 W DETEILLER DRIVE
PEORIA, IL 61615

AVALON TRANSPORTATION LLC
ONE CIVIC PLAZA DRIVE #100
CARSON, CA 90745

EXHIBIT C

**TRB: 5-24-2010 Notices of Transfer**

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTN: J. KATE STICKLES, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801