## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of June, 2010, he caused a copy of the foregoing *Notice of Service* to be served on the following counsel in the manner indicated:

| VIA HAND DELIVERY AND E-MAIL | VIA OVERNIGHT MAIL AND E-MAIL |
|---|---|
| Brian A. Sullivan<br>WERB & SULLIVAN<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, Delaware 19801<br>bsullivan@werbsullivan.com | Thomas E. Lauria<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131<br>tlauria@whitecase.com |
| Jeffrey M. Schlerf<br>John H. Strock<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center, Suite 1600<br>919 North Market Street<br>Wilmington, Delaware 19801<br>jschlerf@foxrothschild.com<br>jstrock@foxrothschild.com | David G. Hille<br>Scott Greissman<br>Andrew W. Hammond<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>dhille@whitecase.com<br>sgreissman@whitecase.com<br>ahammond@whitecase.com |

Travis A. McRoberts (No. 5274)

RLF1 3575381v. 1