IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR TELEPHONIC HEARING ON JUNE 4, 2010 AT 2:00 P.M.[2]
BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the telephonic hearing must contact CourtCall, LLC via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. (Noon) on June 4, 2010 to register to participate.

## CONTESTED MATTERS GOING FORWARD

1.  Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed April 12, 2010) (Docket No. 4008)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] This hearing is a continuation of the May 28, 2010 hearing. Pleadings filed since the May 28, 2010 hearing are in bold print.

47658/0001-6784081v1

Related Document(s):

(a) Notice of Hearing to Consider Approval of Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed April 12, 2010) (Docket No. 4009)

(b) Proposed Disclosure Statement for Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 19, 2010) (Docket No. 4472)

(c) Notice of Proposed Revisions to Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 19, 2010) (Docket No. 4473)

(d) Certification of Counsel With Respect to Submissions (Filed May 24, 2010) (Docket No. 4597)

(e) Proposed Disclosure Statement for Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 24, 2010) (Docket No. 4598)

(f) Notice of Filing of Black Lined Proposed Revisions to Proposed Disclosure Statement for the Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 24, 2010) (Docket No. 4599)

(g) Notice of Filing of Black Line Proposed Revisions to Proposed Disclosure Statement for the Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 27, 2010) (Docket No. 4632)

(h) **Notice of Filing Proposed Revisions to Proposed Disclosure Statement for the Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed June 1, 2010) (Docket No. 4650)**

(i) **Debtors' Reply to Wells Fargo Bank N.A.'s Second Supplemental Objection to Approval of the Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed June 2, 2010) (Docket No. 4666)**

Objection Deadline: May 13, 2010 at 4:00 p.m.
Pursuant to the Court's ruling at the May 20, 2010 hearing, objections to the proposed changes to the Proposed Disclosure Statement were due by 4:00 p.m. on May 26, 2010. On consent of the parties, the Objection Deadline was extended to May 27, 2010 at 11:00 a.m. for Wells Fargo Bank, N.A., as Successor Administrative Agent under the Bridge Loan Agreement.
At the May 28, 2010 hearing, the Court directed the Debtors to file proposed revisions to the proposed Disclosure Statement for the Proposed Amended Joint Plan of

Reorganization for Tribune Company and Its Subsidiaries no later than 10:00 a.m. on June 1, 2010 and further directed Wells Fargo Bank, N.A. to file any response to the proposed revisions no later than 10:00 a.m. on June 2, 2010.

Responses Received:

(a) Kevin Millen's Objection to Disclosure Statement (Filed April 26, 2010) (Docket No. 4153)

(b) Objection, by Claimant Robert Henke, to Disclosure Statement (Filed May 11, 2010) (Docket No. 4310)

(c) Response by Virginia W. Thomson to Notice of Hearing to Consider Approval of Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 12, 2010) (Docket No. 4348)

(d) Objection by Samuel K. Rosen, co-counsel to Crabhouse of Douglaston Inc. d/b/a Douglaston Manor, *et al.* (Filed May 13, 2010) (Docket No. 4368)

(e) Limited Objection of the ACE Companies to Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 13, 2010) (Docket No. 4373)

(f) Credit Agreement Lenders' Objection to Disclosure Statement and Motion for Approval of Plan Solicitation Procedures (Filed May 13, 2010) (Docket No. 4376)

(g) Objection of the Secretary of the United States Department of Labor to the Motion for Approval of the Disclosure Statement for the Joint Plan of Reorganization of the Tribune Company and Its Subsidiaries (Filed May 13, 2010) (Docket No. 4377)

(h) Response of Deutsche Bank Trust Company of Americas, Indenture Trustee Under the 1992 Indenture, the 1995 Indenture and the 1997 Indenture to the Debtors' Motion to Approve a Disclosure Statement Dated April 12, 2010 (Filed May 13, 2010) (Docket No. 4378)

(i) Wells Fargo Bank N.A.'s Objection to the Debtors' Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 13, 2010) (Docket No. 4382)

(j) Limited Objection to the Disclosure Statement by County of San Bernardino, California, a California Taxing Authority (Filed May 13, 2010) (Docket No. 4383)

47658/0001-6784081v1

(k) Wilmington Trust Company's Objection to the Debtors' (1) Proposed Disclosure Statement for Their Joint Plan of Reorganization; and (2) Motion to Establish Plan Confirmation Procedures (Filed May 13, 2010) (Docket No. 4385)

(l) Objection by Dilip K. Patel (Filed May 14, 2010) (Docket No. 4403)

(m) Objection of the United States Trustee and Reservation of Rights Related to (A) the Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries and (B) the Debtors' Motion for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization for Tribune Company and Its Subsidiaries; (II) Establishing Deadline for Return of Media Ownership Certifications; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures in Respect of Confirmation of Joint Plan of Reorganization; and (V) Granting Related Relief (Related to Docket Entry #s 4008, 4204) (Filed May 15, 2010) (Docket No. 4424)

(n) Reply of Settlement Supporters to Objections of Ad Hoc Group of Senior Lenders [Dkt. No. 4376], Wells Fargo Bank, N.A. [Dkt. No. 4382] and Wilmington Trust Company [Dkt. No. 4385] to Proposed Disclosure Statement and Motion for Approval of Plan Solicitation Procedures (Filed May 17, 2010) (Docket No. 4436)

(o) Reply of the Official Committee of Unsecured Creditors to Various Objections to the Disclosure Statement (Filed May 18, 2010) (Docket No. 4447)

(p) Debtors' Omnibus Response to Objections to Approval of the Disclosure Statement for the Joint Plan of Reorganization of Tribune Company and Its Subsidiaries (Filed May 18, 2010) (Docket No. 4450)

(q) Credit Agreement Lenders' Submission of Disclosure Statement Position Statement (Filed May 18, 2010) (Docket No. 4453)

(r) Wilmington Trust Company's Supplement to Its Objection to the Debtors' (1) Proposed Disclosure Statement for Their Joint Plan of Reorganization; and (2) Motion to Establish Plan Confirmation Procedures (Filed May 19, 2010) (Docket No. 4480)

(s) Objection of the Washington-Baltimore Newspaper Guild to the Proposed Disclosure Statement for Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed May 26, 2010) (Docket No. 4617)

(t) **Wells Fargo Bank N.A.'s Second Supplemental Objection to (I) the Debtors' Further Modified Proposed Disclosure Statement for**

          **Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries and (II) the Debtors' Revised Proposed Order With Respect to Motion of the Debtors for an Order Establishing Procedures for Solicitation (Filed June 2, 2010) (Docket No. 4658)**

(u)    **Bridge Agent's Response to Debtors' Reply to Second Supplemental Objection to Approval of the Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Filed June 3, 2010) (Docket No. 4667)**

Status:    This matter was continued from the May 28, 2010 hearing. All of the objections to the Disclosure Statement have been overruled or resolved, with the exception of the objection of Wells Fargo Bank, N.A., as Successor Administrative Agent under the Bridge Loan Agreement. This matter will be going forward.

2.    Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization for Tribune Company and Its Subsidiaries; (II) Establishing Deadline for Return of Media Ownership Certifications; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures in Respect of Confirmation of Joint Plan of Reorganization; and (V) Granting Related Relief (Filed April 29, 2010) (Docket No. 4204)

Related Document(s):

(j)    Notice of Filing of Revised Proposed Order and Exhibits with Respect to Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization for Tribune Company and Its Subsidiaries; (II) Establishing Deadline for Return of Media Ownership Certifications; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures in Respect of Confirmation of Joint Plan of Reorganization; and (V) Granting Related Relief (Filed May 24, 2010) (Docket No. 4600)

(k)    Notice of Filing of Revised Proposed Order and Exhibit A with Respect to Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization for Tribune Company and Its Subsidiaries; (II) Establishing Deadline for Return of Media Ownership Certifications; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures in Respect of Confirmation of Joint Plan of Reorganization; and (V) Granting Related Relief (Filed May 27, 2010) (Docket No. 4633)

(l) **Notice of Filing of Revised Proposed Order With Respect to Motion of the Debtors for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization for Tribune Company and Its Subsidiaries; (II) Establishing Deadline for Return of Media Ownership Certifications; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures in Respect of Confirmation of Joint Plan of Reorganization; and (V) Granting Related Relief (Filed June 1, 2010) (Docket No. 4651)**

Objection Deadline: May 13, 2010 at 4:00 p.m.

Responses Received:

(a) Credit Agreement Lenders' Objection to Disclosure Statement and Motion for Approval of Plan Solicitation Procedures (Filed May 13, 2010) (Docket No. 4376)

(b) Objection of the Secretary of the United States Department of Labor to the Motion for Approval of the Disclosure Statement for the Joint Plan of Reorganization of the Tribune Company and Its Subsidiaries (Filed May 13, 2010) (Docket No. 4377)

(c) Wilmington Trust Company's Objection to the Debtors' (1) Proposed Disclosure Statement for Their Joint Plan of Reorganization; and (2) Motion to Establish Plan Confirmation Procedures (Filed May 13, 2010) (Docket No. 4385)

(d) Objection of the United States Trustee and Reservation of Rights Related to (A) the Disclosure Statement for Joint Plan of Reorganization for Tribune Company and Its Subsidiaries and (B) the Debtors' Motion for an Order (I) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization for Tribune Company and Its Subsidiaries; (II) Establishing Deadline for Return of Media Ownership Certifications; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures in Respect of Confirmation of Joint Plan of Reorganization; and (V) Granting Related Relief (Related to Docket Entry #s 4008, 4204) (Filed May 15, 2010) (Docket No. 4424)

(e) Debtors' Omnibus Response to Objections to Approval of the Disclosure Statement for the Joint Plan of Reorganization of Tribune Company and Its Subsidiaries (Filed May 18, 2010) (Docket No. 4450)

(f) Wilmington Trust Company's Supplement to Its Objection to the Debtors' (1) Proposed Disclosure Statement for Their Joint Plan of Reorganization;

and (2) Motion to Establish Plan Confirmation Procedures (Filed May 19, 2010) (Docket No. 4480)

(g) Technical Comment on Voting Procedures Motion by Bank of America (Filed May 19, 2010) (Docket No. 4501)

(h) Official Committee of Unsecured Creditors' Letter in Support of Plan (submitted for the convenience of the Court)

(i) **Wells Fargo Bank N.A.'s Second Supplemental Objection to (I) the Debtors' Further Modified Proposed Disclosure Statement for Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries and (II) the Debtors' Revised Proposed Order With Respect to Motion of the Debtors for an Order Establishing Procedures for Solicitation (Filed June 2, 2010) (Docket No. 4658)**

Status: This Motion was continued from the May 28, 2010 hearing. All of the objections to the Motion have been overruled or resolved, with the exception of the supplemental objection of Wells Fargo Bank, N.A., as Successor Administrative Agent under the Bridge Loan Agreement. This matter will be going forward.

Dated: June 3, 2010

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

47658/0001-6784081v1