**IN THE UNITED STATES BANKARUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

I, David M. Powlen, Esquire, hereby certify that on June 3, 2010, true and correct copies of *Morgan Stanley & Co., Inc.'s Responses and Objections to Wells Fargo Bank, N.A.'s First Request for the Production of Documents, Directed to Morgan Stanley & Co., Inc.* ("First Responses") were served via email and first class U.S. mail upon:

> Brian A. Sullivan
> WERB & SULLIVAN
> 300 Delaware Ave., 13th Floor
> P.O. Box 25046
> Wilmington, DE 19801
>
> *bsullivan@werbsullivan.com*

**(Signature follows on next page)**

Dated: June 3, 2010

    /s/ David M. Powlen
David M. Powlen (DE No. 4978)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-888-4536

-- and --

Jonathan D. Polkes
Shai Y. Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Morgan Stanley & Co., Inc.*