# United States Bankruptcy Court
For the District of Delaware

In re Tribune Company et al, Case No. 08-13141 (KJC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Claims Recovery Group LLC | APPLICANT INSIGHT LIMITED INC |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): SEE BELOW |
| Claims Recovery Group LLC | Amount of Claim: |
| 92 Union Avenue | Schedules: SEE BELOW |
| Cresskill, NJ 07626 Phone: | Proofs of Claim: SEE BELOW |
| | Date Claim Filed: SEE BELOW |
| Phone: (201) 266-6988 | |
| Last Four Digits of Acct#:_____ | |
| Name and Address where Transferee payments should be sent (if different from above); | Phone: |
| SAME AS ABOVE | Last Four Digits of Acct#:_____ |

| Debtor | Schedule | Claim# | Claim Date | Schedule Amt | Claim Amt |
|---|---|---|---|---|---|
| Tribune Television Company | 241000500 | | | $ 826.27 | $ - |
| Tribune Media Services, Inc. | 236004330 | | | $ 827.40 | $ - |
| Tribune Company | 141000790 | | | $ 348.60 | $ - |
| The Daily Press, Inc. | 210002060 | 1734 | 4/27/2009 | $ 567.10 | $ 493.10 |
| Forum Publishing Group, Inc. | 168000060 | 1733 | 4/27/2009 | $ 658.50 | $ 180.00 |
| Channel 39, Inc. | 148000080 | 1732 | 4/27/2009 | $ 104.50 | $ 250.60 |
| WGN Continental Broadcasting Company | 252000300 | 1731 | 4/27/2009 | $ 933.12 | $ 505.40 |
| KIAH Inc. | 180000150 | 1730 | 4/27/2009 | $ 424.50 | $ 322.00 |
| Sun-Sentinel Company | 208002210 | 1729 | 4/27/2009 | $ 5,309.28 | $ 4,828.25 |
| Chicago Tribune Company | 152003010 | 1728 | 4/27/2009 | $ 3,745.05 | $ 3,725.30 |
| KTLA Inc. | 183000250 | 1727 | 4/27/2009 | $ 198.80 | $ 829.80 |
| KSWB Inc. | 182000100 | 1726 | 4/27/2009 | $ 63.00 | $ 9.00 |
| Tribune Media Net, Inc. | 235000100 | 1725 | 4/27/2009 | $ 1,755.34 | $ 1,695.54 |
| Tribune Media Services, Inc. | | 1724 | 4/27/2009 | | $ 53.50 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___/s/ Allison R. Axenrod_____  Date:___Thursday, June 03, 2010_____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Form 210B (10/06)**

# United States Bankruptcy Court
For the District of Delaware

In re Tribune Company et al, Case No. 08-13141 (KJC)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _1724, 1725, 1726, 1727, 1728, 1729, 1730, 1731, 1732, 1733, 1734_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on June 3, 2010.

| | |
|---|---|
| Claims Recovery Group LLC | APPLICANT INSIGHT LIMITED INC |
| Name of Alleged Transferor | Name of Transferee |
| | |
| 92 Union Avenue, Cresskill, NJ 07626 | PO BOX 458 NEW PORT RICHEY, FL 34656-0458 |
| Address of Alleged Transferor: | Address of Transferee: |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.
Date:_____ _____

**CLERK OF THE COURT**

## NOTICE OF TRANSFER AND WAIVER

APPLICANT INSIGHT LIMITED INC ("Seller"), sells, transfers and assigns unto Claims Recovery Group LLC, with an address at 92 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Tribune Company, et al. or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of $15,761.46 [2], representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-13141 (KJC).

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of the 3 day of Jun, 2010.

By: _____
Signature

Keith Palasky / Controller
Print Name/Title
APPLICANT INSIGHT LIMITED INC

IN WITNESS WHEREOF, Purchaser has signed below as of the 3 day of Jun, 2010.

By: _____
Robert M. Axenrod, Claims Recovery Group LLC

---

[2] To the extent that Seller is agreeing to transfer more than one claim pursuant to this Agreement, the amounts of each claim as listed in the Debtors' Schedules are provided in an attachment hereto.

Schedule of Claims incorporated in preceding Claims Purchase Agreement

| Debtor | Schedule | Claim# | Claim Date | Schedule Amt | Claim Amt |
|---|---|---|---|---|---|
| Tribune Television Company | 241000500 | | | $ 826.27 | $ - |
| Tribune Media Services, Inc. | 236004330 | | | $ 827.40 | $ - |
| Tribune Company | 141000790 | | | $ 348.60 | $ - |
| The Daily Press, Inc. | 210002060 | 1734 | 4/27/2009 | $ 567.10 | $ 493.10 |
| Forum Publishing Group, Inc. | 168000060 | 1733 | 4/27/2009 | $ 658.50 | $ 180.00 |
| Channel 39, Inc. | 148000080 | 1732 | 4/27/2009 | $ 104.50 | $ 250.60 |
| WGN Continental Broadcasting Company | 252000300 | 1731 | 4/27/2009 | $ 933.12 | $ 505.40 |
| KIAH Inc. | 180000150 | 1730 | 4/27/2009 | $ 424.50 | $ 322.00 |
| Sun-Sentinel Company | 208002210 | 1729 | 4/27/2009 | $ 5,309.28 | $ 4,828.25 |
| Chicago Tribune Company | 152003010 | 1728 | 4/27/2009 | $ 3,745.05 | $ 3,725.30 |
| KTLA Inc. | 183000250 | 1727 | 4/27/2009 | $ 198.80 | $ 829.80 |
| KSWB Inc. | 182000100 | 1726 | 4/27/2009 | $ 63.00 | $ 9.00 |
| Tribune Media Net, Inc. | 235000100 | 1725 | 4/27/2009 | $ 1,755.34 | $ 1,695.54 |
| Tribune Media Services, Inc. | | 1724 | 4/27/2009 | | $ 53.50 |