B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **LOS ANGELES TIMES COMMUNICATIONS LLC,**    Case No. **08-13185**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **CITY OF RIVERSIDE** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**
Last Four Digits of Acct #: _____

Court Claim # (if known): **1563**
Amount of Claim: **$1,494.45**
Date Claim Filed: **4/23/2009**

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     /s/Jeffrey L Caress                                          Date:  6/4/2010
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**3139297**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **LOS ANGELES TIMES COMMUNICATIONS LLC,**     Case No. **08-13185**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **1563** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **6/4/2010**.

**LIQUIDITY SOLUTIONS, INC.**           **CITY OF RIVERSIDE**
Name of Alleged Transferee              Name of Transferor

Address of Alleged Transferee:          Address of Transferor:
**One University Plaza, Suite 312**      CITY OF RIVERSIDE
**Hackensack, NJ 07601**                 RIVERSIDE PUBLIC UTILITIES
                                         3900 MAIN STREET
                                         RIVERSIDE, CA 92501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                 _____
                                         **CLERK OF THE COURT**

3139297

## TRANSFER NOTICE

City Of Riverside ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **LOS ANGELES TIMES COMMUNICATIONS LLC** (the "Debtor"), in the aggregate amount of $1,593.22, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 08-13185. — $1,494.45 *RJR*

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2010

City Of Riverside

_____
(Signature)

DAVID H. WRIGHT, PUBLIC UTIL GEN MGR
(Print Name and Title)

_____
JEFFREY L. CARESS
Liquidity Solutions, Inc.

LOS ANGELES TIMES COMMUNICATIONS LLC
City Of Riverside

3139297

Tribune