IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                          :       Chapter 11 Cases
                                                :       Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                        :       (Jointly Administered)
                                                :
                        Debtors.                :
-------------------------------------------------------x
```

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on June 3, 2010, true and correct copies of *Law Debenture Trust Company of New York's Responses and Objections to Wells Fargo Bank, N.A.'s First Request for Production of Documents* was served upon the following counsel via electronic mail:

| | |
|---|---|
| Thomas E. Lauria, Esquire | Jeffrey M. Schlerf, Esquire |
| Gerard Uzzi, Esquire | Eric M. Sutty, Esquire |
| David G. Hille, Esquire | John H. Strock, Esquire |
| Andrew W. Hammond, Esquire | jschlerf@foxrothschild.com |
| Scott Greissman, Esquire | esutty@foxrothschild.com |
| tlauria@whitecase.com | jstrock@foxrothschild.com |
| guzzi@whitecase.com | Fox Rothschild LLP |
| dhille@whitecase.com | 919 North Market Street, Suite 1300 |
| ahammond@whitecase.com | Wilmington, DE 19801 |
| sgreissman@whitecase.com | |
| White & Case LLP | |
| 1155 Avenue of the Americas | |
| New York, NY 10036-2787 | |

Dated: June 4, 2010        Respectfully submitted,
       Wilmington, Delaware

                           /s/ Garvan F. McDaniel
                           Garvan F. McDaniel (No. 4167)
                           Bifferato Gentilotti LLC
                           800 N. King Street, Plaza Level
                           Wilmington, Delaware 19801
                           (302) 429-1900
                           (302) 429-8600 (fax)
                           gmcdaniel@bglawde.com

                           *Co-Counsel for Law Debenture Trust Company
                           of New York*