IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Charles Joseph to represent James Allen, Charles Evans, Pearl Evans, Gary Grant, Loretta Grant, Bill McNair and Sean Serrao in this matter.

Dated: Wilmington, Delaware
June 4, 2010

Respectfully submitted,

PINCKNEY, HARRIS & WEIDINGER, LLC

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 telephone
(302) 442-7046 facsimile

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Bankruptcy Court Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York; U.S. District Court, Southern District of New York; U.S. District Court, Eastern District of New York; U.S. District Court, Western District of New York; and U.S. District Court, Northern District of New York. Pursuant to Local Bankruptcy Court Rule 9010-1(b), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Dated: June 3, 2010        Signed: _____
                           Charles Joseph (CJ-9442)
                           JOSEPH, HERZFELD, HESTER &
                           KIRSCHENBAUM LLP
                           757 Third Avenue, 25th Floor
                           New York, NY 10017
                           (212) 688-5640 telephone
                           (212) 688-2548 facsimile