# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 06/04/2010
Calendar Time: 02:00 PM ET

Amended Calendar 06/04/2010 10:15 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3556812 | Steven Abramowitz | 212-237-0137 | Vinson & Elkins | Creditor, Carlson Capital / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3556798 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3556155 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3556884 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3556790 | Kathryn Bennett | (212) 295-6349 | Wilmer Cutler Pickering Hale & Dorr, | Representing, Angelo Gordon / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3556151 | D'Lisia Bergeron | 312-853-3351 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3555914 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3556317 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3556451 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3556710 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3556868 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3556999 | James Burke | (202) 339-8529 | Orrick Herrington & Sutcliffe | Creditor, - / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3556804 | Richard F. Casher | (212) 506-1732 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3556939 | Randall Chase | (302) 674-3037 | Associated Press | Interested Party, Associated Press / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3556708 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3556716 | Steven H. Church | (302) 661-7606 | Bloomberg, LLP | Interested Party, Bloomberg, LP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556463 | Blake Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3555746 | Mark D. Collins | 302-651-7531 | Richards, Layton & Finger, P.A. | Creditor, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556303 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556870 | Andrew Dash | 212-209-4811 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556139 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556800 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556873 | William Dolan | 401-276-2611 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3557282 | Phillip Dublin | 212-872-8083 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Centerbridge / LIVE |
| Tribune Company | 08-13141 | Hearing | 3555919 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556871 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556956 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556808 | Jeffrey Farkas | (614) 577-1120 | RBS Greenwich Capital | Interested Party, RBS Greenwich Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3557268 | Alexis Freeman | 212-872-1026 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Centerbridge Credit Advisors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3557272 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Center Bridge Credit Advisors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556593 | Andrew Gordon | 212-373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556267 | Scott Greissman | (212) 819-8567 | White & Case LLP | Client, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556086 | Andrew Gu | (203) 413-7246 | Arrowhawk Capital Partners | Client, Arrowhawk Capital Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556869 | Jennifer Hoover | (302) 442-7010 | Benesch, Friedlander | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556479 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556709 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 3556064 | Ken Kansa | (312) 853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556875 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556872 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556864 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556504 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556606 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556274 | Thomas Lauria | (212) 819-8200 | White & Case | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556333 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556600 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3555928 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3555877 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556856 | Robert Craig Martin | 302-425-7116 | Edwards Angell Palmer Dodge, LLP | Interested Party, Barclays Capital / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556574 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556807 | Garvan McDaniel | 302-429-1900 | Bifferato Gentilotti LLC | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556799 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556831 | Joseph McMahon | (302) 573-6491 | US Trustee Office Of Wilmington | Interested Party, US Trustee Office Of Wilmington Delware / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556131 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556796 | Mark Minuti | 302-421-6840 | Saul Ewing LLP | Representing, Examiner / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556711 | Francis Monaco | 302-252-4340 | Womble Carlyle Sandridge & Rice, | Creditor, GreatBanc Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3555892 | Norman L. Pernick | 302-295-4829 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556331 | David M. Powlen | (317) 727-2211 | Barnes & Thornburg LLP | Creditor, Morgan Stanley & Co. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556805 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 3555740 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3555846 | Jeffrey M. Schlerf | 302-622-4212 | Fox Rothschild LLP | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556797 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556872 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556791 | Laurie Silver Silverstein | 302-984-6000 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3557013 | Rebecca Song | (212) 559-9933 | Citi | Creditor, Citi / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556809 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 3555905 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556887 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3556830 | Rushabh Vora | (212) 231-6311 | Macquarie Capital | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3555938 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company And Tribune CNLBC, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3556251 | Andrew Zatz | (212) 819-8744 | White & Case LLP | Creditor, Wells Fargo Bank N.A. / LIVE |

Handwritten: 3556788  Madlyn G. Primoff  SUB  JOSEPH DRAYTON