# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket Nos. 4008, 4472, 4598, 4632 and 4690 |

## NOTICE OF FILING BLACK LINE PROPOSED REVISIONS TO DISCLOSURE STATEMENT FOR THE AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES

PLEASE TAKE NOTICE that on April 12, 2010, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the Disclosure Statement for the Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (the "April 12, 2010 Disclosure Statement") [Docket No. 4008]. The Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (the "April 12, 2010 Plan") was attached to the Proposed April 12, 2010 Disclosure Statement as Exhibit A.

PLEASE TAKE FURTHER NOTICE that on May 19, 2010, the Debtors filed the Proposed Disclosure Statement for Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (the "Proposed May 19, 2010 Disclosure Statement") [Docket No. 4472].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct PMail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

PLEASE TAKE FURTHER NOTICE that a hearing (the "Disclosure Statement Hearing") was held on May 20, 2010 before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge for the District of Delaware to consider the entry of an order approving the Disclosure Statement. A black line reflecting proposed changes to the Proposed May 19, 2010 Disclosure Statement was distributed by the Debtors at the Disclosure Statement Hearing. The Disclosure Statement Hearing was continued to May 28, 2010 at 10:00 a.m., which hearing was further continued to June 4, 2010.

PLEASE TAKE FURTHER NOTICE that on May 24, 2010, the Debtors filed the Proposed Disclosure Statement for Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries [Docket No. 4598].

PLEASE TAKE FURTHER NOTICE that on May 27, 2010, the Debtors filed the Notice of Filing of Black Line Proposed Revisions to Proposed Disclosure Statement for the Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries [Docket No. 4632].

PLEASE TAKE FURTHER NOTICE that on June 1, 2010, the Debtors filed the Notice of Filing Proposed Revisions to Proposed Disclosure Statement for the Proposed Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (the "Proposed June 1, 2010 Disclosure Statement")[Docket No. 4650].

PLEASE TAKE FURTHER NOTICE that on June 4, 2010, the Debtors filed the Disclosure Statement for Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (the "June 4, 2010 Disclosure Statement") and the Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (the "June 4, 2010 Amended Plan") [Docket No. 4690]. Attached hereto as Exhibit 1 are black line changed pages that reflect all changes made to the Proposed June 1, 2010 Disclosure Statement pursuant to the Court's oral rulings during the June 4, 2010 Disclosure Statement Hearing. Attached hereto as Exhibit 2 is a cumulative black line comparing the June 4, 2010 Disclosure Statement to the April 12, 2010 Disclosure Statement. Attached hereto as Exhibit 3 is a cumulative black line comparing the June 4, 2010 Amended Plan to the April 12, 2010 Plan.

PLEASE TAKE FURTHER NOTICE that copies of the above-referenced documents may be (i) obtained free of charge from Epiq Bankruptcy Solutions, LLC's ("Epiq") dedicated website related to the Debtors' Chapter 11 Cases (http://chapter11.epiqsystems.com/tribune) or by telephoning Epiq at (646) 282-2400; (ii) inspected during regular business hours at the Office of the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street, Wilmington, DE 19801; or (iii) viewed on the Internet at the Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.

Dated: June 4, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kerriann S. Mills
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION