## NOTICE OF CLAIMS PURCHASE AGREEMENT

ALL PHASE SECURITY INC, a(n) California Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $26,395.00 (proof of claim amount, defined as the "Claim") against Tribune Company et al (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Delaware, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 08-13141 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the _2ND_ day of _June_ , 2010.

WITNESS _Key A. Rochester_ (Signature)

_Kelly A. Rochester   VP_
(Print Name and Title of Witness)

_All Phase Security, Inc_
(Company Name)

_(Signature of Corporate Officer)_

_Kenneth Garrett , CEO_
(Print Name and Title of Corporate Officer)

CORRE OPPORTUNITIES FUND, LP

WITNESS _K. Branff_
(Signature)

_(Signature of Fund Representative)_

_Eric Soderlund_
(Print Name, Corre Opportunities Fund, LP)

**Exhibit "A"**