**EXHIBIT A**

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2088345 |
| Invoice Date: | 01/01/2010 |

## Remittance Copy
### Billing for services rendered through 12/31/2009

Total by Matter
    0040 General Employee Benefits Matters            $ 214.50
    Client/Reference Number: 0000000847

Total Services            $ 214.50

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**        **$ 214.50**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 1,083.00 |
| 2028654 | 07/31/2009 | 463.10 |
| 2038849 | 08/31/2009 | 71.50 |
| 2076387 | 12/09/2009 | 214.50 |

Total Outstanding Balance        4,652.10

Total Balance Due        $ 4,866.60

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2088345 |
| Invoice Date: | 01/01/2010 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

Client:         020336
Invoice:        2088345
Invoice Date:   01/01/2010

---

## Client Copy
**Billing for services rendered through 12/31/2009**

---

Total by Matter
0040 General Employee Benefits Matters                          $ 214.50
Client/Reference Number: 0000000847

Total Services                                                               $ 214.50

Total Costs and Other Charges Posted Through Billing Period                      0.00

**Total This Invoice**                                                       **$ 214.50**

| Invoice | Date | | |
|---------|------|--|--|
| 1961361 | 01/22/2009 | 2,820.00 | |
| 2025149 | 04/22/2009 | 1,083.00 | |
| 2028654 | 07/31/2009 | 463.10 | |
| 2038849 | 08/31/2009 | 71.50 | |
| 2076387 | 12/09/2009 | 214.50 | |

Total Outstanding Balance                                                      4,652.10

Total Balance Due                                                            $ 4,866.60

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/01/2010

Invoice: 2088345
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040          General Employee Benefits Matters
                      Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding Radco and Television Recording Arts Pension Plan. |

| | **Total Hours** | **0.30** | **Total For Services** | **$214.50** |
|---|---|---|---|---|
| | | | **Total This Invoice** | **$214.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2088346 |
| Invoice Date: | 01/01/2010 |

## Remittance Copy
### Billing for services rendered through 12/31/2009

Total by Matter
  0041 Welfare Plans                                      $ 6,192.50
  Client/Reference Number: 0000000848

Total Services                                                          $ 6,192.50

Total Costs and Other Charges Posted Through Billing Period                 0.00

**Total This Invoice**                                              **$ 6,192.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 11,236.48 |
| 2068574 | 11/30/2009 | 8,635.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2088346
Invoice Date:  01/01/2010

| Invoice | Date | | |
|---------|------|---|---|
| 2076388 | 12/09/2009 | 5,948.50 | |

Total Outstanding Balance                                      80,200.48

Total Balance Due                                           $ 86,392.98

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2088346 |
| Invoice Date: | 01/01/2010 |

---

## Client Copy
### Billing for services rendered through 12/31/2009

---

Total by Matter
    0041 Welfare Plans                          $ 6,192.50
    Client/Reference Number: 0000000848

Total Services                                        $ 6,192.50

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                                  **$ 6,192.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 11,236.48 |
| 2068574 | 11/30/2009 | 8,635.50 |
| 2076388 | 12/09/2009 | 5,948.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2088346 | |
| Invoice Date: | 01/01/2010 | |

Total Outstanding Balance                                                80,200.48

Total Balance Due                                                      $ 86,392.98

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/01/2010

Invoice: 2088346
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041        Welfare Plans
                    Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | A. Gordon | 0.30 | Conference call with S. O'Connor regarding Medicare language. |
| 12/01/09 | A. Gordon | 0.50 | Review UHC ASA for 12/2/09 call. |
| 12/02/09 | A. Gordon | 0.20 | Conference call with R. DeBoer and S. O'Connor regarding UHC contract. |
| 12/02/09 | A. Gordon | 0.80 | Conference call with UHC regarding contracts. |
| 12/02/09 | A. Gordon | 1.30 | Review and draft revised language for UHC ASA. |
| 12/04/09 | A. Gordon | 0.20 | Review e-mails from S. O'Connor and C. Herriges regarding Medicare Part D Reporting. |
| 12/09/09 | A. Gordon | 0.50 | Review e-mail from H. Durinick regarding changes to the UHC ASA contract. |
| 12/09/09 | A. Gordon | 0.10 | Left message regarding UHC ASA contract changes  for R. DeBoer and S. O'Connor. |
| 12/09/09 | A. Gordon | 0.50 | Conference call regarding ASA contract with UHC. |
| 12/18/09 | A. Gordon | 0.50 | Conference call with S. O'Connor and R. DeBoer regarding UHC ASA. |
| 12/18/09 | A. Gordon | 0.30 | Review UHC ASA prior to call with R. DeBoer and S. O'Connor. |
| 12/18/09 | A. Gordon | 0.50 | Draft updated language for UHC and send same. |
| 12/29/09 | A. Gordon | 2.30 | Review and revise HITECH changes to the United Healthcare business associate agreement. |
| 12/30/09 | P. Compernolle | 0.30 | Review open issues in UHC contract. |
| 12/30/09 | A. Gordon | 1.80 | Review and revise the business associate provisions of the United Healthcare agreement. |

**Total Hours**        **10.10**            **Total For Services**        **$6,192.50**

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2088346 |
| Invoice Date: | 01/01/2010 |

**Total This Invoice**    **$6,192.50**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2088347 |
| Invoice Date: | 01/01/2010 |

## Remittance Copy
### Billing for services rendered through 12/31/2009

| | | |
|---|---|---|
| Total by Matter | | |
| 0047 ESOP | $ 4,407.00 | |
| Client/Reference Number: 0000001574 | | |
| | | |
| Total Services | | $ 4,407.00 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| | | |
| **Total This Invoice** | | **$ 4,407.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2088347 |
| Invoice Date: | 01/01/2010 |

## Client Copy
### Billing for services rendered through 12/31/2009

Total by Matter
    0047 ESOP                                  $ 4,407.00
    Client/Reference Number: 0000001574

Total Services                                           $ 4,407.00

Total Costs and Other Charges Posted Through Billing Period         0.00

**Total This Invoice**                                **$ 4,407.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

01/01/2010

Invoice: 2088347
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | J. Holdvogt | 0.50 | Continue preparing plan amendment to Tribune Company ESOP for compliance with Pension Protection Act and HEART Act changes. |
| 12/03/09 | P. Compernolle | 0.30 | Review amendment for compliance with Pension Protection Act. |
| 12/03/09 | J. Holdvogt | 0.80 | Review and revise plan amendment to Tribune Company ESOP for compliance with Pension Protection Act and HEART Act changes. |
| 12/04/09 | P. Compernolle | 0.50 | Finalize Pension Protection Act amendment (.40); email same to W. Merten (.10). |
| 12/09/09 | W. Merten | 0.70 | Telephone call from Don Liebentritt regarding IRS and Department of Labor inquiries and interviews connected therewith (.20). Analysis regarding same (.10); Draft e-mail to D. Liebetritt regarding same (.40). |
| 12/10/09 | W. Merten | 1.70 | Review e-mail from D.Liebentritt regarding setting Thursday call (.10). Review e-mail from D.Liebentritt regarding IRS inquiries (.30). Telephone call to Charlie Smith regarding same (.10). Review e-mail from Monica Melgarejo regarding same (.30). Telephone call to M. Melgarejo regarding her email (.20). Telephone calls to David Bradford regarding same (.40). Telephone call from Don Liebentritt regarding IRS inquiries (.30). |
| 12/15/09 | W. Merten | 0.30 | Conversation with Marilyn Marchetti regarding meeting with Chris Davis at Department of Labor. |
| 12/16/09 | W. Merten | 0.20 | Telephone call to Monica Melgarejo regarding IRS and DOL inquiries (.10). Telephone call from M. Melgarejo regarding interviews Duff & Phelps is having with |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2088347
Invoice Date:   01/01/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Department of Labor and IRS (.10). |
| 12/17/09 | W. Merten | 0.20 | Telephone call from Marilyn Marchetti regarding interview. |
| 12/18/09 | W. Merten | 0.80 | Telephone calls from Marilyn Marchetti regarding interview with Chris Davis at Department of Labor (.30). Telephone call to E. Bluth regarding same (.10). Telephone call to David Bradford regarding IRS inquiries (.20).  Telephone call from Elyse Bluth regarding conversations with unsecured creditor's committee. Telephone call to Don Liebentritt regarding same (.20). |
| 12/28/09 | W. Merten | 0.20 | Prepare for and call with D. Liebentritt regarding IRS inquiries. |
| 12/29/09 | W. Merten | 0.20 | Telephone call to Charlie Smith regarding IRS inquiries (.10).  Telephone call to Don Liebentritt regarding same (.10). |
| 12/30/09 | W. Merten | 0.30 | Telephone call from Charlie Smith regarding IRS inquiries. |

|  | **Total Hours** | **6.70** | **Total For Services** | **$4,407.00** |
|--|-----------------|----------|------------------------|---------------|
|  |  |  | **Total This Invoice** | **$4,407.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2087409 |
| Invoice Date: | 01/26/2010 |

---

## Remittance Copy
### Billing for services rendered through 12/31/2009

---

Total by Matter
    0507 Newsday
    Client/Reference Number: 0000001849          $ 11,757.95

Total Services                                                          $ 11,748.00

Total Costs and Other Charges Posted Through Billing Period          9.95

**Total This Invoice**                                            **$ 11,757.95**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2087409 |
| Invoice Date: | 01/26/2010 |

## Client Copy
### Billing for services rendered through 12/31/2009

Total by Matter
    0507 Newsday
    Client/Reference Number: 0000001849          $ 11,757.95

Total Services      $ 11,748.00

Total Costs and Other Charges Posted Through Billing Period      9.95

**Total This Invoice**      **$ 11,757.95**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/26/2010

Invoice: 2087409
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/09/09 | B. Rubin | 1.20 | Conference call with clients regarding possible changes to structure (.40); analysis regarding same (.60); e-mail correspondence to A. Whiteway regarding lease termination (.20). |
| 12/11/09 | B. Rubin | 1.50 | Conference with Ms. Whiteway and Mr. Finkelstein regarding possible modifications to address Cablevision issues. |
| 12/14/09 | B. Rubin | 2.40 | Review and analyze Newsday documents regarding possible modifications to address Cablevision issues (1.4); memo to clients regarding same ( 1.0). |
| 12/14/09 | A. Whiteway | 1.50 | Review and revise structuring alternatives. |
| 12/14/09 | J. Finkelstein | 0.20 | Review correspondence from B. Rubin regarding Newsday restructuring. |
| 12/15/09 | A. Whiteway | 1.50 | Correspondence with client regarding structure (.20); analysis of structuring alternatives (1.30). |
| 12/16/09 | B. Rubin | 1.40 | Review transaction documents to develop possible responses to Cablevision issues. |
| 12/17/09 | B. Rubin | 2.30 | Review transaction documents regarding possible modifications (1.2); preparation for and conference call with clients regarding same (1.1). |
| 12/17/09 | A. Whiteway | 1.00 | Preparation for and telephone conference with Mr. Larsen and Mr. Eldersveld regarding structure issue. |
| 12/17/09 | J. Finkelstein | 1.00 | Analysis regarding Newsday restructuring (.20); participate in conference call with Tribune regarding same (.80). |

**Total Hours**     **14.00**          **Total For Services**     **$11,748.00**

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2087409
Invoice Date: 01/26/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| J. Finkelstein | 1.20 | 696.00 |
| B. Rubin | 8.80 | 8,052.00 |
| A. Whiteway | 4.00 | 3,000.00 |
| **Totals** | **14.00** | **$11,748.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Messenger/Courier | 5.25 |
| US Messenger & Logistics, Inc., Invoice# 1618-6695, dated 12/19/2009, 435 N Michigan Ave. | |
| Photocopy | 4.70 |
| Device 01CHI25C. 08466 | |

**Total Costs and Other Charges**    **$9.95**

**Total This Invoice**    **$11,757.95**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096277 |
| Invoice Date: | 01/26/2010 |

## Remittance Copy
### Billing for services rendered through 12/31/2009

Total by Matter
  0515 Chapter 11 Restructuring                              $ 135,295.52

Total Services                                                       $ 135,248.00

Total Costs and Other Charges Posted Through Billing Period                 47.52

**Total This Invoice**                                               **$ 135,295.52**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |
| 2076400 | 12/09/2009 | 114,381.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2096277 |
| Invoice Date: | 01/26/2010 |

Total Outstanding Balance                    506,497.74

Total Balance Due                        $ 641,793.26

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096277 |
| Invoice Date: | 01/26/2010 |

## Client Copy
### Billing for services rendered through 12/31/2009

Total by Matter
     0515 Chapter 11 Restructuring            $ 135,295.52

Total Services            $ 135,248.00

Total Costs and Other Charges Posted Through Billing Period       47.52

**Total This Invoice**            **$ 135,295.52**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |
| 2076400 | 12/09/2009 | 114,381.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2096277
Invoice Date:   01/26/2010

Total Outstanding Balance                                          506,497.74

Total Balance Due                                              $ 641,793.26

.

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

01/26/2010

Invoice: 2096277
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/09 | G. Ravert | 0.30 | Communications with B. Rubin and J. Zajac regarding response to Examiner's final report (.3). |
| 12/01/09 | J. Zajac | 2.30 | Emails with M. Simons regarding expenses for October fee statement (.2); emails with B. Rubin regarding final fee examiner's report (.20); revise Third Quarterly Application and October fee statement (1.90). |
| 12/01/09 | B. Rubin | 0.20 | Email correspondence with Mr. Ravert regarding response to fee examiner. |
| 12/01/09 | A. Whiteway | 1.50 | Email correspond with Mr. Shanahan regarding emergence tax issues (.4); review spin off memo (1.1). |
| 12/01/09 | J. Finkelstein | 1.00 | Review financial statements. |
| 12/01/09 | M. Wilder | 0.70 | Further research into distribution of control issue. |
| 12/02/09 | G. Ravert | 0.50 | Call with B. Rubin and J. Zajac regarding response to Examiner's Final Report in connection with McDermott's First Interim Fee Application (.2); draft email to Examiner regarding same (.3). |
| 12/02/09 | J. Zajac | 0.50 | Call with B. Ruin regarding fee examiner's final report (.1); revisions to Third Quarterly fee application (.3); email same to B. Rubin (.1). |
| 12/02/09 | G. Chan | 2.40 | Research whether "liabilities" under section 1017 include section 752 liabilities (1.9); prepare preliminary outline of memo (0.5). |
| 12/02/09 | B. Rubin | 3.10 | Review fee examiner report (.5); preparation for and conference call with Mr. Ravert regarding response to fee examiner (.3); review and analyze computations regarding benefit of bifurcated emergence effective date structure (1.5); preparation for and conference call with Mr. Shanahan and Ms. Melgarejo regarding tax issues |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2096277
Invoice Date:  01/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.8). |
| 12/02/09 | A. Whiteway | 3.80 | Review financial information (1.5); conference with Mr. Rubin and Mr. Finkelstein regarding same (.7); review and analysis of accrual information (.9); telephone conference with Mr. Shanahan regarding emerging tax issues (.7). |
| 12/02/09 | J. Finkelstein | 3.10 | Review and analysis regarding schedules received from Tribune related to PoA planning (.8 hours); participate in conference call with Tribune regarding PoA planning (.8 hours); analysis regarding PoA planning (.5 hours); review financial statements (1 hour). |
| 12/03/09 | G. Ravert | 0.50 | E-mails with A. Dalton or Stuart Mauie regarding response to Examiner final report (.20); e-mails with B. Rubin, M. Simons and J. Zajac regarding October and November bills and examier response (.30). |
| 12/03/09 | J. Zajac | 1.80 | Review November prebills to ensure compliance with Bankruptcy rules (1.3); review emails from G. Ravert regarding final fee examiner report (.2); meeting with G. Ravert regarding expenses (.2); email with M. Simons regarding same (.1). |
| 12/03/09 | G. Chan | 2.80 | Conference with B. Rubin, A. Whiteway, and M. Wilder regarding assignment involving bankruptcy and interest accruals (0.9); research for article discussing bankruptcy and interest accruals (0.3); identify and retrieve authorities discussed in the article (1.6). |
| 12/03/09 | B. Rubin | 2.90 | Review and comment on financial statements and coordinate comments from co-counsel regarding same (.7); research and analysis regarding interest accrual and cancellation issues (1.4); preparation for and conference with Mr. Wilder and Ms. Chan regarding interest accrual and cancellation issues (.8). |
| 12/03/09 | A. Whiteway | 2.00 | Review and comment on financial statements (1.0); preparation for and conference with Mr. Wilder and Ms. Chan regarding accrual of interest tax issue (1.0) . |
| 12/03/09 | J. Finkelstein | 1.00 | Review financial statements. |
| 12/03/09 | M. Wilder | 4.00 | Discuss various interest accrual issues with B. Rubin, A. Whiteway and G. Chan (.80); research into postpetition interest issues (3.20). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096277
Invoice Date:  01/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/09 | G. Ravert | 0.20 | Review and respond to email concerning in Examiner's preliminary report on second interim quarterly fee application. |
| 12/04/09 | T. Shuman | 0.40 | Review memorandum describing bankruptcy emergence structure. |
| 12/04/09 | G. Chan | 4.40 | Review Henderson treatise and article regarding interest accruals in bankruptcy (1.5); collect authorities discussed in same (2.4); read 2008 ILM regarding interest accruals (0.5). |
| 12/04/09 | B. Rubin | 1.30 | Coordinate response to Mr. Eldersveld's comments on financial statements with co-counsel (.3); correspondence with Mr. Eldersveld regarding same (.3); review Stuart Maue report (.5); correspondence with Mr. Shanahan regarding bifurcated emergence effective date (.2). |
| 12/04/09 | A. Whiteway | 1.00 | Review and comment on financial statements (.80); e-mail correspond with Mr. Eldersveld regarding same (.10); e-mail correspond with Mr. Shanahan regarding interest accrual issue (.10). |
| 12/04/09 | J. Finkelstein | 0.50 | Review comments on financial statements (.30) E-mail to Tribune regarding same (.20). |
| 12/04/09 | M. Wilder | 0.30 | Review outline of issues prepared by G. Chan. |
| 12/04/09 | M. Wilder | 0.20 | Brief discussion with G. Chan regarding outline. |
| 12/05/09 | M. Wilder | 1.80 | Review of articles and treatises discussing postpetition interest issues in bankruptcy. |
| 12/07/09 | G. Ravert | 1.30 | Review and revise response to Examiner report (.8); communications with B. Rubin and J. Zajac regarding same (.2); discuss preliminary report concerning second interim application with J. Zajac (.3). |
| 12/07/09 | J. Zajac | 1.40 | Finalize September statement and 3Q application (.4); preparation for and meeting with G. Ravert regarding fee examiner's report (.3); review fee examiner report (.7). |
| 12/07/09 | G. Chan | 2.40 | Read authorities regarding interest accruals in bankruptcy (1.8); call with B. Rubin, A. Whiteway, and M. Wilder regarding additional interest accrual issue (0.2); research case regarding property tax and COD (0.4). |
| 12/07/09 | G. Chan | 3.80 | Research and review authorities regarding whether section 752 liabilities are included for purposes of section 1017 (2.7); draft preliminary memo outlining issues, |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096277
Invoice Date:  01/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | facts, and relevant code sections (1.1). |
| 12/07/09 | B. Rubin | 2.50 | Preparation for and conference call with Mr. Shanahan, Ms. Melgarejo regarding emergence date planning (1.2); review and edit memo to client regarding whether separate steps respected (1.0); review hedge termination issue in light of additional facts from client (.3). |
| 12/07/09 | A. Whiteway | 4.40 | Preparation for and conference call with Mr. Shanahan, Ms. Melgarejo regarding emergence date planning (1.2); review and edit memo regarding spin off transaction (2.0); analysis of effective date issue per correspondence from Mr. Larsen (1.2). |
| 12/07/09 | M. Wilder | 0.80 | Discuss tax benefit issue with B. Rubin, A. Whiteway and G. Chan (.60); discuss interest accrual issues with G. Chan (.20). |
| 12/08/09 | W. Pomierski | 0.80 | Call with BRubin and JFinkelstein to discuss interest rate hedge issues (.40). Review of prior memo for same (.40). |
| 12/08/09 | G. Ravert | 1.40 | E-mail communications with B. Rubin regarding response to Examiner (.1); call with J. Zajac regarding October and November fee statements (.1); finalize response and route same with detailed comments to Fee Examiner (.5); office conference with J. Zajac to go over proposed responses to fee examiner's preliminary report (.7). |
| 12/08/09 | J. Zajac | 1.50 | Email to M. Simons regarding LEDES files (.1); emails to B. Rubin regarding objection deadlines (.2); draft response to final fee report (.9); email to local counsel regarding omnibus order (.3). |
| 12/08/09 | G. Chan | 1.80 | Review cases and authorities regarding post-petition interest accruals (1.8). |
| 12/08/09 | B. Rubin | 1.20 | Preparation for and conference call with Mr. Pomierski regarding hedge issue (.7); review and comment on response to fee examiner report (.5). |
| 12/08/09 | A. Whiteway | 1.50 | Correspondence with client regarding bifurcated effective date. |
| 12/08/09 | J. Finkelstein | 1.00 | Analysis and conference call with counsel regarding reorganization planning and hedge terminations. |
| 12/08/09 | M. Wilder | 0.50 | Review case law on post-petition interest. |
| 12/09/09 | W. Pomierski | 0.50 | Review of hedge timing issues in connection with |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2096277
Invoice Date:   01/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | additional interest rate hedges under S corporation rules. |
| 12/09/09 | P. Levine | 0.50 | Conference with B. Rubin and T. Shuman regarding section 355(d) issues (.20); research same (.30). |
| 12/09/09 | G. Ravert | 0.60 | Call with J. Zajac regarding November fee statements (.2); communications with M. Simons regarding invoices (.1); call with J. Zajac regarding same (.1); communications with B. Rubin regarding omnibus objection (.2). |
| 12/09/09 | T. Shuman | 0.30 | Discuss section 355(d) analysis with B. Rubin and P. Levine. |
| 12/09/09 | J. Zajac | 2.80 | Email to B. Rubin regarding CNO (.1); email to local counsel regarding same (.1); call with G. Ravert regarding stipulation (.1); email to B. Rubin regarding same (.2); review November prebills to ensure compliance with bankruptcy rules (.8); prepare for and call with D. Fuchs regarding Cubs transaction (.6); preparation for and call with G. Castro regarding Cubs closing (.6); preparation for and call with R. Harris regarding same (.3). |
| 12/09/09 | G. Chan | 3.10 | Discuss authorities and post-petition interest accrual issues with M. Wilder (0.2); review cases and authorities regarding post-petition interest accruals (2.9). |
| 12/09/09 | B. Rubin | 1.70 | Correspondence with Mr. Ravert regarding fee objections and omnibus reply (.2); review and analyze memo regarding possible separate emergence by subsidiaries (1.2); conference with Mr. Levine regarding issues raise by client (.2); correspondence with client regarding same (.1). |
| 12/09/09 | A. Whiteway | 6.10 | Telephone conference with Mr. Rubin, Mr. Larsen and Mr. Eldersveld (1.0); review documents (2.9); analysis of alternative restructuring proposals (2.2). |
| 12/09/09 | J. Finkelstein | 1.30 | Participate in conference call with Tribune regarding Newsday structure issues and discuss with counsel (1 hour); review correspondence regarding Newsday lease (.3 hours). |
| 12/09/09 | M. Wilder | 1.50 | Further review of interest accrual activities (1.30); discuss issues and outline of memo with G. Chan (.20). |
| 12/10/09 | P. Levine | 0.80 | Research section 355(d) issue. |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2096277
Invoice Date: 01/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/09 | G. Ravert | 0.70 | Communications with Fee Examiner regarding response to preliminary report (.2); communications with J. Zajac regarding written response to same (.2); finalize response and get Fee Examiner countersignature and related communications (.3). |
| 12/10/09 | J. Zajac | 1.10 | Call with local counsel regarding omnibus order (.1); draft summary of stipulation for omnibus order (.2); draft response to fee examiner's report (.8). |
| 12/10/09 | G. Chan | 0.80 | Review cases and authorities regarding post-petition interest accruals (0.8). |
| 12/10/09 | G. Chan | 4.20 | Research whether section 752 liabilities are included as liabilities for purposes of section 1017 (2.6); draft memo regarding same (1.6) |
| 12/10/09 | B. Rubin | 1.60 | Review and edit memo regarding separate subsidiary emergence (1.4); correspondence with clients regarding same (.2). |
| 12/10/09 | A. Whiteway | 2.00 | Review and revise spin off memo (2.0). |
| 12/10/09 | A. Whiteway | 2.40 | NEWSDAY - Review documents (2.0); analysis alternative restructuring ideas (.4). |
| 12/11/09 | W. Pomierski | 0.50 | Analysis of interest rate swap transactions and implications under subchapter S built-in gains rules. |
| 12/11/09 | J. Zajac | 1.30 | Revisions to omnibus order (.2); email to M. Simons regarding expenses needed for fee examiner's report (.2); continue drafting draft response to fee examiner's report (.9). |
| 12/11/09 | G. Chan | 6.40 | Read and analyze cases and authorities regarding bankruptcy and interest accruals (6.4). |
| 12/11/09 | B. Rubin | 3.10 | Review disclosure regarding hedge issue (.6); correspondence with Mr. Pomierski and Mr. Finkelstein regarding same (.2); review and edit memo regarding impact of separate subsidiary emergence (2.3). |
| 12/11/09 | J. Finkelstein | 2.00 | Review correspondence regarding terminated hedges and financials regarding same and draft correspondence (1 hour); analysis regarding restructuring Newsday transaction (1 hour). |
| 12/14/09 | W. Pomierski | 0.80 | Analysis of early termination of hedging transactions and hedge timing implications. |
| 12/14/09 | P. Levine | 1.00 | Review bankruptcy emergence issues (.80); conference |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096277
Invoice Date:  01/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | call with B. Rubin regarding same (.20). |
| 12/14/09 | G. Ravert | 1.90 | Review and edit draft response to Fee Examiner's preliminary response to McDermott Second Quarterly Fee Application (.7); discuss same with J. Zajac (.2); review revised draft (.2); discuss same with J. Zajac (.1); prepare for fee hearing (.6); discuss fee hearing with B. Rubin (.1). |
| 12/14/09 | T. Shuman | 0.80 | Call with client, B. Rubin, A. Whiteway, and P. Levine regarding section 355 analysis. |
| 12/14/09 | J. Zajac | 1.00 | Revisions to response to fee examiner's preliminary report (.2); review agenda for hearing (.1); email to B. Rubin regarding response to preliminary report of fee examiner (.2); review emails from G. Ravert regarding upcoming hearing in Tribune (.1); prepare hearing binder consisting of all docketed items for G. Ravert (.3); email to local counsel regarding hearing (.1). |
| 12/14/09 | G. Chan | 3.80 | Call with A. Whiteway to discuss issues regarding whether "liabilities" under section 1017 include section 752 liabilities (0.3); research same (1.7); research regarding same (1.8). |
| 12/14/09 | B. Rubin | 3.00 | Review and edit memo regarding separate subsidiary emergence (2.0); preparation for and conference call with Mr. Shanahan and Ms. Malgarejo regarding possible split-off structure (1.0). |
| 12/14/09 | A. Whiteway | 3.50 | Legal research and analysis of guaranty issue in insolvency test (2.2); preparation for and telephone conference regarding spin off issue with Mr. Shanahan and Mr. Levine (1.3). |
| 12/14/09 | J. Finkelstein | 0.50 | E-mail correspondence regarding hedging transactions to Tribune. |
| 12/15/09 | G. Ravert | 5.10 | Prepare for hearing in route to Delaware fee hearing (2.1); attend fee hearing (.8); travel back to New York and communications with B. Rubin in route (2.2). |
| 12/15/09 | J. Zajac | 0.10 | Call with K. Hogan regarding R. Harris' participation in Cubs transaction. |
| 12/15/09 | G. Chan | 3.50 | Draft summary of authorities regarding whether section 752 liabilities are treated as liabilities under section 1017 (3.4); email same to A. Whiteway and B. Rubin (0.1). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096277
Invoice Date:  01/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/15/09 | G. Chan | 2.30 | Analyze cases and authorities regarding bankruptcy and interest accruals (2.1). |
| 12/15/09 | B. Rubin | 3.20 | Review and edit memo regarding treatment of liabilities under section 1017(b)(2) (2.0); research and analysis regarding same (1.2). |
| 12/16/09 | G. Ravert | 0.20 | Communications with B. Rubin and J. Zajac regarding fee hearing. |
| 12/16/09 | J. Zajac | 0.90 | Review prebills to ensure compliance with bankruptcy rules (.6); email to M. Simons regarding remaining revisions (.1); call with G. Ravert regarding remaining debt from Tribune (.1); review first quarterly fee statement regarding calculation of holdback (.1). |
| 12/16/09 | G. Chan | 7.30 | Analyze cases and authorities regarding interest accruals in bankruptcy (4.5); draft summary of facts and outline of issues (2.8). |
| 12/16/09 | A. Whiteway | 0.50 | Conference regarding 108 issues with co-counsel (.5). |
| 12/17/09 | J. Zajac | 1.50 | Email to B. Rubin regarding holdback (.2); preparation for and call with local counsel regarding same (.3); calculate holdback (.3); call with local counsel regarding same (.3); email to G. Ravert explaining calculation (.4). |
| 12/17/09 | G. Chan | 7.10 | Analyze cases and authorities regarding interest accruals in bankruptcy (2.7); draft summary of facts and outline of issues (4.3); email outline to M. Wilder (0.1). |
| 12/18/09 | G. Ravert | 0.50 | Telephone and email communications with J. Zajac regarding fees issue and payment amounts in response to inquiry by K. Stickles (.4); email communications with B. Rubin regarding same (.1). |
| 12/18/09 | J. Zajac | 0.30 | Review omnibus fee order regarding payment date (.1); email to B. Rubin regarding same (.1); email to local counsel regarding calculation of holdback (.1). |
| 12/18/09 | G. Chan | 3.10 | Research cases regarding interest accruals issues (1.1); analyze cases regarding same (2.0). |
| 12/18/09 | M. Wilder | 0.50 | Research regarding tax benefit role. |
| 12/19/09 | M. Wilder | 3.50 | Review all cases cited in article by Mark Hoffenberg and G. Henderson and Goldring Treatise regarding accrual of post-petition interest in bankruptcy (3.30); research into year of emergence issues (.20). |
| 12/20/09 | G. Chan | 0.90 | Analyze cases regarding interest accrual and deduction in |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2096277
Invoice Date: 01/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | bankruptcy (0.9). |
| 12/21/09 | G. Chan | 7.10 | Research and analyze cases and authorities regarding interest accruals and year of emergence issues (5.9); research and analyze cases and authorities regarding state tax binding agreement issue (1.2). |
| 12/21/09 | B. Rubin | 3.00 | Review and edit memo re computation of liabilities for purposes of section 1017(b)(2) (2.0); research and analysis re same (1.0). |
| 12/22/09 | G. Chan | 4.10 | Research and analyze authorities regarding interest accruals issues (3.2); discuss issues with M. Wilder (0.4); draft short outline of issues (0.5). |
| 12/22/09 | B. Rubin | 2.00 | Review and edit memo re interest accrual issues. |
| 12/22/09 | M. Wilder | 3.00 | Further research and analysis regarding interest accrual and COD issues. |
| 12/22/09 | M. Wilder | 0.50 | Discuss memo and issues with G. Chan. |
| 12/23/09 | J. Zajac | 0.40 | Email K. Hogan regarding R. Harris' work on the Cubs transaction (.1); prepare LEDES statements and email to fee examiner (.3). |
| 12/23/09 | G. Chan | 7.40 | Prepare short outline of interest accrual issues (0.5); continue to research and analyze authorities regarding interest accrual in bankruptcy (3.9); discuss interest accrual authorities and issues with M. Wilder (0.8); prepare for conference (0.3); conference with B. Rubin, A. Whiteway, and M. Wilder regarding interest accrual research (1.1); revise memo outline regarding same (0.8). |
| 12/23/09 | B. Rubin | 2.10 | Preparation for and conf w/ Mr. Wilder, Ms Chan re interest accrual issues (1.3); conf call w/ Lazard re valuation issues (.4); review valuation analysis from Lazard (.4). |
| 12/23/09 | M. Wilder | 1.30 | Conference call with B. Rubin, A. Whiteway and G. Chan to discuss accrual issues. |
| 12/23/09 | M. Wilder | 1.00 | Discuss and review G. Chan outline (.30); continue research into OID and COD issues and emails regarding same (.70). |
| 12/24/09 | G. Chan | 3.70 | Analyze additional interest accrual authorities (1.5); prepare memo outline regarding same (2.2). |
| 12/24/09 | M. Wilder | 1.00 | Research into amortization of debt issuance costs. |
| 12/28/09 | G. Chan | 6.50 | Continue to research and analyze authorities regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096277
Invoice Date:  01/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | the accrual and deductibility of interest in bankruptcy (1.5); revise and update detailed memorandum outline (3.5); discuss issues with M. Wilder (0.5); review research regarding debt issuance costs (1.0). |
| 12/28/09 | M. Wilder | 2.00 | Research and analysis regarding debt issuance cost, economic performance in bankruptcy, and issues relating to Phones. |
| 12/28/09 | M. Wilder | 1.80 | Review and comment on draft outline by Gale Chan. |
| 12/29/09 | G. Ravert | 0.40 | Review email from M. Simons regarding CNO (.1); retrieve and review same (.2); route same to M. Simons with comments (.1). |
| 12/29/09 | M. Krofel | 0.30 | Ordered Delaware and California UCC lien searches of Buzzdash, Inc. for B. Gruemmer. |
| 12/29/09 | G. Chan | 9.00 | Draft memo regarding interest accruals (7.7); review new PLR regarding cancellation of accrued but unpaid interest (0.8); read and respond to email from M. Wilder regarding PHONES interest accruals (0.5). |
| 12/29/09 | B. Rubin | 0.50 | Review and analyze PLR regarding interest cancellation (.4); correspondence with Mr. Wilder regarding same (.1). |
| 12/29/09 | M. Wilder | 2.60 | Research and analysis of economic restructure issue (1.40); research accrual of interest on secured debt and issues arising for Phones (1.20). |
| 12/29/09 | M. Wilder | 0.50 | Review Gale Chan outline. |
| 12/30/09 | G. Chan | 7.50 | Research and analyze authorities regarding closing agreements and bankruptcy (3.3); discuss issues regarding interest accruals with M. Wilder (0.6); research accrual of state settlement agreements subject to bankruptcy court approval (1.5); prepare chart summarizing authorities regarding secured, undersecured, and unsecured debt (2.1). |
| 12/30/09 | M. Wilder | 2.00 | Complete research on post-petition interest and bankruptcy. |
| 12/30/09 | M. Wilder | 1.50 | Review Gale Chan draft memo. |
| 12/30/09 | M. Wilder | 1.00 | Drafted overview of memo. |
| 12/30/09 | M. Wilder | 0.50 | Discussions with Gale Chan regarding closing agreement. |
| 12/31/09 | G. Chan | 6.00 | Draft memo regarding interest accruals (5.6); read emails |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096277
Invoice Date:  01/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/31/09 | M. Wilder | 4.30 | from M. Wilder regarding interest accruals memo (0.4). Review G. Chan draft memo (2.80); outline various sections of memo and circulate to G. Chan (1.20); discuss bankruptcy issues and draft issues with G. Chan (.30). |

| | **Total Hours** | **255.90** | **Total For Services** | **$135,248.00** |
|---|---|---|---|---|

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/02/09 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #24664821; INVOICE DATE: 01/04/10; Call Date: 12/02/09; Order #25962873; Host NAME: Andrea Whiteway | 14.72 |
| 12/07/09 | Photocopy<br>Device 03WDC01C. | 26.10 |
| 12/07/09 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 3.75 |
| 12/10/09 | Telecommunications<br>Ext. 75639 called WILMINGTON, (302) 651-2010. | 0.30 |
| 12/11/09 | Photocopy<br>Device 09NYK10C. | 1.20 |
| 12/17/09 | Telecommunications<br>Ext. 75639 called WILMINGTON, (302) 651-2001. | 0.15 |
| 12/22/09 | Photocopy<br>Device 03WDC16C. | 1.30 |

**Total Costs and Other Charges**        **$47.52**

**Total This Invoice**        **$135,295.52**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2127445 |
| Invoice Date: | 01/26/2010 |

## Remittance Copy
### Billing for services rendered through 12/31/2009

| | | |
|---|---|---|
| Total by Matter | | |
| 0516 Perfect Market, Inc. | $ 2,218.55 | |
| Total Services | | $ 2,214.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 4.05 |
| **Total This Invoice** | | **$ 2,218.55** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2127445 |
| Invoice Date: | 01/26/2010 |

## Client Copy
### Billing for services rendered through 12/31/2009

Total by Matter
    0516 Perfect Market, Inc.               $ 2,218.55

Total Services                                $ 2,214.50

Total Costs and Other Charges Posted Through Billing Period     4.05

**Total This Invoice**                        **$ 2,218.55**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

01/26/2010

Invoice: 2127445
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0516        Perfect Market, Inc.

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| R. Harris | 4.30 | 2,214.50 |
| **Totals** | **4.30** | **$2,214.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Telecommunications | 4.05 |
| **Total Costs and Other Charges** | **$4.05** |
| **Total This Invoice** | **$2,218.55** |