**<u>EXHIBIT A</u>**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2122373 |
| Invoice Date: | 02/26/2010 |

## Remittance Copy
**Billing for services rendered through 01/31/2010**

0020 Drews Litigation

| | |
|---|---|
| Total Services | $ 4,133.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 4,133.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2122373 |
| Invoice Date: | 02/26/2010 |

## Client Copy
### Billing for services rendered through 01/31/2010

0020 Drews Litigation

| | |
|---|---|
| Total Services | $ 4,133.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 4,133.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

02/26/2010

Invoice: 2122373
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0020        Drews Litigation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/06/10 | R. Harris | 0.80 | Telephone conference with D. Eldersveld and J. Shugrue regarding Drews litigation (.40); review Formation Agreement regarding same (.40). |
| 01/11/10 | R. Harris | 0.80 | Participate in telephone conference with D. Eldersveld, C. Leeman and J. Shugrue regarding Alex Drew litigation (.30); review motion for leave to file counterclaim (.50). |
| 01/12/10 | R. Harris | 0.70 | Review Formation Agreement regarding treatment of indemnification of Tribune for Drews matter (.40); confer with J. Shugrue regarding same (.20); confer with D. Eldersveld regarding same (.10). |
| 01/15/10 | R. Harris | 0.30 | Review Amended Complaint regarding Drews matter (.10); draft indemnification letter to Ricketts regarding Drews matter (.20). |
| 01/18/10 | R. Harris | 0.60 | Prepare for and participate in telephone conference with D. Eldersveld, J. Shugrue and C. Leeman regarding Drews Matter. |
| 01/19/10 | R. Harris | 2.00 | Draft Indemnification Letter to Ricketts regarding Drews matter (1.40); confer with D. Eldersveld regarding same (.60). |
| 01/19/10 | J. Finkelstein | 0.20 | Review correspondence from client regarding Drews matter. |
| 01/20/10 | R. Harris | 0.50 | Draft Indemnification Letter to Ricketts regarding Drews matter (.40); confer with D. Eldersveld regarding same (.10). |
| 01/25/10 | R. Harris | 0.10 | Review Cubs Response Letter. |
| 01/25/10 | R. Harris | 0.40 | Telephone conference with J. Shugrue, C. Leeman and D. Eldersveld regarding Cubs Response Letter. |
| 01/28/10 | R. Harris | 0.50 | Draft Response Letter to Cubs Notice of Assumption of |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:      2122373
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/29/10 | R. Harris | 1.10 | Defense.<br>Review and revise Ricketts Working Capital Statement (.30); revising Ricketts letter regarding assumption of Defense of Drews Matters (.60); draft response letter to same (.20). |

| | **Total Hours** | **8.00** | **Total For Services** | **$4,133.00** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| J. Finkelstein | 0.20 | 116.00 |
| R. Harris | 7.80 | 4,017.00 |
| **Totals** | **8.00** | **$4,133.00** |
| | **Total This Invoice** | **$4,133.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

Client:          022182
Invoice:        2097977
Invoice Date:  02/26/2010

---

## Remittance Copy
### Billing for services rendered through 01/31/2010

---

0021 Post Closing Matters

Total Services                                                                    $ 10,994.50

Total Costs and Other Charges Posted Through Billing Period                     0.00

**Total This Invoice**                                                        **$ 10,994.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2097977 |
| Invoice Date: | 02/26/2010 |

---

## Client Copy
### Billing for services rendered through 01/31/2010

---

0021 Post Closing Matters

| | |
|---|---|
| Total Services | $ 10,994.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 10,994.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

02/26/2010

Invoice: 2097977
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/05/10 | J. Bisbikis | 1.00 | Respond to emails from R. McKenna regarding assignment of California state trademark for Cubs (.30); review assignment form (.70). |
| 01/06/10 | B. Gruemmer | 0.80 | Call with D. Eldersveld on various open issues including tax indemnity claim. |
| 01/06/10 | R. Harris | 0.20 | Confer with C. Rasmussen regarding amusement tax issue and treatment of third party claims. |
| 01/06/10 | B. Rubin | 0.50 | Respond to notice regarding amusement tax dispute to Foley (.5). |
| 01/06/10 | A. Whiteway | 1.00 | Review Foley correspondence regarding amusement tax (.90); conference with Mr. Rubin regarding same (.10). |
| 01/06/10 | J. Finkelstein | 1.00 | Review correspondence from Foley regarding tax dispute. |
| 01/07/10 | R. Harris | 0.60 | Review Formation Agreement regarding Cubs claim regarding treatment of playoff ticket refunds (.30); telephone conference with D. Eldersveld, N. Larsen and B. Fields regarding same (.30). |
| 01/07/10 | D. Fuchs | 1.50 | Draft and revise response letter to Ricketts claim regarding right to jointly defend Cubs tax appeal (.80); review Formation Agreement regarding same (.70). |
| 01/11/10 | B. Gruemmer | 1.50 | Editing and revising response letter regarding indemnity claim. |
| 01/12/10 | B. Gruemmer | 2.00 | Reviewing Formation Agreement (.60); working on multiple drafts of response letter for tax claim (1.20); working on multiple revisions to response letter for tax claim (.20). |
| 01/12/10 | D. Fuchs | 1.00 | Review and revise response letter (.80); office conference with B. Gruemmer regarding same (.20). |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | | |
|---|---|---|
| Client: | 022182 |
| Invoice: | 2097977 |
| Invoice Date: | 02/26/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/12/10 | B. Rubin | 0.40 | Post-Closing - Review and comment on letter to Ricketts regarding amusement tax issues (.4). |
| 01/12/10 | A. Whiteway | 1.00 | Review and comment on joint defense response (.70); correspond with client regarding same (.30). |
| 01/13/10 | J. Finkelstein | 1.00 | Review draft letter regarding amusement tax audit. |
| 01/14/10 | J. Finkelstein | 0.50 | Review correspondence from Foley regarding amusement tax. |
| 01/15/10 | D. Fuchs | 0.70 | Revise response letter to Ricketts Acquisition LLC regarding tax assessment (.40); deliver same in accordance with the provisions of the Formation Agreement (.30). |
| 01/20/10 | B. Gruemmer | 0.50 | Call with D. Eldersveld to review various indemnity claims and next steps. |
| 01/26/10 | A. Whiteway | 1.70 | Telephone conference with Mr. Shanahan regarding tax dispute (.9); review wire transfers from client (.2); telephone conference with Mr. Finkelstein, Mr. Harris and Mr. Shanahan regarding tax dispute (.6). |
| 01/28/10 | B. Rubin | 0.60 | Post-Closing - Correspondence regarding amusement tax audit issue (.6). |

| | | | |
|---|---|---|---|
| **Total Hours** | **17.50** | | |
| | | **Total For Services** | **$10,994.50** |
| | | **Total This Invoice** | **$10,994.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2097977

02/26/2010

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|-------------|-------|------|-------------------------|----------|-------|
| 0021  Post Closing Matters | 17.50 | 10,994.50 | 0.00 | 0.00 | 10,994.50 |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2097370 |
| Invoice Date: | 02/26/2010 |

## Remittance Copy
**Billing for services rendered through 01/31/2010**

Total by Matter
    0040 General Employee Benefits Matters            $ 5,125.00
    Client/Reference Number: 0000000847

Total Services                                   $ 5,125.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                                 **$ 5,125.00**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 1,083.00 |
| 2028654 | 07/31/2009 | 463.10 |
| 2038849 | 08/31/2009 | 71.50 |
| 2076387 | 12/09/2009 | 214.50 |
| 2088345 | 01/01/2010 | 214.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2097370
Invoice Date:  02/26/2010

Total Outstanding Balance                                    4,866.60

Total Balance Due                                          $ 9,991.60

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2097370 |
| Invoice Date: | 02/26/2010 |

## Client Copy
### Billing for services rendered through 01/31/2010

| | | |
|---|---|---|
| Total by Matter | | |
| 0040 General Employee Benefits Matters | $ 5,125.00 | |
| Client/Reference Number: 0000000847 | | |
| | | |
| Total Services | | $ 5,125.00 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| | | |
| **Total This Invoice** | | **$ 5,125.00** |

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 1,083.00 |
| 2028654 | 07/31/2009 | 463.10 |
| 2038849 | 08/31/2009 | 71.50 |
| 2076387 | 12/09/2009 | 214.50 |
| 2088345 | 01/01/2010 | 214.50 |

| | |
|---|---|
| Total Outstanding Balance | 4,866.60 |
| | |
| Total Balance Due | $ 9,991.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

02/26/2010

Invoice: 2097370
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040        General Employee Benefits Matters
                    Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/14/10 | P. Compernolle | 0.50 | Review materials regarding newspaper division multiemployer fund. |
| 01/14/10 | J. Boyles | 2.20 | Research regarding Chicago Newspaper Drivers multiemployer fund liability and Sun Times bankruptcy issues (.70); Research regarding partition and alternative options (1.10); Correspondence and conference with P. Compernolle regarding same (.20); Attention to Sun Times bankruptcy structure (.20). |
| 01/15/10 | P. Compernolle | 2.00 | Telephone conference with K. Dansart and others regarding Chicago Truck Drivers pension plan, increased contributions, and potential liability (.40); research regarding same (1.60). |
| 01/15/10 | D. Senecoff | 1.30 | Review 5500 and actuary's exhibit (.60). Conference call with J. Boyles, K. Dansart and P. Compernolle to discuss obligations and options under the teamsters multi-employer plan (.40); email to J. Boyles regarding same (.30). |
| 01/15/10 | J. Boyles | 0.70 | Conference call with K. Dansart, D. Senecoff and P. Compernolle regarding multiemployer partition (.40); Reviewed Form 5500 filings and attention to same (.10); Correspondence with D. Senecoff regarding same (.20). |
| 01/18/10 | P. Compernolle | 1.00 | Research, telephone conference with Eldersveld, Osick, regarding participation of Chicago Newspaper Division pension plan. |

# McDermott
# Will & Emery

Tribune Company

| Client: | 020336 |
|---|---|
| Invoice: | 2097370 |
| Invoice Date: | 02/26/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/18/10 | J. Boyles | 0.50 | Prepare for and conference call with K. Dansart regarding multiemployer plan partition. |

| | **Total Hours** | **8.20** | **Total For Services** | **$5,125.00** |
|---|---|---|---|---|
| | | | **Total This Invoice** | **$5,125.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2097371 |
| Invoice Date: | 02/26/2010 |

## Remittance Copy
### Billing for services rendered through 01/31/2010

Total by Matter
    0041 Welfare Plans                                 $ 4,517.49
    Client/Reference Number: 0000000848

Total Services                                       $ 4,514.00

Total Costs and Other Charges Posted Through Billing Period           3.49

**Total This Invoice**                               **$ 4,517.49**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 8,635.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2097371
Invoice Date:  02/26/2010

| Invoice | Date | | |
|---------|------|---|---|
| 2076388 | 12/09/2009 | 5,948.50 | |
| 2088346 | 01/01/2010 | 6,192.50 | |

Total Outstanding Balance                                         77,403.30

Total Balance Due                                               $ 81,920.79

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| Client: | 020336 |
| Invoice: | 2097371 |
| Invoice Date: | 02/26/2010 |

## Client Copy
### Billing for services rendered through 01/31/2010

Total by Matter
  0041 Welfare Plans                                            $ 4,517.49
  Client/Reference Number: 0000000848

Total Services                                                         $ 4,514.00

Total Costs and Other Charges Posted Through Billing Period                    3.49

**Total This Invoice**                                              **$ 4,517.49**

| Invoice | Date | |
|---------|------|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 8,635.50 |
| 2076388 | 12/09/2009 | 5,948.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2097371
Invoice Date:   02/26/2010

| Invoice | Date | | |
|---------|------|---|---|
| 2088346 | 01/01/2010 | 6,192.50 | |

Total Outstanding Balance                77,403.30

Total Balance Due                    $ 81,920.79

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

02/26/2010

Invoice: 2097371
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/08/10 | A. Gordon | 0.50 | Review UHC business associate changes. |
| 01/08/10 | A. Gordon | 0.80 | Draft e-mail to S. O'Connor and R. DeBoer regarding UHC changes to the business associate agreement. |
| 01/11/10 | A. Gordon | 0.50 | Review HIPAA Hitech Provisions regarding business associate obligations. |
| 01/11/10 | A. Gordon | 0.30 | Conference call with S. O'Connor regarding UHC Business Associate Agreement and Notice Provisions under HIPAA. |
| 01/11/10 | A. Gordon | 0.80 | Draft e-mails to S. O'Connnor, R. DeBoer and UHC regarding Notice Provisions under HIPAA and covered entity monitoring responsibilities. |
| 01/20/10 | A. Gordon | 0.30 | Review UHC changes to the UHC ASA with respect to HIPAA. |
| 01/20/10 | A. Gordon | 0.70 | Edit UHC ASA with respect to HIPAA. |
| 01/20/10 | A. Gordon | 0.50 | Draft e-mail to S. O'Connor and R. DeBoer regarding HIPAA edits to the UHC ASA. |
| 01/22/10 | A. Gordon | 0.30 | Conference call with S. O'Connor and R. DeBoer regarding HIPAA language in UHC contract. |
| 01/22/10 | A. Gordon | 0.30 | Revise HIPAA provisions in UHC ASA. |
| 01/22/10 | A. Gordon | 0.20 | E-mail to UHC regarding HIPAA changes. |
| 01/28/10 | A. Gordon | 0.30 | Conference call with S. O'Connor and K. Dansart regarding HITECH compliance. |
| 01/28/10 | A. Gordon | 0.30 | E-mail to S. O'Connor business associate contract. |
| 01/28/10 | A. Gordon | 1.20 | Draft business associate contract. |
| 01/29/10 | A. Gordon | 0.10 | Review HIPAA question from S. O'Connor. |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2097371 |
| Invoice Date: | 02/26/2010 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/29/10 | A. Gordon | 0.30 | Draft response to HIPAA question from S. O'Connor. |

| | **Total Hours** | **7.40** | | **Total For Services** | **$4,514.00** |
|---|---|---|---|---|---|

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/02/09 | Credit Card Calls<br>(312) 420-9493 CHICAGO at 2:49:45PM | 3.34 |
| 01/13/10 | Telecommunications<br>Ext. 47670 called PASADENA, (626) 808-5728. | 0.15 |

| **Total Costs and Other Charges** | **$3.49** |
|---|---|
| **Total This Invoice** | **$4,517.49** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2097372 |
| Invoice Date: | 02/26/2010 |

## Remittance Copy
**Billing for services rendered through 01/31/2010**

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 3,763.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 3,763.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2097372 |
| Invoice Date: | 02/26/2010 |

## Client Copy
### Billing for services rendered through 01/31/2010

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---:|
| Total Services | $ 3,763.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 3,763.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

02/26/2010

Invoice: 2097372
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0042          Non-Qualified Plans
                      Client/Reference Number: 0000000849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/26/10 | P. Compernolle | 1.50 | Review treatment of deferred compensation in plan of reorganization. |
| 01/27/10 | P. Compernolle | 1.50 | Review deferred compensation plan and treatment in reorganization (.60); review supplemental defined contribution plan (.30); telephone conference with K. Dansart regarding amendment to freeze (.60). |
| 01/27/10 | J. Holdvogt | 0.40 | Work on amendment to Tribune Company Supplemental Defined Contribution Plan to freeze benefit accruals and participation. |
| 01/28/10 | P. Compernolle | 0.50 | Review materials regarding treatment of deferred compensation plan in reorganization. |
| 01/28/10 | J. Holdvogt | 0.90 | Continue drafting plan amendment to Tribune Company Supplemental Defined Contribution Plan to freeze benefit accruals and participation. |
| 01/29/10 | P. Compernolle | 1.00 | Telephone conference with S. O'Connor regarding resolution of deferred compensation issues (.30); review documents regarding same (.70). |

|  | **Total Hours** | **5.80** | **Total For Services** | **$3,763.50** |
|--|-----------------|----------|------------------------|---------------|
|  |  |  | **Total This Invoice** | **$3,763.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2097372

02/26/2010

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0042  Non-Qualified Plans | 5.80 | 3,763.50 | 0.00 | 0.00 | 3,763.50 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2097865 |
| Invoice Date: | 02/26/2010 |

## Remittance Copy
### Billing for services rendered through 01/31/2010

| | | |
|---|---|---|
| Total by Matter | | |
| 0047 ESOP | $ 30,271.00 | |
| Client/Reference Number: 0000001574 | | |
| Total Services | | $ 30,271.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 30,271.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2097865 |
| Invoice Date: | 02/26/2010 |

**Client Copy**
**Billing for services rendered through 01/31/2010**

Total by Matter
    0047 ESOP                                      $ 30,271.00
    Client/Reference Number: 0000001574

Total Services                                              $ 30,271.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**                                     **$ 30,271.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

02/26/2010

Invoice: 2097865
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047    ESOP
Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/04/10 | W. Merten | 1.90 | Telephone call from Monica Melgarejo regarding open issues (.20). Telephone call to Charlie Smith regarding GreatBanc's meeting with the Department of Labor (.30). Discussion with C. Smith regarding issues raised by Department of Labor and make notes to file regarding same (.30). Discuss meeting with IRS to be had by Duff & Phelps (.40). Discussion regarding Duff's upcoming meeting with Department of Labor (.20). Draft notes to file regarding same (.10). Telephone call to Elyse Bluth regarding IRS meeting (.20). Review of file in preparation for call with Monica Melgarejo (.10). Engage in call with Monica Melgarejo regarding open issues (.10). |
| 01/05/10 | P. Compernolle | 0.50 | Review documents in preparation of client meeting on lawsuit. |
| 01/05/10 | W. Merten | 6.40 | Telephone call from Monica Melgarejo regarding IRS meeting (.20). Review of files, related documentation and cases in preparation for meeting with E. Bluth and C. Smith (1.80). Meet with Paul Compernolle prior to attending meeting regarding same (.30). Meeting with Susan Schaefer regarding same (.30). Review files as to opinion, purchase agreement, investor rights agreement, Duff engagement documentation, GreatBanc engagement documentation and other matters (2.30). Travel to and attend meeting at Tribune (1.10). Receive follow-up phone call from Monica Melgarejo regarding same (.40). |
| 01/05/10 | S. Schaefer | 2.30 | Review documents regarding transaction valuation issues |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2097865
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | (1.20); meeting with Bill Merten in anticipation of meeting with IRS and Department of Labor (1.10). |
| 01/06/10 | P. Compernolle | 0.30 | Conference with W. Merten regarding client conference with trustee and financial advisor. |
| 01/06/10 | W. Merten | 2.70 | Prepare for meeting with IRS (.30). Meet with IRS and Elyse Bluth at Company's office (1.10). Discussion with Paul Compernolle regarding meeting with IRS (.30). Analysis regarding possible meeting with Elyse when she is interviewed by Department of Labor (.30). Telephone call to Elyse regarding same (.40). Email to Company regarding same (.30). |
| 01/07/10 | P. Compernolle | 0.50 | Conference with W. Merten regarding lawsuit and Department of Labor interviews. |
| 01/07/10 | W. Merten | 2.20 | Review e-mail from Don Liebentritt regarding DOL interviews (.10). Review e-mails from Monica Melgarejo regarding sitting in on DOL interviews (.20). Correspondence with D. Liebentritt regarding email (.10). Telephone call to David Bradford regarding Department of Labor meeting with Elyse Bluth (.30). Telephone call from David Bradford (regarding meeting with Department of Labor) (.10). Telephone call with Charlie Smith regarding meeting with Department of Labor (.10). Telephone call to Mike Pullos regarding same (.10). Telephone call to Elyse Bluth regarding same (.20). Telephone call from Charlie Smith regarding DOL meeting (.10). Telephone call from Elyse Bluth regarding interview (.20). Review e-mail from Charlie Smith regarding not attending meeting (.20). Telephone call to Mike Pullos regarding taking notes during meeting and following up with interested attorneys following meeting (.10). Review e-mail from Mike Pullos regarding same (.10). Draft follow-up e-mails to Don Liebentritt and David Bradford regarding same (.30). |
| 01/08/10 | P. Compernolle | 0.30 | Telephone conference with M. Bourgon regarding allocation and valuation. |
| 01/08/10 | W. Merten | 0.50 | Telephone call from Elise Bluth regarding DOL interview (.10). Telephone calls from attorney for Duff & Phelps (Mike Pullos) regarding same (.30). Draft |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2097865
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | email to David Bradford and Charlie Smith to set call with Mike (.10). |
| 01/10/10 | W. Merten | 0.20 | Review email from Don Liebentritt regarding 3:30 p.m. call with Mike Pullos (.10). Follow-up with D. Liebentritt regarding call-in number (.10). |
| 01/11/10 | W. Merten | 1.90 | Telephone call from Elyse Bluth (Duff & Phelps) regarding DOL interview (.60). Prepare for call with Mike Pullos (attorney for Duff & Phelps) for DOL interview (.60). Engage in call with Mike Pullos, Charlie Smith and David Bradford regarding content of Department of Labor interview with Elyse Bluth (.70). |
| 01/12/10 | L. Granados | 0.80 | Email A. Whiteway regarding proposed transaction. |
| 01/13/10 | W. Merten | 1.80 | Review as to litigation in connection with IRS and DOL audits (1.20). Draft e-mail to Don Liebentritt regarding summary of Department of Labor's interview with Elyse Bluth (of Duff & Phelps) (.40). Review of notes as to IRS interview and follow-up conference with E. Bluth as to litigation (.20) |
| 01/15/10 | W. Merten | 0.60 | Call to Elyse Bluth (Duff & Phelps) regarding DOl interview (.30). Telephone call from Jim Ducayet regarding his work in connection with the bankruptcy (.20). Draft email to J. Ducayet with regard to moving appointment (.10). |
| 01/18/10 | W. Merten | 0.60 | Review email from Jim Ducayet regarding call for Tuesday (.20). Review notes with regard to Elyse Bluth (Duff & Phelps) in preparation for call with Jim Ducayet (.30). Call to Elyse with regard to same (10). |
| 01/19/10 | W. Merten | 3.80 | Telephone call from Don Liebentritt regarding desire to discuss ESOP bankruptcy issues and plan considerations (.20). Telephone conversation with Elyse Bluth regarding meeting with Department of Labor (follow up questions) (.40). Analysis regarding bankruptcy issues and plan considerations (.50). Related review of documents and analysis regarding same (.30). Meet with Susan Schaffer and Mike Graham regarding same (.80). Call with Jim Ducayet (Sidley) regarding conversations with Department of Labor (.20). Prepare for and call with D. Liebentritt regarding same (.40). Review as to |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2097865
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | notes regarding IRS meeting for purposes of further conversation with Jim Ducayet (.60). Telephone call from Blake Rubin regarding bankruptcy related issues (.30). Additional analysis regarding same (.10). |
| 01/19/10 | S. Schaefer | 0.80 | Discussions with Bill Merten regarding issues raised regarding potential litigation matters (.40). Discussions with B. Merten regarding Department of Labor actions (.40). |
| 01/19/10 | M. Graham | 0.30 | Conference with W. Merten regarding possible claims of IRS and DOL related to bankruptcy. |
| 01/20/10 | W. Merten | 0.50 | Conversation with Mike Graham regarding terminating the plan and effect of same with regard to IRS and DOL audits (.20). Related analysis (.30). |
| 01/20/10 | M. Graham | 0.50 | Conference with W. Merten regarding issues related to limiting liability under ESOP (.20); analyze and evaluate potential issues upon possible termination of plan (.30). |
| 01/21/10 | W. Merten | 1.00 | Further analysis regarding possibility of plan termination (.40). Prepare for call with Sidley attorneys (.30). Telephone conversation with Jim Dukayet regarding IRS audit (.10). Send follow-up e-mail to J. Dukayet regarding attorney for Duff & Phelps (.10). Telephone call to Don Liebentritt regarding plan termination (.10). |
| 01/21/10 | S. Schaefer | 0.30 | Discussion with Bill Merten regarding rationale for terminating the ESOP. |
| 01/25/10 | P. Compernolle | 0.50 | Review open issues in bankruptcy reorganization. |
| 01/25/10 | W. Merten | 1.80 | Meet with P. Compernolle regarding e-mail from Andrea Whiteway (as plan of reorganization) (.60). Reviews to timeline and joint plan of reorganization (1.10). Brief conversation with P. Compernolle regarding same (.10). |
| 01/26/10 | W. Merten | 1.20 | Telephone call from Don Liebentritt regarding plan timeline (.30); review e-mail from Andrea Whiteway regarding disclosure statement sections (.10); meet with Paul Compernolle regarding plan of reorganization and e-mail from A. Whiteway (.40); prepare for and meet with P. Compernolle regarding incentive compensation and nonqualified and described in plan of reorganization (.20); review as to materials received from Paul Compernolle (.20). |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2097865 |
| Invoice Date: | 02/26/2010 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/27/10 | W. Merten | 2.80 | Review disclosure statement (1.60). Draft email to Don Liebentritt regarding same (.60). Analysis regarding issues stemming from disclosure statement (.40). Meet with Paul Compernolle regarding same (.20). |
| 01/28/10 | W. Merten | 1.50 | Prepare for meeting with Paul Compernolle to review disclosure statements (.30). Meet with P. Compernolle regarding same (.20). Telephone call to A. Whiteway regarding disclosure statement (.20). Review email and attachments sent by Andrea Whiteway regarding disclosure statement (.40). Draft email to Brian Krakauer regarding disclosure statement and plan of reorganization (.10). Review email from Andrea Whiteway regarding tax comments (.20). Review email from Don Liebentritt regarding plan (.10). |
| 01/29/10 | W. Merten | 3.60 | Telephone call from Jim Ducayett (Sidley) regarding DOL interview (.30). Review e-mail from Jim Ducayett regarding same (.10). Telephone call from Don Liebentritt regarding disclosure statement (.30). Conversation with P. Compernolle regarding information received from client as to only existing equity incentive plan (i.e., of the 2008 Management Incentive Plan) (.40). Discussions with A. Whiteway regarding open issues as to plan of reorganization and disclosure schedule (.20). Send e-mail to Don Liebentritt regarding same (.20). Prepare for call with Don Liebentritt (.80). Discussion with Don regarding open issues, as well as questionable provisions of plan of reorganization and disclosure schedule (.60). Analysis regarding issues discussed with Don Liebentritt (.30). Prepare for and call with Jim Ducayett at Sidley regarding DOL interview (.20). Email to D. Liebentritt regarding "freezing" of ESOP plan versus "termination" of ESOP plan (.20). |
| 01/29/10 | S. Schaefer | 0.50 | Discuss reasons for freezing the ESOP with Bill Merten. |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | **42.60** | | **Total For Services** | **$30,271.00** |
| | | | **Total This Invoice** | **$30,271.00** |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2097865
Invoice Date:    02/26/2010

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096745 |
| Invoice Date: | 02/26/2010 |

---

### Remittance Copy
### Billing for services rendered through 01/31/2010

---

Total by Matter
    0507 Newsday                                  $ 23,737.86
    Client/Reference Number: 0000001849

Total Services                                          $ 23,681.50

Total Costs and Other Charges Posted Through Billing Period        56.36

**Total This Invoice**                                  **$ 23,737.86**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096745 |
| Invoice Date: | 02/26/2010 |

## Client Copy
### Billing for services rendered through 01/31/2010

Total by Matter
    0507 Newsday                           $ 23,737.86
    Client/Reference Number: 0000001849

Total Services                                         $ 23,681.50

Total Costs and Other Charges Posted Through Billing Period      56.36

**Total This Invoice**                                  **$ 23,737.86**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

02/26/2010

Invoice: 2096745
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/05/10 | B. Rubin | 1.50 | Review and analyze materials from client regarding Cablevision issue (1.0); analysis regarding possible changes to Newsday structure (.5). |
| 01/06/10 | B. Rubin | 2.80 | Review and analyze materials from client regarding Cablevision issue (1.2); conference with Ms. Whiteway and Mr. Finkelstein regarding same (.7); preparation for and conference call with clients regarding same (.9). |
| 01/06/10 | A. Whiteway | 4.00 | Review and analyze spreadsheet (1.60); conference with Mr. Rubin regarding Cablevision (.70); telephone conference with Mr. Larsen and Mr. Eldersveld regarding credit agreement (.40); review and analysis of the credit agreement (1.30). |
| 01/06/10 | J. Finkelstein | 4.00 | Review structuring materials from Tribune (1.5 hours); discuss structuring with Blake Rubin and Andrea Whiteway (1.3 hour); participate in conference call with Tribune (1 hour); draft correspondence (.2 hours). |
| 01/07/10 | K. Edwards | 0.30 | Telephone conference with Kristy Chattaway regarding Chase Manhattan Bank liens on Newsday trademarks. |
| 01/08/10 | B. Rubin | 1.40 | Review credit agreement regarding possible restructuring (.60); preparation for and conference call with client regarding same (.40); correspondence with client regarding same (.40). |
| 01/08/10 | A. Whiteway | 1.90 | Review credit agreement (1.20); telephone conference with client regarding same (.70). |
| 01/08/10 | J. Finkelstein | 0.50 | Review credit agreement. |
| 01/13/10 | M. Bilut | 0.50 | Telephone call with M. Anderson regarding letters from tenant on tank removal and replacement. |

# McDermott
# Will&Emery

Tribune Company

Client:        020336
Invoice:       2096745
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/14/10 | M. Bilut | 3.80 | Review M. Anderson's e-mail regarding leases (.20); draft summary of lease/formation agreement language (.60); review lease (.40); review letters from parties on tank removal (.70); draft response letter to Newsday regarding same (.90); review e-mails from D. Eldersveld and S. Pater regarding letter to Newsday (.20); review M. Anderson's e-mails regarding letter to Newsday (.40); edit and finalize letter (.40). |
| 01/14/10 | A. Whiteway | 2.50 | Prepare curative allocation spreadsheet. |
| 01/15/10 | J. Mikulina | 0.60 | Review correspondence from K. Edwards regarding recordation of release of liens recorded against Newsday trademarks (.30); review prior correspondence and file in connection with same (.20); follow up with K. Edwards and J. Bisbikis regarding same (.10). |
| 01/15/10 | A. Whiteway | 1.60 | Prepare curative allocation spreadsheet (1.30); conference with Mr. Rubin regarding same (.10); correspond with Mr. Larsen regarding same (.20). |
| 01/19/10 | A. Whiteway | 0.80 | Review and analyze credit agreement issue (.30); telephone call with Mr. Eldersveld regarding same (.50). |
| 01/21/10 | J. Mikulina | 0.20 | Telephone conference with D. Fuchs regarding security interest release for Newsday trademarks (.10); review prior correspondence with Hughes Hubbard and MWE team in connection with same (.10). |
| 01/21/10 | D. Fuchs | 0.40 | Prepare for and phone conversations with Kristy Chattaway of Hughes Hubbard, J. Mikulina and B. Gruemmer regarding trademark assignments and the status of the same. |
| 01/26/10 | M. Bilut | 1.50 | Review response letter from Newsday's counsel regarding tank removal (.40); draft e-mail to M. Anderson regarding response letter (.20); review e-mails from D. Eldersveld and S. Pater regarding call (.10); telephone call with M. Anderson regarding response letter from Newsday (.20); telephone call with S. Pater regarding response letter from Newsday (.20); review e-mails from M. Sacks and D. Bralow regarding call (.30); review M. Anderson's e-mail regarding comments on response letter (.10). |
| 01/27/10 | M. Bilut | 4.50 | Draft response letter to Newsday's counsel (1.10); review |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2096745 |
| Invoice Date: | 02/26/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | e-mails on January 27 call (.30); review e-mails from M. Anderson and D. Sommer regarding ERM proposal and Newsday's contractor (.20); telephone call with M. Anderson regarding call (.30); conference call with M. Anderson, D. Eldersveld, S. Pater and M. Sacks regarding Newsday letter (1.40); revise letter to Newsday (.90); review S. Pater's e-mail regarding call with C. Krasner at Cablevision (.30). |
| 01/28/10 | M. Bilut | 1.50 | Revise response letter to Newsday (.70); review proposal for tank removal from ERM (.30); draft e-mail to M. Anderson re proposal from ERM (.10); draft e-mail to M. Anderson, S. Pater, D. Sommer and D. Eldersveld re revised letter (.20); review D. Sommer's e-mail re draft response letter (.20). |
| 01/29/10 | M. Bilut | 0.20 | Review M. Anderson's e-mail and voice-mail regarding revisions to ERM proposal. |

| | **Total Hours** | **34.50** | **Total For Services** | **$23,681.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| M. Bilut | 12.00 | 7,140.00 |
| K. Edwards | 0.30 | 90.00 |
| J. Finkelstein | 4.50 | 2,610.00 |
| D. Fuchs | 0.40 | 126.00 |
| J. Mikulina | 0.80 | 400.00 |
| B. Rubin | 5.70 | 5,215.50 |

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
| --- | --- | --- |
| | Invoice: | 2096745 |
| | Invoice Date: | 02/26/2010 |

| **Name** | **Hours** | **Amount** |
| --- | --- | --- |
| A. Whiteway | 10.80 | 8,100.00 |
| **Totals** | **34.50** | **$23,681.50** |

## Costs and Other Charges

| **Description** | **Amount** |
| --- | --- |
| Express Mail<br>FedEx #947183465 - 973157638804, BETHPAGE | 18.22 |
| Express Mail<br>FedEx #947183465 - 973157638815, MELVILLE | 18.22 |
| Express Mail<br>FedEx #947183465 - 973157638826, BETHPAGE | 18.22 |
| Photocopy<br>Device 01CHI18C. 03051 | 1.10 |
| Telecommunications<br>Ext. 47705 called NEW YORK, (212) 837-6551. | 0.60 |

| **Total Costs and Other Charges** | **$56.36** |
| --- | --- |
| **Total This Invoice** | **$23,737.86** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096742 |
| Invoice Date: | 02/26/2010 |

## Remittance Copy
**Billing for services rendered through 01/31/2010**

Total by Matter
    0515 Chapter 11 Restructuring            $ 263,459.65

Total Services                                  $ 262,840.00

Total Costs and Other Charges Posted Through Billing Period        619.65

**Total This Invoice**                              **$ 263,459.65**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |
| 2076400 | 12/09/2009 | 114,381.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2096742
Invoice Date:   02/26/2010

| Invoice | Date | | |
|---------|------|---|---|
| 2096277 | 01/26/2010 | 135,295.52 | |

Total Outstanding Balance                                    641,793.26

Total Balance Due                                          $ 905,252.91

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096742 |
| Invoice Date: | 02/26/2010 |

---

## Client Copy
### Billing for services rendered through 01/31/2010

---

Total by Matter
    0515 Chapter 11 Restructuring                       $ 263,459.65

Total Services                                                        $ 262,840.00

Total Costs and Other Charges Posted Through Billing Period              619.65

**Total This Invoice**                                              **$ 263,459.65**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |
| 2076400 | 12/09/2009 | 114,381.90 |
| 2096277 | 01/26/2010 | 135,295.52 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096742
Invoice Date:  02/26/2010

Total Outstanding Balance                               641,793.26

Total Balance Due                                    $ 905,252.91

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

02/26/2010

Invoice: 2096742
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/01/10 | G. Chan | 6.70 | Draft memo regarding accrual and deduction of interest in bankruptcy (6.6); email correspondence with M. Wilder regarding memo (0.1). |
| 01/02/10 | G. Chan | 2.80 | Draft memo regarding accrual and deduction of interest in bankruptcy (2.7); email correspondence with M. Wilder regarding memo (0.1). |
| 01/03/10 | G. Chan | 3.70 | Draft memo regarding accrual and deduction of interest in bankruptcy (3.7). |
| 01/04/10 | G. Ravert | 0.40 | Communications with J. Zajac regarding case status and response to preliminary report (.4). |
| 01/04/10 | J. Zajac | 0.70 | Email to G. Ravert regarding fee examiners' report (.1); email to B. Rubin regarding same (.1); email to K. Harris regarding Cubs transaction (.2); email to M. Simons regarding expense reports needed for fee examiner's report (.3). |
| 01/04/10 | G. Chan | 6.60 | Draft memo regarding accrual and deduction of interest in bankruptcy (5.4); discuss memo with M. Wilder (0.4); revise memo (0.8). |
| 01/04/10 | B. Rubin | 1.00 | Review and comment on response to fee examiner. |
| 01/04/10 | M. Wilder | 2.00 | Review draft of G. Chan memo on interest accrual issues and discuss issues with her. |
| 01/05/10 | G. Ravert | 0.40 | Communications with J. Decker regarding preliminary report (.2); communications with B. Rubin regarding same (.1); office conference with J. Zajac regarding same (.1). |
| 01/05/10 | G. Chan | 4.40 | Draft memo regarding accrual and deduction of interest in bankruptcy (4.1); discuss memo with M. Wilder (0.3). |
| 01/05/10 | B. Rubin | 3.00 | Review and edit memo regarding tax issues raised by |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2096742
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | early subsidiary emergence (2.1); research and analysis regarding same (.9). |
| 01/05/10 | A. Whiteway | 3.00 | Review and comment on spin off tax analysis memo. |
| 01/05/10 | M. Wilder | 2.00 | Further review of G. Chan memo (1.40); discussion of post-petition interest issues with G. Chan (.60). |
| 01/06/10 | G. Ravert | 0.60 | Review comments of B. Rubin to response to Examiner's report (.3); review December time records (.3). |
| 01/06/10 | J. Zajac | 2.40 | Revisions to fee examiner's report (.2); draft email to M. Simons regarding expense dates (.1); review December time entries to ensure compliance with bankruptcy rules (2.1). |
| 01/06/10 | G. Chan | 2.00 | Revise memo regarding accrual and deduction of interest in bankruptcy (2.0). |
| 01/06/10 | B. Rubin | 2.10 | Research and analysis regarding subsidiary emergence issues (1.3); follow up with corporate tax experts regarding memo (.3); correspondence with Mr. Shanahan regarding same (.2); review and comment on response to fee examiner report (.3). |
| 01/06/10 | A. Whiteway | 1.20 | Review tax issues in bankruptcy memo (1.0); correspondence with Sidley regarding bankruptcy issues (.2). |
| 01/06/10 | M. Wilder | 5.50 | Review portions of G. Chan draft memo (1.70); draft portions of memo (3.80). |
| 01/06/10 | M. Wilder | 0.50 | Discuss post-petition interest and issues with G. Chan. |
| 01/07/10 | G. Ravert | 0.60 | Review final response to preliminary report and route same to J. Decker, counsel to Fee Examiner with comments (.6). |
| 01/07/10 | J. Zajac | 0.60 | Email communications with M. Simons regarding expense reports (.2); review expense reports and incorporate into fee examiners report (.2); draft email to G. Ravert regarding finalized fee examiner report and exhibits (.2). |
| 01/07/10 | G. Chan | 7.50 | Review M. Wilder's comments on interest accruals memo (1.1); revise interest accruals memo (5.4); conference with M. Wilder to review and discuss interest accruals memo (1.0). |
| 01/07/10 | A. Whiteway | 3.50 | Review and comment on long form memo regarding split off alternatives (2.5); telephone conference with Sidley |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096742
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | regarding same (1.0). |
| 01/07/10 | M. Wilder | 5.00 | Continue drafting portions of interest accrual memo (4.20); revise several sections of memo drafted by G. Chan (.80). |
| 01/07/10 | M. Wilder | 1.00 | Discuss year of emergence issues with G. Chan. |
| 01/08/10 | R. Feldgarden, PC | 0.50 | Discussion with M. Wilder regarding forgiveness of accrued interest. |
| 01/08/10 | P. Levine | 0.80 | Prepare and conference with A. Whiteway, M. Wilder and T. Shuman regarding split-off. |
| 01/08/10 | T. Shuman | 0.50 | Meeting with P. Levine and M. Wilder regarding spin-off transaction. |
| 01/08/10 | G. Chan | 9.10 | Revise interest accruals memo (9.1). |
| 01/08/10 | B. Rubin | 1.20 | Preparation for and conference call with Mr. Shanahan regarding split off transaction (.4); review and edit memorandum regarding possible split-off transaction (.8). |
| 01/08/10 | A. Whiteway | 1.50 | Telephone conference with Mr. Shanahan regarding split off transaction (.4); correspond with B. Rubin regarding split off transaction (.4); conference with Mr. Wilder and Mr. Levine regarding same (.7). |
| 01/08/10 | M. Wilder | 5.00 | Write substantial part of tax benefit recapture portion of memo (3.80); write portion of memo relating to phones (1.20). |
| 01/08/10 | M. Wilder | 3.00 | Discuss issues and give comments to G. Chan regarding portions of memo. |
| 01/09/10 | G. Chan | 2.70 | Read emails from M. Wilder regarding memo (0.5); review M. Wilder's comments to interest accruals memo (0.8); revise interest accruals memo to reflect M. Wilder's comments (1.4). |
| 01/09/10 | M. Wilder | 4.50 | Continue drafting of the benefit section, phones section and debt-issuance cost section of memo. |
| 01/09/10 | M. Wilder | 1.00 | Research regarding same. |
| 01/09/10 | M. Wilder | 2.50 | Review of G. Chan portions of memo. |
| 01/10/10 | G. Chan | 7.00 | Call with M. Wilder to discuss interest accruals memo (1.5); revise interest accruals memos (5.5). |
| 01/10/10 | M. Wilder | 1.50 | Discuss changes to memo with G. Chan. |
| 01/11/10 | P. Levine | 1.80 | Conference with M. Wilder and T. Shuman regarding split off memo (.20); revise spin-off memorandum (1.60). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096742
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/11/10 | G. Chan | 8.20 | Review M. Wilder's summary of section regarding interest accruals with respect to the PHONES (1.0); revise bankruptcy interest accruals memo (7.2). |
| 01/11/10 | B. Rubin | 6.00 | Review and analyze academic literature regarding ESOP valuation furnished by Lazard (1.1); research and analysis regarding same (1.8); preparation for and conference call with Lazard personnel (.6); correspondence with Lazard regarding call (.1); review and edit draft memo regarding split-off issues (1.2); research and analysis regarding same (1.2). |
| 01/11/10 | A. Whiteway | 4.50 | Correspond with Mr. Granados regarding ESOP tax issues raised by split up emergence structure (.20); review and research split off issue (4.30). |
| 01/11/10 | M. Wilder | 1.00 | Review and revise 355 alternative memo (.80); discuss memo with P. Levine and T. Shuman (.20). |
| 01/11/10 | M. Wilder | 1.00 | Draft debt issuance costs portion of memo. |
| 01/11/10 | M. Wilder | 2.00 | Research regarding deductibility versus offset to cancellation of indebtedness income issue. |
| 01/12/10 | P. Levine | 5.80 | Review memorandum regarding bankruptcy emergence (4.80); conference with M. White and T. Shuman regarding memo (1.0). |
| 01/12/10 | T. Shuman | 6.40 | Review draft memorandum regarding spinoff from P. Levine (1.0); discuss memorandum with P. Levine and M. Wilder (1.0); revise memorandum (4.30); send same to B. Rubin and A. Whiteway (.10). |
| 01/12/10 | G. Chan | 7.80 | Revise bankruptcy interest accruals memo (6.9); draft email to A. Whiteway to confirm facts regarding interest accruals memo (0.2); review bankruptcy affidavit for additional facts (0.5); discuss interest accruals memo with M. Wilder (0.2). |
| 01/12/10 | B. Rubin | 2.70 | Review and edit memo regarding tax and ESOP issues raised by subsidiary emergence structure (1.2); research and analysis regarding same (1.1); correspondence with Mr. Granados regarding same (.4). |
| 01/12/10 | A. Whiteway | 2.60 | Correspond with Ms. Chan regarding interest accrual issue (.9); review spin off memo (.6); conference with Mr. Wilder regarding memo (.5); correspond with Mr. Granados regarding ESOP issues (.6). |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2096742
Invoice Date: 02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/12/10 | M. Wilder | 1.00 | Revised 355 memo. |
| 01/12/10 | M. Wilder | 1.00 | Review of cases cited by G. Chan regarding interest deductions in year of emergence. |
| 01/12/10 | M. Wilder | 2.80 | Revisions to portions of memo drafted by G. Chan. |
| 01/12/10 | M. Wilder | 1.50 | Draft portions of PHONES section. |
| 01/13/10 | P. Levine | 4.00 | Revise memo re divisive reorganization. |
| 01/13/10 | G. Chan | 7.50 | Review bankruptcy affidavit (.10); draft bankruptcy plan (0.6); revise bankruptcy interest accruals memo (6.7); discuss interest accruals memo with M. Wilder (0.1). |
| 01/13/10 | G. Chan | 0.60 | Discuss what Tribune debts are a "security" for section 355(d) purposes with M. Wilder and P. Levine (0.6). |
| 01/13/10 | B. Rubin | 3.30 | Review and edit memo regarding tax issues raised by possible subsidiary emergence (2.2); preparation for and conference call with Mr. Levine regarding same (1.1). |
| 01/13/10 | A. Whiteway | 4.80 | Research debt security terms (1.0); review and edit memo regarding tax issues raised by possible subsidiary emergence (2.7); preparation for and conference call with Mr. Levine regarding same (1.1). |
| 01/13/10 | J. Finkelstein | 0.50 | Discuss COD timing issues with co-counsel. |
| 01/13/10 | M. Wilder | 1.50 | Discussions of technical issues arising from spin-off alternative with A. Whiteway, B. Rubin, P. Levine, T. Shuman and G. Chan. |
| 01/13/10 | M. Wilder | 0.50 | Review of debt instrument priorities and maturity dates. |
| 01/13/10 | M. Wilder | 0.80 | Assist P. Levine in revising draft memo. |
| 01/13/10 | M. Wilder | 3.30 | Draft and revise various sections of memo. |
| 01/13/10 | M. Wilder | 1.50 | Review and revise sections of memo drafted by G. Chan. |
| 01/14/10 | G. Chan | 7.50 | Revise interest accruals in bankruptcy memo (6.2); discuss changes to memo with M. Wilder (1.3). |
| 01/14/10 | B. Rubin | 3.10 | Review and edit memo regarding tax issues raised by split-off structure (2.0); transmit memo to client (.1); review and analyze business unit financials (1.0). |
| 01/14/10 | A. Whiteway | 3.00 | Review tax issues raised by spin off structure (2.20); review financial information (.80). |
| 01/14/10 | M. Wilder | 4.80 | Draft additional portions of PHONES section of memo (2.80); review entire memo (.70); discuss changes and revisions with G. Chan (1.30). |
| 01/15/10 | G. Chan | 9.30 | Revise memo regarding interest accruals in bankruptcy (7.6); discuss changes to memo with M. Wilder (1.7). |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2096742
Invoice Date: 02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/15/10 | B. Rubin | 3.80 | Review and edit memo regarding interest accrual issues (2.7); research and analysis regarding same (1.1). |
| 01/15/10 | A. Whiteway | 1.90 | Review interest accrual tax issue (1.3); conference with co-counsel regarding same (.6). |
| 01/15/10 | M. Wilder | 6.80 | Review and revise entire draft memo (6.70); circulate to B. Rubin and A. Whiteway (.10). |
| 01/18/10 | B. Rubin | 1.40 | Correspondence with co-counsel regarding G-I case (.2); review court opinion (1.2). |
| 01/19/10 | B. Rubin | 5.70 | Preparation for and conference call with Mr. Liebentritt regarding possible separate subsidiary emergence plan (.9); follow-up conference call with Mr. Liebentritt regarding ESOP issues (.6); review and comment on revised POR (1.2); review and analyze asset business unit financial data client (1.2); preparation for and conference call with client regarding G-I case (1.4); conference call with Lazard regarding valuation issues (.4). |
| 01/19/10 | A. Whiteway | 3.00 | Telephone conference with Mr. Liebentritt regarding split off (.8); correspond with Sidley regarding memo (.3); review revised POR (.9); review asset balance sheet information from Mr. Shanahan (1.0). |
| 01/19/10 | A. Whiteway | 1.50 | Preparation for and telephone conference with Mr. Shanahan regarding G-1 case (.90); conference with co-counsel regarding same (.60). |
| 01/19/10 | J. Finkelstein | 2.50 | Participate in conference call regarding G-I Holdings (.80); draft memo regarding same (1.70). |
| 01/20/10 | B. Rubin | 5.70 | Review and comment on draft documents from client (2.2); correspondence with client regarding subsidiary emergence issues (.3); review and edit memo regarding G-I Holdings (1.3); conference calls with Mr. Liebentritt regarding split off (.5); review and analyze plan model from Lazard (1.4). |
| 01/20/10 | A. Whiteway | 5.50 | Review correspondence and attachments from Sidley re POR (3.0); correspondence with Mr. Liebentritt re spin off discussions (.9); analysis of G-I Holdings decision per Mr. Shanahan (.5); review summary of case (1.1) |
| 01/20/10 | J. Finkelstein | 3.50 | Draft memo regarding G-I Holdings. |
| 01/21/10 | P. Levine | 3.80 | Conference call regarding proposed split-off with B. Rubin (1.20); review split-off tax issues (1.40); |

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2096742 |
| Invoice Date: | 02/26/2010 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | conference with M. Wilder and T. Shuman regarding same (1.20). |
| 01/21/10 | T. Shuman | 2.50 | Call with B. Rubin and P. Levine regarding spin-off transaction (.2); meeting with B. Rubin and P. Levine regarding spin-off conference call (.3); conference call with P. Levine and M. Wilder regarding spin-off transaction (1.20); follow-up discussion with B. Rubin and P. Levine regarding same (.80). |
| 01/21/10 | B. Rubin | 4.70 | Conference with co-counsel regarding subsidiary emergence plan (.5); correspondence with Sidley, clients and co-counsel regarding same (.6); preparation for and conference call with clients and Sidley regarding same (.7); preparation for and conference call with Davis Polk, Hennigan Bennett and clients regarding emergence (1.2); revise memo regarding subsidiary emergence (.6); circulate same to team (.2); memo to clients regarding call and status (.9). |
| 01/21/10 | A. Whiteway | 1.60 | Review and analysis of split off tax issues (1.0); review correspondence with Sidley regarding same (.6). |
| 01/21/10 | M. Wilder | 2.50 | Conference calls with P. Levine and T. Shuman to discuss section 355 alternative plan and cancellation of debt over two-day period (1.20); further discussions with P. Levine regarding 355 alternative (1.30). |
| 01/21/10 | M. Wilder | 0.50 | Review of 355(d) preambles. |
| 01/22/10 | G. Ravert | 0.40 | Communications with J. Zajac regarding monthly fee statements and response to preliminary report of examiner. |
| 01/22/10 | T. Shuman | 0.60 | Research regarding divisive G reorganization qualification. |
| 01/22/10 | B. Rubin | 5.30 | Preparation for and conference call with client regarding treatment of PHONES and bifurcated effective date (1.4); research tax law and analysis regarding same (.8); correspondence with client regarding same (.6); gather tax research materials and forward to Davis Polk and Hennigan Bennett (.8); review and edit memo regarding G-I case (1.7). |
| 01/22/10 | A. Whiteway | 1.50 | Preparation for and telephone conference with creditors counsel regarding split off tax issues (1.5). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096742
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/22/10 | M. Wilder | 0.50 | Review authorities on continuity requirement for a spin-off. |
| 01/23/10 | P. Levine | 0.70 | Draft email regarding Section 355/G reorganization. |
| 01/24/10 | M. Wilder | 1.00 | Analysis of statutory issues regarding 355 alternative (.90); email to P. Levine and T. Shuman regarding same (.10). |
| 01/25/10 | S. Wells, P.C. | 0.50 | Review financial documents. |
| 01/25/10 | J. Zajac | 0.20 | Email to M. Simons regarding upcoming filing of fee statements. |
| 01/25/10 | B. Rubin | 0.60 | Conference with Ms. Whiteway regarding pending issues. |
| 01/25/10 | A. Whiteway | 5.60 | Review and analysis of split off tax issues (3.0); correspondence with Sidley regarding same (.6); review revised POR (.5); analysis of LLC liquidation structure (1.5). |
| 01/25/10 | J. Finkelstein | 5.50 | Review revised POR and restructuring documents. |
| 01/25/10 | M. Wilder | 0.50 | Continue research on statutory qualification of spin-off alternative. |
| 01/26/10 | S. Wells, P.C. | 1.80 | Review G/355 statutes and regs (.60); analyze opinion issues (.40); review new research results (.80). |
| 01/26/10 | M. White | 4.70 | Review issues outline (.70); meeting with MWE team regarding spin-off alternative (3.20); research regarding same (.80). |
| 01/26/10 | P. Levine | 5.20 | Conference with S. Wells, A. Whiteway, M. White, M. Wilder, and T. Shuman regarding restructuring (3.10); research regarding same (2.10). |
| 01/26/10 | P. Levine | 1.00 | Review debt prospectus. |
| 01/26/10 | T. Shuman | 6.80 | Discuss spin-off transaction with P. Levine (.1); meeting with A. Whiteway, S. Wells, et al. regarding analysis of spin-off transaction (3.2); follow-up discussion with P. Levine and M. Wilder regarding same (.2); research regarding spin-off to creditors under section 355(a)(1)(D) (2.0); discuss analysis of section 355(a)(1)(D) with P. Levine and M. Wilder (.7); research regarding definition of "securities" (.6). |
| 01/26/10 | J. Zajac | 1.10 | Emails with M. Simons regarding December cubs invoices (.10); review and revise invoices to ensure compliance with bankruptcy rules (1.0). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096742
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/26/10 | B. Rubin | 2.90 | Meeting with co-counsel regarding split-off structure and issues (2.9). |
| 01/26/10 | A. Whiteway | 7.10 | Review and comment on Disclosures (2.6); correspond with Sidley regarding same (.3); correspond with creditors counsel regarding split off (.4); review POR and discuss with Mr. Finkelstein (.6); conference with Mssrs. Levine, Wells, Wilder, White and Shuman regarding tax opinion issues with split off emergence transaction (3.2). |
| 01/26/10 | J. Finkelstein | 5.50 | Review revised PoR and restructuring documents. |
| 01/26/10 | M. Wilder | 4.00 | Further research, analysis and discussions regarding 355(e), 368(a)(1)D, the possibility of a deemed recapitalization and continuity of interest. |
| 01/26/10 | M. Wilder | 2.00 | Conference with S. Wells, A. Whiteway and others to discuss spin-off issues. |
| 01/26/10 | M. Wilder | 0.80 | Review of tax disclosure. |
| 01/27/10 | S. Wells, P.C. | 1.30 | Meet with P. Levine and M. Wilder regarding control issue an alternatives (1.10); review statute/regulation (.20). |
| 01/27/10 | M. White | 3.20 | Follow-up meetings and analysis regarding proposed spin-off alternative. |
| 01/27/10 | P. Levine | 2.00 | Prepare for and conference with S. Wells, M. White, M. Wilder, and T. Shuman regarding reorganization. |
| 01/27/10 | T. Shuman | 2.00 | Meeting with P. Levine, M. Wilder, and M. White regarding tax analysis of spin-off transaction (1.5); research regarding treating creditors as stockholders for tax purposes (.5). |
| 01/27/10 | B. Rubin | 5.20 | Review and comment on disclosure statement (2.2); review and edit memo regarding G-I holdings and G-I holdings case (1.4); conference with Mr. Blair-Stanek regarding changes to G-I memo (.4); review and edit memo regarding split-off issues (1.2). |
| 01/27/10 | A. Whiteway | 3.60 | Review and comment on disclosure schedules (2.6); review LLC roll-up transaction (.6); conference with co-counsel regarding split off tax issue (.4). |
| 01/27/10 | J. Finkelstein | 3.50 | Review PoR, disclosure and restructuring materials. |
| 01/27/10 | M. Wilder | 3.80 | Continue research into Revenue Ruling 59-222 and possibility of satisfying control requirement (2.40); meeting with P. Levine, T. Shuman and M. White to |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2096742
Invoice Date:  02/26/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | discuss 59-222 and 355(d) (1.40). |
| 01/27/10 | M. Wilder | 1.00 | Complete comments on bankruptcy tax disclosure. |
| 01/28/10 | P. Compernolle | 0.50 | Review materials regarding treatment of benefit plan in reorganization. |
| 01/28/10 | S. Wells, P.C. | 1.80 | Meeting with B. Rubin to analyze competing requirements of section 355 and consider opinion (1.40); review issues and status regarding same (.40). |
| 01/28/10 | M. White | 1.60 | Follow-up analysis regarding proposed spin-off alternative (.90); conference call with MWE team regarding same (.70). |
| 01/28/10 | P. Levine | 3.00 | Conference with B. Rubin, A. Whitewall, S. Wells, M. White, M. Wilder and T. Shuman regarding split-off (1.30); review revised outline (1.70). |
| 01/28/10 | T. Shuman | 5.70 | Research regarding section 355(a) and treatment of creditors as stockholders for tax purposes (.9); meeting with B. Rubin, A. Whiteway, et al. regarding tax analysis of spin-off transaction (1.3); revise short-form memo discussing tax analysis and send to P. Levine and M. Wilder (1.0); revise long-form memo discussing tax analysis of spin-off (1.7); discuss short-form memo with P. Levine and M. Wilder (.6); revise short-form memo and send to B. Rubin and A. Whiteway (.2). |
| 01/28/10 | B. Rubin | 3.20 | Preparation for and conference with Mr. Wells and Mr. Levine regarding split-off issues (1.5); research and analysis regarding tax issues (1.7). |
| 01/28/10 | A. Whiteway | 6.10 | Conference with co-counsel regarding POR comments (2.4); telephone conference with Mr. Shanahan regarding split off(.3); telephone conference with benefits counsel regarding POR (.2); comment and circulate mark-up of POR (1.2); conference with co-counsel regarding split off tax issues (1.7);  correspond with creditors counsel regarding same (.3). |
| 01/28/10 | J. Finkelstein | 4.00 | Review PoR and distribute comments (2.5 hours); review disclosure (1.5 hours). |
| 01/28/10 | M. Wilder | 1.50 | Conference with B. Rubin, A. Whiteway, S. Wells, P. Levine, T. Shuman and M. White to reach conclusions on spin-off alternative. |
| 01/28/10 | M. Wilder | 2.30 | Review memo by T. Shuman (1.30);  discuss changes |

# McDermott
# Will & Emery

Tribune Company

<table>
<tr><td></td><td>Client:</td><td>020336</td></tr>
<tr><td></td><td>Invoice:</td><td>2096742</td></tr>
<tr><td></td><td>Invoice Date:</td><td>02/26/2010</td></tr>
</table>

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | with P. Levine and T. Shuman (.60); discuss Revenue Ruling 59-222 with P. Levine (.40). |
| 01/29/10 | G. Ravert | 0.40 | Communications with A. Whteway concerning disclosure statement (.2); review McDermott retention order regarding disclosures concerning same (.2). |
| 01/29/10 | T. Shuman | 1.00 | Revise long-form memorandum analyzing spin-off transaction (.9); call with B. Rubin regarding tax analysis (.1). |
| 01/29/10 | J. Zajac | 0.60 | Emails to M. Simons regarding fee statements (.2); review invoices to ensure compliance with bankruptcy rules (.4). |
| 01/29/10 | B. Rubin | 2.00 | Research and analysis regarding split-off issues (1.2); correspondence with Mr. Dimon regarding same (.4); follow up with Mr. Shanahan regarding open issues (.4). |
| 01/29/10 | A. Whiteway | 7.10 | Review and comment on POR (2.1); review and comment on disclosure (3.9); correspond with Sidley regarding same (.4); telephone conference with Mr. Liebentritt regarding split off (.3); review revised memo (.4). |
| 01/29/10 | J. Finkelstein | 3.00 | Review disclosure. |
| 01/29/10 | M. Wilder | 1.00 | Review of short and long memos on 355 alternative. |
| 01/30/10 | P. Levine | 0.70 | Review reorganization memos. |
| 01/30/10 | M. Wilder | 1.00 | Draft addition to long memo regarding Revenue Ruling 58-222. |
| 01/31/10 | T. Shuman | 1.50 | Revise long-form memo analyzing spin-off (1.10); send to P. Levine and M. Wilder (.10); e-mails with P. Levine and M. Wilder regarding revisions to memo (.3). |
| 01/31/10 | M. Wilder | 1.50 | Additional comments on long memo on 355 alternative and analysis (with P. Levine and T. Shuman) of scope of continuity requirement for 355 spin-off in insolvency context. |

| | **Total Hours** | **419.90** | **Total For Services** | **$262,840.00** |
|---|---|---|---|---|

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2096742
Invoice Date: 02/26/2010

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 08/31/09 | Transportation/Parking<br>Pacer Billing Cycle: 10/1/09 - 12/31/09 | 41.92 |
| 12/09/09 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3233. | 3.90 |
| 12/14/09 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 3.75 |
| 12/15/09 | Transportation/Parking<br>Train fare and taxi fare to and from Wilmington, DE to attend hearing. | 285.00 |
| 12/17/09 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #24773751; INVOICE DATE: 01/04/10; Call Date: 12/17/09; Order #26073301; Host NAME: Blake Rubin | 6.24 |
| 12/23/09 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 407-6673. | 1.20 |
| 12/23/09 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 1.05 |
| 12/23/09 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 832-4575. | 0.15 |
| 12/23/09 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 1.05 |
| 12/23/09 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #24804017; INVOICE DATE: 01/04/10; Call Date: 12/23/09; Order #26104125; Host NAME: Blake Rubin | 13.60 |
| 01/06/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #24848292; INVOICE DATE: 02/02/10; Call Date: 01/06/10; Order #26149530; Host NAME: Blake Rubin | 18.59 |
| 01/19/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3233. | 1.80 |
| 01/19/10 | Telecommunications | 1.65 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2096742
Invoice Date:  02/26/2010

| Date | Description | Amount |
|------|-------------|--------|
| | Ext. 68424 called CHICAGO, (312) 222-3651. | |
| 01/19/10 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 407-6645. | |
| 01/19/10 | Telecommunications | 6.30 |
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |
| 01/19/10 | Telecommunications | 0.30 |
| | Ext. 68424 called CHICAGO, (312) 407-6645. | |
| 01/19/10 | Telecommunications | 1.05 |
| | Ext. 68424 called LA GRANGE, (630) 399-7847. | |
| 01/19/10 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 222-3651. | |
| 01/19/10 | Telecommunications | 0.15 |
| | Ext. 68425 called CHICAGO, (312) 222-4707. | |
| 01/20/10 | Photocopy - Color | 11.40 |
| | Device 03WDC01L. | |
| 01/20/10 | Photocopy - Color | 0.30 |
| | Device 03WDC01L. | |
| 01/21/10 | Telecommunications | 13.05 |
| | Ext. 68424 called NEW YORK, (212) 450-5999. | |
| 01/22/10 | Photocopy | 24.90 |
| | Device 01CHI30C. 08466 | |
| 01/28/10 | Transportation/Parking | 5.44 |
| | Pacer Billing Cycle: 10/1/09 - 12/31/09 | |
| 01/28/10 | Transportation/Parking | 2.40 |
| | Pacer Billing Cycle: 10/1/09 - 12/31/09 | |
| 01/28/10 | Transportation/Parking | 82.16 |
| | Pacer Billing Cycle: 10/1/09 - 12/31/09 | |
| 01/28/10 | Transportation/Parking | 92.00 |
| | Pacer Billing Cycle: 10/1/09 - 12/31/09 | |

**Total Costs and Other Charges**    **$619.65**

**Total This Invoice**    **$263,459.65**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096743 |
| Invoice Date: | 02/26/2010 |

## Remittance Copy
### Billing for services rendered through 01/31/2010

0516 Perfect Market, Inc.

| | |
|---|---:|
| Total Services | $ 36,514.50 |
| Total Costs and Other Charges Posted Through Billing Period | 481.16 |
| **Total This Invoice** | **$ 36,995.66** |

| Invoice | Date | | |
|---|---|---:|---:|
| 2087405 | 01/26/2010 | 2,143.55 | |
| 2094480 | 02/19/2010 | 50,000.00 | |
| Total Outstanding Balance | | | 52,143.55 |
| Total Balance Due | | | $ 89,139.21 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096743 |
| Invoice Date: | 02/26/2010 |

## Client Copy
### Billing for services rendered through 01/31/2010

0516 Perfect Market, Inc.

| | |
|---|---:|
| Total Services | $ 36,514.50 |
| Total Costs and Other Charges Posted Through Billing Period | 481.16 |
| **Total This Invoice** | **$ 36,995.66** |

| Invoice | Date | | |
|---|---|---:|---:|
| 2087405 | 01/26/2010 | 2,143.55 | |
| 2094480 | 02/19/2010 | 50,000.00 | |
| Total Outstanding Balance | | | 52,143.55 |
| Total Balance Due | | | $ 89,139.21 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

02/26/2010

Invoice: 2096743
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0516          Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/09/09 | R. Harris | 1.50 | Review terms of investment (.80); review Series B term sheet and transaction documents (.70). |
| 12/15/09 | R. Harris | 1.00 | Confer with D. Kazan and B. Fields regarding Term Sheet (.30); review and revise Term Sheet (.70). |
| 12/16/09 | R. Harris | 3.10 | Telephone conferences with D. Kazan and B. Fields regarding Term Sheet (.90); review and revise Term Sheet (2.20). |
| 12/17/09 | R. Harris | 1.40 | Telephone conference with D. Eldersveld regarding Perfect Market term sheet (.70); review and revise term sheet (.70). |
| 01/04/10 | R. Harris | 1.70 | Confer with D. Kazan regarding Term Sheet (.60); review and revise Term Sheet (.80); telephone conference with J. Gaverman regarding same (.30). |
| 01/06/10 | R. Harris | 0.30 | Confer with D. Kazan regarding revisions to Term Sheet and Service Agreement. |
| 01/07/10 | R. Harris | 0.40 | Confer with K. Kazan regarding terms (.20); prepare same most favored nations provisions (.20). |
| 01/07/10 | D. Fuchs | 1.00 | Research and review Most Favored Nation clauses for inclusion in commercial agreements (.80); office conference with R. Harris regarding same (.20). |
| 01/08/10 | R. Harris | 1.70 | Prepare for and participate in conference call with Perfect Market, current preferred investors, D. Kazan, D. Eldersveld and B. Fields regarding special stock. |
| 01/11/10 | R. Harris | 0.30 | Review documents regarding special stock. |
| 01/12/10 | R. Harris | 1.00 | Telephone conference with D. Eldersveld regarding transaction issues (.40); telephone conference with B. Fields and D. Kazan regarding due diligence (.30); review Idealab voting control documents (.30). |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2096743 | |
| Invoice Date: | 02/26/2010 | |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/13/10 | R. Harris | 0.50 | Telephone conference with D. Eldersveld and D. Kazan regarding Special Stock (.20); review Series B documents regarding same (.30). |
| 01/13/10 | M. Krofel | 0.30 | Ordered Delaware and California UCC searches of Perfect Market,Inc. |
| 01/14/10 | R. Harris | 0.50 | Telephone conference with D. Kazan regarding special stock and other transaction issues. |
| 01/18/10 | D. Fuchs | 2.00 | Review due diligence materials in advance of call to discuss same, including corporate formation information, material contracts, employee rosters, etc. |
| 01/19/10 | R. Harris | 0.70 | Telephone conference with D. Kazan, B. Fields, D. Eldersveld and D. Fuchs regarding due diligence (.30); attend to transaction issues regarding contract interpretation (.40). |
| 01/19/10 | D. Fuchs | 2.00 | Phone conversation regarding status of due diligence with Brian Fields, Dan Kazan and Dave Eldersveld (.30); review due diligence materials and draft questions regarding same (1.70). |
| 01/20/10 | J. Tamisiea | 1.00 | Reviewed Partnership Agreement regarding conversion of tribune partner to LLC (.60); reviewed Delaware Code regarding the foregoing (.20); drafted email to D. Eldersveld regarding the foregoing (.20). |
| 01/20/10 | R. Harris | 1.30 | Review Series C Charter (.60); review and telephone conference with D. Kazan regarding amendment to Services Agreement (.40); review Series C Purchase Agreement (.30). |
| 01/21/10 | R. Harris | 2.50 | Review Series C Purchase Agreement (.60); review Voting Agreement (1.10); review ROFR Agreement (.60); telephone conference with D. Kazan and B. Fields regarding Transaction Documents (.20). |
| 01/21/10 | S. Wales | 5.80 | Conferences with R. Harris regarding transaction issues (.20); review term sheet (.70);  review and revise Series C Preferred Stock Purchase Agreement, Investors Rights Agreement, Voting Agreement and ROFR and Co-Sale Agreement (4.90). |
| 01/21/10 | D. Fuchs | 2.90 | Review due diligence materials provided to date including corporate/organizational documents, board minutes, employments agreements and spin off |

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2096743 |
| Invoice Date: | 02/26/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | documents. |
| 01/21/10 | M. Krofel | 0.40 | Review Delaware and California Secretary of State UCC searches of Perfect Market, Inc. and prepare summary chart. |
| 01/22/10 | R. Harris | 5.30 | Review and revise Series C Charter (.90); review and revise Voting Agreement (1.20); review and revise Purchase Agreement (3.20). |
| 01/22/10 | S. Wales | 7.00 | Conferences with R. Harris regarding transaction issues (.60); review and revise Series C Preferred Stock Purchase Agreement (2.40), Investors Rights Agreement (3.10), Voting Agreement and ROFR and Co-Sale Agreement (.90). |
| 01/22/10 | D. Fuchs | 4.40 | Review due diligence binders 2 and 3 from by Brian Fields from the Company (2.60); prepare list of follow up requests/questions regarding same (1.40); correspondence with Brian Fields regarding MediaRiver acquisition documents and process related to the review of the same (.40). |
| 01/22/10 | M. Krofel | 0.30 | Review Los Angeles County, CA UCC lien searches of Perfect Market, Inc. and update summary chart. |
| 01/25/10 | R. Harris | 3.20 | Review D.Eldersveld comments to Charter and Transaction Documents (1.90); telephone conference with D. Kazan, D. Eldersveld and D. Fuchs regarding comments to Charter and Transaction Documents (1.30). |
| 01/26/10 | R. Harris | 4.30 | Review and revise Series C Purchase Agreement Transaction Agreements (3.90); confer with D. Kazan regarding same (.40). |
| 01/26/10 | D. Fuchs | 1.20 | Review MediaRiver acquisition documents (.80); circulate list of follow up due diligence questions regarding diligence review to date to Brian Fields (.40). |
| 01/26/10 | J. Finkelstein | 1.50 | Review diligence materials. |
| 01/27/10 | D. Fuchs | 1.20 | Review additional due diligence materials provided by the company in response to supplemental due diligence requests (.60); phone conversation with J. Finkelstein regarding background of transaction (.60). |
| 01/27/10 | J. Finkelstein | 1.50 | Discuss transaction with co-counsel (.60); review diligence materials (.90). |
| 01/28/10 | M. White | 1.90 | Review PMI materials. |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096743 |
| Invoice Date: | 02/26/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/28/10 | D. Fuchs | 2.00 | Phone conversation with Perfect Market and B. Fields to discuss open diligence items (.70); review additional due diligence materials provided by the company (1.20); email company regarding same (.10). |
| 01/29/10 | M. White | 1.20 | Review PMI materials (.90); telephone call with J. Finkelstein regarding same (.30). |
| 01/29/10 | R. Harris | 3.00 | Phone conferences with J. Gavenman of Cooley regarding comments to Articles of Incorporation, Purchase Agreement, Investor Rights Agreement, Right of First Refusal and Lo-Sale Agreement and Voting Agreement (2.40); draft e-mail memorandum to client summarizing material open issues (.60). |
| 01/29/10 | D. Fuchs | 1.00 | Correspondences with Brian Fields regarding due diligence review. |
| 01/29/10 | J. Finkelstein | 1.70 | Discuss diligence with co-counsel (.40); draft email to Tribune (1.30). |
| 01/29/10 | I. Mirsky | 1.60 | M. White, D. Fuchs due diligence request re: potential employment tax exposure issues of proposed joint venture target |
| 01/31/10 | D. Fuchs | 0.20 | Correspondence with Brian Fields regarding payroll tax liability. |

| | Total Hours | 75.80 | | Total For Services | $36,514.50 |
|---|---|---|---|---|---|

## Costs and Other Charges

| Description | Amount |
|---|---|
| Document Services | 460.16 |
| Telecommunications | 21.00 |
| **Total Costs and Other Charges** | **$481.16** |
| **Total This Invoice** | **$36,995.66** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2096743

02/26/2010

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
| --- | --- | --- | --- | --- | --- |
| 0516  Perfect Market, Inc. | 75.80 | 36,514.50 | 481.16 | 0.00 | 36,995.66 |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096744 |
| Invoice Date: | 02/26/2010 |

## Remittance Copy
### Billing for services rendered through 01/31/2010

0517 BuzzDash

| | |
|---|---|
| Total Services | $ 5,406.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 5,406.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096744 |
| Invoice Date: | 02/26/2010 |

---

### Client Copy
### Billing for services rendered through 01/31/2010

---

0517 BuzzDash

| | |
|---|---|
| Total Services | $ 5,406.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 5,406.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

02/26/2010

Invoice: 2096744
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0517          BuzzDash

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/29/09 | B. Gruemmer | 0.50 | Reviewing BuzzDash documents (.20); conference call on BuzzDash with client (.20); review UCCs (.10). |
| 12/29/09 | N. Coco | 0.40 | Review correspondence from B. Gruemmer and B. Fields, respectively, regarding BuzzDash matter (.20); correspondence to and from M. Krofel regarding UCC and lien search (.10); conference call with B. Gruemmer, B. Fields et al regarding same(.10). |
| 01/06/10 | B. Gruemmer | 0.50 | Calls with D. Kazan and N. Coco on potential structuring and ABC issues. |
| 01/06/10 | N. Coco | 0.50 | Review correspondence from B. Gruemmer and D. Kazan, respectively, regarding BuzzDash transaction matters (.20); draft correspondence to B. Gruemmer (.20); discussions with B. Gruemmer (.10). |
| 01/21/10 | B. Gruemmer | 0.50 | Reviewing Form of Release (.30); reviewing comments with Tribune (.20). |
| 01/21/10 | D. Fuchs | 1.20 | Draft and revise form release of BuzzDash creditors (.90); office conference with B. Gruemmer regarding same (.30). |
| 01/25/10 | D. Fuchs | 10.20 | Review due diligence materials provided to date including data rooms of materials from 1/11, 1/12 and 1/13 which included material contracts, employment agreements, offer letters, software licenses, corporate records and minutes of meetings (8.80); draft and circulate list of follow-up questions regarding same (1.30); circulate same to MWE team (.10). |
| 01/27/10 | N. Coco | 0.20 | Discussions with B. Gruemmer regarding BuzzDash transaction matters (.10); review correspondence from B. Gruemmer regarding same (.10). |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2096744 |
| Invoice Date: | 02/26/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/28/10 | D. Fuchs | 0.40 | Revise creditor release form. |

| | | | | |
|---|---|---|---|---|
| | **Total Hours** | **14.40** | **Total For Services** | **$5,406.50** |
| | | | **Total This Invoice** | **$5,406.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2096744

02/26/2010

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0517  BuzzDash | 14.40 | 5,406.50 | 0.00 | 0.00 | 5,406.50 |