**EXHIBIT A**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2105411 |
| Invoice Date: | 03/18/2010 |

---

## Remittance Copy
### Billing for services rendered through 02/28/2010

---

0016 Project Fastball Benefits
Client/Reference Number: 0000001792

| | |
|---|---|
| Total Services | $ 1,243.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,243.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2105411 |
| Invoice Date: | 03/18/2010 |

## Client Copy
### Billing for services rendered through 02/28/2010

0016 Project Fastball Benefits
Client/Reference Number: 0000001792

| | |
|---|---|
| Total Services | $ 1,243.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,243.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2105411
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0016          Project Fastball Benefits
                      Client/Reference Number: 0000001792

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/04/10 | P. Compernolle | 1.00 | Follow-up questions with R. Fernando on ERISA bond to avoid multiemployer plan withdrawal liability (.20); emails with Foley regarding same (.20); research regarding same (.60). |
| 02/04/10 | R. Fernando | 0.30 | Consult with P. Compernolle regarding PBGC 4204 waiver request (.20); research regarding same (.10). |
| 02/09/10 | P. Compernolle | 0.50 | Telephone conference with Foley and Lardner regarding bond to avoid multiemployer plan liability. |

|  | **Total Hours** | **1.80** | **Total For Services** | **$1,243.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 1.50 | 1,072.50 |
| R. Fernando | 0.30 | 171.00 |
| **Totals** | **1.80** | **$1,243.50** |
|  | **Total This Invoice** | **$1,243.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2105411

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| P. Compernolle | 1.50 | 1,072.50 |
| R. Fernando | 0.30 | 171.00 |
| **Totals** | **1.80** | **$1,243.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2124263 |
| Invoice Date: | 03/18/2010 |

---

## Remittance Copy
### Billing for services rendered through 02/28/2010

---

0020 Drews Litigation

| | |
|---|---|
| Total Services | $ 1,358.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,358.50** |

| Invoice | Date | | |
|---|---|---|---|
| 2122373 | 02/26/2010 | 4,133.00 | |
| Total Outstanding Balance | | | 4,133.00 |
| Total Balance Due | | | $ 5,491.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2124263 |
| Invoice Date: | 03/18/2010 |

---

## Client Copy
### Billing for services rendered through 02/28/2010

---

0020 Drews Litigation

| | |
|---|---|
| Total Services | $ 1,358.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,358.50** |

| Invoice | Date | | |
|---|---|---|---|
| 2122373 | 02/26/2010 | 4,133.00 | |

| | |
|---|---|
| Total Outstanding Balance | 4,133.00 |
| Total Balance Due | $ 5,491.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2124263
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0020        Drews Litigation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | R. Harris | 0.50 | Draft Response re: assumption of Defense. |
| 02/03/10 | R. Harris | 0.20 | Telephone conference with D. Eldersveld regarding Drews matter. |
| 02/08/10 | B. Gruemmer | 0.40 | Call with Ricketts counsel on Drews litigation. |
| 02/08/10 | R. Harris | 1.00 | Prepare for and participate in conference call with P. Quick, C. Rasmussen, D. Eldersveld and B. Gruemmer regarding treatment of Drews matter (.60); follow-up with B. Gruemmer regarding same (.40). |
| 02/12/10 | B. Gruemmer | 0.30 | Call with P. Quick regarding Drews accrual (.10); follow-up call with D. Eldersveld (.10); email to B. Fields regarding same (.10). |

| | **Total Hours** | **2.40** | **Total For Services** | **$1,358.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| B. Gruemmer | 0.70 | 483.00 |
| R. Harris | 1.70 | 875.50 |
| **Totals** | **2.40** | **$1,358.50** |
| | **Total This Invoice** | **$1,358.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2124263

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| B. Gruemmer | 0.70 | 483.00 |
| R. Harris | 1.70 | 875.50 |
| **Totals** | **2.40** | **$1,358.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2124264 |
| Invoice Date: | 03/18/2010 |

## Remittance Copy
## Billing for services rendered through 02/28/2010

0021 Post Closing Matters

| | |
|---|---|
| Total Services | $ 2,368.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,368.00** |

| Invoice | Date | | |
|---|---|---|---|
| 2097977 | 02/26/2010 | 10,994.50 | |
| Total Outstanding Balance | | | 10,994.50 |
| Total Balance Due | | | $ 13,362.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2124264 |
| Invoice Date: | 03/18/2010 |

---

## Client Copy
### Billing for services rendered through 02/28/2010

---

0021 Post Closing Matters

| | |
|---|---|
| Total Services | $ 2,368.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,368.00** |

| Invoice | Date | | |
|---|---|---|---|
| 2097977 | 02/26/2010 | 10,994.50 | |
| Total Outstanding Balance | | | 10,994.50 |
| Total Balance Due | | | $ 13,362.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2124264
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/04/10 | B. Gruemmer | 0.50 | Call with D. Eldersveld on open working capital issues. |
| 02/08/10 | B. Gruemmer | 1.40 | Follow-up research regarding treatment of CSN Distributions in LLC Agreement (1.10); call with B. Fields on same (.30). |
| 02/08/10 | D. Fuchs | 1.00 | Review and analyze CSN LLC agreement regarding nature of distributions (.70); office conference with B. Gruemmer regarding same (.30). |
| 02/18/10 | J. Bisbikis | 0.50 | Email from Rickett's counsel regarding post-closing domain name transfer issues (.20); review formation agreement and media agreement (.20); email to S. Karottki regarding same (.10). |
| 02/23/10 | D. Fuchs | 0.80 | Review provisions of the Formation Agreement in connection with the Carey proof of claim (.20); draft and revise summary of the same (.60). |
| 02/24/10 | D. Fuchs | 0.50 | Correspondence with Dave Eldersveld and David Bralow regarding slip and fall claim (.20); analysis of Formation Agreement regarding same (.30). |

| | **Total Hours** | **4.70** | **Total For Services** | **$2,368.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| J. Bisbikis | 0.50 | 332.50 |
| D. Fuchs | 2.30 | 724.50 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:          022182
Invoice:         2124264
Invoice Date:    03/18/2010

| Name | Hours | Amount |
|------|-------|--------|
| B. Gruemmer | 1.90 | 1,311.00 |
| **Totals** | **4.70** | **$2,368.00** |
| | **Total This Invoice** | **$2,368.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2124264

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| J. Bisbikis | 0.50 | 332.50 |
| D. Fuchs | 2.30 | 724.50 |
| B. Gruemmer | 1.90 | 1,311.00 |
| **Totals** | **4.70** | **$2,368.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105401 |
| Invoice Date: | 03/18/2010 |

## Remittance Copy
## Billing for services rendered through 02/28/2010

Total by Matter
    0040 General Employee Benefits Matters         $ 1,547.00
    Client/Reference Number: 0000000847

Total Services         $ 1,547.00

Total Costs and Other Charges Posted Through Billing Period     0.00

**Total This Invoice**     **$ 1,547.00**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 1,083.00 |
| 2028654 | 07/31/2009 | 463.10 |
| 2038849 | 08/31/2009 | 71.50 |
| 2076387 | 12/09/2009 | 214.50 |
| 2088345 | 01/01/2010 | 214.50 |
| 2097370 | 02/26/2010 | 5,125.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | | 020336 |
| Invoice: | | 2105401 |
| Invoice Date: | | 03/18/2010 |

Total Outstanding Balance                                          9,991.60

Total Balance Due                                              $ 11,538.60

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105401 |
| Invoice Date: | 03/18/2010 |

---

**Client Copy**
**Billing for services rendered through 02/28/2010**

---

Total by Matter
    0040 General Employee Benefits Matters            $ 1,547.00
    Client/Reference Number: 0000000847

Total Services                                       $ 1,547.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                             **$ 1,547.00**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2025149 | 04/22/2009 | 1,083.00 |
| 2028654 | 07/31/2009 | 463.10 |
| 2038849 | 08/31/2009 | 71.50 |
| 2076387 | 12/09/2009 | 214.50 |
| 2088345 | 01/01/2010 | 214.50 |
| 2097370 | 02/26/2010 | 5,125.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2105401 |
| Invoice Date: | 03/18/2010 |

Total Outstanding Balance                                              9,991.60

Total Balance Due                                                  $ 11,538.60

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2105401
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0040          General Employee Benefits Matters
                      Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/05/10 | P. Compernolle | 0.30 | Review emails on Insertco plan documents from K. Dansart. |
| 02/08/10 | P. Compernolle | 0.30 | Review Insertco plan documents. |
| 02/08/10 | J. Holdvogt | 0.50 | Review Insertco 401(k) plan documents for issues related to plan termination. |
| 02/09/10 | P. Compernolle | 0.50 | Review materials regarding Insertco plan (.30); telephone conference with K. Dansart regarding same (.20). |
| 02/09/10 | J. Holdvogt | 0.80 | Continue reviewing Insertco 401(k) plan documents for issues related to plan termination; confer with P. Compernolle re: plan issues. |
| 02/22/10 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding closing out of Insertco plan. |

| | **Total Hours** | **2.70** | **Total For Services** | **$1,547.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 1.40 | 1,001.00 |
| J. Holdvogt | 1.30 | 546.00 |
| **Totals** | **2.70** | **$1,547.00** |
| | **Total This Invoice** | **$1,547.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2105401

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 1.40 | 1,001.00 |
| J. Holdvogt | 1.30 | 546.00 |
| **Totals** | **2.70** | **$1,547.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105402 |
| Invoice Date: | 03/18/2010 |

## Remittance Copy
### Billing for services rendered through 02/28/2010

Total by Matter
    0041 Welfare Plans                                $ 976.00
    Client/Reference Number: 0000000848

Total Services                                      $ 976.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                                 **$ 976.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 8,635.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105402
Invoice Date:  03/18/2010

| Invoice | Date | |
|---------|------|--|
| 2076388 | 12/09/2009 | 5,948.50 |
| 2088346 | 01/01/2010 | 6,192.50 |
| 2097371 | 02/26/2010 | 4,517.49 |

Total Outstanding Balance                   81,920.79

Total Balance Due                        $ 82,896.79

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105402 |
| Invoice Date: | 03/18/2010 |

## Client Copy
### Billing for services rendered through 02/28/2010

Total by Matter
    0041 Welfare Plans                                 $ 976.00
    Client/Reference Number: 0000000848

Total Services                                                           $ 976.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                                            **$ 976.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 8,635.50 |
| 2076388 | 12/09/2009 | 5,948.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105402
Invoice Date:  03/18/2010

| Invoice | Date | | |
|---------|------|---|---|
| 2088346 | 01/01/2010 | 6,192.50 | |
| 2097371 | 02/26/2010 | 4,517.49 | |
| Total Outstanding Balance | | | 81,920.79 |
| Total Balance Due | | | $ 82,896.79 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2105402
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041        Welfare Plans
                    Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/11/10 | A. Gordon | 0.50 | Review language from UHC regarding ASA (.30); discuss same with R. DeBoer and S. O'Connor (.20). |
| 02/11/10 | A. Gordon | 0.30 | Review and respond to e-mail from UHC regarding concerns. |
| 02/26/10 | A. Gordon | 0.50 | Draft response to UHC's business associate question. |
| 02/26/10 | A. Gordon | 0.30 | Discuss UHC's business associate issue with R. DeBour and S. O'Connor. |

| | **Total Hours** | **1.60** | **Total For Services** | **$976.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| A. Gordon | 1.60 | 976.00 |
| **Totals** | **1.60** | **$976.00** |
| | **Total This Invoice** | **$976.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2105402

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| A. Gordon | 1.60 | 976.00 |
| **Totals** | **1.60** | **$976.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105403 |
| Invoice Date: | 03/18/2010 |

**Remittance Copy**
**Billing for services rendered through 02/28/2010**

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 970.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 970.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105403 |
| Invoice Date: | 03/18/2010 |

---

## Client Copy
### Billing for services rendered through 02/28/2010

---

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

Total Services                                                                              $ 970.50

Total Costs and Other Charges Posted Through Billing Period                   0.00

**Total This Invoice**                                                                **$ 970.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox -- Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2105403
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0042          Non-Qualified Plans
                      Client/Reference Number: 0000000849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | J. Holdvogt | 1.80 | Review and finalize plan amendment to Tribune Company Supplemental Defined Contribution Plan to cease additional accruals and freeze plan participation. |
| 02/02/10 | P. Compernolle | 0.30 | Revise and email supplemental defined contribution plan amendment to client. |

| **Total Hours** | **2.10** | **Total For Services** | **$970.50** |
|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 0.30 | 214.50 |
| J. Holdvogt | 1.80 | 756.00 |
| **Totals** | **2.10** | **$970.50** |
| | **Total This Invoice** | **$970.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2105403

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 0.30 | 214.50 |
| J. Holdvogt | 1.80 | 756.00 |
| **Totals** | **2.10** | **$970.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105404 |
| Invoice Date: | 03/18/2010 |

## Remittance Copy
**Billing for services rendered through 02/28/2010**

Total by Matter
    0047 ESOP
    Client/Reference Number: 0000001574          $ 33,215.18

Total Services          $ 33,168.50

Total Costs and Other Charges Posted Through Billing Period      46.68

**Total This Invoice**          **$ 33,215.18**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105404 |
| Invoice Date: | 03/18/2010 |

---

**Client Copy**
**Billing for services rendered through 02/28/2010**

---

Total by Matter
    0047 ESOP                                $ 33,215.18
    Client/Reference Number: 0000001574

Total Services                                        $ 33,168.50

Total Costs and Other Charges Posted Through Billing Period      46.68

**Total This Invoice**                             **$ 33,215.18**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox -- Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2105404
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | W. Merten | 1.50 | Review comments to disclosure statement sent by Andrea Whiteway (.90).  Telephone call from Blake Rubin, Bill Levine and Tim Sherman as to possible new plan of reorganization, related issues and related facts (.60). |
| 02/02/10 | P. Compernolle | 0.50 | Conference with B. Merten re status of ESOP and potential issue. |
| 02/02/10 | W. Merten | 1.70 | Discuss call from Blake Rubin (regarding possible alternative plan of reorganization) with Paul Compernolle (.20).  Meeting with P. Compernolle regarding call with Jim Ducayet (Sidley & Austin) as to our comments regarding disclosure documents and plan of reorganization (.40).  Analysis regarding issues posed by B. Rubin during the call (.10).  Discussion with S. Schaefer regarding same (.40).  Discussion with P. Compernolle regarding plan issues discussed with B. Rubin (.30).  Telephone call to Blake Rubin (.30). |
| 02/02/10 | S. Schaefer | 1.30 | Discussions with Bill Merten regarding freezing or terminating ESOP (.60).  Discuss with B. Merten different strategic issues related to the ongoing litigation and the bankruptcy (.70). |
| 02/03/10 | P. Compernolle | 0.30 | Review materials regarding determination letter filings (.10); telephone conference with K. Dansart regarding same (.10); research regarding notice and other issues (.10). |
| 02/03/10 | W. Merten | 0.60 | Review as to documents discussed with Paul Compernolle (including, without limitation, applicable loan documentation) in connection with plan of |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105404
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | reorganization. |
| 02/03/10 | J. Holdvogt | 0.80 | Review plan documents (.30); confer with P. Compernolle and B. Tiemann re: IRS determination letter application (.20); prepare summary of notice requirements for determination letter application (.30). |
| 02/08/10 | W. Merten | 2.50 | Conversations with Paul Compernolle regarding possible new plan of reorganization (.20).  Review notes and ESOP loan documents (.60).  Review draft of plan of reorganization (.90).  Telephone call to Don Liebentritt regarding same (.30).  Telephone call from Don Liebentritt regarding conversations with Blake Rubin (.30).  Analysis regarding matters discussed with D. Liebentritt (.20). |
| 02/09/10 | W. Merten | 2.80 | Prepare for and call to D. Liebentritt regarding disclosure statement (.60).  Telephone call to Jim Ducayet (Sidley) regarding various aspects of plan of liquidation (.50).  Review e-mail from Jim Ducayet with plan of reorganization and motion attachments (.80).  Telephone conversation with Don Liebentritt regarding claims by IRS and Department Labor (.20).  Drafting of memo to Don Liebentritt (.70). |
| 02/10/10 | P. Compernolle | 1.00 | Review plan of reorganization and treatment of ESOP. |
| 02/10/10 | W. Merten | 3.70 | Forward plan of reorganization to Paul Compernolle (.10).  Review e-mail from Jim Ducayet regarding motion for judgment on the pleadings (.20).  Forward same to Paul Compernolle (.10).  Review e-mail from Don Liebentritt to Jim Ducayet regarding McDermott's idea of freezing (.30).  Forward related e-mail to Luis Granados (.10).  Review related e-mail from Jim Ducayet (.40).  Review e-mail from David Bradford regarding note forgiveness (.20).  Reviews to attachment from Jim Ducayet (.30).  Draft e-mail to Luis Granados regarding e-mail as to freezing (.30).  Call from Luis Granados regarding freezing (.10).  Review modifications from Luis Granados as to memo to be sent to Don Liebentritt (.20).  Continue work on "freeze memo" (.80).  Discussions with Luis Granados and Paul Compernolle regarding freezing (.30).  Draft e-mail to Don regarding |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2105404
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | timing of e-mail as to "freezing" rather than terminating ESOP (.30). |
| 02/10/10 | S. Schaefer | 1.20 | Discussions with Bill Merten regarding ESOP freeze and reasons to encourage freeze of the plan rather than termination (.60); discussion of issues regarding negotiation of the loan repayment with B. Merten (.60). |
| 02/10/10 | L. Granados | 0.50 | Telephone conference with and email to B. Merten regarding ESOP freeze proposal. |
| 02/11/10 | D. Zucker | 0.30 | Discussion with B. Merten regarding effect of termination of ESOP on S corporation election. |
| 02/11/10 | P. Compernolle | 1.00 | Review materials on terminating and freezing ESOP (.50); review emails from B. Merten regarding same (.20); conference with B. Merten regarding same (.30). |
| 02/11/10 | W. Merten | 3.70 | Telephone call to Luis Granados regarding e-mail to be sent regarding freezing of plan rather than termination of plan (.20). Meet with Paul Compernolle regarding his comments as to memo (.30). Telephone call from Jim Ducayet regarding plan (.20). Continue work on memo (.60). Draft e-mail to Don Liebentritt regarding freezing memo (.20). Telephone call from D. Liebentritt regarding memo received and reviewed (.30). Begin modifying memo (.70). Call with Jim Ducayet regarding freezing rather than terminating plan (.40). Send e-mail to Jim Ducayet regarding same (.20). Modify memo per discussion with Don Liebentritt (.60). |
| 02/12/10 | P. Compernolle | 0.50 | Review materials regarding plan freeze and authority to approve. |
| 02/12/10 | W. Merten | 4.90 | Continue work on revised memo for Don Liebentritt (2.40). Meet with Paul Compernolle regarding party (EBC or Board) should make free decision (.60). Review materials received from Jim Ducayet (Sidley) (1.20). Draft email reply to Jim Ducayet (.30). Telephone call from Jim Ducayet regarding issues to be discussed and modified plan of reorganization (.40). |
| 02/12/10 | S. Schaefer | 1.00 | Review and discuss with Bill Merten memorandum regarding freezing or terminating the ESOP and eiscussed valuation issues related to the stock. |
| 02/15/10 | W. Merten | 5.10 | Review email from Bryan Krakauer regarding plan |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105404
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | documents (.20). Review plan of reorganization and drafts of motions sent by Jim Ducayet (3.20). Telephone conversation with J. Ducayet regarding same (.80). Review email from J. Ducayet regarding same (.20). Print and compare attachments (.70). |
| 02/16/10 | W. Merten | 5.20 | Review as to drafts of plan of reorganization sent by Jim Ducayet (2.10). Review as to drafts of motions (1.60). Telephone call to Jim Ducayet regarding same (.80). Telephone call to Sidley ERISA partner (Priscilla Ryan) regarding same (.70). |
| 02/16/10 | L. Granados | 0.30 | Telephone conference with B. Merten regarding freezing plan. |
| 02/17/10 | W. Merten | 0.70 | Return call from Priscilla Ryan regarding Section 409(p) issue (.30). Related review of plan of reorganization drafts (.40). |
| 02/18/10 | W. Merten | 1.00 | Review second draft of plan of reorganization sent by Jim Ducayet. |
| 02/22/10 | W. Merten | 1.30 | Draft email to Jim Ducayet regarding further drafts of plan and motion (.20). Review response from J. Ducayet (.30). Review email from J. Ducayet regarding revised plan of reorganization (.10). Review as to attachment (.50). Send copy of plan of reorganization to Paul Compernolle (.10). Draft reply email to Priscilla Ryan (.10). |
| 02/23/10 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding participating employer. |
| 02/23/10 | W. Merten | 0.50 | Meet with Paul Compernolle regarding most recent draft of plan and conversations with Sidley regarding Section 409(p). Review email from Paul Compernolle regarding plan of reorganization and draft related email to Luis Granados. Meet with Paul regarding litigation issues as to adoption of ESOP by controlled group companies. |
| 02/24/10 | W. Merten | 1.00 | Review emails between Paul Compernolle and Luis Granados regarding plan of reorganization (.40). Telephone call from Luis Granados regarding same (.20). Draft emails to Paul Compernolle and Jon Finkelstein regarding same (.30). Review email from Jon Finkelstein regarding same (.10). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105404
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/24/10 | L. Granados | 1.00 | Review bankruptcy plan excerpt (.60); telephone conference with B. Merten regarding same (.20); email P. Compernolle regarding same (.20). |
| 02/25/10 | W. Merten | 0.70 | Review as to plan of reorganization issues raised by Paul Compernolle (.20).  Meet with Paul Compernolle regarding same (.20).  Conversation with Luis Granados regarding view as to preliminary conclusions reached as to issue raised by Paul Compernolle regarding section of plan of reorganization (.30). |

| | **Total Hours** | **46.90** | **Total For Services** | **$33,168.50** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 3.60 | 2,574.00 |
| L. Granados | 1.80 | 1,134.00 |
| J. Holdvogt | 0.80 | 336.00 |
| W. Merten | 36.90 | 26,383.50 |
| S. Schaefer | 3.50 | 2,502.50 |
| D. Zucker | 0.30 | 238.50 |
| **Totals** | **46.90** | **$33,168.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 01/06/10 | Transportation/Parking<br>1/5/10   Taxi cab fare from McDermott to Tribune Company ($7) and taxi cab fare from Tribune Company back to McDermott ($7). | 14.00 |
| 01/06/10 | Transportation/Parking<br>1/6/10   Taxi cab fare from McDermott to Tribune Company ($7). | 7.00 |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2105404
Invoice Date: 03/18/2010

| Date | Description | Amount |
|------|-------------|-------:|
| 01/11/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #24875423; INVOICE DATE: 02/02/10; Call Date: 01/11/10; Order #26177291; Host NAME: Bill Merten | 24.63 |
| 02/11/10 | Telecommunications<br>Ext. 47647 called WASHINGTON, (202) 460-1270. | 1.05 |

**Total Costs and Other Charges**     **$46.68**

**Total This Invoice**     **$33,215.18**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2105404

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| P. Compernolle | 3.60 | 2,574.00 |
| L. Granados | 1.80 | 1,134.00 |
| J. Holdvogt | 0.80 | 336.00 |
| W. Merten | 36.90 | 26,383.50 |
| S. Schaefer | 3.50 | 2,502.50 |
| D. Zucker | 0.30 | 238.50 |
| **Totals** | **46.90** | **$33,168.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105416 |
| Invoice Date: | 03/18/2010 |

---

## Remittance Copy
### Billing for services rendered through 02/28/2010

---

Total by Matter
    0507 Newsday
    Client/Reference Number: 0000001849        $ 13,288.60

Total Services    $ 13,288.50

Total Costs and Other Charges Posted Through Billing Period    0.10

**Total This Invoice**    **$ 13,288.60**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105416 |
| Invoice Date: | 03/18/2010 |

## Client Copy
### Billing for services rendered through 02/28/2010

Total by Matter
    0507 Newsday                            $ 13,288.60
    Client/Reference Number: 0000001849

Total Services                                             $ 13,288.50

Total Costs and Other Charges Posted Through Billing Period      0.10

**Total This Invoice**                                   **$ 13,288.60**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2105416
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/02/10 | M. Bilut | 0.30 | Telephone call with D. Eldersveld regarding lease language. |
| 02/11/10 | M. Bilut | 1.00 | Draft e-mail to M. Anderson regarding status of Newsday UST matter (.20); review M. Anderson's e-mail regarding status of Newsday UST matter (.30); review revised proposal from ERM (.30); update response letter to Newsday (.20). |
| 02/16/10 | M. Bilut | 0.20 | Review and respond to M. Anderson's e-mail regarding ERM proposals and shoring costs. |
| 02/16/10 | B. Rubin | 1.10 | Review and analyze possible changes with CVC (.7); correspondence with clients regarding same (.4). |
| 02/17/10 | B. Rubin | 1.80 | Preparation for and conference call with clients regarding Cablevision requests (1.2); analysis regarding same (.6). |
| 02/22/10 | A. Whiteway | 1.20 | Prepare analysis of tax impact of remedials (.30); conference with co-counsel regarding same (.60); review and analysis of readily traded debt issue (.30). |
| 02/23/10 | B. Rubin | 1.60 | Develop NPV analysis (1.2); conference with Ms. Whiteway (.4). |
| 02/23/10 | A. Whiteway | 3.40 | Prepare sale scenario spreadsheets (2.90); conference with co-counsel regarding same (.50). |
| 02/24/10 | B. Rubin | 2.90 | Review and comment on NPV computations (1.1); research and analysis regarding deal terms (1.2); memo to client regarding possible deal changes (.6). |
| 02/24/10 | A. Whiteway | 2.90 | Prepare sale spreadsheet (2.30); conference with Mr. Rubin regarding same (.60). |

|  |  |  |  |  |
|---|---|---|---|---|
| **Total Hours** | **16.40** | | **Total For Services** | **$13,288.50** |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105416
Invoice Date:  03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| M. Bilut | 1.50 | 892.50 |
| B. Rubin | 7.40 | 6,771.00 |
| A. Whiteway | 7.50 | 5,625.00 |
| **Totals** | **16.40** | **$13,288.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Photocopy<br>Device 01CHI17C. 03051 | 0.10 |
| **Total Costs and Other Charges** | **$0.10** |
| **Total This Invoice** | **$13,288.60** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2105416

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| M. Bilut | 1.50 | 892.50 |
| B. Rubin | 7.40 | 6,771.00 |
| A. Whiteway | 7.50 | 5,625.00 |
| **Totals** | **16.40** | **$13,288.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105410 |
| Invoice Date: | 03/18/2010 |

---

## Remittance Copy
### Billing for services rendered through 02/28/2010

---

Total by Matter
　　0515 Chapter 11 Restructuring　　　　　　$ 177,469.12

Total Services　　　　　　　　　　　　　　　　$ 177,161.00

Total Costs and Other Charges Posted Through Billing Period　　　308.12

**Total This Invoice**　　　　　　　　　　**$ 177,469.12**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |
| 2076400 | 12/09/2009 | 114,381.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105410
Invoice Date:  03/18/2010

| Invoice | Date | | |
|---------|------------|---|---|
| 2096277 | 01/26/2010 | 135,295.52 | |
| 2096742 | 02/26/2010 | 263,459.65 | |

Total Outstanding Balance                905,252.91

Total Balance Due                     $ 1,082,722.03

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105410 |
| Invoice Date: | 03/18/2010 |

---

## Client Copy
### Billing for services rendered through 02/28/2010

---

Total by Matter
    0515 Chapter 11 Restructuring      $ 177,469.12

Total Services     $ 177,161.00

Total Costs and Other Charges Posted Through Billing Period     308.12

**Total This Invoice**     **$ 177,469.12**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |
| 2076400 | 12/09/2009 | 114,381.90 |
| 2096277 | 01/26/2010 | 135,295.52 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105410
Invoice Date:  03/18/2010

| Invoice | Date | | |
|---------|------|---|---|
| 2096742 | 02/26/2010 | 263,459.65 | |

Total Outstanding Balance                                        905,252.91

Total Balance Due                                          $ 1,082,722.03

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2105410
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | P. Levine | 5.70 | Research G reorganizations (5.10); conference call regarding divisive G with T. Shuman (.20); conference call with client regarding acquisitive G (.40). |
| 02/01/10 | T. Shuman | 4.80 | Revise memorandum on tax analysis of spin-off transaction (.2); prepare for call with client and interested parties regarding spin-off transaction (.3); call with client and interested parties regarding tax analysis (2.2); call with client, B. Rubin, and P. Levine regarding acquisitive reorganization analysis (.4); follow-up discussion with B. Rubin and P. Levine regarding same (.4); research regarding tax analysis of acquisitive reorganization (1.3). |
| 02/01/10 | B. Rubin | 6.10 | Review and edit memo regarding split-off structure (1.2); preparation for and conference call with Davis Polk, Hennigan Bennett regarding tax issues raised by possible subsidiary emergence (1.7); research and analysis regarding possible alternative structure (1.8); memo to client regarding same (.6); preparation for and conference call with clients regarding split-off structure (.8). |
| 02/01/10 | A. Whiteway | 3.90 | Preparation for and telephone conference regarding IRC 354 and 355 (2.4); legal research and analysis of tax issues (.4); review and comment on POR (.3); correspond with client regarding same (.4); telephone conference with co-counsel regarding same (.4). |
| 02/01/10 | M. Wilder | 2.70 | Conference call with B. Rubin, A. Whiteway, P. Levine and other firms to discuss 355 alternative and other reorganization possibilities (.40); further research into possibility of nondivisive G reorganization (2.30). |
| 02/01/10 | A. Blair-Stanek | 2.70 | Look at various conflicting definitions of dicta (1.90); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105410
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | read district court opinion in US v. G-I Holdings to determine what is dicta (.80). |
| 02/02/10 | M. White | 0.80 | Telephone calls with J. Finklestein and R. Harris re: loss issue; analyze same. |
| 02/02/10 | P. Levine | 0.70 | Research reconsolidtion issues (.40); conference with M. Wilder and T. Shuman regarding same (.30). |
| 02/02/10 | G. Ravert | 0.60 | Review final report issued by Fee Examiner and route comments to B. Rubin regarding same (.6). |
| 02/02/10 | T. Shuman | 4.30 | Research regarding tax analysis of reorganization (1.3); meeting with P. Levine and M. Wilder regarding section 1504(a)(3) (.3); discuss reorganization analysis with P. Levine and M. Wilder (.4); draft memorandum analyzing acquisitive reorganization (2.3). |
| 02/02/10 | J. Zajac | 0.20 | Review final fee examiner's report for Second Fee Application. |
| 02/02/10 | B. Rubin | 4.20 | Preparation for and conference call with clients regarding state tax issues arising in restructuring (.6); follow up with Mr. Rosen regarding state tax issues (.3); review and comment on Lazard valuation analysis (1.2); review and edit raised draft memo regarding G-I Holdings case (.6); research and analysis regarding G reorg issues and affect on consolidated return (1.2); correspondence with Mr. Levine regarding same (.2). |
| 02/02/10 | A. Whiteway | 4.30 | Preparation for call with creditor's counsel regarding emergence tax issues (1.2); tax research of COD issues (.6); telephone conference with Mr. Shanahan regarding state tax issues on emergence plan (.9); review and analysis of LLC conversion (1.6). |
| 02/02/10 | J. Finkelstein | 2.50 | Review restructuring materials (1.90); participate in conference call with Tribune regarding same (.60). |
| 02/02/10 | M. Wilder | 0.50 | Discuss G reorganization issues with P. Levine and T. Shuman. |
| 02/02/10 | A. Blair-Stanek | 4.00 | Search for best citation for dicta (.60); add to G-I Holdings memo (.20); search within case law, treatises, and judicial handbook for best citations on weight of unpublished district court opinions (1.30); add to G-I Holdings memo (.30); type short explanation of hypothesis regarding district court's approach (.70); |

# McDermott
# Will&Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2105410 |
| Invoice Date: | 03/18/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | create blackline (.20); email memo to B. Rubin, A. Whiteway, J. Finkelstein (.10); look for quotes on weight of dicta and email them to B. Rubin (.60). |
| 02/03/10 | P. Levine | 0.70 | Review acquisitive G reorganization memo (.40); conference with M. Wilder and T. Shuman regarding same (.30). |
| 02/03/10 | T. Shuman | 2.10 | Draft memorandum regarding tax treatment of Newco transaction (1.2); discuss memorandum with P. Levine and M. Wilder (.6); revise memorandum (.3). |
| 02/03/10 | G. Chan | 3.30 | Discuss list of authorities regarding interest accruals with M. Wilder (0.4); draft list of authorities and summary of each authority (2.9). |
| 02/03/10 | B. Rubin | 4.40 | Preparation for and conference call with Davis Polk and Kramer Levin regarding possible bifurcated emergence date (1.4); memo to client regarding same (.3); respond to Davis Polk request for research materials (.6); review docket materials from G-I Holdings (.7); conference with Mr. Finkelstein regarding memo (.2); review and comment on memo regarding interest accrual issues (1.2). |
| 02/03/10 | A. Whiteway | 5.50 | Preparation for and telephone conference with client and creditor's counsel regarding emergence issues (2.8); legal research and analysis of tax issues regarding interest accrual and COD issues (2.1); correspond with client regarding same (.6). |
| 02/03/10 | J. Finkelstein | 1.00 | Review effective date chart regarding PoR. |
| 02/03/10 | M. Wilder | 1.20 | Assist G. Chan in preparing outline of authorities on debt amortization costs and interest accruals in year of debt discharge. |
| 02/03/10 | M. Wilder | 0.70 | Discuss G reorganization issues with P. Levine. |
| 02/04/10 | G. Ravert | 0.30 | Communications with J. Zajac regarding fee statements and current fee application. |
| 02/04/10 | T. Shuman | 0.40 | Revise memorandum regarding acquisitive reorganization structure (.2); discuss same with M. Wilder (.2). |
| 02/04/10 | B. Rubin | 4.80 | Review and edit memo to Dimon (.9); review and analyze memo from Sidley regarding bifurcated effective date (.8); correspondence with Mr. Liebentritt regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105410
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | plan (.2); review and edit memo regarding acquisitive G reorganization (1.4); research and analysis regarding same (.7); memo to Davis Polk and Kramer Levin regarding interest deduction and related issues (.8). |
| 02/04/10 | J. Finkelstein | 1.50 | Review correspondence from B. Rubin regarding PoR (.5 hours); research regarding G-I Holdings (1 hour). |
| 02/04/10 | M. Wilder | 0.80 | Review memo on G reorganization. |
| 02/05/10 | P. Levine | 1.00 | Review reconsolidation issue (.70); teleconference with M. Wilder, and T. Shuman regarding G reorganization (.30). |
| 02/05/10 | T. Shuman | 1.00 | Call with B. Rubin regarding acquisitive reorganization memorandum (.2); revise memorandum and draft cover email (.3); call with P. Levine and M. Wilder regarding memorandum (.5). |
| 02/05/10 | B. Rubin | 5.50 | Review and analyze memo from Sidley regarding effective date issues (1.2); review draft PoR (.6); preparation for and conference call with Mr. Lantry regarding same (.6); review and comment on memo regarding interest deduction issues (.7); correspondence with Mr. Wilder regarding same (.4); review and comment on memo regarding acquisitive G reorg (1.2); conference with Mr. Wilder regarding COD issues (.8). |
| 02/05/10 | A. Whiteway | 5.00 | Review and tax analysis of G reorganization (2.2); review memo regarding G reorganization (2.1); telephone conference with co-counsel regarding same (.7). |
| 02/05/10 | J. Finkelstein | 3.00 | Review memo regarding PoR (1.40); participate in conference call with Sidley regarding same (.60); review G-I Holdings memo (1 hour). |
| 02/05/10 | M. Wilder | 2.30 | Analysis of 1017(b)(2) and related arguments for avoiding basis reduction in assets. |
| 02/06/10 | B. Rubin | 1.90 | Review and finalize memo regarding G reorg and transmit to client (1.2); memo to Mr. Wilder regarding COD analysis (.7). |
| 02/06/10 | M. Wilder | 2.70 | Further analysis of protected application of 1017(b)(2) (1.20); further analysis of significant modification issue (1.30); compose e-mail regarding same to B. Rubin (.20). |
| 02/07/10 | B. Rubin | 0.60 | Correspondence with Mr. Wilder regarding COD issues. |
| 02/07/10 | M. Wilder | 2.50 | Analysis of basis reduction issues arising from proposed |

# McDermott
# Will & Emery

Tribune Company

| | | | Client: | 020336 |
| | | | Invoice: | 2105410 |
| | | | Invoice Date: | 03/18/2010 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | G reorganization alternative (.90); further analysis of possible application of 108(e) with respect to entire amount of debt (1.30); compose e-mail regarding same (.30). |
| 02/08/10 | P. Compernolle | 1.00 | Telephone conference with B. Rubin regarding employee benefit claims and treatment in plan of reorganization (.70); research regarding same (.30). |
| 02/08/10 | T. Shuman | 0.20 | Review emails from client regarding acquisitive "G" reorganization. |
| 02/08/10 | B. Rubin | 5.90 | Preparation for and conference call regarding effective date issues (1.1); conference with Mr. Merten regarding ESOP issues (.6); memo to client regarding ESOP issues (.1); correspondence with Davis Polk regarding G reorg issues (.3); respond to client inquiries regarding G reorg issues (1.2); locate relevant authorities for memo regarding G-1 Holdings (1.1); review and edit memo and circulate for comment (.9); conference with Mr. Wilder regarding 1001 issue (.6). |
| 02/08/10 | A. Whiteway | 3.90 | Review acquisitive G tax issues (2.0); correspondence with M. Wilder regarding same (.6); conference with co-counsel regarding same (1.3) |
| 02/08/10 | J. Finkelstein | 2.00 | Participate in conference call regarding PoR (1 hour); review G-1 memo and discuss with co-counsel (1 hour). |
| 02/09/10 | P. Levine | 4.00 | Preparation for and conference call with client regarding G reorganization (3.40); conference with B. Rubin, and M. Wilder regarding same (.60). |
| 02/09/10 | T. Shuman | 3.20 | Review email from client regarding acquisitive reorganization (.2); discuss analysis with B. Rubin and P. Levine (.6); call with client about larger call with lender counsel (.4); call with client and lender counsel regarding acquisitive reorganization structure and analysis (2.0). |
| 02/09/10 | B. Rubin | 5.90 | Preparation for and conference call with clients regarding tax issues (.8); preparation for and conference call with creditors regarding tax issues (1.6); respond to Lazard request regarding valuation (.3); review and edit memo regarding G-1 Holdings case (.6); respond to client inquiry regarding acquisitive G reorganization (.4); review and comment on tax basis information and |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2105410
Invoice Date: 03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | presentation (.4); preparation for and conference call with client regarding tax basis issues (.4); conference with Mr. Levine and Mr. Wilder regarding acquisitive G reorg issues (1.1); conference call with Mr. Liebentritt regarding ESOP issues (.3). |
| 02/09/10 | A. Whiteway | 5.50 | Preparation for and telephone conferences with creditors counsel (2.5); conference regarding acquisitive G tax and corporate implementation issues (2.3); review and comment on the plan of reorg (.7). |
| 02/09/10 | J. Finkelstein | 5.00 | Review revised PoR (3.5 hours); research regarding value allocation for Cubs transaction (1 hour); review tax basis schedule (.5 hours). |
| 02/09/10 | M. Wilder | 4.20 | Meeting with B. Rubin, P. Levine, T. Shuman and A. Whiteway to discuss aquisitive reorganization issues (.60); conference call with Tribune, Davis Polk, Sidley Austin and others regarding same (.40); analysis of significant modification issues and zero basis issues (1.90); review new draft bankruptcy plan (1.30). |
| 02/10/10 | P. Compernolle | 1.00 | Review plan of reorganization and treatment of benefit plans. |
| 02/10/10 | T. Shuman | 2.40 | Review P. Levine email regarding acquisitive "G" reorganization issues (.3); research regarding zero basis analysis (2.1). |
| 02/10/10 | B. Rubin | 2.70 | Review and comment on draft PoR (1.6); review research materials from Davis Polk (.8); finalize G-I memo and circulate (.3). |
| 02/10/10 | J. Finkelstein | 1.50 | Review revised PoR (1 hour); review fair market value allocation for Cubs transaction (.5 hours). |
| 02/10/10 | M. Wilder | 2.30 | Analysis of zero basis issues (.30); research into tax aspects of bankruptcy procedures (1.60); emails to T. Shuman, P. Levine and G. Chan regarding same (.40). |
| 02/11/10 | P. Compernolle | 0.50 | Telephone conference with Finkelstein (.20); review draft plan of reorganization re non-qualified deferred compensation plan (.30). |
| 02/11/10 | G. Ravert | 0.30 | Communications with J. Zajac regarding status of fee statements and related matters. |
| 02/11/10 | T. Shuman | 0.40 | Research regarding application of "relation-back" doctrine to acquisitive "G" reorganization. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105410
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/11/10 | B. Rubin | 0.90 | Correspondence regarding value allocation related to Cubs (.6); draft memo to Lazard regarding same (.3). |
| 02/11/10 | J. Finkelstein | 1.00 | Review PoR and restructuring documents. |
| 02/12/10 | P. Levine | 4.00 | Review bankruptcy plan and tax disclosure (2.70); conference with T. Shuman regarding same (1.30). |
| 02/12/10 | G. Ravert | 0.40 | Discuss October - January fee statements with J. Zajac (.2); review email from M. Simmons regarding same (.2). |
| 02/12/10 | T. Shuman | 5.60 | Review plan of reorganization and tax disclosure (4.0); discuss same with P. Levine (1.3); draft and circulate comments to same. |
| 02/12/10 | J. Zajac | 0.20 | Meeting with G. Ravert regarding October fee statement (.1); email to M. Simons regarding same (.1). |
| 02/12/10 | G. Chan | 1.50 | Revise "year of emergence" section of interest accruals memo (1.5). |
| 02/12/10 | B. Rubin | 3.30 | Memo to clients regarding bifurcated effective date (1.1); review and comment on revised PoR and disclosure and coordinate comments from others (2.2). |
| 02/12/10 | J. Finkelstein | 2.00 | Review and comment on PoR. |
| 02/13/10 | P. Levine | 1.20 | Review bankruptcy plan (.80); telephone conference with M. Wilder regarding same (.40). |
| 02/13/10 | B. Rubin | 5.90 | Review and comment on draft PoR and Disclosure Statement (2.6); coordinate comments from co-counsel (.9); review Cubs documents to determine impact of subsidiary only plan (1.1); memo to client regarding same (1.3). |
| 02/13/10 | J. Finkelstein | 2.00 | Review revised plan and discuss with Blake Rubin. |
| 02/13/10 | M. Wilder | 4.20 | Review and comment on revised disclosure statement (3.10); analysis of significant modification issues and allocations between principle and interest (.70); discuss new plan of reorganization with P. Levine (.40). |
| 02/14/10 | T. Shuman | 1.00 | Review updated plan of reorganization and tax disclosure. |
| 02/15/10 | P. Levine | 0.70 | Review tax disclosure (.60); telephone conference with T. Shuman regarding same (.10). |
| 02/15/10 | T. Shuman | 1.30 | Discuss plan of reorganization and tax disclosure with P. Levine (.3); review tax disclosure and send comments to B. Rubin (.6); respond to emails with M. Wilder regarding plan of reorganization (.4). |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2105410
Invoice Date:   03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/15/10 | G. Chan | 0.80 | Revise "year of emergence" section of interest accruals memo (0.8). |
| 02/15/10 | B. Rubin | 1.90 | Coordinate further comments on PoR and Disclosure Statement (1.2); correspondence with clients regarding risk factors (.7). |
| 02/15/10 | M. Wilder | 2.30 | Read latest draft of plan of reorganization (2.10); circulate comments to team (.20). |
| 02/16/10 | P. Levine | 1.70 | Research G reorganization (.60); conference with M. Wilder and T. Shuman regarding same (1.10). |
| 02/16/10 | T. Shuman | 1.30 | Discuss zero basis, section 1032, and plan of reorganization issues with P. Levine and M. Wilder (1.1); research regarding zero basis analysis (.2). |
| 02/16/10 | G. Chan | 4.00 | Review and revise "year of emergence" and "debt issuance cost" sections of interest accruals memo (4.0). |
| 02/16/10 | B. Rubin | 2.30 | Review and comment on tax basis schedules (.8); conference call with clients regarding same (.4); correspondence with Davis Polk regarding same (.2); review and analyze memo regarding acquisitive G reorg issues (.9). |
| 02/16/10 | A. Whiteway | 0.90 | Review Tribune Tax Basis information (.80); circulate same to creditor's counsel (.10). |
| 02/16/10 | J. Finkelstein | 1.50 | Review tax basis schedule (.7 hours); participate in conference call with Tribune regarding tax basis schedule (.8 hours). |
| 02/16/10 | M. Wilder | 1.70 | Discuss zero basis, plan of liquidation, and other requirements in latest proposed G reorganization alternative with P. Levine and T. Shuman (1.60); circulate emails to team regarding same (.10). |
| 02/16/10 | M. Wilder | 1.50 | Analyze 1017(b)(2) issues (1.30); circulate email to team regarding same (.20). |
| 02/17/10 | P. Levine | 2.50 | Research debt cancellation issues (2.10); conference with M. Wilder and T. Shuman regarding same (.40). |
| 02/17/10 | T. Shuman | 2.90 | Research regarding COD income and liability floor in subs only bankruptcy emergence plan (1.1); research regarding debt-equity analysis and S corporation status (.7); meeting with P. Levine and M. Wilder to discuss COD income and the liability floor rule (1.1). |
| 02/17/10 | J. Zajac | 1.80 | Begin drafting October fee statement. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105410
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/17/10 | G. Chan | 3.10 | Review and revise "year of emergence" and "debt issuance cost" sections of interest accruals memo (2.3); discuss changes to plan of reorganization with M. Wilder (0.2); review revised plan of reorganization (0.6). |
| 02/17/10 | B. Rubin | 2.00 | Research and analysis regarding additional reorg and S corp issues (1.6); correspondence with Mr. Wilder (.4). |
| 02/17/10 | A. Whiteway | 2.30 | Legal analysis of reorg tax issues (2.1); correspond with Mr. Wilder (.2). |
| 02/17/10 | M. Wilder | 3.20 | Research and analysis S Corporation qualification issues and circulate email regarding same (2.10); follow-up research on straight debt safe harbor issue (1.10). |
| 02/17/10 | M. Wilder | 0.50 | Discuss revisions of memo with G. Chan. |
| 02/17/10 | M. Wilder | 1.70 | Discuss 1017(b)(2) issues with P. Levine and T. Shuman (1.10); draft email to B. Rubin regarding same (.60). |
| 02/18/10 | P. Levine | 1.20 | Research debt cancellation issues. |
| 02/18/10 | T. Shuman | 0.90 | Research regarding sections 108 and 1017 (.60); email P. Levine and M. Wilder regarding same (.30). |
| 02/18/10 | J. Zajac | 3.80 | Revise January prebills to ensure compliance with the Bankruptcy Rules and Local Rules (3.2); draft October fee statement (.6). |
| 02/18/10 | G. Chan | 4.00 | Research S corp "straight debt" safe harbor language regarding "actively engaged in the business of lending money" (3.7); draft summary of research regarding same to M. Wilder (0.3) |
| 02/18/10 | B. Rubin | 2.40 | Review and analyze research materials regarding S corp issues (2.0); correspondence with Mr. Wilder regarding same (.4). |
| 02/18/10 | M. Wilder | 1.50 | Research issues arising from S Corporation qualification. |
| 02/18/10 | M. Wilder | 1.30 | Complete analysis of section 1017(b)(2) and zero basis issues (.90); discuss with T. Shuman and P. Levine regarding same (.40). |
| 02/19/10 | J. Zajac | 2.40 | Draft October fee statement. |
| 02/19/10 | G. Chan | 2.50 | Additional research regarding straight debt safe harbor language (2.0); emails regarding same with M. Wilder (0.5). |
| 02/19/10 | B. Rubin | 1.20 | Review and edit memo regarding S corp issues associated with subsidiary emergence (1.2). |
| 02/19/10 | M. Wilder | 0.50 | Complete research on 1361 safe harbor for active lenders. |

# McDermott
# Will & Emery

Tribune Company

Client:           020336
Invoice:          2105410
Invoice Date:     03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/22/10 | T. Shuman | 0.30 | Research regarding sections 108 and 1017 issues. |
| 02/22/10 | J. Zajac | 0.40 | Review fee examiner's final report for Third Quarterly fee application. |
| 02/22/10 | M. Wilder | 3.20 | Review litigation risk memoranda (1.10); attend meeting with B. Rubin, W. Whiteway, J. Selby and others to discuss changes to memo (.80); begin drafting deferred revenue section (1.30). |
| 02/23/10 | P. Compernolle | 1.00 | Review treatment of various employee benefit plans in draft plan of reorganization. |
| 02/23/10 | J. Zajac | 1.50 | Review prebills for compliance with Bankruptcy Rules for upcoming fee statement (1.1); meeting with G. Ravert regarding upcoming fee statements (.2); review email for G. Ravert regarding response to fee examiner's preliminary report (.2). |
| 02/23/10 | M. Wilder | 3.30 | Complete first draft of memo insert in prepaid income (2.40); review revisions by B. Rubin (.90). |
| 02/24/10 | P. Compernolle | 0.80 | Review issues in draft plan of reorganization with respect to ESOP and other benefit plans. |
| 02/24/10 | G. Ravert | 1.40 | Review preliminary report from Examiner on McDermott Third Interim Fee App (.8); discuss response with J. Zajac (.2); review email from J. Zajac regarding same (.1); draft email to B. Rubin regarding response (.4). |
| 02/24/10 | J. Zajac | 2.50 | Meeting with G. Ravert regarding response to fee examiner's report (.4); draft email to B. Rubin regarding same (.4); draft email to M. Simons regarding same (.2); Revise October fee statement (.8); Begin drafting December fee statement (.6); Review email from G. Ravert regarding fee statements (.1). |
| 02/24/10 | B. Rubin | 0.90 | Correspondence with Mr. Finkelstein and Mr. Compernolle regarding ESOP issues related to PoR (.9). |
| 02/24/10 | J. Finkelstein | 0.50 | Correspondence with co-counsel regarding PoR. |
| 02/24/10 | M. Wilder | 0.70 | Discuss prepaid income issue with B. Rubin (.40); emails to B. Rubin regarding same (.30). |
| 02/25/10 | P. Compernolle | 0.50 | Conference with Merten regarding treatment of ESOP in plan of reorganization (.10); review documents regarding same (.40). |
| 02/25/10 | J. Zajac | 3.60 | Draft response to fee examiner's report (2.1); continue drafting December fee statement (.6); begin drafting |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105410 |
| Invoice Date: | 03/18/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | November fee statement (.9). |
| 02/25/10 | M. Wilder | 2.30 | Review and revise Litigation Risk memorandum. |
| 02/28/10 | B. Rubin | 0.80 | Review and comment on draft financial statement footnotes. |

| | **Total Hours** | **272.60** | **Total For Services** | **$177,161.00** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| A. Blair-Stanek | 6.70 | 1,876.00 |
| G. Chan | 19.20 | 6,144.00 |
| P. Compernolle | 4.80 | 3,432.00 |
| J. Finkelstein | 23.50 | 13,630.00 |
| P. Levine | 23.40 | 19,539.00 |
| G. Ravert | 3.00 | 1,755.00 |
| B. Rubin | 63.60 | 58,194.00 |
| T. Shuman | 32.10 | 10,272.00 |
| M. White | 0.80 | 532.00 |
| A. Whiteway | 31.30 | 23,475.00 |
| M. Wilder | 47.80 | 32,982.00 |
| J. Zajac | 16.40 | 5,330.00 |
| **Totals** | **272.60** | **$177,161.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 01/22/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #24961795; INVOICE DATE: 02/02/10; Call Date: 01/22/10; Order #26265061; Host NAME: Blake Rubin | 12.05 |
| 02/01/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3651. | 1.50 |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2105410
Invoice Date:  03/18/2010

| Date | Description | Amount |
|------|-------------|-------:|
| 02/01/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25023091; INVOICE DATE: 03/01/10; Call Date: 02/01/10; Order #26327282; Host NAME: Blake Rubin | 15.58 |
| 02/03/10 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 222-3017. | 0.15 |
| 02/03/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25042251; INVOICE DATE: 03/01/10; Call Date: 02/03/10; Order #26346746; Host NAME: Blake Rubin | 46.22 |
| 02/04/10 | Telecommunications<br>Ext. 68425 called CINCINNATI, (513) 824-3323. | 3.15 |
| 02/05/10 | Telecommunications<br>Ext. 68426 called LOSANGELES, (213) 896-6022. | 4.20 |
| 02/05/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 0.15 |
| 02/08/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25072499; INVOICE DATE: 03/01/10; Call Date: 02/08/10; Order #26377572; Host NAME: Blake Rubin | 33.45 |
| 02/09/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 3.75 |
| 02/09/10 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 0.15 |
| 02/09/10 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 6.45 |
| 02/09/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25083952; INVOICE DATE: 03/01/10; Call Date: 02/09/10; Order #26389197; Host NAME: Blake Rubin | 88.28 |
| 02/09/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25083905; INVOICE DATE: 03/01/10; Call Date: 02/09/10; Order #26389151; Host NAME: Andrea Whiteway | 9.76 |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2105410 |
| Invoice Date: | 03/18/2010 |

| Date | Description | Amount |
|---|---|---|
| 02/11/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25105182; INVOICE DATE: 03/01/10; Call Date: 02/11/10; Order #26410706; Host NAME: Blake Rubin | 62.94 |
| 02/16/10 | Telecommunications<br>Ext. 68426 called CHICAGO, (312) 222-3017. | 1.05 |
| 02/17/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25140933; INVOICE DATE: 03/01/10; Call Date: 02/17/10; Order #26447172; Host NAME: Blake Rubin | 7.59 |
| 02/19/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 0.75 |
| 02/22/10 | Telecommunications<br>Ext. 68425 called NEW YORK, (212) 450-5999. | 10.95 |

**Total Costs and Other Charges**    **$308.12**

**Total This Invoice**    **$177,469.12**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2105410

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| A. Blair-Stanek | 6.70 | 1,876.00 |
| G. Chan | 19.20 | 6,144.00 |
| P. Compernolle | 4.80 | 3,432.00 |
| J. Finkelstein | 23.50 | 13,630.00 |
| P. Levine | 23.40 | 19,539.00 |
| G. Ravert | 3.00 | 1,755.00 |
| B. Rubin | 63.60 | 58,194.00 |
| T. Shuman | 32.10 | 10,272.00 |
| M. White | 0.80 | 532.00 |
| A. Whiteway | 31.30 | 23,475.00 |
| M. Wilder | 47.80 | 32,982.00 |
| J. Zajac | 16.40 | 5,330.00 |
| **Totals** | **272.60** | **$177,161.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105412 |
| Invoice Date: | 03/18/2010 |

## Remittance Copy
### Billing for services rendered through 02/28/2010

Total by Matter
    0516 Perfect Market, Inc.              $ 31,677.64

Total Services            $ 31,482.00

Total Costs and Other Charges Posted Through Billing Period     195.64

**Total This Invoice**     **$ 31,677.64**

| Invoice | Date | |
|---|---|---|
| 2087405 | 01/26/2010 | 2,143.55 |
| 2094480 | 02/19/2010 | 50,000.00 |
| 2096743 | 02/26/2010 | 36,995.66 |

Total Outstanding Balance     89,139.21

Total Balance Due     $ 120,816.85

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105412 |
| Invoice Date: | 03/18/2010 |

## Client Copy
**Billing for services rendered through 02/28/2010**

| | | |
|---|---|---|
| Total by Matter | | |
| 0516 Perfect Market, Inc. | $ 31,677.64 | |
| Total Services | | $ 31,482.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 195.64 |
| **Total This Invoice** | | **$ 31,677.64** |

| Invoice | Date | | |
|---|---|---|---|
| 2087405 | 01/26/2010 | 2,143.55 | |
| 2094480 | 02/19/2010 | 50,000.00 | |
| 2096743 | 02/26/2010 | 36,995.66 | |
| Total Outstanding Balance | | | 89,139.21 |
| Total Balance Due | | | $ 120,816.85 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2105412
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0516        Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/10 | M. White | 1.80 | Telephone calls with J. Finkelstein regarding section 382 and carryback issues (.20); analyze same (.90); email responses to J. Finkelstein regarding same (.70). |
| 02/01/10 | R. Harris | 0.80 | Review revised transaction documents. |
| 02/01/10 | D. Fuchs | 0.50 | Phone conversation with Brian Fields regarding diligence issues. |
| 02/01/10 | J. Finkelstein | 1.20 | Draft Section 382 analysis (.90); correspondence with M. White regarding same (.30). |
| 02/02/10 | R. Harris | 2.10 | Phone conference with D Kazan re open issues re investment agreements (.70); review and revise investment agreements (1.40). |
| 02/02/10 | D. Fuchs | 4.00 | Review and comment on disclosure schedules to purchase agreement (1.20); phone conversation with Brian Fields to discuss diligence (.30); conference call with R. Harris and Dan Kazan to discuss transaction documents (.20); review and revise indemnity agreement (2.30). |
| 02/02/10 | J. Finkelstein | 1.50 | Analysis regarding section 382 (1.10); discuss with Brian Fields regarding same (.40). |
| 02/03/10 | M. White | 0.90 | Review tax provisions of SPA (.50); telephone calls with J. Finkelstein, D. Fuchs, and R. Harris regarding same (.40). |
| 02/03/10 | R. Harris | 5.80 | Review and revise Series A Purchase Agreement, Investor Rights Agreement, Right of First Refusal Agreement, Voting Agreement and Charter (5.60); confer with D. Kazan regarding comments to same (.20). |
| 02/03/10 | S. Wales | 0.30 | Conference with R. Harris regarding transaction issues (.10); review charter provisions (.20). |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2105412
Invoice Date:   03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/03/10 | D. Fuchs | 6.50 | Compile summary document of due diligence review with unresolved issues and completed requests (2.30); review Brian Fields' comments on Schedules (.80); revise and incorporate same (2.10); phone conversations with J. Finkelstein and M. White regarding tax representations (.60); compile list of missing documents referenced in the Schedules (.70). |
| 02/03/10 | J. Finkelstein | 1.50 | Review and revise stock purchase agreement. |
| 02/04/10 | R. Harris | 0.70 | Review and revise Indemnification Agreement (.30); review Schedule of Exceptions (.40). |
| 02/04/10 | D. Fuchs | 3.00 | Phone conversation with Dan Kazan and Brian Fields regarding due diligence review to date and open issues regarding same (.40); review additional diligence documents provided by Perfect Markets (1.70); discuss same with Brian Fields (.30); office conference to discuss indemnification of stockholder as a stockholder and implications of the same with J. Finkelstein (.60). |
| 02/05/10 | R. Harris | 0.70 | Confer with D. Kazan regarding transacation issues (.30); review Schedule of Exceptions (.20); confer with D. Fuchs regarding same (.20). |
| 02/05/10 | D. Fuchs | 3.50 | Office conference with R. Harris to discuss schedules (.20); correspondence with Dan Kazan and Brian Fields regarding Square 1 bank lien (.60); review additional diligence material provided by issuer (1.30); review and revise indemnification agreement (1.20); circulate same to MWE team (.20). |
| 02/07/10 | R. Harris | 0.30 | Review revised Investment Agreements. |
| 02/07/10 | J. Finkelstein | 1.00 | Review purchase and sale agreement. |
| 02/08/10 | M. White | 0.50 | Work on tax issues (.30); telephone calls with J. Finkelstein regarding same (.20). |
| 02/08/10 | R. Harris | 1.50 | Review revised Investment Agreements (.70); telephone conference with D. Kazan and D. Eldersveld regarding comments to same (.80). |
| 02/08/10 | D. Fuchs | 3.00 | Correspondence with R. Harris regarding open issues for due diligence (.40); review and revise Indemnification Agreement based on comments from R. Harris (2.40); circulate same to opposing counsel (.20). |
| 02/08/10 | M. Krofel | 0.30 | Ordered UCC lien searches from Delaware Secretary of |

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2105412 |
| Invoice Date: | 03/18/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | State of Archive Diggers, Inc. and Union Street Media, Inc. (.20); confirm company names (.10). |
| 02/09/10 | R. Harris | 0.30 | Attend to transaction issues. |
| 02/09/10 | D. Fuchs | 2.60 | Review Board and Stockholder consents (.80); circulate comments to MWE team to same (.30); review additional diligence materials (.70); review IP comments on purchase agreement and schedules (.60); circulate same to issuer (.20). |
| 02/09/10 | R. Waldow | 0.50 | Telephone conversation with Mr. Fuchs regarding tax clearance process |
| 02/10/10 | M. White | 0.20 | Draft email to R. Harris regarding status of tax negotiations. |
| 02/10/10 | R. Harris | 0.60 | Review and revise Series C Purchase Agreement (.20); confer with D. Kazan regarding transaction issues (.20); review form of opinion (.20). |
| 02/10/10 | D. Fuchs | 4.50 | Revise Purchase Agreement to incorporate IP comments from Sal Karottki and to adjust representations and warranties to address presence of subsidiaries (1.20); review and comment on draft opinion of issuer's counsel (1.60); circulate same to R. Harris (.10); phone conversation with R. Harris to discuss material issues (.60); review due diligence materials provided by Issuer with respect to spin out of Issuer shares by Snap (.70); correspondence with issuer regarding same (.30). |
| 02/10/10 | J. Finkelstein | 0.50 | Review correspondence from Cooley regarding Purchase Agreement. |
| 02/11/10 | R. Harris | 1.00 | Review and revise Series C Purchase Agreement (.60); review and revise Cooley opinion (.20); confer with J. Gavenman regarding open issues (.10); confer with D Kazan regarding open issues (.10). |
| 02/11/10 | J. Finkelstein | 0.50 | Draft email to Cooley regarding tax representations. |
| 02/12/10 | M. White | 0.20 | Telephone call with M. Winfeld-Hansen (Cooley) regarding tax provisions. |
| 02/12/10 | R. Harris | 0.40 | Confer with J. Gavenman of Cooley regarding open issues (.20); confer with D. Kazan regarding same (.20). |
| 02/12/10 | J. Finkelstein | 0.50 | Review correspondence from Cooley regarding tax representations. |
| 02/14/10 | D. Fuchs | 1.30 | Review revised disclosure schedules (.30); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105412
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | correspondence with Brian Fields regarding same (.20); review memo from Brian Fields regarding numbers in all final documents (.40); review due diligence materials for Trademark Assignment amendment (.40). |
| 02/15/10 | R. Harris | 0.20 | Review revised Investment Agreements. |
| 02/15/10 | D. Fuchs | 2.50 | Revise Schedule of Exceptions to purchase agreement (2.10); phone conversations with Brian Fields regarding same (.40). |
| 02/15/10 | J. Finkelstein | 0.50 | Review revised purchase agreement. |
| 02/16/10 | M. White | 0.50 | Review revised PM rep (.30); telephone call with J. Finkelstein regarding same (.20). |
| 02/16/10 | R. Harris | 1.30 | Review and revise Investment Agreements (.90); confer with D. Kazan regarding transaction issues (.40). |
| 02/16/10 | D. Fuchs | 2.30 | Phone conversation with Dave Eldersveld, Dan Kazan and Brian Fields to discuss status of all documents and open items (.70); correspondence with Cooley regarding schedules (.40); review final diligence items (1.20). |
| 02/16/10 | J. Finkelstein | 1.20 | Draft tax representation and distribute (.7); review correspondence from Cooley (.5 hours). |
| 02/17/10 | J. Finkelstein | 0.50 | Draft correspondence regarding tax representations. |
| 02/18/10 | R. Harris | 1.00 | Finalize Investment Agreements (.40); prepare for Closing (.60). |
| 02/18/10 | D. Fuchs | 1.70 | Correspondence with Boris Kogan regarding closing documents (.30); review all transaction documents regarding change in Tribune investor party (1.0); correspondence with Jon Gavenman regarding same (.20); phone conversation to discuss open issues (.20). |
| 02/19/10 | R. Harris | 1.60 | Review final Investment Agreements; prepare for Closing. |
| 02/19/10 | D. Fuchs | 3.50 | Finalize all documents for closing including final comments on Schedule of Exceptions (1.80); revisions to signature blocks (.40); correspondence with Boris Kogan and Jon Gavenman (.40); status updates with Tribune and R. Harris regarding same (.30); exchange signature pages (.60). |
| 02/21/10 | R. Harris | 0.50 | Review execution versions of transaction documents (.30); prepare for closing (.20). |
| 02/22/10 | R. Harris | 0.30 | Attend to Closing issues. |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:    2105412
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/22/10 | D. Fuchs | 2.50 | Review and sign off on all final documents (1.20); phone conversations and correspondence regarding same with Cooley (.60); coordinate post-closing matters (.70). |
| 02/23/10 | D. Fuchs | 0.50 | Attend to post closing matters (.20); correspondence with Cooley regarding same (.30). |

| | **Total Hours** | **75.10** | | **Total For Services** | **$31,482.00** |
|--|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| J. Finkelstein | 8.90 | 5,162.00 |
| D. Fuchs | 41.90 | 13,198.50 |
| R. Harris | 19.10 | 9,836.50 |
| M. Krofel | 0.30 | 69.00 |
| R. Waldow | 0.50 | 327.50 |
| S. Wales | 0.30 | 162.00 |
| M. White | 4.10 | 2,726.50 |
| **Totals** | **75.10** | **$31,482.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Company Search Fees | 188.74 |
| Photocopy | 1.20 |
| Telecommunications | 5.70 |
| **Total Costs and Other Charges** | **$195.64** |
| **Total This Invoice** | **$31,677.64** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2105412

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| J. Finkelstein | 8.90 | 5,162.00 |
| D. Fuchs | 41.90 | 13,198.50 |
| R. Harris | 19.10 | 9,836.50 |
| M. Krofel | 0.30 | 69.00 |
| R. Waldow | 0.50 | 327.50 |
| S. Wales | 0.30 | 162.00 |
| M. White | 4.10 | 2,726.50 |
| **Totals** | **75.10** | **$31,482.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105413 |
| Invoice Date: | 03/18/2010 |

## Remittance Copy
### Billing for services rendered through 02/28/2010

0517 BuzzDash

| | |
|---|---:|
| Total Services | $ 8,756.50 |
| Total Costs and Other Charges Posted Through Billing Period | 4.20 |
| **Total This Invoice** | **$ 8,760.70** |

| Invoice | Date | | |
|---|---|---|---:|
| 2096744 | 02/26/2010 | 5,406.50 | |
| Total Outstanding Balance | | | 5,406.50 |
| Total Balance Due | | | $ 14,167.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**WIre Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2105413 |
| Invoice Date: | 03/18/2010 |

## Client Copy
### Billing for services rendered through 02/28/2010

0517 BuzzDash

| | |
|---|---:|
| Total Services | $ 8,756.50 |
| Total Costs and Other Charges Posted Through Billing Period | 4.20 |
| **Total This Invoice** | **$ 8,760.70** |

| Invoice | Date | | |
|---|---|---|---:|
| 2096744 | 02/26/2010 | 5,406.50 | |
| Total Outstanding Balance | | | 5,406.50 |
| Total Balance Due | | | $ 14,167.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

03/18/2010

Invoice: 2105413
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0517        BuzzDash

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/03/10 | D. Fuchs | 0.20 | Revise SonicWALL release. |
| 02/04/10 | D. Fuchs | 0.30 | Office conference with B. Gruemmer to discuss holdback provisions and asset purchase agreement. |
| 02/05/10 | D. Fuchs | 0.20 | Review comments from opposing counsel regarding purchase agreement (.10); draft correspondence to opposing regarding same (.10). |
| 02/08/10 | D. Fuchs | 4.50 | Revise release and settlement agreements (1.20); circulate same to Brian Fields (.10); draft Asset Purchase Agreement (3.20). |
| 02/09/10 | B. Gruemmer | 1.00 | Reviewing first draft of Asset Purchase Agreement (.60); call with D. Kazan on same (.10); conference with D. Fuchs regarding comments (.30). |
| 02/09/10 | D. Fuchs | 2.80 | Review B. Gruemmer comments on draft APA and revise same (1.70); circulate for client review (.20); phone conversation with R. Waldow regarding CA tax issues (.60); follow up with B. Gruemmer regarding same and draft summary email regarding issues (.30). |
| 02/10/10 | B. Gruemmer | 1.00 | Reviewing draft of Asset Purchase Agreement (.60); call with D. Kazan on same (.20); email comments to D. Fuchs (.20). |
| 02/10/10 | D. Fuchs | 3.20 | Review and revise asset purchase agreement (2.30); circulate same to B. Gruemmer for review and comment (.20); incorporate same and circulate to Tribune for review (.20); correspondence with Tribune regarding same (.20); phone conversation with B. Fields regarding Seller Creditor release agreements (.30). |
| 02/15/10 | D. Fuchs | 2.50 | Review comments on asset purchase agreement from Sal Karottki and incorporate same (1.60); circulate draft |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2105413
Invoice Date:  03/18/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | purchase agreement to opposing counsel (.30); phone conversation with Brian Fields regarding settlement agreements sent by David Gerken (.60). |
| 02/17/10 | D. Fuchs | 0.50 | Redline and review release letters sent to creditors of BuzzDash (.30); correspondence to creditors regarding same (.20). |
| 02/17/10 | M. Shaikh | 0.50 | Prepare for and discussions with R. Waldow regarding tax matters. |
| 02/17/10 | R. Waldow | 0.50 | Office conference with Mr. Shaikh regarding state tax matters relevant to proposed transaction (.30); conduct research relating to same (.20). |
| 02/18/10 | M. Shaikh | 1.30 | Conduct research regarding California business acquisition issues. |
| 02/22/10 | D. Fuchs | 1.00 | Review and summarize key points regarding revised draft of Asset Purchase Agreement. |
| 02/23/10 | B. Gruemmer | 0.50 | Reviewing new draft comments (.20); email same to D. Fuchs (.10); reviewing all with D. Fuchs (.20). |
| 02/23/10 | D. Fuchs | 0.80 | Correspondence and phone conversations with Dan Kazan and Dave Eldersveld regarding purchase agreement. |
| 02/25/10 | D. Fuchs | 2.00 | Phone conversation with Ramsey Hannah regarding purchase agreement (.40); phone conversations with Dan Kazan regarding same (.40); review CA code regarding successor tax liability (1.20). |
| 02/26/10 | D. Fuchs | 0.50 | Correspondence with Ramsey Hannah regarding tax issues (.30); follow up with R. Waldow regarding same (.20). |
| 02/26/10 | R. Waldow | 0.50 | Office conference with Mr. Shaikh regarding questions raised by Mr. Fuchs (.40); respond to Mr. Fuchs regarding same (.10). |

| | **Total Hours** | **23.80** | **Total For Services** | **$8,756.50** |
|---|---|---|---|---|

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2105413
Invoice Date:   03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| D. Fuchs | 18.50 | 5,827.50 |
| B. Gruemmer | 2.50 | 1,725.00 |
| M. Shaikh | 1.80 | 549.00 |
| R. Waldow | 1.00 | 655.00 |
| **Totals** | **23.80** | **$8,756.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|-------:|
| Photocopy | 1.20 |
| Telecommunications | 3.00 |
| **Total Costs and Other Charges** | **$4.20** |
| **Total This Invoice** | **$8,760.70** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2105413

03/18/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| D. Fuchs | 18.50 | 5,827.50 |
| B. Gruemmer | 2.50 | 1,725.00 |
| M. Shaikh | 1.80 | 549.00 |
| R. Waldow | 1.00 | 655.00 |
| **Totals** | **23.80** | **$8,756.50** |