IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors., | ) | |

## NOTICE OF SERVICE

I, John C. Phillips, Jr., co-counsel to Valuation Research Corporation, do hereby certify that on June 4, 2010, a copy of the *Response of Valuation Research Corporation to the Request for Production of Documents of Wilmington Trust Company* was served upon the following person, via email by David Neier, Esquire:

Katherine Bromberg, Esquire
Brown Rudnick LLP
7 Times Square
New York, New York  10036
kbromberg@brownrudnick.com

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esquire(#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210

-and-

WINSTON & STRAWN LLP
David Neier, Esquire
200 Park Avenue
New York, NY 10166
(212-294-4700)
Co-counsel to Valuation Research Corporation