## CERTIFICATE OF SERVICE

      I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on June 7, 2010, I caused the foregoing *Notice of Service* to be served upon the person listed below via U.S. First Class Mail, postage pre-paid.

Katherine Bromberg, Esquire
Brown Rudnick LLP
7 Times Square
New York, New York 10036

      Under penalty of perjury, I certify the foregoing to be true and correct.

*/s/ Celeste A. Hartman*
CELESTE A. HARTMAN