## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors., | ) | |

### NOTICE OF SERVICE

I, John C. Phillips, Jr., co-counsel to Valuation Research Corporation, do hereby certify that on June 4, 2010, a copy of the *Response of Valuation Research Corporation to the Request for Production of Documents of Wells Fargo Bank, N.A.* was served upon the following person, via email by David Neier, Esquire:

Brian E. Fritz, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
bfritz@nywhitecase.com

PHILLIPS, GOLDMAN & SPENCE, P.A.

John C. Phillips, Jr., Esquire (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210

-and-

WINSTON & STRAWN LLP
David Neier, Esquire
200 Park Avenue
New York, NY 10166
(212-294-4700)
Co-counsel to Valuation Research Corporation