## CERTIFICATE OF SERVICE

    I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on June 7, 2010, I caused the foregoing *Notice of Service* to be served upon the person listed below via U.S. First Class Mail, postage pre-paid.

Brian E. Fritz, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

    Under penalty of perjury, I certify the foregoing to be true and correct.

*[signature]*
CELESTE A. HARTMAN