# UNITED STATES BANKRUPTCY COURT
For The District of Delaware
824 N. Market Street 3rd floor
Wilmington, DE 19801

In re: Tribune Company, et al,           Case No. 08-13141

Court ID (court use only) _____

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

| | |
|---|---|
| **FAIR LIQUIDITY PARTNERS, LLC.** | **COMCAST CABLE COMMUNICATIONS, INC. DBA COMCAST SPOTLIGHT** |
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:
FAIR LIQUIDITY PARTNERS, LLC
1777 Saratoga Ave, Suite# 106
San Jose, CA. 95129
Phone: (408) 973-0650

Court Record Address of Transferor
(Court Use Only)

**COMCAST CABLE COMMUNICATIONS, INC. DBA COMCAST SPOTLIGHT**
2710 Gateway Oaks Drive South
Suite 100
Sacramento, CA 95833

Court Claim (if known): **#2804**
Claim Amount: **$19,550.00**
Date Claim Filed: **05/14/2009**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Maya Krish_ (signature)       Date: 06/07/2010
Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

| ~~DEADLINE TO OBJECT TO TRANSFER ~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

**COMCAST CABLE COMMUNICATIONS INC, DBA Comcast Spotlight,** ("Assignor"), transfers and assigns unto Fair Liquidity Partners, LLC with an address at 1777 Saratoga Ave., Suite 106, San Jose, CA 95129, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT, Re: TRIBUNE COMPANY, ET AL/ CHANNEL 40, INC. (the "Debtor"), between Assignor and Assignee, all of its right, title, and interest in and to **COMCAST CABLE COMMUNICATIONS INC, DBA Comcast Spotlight** claims of Assignor in the aggregate amount of **$19,550.00** against Debtor in the United States Bankruptcy Court District of Delaware, 824 North Market Street 3rd Floor, Wilmington, Delaware 19801 administered as Case No. 08-13141. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1) and 3001 (e) (2).

IN WITNESS WHEREOF, Assignor has signed below as of the 7Th day of June, 2010.

(Assignor)
**COMCAST CABLE COMMUNICATIONS INC**
**DBA Comcast Spotlight**
Signature: _____
Name: JOHN HENNELLY
Title: Sr. Business Operations Manager

(Assignee)
**FAIR LIQUIDITY PARTNERS, LLC**
Signature: Maya Krish
Name: Maya Krish
Title: Vice President, Credit

(Assignor)
WITNESS:
Signature: _____
Name: JULIE HOHN
Title: ACCOUNTING MGR.

(Assignee)
WITNESS:
Signature: Mark D____
Name: Mark Davis
Title: Credit Manager