# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                : Chapter 11
                                      :
TRIBUNE COMPANY, et al.,              : Case No. 08-13141 (KJC)
                                      :
                          Debtors.    : (Jointly Administered)
                                      :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 7th day of June, 2010, copies of the *Responses and Objections of JPMorgan Chase Bank, N.A. to the Credit Agreement Lenders' First Request for Production of Documents* were served on the following counsel in the manner indicated:

| **VIA HAND DELIVERY AND E-MAIL** | **VIA OVERNIGHT MAIL AND E-MAIL** |
|---|---|
| Robert S. Brady<br>M. Blake Cleary<br>YOUNG CONAWAY STARGATT<br>& TALOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>mbcleary@ycst.com | Bruce Bennett<br>James O. Johnston<br>HENNIGAN, BENNETT<br>& DORMAN LLP<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, California 90017<br>bennettb@hbdlawyers.com<br>johnstonj@hbdlawyers.com |

RLF1 3575381v. 1

Dated: June 7, 2010
       Wilmington, Delaware

/s/ T-McR
_____
Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
Travis A. McRoberts (Bar No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Dennis Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.*