<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on the 7th day of June, 2010, he caused a copy of the foregoing *Notice of Service* to be served on the following counsel in the manner indicated:

| <u>VIA HAND DELIVERY AND E-MAIL</u> | <u>VIA OVERNIGHT MAIL AND E-MAIL</u> |
|---|---|
| Robert S. Brady<br>M. Blake Cleary<br>YOUNG CONAWAY STARGATT<br>& TALOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>mbcleary@ycst.com | Bruce Bennett<br>James O. Johnston<br>HENNIGAN, BENNETT<br>& DORMAN LLP<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, California 90017<br>bennettb@hbdlawyers.com<br>johnstonj@hbdlawyers.com |

_____
Travis A. McRoberts (No. 5274)