June, 3, 2010
To whom it may concern,

I am the mother of Zachary Mitzkovitz. We filed a claim against the Orlando Sentinel #106 unsecured.
I disagree with any type of discharge.

My son, had his finger broke and almost completely cut off due to neglegence on the part of The Orlando Sentinel. The newspaper box was not anchored down nor was it weighted down. When my son put quarters in the box and open it, the box tipped over, slamming on the concrete with my sons finger still stuck inside the door.

After lifting the box back up and opening the door to get my sons hand free. I rushed him to the emergency room with his finger hanging from threads of his skin. After hours of having it reattached we were referred to Shands Childrens Hospital. Zachary underwent yet more surgery and then had to spend the entire summer in re-hab. His tiny finger has permanent nerve damage. And It is forever disfigured. I had no insurance at the time and the medical bills were very costly.

I am begging you not to discharge this claim so that my son can receive some type of compensation for his pain and permanent disfigurement. Thank-you for your consideration.

Marcia Willette

*Marcia Willette*

Case # 08-13141 (KJC)

Home - 352-680-9225

Cell 352-789-3037



Marcia Willette
69 Pecan Run
Ocala, FL 34472

re:
Tribune Company

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 104 | WASHINGTON POST WRITERS GROUP, THE<br>ATTN: KAREN H. GREENE<br>1150 15TH STREET, NW, 4TH FLOOR<br>WASHINGTON, DC 20071 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/29/2009 | 5985 | $1,350.00 | Late-Filed Claim |
| 105 | WATER DEPARTMENT OF PHILADELPHIA<br>C/O ASHLEY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 | 08-13141 | Tribune Company | 11/10/2009 | 6336 | $134.80 | Late-Filed Claim |
| 106 | WILLETTE, MARCIA, AS GUARDIAN AND NATURAL MOTHER OF ZACHERY MITZKOVITZ<br>69 PECAN RUN, STE 5623<br>OCALA, FL 34472 | 08-13141 | Tribune Company | 08/10/2009 | 6160 | $111,043.24 | Late-Filed Claim |
| 107 | WPLJ RADIO LLC<br>2 PENN PLAZA<br>NEW YORK, NY 10121 | | No Debtor Asserted | 06/29/2009 | 5990 | $35,893.80 | Late-Filed Claim |
| 108 | WRIGHT, JULIE A<br>1990 MT. SHASTA DRIVE<br>SAN PEDRO, CA 90732 | 08-13141 | Tribune Company | 07/06/2009 | 6030 | Undetermined | Late-Filed Claim |
| | | | | | TOTAL | $62,555,113.14 | |

*- Indicates claim contains unliquidated and/or undetermined amounts