IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                            : Chapter 11
                                  :
TRIBUNE COMPANY, et al.,          : Case No. 08-13141 (KJC)
                                  :
              Debtors.            : (Jointly Administered)
                                  :
                                  : Re: Docket No. 4718
                                  :
------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on June 7, 2010, JPMorgan Chase Bank, N.A. ("JPMorgan") filed a *Notice of Service* [Docket No. 4718] (the "Notice") regarding the *Responses and Objections of JPMorgan Chase Bank, N.A. to the Credit Agreement Lenders' First Request for Production of Documents*.

PLEASE TAKE FURTHER NOTICE that the Notice was incorrectly captioned on the docket as the *Notice of Service of JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.'s First Set of Document Requests to Wells Fargo Bank, N.A.*

PLEASE TAKE FURTHER NOTICE that JPMorgan hereby withdraws the Notice without prejudice.

RLF1 3579769v. 1

Dated: June 8, 2010
       Wilmington, Delaware

/s/ T-McR
_____
Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
Travis A. McRoberts (Bar No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Dennis Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A.*