# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------x

In re:

TRIBUNE COMPANY, et al.,

            Debtors.

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 7th and 8th days of June, 2010, copies of the *Responses and Objections of JPMorgan Chase Bank, N.A. to the Credit Agreement Lenders' First Request for Production of Documents* were served on the following counsel in the manner indicated:

| VIA HAND DELIVERY AND E-MAIL | VIA OVERNIGHT MAIL AND E-MAIL |
|---|---|
| Robert S. Brady<br>M. Blake Cleary<br>YOUNG CONAWAY STARGATT<br>& TALOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>mbcleary@ycst.com | Bruce Bennett<br>James O. Johnston<br>HENNIGAN, BENNETT<br>& DORMAN LLP<br>865 South Figueroa Street<br>Suite 2900<br>Los Angeles, California 90017<br>bennettb@hbdlawyers.com<br>johnstonj@hbdlawyers.com |

Dated: June 8, 2010
       Wilmington, Delaware

/s/ T. McR.
_____
Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
Travis A. McRoberts (Bar No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Dennis Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.*