IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-13141 (KJC)** |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| | ) | **Hearing Date:  July 13, 2010 at 11:00 a.m.** |
| **Debtors.** | ) | **Objection Deadline:  July 6, 2010 by 4:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on, June 8, 2010, Ivan J. Bates (the "Movant") filed a Motion for Relief from Automatic Stay (the "Motion") in the above-captioned bankruptcy proceeding.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on or before July 6, 2010 by 4:00 p.m.  At the same time, you must also serve a copy of the objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on July 13, 2010 at 11:00 a.m. before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE**  that if you fail to respond in accordance with this Notice, the Court may grant the relief requested in the Motion without further notice or a hearing.

WM1A 955042v3 06/08/10

**FOX ROTHSCHILD LLP**

/s/ DANIELLE S. BLOUNT, ESQUIRE
L. Jason Cornell, Esquire (No. 3821)
Danielle S. Blount, Esquire (No. 5135)
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

Dated:  June 8, 2010