## CERTIFICATE OF SERVICE

The undersigned hereby certifies that one (1) copy of the attached pleading was served

this 8th day of June, 2010 upon the following individuals by CM/ECF (as applicable) and the

method indicated below:

| **Via First Class Mail** | **Via First Class Mail** |
|---|---|
| James F. Conlan, Esq. | Chadbourne & Parke, LLP |
| Bryan Krakauer, Esq. | Douglas E. Deutsch, Esq. |
| Jessica C.K. Boelter, Esq. | Howard Seife, Esq. |
| Sidley Austin LLP | David M. Lemay, Esq. |
| One South Dearborn Street | Robert A. Schwinger, Esq. |
| Chicago, IL 60603 | Thomas J. McCormack, Esq. |
| | 30 Rockefeller Plaza |
| | New York, NY 10112 |
| **Via First Class Mail** | **Via Hand Delivery** |
| Sidley Austin LLP | Thomas G. Macauley, Esq. |
| James F. Bendernagel, Jr., Esq. | Zuckerman Spaeder LLP |
| 1501 K Street, N.W. | 919 Market Street, Suite 990 |
| Washington, D.C. 20005 | P.O. Box 1028 |
| | Wilmington, DE 19801 |
| **Via First Class Mail** | **Via Hand Delivery** |
| Sidley Austin LLP | Cole Schotz Meisel Forman & Leonard |
| Kevin T. Lantry, Esq. | J. Kate Stickles |
| 555 West Fifth Street | 500 Delaware Avenue, Suite 1410 |
| Los Angeles, California 90013 | Wilmington, DE 19801 |

| **Via Hand Delivery**<br>Landis Rath & Cobb LLP<br>Adam G. Landis<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | **Via Hand Delivery**<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| --- | --- |
| **Via First Class Mail**<br>Michael A. Henry<br>Gross, McGinley, Labarre & Eaton, LLP<br>33 S. 7th Street<br>P.O. Box 4060<br>Allentown, PA 18105-4060 | **Via First Class Mail**<br>Johnson & Bell, Ltd<br>Patrick Theodore Garvey<br>33 W. Monroe, Suite 2700<br>Chicago, IL 60603 |
| **Via First Class Mail**<br>Buchalter Nemer<br>William S. Brody<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 | **Via First Class Mail**<br>Nathan E. Siegel, Esquire<br>Levine, Sullivan, Koch 7 Schulz, LLP<br>1050 17th Street NW, Suite 800<br>Washington, DC 20036-5514 |

## FOX ROTHSCHILD LLP

/s/ Danielle S. Blount, Esquire
Danielle S. Blount, Esquire (No. 5135)