# Exhibit C

Circuit Court of Maryland

Go Back

## Case Information

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C09004908**
Title: **Ivan J Bates vs Melissa Harris, et al**
Case Type: **Other Tort** Filing Date: **08/07/2009**
Case Status: **Open/Active**
Case Disposition: Disposition Date:

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff** Party No.: **1**
Name: **Bates, Ivan J**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Ellin, Esq, David**
Practice Name: **Law Office Of David Ellin, P.C.**
Address: **20 South Charles Street**
**#308**
City: **Baltimore** State: **MD** Zip Code: **21201**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant** Party No.: **1**
Name: **Harris, Melissa**
Address: **501 North Calvert Street**
City: **Baltimore** State: **MD** Zip Code: **21202**
*Attorney(s) for the Defendant/Respondent*
Name: **Siegel, Esq, Nathan E**
Practice Name: **Levine, Sullivan, Koch & Schulz, L L P**
Address: **1050 17th Street N W**
**Suite 800**
City: **Washington** State: **DC** Zip Code: **20036-5514**

Party Type: **Defendant** Party No.: **2**
Name: **Bykowicz, Julie**
Address: **501 North Calvert Street**
City: **Baltimore** State: **MD** Zip Code: **21202**
*Attorney(s) for the Defendant/Respondent*
Name: **Siegel, Esq, Nathan E**
Practice Name: **Levine, Sullivan, Koch & Schulz, L L P**
Address: **1050 17th Street N W**
**Suite 800**
City: **Washington** State: **DC** Zip Code: **20036-5514**

Party Type: **Defendant**  Party No.: **3**
Business or
Organization Name: **Baltimore Sun Company**
Address: **7 St. Paul Street, Suite 1660**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

**Attorney(s) for the Defendant/Respondent**

Name: **Siegel, Esq, Nathan E**
Practice Name: **Levine, Sullivan, Koch & Schulz, L L P**
Address: **1050 17th Street N W**
**Suite 800**
City: **Washington**  State: **DC**  Zip Code: **20036-5514**

## Court Scheduling Information

Event Type: **Motion Hearing (Civil)**  Notice Date: **03/05/2010**
Event Date: **03/17/2010**  Event Time: **10:30 AM**
Result:  Result Date:

## Document Tracking

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: **1/0**
File Date: **08/07/2009**  Close Date:  Decision:
Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Complaint with Request for Jury Trial**

Doc No./Seq No.: **1/1**
File Date: **04/02/2010**  Close Date:  Decision:
Party Type: **Defendant**  Party No.: **2**
Document Name: **Answer to Complaint**

Doc No./Seq No.: **1/2**
File Date: **04/02/2010**  Close Date:  Decision:
Party Type: **Defendant**  Party No.: **1**
Document Name: **Answer to Complaint**

Doc No./Seq No.: **2/0**
File Date: **08/25/2009**  Close Date: **09/30/2009**  Decision: **Stayed**
Party Type: **Defendant**  Party No.: **3**
Document Name: **NOTICE OF FILING OF VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**
**BY DEFENDANT THE BALTIMORE SUN COMPANY**

Doc No./Seq No.: **2/1**
File Date: **10/06/2009**  Close Date: **09/30/2009**  Decision: **Stayed**
Document Name: **Order of Court**
**ORDERED THAT THE ABOVE CAPTIONED ACTION IS HEREBY "STAYED" AS TO ALL CLAIMS AGAINST THE BALTIMORE SUN COMPANY AND THE PROCEEDINGS DEFERRED TO THE BANKRUPTCY COURT IN ACCORDANCE WITH SECTION 362 OF TITLE 11 OF THE UNITED STATES CODE. (J. PIERSON)**

Doc No./Seq No.: **2/2**
    File Date: **10/06/2009**  Close Date:    Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **3/0**
    File Date: **08/21/2009**  Close Date:    Decision:
Document Name: **Affidavit of Service**
                **Served on elinam Renner, prentice Hall Corp. Sys. res. agent, Balto. Sun
                Company. 8-17-09.**

Doc No./Seq No.: **4/0**
    File Date: **10/16/2009**  Close Date:    Decision:
    Party Type: **Defendant**  Party No.: **2**
Document Name: **Notice of Service of Discovery Material**

Doc No./Seq No.: **5/0**
    File Date: **10/21/2009**  Close Date: **11/09/2009**  Decision: **Granted**
    Party Type: **Defendant**  Party No.: **2**
Document Name: **Defendant Julie Bykowicz's Consent Motion To Extend Time**

Doc No./Seq No.: **5/1**
    File Date: **12/01/2009**  Close Date: **12/01/2009**  Decision: **Granted**
Document Name: **Order of Court**
                **ORDERED THAT THE DEADLINE FOR DEFENDANT BYKOWICZ TO RESPOND TO
                THE COMPLAINT IS EXTENDED TO NOVEMBER 9, 2009. (J. PIERSON)**

Doc No./Seq No.: **5/2**
    File Date: **12/01/2009**  Close Date:    Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **6/0**
    File Date: **10/19/2009**  Close Date: **10/22/2009**  Decision:
    Party Type: **Defendant**  Party No.: **1**
Document Name: **Return of Service - Served by Certified Mail on 10/05/09**
                **WRIT OF SUMMONS served 10/05/09**

Doc No./Seq No.: **7/0**
    File Date: **11/09/2009**  Close Date: **12/23/2009**  Decision: **Denied**
    Party Type: **Defendant**  Party No.: **2**
Document Name: **Motion for Clarification of the Court's September 30,**
                **2009 order, or in the alternative for a Stay and to Extend Time.**

                **Filed by DEF002-Bykowicz, DEF001-Harris**

Doc No./Seq No.: **7/1**
    File Date: **11/09/2009**  Close Date:    Decision:
    Party Type: **Defendant**  Party No.: **2**
Document Name: **Deft ulie Bykowicz and Melissa Harris's Memorandum of law in support**
                **of Motion for Clarification of the court's september 30, 2009 order, or in the
                Alternative, for a Stay and to Extend Time to respond to the Complaint.
                Filed by DEF002-Bykowicz, DEF001-Harris**

Doc No./Seq No.: **7/2**

    File Date: **11/24/2009**  Close Date:   Decision:

    Party Type: **Plaintiff**  Party No.: **1**

Document Name: **Opposition to Motion for Clarification, Opposition to Motion to Stay and to Extend Time, Motion to Sever and Motion for Default**

---

Doc No./Seq No.: **7/3**

    File Date: **12/07/2009**  Close Date:   Decision:

    Party Type: **Defendant**  Party No.: **2**

Document Name: **DEFENDANT JULIE BYKOWICZ AND MELISSA HARRIS'S REPLY MEMORANDUM IN SUPPORT OF**

    **THEIR MOTION CLARFICATION OR, IN THE ALTERNATIVE, FOR STAY AND TO EXTEND TIME TO RESPOND TO THE COMPLAINT; AND OPPOSITION TO PLAINTIFF'S MOTION TO SEVER AND FOR A DEFAULT JUDGMENT Filed by DEF002-Bykowicz, DEF001-Harris**

---

Doc No./Seq No.: **7/4**

    File Date: **01/12/2010**  Close Date:   Decision:

Document Name: **Order of Court**

    Ordered that the Motion for clarification be and it hereby is Denied and further ordered that the Motion to Server and Motion for default (no.7/2) be and it hereby is Denied and further Ordered defts Julie Bykowicz and Melissa harris shall file a response to the Compalint on or before January 10, 2010. Judge Pierson

---

Doc No./Seq No.: **7/5**

    File Date: **01/12/2010**  Close Date:   Decision:

Document Name: **Copies Mailed**

---

Doc No./Seq No.: **8/0**

    File Date: **02/01/2010**  Close Date: **03/17/2010**  Decision: **Granted/Denied in Part**

    Party Type: **Defendant**  Party No.: **2**

Document Name: **Defendant Julie Bykowicz and Melissa Harris' Motion to Dismiss or in the Alternative for Summary Judgment, Memorandum of Points and Authorities and Exhibits Filed by DEF002-Bykowicz, DEF001-Harris**

---

Doc No./Seq No.: **8/1**

    File Date: **02/04/2010**  Close Date:   Decision:

    Party Type: **Defendant**  Party No.: **2**

Document Name: **Defendant's Request for Hearing on Their Motion To Dismiss Or, In The Alternative, For Summary Judgment:Filed by DEF002-Bykowicz, DEF001-Harris**

---

Doc No./Seq No.: **8/2**

    File Date: **02/19/2010**  Close Date:   Decision:

    Party Type: **Plaintiff**  Party No.: **1**

Document Name: **Pltff's answer ad opposition to defts' Motion to dismiss for**

    failure to State a Claim, or in the Alternative, Motion for summary Judgment with exhibits.

---

Doc No./Seq No.: **8/3**

    File Date: **03/04/2010**  Close Date:   Decision:

    Party Type: **Defendant**  Party No.: **1**

Document Name: **Reply to Plaintiff's Opposition to Defendant's Julie Bykowicz & Melissa Harris's Motion to Dismiss or in the Alternative for Summary Judgment Filed by DEF001-Harris, DEF002-Bykowicz**

Doc No./Seq No.: **8/4**
　　　　File Date: **03/26/2010**  Close Date:    Decision:
Document Name: **Order of Court**
　　　　**ORDERED that the Defendants' Motion be and is hereby DENIED AS TO COUNTS
　　　　I, II, AND III of the Plaintiff's Complaint.
　　　　The Defendants' Motion be and is hereby GRANTED WITHOUT PREJUDICE as to
　　　　Count IV of the Plaintiff's Complaint(Judge Nance)**

Doc No./Seq No.: **8/5**
　　　　File Date: **03/26/2010**  Close Date:    Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **9/0**
　　　　File Date: **03/02/2010**  Close Date: **03/02/2010**   Decision:
Document Name: **Notice Motion Hearing Sent**
　　　　**Event: MOTN Block Date: 03/17/10 Facility: 556
　　　　PARTIES :
　　　　Siegel, Nathan 1050 17th Street N W Suite 800, Washington, DC, 200365514
　　　　Ellin, David 20 South Charles Street #308, Baltimore, MD, 21201**

Doc No./Seq No.: **10/0**
　　　　File Date: **03/05/2010**  Close Date: **03/05/2010**   Decision:
Document Name: **Notice Motion Hearing Sent**
　　　　**Event: MOTN Block Date: 03/17/10 Facility: 556
　　　　PARTIES :
　　　　Siegel, Nathan 1050 17th Street N W Suite 800, Washington, DC, 200365514
　　　　Ellin, David 20 South Charles Street #308, Baltimore, MD, 21201**

Doc No./Seq No.: **11/0**
　　　　File Date: **03/15/2010**  Close Date: **05/07/2010**   Decision: **Granted**
　　　　Party Type: **Plaintiff**  Party No.: **1**
Document Name: **Motion for Special Admission Pro Hac Vic Brian K. Telfair**

Doc No./Seq No.: **11/1**
　　　　File Date: **05/17/2010**  Close Date:    Decision:
Document Name: **Order of Court**

Doc No./Seq No.: **11/2**
　　　　File Date: **05/17/2010**  Close Date:    Decision:
Document Name: **Copies Mailed**

*The complete case file can be obtained from the Circuit Courthouse.*