# Exhibit D

## IN THE UNITED BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-13141 (KJC)** |
| | ) | |
| **TRIBUNE COMPANY, et al.,** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| | ) | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Motion of Ivan J. Bates for Relief from Automatic Stay under Section 362 of the Bankruptcy Code (the "Motion"), as more fully set forth in the Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay is LIFTED so as to allow the civil action <u>Bates v. Harris</u>, Case No. 24C09004908, pending in the Circuit Court for Baltimore City, Maryland to proceed to trial; and it is further

ORDERED that nothing contained in this Order prejudices, precludes and/or disposes of the claims of Plaintiff against the Debtor; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order; and it is therefore

SO ORDERED this _____ day of _____, 2010.

_____
United States Bankruptcy Judge

10

WMIA 955042v3 06/07/10