# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket Nos. 4710-4713** |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\McDermott Dec, Jan & Feb Fee App Ntcs & Alvarez 16th Fee App Ntc_DI 4710-4713_Aff_6-7-10_SG.doc

2. On June 7, 2010, I caused to be served the following:

   a) "Notice of Fee Application," dated June 7, 2010, to which is attached the "Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2009 Through December 31, 2009," dated June 7, 2010 [Docket No. 4710],

   b) "Notice of Fee Application," dated June 7, 2010, to which is attached the "Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2010 Through January 31, 2010," dated June 7, 2010 [Docket No. 4711],

   c) "Notice of Fee Application," dated June 7, 2010, to which is attached the "Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2010 Through February 28, 2010," dated June 7, 2010 [Docket No. 4712], and

   d) "Notice of Fee Application," dated June 7, 2010, to which is attached the "Sixteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in Their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2010 Through April 30, 2010," dated June 7, 2010 [Docket No. 4713],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Samuel Garcia

Sworn to before me this
8th day of June, 2010

_____
Notary Public

**EXHIBIT A**

Case 08-13141-BLS    Doc 4730    Filed 06/09/10    Page 4 of 4

| **TRB FEE APP 6-7-10** | **TRB FEE APP 6-7-10** |
|---|---|
| Office of the United States Trustee<br>(U.S. Trustee)<br>Joseph J. McMahon, Jr., Esquire<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 | Edwards Angell Palmer & Dodge<br>Stuart M. Brown, Esquire<br>(Counsel to Barclays Bank PLC)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 |
| **TRB FEE APP 6-7-10** | **TRB FEE APP 6-7-10** |
| Mayer Brown LLP<br>Brian Trust, Esquire<br>Amit K. Trehan, Esquire<br>(Counsel to Barclays Bank PLC)<br>1675 Broadway<br>New York, NY 10019-5820 | Sidley Austin LLP<br>Kenneth P. Kansa, Esquire<br>Jillian K. McClelland, Esquire<br>(Counsel to Debtors)<br>One South Dearborn Street<br>Chicago, IL 60603 |
| **TRB FEE APP 6-7-10** | **TRB FEE APP 6-7-10** |
| Chadbourne & Parke LLP<br>Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>(Counsel to Creditors' Committee)<br>30 Rockefeller Plaza<br>New York, NY 10112 | Landis Rath & Cobb LLP<br>Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>(Counsel to Creditors' Committee)<br>919 Market Street, Ste, 1800<br>Wilmington, DE 19801 |
| **TRB FEE APP 6-7-10** | **TRB FEE APP 6-7-10** |
| Davis Polk & Wardwell<br>Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.)<br>450 Lexington Avenue<br>New York, NY 10017 | Richards, Layton & Finger, P.A.<br>Mark D. Collins, Esquire<br>Katisha D. Fortune, Esquire<br>(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.)<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511 |
| **TRB FEE APP 6-7-10** | |
| Stuart Maue<br>John L. Decker, Esquire<br>(Fee Auditor)<br>3840 McKelvey Rd.<br>St. Louis, MO 63044 | |