# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: June 16, 2010 at 11:00 a.m. (ET) |
| | Objection Deadline: June 15, 2010 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO:  (a) the Office of the United States Trustee for the District of Delaware, (b) counsel to the Debtors, (c) counsel to the Official Committee of Unsecured Creditors, (d) counsel to JPMorgan Chase Bank, N.A.

**PLEASE TAKE NOTICE** that the Credit Agreement Lenders[1] have filed the attached **Credit Agreement Lenders' Motion to Compel the Production of Documents by JPMorgan Chase Bank, N.A.** (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, are required to be filed on or before **June 15, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon the Credit Agreement Lenders' undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JUNE 16, AT 11:00 A.M. (ET)**, BEFORE THE HONORABLE KEVIN J. CAREY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Credit Agreement Lenders are the entities identified in the *Sixth Amended Joint Verified Statement Of Representation Of More Than One Creditor By Hennigan Bennett & Dorman LLP And Young Conaway Stargatt & Taylor, LLP* [docket #  4374].

2

| | |
|---|---|
| Dated: June 9, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | /s/ M. Blake Cleary |
| | Robert S. Brady (No. 2847)<br>M. Blake Cleary (No. 3614)<br>The Brandywine Building – 17th Floor<br>1000 West Street, Post Office Box 391<br>Wilmington, Delaware 19899 0391<br>Telephone: (302) 571-6600<br>Telecopier: (302) 571-1253 |
| | - and - |
| | HENNIGAN, BENNETT & DORMAN LLP<br>Bruce Bennett<br>James O. Johnston<br>Joshua D. Morse<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Telephone: (213) 694-1200<br>Telecopier: (213) 694-1234 |
| | *Counsel to the Credit Agreement Lenders* |