## **EXHIBIT A**

*Proposed Order*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | ) |
| ) | Chapter 11 |
| TRIBUNE COMPANY, et al., ) | ) |
| ) | Case No. 08-13141 (KJC) |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |

**ORDER GRANTING CREDIT AGREEMENT LENDERS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS BY JPMORGAN CHASE BANK, N.A.**

Upon consideration of the motion (the "Motion") of the Credit Agreement Lenders[1] for entry of an order compelling JPMorgan to produce documents responsive to the Requests; and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors and other parties in interest; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that JPMorgan shall produce all documents responsive to the Requests by the close of business on June __, 2010; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated:   Wilmington, Delaware
            June ____, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Initially capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.