# **EXHIBIT F**

*Excerpt From Transcript of Hearing Held on May 28, 2010*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-13141(KJC) |
| | ) | (JOINTLY ADMINISTERED) |
| TRIBUNE COMPANY, <u>et al.,</u> | ) | Chapter 11 |
| | ) | |
| | ) | Courtroom 5 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware 19801 |
| | ) | |
| | ) | May 28, 2010 |
| | ) | 10:06 A.M. |

TRANSCRIPT OF **(1)** DISCLOSURE STATEMENT FOR JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES (DOCKET NO. 4008)**(2)** MOTION TO AUTHORIZE (MOTION OF THE DEBTORS FOR AN ORDER (I) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES; (II) ESTABLISHING DEADLINE FOR RETURN OF MEDIA OWNERSHIP CERTIFICATIONS; (III) SCHEDULING CONFIRMATION HEARING; (IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES IN RESPECT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION; AND (V) GRANTING RELATED RELIEF) (DOCKET NO. 4204).
BEFORE HONORABLE KEVIN J. CAREY
UNITED STATES CHIEF BANKRUPTCY JUDGE

**APPEARANCES:**

| | |
|---|---|
| For the Debtors: | Cole Schotz Meisel, Forman & Leonard, P.A.<br>By:  NORMAN PERNICK, ESQ.<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801 |
| | Sidley Austin LLP<br>By:  BRYAN KRAKAUER, ESQ.<br>     KERIANN MILLS, ESQ.<br>One South Dearborn<br>Chicago, Illinois 60603 |
| ECRO: | AL LUGANO |
| **TRANSCRIPTION SERVICE:** | **TRANSCRIPTS PLUS, INC.**<br>**435 Riverview Circle**<br>**New Hope, Pennsylvania 18938**<br>**Telephone:  215-862-1115**<br>**Facsimile: 215-862-6639**<br>**e-mail <u>CourtTranscripts@aol.com</u>** |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

9

1 that.

2           And if the Court wanted to look at it, the revised
3 language with regard to the union's or Gould's (phonetic)
4 issues is on Page 38 and 39 of the blackline, as well as 100 to
5 102 of the blackline.

6           THE COURT: I've read the "Gould's," in quote, thank
7 you.

8           MR. KRAKAUER: Okay. The only outstanding objection
9 at this point is from the bridge agent, and they filed an
10 objection late last night.

11          There is one other issue that we'd like to get
12 addressed. We've asked the various agents and trustees for the
13 addresses for the mailing list for the solicitation package.
14 And with respect to two parties, we've not been able to get a
15 response, both from the PHONES trustee and from the bridge
16 agent. For whatever reason, we've had a request outstanding
17 for almost a couple weeks, and not gotten any response.

18          So, we'd like to put a sentence in the order
19 basically saying that -- directing them to give us the
20 addresses promptly. And then if they don't -- if, for whatever
21 reason, we don't get them -- those addresses, that we could
22 then deliver the package to the trustee -- Wilmington Trust for
23 the PHONES, who are the bridge agent. And they can then
24 deliver the package to their constituencies, just so we have a
25 means of getting it out. If that's okay with the Court, we