IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 08-13141 (KJC) <br> ) Jointly Administered <br> ) <br> ) **Hearing date**: June 16, 2010, at 11:00 a.m. (ET) <br> ) **Objection deadline**: June 15, 2010 at 4:00 p.m. (ET) |

### CERTIFICATION OF COUNSEL IN SUPPORT OF CREDIT AGREEMENT LENDERS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS BY JPMORGAN CHASE BANK, N.A.

I, JAMES O. JOHNSTON, hereby declare, represent and certify as follows:

1. I am a member in good standing of the Bar of the State of California. I am admitted to practice before, among other courts, the United States District Courts for the Central, Northern, Southern and Eastern Districts of California, and the Court of Appeals for the Ninth Circuit.

2. I am a partner of Hennigan, Bennett & Dorman LLP, counsel to the Credit Agreement Lenders.[1] I submit this Certification of Counsel pursuant to Local Rule 7026-1(c) and in support of the accompanying Motion. Except where otherwise indicated below, I have personal knowledge of the facts set forth in this Certification of Counsel. If called and sworn as a witness, I could and would testify competently to such facts.

3. On June 7, 2010, at 8:53 p.m. Pacific time, I received an electronic mail from counsel for JPMorgan attaching a copy of JPMorgan's Responses to the Credit Agreement Lenders' document requests.

---

[1] All initially capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the accompanying Credit Agreement Lenders' Motion to Compel the Production of Documents by JPMorgan Chase Bank, N.A. (the "Motion").

4.  The next morning, on June 8, 2010, at approximately 9:50 a.m. Pacific time, I placed a telephone call to Sharon Katz of Davis Polk & Wardwell LLP, counsel to JPMorgan, to discuss the Responses.

5.  After trading voicemails with Ms. Katz, we had a telephone conversation at approximately 10:30 a.m. Pacific time. During that telephone conversation, I asked Ms. Katz to reconsider JPMorgan's refusal to produce documents responsive to the Requests and Ms. Katz agreed to consider the issues and get back to me.

6.  Later that same evening, at 5:23 p.m. Pacific time, I sent Ms. Katz an electronic mail requesting that Ms. Katz respond by Wednesday, June 9, 2010, so that the deadline for filing a motion to compel with respect to the Credit Agreement Lenders' document requests could be met.

7.  Ms. Katz and I traded a number of additional messages on June 9, 2010, copies of which are attached hereto as *Exhibit A*, in furtherance of efforts to resolve the issues without the need for judicial intervention. When it became clear from such email exchanges that JPMorgan would only agree to allow the Credit Agreement Lenders to review (but not copy) a list of current holders of Credit Agreement debt (without address information included), I informed Ms. Katz that the Credit Agreement Lenders intended to proceed with the filing of the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2010

James O. Johnston

## **EXHIBIT A**

## Joshua Morse

**From:** James O. Johnston
**Sent:** Wednesday, June 09, 2010 2:00 PM
**To:** 'Katz, Sharon'
**Cc:** Bruce Bennett; Joshua Morse
**Subject:** RE: Tribune

Sharon:

Thank you for your response. For the reasons discussed yesterday, we believe that we are entitled to an actual copy of the information we requested (including names, addresses, payment dates, and payment amounts), and will seek an order from the Bankruptcy Court directing JPMorgan's production of that information.

Jim

**From:** Katz, Sharon [mailto:sharon.katz@davispolk.com]
**Sent:** Wednesday, June 09, 2010 1:33 PM
**To:** James O. Johnston
**Cc:** Bruce Bennett; Joshua Morse
**Subject:** RE: Tribune

Jim --

I am still awaiting clarification as to prior lenders. However, as to current lenders, the list includes names and amounts owed, not addresses, and you would not be permitted to make a photocopy.

**Sharon Katz**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4508   tel
212 701 5508   fax
sharon.katz@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message and all copies.

**From:** James O. Johnston [mailto:JohnstonJ@hbdlawyers.com]
**Sent:** Wednesday, June 09, 2010 1:48 PM
**To:** Katz, Sharon
**Cc:** Bruce Bennett; Joshua Morse
**Subject:** RE: Tribune

Sharon:

By "Lender List", do you mean the "Register" as defined in the Credit Agreement? Does that Lender List/Register contain information sufficient to enable us to ascertain (a) the names and addresses of current holders of Credit Agreement claims; and (b) the dates and amounts of prepetition payments made under the Credit Agreement and the names and addresses of the recipients of such payments?

Also, please advise whether the "access" to the Lender List/Register that JPMorgan is "willing to provide" "pursuant to the terms of the Credit Agreement" includes the ability for us to make and keep a photocopy of the document(s). You will recall that JPMorgan previously denied us the ability to photocopy the Register when we attempted to invoke our rights under the Credit Agreement last year.

Thank you.

Jim

**From:** Katz, Sharon [mailto:sharon.katz@davispolk.com]
**Sent:** Wednesday, June 09, 2010 10:31 AM
**To:** James O. Johnston
**Cc:** Bruce Bennett
**Subject:** RE: Tribune

Jim,

This is to advise you that JPM remains willing to provide you access to the Lender List pursuant to the terms of the Credit Agreement.

Sharon

**Sharon Katz**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4508   tel
212 701 5508   fax
sharon.katz@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message and all copies.

**From:** James O. Johnston [mailto:JohnstonJ@hbdlawyers.com]
**Sent:** Tuesday, June 08, 2010 8:23 PM
**To:** Katz, Sharon
**Cc:** Bruce Bennett
**Subject:** Tribune

Sharon:

2

Following up on our conversation of earlier today, please get back to me as soon as possible tomorrow regarding whether JPMorgan will produce (a) the list of names and addresses of current holders of Credit Agreement debt; and (b) the list of all prepetition payments made (including recipient name and address and payment amount and date).

While I am hopeful that we can resolve JPMorgan's objections informally, we intend to move to compel production if we cannot reach agreement. As the only near-term hearing in the Tribune case is scheduled for June 16, we need to file our motion by the end of the day tomorrow (June 9).

Thank you.

Jim

    **865 South Figueroa Street**
    **Suite 2900**
    **Los Angeles, California 90017**
    **Telephone: (213) 694-1200**
    **Facsimile: (213) 694-1234**

---

This e-mail was sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. Thank you.

    **865 South Figueroa Street**
    **Suite 2900**
    **Los Angeles, California 90017**
    **Telephone: (213) 694-1200**
    **Facsimile: (213) 694-1234**

---

This e-mail was sent by a law firm and may contain information that

is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. Thank you.