Exhibit 1

**Hall Estill Connections to Persons and Entities on Tribune Company Rule 2014 List**

    1.    Hall Estill ("the Firm") had only one matter potentially adverse to one of the debtors. At some point in time, perhaps early 2005, a former partner of the Firm may have entered an appearance as counsel for the plaintiffs in *Edward Roeder v. Tribune Company and The Baltimore Sun Company*, Case No. CV-1:04CV01818 (JGP) in the United States District Court for the District of Columbia. The Firm's files contain an appearance, in the form of a Notice of Substitution of Counsel; but the Notice is not dated or file-stamped; and the Firm's files contain no indication that the Firm did any substantive work on the matter. The Firm has also previously represented, in limited matters unrelated to the Debtors, two entities listed by the Debtors with whom the Debtors have had significant litigation: The Firm represented U.S. Bank, NA, as trustee, in connection with foreclosure of real property in Osage County, Oklahoma; and Gemstar–TV Guide International (and its affiliate TV Guide Online, Inc) in connection with corporate and financing matters.

    2.    The Firm represents or has represented in matters unrelated to the Debtors the following creditors of the Debtors:

        J.P. Morgan Chase
        Paramount Pictures Corporation

    3.    The Firm represents or has represented in matters unrelated to the Debtors the following entities which are, or which bear substantially similar names to, major customers or insurance carriers of the Debtors, or otherwise appear on the Rule 2014 List of the Debtors:

        Aegon USA
        Anheuser Busch
        Axis Reinsurance Company
        Bank of America
        Bank of Montreal
        Bank of New York
        Bear Stearns & Co.
        Canadian Imperial Bank of Commerce
        Capitalsource
        Circuit City
        CIT Group
        Citibank, N.A.
        Citicorp North America
        Comcast Cable
        Deloitte & Touche
        Dunkin Donuts
        Executive Risk Indemnity Inc. (Chubb)
        Federal Insurance Company (Chubb)

- 2 -

    First Interstate Bank of California
    Gannett Co., Inc.
    General Motors
    Goldman Sachs Group Inc.
    The Hartford Insurance Group
    Lexington Insurance Company
    Lloyd's
    McDonalds
    Merrill Lynch
    Metropolitan Life Insurance Company
    Morgan Stanley
    NBC Universal
    Newstart Factors Inc.
    Proctor & Gamble
    Royal Bank of Scotland
    Southwest Airlines
    Sprint/Nextel
    St. Paul Fire & Marine Insurance Company (Travelers)
    Target Stores
    Time Warner
    UBS AG
    Verizon Wireless
    Viacom
    Wachovia Bank
    Walt Disney Company
    Washington Mutual (Bank)
    Wells Fargo Bank
    Zurich American Insurance Company

    4.    The Firm represents or has represented in matters unrelated to the Debtors the following individuals whose names are the same as those identified on the Rule 2014 List as current and former directors and officers of the Debtors:

    Phil Doherty
    Charles Ray
    Ed Wilson
    Frank Wood

480266.1:532777:02520