IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## NOTICE OF SERVICE OF DISCOVERY

I, Raymond H. Lemisch, Esquire, hereby certify that on June 9, 2010, true and correct copies of *Wilmington Trust Company Responses and Objections to JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.'s First Set of Document Requests* were served via email and regular mail upon the following parties:

| | |
|---|---|
| Sharon Katz, Esquire<br>Dennis E. Glazer, Esquire<br>Michael J. Russano, Esquire<br>DAVIS POLK<br>450 Lexington Avenue<br>New York, NY 10017<br>sharon.katz@davispolk.com<br>dennis.glazer@davispolk.com<br>michael.russano@davispolk.com | Christopher P. Simon, Esquire<br>Michael J. Joyce, Esquire<br>Patrick M. Brannigan, Esquire<br>CROSS & SIMON, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>csimon@crosslaw.com<br>mjoyce@crosslaw.com<br>pbrannigan@crosslaw.com |

Dated: June 10, 2010

                                             **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer R. Hoover, Esquire (No. 5111)
       222 Delaware Ave., Suite 801
       Wilmington, DE 19801
       302-442-7010 (telephone)
       302-442-7012 (facsimile)
       rlemisch@beneschlaw.com
       jhoover@beneschlaw.com

- and -

2

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*