United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| THE BALTIMORE SUN COMPANY | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 08-13209 |
| Debtor | } Amount $6,610.54 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**PRINT RESOURCE GROUP**
**16151 CAIRNWAY SUITE 201**
**HOUSTON, TX 77084**

The transfer of your claim as shown above in the amount of **$6,610.54** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


By/s/Jeffrey L Caress
Liquidity Solutions Inc
(201) 968-0001

3102713

## TRANSFER NOTICE

PRINT RESOURCE GROUP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against THE BALTIMORE SUN COMPANY (the "Debtor"), in the aggregate amount of $6,610.54, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-13141.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2010

PRINT RESOURCE GROUP

_____
(Signature)

Daniel Henselor
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

Jeffrey L. Caress
(Print Name and Title)

3102713