IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                           : Chapter 11
                                 :
TRIBUNE COMPANY, et al.,         : Case No. 08-13141 (KJC)
                                 :
                      Debtors.   : (Jointly Administered)
                                 :
------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 1st and 4th days of June, 2010, copies of *Angelo Gordon & Co. LP's Objections and Responses to Wells Fargo Bank, N.A.'s First Request for Production of Documents* were served on the following counsel in the manner indicated:

| VIA FEDERAL EXPRESS | VIA E-MAIL |
|---|---|
| Brian E. Fritz<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2787 | Thomas E. Lauria<br>Gerald Uzzi<br>David G. Hille<br>Scott Greissman<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2787<br>tlauria@whitecase.com<br>guzzi@whitecase.com<br>dhille@whitecase.com<br>sgreissman@whitecase.com<br><br>Jeffrey M. Schlerf<br>John H. Strock<br>Citizens Bank Center<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>jschlerf@foxrothschild.com<br>jstrock@foxrothschild.com |

Dated: June 10, 2010
      Wilmington, Delaware

/s/ *[signature]*

Mark D. Collins (Bar No. 2981)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Andrew Goldman
Charles Platt
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8836
Facsimile: (212) 701-5800

*Attorneys for Angelo, Gordon & Co. L.P.*