## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of June, 2010, he caused a copy of the foregoing *Notice of Service* to be served on the following counsel in the manner indicated:

| VIA HAND DELIVERY AND E-MAIL | VIA FIRST CLASS MAIL AND E-MAIL |
|---|---|
| Jeffrey M. Schlerf<br>Citizens Bank Center<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>jschlerf@foxrothschild.com | Thomas E. Lauria<br>Gerald Uzzi<br>David G. Hille<br>Scott Greissman<br>Andrew W. Hammond<br>Brian E. Fritz<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2787<br>tlauria@whitecase.com<br>guzzi@whitecase.com<br>dhille@whitecase.com<br>sgreissman@whitecase.com<br>ahammond@whitecase.com<br>bfritz@whitecase.com |

Drew G. Sloan (No. 5069)