## **EXHIBIT B**

**Black Lined Revised Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 4441 and** |

## ORDER SUSTAINING DEBTORS' TWENTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("LATE-FILED CLAIMS")

Upon consideration of the Objection[2] of the Debtors, by which the Debtors respectfully request the entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, disallowing and expunging the Late-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

Filed Claims set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained <u>as modified hereby</u>; and it is further

ORDERED that the Late-Filed Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

<u>ORDERED, that solely with respect to the Debtors' Objections to the following claims: Claim No. of 6160 Marcia Willette and Claim No. 5785 of Cawley Chicago Portfolio, LLC, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being July 14, 2010 at 1:30 p.m. (prevailing Eastern time), or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such Claims and the Objections thereto; and it is further</u>

<u>ORDERED, that solely with respect to the Debtors' Objection to the following Claims: Claim No. 5933 of Annapolis West Limited Partnership and Claim No. 6053 of the United States Environmental Protection Agency, the Debtors' Objection is withdrawn; and it is further</u>

ORDERED that the Claims Agent is authorized to amend the Claims Register to comport with the entry of this Order; and it is further

ORDERED that the Debtors reserve the right to amend, modify, or supplement the Objection, and to file additional objections to claims filed in these chapter 11 cases; and it is further

2

3

       ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       June_____, 2010

                                               _____
                                               The Honorable Kevin J. Carey
                                               Chief United States Bankruptcy Judge

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMBROSE, JOHN DBA HOME RUN DISTRIBUTIONS, INC. C/O GIAIMO ASSOCIATES LLP ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5857 | $109,749.64 | Late-Filed Claim |
| 2 | ANGEL COVERS PO BOX 6891 BROOMFIELD, CO 80021 | | No Debtor Asserted | 06/16/2009 | 5791 | Undetermined | Late-Filed Claim |
| 3 | AP & J BUILDING MAINTENANCE ATTN: MICHAEL CROWLEY C/O GIAIMO ASSOCIATES, LLP 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13206 | Star Community Publishing Group, LLC | 06/15/2009 | 5764 | $82,075.52 | Late-Filed Claim |
| 4 | AUGUGLIARO, JOSEPH C/O GIAIMO ASSOCIATES LLP ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5862 | $106,108.10 | Late-Filed Claim |
| 5 | AZIM FAKIR, DBA Z DISTRIBUTION, INC. C/O GIAIMO ASSOCIATES LLP ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5854 | $112,118.32 | Late-Filed Claim |
| 6 | BONDED SERVICES OF AMERICA 504 JANE STREET FORT LEE, NJ 07024 | | No Debtor Asserted | 04/05/2010 | 6455 | $1,391.04 | Late-Filed Claim |

Deleted: 3
Deleted: ANNAPOLIS WEST LIMITED PARTNERSHIP
RE: ANNAPOLIS 60 WEST ST
C/O THE LOUGHLIN MANAGEMENT GROUP
60 WEST ST., SUITE 204
ANNAPOLIS, MD 21401
Deleted: 08-13141
Deleted: Tribune Company
Deleted: 06/23/2009
Deleted: 5933
Deleted: $226,037.00
Deleted: Late-Filed Claim

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BROOKS, ROBERT[1]<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5729 | $20.11 | Late-Filed Claim |
| 8 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5730 | $20.11 | Late-Filed Claim |
| 9 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5731 | $21.84 | Late-Filed Claim |
| 10 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5732 | $21.84 | Late-Filed Claim |
| 11 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5733 | $21.84 | Late-Filed Claim |
| 12 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5734 | $21.84 | Late-Filed Claim |
| 13 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5735 | $21.84 | Late-Filed Claim |
| 14 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5736 | $21.84 | Late-Filed Claim |
| 15 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5737 | $21.84 | Late-Filed Claim |

[1] By this Objection, the Debtors seek to expunge the Late-Filed Claims and reinstate the amounts relating to Mr. Brooks's claims set forth in the Schedules, which more accurately support what Mr. Books is owed by the Debtors.

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5738 | $21.84 | Late-Filed Claim |
| 17 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5739 | $21.84 | Late-Filed Claim |
| 18 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5740 | $21.84 | Late-Filed Claim |
| 19 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5741 | $21.84 | Late-Filed Claim |
| 20 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5742 | $21.84 | Late-Filed Claim |
| 21 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5743 | $21.84 | Late-Filed Claim |
| 22 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5744 | $25.27 | Late-Filed Claim |
| 23 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5745 | $25.27 | Late-Filed Claim |
| 24 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5746 | $27.00 | Late-Filed Claim |
| 25 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5747 | $27.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5748 | $27.00 | Late-Filed Claim |
| 27 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5749 | $27.00 | Late-Filed Claim |
| 28 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5750 | $27.00 | Late-Filed Claim |
| 29 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5751 | $27.00 | Late-Filed Claim |
| 30 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5752 | $27.00 | Late-Filed Claim |
| 31 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5753 | $27.00 | Late-Filed Claim |
| 32 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5754 | $27.00 | Late-Filed Claim |
| 33 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5755 | $27.00 | Late-Filed Claim |
| 34 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5756 | $27.00 | Late-Filed Claim |
| 35 | BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5757 | $25.27 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5758 | $25.27 | Late-Filed Claim |
| 37 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5759 | $43.68 | Late-Filed Claim |
| 38 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5760 | $21.84 | Late-Filed Claim |
| 39 | BROOKS, ROBERT 528 SHELTON RD HAMPTON, VA 23663 | 08-13210 | The Daily Press, Inc. | 06/15/2009 | 5761 | $16.65 | Late-Filed Claim |
| 40 | CADAVID-RUIZ, ESPERANZA C/O GIAIMO ASSOCIATES, LLP 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 07/24/2009 | 6114 | $150,732.00 | Late-Filed Claim |
| 41 | CADAVID-RUIZ, ESPERANZA C/O GIAIMO ASSOCIATES, LLP 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13174 | Hoy, LLC | 07/24/2009 | 6116 | $150,732.00 | Late-Filed Claim |
| 42 | CARBAJAL, ROSA C/O GIAIMO ASSOCIATES, LLP 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13174 | Hoy, LLC | 08/13/2009 | 6163 | $98,900.00 | Late-Filed Claim |
| 43 | CARBAJAL, ROSA C/O GIAIMO ASSOCIATES, LLP 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 08/13/2009 | 6164 | $98,000.00 | Late-Filed Claim |

Deleted: 44
Deleted: CAWLEY CHICAGO PORTFOLIO, LLC C/O EKL WILLIAMS PLLC 901 WARRENVILLE ROAD #175 LISLE, IL 60532
Deleted: 08-13141
Deleted: Tribune Company
Deleted: 06/15/2009
Deleted: 5785
Deleted: $75,649.06
Deleted: Late-Filed Claim

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 14

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | CICCOTTO, WILLIAM, DBA WDC C/O GIAIMO ASSOCIATES LLP ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5858 | $104,777.46 | Late-Filed Claim |
| 45 | COLLINS, ROBERT 303 CHESTNUT AVE FAYETTEVILLE, TN 373342349 | 08-13208 | Sun-Sentinel Company | 06/18/2009 | 5876 | $1,305.00 | Late-Filed Claim |
| 46 | CRABHOUSE OF DOUGLASTON, INC. C/O GIAIMO ASSOCIATES LLP ATTN: JOSEPH O. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13174 | Hoy, LLC | 06/18/2009 | 5850 | $255,000.00 | Late-Filed Claim |
| 47 | CRABHOUSE OF DOUGLASTON, INC. D/B/A DOUGLASTON MANOR C/O GIAIMO ASSOCIATES LLP ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5851 | $255,000.00 | Late-Filed Claim |
| 48 | CRABHOUSE OF DOUGLASTON, INC. C/O GIAIMO ASSOCIATES LLP ATTN: J. GIAIMO 90-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13161 | Distribution Systems of America, Inc. | 06/18/2009 | 5852 | $255,000.00 | Late-Filed Claim |
| 49 | CRONIN, BONNIE THE CUMMINGS LAW FIRM LLC JAMES W CUMMINGS W FARRELL, 21 HOLMES AVE WATERBURY, CT 06710 | 08-13241 | Tribune Television Company | 07/06/2009 | 6040 | $15,000.00* | Late-Filed Claim |
| 50 | DELIVERY ON TIME INCORPORATED 11 GLENN HOLLOW ROAD HOLTSVILLE, NY 11742 | | No Debtor Asserted | 06/17/2009 | 5809 | $125,954.15 | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 6 of 14

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | DELUCA, SOUTH SHORE NEWS, INC. C/O GIAIMO ASSOCIATES LLP ATTN: J. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5865 | $140,760.86 | Late-Filed Claim |
| 52 | DOMAR GROUP INC 14742 BEACH BLVD NO. 256 LA MIRADA, CA 90638 | 08-13173 | Homestead Publishing Co. | 06/15/2009 | 5687 | $61,605.00 | Late-Filed Claim |
| 53 | DOSITI, ROSE 1231 5TH STREET # 303 SANTA MONICA, CA 90401 | | No Debtor Asserted | 04/21/2010 | 6466 | Undetermined | Late-Filed Claim |
| 54 | ENTERTAINMENT THIS WEEK ATTN: LEGAL COUNSEL 1030 W. JERICHO TURNPIKE, SUITE 7 SMITHTOWN, NY 11787 | 08-13161 | Distribution Systems of America, Inc. | 06/18/2009 | 5853 | $1,138,722.00 | Late-Filed Claim |
| 55 | EVENTWORKS 340 WEST 131ST STREET LOS ANGELES, CA 90061 | | No Debtor Asserted | 06/15/2009 | 5680 | $4,384.13 | Late-Filed Claim |
| 56 | FELICIDAD BALBON & DYLAN BALBON GLORIOSO C/O E. ERIC GUIRARD INJURY LAWYERS ATTN: STEVEN DEBOSIER 1075 GOVERNMENT ST. BATON ROUGE, LA 70802-4803 | 08-13244 | Tribune Television New Orleans, Inc. | 08/03/2009 | 6147 | $750,000.00 | Late-Filed Claim |
| 57 | GALLANT, JOHN EMPLOYMENT LAWYERS GROUP KARL GERBER 13418 VENTURA BLVD SHERMAN OAKS, CA 91423 | 08-13141 | Tribune Company | 06/15/2009 | 5706 | $2,500,000.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | GIAIMO ASSOCIATES LLP<br>JOSEPH O GIAIMO<br>80-02 KEW GARDENS RD<br>KEW GARDENS, NY 11415 | 08-13161 | Distribution Systems of America, Inc. | 06/18/2009 | 5848 | $25,000,000.00 | Late-Filed Claim |
| 59 | GIAIMO ASSOCIATES LLP<br>JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13174 | Hoy, LLC | 06/18/2009 | 5849 | $25,000,000.00 | Late-Filed Claim |
| 60 | HOTCHKISS PEACOCK RANCH INC.<br>5990 SAN SIMEON CK RD<br>CAMBRIA, CA 93428 | 08-13141 | Tribune Company | 06/15/2009 | 5679 | $5,000.00 | Late-Filed Claim |
| 61 | HYLTON, ROSE<br>9 LAURETTE LANE<br>FREEPORT, NY 11520 | | No Debtor Asserted | 02/25/2010 | 6393 | Undetermined | Late-Filed Claim |
| 62 | HYLTON, ROSE M.<br>9 LAURETTE LANE<br>FREEPORT, NY 11520 | | No Debtor Asserted | 02/25/2010 | 6392 | Undetermined | Late-Filed Claim |
| 63 | INDIANA AMERICAN WATER<br>1410 DISCOVERY PARKWAY<br>PO BOX 578<br>ALTON, IL 62002 | 08-13141 | Tribune Company | 06/15/2009 | 5841 | $116.16 | Late-Filed Claim |
| 64 | INDIANA AMERICAN WATER<br>1410 DISCOVERY PARKWAY<br>PO BOX 578<br>ALTON, IL 62002 | 08-13141 | Tribune Company | 06/15/2009 | 5842 | $168.88 | Late-Filed Claim |
| 65 | JEAN MARIE LOPER<br>8 SKIP LANE<br>BURLINGTON, CT 06013 | | No Debtor Asserted | 07/01/2009 | 6013 | Undetermined | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 66 | KAY, JOHN M., DBA KAY DELIVERY, INC. C/O GIAIMO ASSOCIATES LLP ATTN: JOSEPH O. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5863 | $122,899.23 | Late-Filed Claim |
| 67 | LAURENCE FURNELL, DBA LAURENCE FURNELL, INC. C/O GIAIMO ASSOCIATES LLP ATTN: JOSEPH O. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5855 | $330,593.00 | Late-Filed Claim |
| 68 | LONG ISLAND RAILROAD MTA PO BOX 5840 NEW YORK, NY 10087-5840 | 08-13238 | Tribune New York Newspaper Holdings, LLC | 06/15/2009 | 5775 | $4,025.00 | Late-Filed Claim |
| 69 | MARK FUSETTI SERVICE CO 864 GLENN STREET PHILADELPHIA, PA 19115 | | No Debtor Asserted | 06/17/2009 | 5817 | $756.00 | Late-Filed Claim |
| 70 | MCWILLIAM, KAREM 28 WILLOW ROAD NEW HYDE PARK, NY 11040 | | No Debtor Asserted | 06/15/2009 | 5781 | $2,500.00 | Late-Filed Claim |
| 71 | MEIER, ANDREW 430 HENRY ST NO. 2 BROOKLYN, NY 11231 | 08-13141 | Tribune Company | 10/01/2009 | 6263 | $500.00 | Late-Filed Claim |
| 72 | MEIER, ANDREW 430 HENRY STREET., # 2 BROOKLYN, NY 11231 | 08-13141 | Tribune Company | 10/01/2009 | 6264 | $500.00 | Late-Filed Claim |
| 73 | MOVING COST INC 6245 POWERLINE RD SUITE 202 FT LAUDERDALE, FL 33309-2047 | 08-13198 | Orlando Sentinel Communications Company | 07/07/2009 | 6041 | $1,475.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 9 of 14

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 74 | MTA METRO NORTH<br>347 MADISON AVE<br>19TH FLOOR<br>NEW YORK, NY 10017 | 08-13238 | Tribune New York Newspaper Holdings, LLC | 06/15/2009 | 5774 | $133,775.00 | Late-Filed Claim |
| 75 | NAKELSKI, CHESTER, DBA C.J. NAKELSKI, INC.<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5864 | $57,044.00 | Late-Filed Claim |
| 76 | NEW YORK STATE TAX DEPARTMENT OF TAXATION AND FINANCE, BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 08-13176 | InsertCo, Inc. | 08/31/2009 | 6190 | $814.93 | Late-Filed Claim |
| 77 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 08-13187 | Los Angeles Times Newspapers, Inc. | 10/28/2009 | 6322 | $101.56 | Late-Filed Claim |
| 78 | NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | 08-13141 | Tribune Company | 06/15/2009 | 5765 | $43,313.54 | Late-Filed Claim |
| 79 | NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | 08-13141 | Tribune Company | 06/15/2009 | 5766 | $35,400.97 | Late-Filed Claim |
| 80 | NEWSDAY LLC<br>ATTN: DAVID KNIFFIN<br>235 PINELAWN RD<br>MELVILLE, NY 11747 | 08-13141 | Tribune Company | 06/15/2009 | 5767 | $13,249.87 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 81 | OREGON DEPARTMENT OF REVENUE REVENUE BUILDING 955 CENTER STREET NE SALEM, OR 97301-2555 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/29/2009 | 5989 | $154.25 | Late-Filed Claim |
| 82 | OREGON DEPARTMENT OF REVENUE 955 CENTER STREET NE SALEM, OR 97301 | 08-13187 | Los Angeles Times Newspapers, Inc. | 07/13/2009 | 6063 | $74.40 | Late-Filed Claim |
| 83 | OREGON DEPARTMENT OF REVENUE 955 CENTER STREET NE SALEM, OR 97301 | 08-13187 | Los Angeles Times Newspapers, Inc. | 07/20/2009 | 6099 | $74.40 | Late-Filed Claim |
| 84 | PEOPLES GAS LIGHT AND COKE CO. NORTH SHORE GAS CO. 130 E. RANDOLPH DR. CHICAGO, IL 60601 | 08-13141 | Tribune Company | 09/28/2009 | 6270 | $52,809.15 | Late-Filed Claim |
| 85 | PHELPS, CAROLE 175 TIMROD ROAD MANCHESTER, CT 06040 | | No Debtor Asserted | 06/24/2009 | 5951 | $1,500,000.00 | Late-Filed Claim |
| 86 | PICOS, DORA GUADALUPE CALLE PEDRO ASCENCIO 717 ENTRE PANFILO NARVAEZ Y COSTA DE HERMOSILLO FRACC VIRREYES HERMOSILLO, SONORA, 6622 065 6 MEXICO | | No Debtor Asserted | 07/13/2009 | 6060 | $539.50 | Late-Filed Claim |
| 87 | ROEDER, EDWARD JAMES B. WILCOX, JR. PLLC JAMES B. WILCOX, JR. 2900 P. STREET N.W. WASHINGTON, DC 20007 | | No Debtor Asserted | 06/18/2009 | 5886 | Undetermined | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 11 of 14

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 88 | SALAMONE, SALVATOER, DBA S.A.K. DISTRIBUTION, INC. C/O GIAIMO ASSOCIATES LLP ATTN: JOSEPH O. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5861 | $156,087.04 | Late-Filed Claim |
| 89 | SEGEV, RAHAV 340 W 28TH ST APT 21C NEW YORK, NY 100014763 | | No Debtor Asserted | 07/13/2009 | 6079 | $605.00 | Late-Filed Claim |
| 90 | SEGEV, RAHAV PHOTOPASS 340 W. 28TH ST. #21C NEW YORK, NY 10001 | | No Debtor Asserted | 07/13/2009 | 6080 | $605.00 | Late-Filed Claim |
| 91 | SMITH, THERESA, DBA ME-2-U DELIVERY SERVICE C/O GIAIMO ASSOCIATES LLP ATTN: JOSEPH O. GIAIMO 80-02 KEW GARDENS ROAD KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5860 | $242,265.28 | Late-Filed Claim |
| 92 | SOUTHEAST MEDIA GROUP PO BOX 2703 TELLURIDE, CO 81435 | 08-13254 | WPIX, Inc. | 06/22/2009 | 5921 | $2,424.75 | Late-Filed Claim |
| 93 | SULLIVAN, TERRA 2000 NW 32ND ST. OAKLAND PARK, FL 33309 | | No Debtor Asserted | 07/20/2009 | 6107 | $1,200.00 | Late-Filed Claim |
| 94 | T-MOBILE USA, INC. PO BOX 53410 BELLEVUE, WA 98015 | 08-13185 | Los Angeles Times Communications LLC | 06/15/2009 | 5839 | $80,665.12 | Late-Filed Claim |
| 95 | TEICHER, MORTON 11111 BISCAYNE BLVD, APT 1851 MIAMI, FL 33181-3494 | | No Debtor Asserted | 06/15/2009 | 5724 | $160.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 96 | TEICHER, MORTON<br>JOCKEY CLUB 111  APT 1851<br>11111 BISCAYNE BLVD<br>MIAMI, FL 33181-3494 | | No Debtor Asserted | 06/15/2009 | 5725 | $160.00 | Late-Filed Claim |
| 97 | THOMPSON, JAMES, DBA J&L AMERICAN ENTERPRISES, LTD.<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5856 | $119,080.00 | Late-Filed Claim |
| 98 | UGI UTILITIES, INC.<br>225 MORGANTOWN RD<br>READING, PA 19612-1949 | 08-13141 | Tribune Company | 06/22/2009 | 5919 | $36,994.82 | Late-Filed Claim |
| 99 | VICTORIA VOGEL<br>C/O HOWARD S. FREDMAN, ESQ.<br>MARC A. LIEBERMAN, ESQ.,<br>ALAN W. FORSLEY, ESQ.<br>FREDMAN/LIEBERMAN LLP<br>1875 CENTURY PARK EAST, STE 2200<br>LOS ANGELES, CA 90067-2523 | 08-13183 | KTLA Inc. | 07/22/2009 | 6112 | $100,000.00 | Late-Filed Claim |
| 100 | VON WEIDING, MARK, DBA PJT DELIVERY SERVICE, INC.<br>C/O GIAIMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | 08-13141 | Tribune Company | 06/18/2009 | 5859 | $140,753.78 | Late-Filed Claim |
| 101 | WASHINGTON POST WRITERS GROUP, THE<br>ATTN: KAREN H. GREENE<br>1150 15TH STREET, NW, 4TH FLOOR<br>WASHINGTON, DC 20071 | 08-13187 | Los Angeles Times Newspapers, Inc. | 06/29/2009 | 5985 | $1,350.00 | Late-Filed Claim |

Deleted: 101
Deleted: UNITED STATES ENVIRONMENTAL PROTECTION AGENCY¶
US EPA REGION 3¶
ATTN: MIKE HENDERSHOT¶
1650 ARCH STREET¶
PHILADELPHIA, PA 19103-2029
Deleted: 08-13209
Deleted: The Baltimore Sun Company
Deleted: 07/10/2009
Deleted: 6053
Deleted: $2,400,000.00
Deleted: Late-Filed Claim

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 27: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 102 | WATER DEPARTMENT OF PHILADELPHIA C/O ASHLEY M. CHAN, ESQUIRE HANGLEY ARONCHICK SEGAL & PUDLIN ONE LOGAN SQUARE, 27TH FLOOR PHILADELPHIA, PA 19103 | 08-13141 | Tribune Company | 11/10/2009 | 6336 | $134.80 | Late-Filed Claim |
| 103 | WPIX RADIO LLC 2 PENN PLAZA NEW YORK, NY 10121 | | No Debtor Asserted | 06/29/2009 | 5990 | $35,893.80 | Late-Filed Claim |
| 104 | WRIGHT, JULIE A 1990 MT. SHASTA DRIVE SAN PEDRO, CA 90732 | 08-13141 | Tribune Company | 07/06/2009 | 6030 | Undetermined | Late-Filed Claim |
| | | | | | TOTAL | $59,742,383.84 | |

Deleted: 106
Deleted: WILLETTE, MARCIA, AS GUARDIAN AND NATURAL MOTHER OF ZACHERY MITZKOVITZ¶
69 PECAN RUN, STE 5623¶
OCALA, FL 34472
Deleted: 08-13141
Deleted: Tribune Company
Deleted: 08/10/2009
Deleted: 6160
Deleted: $111,043.24
Deleted: Late-Filed Claim
Deleted: $62,555,113.14

\* - Indicates claim contains unliquidated and/or undetermined amounts