IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 4690 – 4693 |

### AFFIDAVIT OF MAILING

STATE OF CONNECTICUT  )
　　　　　　　　　　　　) ss.:
COUNTY OF HARTFORD   )

JANICE E. LIVINGSTONE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, Windsor, CT 06095. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Docket Nos. 4690-4693_Aff_6-9-10.doc

2. On June 5, 2010, I caused to be served the:

   a) "Disclosure Statement For Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries," dated June 4, 2010 [Docket No. 4690], (the "Disclosure Statement"),

   b) "Notice Of Filing Black Line Proposed Revisions To Disclosure Statement For The Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries," dated June 4, 2010 [Docket No. 4691] (the "Black Line Revisions"),

   c) "Certification Of Counsel Regarding Proposed Order (I) Approving Disclosure Statement; (II) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries; (III) Establishing Deadline For Return Of Media Ownership Certifications; (IV) Scheduling Confirmation Hearing; (V) Establishing Notice And Objection Procedures In Respect Of Confirmation Of Amended Joint Plan Of Reorganization; And (VI) Granting Related Relief," dated June 4, 2010 [Docket No. 4692], (the "Certification of Counsel"), and

   d) "Notice Of Filing Exhibit 5.14.3 To Joint Amended Plan Of Reorganization For Tribune Company And Its Subsidiaries," dated June 5, 2010 [Docket No. 4693] (the "Notice of Filing of Exhibit 5.14.3"),

by causing true and correct copies of the:

   i. Disclosure Statement, Black Line Revisions, Certification of Counsel and Notice of Filing of Exhibit 5.14.3 to be served via electronic mail on those parties listed on the annexed Exhibit A.

_Janice E. Livingstone_
Janice E. Livingstone

Sworn to before me this
9th day of June, 2010

_Karen K. Dinsmore_
Notary Public

**KAREN K. DINSMORE**
**NOTARY PUBLIC**
MY COMMISSION EXPIRES NOV. 30, 2012

# EXHIBIT A

| Name | Email Address |
|---|---|
| ACXIOM CORPORATION | cbblac@acxiom.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | dgolden@akingump.com,pdublin@akingump.com |
| ALLISON, SLUTSKY & KENNEDY, PC | cowan@ask-attorneys.com |
| ANDREW S. CONWAY, ESQUIRE | aconway@taubman.com |
| ARCHER & GREINER, PC | jfiorella@archerlaw.com |
| ASHBY & GEDDES, P.A. | WBOWDEN@ASHBY-GEDDES.COM |
| ASKOUNIS & DARCY, PC | taskounis@askounisdarcy.comtaskounis@askounisdarcy.com |
| BANC OF AMERICA BRIDGE LLC | lynn.simmons@bankofamerica.com |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | george.mesires@bfkn.com |
| BARNES & THORNBURG LLP | DAVID.POWLEN@BTLAW.COM |
| BARTLETT HACKETT FEINBERG PC | ffm@bostonbuisnesslaw.com |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | jlosardo@bbwg.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | dneumann@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | jhoover@beneschlaw.com |
| BIFFERATO LLC | cbifferato@bifferato.com; kcollins@bifferato.com |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDM | DAVE@BHDRL.COM |
| BROWN RUDNICK LLP | rstark@brownrudnick.com; dsaval@brownrudnick.com |
| BROWN STONE NIMEROFF LLC | jnimeroff@bsnlawyers.com |
| BRYAN CAVE LLP | michelle.mcmahon@bryancave.com |
| BUCHALTER NEMER | pwebster@buchalter.compwebster@buchalter.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CALLAHAN & BLAINE | ES@callahan-law.com |
| CANON USA, INC | rweinstein@cusa.canon.comrweinstein@cusa.canon.com |
| CAPITALSOURCE FINANCE LLC | jfungaroli@capitalsource.comjfungaroli@capitalsource.com |
| CHADBOURNE & PARKE LLP | hseife@chadbourne.com; dlemay@chadbourne.com; ddeutsch@chadbourne.com |
| CHARLES E. DAVIDOW | CDAVIDOW@PAULWEISS.COM |
| CHRISTINE Z. HERI | heri.christine@dol.gov |
| CIARDI CIARDI & ASTIN | dastin@ciarkilaw.com; asaccullo@ciardilaw.com;maugustine@ciardilaw.com; cneff@ciardilaw.com |
| CITICORP NORTH AMERICA, INC | jditomo@paulweiss.com; slamb@paulweiss.com |
| COHEN WEISS & SIMON LLP | bceccotti@cwsny.com |
| COLE SCHOTZ MEISEL FORMAN & LEONARD, PA | bankruptcy@coleschotz.com |
| CONNOLLY BOVE LODGE & HUTZ LLP | jwisler@cblh.com; mphillips@cblh.comjwisler@cblh.com; mphillips@cblh.com |
| COOCH & TAYLOR PA | skaufman@coochtaylor.comskaufman@coochtaylor.com |
| COTCHETT, PITRE & MCCARTHY | pgregory@cpmlegal.com |
| COZEN O'CONNOR | mfelger@cozen.com |
| CROSS & SIMON LLC | csimon@crosslaw.com; tdirocco@crosslaw.com |
| CROUDACE & DIETRICH LLP | MARK.NITIKMAN@C2D2LAW.COM |
| CROWELL & MORING LLP | mblumenthal@crowell.com |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSE | ELAINE_COLE@TAX.STATE.NY.US |
| DAVIS POLK & WARDELL LLP | tribuneco.routing@dpw.comtribuneco.routing@dpw.com |
| DUANE MORRIS LLP | mlastowski@duanemorris.com; slross@duanemorris.com |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | mengland@eckertseamans.com |
| EDWARDS ANGELL PALMER & DODGE LLP | sbrown@eapdlaw.com |
| ELLIOTT GREENLEAF | wmk@elliottgreenleaf.comwmk@elliottgreenleaf.com |
| ERVIN COHEN & JESSUP LLP | kmiller@ecjlaw.com |
| FOLEY & LARDNER LLP | MBRAZA@FOLEY.COM |
| FOLEY & LARDNER LLP | MSMALL@FOLEY.COM |
| FOX ROTHSCHILD LLP | jschlerf@foxrothschild.com; jstrock@foxrothschild.com |
| FRANK/GECKER LLP | JFRANK@FGLLP.COM |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | fred.fellmeth@vitecgroup.com |
| FREEBORN & PETERS LLP | ahammer@freebornepeters.com;deggert@freebornpeters.com |
| FURMAN GREGORY LLC | don@furmangregory.com |
| GATEWAY PACIFIC PROPERTIES, INC. | krbgwhw@aol.com |
| GE MONEY BANK | claims@recoverycorp.com |
| GOHN HANKEY & STICHEL LLP | jberlage@ghsllp.comjberlage@ghsllp.com |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | bmd@gsrnh.com |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | etredinnick@greeneradovsky.com |
| HARRIS CORPORATION | adeglomi@harris.comadeglomi@harris.com |
| HENNIGAN, BENNETT & DORMAN, LLP | BENNETTB@HBDLAWYERS.COM,JOHNSTONJ@HBDLAWYERS.COM,MORSEJ@HBDLAWYERS |
| HERRICK FEINSTEIN LLP | prubin@herrick.com; SSELBST@HERRICK.COM |
| HEWLETT-PACKARD COMPANY | ken.higman@hp.comken.higman@hp.com |
| HEWLETT-PACKARD COMPANY | ramona.neal@hp.comramona.neal@hp.com |
| HOGAN & HARTSON LLP | sagolden@hhlaw.comsagolden@hhlaw.com; isgreene@hhlaw.com |
| IBM CORPORATION | bhshide@us.ibm.com |
| J. SCOTT DOUGLASS | jsdlaw@msn.comjsdlaw@msn.com |
| JD THOMPSON LAW | JDT@JDTHOMPSONLAW.COM |
| JEFFER, MANGELS, BUTLER & MARMARO LLP | kelkins@jmbm.com |
| JP MORGAN CHASE BANK, NA AS AGENT | Collins@RLF.com; Fortune@RLF.com |
| K&L GATES LLP | jeff.rich@klgates.com |
| KAYE SCHOLER LLP | mschonholtz@kayescholer.com; mprimoff@kayescholer.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com |

| Name | Email Address |
|---|---|
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | kklee@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | lbogdanoff@ktbslaw.com; mbarash@ktbslaw.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; mcguire@lrclaw.comlandis@lrclaw.com; mcguire@lrclaw.com |
| LESLIE A. COHEN, ESQUIRE | LESLIE@LESLIECOHENLAW.COM |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | dfeinberg@lewisfeinberg.com; ajongco@lewisfeinberg.com; nwasow@lewisfeinberg.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | houston_bankruptcy@publicans.comhouston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A. | zachary.bancroft@lowndes-law.com |
| MAYER BROWN LLP | btrust@mayerbrown.com; fhyman@mayerbrown.com; jtougas@mayerbrown.com; |
| MAYER BROWN LLP | atrehan@mayerbrown.com; byan@mayerbrown.com |
| MCCARTER & ENGLISH, LLP | dadler@mccarter.com; gmallan@mccarter.com |
| MCCARTER & ENGLISH, LLP | kmayer@mccarter.comkmayer@mccarter.com |
| MCGUIRE WOODS LLP | psmoots@mcguirewoods.com; pcatanese@mcguirewoods.com |
| MCPHARLIN SPRINKLES & THOMAS, LLP | emseid@mstpartners.com |
| MEITES, MULDER, MOLLICA & GLINK | trmeites@mmmglaw.com; mmmulder@mmmglaw.com |
| MERRILL LYNCH CAPITAL CORPORATION | lsilverstein@potteranderson.com |
| MESSANA ROSNER & STERN, LLP | frosner@mrs-law.com |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIRD@MICHIGAN.GOV |
| MICHAEL SCHLOSS | SCHLOSS.MICHAEL@DOL.GOV |
| MISSOURI DEPARTMENT OF REVENUE | deecf@dor.mo.gov |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORGAN STANLEY FIXED INCOME | carolyn.adler@morganstanley.com |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | cmcmanus@muchshelist.comcmcmanus@muchshelist.com |
| NAVISTAR LEASING COMPANY | jfiorella@archerlaw.com |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANC | robert_cook@tax.state.ny.us |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | RHANLEY@NOLANPLUMHOFF.COM |
| OFFICE OF ATTORNEY GENERAL | cmomjian@attorneygeneral.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.mcmahon@usdoj.gov |
| O'MELVENY & MYERS LLP | BBUTWIN@OMM.COM,DCANTOR@OMM.COM,SROSENSTEIN@OMM.COM |
| O'MELVENY & MYERS LLP | EJONES@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com, tcairns@pszjlaw.com,mbillion@pszjlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | SLAMB@PAULWEISS.COM;JDITOMO@PAULWEISS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | SSHIMSHAK@PAULWEISS.COM; AGORDON@PAULWEISS.COM; |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | DBROWN@PAULWEISS.COM; LSHUMEJDA@PAULWEISS.COM;SMCPHAIL@PAULWEISS.COM |
| PENSION BENEFIT GUARANTY CORPORATION | anderson.frank@pbgc.gov; efile@pbgc.govanderson.frank@pbgc.gov; efile@pbgc.gov |
| PEPPER HAMILTON LLP | strattond@pepperlaw.com;raportl@pepperlaw.com |
| PEPPER HAMILTON LLP | STRATTOND@PEPPERLAW.COM;SCHANNEJ@PEPPERLAW.COM |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | jcp@pgslaw.com |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ahiller@phw-law.com |
| POTTER ANDERSON & CORROON LLP | lsilverstein@potteranderson.com |
| POYNER SPRUILL LLP | jdthompson@poynerspruill.com |
| PROSKAUER ROSE LLP | mzohn@proskauer.commzohn@proskauer.com |
| QUARLES & BRADY LLP | faye.feinstein@quarles.com; leonard.shifflet@quarles.com |
| RICHARDS, LAYTON & FINGER, PA | collins@rlf.com; fortune@rlf.comcollins@rlf.com; fortune@rlf.com |
| RIDDELL WILLIAMS, P.S. | jshickich@riddellwilliams.com; mmilano@riddellwilliams.com |
| RUSKIN MASCOU FALTISCHEK, P.C. | MAMATO@RMFPC.COM |
| RUSKIN MOSCOU FALTISCHEK, P.C. | MAMATO@RMFPC.COM |
| SAUL EWING LLP | mminuti@saul.com |
| SEITZ, VAN OGTROP & GREEN, P.A. | khill@svglaw.comkhill@svglaw.com |
| SHIPMAN & GOODWIN LLP | bankruptcy@goodwin.com |
| SIDLEY AUSTIN LLP | kkansa@sidley.com |
| SIRLIN GALLOGLY & LESSER, P.C. | DPLON@SIRLINLAW.COM |
| SQUIRE, SANDERS & DEMPSEY LLP | kdinhrt@ssd.comkdinhrt@ssd.com |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | eobrien@sbchlaw.com |
| STUART MAUE | l.cooper@smmj.com |
| TEITELBAUM & BASKIN, LLP | jteitelbaum@tblawllp.comjteitelbaum@tblawllp.com |
| THE REIMANN LAW GROUP | dreimann@reimannlawgroup.com |
| THE SEAPORT GROUP LLC | Sfriedberg@Theseaportgroup.com |
| TOOD M. HOEPKER, ESQ. | tmhoepker@yahoo.com |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | JCRISWELL@TSMP.COM |
| TWENTIETH TELEVISION, INC. | jodie.rea@fox.comjodie.rea@fox.com |
| TYBOUT REDFEARN AND PELL | sfallon@trplaw.com |
| U.S. DEPARTMENT OF JUSTICE | YONATAN.GELBLUM@USDOJ.GOV |
| UNISYS CORPORATION | dplon@sirlinlaw.com |
| UNITED STATES DEPARTMENT OF JUSTICE | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF LABOR | goldberg.elizabeth@dol.gov |
| United States Trustee | joseph.mcmahon@usdoj.gov |
| US ATTORNEY'S OFFICE | ellen.slights.@usdoj.govellen.slights.@usdoj.gov |
| VORYS SATER SEYMOUR & PEASE LLP | Tscobb@vssp.com |
| VORYS, SATER, SEYMOUR AND PEASE LLP | tscobb@vorys.com |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | wayne.smith@warnerbros.com |

| Name | Email Address |
| --- | --- |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.l | dgonzales@wsh-law.com |
| WHITE & CASE LLP | tlauria@whitecase.com; guzzi@whitecase.com; sgreissman@whitecase.com |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | jsorenson@wggdlaw.com |
| WILLKIE FARR & GALLAGHER LLP | alipkin@willkie.com;jcrystal@willkie.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | andrew.goldman@wilmerhale.com |
| WINSTON & STRAWN LLP | denier@winston.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RBRADY@YCST.COM,MBCLEARY@YCST.COM |
| ZWERDLKING PAUL KAHN & WOLLY PC | rpaul@zwerdling.com |

esutty@foxrothschild.com
jschlerf@foxrothschild.com
tlauria@whitecase.com
guzzi@whitecase.com
dhille@whitecase.com
ahammond@whitecase.com
sgreissman@whitecase.com
ddeutsch@chadbourne.com
hseife@chadbourne.com
dlemay@chadbourne.com
landis@lrclaw.com
mcguire@lrclaw.com
tmacauley@zuckerman.com
Collins@RLF.com
Sbrown@eapdlaw.com
lsilverstein@potteranderson.com
kmayer@mccarter.com
bsandler@beneschlaw.com
jhoover@beneschlaw.com
csimon@crosslaw.com
strattond@pepperlaw.com
rbrady@ycst.com
mbcleary@ycst.com
david.powlen@btlaw.com
slamb@paulweiss.com
jditomo@paulweiss.com'
bennettb@hbdlawyers.com
mminuti@saul.com
mschonholtz@kayescholer.com
mprimoff@kayescholer.com
fhyman@mayerbrown.com
jtougas@mayerbrown.com
btrust@mayerbrown.com
atrehan@mayerbrown.com
byan@mayerbrown.com
johnstonj@hbdlawyers.com
dadler@mccarter.com
rstark@brownrudnick.com
dsaval@brownrudnick.com
Andrew.goldman@wilmerhale.com
ellen.slights@usdoj.gov
thoran@wcsr.com
pdublin@akingump.com
afreeman@akingump.com
mstein@kasowitz.com
msiegel@brownrudnick.com

sabramowitz@velaw.com
dadler@mccarter.com
bennettb@hbdlawyers.com
dblabey@kramerlevin.com
kbromberg@brownrudnick.com
jburns@orrick.com
rcasher@kasowitz.com
kcruz@kramerlevin.com
emccolm@paulweiss.com
ksm_1973@yahoo.com
rstark@brownrudnick.com
msiegel@brownrudnick.com
wdolan@brownrudnick.com
kbromberg@brownrudnick.com
hroberthenke@aol.com
srosen@hfesq.com
kmayer@mccarter.com
dadler@mccarter.com
romero@mromerolawfirm.com
rwriley@duanemorris.com
mreed@duanemorris.com
wmsimkulak@duanemorris.com
joseph.mcmahon@usdoj.gov
dgolden@akingump.com
drosner@kasowitz.com
donald.bernstein@davispolk.com
damian.schaible@davispolk.com
eli.vonnegut@davispolk.com
bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com
morsej@hbdlawyers.com
rpaul@zwerdling.com
jsorenson@wggdlaw.com
dgonzales@wsh-law.com
tscobb@vorys.com
Goldberg.elizabeth@dol.gov
SCOTT.FRIEDBERg@theseaportgroup.com
SFRIEDBERg@theseaportgroup.com
FRIEDBERg@theseaportgroup.com
jbailey@jfbailey.com
jeff.rich@klgates.com
charles.smith@klgates.com
Linda.boyle@twtelecom.com
eobrien@sbchlaw.com
fringle@robinsonbrog.com
fred.ringle@robinsonbrog.com

3

ringle@robinsonbrog.com
ahiller@phw-law.com
dharris@phw-law.com
maureen.mcgreevey@sungard.com
bceccotti@cwsny.com
csbott@abato.com
besders@abato.com
mritson@abato.com

Copies:
kstickles@coleschotz.com
pratkowiak@coleschotz.com
kgrivner@coleschotz.com
pernick@coleschotz.com
bkrakauer@sidley.com
kmills@sidley.com
kkansa@sidley.com
jhenderson@sidley.com
dbergeron@sidley.com
klantry@sidley.com
jboelter@sidley.com