IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 4696 |

### AFFIDAVIT OF MAILING

STATE OF CONNECTICUT )
                      ) ss.:
COUNTY OF HARTFORD    )

JANICE E. LIVINGSTONE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 2 Waterside Crossing, Windsor, CT 06095. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Docket Nos. 4696_Aff_6-9-10.doc

2. On June 7, 2010, I caused to be served the "Notice of Filing Further Revised Compendium of Submissions By Certain Creditors of Creditor Representatives Respecting The LBO-Related Causes of Action And The Global Settlement," dated June 6, 2010 [Docket No. 4696], by causing true and correct copies to be served via electronic mail on those parties listed on the annexed Exhibit A.

_____
Janice E. Livingstone

Sworn to before me this
9th day of June, 2010

_____
Notary Public

**KAREN K. DINSMORE**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES NOV. 30, 2012

# EXHIBIT A

| Name | Email Address |
|---|---|
| ACXIOM CORPORATION | cbblac@acxiom.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | dgolden@akingump.com,pdublin@akingump.com |
| ALLISON, SLUTSKY & KENNEDY, PC | cowan@ask-attorneys.com |
| ANDREW S. CONWAY, ESQUIRE | aconway@taubman.com |
| ARCHER & GREINER, PC | jfiorella@archerlaw.com |
| ASHBY & GEDDES, P.A. | WBOWDEN@ASHBY-GEDDES.COM |
| ASKOUNIS & DARCY, PC | taskounis@askounisdarcy.comtaskounis@askounisdarcy.com |
| BANC OF AMERICA BRIDGE LLC | lynn.simmons@bankofamerica.com |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | george.mesires@bfkn.com |
| BARNES & THORNBURG LLP | DAVID.POWLEN@BTLAW.COM |
| BARTLETT HACKETT FEINBERG PC | ffm@bostonbuisnesslaw.com |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | jlosardo@bbwg.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | dneumann@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | jhoover@beneschlaw.com |
| BIFFERATO LLC | cbifferato@bifferato.com; kcollins@bifferato.com |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDM | DAVE@BHDRL.COM |
| BROWN RUDNICK LLP | rstark@brownrudnick.com; dsaval@brownrudnick.com |
| BROWN STONE NIMEROFF LLC | jnimeroff@bsnlawyers.com |
| BRYAN CAVE LLP | michelle.mcmahon@bryancave.com |
| BUCHALTER NEMER | pwebster@buchalter.compwebster@buchalter.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CALLAHAN & BLAINE | ES@callahan-law.com |
| CANON USA, INC | rweinstein@cusa.canon.comrweinstein@cusa.canon.com |
| CAPITALSOURCE FINANCE LLC | jfungaroli@capitalsource.comjfungaroli@capitalsource.com |
| CHADBOURNE & PARKE LLP | hseife@chadbourne.com; dlemay@chadbourne.com; ddeutsch@chadbourne.com |
| CHARLES E. DAVIDOW | CDAVIDOW@PAULWEISS.COM |
| CHRISTINE Z. HERI | heri.christine@dol.gov |
| CIARDI CIARDI & ASTIN | dastin@ciarkilaw.com; asaccullo@ciardilaw.com;maugustine@ciardilaw.com; cneff@ciardilaw.com |
| CITICORP NORTH AMERICA, INC | jditomo@paulweiss.com; slamb@paulweiss.com |
| COHEN WEISS & SIMON LLP | bceccotti@cwsny.com |
| COLE SCHOTZ MEISEL FORMAN & LEONARD, PA | bankruptcy@coleschotz.com |
| CONNOLLY BOVE LODGE & HUTZ LLP | jwisler@cblh.com; mphillips@cblh.comjwisler@cblh.com; mphillips@cblh.com |
| COOCH & TAYLOR PA | skaufman@coochtaylor.comskaufman@coochtaylor.com |
| COTCHETT, PITRE & MCCARTHY | pgregory@cpmlegal.com |
| COZEN O'CONNOR | mfelger@cozen.com |
| CROSS & SIMON LLC | csimon@crosslaw.com; tdirocco@crosslaw.com |
| CROUDACE & DIETRICH LLP | MARK.NITIKMAN@C2D2LAW.COM |
| CROWELL & MORING LLP | mblumenthal@crowell.com |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSE | ELAINE_COLE@TAX.STATE.NY.US |
| DAVIS POLK & WARDELL LLP | tribuneco.routing@dpw.comtribuneco.routing@dpw.com |
| DUANE MORRIS LLP | mlastowski@duanemorris.com; slross@duanemorris.com |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | mengland@eckertseamans.com |
| EDWARDS ANGELL PALMER & DODGE LLP | sbrown@eapdlaw.com |
| ELLIOTT GREENLEAF | wmk@elliottgreenleaf.comwmk@elliottgreenleaf.com |
| ERVIN COHEN & JESSUP LLP | kmiller@ecjlaw.com |
| FOLEY & LARDNER LLP | MBRAZA@FOLEY.COM |
| FOLEY & LARDNER LLP | MSMALL@FOLEY.COM |
| FOX ROTHSCHILD LLP | jschlerf@foxrothschild.com; jstrock@foxrothschild.com |
| FRANK/GECKER LLP | JFRANK@FGLLP.COM |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | fred.fellmeth@vitecgroup.com |
| FREEBORN & PETERS LLP | ahammer@freebornepeters.com;deggert@freebornpeters.com |
| FURMAN GREGORY LLC | don@furmangregory.com |
| GATEWAY PACIFIC PROPERTIES, INC. | krbgwhw@aol.com |
| GE MONEY BANK | claims@recoverycorp.com |
| GOHN HANKEY & STICHEL LLP | jberlage@ghsllp.comjberlage@ghsllp.com |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | bmd@gsrnh.com |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | etredinnick@greeneradovsky.com |
| HARRIS CORPORATION | adeglomi@harris.comadeglomi@harris.com |
| HENNIGAN, BENNETT & DORMAN, LLP | BENNETTB@HBDLAWYERS.COM,JOHNSTONJ@HBDLAWYERS.COM,MORSEJ@HBDLAWYERS |
| HERRICK FEINSTEIN LLP | prubin@herrick.com; SSELBST@HERRICK.COM |
| HEWLETT-PACKARD COMPANY | ken.higman@hp.comken.higman@hp.com |
| HEWLETT-PACKARD COMPANY | ramona.neal@hp.comramona.neal@hp.com |
| HOGAN & HARTSON LLP | sagolden@hhlaw.comsagolden@hhlaw.com; isgreene@hhlaw.com |
| IBM CORPORATION | bhshide@us.ibm.com |
| J. SCOTT DOUGLASS | jsdlaw@msn.comjsdlaw@msn.com |
| JD THOMPSON LAW | JDT@JDTHOMPSONLAW.COM |
| JEFFER, MANGELS, BUTLER & MARMARO LLP | kelkins@jmbm.com |
| JP MORGAN CHASE BANK, NA AS AGENT | Collins@RLF.com; Fortune@RLF.com |
| K&L GATES LLP | jeff.rich@klgates.com |
| KAYE SCHOLER LLP | mschonholtz@kayescholer.com; mprimoff@kayescholer.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com |

| Name | Email Address |
|---|---|
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | kklee@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | lbogdanoff@ktbslaw.com; mbarash@ktbslaw.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; mcguire@lrclaw.comlandis@lrclaw.com; mcguire@lrclaw.com |
| LESLIE A. COHEN, ESQUIRE | LESLIE@LESLIECOHENLAW.COM |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | dfeinberg@lewisfeinberg.com; ajongco@lewisfeinberg.com; nwasow@lewisfeinberg.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | houston_bankruptcy@publicans.comhouston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A. | zachary.bancroft@lowndes-law.com |
| MAYER BROWN LLP | btrust@mayerbrown.com; fhyman@mayerbrown.com; jtougas@mayerbrown.com; |
| MAYER BROWN LLP | atrehan@mayerbrown.com; byan@mayerbrown.com |
| MCCARTER & ENGLISH, LLP | dadler@mccarter.com; gmallan@mccarter.com |
| MCCARTER & ENGLISH, LLP | kmayer@mccarter.comkmayer@mccarter.com |
| MCGUIRE WOODS LLP | psmoots@mcguirewoods.com; pcatanese@mcguirewoods.com |
| MCPHARLIN SPRINKLES & THOMAS, LLP | emseid@mstpartners.com |
| MEITES, MULDER, MOLLICA & GLINK | trmeites@mmmglaw.com; mmmulder@mmmglaw.com |
| MERRILL LYNCH CAPITAL CORPORATION | lsilverstein@potteranderson.com |
| MESSANA ROSNER & STERN, LLP | frosner@mrs-law.com |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIRD@MICHIGAN.GOV |
| MICHAEL SCHLOSS | SCHLOSS.MICHAEL@DOL.GOV |
| MISSOURI DEPARTMENT OF REVENUE | deecf@dor.mo.gov |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | RMERSKY@MONLAW.COM |
| MORGAN STANLEY FIXED INCOME | carolyn.adler@morganstanley.com |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | cmcmanus@muchshelist.comcmcmanus@muchshelist.com |
| NAVISTAR LEASING COMPANY | jfiorella@archerlaw.com |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANC | robert_cook@tax.state.ny.us |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | RHANLEY@NOLANPLUMHOFF.COM |
| OFFICE OF ATTORNEY GENERAL | cmomjian@attorneygeneral.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.mcmahon@usdoj.gov |
| O'MELVENY & MYERS LLP | BBUTWIN@OMM.COM,DCANTOR@OMM.COM,SROSENSTEIN@OMM.COM |
| O'MELVENY & MYERS LLP | EJONES@OMM.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com, tcairns@pszjlaw.com,mbillion@pszjlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | SLAMB@PAULWEISS.COM;JDITOMO@PAULWEISS.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | SSHIMSHAK@PAULWEISS.COM; AGORDON@PAULWEISS.COM; |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | DBROWN@PAULWEISS.COM; LSHUMEJDA@PAULWEISS.COM;SMCPHAIL@PAULWEISS.COM |
| PENSION BENEFIT GUARANTY CORPORATION | anderson.frank@pbgc.gov; efile@pbgc.govanderson.frank@pbgc.gov; efile@pbgc.gov |
| PEPPER HAMILTON LLP | strattond@pepperlaw.com;raportl@pepperlaw.com |
| PEPPER HAMILTON LLP | STRATTOND@PEPPERLAW.COM;SCHANNEJ@PEPPERLAW.COM |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | jcp@pgslaw.com |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ahiller@phw-law.com |
| POTTER ANDERSON & CORROON LLP | lsilverstein@potteranderson.com |
| POYNER SPRUILL LLP | jdthompson@poynerspruill.com |
| PROSKAUER ROSE LLP | mzohn@proskauer.commzohn@proskauer.com |
| QUARLES & BRADY LLP | faye.feinstein@quarles.com; leonard.shifflet@quarles.com |
| RICHARDS, LAYTON & FINGER, PA | collins@rlf.com; fortune@rlf.comcollins@rlf.com; fortune@rlf.com |
| RIDDELL WILLIAMS, P.S. | jshickich@riddellwilliams.com; mmilano@riddellwilliams.com |
| RUSKIN MASCOU FALTISCHEK, P.C. | MAMATO@RMFPC.COM |
| RUSKIN MOSCOU FALTISCHEK, P.C. | MAMATO@RMFPC.COM |
| SAUL EWING LLP | mminuti@saul.com |
| SEITZ, VAN OGTROP & GREEN, P.A. | khill@svglaw.comkhill@svglaw.com |
| SHIPMAN & GOODWIN LLP | bankruptcy@goodwin.com |
| SIDLEY AUSTIN LLP | kkansa@sidley.com |
| SIRLIN GALLOGLY & LESSER, P.C. | DPLON@SIRLINLAW.COM |
| SQUIRE, SANDERS & DEMPSEY LLP | kdinhrt@ssd.comkdinhrt@ssd.com |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | eobrien@sbchlaw.com |
| STUART MAUE | l.cooper@smmj.com |
| TEITELBAUM & BASKIN, LLP | jteitelbaum@tblawllp.comjteitelbaum@tblawllp.com |
| THE REIMANN LAW GROUP | dreimann@reimannlawgroup.com |
| THE SEAPORT GROUP LLC | Sfriedberg@Theseaportgroup.com |
| TOOD M. HOEPKER, ESQ. | tmhoepker@yahoo.com |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | JCRISWELL@TSMP.COM |
| TWENTIETH TELEVISION, INC. | jodie.rea@fox.comjodie.rea@fox.com |
| TYBOUT REDFEARN AND PELL | sfallon@trplaw.com |
| U.S. DEPARTMENT OF JUSTICE | YONATAN.GELBLUM@USDOJ.GOV |
| UNISYS CORPORATION | dplon@sirlinlaw.com |
| UNITED STATES DEPARTMENT OF JUSTICE | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF LABOR | goldberg.elizabeth@dol.gov |
| United States Trustee | joseph.mcmahon@usdoj.gov |
| US ATTORNEY'S OFFICE | ellen.slights.@usdoj.govellen.slights.@usdoj.gov |
| VORYS SATER SEYMOUR & PEASE LLP | Tscobb@vssp.com |
| VORYS, SATER, SEYMOUR AND PEASE LLP | tscobb@vorys.com |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | wayne.smith@warnerbros.com |

| Name | Email Address |
|---|---|
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | dgonzales@wsh-law.com |
| WHITE & CASE LLP | tlauria@whitecase.com; guzzi@whitecase.com; sgreissman@whitecase.com |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | jsorenson@wggdlaw.com |
| WILLKIE FARR & GALLAGHER LLP | alipkin@willkie.com;jcrystal@willkie.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | andrew.goldman@wilmerhale.com |
| WINSTON & STRAWN LLP | denier@winston.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RBRADY@YCST.COM,MBCLEARY@YCST.COM |
| ZWERDLKING PAUL KAHN & WOLLY PC | rpaul@zwerdling.com |

esutty@foxrothschild.com
jschlerf@foxrothschild.com
tlauria@whitecase.com
guzzi@whitecase.com
dhille@whitecase.com
ahammond@whitecase.com
sgreissman@whitecase.com
ddeutsch@chadbourne.com
hseife@chadbourne.com
dlemay@chadbourne.com
landis@lrclaw.com
mcguire@lrclaw.com
tmacauley@zuckerman.com
Collins@RLF.com
Sbrown@eapdlaw.com
lsilverstein@potteranderson.com
kmayer@mccarter.com
bsandler@beneschlaw.com
jhoover@beneschlaw.com
csimon@crosslaw.com
strattond@pepperlaw.com
rbrady@ycst.com
mbcleary@ycst.com
david.powlen@btlaw.com
slamb@paulweiss.com
jditomo@paulweiss.com'
bennettb@hbdlawyers.com
mminuti@saul.com
mschonholtz@kayescholer.com
mprimoff@kayescholer.com
fhyman@mayerbrown.com
jtougas@mayerbrown.com
btrust@mayerbrown.com
atrehan@mayerbrown.com
byan@mayerbrown.com
johnstonj@hbdlawyers.com
dadler@mccarter.com
rstark@brownrudnick.com
dsaval@brownrudnick.com
Andrew.goldman@wilmerhale.com
ellen.slights@usdoj.gov
thoran@wcsr.com
pdublin@akingump.com
afreeman@akingump.com
mstein@kasowitz.com
msiegel@brownrudnick.com

sabramowitz@velaw.com
dadler@mccarter.com
bennettb@hbdlawyers.com
dblabey@kramerlevin.com
kbromberg@brownrudnick.com
jburns@orrick.com
rcasher@kasowitz.com
kcruz@kramerlevin.com
emccolm@paulweiss.com
ksm_1973@yahoo.com
rstark@brownrudnick.com
msiegel@brownrudnick.com
wdolan@brownrudnick.com
kbromberg@brownrudnick.com
hroberthenke@aol.com
srosen@hfesq.com
kmayer@mccarter.com
dadler@mccarter.com
romero@mromerolawfirm.com
rwriley@duanemorris.com
mreed@duanemorris.com
wmsimkulak@duanemorris.com
joseph.mcmahon@usdoj.gov
dgolden@akingump.com
drosner@kasowitz.com
donald.bernstein@davispolk.com
damian.schaible@davispolk.com
eli.vonnegut@davispolk.com
bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com
morsej@hbdlawyers.com
rpaul@zwerdling.com
jsorenson@wggdlaw.com
dgonzales@wsh-law.com
tscobb@vorys.com
Goldberg.elizabeth@dol.gov
SCOTT.FRIEDBERg@theseaportgroup.com
SFRIEDBERg@theseaportgroup.com
FRIEDBERg@theseaportgroup.com
jbailey@jfbailey.com
jeff.rich@klgates.com
charles.smith@klgates.com
Linda.boyle@twtelecom.com
eobrien@sbchlaw.com
fringle@robinsonbrog.com
fred.ringle@robinsonbrog.com

ringle@robinsonbrog.com
ahiller@phw-law.com
dharris@phw-law.com
maureen.mcgreevey@sungard.com
bceccotti@cwsny.com
csbott@abato.com
besders@abato.com
mritson@abato.com

Copies:
kstickles@coleschotz.com
pratkowiak@coleschotz.com
kgrivner@coleschotz.com
pernick@coleschotz.com
bkrakauer@sidley.com
kmills@sidley.com
kkansa@sidley.com
jhenderson@sidley.com
dbergeron@sidley.com
klantry@sidley.com
jboelter@sidley.com

3