# EXHIBIT A

**Claims Asserted Against No Debtor or Improper Debtor**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 815 | 9090 ENTERPRISES C/O CAROL VERNON 2271 LINDA FLORA DRIVE LOS ANGELES, CA 90077 | 03/26/2009 | $2,814.48 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $2,814.48 |
| 2 | 6167 | ADT SECURITY SERVICES INC. 14200 E EXPOSITION AVENUE AURORA, CO 80012 | 08/11/2009 | $3.35 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $3.35 |
| 3 | 6174 | AEG TELEWORKS LLC 800 W. OLYMPIC BLVD. SUITE 305 LOS ANGELES, CA 90015 | 08/17/2009 | $17,977.00 | 08-13184 | KWGN Inc. | 08-13252 | WGN Continental Broadcasting Company | $17,977.00 |
| 4 | 3018 | ANDREWS INTERNATIONAL, INC. ATTN: TRICIA CORREA 27959 SMYTH DR. VALENCIA, CA 91355 | 05/21/2009 | $439.20 | | Multiple Debtors | 08-13183 | KTLA Inc. | $439.20 |
| 5 | 1380 | ASM CAPITAL AS PURCHASER OF: BURST COMMUNICATIONS, INC. 7600 JERICHO TPKE, SUITE 302 WOODBURY, NY 11797 | 04/16/2009 | $17,249.39 | | Multiple Debtors | 08-13182 | KSWB Inc. | $17,249.39 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 1381 | ASM CAPITAL AS PURCHASER OF: MURPHY SECURITY SERVICE LLC 7600 JERICHO TPKE, SUITE 302 WOODBURY, NY 11797 | 04/16/2009 | $69,979.82 | | Multiple Debtors | 08-13211 | The Hartford Courant Company | $69,979.82 |
| 7 | 3104 | ASM CAPITAL AS PURCHASER OF: TRIENDA LLC 7600 JERICHO TPKE, SUITE 302 WOODBURY, NY 11797 | 05/19/2009 | $28,273.50 | | Multiple Debtors | 08-13211 | The Hartford Courant Company | $28,273.50 |
| 8 | 5803 | ASM CAPITAL III, L.P. TRANSFEROR: ACHIEVE GLOBAL 7600 JERICHO TURNPIKE SUITE 302 WOODBURY, NY 11797 | 06/16/2009 | $26,341.75 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $26,341.75 |
| 9 | 1559 | B&K ELECTRIC WHOLESALE 16252 ARROW HIGHWAY IRWINDALE, CA 91706 | 04/23/2009 | $502.66 | | Multiple Debtors | 08-13145 | California Community News Corporation | $502.66 |
| 10 | 2180 | BEERS ENTERPRISES, INC DBA THE SWITCH 969 MAIN STREET OSTERVILLE, MA 02655 | 05/01/2009 | $383.87 | | Multiple Debtors | 08-13183 | KTLA Inc. | $383.87 |
| 11 | 3452 | BREIMON, GERALD COLLISON & O'CONNOR LTD 19 S LASALLE ST, 15TH FL CHICAGO, IL 60603 | 06/03/2009 | $50,000.00* | | Multiple Debtors | 08-13155 | Chicagoland Microwave Licensee, Inc. | $50,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 12

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 3453 | BREIMON, GERALD C/O COLLISON & O'CONNOR LTD. 19 S. LASALLE STREET 15TH FL CHICAGO, IL 60603 | 06/03/2009 | $50,000.00* | | Multiple Debtors | 08-13157 | Chicagoland Television News, Inc. | $50,000* |
| 13 | 2353 | CLENDENIN, MICHAEL 328 CAROLINA MEADOWS VILLA CHAPEL HILL, NC 27517 | 05/04/2009 | $6,235.00 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $6,235.00 |
| 14 | 6453 | CRAIN COMMUNICATIONS, INC. ATTN: MARY E. MOCERI 1155 GRATIOT AVENUE DETRIOT, MI 48207 | 04/02/2010 | $80,489.09 | 08-13141 | Tribune Company | 08-13152 08-13185 | Chicago Tribune Company Los Angeles Times Communications LLC Total | $29,373.13 $51,115.96 $80,489.09 |
| 15 | 2433 | DEPARTMENT OF WATER AND POWER, CITY OF LOS ANGELES P.O. BOX 51111 ATTN: BANKRUPTCY LOS ANGELES, CA 90051-5700 | 05/05/2009 | $519,449.64 | | Multiple Debtors | 08-13185 | Los Angeles Times Communications LLC | $519,449.64 |
| 16 | 6156 | EMPLOYERS GROUP SERVICE CORP 1150 S. OLIVE ST, SUITE 2300 LOS ANGELES, CA 90015 | 08/10/2009 | $150.95 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $150.95 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 12

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 3144 | ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE 380 NEW YORK ST REDLANDS, CA 92373 | 05/26/2009 | $1,645.39 | | Multiple Debtors | 08-13185 | Los Angeles Times Communications LLC | $1,645.39 |
| 18 | 4820 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $123.96 | 08-13153 | Chicago Tribune Newspapers, Inc. | 08-13152 | Chicago Tribune Company | $123.96 |
| 19 | 4827 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $28,335.50 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $28,335.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 4837 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPT CY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $5.73 | 08-13230 | Tribune Finance, LLC | 08-13231 | Tribune Finance Service Center, Inc. | $5.73 |
| 21 | 4843 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPT CY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 06/11/2009 | $5,922.08 | 08-13252 | WGN Continental Broadcasting Company | 08-13184 08-13252 | KWGN Inc. WGN Continental Broadcasting Company  Total | $143.53 $5,778.55  $5,922.08 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22 | 6353 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE RECOVERY / BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 01/05/2010 | $845.46 | | Multiple Debtors | | Tribune CNLBC, LLC | $845.46 |
| 23 | 3149 | GLOBAL CROSSING TELECOMMUNICATIONS INC PO BOX 741276 CINCINNATI, OH 45274-1276 | 05/26/2009 | $2,203.33 | 08-13152 | Chicago Tribune Company | 08-13141 | Tribune Company | $2,203.33 |
| 24 | 2016 | GODSPEED COURIER PO BOX 423293 SAN FRANCISCO, CA 94142 | 04/28/2009 | $28.00 | | No Debtor Asserted | 08-13235 | Tribune Media Net, Inc. | $28.00 |
| 25 | 478 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/09/2009 | $68.00 | | Multiple Debtors | 08-13198 | Orlando Sentinel Communications Company | $68.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 1486 | KING COUNTY TREASURY 500 4TH AVE RM 600 SEATTLE, WA 98104-2387 | 04/24/2009 | $80,807.58 | | Multiple Debtors | 08-13245 | Tribune Television Northwest, Inc. | $80,807.58 |
| 27 | 3749 | LONG & FOSTER PARENT ACCT [LONG & FOSTER TRAINING CENTER] 14501 GEORGE CARTER WAY CHANTILLY, VA 20151 | 06/08/2009 | $2,293.56 | | Multiple Debtors | 08-13209 | The Baltimore Sun Company | $2,293.56 |
| 28 | 5836 | MARYLAND AMERICAN WATER P.O. BOX 578 ALTON, IL 62002 | 06/15/2009 | $94.99 | 08-13141 | Tribune Company | 08-13173 | Homestead Publishing Co. | $94.99 |
| 29 | 5837 | MARYLAND AMERICAN WATER P.O. BOX 578 ALTON, IL 62002 | 06/15/2009 | $46.52 | 08-13141 | Tribune Company | 08-13173 | Homestead Publishing Co. | $46.52 |
| 30 | 5838 | MARYLAND AMERICAN WATER P.O. BOX 578 ALTON, IL 62002 | 06/15/2009 | $22.43 | 08-13141 | Tribune Company | 08-13173 | Homestead Publishing Co. | $22.43 |
| 31 | 5840 | MARYLAND AMERICAN WATER P.O. BOX 578 ALTON, IL 62002 | 06/15/2009 | $171.03 | 08-13141 | Tribune Company | 08-13173 | Homestead Publishing Co. | $171.03 |
| 32 | 6158 | MCCLELLEN, JAMIE ANNE 1725 N NEWLAND AVE CHICAGO, IL 60707 | 08/10/2009 | $410.00 | | Multiple Debtors | 08-13152 | Chicago Tribune Company | $410.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 7 of 12

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | 6326 | MEREDITH CORPORATION 1716 LOCUST ST. DES MOINES, IA 50309 | 11/16/2009 | $66,055.26 | 08-13141 | Tribune Company | 08-13182<br>08-13241<br><br>Total | KSWB Inc.<br>Tribune Television Company | $18,525.46<br>$47,529.80<br><br>$66,055.26 |
| 34 | 3637 | MERLINONE INC ATTN: SHRAWN HARDESTY 17 WHITNEY RD QUINCY, MA 02169 | 06/08/2009 | $1,730.17 | 08-13231 | Tribune Finance Service Center, Inc. | 08-13152<br>08-13198<br><br>08-13208<br>08-13209<br>08-13211<br><br>Total | Chicago Tribune Company<br>Orlando Sentinel Communications Company<br>Sun-Sentinel Company<br>The Baltimore Sun Company<br>The Hartford Courant Company | $346.04<br>$346.04<br><br>$346.01<br>$346.04<br>$346.04<br><br>$1,730.17 |
| 35 | 568 | MI-SOOK YOU KOREAN RADIO TALENT 22 HURST CT SAN RAMON, CA 94583 | 02/26/2009 | $175.00 | | No Debtor Asserted | 08-13185 | Los Angeles Times Communications LLC | $175.00 |
| 36 | 5608 | MOELLER PRINTING CO. P.O. BOX 11288 INDIANAPOLIS, IN 46201 | 06/12/2009 | $527.78 | | Multiple Debtors | 08-13241 | Tribune Television Company | $527.78 |
| 37 | 608 | NORTH SOUTH PROMOTIONS II, INC. 1516 N. DIXIE HIGHWAY HOLLYWOOD, FL 33020 | 03/02/2009 | $148.40 | | No Debtor Asserted | 08-13208 | Sun-Sentinel Company | $148.40 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 38 | 891 | PEOPLE 2.0 GLOBAL, INC. 1161 MCDERMOTT DRIVE, SUITE 300 WEST CHESTER, PA 19380 | 04/06/2009 | $3,240.00 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $3,240.00 |
| 39 | 6096 | PR NEWSWIRE ATTN: PAT PERILLO 806 PLAZA THREE HARBORSIDE FIN'L CENTER JERSEY CITY, NJ 07311 | 07/13/2009 | $865.00 | 08-13141 | Tribune Company | 08-13252 | WGN Continental Broadcasting Company | $865.00 |
| 40 | 3512 | PROFORMA PRINTING SYSTEMS, INC. 7276 AMETHYST AVE. ALTA LOMA, CA 91701 | 06/04/2009 | $6,228.87 | | Multiple Debtors | 08-13209 | The Baltimore Sun Company | $6,228.87 |
| 41 | 2481 | PRUDENTIAL JA&A 23925 PARK SORRENTO CALABASAS, CA 91302 | 05/06/2009 | $50.00 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $50.00 |
| 42 | 3607 | QUINN, MEREDITH 91 MONOMOYIC WAY CHATAHAM, MA 02633 | 06/05/2009 | $23,460.00 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $23,460.00 |
| 43 | 2181 | REXEL CONSOLIDATED 4050 NE 6TH AV FT LAUDERDALE, FL 33334 | 05/01/2009 | $517.88 | | Multiple Debtors | 08-13198 | Orlando Sentinel Communications Company | $517.88 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 44 | 3322 | SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY,<br>ROOM 3A218<br>BEDMINSTER, NJ 07921 | 06/01/2009 | $0.92 | | Multiple Debtors | 08-13141 | Tribune Company | $0.92 |
| 45 | 2529 | SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | 05/07/2009 | $12,950.16 | | Multiple Debtors | 08-13245 | Tribune Television Northwest, Inc. | $12,950.16 |
| 46 | 4295 | SERVICE SOURCE, INC.<br>100 CENTERVIEW DR., SUITE 210<br>NASHVILLE, TN 37214 | 06/10/2009 | $32,083.96 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $32,083.96 |
| 47 | 1756 | SIERRA LIQUIDITY FUND, LLC - ASSIGNMENT ATT-IN-FACT FOR FINISHING CO - ASSIGNOR<br>2699 WHITE ROAD #255<br>IRVINE, CA 92614 | 04/27/2009 | $3,251.73 | | Multiple Debtors | 08-13152 | Chicago Tribune Company | $3,251.73 |
| 48 | 1757 | SIERRA LIQUIDITY FUND, LLC - ASSIGNMENT ATT-IN-FACT FOR MOELLER PRINTING CO - AS ASSIGNOR; 2699 WHITE ROAD #255<br>IRVINE, CA 92614 | 04/27/2009 | $939.19 | | Multiple Debtors | 08-13241 | Tribune Television Company | $939.19 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 31: EXHIBIT A - CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 49 | 6421 | SIGNMEUP.COM<br>500 N. MICHIGAN AVE.<br>SUITE 300<br>CHICAGO, IL 60611 | 03/08/2010 | $1,640.40 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $1,640.40 |
| 50 | 6212 | SIMPLEX GRINNELL<br>ATTN: BANKRUPTCY<br>50 TECHNOLOGY DRIVE<br>WESTMINSTER, MA 01441 | 08/24/2009 | $157.77 | | Multiple Debtors | 08-13184 | KWGN Inc. | $157.77 |
| 51 | 2755 | SMITH, DENISE<br>1191 RIDGE RD<br>RISING SUN, MD 21911 | 05/13/2009 | $7.64 | | Multiple Debtors | 08-13209 | The Baltimore Sun Company | $7.64 |
| 52 | 3451 | SPENCER, GILMAN<br>11 W 30TH ST APT 12F<br>NEW YORK, NY 10001-4419 | 06/03/2009 | $111,262.00 | 08-13141 | Tribune Company | 08-13254 | WPIX, Inc. | $111,262.00 |
| 53 | 2012 | ST MARTIN, CHRISTIE<br>40 GREENCROFT CRESCENT<br>MARKHAM, ON L3R 3Y5<br>CANADA | 04/28/2009 | $1,500.00 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,500.00 |
| 54 | 470 | T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 02/04/2009 | $2,008.10 | | Multiple Debtors | 08-13245 | Tribune Television Northwest, Inc. | $2,008.10 |
| 55 | 6176 | VERITEXT<br>3090 BRISTOL ST<br>SUITE 190<br>COSTA MESA, CA 92626 | 08/17/2009 | $3,770.85 | | No Debtor Asserted | 08-13235 | Tribune Media Net, Inc. | $3,770.85 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 31: EXHIBIT A – CLAIMS ASSERTED AGAINST NO DEBTOR OR IMPROPER DEBTOR

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | 583 WEBEX COMMUNICATIONS C/O RMS BANKRUPTCY RECOVERY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 02/20/2009 | $1,618.75 | 08-13227 | Tribune Direct Marketing, Inc. | 08-13185 | Los Angeles Times Communications LLC | $1,000.00 |
| | | | | | | 08-13227 | Tribune Direct Marketing, Inc. | $618.75 |
| | | | | | | | Total | $1,618.75 |

\* - Indicates claim contains unliquidated and/or undetermined amounts