# **Schedule 1**

Tribune Company, et al
Omnibus Objection 32: Schedule 1

| NAME | Exhibit |
|---|---|
| 1 ADAMS, ALEXIS<br>8245 SW 176TH TER<br>MIAMI, FL 33157-6143 | A |
| 2 AFEDERAL EXTERMINATING<br>6801 11TH AVE<br>BROOKLYN, NY 112196023 | A |
| 3 AFTERCOLLEGE<br>98 BATTERY ST<br>SUITE 502<br>SAN FRANCISCO, CA 90012 | A |
| 4 ALLIED WASTE SERVICES<br>PO BOX 78703<br>WEST HOUSTON COMMERCIAL<br>PHOENIX, AZ 85062-8703 | A |
| 5 AMERENCILCO<br>CREDIT & COLLECTIONS<br>2105 E. STATE ROUTE 104<br>PAWNEE, IL 62558 | B |
| 6 AMERENIP - A/K/A ILLINOIS POWER COMPANY<br>ATTN: COLLECTIONS A-10<br>PO BOX 2543<br>DECATUR, IL 62525 | B |
| 7 ANCHOR COMPUTER INC<br>600 FAIRWAY DR STE 205<br>DEERFIELD, FL 33441-1804 | A |
| 8 APARTMENT ASSOCIATIO<br>GREATER ORLANDO 340 N MAITLAND AV<br>MAITLAND, FL 32751 | B |
| 9 ATLANTA GAS/VIRGINIA NATURAL GAS<br>150 W. MAIN ST.<br>SUITE 1510<br>NORFOLK, VA 23510 | A |
| 10 BARRETT, CONNIE<br>100 WASHINGTON ST<br>MANCHESTER, CT 06042-3542 | A |
| 11 BERISHA, VERONIKA<br>3 VALLEY ROAD APT 1RR<br>STAMFORD, CT 06902 | A |
| 12 BITTERMAN, PINCAS<br>9531 AVERS AVE<br>SKOKIE, IL 60203 | A |
| 13 BYRONS NEWS AGENCY<br>5300 W GEORGE ST<br>ACCT 291<br>CHICAGO, IL 60641 | A |

,Tribune Company, et al
Omnibus Objection 32: Schedule 1

| NAME | Exhibit |
|---|---|
| 14 CALL SOURCE<br>31280 OAK CREST DRIVE SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | A |
| 15 CAMPBELL, JESSIE M<br>1170 OCONEE FOREST DRIVE<br>WATKINSVILLE, GA 30677 | A |
| 16 CAPITOL CLEANING CONTRACTORS<br>320 LOCUST STREET<br>HARTFORD, CT 06114 | A |
| 17 CAPITOL CLEANING CONTRACTORS<br>320 LOCUST STREET<br>HARTFORD, CT 06114 | A |
| 18 CARMANA, BRENDA<br>401 E ONTARIO NO.1107<br>CHICAGO, IL 60611 | A |
| 19 CESPEDES, EDGAR<br>18 HOLLOW WOOD LANE<br>GREENWICH, CT 06831 | A |
| 20 CHAPMAN, DORTHY<br>309 COUNTRY MEADOW<br>BAY CITY, MI 48706-4624 | A |
| 21 CHICAGO SPENCE TOOL & RUBBER<br>PO BOX 1528<br>MELROSE PARK, IL 60161-1528 | A |
| 22 CITY OF ONTARIO<br>303 EAST B STREET<br>ONTARIO, CA 91764 | B |
| 23 CITY OF PERU<br>1727 FOURTH STREET, PO BOX 299<br>PERU, IL 61354-0299 | B |
| 24 CITY OF SACRAMENTO<br>CITY HALL<br>915 I ST RM 1201<br>ENFORCEMENT AND COLLECTION SECTION<br>SACRAMENTO, CA 95814-2608 | B |
| 25 CITY OF SACRAMENTO<br>CITY HALL<br>915 I ST RM 1201<br>ENFORCEMENT & COLLECTION SECTION<br>SACRAMENTO, CA 95814-2696 | B |
| 26 CITY OF SACRAMENTO<br>CITY HALL<br>915 I ST RM 1201<br>ENFORCEMENT & COLLECTION SECTION<br>SACRAMENTO, CA 95814-2696 | B |

Tribune Company, et al
Omnibus Objection 32: Schedule 1

| NAME | Exhibit |
|---|---|
| 40 FUSSELL, BERTA<br>33704 WESTLEY ROAD<br>EUSTIS, FL 32736 | A |
| 41 GERLINDE, L.R<br>PO BOX 61<br>DAYTON, MD 21036 | A |
| 42 GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | A |
| 43 GIAN, MICHAEL #110558<br>40 PURITAN LN<br>STAMFORD, CT 06906 | A |
| 44 GIBSON, MARIE<br>33965 MANTA CT<br>MONARCH BEACH, CA 92629 | A |
| 45 GOLD, SELMA<br>89 SOUTH ST<br>HAVERSTRAW, NY 109272019 | A |
| 46 GRAHAM, BEULAH<br>4009 WOODRIDGE RD<br>BALTIMORE, MD 21229-1914 | A |
| 47 HEALTH CONCEPTS/DOLPHIN CAPITAL<br>PO BOX 644006<br>MOBERLY, MO 65270 | A |
| 48 HEALTH CONCEPTS/DOLPHIN CAPITAL<br>PO BOX 644006<br>MOBERLY, MO 65270 | A |
| 49 JAFFE, MARK<br>4565 WOLSEY CT<br>WESTLAKE VILLAGE, CA 91361 | A |
| 50 JINISHIAN, JOHN<br>31 RIVER DR<br>NORWALK, CT 06855 | A |
| 51 JOHNSON, TREVIN<br>5384 RAIN WOOD ST 95<br>SIMI VALLEY, CA 93063 | A |
| 52 KEARNS, JOHN<br>3444 W OAKHILL DR<br>CRETE, IL 60417 | A |
| 53 KIPLINGER WASHINGTON EDITORS INC<br>1729 H STREET NW<br>WASHINGTON, DC 20006 | A |

Tribune Company, et al
Omnibus Objection 32: Schedule 1

| | NAME | Exhibit |
|---|---|---|
| 54 | LACLEDE GAS<br>720 OLIVE ST., ROOM 1215<br>C/O BANKRUPTCY<br>ST. LOUIS, MO 63101 | A |
| 55 | LANDERS, PHILLIP<br>5312 VISTA CLUB RUN<br>SANFORD, FL 32771 | A |
| 56 | LAWTON, HAROLD<br>1419 SEGOVIA PL<br>LADY LAKE, FL 32162 | A |
| 57 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RIVERFRONT TIMES LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | A |
| 58 | MARCIA, DOUG<br>FOREIGN BUREAU CORRESPONDENT<br>501 N CALVERT ST<br>BALTIMORE, MD 21278 | A |
| 59 | MARION CTY CLRK CSD<br>W123 CITY COUNTY BUILDING<br>INDIANAPOLIS, IN 46204 | A |
| 60 | MARK P. SARNO, LTD.<br>2057 WEBSTER LN<br>DES PLAINES, IL 60018 | A |
| 61 | MARKS, JOHN<br>1313 N RITCHIE CT   2001<br>CHICAGO, IL 60610 | A |
| 62 | MCGRAW-HILL COMPANIES<br>RE: SAN DIEGO SAN MIGUEL MOUN<br>4600 AIR WAY<br>SAN DIEGO, CA 92102 | B |
| 63 | MILKIE, DAVID<br>218 HOPE VALLEY RD<br>AMSTON, CT 62311333 | A |
| 64 | MOEBIUS, LINDA<br>2 E 39TH STREET<br>BALTIMORE, MD 21218 | A |
| 65 | MOELLER PRINTING CO.<br>P.O. BOX 11288<br>INDIANAPOLIS, IN 46201 | A |
| 66 | MORRIS, JELECE E<br>5066 NW 96TH DR<br>CORAL SPRINGS, FL 33076 | A |

Tribune Company, et al
Omnibus Objection 32: Schedule 1

| NAME | Exhibit |
|---|---|
| 67 NOKIA THEATRE<br>1111 SOUTH FIGUEROA STREET<br>SUITE 3100<br>LOS ANGELES, CA 90015 | A |
| 68 NORTH, THOMAS & SANDRA<br>5217 DRISCOLL CT<br>ORLANDO, FL 32812-1002 | A |
| 69 NUCOMM, INC.<br>101 BILBY RD<br>HACKETTSTOWN, NJ 07840 | A |
| 70 OLSEN, BRIAN G<br>2 E 39TH STREET<br>BALTIMORE, MD 21218 | A |
| 71 OUEDRAOGO, FELIX W<br>2 E 39TH STREET<br>BALTIMORE, MD 21218 | A |
| 72 PAJARO, OLGA M<br>11000 SW 200TH ST UNIT 407<br>MIAMI, FL 331578445 | A |
| 73 PIOCON TECHNOLOGIES INC<br>1420 KENSINGTON ROAD SUITE 106<br>OAK BROOK, IL 60523 | A |
| 74 PORTER, AGNES<br>224 STEAMBOAT CT<br>NASHVILLE, TN 37124 | A |
| 75 POULIN, BIGITTE<br>328 SAYBROOKE ST<br>HARTFORD, CT 06106-3463 | A |
| 76 PRINCETON COMM GROUP<br>PO BOX 796<br>PENNINGTON, NJ 85340796 | A |
| 77 PRUDENTIAL JA&A<br>16810 VENTURA BLVD.<br>ENCINO, CA 91436 | B |
| 78 PRUDENTIAL JA&A<br>8687 MELROSE AVE STE NO.B-110<br>LOS ANGELES, CA 90069 | B |
| 79 QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | A |
| 80 REZNICEK, PARKER<br>1628 LAUREL LN<br>MACUNGIE, PA 18062 | A |

Tribune Company, et al
Omnibus Objection 32: Schedule 1

| NAME | Exhibit |
|---|---|
| 81 RICHETTI-MOSQUERA, MILAGROS<br>3352 NW 85 AVE<br>CORAL SPRINGS, FL 33065 | A |
| 82 SARDO, JOE<br>284 LAVISTA DR W<br>WINTER SPRINGS, FL 32708-3081 | A |
| 83 SCHEPAT, HELEN<br>174 KOZANI ST<br>BRISTOL, CT 06010-4853 | A |
| 84 SCHETTINO, MACARIO<br>BELLSARIO DOMINGUEZ 48<br>COL VILLA COYOACAN<br>DF<br>MEXICO, 4000<br>MEXICO | A |
| 85 SCHUTZ, TIM<br>4240 ARROWHEAD CIR<br>THOUSAND OAKS, CA 91362 | A |
| 86 SIMPSON, J.<br>9416 OWINGS HEIGHTS CIR    202<br>OWINGS MILLS, MD 21117-6916 | A |
| 87 SSP BPI GROUP<br>ONE NORTH FRANKLIN STREET<br>SUITE 1100<br>CHICAGO, IL 60606 | A |
| 88 STATE OF CONNECTICUT<br>PO BOX 150444<br>HARTFORD, CT 06115 | B |
| 89 STEINER, ALVIN<br>C/O BEVERLY GALTMAN<br>838 S FILMORE ST<br>ALLENTOWN, PA 18103 | A |
| 90 TERRY, PATRICIA W<br>2106 N HUDSON AVENUE<br>CHICAGO, IL 60614 | A |
| 91 THE HERMANN GROUP INC<br>23 PECK ROAD<br>MT KISCO, NY 10549 | A |
| 92 TRAFFIC CAMERA REPORTS, INC<br>629 SOUTH CLAIBORNE AVENUE<br>NEW ORLEANS, LA 70113 | B |
| 93 UNITED PARCEL SERVICE (UPS)<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | B |

Tribune Company, et al
Omnibus Objection 32: Schedule 1

| # | NAME | Exhibit |
|---|------|---------|
| 94 | US TREASURY ATTN LT COL T V JOHNSON<br>PENTAGON ROOM 4A514A<br>WASHINGTON, DC 20380 | A |
| 95 | VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | A |
| 96 | VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | A |
| 97 | VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | A |
| 98 | VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | A |
| 99 | VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | A |
| 100 | VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | A |
| 101 | VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | A |
| 102 | VSM SEWING INC<br>31000 VIKING PARKWAY<br>WESTLAKE, OH 44145 | A |
| 103 | WADSWORTH, BRIEN<br>C/O BALTIMORE<br>501 N CALVERT ST<br>BALTIMORE, MD 21202 | A |
| 104 | WASTE MANAGEMENT RMC<br>2625 W GRANDVIEW RD. STE 150<br>PHOENIX, AZ 85023 | B |
| 105 | WATKINS, CHARLES<br>3828 BEACHMAN DRIVE<br>ORLANDO, FL 32810 | A |
| 106 | WTHR TV<br>PO BOX 1313<br>INDIANAPOLIS, IN 46206 | A |
| 107 | XEROX CORP<br>XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>PO BOX 660506<br>DALLAS, TX 75266-9937 | B |