## <u>EXHIBIT B</u>

**Modified Amount, Wrong Debtor Claims**

Tribune Company, et al

Omnibus Objection 32: Exhibit B - Claims to Reduce and Allow and Asserted Against No Debtor or Improper Debtor

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 1 AMERENCILCO CREDIT & COLLECTIONS 2105 E. STATE ROUTE 104 PAWNEE, IL 62558 | 99 | Tribune Company | $1,152.92 | Chicago Tribune Company | $643.37 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 2 AMERENIP - A/K/A ILLINOIS POWER COMPANY ATTN: COLLECTIONS A-10 PO BOX 2543 DECATUR, IL 62525 | 1679 | Tribune Company | $1,197.69 | Chicago Tribune Company | $725.57 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 3 APARTMENT ASSOCIATIO GREATER ORLANDO 340 N MAITLAND AV MAITLAND, FL 32751 | 2936 | No Debtor Asserted | $435.00 | Orlando Sentinel Communications Company | $30.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 4 CITY OF ONTARIO 303 EAST B STREET ONTARIO, CA 91764 | 522 | Tribune Company | $2,358.00 | Los Angeles Times Communications LLC | $1,137.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 5 CITY OF PERU 1727 FOURTH STREET, PO BOX 299 PERU, IL 61354-0299 | 1510 | No Debtor Asserted | $174.23 | Chicago Tribune Company | $74.23 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 6 CITY OF SACRAMENTO CITY HALL 915 I ST RM 1201 ENFORCEMENT AND COLLECTION SECTION SACRAMENTO, CA 95814-2608 | 3133 | Tribune Company | $173.61 | Channel 40, Inc. | $132.42 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 7 CITY OF SACRAMENTO CITY HALL 915 I ST RM 1201 ENFORCEMENT & COLLECTION SECTION SACRAMENTO, CA 95814-2696 | 3134 | Tribune Company | $124.98 | Channel 40, Inc. | $117.70 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

*- Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al

Omnibus Objection 32: Exhibit B - Claims to Reduce and Allow and Asserted Against No Debtor or Improper Debtor

| NAME | CLAIM # | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|
| | | DEBTOR | AMOUNT | DEBTOR | AMOUNT | REASON FOR MODIFICATION |
| 8 CITY OF SACRAMENTO CITY HALL 915 1 ST RM 1201 ENFORCEMENT & COLLECTION SECTION SACRAMENTO, CA 95814-2696 | 3135 | Tribune Company | $39.87 | Channel 40, Inc. | $31.83 | Claim support does not reflect claimed amount. Reducing claim to support provided by claimant. |
| 9 DTE ENERGY ONE ENERGY PLAZA, WCB 2160 DETROIT, MI 48226 | 3300 | Tribune Company | $1,351.30 | Tribune Television Holdings, Inc. | $1,316.99 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 10 FABIAN, NENITA - SUPERVISOR SAN MATEO ACCOUNTING SERVICE CENTER | 5431 | Chicagoland Publishing Company | $1,192.50 | Chicagoland Publishing Company Eagle New Media Investments, LLC Subtotal | $572.00 $442.00 $1,014.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 11 MCGRAW-HILL COMPANIES RE: SAN DIEGO SAN MIGUEL MOUN 4600 AIR WAY SAN DIEGO, CA 92102 | 6061 | Tribune Company | $2,443.42 | KSWB Inc. | $2,262.81 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 12 PRUDENTIAL JA&A 16810 VENTURA BLVD. ENCINO, CA 91436 | 2483 | Tribune Company | Undetermined | Los Angeles Times Communications LLC | $46.20 | Liquidating claim to reflect Debtors' books and records. |
| 13 PRUDENTIAL JA&A 8687 MELROSE AVE STE NO.B-110 LOS ANGELES, CA 90069 | 2484 | Tribune Company | Undetermined | Los Angeles Times Communications LLC | $30.80 | Liquidating claim to reflect Debtors' books and records. |

Tribune Company, et al

Omnibus Objection 32: Exhibit B - Claims to Reduce and Allow and Asserted Against No Debtor or Improper Debtor

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 14 STATE OF CONNECTICUT PO BOX 150444 HARTFORD, CT 06115 | 2091 | No Debtor Asserted | Undetermined | Southern Connecticut Newspapers, Inc. | $275.00 | Liquidating claim to reflect Debtors' books and records. |
| | | | | The Hartford Courant Company | $100.00 | |
| | | | | Subtotal | $375.00 | |
| 15 TRAFFIC CAMERA REPORTS, INC 629 SOUTH CLAIBORNE AVENUE NEW ORLEANS, LA 70113 | 790 | No Debtor Asserted | $6,128.82 | Tribune Television New Orleans, Inc. | $5,768.82 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 16 UNITED PARCEL SERVICE (UPS) C/O RMS BANKRUPTCY RECOVERY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 585 | No Debtor Asserted | $9,408.33 | Chicago Tribune Company | $517.84 | Claim reduced by invoices for Newsday liability, which was not controlled by Debtor at the time the liability was incurred. |
| | | | | Eagle New Media Investments, LLC | $7,913.04 | |
| | | | | InsertCo, Inc. | $219.38 | |
| | | | | Virginia Gazette Companies, LLC | $435.25 | |
| | | | | WGN Continental Broadcasting Company | $216.53 | |
| | | | | Subtotal | $9,302.04 | |
| 17 WASTE MANAGEMENT RMC 2625 W GRANDVIEW RD. STE 150 PHOENIX, AZ 85023 | 687 | No Debtor Asserted | $9,962.99 | Sun-Sentinel Company | $9,339.86 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Tribune Broadcast Holdings, Inc. | $206.82 | |
| | | | | Subtotal | $9,546.68 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 4

Tribune Company, et al

Omnibus Objection 32: Exhibit B - Claims to Reduce and Allow and Asserted Against No Debtor or Improper Debtor

| NAME | CLAIM # | ASSERTED | | MODIFIED | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| | | DEBTOR | AMOUNT | DEBTOR | AMOUNT | |
| 18 XEROX CORP | 472 | Tribune Company | $362,954.16 | Channel 40, Inc. | $941.75 | Claim previously satisfied in part. |
| XEROX CAPITAL SERVICES LLC | | | | Chicago Tribune Company | $51,156.57 | Modified amount reflects Debtors' books and records. |
| ATTN: VANESSA ADAMS | | | | Chicagoland Publishing Company | $618.15 | |
| PO BOX 660506 | | | | Chicagoland Television News, Inc. | $104.00 | |
| DALLAS, TX 75266-9937 | | | | KWGN Inc. | $1,325.04 | |
| | | | | Los Angeles Times Communications LLC | $12,773.33 | |
| | | | | Orlando Sentinel Communications Company | $6,078.29 | |
| | | | | Southern Connecticut Newspapers, Inc. | $265.19 | |
| | | | | Star Community Publishing Group, LLC | $2,291.99 | |
| | | | | Sun-Sentinel Company | $28,199.56 | |
| | | | | The Baltimore Sun Company | $16,320.93 | |
| | | | | The Daily Press, Inc. | $8,742.23 | |
| | | | | The Hartford Courant Company | $3,992.44 | |
| | | | | The Morning Call, Inc. | $7,833.40 | |
| | | | | Tribune Broadcasting Company | $5,120.55 | |
| | | | | Tribune Company | $71,001.06 | |
| | | | | Tribune Direct Marketing, Inc. | $9,639.34 | |
| | | | | Tribune Media Net, Inc. | $219.60 | |
| | | | | Tribune Media Services, Inc. | $1,363.24 | |
| | | | | Tribune Television Company | $1,289.54 | |
| | | | | Tribune Television New Orleans, Inc. | $932.09 | |
| | | | | WGN Continental Broadcasting Company | $5,973.86 | |
| | | | | WPIX, Inc. | $80.08 | |
| | | | | Subtotal | $236,262.23 | |
| | | | $399,097.82 | | $268,817.69 | |

* - Indicates claim contains unliquidated and/or undetermined amounts