# EXHIBIT A

## Modified Amount Claims

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 1 ADAMS, ALEXIS<br>8245 SW 176TH TER<br>MIAMI, FL 33157-6143 | 2862 | Orlando Sentinel Communications Company | Undetermined | $116.00 | Liquidating claim to reflect Debtors' books and records. |
| 2 AFEDERAL EXTERMINATING<br>6801 11TH AVE<br>BROOKLYN, NY 112196023 | 3067 | InsertCo, Inc. | $568.95 | $227.58 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 3 AFTERCOLLEGE<br>98 BATTERY ST<br>SUITE 502<br>SAN FRANCISCO, CA 90012 | 2979 | The Baltimore Sun Company | $19,743.75 | $7,830.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 4 ALLIED WASTE SERVICES<br>PO BOX 78703<br>WEST HOUSTON COMMERCIAL<br>PHOENIX, AZ 85062-8703 | 3101 | KIAH Inc. | Undetermined | $697.63 | Liquidating claim to reflect Debtors' books and records. |
| 5 ANCHOR COMPUTER INC<br>600 FAIRWAY DR STE 205<br>DEERFIELD, FL 33441-1804 | 2102 | Gold Coast Publications, Inc. | Undetermined | $5,838.06 | Liquidating claim to reflect Debtors' books and records. |
| 6 ATLANTA GAS/VIRGINIA NATURAL GAS<br>150 W. MAIN ST.<br>SUITE 1510<br>NORFOLK, VA 23510 | 252 | The Daily Press, Inc. | $1,155.56 | $800.58 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 7 BARRETT, CONNIE<br>100 WASHINGTON ST<br>MANCHESTER, CT 06042-3542 | 1622 | The Hartford Courant Company | Undetermined | $8.22 | Liquidating claim to reflect Debtors' books and records. |
| 8 BERISHA, VERONIKA<br>3 VALLEY ROAD APT 1RR<br>STAMFORD, CT 06902 | 2665 | Southern Connecticut Newspapers, Inc. | Undetermined | $9.00 | Liquidating claim to reflect Debtors' books and records. |
| 9 BITTERMAN, PINCAS<br>9531 AVERS AVE<br>SKOKIE, IL 60203 | 1821 | Chicago Tribune Company | Undetermined | $121.20 | Liquidating claim to reflect Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 10 BYRONS NEWS AGENCY<br>5300 W GEORGE ST<br>ACCT 291<br>CHICAGO, IL 60641 | 2458 | Chicago Tribune Company | $14,024.00 | $7,012.00 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| 11 CALL SOURCE<br>31280 OAK CREST DRIVE SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | 4306 | The Hartford Courant Company | $371.14 | $65.70 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 12 CAMPBELL, JESSIE M<br>1170 OCONEE FOREST DRIVE<br>WATKINSVILLE, GA 30677 | 1631 | Orlando Sentinel Communications Company | Undetermined | $19.47 | Liquidating claim to reflect Debtors' books and records. |
| 13 CAPITOL CLEANING CONTRACTORS<br>320 LOCUST STREET<br>HARTFORD, CT 06114 | 2582 | The Hartford Courant Company | Undetermined | $2,793.38 | Liquidating claim to reflect Debtors' books and records. |
| 14 CAPITOL CLEANING CONTRACTORS<br>320 LOCUST STREET<br>HARTFORD, CT 06114 | 2583 | New Mass. Media, Inc. | Undetermined | $349.80 | Liquidating claim to reflect Debtors' books and records. |
| 15 CARMANA, BRENDA<br>401 E ONTARIO NO.1107<br>CHICAGO, IL 60611 | 2427 | Hoy Publications, LLC | $900.00 | $150.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 16 CESPEDES, EDGAR<br>18 HOLLOW WOOD LANE<br>GREENWICH, CT 06831 | 2096 | Southern Connecticut Newspapers, Inc. | Undetermined | $86.36 | Liquidating claim to reflect Debtors' books and records. |
| 17 CHAPMAN, DORTHY<br>309 COUNTRY MEADOW<br>BAY CITY, MI 48706-4624 | 2361 | Orlando Sentinel Communications Company | Undetermined | $11.45 | Liquidating claim to reflect Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 18 CHICAGO SPENCE TOOL & RUBBER<br>PO BOX 1528<br>MELROSE PARK, IL 60161-1528 | 1644 | Chicago Tribune Company | Undetermined | $149.48 | Liquidating claim to reflect Debtors' books and records. |
| 19 CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: NATIONAL DECORATING SERVICE<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | 1389 | Tribune Company | $13,110.00 | $4,869.43 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 20 COHEN, SYLVIA<br>7121 PARK HEIGHTS AVE 204<br>BALTIMORE, MD 21215-1615 | 1526 | The Baltimore Sun Company | Undetermined | $19.15 | Liquidating claim to reflect Debtors' books and records. |
| 21 DEC, EVELYN<br>13844 MAPLE AVE<br>ORLAND PARK, IL 604621628 | 2446 | Chicago Tribune Company | Undetermined | $52.00 | Liquidating claim to reflect Debtors' books and records. |
| 22 DEPARTMENT OF STATE<br>BUDGET OFFICER<br>S/ES-EX ROOM 7515<br>WASHINGTON, DC 20520 | 2647 | Los Angeles Times Communications LLC | Undetermined | $188.77 | Liquidating claim to reflect Debtors' books and records. |
| 23 DIRECTORY RESOURSES CO<br>PO BOX 50414<br>PROVO, UT 84605 | 2396 | Patuxent Publishing Company | $480.00 | $90.32 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 24 DURBIN, FRANK<br>172 S CLARENCE ST<br>LOS ANGELES, CA 90033 | 1283 | Los Angeles Times Communications LLC | Undetermined | $9.29 | Liquidating claim to reflect Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| | | | ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | AMOUNT | | AMOUNT | REASON FOR MODIFICATION |
| 25 ESTATE OF CLYNE ANDERSON CAUBLE<br>4129 W 161ST ST<br>LAWNDALE, CA 902602732 | 2737 | Los Angeles Times Communications LLC | Undetermined | | $39.00 | Liquidating claim to reflect Debtors' books and records. |
| 26 EUBANKS, ALANE<br>1898 SYKES CREEK DR<br>MERRITT ISLAND, FL 32953 | 2224 | Orlando Sentinel Communications Company | Undetermined | | $24.88 | Liquidating claim to reflect Debtors' books and records. |
| 27 FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 6353 | Tribune CNLBC, LLC | $845.46 | | $284.67 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 28 FOWLER, MICHAEL<br>42900 WILLOW WEST CT<br>QUARTZ HILL, CA 93536 | 3006 | Los Angeles Times Communications LLC | Undetermined | | $1.15 | Liquidating claim to reflect Debtors' books and records. |
| 29 FRASER, LAWRENCE<br>36 COVE RD<br>MOODUS, CT 06469-1010 | 2496 | The Hartford Courant Company | Undetermined | | $63.54 | Liquidating claim to reflect Debtors' books and records. |
| 30 FUSSELL, BERTA<br>33704 WESTLEY ROAD<br>EUSTIS, FL 32736 | 2338 | Orlando Sentinel Communications Company | Undetermined | | $20.00 | Liquidating claim to reflect Debtors' books and records. |
| 31 GERLINDE, L.R<br>PO BOX 61<br>DAYTON, MD 21036 | 1608 | The Baltimore Sun Company | Undetermined | | $3.95 | Liquidating claim to reflect Debtors' books and records. |
| 32 GETTY IMAGES<br>601 N. 34TH STREET<br>SEATTLE, WA 98103 | 1377 | Los Angeles Times Communications LLC | $14,729.84 | | $13,698.39 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 33 GIAN, MICHAEL #110558<br>40 PURITAN LN<br>STAMFORD, CT 06906 | 2376 | Southern Connecticut Newspapers, Inc. | Undetermined | $64.50 | Liquidating claim to reflect Debtors' books and records. |
| 34 GIBSON, MARIE<br>33965 MANTA CT<br>MONARCH BEACH, CA 92629 | 1018 | Los Angeles Times Communications LLC | Undetermined | $31.50 | Liquidating claim to reflect Debtors' books and records. |
| 35 GOLD, SELMA<br>89 SOUTH ST<br>HAVERSTRAW, NY 109272019 | 2568 | Sun-Sentinel Company | Undetermined | $22.28 | Liquidating claim to reflect Debtors' books and records. |
| 36 GRAHAM, BEULAH<br>4009 WOODRIDGE RD<br>BALTIMORE, MD 21229-1914 | 2073 | The Baltimore Sun Company | Undetermined | $5.33 | Liquidating claim to reflect Debtors' books and records. |
| 37 HEALTH CONCEPTS/DOLPHIN CAPITAL<br>PO BOX 644006<br>MOBERLY, MO 65270 | 7 | Chicago Tribune Company | $1,468.54 | $175.41 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 38 HEALTH CONCEPTS/DOLPHIN CAPITAL<br>PO BOX 644006<br>MOBERLY, MO 65270 | 8 | Chicago Tribune Company | $1,714.79 | $251.14 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 39 JAFFE, MARK<br>4565 WOLSEY CT<br>WESTLAKE VILLAGE, CA 91361 | 6211 | Los Angeles Times Communications LLC | Undetermined | $7.93 | Liquidating claim to reflect Debtors' books and records. |
| 40 JINISHIAN, JOHN<br>31 RIVER DR<br>NORWALK, CT 06855 | 1354 | Southern Connecticut Newspapers, Inc. | Undetermined | $44.35 | Liquidating claim to reflect Debtors' books and records. |
| 41 JOHNSON, TREVIN<br>5384 RAIN WOOD ST 95<br>SIMI VALLEY, CA 93063 | 1602 | Los Angeles Times Communications LLC | Undetermined | $12.02 | Liquidating claim to reflect Debtors' books and records. |

\* - indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 42 KEARNS, JOHN<br>3444 W OAKHILL DR<br>CRETE, IL 60417 | 2969 | Chicago Tribune Company | Undetermined | $3.00 | Liquidating claim to reflect Debtors' books and records. |
| 43 KIPLINGER WASHINGTON EDITORS INC<br>1729 H STREET NW<br>WASHINGTON, DC 20006 | 2644 | Tribune Media Services, Inc. | $6,129.34 | $890.48 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 44 LACLEDE GAS<br>720 OLIVE ST., ROOM 1215<br>C/O BANKRUPTCY<br>ST. LOUIS, MO 63101 | 2933 | KPLR, Inc. | $1,877.24 | $514.53 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 45 LANDERS, PHILLIP<br>5312 VISTA CLUB RUN<br>SANFORD, FL 32771 | 1615 | Orlando Sentinel Communications Company | Undetermined | $71.91 | Liquidating claim to reflect Debtors' books and records. |
| 46 LAWTON, HAROLD<br>1419 SEGOVIA PL<br>LADY LAKE, FL 32162 | 1462 | Orlando Sentinel Communications Company | Undetermined | $1.87 | Liquidating claim to reflect Debtors' books and records. |
| 47 LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RIVERFRONT TIMES LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 1761 | KPLR, Inc. | $9,000.00 | $7,500.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 48 MARCIA, DOUG<br>FOREIGN BUREAU CORRESPONDENT<br>501 N CALVERT ST<br>BALTIMORE, MD 21278 | 1409 | Orlando Sentinel Communications Company | Undetermined | $16.55 | Liquidating claim to reflect Debtors' books and records. |

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 49 MARION CTY CLRK CSD<br>W123 CITY COUNTY BUILDING<br>INDIANAPOLIS, IN 46204 | 2097 | Tribune Finance Service Center, Inc. | Undetermined | $200.00 | Liquidating claim to reflect Debtors' books and records. |
| 50 MARK P. SARNO, LTD.<br>2057 WEBSTER LN<br>DES PLAINES, IL 60018 | 3655 | Chicagoland Publishing Company | $1,328.80 | $792.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 51 MARKS, JOHN<br>1313 N RITCHIE CT  2001<br>CHICAGO, IL 60610 | 1475 | Chicago Tribune Company | Undetermined | $117.18 | Liquidating claim to reflect Debtors' books and records. |
| 52 MILKIE, DAVID<br>218 HOPE VALLEY RD<br>AMSTON, CT 62311333 | 1537 | The Hartford Courant Company | Undetermined | $39.60 | Liquidating claim to reflect Debtors' books and records. |
| 53 MOEBIUS, LINDA<br>2 E 39TH STREET<br>BALTIMORE, MD 21218 | 1674 | The Morning Call, Inc. | Undetermined | $0.75 | Liquidating claim to reflect Debtors' books and records. |
| 54 MOELLER PRINTING CO.<br>P.O. BOX 11288<br>INDIANAPOLIS, IN 46201 | 5608 | Tribune Television Company | $527.78 | $246.01 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in Claim No. 1014 and Schedule No. 241005791 on the Claims Register. |
| 55 MORRIS, JELECE E<br>5066 NW 96TH DR<br>CORAL SPRINGS, FL 33076 | 3001 | Gold Coast Publications, Inc. | Undetermined | $56.00 | Liquidating claim to reflect Debtors' books and records. |
| 56 NOKIA THEATRE<br>1111 SOUTH FIGUEROA STREET<br>SUITE 3100<br>LOS ANGELES, CA 90015 | 2921 | KTLA Inc. | $5,802.23 | $2,046.05 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 57 NORTH, THOMAS & SANDRA<br>5217 DRISCOLL CT<br>ORLANDO, FL 32812-1002 | 1613 | Orlando Sentinel Communications Company | Undetermined | $71.14 | Liquidating claim to reflect Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 58 NUCOMM, INC.<br>101 BILBY RD<br>HACKETTSTOWN, NJ 07840 | 4123 | WPIX, Inc. | $4,778.51 | $3,610.51 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 59 OLSEN, BRIAN G<br>2 E 39TH STREET<br>BALTIMORE, MD 21218 | 1673 | Star Community Publishing Group, LLC | Undetermined | $73.52 | Liquidating claim to reflect Debtors' books and records. |
| 60 OUEDRAOGO, FELIX W<br>2 E 39TH STREET<br>BALTIMORE, MD 21218 | 1675 | New Mass. Media, Inc. | Undetermined | $110.25 | Liquidating claim to reflect Debtors' books and records. |
| 61 PAJARO, OLGA M<br>11000 SW 200TH ST UNIT 407<br>MIAMI, FL 33157-8445 | 4975 | Sun-Sentinel Company | Undetermined | $100.00 | Liquidating claim to reflect Debtors' books and records. |
| 62 PIOCON TECHNOLOGIES INC<br>1420 KENSINGTON ROAD<br>SUITE 106<br>OAK BROOK, IL 60523 | 6111 | Tribune Broadcasting Company | Undetermined | $2,187.50 | Liquidating claim to reflect Debtors' books and records. |
| 63 PORTER, AGNES<br>224 STEAMBOAT CT<br>NASHVILLE, TN 37124 | 3042 | Tribune Media Services, Inc. | Undetermined | $22.50 | Liquidating claim to reflect Debtors' books and records. |
| 64 POULIN, BIGITTE<br>328 SAYBROOKE ST<br>HARTFORD, CT 06106-3463 | 1538 | The Hartford Courant Company | Undetermined | $178.17 | Liquidating claim to reflect Debtors' books and records. |
| 65 PRINCETON COMM GROUP<br>PO BOX 796<br>PENNINGTON, NJ 08534-0796 | 2853 | Orlando Sentinel Communications Company | Undetermined | $394.76 | Liquidating claim to reflect Debtors' books and records. |
| 66 QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | 981 | KWGN Inc. | $2,762.58 | $1,483.49 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 67 REZNICEK, PARKER<br>1628 LAUREL LN<br>MACUNGIE, PA 18062 | 2365 | The Morning Call, Inc. | Undetermined | $219.41 | Liquidating claim to reflect Debtors' books and records. |
| 68 RICHETTI-MOSQUERA, MILAGROS<br>3352 NW 85 AVE<br>CORAL SPRINGS, FL 33065 | 3072 | Sun-Sentinel Company | $79.02* | $79.02 | Liquidating claim to reflect Debtors' books and records. |
| 69 SARDO, JOE<br>284 LAVISTA DR W<br>WINTER SPRINGS, FL 32708-3081 | 1294 | Orlando Sentinel Communications Company | Undetermined | $25.29 | Liquidating claim to reflect Debtors' books and records. |
| 70 SCHEPAT, HELEN<br>174 KOZANI ST<br>BRISTOL, CT 06010-4853 | 1313 | Tribune Finance Service Center, Inc. | Undetermined | $131.05 | Liquidating claim to reflect Debtors' books and records. |
| 71 SCHETTINO, MACARIO<br>BELLSARIO DOMINGUEZ 48<br>COL VILLA COYOACAN<br>DF<br>MEXICO, 4000<br>MEXICO | 2212 | Hoy Publications, LLC | Undetermined | $2,850.00 | Liquidating claim to reflect Debtors' books and records. |
| 72 SCHUTZ, TIM<br>4240 ARROWHEAD CIR<br>THOUSAND OAKS, CA 91362 | 2109 | Los Angeles Times Communications LLC | Undetermined | $218.20 | Liquidating claim to reflect Debtors' books and records. |
| 73 SIMPSON, J.<br>9416 OWINGS HEIGHTS CIR 202<br>OWINGS MILLS, MD 21117-6916 | 2094 | The Baltimore Sun Company | Undetermined | $3.00 | Liquidating claim to reflect Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 74 SSP BPI GROUP<br>ONE NORTH FRANKLIN STREET<br>SUITE 1100<br>CHICAGO, IL 60606 | 5587 | Chicago Tribune Company | $37,000.00 | $30,000.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 75 STEINER, ALVIN<br>C/O BEVERLY GALTMAN<br>838 S FILMORE ST<br>ALLENTOWN, PA 18103 | 3209 | The Morning Call, Inc. | Undetermined | $38.70 | Liquidating claim to reflect Debtors' books and records. |
| 76 TERRY, PATRICIA W<br>2106 N HUDSON AVENUE<br>CHICAGO, IL 60614 | 2120 | Chicago Tribune Company | Undetermined | $50.00 | Liquidating claim to reflect Debtors' books and records. |
| 77 THE HERMANN GROUP INC<br>23 PECK ROAD<br>MT KISCO, NY 10549 | 2122 | Los Angeles Times Communications LLC | Undetermined | $991.00 | Liquidating claim to reflect Debtors' books and records. |
| 78 US TREASURY ATTN LT COL T V JOHNSON<br>PENTAGON ROOM 4A514A<br>WASHINGTON, DC 20380 | 2754 | The Baltimore Sun Company | Undetermined | $1,125.20 | Liquidating claim to reflect Debtors' books and records. |
| 79 VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | 2747 | The Morning Call, Inc. | Undetermined | $75.28 | Liquidating claim to reflect Debtors' books and records. |
| 80 VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | 2748 | The Morning Call, Inc. | Undetermined | $74.00 | Liquidating claim to reflect Debtors' books and records. |
| 81 VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | 2749 | The Morning Call, Inc. | Undetermined | $398.24 | Liquidating claim to reflect Debtors' books and records. |
| 82 VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | 2750 | The Morning Call, Inc. | Undetermined | $70.94 | Liquidating claim to reflect Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 32: Exhibit A - Claims to Reduce and Allow

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 83 VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | 2751 | The Morning Call, Inc. | Undetermined | $66.95 | Liquidating claim to reflect Debtors' books and records. |
| 84 VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | 2752 | The Morning Call, Inc. | Undetermined | $94.03 | Liquidating claim to reflect Debtors' books and records. |
| 85 VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | 2753 | The Morning Call, Inc. | Undetermined | $75.96 | Liquidating claim to reflect Debtors' books and records. |
| 86 VSM SEWING INC<br>31000 VIKING PARKWAY<br>WESTLAKE, OH 44145 | 1410 | The Hartford Courant Company | Undetermined | $9,515.00 | Liquidating claim to reflect Debtors' books and records. |
| 87 WADSWORTH, BRIEN<br>C/O BALTIMORE<br>501 N CALVERT ST<br>BALTIMORE, MD 21202 | 1408 | Star Community Publishing Group, LLC | Undetermined | $418.80 | Liquidating claim to reflect Debtors' books and records. |
| 88 WATKINS, CHARLES<br>3828 BEACHMAN DRIVE<br>ORLANDO, FL 32810 | 2364 | Orlando Sentinel Communications Company | Undetermined | $12.59 | Liquidating claim to reflect Debtors' books and records. |
| 89 WTHR TV<br>PO BOX 1313<br>INDIANAPOLIS, IN 46206 | 1567 | Tribune Television Company | Undetermined | $35.00 | Liquidating claim to reflect Debtors' books and records. |
| | | | $138,397.53 | $113,560.34 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts