## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 4769** |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS
### SCHEDULED FOR TELEPHONIC HEARING ON JUNE 16, 2010 AT 11:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

**This is a telephonic hearing. Participants must notify CourtCall
by phone (866-582-6878) or by facsimile (866-533-2946)
no later than 5:00 p.m. on June 15, 2010 to participate in the hearing.**

## ADJOURNED MATTERS

1.  Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed February 20, 2009) (Docket No. 438)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

Objection Deadline: March 5, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on June 18, 2009 for the Debtors.

Responses Received:

(a)  Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 3, 2009) (Docket No. 465)

(b)  Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 5, 2009) (Docket No. 475)

(c)  Order Approving Stipulation Modifying the Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc. and Allen Francisco to Proceed with a Pretrial Settlement Conference with Respect to a Personal Injury Action Against Chicago Tribune Newspapers, Inc. (Entered November 25, 2009) (Docket No. 2652)

(d)  Order Approving Stipulation Modifying the Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc. and Allen Francisco to Proceed with Certain Limited Discovery with Respect to Personal Injury Action Against Chicago Tribune Newspapers, Inc. (Entered January 27, 2010) (Docket No. 3237)

Status:    On consent of the parties, this matter is adjourned to the August 17, 2010 hearing to allow the parties additional time to complete discovery. This matter will not be going forward.

2.    Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2560)

Related Document(s):

(a)  Notice of Submission of Proofs of Claim Regarding Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2684)

(b)  Order Sustaining Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3012)

46429/0001-6736376v2

Response Deadline:  December 8, 2009 at 4:00 p.m.

Responses Received:

    (a)    Response by Claudia Sanzeri to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims (Filed December 8, 2009) (Docket No. 2765)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection.  This matter is adjourned to the July 14, 2010 hearing as to the claim of Claudia Sanzeri only.  This matter will not be going forward.

3.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

Related Document(s):

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

    (b)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3011)

    (c)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. 5606 of Personal Plus, Inc. Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered February 24, 2010) (Docket No. 3526)

Response Deadline:  December 8, 2009 at 4:00 p.m.

Responses Received:

    (a)    Response by Karolyn M. Walker to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2739)

    (b)    Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

    (c)    Informal Response received from GE Capital Fleet Services

46429/0001-6736376v2

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. The Objection was withdrawn with respect to Claim No. 501 of Chris Parker and Claim No. 2998 of Marc Silver. This matter is adjourned to the July 14, 2010 hearing as to the claims of GE Capital Fleet Services, Karolyn M. Walker and Robby S. Wells. This matter will not be going forward.

4.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 19, 2010) (Docket No. 3792)

Related Document(s):

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 5, 2010) (Docket No. 3937)

(b)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims (Entered April 19, 2010) (Docket No. 4101)

(c)    Certification of Counsel Regarding Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims as Relates to Claim No. 234 of Third Screen Media Inc. d/b/a Quigo Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 13, 2010) (Docket No. 4393)

(d)    Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4410)

(e)    Notice of Partial Withdrawal of Debtors' Nineteenth Omnibus (Substantive) Objection to Claims as Relates to Claim Nos. 4179 and 4180 of Zenith Media Filed Against Debtor Hoy, LLC (Filed June 7, 2010) (Docket No. 4704)

(f)    Order Sustaining in Part Debtors' Nineteenth Omnibus (Substantive) Objection to Claims as Relates to Claim Nos. 4179 and 4180 of Zenith Media Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 7, 2010) (Docket No. 4708)

Response Deadline:  April 12, 2010 at 4:00 p.m.
On consent of the parties, the Response Deadline was extended to 4:00 p.m. on April 13, 2010 for Third Screen Media, Inc.

46429/0001-6736376v2

Responses Received:

    (a)    Response of Cisco Systems Capital Corporation to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 12, 2010) (Docket No. 4004)

    Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to the claims of Third Screen Media, Inc. and Zenith Media. The Objection was withdrawn with respect to the claims of Avaya, Inc., Todd Umbarger, North South Promotions II, Inc., USDR and Zenith Media (in part). The Debtors have reached an agreement in principle to resolve the Objection to the claim of Cisco Systems Capital Corporation and anticipate filing a stipulation and proposed order with the Court prior to the next omnibus hearing. This matter is adjourned to the July 14, 2010 hearing. This matter will not be going forward.

5.    Debtors' Objection to Claim No. 3697 of Robert Henke Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed March 19, 2010) (Docket No. 3796)

Response Deadline:  April 12, 2010 at 4:00 p.m.

Responses Received:

    (a)    Claimant's Response to Debtors' Objection to Claim No. 3697 of Claimant Robert Henke (Filed April 9, 2010) (Docket No. 3989)

    Status:    On consent of the parties, this matter is adjourned to the July 14, 2010 hearing. This matter will not be going forward.

6.    Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Related Document(s):

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

46429/0001-6736376v2

    (b)    Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4406)

Response Deadline:  May 11, 2010 at 4:00 p.m.

Responses Received:

    (a)    Response by Maureen Dombeck (Filed April 26, 2010) (Docket No. 4156)

    (b)    Response by Terry Godbey (Filed May 10, 2010) (Docket No. 4272)

    (c)    Response of Oracle to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [No Liability][Tribune Company and Los Angeles Times Companies](Claims ## 4748, 4749, 4750, & 4751) (Filed May 11, 2010) (Docket No. 4326)

    (d)    Response of Oracle to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [No Liability][Tribune Company and Chicago Tribune Companies](Claims ## 4634, 4635, 4636, & 4640) (Filed May 11, 2010) (Docket No. 4327)

    (e)    Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)

    (f)    Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)

    (g)    Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)

    (h)    Informal Response received from CNN Newsource Sales, Inc. (Received May 6, 2010)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection.  The Objection was withdrawn as to the claims of 9090 Enterprises and Spanlink Communications.  The hearing on the Objection is adjourned to the July 14, 2010 hearing as to the claims of Maureen Dombeck, Terry Godbey, Oracle, Marbury von Briesen, Herbert Eye, and CNN Newsource.  This matter will not be going forward.

46429/0001-6736376v2

7.      Movants' Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (Filed May 20, 2010) (Docket No. 4513)

Related Document(s):

    (a)    Stipulation Extending the Deadline to Respond to, and Adjourning Hearing on, Movants' Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (Filed June 7, 2010) (Docket No. 4702)

Objection Deadline: June 7, 2010 at 4:00 p.m.
Pursuant to the Stipulation executed by the parties, the Objection Deadline is extended to July 30, 2010 for the Debtors.

Responses Received: None at this time.

Status:    As set forth in the Stipulation, the parties have agreed to adjourn the hearing on the Motion until the August 17, 2010 hearing.  This matter will not be going forward.

8.      Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed May 26, 2010) (Docket No. 4620)

Related Document(s):

    (a)    Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed May 26, 2010) (Docket No. 4621)

    (b)    Notice of Rescheduled Hearing on (I) Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 and (II) Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed June 14, 2010) (Docket No. 4768)

Objection Deadline: June 9, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on June 10, 2010 for the United States Trustee, until 5:00 p.m. on June 10, 2010 for the Bridge Agent and until a date to be determined for the Official Committee of Unsecured Creditors and the Washington-Baltimore Newspaper Guild.

46429/0001-6736376v2

Responses Received:

    (a)    Preliminary Objection of the United States Trustee to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010, Cross-Motion to Continue the Hearing on the Motion, and Objection to the Related Motion to Seal Part of the Mercer Report (Related to Docket Entry # 4620, 4621) (Filed June 10, 2010) (Docket No. 4736)

    (b)    Bridge Agent's Objection to Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed June 10, 2010) (Docket No. 4745)

    (c)    Motion to Limit and Shorten Notice of the United States Trustee's Cross-Motion to Continue the Hearing on the Debtors' Motion to Continue the Hearing on Debtors' Motion for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Related to Docket Entry #4736) (Filed June 11, 2010) (Docket No. 4752)

Status:    This motion has been rescheduled to August 11, 2010 at 10:00 a.m.  The Debtors anticipate submitting a proposed scheduling order under certification of counsel.  This matter will not be going forward.

9.    Motion to Limit and Shorten Notice of the United States Trustee's Cross-Motion to Continue the Hearing on the Debtors' Motion to Continue the Hearing on Debtors' Motion for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Related to Docket Entry #4736) (Filed June 11, 2010) (Docket No. 4752)

Related Document(s):

    (a)    Order Granting Motion of the United States Trustee to Limit and Shorten Notice of the United States Trustee's Cross-Motion to Continue the Hearing on the Debtors' Motion to Continue the Hearing on the Debtors' Motion for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Entered June 11, 2010) (Docket No. 4755)

Objection Deadline:  June 16, 2010 at 11:00 a.m.

Responses Received: None at this time.

Status:    The United States Trustee has agreed to continue her cross-motion generally and without prejudice to her right to renew such cross-motion.  This matter will not be going forward.

46429/0001-6736376v2

**RESOLVED / ORDER ENTERED**

10.     Motion of the Debtors for an Order Pursuant to Sections 501, 502 and 1111(a) of the
        Bankruptcy Code, Bankruptcy Rules 2002 and 3003(v)(3), and Local Rules 2002-1(e)
        Establishing Bar Dates for Filing Proofs of Claim in the Tribune CNLBC, LLC
        Bankruptcy Case and Approving the Form and Manner of Notice Thereof (Filed May 14,
        2010) (Docket No. 4408)

        Related Document(s):

        (a)     Order Pursuant to Sections 501, 502, and 1111(a) of the Bankruptcy Code,
                Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e)
                Establishing Bar Date for Filing Proofs of Claim in the Tribune CNLBC,
                LLC Bankruptcy Case and Approving the Form and Manner of Notice
                Thereof (Entered June 7, 2010) (Docket No. 4709)

        Objection Deadline:  June 2, 2010 at 4:00 p.m.

        Responses Received: None.

        Status:      The Court entered the Order approving the Motion.  This matter will not
                     be going forward.

**CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL**

11.     Application of Offit Kurman for Allowance and Payment of Compensation and
        Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to the
        Debtors for Certain Labor-Related Matters During the Period from February 1, 2010
        through February 28, 2010 (Filed May 11, 2010) (Docket No. 4328)

        Related Document(s):

        (a)     Certification of No Objection Regarding Docket No. 4328 (Filed June 11,
                2010) (Docket No. 4753)

        (b)     **Order Allowing Compensation and Reimbursement of Expenses to
                Offit Kurman for Services Rendered as Ordinary Course Counsel to
                the Debtors for Certain Labor-Related Matters During the Period
                from February 1, 2010 through February 28, 2010 (Entered June 14,
                2010) (Docket No. 4773)**

        Objection Deadline:  June 9, 2010 at 4:00 p.m.

        Responses Received: None.

        **Status:        The Court entered an Order granting the Application.  This matter
                         will not be going forward.**

46429/0001-6736376v2

12.    Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to
       Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
       Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

       Related Document(s):

              (a)    Certification of Counsel Regarding Debtors' Twenty-Seventh Omnibus
                     Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the
                     Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                     3007-1 (Filed June 14, 2010) (Docket No. 4766)

              (b)    **Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-
                     Substantive) Objection to Claims Pursuant to Section 502(b) of the
                     Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                     3007-1 (Entered June 14, 2010) (Docket No. 4774)**

       Response Deadline:  June 9, 2010 at 4:00 p.m.

       Responses Received:

              (a)    Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

              (b)    Response by Cawley Chicago Portfolio, LLC (Filed June 9, 2010) (Docket
                     No. 4732)

              (c)    Informal Response received from Republic Services on behalf of the
                     United States Environmental Protection Agency (Received June 9, 2010)

              (d)    Informal Response received from Annapolis West Limited Partnership
                     (Received May 25, 2010)

       Status:      **The Court entered an Order sustaining the Objection with respect to
                    all claimants who did not contest or otherwise respond to the
                    Objection.  The Objection was withdrawn as to the claims of the
                    United States Environmental Protection Agency and Annapolis West
                    Limited Partnership.  The hearing on the Objection is adjourned to
                    the July 14, 2010 hearing as to the claims of Marcia Willette and
                    Cawley Chicago Portfolio, LLC.  This matter will not be going
                    forward.**

13.    Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Claims Pursuant to Section
       502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed
       May 17, 2010) (Docket No. 4442)

       Related Documents(s):

              (a)    Amended Notice of Objection (Filed May 17, 2010) (Docket No. 4446)

(b)     Certification of No Objection Regarding Docket No. 4442 (Filed June 11, 2010) (Docket No. 4754)

(c)     **Order Sustaining Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Entered June 14, 2010) (Docket No. 4775)**

Response Deadline:  June 9, 2010 at 4:00 p.m.

Responses Received: None.

**Status:**       **The Court entered an Order sustaining the Objection.  This matter will not be going forward.**

14.     Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4443)

Related Document(s):

(a)     Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed June 10, 2010) (Docket No. 4735)

(b)     Certification of Counsel Regarding Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed June 11, 2010) (Docket No. 4767)

(c)     **Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 14, 2010) (Docket No. 4776)**

Response Deadline:  June 9, 2010 at 4:00 p.m.

Responses Received:

(a)     Informal Response received from ASM Capital, L.P. (Transferor CA Walker Research Solutions, Inc.)

**Status:**       **The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection.  This matter will not be going forward.**

46429/0001-6736376v2

15.    Debtors' Thirtieth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4444)

Related Document(s):

(a)    Certification of No Objection Regarding Docket No. 4444 (Filed June 11, 2010) (Docket No. 4756)

(b)    **Order Sustaining Debtors' Thirtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 14, 2010) (Docket No. 4777)**

Response Deadline:  June 9, 2010 at 4:00 p.m.

Responses Received: None.

**Status:**    **The Court entered an Order sustaining the Objection.  This matter will not be going forward.**

16.    Debtors' Thirty-First Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4445)

Related Document(s):

(a)    Certification of No Objection Regarding Docket No. 4445 (Filed June 11, 2010) (Docket No. 4757)

(b)    **Order Sustaining Debtors' Thirty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 14, 2010) (Docket No. 4778)**

Response Deadline:  June 9, 2010 at 4:00 p.m.

Responses Received: None.

**Status:**    **The Court entered an Order sustaining the Objection.  This matter will not be going forward.**

46429/0001-6736376v2

17.    Second Supplemental Application for an Order Modifying the Scope of the Retention of
       Ernst and Young LLP to Include Certain Valuation Services in Connection with the
       Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 *Nunc
       Pro Tunc* to April 19, 2010 (Filed May 24, 2010) (Docket No. 4594)

       Related Document(s):

              (a)    Certification of No Objection Regarding Docket No. 4594 (Filed June 11,
                     2010) (Docket No. 4758)

              (b)    **Order Modifying the Scope of the Retention of Ernst and Young LLP
                     to Include Certain Valuation Services in Connection with the
                     Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§
                     327(a) and 1107 *Nunc Pro Tunc* to April 19, 2010 (Entered June 14,
                     2010) (Docket No. 4779)**

       Objection Deadline:  June 9, 2010 at 4:00 p.m.

       Responses Received: None.

       **Status:        The Court entered an Order granting the Motion.  This matter will
                        not be going forward.**

18.    Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for Entry
       of an Order Extending the Debtors' Time to File Notices of Removal of Claims and
       Causes of Action Related to the Debtors' Chapter 11 Proceedings (Filed May 27, 2010)
       (Docket No. 4640)

       Related Document(s):

              (a)    Certification of No Objection Regarding Docket No. 4640 (Filed June 11,
                     2010) (Docket No. 4759)

              (b)    **Order Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b)
                     and 9027 Extending the Debtors' Time to File Notices of Removal of
                     Claims and Causes of Action Relating to the Debtors' Chapter 11
                     Proceedings (Entered June 14, 2010) (Docket No. 4781)**

       Objection Deadline:  June 9, 2010 at 4:00 p.m.

       Responses Received: None.

       **Status:        The Court entered an Order granting the Motion.  This matter will
                        not be going forward.**

46429/0001-6736376v2

**CONTESTED MATTERS GOING FORWARD**

19.    Credit Agreement Lenders' Motion to Compel the Production of Documents by
       JPMorgan Chase Bank, N.A. (Filed June 9, 2010) (Docket No. 4733)

       Related Document(s):

              (a)    Certification of Counsel in Support of Credit Agreement Lenders' Motion
                     to Compel the Production of Documents by JPMorgan Chase Bank, N.A.
                     (Filed June 9, 2010) (Docket No. 4734)

       Objection Deadline:  June 15, 2010 at 4:00 p.m.
       **Objections, if any, must be hand delivered to Chambers immediately upon filing.**

       Responses Received: None at this time.

       Status:    This matter will be going forward.

Dated:  June 15, 2010                SIDLEY AUSTIN LLP

                                     Bryan Krakauer
                                     James F. Conlan
                                     One South Dearborn Street
                                     Chicago, IL  60603
                                     Telephone:  (312) 853-7000

                                            -and-

                                     COLE, SCHOTZ, MEISEL,
                                     FORMAN & LEONARD, P.A.

                     By:    _____
                                     Norman L. Pernick (No. 2290)
                                     J. Kate Stickles (No. 2917)
                                     500 Delaware Avenue, Suite 1410
                                     Wilmington, DE  19801
                                     Telephone:  (302) 652-3131

                                     ATTORNEYS FOR DEBTORS
                                     AND DEBTORS IN POSSESSION