**EXHIBIT A**

*Email Correspondence*

**Polonsky, Sasha E.**

**From:** Moskowitz, Elliot
**Sent:** Monday, June 14, 2010 9:00 PM
**To:** 'James O Johnston'
**Cc:** Katz, Sharon; Bruce Bennett
**Subject:** RE: Tribune

Jim,

We do disagree. The movant carries the burden of showing the relevance of the requested materials. We fail to understand how the addresses of lenders are relevant to your clients' claims or defenses. We understand that you want the addresses so you can contact lenders to discuss how they should vote on the Plan. We just do not think that is a viable ground for discovery under the Federal Rules. Our compromise proposal, which we believe is fair and provides you with the information relevant to your litigation arguments, remains open.

Elliot

---

**From:** James O. Johnston [mailto:JohnstonJ@hbdlawyers.com]
**Sent:** Friday, June 11, 2010 6:56 PM
**To:** Moskowitz, Elliot
**Cc:** Katz, Sharon; Bruce Bennett
**Subject:** RE: Tribune

Elliot:

Thank you for the offer. What is the basis for JPMorgan's refusal to provide addresses and the requested limitation on use of the information you have offered to provide? As indicated in our motion, we believe that discovery of the addresses is relevant and permissible under the applicable rules, including for purposes of contacting holders of Credit Agreement claims to discuss the bankruptcy cases and the proposed plan. Do you disagree? Absent compelling authority indicating that we are not entitled to such information, we will continue to seek it.

Thank you, and have a good weekend. I will be available to discuss further on Monday if you would like.

Jim

---

**From:** Moskowitz, Elliot [mailto:elliot.moskowitz@davispolk.com]
**Sent:** Thursday, June 10, 2010 7:22 PM
**To:** James O. Johnston
**Cc:** Katz, Sharon
**Subject:** FW: Tribune

Jim,

I am following up on the issues below in Sharon's absence. In an effort to reach a compromise, JPMorgan is willing to compile and provide you with a list of both current and pre-petition lenders, including amounts paid to pre-petition lenders and holdings of current lenders -- essentially everything you have asked for except for mailing addresses. However, any such information would be produced on a highly confidential basis, and we would need you to agree to a protective order limiting the use of such information to litigation purposes (such as to support the disgorgement point you attempt to make in your motion), and not for plan solicitation or other purposes not related to the discovery of admissible evidence. Please let me know your response to this proposal

Elliot

---

**From:** James O. Johnston <JohnstonJ@hbdlawyers.com>
**To:** Katz, Sharon
**Cc:** Bruce Bennett <BennettB@hbdlawyers.com>; Joshua Morse <MorseJ@hbdlawyers.com>
**Sent:** Wed Jun 09 17:00:01 2010
**Subject:** RE: Tribune

Sharon:

Thank you for your response For the reasons discussed yesterday, we believe that we are entitled to an actual copy of the information we requested (including names, addresses, payment dates, and payment amounts), and will seek an order from the Bankruptcy Court directing JPMorgan's production of that information.

Jim

---

**From:** Katz, Sharon [mailto:sharon.katz@davispolk.com]
**Sent:** Wednesday, June 09, 2010 1:33 PM
**To:** James O. Johnston
**Cc:** Bruce Bennett; Joshua Morse
**Subject:** RE: Tribune

Jim --

I am still awaiting clarification as to prior lenders However, as to current lenders, the list includes names and amounts owed, not addresses, and you would not be permitted to make a photocopy

**Sharon Katz**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York. NY 10017

212 450 4508 tel
212 701 5508 fax
sharon katz@davispolk com

---

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited If you have received this email in error, please notify the sender immediately and destroy the original message and all copies

---

**From:** James O. Johnston [mailto:JohnstonJ@hbdlawyers.com]
**Sent:** Wednesday, June 09, 2010 1:48 PM
**To:** Katz, Sharon
**Cc:** Bruce Bennett; Joshua Morse
**Subject:** RE: Tribune

Sharon:

By "Lender List", do you mean the "Register" as defined in the Credit Agreement? Does that Lender List/Register contain information sufficient to enable us to ascertain (a) the names and addresses of current holders of Credit Agreement claims; and (b) the dates and amounts of prepetition payments made under the Credit Agreement and the names and addresses of the recipients of such payments?

Also, please advise whether the "access" to the Lender List/Register that JPMorgan is "willing to provide" "pursuant to the terms of the Credit Agreement" includes the ability for us to make and keep a photocopy of the document(s). You will recall that JPMorgan previously denied us the ability to photocopy the Register when we attempted to invoke our rights under the Credit Agreement last year.

Thank you.

Jim

---

**From:** Katz, Sharon [mailto:sharon.katz@davispolk.com]
**Sent:** Wednesday, June 09, 2010 10:31 AM
**To:** James O. Johnston
**Cc:** Bruce Bennett
**Subject:** RE: Tribune

Jim,

This is to advise you that JPM remains willing to provide you access to the Lender List pursuant to the terms of the Credit Agreement.

Sharon

**Sharon Katz**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York. NY 10017

212 450 4508 tel
212 701 5508 fax
sharon katz@davispolk com

---

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient. is prohibited If you have received this email in error. please notify the sender immediately and destroy the original message and all copies

---

**From:** James O. Johnston [mailto:JohnstonJ@hbdlawyers.com]
**Sent:** Tuesday, June 08, 2010 8:23 PM
**To:** Katz, Sharon
**Cc:** Bruce Bennett
**Subject:** Tribune

Sharon:

Following up on our conversation of earlier today, please get back to me as soon as possible tomorrow regarding whether JPMorgan will produce (a) the list of names and addresses of current holders of Credit Agreement debt; and (b) the list of all prepetition payments made (including recipient name and address and payment amount and date).

While I am hopeful that we can resolve JPMorgan's objections informally, we intend to move to compel production if we cannot reach agreement. As the only near-term hearing in the Tribune case is scheduled for June 16, we need to file our motion by the end of the day tomorrow (June 9).

Thank you.

Jim

**865 South Figueroa Street**
**Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Facsimile: (213) 694-1234**

---

This e-mail was sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
Thank you

---

**865 South Figueroa Street**
**Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Facsimile: (213) 694-1234**

---

This e-mail was sent by a law firm and may contain information that

is privileged or confidential If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately
Thank you

---




**Hennigan Bennett & Dorman**LLP

865 South Figueroa Street
Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

---

This e-mail was sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
Thank you

---




**Hennigan Bennett & Dorman**LLP

865 South Figueroa Street
Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

---

This e-mail was sent by a law firm and may contain information that is privileged or confidential If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately
Thank you.

---