IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

  Debbie Laskin being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Credit Agreement Lenders in the above-referenced cases, and on 9 of June 2010, she caused a copy of the following to be served as indicated, upon the parties identified on the attached list:

Motion to Compel the Production of Documents by JPMorgan Chase Bank [D.I. 4733]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 14 day of June 2010.

_____
Notary Public

YCST01:8972410.1                                                                                     000000.0

## SERVICE LIST

Donald Bernstein, Esq.
Sharon Katz, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(JPMorgan Chase Bank)
*First Class Mail and Email*

Ken Kansa, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*

Michelle McMahon, Esq
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
(CWA/ITV Negotiated Pension Plan)
*First Class Mail*

Norman L. Pernick, Esq
Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, 14th Floor
Wilmington, DE 19801
(Debtors - Tribune Co.)
*Hand Delivery*

Mark D. Collins, Esq.
John Knight, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
JPMorgan Chase
*Hand Delivery*

Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb, LLP
919 Market Street, 6th Floor
Wilmington, DE 19801
(Committee Counsel)
*Hand Delivery*

Kerriann Mills
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*

Howard Seife, Esq.
David LeMay, Esq.
Christy Rivera, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Committee Counsel)
*First Class Mail*