# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
SERVICES FROM APRIL 1, 2010 THROUGH APRIL 30, 2010**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $535.00 | 14.20 | $7,597.00 |
| Walker-Bright, Paul R. | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $510.00 | 3.80 | $1,938.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $445.00 | 27.90 | $12,415.50 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL Bar since 2002. | $430.00 | 23.70 | $10,191.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $310.00 | 6.80 | $2,108.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002. Joined Firm in 2000. | $160.00 | 6.30 | $1,008.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 3.20 | $400.00 |
| Grand Total: | | | 85.90 | $35,657.50 |
| Blended Rate: | | | | $415.10 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $448.29 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 38.90 | $17,918.50 |
| Insurance Counseling – 00005 | 28.90 | $12,399.00 |
| Marsh – 00008 | 8.90 | $3,067.50 |
| Fee Applications – 00009 | 9.20 | $2,272.50 |
| **TOTAL:** | **85.90** | **$35,657.50** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2000626
Invoice Date: May 25, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through April 30, 2010

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $17,918.50 | $11.00 | $17,929.50 |
| RE: | Insurance Counseling 503842.00005 | $12,399.00 | $391.60 | $12,790.60 |
| RE: | Marsh 503842.00008 | $3,067.50 | $0.00 | $3,067.50 |
| RE: | Fee Applications 503842.00009 | $2,272.50 | $139.53 | $2,412.03 |
| | **Current Invoice Total:** | **$35,657.50** | **$542.13** | **$36,199.63** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2000626)

**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/01/10 | PRW | Met with J. Shugrue regarding hearing preparation. | 0.10 |
| 04/01/10 | JDS | Conferred with P. Walker-Bright regarding preparation for hearing on LPT claims. | 0.10 |
| 04/05/10 | TPL | Analyzed PPG materials for potential supplementation of record. | 1.20 |
| 04/07/10 | TPL | Prepared e-mail to client regarding Oral Argument date. | 0.20 |
| 04/07/10 | JDS | Analyzed materials to submit to Referee to supplement record regarding LPT claims. | 0.20 |
| 04/12/10 | PRW | Worked on outline of arguments for hearing on Phase I issues regarding LPT claims. | 0.80 |
| 04/12/10 | TPL | Analyzed arguments and crafted strategy for oral argument and supplementation of the record (2.5); e-mail to opposing counsel regarding factual inaccuracies in Liquidator's brief (.3); e-mail exchange with client regarding same (.2). | 3.00 |
| 04/12/10 | JDS | Analyzed and evaluated issues and worked on preparation for oral argument with Referee on LPT claims (1.5); analyzed communications regarding CIGA questions regarding pending LPT claim and followed up with client regarding same (.3). | 1.80 |
| 04/13/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 04/13/10 | TPL | Drafted stipulation regarding Physicians Purchasing Group facts as they relate to Tribune's claim. | 2.80 |
| 04/14/10 | TPL | Drafted stipulation regarding PPG facts. | 2.00 |
| 04/21/10 | JDS | Analyzed communications regarding CIGA responsibility for LPT claim in connection with upcoming hearing (.2). | 0.20 |
| 04/23/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 04/23/10 | PRW | Prepared letter to G. Collins requesting that CIGA attend lien conference for Patterson LPT workers' compensation claim. | 0.50 |
| 04/23/10 | JDS | Exchanged emails with opposing counsel and Referee regrding logistics of LPT hearing (.2); analyzed issues related to CIGA responsibility for Patterson LPT claim and exchanged emails with client and P. Walker-Bright regarding same (.3); worked on correspondence to CIGA counsel regarding same (.2). | 0.70 |
| 04/27/10 | TPL | Drafted PowerPoint presentation for Oral Argument before Referee O'Keefe on LPT claims. | 4.80 |

May 25, 2010                                                                    Invoice: 2000626
RE:        Reliance/Times Mirror                                                Page 3
           (503842.00004)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/27/10 | JDS | Analyzed emails regarding CIGA handling of Patterson LPT claim and appearance at lien hearing in same (.2); exchanged emails with T. Law regarding preparation for oral argument on LPT claims (.2). | 0.40 |
| 04/28/10 | PRW | Worked on revisions to power point slides for oral argument on Phase I issues. | 2.40 |
| 04/28/10 | TPL | Prepared for Phase I Oral Argument to Referee O'Keefe. | 6.20 |
| 04/28/10 | JDS | Analyzed and revised PowerPoint presentation for oral argument with Referee O'Keefe concerning LPT claims (1.4); analyzed arguments and worked on preparation for same (1.2). | 2.60 |
| 04/29/10 | SS | Reviewed and catalogued case correspondence | 0.40 |
| 04/29/10 | TPL | Prepared for and presented Oral Argument regarding Phase I (7.2); report to John Shugrue and client on argument (.5). | 7.70 |
| 04/29/10 | JDS | Communications with local counsel T. Law regarding preparation for, results of hearing with Referee on LPT claims. | 0.50 |

                                    TOTAL FEES:          $17,918.50

### CURRENT DISBURSEMENTS

04/30/2010  Duplicating/Printing/Scanning                                          6.50
04/30/2010  Courier Service                                                        4.50

                                        Total Disbursements        11.00

                                    Fees & Disbursements       $17,929.50

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| JDS | J.D. Shugrue | 6.50 | 535.00 | 3,477.50 |
| PRW | P.R. Walker-Bright | 3.80 | 510.00 | 1,938.00 |
| TPL | T.P. Law | 27.90 | 445.00 | 12,415.50 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
| | | 38.90 | | 17,918.50 |

**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/01/10 | JDS | Analyzed and exchanged emails regarding mediation of third-party suit. | 0.20 |
| 04/02/10 | JDS | Analyzed and exchanged emails with client and defense counsel concerning status report to liability insurers regarding results of mediation of third-party lawsuit. | 0.40 |
| 04/05/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 04/09/10 | JDS | Telephone conference with J. Osick regarding issues related to insurance coverage for third-party suit in connection with possible mediation of same. | 0.20 |
| 04/12/10 | SS | Reviewed, catalogued and organized case file sub folders. | 0.40 |
| 04/12/10 | JDS | Analyzed and exchanged emails with client regarding insurer's coverage position regarding third-party suit involving defamation claims against former officer. | 0.20 |
| 04/14/10 | JDS | Analyzed communications from liability insurer regarding coverage for third-party suit and worked with client on response to same. | 0.60 |
| 04/16/10 | JDS | Communications with client regarding issue of priority of coverage with respect to co-defendant in third party suit. | 0.20 |
| 04/19/10 | SS | Reviewed and catalogued case file pleading. | 0.10 |
| 04/19/10 | JDS | Followed up regarding analysis of priority of coverage issue related to third-party suit. | 0.20 |
| 04/20/10 | LJR | Reviewed, analyzed and researched Illinois law regarding other insurance clauses and preliminary analysis of same. | 9.80 |
| 04/20/10 | SS | Reviewed and cataloged case files. | 0.30 |
| 04/20/10 | JDS | Communications with client regarding legal research and analysis concerning priority of coverage issue related to defendant in third-party suit. | 0.20 |
| 04/21/10 | LJR | Continued analysis of other insurance issues and drafted memorandum regarding same. | 9.10 |
| 04/21/10 | JDS | Worked on memo to client regarding issue of priority of coverage in connection with third-party suit. | 0.80 |
| 04/22/10 | LJR | Worked on revising memorandum regarding other insurance issues. | 4.80 |
| 04/22/10 | JDS | Worked on memo regarding analysis of priority of coverage issue in connection with third-party suit. | 0.60 |

May 25, 2010                                                      Invoice: 2000626
RE:         Insurance Counseling                                     Page 5
                (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/27/10 | JDS | Communications with client regarding follow up with insurers regarding priority of coverage issue in connection with third-party claim. | 0.20 |
| 04/30/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |

TOTAL FEES:           <u>$12,399.00</u>

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 04/30/2010 | Duplicating/Printing/Scanning | 6.10 |
| 04/30/2010 | Lexis | 385.50 |
| | Total Disbursements | 391.60 |
| | Fees & Disbursements | $12,790.60 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 3.80 | 535.00 | 2,033.00 |
| LJR | L.J. Raines | 23.70 | 430.00 | 10,191.00 |
| SS | S. Somoza | 1.40 | 125.00 | 175.00 |
| | | 28.90 | | 12,399.00 |

**RE:    Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/06/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 04/06/10 | DR | Corresponded with J. Shugrue regarding Marsh reimbursements for Reed Smith incurred fees in relation to Reliance matter (.3); reviewed correspondence from Marsh in connection with same (.2). | 0.50 |
| 04/06/10 | JDS | Worked with D. Rosenfield on evaluating issues related to Marsh reimbursement of past legal invoices. | 0.20 |
| 04/07/10 | DR | Analyzed invoice deductions made by Marsh for Reed Smith incurred fees in relation to Reliance matter (.5); corresponded with J. Shugrue regarding same (.2). | 0.70 |
| 04/07/10 | JDS | Analyzed communication from Marsh counsel C. St. Jeanos (Willkie Farr) regarding objections to legal invoices submitted for reimbursement under terms of parties' prior agreement. | 0.20 |
| 04/08/10 | DR | Met with J. Shugrue regarding Marsh's deductions to Reed Smith incurred attorneys' fees in relation to Reliance matter (.5); corresponded with C. Leeman and J. Rodden regarding summary of deductions and strategic options for responding (1.0). | 1.50 |
| 04/08/10 | JDS | Conferred with D. Rosenfield, analyzed and exchanged emails with same and with client regarding evaluation and disposition of Marsh objections to legal invoice reimbursement submissions. | 0.50 |
| 04/09/10 | DR | Corresponded with C. Leeman regarding Marsh's objections to attorneys' fees and costs reimbursement requests and strategy for proceeding. | 0.50 |
| 04/09/10 | JDS | Analyzed and exchanged emails regarding evaluation and disposition of objections to invoice submissions to Marsh. | 0.20 |
| 04/12/10 | DR | Calculated deductions taken by Marsh for each submitted Reliance-related invoice as requested by client for accounting/auditing purposes. | 1.20 |
| 04/13/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 04/13/10 | DR | Corresponded with Marsh's counsel regarding specific deductions taken for each Reed Smith Reliance-related invoice. | 0.80 |
| 04/14/10 | DR | Corresponded with client regarding deductions taken by Marsh (.8); corresponded with Marsh's counsel regarding rights to object to future deductions (.6). | 1.40 |

May 25, 2010                                                    Invoice: 2000626
RE:         Marsh                                              Page 7
            (503842.00008)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/14/10 | JDS | Worked on response to Marsh regarding issues concerning reimbursement of legal fees pursuant to prior agreement (.3); analyzed and exchanged emails with Marsh counsel C. St. Jeanos (Willkie Farr) regarding same (.2). | 0.50 |
| 04/20/10 | SS | Reviewed and cataloged correspondence case files. | 0.10 |
| 04/28/10 | DR | Corresponded with client regarding status of Marsh reimbursement for future claims payments and attorneys' fees/costs and questions related to invoice breakdown provided for Marsh deductions. | 0.20 |
| 04/28/10 | JDS | Followed up regarding status of March payment pursuant to agreements. | 0.10 |

TOTAL FEES:                        $3,067.50

Fees & Disbursements        $3,067.50

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.70 | 535.00 | 909.50 |
| DR | D. Rosenfield | 6.80 | 310.00 | 2,108.00 |
| SS | S. Somoza | 0.40 | 125.00 | 50.00 |
|  |  | 8.90 |  | 3,067.50 |

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/01/10 | JDS | Prepared narrative description of work for 13th Monthly Fee Application. | 0.50 |
| 04/05/10 | LL | Analyzed e-mail correspondence from J. Shugrue regarding RS's 13th Monthly Fee Application (.1); revisions to same (.4); drafted CNO's to RS's 11th & 12th Monthly Fee Applications (.5); e-filed same (.5); e-filed RS's 13th Monthly Fee Application (.5). | 2.00 |
| 04/05/10 | JDS | Analyzed and exchanged emails with L. Lankford regarding finalizing and submitting 13th Monthly Fee Application. | 0.20 |
| 04/06/10 | SS | Reviewed and catalogued correspondence and pleadings in case file. | 0.40 |
| 04/07/10 | LL | Drafted RS's 5th Quarterly Fee Application (.2 ); updated RS's Final Fee Spreadsheet (.3). | 0.50 |
| 04/07/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 04/13/10 | LL | Drafted RS's 14th Monthly Fee Application. | 0.30 |
| 04/13/10 | LL | Additions to RS's fee spreadsheet (.3); drafted RS's 5th Interim Fee Application (.5). | 0.80 |
| 04/15/10 | SS | Reviewed and catalogued correspondence. | 0.10 |
| 04/19/10 | JDS | Analyzed letter from fee auditor with comments/questions on invoices. | 0.30 |
| 04/21/10 | LL | Revisions to RS's 5th Interim Fee Application (.5); e-mail correspondence regarding same (.2); | 0.70 |
| 04/22/10 | LL | E-mail correspondence regarding fee applications. | 0.40 |
| 04/23/10 | LL | Reviewed invoices (.4); revisions to RS's 14th Monthly Fee Application (1.0); e-mail correspondence regarding same (.2). | 1.60 |
| 04/23/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 04/23/10 | JDS | Worked on 5th Interim and 14th Monthly fee applications. | 0.50 |
| 04/28/10 | JDS | Reviewed draft of 5th Quarterly fee application filing. | 0.20 |
| 04/29/10 | JDS | Prepared narrative text for 14th Monthly Fee Application. | 0.50 |

TOTAL FEES:        $2,272.50

## CURRENT DISBURSEMENTS

04/06/2010  Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope        136.25

May 25, 2010                                                                  Invoice: 2000626
RE:        Fee Applications                                                   Page 9
           (503842.00009)


04/30/2010  PACER                                                            3.28

                                                   Total Disbursements        139.53

                                                   Fees & Disbursements    $2,412.03


**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 2.20 | 535.00 | 1,177.00 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
| LL | L. Lankford | 6.30 | 160.00 | 1,008.00 |
| | | 9.20 | | 2,272.50 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2000626
Invoice Date: May 25, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through April 30, 2010

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $17,918.50 | $11.00 | $17,929.50 |
| RE: | Insurance Counseling 503842.00005 | $12,399.00 | $391.60 | $12,790.60 |
| RE: | Marsh 503842.00008 | $3,067.50 | $0.00 | $3,067.50 |
| RE: | Fee Applications 503842.00009 | $2,272.50 | $139.53 | $2,412.03 |
| | **Current Invoice Total:** | **$35,657.50** | **$542.13** | **$36,199.63** |

**INVOICE IS PAYABLE UPON RECEIPT**