# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $12.60 |
| Courier Service | | $4.50 |
| Documentation | PACER | $3.28 |
| Legal Research | Lexis/Nexis | $385.50 |
| Outside-Duplicating | IKON | $136.25 |
| **TOTAL** | | **$542.13** |

US_ACTIVE-103769396.1-JCFALGOW

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/27/10 | JDS | Analyzed emails regarding CIGA handling of Patterson LPT claim and appearance at lien hearing in same (.2); exchanged emails with T. Law regarding preparation for oral argument on LPT claims (.2). | 0.40 |
| 04/28/10 | PRW | Worked on revisions to power point slides for oral argument on Phase I issues. | 2.40 |
| 04/28/10 | TPL | Prepared for Phase I Oral Argument to Referee O'Keefe. | 6.20 |
| 04/28/10 | JDS | Analyzed and revised PowerPoint presentation for oral argument with Referee O'Keefe concerning LPT claims (1.4); analyzed arguments and worked on preparation for same (1.2). | 2.60 |
| 04/29/10 | SS | Reviewed and catalogued case correspondence | 0.40 |
| 04/29/10 | TPL | Prepared for and presented Oral Argument regarding Phase I (7.2); report to John Shugrue and client on argument (.5). | 7.70 |
| 04/29/10 | JDS | Communications with local counsel T. Law regarding preparation for, results of hearing with Referee on LPT claims. | 0.50 |

TOTAL FEES:              $17,918.50

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 04/30/2010 Duplicating/Printing/Scanning | | 6.50 |
| 04/30/2010 Courier Service | | 4.50 |
| | Total Disbursements | 11.00 |
| | Fees & Disbursements | $17,929.50 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 6.50 | 535.00 | 3,477.50 |
| PRW | P.R. Walker-Bright | 3.80 | 510.00 | 1,938.00 |
| TPL | T.P. Law | 27.90 | 445.00 | 12,415.50 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
| | | 38.90 | | 17,918.50 |

May 25, 2010 — Invoice: 2000626
RE: Insurance Counseling — Page 5
(503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/27/10 | JDS | Communications with client regarding follow up with insurers regarding priority of coverage issue in connection with third-party claim. | 0.20 |
| 04/30/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |

TOTAL FEES: $12,399.00

### CURRENT DISBURSEMENTS

| 04/30/2010 | Duplicating/Printing/Scanning | 6.10 |
|---|---|---|
| 04/30/2010 | Lexis | 385.50 |
| | Total Disbursements | 391.60 |
| | Fees & Disbursements | $12,790.60 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.80 | 535.00 | 2,033.00 |
| LJR | L.J. Raines | 23.70 | 430.00 | 10,191.00 |
| SS | S. Somoza | 1.40 | 125.00 | 175.00 |
| | | 28.90 | | 12,399.00 |

### RE: Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/01/10 | JDS | Prepared narrative description of work for 13th Monthly Fee Application. | 0.50 |
| 04/05/10 | LL | Analyzed e-mail correspondence from J. Shugrue regarding RS's 13th Monthly Fee Application (.1); revisions to same (.4); drafted CNO's to RS's 11th & 12th Monthly Fee Applications (.5); e-filed same (.5); e-filed RS's 13th Monthly Fee Application (.5). | 2.00 |
| 04/05/10 | JDS | Analyzed and exchanged emails with L. Lankford regarding finalizing and submitting 13th Monthly Fee Application. | 0.20 |
| 04/06/10 | SS | Reviewed and catalogued correspondence and pleadings in case file. | 0.40 |
| 04/07/10 | LL | Drafted RS's 5th Quarterly Fee Application (.2); updated RS's Final Fee Spreadsheet (.3). | 0.50 |
| 04/07/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 04/13/10 | LL | Drafted RS's 14th Monthly Fee Application. | 0.30 |
| 04/13/10 | LL | Additions to RS's fee spreadsheet (.3); drafted RS's 5th Interim Fee Application (.5). | 0.80 |
| 04/15/10 | SS | Reviewed and catalogued correspondence. | 0.10 |
| 04/19/10 | JDS | Analyzed letter from fee auditor with comments/questions on invoices. | 0.30 |
| 04/21/10 | LL | Revisions to RS's 5th Interim Fee Application (.5); e-mail correspondence regarding same (.2); | 0.70 |
| 04/22/10 | LL | E-mail correspondence regarding fee applications. | 0.40 |
| 04/23/10 | LL | Reviewed invoices (.4); revisions to RS's 14th Monthly Fee Application (1.0); e-mail correspondence regarding same (.2). | 1.60 |
| 04/23/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 04/23/10 | JDS | Worked on 5th Interim and 14th Monthly fee applications. | 0.50 |
| 04/28/10 | JDS | Reviewed draft of 5th Quarterly fee application filing. | 0.20 |
| 04/29/10 | JDS | Prepared narrative text for 14th Monthly Fee Application. | 0.50 |

TOTAL FEES: $2,272.50

### CURRENT DISBURSEMENTS

04/06/2010 Outside Duplicating Mailout - Bankruptcy Mailouts/Mailout - Envelope    136.25

May 25, 2010    Case 08-13141-BLS    Doc 4798-4    Filed 06/16/10    Page 6 of 6    Invoice: 2000626
RE:    Fee Applications    Page 9
(503842.00009)

| 04/30/2010 | PACER | | 3.28 |
|---|---|---|---|
| | | Total Disbursements | 139.53 |
| | | Fees & Disbursements | $2,412.03 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.20 | 535.00 | 1,177.00 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
| LL | L. Lankford | 6.30 | 160.00 | 1,008.00 |
| | | 9.20 | | 2,272.50 |