IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, J. Cory Falgowski, Esquire, do hereby certify that, on this 16th day of June 2010, I caused a true and correct copy of the **FIFTEENTH MONTHLY FEE APPLICATION OF REED SMITH LLP, SPECIAL COUNSEL FOR CERTAIN INSURANCE MATTERS TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010** to be served upon the addressees on the attached service list in the manner indicated.

By:  /s/ J. Cory Falgowski
        J. Cory Falgowski (No. 4546)

## SERVICE LIST

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Cole, Schotz, Meisel, Forman<br> and Leonard, P.A.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801 | **VIA HAND DELIVERY**<br>Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| **VIA HAND DELIVERY**<br>Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801 | **VIA HAND DELIVERY**<br>Stuart M. Brown, Esquire<br>Edwards Angell Palmer & Dodge<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 |
| **VIA HAND DELIVERY**<br>Mark D. Collins, Esquire<br>Katisha D. Fortune, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511 | **VIA FIRST CLASS MAIL**<br>James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| **VIA FIRST CLASS MAIL**<br>Kevin T. Lantry, Esquire<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 | **VIA FIRST CLASS MAIL**<br>Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| **VIA FIRST CLASS MAIL**<br>Frederick D. Hyman, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820 | **VIA FIRST CLASS MAIL**<br>Jeffrey G. Tougas, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820 |
| **VIA FIRST CLASS MAIL**<br>Brian Trust, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820 | **VIA FIRST CLASS MAIL**<br>Barbara Yan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820 |

US_ACTIVE-103769396.1-JCFALGOW

| **VIA FIRST CLASS MAIL**<br>Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820 | **VIA FIRST CLASS MAIL**<br>Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Steven C. Schwendemann, Esquire<br>Stuart Maue<br>Legal Cost Management<br>3840 McKelvey Road<br>St. Louis, MO 63044<br>(Fee Examiner) | |

US_ACTIVE-103769396.1-JCFALGOW