## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket No. 4738** |

### <u>AFFIDAVIT OF MAILING</u>

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On June 10, 2010, I caused to be served the "Affidavit of Ordinary Course Professional," dated June 10, 2010 [Docket No. 4738], related to Michael D. Cooke, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
11th day of June, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALLEN & GOOCH | SCOTT DAVIS ONE LAKEWAY 3900 N. CAUSEWAY BLVD., SUITE 1450 METAIRIE LA 70002 |
| AYERS & AYERS | JULIE TEBBETS 4205 GATEWAY DR. SUITE 100 COLLEYVILLE TX 76034 |
| AYERS & AYERS | DEANNE AYERS 4205 GATEWAY DR. SUITE 100 COLLEYVILLE TX 76034 |
| BOLLINGER, RUBERRY & GARVEY | SCOTT BENTIVENGA CITICORP CENTER 500 W. MADISON ST., SUITE 2300 CHICAGO IL 60661-2511 |
| BOLLINGER, RUBERRY & GARVEY | DAVID BARRY CITICORP CENTER 500 W. MADISON ST., SUITE 2300 CHICAGO IL 60661-2511 |
| BOOTH, MITCHEL & STRANGE LLP | CHRIS C. LEWI 707 WILSHIRE BOULEVARD SUITE 4450 LOS ANGELES CA 90017 |
| BRADY, CONNOLLY & MASUDA | FRANK BRADY ONE N. LASALLE ST. SUITE 1000 CHICAGO IL 60602 |
| BRADY, CONNOLLY & MASUDA | VALERIE PEILER ONE N. LASALLE ST. SUITE 1000 CHICAGO IL 60602 |
| BRUNO, GERBINO & SORIANO, LLP | VINCENT GERBINO 445 BROAD HOLLOW RD. SUITE 220 MELVILLE NY 11747 |
| BRUNO, GERBINO & SORIANO, LLP | CRAIG BRUNO 445 BROAD HOLLOW RD. SUITE 220 MELVILLE NY 11747 |
| CORNELL & MERKIN | STACY MERKIN ABBOTTS SQUARE 530 S. 2ND ST., SUITE 109 PHILADELPHIA PA 19147 |
| CRAIG FULLER | CRAIG FULLER 4350 LA JOLLA VILLAGE DR. SUITE 900 SAN DIEGO CA 92122 |
| FOLEY, SMIT, O'BOYLE & WEISMAN | HUGH O'BOYLE 100 WILLIAM ST. SUITE 901-902 NEW YORK NY 10038 |
| FOLEY, SMIT, O'BOYLE & WEISMAN | LISA TORTORA 175 FULTON AVE. SUITE 307 HEMPSTEAD NY 11550 |
| FOLEY, SMIT, O'BOYLE & WEISMAN | WARREN FECKETT 175 FULTON AVE. SUITE 307 HEMPSTEAD NY 11550 |
| GANAN & SHAPIRO | JERRY WEBB (CUBS) 210 W. ILLINOIS ST. CHICAGO IL 60610 |
| GANAN & SHAPIRO | CLIFF GANAN 210 W. ILLINOIS ST. CHICAGO IL 60610 |
| GORDON HARGROVE & JAMES, P.A. | DICK GORDON 2400 E. COMMERCIAL BLVD. SUITE 1100 FT. LAUDERDALE FL 33308 |
| GORDON HARGROVE & JAMES, P.A. | SCOTT MARKOWITZ 2400 E. COMMERCIAL BLVD. SUITE 1100 FT. LAUDERDALE FL 33308 |
| GRUND, DAGNER & NELSON, P.C. | JOHN W. GRUND 303 E. 17TH AVE. SUITE 303 DENVER CO 80203-1256 |
| GRUND, DAGNER & NELSON, P.C. | DOUGLAS A. STEVENS 303 E. 17TH AVE. SUITE 303 DENVER CO 80203-1256 |
| HINSHAW & CULBERTSON | SUE ENGLER 100 E. WISCONSIN AVE. SUITE 2600 MILWAUKEE WI 53202 |
| HINSHAW & CULBERTSON LLP | CHERYL WILKE ONE E. BROWARD BLVD. SUITE 1010 FT. LAUDERDALE FL 33301 |
| HINSHAW & CULBERTSON LLP | MELLISSA SCHAFER 11601 WILSHIRE BLVD. SUITE 800 LOS ANGELES CA 90025 |
| HINSHAW & CULBERTSON LLP | CHERYL WILKE 11601 WILSHIRE BLVD. SUITE 800 LOS ANGELES CA 90025 |
| JOHNSON & BELL | PATRICK MORRIS 33 W. MONROE ST. SUITE 2700 CHICAGO IL 60603-5404 |
| JOHNSON & BELL | PATRICK GARVEY 33 W. MONROE ST. SUITE 2700 CHICAGO IL 60603-5404 |
| KAUFMAN & CANOLES, P.C. | HUNTER W. SIMS 150 W. MAIN ST. 2100 NORFOLK VA 23510 |
| KAUFMAN & CANOLES, P.C. | MICHAEL A. BEVERLY 150 W. MAIN ST. SUITE 2100 NORFOLK VA 23510 |
| KLUCZYNSKI, GIRTZ & VOGELZANG | GREG RAPP BRASSWORKS BUILDING 648 MONROE N.W., SUITE 400 GRAND RAPIDS MI 49503 |
| LAW OFFICES OF GERALD S. SACK, LLC | GERALD S. SACK 836 FARMINGTON AVE. SUITE 109 WEST HARTFORD CT 06119 |
| MARGOLIS EDELSTEIN | WILLIAM LONGO THE CURTIS CENTER, 4TH FL; INDEPENDENCE SQUARE WEST; 601 WALNUT ST PHILADELPHIA PA 19106-3304 |
| MITCHEL & STRANGE LLP BOOTH | SETH W. WHITAKER 707 WILSHIRE BOULEVARD SUITE 4450 LOS ANGELES CA 90017 |
| MONTSTREAM & MAY | FRANK MAY 655 WINDING BROOK DR. GLASTONBURY CT 06033-6087 |
| MONTSTREAM & MAY | KAREN ACQUARULO 655 WINDING BROOK DR. GLASTONBURY CT 06033-6087 |
| NATHAN, BREMER, DUMM & MYERS | ANNE MYERS 3900 E. MEXICO SUITE 1000 DENVER CO 80210 |
| PETERSON & COLANTONI LLP | TIM PETERSON 999 CORPORATE DRIVE SUITE 180 LADERA RANCH CA 92694 |
| POST & SCHELL | JON MEYERS 1245 S. CEDARCREST BLVD. SUITE 300 ALLENTOWN PA 18103 |
| REED SMITH LLP | JOHN SHUGRUE 10 S. WACKER DRIVE 40TH FLOOR CHICAGO IL 60606-7507 |
| REED SMITH LLP | PAUL WALKER-BRIGHT 10 S. WACKER DRIVE 40TH FLOOR CHICAGO IL 60606-7507 |
| SAUL EWING, LLP | EDWARD BAINES (TED) LOCKWOOD PLACE 500 E. PRATT ST.; SUITE 900 BALTIMORE MD 21202-3171 |
| SAUL EWING, LLP | BARRY LEVIN LOCKWOOD PLACE 500 E. PRATT ST., SUITE 900 BALTIMORE MD 21202-3171 |
| SEMMES, BOWEN & SEMMES | PHIL LEVIN 250 W. PRATT ST. 15TH FLOOR BALTIMORE MD 21201 |
| SEYFARTH SHAW | LARRY POSTOL 975 F STREET NW WASHINGTON DC 20004-1454 |
| VALENCIA & WILBERDING | TOM WILBERDING 7677 OAKPORT ST. SUITE 520 OAKLAND CA 94621 |
| WAI & CONNOR LLP | GREG CONNOR 2566 OVERLAND AVE. SUITE 570 LOS ANGELES CA 90064 |

| Claim Name | Address Information |
|---|---|
| WAI & CONNOR LLP | BONNIE WAI 2566 OVERLAND AVE. SUITE 570 LOS ANGELES CA 90064 |
| WAI & CONNOR LLP | ROBERT KOJIMA 150 S. LOS ROBLES AVE. SUITE 600 PASADENA CA 91101 |
| WAI & CONNOR LLP | JOE CUADROS 150 S. LOS ROBLES AVE. SUITE 600 PASADENA CA 91101 |
| WOODEN & MCLAUGHLIN LLP | DANIEL TRACHTMAN 211 N. PENNSYLVANIA ONE INDIANA SQUARE; SUITE 1800 INDIANAPOLIS IN 46204-4208 |

**Total Creditor count  50**

**TRB_OCP61010**

Hall, Estill, Hardwick, Gable, Golden & Nelson
Attn:  Michael D. Cooke
320 south Boston Ave., Ste. 200
Tulsa, OK 74103-706

**TRB_OCP61010**

Hall, Estill, Hardwick, Gable, Golden & Nelson
Attn:  Michael D. Cooke
Chase Tower, Suite 2900
100 North Broadway
Oklahoma City, OK 7102-8865

**TRB_OCP61010**

Hall, Estill, Hardwick, Gable, Golden & Nelson
Attn:  Michael D. Cooke
1120 20th Street, NW
Ste. 700
Washington, DC  2006-3406

**TRB_OCP61010**

Hall, Estill, Hardwick, Gable, Golden & Nelson
Attn:  Michael D. Cooke
75 North East Ave., Ste. 402
Fayetteville, AK 72701-6094