## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 4744 |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On June 10, 2010, I caused to be served the "Notice of Filing Approved Disclosure Statement for Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries," dated June 10, 2010 [Docket No. 4744], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
11th day of June, 2010

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\TRIBUNE\Affidavits\NOF Approved DS_DI 4744_Aff_6-10-10.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS) 809 GLENEAGLES COURT, SUITE 320 BALTIMORE MD 21286 |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND AND PENSION FUND) 809 GLENEAGLES COURT, SUITE 320 TOWSON MD 21286 |
| ACXIOM CORPORATION | ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL 301 E. DAVE WARD DRIVE P.O. BOX 2000 CONWAY AR 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. ONE BRYANT PARK (COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.) NEW YORK NY 10036 |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN 230 W MONROE ST, STE 2600 (COUNSEL TO IAM LODGE NO. 126) CHICAGO IL 60606 |
| ANDREW S. CONWAY, ESQUIRE | (COUSNEL TO TAUBMAN LANDLORDS) 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ARCHER & GREINER, PC | JOHN V. FIORELLA, ESQ. 300 DELAWARE AVE, STE 1370 (COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.) WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN, ESQ. 500 DELAWARE AVENUE, 8TH AVENUE P.O. BOX 1150 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) WILMINGTON DE 19899 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASDOUNIS, ESQ. 401 NORTH MICHIGAN AVENUE, STE 550 (COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC) CHICAGO IL 60611 |
| BANC OF AMERICA BRIDGE LLC | LYNN D. SIMMONS, SR. VICE PRESIDENT BANK OF AMERICA STRATEGIC SOLUTIONS MAIL CODE: IL1-231-11-19 231 SOUTH LASALLE STREET CHICAGO IL 60604 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN. GEORGE R. MESIRES, ESQ. (COUNSEL TO KTR SOUTH FLORIDA LLC) 200 WEST MADISON ST., SUITE 3900 CHICAGO IL 60606 |
| BARNES & THORNBURG LLP | ATTN: DAVID M. POWLEN 1000 NORTH WEST STREET, SUITE 1200 (COUNSEL TO MORGAN STANLEY & CO., INC.) WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729) 155 FEDERAL ST, 9TH FL (COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.) BOSTON MA 02110 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ. (COUNSEL TO: ENTERPRISE GARAGE CORP.) 270 MADISON AVENUE NEW YORK NY 10016 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. JENNIFER R. HOOVER, ESQ. 222 DELAWARE AVENUE, SUITE 801 (COUNSEL TO WILMINGTON TRUST COMPANY) WILMINGTON DE 19801 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. DAVID M. NEUMANN, ESQUIRE (COUNSEL TO WILMINGTON TRUST COMPANY) 200 PUBLIC SQUARE SUITE 2300 CLEVELAND OH 44114-2378 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. (COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN) 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN | & GOOD MAN, LLP 150 S. RODEO DRIVE, 3RD FLOOR BEVERLY HILLS CA 90212 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| BROWN RUDNICK LLP | ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ. (COUNSEL TO WILMINGTON TRUST COMPANY) SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN STONE NIMEROFF LLC | ATTN. JAMI B. NIMEROFF, ESQ. (COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP) 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. (COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER 1000 WILSHIRE BOULEVARD, SUITE 1500 (COUNSEL TO SONY PICTURES TELEVISION) LOS ANGELES CA 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL (COUNSEL TO ORACLE USA, INC.) SAN FRANCISCO CA 94105-2126 |
| CALLAHAN & BLAINE | ATTN: EDWARD SUSOLIK, ESQUIRE (COUNSEL TO JON VAN SEMUS BY AND THRU NEALA |

| Claim Name | Address Information |
|---|---|
| CALLAHAN & BLAINE | OLSEN) 3 HUTTON DRIVE, NINTH FLOOR SANTA ANA CA 92707 |
| CANON USA, INC | ATTN RUTH WIENSTEIN 1 CANON PLAZA NEW HYDE PARK NY 11042 |
| CAPITALSOURCE FINANCE LLC | ATTN: JOANNE FUNGAROLI, ESQ. 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CHADBOURNE & PARKE LLP | COUNSEL TO THE UNSECURED CREDITORS' CO ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E DEUTSCH 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHARLES E. DAVIDOW | 2001 K. STREET, N.W. (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) WASHINGTON DC 20006-1047 |
| CHRISTINE Z. HERI | (COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR 230 SOUTH DEARBORN, ROOM 844 CHICAGO IL 60604 |
| CIARDI CIARDI & ASTIN | DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ., MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ. CITIZENS BANK CENTER 919 NORTH MARKET STREET, STE 700 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) WILMINGTON DE 19801 |
| CITICORP NORTH AMERICA, INC | 750 WASHINGTON BLVD. STAMFORD CT 06901-3722 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS ATTN BABETTE A CECCOTI 330 WEST 42ND STREET NEW YORK NY 10036 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: JEFFREY C. WISLER, ESQ. MARC J. PHILLIPS, ESQ. THE NEMOURS BUILDING 1007 NORTH ORANGE STREET; PO BOX 2207 WILMINGTON DE 19899 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. (COUNSEL TO: AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS) 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| COZEN O'CONNOR | ATTN: MARK E. FELGER, ESQ. 1201 N. MARKET STREET, SUITE 1400 (COUNSEL TO TWENTIETH TELEVISION, INC.) WILMINGTON DE 19801 |
| CROSS & SIMON LLC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS 919 NORTH MARKET STREET 11TH FLOOR WILMINGTON DE 19801 |
| CROUDACE & DIETRICH LLP | ATTN. MARK A NITIKMAN, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 4750 VON KARMAN AVENUE NEWPORT BEACH CA 92660 |
| CROWELL & MORING LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ. (COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP 590 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10022 |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ATTN: ELAINE Z. COLE, ESQ. 340 E. MAIN ST. (COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE) ROCHESTER NY 14604 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. JAMES A. FLORACK, ESQ. DAMIAN S. SCHAIBLE, ESQ. 450 LEXINGTON AVENUE (COUNSEL TO JPMORGAN CHASE BANK, N.A.) NEW YORK NY 10017 |
| DUANE MORRIS LLP | ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS (COUNSEL TO SONY PICTURES TELEVISION, INC.) 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE (COUNSEL TO THE NIELSEN COMPANY) 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN, ESQ. 919 N. MARKET ST, STE 1500 (COUNSEL TO BARCLAYS BANK PLC) WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES ATTN WILLIAM M KELLEHER 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| ERVIN COHEN & JESSUP LLP | KENNETH MILLER, ESQ. 9401 WILSHIRE BLVD, 9TH FLOOR (COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC) BEVERLY HILLS CA 90212 |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. 777 EAST WISCONSIN AVENUE (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) MILWAUKEE WI 53202-5306 |
| FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL, ESQ. 321 NORTH CLARK SUITE 2800 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) CHICAGO IL 60610-4500 |
| FOX ROTHSCHILD LLP | ATTN:  JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS. (COUNSEL TO: WELLS FARGO BANK, N.A.) CITIZENS BANK CENTER 919 NORTH MARKET STREET, SUITE 1600 |

| Claim Name | Address Information |
|---|---|
| FOX ROTHSCHILD LLP | WILMINGTON DE 19801 |
| FRANK/GECKER LLP | ATTN. JOSEPH D. FRANK (COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.) 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION THE VITEC GROUP PLC (COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC) 101 BILBY ROAD HACKETTSTOWN NJ 07840 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ. (COUNSEL TO MERCER (US) INC.) 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FRIEDMAN LAW GROUP | ATTN: J. BENNETT FRIEDMAN, ESQ. 1900 AVENUE OF THE STARS, SUITE 1800 (COUNSEL TO ISAKSEN INVESTMENTS, LLC) LOS ANGELES CA 90067-4409 |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR. 75 FEDERAL ST, 9TH FL (COUNSEL TO COMCAST SPOTLIGHT & COMCAST) BOSTON MA 02110 |
| GATEWAY PACIFIC PROPERTIES, INC. | C/O RONALD K. BROWN, JR. LAW OFFICES OF RONALD K. BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH CA 92660 |
| GE MONEY BANK | C/O RECOVERY MANAGEMENT SYSTEMS CORP. ATTN: RAMESH SINGH 25 SE 2ND AVENUE, SUITE 1120 (SAM'S CLUB BRC) MIAMI FL 33131-1605 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES ATTN JAN I BERLAGE 201 NORTH CHARLES STREET BALTIMORE MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN. BRIAN M. DOUGHERTY (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.) 835 MCCLINTOCK DRIVE, SECOND FLOOR WILLOWBROOK IL 60527 |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EDWARD J. TREDINNICK, ESQ. FOUR EMBARCARCADERO CENTER, STE 4000 (COUNSEL TO CATELLUS DEVELOPMENT CORP.) SAN FRANCISCO CA 94111 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III 1025 W. NASA BLVD MAIL STOP A-11A MELBOURNE FL 32919 |
| HENNIGAN, BENNETT & DORMAN, LLP | ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS. 865 SOUTH FIGUEROA STREET, SUITE 2900 (COUNSEL TO VARIOUS PARTIES LISTED IN NOA) LOS ANGELES CA 90017 |
| HERRICK FEINSTEIN LLP | COUNSEL TO CANON USA INC, INTELSAT CORPORATION ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ. TWO PARK AVENUE NEW YORK NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD. MAILSTOP 314 BOISE ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY 2125 E. KATELLA AVE. SUITE 400 ANAHEIM CA 92806 |
| HOGAN & HARTSON LLP | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. 875 THIRD AVENUE (COUNSEL TO ABITIBI BOWATER, INC., ABITBI CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; DOW JONES & COMPANY) NEW YORK NY 10022 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER TWO LINCOLN CENTRE VILLA PARK IL 60181 |
| INTERNAL REVENUE SERVICE | PO BOX 21126 PHILADELPHIA PA 19114-0326 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| J. SCOTT DOUGLASS | 909 FANNIN, SUITE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | ATTN: JUDY D. THOMPSON P.O. BOX 33127 (COUNSEL TO SODEXO, INC.) CHARLOTTE NC 28233 |
| JEFFER, MANGELS, BUTLER & MARMARO LLP | ATTN: KEITH D. ELKINS, ESQ. 1900 AVENUE OF THE STARS, 7TH FLOOR (COUNSEL TO LIT FINANCE, LP) LOS ANGELES CA 90067 |
| JP MORGAN CHASE BANK, NA AS AGENT | 1111 FANNIN, 10TH FLOOR HOUSTON TX 77002 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVE (COUNSEL TO GREATBANC TRUST COMPANY) NEW YORK NY 10022-6030 |
| K&L GATES LLP | CHARLES R. SMITH, ESQ. HENRY W. OLIVER BUILDING 535 SMITHFIELD ST (COUNSEL TO GREATBANC TRUST COMPANY) PITTSBURGH PA 15222-2312 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 THOUSAND OAKS CA 91362 |

| Claim Name | Address Information |
|---|---|
| KAYE SCHOLER LLP | ATTN: MARGO B SCHONHOLTZ, ESQ MADLYN GLEICH PRIMOFF, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) 425 PARK AVE NEW YORK NY 10022 |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ. HOWARD S.STEEL, ESQ. 101 PARK AVENUE (COUNSEL TO TELEREP, LLC) NEW YORK NY 10178 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS. (COUNSEL TO: EXAMINER-DESIGNATE,KENNETH KLEE, ESQ) 1999 AVENUE OF THE STARS, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN: KENNETH N. KLEE, ESQ. 1999 AVENUE OF THE STARS, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM ATTN ADAM G LANDIS & MATTHEW B MCGUIRE 919 MARKET STREET SUITE 1800 WILMINGTON DE 19801 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC 506 SANTA MONICA BLVD., SUITE 200 SANTA MONICA CA 90401 |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 1330 BROADWAY, SUITE 1800 OAKLAND CA 94612 |
| LINDA BOYLE | TW TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY ATTN JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET STE 1600 (COUNSEL TO DALLAS COUNTY) DALLAS TX 75201 |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A. | ATTN: ZACHARY J. BANCROFT, EST. 450 S. ORANGE AVE, SUITE 800 (COUNSEL TO ORLANDO MAGIC, LTD.) ORLANDO FL 32801 |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL SUNGARD 682 E. SWEDESFORD ROAD WAYNE PA 19087 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ. (COUNSEL TO BARCLAYS) 1675 BROADWAY NEW YORK NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. G. AMANDA MALLAN, ESQ. 245 PARK AVE, 27TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) NEW YORK NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ. RENAISSANCE CENTRE 405 N. MARKET STREET, 8TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) WILMINGTON DE 19801 |
| MCGUIRE WOODS LLP | ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS (COUNSEL TO THE NIELSEN COMPANY (US) LLC 77 W. WACKER DRIVE, SUITE 4100 CHICAGO IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN. ELAIN M. SEID (COUNSEL TO DIABLO INVESTMENT CO.) 10 ALMADEN BLVD., SUITE 1460 SAN JOSE CA 95113 |
| MEITES, MULDER, MOLLICA & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 20 S. CLARK STREET, SUITE 1500 CHICAGO IL 60603 |
| MESSANA ROSNER & STERN, LLP | FREDERICK B. ROSNER, ESQ. 1000 N. WEST STREET, SUITE 1200 (COUNSEL TO INTELSAT CORPORATION) WILMINGTON DE 19801 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIR, ASSISTANT ATTORNEY GENERAL STATE OF MICHIGAN, DEPT. OF TREASURY CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| MICHAEL SCHLOSS | (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR) OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SHERYL L. MOREAU SPECIAL ASSISTANT ATTORNEY GENERAL GENERAL COUNSEL'S OFFICE 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN. RACHEL B. MERSKY, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORGAN STANLEY FIXED INCOME | ATTN: CAROLYN ADLER 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | ATTN: COLLEEN E. MCMANUS 191 NORTH WACKER DRIVE, STE 1800 (COUNSEL TO CF 4242 BRYN MAWR LLC) CHICAGO IL 60606 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY 333 EAST WASHINGTON ST., 3RD FLOOR SYRACUSE NY 13202 |

| Claim Name | Address Information |
|---|---|
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN. ROBERT L. HANLEY, JR. ESQUIRE (COUNSEL TO ST. JOHN PROPERTIES, INC.) SUITE 700, NOTTINGHAM CENTRE 502 WASHINGTON AVENUE TOWSON MD 21204 |
| O'MELVENY & MYERS LLP | ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, & STEVEN A. ROSENSTEIN, ESQS. TIMES SQUARE TOWER 7 TIMES SQUARE (COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC) NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | ATTN: EVAN M. JONES, ESQ. 400 SOUTH HOPE STREET (COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC) LOS ANGELES CA 90071 |
| OFFICE OF ATTORNEY GENERAL | ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| OFFICE OF THE UNITED STATES TRUSTEE | JOSEPH J. MCMAHON, JR., ESQ. UNITED STATES DEPT OF JUSTICE 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS. 919 N. MARKET STREET, 17TH FLOOR P.O. BOX 8705 (COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.) WILMINGTON DE 19899 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: STEPHEN P. LAMB & JOHN P. DITOMO 1000 N. WEST STREET, SUITE 1200 (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) WILMINGTON DE 19801 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL 1285 AVENUE OF THE AMERICAS (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) NEW YORK NY 10019-6064 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER) HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 WILMINGTON DE 19899-1709 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 (COUNSEL TO BANK OF AMERICA, N.A. & BANC OF AMERICA SECURITIES LLC) WILMINGTON DE 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, ESQ. 1200 NORTH BROOM STREET (COUNSEL TO: VALUATION RESEARCH CORPORATION) WILMINGTON DE 19806 |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ATTN: ADAM HILLER & DONNA HARRIS (COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP) 1220 NORTH MARKET STREET, SUITE 950 19801 WILMINGTON DE 19801 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| POYNER SPRUILL LLP | JUDY D. THOMPSON, ESQ. 301 SOUTH COLLEGE STREET, STE 2300 (COUNSEL TO SODEXO, INC.) CHARLOTTE NC 28202 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2049 CENTURY PARK EAST, 32ND FLOOR LOS ANGELES CA 90067 |
| QUARLES & BRADY LLP | LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ. 300 NORTH LASALLE STREET, STE 400 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) CHICAGO IL 60654-3422 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. KATISHA D. FORTUNE, ESQ. 920 NORTH KING STREET (COUNSEL TO JPMORGAN CHASE BANK, N.A.) WILMINGTON DE 19801 |
| RIDDELL WILLIAMS, P.S. | ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO (COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP) 1001- 4TH AVENUE, SUITE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN. FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 875 THIRD AVENUE, 9TH FL NEW YORK NY 10022 |
| RUSKIN MASCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. (COUNSEL TO ESTHER RHEIN) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN. MICHAEL S. AMATO, ESQ. (COUNSEL TO BARRY AND MARIE GOLDENBERG) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| SAUL EWING LLP | ATTN: MARK MINUTI, ESQUIRE (PROPOSED DELAWARE COUNSEL TO: KENNETH N. KLEE, THE |

| Claim Name | Address Information |
|---|---|
| SAUL EWING LLP | EXAMINER-DESIGNATE (THE "EXAMINER") 222 DELAWARE AVENUE, SUITE 1200 P.O. BOX 1266 WILMINGTON DE 19899 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE, N.W. WASHINGTON DC 20020 |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | 100 F STREET, NE WASHINGTON DC 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. 222 DELAWARE AVENUE, STE 1500 PO BOX 68 (COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC., DOW JONES & COMPANY) WILMINGTON DE 19899 |
| SHIPMAN & GOODWIN LLP | ATTN. JULIE A. MANNING, ESQ. (COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY) ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIRLIN GALLOGLY & LESSER, P.C. | 123 S BROAD ST #2100 PHILADELPHIA PA 19109-1029 |
| SQUIRE, SANDERS & DEMPSEY LLP | ATTN: KELLY SINGER, ESQ. TWO RENAISSANCE SQUARE 40 NORTH CENTRAL AVE, STE 2700 (COUNSEL TO PERSONAL PLUS, INC.) PHOENIX AZ 85004-4498 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD ATTN EDMOND P O'BRIEN ESQ 675 THIRD AVENUE 31ST FLOOR NEW YORK NY 10017 |
| STUART MAUE | ATTN: JOHN L. DECKER FEE EXAMINER 3840 MCKELVEY RD ST. LOUIS MO 63044 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM 3 BARKER AVENUE, THIRD FLOOR (COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III; J.SIMPSON; M.WILLES; E.ZIMBALIST, III) WHITE PLAINS NY 10601 |
| THE REIMANN LAW GROUP | ATTN. DAVID W. REIMANN, ESQUIRE (ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I, LLC, AND YORBA PARK SUB, LLC) 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO CA 90245 |
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG 360 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| TOOD M. HOEPKER, ESQ. | (COUNSEL TO : COP-HANGING MOSS, LLC) POST OFFICE BOX 3311 ORLANDO FL 32802-3311 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN. JACQUELINE A. CRISWELL (COUNSEL TO FISHER PRINTING, INC.) SEARS TOWER, 22ND FLOOR 233 SOUTH WACKER DRIVE CHICAGO IL 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TYBOUT REDFEARN AND PELL | ATTN. SHERRY RUGGIERO FALLON (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC.) 750 SHIPYARD DRIVE, SUITE 400 P.O. BOX 2092 WILMINGTON DE 19899-2092 |
| U.S. DEPARTMENT OF JUSTICE | ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION 555 4TH ST. NW ROOM 6110, P.O. BOX 227 WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN. JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION MATTHEW J. TROY, ESQ. 1100 L STREET, N.W. ROOM 10006 WASHINGTON DC 20530 |
| UNITED STATES DEPARTMENT OF LABOR | OFFICE OF THE SOLICITOR ELIZABETH S. GOLDBERG, ESQUIRE (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR) PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ 1201 MARKET ST, SUITE 1100 PO BOX 2046 WILMINGTON DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES ATTN TIFFANY STRELOW COBB 52 EAST GAY STREET COLUMBUS OH 43215 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB (COUNSEL TO: TURNER BROADCASTING SYSTEM INC ET AL) 52 EAST GAY STREET COLUMBUS OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | ATTN: WAYNE M. SMITH, ESQ. 4000 WARNER BLVD. BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & | ATTN: DOUGLAS R. GONZALES, ESQUIRE COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA |

| Claim Name | Address Information |
|---|---|
| BONISKE, P.L | BEACH 200 EAST BROWARD BOULEVARD, ST. 1900 FORT LAUDERDALE FL 33301 |
| WHITE & CASE LLP | ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS. (COUNSEL TO: WELLS FARGO BANK, N.A.) 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY ASSOCIATION INC ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN POST OFFICE BOX 4128 TALLAHASSEE FL 32315-4128 |
| WILLKIE FARR & GALLAGHER LLP | ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW GOLDMAN, ESQ. (COUNSEL TO: ANGELO GORDON & CO.) 399 PARK AVENUE NEW YORK NY 10022 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE (COUNSEL TO: VALUATION RESEARCH CORPORATION) NEW YORK NY 10166 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. THE BRADYWINE BUILDING – 17TH FLOOR 1000 WEST STREET, POST OFFICE BOX 391 (COUNSEL TO VARIOUS PARTIES LISTED ON NOA) WILMINGTON DE 19899-0391 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN ROBERT E PAUL ESQ 1025 CONNECTICUT AVENUE NW SUITE 712 WASHINGTON DC 20036-5420 |

**Total Creditor count  161**