# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al. <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 08-13141 (KJC) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 4436** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

      Tracy A. Cameron, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 17th day of May, 2010 she caused a copy of the following to be served on the attached list as indicated:

- **Reply of Settlement Supporters to Objections of Ad Hoc Group of Senior Lenders [Dkt. No. 4376]. Wells Fargo Bank, N.A. [Dkt. No. 4382] and Wilmington Trust Company [Dkt. No. 4385] to Proposed Disclosure Statement and Motion for Approval of Plan Solicitation Procedures [Docket No. 4436]**

Dated: May 18 2010
      Wilmington, Delaware

                                     _/s/ Tracy A. Cameron_
                                     Tracy A. Cameron, Paralegal
                                     RICHARDS, LAYTON & FINGER, P.A.
                                     One Rodney Square
                                     920 North King Street
                                     Wilmington, DE 19801
                                     (302) 651-7700

      SWORN TO AND SUBSCRIBED before me this 18th day of May, 2010.

                                     _/s/ Ann Jerominski_
                                     Notary Public

                                               ANN JEROMINSKI
                                               Notary Public - State of Delaware
                                               My Comm. Expires Feb. 14, 2012

RLF1 3572445v. 1

# Service List

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
***VIA OVERNIGHT DELIVERY***

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
***VIA HAND DELIVERY***

Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
***VIA HAND DELIVERY***

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
***VIA HAND DELIVERY***

Adam G. Landis
Rebecca L. Butcher
Mona A. Parikh
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
***VIA HAND DELIVERY***

Cynthia Moh Baldwin
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801
***VIA HAND DELIVERY***

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899
***VIA HAND DELIVERY***

Robert S. Brady
M. Blake Cleary
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899
***VIA HAND DELIVERY***

# **Service List**

Bruce Bennett
James O. Johnston
Joshua D. Morse
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA  90017
***VIA OVERNIGHT DELIVERY***

Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
***VIA OVERNIGHT DELIVERY***

Thomas E. Lauria
Gerard Uzzi
David Hille
Andrew Hammond
Scott Greissman
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
***VIA OVERNIGHT DELIVERY***

Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue
Wilmington, DE  19801
***VIA HAND DELIVERY***

Jeffrey M. Schlerf, Esq.
Eric M. Sutty, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE  19801
***VIA HAND DELIVERY***

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
**In re** : **Chapter 11**
:
**AeroThrust Corporation and AeroThrust Engine** :
**Leasing Holding Company, LLC,** : **Case No. 09-14541 (PJW)**
:
      Debtors and Debtors-in-Possession. : (Jointly Administered)
:
: Re: Docket No. 294 & 295
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                                   : SS.
NEW CASTLE COUNTY    :

      Tracy A. Cameron, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 14th of May, she caused a copy of the following to be served on the attached list as indicated:

- **Third Monthly Application of GrayRobinson, P.A., For Allowance of Compensation For Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2010 Through April 30, 2010 [Docket No. 294]**

- **Third Monthly Application of SSG Capital Advisors, LLC, Financial Advisor and Investment Banker to the Unsecured Creditors Committee, for Interim Compensation and Reimbursement of Expenses Incurred for the Period from April 1, 2010 Through April 30, 2010 [Docket No. 295]**

RLF1 3572467v. 1

Dated: May 18, 2010
      Wilmington, Delaware

*[signature]*
Tracy A. Cameron, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 18th day of May, 2010.

*[signature]*
Notary Public

ANN JEROMINSKI
Notary Public – State of Delaware
My Comm. Expires Feb. 14, 2012

# Service List

David Klauder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
***Hand Delivery***

Lufthansa Technik AG
Attn: Volker Widlitzke
Ham WR 14
WEG BEIM JAGER 193
D-22335 Hamburg
Germany
***International Mail***

Turbine Overhaul Svc.
Attn: Hazel Lui
PTE. LTD.
5 Tuas Drive 2
Singapore 638639
***International Mail***

Lufthansa Shannon, Shannon LTTS
Attn:Paul McInerey
Word Aviation Park
County Clare, SH
Ireland
***International Mail***

AeroDirect, Inc.
Attn: Steve Berner
860 Chaddick Drive, Building A
Wheeling, IL 60090
***Overnight Delivery***

Miami-Dade County Aviation
Finance Division
Attn: Brian Ginger
P.O. Box 526624
Miami, FL 33152-6624
***Overnight Delivery***

Avioserv San Diego, Inc.
Attn: Thomas Gehring
6495 Marindustry Place
San Diego, CA 92121
***Overnight Delivery***

Flight Power Management Group
Attn: Mario Galego Jr
4451 N.W. 74th Avenue
Miami, FL 33166
***Overnight Delivery***

# Service List

GE Engine Services Dallas LP
Attn: Charlie Hanschuh
15225 FAA Boulevard
Ft. Worth, TX 76155-2296
***Overnight Delivery***

Parker Hannifin Corp.
Attn: Bev Hamilton
16666 Von Karman Avenue
Irvine, CA 92714
***Overnight Delivery***

GE Aviation Services Operation LLP
Attn: Elsie Seah
23 Loyang Way
Singapore
***International Mail***

Tran Logistics LLC.
Attn: Lily Tran
2801 N.W. 74th Avenue, #170
Miami, FL 33122
***Overnight Delivery***

Pratt & Whitney Aircraft
Spare Parts Sales
400 Main Street
East Hartford, CT 06108
***Overnight Delivery***

Chromalloy Holland BV
Attn: Arthur Hendriks
Siriustraat 55
5015 Tilburg
The Netherlands
***International Mail***

Global Machine Technologies, LLC
Attn: Noel Lilley
9791 Poplar Place
Orlando, FL 32827
***Overnight Delivery***

Jet Aviation Specialist Inc.
Attn: Carlos Fernande
3373 N.W. 107th Street
Miami, FL 33167
***Overnight Delivery***

## Service List

Midamerican Aerospace, Ltd.
Attn: James Berg
280 Blairs Ferry Road, N.E.
Cedar Rapids, IA  52402
***Overnight Delivery***

Pas Technologies Inc.
Attn: Jeff White
214 Hobart Drive
Hillsboro, OH  45133
***Overnight Delivery***

Lanchile
Attn: Victor Brito
CAMB International Airport
POB 147d
Santiago Chile
***International Mail***

Chromalloy San Diego, Inc.
Attn: Mike Yoemans
1071 Industrial Place
El Cajon, CA  92020
***Overnight Delivery***

Phoenix Composite Solutions LLC
Attn: John Scanlon
5911 Mission Street
Oscoda, MI  48750
***Overnight Delivery***

Global Shipping Services LLC
Attn: Jes Poulsen
7175 N.W. 87th Avenue
Miami, FL  33178
***Overnight Delivery***

Combustor Airmotive Services Pte. Ltd.
Attn: Jenny Choy
10 Loyang Lane
Singapore
508916
***International Mail***

GE Engine Services
Tri-Remanufacturing
Attn: Carl Schoolcraft
3390 East Locust Street
Terre Haute, IN  47803
***Overnight Delivery***

# Service List

GA Telesis
Attn: Alex Tuttle
5400 N.W. 35th Avenue
Building 16
Ft. Lauderdale, FL 33309
***Overnight Delivery***

Delta Airlines, Inc.
Hartsfield-Jackson Int. Airport
Attn: Demetra Daniels
1775 Aviation Boulevard
Atlanta, GA 30354
***Overnight Delivery***

Bae Systems Controls
Dock 1, Mail Drop – SC
Attn: Service Center
2000 Taylor Street
Ft. Wayne, IN 46802
***Overnight Delivery***

Rachel Ehrlich Albanese
Greenberg Traurig, LLP
200 Park Avenue
MetLife Building
New York, NY 10166
***Overnight Delivery***

Jetair Support, Inc.
Attn: Adelino Martin
2557 N.W. 74th Avenue
Miami, FL 33122
***Overnight Delivery***

General Electric Engine Services Inc.
Attn: Doug Hordowick
201 West Crescentville Road
Cincinnati, OH 45246
***Overnight Delivery***

Grand Prairie Accesory Services
Attn: Bethany Franklin
1038 Santerre Drive
Grand Prairie, TX 75050
***Overnight Delivery***

PNC Bank, N.A.
JEROLD SLUTSKY
Vice-President
PNC Business Credit
205 Datura Street, 10th Floor
West Palm Beach, FL 33401
***Overnight Delivery***

# Service List

James Langdon, Esq.
Moore & Van Allen
100 North Tryon Street
Suite 4700
Charlotte, NC  28202-4003
***Overnight Delivery***

Erste Bank Der Oesterreichischen Sparkassen AG
London Branch
Stewart Tanner
Director-Aerospace Finance
68 Cornhill
London EC3V 3QE
United Kingdom
***International Mail***

Paul Roberts
Celsius Holdings Delaware Corporation
SAAB Aircraft Leasing, Inc.
21300 Ridgetop Circle
Sterling, VA  20166
***Overnight Delivery***

Internal Revenue Service
Ogden, UT 84201-0012
***Overnight Delivery***

Bonnie Glantz Fatell, Esq.
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
***Hand Delivery***

Carrie Beth Lesser, Esq.
Assistant General Counsel
Bank of America, N.A.
101 E. Kennedy Blvd., 16th Floor
Mail Code: FL1-400-16-12
Tampa, FL 33602
***Overnight Delivery***

Michael D. DeBaecke, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801
***Hand Delivery***

Melissa Green, Esq.
GE Aviation
1 Neuumann Way
Mail Drop F125
Cincinnati, OH  45215
***Overnight Delivery***

# Service List

Gray-Robinson, P.A.
Attn: Steven J. Solomon
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
***Overnight Delivery***

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
***Overnight Delivery***

Sharon L. Levine, Esq.
S. Jason Teele, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
***Overnight Delivery***

William E. Chipman, Jr., Esq.
Kerri K. Mumford, Esq.
Mark D. Olivere, Esq.
J. Landon Ellis, Esq.
Landis, Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
***Hand Delivery***

Robert J. Stark
Sigmund S. Wissner-Gross
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
***Overnight Delivery***

T. Max Riffin
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
***Hand Delivery***

Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Wollmuth Maher & Deutsch, LLP
500 Fifth Avenue
New York, NY 10110
***Overnight Delivery***