## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Case No. 08-13141 (KJC)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | **Re: Dkt. No. 4790** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                            : SS.
NEW CASTLE COUNTY   :

       Tracy A. Cameron, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 15th day of June, 2010 she caused a copy of the following to be served on the attached list as indicated:

- **JPMorgan Chase Bank, N.A.'s Response to the Credit Agreement Lenders' Motion to Compel the Production of Documents [Dkt. No. 4790]**

Tracy A. Cameron, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 15th day of June, 2010.

Notary Public

ANN JEROMINSKI
Notary Public – State of Delaware
My Comm. Expires Feb. 14, 2012

RLF1 3582250v. 1

## SERVICE LIST

**VIA HAND DELIVERY AND EMAIL**

M. Blake Cleary
Robert S. Brady
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building - 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE  19899
mbcleary@ycst.com
rbrady@ycst.com

**VIA OVERNIGHT MAIL AND EMAIL**

Bruce Bennett
James O. Johnston
Joshua D. Morse
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA  90017
bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com
morsej@hbdlawyers.com