IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 4769** |

## AMENDED AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on June 15, 2010, I caused a copy of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on June 16, 2010 at 11:00 a.m. Before the Honorable Kevin J. Carey** to be served on the following persons identified on the attached service list in the manner indicated:

*/s/ Pauline Z. Ratkowiak*
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Sworn to and subscribed before me
this 16th day of June, 2010

*/s/ Sandra L. Van Dyk*
Notary Public

SANDRA L. VAN DYK
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 21, 2012

46429/0001-6807770v1

Tribune Company, *et al.*
Agenda Service List regarding June 16, 2010 Hearing at 11:00 a.m.

**Via Telecopy and Overnight Mail:**
Mike Hendershot
US EPA Region 3
1650 Arch Street
Philadelphia, PA 19103-2029

ASM Capital, L.P.
(Transferor CA Walker Research Solutions, Inc.)
ATTN: Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

**Via Telecopy and First-Class Mail:**
David E. Street
Env. Enforcement Section, U.S. DOJ
P.O. Box 7611
Washington, D.C. 20044

**Via Electronic Mail and Overnight Mail:**
Mr. Robert Henke
4104 Hearthside Drive, Apt. #101
Wilmington, NC 28412

Mr. Herbert E. Eye
HC 72 Box 36
Franklin, WV 26807

Mr. Kevin Millen
1704 Lanier Lane
Memphis, TN 38117

Ms. Maureen Dombeck
4923 N. Wolcott, Unit GA
Chicago, IL 60640

Mr. Terry Godbey
830 Ellwood Ave.
Orlando, FL 32804

Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

Ms. Marcia Willette
69 Pecan Run
Ocala, FL 34472

**Via Overnight Mail:**

Ms. Claudia Sanzeri
35 Woodcock Lane
Levittown, NY 11756

Ms. Karolyn M. Walker
1457 W. 37th Street
Riviera Beach, FL 33404

**Via First-Class Mail:**

Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL 61769

46429/0001-6807770v1