# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Objection Date: July 7, 2010 at 4:00 p.m.<br>Hearing Date: *Only if Objections are filed* |

## FIFTEENTH MONTHLY FEE APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD OF MARCH 1, 2010 THROUGH MARCH 31, 2010

| | |
|---|---|
| Name of Applicant: | **Sidley Austin LLP** |
| Authorized to Provide Professional Services to: | **Debtors** |
| Date of Retention: | **February 20, 2009 (nunc pro tunc to December 8, 2008)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Period for Which Compensation
and Reimbursement is Sought:                    **March 1, 2010 through March 31, 2010**

Amount of compensation sought as actual,        **$2,110,554.50**
reasonable and necessary:

Amount of Expense Reimbursement sought as       **$189,730.95**
actual, reasonable and necessary

This is a(n):   __X__ monthly        _____ interim        _____ final application

Requested Payment Amount:

Fees at 80%                          **$1,688,443.60**

Expenses at 100%                     **$189,730.95**

**FEE SUMMARY FOR THE PERIOD FROM**
**MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh T. Advani | Partner/ Tax/ 18 years. Admitted 1992. | $800 | 5.40 | $4,320.00 |
| Larry A. Barden | Partner/ Corporate/ 28 years. Admitted 1982. | $825 | 100.40 | $82,830.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 33 years. Admitted 1977. | $775 | 141.90 | $109,972.50 |
| Jeffrey E. Bjork | Partner/ Bankruptcy/ 12 years. Admitted 1998. | $725 | .20 | $145.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 24 years. Admitted 1986. | $735 | 2.10 | $1,543.50 |
| Paul S. Caruso | Partner/ Bankruptcy/ 14 years. Admitted 1996. | $725 | 23.70 | $17,182.50 |
| James F. Conlan | Partner/ Bankruptcy/ 22 years. Admitted 1988. | $950 | 147.50 | $139,935.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen G. Contopulos | Partner/ Litigation/ 38 years. Admitted 1972. | $725 | .50 | $362.50 |
| Michael P. Doss | Partner/ Litigation/ 21 years. Admitted 1989. | $685 | 1.10 | $753.50 |
| James W. Ducayet | Partner/ Litigation/ 14 years. Admitted 1996. | $685 | 129.90 | $88,981.50 |
| Max C. Fischer | Partner/ Employment/ 15 years. Admitted 1995. | $625 | 1.00 | $625.00 |
| Lawrence R. Fullerton | Partner/ Litigation/ 32 years. Admitted 1978. | $800 | 5.10 | $4,080.00 |
| Brian J. Gold | Partner/ Employment/ 28 years. Admitted 1982. | $725 | 2.00 | $1,450.00 |
| Janet E. Henderson | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $850 | 150.80 | $125,630.00 |
| Scott J. Heyman | Partner/ Tax/ 23 years. Admitted 1987. | $725 | 42.30 | $30,667.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert W. Hirth | Partner/ Litigation/ 31 years. Admitted 1979. | $875 | .30 | $262.50 |
| Michael Hyatte | Partner/ Regulatory/ 31 years. Admitted 1979. | $875 | 1.30 | $1,137.50 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 18 years. Admitted 1992. | $685 | 5.00 | $3,425.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 11 years. Admitted 1999. | $700 | 164.00 | $113,050.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 28 years. Admitted 1982. | $925 | 222.70 | $195,082.50 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 29 years. Admitted 1991. | $850 | 106.90 | $90,865.00 |
| Robert J. Lewis | Partner/ Banking/ 15 years. Admitted 1995. | $650 | 9.00 | $5,850.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jonathan D. Lotsoff | Partner/ Employment/ 16 years. Admitted 1994. | $650 | 48.70 | $28,405.00 |
| Lorrie M. Marcil | Partner/ Litigation/ 25 years. Admitted 1985. | $600 | 4.00 | $2,400.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 30 years. Admitted 1980. | $950 | 1.80 | $1,710.00 |
| Dennis V. Osimitz | Partner/ Corporate/ 34 years. Admitted 1976. | $775 | .40 | $310.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 28 years. Admitted 1982. | $735 | 40.80 | $29,988.00 |
| Scott E. Saef | Partner/ Real Estate/ 18 years. Admitted 1992. | $630 | .60 | $378.00 |
| John T. Schaff | Partner/ Tax 10 years. Admitted 2000. | $600 | 1.50 | $900.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Schneider | Partner/ Communications/ 25 years. Admitted 1985. | $700 | 31.20 | $21,840.00 |
| Gary B. Stern | Partner/ Banking/ 28 years. Admitted 1982. | $825 | 1.00 | $825.00 |
| Alan M. Unger | Partner/ Litigation/ 31 years. Admitted 1979. | $850 | .50 | $425.00 |
| Thomas P. Van Wazer | Partner/ Communications/ 20 years. Admitted 1990. | $600 | 9.30 | $5,580.00 |
| Melanie E. Walker | Partner/ Litigation/ 10 years. Admitted 2000. | $575 | 21.90 | $12,592.50 |
| James P. Young | Partner/ Litigation/ 17 years. Admitted 1993. | $605 | 6.50 | $3,932.50 |
| Jay H. Zimbler | Partner/ Tax/ 35 years. Admitted 1975. | $850 | .30 | $255.00 |
|  |  |  |  |  |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Miles | Counsel/ Financial Institution Regulation/ 31 years. Admitted 1979. | $675 | 140.50 | $94,837.50 |
| Sally S. Neely | Senior Counsel/ Bankruptcy/ 33 years. Admitted 1977. | $825 | .30 | $247.50 |
| Richard T. Peters | Senior Counsel/ Bankruptcy/ 38 years. Admitted 1972. | $825 | 17.20 | $14,190.00 |
| Sarah E. Adamczyk | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | .40 | $170.00 |
| Nicholas J. Alexiou | Associate/ Litigation/ 1 year. Admission pending. | $250 | 137.70 | $34,425.00 |
| Sheila Armbrust | Associate/ Litigation/ 1 year Admitted 2009 | $380 | 5.10 | $1,938.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 4 years. Admitted 2006. | $525 | 132.10 | $69,352.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 8 years. Admitted 2002. | $650 | 172.60 | $112,190.00 |
| Les Carter | Associate/ Tax 1 year. Admitted 2009. | $315 | 7.10 | $2,236.50 |
| Brenna M. Clark | Associate/ Employment/ 2 years. Admitted 2008. | $355 | .80 | $284.00 |
| Gregory V. Demo | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 111.70 | $47,472.50 |
| Bret T. Diskin | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 28.40 | $8,946.00 |
| Jonathan Dorfman | Associate/ Corporate/ 1 year. Admitted 2009. | $315 | 20.50 | $6,457.50 |
| Kyle J. Fiet | Associate/ Litigation/ 3 years. Admitted 2007. | $405 | 8.30 | $3,361.50 |
| Christopher R. Hale | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 4.00 | $1,420.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bridget J. Hauserman | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $475 | 20.80 | $9,880.00 |
| Michael P. Heinz | Associate/ Corporate/ 6 years. Admitted 2004. | $495 | 1.80 | $891.00 |
| Seth H. Katz | Associate/ Corporate/ 8 years. Admitted 2002. | $530 | 2.50 | $1,325.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 159.90 | $67,957.50 |
| Scott P. Kramer | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | .30 | $118.50 |
| Christopher S. Krueger | Associate/ Corporate/ 2 years. Admitted 2008. | $355 | 18.60 | $6,603.00 |
| Susan P. Lagana | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 72.90 | $23,692.50 |
| James P. Langdon | Associate/ Corporate/ 4 years. Admitted 2006. | $430 | 62.00 | $26,660.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jillian K. Ludwig | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 107.20 | $50,920.00 |
| Shawn C. Luna | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 23.40 | $8,775.00 |
| Gabriel R. MacConaill | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 4.40 | $2,464.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 5 years. Admitted 2005. | $560 | 175.40 | $98,224.00 |
| Brett H. Myrick | Associate/ Bankruptcy/ 1 year. Admitted 2009. | $375 | 20.40 | $7,650.00 |
| Sandra F. Palmer | Associate/ Litigation/ 7 years. Admitted 2003. | $525 | 25.80 | $13,545.00 |
| Joseph M. Paral | Associate/ Tax/ 2 years. Admitted 2008. | $395 | 21.70 | $8,571.50 |
| Jen Peltz | Associate/ Litigation/ 7 years. Admitted 2003. | $515 | 11.00 | $5,665.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael A. Peluso | Associate/ Banking/ 1 year. Admitted 2009. | $315 | 1.50 | $472.50 |
| Scott R. Rauscher | Associate/ Litigation/ 5 years. Admitted 2005. | $465 | .30 | $139.50 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 6 years. Admitted 2004. | $495 | 14.90 | $7,375.50 |
| Allison E. Ross | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 36.50 | $15,512.50 |
| Thomas E. Ross | Associate/ Litigation/ 1 year. Admitted 2009. | $325 | 73.80 | $23,985.00 |
| Naomi Schoenbaum | Associate/ Litigation/ 3 years. Admitted 2007. | $475 | 7.10 | $3,372.50 |
| Brian S. Shull | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 68.70 | $27,136.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard M. Silverman | Associate/ Tax/ 3 years. Admitted 2007. | $395 | 65.60 | $25,912.00 |
| John M. Skakun III | Associate/ Litigation/ 2 years. Admitted 2008. | $355 | 3.70 | $1,313.50 |
| Allison Leff Triggs | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 75.40 | $32,045.00 |
| Patrick J. Wackerly | Associate/ Litigation/ 3 years. Admitted 2007. | $395 | 65.10 | $25,714.50 |
| Megan M. Walsh | Associate/ Litigation/ 4 years. Admitted 2006. | $395 | 3.30 | $1,303.50 |
| Eva Mozena Brandon | Legal Assistant/ Litigation/ <1 years. | $190 | 8.20 | $1,558.00 |
| Richard Bryan | Legal Assistant/ Litigation/ 2 years. | $190 | 64.30 | $12,217.00 |
| Shirley Higashi | Legal Assistant/ Litigation/ 5 years. | $195 | 12.10 | $2,359.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Zeno Lantos | Legal Assistant/ Litigation/ 9 years. | $240 | 27.30 | $6,552.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 25 years. | $285 | 37.70 | $10,744.50 |
| Branka V. Nastasic | Legal Assistant/ Corporate/ 8 years. | $225 | 17.50 | $3,937.50 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 8 years. | $200 | 10.30 | $2,060.00 |
| Maud Such | Legal Assistant/ Litigation/ 21 years. | $220 | 2.70 | $594.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 81.20 | $15,428.00 |
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 77.00 | $20,405.00 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 17.50 | $1,925.00 |
| Jeffrey V. Bosh | Librarian/ 25 years. | $145 | 1.50 | $217.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Khalib J. Bell | Litigation Support/ 1 year. | $185 | 4.50 | $832.50 |
| Marc A. Beltran | Litigation Support/ 2 years. | $265 | 2.70 | $715.50 |
| Rene Laurens | Litigation Support/ 4 years. | $265 | 4.50 | $1,192.50 |
| Daniel Rioja | Litigation Support/ 1 year. | $185 | .50 | $92.50 |
| Tanya Shim | Litigation Support/ 10 years. | $210 | 31.40 | $6,594.00 |
| Christopher Stavropoulos | Litigation Support/ 1 year. | $185 | 3.70 | $684.50 |
| | | | | |
| **Grand Total** | | | 3,766.90 | $2,110,554.50 |
| **Blended Rate** | | $560.29 | | |

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM
MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Matters (20100) | 132.60 | $53,195.50[1] |
| Fee Applications (30390) | 118.00 | $40,371.50 |
| Executory Contracts and Leases (30410) | 57.10 | $27,183.50 |
| Use/Sale/Lease of Assets (30430) | 21.30 | $12,530.00 |
| DIP Financing/Cash Collateral (30440) | 26.50 | $12,510.00 |
| Insurance Issues (30450) | 3.90 | $3,285.00 |
| Committee-Related Matters (30460) | 6.40 | $5,635.00 |
| Litigated Matters (30470) | 1,261.20 | $619,557.50 |
| Travel Time (30480) (with 50% discount) | 44.60 | $18,465.00 |
| Labor Issues (30490) | 43.00 | $31,688.00 |
| Plan and Disclosure Statement (30500) | 1,523.10 | $1,013,976.50 |
| Professional Retention (30510) | 15.00 | $7,957.50 |
| Tax Issues (30520) | 143.90 | $75,148.50 |
| Claims Processing (30530) | 63.60 | $35,307.50 |
| Business Operations (30550) | 123.60 | $58,211.00 |
| Case Administration (30560) | 117.80 | $53,993.00 |
| Creditor Communications (30570) | 2.20 | $1,265.00 |
| Bankruptcy Schedules (30580) | 6.20 | $3,995.00 |
| Employee Issues (30590) | 56.90 | $36,279.50 |
| **TOTAL** | **3,766.90** | **$2,110,554.50** |

---

[1] $12,656.50 of this amount represents professional fees for FCC-related services attributable to KPLR-TV (1.20 hrs., $318.00), KWGN-TV (2.40 hrs., $636.00), and Newspaper Crossownership (17.60 hrs., $11,702.50), which are contained in separate invoices included in this Application.

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**MARCH 1, 2010 THROUGH MARCH 31, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | Various | $5,657.97 |
| Court Costs | | $216.00 |
| Duplicating Charges[2] | | $8,530.78 |
| Document Delivery Services | | $760.69 |
| Document Services | | $3.29 |
| Filing Fees | | $2,135.00 |
| Ground Transportation | | $1,609.76 |
| Lexis Research Service[3] | Lexis | $3,231.87 |
| Meals Out-of-Town | | $848.15 |
| Meals | | $140.00 |
| Messenger Services | | $171.11 |
| Overtime | | $2,421.20 |
| Document Production | | $12.50 |
| Professional Services/Specialists | | $141,289.00 |
| Court Reporter | | $468.09 |
| Search Services | | $795.53 |
| Telephone Tolls | | $794.35 |
| Travel/Lodging | | $4,513.19 |
| Westlaw Research Service[3] | Westlaw | $16,132.47 |
| | | |
| **Total** | | **$189,730.95** |

[2] Sidley's rate for standard (non-color) copying is $0.10 per page and is in compliance with the rates as required by Local Rule 2016-2(e)(iii).

[3] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.

LA1 1793546V.1