**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## NOTICE OF SERVICE OF DISCOVERY

I, Raymond H. Lemisch, Esquire, hereby certify that on June 16, 2010, a true and correct copy of the *Notice of Deposition of Todd Kaplan* (the "Deposition Notice") was served via email upon the following parties:

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>David W. Brown (dbrown@paulweiss.com)<br>Lauren Shumejda (lshumejda@paulweiss.com)<br>Stephen J. Shimshak (sshimshak@paulweiss.com)<br>Andrew G. Gordon (agordon@paulweiss.com)<br>Elizabeth McColm (emccolm@paulweiss.com)<br>Stuart McPhail (smcphail@paulweiss.com)<br>Charles E. Davidow (cdavidow@paulweiss.com) | **DAVIS POLK**<br>Donald S. Bernstein (donald.bernstein@davispolk.com)<br>Sharon Katz (sharon.katz@davispolk.com)<br>Dennis E. Glazer (dennis.glazer@davispolk.com)<br>Damian S. Schaible (damian.schaible@davispolk.com)<br>Michael J. Russano (michael.russano@davispolk.com) |
| **SIDLEY AUSTIN LLP**<br>James F. Conlan (jconlan@sidley.com)<br>Bryan Krakauer (bkrakauer@sidley.com)<br>Jessica C.K. Boelter (jboelter@sidley.com)<br>James F. Bendernagel, Jr. (jbendernagel@sidley.com)<br>Kevin T. Lantry (klantry@sidley.com)<br>Jen Peltz (jpeltz@sidley.com) | **O'MELVENY & MYERS LLP**<br>Daniel L. Cantor (dcantor@omm.com)<br>Bradley J. Butwin (bbutwin@omm.com)<br>Evan M. Jones (ejones@omm.com)<br>Steven A. Rosenstein (srosenstein@omm.com) |
| **JENNER & BLOCK LLP**<br>David J. Bradford (dbradford@jenner.com) | **WINSTON & STRAWN LLP**<br>David Neier (dneier@winston.com) |
| **MAYER BROWN LLP**<br>Brian Trust (btrust@mayerbrown.com)<br>Amit K. Trehan (atrehan@mayerbrown.com)<br>Michael L. Simes (msimes@mayerbrown.com)<br>Jean-Marie L. Atamian (jatamian@mayerbrown.com) | **WEIL, GOTSHAL & MANGES LLP**<br>Jonathan D. Polkes (jonathan.polkes@weil.com)<br>Evan S. Lederman (evan.lederman@weil.com)<br>Shai Y. Waisman (shai.waisman@weil.com) |

3618768_1.DOC

| | |
|---|---|
| **BARNES & THORNBURG LLP**<br>David M. Powlen<br>(david.powlen@BTLaw.com) | **KAYE SCHOLER LLP**<br>Joseph M. Drayton<br>(jdrayton@kayescholer.com)<br>Madlyn Gleich Primoff<br>(mprimoff@kayescholer.com)<br>Jane W. Parver (jparver@kayescholer.com)<br>Margot B. Schonholtz<br>(mschonholtz@kayescholer.com) |
| **POTTER ANDERSON & CORROON LLP**<br>Laurie Selber Silverstein<br>(lsilverstein@potteranderson.com) | **PEPPER HAMILTON LLP**<br>John Henry Schanne, II<br>(schannej@pepperlaw.com) |
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Alexis Freeman (afreeman@akingump.com)<br>Daniel H. Golden (dgolden@akingump.com)<br>Deborah Newman<br>(djnewman@akingump.com)<br>Philip C. Dublin (pdublin@akingump.com) | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>Andrew K. Glenn (aglenn@kasowitz.com)<br>Daniel A. Fliman (dfliman@kasowitz.com)<br>David S. Rosner (drosner@kasowitz.com)<br>Matthew B. Stein (mstein@kasowitz.com)<br>Sheron Korpus (skorpus@kasowitz.com) |
| **WHITE & CASE LLP**<br>Andrew W. Hammond<br>(ahammond@whitecase.com)<br>Andrew Zatz (azatz@whitecase.com)<br>David G. Hille (dhille@whitecase.com)<br>Kim Haviv (khaviv@whitecase.com)<br>Thomas E. Lauria (tlauria@whitecase.com)<br>Scott Greissman (sgreissman@whitecase.com) | **WILMERHALE**<br>Andrew N. Goldman<br>(andrew.goldman@wilmerhale.com) |
| **HENNIGAN, BENNETT & DORMAN LLP**<br>Bruce Bennett (bennettb@hbdlawyers.com)<br>James O. Johnston<br>(johnstonj@hbdlawyers.com) | **CHADBOURNE & PARKE LLP**<br>David M. LeMay (dlemay@chadbourne.com)<br>Douglas E. Deutsch<br>(ddeutsch@chadbourne.com)<br>Howard Seife (hseife@chadbourne.com)<br>Robert A. Schwinger<br>(rschwinger@chadbourne.com) |
| **LEADER & BERKON, LLP**<br>Glen Silverstein<br>(gsilverstein@leaderberkon.com) | **ZUCKERMAN SPAEDER LLP**<br>Graeme W. Bush (gbush@zuckerman.com)<br>James Sottile (jsottile@zuckerman.com)<br>Thomas G. Macauley<br>(tmacauley@zuckerman.com) |

| | |
|---|---|
| **TEITELBAUM & BASKIN, LLP**<br>Jay Teitelbaum (jteitelbaum@tblawllp.com) | **LANDIS, RATH & COBB, LLP**<br>Adam G. Landis<br>(landis@lrclaw.com) |
| **KLEE, TUCHIN, BOGDANOFF & STERN LLP**<br>Lee R. Bogdanoff (lbogdanoff@ktbslaw.com)<br>Martin R. Barash (mbarash@ktbslaw.com) | **OFFICE OF THE U.S. TRUSTEE**<br>Joseph McMahon, Esquire<br>joseph.mcmahon@usdoj.gov |
| **EXAMINER**<br>Kenneth N. Klee, Esquire<br>(klee@law.ucla.edu) | |

I further certify that on June 16, 2010, a true and correct copy of the Deposition Notice was served via First Class Mail upon the following party:

> Joseph M. Drayton, Esquire
> KAYE SCHOLER LLP
> 425 Park Avenue
> New York, NY  10022

Dated:  June 17, 2010

      **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
      Raymond H. Lemisch, Esquire (No. 4204)
      Jennifer R. Hoover, Esquire (No. 5111)
      222 Delaware Ave., Suite 801
      Wilmington, DE 19801
      302-442-7010 (telephone)
      302-442-7012 (facsimile)
      rlemisch@beneschlaw.com
      jhoover@beneschlaw.com

- and -

3618768_1.DOC

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*