# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |
| | **Ref Nos. 4606, 4608, 4609, 4611, 4615, 4616, 4629, 4630, 4631, 4636, 4637, 4638, 4639, 4652, 4653, 4654, 4655, 4674, 4676, 4677, 4699, 4700, 4701, 4716, 4720, 4722, 4731, 4737, 4740, 4741, 4742, 4743, 4747, 4770, 4780, 4787, 4800, 4801, 4803** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

TIME DARDEN, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 18, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," ("Personalized Transfers"), copies of which are annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit A.  I also caused copies of the Personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Time Darden

Sworn to before me this

18th day of June, 2010

Notary Public

REGINA AMPODPRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

13

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4606** |

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)</u>**

**NOVIAN & NOVIAN, LLP**
**1801 CENTURY PARK EAST, SUITE 1201**
**LOS ANGELES, CA 90067**

To:        **NOVIAN & NOVIAN, LLP**
            **1801 CENTURY PARK EAST, SUITE 1201**
            **LOS ANGELES, CA 90067**

Your schedule, in the amount of **$11,912.29** has been transferred, unless previously expunged by Court Order, to:

**LONGACRE OPPORTUNITY FUND, L.P.**
**ATTN:  VLADIMIR JELISAVCIC**
**810 SEVENTH AVENUE, 33RD FLOOR**
**NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4606** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By           /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4608** |

## <u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)</u>

**NOVIAN & NOVIAN, LLP**
**1801 CENTURY PARK EAST, SUITE 1201**
**LOS ANGELES, CA 90067**

To:          **NOVIAN & NOVIAN, LLP**
              **1801 CENTURY PARK EAST, SUITE 1201**
              **LOS ANGELES, CA 90067**

Your claim #2596, in the amount of **$12,772.00** has been transferred, unless previously expunged by Court Order, to:

**LONGACRE OPPORTUNITY FUND, L.P.**
**ATTN:  VLADIMIR JELISAVCIC**
**810 SEVENTH AVENUE, 33RD FLOOR**
**NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4608** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4609** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**MERKLE INC**
**PO BOX 64897**
**BALTIMORE, MD 21264**


To:          **MERKLE INC**
             **PO BOX 64897**
             **BALTIMORE, MD 21264**

Your schedule, in the amount of **$23,870.00** has been transferred, unless previously expunged by Court Order, to:

**LONGACRE OPPORTUNITY FUND, L.P.**
**ATTN:  VLADIMIR JELISAVCIC**
**810 SEVENTH AVENUE, 33RD FLOOR**
**NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4609** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:       This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4611** |

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)</u>**

**MERKLE INC**
**PO BOX 64897**
**BALTIMORE, MD 21264**


To:          **MERKLE INC**
             **PO BOX 64897**
             **BALTIMORE, MD 21264**

Your schedule, in the amount of **$24,125.00** has been transferred, unless previously expunged by Court Order, to:

**LONGACRE OPPORTUNITY FUND, L.P.**
**ATTN: VLADIMIR JELISAVCIC**
**810 SEVENTH AVENUE, 33RD FLOOR**
**NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4611** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:          This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4615** |

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)</u>**

**BARRY FIALK INC
40 STIRLING COURT
METUCHEN, NJ 08840-1514**

To:        **BARRY FIALK INC
            40 STIRLING COURT
            METUCHEN, NJ 08840-1514**

Your claim #948, in the amount of **$10, 881.00** has been transferred, unless previously expunged by Court Order, to:

**FAIR LIQUIDITY PARTNERS, LLC
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4615** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4616** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**BONANO, JOHN**
**C/O SP MEDIA**
**RANCHO SANTA FE, CA 92067**

To:        **BONANO, JOHN**
           **C/O SP MEDIA**
           **RANCHO SANTA FE, CA 92067**

Your schedule, in the amount of **$1,500.00** has been transferred, unless previously expunged by Court Order, to:

**FAIR LIQUIDITY PARTNERS, LLC**
**1777 SARATOGA AVE, SUITE #106**
**SAN JOSE, CA 95129**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4616** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4629** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**COLLEGE OF DUPAGE**
**MCANINCH ARTS CENTER**
**425 FAWELL BLVD**
**GLEN ELLYN, IL 60137**

To:        **COLLEGE OF DUPAGE**
           **MCANINCH ARTS CENTER**
           **425 FAWELL BLVD**
           **GLEN ELLYN, IL 60137**

Your claim#3347, in the amount of **$7,753.47** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVE**
**CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4629** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4630** |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

**AMBERLEAF PARTNERS INC**
**781 S MIDLOTHIAN RD SUITE 308**
**MUNDELEIN, IL 60060**

To:        **AMBERLEAF PARTNERS INC**
            **781 S MIDLOTHIAN RD SUITE 308**
            **MUNDELEIN, IL 60060**

Your schedule, in the amount of **$4,000.00** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVE**
**CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4630** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4631** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**HAWKER POWERSOURCE INC**
**PO BOX 116893**
**ATLANTA, GA 30368-6893**

To:      **HAWKER POWERSOURCE INC**
         **PO BOX 116893**
         **ATLANTA, GA 30368-6893**

Your schedule, in the amount of **$5,614.82** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVE**
**CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4631** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4636** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**EXPRESS MAID**
**1101 LAKE STREET NO. 403**
**OAK PARK, IL 60301**

To:        **EXPRESS MAID**
            **1101 LAKE STREET NO. 403**
            **OAK PARK, IL 60301**

Your claim#1158, in the amount of **$375.00** has been transferred, unless previously expunged by Court Order, to:

**BLUE HERON MICRO OPPORTUNITIES FUND, LLP**
**ATTN:  CLAIMS PROCESSING DEPT.**
**P.O. BOX 14610**
**SURFSIDE BEACH, SC 29587**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4636** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, *et al*.,** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4637** |

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)</u>**

**GARCIA & CASTIELLO MEDIA SERVICES**
**ATTN:  JOSE GARCIA**
**4321 SOUTHWEST 15TH ST.**
**MIAMI, FL 33434**

To:        **GARCIA & CASTIELLO MEDIA SERVICES**
           **ATTN:  JOSE GARCIA**
           **4321 SOUTHWEST 15TH ST.**
           **MIAMI, FL 33434**

Your claim#3465, in the amount of **$673.38** has been transferred, unless previously expunged by Court Order, to:

           **BLUE HERON MICRO OPPORTUNITIES FUND, LLP**
           **ATTN:  CLAIMS PROCESSING DEPT.**
           **P.O. BOX 14610**
           **SURFSIDE BEACH, SC 29587**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4637** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | **Ref Docket No. 4638** |

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)</u>**

**KAHNS, KRISTIE**
**516 N OGDEN AVE, NO. 237**
**CHICAGO, IL 60622**

To:        **KAHNS, KRISTIE**
           **516 N OGDEN AVE, NO. 237**
           **CHICAGO, IL 60622**

Your claim#3174, in the amount of **$450.00** has been transferred, unless previously expunged by Court Order, to:

**BLUE HERON MICRO OPPORTUNITIES FUND, LLP**
**ATTN:  CLAIMS PROCESSING DEPT.**
**P.O. BOX 14610**
**SURFSIDE BEACH, SC 29587**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4638** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4639** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**PROMENADE PROMOTIONS**
**1646 FALLING STAR LN**
**CHINO HILLS, CA 91709**

To:          **PROMENADE PROMOTIONS**
             **1646 FALLING STAR LN**
             **CHINO HILLS, CA 91709**

Your schedule, in the amount of **$450.00** has been transferred, unless previously expunged by Court Order, to:

**BLUE HERON MICRO OPPORTUNITIES FUND, LLP**
**ATTN:  CLAIMS PROCESSING DEPT.**
**P.O. BOX 14610**
**SURFSIDE BEACH, SC 29587**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4639** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By_____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4652** |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**

**COLLETT MECHANICAL INC**
**138 SICKER ROAD**
**LATHAM, NY 12110**

To:        **COLLETT MECHANICAL INC**
        **138 SICKER ROAD**
        **LATHAM, NY 12110**

Your schedule, in the amount of **$389.00** has been transferred, unless previously expunged by Court Order, to:

        **BLUE HERON MICRO OPPORTUNITIES FUND, LLP**
        **ATTN:  CLAIMS PROCESSING DEPT.**
        **P.O. BOX 14610**
        **SURFSIDE BEACH, SC 29587**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4652** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By            /s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4653** |

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)</u>**

**MARKOUTSAS, ELAINE**
**1721 W HENDERSON ST**
**CHICAGO, IL 60657**

To:          **MARKOUTSAS, ELAINE**
             **1721 W HENDERSON ST**
             **CHICAGO, IL 60657**

Your schedule, in the amount of **$300.00** has been transferred, unless previously expunged by Court Order, to:

**BLUE HERON MICRO OPPORTUNITIES FUND, LLP**
**ATTN:  CLAIMS PROCESSING DEPT.**
**P.O. BOX 14610**
**SURFSIDE BEACH, SC 29587**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4653** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4654** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**MONKEY BUNCH**
**PO BOX 461213**
**LOS ANGELES, CA 90046**


To:         **MONKEY BUNCH**
            **PO BOX 461213**
            **LOS ANGELES, CA 90046**

Your claim#2447, in the amount of **$400.00** has been transferred, unless previously expunged by Court Order, to:

**BLUE HERON MICRO OPPORTUNITIES FUND, LLP**
**ATTN:  CLAIMS PROCESSING DEPT.**
**P.O. BOX 14610**
**SURFSIDE BEACH, SC 29587**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4654** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4655** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**PARTIPILO, FRANK P
801 PRAIRIE LAWN RD
GLENVIEW, IL 60025**

To:        **PARTIPILO, FRANK P
801 PRAIRIE LAWN RD
GLENVIEW, IL 60025**

Your schedule, in the amount of **$1,050.00** has been transferred, unless previously expunged by Court Order, to:

**BLUE HERON MICRO OPPORTUNITIES FUND, LLP
ATTN:  CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4655** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By_____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:       This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4674** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**GRAEBEL COMPANIES**
**2631 PAYSHERE CIRCLE**
**CHICAGO, IL 60674**

To:        **GRAEBEL COMPANIES**
**2631 PAYSHERE CIRCLE**
**CHICAGO, IL 60674**

Your schedule, in the amount of **$25,156.48** has been transferred, unless previously expunged by Court Order, to:

**UNITED STATES DEBT RECOVERY V LP**
**940 SOUTHWOOD BL, SUITE 101**
**INCLINE VILLAGE, NV 89451**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4674** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4676** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**APPLICANT INSIGHT LIMITED INC**
**PO BOX 458**
**NEW PORT RICHEY, FL 34656-0458**

To:          **APPLICANT INSIGHT LIMITED INC**
             **PO BOX 458**
             **NEW PORT RICHEY, FL 34656-0458**

Your claims and schedules, in the amounts indicated below, have been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVENUE**
**CRESSKILL, NJ 07626**

| Debtor | Schedule | Claim# | Claim Date | Schedule Amt | Claim Amt |
|---|---|---|---|---|---|
| Tribune Television Company | 241000500 | | | $ 826.27 | $ - |
| Tribune Media Services, Inc. | 236004330 | | | $ 827.40 | $ - |
| Tribune Company | 141000790 | | | $ 348.60 | $ - |
| The Daily Press, Inc. | 210002060 | 1734 | 4/27/2009 | $ 567.10 | $ 493.10 |
| Forum Publishing Group, Inc. | 168000060 | 1733 | 4/27/2009 | $ 658.50 | $ 180.00 |
| Channel 39, Inc. | 148000080 | 1732 | 4/27/2009 | $ 104.50 | $ 250.60 |
| WGN Continental Broadcasting Company | 252000300 | 1731 | 4/27/2009 | $ 933.12 | $ 505.40 |
| KIAH Inc. | 180000150 | 1730 | 4/27/2009 | $ 424.50 | $ 322.00 |
| Sun-Sentinel Company | 208002210 | 1729 | 4/27/2009 | $ 5,309.28 | $ 4,828.25 |
| Chicago Tribune Company | 152003010 | 1728 | 4/27/2009 | $ 3,745.05 | $ 3,725.30 |
| KTLA Inc. | 183000250 | 1727 | 4/27/2009 | $ 198.80 | $ 829.80 |
| KSWB Inc. | 182000100 | 1726 | 4/27/2009 | $ 63.00 | $ 9.00 |
| Tribune Media Net, Inc. | 235000100 | 1725 | 4/27/2009 | $ 1,755.34 | $ 1,695.54 |
| Tribune Media Services, Inc. | | 1724 | 4/27/2009 | | $ 53.50 |

No action is required if you do not object to the transfer(s).  However, if you object to the transfer(s), within 21 days of the date of this notice you must file a written objection to the transfer(s) with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4676** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By <u>      /s/ Time Darden      </u>
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4677** |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**

**CITY OF RIVERSIDE PUBLIC UTILITIES**
**3900 MAIN ST**
**RIVERSIDE, CA 92522-0144**

To:       **CITY OF RIVERSIDE PUBLIC UTILITIES**
            **3900 MAIN ST.**
            **RIVERSIDE, CA 92522-0144**

Your claim#1563, in the amount of **$1,494.45** has been transferred, unless previously expunged by Court Order, to:

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4677** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:       This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4699** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**ANDERSON DIRECTORY SALES**
**4901 E DRY CREEK RD NO. 270**
**CENTENNIAL, CO 80122**

To:       **ANDERSON DIRECTORY SALES**
       **4901 E DRY CREEK RD NO. 270**
       **CENTENNIAL, CO 80122**

Your schedule, in the amount of **$5,772.73** has been transferred, unless previously expunged by Court Order, to:

       **CORRE OPPORTUNITIES FUND, L.P.**
       **ATTN:  CLAIMS PROCESSING (BANKRUPTCY)**
       **1370 AVENUE OF THE AMERICAS, 29TH FLOOR**
       **NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4699** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, *et al*.,** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4700** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**ANDERSON DIRECTORY SALES
4901 E DRY CREEK RD NO. 270
CENTENNIAL, CO 80122**

To:          **ANDERSON DIRECTORY SALES
              4901 E DRY CREEK RD NO. 270
              CENTENNIAL, CO 80122**

Your claim#317702, in the amount of **$586.76** has been transferred, unless previously expunged by Court Order, to:

          **CORRE OPPORTUNITIES FUND, L.P.
          ATTN:  CLAIMS PROCESSING (BANKRUPTCY)
          1370 AVENUE OF THE AMERICAS, 29TH FLOOR
          NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4700** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By_____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, *et al*.,** | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | **Ref Docket No. 4701** |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**

**ANDERSON DIRECTORY SALES**
**4901 E DRY CREEK RD NO. 270**
**CENTENNIAL, CO 80122**

To:      **ANDERSON DIRECTORY SALES**
         **4901 E DRY CREEK RD NO. 270**
         **CENTENNIAL, CO 80122**

Your claim#317701, in the amount of **$5,185.97** has been transferred, unless previously expunged by Court Order, to:

**CORRE OPPORTUNITIES FUND, L.P.**
**ATTN:  CLAIMS PROCESSING (BANKRUPTCY)**
**1370 AVENUE OF THE AMERICAS, 29TH FLOOR**
**NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4701** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | **Ref Docket No. 4716** |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**

**COMCAST CABLE COMMUNICATIONS INC**
**DBA COMCAST SPOTLIGHT**
**2710 GATEWAY OAKS DRIVE SOUTH, STE 100**
**SACRAMENTO, CA 95833**

To:        **COMCAST CABLE COMMUNICATIONS INC**
           **DBA COMCAST SPOTLIGHT**
           **2710 GATEWAY OAKS DRIVE SOUTH, STE 100**
           **SACRAMENTO, CA 95833**

Your claim#2804, in the amount of **$19,550.00** has been transferred, unless previously expunged by Court Order, to:

        **FAIR LIQUIDITY PARTNERS, LLC**
        **1777 SARATOGA AVE, SUITE#106**
        **SAN JOSE, CA 95129**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4716** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By_____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, *et al*.,** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4720** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**PRIME VISIBILITY LLC**
**1660 WALT WHITMAN RD, SRE 100**
**MELVILLE, NY 11747**

To:        **PRIME VISIBILITY LLC**
          **1660 WALT WHITMAN RD, SRE 100**
          **MELVILLE, NY 11747**

Your claim#1907, in the amount of **$10,000.00** has been transferred, unless previously expunged by Court Order, to:

          **FAIR HARBOR CAPITAL, LLC**
          **ANSONIA FINANCE STATION**
          **PO BOX 237037**
          **NEW YORK, NY 10023**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4720** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4722** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**UTOG 2 WAY RADIO ASSN INC**
**25-20 39TH AVENUE**
**LONG ISLAND CITY, NY 11101-3616**

To:        **UTOG 2 WAY RADIO ASSN INC**
        **25-20 39TH AVENUE**
        **LONG ISLAND CITY, NY 11101-3616**

Your claim#3311, in the amount of **$20,848.69** has been transferred, unless previously expunged by Court Order, to:

        **ASM CAPITAL**
        **7600 JERICHO TURNPIKE SUITE 302**
        **WOODBURY, NY 11797**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4722** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | **Ref Docket No. 4731** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**RIGGLE, JOHN
81 CHURCHILL DR.
YORK, PA 17403**

To:        **RIGGLE, JOHN
81 CHURCHILL DR.
YORK, PA 17403**

Your claim#3640, in the amount of **$138,330.77** has been transferred, unless previously expunged by Court Order, to:

**ASM CAPITAL, L.P.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4731** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4737** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**OUTSIDER INC
230 E OHIO ST 7TH FLR
CHICAGO, IL 60611**

To:      **OUTSIDER INC
230 E OHIO ST 7TH FLR
CHICAGO, IL 60611**

Your schedule, in the amount of **$8,000.00** has been transferred, unless previously expunged by Court Order, to:

**FAIR LIQUIDITY PARTNERS, LLC
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4737** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By <u>       /s/ Time Darden       </u>
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4740** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**PRINT RESOURCE GROUP**
**16151 CAIRNWAY SUITE 201**
**HOUSTON, TX 77084**


To:        **PRINT RESOURCE GROUP**
            **16151 CAIRNWAY SUITE 201**
            **HOUSTON, TX 77084**

Your schedule, in the amount of **$6,610.54** has been transferred, unless previously expunged by Court Order, to:

**LIQUIDITY SOLUTIONS INC**
**ONE UNIVERSITY PLAZA SUITE 312**
**HACKENSACK, NJ 07601**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4740** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4741** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

      **NESSET, JONATHAN JAY**
      **1509 W SUPERIOR**
      **CHICAGO, IL 60622**

To:        **NESSET, JONATHAN JAY**
           **1509 W SUPERIOR**
           **CHICAGO, IL 60622**

Your claim#4137, in the amount of **$6,400.00** has been transferred, unless previously expunged by Court Order, to:

      **CLAIMS RECOVERY GROUP LLC**
      **92 UNION AVE**
      **CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4741** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

<u>By      /s/ Time Darden    </u>
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4742** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**TOWER PAPER CO INC**
**1216 BRUNSWICK AVE**
**FAR ROCKAWAY, NY 11691**

To:        **TOWER PAPER CO INC**
          **1216 BRUNSWICK AVE**
          **FAR ROCKAWAY, NY 11691**

Your schedule, in the amount of **$1,107.38** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVE**
**CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4742** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al*., | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4743** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**WASHINGTON POST WRITERS GROUP**
**PO BOX 75442**
**BALTIMORE, MD 21275-5442**

To:          **WASHINGTON POST WRITERS GROUP**
            **PO BOX 75442**
            **BALTIMORE, MD 21275-5442**

Your schedule, in the amount of **$758.08** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVE**
**CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4743** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, *et al*.,** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4747** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**VERBUM DEI HIGH SCHOOL WORKSTUDY, INC**
**11100 S CENTRAL AVE**
**LOS ANGELES, CA 90059-1199**



To:          **VERBUM DEI HIGH SCHOOL WORKSTUDY, INC**
             **11100 S CENTRAL AVE**
             **LOS ANGELES, CA 90059-1199**

Your claim#2662, in the amount of **$10,000.00** has been transferred, unless previously expunged by Court Order, to:

             **CORRE OPPORTUNITIES FUND, L.P.**
             **ATTN:  CLAIMS PROCESSING (BANKRUPTCY)**
             **1370 AVENUE OF THE AMERICAS, 29TH FLOOR**
             **NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4747** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By_____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 18, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | **Ref Docket No. 4770** |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

**PROGRAM PARTNERS**
**818 HAMPTON DRIVE #1**
**VENICE, CA 90291**


To:        **PROGRAM PARTNERS**
           **818 HAMPTON DRIVE #1**
           **VENICE, CA 90291**

Your claim#2404, in the amount of **$2,332.13** has been transferred, unless previously expunged by Court Order, to:

           **CORRE OPPORTUNITIES FUND, L.P.**
           **ATTN:  CLAIMS PROCESSING (BANKRUPTCY)**
           **1370 AVENUE OF THE AMERICAS, 29TH FLOOR**
           **NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4770** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4780** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**APS HEALTHCARE BETHESDA**
**44 S BROADWAY #1200**
**WHITE PLAINS, NY 10601-4425**


To:        **APS HEALTHCARE BETHESDA**
        **44 S BROADWAY #1200**
        **WHITE PLAINS, NY 10601-4425**

Your claim#2791, in the amount of **$5,445.00** has been transferred, unless previously expunged by Court Order, to:

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4780** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4787** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**MUNICIPAL MEDIA SOLUTIONS**
**676 NORTH LASALLE, SUITE 213**
**CHICAGO, IL 60654**

To:          **MUNICIPAL MEDIA SOLUTIONS**
             **676 NORTH LASALLE, SUITE 213**
             **CHICAGO, IL 60654**

Your claim#799, in the amount of **$1,194.25** has been transferred, unless previously expunged by Court Order, to:

**FAIR LIQUIDITY PARTNERS, LLC**
**1777 SARATOGA AVE, SUITE #106**
**SAN JOSE, CA 95129**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4787** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, *et al.*,** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4800** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**SIRVA RELOCATION LLC**
**LASALLE BANK**
**5017 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**


To:       **SIRVA RELOCATION LLC**
          **LASALLE BANK**
          **5017 PAYSPHERE CIRCLE**
          **CHICAGO, IL 60674**

Your claim#3396, in the amount of **$16,775.00** has been transferred, unless previously expunged by Court Order, to:

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4800** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:       This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4801** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**MULTIAD SERVICES**
**1720 W. DETWEILER DR.**
**PEORIA, IL 61615**



To:        **MULTIAD SERVICES**
           **1720 W. DETWEILER DR.**
           **PEORIA, IL 61615**

Your claim#1084, in the amount of **$556.79** has been transferred, unless previously expunged by Court Order, to:

           **LIQUIDITY SOLUTIONS, INC**
           **ONE UNIVERSITY PLAZA, SUITE 312**
           **HACKENSACK, NJ 07601**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4801** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:       This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 18, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4803** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**SEMMATERIALS LP**
**DEPT 2254**
**TULSA, OK 74182**


To:         **SEMMATERIALS LP**
            **DEPT 2254**
            **TULSA, OK 74182**

Your schedule, in the amount of **$12,397.22** has been transferred, unless previously expunged by Court Order, to:

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4803** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By          /s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 18, 2010

EXHIBIT B

**TRB: 6-18-2010 Notices of Transfer**

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTN: J. KATE STICKLES, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801