File No. 1324.004

UNITED STATES BANKRUPTCY COURT
STATE OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>Tribune Company,<br><br>Debtor. | No.   08-13141<br><br>Chapter 11<br><br>Judge Kevin J. Carey |

# MOTION TO WITHDRAW RESPONSE TO DEBTORS' TWENTY-SEVENTH OMNIBUS OBJECTION TO THE CLAIM OF CAWLEY CHICAGO PORTFOLIO, LLC

NOW COMES Creditor, Cawley Chicago Portfolio, LLC, by and through its attorneys, Ekl Williams LLC, and for its Motion to Withdraw the Response to Debtors' Twenty-Seventh Omnibus Objection to the Claim of Cawley Chicago Portfolio, LLC, states as follows:

1. Creditor, Cawley Chicago Portfolio, LLC, had filed a Response to the Notice of Debtors' Twenty-Seventh Omnibus Objection to Claims pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 challenging Debtors' assertion that the Proof of Claim filed by Cawley Chicago Portfolio, LLC, was not filed prior to the bar date established under the March 26, 2009 bar date Order.

2. The Response filed by Creditor, Cawley Chicago Portfolio, LLC, established that its Proof of Claim identified under Claim Number 5830 was filed prior to the bar date and in accordance with the Court's bar date Order.

3. After the filing of Creditor's Response, counsel for Debtors informed counsel for Creditor that there is actually a duplicate Claim for Cawley Chicago Portfolio, LLC, appearing in the official claims register maintained by Epiq Systems. A review of the

official claims register indicates that Claim Number 5830 and Claim Number 5785 are identical. While Claim Number 5830 was timely filed on June 12, 2009, the duplicate of that Claim was also filed on June 15, 2009, under Claim Number 5785.

4. Counsel for Debtors has acknowledged that Claim Number 5830 was timely filed and that they are making no objection to Claim Number 5830 as being filed outside the Court ordered bar date.

5. Creditor, Cawley Chicago Portfolio, LLC, therefore moves this Court to withdraw its Response to Notice of Debtors' Twenty-Seventh Omnibus Objection to Claim as Debtors are seeking to bar only the duplicate Claim of Creditor referenced under Claim Number 5785 which the parties agree is a duplicate Claim.

WHEREFORE, Creditor, Cawley Chicago Portfolio, LLC, prays this Court grant Creditor's Motion to Withdraw its Response to Notice of Debtors' Twenty-Seventh Omnibus Objection to the Claim of Cawley Chicago Portfolio, LLC, and for such other and further relief as this Court deems proper.

Respectfully Submitted,

_____
Ekl Williams LLC
Attorneys for Cawley Chicago Portfolio, LLC

Patrick J. Williams
EKL WILLIAMS LLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
PJW/ddy (6/17/10)
K:\1324 Kohlstedt\004 Cawley-Tribune\Pleadings\MTW Resp Obj Claim

File No. 1324.004

**UNITED STATES BANKRUPTCY COURT**
**STATE OF DELAWARE**

| | |
|---|---|
| IN RE: | No.   08-13141 |
| Tribune Company,       Debtor. | Chapter 11 |
| | Judge Kevin J. Carey |

## NOTICE OF FILING

TO:   **See Attached Service List**

PLEASE TAKE NOTICE that on June 17, 2010 the attached Motion to Withdraw Response to Debtors' Twenty-Seventh Omnibus Objection to the Claim of Cawley Chicago Portfolio, LLC was filed, via Federal Express with the United States Bankruptcy Court a copy of which is hereby served upon you.

### PROOF OF SERVICE

I, the undersigned, being first duly sworn and under oath, do hereby state and depose that I mailed a copy of the Notice of Filing along with a copy of the aforementioned to the above noted parties at their respective address by depositing said documents in a properly sealed, addressed and postage paid envelope and mailing in the U.S. mail in Lisle, Illinois on June 17, 2010, OR BY Federal Express as designated.

Ekl Williams LLC
901 Warrenville Road - Suite 175
Lisle, IL 60532
(630)654-0045
/ddy (6/17/10)
K:\1324  Kohlstedt\004  Cawley-Tribune\Pleadings\NOF-MTW Response

Subscribed and sworn to before me
this 17th day of June, 2010.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA D. YONKEE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/13/2011

# SERVICE LIST

United States Bankruptcy Court
for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

U.S. Trustee
844 King Street
Room 2207, Lockbox 35
Wilmington, DE 19899
    *Type of Service:*    *First Class Mail*

Epic Bankruptcy Solutions LLC
757 Third Avenue, Third Floor
New York, NY 10017
    *Type of Service:*    *First Class Mail*

Bryan Krakauer
James F. Conlan
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
    *Type of Service:*    *Federal Express*

J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
    *Type of Service:*    *Federal Express*

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P.O. Box 4060
Allentown, PA 18105-4060
    *Type of Service:*    *First Class Mail*

Patrick Theordore Garvey
Johnson & Bell, Ltd.
33 W. Monroe, Suite 2700
Chicago, IL 60603
    *Type of Service:*    *First Class Mail*