# EXHIBIT 1

## Tribune Fifteenth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Levin & Ginsburg<br>180 N. LaSalle, Suite 2210<br>Chicago, IL 60601<br>Contact: Joseph Ginsburg<br>Email: jginsburg@lgattorneys.com | International Employment Counsel | $5,000 |
| Walker Benz LLC<br>Clarke Rd.<br>Barrington RI 02806<br>Contact: Jean Benz<br>Email: walkerbenzllc@gmail.com | Intellectual property counsel (trademark clearance and licensing) and IP contract drafting for publishing and broadcasting business segments | $45,000 |