# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 6/22/2010 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 12 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV
aty      Bryan Krakauer      bkrakauer@sidley.com
aty      Michael A. Henry      mhenry@grossmcginley.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Tribune Company      435 N. Michigan Avenue      Chicago, IL 60611
aty      Carl D. Neff      Ciardi Ciardi &Astin      919 N. Market Street      Suite 700      Wilmington, DE 19801      U.S.A.
aty      J. Kate Stickles      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410      Wilmington, DE 19801
aty      James F. Conlan      Sidley Austin LLP      One South Dearborn Street      Chicago, IL 60603
aty      Jared D. Zajac      McDermott Will &Emery LLP      340 Madison Avenue      New York, NY 10173−0002
aty      John H. Strock, III      Fox Rothschild LLP      919 N. Market St., Suite 1300      P.O Box 2323      Wilmington, DE 19899−2323
aty      Norman L. Pernick      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue,Suite 1410      Wilmington, DE 19801
aty      Patrick J. Reilley      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410      Wilmington, DE 19801
aty      Patrick Theodore Garvey      Johnson &Bell, Ltd      33 W. Monroe, Suite 2700      Chicago, IL 60603

TOTAL: 9