## EXHIBIT A

## AMENDED ENGAGEMENT LETTER TO THE
## 2009 AUDIT ENGAGEMENT LETTER DATED MAY 14, 2009



PricewaterhouseCoopers LLP
One North Wacker
Chicago IL 60606
Telephone (312) 298 2000
Facsimile (312) 298 2001

**Amendment #1 to Existing Engagement Letter Dated May 14, 2009**

May 5, 2010

Mr. William A. Osborn
Director, Audit Committee Chair of Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

Dear Mr. Osborn:

This letter reflects our agreement to amend our engagement letter of May 14, 2009, with Tribune Company in the following respects.

Incremental audit fees
We incurred additional time due to incremental audit procedures performed associated with the Cubs dispositions and related discontinued operations reporting, PHONES tax settlements and TIME Warner common shares income tax refund. As a result of these items, we incurred $150,000 in fees in the aggregate.

Bankruptcy related procedures
As a result of the bankruptcy we have incurred incremental audit time for specific items related to bankruptcy reporting including audit procedures over liabilities subject to compromise, reorganization expense, debtor-in-possession financial statement disclosures and administrative duties and support for time tracking and invoicing. As a result of these items, we incurred $150,000 in fees in the aggregate.

All other provisions of our engagement letter dated May 14, 2009 remain unchanged.

If you have any questions, please call William T. England at (312) 298-2808. Please have one copy of this letter signed in the space provided below acknowledging your agreement and return it to us.

Very truly yours,

*PricewaterhouseCoopers LLP*

PricewaterhouseCoopers LLP