IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Credit Refund Notice_Aff_6-16-10.doc

2. On June 16, 2010, I caused to be served the "Notice to Holders of Certain Customer Program Claims Concerning Voting and Treatment of Such Claims Under Amended Joint Plan of Reorganization," dated June 16, 2010, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
17th day of June, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\TRIBUNE\Affidavits\Credit Refund Notice_Aff_6-16-10.doc

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE TO HOLDERS OF CERTAIN CUSTOMER PROGRAM CLAIMS CONCERNING VOTING AND TREATMENT OF SUCH CLAIMS UNDER AMENDED JOINT PLAN OF REORGANIZATION**

1. On June 4, 2010, the debtors and debtors in possession in the above-captioned chapter 11 cases (each a "Debtor" and collectively, the "Debtors") filed the Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (as may be amended or supplemented from time to time, the "Plan"). Capitalized terms not defined herein have the meanings given to them in the Plan.

2. A hearing (the "Confirmation Hearing") will be held on **August 16, 2010 at 10:00 a.m. Eastern Time** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Fifth Floor, Courtroom No. 5, Wilmington, Delaware 19801, to consider confirmation of the Plan, and for such other and further relief as may be just. The Confirmation Hearing may be continued from time to time without further notice to creditors or other parties in interest, and the Plan may be modified, if necessary, in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and other applicable law, before, during, or as a result of the Confirmation Hearing, without further notice to creditors or other parties in interest.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

3. On June 7, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Solicitation Order") approving the Disclosure Statement with respect to the Plan (as may be amended or supplemented from time to time, the "Disclosure Statement") and the Debtors' procedures for soliciting votes on the Plan.

4. You have received this notice because the Debtors' books and records indicate that you may have a remaining subscription balance or advertising credit or other refund with one of the Debtors. As a result, you may have a General Unsecured Claim against one of the Debtors and may be entitled to vote on the Plan.

5. On December 10, 2008, the Court entered an order authorizing the Debtors, in their sole discretion and in the ordinary course of business, to honor and perform all obligations in respect to any Claim that arises from one of the Debtors' Customer Programs.[2] Because the Debtors are authorized, but not required, to pay Customer Program Claims, and given the de minimis nature of the overwhelming majority of the Customer Program Claims and the Debtors' prior efforts to contact holders of Customer Program Claims, the Solicitation Order provides that the Debtors are not required to distribute copies of materials other than this notice to holders of Customer Program Claims. Accordingly, you will not receive copies of the Plan and the Disclosure Statement, nor will you receive a Ballot for voting on the Plan, unless you request them from the Debtors.

6. If you would like to vote on the Plan, you may request copies of the Plan, the Disclosure Statement, and an appropriate Ballot by contacting the Voting Agent and requesting a Tribune Customer Program Voting Package. You may make such a request in any of the following ways: (i) by first-class mail addressed to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; (iii) by email at tribunevote@epiqsystems.com; or (iv) by telephone at (888) 287-7568. You may also obtain copies of the Plan and the Disclosure Statement free of charge from the Debtors' website at http://chapter11.epiqsystems.com/tribune. Any request from a Holder of a Customer Program Claim to vote on the Plan must be received on or prior to **July 14, 2010 at 4:00 p.m. (prevailing Eastern time)**.

7. Because the Debtors have already been granted authority by the Court to continue their Customer Programs and to honor all of their obligations to Holders of Customer Program Claims, the Debtors reserve the right to satisfy—and thereby eliminate—your Customer Program Claim, in which case, you will not be entitled to vote on the Plan.

Dated: June 16, 2010

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE SCHOTZ MEISEL FORMAN |
| James F. Conlan | & LEONARD, P.A. |
| Bryan Krakauer | Norman L. Pernick (No. 2290) |
| Janet E. Henderson | J. Kate Stickles (No. 2917) |
| Kenneth P. Kansa | Patrick J. Reilley (No. 4451) |
| D'Lisia E. Bergeron | 500 Delaware Avenue, Suite 1410 |
| One South Dearborn Street | Wilmington, Delaware 19801 |
| Chicago, Illinois 60603 | Telephone: (302) 652-3131 |
| Telephone: (312) 853-0199 | Facsimile: (302) 652-3117 |
| Facsimile: (312) 853-7036 | |

Counsel for Debtors and Debtors In Possession

---

[2] The "Customer Programs" are described more fully in the Motion of the Debtors for an Order Authorizing, but not Requiring, the Debtors to Honor Certain Prepetition Obligations to Customers and to Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [filed Dec. 8, 2008, Docket No. 8]. Nothing contained herein shall constitute, nor shall it be construed as, a request to assume or adopt any executory contract with respect to any customer. The Debtors expressly reserve all rights with respect to the continuation or cessation of any contract with any customer and the assumption, adoption, modification or rejection of any executory contract with any customer. Furthermore, the Debtors reserve the right to contest the amounts claimed to be due under any Customer Program, if any, by any customer in the ordinary course of business.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| $49.95 SEWER AND DRAIN | P.O. BOX 140219 HOWARD BEACH NY 11414 |
| ACCIDENT HELPLINE | 940 WADSWORTH BOULEVARD LAKEWOOD CO 80214 |
| ADAMS, BRENDA | 22482 GUADILAMAR DR SAUGUS CA 91350 |
| ADLER, BERNICE | 673 W 19TH ST UPLAND CA 91784 |
| AFFILIATED MEDIA GROUP | 8133 BAYMEADOWS WAY JACKSONVILLE FL 32256 |
| ALLENWOOD ADVERTISING | 1501 DAHLIA STREET DENVER CO 80220-1230 |
| ALTSHERSANTOS, JOHN | 1011 NELSON PL OXNARD CA 93033 |
| ALVAREZ SR, LUIS | 150 S BEACH BLVD #230 LA HABRA CA 90631 |
| ANDERSON3, JOHAN | 1525 GRAVES AV #107 EL CAJON CA 92021 |
| ARAUJO, TIM, | 1670 E MADISON AVE EL CAJON CA 92019 |
| ARCE, ANNETTE | 532 SCOTT ST PORT HUENEME CA 93041 |
| ARMADA MEDICAL | 4840 W. 29TH AVENUE DENVER CO 80212 |
| ART SHOWS INTERNATIONAL II, LLC | 915 NORTH 52ND STREET PHOENIX AZ 85008 |
| BABY TIME EXPO | 6865 SOUTH EASTERN LAS VEGAS NV 89119 |
| BANG, MIN | 1013 PACIFIC COAST HWY SEAL BEACH CA 90740 |
| BART BARTON, BONNE | 2119 N BEACHWOOD DR #7 LOS ANGELES CA 90068 |
| BARTLE, JAIME | 801 AURORA ST ANAHEIM CA 92801 |
| BAUMAN, VIRGIL | 11183 APPLE CANYON LN RIVERSIDE CA 92503 |
| BELLIDO, YADIRA | 131 S BARRANCA WEST COVINA CA 91791 |
| BERDUGO, BETTIE | 4352 FIG CIR LA VERNE CA 91750 |
| BOLE MARKETING GROUP | 5689 50TH ST WEST WEBSTER MN 55088 |
| BOSTON CONCESSIONS THEATRE | 55 CAMBRIDGE PARKWAY CAMBRIDGE MA 02145 |
| BOTTORFF, SANDRA | 1085 W 24TH ST # 4 SAN PEDRO CA 90731 |
| BRADY, CAROL | 37850 DE PORTOLA RD TEMECULA CA 92592 |
| BRAGANZA, LAURA | 6415 ROSEMEAD BLVD # 33 SAN GABRIEL CA 91775 |
| BROWN, MARY | 1835 PIN OAK LN EASTON PA 18040 |
| BRYANT, KELLY | 4511 DON DIEGO DR LOS ANGELES CA 90008 |
| C MEDIA | PROGRAM 207 NW PARK AVENUE PORTLAND OR 97209 |
| CALVARIO, RYAN | 9082 MOODY ST CYPRESS CA 90630 |
| CASIMIRO, ARLENE | 39314 MEMORY DR MURRIETA CA 92563 |
| CASTAGNA, GERALD | 23236 SHOOTING STAR DR MURRIETA CA 92562 |
| CESENA, DIVINA | 18275 MARIPOSA AVE RIVERSIDE CA 92508 |
| CHARLIE CROSSE | C/O WALDREP MEDIA ARVADA CO 80004 |
| CHAVIRA, STEVEN | 869 W MONTERY AVE 869REA POMONA CA 91768 |
| CHICOA, REMEDIOS | 2131 BARCLAY CT SANTA ANA CA 92701 |
| CHILDRENS HOSPITAL | 13123 E 16TH AVE AURORA CO 80045 |
| CINCINNATI BELL | PO BOX 2301 CINCINNATI OH 45201 |
| CITIZENS FOR A STRONG SENATE | 100 FIFTH AVENUE NEW YORK NY 10011 |
| CITIZENS FOR BILL OWENS | P.O. BOX 25991 ALEXANDRIA VA 22313 |
| COLLEGE AMERICA | 7399 NORTH SHADELAND AVE #131 INDIANAPOLIS IN 46250 |
| COLORADANS FOR RESPONSIBLE REFORM | 600 17TH STREET DENVER CO 80202 |
| COMPLETELY BARE | 764 MADISON AVENUE NEW YORK NY 10021 |
| CONDE, SHANA | 1601 1/2 SINALOA AV PASADENA CA 91104 |
| COUNTRY WORLD PRODUCTIONS | 2079B LAWRENCE DRVE DE PERE WI 54115 |
| CRAIN, ELDA | 4716 BERRYMAN AVE APT G CULVER CITY CA 90230 |
| CRAWFORD, BRENDA | 1855 HAWTHORNE ST SAN JACINTO CA 92583 |
| CROSS ROADS MEDIA | 66 CANAL CENTER PLAZA ALEXANDRIA VA 22314 |
| DARAN, ROSA | 1304 N FRIES AVE WILMINGTON CA 90744 |
| DENT, SHEILA | 19431 COPPER RIDGE ST PERRIS CA 92570 |

| Claim Name | Address Information |
|---|---|
| DIEHL, SUE | 517 N MUHLENBERG ST ALLENTOWN PA 18104 |
| DIJON PUBLICATIONS | 1800 INDIANA AVENUE LAPORTE IN 46350 |
| DIRECT BUY | 8400 WOLF LAKE DRIVE BARTLETT TN 38133 |
| DON MASSEY MOTORS | C/O MEDIA SALES MANAGEMENT LITTLETON CO 80122 |
| DONOFRIO, PHIL | 313 VALLEY PARK S BETHLEHEM PA 18018 |
| DOWDEN, JEFFREY | 29 BEACH DR NEWPORT BEACH CA 92663 |
| DR HORTON HOMES | C/O RENEGADE MARKETING ENGLEWOOD CO 80111 |
| DRAGON MARKETING | 650 METROPOLITAN AVENUE BROOKLYN NY 11211 |
| DRM PARTNERS INC. | PROGRAM 50 HARRISON ST, SUITE 208 HOBOKEN NJ 07030 |
| EBERHARDT, MERLIN | 33778 KEITH AV HEMET CA 92545 |
| ELLIS, DAVE | 1884 FELICITY LN HELLERTOWN PA 18055 |
| ENTERCOM DENVER LLC | 2422 MICHELLE DRIVE TUSTIN CA 92680 |
| ESHAGHIAN, LILIAN | 18945 SYLVAN ST TARZANA CA 91335 |
| ESTILL, DON | 1933 N BRONSON AVE # 111 LOS ANGELES CA 90068 |
| EURO RSCG DRTV | 2800 N. DALLAS PRKWY PLANO TX 75093 |
| EVENING NEWS | P.O. BOX 867 JEFFERSONVILLE IN 47130 |
| FATTA, LINDSAY | 13949 VENTURA BLVD # 304 SHERMAN OAKS CA 91423 |
| FILDES, STEPHANIE | 195 S WAKE FOREST AVE VENTURA CA 93003 |
| FIRST MEDIA | 530 KIPLING AVE TORONTO ON M8Z 5E3 CANADA |
| FLORES, MARLENE | 35564 RAMADA LN YUCAIPA CA 92399 |
| FLOYD, DOROTHY | 7001 S LA CIENEGA LOS ANGELES CA 90045 |
| FURNICO | 7367 S. REVERE PARKWAY CENTENNIAL CO 80112 |
| GANDARA, ERIN | 1479 REMEMBRANCE DR PERRIS CA 92571 |
| GARY WILLIAMS ENERGY CORP | 950 17TH ST #1750 DENVER CO 80202 |
| GEMINI AGENCY INC. | UNIVERSOUL CIRCUS 317 W. WIEUCA ROAD ATLANTA GA 30342 |
| GENERAL MILLS LNA | % RE: SOURCES NEW YORK NY 10016 |
| GMR MARKETING | 2725 S. MOORLAND NEW BERLIN WI 53151 |
| GODINEZ, ALEX | 216 N DE LAY COVINA CA 91723 |
| GOLD MOUNTAIN MEDIA INC. | 16830 VENTURA BOULEVARD ENCINO CA 91436 |
| GOLDEN HILLS BROADCASTING | 777 GRANT DENVER CO 80203 |
| GOMEZ, JACQUEZ | 17210 GARDENLAND AVE BELLFLOWER CA 90706 |
| GOMEZ, MARIETTA | 4346 STANBRIDGE AVE LONG BEACH CA 90808 |
| GONZALAS, REGIE | 275 E GREEN ST # 1351 PASADENA CA 91101 |
| GOODWIN, BRIAN | 1093 FERNLEAF LN CORONA CA 92881 |
| GREAT CRATES | C/O ANN KLEVE CHANHASSEN MN 55317 |
| GREENSTONE/FONTANA | 111 GARY WAY RONKONKOMA NY 11779 |
| GREY ADVERTISING/MEDIA | BARILLA PASTA P.O. BOX 4307 NEW YORK NY 10163 |
| GUSS, ANNELLE | 484 E. CALIFORNIA BLVD #14 PASADENA CA 91106 |
| HALL, DEAN | 11022 CRENSHAW BLVD # 5 INGLEWOOD CA 90303 |
| HALOGEN RESPONSE MEDIA | 1675 BROADWAY NEW YORK NY 10019 |
| HEMSTAD, REBECCA | 33740 CANYON RANCH RD WILDOMAR CA 92595 |
| HENRY, GRACE | 2490 S OLA VISTA #15 SAN CLEMENTE CA 92672 |
| HILL, ROD | 543 W 101ST ST LOS ANGELES CA 90044 |
| HIROTO, GREG | 602 W WALNUT AVE MONROVIA CA 91016 |
| HO, STACEY | 22 CHICKORY WY IRVINE CA 92612 |
| HORIZON MEDIA | PHARMACEUTICAL RESEARCH 630 THIRD AVENUE NEW YORK NY 10017 |
| HOTEL , ANGELINA CAFE | 170 N. CHURCH LN LOS ANGELES CA 90049 |
| HOUSEVALUES LLC | 11332 NE 122ND WAY KIRKLAND WA 98034 |
| HOWERTON, SANDRA J. | 9108 RICHARDS DRIVE RAYTOWN MO 64133 |

| Claim Name | Address Information |
|---|---|
| HUAYMATE, ANGELA | 4497 BIDWELL ST SIMI VALLEY CA 93063 |
| ICON | 5910 LEMONA AVE VAN NUYS CA 91411 |
| ID MEDIA | P.O. BOX 542035 OMAHA NE 68154 |
| IMETRICS MEDIA | 32836 WOLF STORE ROAD TEMECULA CA 92592 |
| INDIA'S CASTLE RESTAURANT | 6160 S WABASH WAY GREENWOOD VILLAGE CO 80111 |
| INIGARIDA, KATHY | 1295 S CAWSTON AVE #309 HEMET CA 92545 |
| INTEGRATED MEDIA SOLUTIONS | LIPPINCOTT INC. 650 FIFTH AVENUE NEW YORK NY 10019 |
| INTERVISION TV | 14175 ICOT BLVD. STE 100 CLEARWATER FL 33760 |
| JACKSON, DARRELL | 16628 WOODRUFF AVE # 8 BELLFLOWER CA 90706 |
| JAUREGUIMACIK, NANETTE | 12523 3RD ST YUCAIPA CA 92399 |
| JIMENEZ, NADINE | 72502 EDGEHILL DR #2 PALM DESERT CA 92260 |
| JONES, WILLIAM | 11190 PINE AVE LYNWOOD CA 90262 |
| JOYCE, VIKKI | 852 LORRAINE BLVD #11 LOS ANGELES CA 90005 |
| KALC - ENTERCOM DENVER LLC | 4700 S SYRACUSE ST DENVER CO 80237 |
| KAMAT, SUNEETA | 6110 HERRING CT NEW TRIPOLI PA 18066 |
| KAPLAN UNIVERSITY | 4041 MACARTHUR BLVD NEWPORT BEACH CA 92660 |
| KELLY SCOTT MADISON | HILCO 35 EAST WACKER DRIVE CHICAGO IL 60601-2193 |
| KENOSHA NEWS | P.O. BOX 0190 ATTN: BULLENTIN KENOSHA WI 53141 |
| KENT ADVERTISING | 6600 NORTH ANDREWS AVENUE FT. LAUDERDALE FL 33309 |
| KIDS AUTO | PO BOX 38280 COLORADO SPRINGS CO 80937 |
| KLUS, JOHN | 4805 GRAVEL PIKE PERKIOMENVILLE PA 18074 |
| KREMERS URBAN INC | 650 5TH AVENUE NEW YORK NY 10019 |
| KUCHARSKI, AMY | 3222 VERANO PL IRVINE CA 92617 |
| LA BARBA, CELESTE | 4751 LOWELL LA CRESCENTA CA 91214 |
| LAVA LIFE | 20 N. WACKER DRIVE CHICAGO IL 60606 |
| LEASE, LISA | 5312 CORTEEN PL #7 VALLEY VILLAGE CA 91607 |
| LEEPER, TOM | 3054 SYCAMORE LA CRESCENTA CA 91214 |
| LEMUS, DAVID | 11783 BIRCHWOOD AVE VICTORVILLE CA 92392 |
| LEON, LUIS | 7807 ORCHARD ST RIVERSIDE CA 92504 |
| LFM MEDIA | 30520 RANCO CALIFORNIA ROAD TEMECULA CA 92591 |
| LIFEBRIDGE CHRISTIAN CHURCH | 10345 UTE HIGHWAY LONGMONT CO 80504 |
| LITTLE HOLLY'S RESTAURANT | 9232 PARK MEADOWS DRIVE LONE TREE CO 80124 |
| LUNA, LINDA | 9854 ALONDRA BLVD # 21 BELLFLOWER CA 90706 |
| MAGDALENO, MELISSA | 435 E CAMDEN ST GLENDORA CA 91740 |
| MALDONADO, DARLENE | 483 GRAY ST COLTON CA 92324 |
| MANIQUIS, KIMMY | 2500 COTA AVE LONG BEACH CA 90810 |
| MANTELLINO, MICHAEL | 4440 LOS SERRANOS BLVD CHINO HILLS CA 91709 |
| MARKETING CENTER | KLEIN WAGNER & MORRIS ATTORNEY P.O. BOX 53445 NEW ORLEANS LA 70153 |
| MARQUEZ, ABRAHAM | 35860 NONNIE DR WILDOMAR CA 92595 |
| MARTINEZ, JENNIFER | 1113 N MARENGO AVE PASADENA CA 91103 |
| MASSAGE THERAPY INSTITUTE | 1441 YORK STREET DENVER CO 80206 |
| MAURER, GLORIA | 52 PROSPECT ST OAK VIEW CA 93022 |
| MCDERMOTT, JOHN | 234 WINGED FOOT DR BLUE BELL PA 19422 |
| MCKELLIN, RICHARD | 1434 HIGH ST BETHLEHEM PA 18018 |
| MEDIA ADVANTAGE | 24711 RIVERCHASE DRIVE VALENCIA CA 91355 |
| MEDIA MARKETING MANAGEMENT | 77 FREE STREET PORTLAND ME 04101 |
| MEDIA RESULTS CO | 4025 CALLE SONORA OESTE LAGUNA WOODS CA 92637 |
| MERCADO, MARICEL | 2402 NINA ST #4 WEST COVINA CA 91792 |
| MIDDLESBORO DAILY NEWS | 120 NORTH 11TH STREET MIDDLESBORO KY 40965 |

| Claim Name | Address Information |
|---|---|
| MILAM RESULTS MARKETING | 5141 VIRGINIA WAY NASHVILLE TN 37027 |
| MILE HIGH AQUARIUM | 7421 W BOWLES AVE STE 12 LITTLETON CO 80123 |
| MILLSTONE COFFEE | E 76TH AVE UNIT C DENVER CO 80229 |
| MONTGOMERY, SHEILA | 579 E 13TH ST # 205 UPLAND CA 91786 |
| MORRIS, ADAM | 13600 ADDISON ST SHERMAN OAKS CA 91423 |
| MOTOYASU, STEVE | 16915 HOBART BLVD APT B GARDENA CA 90247 |
| MOUNT, RACHAEL | 3416 TRINITY CT RIVERSIDE CA 92506 |
| MUSCULAR DYSTROPHY ASSOCIATION | 3300 EAST SUNRISE DRIVE TUCSON AZ -3208 |
| MY MEDIA WORKS | 255 S. ORANGE AVENUE ORLANDO FL 32801 |
| NATIONAL MORTGAGE CENTER | C/O CP&I LAKEWOOD CO 80228 |
| NEELY, MARK | 521 S GERTRUDA REDONDO BEACH CA 90277 |
| NEW DAY MARKETING | 510 S CONGRESS AVENUE AUSTIN TX 78704 |
| NEW ERA DENTAL | 5730 WARK ROAD STE 205 ARVADA CO 80002 |
| NEWSDAY | 235 PINELAWN ROAD MELVILLE NY 11747-4250 |
| NEWSDAY (TRINIDAD AND TOBAGO) | DAILY NEWS LIMITED 23A CHACON ST. PORT OF SPAIN, TTO TRINIDAD AND TOBAGO |
| NICK'S LONG FORM | 3450 PENROSE PLACE BOULDER CO 80301 |
| NIETO , NAIDA | 26068 AMABLE CT VALENCIA CA 91355 |
| NISSAN | 950 HERNDON, STE 370 HERNDON VA 20170 |
| NUTRI SYSTEMS INC | 300 WELSH RD. HORSHAM PA 19044 |
| OAKWOOD HOMES | C/O FIRST STORY MARKETING DENVER CO 80210 |
| OCHOA, AURA | 2646 GLEN AV ALTADENA CA 91001 |
| OMG DIRECT | 16211 N SCOTTSDALE RD SCOTTSDALE AZ 85254 |
| OVATION | 2800 28TH ST SUITE 240 SANTA MONICA CA 90405 |
| OVERBY, MELINDA | BOX 01752724 SIOUX FALLS SD 57186 |
| PACIFIC STEEL PRODUCTS | 6160 S WABASH WAY GREENWOOD VILLAGE CO 80111 |
| PADILLA, PATRICIA | 2921 S CENTER ST SANTA ANA CA 92704 |
| PANOSH, AMBER | 7550 DESERT HOLLY ST # 523 CHINO CA 91708 |
| PAREDES, DIANA | 2043 ASTOR CT LANCASTER CA 93536 |
| PARENT, MARY | 42043 HUMBER DR TEMECULA CA 92591 |
| PATTERSON, ROBERT | 1501 BROOKSIDE AVE OXNARD CA 93035 |
| PEREZ, MARICELA | 760 N. GRAND ST ORANGE CA 92867 |
| PHD USA | 830 W. LONG LAKE ROAD 6TH FLOOR TROY MI 48098 |
| PHD USA TROY | 900 TOWER DRIVE TROY MI 48098 |
| PLANET HONDA | C/O RCK ADVERTISING LAKEWOOD CO 80227 |
| POLLACK, KATHIE | 2553 PROSPECT AV MONTROSE CA 91020 |
| PRZBESKI, VIRGINIA | 521 FRANCES ST VENTURA CA 93009 |
| RAGINS, L | 10645 LE CONTE LOS ANGELES CA 90024 |
| REBEKAH, GUTIERREZ | 5585 E PACIFIC COAST HWY # 253 LONG BEACH CA 90804 |
| RESULTS MEDIA | 725 W MCDOWELL RD PHOENIX AZ 85007 |
| RICHARDSON, CHELSEA | 55 FAIR DR # 1433 COSTA MESA CA 92626 |
| ROB CAREY | 940 WADSWORTH BLVD LAKEWOOD CO 80214 |
| ROBERTSON, RONAE | 3303 S ARCHIBALD AV #244 ONTARIO CA 91761 |
| RODRIGUEZ, LUZ | 441 MAPLE WY # 4 PASADENA CA 91101 |
| ROLLE, DENCIL | 2146 W 12TH APT 11 JACKSONVILLE FL 32209 |
| ROTH, MICHAEL | 27175 NORWOOD ST HIGHLAND CA 92346 |
| RUTLEDGE, ROSEMARY | P.O. 5322 NEWPORT BEACH CA 92262 |
| SANCHEZ, RITA | 7423 WHITSETT AV LOS ANGELES CA 90001 |
| SANDOMIRE & SCHWARTZ | 662 GRANT STREET DENVER CO 80203 |
| SANDOVAL, GLORIA | 9145 ADMIRALTY AVE RIVERSIDE CA 92503 |

| Claim Name | Address Information |
|---|---|
| SAWAYA LAW FIRM | 1600 OGDEN STREET DENVER CO 80218 |
| SERAPIO, MARIA | 2647 W SUNRISE DR RIALTO CA 92377 |
| SEYMOUR, ALLAN | 121 W HALTERN AV GLENDORA CA 91740 |
| SHAWANO EVENING LEADER | 1464 E. EAST GREEN BAY ST. SHAWANO WI 54166 |
| SHELWICK, GREGORY | 205 15TH ST # 16 HUNTINGTON BEACH CA 92648 |
| SHORTLINE KIA | C/O FOX MEDIA & MARKETING ENGLEWOOD CO 80112 |
| SILVA, CONNIE | 27145 PINEHURST RD SUN CITY CA 92586 |
| SIMENTAL, ANTHONY | 1988 NORWALK AVE LOS ANGELES CA 90041 |
| SIMMONS, SEMONE | 8783 HARPER CT RIVERSIDE CA 92503 |
| SINGH, VINOO | 47 WALBERT LN LADERA RANCH CA 92694 |
| SMITH, ERIC | 5343 W 127TH PL HAWTHORNE CA 90250 |
| SMITH, WALLACE T | 834 SENECA PL CHARLOTTE NC 28210 |
| SONG, LINDA | 5249 GLENWOOD CIR LA PALMA CA 90623 |
| SOUTH TEXAS BUSINESS | 4721 COTTON BELT SAN ANTONIO TX 78218 |
| STARCOM WORLDWIDE | ALLSTATE 79 MADISON AVENUE NEW YORK NY 10016-7802 |
| SUDNICK, MARIA | 3240 PINTO DR KISSIMMEE FL 34746 |
| SUTTON , JOYCE | 16 GENOA LAGUNA NIGUEL CA 92677 |
| SYED, IMRAN | 2034 BATSON AV #1 ROWLAND HEIGHTS CA 91748 |
| TALK CHEAP (ATIYEH PRINTING) | 850 3RD ST. WHITEHALL PA 18052 |
| TASSEW, ALEMESH | 3942 LOS OLIVOS LN LA CRESCENTA CA 91214 |
| TASTE OF CHINA | 152 W RAFFERTY GARDENS LITTLETON CO 80120 |
| TAX CUT 2000 | 15 DORAL LANE LITTLETON CO 80123 |
| TELECEL MARKETING | 205 PARKWAY, STE 1 GAITHERSBURG MD 20877 |
| TERRACINA, ANGELO | 527 E CENTER ST # 166 ANAHEIM CA 92805 |
| THE INDEPENDENCE DECLARAT | 106 WEST MAIN ST. INDEPENDENCE VA 24348 |
| THE UWM POST/UNIV. | P.O. BOX 413 MILWAUKEE WI 53201 |
| TIME LIFE | 8280 WILLOW OAK CORPORATE DRIVE FAIRFAX VA 22031 |
| TIME WARNER CABLE | METRO CABLE/1800-OKCABLE 1 TIME WARNER CENTER NEW YORK NY 10019 |
| TONY PIZZA | 3219 CHERRYVILLE RD. NORTHAMPTON PA 18067 |
| TOTAL LONGTERM CARE | C/O THAYER MEDIA CENTENNIAL CO 80112 |
| UNIVERSOUL CIRCUS. | 3835 R EAST THOUSAND OAKS BLVD THOUSAND OAKS CA 91362 |
| VARGES, DIANE | 24722 CALLE EL TORO GRANDE LAKE FOREST CA 92630 |
| VILES, ANDREW | 5612 AMHERST ST VENTURA CA 93003 |
| VILLAGE INN | 2450 COLORADO AVENUE SANTA MONICA CA 90404 |
| VIVA MUSIC | 2200 NORTHAMPTON ST. EASTON PA 18042 |
| WALKER, JAMES | 1734 NALDO AVENUE #2 JACKSONVILLE FL 32207 |
| WALKER, WANDA | 43 CINDY AVE NEWBURY PARK CA 91320 |
| WALLACE, JOLLAN | 20864 BAKAL DR RIVERSIDE CA 92508 |
| WALMART | 4600 MADISON KANSAS CITY MO 64112 |
| WARREN, JEANNE | 13598 BEGONIA RD VICTORVILLE CA 92392 |
| WASHBURN, DOROTHY | 12901 DALE ST # 5 GARDEN GROVE CA 92841 |
| WAYNE, JARI | 2030 N GAREY AVE # 119 POMONA CA 91767 |
| WCTV | 1412 10TH STREET SYDNEY NE 69162 |
| WEISS VENTURES | PO BOX 3879 EASTON PA 18043 |
| WESTERN DAIRY ASSOCIATION | 12000 NORTH WASHINGTON THORNTON CO 80241 |
| WILLIAMS, JOSIAH | 2620 SILVERSPUR LN LA HABRA CA 90631 |
| WOLFE, KELLY | 213 AVENIDA SERRA APT C SAN CLEMENTE CA 92672 |
| WORLD DISCOUNT CLUB | 3171 NORTH REPUBLIC TOLEDO OH 43615 |
| WORLD WIDE ANTIQUE SHOW | 1422 DELGANY ST DENVER CO 80202 |

| Claim Name | Address Information |
|---|---|
| WORLDWIDE MEDIA COMMUNICATIONS | 1970 RAWHIDE DRIVE ROUND ROCK TX 78681 |
| WRIGHT, DEBORAH | 6805 SOUTHPOINT PARKWAY JACKSONVILLE FL 32216 |
| ZAKAR, HEATHER | 25672 ALMENDRA DR VALENCIA CA 91355 |
| ZELAYA, ALMA | 816 N CORONADO ST # 4 LOS ANGELES CA 90026 |
| ZUNIGA, MIREYA | 440 SHASTA AVE OXNARD CA 93033 |
| ZWEIG, ROBERTA | 15 LEDGESTONE LN RANCHO MIRAGE CA 92270 |

**Total Creditor count  251**