| TRIBUNE COMPANY, et al (Case 08-13141) | | Exhibit A |
|---|---|---|

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Project
For the Period March 1, 2010 through March 31, 2010

| | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 2,123.70 | $569,000.00 |
| **Subtotal - Fixed Fee Services** | **2,123.70** | **$569,000.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 5.10 | $2,460.00 |
| **Subtotal - Hourly Services** | **5.10** | **$2,460.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 23.30 | $6,341.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **23.30** | **$6,341.00** |
| **Total Hours and Compensation** | **2,152.10** | **$577,801.00** |

TRIBUNE COMPANY, et al (Case 08-13141)　　　　　　　　　　　　　　　　　　Exhibit B
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Project
Summary of Hours - March 1, 2010 through March 31, 2010

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 2,123.70 | 569,000.00 |
| **Subtotal - Fixed Fee Services** | 2,123.70 | 569,000.00 |
| **Total Hours and Compensation** | **2,123.70** | **569,000.00** |

TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2009 Consolidated Audit
Summary of Professionals, Hours and Payments For the Period
March 1, 2010 through March 31, 2010

| Professional | Professional's Position | Hours |
|---|---|---|
| Christopher A Whitney | Partner | 1.50 |
| Grant E Hellwarth | Partner | 10.00 |
| James M Maurer | Partner | 19.00 |
| John A May | Partner | 1.00 |
| John A Sandmeier | Partner | 77.00 |
| Karen T Lohnes | Partner | 21.40 |
| Thomas D. Snyder | Partner | 21.00 |
| William T England | Partner | 89.00 |
| Chad Morrissey | Director | 4.00 |
| Charalambos Antoniades | Director | 1.50 |
| Christopher J King | Director | 15.00 |
| John F McKey | Director | 0.70 |
| Jon P Schaper | Director | 0.50 |
| Kim Stawski | Director | 100.60 |
| Natasha D Granholm | Director | 71.00 |
| Robert Grocock | Director | 1.50 |
| Jeffrey S Anderes | Senior Manager | 9.50 |
| Matthew B Larsen | Senior Manager | 195.50 |
| Justin A Spahn | Manager | 225.00 |
| Kazuko Minagawa Prock | Manager | 3.50 |
| Lucy M Littlejohn | Manager | 0.80 |
| Nadine A Holovach | Manager | 24.50 |
| Patrick J Gabel | Manager | 3.00 |
| Shawn M Felt | Manager | 70.40 |
| Sumaira Maryum Akhtar | Manager | 7.00 |
| Wanda Vega | Manager | 3.00 |
| April Monique Thomas | Senior Associate | 9.30 |
| Jeanette Saenz | Senior Associate | 1.50 |

Total fees equal fees disclosed in the original engagement letter + approved addendum; $1,450,000 + $300,000 = $1,750,000.    Page 1 of 3

Tuesday, June 22, 2010

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2009 Consolidated Audit
Summary of Professionals, Hours and Payments For the Period
March 1, 2010 through March 31, 2010

| Professional | Professional's Position | Hours |
|---|---|---|
| Laura C Truax | Senior Associate | 23.00 |
| Lisa J Gross | Senior Associate | 1.00 |
| Mary J. Witt | Senior Associate | 3.00 |
| Sheri L Meyers | Senior Associate | 195.00 |
| Spencer Ng | Senior Associate | 45.50 |
| Abigail E Sullivan | Associate | 171.60 |
| Ashley Thomas | Associate | 7.50 |
| Basu Soumi | Associate | 0.50 |
| Bradley D Ebenhoeh | Associate | 3.50 |
| Daniel P Homan | Associate | 73.00 |
| Domonique P Hinton | Associate | 283.10 |
| Katie A Hambleton | Associate | 6.00 |
| Melissa Mary Begley | Associate | 274.70 |
| Meredith A Flittner | Associate | 14.00 |
| Michael Matthews | Associate | 2.00 |
| Mitchell B Worden | Associate | 2.00 |
| Trina J. Oatis-Amison | Associate | 0.20 |
| Maria V Justo | Administrative | 1.50 |
| Carla L. Pheney | Professional Assistant | 2.40 |
| Kevin Westfall | Professional Assistant | 12.00 |
| Lauren Lynn Bojovic | Professional Assistant | 6.00 |
| Michael Scott Buckland | Professional Assistant | 3.50 |
| Raevyn Jefferson | Professional Assistant | 5.00 |
| **Total Hours Incurred during Compensation Period** | | **2,123.70** |
| Total Hours Incurred prior to March 1, 2010 | | 4,774.00 |
| **Total Hours Incurred through March 31, 2010** | | **6,897.70** |

Total fees equal fees disclosed in the original engagment letter + approved addendum; $1,450,000 + $300,000 = $1,750,000.   Page 2 of 3

Tuesday, June 22, 2010

TRIBUNE COMPANY, et al (Case 08-13141)                                        Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2009 Consolidated Audit
Summary of Professionals, Hours and Payments For the Period
March 1, 2010 through March 31, 2010

| Professional | Professional's Position | Hours | |
|---|---|---|---|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | | $1,181,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | | $569,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | | **$1,750,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | | 2,123.70 | $569,000.00 |

Total fees equal fees disclosed in the original engagment letter + approved addendum; $1,450,000 + $300,000 = $1,750,000.    Page 3 of 3

Tuesday, June 22, 2010

**TRIBUNE COMPANY, et al (Case 08-13141)**                                            Exhibit B-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - March 1, 2010 through March 31, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 133.70 |
| 2000 - Entity Level Controls | 11.50 |
| 2950 - Business Unit Analytics and Year-End Update | 47.60 |
| 3000 - Advertising Revenue and Receivables | 8.00 |
| 3055 - Broadcast Rights Process | 36.00 |
| 3100 - Purchasing and Payables Process | 16.50 |
| 3200 - Treasury and Cash Management Process | 23.00 |
| 3250 - Investments Process | 32.70 |
| 3400 - Property, Plant & Equipment Process | 25.60 |
| 3450 - Goodwill and Intangibles Process | 59.20 |
| 3600 - Payroll Process | 29.50 |
| 3650 - Benefits Process | 208.60 |
| 3700 - Income Tax Process | 481.30 |
| 3800 - Capital and Equity Process | 5.50 |
| 3900 - Period-end Financial Reporting Process | 443.90 |
| 5500 - Financing Process | 33.10 |
| 6000 - Audit of ICFR - Finalization procedures | 60.90 |
| 8000 - Minutes of Board | 3.50 |
| 8100 - Illegal acts, Laws and Regulations | 2.00 |
| 8200 - Litigation, Claims and Assessments/Lawyer's Letters | 41.50 |
| 8450 - Use of the Work of Other Auditors | 5.00 |
| 8700 - Completion | 120.70 |
| 9500 - Cubs Transaction | 176.40 |
| 9600 - Key Reports Testing | 2.50 |
| TBC Group Office Fieldwork | 5.50 |
| TPC Group Office Fieldwork | 4.30 |
| LAT Fieldwork | 9.10 |
| Review Business Unit Fieldwork | 96.60 |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit B-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - March 1, 2010 through March 31, 2010**

| Category | Hours |
|---|---|
| **Total Fixed Fee for 2009 Consolidated Audit** | **2,123.70** |

TRIBUNE COMPANY, et al (Case 08-13141)                             Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Professionals - Hourly Professional Services
For the Period March 1, 2010 through March 31, 2010

| Professional by Billing Category | Position | Rate | Total Hours | Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| J. Timothy Winks | Senior Managing Director | $600 | 1.10 | $660.00 |
| Stephen B Danton | Director | $450 | 4.00 | $1,800.00 |
| **Subtotal - Claims Consulting Services** | | | **5.10** | **$2,460.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Janet L Krueger | Partner | $625 | 1.00 | $625.00 |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 1.10 | $605.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 8.50 | $2,465.00 |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 8.00 | $1,800.00 |
| Alina Wong | Associate | $180 | 4.70 | $846.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **23.30** | **$6,341.00** |
| **Total Hours and Compensation** | | | **28.40** | **$8,801.00** |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period March 1, 2010 through March 31, 2010

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 2/16/2010 | Stephen B Danton | Director | 0310H0001: Follow-up discussions with Kim Cooke (Chicago Taxing Authority) regarding City of Chicago claims. | $450.00 | 0.60 | $270.00 |
| 2/24/2010 | Stephen B Danton | Director | 0310H0002: Discussions with Attorney for the City of Chicago regarding nonpriority debt. | $450.00 | 0.40 | $180.00 |
| 3/2/2010 | Stephen B Danton | Director | 0310H0003: Follow-up with Attorney for the City of Chicago regarding administrative hearing and discussions of postponement. | $450.00 | 0.60 | $270.00 |
| 3/4/2010 | J. Timothy Winks | Senior Managing Director | 0310H0004: Strategy discussion with Stephen Danton (PwC) before call with City of Chicago. | $600.00 | 0.50 | $300.00 |
| 3/4/2010 | Stephen B Danton | Director | 0310H0005: Strategy discussion with Timothy Winks (PwC) before call with City of Chicago. | $450.00 | 0.50 | $225.00 |
| 3/5/2010 | J. Timothy Winks | Senior Managing Director | 0310H0006: Conference call regarding strategy with City of Chicago. | $600.00 | 0.30 | $180.00 |
| 3/5/2010 | Stephen B Danton | Director | 0310H0007: Meeting with the Attorney for the City of Chicago regarding settlement issues. | $450.00 | 1.10 | $495.00 |
| 3/9/2010 | J. Timothy Winks | Senior Managing Director | 0310H0008: Conference call with Monica Melgarejo (Tribune) and Stephen Danton (PwC) on Chicago settlement. | $600.00 | 0.30 | $180.00 |
| 3/9/2010 | Stephen B Danton | Director | 0310H0009: Conference call with Monica Melgarejo (Tribune) and Timothy Winks (PwC) on Chicago settlement. | $450.00 | 0.30 | $135.00 |
| 3/9/2010 | Stephen B Danton | Director | 0310H0010: Follow-up discussion with Tribune regarding City's position and next steps. | $450.00 | 0.50 | $225.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **5.10** | **$2,460.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period March 1, 2010 through March 31, 2010**

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 3/3/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0011: Review the January 2010 WIP LT and communications with Justin Spahn (PwC) regarding billing for February 2010. | $290.00 | 0.30 | $87.00 |
| 3/4/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 0310H0012: Assemble Time Consolidator for February 2010. | $225.00 | 2.50 | $562.50 |
| 3/5/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 0310H0013: Assemble Time Consolidator for February 2010. | $225.00 | 1.50 | $337.50 |
| 3/8/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 0310H0014: Assemble Expense Consolidator for February 2010. | $225.00 | 1.00 | $225.00 |
| 3/8/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0015: Review the February 2010 time consolidator and sent to Justin Spahn (PwC) for review. | $290.00 | 0.30 | $87.00 |
| 3/8/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0016: Review the Third Interim Fee Auditor Report. | $290.00 | 0.40 | $116.00 |
| 3/8/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0017: Review the January/February 2010 expense consolidator. | $290.00 | 1.00 | $290.00 |
| 3/9/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0018: Review the January/February 2010 expense consolidator. | $290.00 | 1.80 | $522.00 |
| 3/11/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0019: Discussions with Brad Danton (PwC) regarding the Third Interim Fee Auditor Report and send email with attachments. | $290.00 | 0.30 | $87.00 |
| 3/11/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0020: Discussions with Lucy LittleJohn (PwC) regarding responses required for the Third Interim Fee Auditor's Report. | $290.00 | 0.30 | $87.00 |
| 3/12/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0021: Meeting with Alina Wong (PwC) to review the Third Interim Fee Auditor's Report. | $290.00 | 0.20 | $58.00 |
| 3/15/2010 | Alina Wong | Associate | 0310H0022: Responding to 3rd Interim Fee Auditor Report. | $180.00 | 4.70 | $846.00 |

TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit C-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2010 through March 31, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/15/2010 | Janet L Krueger | Partner | 0310H0023: Review of the January through February 2010 fee application. | $625.00 | 1.00 | $625.00 |
| 3/24/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 0310H0024: Prepare Draft of Fee Auditor's Response for the Third Interim Fee Applications. | $225.00 | 3.00 | $675.00 |
| 3/25/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0025: Prepare responses to the Third Interim Fee Auditor Report. | $290.00 | 1.50 | $435.00 |
| 3/25/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0026: Finalize response to the Third Interim Fee Auditor Report. | $290.00 | 1.30 | $377.00 |
| 3/26/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0310H0027: Review fee auditor response for third interim period. | $550.00 | 1.10 | $605.00 |
| 3/26/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0028: Update the Third Interim Fee Auditor response based upon feedback from Andrea Clark Smith (PwC). | $290.00 | 0.50 | $145.00 |
| 3/26/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0029: Update the Third Interim Fee Auditor response based upon feedback from Andrea Clark Smith (PwC) and send to William England (PwC) for review. | $290.00 | 0.20 | $58.00 |
| 3/30/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0310H0030: Finalize the Third Interim Fee Auditor Report and distribute to Counsel. | $290.00 | 0.40 | $116.00 |
| Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications | | | | | 23.30 | $6,341.00 |
| **Total Hours and Compensation** | | | | | **28.40** | **$8,801.00** |

TRIBUNE COMPANY, et al (Case 08-13141)                                           Exhibit D-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Expenditures by Project and Type
For the Period March 1, 2010 through March 31, 2010

| Transaction Type | Total Expenditures |
|---|---:|
| **2009 Consolidated Audit** | |
| Lodging | $251.58 |
| Meals | $190.70 |
| Mileage Allowance | $206.50 |
| Parking | $380.52 |
| Postage | $280.00 |
| Public/ground transportation | $467.99 |
| **Subtotal - 2009 Consolidated Audit** | **$1,777.29** |
| **Tax Consulting Services** | |
| Meals | $70.00 |
| **Subtotal - Tax Consulting Services** | **$70.00** |
| **Total Expenditures** | **$1,847.29** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Tuesday, June 22, 2010

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period March 1, 2010 through March 31, 2010

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2009 Consolidated Audit** | | | | |
| 2/1/2010 | Domonique P Hinton | Parking | 0310E0001: 201 E ILLINOIS SPRK7 CHICAGO IL - SECOND PARKING. | $13.02 |
| 2/22/2010 | John A Sandmeier | Public/ground transportation | 0310E0002: TAXI - CHICAGO - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $20.00 |
| 2/22/2010 | Jerry B Mack | Public/ground transportation | 0310E0003: YELLOW CAB YELLOW CA CHICAGO IL - TAXI FROM CHICAGO (TRIBUNE OFFICE) TO DOWNTOWN CHICAGO (PWC OFFICE). | $8.00 |
| 2/22/2010 | Jerry B Mack | Public/ground transportation | 0310E0004: CITY SERVICE TAXI AS CHICAGO IL - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $7.35 |
| 2/24/2010 | John A Sandmeier | Public/ground transportation | 0310E0005: TAXI T/F TRIBUNE - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $20.00 |
| 2/24/2010 | Abigail E Sullivan | Postage | 0310E0006: CCI 6158446222 CCI C BRENTWOOD TN - CONFIRMATION FEE - CAPITAL CONFIRMATIONS. COM. | $280.00 |
| 2/24/2010 | Jerry B Mack | Meals | 0310E0007: VOLARE CHICAGO IL - DINNER - M. BEGLEY, S. MEYERS, J. SPAHN, D. HINTON, A. SULLIVAN (ALL PWC) AND SELF. | $108.16 |
| 2/25/2010 | John A Sandmeier | Public/ground transportation | 0310E0008: TAXI CHICAGO - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $20.00 |
| 2/25/2010 | Jerry B Mack | Meals | 0310E0009: GINO'S EAST 93820157 CHICAGO IL - DINNER - M. BEGLEY, S. MEYERS, J. SPAHN, D. HINTON, A. SULLIVAN (ALL PWC) AND SELF. | $82.54 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period March 1, 2010 through March 31, 2010

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/26/2010 | John A Sandmeier | Public/ground transportation | 0310E0010: CHICAGO TAXI - FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE) - $10 AND THEN FROM CHICAGO (TRIBUNE) TO MADISON STREET, CHICAGO (OLIVET TRAIN STATION) - $10. | $20.00 |
| 2/26/2010 | Thomas D. Snyder | Public/ground transportation | 0310E0011: FLASH CAB - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $8.00 |
| 2/27/2010 | Thomas D. Snyder | Mileage Allowance | 0310E0012: TRAVEL FROM HOME TO TRIBUNE. | $7.50 |
| 2/27/2010 | Thomas D. Snyder | Mileage Allowance | 0310E0013: TRAVEL FROM TRIBUNE TO HOME. | $7.50 |
| 3/1/2010 | Matthew B Larsen | Public/ground transportation | 0310E0014: 24/7 TAXI ASSOCIATION - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $6.00 |
| 3/1/2010 | Shawn M Felt | Public/ground transportation | 0310E0015: TAXI - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $20.00 |
| 3/2/2010 | Natasha D Granholm | Parking | 0310E0016: WESTFIELD NORTH BRID CHICAGO IL - SECOND PARKING. | $36.00 |
| 3/2/2010 | Natasha D Granholm | Parking | 0310E0017: WESTFIELD NORTH BRID CHICAGO IL - SECOND PARKING. | $24.00 |
| 3/2/2010 | Natasha D Granholm | Parking | 0310E0018: SYSTEM PARKING, INC. - SECOND PARKING. | $27.00 |
| 3/2/2010 | Natasha D Granholm | Public/ground transportation | 0310E0019: TAXI - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $14.00 |
| 3/2/2010 | William T England | Parking | 0310E0020: 201 E ILLINOIS SPRK7 CHICAGO IL - SECOND PARKING. | $10.00 |
| 3/2/2010 | Shawn M Felt | Public/ground transportation | 0310E0021: TAXI - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $10.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Page 2 of 7  
Tuesday, June 22, 2010

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
Detail of Expenditures by Project and Date
For the Period March 1, 2010 through March 31, 2010

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/2/2010 | Daniel P Homan | Public/ground transportation | 0310E0022: YELLOW CAB - TAXI FROM CHICAGO (TRIBUNE OFFICE) TO DOWNTOWN CHICAGO (PWC OFFICE). | $7.00 |
| 3/2/2010 | Melissa Mary Begley | Public/ground transportation | 0310E0023: TAXI TO/FROM OFFICE TO TRIBUNE - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $15.00 |
| 3/2/2010 | Natasha D Granholm | Mileage Allowance | 0310E0024: TRAVEL FROM HOME - AURORA TO ALDI - BATAVIA. | $6.00 |
| 3/2/2010 | Natasha D Granholm | Mileage Allowance | 0310E0025: TRAVEL FROM ALDI - BATAVIA TO TRIBUNE - CHICAGO. | $21.00 |
| 3/2/2010 | Natasha D Granholm | Mileage Allowance | 0310E0026: TRAVEL FROM TRIBUNE - CHICAGO TO HOME - AURORA. | $20.50 |
| 3/2/2010 | William T England | Parking | 0310E0027: 201 E ILLINOIS SPRK7 CHICAGO IL - SECOND PARKING. | $24.00 |
| 3/3/2010 | Shawn M Felt | Public/ground transportation | 0310E0028: TAXI - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $9.00 |
| 3/3/2010 | Melissa Mary Begley | Public/ground transportation | 0310E0029: TAXI TO/FROM OFFICE TO TRIBUNE - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $8.00 |
| 3/3/2010 | Kim Stawski | Lodging | 0310E0030: COURTYARD 1S5 CHICAGO IL - LODGING 2 NIGHT STAY (3/2/10 - 3/3/10). | $251.58 |
| 3/3/2010 | Kim Stawski | Parking | 0310E0031: GENERAL MITCHEL INTL MILWAUKEE WI - 3 DAYS PARKING AT AMTRAK STATION. | $15.00 |
| 3/3/2010 | William T England | Mileage Allowance | 0310E0032: TRAVEL FROM BURR RIDGE TO CHICAGO. | $5.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period March 1, 2010 through March 31, 2010

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/3/2010 | William T England | Mileage Allowance | 0310E0033: TRAVEL FROM CHICAGO TO NORTHFIELD. | $10.50 |
| 3/3/2010 | William T England | Mileage Allowance | 0310E0034: TRAVEL FROM NORTHFIELD TO BURR RIDGE. | $14.50 |
| 3/4/2010 | Shawn M Felt | Public/ground transportation | 0310E0035: TAXI - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $19.00 |
| 3/4/2010 | Daniel P Homan | Public/ground transportation | 0310E0036: YELLOWCAB - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $8.00 |
| 3/6/2010 | Natasha D Granholm | Public/ground transportation | 0310E0037: CHICAGO TAXI MEDALLI CHICAGO IL - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $6.35 |
| 3/11/2010 | Ashley Thomas | Public/ground transportation | 0310E0038: DOWNTOWN CHICAGO - ROUNDTRIP TAXI FROM CHICAGO (TRIBUNE OFFICE) TO DOWNTOWN CHICAGO (PWC OFFICE). | $20.00 |
| 3/12/2010 | Kim Stawski | Public/ground transportation | 0310E0039: AMTRAK MKE AIRPORT WI - ROUNDTRIP TRAIN FROM MILWAUKEE TO CHICAGO. | $44.00 |
| 3/12/2010 | Kim Stawski | Parking | 0310E0040: GENERAL MITCHEL INTL MILWAUKEE WI - 1 DAY PARKING AT AMTRAK STATION. | $5.00 |
| 3/12/2010 | Natasha D Granholm | Public/ground transportation | 0310E0041: CHOICE TAXI ASSN. 30 CHICAGO IL - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $8.35 |
| 3/12/2010 | Natasha D Granholm | Public/ground transportation | 0310E0042: TAXI - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $17.00 |
| 3/12/2010 | Thomas D. Snyder | Public/ground transportation | 0310E0043: YELLOW CAB - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $8.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

TRIBUNE COMPANY., et al (Case 08-13141)            Exhibit D-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period March 1, 2010 through March 31, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/15/2010 | Natasha D Granholm | Parking | 0310E0044: WESTFIELD NORTH BRID CHICAGO IL - SECOND PARKING. | $36.00 |
| 3/15/2010 | Natasha D Granholm | Parking | 0310E0045: SYSTEM PARKING, INC. - SECOND PARKING. | $31.00 |
| 3/15/2010 | Shawn M Felt | Public/ground transportation | 0310E0046: TAXI - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $23.00 |
| 3/16/2010 | Kim Stawski | Parking | 0310E0047: WESTFIELD NORTH BRID CHICAGO IL - SECOND PARKING. | $41.00 |
| 3/16/2010 | Kim Stawski | Public/ground transportation | 0310E0048: IL TOLLWAYS - TOLL FROM MILWAUKEE TO CHICAGO. | $5.00 |
| 3/16/2010 | Kim Stawski | Mileage Allowance | 0310E0049: TRAVEL FROM WAUKESHA WI (HOME) TO 423 MICHIGAN AVE CHICAGO IL. | $40.00 |
| 3/16/2010 | Kim Stawski | Mileage Allowance | 0310E0050: TRAVEL FROM 423 MICHIGAN AVE CHICAGO IL TO WAUKESHA WI (HOME). | $40.00 |
| 3/16/2010 | Shawn M Felt | Public/ground transportation | 0310E0051: TAXI - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $19.00 |
| 3/17/2010 | Natasha D Granholm | Parking | 0310E0052: WASHINGTON& FRANKLIN CHICAGO IL - SECOND PARKING. | $31.00 |
| 3/17/2010 | William T England | Parking | 0310E0053: 201 E ILLINOIS SPRK7 CHICAGO IL - SECOND PARKING. | $10.00 |
| 3/17/2010 | Daniel P Homan | Public/ground transportation | 0310E0054: YELLOW CAB - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $8.00 |
| 3/18/2010 | Natasha D Granholm | Public/ground transportation | 0310E0055: CHICAGO ELITE CAB CO CHICAGO IL - TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $8.94 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period March 1, 2010 through March 31, 2010

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/18/2010 | William T England | Parking | 0310E0056: 201 E ILLINOIS SPRK7 CHICAGO IL - SECOND PARKING. | $10.00 |
| 3/22/2010 | Kim Stawski | Public/ground transportation | 0310E0057: AMTRAK MKE AIRPORT WI - ROUNDTRIP TRAIN FROM MILWAUKEE TO CHICAGO. | $44.00 |
| 3/22/2010 | Kim Stawski | Parking | 0310E0058: GENERAL MITCHEL INTL MILWAUKEE WI - 1 DAY PARKING AT AMTRAK STATION. | $5.00 |
| 3/22/2010 | William T England | Parking | 0310E0059: 201 E ILLINOIS SPRK7 CHICAGO IL - SECOND PARKING. | $24.00 |
| 3/22/2010 | William T England | Mileage Allowance | 0310E0060: TRAVEL FROM BURR RIDGE TO CHICAGO. | $10.00 |
| 3/22/2010 | William T England | Mileage Allowance | 0310E0061: TRAVEL FROM CHICAGO TO BURR RIDGE. | $10.00 |
| 3/26/2010 | Kim Stawski | Public/ground transportation | 0310E0062: AMTRAK MKE AIRPORT WI - ROUNDTRIP TRAIN FROM MILWAUKEE TO CHICAGO. | $22.00 |
| 3/26/2010 | Kim Stawski | Parking | 0310E0063: GENERAL MITCHEL INTL MILWAUKEE WI - 1 DAY PARKING AT AMTRAK STATION. | $2.50 |
| 3/26/2010 | Natasha D Granholm | Public/ground transportation | 0310E0064: BLUE RIBBON TAXI - ROUNDTRIP TAXI FROM DOWNTOWN CHICAGO (PWC OFFICE) TO CHICAGO (TRIBUNE OFFICE). | $15.00 |
| 3/26/2010 | Thomas D. Snyder | Parking | 0310E0065: WESTFIELD NORTH BRID CHICAGO IL - SECOND PARKING. | $36.00 |
| 3/26/2010 | Thomas D. Snyder | Mileage Allowance | 0310E0066: TRAVEL FROM RIVER FOREST TO TRIBUNE. | $14.00 |

Subtotal - 2009 Consolidated Audit    $1,777.29

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

TRIBUNE COMPANY., et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Detail of Expenditures by Project and Date  
For the Period March 1, 2010 through March 31, 2010

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Tax Consulting Services** | | | | |
| 2/22/2010 | John A Sandmeier | Meals | 0310E0067: GRAND LUX CAFE/CHICA CHICAGO IL - LUNCH - P. SHANAHAN (TRIBUNE), K. STAWSKI (PWC) AND SELF. | $30.00 |
| 3/1/2010 | John A Sandmeier | Meals | 0310E0068: POTBELLY 006 5429298 CHICAGO IL - LUNCH - P. SHANAHAN (TRIBUNE) AND SELF. | $20.00 |
| 3/2/2010 | John A Sandmeier | Meals | 0310E0069: BICE - CHICAGO 88190 CHICAGO IL - LUNCH - P. SHANAHAN (TRIBUNE) AND SELF. | $20.00 |
| **Subtotal - Tax Consulting Services** | | | | $70.00 |
| **Total Expenditures** | | | | **$1,847.29** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.