# GIAIMO ASSOCIATES, LLP
ATTORNEYS AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415
E-MAIL: giaimoassociates@aol.com
(718) 261-6200
FAX: (718) 261-0316

JOSEPH O. GIAIMO
JADE L. FULLER

OF COUNSEL
STEPHEN J. FEIN
JOHN T. WISELL
CINTRA GARCIA, PARALEGAL

June 17, 2010

Hon. Kevin J. Carey
Chief United States Bankruptcy Judge
United States Bankruptcy Court for
the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

    RE: In Re Tribune Company, et al.
        Chapter 11; Case No. 08-13141(KJC)
        Jointly Administered Related to
        Docket Nos. 4441 and 4766

Creditors: Crabhouse of Douglaston, Crabhouse of
       Douglaston d/b/a Douglaston Manor, Deluca, Inc.
       South Shore News, Chester Nakelski d/b/a
       C.J. Nakelski, Jon M. Kay d/b/a Kay Delivery,
       Joseph Auguguliaro, Inc., Salvatore Salmone
       d/b/a S.A.K. Distribution, Inc., Theresa Smith
       d/b/a ME-2 Delivery Service, Mark Von Weiding
       d/b/a PJT Delivery Service, Inc., William
       Ciccotto d/b/a WDC, Inc., John Lambrose d/b/a
       Home Run Distributions, Inc., James Thompson
       d/b/a J&L American Enterprises, Ltd. and
       <u>Laurence Furnell d/b/a Laurence Furnell, Inc.</u>

Dear Judge Carey:

    As the attorneys for the above-named Creditors in this matter we are in receipt of a copy of Your Honor's Order dated June 14, 2010 Sustaining Debtors' Twenty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 ("Late-Filed Claims) disallowing and expunging our

clients' claims in their entirety because of the "late-filed claims."

As can be seen from the enclosed Affidavit of Service by Cintra Garcia, a paralegal in our office, the Proof of Claim Forms were timely filed upon Debtor at Tribune Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5069, New York, New York 10150-5069.

Unfortunately because of a misunderstanding with our co-counsel, our office inadvertently failed to respond to the Notice of Debtors' Twenty-Seventh Omnibus Objection by June 9, 2010, the response deadline. Accordingly, we respectfully ask this Court to reconsider and vacate the Order dated June 14, 2010 and permit our above-named clients to maintain their claim.

May we please hear from the Court.

Very truly yours,

Joseph O. Giaimo

JOG/cg

cc: Sidley Austin, LLP
    One South Dearborn Street
    Chicago, IL 60603

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) SS:
COUNTY OF QUEENS  )

I, Cintra Garcia being duly sworn, says:

I am not a party to the within action, am over 18 years of age and reside in Inwood, New York.

On June 2, 2009, I served the within Proof of Claim Forms on behalf of Creditors, Crabhouse of Douglaston, Crabhouse of Douglaston d/b/a Douglaston Manor, Deluca, Inc., South Shore News, Chester akelski d/b/a C.J. Nakelski, Jon M. Kay d/b/a Kay Delivery, Joseph Auguguliaro, Inc., Salvatore Salmone d/b/a S.A.K. Distribution, Inc., Theresa Smith d/b/a ME-2 Delivery Service, Mark Von Weiding d/b/a PJT Delivery Service, Inc., William Ciccotto d/b/a WDC, Inc., John Lambrose d/b/a Home Run Distributions, Inc., James Thompson d/b/a J&L American Enterprises, Ltd. and Laurence Furnell d/b/a Laurence Furnell, Inc. by depositing the originals thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Tribune Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
P.O. Box 5069
New York, New York 10159-5069

_Cintra Garcia_
Cintra Garcia

Sworn to before me this
2nd day of June 2009

_Notary Public_

JADE FULLER
Notary Public, State of New York
No. 02FU6127091
Qualified in Nassau County
Commission Expires May 23, 2009