## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | **No.08-13141(KJC)** |
| **TRIBUNE COMPANY, ET.AL.** | : | **JOINTLY** |
| **ADMINISTERED** | : | |
| | : | **No. 08-13185(KJC)** |
| **Debtor** | : | **No. 08-13235(KJC)** |

### REQUEST FOR WITHDRAWAL OF REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the undersigned counsel for Jayne Clement, hereby withdraws his Request for Service of Documents

> REAL WORLD LAW, PC
> /s/ Glenn A. Brown
> GLENN A. BROWN, DMD, ESQUIRE
> DE Bar No. 4669
> 916 North Union Street
> No. 2
> Wilmington, DE  19605
> (302) 225-8340
> Glenn.brown@realworldlaw.com

Dated: June 23, 2010