IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                         :
                               : Chapter 11
TRIBUNE COMPANY, et al.,       : Case No. 08-13141 (KJC)
                               : (Jointly Administered)
            Debtors.           :
                               :
                               :
------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 24, 2010, copies of the *First Amended Responses and Objections of JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc., to Wilmington Trust Company's First Request for Production of Documents* were served pursuant to the Order entered on December 15, 2009 by the United States Bankruptcy Court for the District of Delaware on the parties below as indicated:

**BY HAND DELIVERY
& ELECTRONIC MAIL**
Raymond Lemisch, Esq.
Jennifer R. Hoover, Esq.
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

**BY FIRST CLASS MAIL
& ELECTRONIC MAIL**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
rstark@brownrudnick.com
msiegel@brownrudnick.com
wdolan@brownrudnick.com
kbromberg@brownrudnick.com

Dated: June 24, 2010
       Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ CPS
Christopher P. Simon (No. 3697)
Michael J. Joyce (No. 4576)
Patrick M. Brannigan (No. 4778)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)
csimon@crosslaw.com

-and-

Dennis E. Glazer
Sharon Katz
Michael Russano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A. and JPMorgan Securities Inc.*