## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on June 24, 2010, I caused a true and correct copy of the foregoing *Notice of Service* to be served on the following parties listed below in the manner indicated.

**BY HAND DELIVERY**
**& ELECTRONIC MAIL**
Raymond Lemisch, Esq.
Jennifer R. Hoover, Esq.
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

**BY FIRST CLASS MAIL**
**& ELECTRONIC MAIL**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
rstark@brownrudnick.com
msiegel@brownrudnick.com
wdolan@brownrudnick.com
kbromberg@brownrudnick.com

_____
Christopher P. Simon (No. 3697)