IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>      Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 4358 and 4499** |

## SUPPLEMENTAL DECLARATION OF MARK MINUTI

MARK MINUTI hereby declares:

1.  I am a partner in the law firm of Saul Ewing LLP ("Saul Ewing"), which maintains offices for the practice of law at 222 Delaware Avenue, Wilmington, Delaware 19801, as well as in Philadelphia, Harrisburg, and Chesterbrook, Pennsylvania; Newark and Princeton, New Jersey; Baltimore, Maryland; and Washington, D.C.  This Supplemental Declaration is submitted in support of the Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner *Nunc Pro Tunc* to April 30, 2010 (the "Application") [Docket No. 4358], which was approved by the Court by order dated May 19, 2010 [Docket No. 4499].

2.  Attached to the Application at Exhibit A was my original declaration in support of the Application.  Since filing the Application, we have continued to search our firm's records and conflict system so that we may continue to comply with the disclosure requirements of Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3.  Consistent with Bankruptcy Rule 2014, and on behalf of Saul Ewing, I hereby make the following supplemental disclosures:

593349.4 6/24/10

A.      Saul Ewing formerly represented the entities listed on **Exhibit A** attached hereto in matters wholly unrelated to the above-captioned debtors' cases.

B.      Saul Ewing currently represents the entities listed on **Exhibit B** attached hereto in matters wholly unrelated to the above-captioned debtors' cases:

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed on June 24, 2010.

_____
Mark Minuti