# Exhibit A

Former Clients

# EXHIBIT A
## FORMER CLIENTS

Anheuser-Busch Companies, Inc.
Bear Stearns & Co., Inc.
Citigroup Global Markets, Inc.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Davidson Kempner Capital Management
Dunkin Brands, Inc.
Goldman Sachs & Co.
Merrill Lynch Pierce Fenner & Smith
Morgan Stanley