# Exhibit B

Current Clients

**EXHIBIT B**
**CURRENT CLIENTS**

AT&T
Citadel Investment Group, LLC
Comcast Cable Communications
GEICO Casualty Insurance
General Mills, Inc.
General Motors Corporation
ITT Educational Services
Johnson & Johnson
Metropolitan Life Insurance Co.
Progressive Direct Ins. Co.
Progressive Northern Ins. Co.
Southwest Airlines Co.
Taconic Capital Advisors LLC;