

WISCONSIN DEPARTMENT OF REVENUE
SPECIAL PROCEDURES UNIT
MAIL STOP 4-206
PO BOX 8901
MADISON WI 53708-8901

**State of Wisconsin** • **DEPARTMENT OF REVENUE**

COMPLIANCE BUREAU
2135 RIMROCK RD   PO BOX 8901   MADISON, WI   53708-8901
PHONE: 608-267-0833   FAX: 608-267-1037
WEBSITE: www.revenue.wi.gov   HOURS: 7:45 AM - 4:30 PM

June 7, 2010

TIMER MIRROR PAYROLL PROCESS CO
C/O EPIQ BANKRUPTCY SOLUTIONS
FDR STATION, PO BOX 5082
NEW YORK NY 10150-5082

Letter ID:  L1243670336

WTN: 0000012161

Case Number: 08-13215
Bankruptcy Chapter: Chapter 11
Date of Proof of Claim for Taxes: 05/26/09
Amount of Claim: $655.00

This is to advise the court that the liability represented in the above claim has been resolved to the satisfaction of the Wisconsin Department of Revenue. No further action and/or payment is necessary on that claim.

Sincerely,

*[signature]*

Hiram Cutting
Revenue Agent
608-267-0833
hiram.cutting@revenue.wi.gov

**FILED / RECEIVED**
JUN 2 4 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

WINPAS - btL200 (R.03/10)