UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x   Chapter 11
In re:                                                      :
                                                            :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                    :   Jointly Administered
                                                            :
         Debtors.                                           :   Hearing Date: (Negative Notice)
----------------------------------------------------------- X   Objections Due: 6/22/10 @ 4:00 p.m.


## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 4664

The undersigned hereby certifies that he has received no objection or other response to the **Ninth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses** (D.I. No. 4664) dated June 2, 2010 (the "Application"). The undersigned further certifies that he has reviewed the court's docket in this case and no objection or other response to the Application appears thereon. Pursuant to the notice, objections to the application were to be served no later than 4:00 p.m. on June 22, 2010.

Dated: Wilmington, Delaware
       June 24, 2010

                                    ZUCKERMAN SPAEDER LLP

                                    /s/ Thomas G. Macauley
                                    _____
                                    Thomas G. Macauley (ID No. 3411)
                                    919 Market Street, Suite 990
                                    Wilmington, DE 19801
                                    Telephone: (302) 427-0400
                                    Facsimile: (302) 427-8242

                                    Special Counsel to Official Committee
                                    of Unsecured Creditors

2597385.1