# EXHIBIT A

## Declaration of Christopher L. Meazell

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

<u>**DECLARATION OF CHRISTOPHER L. MEAZELL**</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves

as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned

Chapter 11 cases.

2.      I have read the forgoing Twelfth Monthly Fee Application of Dow Lohnes PLLC for

Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors

and Debtors in Possession for the Period May 1, 2010 through May 31, 2010 and know the

contents thereof and that the same are true and correct, to the best of my knowledge, information

and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Twelfth

Monthly Fee Application complies with this rule to the best of my knowledge, information and

belief.

4.    There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 24th day of June, 2010.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## MAY 1 - MAY 31, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 9.1 | 2,275.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 3.2 | 1,696.00 |
| Andrew Christopher | Associate (since 2008); Media & Information Technologies; 2008 (PA) & 2009 (DC) | 285 | 4.9 | 1,396.50 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 24.5 | 17,762.50 |
| Jonathan D. Hart | Member (since 1992);  Media & Information Technologies; 1986 (DC); 1985  (Virgin Islands) | 670 | 0.7 | 469.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 28.5 | 18,525.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 400 | 13.9 | 5,560.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 0.5 | 120.00 |
| Scott S. Patrick | Member (since 2005); Communications; 1990 (DC) & 1996 | 540 | 0.3 | 162.00 |
| Christian J. Pena | Paralegal (2005); Communications; n/a | 210 | 4.8 | 1,008.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 (WI) | 440 | 6.6 | 2,904.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 17.8 | 11,125.00 |
| Suzanne M. Underwald | Member (since 2004);  Media & Information Technologies; 1995 (MD) & 1996 (DC) | 635 | 2.2 | 1,397.00 |

**TOTALS**                                                                                117.0        64,400.00
**BLENDED RATE**                                                                                    550.4273504

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## MAY 1 - MAY 31, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 103.1 | 58,840.00 |
| Fee Applications 08656.0101 | 13.9 | 5,560.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **117.0** | **64,400.00** |

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

June 25, 2010                                                                        Page 1

Tribune Company                                                       Invoice 526476
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016


Our File # 08656.0100              For Services Through May 31, 2010
FCC/Broadcast Matters


| | | |
|---|---|---|
| 05/01/10 | Research rights of publicity law regarding promotions issues impacting Tribune radio stations. | |
| | A. Christopher | 3.30 hrs. |
| 05/01/10 | Preparation of memorandum regarding revisions to cross-ownership waiver requests regarding FCC applications for assignment of licenses in bankruptcy. | |
| | J. Rademacher | 2.50 hrs. |
| 05/01/10 | Telephone conference with S. Karottki re FCC compliance issues for Tribune stations and follow-up. | |
| | J. Feore | 0.50 hrs. |
| 05/02/10 | Preparation of memorandum regarding revisions to cross-ownership waiver requests regarding FCC applications for assignment of licenses in bankruptcy. | |
| | J. Rademacher | 1.00 hrs. |
| 05/02/10 | Review documents history and issues re Hartford confidential filing. | |
| | M. Swanson | 0.10 hrs. |
| 05/02/10 | Analysis of promotions issues impacting Tribune radio stations. | |
| | S. Underwald | 0.70 hrs. |
| 05/03/10 | Research re promotions issues impacting Tribune radio stations. | |
| | A. Christopher | 1.60 hrs. |
| 05/03/10 | Telephone call with J. Tobias (FCC Wireless Bureau) re Form 603 license assignment applications (0.2); prepare and send master list of wireless license assignment applications and file numbers (0.3) | |
| | A. Mejia (Practice Group Professional) | 0.50 hrs. |

| 05/03/10 | Review all filed Tribune assignment applications re disbursement of filed applications to all parties.<br>C. Pena (Paralegal) | 4.80 hrs. |
|---|---|---|
| 05/03/10 | Telephone conference with FCC attorney re processing of applications (0.3); update re meeting with FCC staff re applications (0.3); review timing on FCC processing, fee payments and public notice of applications (0.4).<br>J. Feore | 1.00 hrs. |
| 05/03/10 | Prepare correspondence responding to J. Stenger (FCC counsel to unsecured creditors' committee) re FCC procedures for acceptance of applications for filing.<br>J. Logan | 0.20 hrs. |
| 05/03/10 | Telephone conferences with D. Roberts (FCC) re application processing issues and acceptance notice issues (0.4); telephone conferences with K. Witanowski (FCC) re Palo Alto logistics (0.3); email E. Washburn re Tampa workshop questions (0.1); telephone conference with E. Washburn and S. Sheehan re Palo Alto workshop preparation (0.3); memo to same re accepted and invited panelists and FCC participants (0.2); research and email Tampa oral testimony to E. Washburn and S. Sheehan (0.4); letter to J. Stenger (Chadbourne) re waiver copy delivery (0.2).<br>M. Swanson | 1.90 hrs. |
| 05/03/10 | Assemble broadcast licensees application (station public file copies) for transmittal to L. Washburn (0.4); review discs of broadcast applications for FCC staff (0.5); review discs of all applications (3.5).<br>S. Anderson (Practice Group Professional) | 4.40 hrs. |
| 05/03/10 | Prepare correspondence to S. Karottki re descendible rights of publicity in connection with promotions issues impacting Tribune radio stations.<br>S. Underwald | 1.10 hrs. |
| 05/03/10 | Telephone conference with S. Karottki and J. Roberts re promotions issues impacting Tribune radio stations.<br>S. Underwald | 0.40 hrs. |
| 05/04/10 | Telephone conference with Wiley re FCC applications and status of processing (0.5); telephone conference with S. Sheehan re FCC changes and lobbying efforts re applications (0.2).<br>J. Feore | 0.70 hrs. |
| 05/04/10 | Prepare correspondence to FCC counsel to Oaktree (JPMorgan) and Angelo Gordon re FCC application copies (0.4); prepare correspondence to J. Boelter (Sidley) re FCC application copies (0.3); review remaining FCC regulatory issues on stock allotment, media certification and foreign ownership computation in preparation for scheduled telephone conference with Wiley firm re further regulatory steps (0.6); review and revise non-broadcast | |

|            | applications and licensee checklist (0.3). |              |
|            | J. Logan | 1.60 hrs. |

| 05/04/10 | Preparation for and attend meeting with D. Roberts (FCC) re waivers. | |
|          | M. Swanson | 1.90 hrs. |

| 05/05/10 | Review status of open issues re media ownership and foreign ownership certifications (0.6); telephone conference with Wiley Rein re same (0.5). | |
|          | C. Burrow | 1.10 hrs. |

| 05/05/10 | Telephone conference with Wiley re status of FCC applications, necessary lobbying and timing (0.5); follow-up telephone conference with FCC staff re pending FCC applications (0.5). | |
|          | J. Feore | 1.00 hrs. |

| 05/05/10 | Prepare for telephone conference with Wiley firm re post-filing steps at FCC (0.4); telephone conference with R. Wiley, J. Bayes, W. Johnson and M. Heller (Wiley firm) re next steps in FCC process and remaining outstanding issues in FCC-related procedures in bankruptcy proceeding (0.7). | |
|          | J. Logan | 1.10 hrs. |

| 05/05/10 | Preparation for and participate in conference call with Wiley lawyers regarding FCC filing and FCC staff follow-up (0.8); email Seattle Times commentary to same (0.1); review FCC NBC order/notice re timing analogy for challenges to client's applications (0.4). | |
|          | M. Swanson | 1.30 hrs. |

| 05/06/10 | Prepare confidential version of Mazzaferri declaration and other documents for filing with FCC regarding application to FCC for transfer of Hartford television broadcast licenses in bankruptcy. | |
|          | J. Rademacher | 0.70 hrs. |

| 05/06/10 | Telephone conferences with FCC re assignment applications, public notice and timing (0.6); preparation of status memo for Tribune and update re timing (0.2); telephone conference with Angelo Gordon counsel re FCC applications, waivers, timing and further visits (0.7). | |
|          | J. Feore | 1.50 hrs. |

| 05/06/10 | Review issues re FCC staff and FCC bank questions on fee payment reconciliation for acceptance of FCC applications. | |
|          | J. Logan | 0.60 hrs. |

| 05/06/10 | Telephone conferences with D. Roberts (FCC) re application processing and acceptance issues (0.9); telephone conference with H. Hashemzadeh (FCC) and D. Roberts re same (0.3); review re public interest party interest (0.2); telephone conference with M. Schneider (Sidley) re same (0.1); telephone conferences and email E. Washburn re same and Palo Alto preparation (0.7); telephone conference with A. Campbell (IPR) (0.1). | |
|          | M. Swanson | 2.30 hrs. |

June 25, 2010                                                  Page 4

Tribune Company                                          Invoice 526476

| | | |
|---|---|---|
| 05/06/10 | Telephone call to FCC offices regarding FCC review of Media Bureau fees (1.2); scan fee payment and check (0.1); update chart of FCC applications with file numbers (0.7); review "stamp and return" FCC transmittal letters for fee payments (0.1). | |
| | S. Anderson (Practice Group Professional)        2.10 hrs. | |
| 05/07/10 | Telephone conference with counsel for Oaktree (0.5); review FCC applications, timing, waivers being requested and future FCC meetings (1.0). | |
| | J. Feore                                         1.50 hrs. | |
| 05/07/10 | Review issues re timing of proposed public notice and confirmation of fee information. | |
| | J. Logan                                         0.70 hrs. | |
| 05/07/10 | Telephone conference with D. Roberts (FCC) re acceptance and fee status (0.2); email exchange with E. Washburn and K. Witanowski (FCC) re Palo Alto logistics (0.1). | |
| | M. Swanson                                       0.30 hrs. | |
| 05/07/10 | Research regarding FCC public notice of applications (0.3); prepare application to withdraw KRCW private radio assignment due to cancellation of license (0.4). | |
| | S. Anderson (Practice Group Professional)        0.70 hrs. | |
| 05/10/10 | Telephone conference with K. Witanowski re Palo Alto (0.2); telephone conference with D. Roberts (FCC) re status of application acceptance (0.2). | |
| | M. Swanson                                       0.40 hrs. | |
| 05/11/10 | Review questions from FCC re Media Ownership Workshop (0.2); prepare comments re same (0.5). | |
| | J. Hart                                          0.70 hrs. | |
| 05/11/10 | Telephone conference with Wiley re FCC applications and processing and lobbying efforts (0.3); telephone conference with S. Sheehan re follow-up lobbying efforts (0.2); telephone conference with FCC re status and FCC public notice and petition period (0.4); review material for application amendments and updates (0.6). | |
| | J. Feore                                         1.50 hrs. | |
| 05/11/10 | Review and analyze regulatory issues posed by JP Morgan investment in Gannett (1.1); review Edgar 13G filings and related information re same (0.7); prepare correspondence to J. Boelter (Sidley) re status of negotiations re stock allocation methodology for FCC ownership compliance (0.6). | |
| | J. Logan                                         2.40 hrs. | |
| 05/11/10 | Telephone conference with K. Witanowski (FCC) re Palo Alto logistics (0.2); email exchange with client re same (0.1); review FCC question and email exchange with E. Washburn re same (0.3). | |
| | M. Swanson                                       0.60 hrs. | |
| 05/12/10 | Telephone conferences with FCC staff and counsel for Oaktree re | |

Tribune Company

|  |  |  |
|---|---|---|
|  | FCC applications and processing (0.6); prepare memorandum re timing and notice (0.2); review possible impact of bank holdings and broadcast rules and waivers (0.7). | |
|  | J. Feore | 1.50 hrs. |
| 05/12/10 | Telephone conference with J. Boelter re status of bankruptcy proceeding and developments re methodology for stock allotment and foreign ownership motion and survey procedure (0.8); prepare memorandum re information from J. Boelter and schedule for implementation (1.1). | |
|  | J. Logan | 1.90 hrs. |
| 05/12/10 | Telephone conference with J. Bayes (Wiley) re Gannett ownership issue (0.2); email E. Washburn re same (0.1); telephone conference with D. Roberts re FCC processing and public notice (0.2); review and revise Third Circuit brief (1.3); email to M. Schneider re revisions (0.2). | |
|  | M. Swanson | 2.00 hrs. |
| 05/13/10 | Review FCC notice re acceptance of applications and timing of petitions (0.3); prepare memorandum re FCC processing of applications (0.3); review objection filed to plan re FCC ownership and certification issues (1.0). | |
|  | J. Feore | 1.60 hrs. |
| 05/13/10 | Review FCC public notice re acceptance of applications for filing and re triggering of petition to deny process (0.8); prepare correspondence to J. Boelter re FCC public notice of acceptance of Tribune applications by FCC (0.4); prepare correspondence to J. Stenger (Choate Hall, FCC counsel to Unsecured Creditors' Committee) re FCC public notice of acceptance of applications for filing (0.3); review possible notice typos from FCC re materiality (0.3); review pleading from J. Boelter re Wilmington Trust objections to disclosure statement and related FCC concerns (0.9); analyze FCC issues in Wilmington Trust objection to disclosure statement (0.5); prepare memorandum to J. Boelter re same for use in opposition (0.8); prepare correspondence to D. Liebentritt re FCC-related points raised by Wilmington Trust objection (0.3). | |
|  | J. Logan | 4.30 hrs. |
| 05/13/10 | Telephone conference with D. Roberts (FCC) re issuance of public notice (0.2); review same (0.2); email M. Schneider (Sidley) and E. Washburn re same (0.1). | |
|  | M. Swanson | 0.50 hrs. |
| 05/13/10 | Review accuracy of FCC public notice of acceptance. | |
|  | S. Anderson (Practice Group Professional) | 1.20 hrs. |
| 05/14/10 | Telephone conference with Wiley re various objections to disclosure plan re FCC application and ownership issues (0.4); review issues and prepare response re FCC compliance matters (1.3). | |
|  | J. Feore | 1.70 hrs. |

Tribune Company

| 05/14/10 | Telephone conference with R. Wiley and J. Bayes re Wilmington Trust filing and effect on timing (0.1); review re effect of bankruptcy procedure on FCC processing (0.2). | |
|---|---|---|
| | M. Swanson | 0.30 hrs. |
| 05/15/10 | Review ownership structure (warrants and non-voting stock) raised by objection filed with court (0.7); research FCC case law re ownership issues and proposals (0.8). | |
| | J. Feore | 1.50 hrs. |
| 05/16/10 | Exchange emails with J. Bayes (Wiley) re JP Morgan interest in Gannett. | |
| | M. Swanson | 0.10 hrs. |
| 05/16/10 | Proofread chart of FCC application file numbers. | |
| | S. Anderson (Practice Group Professional) | 0.20 hrs. |
| 05/17/10 | Review ownership interests of JP Morgan and impact on applications filed with FCC (0.6); telephone conference with Wiley re amendment (0.2); review proposed language re FCC compliance for insertion in objection to be filed with court (0.5). | |
| | J. Feore | 1.30 hrs. |
| 05/17/10 | Review FCC sections of proposed response to Wilmington Trust opposition (0.8); prepare correspondence to J. Boelter re FCC opposition to Wilmington Trust opposition (0.4); review revised disclosure statement points on FCC applications (0.7); prepare update inserts re status of FCC applications and FCC process (1.1). | |
| | J. Logan | 3.00 hrs. |
| 05/17/10 | Prepare correspondence to L. Washburn and W. Van Duynhoven re broadcast spectrum reallocation initiatives. | |
| | S. Patrick | 0.30 hrs. |
| 05/18/10 | Research and prepare response re non-voting stock, warrants and updates to challenges raised in court objections (0.8); telephone conference with Wiley re FCC application and processing timelines and follow-up meetings (0.3). | |
| | J. Feore | 1.10 hrs. |
| 05/18/10 | Prepare correspondence to FCC counsel to senior lenders re proposed update conference call and prepare for conference call (0.3); prepare correspondence to D. Gregory (Sidley) re request for additional supporting information and case law in preparation for anticipated reply to Wilmington Trust (0.4); prepare memorandum to D. Gregory re supporting principles for points in Wilmington Trust opposition (1.4). | |
| | J. Logan | 2.10 hrs. |
| 05/18/10 | Draft and email answers to Palo Alto questions to E. Washburn. | |
| | M. Swanson | 1.30 hrs. |
| 05/18/10 | Edit chart of FCC application status. | |
| | S. Anderson (Practice Group Professional) | 0.10 hrs. |

Tribune Company                                          Invoice 526476

| 05/19/10 | Review status of bankruptcy court process re FCC filings. |
|---|---|
| | C. Burrow | 0.50 hrs. |

| 05/19/10 | Preparation of request for confidentiality to FCC regarding declaration of G. Mazzaferri and associated exhibits for Hartford duopoly waiver request for FCC applications for assignment of licenses in bankruptcy. |
|---|---|
| | J. Rademacher | 0.60 hrs. |

| 05/19/10 | Telephone conference with counsel for creditors committee re FCC processing and timing issues (0.2); review proposed amendments to FCC application re changes and updates to ownership (0.7); review proposed response to FCC issues in court objection (0.4). |
|---|---|
| | J. Feore | 1.30 hrs. |

| 05/19/10 | Correspondence with K. Mills and J. Boelter (Tribune) re opposition filed by Wilmington Trust and amended disclosure statement (0.3); prepare for telephone conference with FCC counsel to senior lenders re status of applications and further steps for obtaining grant (0.4); telephone conference with FCC counsel to senior lenders re possible further meeting with FCC staff and prospects and preparation for likely request for extension of time from public interest group opponents (0.7); telephone conference with W. Johnson (Wiley Rein) re effect of foreign ownership approval in Freedom bankruptcy and possible need for third sieve (0.4). |
|---|---|
| | J. Logan | 1.80 hrs. |

| 05/19/10 | Preparation for and participation in Wiley call regarding FCC filing and FCC staff follow-up (0.4); telephone conference with E. Washburn re EEO question (0.1); review and revise Hartford confidential filing (0.5). |
|---|---|
| | M. Swanson | 1.00 hrs. |

| 05/20/10 | Prepare and file request for confidentiality and confidential version of declaration of G. Mazzaferri and associated exhibits regarding Hartford duopoly waiver request accompanying FCC applications for consent to assignment of licenses in bankruptcy (1.2); telephone conference with G. Taylor (FCC secretary's Office) regarding delivery arrangements for same (0.2). |
|---|---|
| | J. Rademacher | 1.40 hrs. |

| 05/20/10 | Telephone conference with FCC staff re Tribune applications and FCC public notice (0.4); work on possible amendment to pending FCC applications re ownership updates (0.6). |
|---|---|
| | J. Feore | 1.00 hrs. |

| 05/20/10 | Review public notice issued by FCC re additional requirements for scheduling ex parte meetings on Tribune applications. |
|---|---|
| | J. Logan | 0.40 hrs. |

| 05/20/10 | Review FCC public notice re ex parte requests related to application (0.2); email same to client (0.1); telephone conferences with M. |
|---|---|

| | | |
|---|---|---|
| | Dortch and G. Taylor (FCC) re confidential filing (0.1); finalize and file same (0.6). | |
| | M. Swanson | 1.00 hrs. |
| 05/21/10 | Review updated ownership and certification materials for Tribune owners (0.3); work on outline of FCC application amendment and filing (0.3). | |
| | J. Feore | 0.60 hrs. |
| 05/21/10 | Review E. Hartenstein Palo Alto testimony (0.4); review re satellite issues (0.2). | |
| | M. Swanson | 0.60 hrs. |
| 05/23/10 | Email to client re confidential Hartford filing (0.1); review re Palo Alto ownership hearing and email to client re same (0.1). | |
| | M. Swanson | 0.20 hrs. |
| 05/24/10 | Correspondence with E. Washburn regarding filing of confidentiality request for declaration of Gina Mazzaferri and associated exhibits with FCC regarding Hartford duopoly waiver request (0.2); correspondence with J. Fiorini and J. Riehm (lenders' counsel) regarding same (0.2). | |
| | J. Rademacher | 0.40 hrs. |
| 05/24/10 | Review draft amendment and items to report to FCC re pending applications. | |
| | J. Feore | 0.40 hrs. |
| 05/24/10 | Review Freedom FCC bankruptcy application re additional support for opposition to Wilmington Trust objection. | |
| | J. Logan | 0.60 hrs. |
| 05/24/10 | Telephone conference with S. Sheehan re Palo Alto hearing and FCC status (0.3); telephone conference with E. Washburn re satellite issue and Palo Alto hearing (0.3). | |
| | M. Swanson | 0.60 hrs. |
| 05/25/10 | Telephone conference with Wiley re possible changes in application and amendment issues (0.3); telephone conference with FCC staff re processing questions (0.3); review draft amendment (0.4). | |
| | J. Feore | 1.00 hrs. |
| 05/25/10 | Telephone conference with W. Johnson (FCC counsel to secured lenders) re status of JP Morgan analysis of effect of interest acquired in Gannett and re anticipated amendment (0.6); prepare memorandum re JP Morgan interest in Gannett and potential impact upon pending applications and anticipated amendment (0.4). | |
| | J. Logan | 1.00 hrs. |
| 05/25/10 | Review re JP Morgan calculation of potential attributable interest in Gannett. | |
| | M. Swanson | 0.10 hrs. |
| 05/26/10 | Telephone conference with counsel for creditors committee re | |

| | | |
|---|---|---|
| | pending FCC applications and proceedings (0.2); review materials for amendments to applications (0.4). | |
| | J. Feore | 0.60 hrs. |
| 05/26/10 | Telephone conference with W. Johnson re anticipated amendment to reflect Gannett interest held by JP Morgan and to provide 1.65 update to FCC application. | |
| | J. Logan | 0.30 hrs. |
| 05/27/10 | Revise memorandum re FCC implications of restructuring proposals. | |
| | C. Burrow | 0.80 hrs. |
| 05/27/10 | Review draft company memorandum re restructuring and need for FCC applications to be amended and supplements filed (0.8); work on draft of FCC filing and reports re ownership update (0.4). | |
| | J. Feore | 1.20 hrs. |
| 05/27/10 | Telephone conference with J. Langdon (Sidley) re proposed restructuring transactions (0.6); review draft memorandum from J. Langdon (Sidley) re proposed restructuring transactions (1.1); revise draft memorandum from J. Langdon (Sidley) re proposed restructuring transactions (1.6); prepare correspondence to J. Langdon (Sidley) re revised license list (0.3). | |
| | J. Logan | 3.60 hrs. |
| 05/27/10 | Research re post-DTV transition contours used for satellite waivers. | |
| | M. Swanson | 0.30 hrs. |
| 05/27/10 | Research chart of FCC application status (0.1); review FCC procedures for new series of assignment applications (0.3). | |
| | S. Anderson (Practice Group Professional) | 0.40 hrs. |
| 05/28/10 | Review issues re FCC applications needed for restructuring transactions. | |
| | C. Burrow | 0.80 hrs. |
| 05/28/10 | Review revised restructuring memorandum and process for filing FCC application and agreements to reflect revised structure (0.8); outline possible amendment issues, processing deadlines and FCC updates (0.3). | |
| | J. Feore | 1.10 hrs. |
| 05/28/10 | Review and revise memorandum from Sidley re FCC portions of implementation plan for restructuring transactions (1.2); prepare correspondence to J. Langdon re revised memorandum on restructuring transactions (0.3); review charts from J. Langdon on proposed restructuring transactions in connection with assessment of application requirements (1.4). | |
| | J. Logan | 2.90 hrs. |
| 05/28/10 | Research and review re recent TV satellite precedent to respond to FCC request re contour submission. | |
| | M. Swanson | 1.00 hrs. |

June 25, 2010                                          Page 10

Tribune Company                                       Invoice 526476

05/29/10        Review revisions to plan and disclosure statement (0.4); prepare
                FCC updates and amendments re changes and need to provide
                ownership information (0.5).
                J. Feore                              0.90 hrs.

### BILLING SUMMARY

|            | Hours  |
|------------|--------|
| BURROW     | 3.20   |
| FEORE      | 24.50  |
| HART       | 0.70   |
| LOGAN      | 28.50  |
| PATRICK    | 0.30   |
| SWANSON    | 17.80  |
| UNDERWALD  | 2.20   |
| RADEMACHER | 6.60   |
| CHRISTOPHER| 4.90   |
| ANDERSON   | 9.10   |
| MEJIA      | 0.50   |
| PENA       | 4.80   |
| TOTAL      | 103.10 |

Fees for Professional Services ........................................................ $      58,840.00

|          |                                                                                                              |    |          |
|----------|--------------------------------------------------------------------------------------------------------------|----|----------|
|          | AUTO & TRANSPORTATION                                                                                         | $  | 90.57    |
|          | COURIER SERVICE                                                                                              | $  | 322.40   |
|          | OVERTIME - SECRETARIAL                                                                                        | $  | 24.08    |
|          | POSTAGE                                                                                                       | $  | 6.12     |
|          | REPRODUCTION                                                                                                  | $  | 152.00   |
|          | TELEPHONE                                                                                                     | $  | 14.64    |
|          | WESTLAW INFORMATION SERVICE                                                                                   | $  | 63.74    |
| 02/28/10 | VENDOR: Copper Conferencing; INVOICE#: 317851; DATE: 2/28/2010 - 2/10/10 conference call re Tribune bankruptcy matter. | $  | 15.35    |
| 02/28/10 | VENDOR: Copper Conferencing; INVOICE#: 317851; DATE: 2/28/2010 - 2/3/10 conference call re Tribune bankruptcy matter.  | $  | 12.93    |
| 02/28/10 | VENDOR: Copper Conferencing; INVOICE#: 317851; DATE: 2/28/2010 - 2/11/10 conference call re Tribune bankruptcy matter. | $  | 49.37    |
| 02/28/10 | VENDOR: Copper Conferencing; INVOICE#: 317851; DATE: 2/28/2010 - 2/17/10 conference call re Tribune bankruptcy matter. | $  | 8.65     |

June 25, 2010            Page 11

Tribune Company            Invoice 526476

| Date | Description | | |
|------|-------------|---|---|
| 02/28/10 | VENDOR: Copper Conferencing; INVOICE#: 317851; DATE: 2/28/2010 - 2/24/10 conference call re Tribune bankruptcy matter. | $ | 6.32 |
| 03/31/10 | VENDOR: Copper Conferencing; INVOICE#: 330620; DATE: 3/31/2010 - Conference call with various counsel regarding Tribune matter. | $ | 14.97 |
| 03/31/10 | VENDOR: Copper Conferencing; INVOICE#: 330620; DATE: 3/31/2010 - Weekly conference calls (3/3/10-3/24/10) regarding Tribune matters. | $ | 17.60 |
| 04/13/10 | John R. Feore; Reimbursement: 4/23/10- Lunch meeting w/S. Sheehan re FCC meetings re applications ($90.24); Taxi to/from meeting ($30.00) | $ | 120.24 |
| 05/10/10 | FCC Filing Fee - radio market study for Washington, DC radio market | $ | 300.00 |

Total Reimbursable Costs ..................................................................... $    1,218.98

Total Current Billing for This File............................................................ $    60,058.98


Our File # 08656.0101          For Services Through May 31, 2010
Retention and Fee Applications


| Date | Description | Hours |
|------|-------------|-------|
| 05/06/10 | Preparation of 11th monthly fee application and exhibits thereto. C. Meazell | 1.80 hrs. |
| 05/07/10 | Preparation of 11th monthly fee application and exhibits thereto. C. Meazell | 0.40 hrs. |
| 05/10/10 | Preparation of 11th monthly fee application and exhibits thereto. C. Meazell | 1.40 hrs. |
| 05/12/10 | Preparation of 11th monthly fee application and exhibits thereto. C. Meazell | 3.60 hrs. |
| 05/13/10 | Preparation of 11th monthly fee application and exhibits thereto. C. Meazell | 1.20 hrs. |
| 05/14/10 | Preparation of 11th monthly fee application and exhibits thereto. C. Meazell | 0.40 hrs. |
| 05/17/10 | Analysis regarding Fee Examiner's report for 3rd Interim period (1.3); preparation of response correspondence to same regarding same (0.4). C. Meazell | 1.70 hrs. |

June 25, 2010                                              Page 12

Tribune Company                                          Invoice 526476

| | | |
|---|---|---|
| 05/18/10 | Preparation of correspondence to Tribune regarding 10th monthly fee application (0.3); revise 11th monthly fee application and exhibits thereto (0.6). | |
| | C. Meazell | 0.90 hrs. |
| 05/20/10 | Research regarding status of fee orders and examiner's reports. | |
| | C. Meazell | 0.70 hrs. |
| 05/24/10 | Finalize 11th monthly fee application (1.1); correspondence with DE counsel regarding same (0.4). | |
| | C. Meazell | 1.50 hrs. |
| 05/25/10 | Correspondence with fee examiner regarding 11th monthly fee application. | |
| | C. Meazell | 0.30 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 13.90 |
| TOTAL | 13.90 |

Fees for Professional Services ........................................................... $          5,560.00

REPRODUCTION                                  $          3.20

Total Reimbursable Costs ................................................................. $          3.20
Total Current Billing for This File ..................................................... $          5,563.20

Total Current Billing for This Invoice ............................................... $          65,622.18

# ☿ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

June 25, 2010

Tribune Company                                                          Invoice 526476
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100          For Services Through May 31, 2010
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................ $          60,058.98

Our File # 08656.0101          For Services Through May 31, 2010
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................ $           5,563.20

    Total Current Billing for This Invoice ............................................................ $          65,622.18

# REMITTANCE COPY

# **EXHIBIT C**

## **Excel Spreadsheet**

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## MAY 1 - MAY 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 155.20 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 322.40 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 300.00 |
| Ground Transportation | | 120.57 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 90.24 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 6.12 |
| Search Services | Pacer | |
| Secretarial Overtime | | 24.08 |
| Telephone Conferencing Services | Copper Conferencing | 125.19 |
| Telephone Tolls | | 14.64 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 63.74 |

**Total**                                                     **1,222.18**

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.