# EXHIBIT A

# FEE AND EXPENSE DETAIL

Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, N. W.
Suite 800
Washington, DC  2003


Invoice submitted to:
David S. Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017


March 01, 2010                                                          Invoice #      23962    MDS
In Reference To:      00499.003 - Mitchell v. Baltimore Sun


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/22/2010 | TC | Coordinate with clerk's office and courier service regarding dismissal of case without prejudice; draft email to client. L190 Other Case Assessment/Dev/Admin | 0.40 400.00/hr | 160.00 |
| 2/23/2010 | TC | Attention to inquiries from bankruptcy attorneys regarding status of Mitchell action. L190 Other Case Assessment/Dev/Admin | 0.20 400.00/hr | 80.00 |
| 2/24/2010 | TC | Telephone conference with bankruptcy attorney J. Ludwig regarding potential defense and related issues regarding dismissal of Mitchell action. L190 Other Case Assessment/Dev/Admin | 0.40 400.00/hr | 160.00 |
| 2/26/2010 | TC | Research regarding dismissed claims. L190 Other Case Assessment/Dev/Admin | 3.30 400.00/hr | 1,320.00 |
|  |  | For professional services rendered | 4.30 | $1,720.00 |

{00314673;v1}

Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, N. W.
Suite 800
Washington, DC  2003

Invoice submitted to:
David S. Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017

March 01, 2010                                              Invoice #     23897     DAS
In Reference To:        00499.008 - General

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/19/2010 | RP | Review aggregation issues for D. Bralow.<br>L100 Case Assessment/Devl/ & Admin | 0.40<br>425.00.hr | 170.00 |
| 2/24/2010 | GCS | Telephone conference with D. Bralow regarding lack of response from Allentown City Solicitor's office; formulate strategy regarding same; telephone conference (via voicemail) with City Solicitor's office and exchange email with D. Bralow regarding same.<br>L100 Case Assessment/Devl/ & Admin | 0.90<br>425.00 | 382.50 |
|  |  | For professional services rendered | 1.30 | $552.50 |

{00314673;v1}

Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, N. W.
Suite 800
Washington, DC  2003


Invoice submitted to:
David S. Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017


March 01, 2010                                             Invoice #      23940      NES
In Reference To:        00499.050 - Baltimore Sun - General Newsroom


     Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2010 | NES | Exchange email with D. Bralow and M. Cook regarding Twitter issues.<br>L120 Analysis/Strategy | 0.80<br>425.00/hr | 340.00 |
| 2/8/2010 | NES | Follow up email exchange with M. Cook and D. Bralow regarding Twitter.<br>L120 Analysis/Strategy | 0.50<br>425.00/hr | 212.50 |
| 2/16/2010 | NES | Exchange email with D. Bralow regarding Twitter.<br>L100 Case Assessment/Devl/ & Admin | 0.20<br>425.00/hr | 85.00 |
| 2/17/2010 | NES | Discuss potential action with other MD organizations.<br>L100 Case Assessment/Devl/ & Admin | 0.50<br>425.00/hr | 212.50 |
| 2/18/2010 | NES | Revise Twitter correspondence.<br>L100 Case Assessment/Devl/ & Admin | 0.60<br>425.00/hr | 255.00 |
| 2/24/2010 | NES | Final revisions to correspondence to Judge Holland regarding Twitter.<br>L120 Analysis/Strategy | 0.30<br>425.00/hr | 127.50 |
|  |  | For professional services rendered | 2.90 | $1,232.50 |

{00314673;v1}

Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, N. W.
Suite 800
Washington, DC  2003


Invoice submitted to:
David S. Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017


March 01, 2010                                                          Invoice #      23941      NES
In Reference To:        00499.074 - Baltimore Sun/Bates


Professional Services

|            |     |                                                                                      | Hrs/Rate | Amount |
|------------|-----|--------------------------------------------------------------------------------------|----------|--------|
| 2/1/2010   | NES | Complete motion to dismiss and attend to filing.<br>L240 Dispositive Motions          | 4.90<br>425.00/hr | 2,082.50 |
|            | NAA | Revise memorandum of law in support of motion to dismiss.<br>L240 Dispositive Motions | 0.50<br>340.00/hr | 170.00 |
| 2/25/2010  | NES | Begin drafting reply brief.<br>L220 Preliminary Inj/Prov/Remedies                      | 6.40<br>425.00/hr | 2,720.00 |
| 2/26/2010  | NES | Finish drafting reply brief and exchange email with D. Bralow regarding same.<br>L350 Discovery Motions | 3.10<br>425.00/hr | 1,317.50 |
|            |     | For professional services rendered                                                    | 14.90    | $6,290.00 |

{00314673;v1}

Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, N. W.
Suite 800
Washington, DC  2003

Invoice submitted to:
David S. Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017

March 01, 2010                                          Invoice #     23869      RP
In Reference To:      00499.077 - Journal Publ. v. Hartford Courant

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2010 | RP | Telephone conference with D. Bralow regarding current developments. | 0.50<br>425.00/hr | 212.50 |
| 2/9/2010 | RP | Review discovery requests and rules relating to objections and automatic extensions; telephone conference with D. Bralow regarding same. | 0.80<br>425.00/hr | 340.00 |
| 2/10/2010 | RP | Review automatic extension request; review document submitted by J.I. to withdraw state court case; email to D. Bralow regarding same. | 1.20<br>425.00/hr | 510.00 |
|  | CAS | Draft, serve, and file request for extension of time to respond to discovery request. | 1.00<br>400.00/hr | 400.00 |
| 2/11/2010 | RP | Review complaint in federal case; draft memoranda to D. Bralow regarding same; review judge's background; analyze. | 3.00<br>425.00/hr | 1,275.00 |
| 2/12/2010 | RP | Telephone conference with D. Bralow regarding strategy. | 0.90<br>425.00/hr | 382.50 |

{00314673;v1}

David S. Bralow, Esq.
File No. 00499.077
March 01, 2010

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/15/2010 | RP | Telephone conference with D. Bralow regarding status; review and compare potentially relevant articles. | 2.40<br>425.00/hr | 1,020.00 |
| 2/16/2010 | RP | Review request from plaintiff for Rule 26(f) conference; review court record; email to D. Bralow regarding same. | 1.30<br>425.00/hr | 552.50 |
|  | CAS | Follow up regarding Rule 26(f) conference; review District Court docket and follow up regarding same. | 0.20<br>400.00/hr | 80.00 |
| 2/17/2010 | RP | Review legal issues; telephone conference with D. Bralow. | 1.20<br>425.00/hr | 510.00 |
|  | JPB | Review potential pleadings. | 1.70<br>190.00/hr | 323.00 |
|  | AIR | Research statutory language of copyright act; research federal rules of civil procedure and secondary sources; research practice guides and secondary sources; review case law cited by secondary sources. | 1.00<br>285.00/hr | 285.00 |
| 2/18/2010 | RP | Review draft pleading; begin drafting correspondence to plaintiff. | 3.80<br>425.00/hr | 1,615.00 |

{00314673;v1}

David S. Bralow, Esq.
File No. 00499.077
March 01, 2010

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/19/2010 | RP | Revise pleading; draft correspondence to plaintiff regarding motion to dismiss and request for conference; telephone conference with D. Bralow regarding same; telephone conference with Copyright Office (D. Todd). | 5.20 425.00/hr | 2,210.00 |
| | CAS | Review proposed draft seeking pre-motion conference and follow up regarding same. | 0.10 400.00/hr | 40.00 |
| 2/21/2010 | RP | Review and revise pleading. | 0.40 425.00/hr | 170.00 |
| 2/22/2010 | RP | Revise correspondence to plaintiff; emails to D. Bralow, C. Stracher. | 2.30 425.00/hr | 977.50 |
| | CAS | Review and send pre-motion correspondence to plaintiff's counsel. | 0.20 400.00/hr | 80.00 |
| 2/23/2010 | RP | Review revisions to pleading and correspondence regarding same. | 1.50 425.00/hr | 637.50 |
| 2/24/2010 | RP | Draft premotion conference request letter to court; confer with D. Bralow, C. Stracher regarding plaintiff's response and strategies for moving case forward. | 2.50 425.00/hr | 1,062.50 |
| | CAS | Telephone conference with R. Weinstein regarding pre-motion conference; telephone conference with D. Bralow regarding same. | 0.70 400.00/hr | 280.00 |
| 2/25/2010 | CAS | Draft stipulation extending time to respond to complaint. | 0.40 400.00/hr | 160.00 |
| 2/26/2010 | CAS | Exchange email with R. Weinstein regarding stipulation extending time. | 0.10 400.00/hr | 40.00 |

David S. Bralow, Esq.
File No. 00499.077
March 01, 2010

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/2010 | CAS | Draft Rule 7.1 Notice; draft Appearance; file same and stipulation extending time. | 0.50 400.00/hr | 200.00 |
| | | For professional services rendered | 32.90 | $13,363.00 |
| | | Disbursements | | |
| | | REGISTER OF COPYRIGHTS FILING FEES | | 2,394.61 |
| | | Total disbursements | | $2,394.61 |
| | | Total amount of this bill | | $15,757.61 |

{00314673;v1}

Levine Sullivan Koch & Schulz, L.L.P.
1050 Seventeenth Street, N. W.
Suite 800
Washington, DC  2003


Invoice submitted to:
David S. Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017


March 01, 2010                                                                        Invoice #      23943      NES
In Reference To:        00499.078 - Worsham v. Homestead Publishing Company


      Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2010 | NES | Review new trespass complaint; conduct brief research. | 1.60 425.00/hr | 680.00 |
| 2/9/2010 | NES | Telephone conference with D. Bralow, review Worsham-Bralow emails; conduct background research. | 1.30 425.00/hr | 552.50 |
| 2/10/2010 | NES | Conduct background research. | 1.20 425.00/hr | 510.00 |
| 2/12/2010 | ALS | Consider options for dismissing case; review background information. | 0.30 340.00/hr | 102.00 |
| 2/16/2010 | ALS | Research concerning plaintiff's complaint. | 1.40 340.00/hr | 476.00 |
| | NES | Review results of research. | 0.30 425.00/hr | 127.50 |
| 2/17/2010 | ALS | Continue research. | 2.20 340.00/hr | 748.00 |

David S. Bralow, Esq.
File No. 00499.078
March 01, 2010

|            |     |                                                                                                                               | Hrs/Rate          | Amount   |
| ---------- | --- | ----------------------------------------------------------------------------------------------------------------------------- | ----------------- | -------- |
| 2/17/2010  | NES | Review research regarding pleading.                                                                                           | 0.40<br>425.00/hr | 170.00   |
| 2/18/2010  | ALS | Conduct additional research regarding pleading; telephone conference with clients.                                            | 2.00<br>340.00/hr | 680.00   |
|            | NES | Review research regarding motion to dismiss; telephone conference with D. Bralow and Homestead management regarding facts and strategy. | 1.60<br>425.00/hr | 680.00   |
| 2/22/2010  | ALS | Research and begin drafting motion to dismiss.                                                                                | 5.10<br>340.00/hr | 1,734.00 |
|            | NES | Review contract with contractor.                                                                                              | 0.20<br>425.00/hr | 85.00    |
|            | JPB | Research.                                                                                                                     | 1.80<br>190.00/hr | 342.00   |
| 2/23/2010  | ALS | Continue researching and drafting motion to dismiss and to strike jury demand.                                                | 7.90<br>340.00/hr | 2,686.00 |
|            | NES | Exchange email with Tribune's liability carriers; review research.                                                            | 0.90<br>425.00/hr | 382.50   |
| 2/24/2010  | ALS | Complete draft of brief in support of motion to dismiss and to strike.                                                        | 6.70<br>340.00/hr | 2,278.00 |
|            | NES | Telephone conference with J. Moser; review draft brief and research.                                                          | 0.90<br>425.00/hr | 382.50   |
| 2/25/2010  | ALS | Finalize all papers in support of motion to dismiss.                                                                          | 5.00<br>340.00/hr | 1,700.00 |

David S. Bralow, Esq.
File No. 00499.078
March 01, 2010

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2010 | NES | Review and revise motion to dismiss; telephone conference with D. Bralow regarding same. | 3.10 425.00/hr | 1,317.50 |
| | JPB | Research case histories and review and revise citations and quotations in motion to dismiss for accuracy. | 4.30 190.00/hr | 817.00 |
| 2/26/2010 | NES | Telephone conference with D. Bralow and Homestead management regarding notice to carrier. | 0.40 425.00/hr | 170.00 |

For professional services rendered                           48.60     $16,620.50

Disbursements

E112 COURT FEES                                              20.00

Total disbursements                                      $20.00

Total amount of this bill                               $16,640.50

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

*Tribune (Baltimore Sun)*

David S. Bralow, Esquire
East Coast Media
Tribune Company
10th Floor/WPIX, 220 E. 42nd Street
New York, NY 10017

February 01, 2010                                    Invoice # 23681    NES

In Reference To:      00526.036 – State of Maryland v. Dixon

For Professional Services:

    Fees:                                                    $ 917.38

**TOTAL DUE:**                                          **$ 917.38**

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

{00265789;v1}

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

February 01, 2010                                        Invoice #   23681   NES

In Reference To:        00526.036 - State of Maryland v. Dixon

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/6/2010 CRB | Conduct preliminary legal research regarding constitutionality of decorum orders and closure of jury misconduct hearing for use in access motion and possible motion hearing. | 3.10 320.00/hr | 992.00 |
| NES | Draft motion opposing closure of juror questioning; review research regarding legality of access restrictions; attend court proceedings. | 6.30 425.00/hr | 2,677.50 |
| For professional services rendered |  | 9.40 | $3,669.50 |
| Previous balance |  |  | $17,555.25 |
| Accounts receivable transactions |  |  |  |
| 2/15/2010 Payment - Thank You - E.W. Scripps.  Check No. EFT |  |  | ($3,511.05) |
| Total payments and adjustments |  |  | ($3,511.05) |
| Balance due |  |  | $17,713.70 |

# **EXHIBIT B**

# **FEE SUMMARY**

46429/0001-6836463v1

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM**
**FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Name of Professional/ Individual | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nathan Siegel | Partner | $425.00 | 30.77 | $13,077.78 |
| Robert Penchina | Partner | $425.00 | 27.4 | $11,645.00 |
| Gayle Sproul | Partner | $425.00 | 0.9 | $382.50 |
| Tom Curley | Partner | $400.00 | 4.3 | $1,720.00 |
| Cam Stracher | Of Counsel | $400.00 | 3.2 | $1,280.00 |
| Nicole Auerbach | Associate | $340.00 | 0.5 | $170.00 |
| Alia Smith | Associate | $340.00 | 30.60 | $10,404.00 |
| Chad Bowman | Associate | $320.00 | 0.78 | $249.60 |
| A. I. Rosenblum | Associate | $285.00 | 1.0 | $285.00 |
| J. Pinkerton-Burke | Paralegal | $190.00 | 7.8 | $1,482.00 |
| **Total** | | | | **$40,695.88** |

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun Newsroom Advice | 2.9 | $1,232.50 |
| Mitchell v. Baltimore Sun | 4.3 | $1,720.00 |
| Bates v. Baltimore Sun | 14.9 | $6,290.00 |
| Maryland v. Dixon | 2.35 | $917.38 |

| | | |
|---|---|---|
| Worsham v. Homestead Publ'g | 48.6 | $16,620.50 |
| Journal Publ'g v. Hartford Courant | 32.9 | $13,363.00 |
| General Counseling | 1.3 | $552.50 |
| **Total** | | **$40,695.88** |

2

# EXHIBIT C

# EXPENSE DETAIL

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**FEBRUARY 1, 2010 THROUGH FEBRUARY 28, 2010**

| Expense Category | Total Expenses |
|---|---|
| Court Fees | $20.00 |
| Copyright Registration Fees | $2,394.61 |
| **Total** | **$2,414.61** |