# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |
| | **Ref Nos. 4706, 4749, 4764, 4829, 4830, 4831, 4832, 4833, 4834, 4835, 4836, 4837, 4841, 4842, 4853, 4862, 4863** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK  )

TIME DARDEN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On June 24, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," ("Personalized Transfers"), copies of which are annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit A</u>.  I also caused copies of the Personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Time Darden

Sworn to before me this

24th day of June, 2010

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2008

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4706** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**ALL PHASE SECURITY INC
C/O BFI BUSINESS FINANCE
PO BOX 225
SANTA CLARA, CA 95052-0225**

To:       **ALL PHASE SECURITY INC
C/O BFI BUSINESS FINANCE
PO BOX 225
SANTA CLARA, CA 95052-0225**

Your claim#4198, in the amount of **$13,197.50** has been transferred, unless previously expunged by Court Order, to:

**CORRE OPPORTUNITIES FUND, L.P.
ATTN:  CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4706** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>June 24, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4749** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**GLASS, RANDY**
**11025 ERWIN STREET**
**N HOLLYWOOD, CA 91606**

To:         **GLASS, RANDY**
            **11025 ERWIN STREET**
            **N HOLLYWOOD, CA 91606**

Your claim#1498, in the amount of **$550.00** has been transferred, unless previously expunged by Court Order, to:

**BLUE HERON MICRO OPPORTUNITIES FUND, LLP**
**ATTN:  CLAIMS PROCESSING DEPT.**
**P.O. BOX 14610**
**SURFSIDE BEACH, SC 29587**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4749** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By         /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 24, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4764** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**GRAEBEL COMPANIES**
**720 3RD STREET**
**WAUSAU, WI 54403**



To:         **GRAEBEL COMPANIES**
            **720 3RD STREET**
            **WAUSAU, WI 54403**

Your claim#1517, in the amounts of **$24,009.25 and $2,392.25** have been transferred, unless previously expunged by Court Order, to:

**BLUE HERON MICRO OPPORTUNITIES FUND, LLP**
**ATTN:  CLAIMS PROCESSING DEPT.**
**P.O. BOX 14610**
**SURFSIDE BEACH, SC 29587**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4764** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 24, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4829** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**TRAX EXPRESS DELIVERIES**
**342 BARONNE STREET**
**NEW ORLEANS, LA 70112-1627**

To:        **TRAX EXPRESS DELIVERIES**
           **342 BARONNE STREET**
           **NEW ORLEANS, LA 70112-1627**

Your claim#1872, in the amount of **$989.19** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVENUE**
**CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4829** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 24, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4830** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**NEWSREEL**
**11271 VENTURA BLVD NO. 601**
**STUDIO CITY, CA 91604**

To:        **NEWSREEL**
           **11271 VENTURA BLVD NO. 601**
           **STUDIO CITY, CA 91604**

Your claim# 2170, in the amount of **$2,100.00** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVENUE**
**CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4830** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 24, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, *et al.*,** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4831** |

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)</u>**

**MTS POWER SYSTEMS INC**
**1200 SHAMES DRIVE SUITE C**
**WESTBURY, NY 11590**


To:         **MTS POWER SYSTEMS INC**
              **1200 SHAMES DRIVE SUITE C**
              **WESTBURY, NY 11590**

Your schedule, in the amount of **$1,068.87** has been transferred, unless previously expunged by Court Order, to:

              **CLAIMS RECOVERY GROUP LLC**
              **92 UNION AVENUE**
              **CRESSKILL, NJ 07626**


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4831** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 24, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4832** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**MARKETRON BROADCAST SOLUTIONS LLC**
**PO BOX 3375**
**PORTLAND, OR 97208-3375**


To:        **MARKETRON BROADCAST SOLUTIONS LLC**
**PO BOX 3375**
**PORTLAND, OR 97208-3375**

Your schedule, in the amount of **$183.87** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVENUE**
**CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4832** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 24, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4833** |

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)</u>**

**MARKETRON BROADCAST SOLUTIONS LLC**
**PO BOX 3375**
**PORTLAND, OR 97208-3375**

To:      **MARKETRON BROADCAST SOLUTIONS LLC**
**PO BOX 3375**
**PORTLAND, OR 97208-3375**

Your schedule, in the amount of **$221.90** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVENUE**
**CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4833** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 24, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4834** |

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)</u>**

**MARKETRON BROADCAST SOLUTIONS LLC**
**PO BOX 67**
**REEDSPORT, OR 97467**


To:         **MARKETRON BROADCAST SOLUTIONS LLC**
              **PO BOX 67**
              **REEDSPORT, OR 97467**

Your schedule, in the amount of **$982.72** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVENUE**
**CRESSKILL, NJ 07626**


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4834** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By         /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:       This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 24, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, *et al*.,** | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | **Ref Docket No. 4835** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**MARKETRON BROADCAST SOLUTIONS LLC**
**PO BOX 67**
**REEDSPORT, OR 97467**


To:   **MARKETRON BROADCAST SOLUTIONS LLC**
    **PO BOX 67**
    **REEDSPORT, OR 97467**

Your schedule, in the amount of **$1,580.45** has been transferred, unless previously expunged by Court Order, to:

    **CLAIMS RECOVERY GROUP LLC**
    **92 UNION AVENUE**
    **CRESSKILL, NJ 07626**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4835** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By   <u>/s/ Time Darden</u>
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>June 24, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY**, *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4836** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**MARKETRON BROADCAST SOLUTIONS LLC**
**PO BOX 67**
**REEDSPORT, OR 97467**


To:      **MARKETRON BROADCAST SOLUTIONS LLC**
**PO BOX 67**
**REEDSPORT, OR 97467**

Your schedule, in the amount of **$3,180.16** has been transferred, unless previously expunged by Court Order, to:

**CLAIMS RECOVERY GROUP LLC**
**92 UNION AVENUE**
**CRESSKILL, NJ 07626**


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4836** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on June 24, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4837** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**MARKETRON BROADCAST SOLUTIONS LLC**
**PO BOX 67**
**REEDSPORT, OR 97467**


To:       **MARKETRON BROADCAST SOLUTIONS LLC**
             **PO BOX 67**
             **REEDSPORT, OR 97467**

Your schedule, in the amount of **$6,424.36** has been transferred, unless previously expunged by Court Order, to:

       **CLAIMS RECOVERY GROUP LLC**
       **92 UNION AVENUE**
       **CRESSKILL, NJ 07626**


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4837** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By     <u>/s/ Time Darden</u>
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>June 24, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, *et al*.,** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4841** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**EVERETT COLLECTION**
**ATTN:  RON HARVEY, PRESIDENT**
**104 WEST 27TH STREET, 3RD FLR**
**NEW YORK, NY 10001**


To:        **EVERETT COLLECTION**
              **ATTN:  RON HARVEY, PRESIDENT**
              **104 WEST 27TH STREET, 3RD FLR**
              **NEW YORK, NY 10001**

Your schedule, in the amount of **$1,200.00** has been transferred, unless previously expunged by Court Order, to:

              **UNITED STATES DEBT RECOVERY V LP**
              **940 SOUTHWOOD BL, SUITE 101**
              **INCLINE VILLAGE, NV 89451**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4841** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By        /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:        This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 24, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4842** |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**

**EVERETT COLLECTION**
**ATTN:  RON HARVEY, PRESIDENT**
**104 WEST 27TH STREET, 3RD FLR**
**NEW YORK, NY 10001**

To:          **EVERETT COLLECTION**
             **ATTN:  RON HARVEY, PRESIDENT**
             **104 WEST 27TH STREET, 3RD FLR**
             **NEW YORK, NY 10001**

Your claim# 1483, in the amount of **$2,200.00** has been transferred, unless previously expunged by Court Order, to:

             **UNITED STATES DEBT RECOVERY V LP**
             **940 SOUTHWOOD BL, SUITE 101**
             **INCLINE VILLAGE, NV 89451**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4842** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 24, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4853** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**EAST RIVER ENERGY, INC.**
**PO BOX 388**
**GUILFORD, CT 06437**


To:          **EAST RIVER ENERGY, INC.**
             **PO BOX 388**
             **GUILFORD, CT 06437**

Your claim#223, in the amount of **$31,117.05** has been transferred, unless previously expunged by Court Order, to:

        **SONAR CREDIT PARTNERS, LLC**
        **200 BUSINESS PARK DRIVE, SUITE 201**
        **ARMONK, NY 10504**


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4853** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By          /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on June 24, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, *et al*.,** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4862** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**ANOCOIL CORPORATION**
**PO BOX 1318**
**60 EAST MAIN STREET**
**ROCKVILLE, CT 06066**

To:       **ANOCOIL CORPORATION**
          **PO BOX 1318**
          **60 EAST MAIN STREET**
          **ROCKVILLE, CT 06066**

Your claim#540, in the amount of **$12,834.48** has been transferred, unless previously expunged by Court Order, to:

          **LONGACRE OPPORTUNITY FUND, L.P.**
          **ATTN:  VLADIMIR JELISAVCIC**
          **810 SEVENTH AVENUE, 33RD FLOOR**
          **NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4862** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


By _____/s/ Time Darden_____
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:       This notice was mailed to the transferor, transferee, and debtor(s) counsel by
first class mail, postage pre-paid on <u>June 24, 2010</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | **Ref Docket No. 4863** |

<u>**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**</u>

**ANOCOIL CORPORATION**
**PO BOX 1318**
**60 EAST MAIN STREET**
**ROCKVILLE, CT 06066**

To:          **ANOCOIL CORPORATION**
               **PO BOX 1318**
               **60 EAST MAIN STREET**
               **ROCKVILLE, CT 06066**

Your claim#540, in the amount of **$11,345.36** has been transferred, unless previously expunged by Court Order, to:

               **LONGACRE OPPORTUNITY FUND, L.P.**
               **ATTN:  VLADIMIR JELISAVCIC**
               **810 SEVENTH AVENUE, 33RD FLOOR**
               **NEW YORK, NY 10019**

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN:  BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#4863** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By       /s/ Time Darden
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>June 24, 2010</u>

EXHIBIT B

**TRB: 6-24-2010 Notices of Transfer**

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTN: J. KATE STICKLES, ESQ.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801