# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

**May 1, 2010 through May 31, 2010**

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 45.60 | $18,673.00 |
| Committee Meetings | 003 | 60.90 | 38,387.00 |
| Creditor Communications | 004 | 1.10 | 764.50 |
| Business Operations | 007 | 43.90 | 29,552.50 |
| Claims Administration/Bar Date | 009 | 11.40 | 4,693.00 |
| Fee/Retention Applications | 010 | 57.60 | 21,337.00 |
| Plan and Disclosure Statement | 011 | 514.40 | 321,223.50 |
| Executory Contracts | 012 | 4.90 | 1,739.50 |
| Employee Issues | 014 | 12.60 | 6,753.00 |
| General Litigation | 017 | 1,237.40 | 738,820.50 |
| Non-Working Travel* | 018 | 15.20 | 5,057.50 |
| Review of Pre-Petition Financings | 019 | 311.20 | 144,320.00 |
| **Total** | | **2,316.20** | $1,331,321.00 |

* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                              For Services Through May 31, 2010

Our Matter #19804.002
           BANKRUPTCY GENERAL


| 05/03/10 | D. M. LeMAY | Review latest court papers. | 1.10 hrs. |
|---|---|---|---|
| 05/03/10 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4); exchange e-mails with Marc Roitman re: court postings (.1) and required Committee follow-up (.3); review today's daily report, pleadings therein and calendar (.2). | 1.00 hrs. |
| 05/03/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30); conference with D. Deutsch re: Intralinks archive/consolidation (.10); export file file list from Intralinks (.90). | 2.10 hrs. |
| 05/04/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30); review and analysis of Intralinks workspace re: file/folder archive and consolidation (.60); draft index of materials (1.70). | 3.40 hrs. |
| 05/04/10 | D. E. DEUTSCH | Edit agenda for tomorrow's meeting with Debtors' team (.1); conference with David LeMay and Howard Seife to discuss upcoming meetings  Committee matters and Examiner issues (.6). | 0.70 hrs. |
| 05/05/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| | | case calendar based on current docket entries (.10); post certain materials to Intralinks (.30). | |
| 05/06/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/07/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30). | 0.90 hrs. |
| 05/09/10 | D. E. DEUTSCH | Review last three pleading reports, pleadings therein and case calendar (.6). | 0.60 hrs. |
| 05/10/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/10/10 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
| 05/10/10 | M. ROITMAN | Review revised 2019 Statement of Credit Agreement Lenders (0.2); Correspond with D. Deutsch re: same (0.1). | 0.30 hrs. |
| 05/11/10 | M. ROITMAN | Draft agenda for 5/12 conference call with Debtors' counsel (0.5) | 0.50 hrs. |
| 05/11/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.90). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                     Page   3

| | | | |
|---|---|---|---|
| 05/11/10 | D. E. DEUTSCH | Meeting with Howard Seife to discuss various case matters (.2). | 0.20 hrs. |
| 05/12/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.70); post certain materials to Intralinks (.40). | 1.90 hrs. |
| 05/12/10 | M. ROITMAN | Participation in Debtor and Committee Counsel Call (0.5). | 0.50 hrs. |
| 05/12/10 | D. E. DEUTSCH | Prepare for (.2) and participate in weekly meeting with Debtors' counsel (.5); review last three daily reports, pleadings therein and calendar (.6); e-mail Adam Landis re: follow-up related to next Tuesday's scheduled hearing (.1). | 1.40 hrs. |
| 05/13/10 | D. E. DEUTSCH | Meeting with Howard Seife to discuss various action items (.3); review court calendar and e-mail Marc Roitman re: updates to same (.2). | 0.50 hrs. |
| 05/13/10 | M. ROITMAN | Review docket and revise case calendar (0.5) | 0.50 hrs. |
| 05/13/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.60); post certain materials to Intralinks (.40). | 1.80 hrs. |
| 05/14/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.30). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4


| 05/14/10 | M. ROITMAN | Review docket re: amended schedules (0.2); call with A. Leung (AlixPartners) re: same (0.1); emails with D. LeMay, D. Deutsch, A. Landis and J. Ludwig re: May 18, 2010 hearing issues (0.3). | 0.60 hrs. |
|---|---|---|---|
| 05/14/10 | D. E. DEUTSCH | Exchange e-mails with James Stenger and David Bava re: adding FCC deadlines to court calendar (.2). | 0.20 hrs. |
| 05/15/10 | D. E. DEUTSCH | Review last two pleading reports, numerous pleadings therein and calendar (.5). | 0.50 hrs. |
| 05/17/10 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 05/17/10 | M. ROITMAN | Draft agenda for 5/19 conference call with Debtors' Counsel (0.2) | 0.20 hrs. |
| 05/17/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); review Intralinks re: Senior Lenders presentation (.20). | 1.10 hrs. |
| 05/18/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 05/18/10 | M. ROITMAN | Draft email to Debtors' Counsel re: 5/19 conference call (0.1); | 0.10 hrs. |
| 05/19/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.30). | 1.10 hrs. |

| 05/20/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.60); post certain materials to Intralinks (.60); review files re: specific pleadings filed in chapter 11 proceeding (.70). | 2.70 hrs. |
| --- | --- | --- | --- |
| 05/20/10 | A. HANESSIAN | Review case docket for various pleadings and prepare for attorney review. | 0.80 hrs. |
| 05/21/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40). | 1.20 hrs. |
| 05/22/10 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and calendar (.6); e-mail David Bava re: analysis of certain pleadings (.1). | 0.70 hrs. |
| 05/24/10 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
| 05/24/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 05/25/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/25/10 | M. ROITMAN | Draft agenda for 5/26 Conference call with Debtors' counsel (0.4); correspond with D. Deutsch and H. Seife re: same (0.1). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    6


| 05/26/10 | M. ROITMAN | Participate in 5/12 Debtors' professionals call (0.4). | 0.40 hrs. |
|---|---|---|---|
| 05/26/10 | D. E. DEUTSCH | Prepare for meeting with Debtors' professionals on various open case matters (.5); draft e-mail to Marc Roitman re: posting of various items and drafting of related memoranda (.2); participate in weekly meeting with Debtors' professionals (.4); review last three daily reports, pleadings therein and court calendar (.5). | 1.60 hrs. |
| 05/26/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.60); review Intralinks filings re: memoranda related to management incentive plan (.40). | 2.20 hrs. |
| 05/27/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (.40). | 1.30 hrs. |
| 05/28/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/31/10 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and calendar (.4). | 0.40 hrs. |


**Total Fees for Professional Services..............    $18,673.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 4.80 | 4104.00 |
| D. E. DEUTSCH | 695.00 | 7.80 | 5421.00 |
| A. HANESSIAN | 185.00 | .80 | 148.00 |
| D. BAVA | 270.00 | 28.60 | 7722.00 |
| M. ROITMAN | 355.00 | 3.60 | 1278.00 |
| TOTALS | | 45.60 | 18673.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   1
```

For Services Through May 31, 2010

Our Matter #19804.003
           COMMITTEE MEETINGS

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/02/10 | M. ROITMAN | Draft Committee meeting minutes from April meetings. | 1.20 hrs. |
| 05/03/10 | M. ROITMAN | Draft email to Committee professionals re: 5/4 Committee Professionals' Conference Call (0.2); Review and revise minutes from April Committee meetings (2.7). | 2.90 hrs. |
| 05/03/10 | D. E. DEUTSCH | Discuss weekly meeting of Committee professionals with Marc Roitman (.1); review related e-mails (.1). | 0.20 hrs. |
| 05/04/10 | D. E. DEUTSCH | Edit Committee agenda (.1); review and edit Committee minutes for March (1.8); discussion with Marc Roitman re: follow-up related to same (.2). | 2.10 hrs. |
| 05/04/10 | D. M. LeMAY | Preparation for May 6th meeting. | 0.50 hrs. |
| 05/04/10 | M. ROITMAN | Draft agenda for 5/6 Creditors' Committee meeting (0.4); Meet with D. Deutsch re: Committee meeting minutes (0.3) | 0.70 hrs. |
| 05/05/10 | H. SEIFE | Preparation for Committe meeting. | 1.40 hrs. |
| 05/05/10 | D. M. LeMAY | Prepare for tomorrow's telephonic Committee meeting. | 0.50 hrs. |
| 05/06/10 | D. M. LeMAY | Prepare for (.5) and attend (1.10)) telephonic meeting of the Committee. | 1.40 hrs. |
| 05/06/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: today's Committee meeting matters (.2). | 0.20 hrs. |
| 05/06/10 | H. SEIFE | Preparation for Committee meeting (.7); meeting with Committee (.9). | 1.60 hrs. |
| 05/06/10 | M. ROITMAN | Take minutes at 5/6 Creditors' Committee meeting (0.9). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 05/06/10 | M. A. ALPERT | Attended portion of Committee meeting re: Cooking Channel transaction (.7). | 0.70 hrs. |
|---|---|---|---|
| 05/07/10 | M. ROITMAN | Revise minutes for 4/8 Committee meeting (0.6) | 0.60 hrs. |
| 05/09/10 | M. ROITMAN | Review and revise minutes from two April Committee meetings. | 2.10 hrs. |
| 05/10/10 | M. ROITMAN | Draft agenda for 5/11 Committee Professionals' Conference Call (0.2); Draft minutes for 5/6 Committee meeting (1.6) | 1.80 hrs. |
| 05/10/10 | D. E. DEUTSCH | Review and revise agenda for tomorrow's Committee professional meeting (.2); review and edit minutes from three meetings (1.1). | 1.30 hrs. |
| 05/11/10 | D. E. DEUTSCH | Review and revise draft agenda (.2); prepare notes for meeting with Committee professionals (.4); participate in meeting (.8); participate in related follow-up meeting with subgroup of Committee professionals (.3); discuss minutes issue with Marc Roitman (.2); review and revise part of minutes from April meeting (.2). | 2.10 hrs. |
| 05/11/10 | M. ROITMAN | Attendance at Committee Professionals Conference Call (0.8); related confer with Chadbourne sub-group following conference call (0.3); Draft agenda for 5/13 Committee meeting (0.2); Review and revise minutes from three April Committee meetings (1.7); Draft email to Committee re: April minutes (0.2) | 3.20 hrs. |
| 05/11/10 | R. J. GAYDA | Participate in professionals' call re plan and disclosure statement issues (1.1). | 1.10 hrs. |
| 05/11/10 | R. A. SCHWINGER | Attend Committee professionals conference call to address discovery issues (0.8); follow-up internal discussion re upcoming tasks and issues re Examiner (0.6). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    3


| 05/11/10 | N. T. ZINK | Participate on all-professional call (.6). | 0.60 hrs. |
|---|---|---|---|
| 05/11/10 | M. D. ASHLEY | Attend portion of Professionals' meeting to address Examiner issues (.6). | 0.60 hrs. |
| 05/12/10 | H. LAMB | Prepare materials in connection with 5/13 Committee call. | 0.60 hrs. |
| 05/12/10 | H. SEIFE | Preparation for Committee meeting. | 1.40 hrs. |
| 05/13/10 | H. SEIFE | Preparation for Committee meeting (1.2); meeting with Committee (.9). | 2.10 hrs. |
| 05/13/10 | D. E. DEUTSCH | Review materials to prepare for today's Committee meeting (.5); participate in pre-meeting with Howard Seife and, in part, David LeMay and Marc Ashley (.5); exchange e-mails with Gabrielle Davis re: today's meeting (.1); participate in Committee meeting (.8). | 1.90 hrs. |
| 05/13/10 | M. ROITMAN | Take minutes at 5/13 Committee Meeting (0.8). | 0.80 hrs. |
| 05/13/10 | D. M. LeMAY | Prepare for (.5) and participate in (.9) telephone meeting of the Committee. | 1.40 hrs. |
| 05/14/10 | M. ROITMAN | Call with N. Thomas (Kirkland) re: Committee Meetings (0.2) | 0.20 hrs. |
| 05/17/10 | M. ROITMAN | Draft agenda for 5/18 Committee Professionals' Conference Call (0.4); | 0.40 hrs. |
| 05/17/10 | D. E. DEUTSCH | Review and edit agenda for tomorrow's meeting of Committee professionals (.2). | 0.20 hrs. |
| 05/18/10 | D. E. DEUTSCH | Prepare for Committee professional meeting (.2); participate in Committee professional meeting (.9). | 1.10 hrs. |
| 05/18/10 | M. ROITMAN | Attendance at Committee Professionals conference call (0.8); | 0.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4
```

| | | | |
|---|---|---|---|
| 05/18/10 | D. M. LeMAY | Weekly call of Committee professionals re: pending matters. | 0.90 hrs. |
| 05/18/10 | T. J. MCCORMACK | Call with Committee professionals re: diisclosure statement and outstanding issues (0.8). | 0.80 hrs. |
| 05/18/10 | R. J. GAYDA | Conference call w Committee professionals re DS and Plan issues (.8). | 0.80 hrs. |
| 05/24/10 | D. E. DEUTSCH | Review and edit agenda for tomorrow's Committee professional meeting (.2). | 0.20 hrs. |
| 05/24/10 | M. ROITMAN | Revise 5/6 Committee meeting minutes (0.8) and 5/13 Committee meeting minutes (1.0); Draft agenda for 5/25 Committee Professionals Conference call (0.3) | 2.10 hrs. |
| 05/25/10 | M. ROITMAN | Attendance at Committee Professionals Conference Call (0.4); Draft agenda for 5/27 Committee meeting (0.2) | 0.60 hrs. |
| 05/25/10 | D. E. DEUTSCH | Prepare for weekly meeting with Committee professionals (.5); pre-meeting with Howard Seife and Marc Ashley on same (.3); participate in weekly meeting with Committee professionals (.6). | 1.40 hrs. |
| 05/25/10 | R. A. SCHWINGER | Attend Committee professionals meeting to address discovery issues. | 0.50 hrs. |
| 05/25/10 | N. T. ZINK | Participate on all-professional call (.6). | 0.60 hrs. |
| 05/25/10 | M. D. ASHLEY | Attend Committee Professionals' meeting regarding Examiner issues (.4). | 0.40 hrs. |
| 05/25/10 | F. VAZQUEZ | Calls w/Deutsch, Ashley, Zink and Seife re matters to discuss at professionals call (.3); participate on professionals call (.5). | 0.80 hrs. |
| 05/26/10 | H. SEIFE | Preparation for Committee meeting. | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| 05/26/10 | D. E. DEUTSCH | Meeting with Howard Seife to discuss tomorrow's Committee meeting (.2). | 0.20 hrs. |
| 05/26/10 | M. ROITMAN | Revise agenda for 5/27 Committee meeting (0.2) | 0.20 hrs. |
| 05/26/10 | H. LAMB | Prepare materials for 5/27 Committee meeting. | 0.70 hrs. |
| 05/27/10 | M. ROITMAN | Attendance at 5/27 Committee Meeting (0.7); Draft 5/27 Committee meeting minutes (0.4); | 1.10 hrs. |
| 05/27/10 | D. E. DEUTSCH | Prepare outline for today's presentation to Committee on Plan/Disclosure Statement issues (2.8); participate in Committee meeting (.7); participate in meeting re: Committee follow-up items with Howard Seife and Marc Ashley (.3). | 3.80 hrs. |
| 05/27/10 | H. SEIFE | Conference with D.Deutsch and D.LeMay regarding Committee meeting and work plan. | 1.00 hrs. |
| 05/27/10 | D. M. LeMAY | Prepare for (.4) and attend (.6) conference call meeting of the Committee. | 1.00 hrs. |
| 05/27/10 | M. D. ASHLEY | Prepared for Committee call regarding Examiner issues (.5); participated in Committee call regarding status of Examiner proceedings (.6). | 1.10 hrs. |
| 05/27/10 | R. J. GAYDA | Participate in Committee meeting re Plan and disclsoure statement issues (.7). | 0.70 hrs. |
| 05/31/10 | D. E. DEUTSCH | E-mail Marc Roitman and Howard Seife re: rescheduling Committee professional meeting and Committee meeting (.3). | 0.30 hrs. |
| 05/31/10 | M. ROITMAN | Draft email to Tribune Committee professionals re: rescheduling of conference call (0.2); Correspond with D. Deutsch re: same (0.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    6


**Total Fees for Professional Services.............   $38,387.00**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 5.70 | 4873.50 |
| H. SEIFE | 965.00 | 8.90 | 8588.50 |
| M. A. ALPERT | 825.00 | .70 | 577.50 |
| N. T. ZINK | 795.00 | 1.20 | 954.00 |
| R. A. SCHWINGER | 785.00 | 1.90 | 1491.50 |
| T. J. MCCORMACK | 825.00 | .80 | 660.00 |
| M. D. ASHLEY | 645.00 | 2.10 | 1354.50 |
| D. E. DEUTSCH | 695.00 | 15.00 | 10425.00 |
| F. VAZQUEZ | 625.00 | .80 | 500.00 |
| R. J. GAYDA | 595.00 | 2.60 | 1547.00 |
| H. LAMB | 270.00 | 1.30 | 351.00 |
| M. ROITMAN | 355.00 | 19.90 | 7064.50 |
| TOTALS | | 60.90 | 38387.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through May 31, 2010

Our Matter #19804.004
            CREDITOR COMMUNICATIONS

| | | | |
|---|---|---|---|
| 05/03/10 | D. E. DEUTSCH | Telephone conversation with Bill Niese re: information on various case events (.2). | 0.20 hrs. |
| 05/21/10 | D. E. DEUTSCH | Call to address various questions from Duke Realty (Louis Solimene) counsel (.2); review materials and respond to inquiry from Wayne Smith (.3); review and respond to inquiry from counsel to JPMorgan (.2). | 0.70 hrs. |
| 05/26/10 | D. E. DEUTSCH | Calls and e-mails with Committee member Bill Niese (.2). | 0.20 hrs. |

         **Total Fees for Professional Services.............    $764.50**

                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 1.10 | 764.50 |
| TOTALS | | 1.10 | 764.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through May 31, 2010

Our Matter #19804.007
        BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 05/03/10 | J. A. STENGER | Correspondence (.2) and telephone conference (.2) with Debtor counsel regarding FCC application processing. | 0.40 hrs. |
| 05/03/10 | H. SEIFE | Review materials on Tribune executive, Ed Wilson, resignation. | 0.30 hrs. |
| 05/03/10 | D. E. DEUTSCH | Review update materials on FCC matters from James Stenger (.2); exchange e-mails with Alan Holtz re: new development with Tribune senior executive (.3). | 0.50 hrs. |
| 05/04/10 | D. E. DEUTSCH | Review materials re: departure of Tribune senior executive (.2); exchange e-mails with Alan Holtz re: presentation to Committee on same (.1); review FCC application materials (.4); discuss FCC matters/action items with James Stenger (.6); review materials on Food Networks transaction (.4); discuss presentation to Committee on same with Marc Alpert (.1); review last AlixPartners' business operations report (.2). | 2.00 hrs. |
| 05/04/10 | H. SEIFE | Review update on Cooking Channel transaction. | 0.40 hrs. |
| 05/04/10 | J. A. STENGER | Office conference with M.Strand (.4) and research re ownership structure in FCC applications (.6). | 1.00 hrs. |
| 05/04/10 | M. A. ALPERT | Reviewed Tribune materials re: proposed Cooking Channel transaction (2.8); confs Moelis re: same (0.2). | 3.00 hrs. |
| 05/04/10 | M. ROITMAN | Draft email to Committee re: Departure of Ed Wilson from Tribune Company (0.5); Correspond with D. Deutsch and H. Seife re: conference with Debtors' counsel (0.6). | 1.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| 05/04/10 | M. STRAND | Office conference w/ J. Stenger RE: drafting white paper (.4); review of FCC application materials (.6). | 1.00 hrs. |
|---|---|---|---|
| 05/05/10 | M. STRAND | Review and revise Tribune white paper. | 1.20 hrs. |
| 05/05/10 | M. A. ALPERT | Reviewed Tribune materials re: proposed Cooking Channel transaction (1.7); confs Moelis and McDermott Will re: same (.5); worked on Committee presentations re: same (1.8). | 4.00 hrs. |
| 05/05/10 | H. SEIFE | Review of AlixPartners weekly report (.3); review of presentation on Cooking Channel (.4). | 0.70 hrs. |
| 05/06/10 | H. SEIFE | Review of Moelis weekly report. | 0.20 hrs. |
| 05/06/10 | M. A. ALPERT | Worked on Committee presentations on Cooking Channel transaction (.7); confs w/Moelis and MWE re: same (.2); reviewed materials prepared by MWE (1.6). | 2.50 hrs. |
| 05/07/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: analysis for Committee on two new business-related motions (.2). | 0.20 hrs. |
| 05/08/10 | M. STRAND | Review and revise Tribune white paper. | 0.90 hrs. |
| 05/09/10 | D. E. DEUTSCH | Review transaction documents and summary materials re: Cooking Channel transaction (.3); review AlixPartners' weekly report (.2). | 0.50 hrs. |
| 05/09/10 | M. STRAND | Review and revise Tribune white paper draft and email to J. Stenger. | 0.40 hrs. |
| 05/10/10 | J. A. STENGER | Research re FCC processing of Tribune applications. | 0.50 hrs. |
| 05/11/10 | M. A. ALPERT | Reviewed waiver letter and Lazard presentation re: Cooking Channel transaction. | 1.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3
```

| 05/12/10 | H. SEIFE | Review of AlixPartners weekly report (.3); review of Moelis report (.2). | 0.50 hrs. |
| 05/14/10 | M. STRAND | Office conference w/ J. Stenger RE: Wilmington Trust objection to plan (.1); review objection (.5); legal research RE: same (.5). | 1.10 hrs. |
| 05/14/10 | J. A. STENGER | Review of Wilmington Trust disclosure statement objection related to FCC issues and research regarding same (.9); prepare correspondence to D Deutsch regarding analysis of same (1.1). | 2.00 hrs. |
| 05/18/10 | M. A. ALPERT | Correspondence with D.Deutsch re: proposed Food Network transaction (.2); reviewed documents re: same (.6).. | 0.80 hrs. |
| 05/18/10 | D. E. DEUTSCH | Exchange e-mails re: Food Network next steps (.2); review e-mail and FCC exhibit from James Stenger (.2); reply to same (.1). | 0.50 hrs. |
| 05/20/10 | J. A. STENGER | Office correspondence with D. Deutsch regarding disclosure hearing FCC related issues. | 0.70 hrs. |
| 05/26/10 | M. A. ALPERT | Reviewed and worked on documents re: Food Network transaction (3.2); correspondence w/ Moelis and McDermott Will re: same (0.8). | 4.00 hrs. |
| 05/26/10 | H. SEIFE | Review of AlixPartners weeky business review. | 0.40 hrs. |
| 05/26/10 | B. G. CARSON | Review and prepare comments on draft letter agreement granting waiver of certain provisions of the TVFN partnership agreement (0.8); review revised chart of proposed TVFN amended and restated partnership agreement provisions and discuss comments with M. Alpert (2.8). | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       June 22, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    4


| 05/27/10 | M. A. ALPERT | Reviewed and worked on documents re: Food Network transaction (1.6); correspondence with D.Deutsch re: same (0.2). | 1.80 hrs. |
| 05/27/10 | J. A. STENGER | Review FCC Notice of Inquiry on revision of newspaper/broadcast cross-ownership rule. | 1.50 hrs. |
| 05/28/10 | M. STRAND | Legal research RE: 3d Cir recently filed briefs in Prometheus proceeding. | 0.60 hrs. |
| 05/28/10 | M. A. ALPERT | Reviewed and worked on documents re: Food Network transaction (2.3). | 2.30 hrs. |
| 05/29/10 | J. A. STENGER | Review Tribune 3rd Circuit briefs on newspaper broadcast cross-ownership rule. | 1.50 hrs. |
| 05/31/10 | D. E. DEUTSCH | Review multiple e-mails re: Cooking Channel transaction (.4); e-mail Moelis (Ashish Ajmera) re: meeting with Scripps on Cooking Channel transaction (.1). | 0.50 hrs. |


         **Total Fees for Professional Services..............  $29,552.50**




                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 2.50 | 2412.50 |
| M. A. ALPERT | 825.00 | 19.70 | 16252.50 |
| J. A. STENGER | 495.00 | 7.60 | 3762.00 |
| B. G. CARSON | 475.00 | 3.60 | 1710.00 |
| D. E. DEUTSCH | 695.00 | 4.20 | 2919.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     5


M. ROITMAN                          355.00    1.10         390.50
M. STRAND                           405.00    5.20        2106.00
                          TOTALS              43.90      29552.50
```

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   1
```

For Services Through May 31, 2010

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


| | | | |
|---|---|---|---|
| 05/12/10 | D. E. DEUTSCH | Review memorandum from Debtors' counsel re: filing of revised schedules (.1); e-mail Debtors' counsel re: same (.1); e-mail Brad Hall re: required follow-up on same (.1). | 0.30 hrs. |
| 05/14/10 | D. E. DEUTSCH | Review materials on revised schedules (.2); e-mail Marc Roitman on required additional research related to same (.1). | 0.30 hrs. |
| 05/17/10 | D. E. DEUTSCH | Review proposed stipulation re: settlement of employee claim (.1); e-mail Ken Kansa on same (.1). | 0.20 hrs. |
| 05/18/10 | D. E. DEUTSCH | Review new omnibus claim objections (.3); e-mail Marc Roitman re: analysis for Committee on same (.2). | 0.50 hrs. |
| 05/18/10 | M. ROITMAN | Review Debtors 27th through 31st Omnibus claims objections (0.7) | 0.70 hrs. |
| 05/19/10 | M. ROITMAN | Draft memo re: Debtors 27th through 31st Omnibus claims objections (0.6); Review Debtors' Motion to set CNLBC Bar Date (0.5) | 1.10 hrs. |
| 05/20/10 | M. ROITMAN | Review Motion for Class Certification and Class Treatment of Minimum-Wage Claimants (0.4); | 0.40 hrs. |
| 05/22/10 | D. E. DEUTSCH | Review motion and e-mail from Marc Roitman re: follow-up on class action claim request (.2). | 0.20 hrs. |
| 05/24/10 | M. ROITMAN | Continue work on draft memo re: Debtors 27th through 31st omnibus claims objections and CNLBC Bar Date (1.7); | 1.70 hrs. |
| 05/25/10 | M. ROITMAN | Revise memo re: Debtors 27th through 31st Oomnibus claims objections and CNLBC Bar Date (2.2); | 2.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| 05/25/10 | M. ROITMAN | Review Motion for class certification for minimum-wage claimants (0.7); Call with K. Kansa re: same (0.1) | 0.80 hrs. |
| 05/26/10 | M. ROITMAN | Draft memo re: motion for class certification for minimum-wage claimants (0.7); | 0.70 hrs. |
| 05/27/10 | M. ROITMAN | Draft memo re: motion for class certification for minimum-wage claimants (0.5). | 0.50 hrs. |
| 05/27/10 | D. E. DEUTSCH | Review background materials on Morgan Stanley settlement (.2); discuss analysis of same with Christy Rivera (.2). | 0.40 hrs. |
| 05/27/10 | M. ROITMAN | Revise memo re: CNLBC bar dates (0.3); Draft email to Committee re: same (0.2); Revise memo re: 27th-31st omnibus objections (0.2); Draft email to Committee re: same (0.2). | 0.90 hrs. |
| 05/28/10 | M. ROITMAN | Revise memo re: motion for class certification for minimum-wage claimants (0.5). | 0.50 hrs. |

**Total Fees for Professional Services.............    $4,693.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 1.90 | 1320.50 |
| M. ROITMAN | 355.00 | 9.50 | 3372.50 |
| TOTALS | | 11.40 | 4693.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   1
```

For Services Through May 31, 2010

Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| 05/03/10 | M. ROITMAN | Review Debtors' Supplemental Application to Retain PwC (0.8) Correspond with A. Holtz, B. Hall and A. Leung (AlixPartners) re: same (0.3). | 1.10 hrs. |
|---|---|---|---|
| 05/03/10 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee application (April). | 4.20 hrs. |
| 05/03/10 | M. ROITMAN | Review Debtors' March 2010 ordinary course professional report (0.6) | 0.60 hrs. |
| 05/03/10 | D. E. DEUTSCH | Review e-mails on retention matters related to PwC and D&B (.2); e-mail Marc Roitman re: required follow-up on same (.1). | 0.30 hrs. |
| 05/04/10 | D. E. DEUTSCH | Review analysis from AlixPartners re: PwC and D&B retention matters (.3). | 0.30 hrs. |
| 05/04/10 | M. ROITMAN | Review Debtors' Supplemental Application to Retain PwC (0.4); Review Microsoft Motion for Administative Claim (0.4); Correspond with J. Ludwig (Sidley) re: same (0.1) | 0.90 hrs. |
| 05/04/10 | D. E. DEUTSCH | Discuss memorandum to Committee on new Microsoft-related motion with Marc Roitman (.2). | 0.20 hrs. |
| 05/05/10 | D. E. DEUTSCH | Review weekly ordinary course professional report (.2); exchange e-mails with Ken Kansa re: Lazard retention matters (.2). | 0.40 hrs. |
| 05/06/10 | M. ROITMAN | Draft memo re: Debtors' Supplemental Application to Retain PwC (1.1); Call with H. Lee and A. Leung re: same (0.1) | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| | | | |
|---|---|---|---|
| 05/06/10 | H. LAMB | Research certain expenses raised in Fee Examiners report on fourth interim fee application (.7); review and prepare report in response to same (.5); conferences with E.Daucher regarding same (.2). | 1.40 hrs. |
| 05/06/10 | A. HANESSIAN | Preparation of response on certain issues raised in Fee Examiner Report. | 0.60 hrs. |
| 05/06/10 | E. DAUCHER | Draft and edit reply letter to Fee Examiner's Fourth Report (3.4); and prepare exhibits for the same (4.1). | 7.50 hrs. |
| 05/07/10 | M. ROITMAN | Revise memo re: Debtors' Supplemental Application to Retain PwC (1.3); Call with K. Kansa (Sidley) re: same (0.1); Draft email to K. Kansa and D. Deutsch re: extension of time to respond to PwC application and D&B Rejection Motion (0.2). | 1.60 hrs. |
| 05/07/10 | M. ROITMAN | Review Docket re: ordinary course professional filings and update ordinary course chart (0.3) | 0.30 hrs. |
| 05/07/10 | H. LAMB | Review omnibus fee order in connection with May 18 hearing on second interim fees (.2); review Chadbourne fee applications, Committee expense requests and fee examiner reports to confirm accuracy of amounts in order (.4); email with D.Deutch regarding same (.1). | 0.70 hrs. |
| 05/09/10 | D. E. DEUTSCH | Review e-mails and attachments re: March - May 2009 Fee Application (.2); exchange e-mails with Adam Landis and Helen Lamb related to same (.1); call with Helen Lamb to discuss Fee Examiner issue (.2). | 0.50 hrs. |
| 05/10/10 | D. E. DEUTSCH | Review weekly ordinary course professional report (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     June 22, 2010
435 N. MICHIGAN AVENUE                  Invoice ******
CHICAGO, IL 60611                       Page    3

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/10/10 | M. ROITMAN | Revise memo re: Debtors' Supplemental Application to Retain PwC (.6); Draft email to Committee re: same (0.2) | 0.80 hrs. |
| 05/11/10 | H. LAMB | Conference with D.Deutsch regarding resolution of fee examiner issues in connection with May 18 hearing on second interim fees (.3); email to Cole Shotz regarding change in omnibus fee order (.2); further review of billing proformas/daily time detail in preparation of monthly fee statement (3.4). | 3.90 hrs. |
| 05/11/10 | D. E. DEUTSCH | Discuss Fee Examiner issue with Helen Lamb (.2); review related materials from second quarterly fee application (.4); related calls with Adam Landis (.1), Alan Holtz (.1) and Kevin Lantry (.2); call with Andy Dalton (Fee Examiner) re: resolving outstanding issues (.3); follow-up with Helen Lamb on edits to court submission on Second Quarterly fees (.2). | 1.50 hrs. |
| 05/12/10 | H. LAMB | Begin preparation of monthly fee application for April (2.2); review of itemized expenses incurred during fee period (.8) and follow up on certain items (.7) in connection with preparation of fee application. | 3.70 hrs. |
| 05/13/10 | M. ROITMAN | Review of Examiner retention materials (0.5). | 0.50 hrs. |
| 05/13/10 | E. DAUCHER | Meet with D. Deutsch to discuss memo to the Committee re: professional retention papers filed by the Examiner. | 0.10 hrs. |
| 05/14/10 | E. DAUCHER | Draft, review and revise  memo to the Committee re: the Examiner's applications to retain professionals. | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                   June 22, 2010
435 N. MICHIGAN AVENUE                                         Invoice ******
CHICAGO, IL 60611                                             Page    4


| 05/14/10 | M. ROITMAN | Review docket re: filings of ordinary course professionals and revise ordinary course professional summary (0.5) | 0.50 hrs. |
| 05/14/10 | B. BETHEIL | Draft summary of tax work in preparation of fee application. | 0.10 hrs. |
| 05/14/10 | A. HANESSIAN | Review time summary amounts in connection with preparation of fee application. | 1.60 hrs. |
| 05/16/10 | H. LAMB | Review expenses submitted by Committee members for April meetings (.6); preparation of expense summary sheets for next court submission for expense reimbursement (1.2); further preparation of monthly fee application (1.4). | 3.20 hrs. |
| 05/17/10 | E. DAUCHER | Emails to M. Ashley, M. Roitman and D. Bava re: disclosures by LECG, LLP. | 0.10 hrs. |
| 05/17/10 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz re: tomorrow's hearing on fee applications (.2). | 0.20 hrs. |
| 05/19/10 | H. LAMB | Review certifications of no objection to Chadbourne's 15h monthly fee application and Committee's 10th expense submsision (.1); prepare email to J.Ludwig at Sidley regarding same (.2). | 0.30 hrs. |
| 05/20/10 | H. LAMB | Further preparation of monthly fee application. | 2.40 hrs. |
| 05/20/10 | D. E. DEUTSCH | Work on editing monthly fee statement (2.2). | 2.20 hrs. |
| 05/21/10 | M. ROITMAN | Review docket re: filings of ordinary course professionals and revise ordinary course professional summary (0.2) | 0.20 hrs. |
| 05/22/10 | D. E. DEUTSCH | Complete review and revisions to April fee statement (2.9). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5

| 05/23/10 | H. LAMB | Review D.Deutsch comments on fee application (.5); revise and finalize draft of fee application (1.7). | 2.20 hrs. |
| 05/24/10 | M. ROITMAN | Review Supplemental Application to retain E&Y (0.2); Correspond with AlixPartners re: same (0.2) | 0.40 hrs. |
| 05/24/10 | D. E. DEUTSCH | Review and edit draft description overview for March fee statement (.8); review and follow-up on specific fee description re: Wilmington Trust matter (.2). | 1.00 hrs. |
| 05/24/10 | A. HANESSIAN | Updating Ordinary Course Professionals chart | 1.40 hrs. |
| 05/25/10 | M. ROITMAN | Review April 2010 OCP Report and Revise ordinary course professional summary (0.3). | 0.30 hrs. |
| 05/26/10 | M. ROITMAN | Correspond with A. Hanessian re: supplemental list of ordinary course professionals (0.1) | 0.10 hrs. |
| 05/26/10 | A. HANESSIAN | Updating Ordinary Course Professionals chart | 0.40 hrs. |
| 05/26/10 | D. E. DEUTSCH | Review and respond to inquiry from Debtors' counsel re: retention of new professional firm (.2). | 0.20 hrs. |
| 05/27/10 | D. E. DEUTSCH | Discuss drafting Committee memo on E&Y issue with Marc Roitman (.2). | 0.20 hrs. |
| 05/27/10 | M. ROITMAN | Draft memo re: Application to modify retention of E&Y (1.7); Correspond with D. Deutsch re: same (0.1). | 1.80 hrs. |

Total Fees for Professional Services.............    $21,337.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page      6
```

<u>TIMEKEEPER SUMMARY</u>

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 10.10 | 7019.50 |
| A. HANESSIAN | 185.00 | 4.00 | 740.00 |
| E. DAUCHER | 355.00 | 11.10 | 3940.50 |
| B. BETHEIL | 405.00 | .10 | 40.50 |
| H. LAMB | 270.00 | 22.00 | 5940.00 |
| M. ROITMAN | 355.00 | 10.30 | 3656.50 |
| TOTALS | | 57.60 | 21337.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                             For Services Through May 31, 2010

Our Matter #19804.011
          PLAN AND DISCLOSURE STATEMENT


| | | | |
|---|---|---|---|
| 05/03/10 | Y. YOO | Researched issue re: certain standards for settlements as part of reorganization plans (3.6). | 3.60 hrs. |
| 05/04/10 | Y. YOO | Continued researching issue re: certain standards for settlements as part of reorganization plans (6.9); corresponded by email with Douglas Deutsch re: same (.2). | 7.10 hrs. |
| 05/04/10 | R. J. GAYDA | Review email correspondence from D. Deutsch re revised Disclosure Statement. | 0.50 hrs. |
| 05/05/10 | H. SEIFE | Review of information request from bridge lenders (.5) review of Wilmington Trust proposed discovery order (.4); review of comments/revisions to order (.9). | 1.80 hrs. |
| 05/05/10 | Y. YOO | Continued researching issue re: certain standards for settlements as part of reorganization plans (8.4). | 8.40 hrs. |
| 05/05/10 | M. ROITMAN | Draft Committee memo re: Debtors' Motion to Extend Exclusive Solicitation Period (1.5). | 1.50 hrs. |
| 05/05/10 | D. E. DEUTSCH | Review revised Disclosure Statement (1.0); exchange e-mails with Kevin Lantry re: revised Plan/Disclosure Statement issues (.2). | 1.20 hrs. |
| 05/06/10 | Y. YOO | Researching issue re: Delaware standards for settlements (2.9); corresponded by email with Douglas Deutsch re: same (.4). | 3.30 hrs. |
| 05/06/10 | H. SEIFE | Review of revised plan discovery order (.8); emails regarding comments to order (.7); review of issues regarding disclosure statement and hearing (1.6). | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 05/07/10 | H. SEIFE | Meeting with M.Ashley, T.Zink and T.McCormack regarding confirmation (1.1); review of disclosure statement issues (1.2). | 2.30 hrs. |

| 05/07/10 | Y. YOO | Continued researching issue re: certain standards for settlements (6.4); corresponded by email with Douglas Deutsch re: same (.2). | 6.60 hrs. |

| 05/07/10 | M. D. ASHLEY | Meeting with H. Seife, T. McCormack, T. Zink regarding plan confirmation discovery issues (1.0); call with T. McCormack, T. Zink, F. Vazquez, Zuckerman Spaeder regarding plan confirmation discovery issues (.9); reviewed draft plan confirmation discovery schedule (.3); emails with parties' counsel regarding plan confirmation discovery schedule (.4). | 2.60 hrs. |

| 05/07/10 | N. T. ZINK | Conference with plan litigation team re confirmation issues and preparation for confirmation hearing (1.0); phone conference with J. Sottile and A. Goldfarb of Zuckerman Spaeder, and T. McCormack and M. Ashley re examiner and confirmation discovery issues (1.1). | 2.10 hrs. |

| 05/09/10 | D. E. DEUTSCH | Review multiple e-mails and attachments from Young Yoo re: research on certain settlement issues (.3); e-mail Young Yoo re: required follow-up related to same (.1). | 0.40 hrs. |

| 05/09/10 | Y. YOO | Researching issue re: 1123(b)(3)(A) settlements (2.7); drafted research memorandum re: same (3.1); corresponded by email with Douglas Deutsch re: same (.1). | 5.90 hrs. |

| 05/10/10 | Y. YOO | Continued drafting and revising research memorandum re: standards for 1123(b)(3)(A) settlements (8.7); corresponded by email with Douglas Deutsch re: same (.4). | 9.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    June 22, 2010
435 N. MICHIGAN AVENUE                           Invoice ******
CHICAGO, IL 60611                                Page    3


| 05/10/10 | H. SEIFE | Review of Credit Agreement Lenders objections to disclosure statement (1.0); review of proposed order regarding discovery (.8); review of propsed revisions to order (.4). | 2.20 hrs. |

| 05/10/10 | D. E. DEUTSCH | Meeting with Kevin Lantry to discuss plan matters and various other items (.3). | 0.30 hrs. |

| 05/10/10 | R. J. GAYDA | Detailed review of email correspondence from K. Lantry re Bennett groups issues w Disclosure Statement. | 1.20 hrs. |

| 05/11/10 | R. J. GAYDA | Review and revise Committee support letter re plan (1.1); email correspondence w D. Deutsch re Committee support letter and revisions to Plan/DS (.7); review email correspondence from D. LeMay re revisions to plan/DS (.5); review email correspondence from A. Landis re revisions to plan/DS (.5); review email correspondence from Zuckerman Spader re revisions to plan/DS (.5); discuss Committee support letter w M. Roitman (.3); review LBO section of DS with respect to comments from HCB law (1.1); draft email correspondence to Debtors re extension of objection deadline to DS and revised version of DS (.8). | 5.50 hrs. |

| 05/11/10 | D. E. DEUTSCH | Discuss next steps on Plan/Disclosure Statement issues with Robert Gayda (.2); review various e-mails related to same from Debtors counsel (Kevin Lantry) (.2); exchange additional e-mails related to same with Graeme Bush (.3); e-mail Robert Gayda re: additional required disclosure statement analysis and follow-up (.2). | 0.90 hrs. |

| 05/11/10 | M. ROITMAN | Review of Hearing Transcript re: Judge Carey's statements on a litigated Disclosure Statement hearing (0.3); Correspond with R. Gayda re: same (0.1); Review memo | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

|  |  |  |  |
|---|---|---|---|
|  |  | re: evaluating settlements as part of a plan of reorganization in Delaware (0.6); Review of Henke Objection to Disclosure Statement (0.1); Correspond with D. LeMay and R. Gayda re: Objections to Disclosure Statement (0.1); Draft Committee Plan Support Letter (2.9); Meet with R. Gayda re: same (0.2). |  |
| 05/11/10 | H. SEIFE | Review of revised version of order (.4); review of research memo on plan/9019 settlements (.9); review of revised disclosure statement (1.9). | 3.20 hrs. |
| 05/11/10 | Y. YOO | Continued research on memorandum re: standards for 1123(b)(3)(A) settlements as part of reorganization plans (8.8); corresponded by email with Howard Seife and Douglas Deutsch re: same (.1). | 8.90 hrs. |
| 05/12/10 | H. SEIFE | Review of draft Committee support letter (1.4); review of revisions to disclosure statement (2.0); review of revised draft support letter (.4). | 3.80 hrs. |
| 05/12/10 | M. ROITMAN | Call with D. Deutsch, R. Gayda, and Sidley team re: revisions to disclosure statement (0.3); Review Wilmington Trust Certification of Counsel regarding Discovery and Scheduling Order for Plan Confirmation (0.3); Draft email to M. Ashley re: same (0.1); Revise Committee Plan Support Letter (0.7). | 1.40 hrs. |
| 05/12/10 | D. E. DEUTSCH | Exchange e-mails re: Plan/Disclosure Statement matters with Jessica Boelter (.3); related e-mails with Bob Gayda (.2); call with Janet Henderson re: Disclosure Statement issues (.4); related follow-up call with Adam Landis (.2); review draft letter from Committee supporting plan and edit same (.8); discuss related | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5

                              issues with Adam Landis (.3);
                              exchange e-mails with David LeMay
                              and Bob Gayda re: various support
                              letter/Plan/DS issues (.5); e-mail
                              Zuckerman team re: review of
                              revised DS/ Plan materials (.3);
                              review comments received from
                              Zuckerman on DS and support letter
                              (.3); exchange related e-mails
                              with Bob Gayda (.2); call with
                              Janet Henderson re:
                              Plan/DS/solicitation issues (.4).

05/12/10   R. J. GAYDA        Detailed review of revised DS          6.80 hrs.
                              (3.2); review and revise Committee
                              Plan Support Letter (1.4); email
                              correspondence w D. Deutsch and
                              Delaware counsel re same (.8);
                              review case docket for objections
                              to DS (.3); telephone conversation
                              w J. Henderson and D. Deutsch re
                              Plan and DS issues (.4); review
                              email from A. Landis re scope of
                              examiner's investigation and order
                              re same (.7).

05/12/10   T. J. MCCORMACK    Preparation for contested             3.40 hrs.
                              confirmation hearing, including
                              review of relevant case law
                              standards, prior precedents and
                              analysis of relevant legal/factual
                              issues (3.4).

05/13/10   R. J. GAYDA        Review and revise Committee Plan      7.60 hrs.
                              Support Letter (1.4); detailed
                              review objections and responses to
                              disclosure statement filed by
                              Deutsche Bank, ACE American
                              Insurance, the US DOL, and the
                              Credit Agreement Lenders (3.2);
                              discuss memorandum to Committee re
                              same w M. Roitman (.6); email
                              correspondence w R. Paul and D.
                              Deutsch re TMIP and KOB provisions
                              of DS/Plan (.5); review Plan and
                              DS re same (.7); email
                              correspondence w D. LeMay re
                              comments to Plan Support Letter
                              (.3); email correspondence w D.
                              LeMay re certain sections of Plan
                              (.3); review Plan, DS and
                              Solicitation materials re

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    6

|  |  |  |  |
|---|---|---|---|
|  |  | opportunity to object to Plan Supplement (.6). |  |
| 05/13/10 | F. VAZQUEZ | Conf w/Zink re plan discovery (.1); confs w/Ashley re plan discovery and Committee's role (.2); revise email re discovery (.1). | 0.40 hrs. |
| 05/13/10 | M. D. ASHLEY | Call with F. Vazquez regarding plan confirmation discovery issues (.2); reviewed correspondence and pleadings relating to posssible plan confirmation discovery (1.3). | 1.50 hrs. |
| 05/13/10 | D. E. DEUTSCH | Call with Janet Henderson re: Committee solicitation letter (.2); review revised Disclosure Statement (.6); draft e-mail to Jessica Boelter and Janet Henderson re: revisions to same (.2); review comment on solicitation letter from Committee member (.1); e-mails with Bob Gayda re: same (.2); discuss plan/disclosure statement issues with Robert Gayda (.2). | 1.50 hrs. |
| 05/13/10 | D. BAVA | Periodic review of docket sheet re: objections to disclosure statement (.60); preparation of objections and related materials for attorney review (1.6). | 2.20 hrs. |
| 05/13/10 | M. ROITMAN | Revise Committee Plan Support Letter (0.5); Draft email to Committee re: same (0.4); Draft email to Debtors' counsel re: same (0.2); Review plan re: TMIP and KOB (0.3); Draft email to Committee re: same (0.6); Review the various objections and responses to the Disclosure Statement and draft memo to the Committee re: same (3.1) | 5.10 hrs. |
| 05/13/10 | D. M. LeMAY | Review and comment on latest versions of Plan, Disclosure Statement and Committee Support Letter. | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 22, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    7


| 05/13/10 | H. SEIFE | Review of Wilmington Trust discovery requests (.5); review of revisions to insert to disclosure statement (2.4). | 2.90 hrs. |
|---|---|---|---|
| 05/14/10 | H. SEIFE | Review objections to disclosure statement (2.6); conference with T.McCormack regarding confirmation preparation (.5); preparation for hearing on disclosure statement (2.3); review of additional discovery requests (.7). | 6.10 hrs. |
| 05/14/10 | M. ROITMAN | Review various objections and responses to the Disclosure Statement and revise memo to the Committee re: same (4.9); Correspond with R. Gayda and D. Deutsch re: same (0.2) Draft email to H. Seife and D. Deutsch re: same (0.5). | 5.60 hrs. |
| 05/14/10 | D. BAVA | Review docket sheet re: additional objections to disclosure statement (.30); preparation of additional objections and related materials for attorney review (1.8). | 2.10 hrs. |
| 05/14/10 | D. E. DEUTSCH | Exchange e-mails with Janet Henderson re: Disclosure Statement issues (.3); ; review Disclosure Statement discovery request from Wilmington Trust (.3); follow-up conference with Howard Seife on same (.1); related e-mail to Marc Ashley (.1); hold call with Janet Henderson re: Committee's letter in support of Plan (.4); preliminary review of Disclosure Statement objections (2.6); exchange e-mails (.2) and hold meetings with Bob Gayda to discuss DS objections and addressing related issues (.3); review comments on Committee support letter (.2); e-mail Bob Gayda re: addressing same (.1); additional call with Janet Henderson on DS next steps (.4); detailed e-mail to Chadbourne/Zuckerman litigation teams re: same (.4). | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    8


05/14/10   M. D. ASHLEY       Call with T. McCormack, J. Sottile        3.70 hrs.
                              regarding plan confirmation
                              discovery issues (.3); call with
                              T. McCormack, J. Sottile, J.
                              Bendernagel regarding plan
                              confirmation discovery and draft
                              Disclosure Statement (.9);
                              reviewed various objections to
                              Disclosure Statement (1.4);
                              reviewed plan confirmation
                              discovery requests (.7); emails
                              with J. Sottile regarding plan
                              confirmation discovery (.2);
                              emails with T. McCormack regarding
                              same (.2).

05/14/10   R. J. GAYDA        Review and revise Committee Plan          8.00 hrs.
                              Support Letter (.7); discuss same
                              w D. Deutsch (.4); review plan and
                              DS re same (.5); detailed review
                              of objections to the disclosure
                              statement of WTC, Crabhouse, Wells
                              Fargo and pro se litigants (3.6);
                              review and revise memorandum
                              summarizing objections (1.2);
                              discuss same w M. Roitman (.4);
                              telephone conversation w J.
                              Ducayet re DOL objection (.3);
                              email correspondence and telephone
                              conversation w J. Henderson re
                              comments to DS (.6); telephone
                              conversation w J. Stenger re FCC
                              issues in objections (.3).

05/15/10   M. D. ASHLEY       Emails with D. Deutsch, F. Vazquez        0.90 hrs.
                              regarding insert for Disclosure
                              Statement (.3); reviewed
                              objections to Disclosure Statement
                              (.6).

05/15/10   D. E. DEUTSCH      Review e-mails from Janet                 2.70 hrs.
                              Henderson re: Disclosure Statement
                              and related objections (.3); draft
                              detailed memorandum to Howard
                              Seife re: draft Committee insert
                              for Disclosure Statement (.7);
                              exchange related e-mails with
                              Howard Seife (.2); exchange
                              e-mails with Bob Gayda re: edits
                              to Committee letter in support
                              (.3); review U.S. Trustee's
                              objection to Disclosure Statement

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    9

|  |  |  |  |
|---|---|---|---|
|  |  | (.3); e-mail Marc Roitman re: required team update related to same (.1); review Jim Stenger analysis of FCC issues in DS objection (.2); exchange e-mails with Adam Landis re: next Thursday's court hearing (.2); review Wells Fargo's DS discovery requests (.3); e-mail Chadbourne team re: same (.1). |  |
| 05/15/10 | D. E. DEUTSCH | Draft e-mails to M. Roitman, B. Gayda, F. Vazquez and M. Ashley re: various assignments related to Disclosure Statement (.4); related call with Marc Roitman (.1); exchange e-mails with F. Vazquez re: Disclosure Statement analysis (.2). | 0.70 hrs. |
| 05/15/10 | M. ROITMAN | Correspond with D. Deutsch re: objection to DS (0.2) | 0.20 hrs. |
| 05/15/10 | H. SEIFE | Review of Wells Fargo discovery requests (.4); preparation for disclosure statement hearing (1.3). | 1.70 hrs. |
| 05/15/10 | F. VAZQUEZ | Email to/from Deutsch re supplement to disclosure statement. | 0.30 hrs. |
| 05/15/10 | T. J. MCCORMACK | Review of Wells Fargo discovery re: confirmation process (0.5); Review correspondence re: adding additional materials to disclosure documents and follow-up re: same (0.7). | 1.20 hrs. |
| 05/16/10 | T. J. MCCORMACK | Review e-mails and correspondence regarding disclosure materials, developments over the weekend and upcoming hearing on disclosure statement (0.8); Review revised inserts (0.5). | 1.30 hrs. |
| 05/16/10 | Y. YOO | Review Committee Memorandum re: Objections and Responses to Disclosure Statement (.6). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     June 22, 2010
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page    10

| | | | |
|---|---|---|---|
| 05/16/10 | F. VAZQUEZ | Conf w/Deutsch and Ashley re disclosure statement issues (.4); draft insert re LBO transaction and committee's investigation thereof (4.5); conf w/Roitman re LBO insert (.2); conf w/Ashley re comments to LBO insert (.2); conf w/Deutsch re LBO insert (.4); review and revise draft insert re LBO transaction (.4); email to/from Ashley re insert (.1); email to/from Zink re insert (.1). | 6.30 hrs. |
| 05/16/10 | M. ROITMAN | Meet with D. Deutsch and F. Vazquez re: Committee Response to Objections to Disclosure Statement (0.5); Review US Trustee Objection to Disclosure Statement (0.3); Revise memo re: Objections and Responses to Disclosure Statement (5.6); Draft email to Committee re: same (0.4); Research re: standard for adequate information in a disclosure statement (2.3); Draft section of Response to Objections to Disclosure Statement re: same (1.8); Review and revise Committee's insert to Disclosure Statement re: settlement of LBO-related causes of action (1.6); Correspond with M. Ashley and F. Vazquez re: same (0.6); Correspond with H. Seife, T. McCormack, D. Deutsch, G. Bush, J. Sottile re: revisions to same (0.4). | 13.50 hrs. |
| 05/16/10 | H. SEIFE | Review of US Trustee objection to disclosure statement (.4); review of Committee draft inserts on disclosure statement (1.2). | 1.60 hrs. |
| 05/16/10 | D. E. DEUTSCH | Review and revise proposed Committee insert for Disclosure Statement (2.1); review comments on same from Jim Sottile (.1). | 2.20 hrs. |
| 05/16/10 | D. E. DEUTSCH | Multiple e-mails (.2) and calls Janet Henderson re: Disclosure Statement and related matters (.1); review objections to Disclosure Statement (1.6); and | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    11

|  |  |  |  |
|---|---|---|---|
|  |  | provide preliminary edit and follow-up comments on related memorandum to Committee (2.5); draft related insert for beginning of memorandum (.5); meeting with Frank Vazquez and Marc Ashley re: drafting insert for Disclosure Statement and related matters (.6); exchange e-mails with Delaware counsel (Matt McGuire) re: inquiry on objections to Disclosure Statement process issues (.2); e-mail Graeme Bush re: special counsel's review of insert for Disclosure Statement (.1); meeting with Robert Gayda re: drafting reply to Disclosure Statement objections (.3). |  |
| 05/16/10 | D. E. DEUTSCH | Draft insert for memorandum to Committee on summary of Disclosure Statement objections (1.9); review and edit draft Committee response to Objections (1.2); draft insert for same on Credit Lenders analysis (.9). | 4.00 hrs. |
| 05/16/10 | M. D. ASHLEY | Meeting with F. Vazquez and M. Roitman regarding insert for and objections to Disclosure Statement (.6); reviewed objections to Disclosure Statement (.6); calls with F. Vazquez regarding insert for Disclosure Statement (.3); revised draft insert for Disclosure Statement and reviewed related factual materials (1.2); call with R. Gayda regarding draft response to objections to Disclosure Statement (.2); reviewed and revised draft reponse to objections (.6); emails with F. Vazquez regarding Disclosure Statement insert (.2). | 3.70 hrs. |
| 05/16/10 | R. J. GAYDA | Research re disclosure statement objections (4.1); draft, review and revise response to objections to disclosure statement (8.1). | 12.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    12


05/17/10   R. J. GAYDA          Review and revise response to          4.50 hrs.
                                objections to DS (.8); review US
                                Trustee's objection to the DS
                                (.6); detailed review of Debtors'
                                revised description of the LBO
                                Related Matters (1.4); review and
                                revise Committee Support Letters
                                (.3); email correspondence w R.
                                Paul re same (.4); email
                                correspondence w D. Deutsch re
                                same (.2); email correspondence w
                                A. Landis and M. Maguire re same
                                (.3); review "Settlement
                                Supporters" response to objection
                                to DS (.5).


05/17/10   D. E. DEUTSCH        Review final edits to initial          5.40 hrs.
                                draft of insert for Disclosure
                                Statement (.3); draft note to
                                Committee re: same (.4); exchange
                                calls and e-mails with Janet
                                Henderson (Sidley) re: various
                                Disclosure Statement issues (.3);
                                conference with Howard Seife to
                                discuss Disclosure Statement
                                issues (.4); review new lengthy
                                insert on Disclosure Statement
                                from Debtors (2.1); e-mail Howard
                                Seife and Marc Ashley re: issues
                                and follow-up on same (.2); call
                                with Committee member re: changes
                                to draft Committee Disclosure
                                Statement insert (.2); work on
                                revising same (.5); discuss
                                Disclosure Statement tax issues
                                with Kevin Lantry (.3); draft memo
                                to file on same (.4); call with
                                Janet Henderson re: DS next steps
                                (.3).


05/17/10   D. E. DEUTSCH        Review request from Marc Ashley to     1.00 hrs.
                                include additional insert into
                                Disclosure Statement submission
                                (.2); discuss same with Howard
                                Seife (.1); review draft note to
                                Committee on submission (.1);
                                review reply to DS objections
                                filed by senior lenders and others
                                (.2); conference with Howard Seife
                                to discuss edits to reply to
                                address same (.2); related
                                follow-up with Marc Roitman (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   13

| | | | |
|---|---|---|---|
| 05/17/10 | H. SEIFE | Review and revised Committee response to disclosure statement (2.3); review and revised Committee support letter (1.2); review of filed objections/responses (1.4). | 4.90 hrs. |
| 05/17/10 | M. ROITMAN | Revise Committee's Insert to Disclosure Statement re: Settlement of LBO-Related Causes of Action (1.4); Meet with D. Deutsch and H. Seife re: same (0.2); Draft email to Committee re: same (0.1); Draft email to Debtors' Counsel re: same (0.1); Review Debtors' Revised Disclosure Statement section regarding the LBO-Related Causes of Action (0.5); Review Reply of Settlement Supporters to Objections of Ad Hoc Group of Senior Lenders (0.3); Draft email to internal working group re: same (0.2); Revise Committee's Reply to Objections to Disclosure Statement (4.7); Correspond with D. Deutsch, A. Landis and M. McGuire re: same (0.6); Call with D. Deutsch and H. Seife re: same (0.2); Call with R. Gayda re: same (0.1); Draft email to Committee re: same (0.3). | 8.70 hrs. |
| 05/17/10 | F. VAZQUEZ | Email to/from Ashley re disclosure statement insert (.1); review disclosure statement insert (.9)); conf w/Sotille and Ashley re disclosure statement insert (.5). | 1.50 hrs. |
| 05/17/10 | M. D. ASHLEY | Reviewed plan supporters' reply to Disclosure Statement objections (.4); reviewed Committee's draft reply to Disclosure Statement objections (.3); reviewed Debtors' revised Disclosure Statement supplement regarding settlement (.8); reviewed factual materials relating to Debtors' Disclosure Statement settlement supplement (1.4); call with J. Sottile (Zuckerman) regarding Disclosure Statement settlement supplement | 3.60 hrs. |