|            |                 | (.2); call with G. Bush (Zuckerman) regarding Disclosure Statement settlement supplement (.2); emails with J. Sottile regarding same (.2); emails with D. Deutsch regarding same (.1). |            |
|------------|-----------------|---|------------|
| 05/17/10   | R. M. KIRBY     | Reviewing and commenting on specific sections of draft disclosure statement. | 0.90 hrs. |
| 05/17/10   | T. J. MCCORMACK | Review materials regarding disclosure statement, including draft inserts (0.7); analysis of recovery scenarios (0.5); Review Sidley draft of basic factual background (0.6). | 1.80 hrs. |
| 05/18/10   | T. J. MCCORMACK | Review current drafts of disclosure materials (0.7); review correspondence on discovery and related issues (0.3); review debtor's updated disclosure submissions (0.6). | 1.60 hrs. |
| 05/18/10   | M. D. ASHLEY    | Reviewed Debtors' revised draft Disclosure Statement settlement supplement (.4); reviewed factual materials relating to Debtors' Disclosure Statement supplement (.5); reviewed Credit Agreement Lender's position statement relating to Disclosure Statement supplement (.3). | 1.20 hrs. |
| 05/18/10   | D. BAVA         | Prepare updates disclosure statement objections for attorney review. | 1.30 hrs. |
| 05/18/10   | M. ROITMAN      | Correspond with D. Deutsch re: Committee's Reply to Objections to Disclosure Statement (0.3); Review Certification of Counsel re: Debtors' solicitation exclusivity (0.2); Review Debtors' Omnibus Response to the DS objections (0.6); Draft email to working group re: same (0.2); Draft email to H. Seife, D. Deutsch re: agenda for 5/20 hearing and Debtors' Certification of Counsel re: solicitation exclusivity (0.1); | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    15


                          Review Credit Agreement Lenders'
                          Position Statement (0.3); Draft
                          email to working group re: same
                          (0.1); Review revised Disclosure
                          Statement and Plan (0.9);
                          Correspond with D. Deutsch re:
                          same (0.3).

05/18/10   R. J. GAYDA    Review Debtors' omnibus response      7.50 hrs.
                          to objections to DS (1.4); review
                          Credit Agreement Lenders' position
                          statement (.7); review revised
                          disclosure statement (2.1) and
                          Plan (1.3); review revised
                          Committee reply to various
                          objections (.4); correspondence w
                          H. Lamb re DS hearing issues (.4);
                          telephone conversation w D.
                          Deutsch re same (.2); research re
                          "unconfirmability" of a plan (1.0).

05/18/10   D. M. LeMAY    Review latest revisions to Plan       1.80 hrs.
                          and Disclosure Statement.

05/18/10   H. SEIFE       Review of revised plan.               1.80 hrs.

05/18/10   D. E. DEUTSCH  Exchange e-mails with Marc Roitman    6.30 hrs.
                          re: Committee issue on reply to
                          Disclosure Statement objections
                          (.2); review sections of revised
                          Disclosure Statement from Debtors
                          (2.3); e-mail Janet Henderson and
                          team re: response to proposed
                          insert from Bennett/Senior Credit
                          lenders (.2); call with Kevin
                          Lantry re: changes to Plan and
                          Thursday's hearing (.3); draft
                          memorandum to Chadbourne and
                          Zuckerman teams re: same (.2);
                          review revised Plan (1.1); meeting
                          with Howard Seife to discuss
                          outstanding Plan/DS issues (.6);
                          review additional revisions to DS
                          (.8); call with Janet Henderson to
                          discuss modifications to
                          Disclosure Statement on Committee
                          issue (.2); review further revised
                          Plan (.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   16

| 05/19/10 | D. E. DEUTSCH | E-mail Janet Henderson and Kevin Lantry re: Disclosure Statement hearing matters (.2); review revised Plan, Disclosure Statement and Solicitation materials (4.3); meeting with Bob Gayda and, in part, Howard Seife to discuss same (1.2); prepare for tomorrow's hearing (1.4); review Wilmington Trust's submission on views of LBO (.3); provide comments on same to Debtors (.3); exchange e-mails with Zuckerman team re: tomorrow's hearing (.2). | 7.90 hrs. |

| 05/19/10 | H. SEIFE | Preparation for hearing on disclosure statement (4.8); review of revised plan and disclosure statement (1.6). | 6.40 hrs. |

| 05/19/10 | D. M. LeMAY | Review of Debtors Omnibus DS Reply (1.4); Wilmington Reply (.8); Credit Agreement Lenders Reply (.8). | 3.00 hrs. |

| 05/19/10 | R. J. GAYDA | Review Wilmington Trust submission for inclusion in the DS (.8); discuss same in detail w H. Seife and D. Deutsch (1.3); related follow-up with Adam Landis (.2); provide comments to Debtors re same (.7); research re same (1.0); detailed review of amended plan (2.1) and amended DS (2.4); discuss same w D. Deutsch (.5); email correspondence w K. Mills re blackline version of Plan and DS (.2). | 9.20 hrs. |

| 05/19/10 | M. ROITMAN | Review Wilmington Trust Supplemental Objection (0.3); Draft email to working group re: same (0.1); Correspond with D. Bava re: same (0.1) | 0.50 hrs. |

| 05/19/10 | D. BAVA | Prepare materials for tomorrow's hearing on disclosure statement (2.60); update disclosure statement objections for attorney review (.80). | 3.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   17
```

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/19/10 | F. VAZQUEZ | Review Credit Lender proposal (.5); Conf w/Seife and Zink re Credit Lender proposal (.4); review Wilmington Trust objection to disclosure statement (.3); review Zuckerman's response to Credit Lender's proposal (.2); email to Zink re Committee's report (.4); conference w/Zink re Zuckerman's response (.3). | 2.10 hrs. |
| 05/20/10 | T. J. MCCORMACK | Attend by phone portion of hearing regarding disclosure issues (1.8). | 1.80 hrs. |
| 05/20/10 | F. VAZQUEZ | Attend portion of disclosure statement hearing by telephone (3.9) conf w/Roitman and ZInk re next depositions and conferences (.3). | 4.20 hrs. |
| 05/20/10 | M. ROITMAN | Correspond with T. McCormack, T. Zink, F. Vazquez re: hearing (0.3); Confer with T. Zink following hearing (0.2); Draft email to Committee re: 5/20 Hearing (1.1); Correspond with H. Seife and R. Gayda re: same (0.5). | 2.10 hrs. |
| 05/20/10 | R. J. GAYDA | Discuss DS hearing w H. Seife and D. Deutsch (.7); meeting w Debtors and Plan Supporters in advance of hearing (1.3); attend DS hearing (5.2); meeting w all constituencies re submissions to DS (1.5); draft, review and revise summary of hearing (2.3) discuss same w H. Seife, D. Deutsch and M. Roitman (.5); email correspondence w T. Zink and F. Vazquez re plan release provisions (1.4). | 12.90 hrs. |
| 05/20/10 | H. SEIFE | Preparation for hearing on disclosure statement (1.7) pre-hearing meeting with Debtors (1.2); hearing before Judge Carey (3.1); lunch meeting with parties regarding open issues (1.2); attend continuation of hearing (2.3); revised memo to Committee (1.2). | 10.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    18


| | | | |
|---|---|---|---|
| 05/20/10 | D. E. DEUTSCH | Preparatory meeting for today's hearing on disclosure statement (1.1); participate in hearing (5.6); work on editing draft memorandum to Committee (.5); discuss same with Robert Gayda (.4). | 7.60 hrs. |
| 05/21/10 | D. E. DEUTSCH | Review, research and revise draft Committee submission on LBO matters for Disclosure Statement (1.6); meeting with Howard Seife and, in part, Bob Gayda to discuss plan matters (.6); research plan issue (1.1); discuss same with Robert Gayda (.3). | 3.60 hrs. |
| 05/21/10 | H. SEIFE | Review of plan and disclosure statement issues (3.2); review of discovery requests (2.1). | 5.30 hrs. |
| 05/21/10 | R. J. GAYDA | Review revised language to release sections (.4); email correspondence w T. Zink and F. Vazquez re same (.3); review and revise insert summarizing plan release provisions (.5); email correspondence w H. Seife re Bennett objection to plan release provisions (.3); review Judge Carey's decision in similar large case (1.3); discuss decision w M. Roitman (.4); research re coerciveness of certain provision and disparate treatment argument re same (3.2); discuss same w D. Deutsch (.5) and H. Seife (.4); review similar large case plan on same (1.0); review and revise Committee insert re LBO transaction (.7); discuss same w D. Deutsch and M. Roitman (.4); telephone conversations w B. Krakauer (.2) and J. Boelter (.3) re plan provisions. | 9.90 hrs. |
| 05/21/10 | M. ROITMAN | Correspond with B. Gayda re: third party release provisions (0.4); Research re: certain third party release provisions (1.7); Revise Committee Statement re: LBO Settlement (1.2); Draft email to | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    19


|  |  |  |  |
|---|---|---|---|
|  |  | Committee re: same (0.2); Correspond with D. Deutsch and D. Schaible (DPW) re: same (0.1). |  |
| 05/21/10 | D. BAVA | Prepare and post certain materials to Intralinks for Committee (.60). | 0.60 hrs. |
| 05/22/10 | R. J. GAYDA | Review revised plan (.7); compare revised release provisions against release provisions in similar large case (.8); email correspondence w H. Seife and D. Deutsch re release provisions (.4); draft summary email on release provision issues (1.6). | 3.50 hrs. |
| 05/22/10 | H. SEIFE | Review of plan issues regarding releases (1.6); review and revised submission to disclosure statement (1.0). | 2.60 hrs. |
| 05/23/10 | H. SEIFE | Review of other submissions to disclosure statement (2.2); review of email/memo on revised plan and releases (.8). | 3.00 hrs. |
| 05/23/10 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel (Janet Henderson et al.) re: status of Disclosure Statement revisions (.2); review submissions from interested parties for inclusion in Disclosure Statement (1.3); draft detailed e-mail to Chadbourne team re: edits to same (.4); review and exchange e-mails with Howard Seife and Bob Gayda re: plan release issues (.5); draft e-mail memorandum to submission parties re: required changes to submissions (.5). | 2.90 hrs. |
| 05/23/10 | R. J. GAYDA | Review LBO position letters submitted to Debtors (1.8); email correspondence w H. Seife and D. Deutsch re same (.4); preliminary review of transcript (.5); draft email to H. Seife and D. Deutsch re potential approval of releases by Judge Carey (as well as Bennett objection to releases) (1.0). | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    20


| 05/24/10 | D. BAVA | Review and analysis of plan discovery requests (.40); prepare summary chart of plan discovery requests for M. Ashley (1.40). | 1.80 hrs. |

| 05/24/10 | M. ROITMAN | Correspond with K. Mills and J. Boelter (Sidley) re: revisions to Plan and Disclosure Statement (0.2); Correspond with AlixPartners and Moelis re: Sources & Uses in Amended Disclosure Statement (0.2); Review revised Plan/DS (1.1); Correspond with D. Bava re: same (0.1); Draft memo to Committee re: revisions to Plan and DS (3.8); Correspond with R. Gayda re: same (0.2); Review Certification of Counsel re: Disclosure Statement Submissions (0.3); Draft email to internal working group re: same (0.1); | 6.00 hrs. |

| 05/24/10 | M. D. ASHLEY | Reviewed various parties' supplements to Disclosure Statement for certain LBO issues (1.2); emails with D. Deutsch regarding plan confirmation discovery (.1); emails with H. Seife regarding plan confirmation discovery (.1); emails with M. Roitman regarding plan confirmation discovery requests (.2); emails with D. Bava regarding same (.2); reviewed plan confirmation discovery requests and related correspondence (.8). | 2.60 hrs. |

| 05/24/10 | R. J. GAYDA | Research regarding cramdown issues (2.6), 1123 and release issues (2.7); detailed review of transcript (1.2); review of revised DS (including Sources/Uses statement and Cash Flows) (1.8), Plan (.9) and solicitation materials (1.2); meeting w H. Seife re issues w respect to classification of bridge lenders (.4); telephone conversation w D. Deutsch and J. Boelter re comments to Plan (.5); meet w M. Roitman re memorandum on changes to DS and Plan (.4); review email | 12.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   21

|  |  |  |  |
|---|---|---|---|
|  |  | correspondence re revisions to position statements (.5). |  |
| 05/24/10 | H. SEIFE | Review of plan issues (1.4); conference with R.Gayda regarding plan issues (.5); telephone conference with B.Krakauer regarding certain plan issues (.5) review of supplements to disclosure statement (.8); review of revised solicitation order (1.0); review of revised plan (1.4). | 5.60 hrs. |
| 05/24/10 | D. E. DEUTSCH | Review multiple e-mails re: party position submissions (.4); e-mail Tom Loria (Wells Fargo counsel) re: same (.1); review e-mail and materials from Bob Gayda re: plan release changes (.5); review revised Disclosure Statement (1.1); discuss action steps related to same with Howard Seife (.2); review revised submission mark-ups from Debtors' counsel (.4); conference call with Jessica Boelter and Bob Gayda re: Plan/DS/ballot issues (.6); reviewed various revised submissions (.7); review related e-mails (.2); review revised Plan and Disclosure Statement blacklines (.8). | 5.00 hrs. |
| 05/25/10 | D. E. DEUTSCH | Review revised plan documents and Wells Fargo's submission issues (1.4); exchange e-mails with Janet Henderson on same (.2); discuss disparate treatment and other issues with Robert Gayda (.3); review analysis on disparate treatment (1.1); meeting with Howard Seife and Robert Gayda to discuss same (.5); exchange e-mails with counsel to Guild re: objection to Disclosure Statement (.1). | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    22


| 05/25/10 | H. SEIFE | Review of revisions to plan (2.4); review of discovery requests (.6); review of revised disclosure statement (1.2); email Guild regarding objection (.4). | 4.60 hrs. |
| --- | --- | --- | --- |
| 05/25/10 | R. J. GAYDA | Research re death trap provisions and 1123 (2.2); discuss same w H. Seife and D. Deutsch (.5); review blacklines DS and Plan from 4/12 to 5/24 (2.4); review draft memorandum re changes to DS and Plan since 4/29 (1.3); discuss same w M. Roitman (.5); email correspondence w R. Paul re TMIP/KOB issues (.3). | 7.20 hrs. |
| 05/25/10 | M. D. ASHLEY | Emails with Sidley Austin regarding plan confirmation discovery (.2); emails with Davis Polk regarding same (.2); reviewed plan confirmation discovery correspondence (.4). | 0.80 hrs. |
| 05/25/10 | M. ROITMAN | Review revised Plan and Disclosure Statement (0.2); Correspond with D. Bava re: same (0.1); Revise memo to Committee re: revisions to Plan and DS (2.9); Correspond with R. Gayda re: same (0.1) | 3.30 hrs. |
| 05/25/10 | D. BAVA | Prepare amended plan and disclosure statement and related materials for attorneys (2.20). | 2.20 hrs. |
| 05/26/10 | M. ROITMAN | Revise memo to Committee re: revisions to Plan and DS (2.6); Correspond with R. Gayda and D. Deutsch re: same (0.3); Meet with D. Deutsch and R. Gayda re: treatment of Bridge Loan Claims (0.2); Draft email to Committee re: Guild's Objection to DS (0.4) | 3.50 hrs. |
| 05/26/10 | R. J. GAYDA | Review and revise memorandum regarding changes to Plan/DS (1.5); detailed review and summary of Plan/DS regarding changes to Bridge Lender mechanics (2.7); discuss same w M. Roitman and D. Deutsch (.7); review Plan/DS regarding Distributable value | 8.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   23

|  |  |  |  |
|---|---|---|---|
|  |  | (1.3); review transcript re Wells Fargo issues re settlement consideration allocation (1.1); email correspondence w H. Seife and D. Deutsch re same (.6); telephone conversation w J. Boelter re same (.2); review case docket (.2); review Guild objection to DS (.6). |  |
| 05/26/10 | H. SEIFE | Review of revisions to disclosure statement and plan (1.3); review of new blackline of documents (1.2); review of memo regarding changes to disclosure statement (.6). | 3.10 hrs. |
| 05/26/10 | D. E. DEUTSCH | Review revised Plan and Disclosure Statement (1.6); discuss same with Robert Gayda (.2); telephone conversation with Kevin Lantry re: Disclosure Statement issues (.3). | 2.10 hrs. |
| 05/26/10 | D. M. LeMAY | Review latest changes to Plan (.8) and disclosure statement (.6). Review Guild disclosure statement Objection (.6). | 2.00 hrs. |
| 05/27/10 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire re: issues for tomorrow's hearing (.2); e-mail Janet Henderson re: various matters related to tomorrow's hearing (.2); review e-mail comments among Bob Gayda and Sidley lawyers re: revised plan provisions (.3); review revised plan provisions (.2); e-mail Janet Henderson re: Wells Fargo submission status (.1); draft e-mail to Chadbourne Plan team re: status of various objections/matters (.3); review updated Plan/Disclosure Statement (.7); prepare for tomorrow's hearing (.3). | 2.30 hrs. |
| 05/27/10 | H. SEIFE | Review of revisions to disclosure statement and plan (1.2); conference with R.Gayda regarding changes (.4); prepare for hearing on disclosure statement (1.3); review of Wilmington Trust | 3.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   24
```

|            |               | supplemental objection (.4). |            |
|------------|---------------|------------------------------|------------|
| 05/27/10   | R. J. GAYDA   | Meet w H. Seife and D. Deutsch re plan issues (.4); review revised DS re TMIP/KOB and potential compensation issues raised at Committee meeting (1.3); research related to DS (.8); email to K. Mills re same (.3); research re allocation of settlement consideration (1.5); email Alix re same (.4); review committee complaint for certain settlement informatin for DS (1.4). | 6.10 hrs. |
| 05/27/10   | M. ROITMAN    | Revise memo to Committee re: revisions to Plan and DS (1.2); Confer with R. Gayda and D. Deutsch re: same (0.3); Review revised Disclosure Statement and Plan (0.4); Call with R. Gayda re: same (0.1); Draft email to H. Seife and D. Deutsch re: same (0.2). | 2.20 hrs. |
| 05/27/10   | D. BAVA       | Prepare copies of amended plan, disclosure statement and solicitation materials for tomorrow's hearing (1.80). | 1.80 hrs. |
| 05/27/10   | M. D. ASHLEY  | Meeting with H. Seife, D. LeMay, D. Deutsch regarding Disclosure Statement and related proceedings (.6); reviewed memorandum regarding Disclosure Statement revisions (.3); emails with M. Roitman regarding plan confirmation discovery (.2); reviewed filings and correspondence regarding plan confirmation discovery (.4). | 1.50 hrs. |
| 05/27/10   | D. M. LeMAY   | Review provisions regarding $150 million estimate for Allowed General Unsecured Claims against subsidiaries (1.1).  Prepare e-mail to HS re: same (.4). Participate in meeting of C&P team re: open issues (.5). | 2.00 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   25
```

| | | | |
|---|---|---|---|
| 05/28/10 | T. J. MCCORMACK | Attendance by phone at court hearing on disclosure statement and pending matters (0.7); | 0.70 hrs. |
| 05/28/10 | F. VAZQUEZ | Email to/from Roitman re disclosure statement hearing. | 0.10 hrs. |
| 05/28/10 | D. BAVA | Review and research certain docket sheets in cases dealing with similar issues re: objections to plans, disclosure statements and settlements (.90). | 0.90 hrs. |
| 05/28/10 | M. ROITMAN | Review Wells Fargo Supplemental Objection to DS (0.7); Draft email to H. Seife, D. Deutsch re: same (0.2); Telephonic appearance at Bankruptcy Court hearing (1.7); Draft revised Committee Plan Support Letter (0.9); Correspond with R. Gayda and D. Deutsch re: same (0.3); Correspond with R. Gayda and Moelis team re: settlement consideration allocation (0.2); Draft summary of today's hearing and email to Committee re: same (1.7); Correspond with H. Seife and D. Deutsch re: same (0.3); Review of objections to confirmation in similar large cases (1.1); Call with D. Deutsch re: same (0.2). | 7.30 hrs. |
| 05/28/10 | R. J. GAYDA | Review Wells Fargo supplemental objection (.8); discuss same w M. Roitman (.3); prepare for (1.0) and participate telephonically on hearing (1.6); review and revise Committee Plan Support Letter as per Court's request (1.4); discuss same w D. Deutsch and M. Roitman (.4). | 5.50 hrs. |
| 05/28/10 | B. BETHEIL | Review summary of changes to disclosure statement and plan of reorganization | 0.30 hrs. |
| 05/28/10 | H. SEIFE | Prepare for hearing on disclosure statement (1.4); hearing before Judge Carey on disclosure statement (1.7); review report to Committee (.4). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    26

| | | | |
|---|---|---|---|
| 05/28/10 | D. E. DEUTSCH | Prepare for hearing on Disclosure Statement and solicitation motion (2.3); review new Disclosure Statement -related court filings (.4); participate in related hearing (1.7) and meetings (1.1) while at court; discuss hearing matters with Howard Seife (.2); review and edit draft memorandum to Committee on same (.7); discuss various Disclosure Statement-related action items with Marc Roitman (.2). | 6.60 hrs. |
| 05/30/10 | H. SEIFE | Review of revised Disclosure Statement and Plan. | 1.10 hrs. |
| 05/31/10 | D. E. DEUTSCH | Review multiple changes to Plan and Disclosure Statement (1.6); e-mail Marc Roitman re: follow-up request on Committee posting on Friday's Disclosure Statement hearing (.2); review revised Committee draft Plan support letter and edit same (1.1). | 2.90 hrs. |
| 05/31/10 | R. J. GAYDA | Review revised Disclosure Statement (1.6) and Plan (1.1). | 2.70 hrs. |
| 05/31/10 | M. ROITMAN | Revise Committee Plan Support Letter (0.6); Correspond with D. Deutsch re: same (0.1); Draft email to Committee re: same (0.2) | 0.90 hrs. |
| 05/31/10 | H. SEIFE | Review of revisions to plan and disclosure statement. | 1.70 hrs. |

**Total Fees for Professional Services.............  $321,223.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    27
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 11.40 | 9747.00 |
| H. SEIFE | 965.00 | 86.30 | 83279.50 |
| N. T. ZINK | 795.00 | 2.10 | 1669.50 |
| T. J. MCCORMACK | 825.00 | 11.80 | 9735.00 |
| M. D. ASHLEY | 645.00 | 22.10 | 14254.50 |
| D. E. DEUTSCH | 695.00 | 86.50 | 60117.50 |
| F. VAZQUEZ | 625.00 | 14.90 | 9312.50 |
| D. BAVA | 270.00 | 16.30 | 4401.00 |
| R. J. GAYDA | 595.00 | 135.60 | 80682.00 |
| R. M. KIRBY | 475.00 | .90 | 427.50 |
| B. BETHEIL | 405.00 | .30 | 121.50 |
| M. ROITMAN | 355.00 | 72.70 | 25808.50 |
| Y. YOO | 405.00 | 53.50 | 21667.50 |
| TOTALS | | 514.40 | 321223.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through May 31, 2010

Our Matter #19804.012
          EXECUTORY CONTRACTS


| 05/03/10 | M. ROITMAN | Review Debtors' Motion to Reject Master Agreement with Dun & Bradstreet, Inc. (0.6) | 0.60 hrs. |
|---|---|---|---|
| 05/05/10 | M. ROITMAN | Draft memo re: Debtors' Motion to Reject Master Agreement with Dun & Bradstreet, Inc. (1.3) | 1.30 hrs. |
| 05/06/10 | M. ROITMAN | Revise memo re: Debtors' Motion to Reject Master Agreement with Dun & Bradstreet, Inc. (1.7) | 1.70 hrs. |
| 05/10/10 | M. ROITMAN | Revise memo re: Debtors' Motion to Reject Master Agreement with Dun & Bradstreet, Inc. (1.1); Correspond with B. Hall (AlixPartners) re: same (0.1); Draft email to Committee re: same (0.1) | 1.30 hrs. |


          Total Fees for Professional Services..............    $1,739.50


                         TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| M. ROITMAN | | 355.00 | 4.90 | 1739.50 |
| | TOTALS | | 4.90 | 1739.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1
```

                                    For Services Through May 31, 2010

Our Matter #19804.014
          EMPLOYEE ISSUES


| 05/05/10 | R. KURTH | Followed up with C.Kline at Sidley Austin on employment issue. | 0.10 hrs. |
|---|---|---|---|
| 05/13/10 | D. E. DEUTSCH | Review e-mail inquiry from Guild counsel re: TMIP/KOP (.2); research same (.2); follow-up call with Kevin Lantry re: same (.2). | 0.60 hrs. |
| 05/14/10 | D. E. DEUTSCH | Review revised TMPI/KOB analysis from Debtors (.3); related call with Alan Holtz (.2); e-mails David Gallai on same (.1). | 0.60 hrs. |
| 05/14/10 | R. KURTH | Review of Mercer presentation on incentive compensation and comparison to prior proposal | 2.30 hrs. |
| 05/18/10 | R. KURTH | Review of Mercer presentation on TMIP and KOB (0.9); met with D. Gallai to discuss review of Mercer presentation (0.3) | 1.20 hrs. |
| 05/18/10 | D. GALLAI | Confs. w/ R. Kurth re incentive compensation proposals (.6). Reviewed proposals and changes thereto (1.2). | 1.80 hrs. |
| 05/19/10 | M. ROITMAN | Correspond with D. LeMay, D. Deutsch, A. Leung and B. Hall re: severance of LA Times employees (0.3) | 0.30 hrs. |
| 05/26/10 | R. KURTH | Review of draft motion to implement 2010 Management Incentive Plan (1.9) and draft summary analysis of proposed 2010 MIP as compared to prior MIPs (0.7) | 2.60 hrs. |
| 05/26/10 | D. GALLAI | Reviewed MIP motion (1.0). Reviewed R. Kurth's summary of same (0.3). Correspondence w/ D. Deutsch re same (0.1). | 1.40 hrs. |
| 05/26/10 | D. E. DEUTSCH | Exchange e-mails and calls with JPMorgan's counsel (Damian Schaible) re: 2010 MIP (.2); preliminary review of draft motion related to same (.2); e-mail David Gallai on same (.2). | 0.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    2
```

| 05/27/10 | D. E. DEUTSCH | Discuss 2010 MIP with Damian Schaible (JPMorgan counsel) (.2); e-mail Alan Holtz re: required follow-up on same (.1). | 0.30 hrs. |
| 05/28/10 | M. ROITMAN | Correspond with A. Leung re: confidentiality of 2010 Mercer MIP Slides (0.2). | 0.20 hrs. |
| 05/28/10 | H. SEIFE | Review of new Mercer report on compensation. | 0.40 hrs. |
| 05/31/10 | D. E. DEUTSCH | E-mail David Bava re: obtaining materials on 2010 MIP for David Gallai (.2). | 0.20 hrs. |

**Total Fees for Professional Services.............  $6,753.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | .40 | 386.00 |
| D. E. DEUTSCH | 695.00 | 2.30 | 1598.50 |
| D. GALLAI | 650.00 | 3.20 | 2080.00 |
| M. ROITMAN | 355.00 | .50 | 177.50 |
| R. KURTH | 405.00 | 6.20 | 2511.00 |
| TOTALS | | 12.60 | 6753.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through May 31, 2010

Our Matter #19804.017
         GENERAL LITIGATION


| | | | |
|---|---|---|---|
| 05/01/10 | H. SEIFE | Conference call with Lee Bogdanoff, counsel for Examiner (.6); preparation of response to Examiner (1.8); preparation of response to LBO email request (.8). | 3.20 hrs. |
| 05/01/10 | E. DAUCHER | Review and edit chronology of committee activity re: LBO and Wilmington Trust in connection with submission to Examiner. | 3.40 hrs. |
| 05/01/10 | N. T. ZINK | Review and revise submissions to Examiner re Wilmington Trust and creditor trust issues (3.7). | 3.70 hrs. |
| 05/01/10 | T. J. MCCORMACK | Review e-mails from Examiner on upcoming meetings, tasks and schedule. | 0.30 hrs. |
| 05/02/10 | T. J. MCCORMACK | E-mails with ZS on submission schedule, Examiner issues and related tasks (0.2). | 0.20 hrs. |
| 05/02/10 | F. VAZQUEZ | Email to/from Zink re submission to examiner | 0.10 hrs. |
| 05/02/10 | M. ROITMAN | Correspond with T. Zink re: depository order (0.2) | 0.20 hrs. |
| 05/02/10 | M. D. ASHLEY | Reviewed production materials and discovery correspondence relevant to potential examiner submissions. | 1.60 hrs. |
| 05/02/10 | N. T. ZINK | Review and revise submissions to Examiner re Wilmington Trust and claims against shareholders. | 2.30 hrs. |
| 05/02/10 | H. SEIFE | Preparation for meeting with Examiner (2.4); review of Barash email (.3). | 2.70 hrs. |
| 05/03/10 | D. BAVA | Prepare and organize selected materials from Intralinks for submission to Examiner. | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2


| | | | |
|---|---|---|---|
| 05/03/10 | N. T. ZINK | Further review and revision of draft submissions to the Examiner (.7); conference with F. Vazquez re draft submission re third-party claims against Tribune's largest shareholders (.3); review examiner appointment (.2); review email from counsel for Examiner re "meet and confer" scheduling (.2); meeting with H. Seife, M. Ashley, T. McCormack, D. Deutsch and D. LeMay in preparation for May 4 meeting with the Examiner (.8). | 2.20 hrs. |
| 05/03/10 | M. D. ASHLEY | Reviewed pleadings and background materials related to Examiner appointment (1.2); reviewed discovery correspondence in preparation for Examiner meeting (1.7); reviewed factual and legal materials related to third-party claims (3.2); reviewed research relating to privilege issues (1.0); meeting with H. Seife, T. McCormack, D. LeMay, D. Deutsch, T. Zink regarding Examiner meeting (1.2); call with H. Seife, T. McCormack, Zuckerman regarding Examiner meeting (.9); meeting with C&P team regarding same (.4); emails with A. Nellos regarding discovery efforts (.3); emails with R. Kirby regarding privilege issues (.3); emails with Sidley regarding Examiner meeting (.2); emails with H. Seife regarding same (.1); emails with F. Vazquez regarding same (.1). | 10.60 hrs. |
| 05/03/10 | H. SEIFE | Meeting with C&P team in preparation for meeting with Examiner (.9); meeting with Examiner (1.1); preparation for (.8) and breakout session with Examiner (1.5); review of Examiner materials (1.4). | 5.70 hrs. |
| 05/03/10 | D. E. DEUTSCH | Exchange e-mails with Howard Seife re: next steps with Examiner (.2); exchange e-mails with Eric Daucher re: preparing certain materials for Examiner (.2); participate in | 4.50 hrs. |

|          |              |                                                                                                                                                                                                                                                                                                                                                           |           |
|----------|--------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          |              | team meeting re: Examiner next steps (1.0); review and edit revised chronological draft of materials for Examiner report (2.6); meetings with Marc Roitman to discuss additional analysis for Examiner (.3); discuss Examiner materials with Howard Seife (.2).                                                                                               |           |
| 05/03/10 | A. K. NELLOS | Update discovery memorandum and related exhibits for submission to Examiner.                                                                                                                                                                                                                                                                               | 8.30 hrs. |
| 05/03/10 | M. ROITMAN   | Draft email to the Committee re: appointment of the Examiner (0.5); Meeting with T. Zink and F. Vazquez re: Wilmington Trust issues and Examiner (0.2); Revise Wilmington Trust issues memo (1.6); Correspond with D. Deutsch and D. Bava re: materials for Examiner on chronology of Committee's LBO investigation (1.9); Correspond with A. Nellos re: discovery update for Examiner (0.4). | 4.60 hrs. |
| 05/03/10 | M. ROITMAN   | Review Neil Adversary Docket and revise adversary summary (0.6)                                                                                                                                                                                                                                                                                            | 0.60 hrs. |
| 05/03/10 | F. VAZQUEZ   | Meeting w/ Examiner team re submissions to examiner and tomorrow's meetings (1.0); conf w/Zink re next steps on submission to examiner (.7); conf w/Zink and Roitman re submissions to Examiner on Wilmington Trust issues (.3); review and revise submission (1.8); conf w/Roitman re revision to Wilmington Trust submission (.2); review and revise submision re shareholders (1.2); email re Citibank production; (.1); email to/from Ashley re timing of submission (.2). | 5.50 hrs. |
| 05/03/10 | E. DAUCHER   | Revise chronology of Committee activity re: LBO and Wilmington Trust for submission to Examiner.                                                                                                                                                                                                                                                            | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| | | | |
|---|---|---|---|
| 05/03/10 | D. M. LeMAY | Attend meeting to prepare for tomorrow's Examiner Meeting. | 0.90 hrs. |
| 05/03/10 | T. J. MCCORMACK | Review Examiner communication to all parties re: 5/4 "all-hands" meeting (0.3) and emails with team re: same (0.2); meeting with H.Seife, D.LeMay, T.Zink and M.Ashley regarding meeting with Examiner (1.2); individual meeting with Committee counsel re meeting with Examiner (0.6); review/outline of issues for 5/4 meeting with Examiner (6.8); analysis of privilege issues in providing materials to Examiner (1.2). | 10.30 hrs. |
| 05/04/10 | T. J. MCCORMACK | Prep for (.8) and attend "all-hands" meeting with Examiner at Sidley (1.7); follow-up meeting with Examiner on all issues (1.5); confer with M. Ashley re all aspects of fact/law presentation for longer submission to Examiner (1.2); confer with Committee professionals on Examiner submission and related issues (1.8). | 7.00 hrs. |
| 05/04/10 | E. DAUCHER | Draft insert for memo re: certain actions being taken by Wilmington Trust. | 3.40 hrs. |
| 05/04/10 | M. IACOPELLI | Per Examiner's request, prepare materials in certain format and order (4.3); prepare chart listing source documents used in complaint. (2.5). | 6.80 hrs. |
| 05/04/10 | M. ROITMAN | Correspond with A. Nellos and D. Bava re: discovery update for Examiner (0.3); Correspond with A. Nellos re: documents used in third party complaint (0.2); Meet with F. Vazquez re: Wilmington Trust issues memo (0.3); Revise Wilmington Trust issues memo (2.3) | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5


| 05/04/10 | R. M. KIRBY | Drafting proposed order supplementing April 20, 2010 Order Directing Appointment of Examiner. | 2.90 hrs. |

| 05/04/10 | R. M. KIRBY | Meeting w/M Ashley re production of documents for the Examiner. | 0.60 hrs. |

| 05/04/10 | F. VAZQUEZ | Email to/from Zink re next steps and timetables (.8); email to/from Roitman re submissions to Examiner (.2); email to/from Ashley re submissions to Examiner (.1); conf w/Nellos re submissions to Examiner (.2); review chronology of property of estate (.2). | 1.50 hrs. |

| 05/04/10 | F. VAZQUEZ | Conf w/Deutsch re chronology and submissions to Examiner (.4); conf w/Daucher re chronology (.2); conf w/Daucher re automatic stay issues re Wilmington Trust (.3); conf w/Roitman re Wilmington Trust submission (.7); conf w/Seife re submissions to Examiner and documents to be transmitted (.7); review and revise submission re Wilmington Trust (1.7); conf w/Ashley re form of submissions to Examiner and outline (.3); conf w/Daucher re property of estate and fraudulent conveyance claims (.4); review and revise submission re shareholder claims (2.8); conf w/Zink re necessary steps to complete submissions to Examiner (.2). | 7.70 hrs. |

| 05/04/10 | A. K. NELLOS | Finalize updates to discovery memo and related materials in preparation for meeting with Examiner (1.2); Review correspondence from J. Peltz relating to depository materials (.2); meeting with M. Ashley and R. Kirby relating to materials for examiner (.6); conference with L. Moloney regarding recent document production and request by examiner for linked briefs and exhibits (1.2); Review/organize materials related to examiner, both for initial submission and related to | 8.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    6


                          third-party claims (5.2); Speak
                          with F. Vazquez regarding same.
                          (.4).

05/04/10    D. E. DEUTSCH    Discuss action items for Examiner      2.70 hrs.
                             tasks with Frank Vazquez (.3);
                             review materials for Examiner
                             summary (2.1); e-mails with Ted
                             Zink (.2) and Marc Ashley re:
                             Examiner related issues (.1).

05/04/10    D. M. LeMAY      Pre meeting of Committee advisors     3.50 hrs.
                             (1.0). Participate in all parties
                             meeting w/Examiner (.7) and follow
                             up Committee meeting w/Examiner
                             (1.3). Follow up meeting w/H.
                             Seife and D. Deutsch to review
                             action list (.5).

05/04/10    H. SEIFE         Meet and confer with Examiner at      6.30 hrs.
                             Sidley (1.4) break-out meeting
                             with Examiner (1.7); meeting with
                             ZS regarding work plan (1.3);
                             meetings with Committee
                             professionals regarding
                             submissions to Examiner (1.9).

05/04/10    M. D. ASHLEY     Pre-meeting with other Committee     10.70 hrs.
                             professionals regarding Examiner
                             meeting (.7); parties'
                             meet-and-confer with Examiner
                             (1.2); Committee counsel meeting
                             with Examiner (1.4); meetings with
                             other Committee professionals
                             regarding Examiner submissions
                             (2.0); reviewed production and
                             legal materials relating to
                             Examiner submissions (1.6);
                             conference with T.McCormack re
                             Examiner submission (1.2); calls
                             with F. Vazquez regarding Examiner
                             submissions (.3); meeting with A.
                             Nellos, R. Kirby regarding
                             preparing Examiner submissions
                             (.7); reviewed draft submission
                             regarding Wilmington Trust issues
                             (.6); reviewed draft court order
                             regarding privilege issues (.4);
                             emails with R. Kirby regarding
                             privilege issues (.2); emails with
                             A. Nellos regarding Examiner
                             submissions (.3); emails with D.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


                              Deutsch regarding Examiner
                              meetings (.1).

05/04/10   D. BAVA            Prepare additional selected            2.20 hrs.
                              materials from Intralinks for
                              submission to Examiner.

05/05/10   D. BAVA            Prepare materals requested by the      1.20 hrs.
                              Examiner for F. Vazquez (1.20).

05/05/10   R. A. SCHWINGER    E-mails with A. Nellos re             0.40 hrs.
                              preparing information on discovery
                              to forward to Examiner.

05/05/10   M. D. ASHLEY       Reviewed legal materials relating    10.60 hrs.
                              to privilege issues (1.2); drafted
                              and revised privilege court order
                              (1.8); emails with R. Kirby
                              regarding same (.3); emails with
                              F. Vazquez regarding Examiner
                              submissions (.3); reviewed factual
                              and legal materials relating to
                              Examiner submissions (2.4); call
                              with A. Goldfarb regarding
                              Examiner submissions (.2); calls
                              with T. McCormack regarding
                              privilege order and other issues
                              re Examiner submission (1.2);
                              calls with F. Vazquez regarding
                              Examiner correspondence (.2); call
                              with A. Nellos regarding discovery
                              efforts (.1); reviewed discovery
                              memoranda (1.2); calls with Davis
                              Polk regarding privilege issues
                              (.4); call with J. Sottile
                              regarding privilege order (.3);
                              emails with A. Nellos regarding
                              discovery summary (.5); emails
                              with parties' counsel regarding
                              privilege order (.5).

05/05/10   H. SEIFE           Review of draft order on privilege    2.40 hrs.
                              and waiver (.8); review of
                              proposed revisions (.7); review
                              emails regarding proposed order
                              (.5); review of revised order (.4).

05/05/10   D. E. DEUTSCH      Review weekly adversary reports        0.20 hrs.
                              (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    8

| 05/05/10 | A. K. NELLOS | Draft memorandum (2.3) and modify exhibits regarding discovery for Examiner (1.9); Review/prepare materials to send to examiner (3.7). | 7.90 hrs. |
| 05/05/10 | A. K. NELLOS | Review third-party complaint and begin to compile related materials for submission to Examiner. | 2.30 hrs. |
| 05/05/10 | F. VAZQUEZ | Email to/from Nellos re letter to be submitted to examiner (.1);conf w/Daucher re automatic stay issues (.3); conf/with Daucher re letter re submissions (1.4); email to Seife, Zink and McCormick re transmittal to examiner (.1); email to/from Nellos and Ashley re examiner cover letter (.2);review email re outlines of submissions (.1); email to/from Ashley re timing on Examiner submission (.2); email to/from Barash re timing of submission (.1);review prior submission to Wilmington Trust (.4); review proposed form of order re discovery (.2); review orders re examiner issued by the court (.2); email to/from Ashley re submission and motions to be sent today (.2); review hearing transcripts re Examiner motion (1.7);email to/from Nellos re discovery production(.2). | 5.40 hrs. |
| 05/05/10 | F. VAZQUEZ | Conf w/Seife re submission issues (.3); conf w/Zink re submissions to Examiner, recent developments and automatic stay issues (1.2); review and revise submission re shareholder claims (.4); confs w/Nellos re discovery requests and submissions thereof to examiner (.7); conf w/Ashley re order re privilege issues (.2); conf w/Barash re documents for examiner (.1); review and revise Wilmington Trust related submission (1.2); conf w/Zink re documents to be transmitted to examiner and outlines (.3). | 4.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    9
```

| | | | | |
|---|---|---|---|---|
| 05/05/10 | F. VAZQUEZ | Review Alix presentation to Lender for submission to Examiner. | 0.30 | hrs. |
| 05/05/10 | R. M. KIRBY | Researching bankruptcy court orders re: privilege and disclosure to examiners, as per M. Ashley. | 1.80 | hrs. |
| 05/05/10 | M. ROITMAN | Revise Wilmington Trust issues memo (1.2). | 1.20 | hrs. |
| 05/05/10 | E. DAUCHER | Research for (4.6), draft (1.3); and edit (0.4) insert re: memorandum on certain actions taken by Wilmington Trust. | 6.30 | hrs. |
| 05/05/10 | A. HANESSIAN | Review and prepare materials from Intralinks for submission to Examiner. | 2.40 | hrs. |
| 05/05/10 | T. J. MCCORMACK | Analysis of privilege issues in Examiner submissions and review case law re: same (2.2); review drafts of orders concerning Examiner report, submissions, privilege and related issues (1.8); confer M. Ashley re: issues on Examiner report, submissions, privilege issues, draft orders, negotiations with other parties and upcoming tasks (1.3); review issues for outline of issues for Examiner (1.2); t/c with ZS on order terms, privilege and schedule (0.8); review submissions to Examiner (0.5). | 7.80 | hrs. |
| 05/05/10 | N. T. ZINK | Review reports to committee in preparation for drafting submissions to the Examiner (1.0); begin outlining submission to Examiner on creditor trust issue (1.2). | 2.20 | hrs. |
| 05/06/10 | N. T. ZINK | Review and revise outline of submission to examiner (3.2); review and revise draft submission to examiner re Wilmington Trust issues (.8); conference with F. Vazquez re outline and submissions (.4). | 4.40 | hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    10
```

| 05/06/10 | L. F. MOLONEY | Prepared media with documents for the Examiner (.9) and review contents for accuracy in accordance with Examiner instructions (.5). | 1.40 hrs. |
|---|---|---|---|
| 05/06/10 | T. J. MCCORMACK | Analyze issues regarding privilege order for Examiner submissions (1.9); edit/revise proposed order on submissions to Examiner (1.1) and conferences with M.Ashley, T.Zink and F.Vazquez re same (0.8); review Wilmington Trust discovery requests (0.6); analysis of potential discovery to serve in light of upcoming confirmation hearing (0.7); review/comment on outline of Examiner submission on D&O and related claims (0.8). | 5.90 hrs. |
| 05/06/10 | M. ROITMAN | Correspond with T. Zink and F. Vazquez re: Letter to Examiner and Memo on Wilmington Trust Issues (0.4); Review and revise Letter to Examiner (0.6) | 1.00 hrs. |
| 05/06/10 | R. M. KIRBY | Reviewing legal research regarding 3rd party claims in preparation for reporting to Examiner. | 5.10 hrs. |
| 05/06/10 | A. K. NELLOS | Continue to review Complaint and documents cited therein related to submission brief to Examiner. | 5.20 hrs. |
| 05/06/10 | A. K. NELLOS | Continue to review and prepare materials to send to the examiner (2.4); conference with F.Vazquez regarding same (.6); conferences with L. Moloney regarding same (.7). | 3.70 hrs. |
| 05/06/10 | F. VAZQUEZ | Draft outline re Wilmington Trust submission issue (1.3); conf w/zink re automatic stay issues (.3); review and revise automatic stay insert (.3); review and revise letter to Barash re documents to be delivered to Examiner (1.4); conf w/Seife re documents to be delivered to Examiner (.2); confs w/Nellos re documents to be delivered to | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   11

|            |            | examiner (.6); conf w/Zink re outline of Wilmington Trust sumission (.3); conf w/Zink re outline of shareholder claims submission (.2); conf w/Zink and Ashley re form of submissions and outlines (.3); conf w/Daucher re automatic stay (.2); review 2/18, 4/13 and 4/19 hearing transcripts to follow up on Examiner issue (.8); review and revise outline of Wilmington Trust submission (.5); conf w/Ashley re submissions and outlines (.3). |            |
|------------|------------|---|------------|
| 05/06/10   | F. VAZQUEZ | Email to/from Sottile re submission to Examiner (.2); email to/from Zink re aiding and abetting (.1); review disk of items being submitted to Examiner (.3); conf w/Nellos re solvency analysis (.2); review memorandum summarizing discovery status (.5); email to/from Nellos and Ashley re discovery charts (.1); email to/from Roitman re consents (.2); revise description of transcripts and charts (.2); email to/from Roitman re transcript descriptions (.2); email to/from Ashley re timing of outlines (.1). | 2.10 hrs. |
| 05/06/10   | H. SEIFE   | Review of materials and cover letter to Examiner (.8); conference with F.Vazquez regarding same (.3); emails with L.Bogdanoff regarding proposed order (.4); review of comments to proposed privilege order (1.1). | 2.60 hrs. |
| 05/06/10   | M. D. ASHLEY | Reviewed factual and legal research materials relating to Examiner submissions (4.3); drafted third-party claim brief for Examiner (2.2); meeting with T. McCormack regarding privilege issues and Examiner submissions (.3); call with T. Zink regarding Examiner submissions (.1); call with T. McCormack regarding Examiner submissions (.2); reviewed draft discovery | 10.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    12

|            |                 | scheduling order (.4); reviewed and revised draft discovery summary (.5); emails with A. Nellos regarding discovery memo and Examiner submissions (.6); reviewed draft Examiner correspondence (.2); emails with F. Vazquez regarding Examiner submissions (.3); reviewed and revised draft privilege order (.8); emails with parties' counsel regarding privilege order (.4); emails with T. Zink regarding discovery issues (.3) |            |
|------------|-----------------|---|------------|
| 05/06/10   | R. A. SCHWINGER | Revise materials for Examiner (.6), and TCs with A. Nellos re same (.2). | 0.80 hrs. |
| 05/06/10   | D. BAVA         | Review and analysis of Intralinks documents and (60) prepare related chart re: summary of materials forwarded to Examiner (.30). | 0.90 hrs. |
| 05/07/10   | M. D. ASHLEY    | Meeting with T. McCormack regarding Examiner submissions (.5); drafted third-party claims brief and outline (1.8); conference with ZS, T.McCormack, T.Zink and F.Vazquez re: discovery issues (1.1); emails with H. Seife regarding Examiner meetings (.2); emails with A. Nellos regarding Examiner submissions (.4); emails with A. Goldfarb regarding Examiner submissions (.3); emails with parties' and Examiner's counsel regarding draft privilege order (.5); reviewed revised drafts of privilege order (.5); reviewed court hearing transcripts regarding scope of Examination (.9); emails with T. McCormack regarding draft privilege order (.3); emails with Zuckerman regarding same (.2); reviewed draft Examiner submission outlines (.9). | 7.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   13

| 05/07/10 | N. T. ZINK | Prepare draft of submission to examiner re Wilmington Trust issues (2.2); review and revise submission re claims against selling shareholders (.8). | 3.00 hrs. |
|---|---|---|---|
| 05/07/10 | H. SEIFE | Work on order regarding privilege and confidentiality (.7); review of examiner work plan (1.4). | 2.10 hrs. |
| 05/07/10 | F. VAZQUEZ | Review and revise shareholder claims outline (1.4); conf w/Zink re shareholder claims (.1); review discovery outline (.3); conf w/Zink re discovery outline (.2); conf w/Zink and Ashley, McCormack and Zuckerman re discovery issues (1.1); review Ashley outline re 3rd party complaint (.3); conf w/Zink re submissions to Examiner and discovery issues (.8); review Wilmington Trust outline (.4); review discovery issues in similar large cases (.4); review releases in plan (.4); conf w/Zink re releases (.2); email to/from Zink re Wilmington Trust discovery (.1); email to/from Ashley re outlines (.1); email to/from Roitman re examiner work plans (.1). | 5.90 hrs. |
| 05/07/10 | D. E. DEUTSCH | Exchange e-mails with Marc Ashley and Adam Landis re: Monday's hearing matters (.3). | 0.30 hrs. |
| 05/07/10 | A. K. NELLOS | Continue review and analysis of Complaint and documents cited therein for Examiner brief. | 10.60 hrs. |
| 05/07/10 | M. ROITMAN | Review Neil Adversary Docket and revise adversary summary (0.6) | 0.60 hrs. |
| 05/07/10 | M. ROITMAN | Review Notice of Adjournment re: JPM Sanctions Motion (0.1); Draft email to Committee re: Examiner Work and Expense Plan (0.4) | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14


| 05/07/10 | M. IACOPELLI | Continue to research source documents used in complaint in preparation for submission to Examiner (3.2); prepare requested chart listing source documents used in complaint (3.7). | 6.90 hrs. |

| 05/07/10 | T. J. MCCORMACK | Meeting with M. Ashley re Examiner report, outline, priv. issues, and related matters (0.6); analysis of issues for advisor meeting with Examiner, priv. questions, options and coordination with Zuckerman (1.7); continued analysis/negotiation of Examiner order, including priv. issues, coordination with other counsel and timing (1.4); review/analyze cases on confirmation hearings/legal and factual issues (1.4); analysis of schedule for confirmation hearing (0.9); review/comment on outline of Examiner D&O report (0.4). | 6.40 hrs. |

| 05/08/10 | T. J. MCCORMACK | Review Examiner filing on all issues of upcoming process, schedule and tasks (0.7); e-mails with M.Ashley re: same (0.2). | 0.90 hrs. |

| 05/08/10 | A. K. NELLOS | Continue to review Complaint and documents cited therein in preparation for submission brief to Examiner. | 7.00 hrs. |

| 05/08/10 | H. SEIFE | Review of Examiner work plan (1.2); review of outlines for Examiner presentation (1.4). | 2.60 hrs. |

| 05/08/10 | F. VAZQUEZ | Review Zuckerman outline re submissions (.8); email to/from Sottile re Examiner submission (.1). | 0.90 hrs. |

| 05/09/10 | N. T. ZINK | Review examiner's proposed workplan (1.0); participate on conference call with Zuckerman and Chadbourne Examiner team re workplan, privilege and confidentiality issues (.8). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   15


05/09/10   M. ROITMAN       Correspond with A. Goldfarb (ZS),        0.30 hrs.
                            M. Ashley re: Preliminary and
                            Interim Reports (0.3)

05/09/10   D. E. DEUTSCH    Review court filing and other            2.50 hrs.
                            materials related to Examiner to
                            prepare for tomorrow's hearing
                            (1.7); participate in related call
                            with Chadbourne and Zuckerman
                            teams (.8).

05/09/10   A. K. NELLOS     Continue review and analysis of          1.40 hrs.
                            Complaint and documents cited
                            therein for Examiner brief.

05/09/10   H. SEIFE         Conference call with ZS to review        2.20 hrs.
                            draft order and prepare for
                            hearing (.9); preparation for
                            hearing (1.3).

05/09/10   M. D. ASHLEY     Conference call with H. Seife, T.        2.90 hrs.
                            McCormack, Zuckerman regarding
                            Examiner submissions (.8);
                            reviewed production and research
                            materials relating to Examiner
                            submissions (1.2); reviewed draft
                            privilege court order and related
                            correspondence (.6); reviewed
                            draft outline regarding fraudulent
                            transfer claims (.3).

05/09/10   T. J. MCCORMACK  Prep for (0.9) and conference call       1.80 hrs.
                            with team re: 5/10 hearing,
                            workplan, schedule, privilege
                            issues (0.9)..

05/10/10   T. J. MCCORMACK  Analysis and evaluation of all           7.80 hrs.
                            issues regarding Examiner, issues
                            to be addressed, order on
                            privilege, schedule and related
                            issues (2.1); review/analyze
                            issues for Examiner's
                            presentation, including issues of
                            standing, affirmative defenses,
                            privilege concerns (2.2) and
                            conferences with Zuckerman re same
                            (0.6); confs. with M. Ashley on
                            same (0.8); review and analysis of
                            Examiner letter on all issues to
                            be addressed in submissions (1.2);
                            receipt and review proposed order
                            from Examiner as follow-up to

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   16

|  |  |  |  |
|---|---|---|---|
|  |  | hearing (0.4); review materials being sent to Examiner (0.5). |  |
| 05/10/10 | M. D. ASHLEY | Reviewed court transcripts, court orders and other materials in preparation for court hearing regarding Examiner appointment (3.7); attendance at court hearing regarding Examiner appointment (2.1); meeting with A. Nellos regarding Examiner submissions (.4); call with T. McCormack, J. Sottile regarding supplemental privilege court order (.5); call with parties and Examiner's counsel regarding privilege order (.4); reviewed document production and research materials relating to Examiner submissions (2.0); emails with A. Nellos regarding Examiner submissions (.3); emails with T. McCormack regarding same (.2); reviewed Examiner correspondence (.4); drafted Examiner submission (1.2). | 11.20 hrs. |
| 05/10/10 | M. IACOPELLI | Research source documents used in complaint for submission to Examiner (3.2); prepare documents with specific index pursuant to Examiner specifications (8.6). | 11.80 hrs. |
| 05/10/10 | A. K. NELLOS | Continue to review and analyze Complaint and documents cited therein for Examiner brief (9.6); speak with M. Ashley regarding same (.4). | 10.00 hrs. |
| 05/10/10 | D. E. DEUTSCH | Review pleadings to prepare for hearing on appointment of Examiner (1.4); participate in pre-meetings (.7) participate in hearing (2.0); review weekly adversary pleading reports (.2); e-mail Marc Roitman re: required follow-up on same (.1); review related orders (.2) and discuss same with Marc Ashley (.2). | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   17


05/10/10   F. VAZQUEZ          Conf w/Zink re Wilmington Trust          5.10 hrs.
                               and examiner workplan (.5); conf
                               w/Roitman re Wilmington Trust
                               complaint (.2); conf w/Schwinger
                               re settlement (.1); conf w/Roitman
                               re settlement term sheet and
                               today's hearing (.3); review
                               settlement term sheet (.2); review
                               Examiner's letter re questions to
                               be addressed (.6); review
                               Wilmington Trust complaint and
                               related analysis (2.1); review
                               outline of subsidiary only plan
                               issues (.3); conf w/Zink re
                               Examiner's questions and next
                               steps (.7); email to/from Zink re
                               additional automatic stay research
                               (.1).

05/10/10   M. ROITMAN          Review Wilmington Trust's original       3.80 hrs.
                               and amended complaints (0.8);
                               Draft chart re: changes made in
                               the amended complaint (2.3); Meet
                               with F. Vazquez re: same (0.2);
                               Review Examiner's May 10, 2010
                               letter (0.4); Correspond with F.
                               Vazquez re: Settlement Term Sheet
                               (0.1).

05/10/10   K. ZAFRAN           Review certain documents related        1.60 hrs.
                               to third party complaint for
                               Examiner submission.

05/10/10   D. BAVA            Correspondence with M. Iacopelli,        0.60 hrs.
                               litigation group, re: presentation
                               decks (.20); review files re:
                               Centerbridge presentation (.40) in
                               preparation for submission to
                               Examiner.

05/10/10   H. SEIFE           Preparation for hearing on              8.70 hrs.
                               examiner scope and work plan
                               (3.7); attend hearing in
                               Wilmington (2.2); review of
                               outlines in preparation for
                               Examiner submission (1.7); review
                               of letter request from Examiner
                               (1.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    18

| 05/11/10 | H. SEIFE | Review of Klee (Examiner) letter regarding submissions (1.1); review of proposed order (.4); review of May 10 transcript (.4); preparation of submission to examiner (1.2). | 3.10 hrs. |
|----------|----------|---|-----------|
| 05/11/10 | N. T. ZINK | Conference with T. McCormack and M. Ashley re preparation of submissions to Examiner (.8); review Examiner's letter re submissions (1.4); conferences with F.Vazquez regarding Examiner submission (1.7) and begin drafting submissions to the Examiner (2.1); review Wilmington Trust issues and associated timeline of events (.8); | 6.80 hrs. |
| 05/11/10 | R. A. SCHWINGER | Meeting with T. McCormack re tactical issues re dealings with Examiner (0.8). | 0.80 hrs. |
| 05/11/10 | F. VAZQUEZ | Conf w/Zink re next steps and examiner subnmission (.7); review outlines re submissions (2.0); review letter from Examiner re questions to be addressed (.4); conf w/Zink re possible responses to Examiner's letter and the preliminary and interim reports (1.1); review memoranda summarizing changes to amended complaint (.5); conf w/Zink re amended complaint (.2). | 4.90 hrs. |
| 05/11/10 | M. ROITMAN | Draft chart re: changes made in the Amended Complaint (0.3); Review Order Approving Examiner Work and Expense Plan (0.1) | 0.40 hrs. |
| 05/11/10 | R. M. KIRBY | Researching certain defense claims issue re third party complaint. | 5.60 hrs. |
| 05/11/10 | A. K. NELLOS | Continue to review Complaint and documents cited therein in preparation of submission to Examiner (6.2); speak with M. Ashley regarding same (.4). | 6.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   19

| 05/11/10 | M. IACOPELLI | Prepared materials for submission to Examiner. | 4.80 hrs. |
|---|---|---|---|
| 05/11/10 | M. D. ASHLEY | Participated in telephonic court hearing regarding privilege issues relating to Examiner investigation (.5); meeting with T. McCormack, T. Zink, R. Schwinger regarding Examiner submissions (.6); meeting with A. Nellos regarding collecting materials for Examiner submissions (.2); call with T. Zink regarding drafting Examiner submissions (.1); reviewed production and legal research materials regarding Examiner submissions (2.7); drafted Examiner submission regarding third-party claims (2.2); emails with A. Nellos regarding preparing Examiner submissions (.3); emails with R. Kirby regarding legal research relating to Examiner submissions (.2); emails with Zuckerman Spaeder regarding Examiner submissions (.2). | 7.00 hrs. |
| 05/11/10 | T. J. MCCORMACK | Attendance by phone at court conference re Examiner (0.7); status meeting with team re: same (0.6); review/analyze presentation to Examiner on issues of D&O and related claims including standing, damages, pros/cons and focus (2.2); confer M. Ashley on issues raised by Examiner (0.8); work on Examiner presentation and related issues (1.6). | 5.90 hrs. |
| 05/12/10 | T. J. MCCORMACK | Conf. call with Zuckerman on all aspects of upcoming Examiner submission (1.4); review/analyze issues with M. Ashley on initial submission to Examiner on D&O claims (1.0); review materials being provided to Examiner (0.8). | 3.20 hrs. |
| 05/12/10 | M. D. ASHLEY | Review legal research materials relating to Examiner submissions (1.6); emails with R. Kirby regarding legal research (.4); reviewed production materials | 7.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   20

|  |  |  |  |
|---|---|---|---|
|  |  | relating to Examiner submissions (1.4); emails with A. Nellos regarding production materials and potential interview candidates (.9); reviewed memoranda and outlines relating to Examiner submissions (1.3); emails with AlixPartners regarding financial advisor meetings (.3); emails with Zuckerman regarding Examiner meetings (.3); conference call with T. McCormack, Zuckerman Spaeder regarding preparation of Examiner submissions (1.1). |  |
| 05/12/10 | M. IACOPELLI | Prepared documents requested by ZS for Examiner submission (4.2); for Examiner submission, prepare detailed list of exhibits used at the deposition of Ben Buettell (.8); prepare same for deposition of Mose Rucker (1.2); prepare same for the deposition of Bryan Browning (.8). | 7.00 hrs. |
| 05/12/10 | A. K. NELLOS | Review presentations in connection with preparing documents for submission to examiner (1.8). | 1.80 hrs. |
| 05/12/10 | A. K. NELLOS | Exchange e-mails with M. Rule regarding certain AlixPartners analyses in connection with third party complaint (.4); draft letter to examiner counsel re third-party complaint issues and prepare related materials (2.3); Finish review of key documents for submission to Examiner (2.5). | 5.20 hrs. |
| 05/12/10 | R. M. KIRBY | Continue research on certain third party defenses. | 6.40 hrs. |
| 05/12/10 | F. VAZQUEZ | Email to/from Daucher re particularized injury issue (.1); email to/from Zink re Goldman purchase of shares (.1); email to/from Zink re changes to amended Wilmington Trust complaint (.2); email to/from Nellos re Goldman's involvement (.1); review timeline of Wilmington Trust's actions(.2); email to/from Roitman re | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    21

|            |             | confidentiality issues and revisions to submission (.2); email to Sottile annotations to Examiner letter (.3); review email from Butcher re confidentiality rules in Delaware (.1). |             |
|------------|-------------|---|---|
| 05/12/10   | F. VAZQUEZ  | Prepare for meeting w/McCormack, Zink, Ashley and Zuckerman Spaeder re response to Examiner inquirty (.6); participate in related conf call (1.1); conf w/Zink re next steps (.3); update report to Examiner to include references to preliminary and interim reports (.7); conf w/Zink re references in report to Examiner (.3); conf w/Zink re auto stay issues (.8); conf w/Zink re Wilmington Trust confidentiality issues (.7); review and revise insert re automatic stay (2.6); review committee bylaws and consent (.5); conf w/Roitman re bylaws(.3); review and revise supplemental brief re Wilmington Trust confidentiality (2.7). | 10.60 hrs. |
| 05/12/10   | M. ROITMAN  | Draft email to the Committee re: May 10, 2010 Examiner letter (0.3); Meet with T. Zink and F. Vazquez re: chronology of LBO investigation (0.8); Revise chronology of LBO investigation (0.2); Review Committee bylaws and correspond with F. Vazquez re: same (0.5). | 1.80 hrs. |
| 05/12/10   | D. BAVA     | Review files re: Wilmington Trust's reply and revise examiner materials index to address same. | 0.40 hrs. |
| 05/12/10   | E. DAUCHER  | Emails with F. Vazquez re: research on contractual and equitable subordination issus (.5); additional related research (.7). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    22


| | | | |
|---|---|---|---|
| 05/12/10 | N. T. ZINK | Phone conference with T. McCormack, M. Ashley, J. Sottile and G. Bush re Committee's submission to the Examiner (1.0); review and revise various submissions to Examiner (7.2). | 8.20 hrs. |
| 05/12/10 | H. SEIFE | Emails with Examiner (.5); review of examiner motion regarding discovery and retention (.7). | 1.20 hrs. |
| 05/13/10 | H. SEIFE | Work on submission to Examiner (.9); conferences with T.McCormack and M.Ashley regarding same (.4). | 1.30 hrs. |
| 05/13/10 | N. T. ZINK | Review and revise submissions to examiner re Wilmington Trust issues (1.7); various phone conferences with F. Vazquez re preparation for AlixPartners meeting with LECG (.5). | 2.20 hrs. |
| 05/13/10 | E. DAUCHER | Revise Examiner insert re: Wilmington Trust's violation of the automatic stay. | 6.70 hrs. |
| 05/13/10 | E. DAUCHER | Research question raised by Examiner's letter to counsel. | 0.90 hrs. |
| 05/13/10 | M. ROITMAN | Review of Wilmington Trust Confidentiality Issues brief (0.6); Correspond with F. Vazquez re: same (0.2). | 0.80 hrs. |
| 05/13/10 | F. VAZQUEZ | Conf w/Roitman re committee motion for standing and order for leave to file complaint under seal (.2); review motion for standing and order to leave to file complaint under seal (.3); confs w/Zink re submissions to Examiner and next steps (.4); conf w/Daucher re auto stay issues (.2); conf w/Daucher re claims against shareholders (.3); review and revise memo re Wilmington Trust issues (2.8); conf w/Zink and Roitman re Wilmington Trust issues (.4); review and revise analysis re creditors trust (3.2); draft insert re preference claims against Zell (1.0); review and | 10.50 hrs. |

|            |              | revise analysis re auto stay and property of the estate issues (1.7). |            |
|------------|--------------|-----------|-----------|
| 05/13/10   | F. VAZQUEZ   | Email to/from Zink re confidentiality issues (.1); email to/from Zink re automatic stay isues (.2); conf w/Nellos re next submission to examiner (.1); email re discovery from VRC to be sent to examiner (.1). | 0.50 hrs. |
| 05/13/10   | F. VAZQUEZ   | Conf w/Zink and Ashley re meeting w/Examiner (.3); review email summarizing Wilmington Trust and Debtors position re automatic stay (.2); email to Seife and Ashley re Monday meeting with Examiner (.1). | 0.60 hrs. |
| 05/13/10   | R. M. KIRBY  | Researching issue on possible civil conspiracy claim. | 2.00 hrs. |
| 05/13/10   | A. K. NELLOS | Review and determine materials related to third-party complaint to be provided to Examiner. | 4.20 hrs. |
| 05/13/10   | M. D. ASHLEY | Meeting with H. Seife, D. Deutsch relating to Examiner (.2); call with T. McCormack, T. Zink regarding Examiner submissions and interview candidates (.3); conference call with T. McCormack, Examiner's counsel regarding third-party claims (1.3); meeting with T. McCormack regarding Examiner submissions (.6); call with H. Seife, T. McCormack regarding preparation of Examiner submissions (.2); call with T. McCormack regarding same (.3); call with A. Goldfarb (Zuckerman) regarding same (.2); meeting with A. Nellos regarding same (.2); reviewed factual and legal research materials relating to Examiner submissions (2.5); drafted Examiner submission regarding third-party claims (2.4); reviewed materials regarding interview candidates and subpoena authority (2.4). | 10.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   24


05/13/10    D. E. DEUTSCH       Review materials filed by Examiner        0.40 hrs.
                                (.2); follow-up e-mails to Marc
                                Roitman (.1) and Marc Ashley to
                                perform analysis for Committee on
                                same (.1).

05/13/10    T. J. MCCORMACK     Review materials provided to             8.00 hrs.
                                Examiner (0.7); review of Examiner
                                submission on all issues,
                                including power to issue
                                subpoenas, retention agreements
                                and related authorizations (0.8);
                                analysis of discovery issues
                                concerning confirmation hearing
                                (0.6); conferences with M. Ashley
                                regarding report to Examiner,
                                options on presenting numerous
                                items and topics (0.9); analysis
                                of questions raised by Examiner,
                                including issues regarding
                                settlement defense, damages and
                                related scenarios (1.6); conf.
                                call with Examiner on D&O and
                                related claims (1.6); conferences
                                with H.Seife and M.Ashley (0.3)
                                and Zuckerman (0.3) re same (0.7);
                                e-mails with Debtors' counsel on
                                status, Examiner's report,
                                upcoming confirmation hearing
                                (0.5).

05/14/10    T. J. MCCORMACK     Prepare for (0.6) and t/c with           6.60 hrs.
                                Debtors' counsel on discovery for
                                August 2010 hearing, issues for
                                Examiner's report and related
                                issues (1.0); analysis of
                                additional legal issues for
                                Examiner's report (1.3); confer
                                Zuckerman re: timing, drafts and
                                coordination (0.8); analysis of
                                financial advisor information and
                                priv. questions (1.2); review of
                                all discovery served by WTC (0.9);
                                review of all objections filed by
                                various interested parties (0.8).

05/14/10    K. ZAFRAN          Review documents referenced in            3.10 hrs.
                                Debtor's Presentation,
                                Centerbridge Presentation, and Law
                                Debenture Presentation (from Jan.
                                7, 2010) and create related
                                exhibit and analsyis for Examiner