TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   25

| | | | |
|---|---|---|---|
| | | (3.1). | |
| 05/14/10 | N. T. ZINK | Review and revise submissions to examiner (4.7); phone conference with F. Vazquez, J. Sottile and M. Rule re LECG meeting (.6); phone conference with J. Sottile re confirmation hearing discovery (.3). | 5.60 hrs. |
| 05/14/10 | M. ROITMAN | Review Neil and Beatty dockets and Revise Summaries (0.4). | 0.40 hrs. |
| 05/14/10 | A. K. NELLOS | Review key documents binders in connection with additional supplementary materials to be provided to the Examiner (4.3) and prepare outline regarding same (2.7). | 7.00 hrs. |
| 05/14/10 | M. IACOPELLI | Per Examiner request, prepare detailed list of exhibits used at the deposition of Mose Rucker (1.2); prepare materails for Examiner from documents cited in Debtors' presentation (2.6); prepare same from documents cited in Centerbridge presentation (1.4). | 5.20 hrs. |
| 05/14/10 | M. D. ASHLEY | Call with T. Zink, F. Vazquez regarding preparation of Examiner submissions (.2); reviewed and revised draft memorandum regarding Examiner's subpoena powers and reviewed related materials (.8); call with J. Sottile, T. Zink, F. Vazquez, M. Rule regarding meeting with Examiner's financial advisors (.4); reviewed factual and legal research materials relating to Examiner submissions (2.2); drafted part of Examiner submission regarding third-party claims (2.6); emails with A. Nellos regarding submission of materials to Examiner (.4); emails with F. Vazquez regarding same (.3); reviewed draft AlixPartners presentation for Examiner (.6). | 7.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   26


| 05/14/10 | F. VAZQUEZ | Email to/from Ashley re Debtor's factual statement (.1); email to/from Gayda factual statement (.1); review case law re property of estate and automatic stay (.6); review and revise automatic stay discussion (.8); email to/from Zink re automatic stay discussion (.1); email to Rule, Sottile and Ashley re Examiner issues (.1); revise preference discussion (.3); email to/from Zink re review of factual statement (.1); review and revise discussion re shareholder claims (.7); email to/from Zink re particularized injury (.1); conference with Daucher re particularized injury (.7); email to Ashley re coordination of outlines (.1); review and revise confidentiality discussion(1.4). | 5.20 hrs. |

| 05/14/10 | F. VAZQUEZ | Conf w/Ashley and Zink re Monday's meeting (.3); conference w/Zink and Roitman re automatic stay issues (.5); conf w/Zink re revisions to submission re confidentiality (.3); conference w/Zink re submission on preference issues (.2); conf w/Nellos re documents to be sent to Examiner (.3); conf w/Daucher re particularized injury and discussion re same (.5); conf call with Sottile, Rule and Ashley re Monday's meeting and presentation (.5); review Alix Partners presentation (.4); email to/from Ashley re submission to Examiner (.1); review and circulate VRC materials.(.4); email to/from Ashley and Nellos re documents to Examiner (.2); review chart summarizing materials sent to Examiner (.1); conf w/Deutsch re factual statement (.1). | 3.90 hrs. |

| 05/14/10 | A. K. NELLOS | Respond to questions from M. Ashley regarding materials on third-party claims for Examiner (.6); Speak with L. Moloney regarding materials requested by | 1.20 hrs. |

|            |               | Examiner and related issues (.6).                                                                                                              |            |
|------------|---------------|------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 05/14/10   | R. M. KIRBY   | Review Examiner's proposed order re discovery (.4); draft memorandum outlining procedures set forth therein (1.2).                               | 1.60 hrs.  |
| 05/14/10   | R. M. KIRBY   | Research under Delaware law on minority shareholder issue, per M.Ashley.                                                                         | 2.60 hrs.  |
| 05/14/10   | M. ROITMAN    | Revise Wilmington Trust confidentiality issues brief (0.3); Correspond with F. Vazquez re: same (0.1).                                           | 0.40 hrs.  |
| 05/14/10   | E. DAUCHER    | Research re: question 13(hh) of the Examiner's letter to counsel.                                                                                | 3.10 hrs.  |
| 05/14/10   | E. DAUCHER    | Revise insert for examiner brief re: Wilmington Trust actions.                                                                                   | 2.10 hrs.  |
| 05/14/10   | H. SEIFE      | Review of production and letter to Examiner (.8).                                                                                                | 0.80 hrs.  |
| 05/15/10   | F. VAZQUEZ    | Email to/from Zink re submission to Examiner.t                                                                                                   | 0.10 hrs.  |
| 05/15/10   | E. DAUCHER    | Draft bullet points in response to specific question from examiner's letter to counsel.                                                          | 2.40 hrs.  |
| 05/15/10   | A. K. NELLOS  | Further review of materials from key documents binders for additional supplementary materials submission to the Examiner (3.7); and prepare outline regarding same (2.8). | 6.50 hrs.  |
| 05/16/10   | M. D. ASHLEY  | Reviewed source materials and drafted Examiner brief regarding third-party claims  (10.2); emails with A. Nellos regarding Examiner submissions (.1). | 10.30 hrs. |
| 05/16/10   | F. VAZQUEZ    | Conf w/Ashley re submission to examiner (.2); review client submission sent to examiner (.2)..                                                   | 0.50 hrs.  |
| 05/16/10   | M. ROITMAN    | Revise memo re: Examiner's anticipated subpoena powers (0.8).                                                                                    | 0.80 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    28


| 05/16/10 | A. K. NELLOS | Review of materials from key documents binders for additional supplementary materials submission to Examiner (3.8); and prepare outline regarding same (3.0). | 6.80 hrs. |
|---|---|---|---|
| 05/17/10 | M. IACOPELLI | Per Examiner request, prepare detailed list of exhibits used at the deposition of Elyse Bluth (.5); prepare same for exhibits used at the deposition of Rajesh Kapadia (1.2); prepare same for exhibits used at the deposition of John Kowalczuk (.8); prepare same for exhibits used at the deposition of David Bralow (.2); prepare same for documents cited in Senior Lenders' presentation (2.6); continued to prepare documents for Examiner from Centerbridge (1.4). | 6.70 hrs. |
| 05/17/10 | N. T. ZINK | Review draft submissions (1.4). | 1.40 hrs. |
| 05/17/10 | H. SEIFE | Review of Debtors' draft fact statement (1.3); work on submission to Examiner (1.8). | 3.10 hrs. |
| 05/17/10 | H. SEIFE | Review of discovery report status. | 0.40 hrs. |
| 05/17/10 | D. BAVA | Review and prepare certain Examiner documents per M. Ashley (.60); review LECG application re: disclosure of Committee interview (.50). | 1.10 hrs. |
| 05/17/10 | L. MENDOZA | Prepare documents cited in Law Debenture presentation per Examiner request. | 3.10 hrs. |
| 05/17/10 | A. K. NELLOS | Review materials from key documents binders for supplementary submission to Examiner (4.2), and prepare outline regarding same (3.6). | 7.80 hrs. |
| 05/17/10 | M. ROITMAN | Correspond with M. Ashley and D. Bava re: Examiner's retention of LECG (0.1). | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   29

| 05/17/10 | M. D. ASHLEY | Calls with T. McCormack regarding preparation of submissions to Examiner (.5); reviewed legal research and factual materials relating to Examiner third-party brief (4.6); drafted part of Examiner third-party brief (5.4); emails with A. Nellos regarding preparation of Examiner submissions (.3); emails with R. Kirby regarding legal research relating to Examiner third-party brief (.3); emails with F. Vazquez regarding preparation of Examiner submissions (.2); emails with T. McCormack regarding same (.2). | 11.50 hrs. |
| --- | --- | --- | --- |
| 05/17/10 | F. VAZQUEZ | Prepare for meeting (2.6) and attend meeting with Examiner's financial advisor and AlixPartners (1.5); post meeting conf w/Sottile and ALixPartners (.5); draft email to Chadbourne team re meeting (.8); review and revise Wilmington Trust submission (1.6); email to and from Deutsch re meeting (.1); conference w/Sotille re next steps (.4). | 7.50 hrs. |
| 05/17/10 | F. VAZQUEZ | Email to Zink re automatic stay and confidentiality discussion issue (.1); email to/from Zink re debtor's fact statement. (.1). | 0.20 hrs. |
| 05/17/10 | E. DAUCHER | Additional research re: issues raised in Examiner's letter to counsel. | 1.30 hrs. |
| 05/17/10 | K. ZAFRAN | Review JPMorgan hot documents for possible presentation to the Examiner (1.6); and create a list of such documents (.7). | 2.30 hrs. |
| 05/18/10 | A. K. NELLOS | Review materials and prepare outline for submission of documents related to LBO claims for Examiner (2.9); email to Zuckerman for review/comment (.4); Speak with M. Ashley regarding various issues connected with submissions to the Examiner (.6); Speak with L. Moloney regarding | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   30


                              brief submissions to Examiner (.4).

05/18/10   K. ZAFRAN          Review documents used as exhibits        1.20 hrs.
                              in Kowalczuk deposition and
                              incorporate relevant
                              dates/materials into chronology
                              and list of documents to be
                              provided to the examiner (1.0);
                              review documents referenced in
                              January 7, 2010 presentations and
                              determine which should be provided
                              to the examiner (.2).

05/18/10   F. VAZQUEZ         Email to Seife re fact statement         7.50 hrs.
                              issue (.1); conf w/Daucher re
                              particularized injury (.3); conf
                              w/Zink re yesterday's meeting
                              (.2); review and revise letter and
                              accompanying exhibits to Examiner
                              re next set of submissions (1.5);
                              conf w/Daucher and Zink re
                              verification of Debtors' facts
                              (.5); review and confirm statement
                              of Debtors' facts (4.5); conf
                              w/Daucher re second step facts
                              (.4).

05/18/10   F. VAZQUEZ         Email to/from McCormack re letter        4.20 hrs.
                              to Monk (.1); circulate Wilmington
                              Trust submission (.2);email
                              to/from Ashley re submissions
                              issue (.2); email to Rule re
                              meeting w/Examiner (.1); email to
                              Sottile re Rule presentation (.1);
                              conf w/Ashley re letter to
                              Monk(.1); email to Rule re
                              Debtors' statement of facts (.2);
                              exchange emails with Ashley re
                              Wilmington Trust Submissions
                              (1.0); email to/from Nellos re
                              Examiner website (.1); review
                              Examiner letter re website matters
                              (.4); email to Seife, Deutsch and
                              Ashley re Examiner website (.2);
                              review/revise chart summarizing
                              submissions to Examiner (.1);
                              review Rule's email re submissions
                              to Examiner (.1); Review
                              submission re 3rd party claims
                              (1.2);email to/from Ashley re
                              Zuckerman submission (.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   31

| | | | |
|---|---|---|---|
| 05/18/10 | M. D. ASHLEY | Team meeting regarding Examiner proceedings (.7); meeting with T. McCormack, T. Zink regarding Examiner submissions (.3); call with A. Nellos regarding Examiner third-party brief (.2); call with G. Bush regarding Examiner submissions (.2); reviewed factual materials to be submitted to Examiner's counsel (1.2); revised draft correspondence to Examiner's counsel (.3); reviewed draft Wilmington Trust confidentiality brief (.4); reviewed legal research and production materials relating to third-party brief (2.4); drafted, revised Examiner third-party brief (3.4); emails with T. Zink regarding Examiner submissions (.2); emails with F. Vazquez regarding same (.3); emails with A. Nellos regarding same (.4); emails with M. Rule regarding solvency materials to Examiner (.3). | 10.30 hrs. |
| 05/18/10 | E. M. MILLER | Review and revise draft list of key documents (with underlying documents) to be sent to Examiner (2.2). | 2.20 hrs. |
| 05/18/10 | E. DAUCHER | Draft insert for Examiner report re: equitable subordination issue. | 1.80 hrs. |
| 05/18/10 | E. DAUCHER | Review and revise letter to Examiner's special counsel re: certain requested documents. | 1.10 hrs. |
| 05/18/10 | E. DAUCHER | Review Debtors' proposed statement of facts for Examiner and comment on same. | 5.10 hrs. |
| 05/18/10 | T. J. MCCORMACK | Review/analyze draft Examiner report on (i) D&O related claims and (ii) state fraudulent conveyance claims (1.2); revise/comment re: same (0.8); work on insert for draft Examiner report (1.1); review additional materials provided to Examiner (0.6); review common fact statement draft (0.8); receipt and | 5.70 hrs. |

|          |              |                                                                                                                                                    |           |
|----------|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          |              | review of our brief on WTC issues (0.3); review Examiner e-mails re: order on scope of subpoena discovery power and related issues (0.3); confer team re: Examiner proceedings (0.6). | |
| 05/18/10 | N. T. ZINK   | Review and revise parts of Examiner submissions (3.1).                                                                                              | 3.10 hrs. |
| 05/18/10 | D. BAVA      | Prepare materials for Examiner's counsel (1.80); revise summary chart of submissions to Examiner (.40).                                             | 2.20 hrs. |
| 05/18/10 | H. SEIFE     | Review and revise submission to Examiner regarding LBO, third-party claims and Wilmington Trust.                                                    | 4.20 hrs. |
| 05/18/10 | M. IACOPELLI | Prepare letter to Andrew Goldfarb re documents for Examiner (.5); prepare list of documents cited in certain presentations (.9).                    | 1.40 hrs. |
| 05/18/10 | A. K. NELLOS | Finalize materials to be sent to Examiner related to third-party claims (1.1); conference with M. Iacopelli regarding same (.2).                    | 1.30 hrs. |
| 05/19/10 | A. K. NELLOS | Begin to review brief to Examiner regarding third-party claims (1.9); and research on additional supporting factual documents. (.4).                | 2.30 hrs. |
| 05/19/10 | M. IACOPELLI | Review of selected documents to Zuckerman Complaint in connection with Examiner submission (1.8); prepare additional Zuckerman Complaint documents for Examiner per instructions from Examiner (1.8); prepare list of all documents cited in third party complaint (1.4); confirm all documents in Third Party Complaint have been provided to Examiner (1.8); prepare Buettell, Rucker and Browning depositions for Examiner (.6); conference with L.Moloney re documents for submission to Examiner (1.9). | 9.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   33


| 05/19/10 | D. E. DEUTSCH | Review of lengthy revised document discovery report and edit same (.4); e-mail Ali Nellos on same (.1). | 0.50 hrs. |

| 05/19/10 | F. VAZQUEZ | Conf w/Daucher re review of factual statements (.3); conference w/Zink and Daucher re factual statements and next steps to verify (1.); review and revise factual statement (4.6); conf w/Nellos re documents to be sent to Examiner (.3); conf w/Daucher re 2nd step facts and events leading to bankruptcy (.4); conf w/Zink re Zuckerman statement (.3); letter to Examiner enclosing vol. 3 of materials (.5); email to/from Zuckerman re Examiner website (.1); draft letter to Monk (.8); email to Deutsch re access to Examiner website (.1); email to/from Nellos re status of review of statement of facts (.1); email to/from Miller re document to be sent to examiner (.1); conf w/Zink re comments to fact statement.(.4); email to McCormack re submission to Examiner (.1); | 9.10 hrs. |

| 05/19/10 | H. SEIFE | Review and revise draft submission to Examiner. | 3.10 hrs. |

| 05/19/10 | D. BAVA | Revise summary chart of submissions to Examiner (.40). | 0.40 hrs. |

| 05/19/10 | N. T. ZINK | Review debtors' draft statement of facts (3.2); conference with F. Vazquez re draft statement of facts (.4); review and revise parts of draft submission to the examiner (4.2). | 7.80 hrs. |

| 05/19/10 | T. J. MCCORMACK | Review WTC supplemental objection (0.2); review of Zuckerman draft of Examiner submission (1.5); review of mark-up to proposed fact recitation by debtors (0.7); analysis of issues re: Examiner request on potential expert testimony (0.6); review materials to be sent to Examiner in support | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    34


                        of Committee draft D&O complaint
                        (0.9) and confer F. Vazquez re:
                        same (0.2); review revised fact
                        statement (0.6); review status of
                        discovery with R. Schwinger (0.2).

05/19/10   A. K. NELLOS     Review/revise descriptions of          1.70 hrs.
                            documents and categories of
                            proposed documents for submission
                            to Examiner  (1.7).

05/19/10   E. WEISSMAN      Prepare materials for Examiner         2.40 hrs.
                            submission  in accordance with
                            Examiner instructions.

05/19/10   E. DAUCHER       Review propose edits to Debtors'       3.90 hrs.
                            proposed statement of facts for
                            the examiner.

05/19/10   E. M. MILLER     Review and revise list of key         2.50 hrs.
                            documents for Examiner (1.3)
                            Review Duff & Phelps chronology
                            and deposition summary (0.4) Draft
                            and send email to T Zink re Duff &
                            Phelps engagements, in connection
                            with brief for examiner (0.3)
                            Review and revise list of certain
                            documents cited in Zuckerman's
                            brief to Examiner (0.5).

05/19/10   M. ROITMAN       Research re: specific sanctions        3.40 hrs.
                            issue (3.4)

05/20/10   M. ROITMAN       Correspond with T. Zink and F.         0.20 hrs.
                            Vazquez re: examiner submission
                            (0.2)

05/20/10   E. DAUCHER       Review and edit Debtors' proposed      1.30 hrs.
                            statement of facts in incorporate
                            additional comments.

05/20/10   M. D. ASHLEY     Reviewed revisions to draft           3.10 hrs.
                            Examiner third-party brief (.6);
                            reviewed legal research and
                            factual materials relating to
                            preparation of Examiner
                            third-party brief (1.4); emails
                            with A. Nellos regarding revisions
                            to draft Examiner third-party
                            brief (.3); emails with F. Vazquez
                            regarding same (.2); emails with
                            T. Zink regarding same (.1);

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    35


                         emails with T. McCormack regarding
                         same (.1); reviewed email
                         correspondence regarding Examiner
                         submissions (.4).

05/20/10   A. K. NELLOS   Finalize materials for Examiner       2.20 hrs.
                          related to LBO Claims (2.2).

05/20/10   E. WEISSMAN    Prepare materials in accordance       3.60 hrs.
                          with Examiner instructions for
                          submission to Examiner (3.2);
                          conferences with A.Nellos re: same
                          (.4).

05/20/10   T. J. MCCORMACK   Review Zuckerman draft, our        4.60 hrs.
                          section on D&O and state
                          fraudulent conveyance claims
                          (2.3); conferences with M.Ashley
                          and F.Vazquez re additional
                          documents to Examiner and related
                          issues (0.6); review/approve
                          additional materials to Examiner
                          (0.7); review additional Wells
                          Fargo discovery (0.4); review
                          comments on D&O draft submission
                          (0.6).

05/20/10   D. BAVA        Prepare materials for submission      2.20 hrs.
                          to Examiner (1.60); revise summary
                          chart of submissions to Examiner
                          (.60).

05/20/10   N. T. ZINK     Review and revise submissions to      8.20 hrs.
                          Examiner (6.2); phone conference
                          with G. Bush re Examiner
                          submission issues (.3); phone
                          conference with T. McCormack re
                          Examiner submission issues (.2);
                          review Zuckerman Spaeder draft
                          submission (1.5).

05/20/10   M. IACOPELLI   Prepare additional Complaint          7.20 hrs.
                          documents per Examiner
                          instructions (3.3); prepare list
                          of all documents cited in third
                          party complaint memorandum (.8);
                          prepare list of all documents
                          cited in Official Committee
                          memorandum (.9); prepare list of
                          all documents cited in Wilmington
                          Trust Memorandum (.8); prepare
                          electoronic copies of all

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    36


                            documents cited in Zuckerman
                            complaint per Examiner
                            instructions (1.4).

05/20/10   A. K. NELLOS     Continue to review                     1.20 hrs.
                            materials/sources related to brief
                            for the examiner.

05/20/10   F. VAZQUEZ       Review and revise part of             7.50 hrs.
                            submission on Wilmington Trust
                            for Examiner (2.1); review
                            Seife's' comments to Wilmington
                            Trust submission (.1); conf w/Zink
                            re submissions (.4); conf
                            w/Daucher re revisions to debtors'
                            factual statement (.3); review and
                            revise debtors' factual statement
                            to reflect additional internal and
                            Zuckerman comment (.9); conf
                            w/McCormack re letters to Monk
                            (.3); conf w/Nellos re Vol. 4
                            submission to Examiner (.3);
                            review and revise vol. 4
                            submission to Examiner (.4);
                            review Zuckerman submission (2.7).

05/20/10   F. VAZQUEZ       Email from Barash re Examiner         2.00 hrs.
                            website (.1); email to Zuckerman
                            re Examiner website issue (.1);
                            email to Nellos re uploading of
                            submissions (.1); email to Rule re
                            Debtors' fact statement (.2);
                            emails to/from Sottile re Debtors'
                            fact statement (.3); email to/from
                            Roitman and Nellos re Zuckerman
                            complaint (.2); email to/from
                            Nellos re letter to Monk (.1);
                            email to/from Ashley re status of
                            submissions and revisions (.3);
                            email to/from Roitman re S&P
                            articles and breach (.1); email to
                            debtors' re fact statement (.3);
                            email to/from McCormack re
                            submission to Examiner (.2).

05/21/10   F. VAZQUEZ       Conf w/Zink re Wilmington Trust       7.90 hrs.
                            submission (.3); conf w/Zink,
                            Sottile and Ashley re submission
                            issues/status (.8); review revised
                            statement of facts (.5); conf
                            w/Zink re statement of facts (.4);
                            conf w/Seife and Zink re further

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   37

|  |  |  |  |
|---|---|---|---|
|  |  | comments to statement of facts (.3); conf w/Zink and McCormack re privilege issues (.3); review and revise Wilmington Trust submissions (3.7); review and revise submission re 3rd party claims (1.3); w/Zink re summary of plan releases (.3). |  |
| 05/21/10 | F. VAZQUEZ | Email to/from Ashley re 3rd party complaint issue (.2); email to/from Seife re Wilmington Trust submission (.1). | 0.30 hrs. |
| 05/21/10 | F. VAZQUEZ | Email to/from Daucher re S&P article (.1); email to/from Nellos re submissions to Examiner and conference call (.1); conf w/Nellos re submissions to Examiner (.3); email to/from Roitman re submission to Examiner (.1); email to/from Ashley re submission re 3rd party claims (.2); conf w/Miller re DGCL 160 (.2); review preliminary report re DGCL (.2); conf w/Daucher re DGCL 160 (.2); review insert re DGCL 160 (.2); review exhibits to Wilmington Trust submission (.2); email to/from Landis re submission to Examiner (.1); conf w/Seife re claims against advisors (.1); conf w/Zink re claims against advisors (.3); conf w/Sottile re posting submission (.1); email to/from Nellos re Examiner website (.1); email to/from Roitman re comments to Wilmington Trust submission (.2). | 2.70 hrs. |
| 05/21/10 | M. IACOPELLI | Prepare additional documents for Examiner in accordance with Examiner instructions (1.6); update list of all documents cited in third party complaint memorandum; (.8); prepare copies of additional Zuckerman documents per Examiner instructions (1.8); update list of documents cited in Submission (.7); prepared copies of additional Wilmington Trust documents (.4) and updated list of | 5.70 hrs. |

|          |                |                                                                                                                                                                                                                                                                                            |            |
|----------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|          |                | documents cited in Wilmington memorandum for submission to Examiner (.4).                                                                                                                                                                                                                   |            |
| 05/21/10 | R. M. KIRBY    | Reviewing and editing legal citations in draft Examiner Report.                                                                                                                                                                                                                             | 2.20 hrs.  |
| 05/21/10 | N. T. ZINK     | Review and revise parts of Examiner submissions (7.9); phone conference with Zuckerman Spaeder re coordination of Examiner submissions and compliance with submission guidelines (.8).                                                                                                       | 8.70 hrs.  |
| 05/21/10 | H. SEIFE       | Review and revised draft submission to Examiner.                                                                                                                                                                                                                                            | 1.20 hrs.  |
| 05/21/10 | D. BAVA        | Revise summary chart of submissions to Examiner (.40).                                                                                                                                                                                                                                      | 0.40 hrs.  |
| 05/21/10 | T. J. MCCORMACK | Review revisions to D&O section on submission and revise/edit same (1.4); confer H. Seife re: brief, edits and final submissions to Examiner (0.7); edit/revise Examiner brief (1.1) and confer M. Ashley re: same (0.3); review Zuckerman draft and comments on same (1.2); review new draft of D&O brief (0.9). | 5.60 hrs.  |
| 05/21/10 | A. K. NELLOS   | Review/revise briefs to be submitted to the examiner in connection with examiner briefs (9.8).                                                                                                                                                                                              | 9.80 hrs.  |
| 05/21/10 | M. D. ASHLEY   | Conference call with Zuckerman, T. Zink, F. Vazquez, A. Nellos regarding Examiner briefs (.6); meeting with Chadbourne team regarding same (.4); meetings with A. Nellos, E. Miller regarding third-party brief (.6); call with H. Seife regarding third-party brief (.1); meeting with T. McCormack regarding same (.2); calls with A. Nellos regarding same (.5); reviewed legal and factual materials relating to preparation of third-party brief (2.2); revised draft third-party brief (2.8); emails with A. Nellos | 10.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    39


|            |                 | regarding preparation of third-party brief (1.0); emails with E. Miller regarding third-party factual materials (.4); reviewed draft Zuckerman Examiner LBO brief (1.1); emails with Zuckerman regarding LBO brief (.2); emails with T. Zink regarding briefs (.2). |             |
|------------|-----------------|-----------------------------------|-------------|
| 05/21/10   | M. ROITMAN      | Revise Committee's submission to Examiner re: Wilmington Trust issues (3.6); Correspond with T. Zink, E. Daucher, and F. Vazquez re: same (0.5); Draft email to Committee re: legal briefs for submission to Examiner (1.0); Confer with H. Seife re: same (0.1); Correspond with D. Deutsch, W. Smith re: Examiner submissions (0.3). | 5.50 hrs.   |
| 05/21/10   | M. ROITMAN      | Review Neil and Beatty dockets and Revise Summaries (0.5) | 0.50 hrs.   |
| 05/21/10   | E. DAUCHER      | Review and revise Tribune submission to the examiner re: Wilmington Trust issues. | 5.90 hrs.   |
| 05/21/10   | E. DAUCHER      | Review and add final comments to Debtors' proposed statement of facts. | 1.20 hrs.   |
| 05/21/10   | E. M. MILLER    | Research Relativity data base for additional documents supporting certain factual allegations in brief for examiner (3.2); Brief meeting with M Ashley and A Nellos re same (0.3); research re legal support for specific allegations in brief for Examiner (2.5). | 6.00 hrs.   |
| 05/21/10   | K. ZAFRAN       | Gather and review documents to be presented to the Examiner in support the related brief to the Examiner. | 5.50 hrs.   |
| 05/22/10   | T. J. MCCORMACK | T/c with T. Zink re: various issues for 5/24 submissions (0.4); review comments on current drafts (0.8); review Examiner information on logistics and filings for 5/24 | 2.50 hrs.   |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   40

|  |  |  |  |
|---|---|---|---|
|  |  | (0.4); review additional objections filed by various parties (0.7); respond to inquiry re: discovery (0.2). |  |
| 05/22/10 | H. SEIFE | Review and revised submissions to Examiner. | 2.30 hrs. |
| 05/22/10 | N. T. ZINK | Review and revise examiner submissions re Wilmington Trust issues (.8); review Zuckerman Spaeder submission to examiner (2.2); phone conference with J. Sottile re Zuckerman Spaeder submission (.3); review Debtors' Statement of Facts (2.0). | 5.30 hrs. |
| 05/22/10 | D. E. DEUTSCH | Review deposition notices (.2); e-mail Howard Seife re: follow-up on same (.1). | 0.30 hrs. |
| 05/22/10 | A. K. NELLOS | Review/revise briefs to be submitted to the Examiner in connection with examiner request. | 6.50 hrs. |
| 05/22/10 | F. VAZQUEZ | Email to and from Landis re Committee's submissions to examiner (.1); email to and from Zink re Seife's comments to Wilmington Trust submission (.1); email to and from Daucher re revisions to Committee's submissions (.1); emails to and from Nellos re submission and status of revisions (.3) | 0.60 hrs. |
| 05/22/10 | M. D. ASHLEY | Emails with A. Nellos regarding preparation of Examiner briefs (.3); emails with T. Zink regarding Examiner briefs (.2); reviewed draft Examiner briefs (1.2); reviewed factual materials related to Examiner third-party brief (1.0). | 2.70 hrs. |
| 05/23/10 | M. D. ASHLEY | Reviewed and revised final draft Examiner third-party brief (1.6) and reviewed related factual and legal materials (1.2); reviewed final drafts of Committee's LBO-related and Wilmington Trust-related briefs (1.2); emails | 5.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       June 22, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    41


                         with A. Nellos regarding
                         preparation of Examiner
                         submissions (.5); reviewed
                         JPMorgan's Examiner submissions
                         (1.1).

05/23/10   L. F. MOLONEY    Prepare electronic versions of        10.80 hrs.
                            briefs to be submitted together
                            with hyperlinked references to
                            Examiner website, as per
                            instructions from Examiner (7.2);
                            review documents for accuracy and
                            functionality in connection with
                            same (3.6).

05/23/10   F. VAZQUEZ       Review JPMorgan submission (.6);       7.40 hrs.
                            conf w/Daucher re JPMorgan
                            submission (.2); conf w/Zink re
                            timing of JPMorgan submission
                            (.1); confs w/Zink re revision to
                            Wilmington Trust submission (.3);
                            review and revise Wilmington Trust
                            submission (4.7); confs w/Nellos
                            re uploading of submissions (.4).;
                            email to/from Nellos re form of
                            submissions (.3); review exhibits
                            to Wilmington Trust submission
                            (.5); email to/from Seife re
                            additional comments to Wilmington
                            Trust submission (.1); email
                            to/from Zink re finalizing
                            submission (.1); email to/from
                            Ashley re submissions to examiner
                            (.1).

05/23/10   D. E. DEUTSCH    Review submissions by JPMorgan to      1.30 hrs.
                            Examiner (.9); exchange e-mails
                            with JPMorgan's counsel (Michael
                            Russano) re: questions regarding
                            same (.2); exchange related
                            e-mails with Howard Seife and, in
                            part, Ted Zink (.2).

05/23/10   M. IACOPELLI     Finalize master set of Third Party     8.50 hrs.
                            Complaint documents for Examiner
                            (4.0); finalize master set of
                            additional Zuckerman documents for
                            Examiner (2.3); finalize master
                            set of Wilmington Trust documents
                            for Examiner (2.2) all in
                            accordance with Examiner
                            instructions.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    42


| 05/23/10 | T. J. MCCORMACK | Confer A. Nellos re: 5/24 Examiner submission and logistics of same (0.4); review final versions of submissions (1.2). | 1.60 hrs. |
| 05/23/10 | A. K. NELLOS | Review/revise/finalize briefs and related materials to be submitted to the examiner related to LBO claims, Third-Party Claims, and Wilmington Trust claims. | 13.60 hrs. |
| 05/23/10 | J. LOPEZ | Preparing electronic brief (in manner to comply with Examiner specifications) for submission to Examiner. | 6.40 hrs. |
| 05/23/10 | E. DAUCHER | Review and edit Chadbourne's submission to the Examiner re: Wilmington Trust (3.6). | 3.60 hrs. |
| 05/23/10 | E. WEISSMAN | Prepare electronic hyperlink references to briefs (per instructions from Examiner) in connection with Submission to Examiner. | 12.20 hrs. |
| 05/24/10 | A. K. NELLOS | Finalize and submit briefs and related materials to the Examiner (4.6). | 4.60 hrs. |
| 05/24/10 | E. DAUCHER | Analysis of legal issues for JPMorgan's submission to the examiner (1.1); circulate the same to appropriate parties (.1). | 1.20 hrs. |
| 05/24/10 | J. LOPEZ | Preparing electronic brief (in accordance with Examiner instructions) for submission to Examiner. | 3.30 hrs. |
| 05/24/10 | A. HANESSIAN | Prepare JPMorgan's Supplemental Examiner Submission re Wilmington Trust Issues for attorney review. | 1.10 hrs. |
| 05/24/10 | T. J. MCCORMACK | Conferences with F.Vazquez (.4), M.Ashley (.2) and A.Nellos (.2) re: filing of submission and logistics for same (0.8); receipt and review Examiner e-mails re: submissions and 6/7 replies (0.4). | 2.00 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   43
```

| | | | |
|---|---|---|---|
| 05/24/10 | W. BAKARE | Review/analyze briefing with exhibits for submission to Examiner per A. Nellos request. | 3.90 hrs. |
| 05/24/10 | D. BAVA | Download submissions to examiner from secure web site (1.60); organization of submissions (briefs only) (1.80) for attorney review. | 3.40 hrs. |
| 05/24/10 | F. VAZQUEZ | Conf w/Zink re service of submission and uploading issues (.4); confs w/Nellos re uploading of submissions and service requirements (.8); review Examiner's letter re service of submissions (.3); review and finalize Wilmington Trust submission (2.5); email to/from Nellos re status of submission (.2); email to/from Nellos re exhibits to Wilmington Trust submission (.2); conf w/Roitman re attachments for Wilmington Trust submission (.1); conf w/Zink re circulation of copies of submission and exhibits (.2); review Wilmington Trust's submission (1.7); review Debtors' submission (.5); email to/from Zink re submissions and status threof (.2); email to/from Deutsch re submission to Examiner (.1). | 7.20 hrs. |
| 05/24/10 | H. SEIFE | Review of submissions to Examiner by JPM, Centerbridge, Credit Agreement Lenders, Wilmington Trust and Wells Fargo. | 2.20 hrs. |
| 05/24/10 | L. F. MOLONEY | Reviewed electronic briefs for filing with Examiner (2.7). | 2.70 hrs. |
| 05/24/10 | L. MENDOZA | Prepare hyperlinked references in Examiner briefs to referenced materails in accordance with Examiner instructions. | 6.40 hrs. |
| 05/24/10 | M. D. ASHLEY | Emails with Davis Polk regarding JPM discovery requests to Wilmington Trust in connection with sanctions motion (.2); reviewed Wilmington Trust's | 0.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   44
```

                               document production (.4).

05/24/10   M. D. ASHLEY        Reviewed final versions of          6.90 hrs.
                               Committee submissions to Examiner
                               and related factual and legal
                               materials (3.2); calls with A.
                               Nellos regarding preparation of
                               final Examiner submissions (.2);
                               emails with A. Nellos regarding
                               preparation of final Examiner
                               submissions (.7); emails with T.
                               Zink regarding Examiner
                               submissions (.2); emails with F.
                               Vazquez regarding Examiner
                               submissions (.2); reviewed other
                               parties' submissions to Examiner
                               (2.4).

05/24/10   N. T. ZINK          Finalize submissions to Examiner    8.00 hrs.
                               (1.6); conference with H. Seife re
                               submissions (.2); review parties'
                               submissions to Examiner and begin
                               preparation of reply submissions
                               (6.2).

05/24/10   M. IACOPELLI        Analysis of copy sets of            9.50 hrs.
                               submissions to examiner against
                               master sets ( 8.1); per Examiner
                               instructions, prepared submissions
                               for Craig Elson at LECG, Mark
                               Minuti at Saul Ewing, Wayne
                               Elggren at LECG and Martin Brash
                               at Klee Tuchin (1.4).

05/24/10   M. ROITMAN          Review and revise brief on          1.90 hrs.
                               Wilmington Trust issues for
                               Examiner (0.7); Correspond with F.
                               Vazquez re: same (0.2); Correspond
                               with M. Ashley, R. Butcher, D.
                               Bava re: Plan Confirmation
                               Discovery (0.9); Correspond with
                               D. Bava re: Examiner submissions
                               (0.1).

05/25/10   M. ROITMAN          Correspond with M. Ashley and D.    0.10 hrs.
                               Bava re: Examiner Work and Expense
                               Plan (0.1)

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   45

| | | | |
|---|---|---|---|
| 05/25/10 | N. T. ZINK | Review parties's examiner submissions (7.3); conference with M. Ashley re preparation of reply submissions to the Examiner (.4). | 7.70 hrs. |
| 05/25/10 | M. D. ASHLEY | Reviewed parties' submissions to Examiner and related materials (4.2); meeting with H. Seife, T. Zink, D. Deutsch, F. Vazquez regarding Examiner reply submissions (.2); meeting with T. Zink, F. Vazquez regarding preparation of Examiner reply briefs (.2); meeting with T. McCormack regarding Examiner reply brief (.2); emails with A. Nellos regarding preparation of Examiner reply briefs (.4); emails with Zuckerman Spaeder regarding Examiner reply briefs (.2); emails with T. McCormack regarding Examiner issues (.1); emails with T. Zink regarding Examiner reply briefs (.2); reviewed Examiner court orders relating to use of submissions (.4); drafted outline of Examiner third-party reply points (1.4). | 7.50 hrs. |
| 05/25/10 | H. SEIFE | Review of various submsisions to Examiner (2.7); conference with M.Ashley, T.Zink regarding preparation of response to Examiner (.8). | 3.50 hrs. |
| 05/25/10 | F. VAZQUEZ | Prep for meeting w/Zuckerman re submission (.3); review and analysis of certain submissions to the examiner (7.2). | 7.50 hrs. |
| 05/25/10 | D. BAVA | Review and analysis of files re: order regarding confidentiality of submissions to examiner (.60); review examiner web site re: Debtors' brief (.30). | 0.90 hrs. |
| 05/25/10 | T. J. MCCORMACK | Confer M. Ashley re points for June 7 reply, issues raised in submissions by other parties and upcoming tasks (0.6); e-mails (0.5) and discussions (0.6) with Zuckerman on issues for reply, | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    46

|          |                 | issues raised in other parties' submissions (1.1); review inquiries/e-mails re: discovery directed toward WTC's use of conf. materials (0.2). | |
|----------|-----------------|------------------------------------------------------------------|-----------|
| 05/26/10 | T. J. MCCORMACK | Review/analyze all submissions made to the Examiner (3.1); confs. M. Ashley (0.3) and T. Zink (0.3) re: issues for reply; review Examiner letter re: instructions for June 7 submissions (0.3); review M. Ashley draft of issues for reply (0.2); review reply points on state fraudulent conveyance analysis (0.2). | 4.40 hrs. |
| 05/26/10 | F. VAZQUEZ      | Conf w/Roitman re posting of Examiner submissions on intralinks for Committee (.1); conf w/Zink re listing of issues (.3); review draft list of issues to be addressed in next round of submissions (.4); conf w/Daucher re submissions and review (.3); conf w/Zink and Ashley re next rounds of submissions and immediate steps (.5); conf w/Daucher re discussion of settlement payment by credit agreement lenders and case law (.3); conf w/Zink re creditor trust issues (.1); review letter from examiner re reply submissions (.2); Review outline of director and officer issues (.1); review submissions to examiner (3.2); summarize certain submissions to Examiner for Committee (3.4). | 8.90 hrs. |
| 05/26/10 | R. M. KIRBY     | Reviewing Debtors' submission to examiner and researching/analyzing legal arguments therein. | 2.60 hrs. |
| 05/26/10 | E. DAUCHER      | Review certain submissions to the Examiner in preparation for drafting master summary of all submissions. | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    47

| 05/26/10 | A. K. NELLOS | Begin to review Debtors' submissions related to potential issues to address in reply brief. (2.6). | 2.60 hrs. |
|---|---|---|---|
| 05/26/10 | H. SEIFE | Review of memo regarding issues to be covered in Examiner response (1.2); review of Examiner letter regarding submissions (.6); review of Ashley memo regarding points in response (.4). | 2.20 hrs. |
| 05/26/10 | M. D. ASHLEY | Reviewed parties' submissions to Examiner and related exhibits (2.8); drafted outline of Examiner third-party reply points (3.2); call with D. Deutsch regarding Examiner process (.1); call with T. Zink regarding Examiner reply brief outlines (.2); emails with T. Zink regarding Examiner reply submissions (.3); emails with A. Nellos regarding same (.3); emails with R. Kirby regarding legal research relating to Examiner third-party reply brief (.2); reviewed legal research relating to Examiner reply brief (1.4); reviewed outline relating to Examiner LBO reply brief (.8). | 9.30 hrs. |
| 05/26/10 | N. T. ZINK | Review parties' Examiner submissions (4.6); prepare list of issues that may require specific response (2.8). | 7.40 hrs. |
| 05/26/10 | M. ROITMAN | Draft email to Committee re: Examiner Briefs (0.2); Confer with D. Bava re: same (0.1); Confer with D. Deutsch and F. Vazquez re: confidentiality of Examiner Briefs (0.2); Review 5/26 Examiner Letter (0.3); Draft email to Committee re: same (0.1); Draft email to attorney working group re: same (0.1). | 1.00 hrs. |
| 05/27/10 | M. ROITMAN | Confer with A. Nellos re: confidentiality issues of sharing Examiner briefs with Committee (0.3) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   48


05/27/10    N. T. ZINK          Review examiner submissions (3.4);    8.10 hrs.
                                draft outline of reply submission
                                to Examiner (3.8); phone
                                conference with Zuckerman Spaeder
                                team re Committee's reply
                                submission (.9).

05/27/10    M. D. ASHLEY        Call with Zuckerman Spaeder, T.       6.70 hrs.
                                Zink, T. McCormack regarding
                                Examiner reply submissions (1.0);
                                meeting with T. McCormack, T. Zink
                                regarding Examiner reply briefs
                                (.2); meeting with R. Kirby
                                regarding legal research relating
                                to Examiner third-party reply
                                brief (.4); calls with A. Nellos
                                regarding Examiner reply briefs
                                (.3); emails with M. Rule (Alix)
                                regarding financial analysis for
                                Examiner reply submission (.3);
                                drafted Examiner third-party reply
                                brief (2.7); reviewed factual and
                                legal materials related to
                                Examiner third-party reply brief
                                (1.8).

05/27/10    H. SEIFE            Conference with M.Ashley and          2.50 hrs.
                                T.Zink regarding preparation of
                                supplemental response to Examiner
                                (.8); review of Examiner
                                submission (1.7).

05/27/10    F. VAZQUEZ          Conf w/Zink re Wilmington Trust       6.90 hrs.
                                submission (.2); conf w/Zink re
                                submissions and responses and
                                summaries (.3); conf w/Daucher re
                                summaries and status thereof (.3);
                                review submissions to examiner
                                (.9); draft summaries re
                                submissions, incl. those from
                                Credit Agreement Lenders (5.2).

05/27/10    D. M. LeMAY         T/c w/M. Hankin at Jenner re:         2.80 hrs.
                                possible settlement of dispute
                                between Tribune and Morgan Stanley
                                (.3).  Conference w/D. Deutsch re:
                                same (.1).  Review draft
                                settlement motion and related
                                papers (2.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   49

| | | | |
|---|---|---|---|
| 05/27/10 | D. BAVA | Review Examiner's web site re: certain exhibits filed in support of Debtors brief for M. Ashley. | 0.60 hrs. |
| 05/27/10 | A. K. NELLOS | Continue to review Debtors' submissions related to potential issues to address in Examiner reply brief. (3.9); Confer with L.Moloney regarding issues with materials from Examiner data site. (.7). | 4.60 hrs. |
| 05/27/10 | E. DAUCHER | Analyze and summarize submissions of all parties to the Examiner for Committee report. | 4.20 hrs. |
| 05/27/10 | R. M. KIRBY | Meeting w/M. Ashley regarding issues raised by Debtors' brief to Examiner. | 0.80 hrs. |
| 05/27/10 | R. M. KIRBY | Conducting legal research as to issues raised by Debtors' brief to Examiner. | 4.40 hrs. |
| 05/27/10 | D. E. DEUTSCH | Review discovery notices posted to court docket (.2); e-mail litigation team re: required follow-up on same (.2). | 0.40 hrs. |
| 05/27/10 | T. J. MCCORMACK | Call with Zuckerman on all issues for replies (1.0); and conference with T.Zink and M.Ashley re same (0.3); analysis of additional issues raised by other parties (1.4); review Debtor's assertions regarding additional bonuses paid to the D&Os and charts re: same (0.7); confer M. Ashley re: issues for advisor to analyze re: same (0.2); review Wells Fargo subsequent objections (0.4). | 4.00 hrs. |
| 05/28/10 | T. J. MCCORMACK | Review inquiry from Examiner regarding alternative theories of recovery relating to various potential outcomes (0.4); analyze issues relating to options for D&O claims in light of Examiner hypothetical (1.3) and discussions (0.2) and emails (0.3) with M. Ashley re: same; review materials on ERISA lawsuit against Zell on | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page   50

certain options for analysis (1.3).

| 05/28/10 | E. M. MILLER | Review emails from M Ashley re Merrill Lynch's review and putative endorsement of step 2 solvency opinion (0.5); Review documents in Relativity and documents cited by debtors in brief to examiner re same (1.8); emails to M Ashley re same (0.7). | 3.00 hrs. |

| 05/28/10 | F. VAZQUEZ | Conf w/Daucher re cases cited by debtors in their submission (.1); conf w/Daucher re form of submission and status (.7). email to Zink re status of summaries (.1). | 0.90 hrs. |

| 05/28/10 | F. VAZQUEZ | Conf w/Zink re Examiner brief summaries for Committee (.1); review Wilmington Trust reply to contempt and stay motion (.4); review and revise brief summaries (8.3). | 8.80 hrs. |

| 05/28/10 | R. M. KIRBY | Conducting specific legal research as to issues raised by Debtors' brief to Examiner. | 7.20 hrs. |

| 05/28/10 | E. DAUCHER | Continue work on master summary of all briefs submitted to the Examiner for circulation to the Committee. | 10.30 hrs. |

| 05/28/10 | C. L. RIVERA | Research re: creditor trust issue raised by examiner (.4); meeting with T. Zink re: same (.2). | 0.60 hrs. |

| 05/28/10 | D. BAVA | Review docket sheets re: responses or objections to discovery demands for M. Ashley (.80); conference with B. Miller re: Debtors' submissions to Examiner (.10); review files re: main brief and statement of facts (.30). | 1.20 hrs. |

| 05/28/10 | B. DYE | Analysis of Wilmington Trust's statement to the Examiner regarding potential estate claims, causes of action and defenses relating to LBO Transaction for F. Vazquez. | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    51


| | | | |
|---|---|---|---|
| 05/28/10 | M. D. ASHLEY | Drafted Examiner third-party reply brief and reviewed related factual and legal research materials (6.6); discussed reply brief with T. McCormack (.2); emails with E. Miller regarding factual analysis relating to reply brief (.3); emails with T. McCormack regarding reply brief arguments (.3); emails with M. Rule regarding financial analysis relating to reply brief (.3). | 7.70 hrs. |
| 05/28/10 | H. SEIFE | Review of email from Examiner regarding additional issues (.4); review of responses from T.McCormack and M.Ashley (.8); review of issues/response to Examiner (1.3). | 2.50 hrs. |
| 05/28/10 | N. T. ZINK | Review and revise draft reply submission to the Examiner. | 6.30 hrs. |
| 05/28/10 | M. ROITMAN | Confer with C. Rivera re: Debtors' Examiner Brief (0.1); Correspond with F. Vazquez and E. Daucher re: Wilmington Trust's Response to Committee Statement (0.2) | 0.30 hrs. |
| 05/29/10 | N. T. ZINK | Work on reply submission to Examiner (1.8). | 1.80 hrs. |
| 05/29/10 | F. VAZQUEZ | Further review and revision to summaries of Examiner submissions (4.7); email to and from Zink re same (.1); email to/from Daucher re summaries. (.1). | 4.90 hrs. |
| 05/30/10 | T. J. MCCORMACK | Review of additional briefs in Zell ERISA claim in Chicago federal court (0.4). | 0.40 hrs. |
| 05/30/10 | H. SEIFE | Review email from Examiner (Bogdanoff) regarding additional issue. | 0.40 hrs. |
| 05/30/10 | N. T. ZINK | Review and revise draft reply submission to Examiner (2.1). | 2.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   52
```

| 05/31/10 | N. T. ZINK | Review and revise submission to examiner (.8). | 0.80 hrs. |
|---|---|---|---|
| 05/31/10 | M. D. ASHLEY | Reviewed legal research and factual materials relating to Examiner third-party reply brief (2.8); emails with T. Zink regarding reply brief (.2). | 3.00 hrs. |
| 05/31/10 | T. J. MCCORMACK | Receipt and review Examiner inquiry on preference claims issue. | 0.20 hrs. |
| 05/31/10 | F. VAZQUEZ | Email to/from Ashley and Zink re preference issue. | 0.10 hrs. |
| 05/31/10 | H. SEIFE | Review of new email inquiry from Examiner and consider response. | 1.20 hrs. |

**Total Fees for Professional Services.............. $738,820.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 7.20 | 6156.00 |
| H. SEIFE | 965.00 | 73.70 | 71120.50 |
| N. T. ZINK | 795.00 | 119.10 | 94684.50 |
| R. A. SCHWINGER | 785.00 | 2.00 | 1570.00 |
| T. J. MCCORMACK | 825.00 | 114.50 | 94462.50 |
| M. D. ASHLEY | 645.00 | 193.70 | 124936.50 |
| D. E. DEUTSCH | 695.00 | 17.90 | 12440.50 |
| E. M. MILLER | 595.00 | 13.70 | 8151.50 |
| F. VAZQUEZ | 625.00 | 185.80 | 116125.00 |
| A. HANESSIAN | 185.00 | 3.50 | 647.50 |
| D. BAVA | 270.00 | 20.50 | 5535.00 |
| J. LOPEZ | 215.00 | 9.70 | 2085.50 |
| L. MENDOZA | 240.00 | 9.50 | 2280.00 |
| M. IACOPELLI | 240.00 | 90.80 | 21792.00 |
| W. BAKARE | 230.00 | 3.90 | 897.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    53
```

| | | | |
|---|---:|---:|---:|
| A. K. NELLOS | 595.00 | 167.00 | 99365.00 |
| C. L. RIVERA | 625.00 | .60 | 375.00 |
| E. DAUCHER | 355.00 | 75.00 | 26625.00 |
| R. M. KIRBY | 475.00 | 45.80 | 21755.00 |
| B. DYE | 405.00 | 2.90 | 1174.50 |
| E. WEISSMAN | 250.00 | 18.20 | 4550.00 |
| K. ZAFRAN | 405.00 | 13.70 | 5548.50 |
| L. F. MOLONEY | 305.00 | 14.90 | 4544.50 |
| M. ROITMAN | 355.00 | 33.80 | 11999.00 |
| TOTALS | | 1237.40 | 738820.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                          `         Page    1
```

                              For Services Through May 31, 2010

    Our Matter #19804.018
            TRAVEL

| | | | |
|---|---|---|---|
| 05/10/10 | M. D. ASHLEY | Non-working travel to/from Delaware for court hearing (1.7). | 1.70 hrs. |
| 05/10/10 | D. E. DEUTSCH | Non-working travel to/from Delaware hearing (2.2). | 2.20 hrs. |
| 05/17/10 | F. VAZQUEZ | Non-working travel to/from Chicago for meeting. | 5.20 hrs. |
| 05/19/10 | D. E. DEUTSCH | Non-working travel time from NY to Delaware for court hearing (1.4). | 1.40 hrs. |
| 05/20/10 | D. E. DEUTSCH | Non-working travel from Delaware to NY for court hearing (2.1). | 2.10 hrs. |
| 05/28/10 | D. E. DEUTSCH | Non-working travel to/from Delaware to attend Disclosure Statement hearing. | 2.60 hrs. |

        **Total Fees for Professional Services.............    $10,115.00**


                       TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 645.00 | 1.70 | 1096.50 |
| D. E. DEUTSCH | 695.00 | 8.30 | 5768.50 |
| F. VAZQUEZ | 625.00 | 5.20 | 3250.00 |
| TOTALS | | 15.20 | 10115.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through May 31, 2010

Our Matter #19804.019
        REVIEW OF PREPETITION FINANCINGS

| | | | |
|---|---|---|---|
| 05/04/10 | L. F. MOLONEY | Prepare new media to be sent to Complete Document Source for processing (.7); correspondence with M. Cervantes at Complete Document Source re. issues with certain data (.6) | 1.30 hrs. |
| 05/10/10 | R. A. SCHWINGER | Review e-mails re Blackstone e-mail production (.2), and meeting with A. Nellos re same (.2). | 0.40 hrs. |
| 05/11/10 | C. L. RIVERA | Confer with T. Zink and F. Vazquez re: insolvency analysis/aggregate v. individual basis. | 0.20 hrs. |
| 05/11/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.3). | 1.30 hrs. |
| 05/11/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction (2.7). | 2.70 hrs. |
| 05/11/10 | A. K. NELLOS | Communicate with document reviewers (.3) and assign documents for review (.5). | 0.80 hrs. |
| 05/12/10 | A. K. NELLOS | Assign documents to reviewers for review (.8). | 0.80 hrs. |
| 05/12/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 05/12/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (7.6). | 7.60 hrs. |
| 05/12/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.10 hrs. |
| 05/12/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       June 22, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page     2


| 05/12/10 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (0.6) | 0.60 hrs. |
| 05/12/10 | K. ZAFRAN | Online review of documents produced in connection with ESOP transaction (4.4); review certain documents of the Chandler Trusts and McCormick Foundation (1.8); review documents related to Bill Pate and Nils Larsen (2.0). | 8.20 hrs. |
| 05/13/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction (3.6); research emails related to Pate and Larsen (1.0); gather and review documents showing D&O liability (1.1); begin to review presentations (Debtor's Presentation and Law Debenture Presentation) and all documents referenced in such (4.5). | 10.20 hrs. |
| 05/13/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 05/13/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (1.2). | 1.20 hrs. |
| 05/13/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 05/13/10 | A. K. NELLOS | Review progress of document reviewers (.7) and assign additional documents for review (1.1); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.2). | 3.00 hrs. |
| 05/13/10 | M. D. ASHLEY | Emails with R. Schwinger relating to open document production issues (.2); reviewed correspondence regarding same (.3). | 0.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     3
```

| 05/13/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |
|---|---|---|---|
| 05/13/10 | R. A. SCHWINGER | E-mails to M. Ashley, Andrew Goldfarb, Rebecca Butcher re status of open discovery issues. | 0.60 hrs. |
| 05/14/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.40 hrs. |
| 05/14/10 | A. K. NELLOS | Review progress of document reviewers (.8) and assign additional materials for review (.9); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.2). | 2.90 hrs. |
| 05/14/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.40 hrs. |
| 05/14/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (1.4). | 1.40 hrs. |
| 05/14/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction (2.6). | 2.60 hrs. |
| 05/15/10 | K. ZAFRAN | On-line review of documents produced in relation to ESOP transaction. | 1.10 hrs. |
| 05/16/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 0.60 hrs. |
| 05/16/10 | A. DUFFY | Online review of documents produced in connection with the ESOP transaction (1.3) | 1.30 hrs. |
| 05/16/10 | D. E. DEUTSCH | Review updated memorandum on discovery process status and edit same (.6); draft related e-mail to Ali Nellos (.1). | 0.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 22, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    4
```

| | | | |
|---|---|---|---|
| 05/17/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (1.4). | 1.40 hrs. |
| 05/17/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional documents for review (2.2); Review correspondence from counsel for Blackstone (.1) and follow up regarding issues (.3); Speak with L. Moloney regarding materials from Complete Documents and regarding with Blackstone production (.7). | 4.20 hrs. |
| 05/17/10 | R. A. SCHWINGER | E-mail to D. Deutsch re discovery status information for 5/18/10 LBO professionals meeting. | 0.30 hrs. |
| 05/17/10 | M. D. ASHLEY | Emails with R. Schwinger regarding Committee discovery update (.1); emails with A. Nellos regarding same (.1). | 0.20 hrs. |
| 05/17/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.60 hrs. |
| 05/17/10 | K. ZAFRAN | Online review of documents produced in connection with ESOP transaction (4.2). | 4.20 hrs. |
| 05/17/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.30 hrs. |
| 05/17/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transactions. | 7.40 hrs. |
| 05/18/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transactions. | 8.30 hrs. |
| 05/18/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP investigation (1.9). | 1.90 hrs. |
| 05/18/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 22, 2010
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 05/18/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional documents for review (1.2). | 2.10 hrs. |
| 05/18/10 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs. |
| 05/19/10 | A. K. NELLOS | Review progress of document reviewers (1.0) and assign additional documents for review (1.1). | 2.10 hrs. |
| 05/19/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (.80). | 0.80 hrs. |
| 05/19/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.90 hrs. |
| 05/19/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 05/19/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 1.40 hrs. |
| 05/19/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.10 hrs. |
| 05/19/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transactions. | 5.30 hrs. |
| 05/20/10 | M. ROITMAN | Draft email to Committee re: discovery status update (0.3) | 0.30 hrs. |
| 05/20/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.40 hrs. |
| 05/20/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 4.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 22, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    6
```

| 05/20/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
|---|---|---|---|
| 05/20/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.10 hrs. |
| 05/20/10 | A. K. NELLOS | Review progress of document reviewers (1.1) and assign additional materials for review (1.2); Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.9); Discuss issues with Blackstone production with L. Moloney (.3); Exchange emails with counsel for Blackstone Group regarding issues with Blackstone production (.1). | 5.60 hrs. |
| 05/21/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional documents for review (1.3). | 2.20 hrs. |
| 05/21/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.30 hrs. |
| 05/21/10 | K. A. GIULIANO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.10 hrs. |
| 05/21/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.70 hrs. |
| 05/21/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |
| 05/21/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.90 hrs. |
| 05/22/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    7

| 05/22/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.10 hrs. |
| 05/23/10 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.80 hrs. |
| 05/24/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.00 hrs. |
| 05/24/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 05/24/10 | C. KUMAR | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 05/24/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 6.90 hrs. |
| 05/24/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.80 hrs. |
| 05/24/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional documents for review (1.2); Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.2). | 4.30 hrs. |
| 05/24/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (2.6). | 2.60 hrs. |
| 05/25/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (4.8). | 4.80 hrs. |
| 05/25/10 | A. K. NELLOS | Review progress of document reviewers (1.3) and assign additional materials for review (1.6); Online review and comparison of documents related to the ESOP transaction (second- tier | 6.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    8


|            |               | review) (2.7); Exchange emails with reviewer team and M. Ashley regarding third-party review issues in connection with review of Blackstone documents (.2); Exchange emails with L.Moloney and Complete Documents regarding issues with Blackstone documents on Relativity (.3); Draft letter to Sidley regarding materials for the Depository (.3). |            |
| 05/25/10   | P. TANCK      | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs.  |
| 05/25/10   | K. ZAFRAN     | On-line review of documents produced in connection with ESOP transaction. | 7.30 hrs.  |
| 05/25/10   | J. LOPEZ      | Upload electronic versions of Examiner briefs to be submitted together with hyperlinked references to Examiner website (in accordance with Examiner specifications). | 3.60 hrs.  |
| 05/25/10   | C. KUMAR      | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.90 hrs.  |
| 05/25/10   | A. KRONSTADT  | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.50 hrs.  |
| 05/25/10   | F. PERKINS    | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.50 hrs.  |
| 05/26/10   | F. PERKINS    | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.20 hrs.  |
| 05/26/10   | A. DUFFY      | Online review of documents produced in connection with the ESOP Transaction (2.6) | 2.60 hrs.  |
| 05/26/10   | C. KUMAR      | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    9

| 05/26/10 | E. DAUCHER | Online review of documents produced in connection with investigation of Leveraged ESOP transaction. | 0.50 hrs. |
|---|---|---|---|
| 05/26/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 1.40 hrs. |
| 05/26/10 | A. K. NELLOS | Review progress of document reviewers (1.1) and assign additional documents for review (1.3); Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.8). | 4.20 hrs. |
| 05/26/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (.2). | 0.20 hrs. |
| 05/27/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (.6). | 0.60 hrs. |
| 05/27/10 | A. K. NELLOS | Review progress of document reviewers (1.3) and assign additional documents for review (1.4); Exchange emails with counsel for VRC and counsel for the Debtors relating to question from one of depository members relating to VRC document (.3). | 3.00 hrs. |
| 05/27/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 1.60 hrs. |
| 05/27/10 | F. VAZQUEZ | Review notice of Citi discovery. | 0.10 hrs. |
| 05/27/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.30 hrs. |
| 05/27/10 | T. J. MCCORMACK | Review issues re: Moody's production (0.1). | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 22, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    10


05/27/10    K. A. GIULIANO       On-line review of documents          3.20 hrs.
                                 produced in connection with
                                 investigation of ESOP Transaction.

05/27/10    C. KUMAR             On-line review of documents          3.60 hrs.
                                 produced in connection with
                                 investigation of ESOP transaction.

05/27/10    A. KRONSTADT         On-line review of documents          1.00 hrs.
                                 produced in connection with
                                 investigation of ESOP transaction.

05/27/10    M. D. ASHLEY         Emails with A. Goldfarb regarding     0.40 hrs.
                                 discovery requests to Moody's
                                 (.2); reviewed related
                                 correspondence (.2).

05/28/10    A. DUFFY             Online review of documents           0.40 hrs.
                                 produced in connection with the
                                 ESOP Transaction (0.4)

05/28/10    A. KRONSTADT         On-line review of documents          0.80 hrs.
                                 produced in connection with
                                 investigation of ESOP transaction.

05/28/10    C. KUMAR             On-line review of documents          3.60 hrs.
                                 produced in connection with
                                 investigation of ESOP transaction.

05/28/10    F. PERKINS           On-line review of documents          1.80 hrs.
                                 produced in connection with
                                 investigation of ESOP Transaction.

05/28/10    K. ZAFRAN            On-line review of documents          4.80 hrs.
                                 produced in connection with ESOP
                                 transaction.

05/28/10    M. WEINBAUM          On-line review of documents          0.40 hrs.
                                 produced in connection with
                                 investigation of ESOP Transaction
                                 (.4).

05/30/10    A. DUFFY             Online review of documents           1.60 hrs.
                                 produced in connection with the
                                 ESOP Transaction (1.6)

05/31/10    A. DUFFY             Online review of documents           1.20 hrs.
                                 produced in connection with the
                                 ESOP Transaction (1.2)

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         June 22, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   11


05/31/10   K. ZAFRAN        On-line review of documents          0.80 hrs.
                            produced in connection with ESOP
                            transaction.


          **Total Fees for Professional Services**.............  $144,320.00




                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| R. A. SCHWINGER | 785.00 | 1.30 | 1020.50 |
| T. J. MCCORMACK | 825.00 | .10 | 82.50 |
| M. D. ASHLEY | 645.00 | 1.10 | 709.50 |
| D. E. DEUTSCH | 695.00 | .70 | 486.50 |
| F. MALIK | 405.00 | 33.70 | 13648.50 |
| F. VAZQUEZ | 625.00 | .10 | 62.50 |
| K. A. GIULIANO | 595.00 | 6.50 | 3867.50 |
| J. LOPEZ | 215.00 | 3.60 | 774.00 |
| A. K. NELLOS | 595.00 | 41.60 | 24752.00 |
| C. L. RIVERA | 625.00 | .20 | 125.00 |
| E. DAUCHER | 355.00 | .50 | 177.50 |
| P. TANCK | 595.00 | 47.00 | 27965.00 |
| A. DUFFY | 405.00 | 10.40 | 4212.00 |
| A. KRONSTADT | 405.00 | 11.80 | 4779.00 |
| C. KUMAR | 405.00 | 24.00 | 9720.00 |
| F. PERKINS | 405.00 | 46.10 | 18670.50 |
| K. ZAFRAN | 405.00 | 61.30 | 24826.50 |
| L. F. MOLONEY | 305.00 | 1.30 | 396.50 |
| M. ROITMAN | 355.00 | .30 | 106.50 |
| M. WEINBAUM | 405.00 | 19.60 | 7938.00 |
| TOTALS | | 311.20 | 144320.00 |