# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

May 1, 2010 through and including May 31, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 35.90 | $23,335.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 32.80 | $18,860.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999 | May, 1999 | $415.00 | 43.40 | $18,011.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 41.40 | $16,353.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 78.50 | $20,802.50 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 50.80 | $10,668.00 |
| | | | Total | 282.80 | $108,029.50 |

**Blended Rate: $382.00**

{698.001-W0008346.}