# EXHIBIT "B"

{698.001-W0008346.}

Official Committee of Unsecured Creditors

June 25, 2010
Account No:    698-001
Statement No:        11900

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

|       |                                                      | Fees        | Hours  |
|-------|------------------------------------------------------|-------------|--------|
| B114  | Assumption/Rejection of Leases and Contracts         | 53.00       | 0.20   |
| B122  | Case Administration                                  | 2,666.50    | 12.20  |
| B124  | Claims Administration & Objections                   | 1,154.00    | 4.50   |
| B126  | Employee Benefits/Pensions                           | 397.50      | 1.50   |
| B133  | LBO and Related Transactions                         | 48,368.00   | 114.90 |
| B134  | Hearings                                             | 18,394.50   | 43.20  |
| B135  | Litigation                                           | 79.50       | 0.30   |
| B136  | LRC Retention & Fee Matters                          | 3,934.00    | 14.50  |
| B138  | Creditors' Committee Meetings/Communications         | 2,824.50    | 6.10   |
| B140  | Creditor Inquiries                                   | 307.00      | 1.20   |
| B144  | Non-LRC Retention & Fee Matters                      | 2,133.00    | 9.30   |
| B146  | Plan and Disclosure Statement (including Business Plan) | 27,718.00 | 74.90  |
| **B100** | **Bankruptcy Task Codes**                         | **$108,029.50** | **282.80** |

{698.001-W0008408.}

**Landis Rath & Cobb LLP**
**919 Market Street, Suite 1800**
**PO Box 2087**
**Wilmington, DE 19899**
**(302) 467-4400**
**Federal Tax ID 04-3762200**

Official Committee of Unsecured Creditors                    June 25, 2010
                                                 Account No:   698-001
                                                 Statement No:    11900

Tribune Company, et al. bankruptcy

### Fees through 05/31/2010

|            |     |      |      |                                                                                        | Hours |       |
|------------|-----|------|------|----------------------------------------------------------------------------------------|-------|-------|
| 05/17/2010 | KAB | B114 | A100 | review and summarize Court's order authorizing rejection of agreement with D&B         | 0.20  | 53.00 |
|            |     |      |      | **B114 - Assum/Rej of Lease/Cont**                                                     | **0.20** | **53.00** |
| 05/03/2010 | FAP | B122 | A100 | Review UST appointment of examiner; update critical dates                              | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review UST application to appoint examiner, Klee biographies and UST notice             | 0.20  | 42.00 |
|            | FAP | B122 | A100 | Review notice of PWC supplemental retention application; update critical dates          | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Update critical dates memo                                                             | 0.40  | 84.00 |
|            | FAP | B122 | A100 | Review notice of Reed Smith fifth interim fee application; update critical dates        | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review notice of Reed Smith fourteenth monthly fee application; update critical dates   | 0.10  | 21.00 |
| 05/04/2010 | KAB | B122 | A100 | Review docket                                                                          | 0.10  | 26.50 |
|            | FAP | B122 | A100 | Review Intralinks posting re: Ed Wilson departure                                       | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review Klee  notice of appearance; update 2002 service list                            | 0.10  | 21.00 |
| 05/05/2010 | FAP | B122 | A100 | Review agenda for 5/6 committee meeting                                                | 0.10  | 21.00 |
|            | KAB | B122 | A100 | review WTC adversary docket                                                            | 0.10  | 26.50 |
| 05/06/2010 | FAP | B122 | A100 | Briefly review Moelis weekly report                                                   | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Briefly review AlixPartners weekly report                                             | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review notice of Daniel Edelman March fee application; update critical dates            | 0.10  | 21.00 |
|            | KAB | B122 | A100 | review docket                                                                          | 0.10  | 26.50 |
| 05/07/2010 | KAB | B122 | A100 | review docket                                                                          | 0.10  | 26.50 |
|            | FAP | B122 | A100 | Email exchanges with D. Bava re: fully executed written consent                        | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review Intralinks weekly court calendar                                               | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review notice of adjournment of hearing re: JPMC motion for sanctions against WTC; update critical dates | 0.10 | 21.00 |
|            | KAB | B122 | A100 | review updated docket                                                                 | 0.10  | 26.50 |
|            | FAP | B122 | A100 | Review notice of Cole Schotz fifteenth monthly fee application; update critical dates`  | 0.10  | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | **Hours** | |
|---|---|---|---|---|---|
| 05/10/2010 KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| FAP | B122 | A100 | Update critical dates memo | 0.30 | 63.00 |
| FAP | B122 | A100 | Review Wells Fargo notice of appearance; update 2002 service list | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review Godbey response to twenty-fourth omni objection to claims | 0.10 | 21.00 |
| FAP | B122 | A100 | Email exchanges with MBM re: critical dates for week of 5/10 | 0.10 | 21.00 |
| KAB | B122 | A100 | review critical dates memo | 0.20 | 53.00 |
| 05/11/2010 FAP | B122 | A100 | Briefly review Henke objection to disclosure statement | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review Chadbourne memo re: committee's position on supplemental retention application of PWC; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review Chadbourne memo re: committee's position on motion to reject D&B master agreement; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review certification of counsel re: proposed order approving examiner work and expense plan; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review TBS, Inc. notice of appearance; update 2002 service list | 0.10 | 21.00 |
| KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| FAP | B122 | A100 | Review notice of appearance for examiner Delaware counsel; update 2002 service list | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review Oracle response to twenty-fourth omni objection to claims | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review draft committee meeting minutes of 4/8, 4/15 and 4/29 | 0.10 | 21.00 |
| 05/12/2010 FAP | B122 | A100 | Review notice of Offit Kurman February fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review agenda for 5/13 committee meeting | 0.10 | 21.00 |
| FAP | B122 | A100 | Review certification of counsel and proposed discovery and scheduling order for plan confirmation | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review VonBriesen response to twenty-fourth omni objection to claims | 0.10 | 21.00 |
| 05/13/2010 FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 21.00 |
| FAP | B122 | A100 | Review draft plan support letter | 0.10 | 21.00 |
| FAP | B122 | A100 | Review order approving motion to shorten retention application of examiner professionals; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review order approving motion to shorten examiner 2004 motion; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review discovery and scheduling order re: plan confirmation; update critical dates | 0.30 | 63.00 |
| FAP | B122 | A100 | Briefly review United States response to twenty-sixth omni objection to claims | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review Crabhouse response to disclosure statement | 0.10 | 21.00 |

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Review notice of hearing on examiner professional's retention applications | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review the Ace Companies objection to disclosure statement | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review M. Roitman email re: status of TMIP and KOB and plan supplement | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review Credit Agreement Lenders statement re: motion to extend exclusivity | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review Credit Agreement Lenders objection to disclosure statement | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review US Dept. of Labor objection to disclosure statement | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review Deutsche Bank objection to disclosure statement | 0.10 | 21.00 |
| 05/14/2010 | FAP | B122 | A100 | Briefly review objections to disclosure statement: Wells Fargo (.1); San Bernardino County (.1) and Wilmington Trust Company (.1) | 0.30 | 63.00 |
|  | FAP | B122 | A100 | Briefly review amended schedules: Tribune Company (.1); Tribune CNLBC (.1); notice of service for same (.1) | 0.30 | 63.00 |
|  | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
|  | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| 05/17/2010 | FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review order rejecting Dunn & Bradstreet master agreement | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of motion to establish bar date re: Tribune CNBLC; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Update critical dates memo | 0.50 | 105.00 |
|  | FAP | B122 | A100 | Review Truck Drivers Local 355 notice of appearance; update 2002 service list | 0.10 | 21.00 |
|  | KAB | B122 | A100 | review critical dates memo | 0.20 | 53.00 |
| 05/18/2010 | FAP | B122 | A100 | Review notice of 27th omni objection to claims; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of 28th omni objection to claims; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of 29th omni objection to claims; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of 30th omni objection to claims; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of 31st omni objection to claims; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Alvarez & Marsal fifteenth fee application; update critical dates | 0.10 | 21.00 |
| 05/19/2010 | FAP | B122 | A100 | Review notice of Jones Day sixth monthly fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review S. Rosenstein notice of withdrawal of appearance; update 2002 service list | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review order further extending exclusive solicitation period; update critical dates | 0.10 | 21.00 |
|  | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |

Tribune Company, et al. bankruptcy

| Date | | | | Description | Hours | |
|------|---|---|---|-------------|-------|---|
| 05/20/2010 | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of minimum wage claimants motion for class certification; update critical dates | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review U.S. Dept. of Labor notice of appearance; update 2002 service list | 0.10 | 21.00 |
| | FAP | B122 | A100 | Discussion with AGL re: status of disclosure statement hearing; update critical dates with continuance | 0.10 | 21.00 |
| | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| 05/21/2010 | FAP | B122 | A100 | Review Chadbourne memo re: report on disclosure statement hearing; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| 05/24/2010 | FAP | B122 | A100 | Update critical dates memo | 0.40 | 84.00 |
| | FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review notice of second supplemental retention application of Ernst & Young; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Dow Lohnes eleventh monthly fee application; update critical dates | 0.10 | 21.00 |
| 05/25/2010 | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| 05/26/2010 | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Briefly review April monthly operating report | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Jenner Block March fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Stuart Maue April fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of motion to authorize 2010 MIP; update critical dates | 0.10 | 21.00 |
| 05/27/2010 | FAP | B122 | A100 | Review notice of motion to file under seal exhibit to 2010 MIP motion; update critical dates | 0.10 | 21.00 |
| 05/28/2010 | FAP | B122 | A100 | Review notice of motion to extend removal period; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Briefly review Mercer presentation re: 2010 MIP | 0.10 | 21.00 |
| | | | | **B122 - Case Administration** | **12.20** | **2,666.50** |
| 05/05/2010 | KAB | B124 | A100 | review and summarize NYSDTF's response to Debtors 26th omnibus objection (.2) | 0.30 | 79.50 |
| 05/10/2010 | KAB | B124 | A100 | review and summarize T. Gobey's objection to Debtors' objection to her claim (.3) | 0.30 | 79.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 05/12/2010 | KAB | B124 | A100 | review and summarize (i) Oracle's response to Debtors 24th omni objection to its claims against Tribune (.2) and (ii) Oracle's response to Debtors 24th omni objection to its claims against the LA Times (.2) | 0.40 | 106.00 |
| 05/13/2010 | KAB | B124 | A100 | review and summarize (i) Ms. Von Briesen's response to debtors 24th omni objection (.1), (ii) Mr. Eye's response to debtors 24th omni objection (.2) | 0.30 | 79.50 |
| 05/14/2010 | KAB | B124 | A100 | review and summarize (i) the USDJ's response to the Debtors 26th omni objection (.2) and (ii) Mr. Eye's second response to the Debtors 24th omni objection (.2) | 0.40 | 106.00 |
| 05/17/2010 | FAP | B124 | A100 | Briefly review orders sustaining: nineteenth (.1), twenty-third (.1), twenty-fourth (.1) and twenty-sixth (.1) omni objection to claims | 0.40 | 84.00 |
|  | KAB | B124 | A100 | review and summarize Court's orders re: (i) Debtors 19th omni objection (.1); (ii) Debtors 23rd omni objection (.2); (iii) Debtors 24th omni objection (.1); (iv) Debtors 25th omni objection (.1); (v) Debtors 26th omni objection (.1) | 0.60 | 159.00 |
| 05/18/2010 | KAB | B124 | A100 | review and summarize (i) Debtors 27th omni objection (.2), (ii) Debtors 28th omni objection (.2), (iii) Debtors 29th omni objection (.1), (iv) Debtors 30th omni objection (.1), (v) Debtors 31st omni objection (.1) | 0.70 | 185.50 |
| 05/20/2010 | KAB | B124 | A100 | review and summarize certain minimum wage claimants' motion for class certification and related exhibits | 0.60 | 159.00 |
| 05/27/2010 | FAP | B124 | A100 | Briefly review Cotton response to twenty-fourth omni objection to claims | 0.10 | 21.00 |
|  | KAB | B124 | A100 | review and summarize Mr. Cotton's response to Debtors' 24th omni objection | 0.20 | 53.00 |
| 05/28/2010 | FAP | B124 | A100 | Review Chadbourne memo re: committee's position regarding 26th through 31st objection to claims | 0.10 | 21.00 |
|  | FAP | B124 | A100 | Review Chadbourne memo re: committee's position regarding Tribune CNLBC motion to establish bar date | 0.10 | 21.00 |
|  |  |  |  | **B124 - Claims Adm. & Objection** | **4.50** | **1,154.00** |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 05/27/2010 KAB | B126 | A100 | review and summarize the Debtors (i) motion to authorize 2010 MIP (1.4) and (ii) related motion to seal (.1) | 1.50 | 397.50 |
| | | | **B126 - Employ Benefits/Pension** | 1.50 | 397.50 |
| 05/03/2010 DBR | B133 | A100 | review examiner appointment (.2); discuss status with Landis and Butcher (.3); work on open discovery matters (1.0); review Chadbourne correspondence re: committee meeting (.2); | 1.70 | 977.50 |
| FAP | B133 | A100 | Discussion with R. Butcher re: Citigroup discovery (.1); coordinate document production (.1); correspondence to F. Vazquez (.1); correspondence to J. Peltz (.1) | 0.40 | 84.00 |
| FAP | B133 | A100 | Review order approving stipulation re: Credit Agreement Lenders motion to conduct discovery of Centerbridge | 0.10 | 21.00 |
| KAB | B133 | A100 | review and summarize (i) UST's notice of appointment of examiner (.1), (ii) UST's motion to approve appointment of examiner and related exhibits (.4), (iii) Court's order approving stipulation re: discovery between Credit Agreement Lenders and CCA and related exhibits (.4) | 0.90 | 238.50 |
| KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 5.00 | 1,325.00 |
| AGL | B133 | A100 | emails to and from (.2) and call (.3) with Deutsch re: examiner process and issues | 0.50 | 325.00 |
| RLB | B133 | A100 | Draft update re: status of discovery (.4) E-mail with co-counsel at Chadbourne re: same (.2) Forward Citi final production to co-counsel (.3) and e-mail co-counsel at Chadbourne re: same (.2) Cancel professionals call re: LBO (.1) Begin review of final Citi ESI production (2.2) | 3.40 | 1,411.00 |
| 05/04/2010 KAB | B133 | A100 | email with A. Landis re: research of recent Delaware cases and transcripts with respect to litigation and settlement issues (.1), research same (.5), brief discussion with A. Landis re: same (.1), further research re: same (1.8), email A. Landis and M. McGuire with results (.1) | 2.60 | 689.00 |
| AGL | B133 | A100 | emails to and from Deutsch re: examiner orders and recent Carey decisions (.3) and research re: same (.9) | 1.20 | 780.00 |
| RLB | B133 | A100 | Continued review of Citi final ESI production. | 1.70 | 705.50 |
| 05/05/2010 FAP | B133 | A100 | Email exchanges with R. Butcher re: incomplete Citigroup discovery hard drive (.1); call with A. Nellos re: same (.1); review hard drive (.1) | 0.30 | 63.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | DBR | B133 | A100 | review draft supplement to Examiner order (.2) ; review discovery materials (.9) ; discussions with Butcher re: same(.2) | 1.30 | 747.50 |
| | RLB | B133 | A100 | Email with Chadbourne re: Citi missing file (.3) Email with counsel to Citi re: same (.2) Review draft letter re: preserving privilege (.3) | 0.80 | 332.00 |
| 05/06/2010 | FAP | B133 | A100 | Email exchanges with M. McGuire re: objection deadline to UST appointment of examiner | 0.10 | 21.00 |
| | RLB | B133 | A100 | Call to Bank of Tokyo re: delinquent documents (.2) Call to Mizuho re: delinquent documents (.2) Call to counsel to S&P re: additional documents (.3) E-mail to Bank of America re: documents (.3)  Review Citi files (.3) Call Citi counsel re: load file (.2)  Review summary of documents produced to date (.7) | 2.20 | 913.00 |
| 05/07/2010 | KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation | 5.40 | 1,431.00 |
| | FAP | B133 | A100 | Follow-up discussion with RLB re: status of Citigroup document production | 0.10 | 21.00 |
| | AGL | B133 | A100 | review and analyze examiner work plan and compare to recently filed examiner work plans | 1.60 | 1,040.00 |
| 05/09/2010 | KAB | B133 | A100 | email with A. Landis re: research of recent Delaware cases and transcripts with respect to litigation and settlement issues | 0.20 | 53.00 |
| 05/10/2010 | KAB | B133 | A100 | additional emails with A. Landis re: research results of recent Delaware cases and transcripts with respect to litigation and settlement issues (.2) ; summarize findings (.4) | 0.60 | 159.00 |
| | FAP | B133 | A100 | Briefly review examiner work and expense plan | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review amended verified statement of Klee | 0.10 | 21.00 |
| | FAP | B133 | A100 | Email to Chadbourne and Zuckerman team re: 5/10 confidential Klee letter | 0.10 | 21.00 |
| | KAB | B133 | A100 | review email from F. Panchak re: examiner's 5/10 letter (.1), review letter (.7) | 0.80 | 212.00 |
| | DBR | B133 | A100 | review agenda for committee professionals call (.2); review status of outstanding discovery matters (.5); consult with Butcher re: case status (.4) | 1.10 | 632.50 |
| | RLB | B133 | A100 | Additional research re: reporters privilege for continued document production negotiations with Standard & Poor's (1.4)  Review agenda for call re: LBO (.2) E-mails re: Citi load file production with Chadbourne (.3)    Call (.2) and e-mail (.2) to Citi counsel re: production deficiency | 2.30 | 954.50 |
| 05/11/2010 | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 2.80 | 742.00 |
| | FAP | B133 | A100 | Review order approving appointment of Klee as examiner | 0.10 | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | DBR | B133 | A100 | prepare for (.5) and participate in committee professionals call (.9); confer with Butcher re: discovery status (.3); review status of production from targets and status of review of documents (.7) | 2.40 | 1,380.00 |
| | FAP | B133 | A100 | Review order approving work and expense plan and modify examiner order | 0.10 | 21.00 |
| | RLB | B133 | A100 | Review examiner order (.4) Review Citi load file received (.2) E-mail with Citi counsel re: production issues (.3) E-mail with co-counsel at Chadbourne re: Citi production issues (.4)  Participate in professionals call (.8) | 2.10 | 871.50 |
| 05/12/2010 | KAB | B133 | A100 | review and summarize (i) the Court's order approving examiner (.1) and (ii) the Court's order approving the Work Plan and modifying the examiner order (.6) | 0.70 | 185.50 |
| | FAP | B133 | A100 | Discussion with R. Butcher re: Citigroup discovery issues (.1); coordinate with DLS retrieval of certain discovery (.2) | 0.30 | 63.00 |
| | FAP | B133 | A100 | Review examiner letter requesting materials (.1); update critical dates (.1) | 0.20 | 42.00 |
| | RLB | B133 | A100 | Resolve Citi document issue (.4) E-mail with Chadbourne re: same (.3) E-mail with Bank of Tokyo (.2) E-mail with Overseas (.2) E-mail with Bank Of America (.2) re: outstanding discovery requests. | 1.30 | 539.50 |
| 05/13/2010 | FAP | B133 | A100 | Briefly review examiner 2004 motion to issue subpoenas (.1); review motion to shorten same (.1) | 0.20 | 42.00 |
| | KAB | B133 | A100 | review and summarize (i) Examiner's request for Rule 2004 examination of the relevant LBO parties (.4) and (ii) related motion to shorten (.1) | 0.50 | 132.50 |
| | FAP | B133 | A100 | Follow-up discussion with RLB re: certain portions of Citigroup document production (.1); follow-up with DLS re: same (.1); correspondence to F. Vazquez (.1); correspondence to J. Peltz (.1); email exchanges with A. Nellos re: same (.1) | 0.50 | 105.00 |
| | FAP | B133 | A100 | Review notice of hearing re: examiner 2004 motion | 0.10 | 21.00 |
| | RLB | B133 | A100 | Resolve additional Citi document issues (.4) E-mail with Citi counsel re: issues (.2) | 0.60 | 249.00 |
| 05/14/2010 | FAP | B133 | A100 | Email exchanges with A. Nellos re: portions of Citigroup document production | 0.10 | 21.00 |
| | KAB | B133 | A100 | review and summarize the Court's order granting the motion to expedite the Examiner discovery motion | 0.20 | 53.00 |
| | RLB | B133 | A100 | E-mails with co-counsel at Chadbourne re: resolution of Citi drive issues (.3) E-mail with Citi counsel re: same (.2) Discuss resolution with paralegal (.1) | 0.60 | 249.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                                                                                                                      | **Hours** |          |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|----------|
|            | RLB | B133 | A100 | Review examiner letter (.2) Internal outline re: processes for examiner investigation (.3)                                                                                                            | 0.50      | 207.50   |
| 05/16/2010 | DBR | B133 | A100 | review discovery served by Wells Fargo on numerous parties                                                                                                                                            | 3.70      | 2,127.50 |
| 05/17/2010 | FAP | B133 | A100 | Briefly review Chadbourne memos re: committee's position on examiners 2004 motion (.1); examiners professionals retention applications (.1)                                                            | 0.20      | 42.00    |
|            | FAP | B133 | A100 | Briefly review multiple notices of service of discovery by WTC                                                                                                                                        | 0.10      | 21.00    |
|            | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation                                                                                                                                   | 3.30      | 874.50   |
|            | DBR | B133 | A100 | review discovery (.8) and discuss same with Butcher (.2); review status of disclosure statement matters and fee examiner issues (1.0) review professionals agenda (.1) and prepare for call (.4)       | 2.50      | 1,437.50 |
| 05/18/2010 | FAP | B133 | A100 | Discussion with RLB re: upcoming examiner deadlines and submission process                                                                                                                            | 0.20      | 42.00    |
|            | DBR | B133 | A100 | prepare for committe professionals call (.5); participate in committee professionals call (.8); review revised draft plan (1.4); review response to fee examiner (.7) discuss same with McGuire (.4)   | 3.80      | 2,185.00 |
|            | KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation                                                                                                                                   | 1.80      | 477.00   |
|            | RLB | B133 | A100 | Prepare for (.3) and participate in (.7) weekly professionals call re: Examiner and LBO matters.                                                                                                       | 1.00      | 415.00   |
|            | AGL | B133 | A100 | review and analyze examiner order submissions by counsel to examiner                                                                                                                                  | 0.70      | 455.00   |
| 05/19/2010 | FAP | B133 | A100 | Briefly review Wells Fargo supplemental notices of service of discovery                                                                                                                               | 0.10      | 21.00    |
|            | FAP | B133 | A100 | Discussions with RLB re: examiner website and LRC password for same (.1); follow-up email with RLB (.1); email to M. Barash requesting password (.1)                                                   | 0.30      | 63.00    |
|            | RLB | B133 | A100 | Organize examiner process.(.4) call to Bank of Tokyo re: documents (.3) Call to Bank of America re: documents (.3). Call to Barclays re: document production (.3) Call to Standard & Poor's re: additional document production (.5) | 1.80 | 747.00 |
|            | DBR | B133 | A100 | communications with Landis and McGuire re: examiner issues                                                                                                                                            | 0.60      | 345.00   |
| 05/20/2010 | FAP | B133 | A100 | Review order granting examiner 2004 motion to compel issuance of subpoena and document production                                                                                                     | 0.10      | 21.00    |
|            | KAB | B133 | A100 | review and summarize Court's order granting Examiner's motion to issue subpoenas (.3)                                                                                                                  | 0.30      | 79.50    |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | FAP | B133 | A100 | Email exchanges with M. Barash re: receipt of password for examiner website (.1); review website and upload test document (.2); email exchanges with RLB re: same (.1) | 0.40 | 84.00 |
|  | DBR | B133 | A100 | review discovery memos (1.2); review correspondence from Chadbourne re: plan and disclosure issues (.4); review discovery requests from Wells (.7) | 2.30 | 1,322.50 |
|  | MBM | B133 | A100 | review of discovery update re: pre-petition lenders | 0.40 | 158.00 |
| 05/21/2010 | FAP | B133 | A100 | Briefly review Chadbourne memo re: status of discovery | 0.10 | 21.00 |
|  | FAP | B133 | A100 | Briefly review amended order granting examiner 2004 motion | 0.10 | 21.00 |
|  | DBR | B133 | A100 | review discovery update to committee (1.1); consult with Butcher re: same (.3); consult with Butcher re: fee examiner response and review prior research re: same (.8) | 2.20 | 1,265.00 |
|  | AGL | B133 | A100 | emails to and from Chadbourne re: examiner brief issues (.2); conferences with Butcher re: same and comments (.2) | 0.40 | 260.00 |
|  | RLB | B133 | A100 | Research re: unpaid capital claim for inclusion in examiner report (.9) Call with co-counsel at Chadbourne re: claim (.2) E-mails with co-counsel at Chadbourne re: research and logistics of examiner report (.6) | 1.70 | 705.50 |
| 05/22/2010 | RLB | B133 | A100 | E-mails with Chadbourne re: submissions to Examiner (.6) E-mails with Landis re: same (.2) Review (.6) and revise (.4) submission re: Wilmington Trust.  Review (1.3) and revise (.7) submission re: LBO related claims including fraudulent transfer.  Review (.9) and revise (.2) submission re: third party claims. | 4.90 | 2,033.50 |
| 05/24/2010 | FAP | B133 | A100 | Briefly review committee's draft brief regarding third party actions (.1); draft brief regarding WTC action (.1); and Zuckerman Spaeder draft brief for submission to examiner (.1) | 0.30 | 63.00 |
|  | FAP | B133 | A100 | Review AGL and M. Barash email exchanges re: access to examiner website restricted to attorneys (.2); review document depository order (.1) | 0.30 | 63.00 |
|  | DBR | B133 | A100 | review discovery update (1.1); review and revise court examiner submissions re: claims (1.1); review Zuckerman submission re: claims (2.5); confer with Butcher re: above (.4) | 5.10 | 2,932.50 |
|  | FAP | B133 | A100 | Briefly review multiple Wells Fargo notices of service to JPMC | 0.10 | 21.00 |
|  | KAB | B133 | A100 | review and summarize Court's superceding order re: examiner discovery (.2), compare same to original order (.2), summarize differences (.2) | 0.60 | 159.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B133 | A100 | Briefly review debtors' briefs submitted to examiner | 0.30 | 63.00 |
|  | FAP | B133 | A100 | Briefly review Credit Agreement Lenders briefs submitted to examiner | 0.30 | 63.00 |
|  | RLB | B133 | A100 | Review agenda for committe counsel call re: LBO (.2); E-mail with co-counsel re: examiner brief (.3); Begin review of examiner briefs submitted by parties (.9) | 1.40 | 581.00 |
|  | MBM | B133 | A100 | review draft submission to examiner (.8); conference with Landis re: access to document depository (.2); review of depository order (.6) | 1.60 | 632.00 |
|  | AGL | B133 | A100 | emails to and from and call with examiner's counsel re: access to materials (.3); conferences with McGuire, Panchak re: same (.2) | 0.50 | 325.00 |
|  | AGL | B133 | A100 | review and analyze submissions to examiner | 1.90 | 1,235.00 |
| 05/25/2010 | DBR | B133 | A100 | review committee submission to examiner | 2.00 | 1,150.00 |
|  | FAP | B133 | A100 | Discussions with RLB re: submission of examiner's briefs (.2); briefly review briefs re: JP Morgan (.2); Law Debenture (.1); Merrill Lynch (.1); Wells Fargo (.1); WTC (.2); and committee (.2); begin compiling binder of same (.4) | 1.50 | 315.00 |
|  | RLB | B133 | A100 | Participate in weekly committee professional call discussing LBO and examiner. | 0.60 | 249.00 |
|  | RLB | B133 | A100 | Continue review of statements submitted to examiner. | 2.50 | 1,037.50 |
|  | MBM | B133 | A100 | review of submission briefs to examiner re: LBO and stay violation issues | 3.90 | 1,540.50 |
| 05/26/2010 | DBR | B133 | A100 | review binder of multiple submissions to examiner by parties | 3.70 | 2,127.50 |
|  | FAP | B133 | A100 | Finalize binder of brief submissions to examiner | 0.70 | 147.00 |
|  | FAP | B133 | A100 | Review Credit Agreement Lenders notice of service of discovery to JPMorgan | 0.10 | 21.00 |
|  | FAP | B133 | A100 | Review 5/26 examiner letter; update critical dates | 0.10 | 21.00 |
|  | KAB | B133 | A100 | Review submissions to the examiner re: investigation of the LBO | 2.90 | 768.50 |
|  | RLB | B133 | A100 | Continue review of examiner submissions. | 1.20 | 498.00 |
|  | MBM | B133 | A100 | continue review of submissions to examiner | 1.50 | 592.50 |
|  | MBM | B133 | A100 | review letter from examiner (.3); email from Roitman re: same (.1) | 0.40 | 158.00 |
|  | AGL | B133 | A100 | emails to and from Chadbourne re: examiner letter re: briefs (.1); review and analyze same (.2) | 0.30 | 195.00 |
| 05/27/2010 | FAP | B133 | A100 | Briefly review JPMorgan notices of service of discovery | 0.10 | 21.00 |
| 05/28/2010 | FAP | B133 | A100 | Briefly review multiple notices of service of discovery | 0.10 | 21.00 |
|  |  |  |  | **B133-LBO & Related Trans** | **114.90** | **48,368.00** |

{698.001-W0008408.}

| | | | | **Hours** | |
|---|---|---|---|---|---|
| 05/06/2010 FAP | B134 | A100 | Review agenda for 5/10 status conference (.1); coordinate with CourtCall for Seife, Deutsch, LeMay and Roitman appearances (.4); follow-up email to Seife, Deutsch, LeMay and Roitman re: same (.1) | 0.60 | 126.00 |
| 05/07/2010 FAP | B134 | A100 | Work with McGuire to prepare for 5/10 status conference | 0.20 | 42.00 |
| 05/10/2010 KAB | B134 | A100 | email with A. Landis and M. McGuire re: 5/10 hearing (.2), call with M. McGuire re: same (.2), discuss compilation of hearing binders with F. Panchak (.2) | 0.60 | 159.00 |
| FAP | B134 | A100 | Review amended agenda for 5/10 status conference (.1); supplement AGL hearing binder (.2); prepare hearing binders for Chadbourne team (.3) | 0.60 | 126.00 |
| FAP | B134 | A100 | Email exchanges with D. Deutsch re: appearances at 5/10 status conference (.1); discussions with KAB re: status conference preparation (.2) | 0.30 | 63.00 |
| FAP | B134 | A100 | Assist AGL re: 5/10 hearing preparation | 0.20 | 42.00 |
| KAB | B134 | A100 | review 5/10 agenda (.1), prepare for hearing (.4) and attend hearing (3.5) | 4.00 | 1,060.00 |
| AGL | B134 | A100 | review amended agenda and newly filed documents (.8) and attend hearing re: examiner work plan and related issues (2.6) | 3.40 | 2,210.00 |
| FAP | B134 | A100 | Discussion with KAB re: follow-up from 5/10 status conference (.1);  discussion with AGL re: same (.1) update critical dates with continued hearing (.1); email exchanges with Chadbourne and Zuckerman team re: telephonic appearances (.1); coordinate with CourtCall for Seife, Ashley, Deutsch and Sottile appearances (.3) | 0.70 | 147.00 |
| FAP | B134 | A100 | Coordinate with transcriber re: 5/10 transcript | 0.20 | 42.00 |
| KAB | B134 | A100 | email with F. Panchak re: telephonic appearances for 5/11 hearing (.1), review confirmations re: same (.1) | 0.20 | 53.00 |
| 05/11/2010 FAP | B134 | A100 | Review D. Deutsch and M. Roitman emails re: 5/10 hearing transcript (.1); briefly review 5/10 transcript (.2); email to Chadbourne and Zuckerman re: same (.1) | 0.40 | 84.00 |
| 05/14/2010 FAP | B134 | A100 | Review agenda for 5/18 hearing | 0.10 | 21.00 |
| FAP | B134 | A100 | Email exchanges with AlixPartners re: telephonic appearance for second interim fee hearing | 0.10 | 21.00 |
| FAP | B134 | A100 | Email exchanges with Moelis re: telephonic appearance for second interim fee hearing | 0.10 | 21.00 |
| FAP | B134 | A100 | Coordinate 5/18 telephonic appearances for H. Seife, D. Deutsch, D. LeMay and M. Roitman (.4); email exchanges with M. Roitman re: same | | |

|            |     |      |      |                                                                                                                                                                                                          | **Hours** |          |
|------------|-----|------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|----------|
|            |     |      |      | (.1)                                                                                                                                                                                                      | 0.50      | 105.00   |
| 05/17/2010 | FAP | B134 | A100 | Coordinate telephonic appearances for A. Holtz and V. Patel (.2); confirmation email exchanges to A. Holtz (.1); and V. Patel (.1)                                                                        | 0.40      | 84.00    |
|            | FAP | B134 | A100 | Prepare 5/18 hearing binder                                                                                                                                                                              | 0.30      | 63.00    |
|            | FAP | B134 | A100 | Review courtcall cancellations for Chadbourne team, Moelis and AlixPartners for 5/18 hearing (.1); call with CourtCall to confirm source of cancellations (.1); email exchanges w/Debtors' para confirming cancellations (.1); email exchanges with M. McGuire re: same (.1) | 0.40      | 84.00    |
|            | FAP | B134 | A100 | Email exchanges with V. Patel and A. Holtz re: cancellation of 5/18 hearing                                                                                                                               | 0.10      | 21.00    |
|            | KAB | B134 | A100 | review emails from F. Panchak and M. McGuire re: cancellation of hearing                                                                                                                                  | 0.10      | 26.50    |
|            | AGL | B134 | A100 | emails to and from Deutsch re: 5/18 hearing, attendance, potential cancellation/adjournment                                                                                                               | 0.30      | 195.00   |
| 05/18/2010 | FAP | B134 | A100 | Review agenda for 5/20 hearing                                                                                                                                                                            | 0.10      | 21.00    |
|            | FAP | B134 | A100 | Coordinate Seife, Deutsch, LeMay and Roitman telephonic appearances for 5/20 hearing (.3); email confirmations to Chadbourne team (.1)                                                                    | 0.40      | 84.00    |
|            | FAP | B134 | A100 | Begin preparing 5/20 hearing binder                                                                                                                                                                       | 1.00      | 210.00   |
|            | RLB | B134 | A100 | E-mail with co-counsel at Chadbourne re: hearing agenda cancelling hearing.                                                                                                                               | 0.20      | 83.00    |
| 05/19/2010 | FAP | B134 | A100 | Review amended agenda for 5/20 hearing (.1); supplement and finalize hearing binders (.7)                                                                                                                 | 0.80      | 168.00   |
|            | AGL | B134 | A100 | prepare for ds hearing                                                                                                                                                                                    | 4.30      | 2,795.00 |
| 05/20/2010 | FAP | B134 | A100 | Telephone call with H. Lamb re: M. Roitman confirmation for 5/20 telephonic appearance                                                                                                                    | 0.10      | 21.00    |
|            | AGL | B134 | A100 | attend meetings prior to and in prep for DS hearing (1.5); attend DS hearing and meetings over break (5.6)                                                                                                | 7.10      | 4,615.00 |
|            | MBM | B134 | A100 | work with Landis to prepare for disclosure statement hearing                                                                                                                                              | 2.40      | 948.00   |
| 05/21/2010 | FAP | B134 | A100 | Coordinate 5/20 hearing transcript order                                                                                                                                                                  | 0.20      | 42.00    |
|            | FAP | B134 | A100 | Email exchanges with M. Roitman re: 5/20 hearing transcript (.1); follow-up email exchanges with M. Roitman and transcriber re: same (.1)                                                                 | 0.20      | 42.00    |
| 05/24/2010 | FAP | B134 | A100 | Briefly review 5/20 hearing transcript                                                                                                                                                                    | 0.20      | 42.00    |
| 05/26/2010 | FAP | B134 | A100 | Coordinate H. Seife, D. Deutsch, D. LeMay and M. Roitman telephonic appearances re: 5/28 hearing                                                                                                          | 0.20      | 42.00    |
| 05/27/2010 | FAP | B134 | A100 | Follow-up call with CourtCall re: scheduling Seife, Deutsch and LeMay 5/28 telephonic appearanes (.2); email to Seife, Deutsch and LeMay re: confirmation of same (.1)                                    | 0.30      | 63.00    |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B134 | A100 | Review agenda for 5/28 hearing (.1); prepare hearing binder (.8) | 0.90 | 189.00 |
|  | MBM | B134 | A100 | review DS objections (1.3); review revised DS and plan (2.1); prepare for DS hearing (1.1); conferences with Landis re: same (.4) | 4.90 | 1,935.50 |
| 05/28/2010 | FAP | B134 | A100 | Review amended agenda (.1); supplement hearing binder (.3) | 0.40 | 84.00 |
|  | FAP | B134 | A100 | Coordinate order for 5/28 hearing transcript | 0.20 | 42.00 |
|  | MBM | B134 | A100 | prepare for (2.1) and attend disclosure statement hearing (3.4) | 5.50 | 2,172.50 |
|  |  |  |  | B134 - Hearings | 43.20 | 18,394.50 |
| 05/28/2010 | KAB | B135 | A100 | review and summarize Debtors' 5th request to extend deadline to remove causes of action | 0.30 | 79.50 |
|  |  |  |  | B135 - Litigation | 0.30 | 79.50 |
| 05/07/2010 | MBM | B136 | A100 | email from Debtors counsel re: 2nd interim fee applications (.1); review of proposed order and confirm numbers for committee professionals (.7) | 0.80 | 316.00 |
| 05/10/2010 | FAP | B136 | A100 | Retrieve and distribute to MBM re: fee examiner's final report for second and third interim fee applications | 0.10 | 21.00 |
|  | FAP | B136 | A100 | Review MBM and A. Dalton email exchanges re: agreed reduction to LRC fees for second interim fee period (.1); discussion with MBM re: same (.1) | 0.20 | 42.00 |
|  | FAP | B136 | A100 | Review further email exchanges with MBM and A. Dalton re: corrected agreed reduction in second interim fees (.1); review examiner's final report for re-calculated fees (.1); discussion with MBM re: same (.1); calculate revised fees (.1); email to Cole Schotz (.1); | 0.50 | 105.00 |
|  | MBM | B136 | A100 | emails with Landis re: response to fee auditor's final report on LRC's 2nd interim fee application (.4); review of response and subject fee applications (.8); call with Dalton re: 2nd interim fee application (.7); additional emails with Dalton re: finalizing 2nd interim fee application amounts (.3); conferences with Landis re: same (.2) | 2.40 | 948.00 |
| 05/11/2010 | FAP | B136 | A100 | Begin draft of LRC sixteenth fee application (1.1); discussion w KAB re: time entries for same (.1) | 1.20 | 252.00 |
|  | KAB | B136 | A100 | brief discussion with F. Panchak re: preparation of LRC's latest fee app (.1), begin preparing same (1.2) | 1.30 | 344.50 |
| 05/12/2010 | KAB | B136 | A100 | continue preparation of LRC's 16th fee app | 0.70 | 185.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 05/13/2010 | FAP | B136 | A100 | Review Cole Schotz email re: proposed order for second interim fees (.1); email exchanges with AGL re: same (.1) | 0.20 | 42.00 |
|  | FAP | B136 | A100 | Multiple calls with A. Dalton re: further reduction to LRC second interim fees set forth in response to preliminary report (.2); email exchanges re: same (.1); review AGL and L. Cooper emails re: voluntary reduction (.1) | 0.40 | 84.00 |
|  | FAP | B136 | A100 | Email exchanges with AGL re: LRC further reduced fees for second interim (.1); email to P. Ratkowiak re: same (.1) | 0.20 | 42.00 |
| 05/14/2010 | FAP | B136 | A100 | Email exchanges with M. McAteer re: adjustment to second interim holdback fee amount | 0.10 | 21.00 |
|  | FAP | B136 | A100 | Further review/revise draft sixteenth fee application | 0.30 | 63.00 |
|  | FAP | B136 | A100 | Review certification of counsel and revised proposed order re: second interim fees/expenses | 0.10 | 21.00 |
| 05/18/2010 | KAB | B136 | A100 | email with F. Panchak and M. McGuire re: responses to LRC's 15th fee app | 0.10 | 26.50 |
|  | FAP | B136 | A100 | Email exchanges with AGL, MBM and KAB re: responses to LRC fifteenth fee application (.1); draft Certificate of No Objection (.1) | 0.20 | 42.00 |
|  | KAB | B136 | A100 | discuss fee examiner issues of 4th Interim fee app with M. McGuire (.1), research issues re: same (.4), report research findings to M. McGuire re: same (.1) | 0.60 | 159.00 |
| 05/19/2010 | FAP | B136 | A100 | Continue draft of LRC April fee application (.2); follow-up discussion with DBR (.1) and KAB (.1) | 0.40 | 84.00 |
|  | FAP | B136 | A100 | File and coordinate service of Certificate of No Objection to LRC fifteenth fee application | 0.30 | 63.00 |
| 05/20/2010 | KAB | B136 | A100 | Continue preparation of LRC's 16th monthly fee app (2.1), discuss issues with fee app with F. Panchak (.1) | 2.20 | 583.00 |
|  | FAP | B136 | A100 | Discussion with KAB re: further revisions to LRC April fee application (.1); revise same (.5) | 0.60 | 126.00 |
| 05/25/2010 | FAP | B136 | A100 | Discussion with M. McGuire re: further revisions to LRC sixteenth fee application (.1); revise same (.2); draft notice (.1) | 0.40 | 84.00 |
|  | KAB | B136 | A100 | briefly discuss edits to LRC 16th monthly fee app with M. McGuire (.1), make necessary edits (.2), further discussion with F. Panchak re: edits to same (.2) | 0.50 | 132.50 |
|  | FAP | B136 | A100 | File and coordinate service of LRC sixteenth fee application | 0.50 | 105.00 |
| 05/26/2010 | FAP | B136 | A100 | Email exchanges with M. McAteer re: format April bill for fee examiner | 0.10 | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B136 | A100 | Email to J. Decker re: April fee and expense detail | 0.10 | 21.00 |
|  |  |  |  | **B136 - LRC Ret. & Fee Matters** | **14.50** | **3,934.00** |
| 05/06/2010 | AGL | B138 | A100 | prepare for (.3) and attend (.7) telephonic committee meeting re: agenda items listed | 1.00 | 650.00 |
|  | MBM | B138 | A100 | prepare for (.8) and attend telephonic committee meeting (1.3) | 2.10 | 829.50 |
|  | MBM | B138 | A100 | research re: committee bylaws (.8); emails with LeMay and Landis re: same (.2) | 1.00 | 395.00 |
| 05/25/2010 | AGL | B138 | A100 | prepare for (.3) and attend (.4) committee professionals' call re: agenda items listed | 0.70 | 455.00 |
| 05/26/2010 | FAP | B138 | A100 | Review agenda for 5/27 committee meeting | 0.10 | 21.00 |
| 05/27/2010 | MBM | B138 | A100 | prepare for (.4) and attend committee meeting (.8) | 1.20 | 474.00 |
|  |  |  |  | **B138 - Creditors' Cmte Mtgs** | **6.10** | **2,824.50** |
| 05/25/2010 | KAB | B140 | A100 | Call from creditor Seneca Capital re: Committee's position with regard to Bridge Loan Arguments (.3), discuss call with M. McGuire (.1), research Seneca Capital and Bridge Loan Argument (.3), discuss research with F. Panchak (.2), discuss research results with M. McGuire (.1) | 1.00 | 265.00 |
|  | FAP | B140 | A100 | Discuss research of claims registry re: creditor inquiry made by Seneca Capital with K. Brown | 0.20 | 42.00 |
|  |  |  |  | **B140 - Creditor Inquiries** | **1.20** | **307.00** |
| 05/11/2010 | AGL | B144 | A100 | emails to and from (.1) and calls with Deutsch (.2) re: 2nd interim fee application approval, negotiation process | 0.30 | 195.00 |
| 05/13/2010 | FAP | B144 | A100 | Briefly review sixth supplemental Bradford declaration re: Jenner Block retention | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Briefly review Klee Touchin retention application (.1); Barash declaration in support thereof (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Review motion to shorten examiner professionals' retention application | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Briefly review Saul Ewing retention application | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Briefly review LCEG retention application (.1); Elggren declaration in support of same (.1); Schmid declaration in support of same (.1) | 0.30 | 63.00 |
|  | FAP | B144 | A100 | Email exchanges with AGL re: proposed order for committee members expenses | 0.10 | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 05/17/2010 | FAP | B144 | A100 | Review A. Leung emails re: telephonic appearance at second interim fee hearing (.1); email exchanges with A. Holtz re: same (.1); email exchanges with V. Patel re: same (.1); discussion with M. McGuire re: same (.1) | 0.40 | 84.00 |
|  | FAP | B144 | A100 | Review orders modifying scope of retention re: Lazard & Freres (.1); PWC (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Review order allowing Thomas & LoCicero compensation | 0.10 | 21.00 |
| 05/18/2010 | FAP | B144 | A100 | Email exchanges with V. Patel and A. Holtz re: status of order approving second interim fees | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Email exchanges with A. Holtz and A. Leung re: responses to AlixPartners fifteenth fee application (.1); draft Certificate of No Objection (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Email exchanges with Chadbourne team re: responses to Chadbourne fifteenth fee application and Committee Members tenth expense application (.1); draft Certificate of No Objection to Chadbourne application (.1); draft Certificate of No Objection to Members application (.1) | 0.30 | 63.00 |
| 05/19/2010 | FAP | B144 | A100 | Review omnibus order approving second interim fees (.1); email exchanges with Chadbourne, AlixPartners and Moelis re: same (.2) | 0.30 | 63.00 |
|  | KAB | B144 | A100 | review email from F. Panchak re: omnibus order approving second interim fees (.1), and review order and related exhibit re: same (.1) | 0.20 | 53.00 |
|  | FAP | B144 | A100 | Briefly review notice of filing amended Ex. C to Schmid declaration in support of LECG retention | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service for Certificate of No Objection to LRC, Chadbourne, AlixPartners and committee members March applications (.1); file same (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection re: Chadbourne fifteenth fee application (.3); follow-up email to H. Lamb (.1) | 0.40 | 84.00 |
|  | FAP | B144 | A100 | File and coordinate service of CNO re: committee members' tenth application (.3); follow-up to H. Lamb (.1) | 0.40 | 84.00 |
|  | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection re: AlixPartners fifteenth fee application (.3); follow-up email to A. Holtz and A. Leung re: same (.1) | 0.40 | 84.00 |
| 05/20/2010 | FAP | B144 | A100 | Briefly review Klee Touchin retention order | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Briefly review Saul Ewing retention order | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Briefly review LECG retention order | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Email exchanges with V. Patel re: Moelis 15th fee application (.1); review and compile same (.1); draft notice (.1); draft affidavit of service (.1) | 0.40 | 84.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | FAP | B144 | A100 | File and coordinate service of Moelis fifteenth fee application (.5); follow-up email to V. Patel re: same (.1) | 0.60 | 126.00 |
| 05/24/2010 | FAP | B144 | A100 | Email exchanges with H. Lamb re: committee members eleventh expense summary | 0.10 | 21.00 |
| 05/25/2010 | FAP | B144 | A100 | Review committee members April expense summary and receipts in preparation of drafting application (.1); draft eleventh application (.3); draft notice of same (.1) | 0.50 | 105.00 |
|  | FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne sixteenth monthly fee application (.1); review same in preparation of filing (.2); draft notice (.1) | 0.40 | 84.00 |
|  | FAP | B144 | A100 | File and coordinate service of Members eleventh expense application (.4); follow-up email to H. Lamb (.1) | 0.50 | 105.00 |
|  | FAP | B144 | A100 | File and coordinate service of Chadbourne sixteenth fee application (.6); follow-up email to H. Lamb (.1) | 0.70 | 147.00 |
| 05/26/2010 | FAP | B144 | A100 | Prepare affidavit of service for Chadbourne, LRC and committee members monthly fee applications (.1); file same (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners sixteenth fee application (.1); review same (.1); draft notice (.1); draft affidavit of service (.1); file and coordinate service of fee application (.4); follow-up email to A. Holtz and A. Leung (.1) | 0.90 | 189.00 |
|  | MBM | B144 | A100 | review Alix fee application | 0.20 | 79.00 |
|  |  |  |  | B144 - Non-LRC Ret. & Fee Matt | 9.30 | 2,133.00 |
| 05/03/2010 | KAB | B146 | A100 | review and summarize (i) Karl Miller's response to notice of disclosure statement hearing (.2) and (ii) Debtors request for extension of exclusivity (.3) | 0.50 | 132.50 |
| 05/10/2010 | KAB | B146 | A100 | conference with J. Green re: call from Maria de Jesus re: Disclosure Statement (.1); call Ms. de Jesus re: disclosure statement (.2) | 0.30 | 79.50 |
| 05/11/2010 | AGL | B146 | A100 | emails to and from committee group re: revised DS, solicitation issues (.9); emails to and from Brown re: solicitation research (.3) | 1.20 | 780.00 |
|  | KAB | B146 | A100 | email with A. Landis re: research negative solicitation issue (.3), research same (3.1) | 3.40 | 901.00 |
|  | RLB | B146 | A100 | Review disclosure statement objection of Henke | 0.30 | 124.50 |
| 05/12/2010 | KAB | B146 | A100 | review and summarize Mr. Henke's response to the Disclosure Statement | 0.30 | 79.50 |
|  | KAB | B146 | A100 | continue research on negative solicitation | 1.00 | 265.00 |

{698.001-W0008408.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| | FAP | B146 | A100 | Review Thompson response to disclosure statement | 0.10 | 21.00 |
| | FAP | B146 | A100 | Telephone call from A. Jesus re: disclosure statement hearing | 0.10 | 21.00 |
| | AGL | B146 | A100 | review and revise solicitation letter (.6) and emails to and from group re: same and comments (.4); research re: solicitation issues, process for court approval of letter and potential negative solicitation of plans (.8) | 1.80 | 1,170.00 |
| | RLB | B146 | A100 | Review revised disclosure statement re: LBO (1.1) Review plan support letter (.6) | 1.70 | 705.50 |
| 05/13/2010 | KAB | B146 | A100 | review and summarize Ms. Tomson's response to the Debtors' disclosure statement | 0.20 | 53.00 |
| | KAB | B146 | A100 | continue research on negative solicitation (4.0), write summary of findings (.9) | 4.90 | 1,298.50 |
| | KAB | B146 | A100 | brief discussion with A. Landis re: summarization of objections to disclosure statement (.1), email with J. Drobish re: same (.1), begin summarizing and compiling objections to disclosure statement (3.5) | 3.70 | 980.50 |
| | KAB | B146 | A100 | review recent filings for responses/objections to the Disclosure Statement | 0.10 | 26.50 |
| | AGL | B146 | A100 | review and analyze disclosure statement objections (2.4); review and revise letter in support of plan (.6) and emails to and from (.2) and calls with committee professionals re: same (.2) | 3.40 | 2,210.00 |
| | RLB | B146 | A100 | Review revised disclosure statement (.9) Review discovery schedule for plan (.3) Discuss with FP (.3) Review objection to exclusivity by credit agreement (.4) Review disclosure statement objections (.4) | 2.30 | 954.50 |
| 05/14/2010 | KAB | B146 | A100 | review recent filings for responses/objections to the Disclosure Statement (.1), email A. Landis and M. McGuire with update re: same (.1), further email with A. Landis re: prep of binder and memo summarizing same (.1), discussion with F. Panchak re: same (.1), draft memo including summary of all objections/responses (1.4) | 1.80 | 477.00 |
| | FAP | B146 | A100 | Review docket for objections to disclosure statement filed to date (.2); prepare binder index for same (.2); discussion with KAB re: same (.1); compile binder (.4) | 0.90 | 189.00 |
| | KAB | B146 | A100 | review and summarize the Credit Agreement Lenders' statement re: extension of exclusivity | 0.20 | 53.00 |
| | FAP | B146 | A100 | Briefly review Patel objection to disclosure statement | 0.10 | 21.00 |
| | AGL | B146 | A100 | emails to and from Deutsch re: committee support letter process (.2); emails to and from and calls to Stickles re: same (.1) | 0.30 | 195.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | RLB | B146 | A100 | E-mails with co-counsel at Chadbourne re: confirmation discovery (.4) Review notices of service of discovery received (.4) | 0.80 | 332.00 |
| 05/15/2010 | AGL | B146 | A100 | emails to and from Deutsch re: committee solicitation letter | 0.20 | 130.00 |
|  | RLB | B146 | A100 | E-mails re: initial Wells Fargo confirmation discovery with co-counsel at Chadbourne (.2) Begin review of requests (.3) | 0.50 | 207.50 |
| 05/16/2010 | MBM | B146 | A100 | emails with Deutsch re: response to DS objection (.3); review of DS objections (1.4) | 1.70 | 671.50 |
| 05/17/2010 | FAP | B146 | A100 | Briefly review UST objection and reservation of rights to disclosure statement | 0.10 | 21.00 |
|  | FAP | B146 | A100 | Supplement binder of objections to disclosure statement (.2); update index of same (.1) | 0.30 | 63.00 |
|  | FAP | B146 | A100 | Briefly review Chadbourne memo re: summary of responses/objections to disclosure statement | 0.10 | 21.00 |
|  | KAB | B146 | A100 | brief discussion with F. Panchak re: additional objections/reservation of rights filed (.1); review and summarize Mr. Patel's objection to Disclosure Statement (.2); review and summaries UST's objection and ROR to Disclosure Statement (.3); update memo summarizing all objections (.2); update binder containing objections (.1) | 0.90 | 238.50 |
|  | MBM | B146 | A100 | review of disclosure statement supplement and revisions thereto (.8); emails with co-counsel re: same (.5); emails with Stickles re: same (.2); call with Stickles re: same (.2); review of committee support letter (.3); emails with co-counsel re: same (.3); review of committee response to disclosure objections (1.1); revisions to same (.3) | 3.70 | 1,461.50 |
|  | AGL | B146 | A100 | review and revise proposed committee statement w/r/t disclosure statement (.8) and emails to and from committee group re: same and filing issues (.4) | 1.20 | 780.00 |
|  | FAP | B146 | A100 | Telephone call with M. McGuire re: possible filing of reply to disclosure statement objections | 0.10 | 21.00 |
|  | RLB | B146 | A100 | E-mails with co-counsel at Chadbourne re: disclosure statement (.2) and discovery re: confirmation (.4).  Review initial Wilmington Trust confirmation discovery requests (.7) | 1.30 | 539.50 |
| 05/18/2010 | FAP | B146 | A100 | Review draft reply to objections to disclosure statement (.1); discussion with M. McGuire re: filing/service of same (.1) | 0.20 | 42.00 |
|  | FAP | B146 | A100 | Briefly review reply of settlement supporters to WTC and Wells Fargo objection to disclosure statement | 0.10 | 21.00 |
|  | FAP | B146 | A100 | Briefly review revised committee insert for disclosure statement | 0.10 | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | FAP | B146 | A100 | Prepare service list for reply to disclosure statement objections | 0.80 | 168.00 |
| | FAP | B146 | A100 | Supplement binder of objections to disclosure statement (.2); update index (.1); discussion with KAB re: same (.1) | 0.40 | 84.00 |
| | KAB | B146 | A100 | review and summarize (i) Sick in Orlando's letter to the Court re: the settlement provided in the Plan (.1), and (ii) the Settlement Supporters' Response to Objectors' complaints regarding the Disclosure Statement (.6); discuss update to binder re: objections/responses to DS with F. Panchak (.1) | 0.80 | 212.00 |
| | FAP | B146 | A100 | Review/revise committee reply to various objections to disclosure statement (.1); file and serve same (.8) | 0.90 | 189.00 |
| | FAP | B146 | A100 | Review docket re: amended disclosure statement | 0.10 | 21.00 |
| | FAP | B146 | A100 | Prepare affidavit of service re: reply to various objections to disclosure statement (.1); file same (.1) | 0.20 | 42.00 |
| | FAP | B146 | A100 | Briefly review debtors' omnibus response to disclosure statement objections | 0.10 | 21.00 |
| | FAP | B146 | A100 | Briefly review credit agreement lenders position statement re: disclosure statement | 0.10 | 21.00 |
| | RLB | B146 | A100 | Review reply in support of disclosure statement (.5) and credit agreement lenders proposed insert for plan re: LBO (.6) Review revised blacklined disclosure statement (.8) | 1.90 | 788.50 |
| | KAB | B146 | A100 | review and summarize (i) Committee's response to objections raised re: the Disclosure Statement (.4) and (ii) Debtors' response to objections raised re: same (.7); update memo re: same (.1) | 1.20 | 318.00 |
| | KAB | B146 | A100 | review and summarize the Credit Agreement Lenders statement re: the Disclosure Statement | 1.30 | 344.50 |
| | MBM | B146 | A100 | call with professionals re: plan issues (.7); emails and calls with Roitman re: final reply for DS hearing (.4); review of final version of same (.2); review revised disclosure statement (2.1); review revised plan (1.3); emails with Chadbourne re: revised plan and disclosure statement (.4) | 5.10 | 2,014.50 |
| 05/19/2010 | FAP | B146 | A100 | Briefly review amended disclosure statement | 0.20 | 42.00 |
| | KAB | B146 | A100 | Review and summarize Debtors Amended Disclosure Statement | 3.50 | 927.50 |
| | FAP | B146 | A100 | Briefly review notice of proposed revisions to disclosure statement and plan | 0.10 | 21.00 |
| | FAP | B146 | A100 | Briefly review WTC supplemental objection to disclosure statement | 0.10 | 21.00 |
| | KAB | B146 | A100 | review and summarize WTC's supplemental objection to Debtors' Disclosure Statement | 0.30 | 79.50 |
| | KAB | B146 | A100 | review and summarize the Court's order extending the exclusivity period for solicitation of votes | 0.20 | 53.00 |

{698.001-W0008408.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                                                                                                                      | Hours |          |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 05/20/2010 | FAP | B146 | A100 | Briefly review Bank of America response to disclosure statement                                                                                                                                      | 0.10  | 21.00    |
|            | KAB | B146 | A100 | review and summarize Bank of America's response re: plan voting procedures                                                                                                                           | 0.30  | 79.50    |
|            | RLB | B146 | A100 | Review Wells Fargo confirmation discovery requests.                                                                                                                                                  | 0.80  | 332.00   |
| 05/21/2010 | MBM | B146 | A100 | review of examiner briefing (1.6); review revised insert to DS (.4)                                                                                                                                  | 2.00  | 790.00   |
| 05/22/2010 | AGL | B146 | A100 | begin review and analysis of DS objections                                                                                                                                                           | 1.20  | 780.00   |
| 05/24/2010 | FAP | B146 | A100 | Briefly review revised committee insert for disclosure statement                                                                                                                                     | 0.10  | 21.00    |
|            | RLB | B146 | A100 | E-mail with co-counsel re: confirmation discovery (.3) Review confirmation discovery requests received (.5)                                                                                          | 0.80  | 332.00   |
| 05/25/2010 | FAP | B146 | A100 | Briefly review: amended disclosure statement and plan (.1); notice of filing blackline disclosure statement (.1); notice of filing amended proposed order for solicitation procedures and related blacklines (.1) | 0.30  | 63.00    |
|            | KAB | B146 | A100 | review and summarize modifications to the Debtors' 5/24 amended disclosure statement and related exhibits                                                                                            | 4.80  | 1,272.00 |
|            | RLB | B146 | A100 | Review revised disclosure statements re: LBO statements.                                                                                                                                             | 1.00  | 415.00   |
|            | MBM | B146 | A100 | review summary of revised plan and DS                                                                                                                                                                | 0.60  | 237.00   |
| 05/26/2010 | FAP | B146 | A100 | Review M. Roitman email re: Guild's objection to amended disclosure statement                                                                                                                        | 0.10  | 21.00    |
|            | FAP | B146 | A100 | Briefly review Certification of Counsel and amended submissions for insert to disclosure statement                                                                                                   | 0.10  | 21.00    |
|            | FAP | B146 | A100 | Briefly review Washington-Baltimore Guild objection to amended disclosure statement                                                                                                                  | 0.10  | 21.00    |
|            | KAB | B146 | A100 | review and summarize the Guild's objection to the Amended Disclosure Statement                                                                                                                       | 0.50  | 132.50   |
|            | RLB | B146 | A100 | Review e-mail re: objection to disclosure statement from co-counsel (.4) review objection of Guild to Disclosure Statement (.4)                                                                      | 0.80  | 332.00   |
|            | DBR | B146 | A104 | review correspondence from Chadbourne re: Guild objection to disclosure statement                                                                                                                    | 0.40  | 230.00   |
| 05/27/2010 | FAP | B146 | A100 | Briefly review Chadbourne memo re: cumulative revisions to plan and disclosure statement                                                                                                             | 0.10  | 21.00    |
|            | AGL | B146 | A100 | continue review and analysis of DS objections                                                                                                                                                        | 1.30  | 845.00   |
| 05/28/2010 | FAP | B146 | A100 | Briefly review notice of filing blackline of revised proposed disclosure statement                                                                                                                   | 0.10  | 21.00    |
|            | FAP | B146 | A100 | Briefly review notice of filing revised solicitation procedures order                                                                                                                                | 0.10  | 21.00    |
|            | FAP | B146 | A100 | Briefly review Wells Fargo supplemental objection to disclosure statement                                                                                                                            | 0.10  | 21.00    |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| KAB | B146 | A100 | review and summarize Wells Fargo's supplemental objection to latest DS | 0.50 | 132.50 |
| RLB | B146 | A100 | Discuss resolution of disclosure statement hearing. | 0.40 | 166.00 |
| AGL | B146 | A100 | conferences with McGuire, Deutsch re: DS hearing issues, committee solicitation letter and submission | 0.60 | 390.00 |
| AGL | B146 | A100 | emails to and from McGuire and Deutsch re: DS hearing issues and process | 0.50 | 325.00 |
|  |  |  | **B146 - Plan & Disclos. Stmt.** | 74.90 | 27,718.00 |
|  |  |  | **For Current Services Rendered** | 282.80 | $108,029.50 |