# EXHIBIT "C"

Official Committee of Unsecured Creditors

June 25, 2010
Account No:  698-001
Statement No:    11900

Tribune Company, et al. bankruptcy

### Expenses

|  |  |
|---|---:|
| Postage | 7.80 |
| Travel expense | 156.00 |
| Copying | 253.20 |
| Overnight Delivery | 94.28 |
| Courier Fees | 169.00 |
| Online research LEXIS | 65.13 |
| Outside Duplication Services | 1,210.61 |
| US Postage | 64.93 |
| Court Reporter fees | 211.50 |
| Client meals | 102.00 |
| **Total** | **$2,334.45** |

{698.001-W0008408.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 05/02/2010 | AGL | U | B100 | E211 | | 500.00 | Outside printing - Advance Digital Legal Services, LLC - 2 Hard Drive copy | 695 |
| Subtotal for Transaction Date 05/02/2010 | | | | | Billable | 500.00 | | |
| 698.001 | 05/03/2010 | AGL | U | B122 | E101 | 0.100 | 3.20 | Copying | 691 |
| 698.001 | 05/03/2010 | AGL | U | B100 | E221 | | 53.56 | Overnight Delivery FedEx | 719 |
| Subtotal for Transaction Date 05/03/2010 | | | | | Billable | 56.76 | | |
| 698.001 | 05/07/2010 | AGL | U | B100 | E101 | 0.100 | 3.00 | Copying | 710 |
| Subtotal for Transaction Date 05/07/2010 | | | | | Billable | 3.00 | | |
| 698.001 | 05/10/2010 | AGL | U | B100 | E101 | 0.100 | 30.30 | Copying | 705 |
| Subtotal for Transaction Date 05/10/2010 | | | | | Billable | 30.30 | | |
| 698.001 | 05/11/2010 | AGL | U | B100 | E116 | | 70.20 | Trial transcripts Transcripts Plus, Inc. | 693 |
| Subtotal for Transaction Date 05/11/2010 | | | | | Billable | 70.20 | | |
| 698.001 | 05/12/2010 | AGL | U | B100 | E101 | 0.100 | 3.00 | Copying | 706 |
| 698.001 | 05/12/2010 | AGL | U | B100 | E211 | | 70.00 | Outside printing - Advance Digital Legal Services, LLC - CD Creation - 53408 | 722 |
| Subtotal for Transaction Date 05/12/2010 | | | | | Billable | 73.00 | | |
| 698.001 | 05/13/2010 | AGL | U | B100 | E101 | 0.100 | 2.70 | Copying | 707 |
| 698.001 | 05/13/2010 | AGL | U | B100 | E221 | | 40.72 | Overnight Delivery FedEx | 720 |
| Subtotal for Transaction Date 05/13/2010 | | | | | Billable | 43.42 | | |
| 698.001 | 05/18/2010 | AGL | U | B100 | E108 | | 4.88 | Postage | 708 |
| 698.001 | 05/18/2010 | AGL | U | B100 | E108 | | 2.92 | Postage | 709 |
| 698.001 | 05/18/2010 | AGL | U | B100 | E101 | 0.100 | 15.40 | Copying | 711 |
| 698.001 | 05/18/2010 | AGL | U | B100 | E216 | | 35.00 | Courier Fee - Advance TriState Courier & Carriage | 730 |
| Subtotal for Transaction Date 05/18/2010 | | | | | Billable | 58.20 | | |
| 698.001 | 05/19/2010 | AGL | U | B100 | E101 | 0.100 | 2.80 | Copying | 712 |
| 698.001 | 05/19/2010 | AGL | U | B100 | E110 | | 156.00 | Out-of-town travel Dave's Limousine, Inc. (AGL) | 717 |
| 698.001 | 05/19/2010 | AGL | U | B100 | E211 | | 14.31 | Outside printing - Advance Digital Legal Services, LLC - 53484 | 725 |
| 698.001 | 05/19/2010 | AGL | U | B100 | E210 | | 6.10 | US Postage # Digital Legal Services, LLC - 53484 | 726 |
| 698.001 | 05/19/2010 | AGL | U | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage | 731 |
| Subtotal for Transaction Date 05/19/2010 | | | | | Billable | 215.21 | | |
| 698.001 | 05/20/2010 | AGL | U | B100 | E111 | | 102.00 | Meals Sugarfoot Fine Food - Lunch for 6 | 721 |
| 698.001 | 05/20/2010 | AGL | U | B100 | E211 | | 47.39 | Outside printing - Advance Digital Legal Services, LLC - 53447 | 723 |
| 698.001 | 05/20/2010 | AGL | U | B100 | E210 | | 12.05 | US Postage # Digital Legal Services, LLC - 53447 | 724 |
| 698.001 | 05/20/2010 | AGL | U | B100 | E216 | | 42.50 | Courier Fee - Advance TriState Courier & Carriage | 732 |
| Subtotal for Transaction Date 05/20/2010 | | | | | Billable | 203.94 | | |
| 698.001 | 05/21/2010 | AGL | U | B100 | E101 | 0.100 | 96.10 | Copying | 714 |
| Subtotal for Transaction Date 05/21/2010 | | | | | Billable | 96.10 | | |
| 698.001 | 05/22/2010 | AGL | U | B100 | E217 | | 141.30 | Court Reporter fee Transcripts Plus, Inc. | 718 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Subtotal for Transaction Date 05/22/2010 | | | | | | Billable | 141.30 | | |
| 698.001 | 05/25/2010 | AGL | U | B100 | E101 | 0.100 | 50.70 | Copying | 715 |
| 698.001 | 05/25/2010 | AGL | U | B100 | E211 | | 278.80 | Outside printing - Advance Digital Legal Services, LLC - 53515 | 733 |
| 698.001 | 05/25/2010 | AGL | U | B100 | E211 | | 250.97 | Outside printing - Advance Digital Legal Services, LLC - 53526 | 734 |
| 698.001 | 05/25/2010 | AGL | U | B100 | E210 | | 34.73 | US Postage # Digital Legal Services, LLC - 53526 | 735 |
| 698.001 | 05/25/2010 | AGL | U | B100 | E211 | | 49.14 | Outside printing - Advance Digital Legal Services, LLC - 53527 | 736 |
| 698.001 | 05/25/2010 | AGL | U | B100 | E210 | | 12.05 | US Postage # Digital Legal Services, LLC - 53527 | 737 |
| Subtotal for Transaction Date 05/25/2010 | | | | | | Billable | 676.39 | | |
| 698.001 | 05/26/2010 | AGL | U | B100 | E101 | 0.100 | 46.00 | Copying | 716 |
| 698.001 | 05/26/2010 | AGL | U | B100 | E107 | | 55.50 | Delivery services/messengers TriState Courier & Carriage | 738 |
| Subtotal for Transaction Date 05/26/2010 | | | | | | Billable | 101.50 | | |
| 698.001 | 05/31/2010 | AGL | U | B100 | E106 | | 65.13 | Online research LexisNexis | 729 |
| Subtotal for Transaction Date 05/31/2010 | | | | | | Billable | 65.13 | | |
| Total for Client ID 698.001 | | | | | | Billable | 2,334.45 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

| GRAND TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Billable | 2,334.45 | |