# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

May 1, 2010 through and including May 31, 2010

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00001 | Business Analysis | 4.9 | 2,669.00 |
| 005735.00004 | Current Financials | 128.1 | 70,528.00 |
| 005735.00007 | Employee Issues | 36.0 | 20,991.00 |
| 005735.00008 | Plan of Reorganization | 27.1 | 16,358.00 |
| 005735.00009 | Executory Contracts | 3.3 | 2,046.00 |
| 005735.00011 | Misc. Motions | 9.9 | 5,840.00 |
| 005735.00014 | Avoidance Actions | 127.5 | 60,582.00 |
| 005735.00015 | UCC Meetings | 10.6 | 6,736.00 |
| 005735.00017 | Billing and Retention | 23.5 | 13,551.00 |
| 005735.00018 | Travel Time (billed at 50%) | 9.5 | 2,517.50 |
| **Total Hours and Fees Incurred** | | **380.4** | **201,818.50** |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/05/10 | BH | Review and analyze Moelis Media Update and compare to Tribune current and projected financial performance. | 0.50 |
| 05/10/10 | ANL | Analyzed and reviewed Gray TV Q1 2010 results and Sinclair Q1 2010 results. | 1.80 |
| 05/12/10 | BH | Review and analyze Moelis Media update and compare to actual results at Tribune. | 0.30 |
| 05/13/10 | ANL | Analyzed and reviewed Moelis media update. | 0.60 |
| 05/14/10 | ANL | Analyzed and reviewed New York Times results, Gannett news, and broadcasting industry news regarding upfronts. | 0.80 |
| 05/28/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.90 |
| | | **Total Hours** | **4.90** |

Re:                   Current Financials
Client/Matter #       005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 3.20 | 530.00 | 1,696.00 |
| Harold Y Lee | 0.90 | 530.00 | 477.00 |
| Brad Hall | 0.80 | 620.00 | 496.00 |
| **Total Hours & Fees** | **4.90** | | **2,669.00** |

Re:              Current Financials
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/03/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.10 |
| 05/04/10 | ANL | Analyzed and reviewed publishing and broadcasting March 2010 and Q1 2010 results. | 2.80 |
| 05/04/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 2.20 |
| 05/04/10 | HYL | Followed up and resolved cash disbursement question related to payment of senior lender Steering Committee professionals. | 0.40 |
| 05/04/10 | BH | Review and analyze industry newsprint pricing and compare to Tribune actual and forecast pricing in the 2010 Plan. Share results of industry pricing with Debtors advisors and request a reconciliation of Plan to Actual costs. | 1.20 |
| 05/04/10 | BH | Review and analyze report to UCC on weekly financial performance. | 2.20 |
| 05/04/10 | BH | Review and analyze the current and anticipated payments to steering committee professionals and the impact on projected cash balances. | 0.80 |
| 05/05/10 | AH | Review weekly AlixPartners report to UCC | 0.50 |
| 05/05/10 | ANL | Analyzed and reviewed March 2010 publishing and broadcasting results including revenue and expense details. | 2.30 |
| 05/05/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.20 |
| 05/05/10 | ANL | Analyzed and reviewed 13 week cash flow forecast. | 1.10 |
| 05/05/10 | ANL | Analyzed and reviewed Steering Committee fees and historical payments. | 0.50 |
| 05/05/10 | ANL | Prepared weekly status update to UCC. | 1.30 |
| 05/06/10 | ANL | Analyzed and reviewed publishing and broadcasting business unit operating cash flows for YTD 2010. | 1.10 |
| 05/06/10 | ANL | Prepared detailed summary of OCF by business unit for Q1 2010. | 1.30 |
| 05/06/10 | ANL | Analyzed and reviewed broadcasting revenue and expense detail for Q1 2010. | 2.20 |
| 05/06/10 | ANL | Analyzed and reviewed publishing revenue and expense detail for Q1 2010. | 1.20 |
| 05/06/10 | BH | Prepare comments for presentation to UCC on weekly financial results. | 1.10 |
| 05/07/10 | BH | Review and revise presentation to UCC on Q1 financial results compared to 2010 Plan. | 2.30 |
| 05/07/10 | ANL | Analyzed and reviewed weekly revenue flash and weekly cash flow results. | 1.80 |

Re:                 Current Financials
Client/Matter #     005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/07/10 | ANL | Prepared Weekly Status Report to UCC. Analyzed competitor Q1 2010 earnings. | 1.60 |
| 05/07/10 | ANL | Prepared Q1 2010 report to UCC. | 2.20 |
| 05/07/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC in weekly report. | 0.80 |
| 05/10/10 | ANL | Prepared weekly status report. | 2.30 |
| 05/10/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.70 |
| 05/10/10 | ANL | Analyzed and reviewed Q1 2010 corporate expenses and equity income results. | 0.90 |
| 05/10/10 | HYL | Reviewed weekly report to UCC which includes reporting on flash data and cash variance analysis. | 0.40 |
| 05/11/10 | ANL | Analyzed and reviewed Q1 2010 publishing and broadcasting results. | 2.20 |
| 05/11/10 | ANL | Prepared weekly status report to UCC. | 1.80 |
| 05/11/10 | BH | Review and analyze weekly performance versus forecast and revise report to UCC on results. | 2.40 |
| 05/12/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.30 |
| 05/12/10 | ANL | Analyzed and reviewed March 2010 and year to date results. | 1.60 |
| 05/12/10 | AH | Review weekly report to UCC | 0.40 |
| 05/13/10 | HYL | Gathered and reviewed industry and competitor data for reporting in weekly UCC report. | 0.90 |
| 05/13/10 | ANL | Prepared for and participated in call with Debtors' advisors on April 2010 results and weekly results. | 0.60 |
| 05/13/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 2.10 |
| 05/13/10 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 05/13/10 | ANL | Analyzed and reviewed April 2010 preliminary publishing and broadcasting results. | 1.70 |
| 05/13/10 | HYL | Prepared for and participated in weekly UCC Financial Advisor call with A&M and Debtor's management, publishing and broadcasting. | 1.10 |
| 05/13/10 | HYL | Analyzed preliminary April 2010 flash publishing results. | 0.70 |
| 05/13/10 | HYL | Analyzed preliminary April 2010 flash broadcasting results. | 0.60 |
| 05/13/10 | BH | Preparation of comments on weekly financial performance for the UCC meeting. | 1.00 |
| 05/13/10 | BH | Review information provided by Debtors advisors on interim monthly financial performance and draft notes summarizing results. | 1.60 |
| 05/14/10 | BH | Review and analyze weekly financial performance and | 2.40 |

Re:                       Current Financials
Client/Matter #           005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | revise presentation to UCC on results. | |
| 05/14/10 | ANL | Analyzed and reviewed amended statements and schedules. | 2.80 |
| 05/14/10 | ANL | Prepared for and participated in conference call with R. Stone (A&M) regarding amended statements and schedules for Tribune Company and CNLBC. | 1.20 |
| 05/14/10 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 05/14/10 | ANL | Analyzed and reviewed weekly cash flow results and cash flow forecast and revenue flash reports. | 1.20 |
| 05/14/10 | HYL | Prepared preliminary April 2010 operating summary results slides for presentation in weekly report. | 1.80 |
| 05/17/10 | ANL | Analyzed and reviewed April 2010 management operating report. | 1.20 |
| 05/17/10 | ANL | Prepared flash report on Q1 2010 and April financial results for UCC. | 1.80 |
| 05/18/10 | ANL | Prepared flash report on Q1 2010 and April financial results for UCC. | 1.20 |
| 05/18/10 | HYL | Reviewed and updated weekly report to UCC. | 1.10 |
| 05/19/10 | AH | Review weekly report to UCC | 0.40 |
| 05/19/10 | ANL | Prepared weekly status update to UCC. | 1.20 |
| 05/19/10 | ANL | Analyzed and reviewed January, February, March and April 2010 management operating reports. | 2.30 |
| 05/19/10 | HYL | Gathered and reviewed industry and competitor data for weekly report to UCC. | 0.70 |
| 05/20/10 | ANL | Analyzed and reviewed April 2010 management operating report. | 1.60 |
| 05/21/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.20 |
| 05/21/10 | ANL | Prepared weekly status update to UCC. | 0.80 |
| 05/21/10 | HYL | Reviewed weekly flash reporting and cash flow variance reports. | 0.90 |
| 05/21/10 | HYL | Prepared weekly flash report to UCC. | 1.80 |
| 05/21/10 | BH | Review and analyze weekly financial results and revise report to UCC on results. | 2.40 |
| 05/24/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.30 |
| 05/24/10 | HYL | Reviewed April month and YTD publishing business segment operating results. | 1.10 |
| 05/25/10 | HYL | Reviewed April month and YTD broadcasting business segment and corporate operating results. | 1.80 |
| 05/25/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.40 |

Re:          Current Financials
Client/Matter #     005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/25/10 | HYL | Prepared publishing slides for April 2010 Operating results presentation to UCC. | 1.60 |
| 05/25/10 | HYL | Prepared broadcasting slides for April 2010 Operating results presentation to UCC. | 1.40 |
| 05/25/10 | HYL | Prepared overall company slides for April 2010 Operating results presentation to UCC. | 0.90 |
| 05/25/10 | ANL | Prepared weekly status update to UCC. | 1.60 |
| 05/25/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.70 |
| 05/25/10 | BH | Review and analyze the April Brown Book information pertaining to monthly performance versus 2010 Plan. | 2.20 |
| 05/25/10 | BH | Review and analyze Q1 2010 financial results versus plan and revise report to UCC on results. | 2.60 |
| 05/25/10 | BH | Review and analyze the actual expenditures for steering committee fees versus forecast. | 0.40 |
| 05/26/10 | BH | Prepare presentation materials for UCC telephonic meeting on 5-27. | 1.20 |
| 05/26/10 | ANL | Prepared weekly status update to UCC. | 1.10 |
| 05/26/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.60 |
| 05/26/10 | HYL | Updated publishing and broadcasting sections of April operating results presentation to UCC for station and location data. | 1.90 |
| 05/26/10 | HYL | Prepared corporate and equity income sections of April operating results presentation to UCC. | 1.10 |
| 05/26/10 | HYL | Reviewed April month and YTD corporate and equity income operating results. | 1.30 |
| 05/26/10 | AH | Review AlixPartners weekly report to UCC | 0.40 |
| 05/27/10 | HYL | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period March 29, 2010 through April 25, 2010. | 1.20 |
| 05/27/10 | HYL | Reviewed weekly flash reporting data provided by Company. | 0.90 |
| 05/27/10 | HYL | Prepared corporate and equity sections of April operating results presentation to UCC. | 1.30 |
| 05/27/10 | ANL | Analyzed and reviewed April 2010 year to date results. | 1.80 |
| 05/27/10 | ANL | Analyzed and reviewed weekly revenue flash reports and weekly cash flow results. | 1.20 |
| 05/28/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.30 |
| 05/28/10 | ANL | Analyzed and reviewed April 2010 year to date results. | 1.80 |
| 05/28/10 | HYL | Prepared weekly flash report for presentation to UCC. | 1.90 |

Re:                    Current Financials
Client/Matter #        005735.00004

**Total Hours**        **128.10**

Re:                          Current Financials
Client/Matter #              005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.70 | 820.00 | 1,394.00 |
| Albert Leung | 74.60 | 530.00 | 39,538.00 |
| Harold Y Lee | 28.00 | 530.00 | 14,840.00 |
| Brad Hall | 23.80 | 620.00 | 14,756.00 |
| **Total Hours & Fees** | **128.10** | | **70,528.00** |

Re:                          Employee Issues
Client/Matter #              005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/03/10 | BH | Review and analyze the terms of departure for Ed Wilson. Draft a series of questions pertaining to the departure and economic impact to Tribune and forward questions to Debtors advisors. | 1.70 |
| 05/03/10 | ANL | Analyzed and reviewed Ed Wilson's employment contract. | 0.50 |
| 05/04/10 | BH | Review and analyze response received from Tribune advisors on the severance arrangement proposed for Ed Wilson. | 0.40 |
| 05/10/10 | BH | Review and analyze the terms of Ed Wilson severance and consulting agreement. Compare cost of separation versus planned expenditures in management incentive programs. | 1.40 |
| 05/10/10 | BH | Call with Chadbourne to discuss the cost of severance agreement with Ed Wilson and the stated reasons provided by Debtors advisors for the termination. | 0.30 |
| 05/11/10 | ANL | Analyzed and reviewed Ed Wilson's separation agreement with Tribune. | 0.90 |
| 05/11/10 | ANL | Prepared summary of Ed Wilson's 2008 through 2010 compensation. | 1.10 |
| 05/11/10 | ANL | Analyzed and reviewed 2009 MIP, TMIP and KOB plans. | 1.30 |
| 05/14/10 | AH | Discuss TMIP /KOB w/ D. Deutsch | 0.30 |
| 05/17/10 | BH | Review and analyze updated Mercer report on TMIP and KOB and comparison to other company's similar plans. | 1.60 |
| 05/17/10 | ANL | Prepared analysis on 2010 TMIP and KOB for UCC counsel. | 2.10 |
| 05/17/10 | ANL | Analyzed and reviewed Mercer report on TMIP and KOB. | 1.80 |
| 05/17/10 | ANL | Analyzed and reviewed Mercer's bankruptcy supplemental compensation comparable analysis. | 1.10 |
| 05/17/10 | ANL | Analyzed and reviewed Mercer's sample used for 2010 total compensation comparable analysis. | 1.30 |
| 05/18/10 | ANL | Analyzed and reviewed Mercer presentation on TMIP and KOB. | 1.80 |
| 05/19/10 | ANL | Analyzed and reviewed LA Times severance payment information to determine its compliance with severance court order. | 0.40 |
| 05/19/10 | ANL | Analyzed and reviewed Tribune broadcasting and television severance payments to employees to determine its compliance with severance court order. | 0.60 |
| 05/19/10 | BH | Review and analyze the proposed severance payments to insiders regarding the LA Times. | 0.50 |
| 05/20/10 | AH | Review TMIP and KOB proposals and summary from A. Leung and communicate to D. Deutsch (Chadbourne) re: same | 1.30 |

Re:                        Employee Issues
Client/Matter #            005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/24/10 | BH | Review and analyze 2010 revised MIP provided by Debtor. | 1.80 |
| 05/24/10 | ANL | Analyzed and reviewed original Mercer 2010 MIP presentation (Feb 2010). | 1.60 |
| 05/24/10 | ANL | Analyzed and reviewed revised Mercer 2010 MIP presentation (May 2010). | 2.20 |
| 05/26/10 | ANL | Analyzed and reviewed revised Mercer 2010 MIP presentation (May 2010) and supporting detail from A&M. | 1.80 |
| 05/26/10 | AH | Review revised 2010 MIP materials | 1.50 |
| 05/26/10 | AH | Discuss revised 2010 MIP with B. Whittman (A&M) and emails re: same | 0.30 |
| 05/27/10 | ANL | Prepared 2010 MIP to UCC on Debtors' revisions and mechanics. | 2.80 |
| 05/28/10 | ANL | Prepared 2010 MIP report to the UCC. | 2.60 |
| 05/28/10 | ANL | Discuss 2010 MIP report with A. Holtz (AlixPartners). | 0.20 |
| 05/28/10 | AH | Discuss 2010 MIP w/ M. Kulnis (UCC Chair) | 0.40 |
| 05/28/10 | AH | Discuss 2010 MIP w/ B. Whittman (A&M) | 0.20 |
| 05/28/10 | AH | Discuss 2010 MIP follow-up w/ A. Leung (AlixPartners). | 0.20 |
| | | **Total Hours** | **36.00** |

Re:                     Employee Issues
Client/Matter #         005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.20 | 820.00 | 3,444.00 |
| Albert Leung | 24.10 | 530.00 | 12,773.00 |
| Brad Hall | 7.70 | 620.00 | 4,774.00 |
| **Total Hours & Fees** | **36.00** | | **20,991.00** |

Re:                        Plan of Reorganization
Client/Matter #            005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/05/10 | BH | Review and analyze Debtors proposal for accepting all remaining contracts at the parent and subsidiary levels. Draft memo to Chadbourne on results. | 1.60 |
| 05/12/10 | BH | Review and analyze updated intercompany allocation model and recommend information to be shared by Zuckerman with the Examiner. | 2.70 |
| 05/12/10 | BH | Review and analyze the amended schedules pertaining to claims at Tribune CNLBC and Tribune Company (Schedule F). | 2.40 |
| 05/12/10 | HYL | Reviewed communication from Debtor regarding amendment to the Schedules of Assets and Liabilities for two Debtors: Tribune CNLBC, LLC and Tribune Company related to uncashed payroll checks and untendered stock claims, respectively. | 0.30 |
| 05/13/10 | BH | Review and analyze information available for Zuckerman on cash management systems to share with the Examiner. | 1.30 |
| 05/13/10 | BH | Review and analyze updated Intercompany allocation model based upon actual Plan of Reorganization terms. | 0.70 |
| 05/14/10 | BH | Review and analyze the receipt of cash from Compushare giving rise to the schedule amendments provided by Debtor. | 2.20 |
| 05/17/10 | BH | Review and analyze objections to Disclosure Statement filed by various parties. | 1.20 |
| 05/17/10 | BH | Review and revise proposed Draft Committee Insert to Disclosure Statement. | 0.50 |
| 05/17/10 | AH | Review various objections to disclosure statement, UCC reply re: same and UCC insert | 1.20 |
| 05/18/10 | BH | Review, analyze and revise report to Chadbourne on updated Intercompany allocation model. | 1.60 |
| 05/19/10 | BH | Review and draft questions to Debtors advisors regarding settlement allocations. | 0.80 |
| 05/24/10 | BH | Review and analyze amended Disclosure statement comments on sources and uses of funds related to go private transaction. | 0.50 |
| 05/24/10 | MFR | Review and reconciliation of LBO related facts and figures contained in the draft Disclosure Statement. | 2.10 |
| 05/25/10 | MFR | Perform reconciliation of figures from Disclosure Statement. | 1.80 |
| 05/25/10 | ANL | Analyzed and reviewed amended disclosure statement. | 1.60 |
| 05/25/10 | ANL | Analyzed and reviewed amended plan of reorganization and exhibits. | 1.80 |
| 05/25/10 | BH | Review and analyze Debtors amended Disclosure Statement. | 0.70 |
| 05/26/10 | BH | Review and analyze Debtors amended Disclosure Statement and Exhibits. | 2.10 |
| | | **Total Hours** | **27.10** |

Re:                          Plan of Reorganization
Client/Matter #              005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.20 | 820.00 | 984.00 |
| Mark F Rule | 3.90 | 530.00 | 2,067.00 |
| Albert Leung | 3.40 | 530.00 | 1,802.00 |
| Harold Y Lee | 0.30 | 530.00 | 159.00 |
| Brad Hall | 18.30 | 620.00 | 11,346.00 |
| **Total Hours & Fees** | **27.10** | | **16,358.00** |

Re:                    Executory Contracts
Client/Matter #        005735.00009

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 05/03/10 | BH | Review and analyze the motion to reject the executory contract with D&B. | 1.60 |
| 05/04/10 | BH | Draft and send memo to Chadbourne on the economics of the rejection of D&B executory contract. | 1.10 |
| 05/10/10 | BH | Prepare calculation on the net effect of D&B contract rejection taking into consideration potential rejection claims. Send memo to Chadbourne with results of analysis. | 0.60 |
| | | **Total Hours** | **3.30** |

Re:                         Executory Contracts
Client/Matter #             005735.00009

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 3.30 | 620.00 | 2,046.00 |
| **Total Hours & Fees** | **3.30** | | **2,046.00** |

Re:               Misc. Motions
Client/Matter #     005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/03/10 | HYL | Reviewed PwC supplemental application to modify scope to add services related to Fresh Start accounting and provided conclusion to C&P | 1.20 |
| 05/03/10 | HYL | Gathered and reviewed comparable consultant rates for analysis of PwC supplemental application to provide Fresh Start accounting services. | 0.70 |
| 05/03/10 | BH | Review and analyze the Debtors motion to hire PWC regarding fresh start accounting needs. | 0.80 |
| 05/03/10 | BH | Review the court announcement on the hiring of an Examiner and related powers and scope of authority. | 0.30 |
| 05/04/10 | BH | Draft and send memo to Chadbourne on conclusions of investigation into the proposed motion to retain PWC for fresh start accounting duties. | 0.90 |
| 05/04/10 | BH | Analyze the appropriateness of using existing auditing firm for fresh start accounting, given the inherent need for valuation services. Discuss the Debtors request with accounting firms to determine options. | 1.30 |
| 05/04/10 | AH | Review team work product on PwC and D&B motions and discuss with B. Hall and H. Lee (both AlixPartners) | 0.40 |
| 05/05/10 | BH | Review competitiveness of proposed PWC pricing for fresh start accounting services and send memo to Chadbourne with recommendations. | 0.40 |
| 05/06/10 | HYL | Prepared for and discussed with Marc Roitman (C&P) follow up on process and selection of PWC as advisors to provide fresh start accounting services. | 0.60 |
| 05/24/10 | HYL | Reviewed and responded to C&P regarding Tribune application to modify the scope of the retention of E&Y to include fresh start valuation services. | 1.70 |
| 05/24/10 | BH | Review and analyze proposed retention of E&Y application for services pertaining to fresh start accounting. | 1.30 |
| 05/25/10 | BH | Review and analyze the pricing of E&Y proposed services pertaining to fresh start accounting. | 0.30 |
| | | **Total Hours** | **9.90** |

Re:                     Misc. Motions
Client/Matter #         005735.00011

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.40 | 820.00 | 328.00 |
| Harold Y Lee | 4.20 | 530.00 | 2,226.00 |
| Brad Hall | 5.30 | 620.00 | 3,286.00 |
| **Total Hours & Fees** | **9.90** | | **5,840.00** |

Re:                              Avoidance Actions
Client/Matter #                  005735.00014

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 05/03/10 | MFR | Preparation for meeting with Examiner. | 3.80 |
| 05/04/10 | MFR | Meetings with Examiner. | 6.00 |
| 05/05/10 | MFR | Production of certain documents requested by the Examiner. | 3.80 |
| 05/05/10 | CR | Reviewed prior analyses and prepared for Examiner. | 3.10 |
| 05/12/10 | HYL | Prepared for and participated in meeting with Zuckerman (James Sottile, Gramme Bush, Andrew Goldfarb) and Mark Rule (AlixPartners) to respond to questions and discuss information to be provided to Examiner. | 1.40 |
| 05/12/10 | HYL | Reviewed Examiner's 5/10/10 letter requesting materials from parties. | 0.70 |
| 05/12/10 | HYL | Prepared analysis to be provided to the Examiner. | 0.60 |
| 05/12/10 | HYL | Per request of Zuckerman Spader, reviewed AlixPartners prepared analysis and documents to be provided to Examiner. | 1.60 |
| 05/12/10 | ANL | Prepared documents for Tribune Examiner. | 1.60 |
| 05/12/10 | ANL | Analyzed and reviewed intercompany model. | 2.70 |
| 05/12/10 | MFR | Call with Zuckerman regarding documents requested by Examiner. | 0.80 |
| 05/12/10 | CR | Analyzed sensitivities of VRC tax savings calculation. | 2.80 |
| 05/13/10 | CR | Analyzed VRC tax savings calculation assumptions and residual sensitivities. | 2.10 |
| 05/13/10 | MFR | Call with Zuckerman regarding meeting with Examiner's financial advisors. | 0.50 |
| 05/13/10 | HYL | Reviewed updated intercompany model provided by A&M. | 0.80 |
| 05/13/10 | HYL | Updated intercompany model presentation per Zuckerman request to provide to Examiner and his financial advisors. | 1.60 |
| 05/14/10 | HYL | Update intercompany model per Zuckerman request to provide to Examiner and financial advisors. | 2.70 |
| 05/14/10 | MFR | Call with Zuckerman and Chadbourne re: meeting with Examiner's financial advisors. | 0.50 |
| 05/14/10 | MFR | Development of presentation for meeting with Examiner's financial advisors. | 3.80 |
| 05/14/10 | MFR | Preparation for meeting with Examiner's financial advisors. | 5.00 |
| 05/15/10 | MFR | Preparation for meeting with Examiner's financial advisors. | 3.30 |
| 05/16/10 | MFR | Preparation for meeting with Examiner's financial advisors. | 4.50 |
| 05/17/10 | MFR | Preparation for and meeting with Examiner's financial advisors. | 6.50 |
| 05/18/10 | MFR | Prepared production of additional documents requested by Examiner. | 3.30 |
| 05/18/10 | MFR | Answered of follow-up questions posed by Examiner's | 3.80 |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | financial advisor. | |
| 05/18/10 | HYL | Updated intercompany model including comparison of original and revised model output. | 1.40 |
| 05/18/10 | ANL | Reviewed and revised Intercompany presentation to UCC counsel to be shared with examiner. | 2.30 |
| 05/18/10 | ANL | Analyzed and reviewed updated Tribune intercompany model. | 2.20 |
| 05/18/10 | CR | Reviewed VRC and advisor valuation analyses for Examiner presentation. | 2.60 |
| 05/19/10 | CR | Reviewed and sourced Examiner Statement of Facts sections related to LBO financing. | 2.80 |
| 05/19/10 | CR | Reviewed valuation analyses and sensitivity models for Examiner. | 2.30 |
| 05/19/10 | HYL | Prepared for and participated in conference call with A&M (Matt Frank and Stuart Kaufman) regarding presentation of model recovery under the plan of recovery construct. | 0.90 |
| 05/19/10 | ANL | Analyzed and reviewed intercompany model and recovery analysis provided by Debtors. | 2.10 |
| 05/19/10 | ANL | Reviewed and revised Intercompany presentation to UCC counsel. | 1.60 |
| 05/19/10 | MFR | Reconciliation of facts and figures contained in Debtors Fact Statement to Examiner. | 4.50 |
| 05/20/10 | MFR | Review and reconciliation of figures and facts contained in draft UCC submission to Examiner. | 5.00 |
| 05/20/10 | ANL | Analyzed and reviewed draft information request document from Zuckerman to be presented to Examiner. | 1.30 |
| 05/20/10 | ANL | Analyzed and reviewed intercompany model and recovery analysis provided by Debtors and reviewed guarantor and non-guarantor information. | 2.30 |
| 05/20/10 | ANL | Reviewed and revised Intercompany presentation to UCC counsel. | 2.10 |
| 05/20/10 | HYL | Reviewed and provided input to Zuckerman regarding draft of Examiner submission sections with particular review of sections related to intercompany balances. | 1.90 |
| 05/20/10 | HYL | Updated intercompany model presentation at Zuckerman request for Examiner. | 0.90 |
| 05/20/10 | CR | Sourced and reconciled company source and use data in Examiner fact statement. | 2.60 |
| 05/21/10 | CR | Reviewed company-provided source and use data and PHONES assumptions in Examiner fact statement. | 2.60 |
| 05/21/10 | MFR | Review and reconciliation of facts and figures contained in UCC submission to Examiners.  Communication with | 2.50 |

Re:                              Avoidance Actions
Client/Matter #                  005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | Zuckerman regarding the same. |  |
| 05/24/10 | CR | Analyzed and verified excerpts from examiner report. | 2.30 |
| 05/25/10 | CR | Reconciled projected and actual financial figures from disclosure statement excerpts to produced models and brown books. | 5.10 |
| 05/26/10 | ANL | Analyzed and reviewed Examiner's letter to UCC's professionals for documents and reply briefs. | 0.40 |
| 05/27/10 | CR | Reconciled actual and projected financial figures from disclosure statement to produced documents. | 3.20 |
| 05/27/10 | MFR | Analysis of change of control payments. Communication to Chadbourne regarding the same. | 2.50 |
| 05/27/10 | MFR | Research question regarding settlement plan allocation. Communication to Chadbourne regarding the same. | 1.00 |
| 05/28/10 | CR | Reviewed and analyzed disclosure statement financial calculations. | 1.80 |
| | | **Total Hours** | **127.50** |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 61.10 | 530.00 | 32,383.00 |
| Albert Leung | 18.60 | 530.00 | 9,858.00 |
| Harold Y Lee | 14.50 | 530.00 | 7,685.00 |
| Christopher Rubel | 33.30 | 320.00 | 10,656.00 |
| **Total Hours & Fees** | **127.50** | | **60,582.00** |

Re:     UCC Meetings
Client/Matter #   005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/06/10 | BH | Attend telephonic UCC meeting and make presentation on financial results. | 0.80 |
| 05/06/10 | MFR | Participated in UCC conference call. | 1.10 |
| 05/11/10 | MFR | Participated in UCC professionals call. | 0.80 |
| 05/11/10 | BH | Participate in UCC Professionals call hosted by Chadbourne. | 0.80 |
| 05/11/10 | AH | Weekly update call w/ UCC professionals | 0.60 |
| 05/13/10 | AH | Weekly UCC meeting (telephonic) | 0.50 |
| 05/13/10 | BH | Participate in telephonic UCC meeting. | 0.50 |
| 05/13/10 | MFR | Participated in UCC conference call. | 0.80 |
| 05/18/10 | MFR | Participated in UCC professionals conference call. | 0.50 |
| 05/18/10 | BH | Participate in UCC Professionals call hosted by Chadbourne. | 0.80 |
| 05/18/10 | AH | Weekly update call with UCC professionals | 0.70 |
| 05/25/10 | AH | Weekly update call w/ UCC professionals | 0.40 |
| 05/25/10 | BH | Participate in UCC Professionals call hosted by Chadbourne. | 0.50 |
| 05/25/10 | MFR | Participated in UCC professionals conference call. | 0.50 |
| 05/27/10 | AH | Weekly UCC meeting (telephonic) | 0.60 |
| 05/27/10 | ANL | Participated in UCC Meeting via telephone regarding weekly report, 2010 MIP and Disclosure Statement issues. | 0.70 |
| | | **Total Hours** | **10.60** |

Re:                          UCC Meetings
Client/Matter #              005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.80 | 820.00 | 2,296.00 |
| Mark F Rule | 3.70 | 530.00 | 1,961.00 |
| Albert Leung | 0.70 | 530.00 | 371.00 |
| Brad Hall | 3.40 | 620.00 | 2,108.00 |
| **Total Hours & Fees** | **10.60** | | **6,736.00** |

Re:                              Billing and Retention
Client/Matter #                  005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/03/10 | ANL | Prepared exhibits for the fee examiner on 4th interim periods. | 2.10 |
| 05/03/10 | ANL | Prepared letter response & exhibits to Fee Examiner for AlixPartners Fourth Interim Fee Application. | 2.30 |
| 05/04/10 | ANL | Prepared letter response & exhibits to Fee Examiner for AlixPartners Fourth Interim Fee Application. | 1.10 |
| 05/05/10 | AH | Review response to Fee Examiner for 4th Interim Period | 2.30 |
| 05/07/10 | ANL | Reviewed and revised 2nd interim fee order & exhibits for upcoming hearing. | 0.70 |
| 05/10/10 | ANL | Prepared April 2010 fee application. | 1.20 |
| 05/11/10 | ANL | Prepared April 2010 fee application. | 0.90 |
| 05/12/10 | ANL | Prepared April 2010 fee application. | 0.50 |
| 05/13/10 | ANL | Prepared April 2010 fee application. | 1.30 |
| 05/14/10 | YK | Prepared April 2010 fee application. | 2.50 |
| 05/17/10 | YK | Prepared April 2010 fee application. | 0.50 |
| 05/17/10 | AH | Prep for fee hearing, including emails with GC and review Application and Examiner report | 0.30 |
| 05/21/10 | ANL | Prepared April 2010 fee application and motion exhibits. | 2.30 |
| 05/25/10 | ANL | Prepared April 2010 fee application and motion exhibits. | 2.10 |
| 05/26/10 | ANL | Prepared April 2010 fee application motion and exhibits. | 1.60 |
| 05/26/10 | AH | Review April time detail, fee application and sign/send to counsel for filing | 1.80 |
| | | **Total Hours** | **23.50** |

Re:                              Billing and Retention
Client/Matter #                  005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.40 | 820.00 | 3,608.00 |
| Albert Leung | 16.10 | 530.00 | 8,533.00 |
| Young Kim | 3.00 | 470.00 | 1,410.00 |
| **Total Hours & Fees** | **23.50** | | **13,551.00** |

Re:                    Travel Time (billed at 50%)
Client/Matter #        005735.00018

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/03/10 | MFR | Travel to NYC for meeting with Examiner. | 4.50 |
| 05/04/10 | MFR | Travel from NYC to Chicago. | 5.00 |
| | | **Total Hours** | **9.50** |

Re:                    Travel Time (billed at 50%)
Client/Matter #        005735.00018

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 9.50 | 530.00 | 5,035.00 |
| **Total Hours & Fees** | **9.50** | | **5,035.00** |