# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Description | Amount |
|---|---|
| Cab Fare/Ground Transportation | 110.12 |
| Meals & Tips | 169.21 |
| Parking & Tolls | 148.00 |
| **Total Disbursements** | **427.33** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 03/02/10 | Meals & Tips Albert Leung-Dinner (in town) | 15.00 |
| 03/02/10 | Parking & Tolls Albert Leung-Parking (in town) | 20.00 |
| 03/09/10 | Cab Fare/Ground Transportation Albert Leung-Airport Taxi (out of town) | 11.00 |
| 03/09/10 | Meals & Tips Albert Leung-Travel Breakfast (out of town) | 9.00 |
| 03/09/10 | Meals & Tips Albert Leung-Travel Lunch (out of town) | 15.00 |
| 03/10/10 | Meals & Tips Albert Leung-Travel Breakfast (out of town) | 11.00 |
| 03/10/10 | Meals & Tips Albert Leung-Travel Lunch (out of town) | 25.00 |
| 03/10/10 | Meals & Tips Albert Leung-Travel Dinner (out of town) | 15.00 |
| 04/05/10 | Meals & Tips Albert Leung-Dinner (in Town) | 10.21 |
| 04/05/10 | Meals & Tips Albert Leung-Dinner (in Town) | 11.00 |
| 04/05/10 | Parking & Tolls Albert Leung-Parking (in Town) | 32.00 |
| 04/06/10 | Meals & Tips Albert Leung-Dinner (in town) | 15.00 |
| 04/06/10 | Parking & Tolls Albert Leung-Parking (in town) | 32.00 |
| 04/07/10 | Meals & Tips Albert Leung-Dinner (in town) | 9.00 |
| 04/07/10 | Parking & Tolls Albert Leung-Parking (in town) | 32.00 |
| 04/08/10 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. Brad Hall (out of town) | 99.12 |
| 04/08/10 | Meals & Tips Albert Leung-Dinner (in town) | 18.00 |
| 04/08/10 | Parking & Tolls Albert Leung-Parking (in town) | 32.00 |
| 04/10/10 | Meals & Tips Albert Leung-Dinner (in town) | 16.00 |
| | **Total Disbursements** | **427.33** |