# EXHIBIT A

**Program Agreements**

Wendy Logsdon
Group Program Director
Telephone (317) 715-2777
Fax (317) 715-2698


**TRIBUNE** BROADCASTING

Tribune Broadcasting Company
6910 Network Place
Indianapolis, IN 46278
E-Mail: wlogsdon@tribune.com

December 2, 2004

Paul Schreiber
Carsey-Werner Distribution
980 N. Michigan Avenue
Suite 1400
Chicago, IL 60611

Dear Paul:

This confirms our agreement for **THAT '70s SHOW (2nd cycle)** as follows:

| | |
|---|---|
| **Licensee**: | WTIC-TV and WTXX-TV/Hartford-New Haven |
| **Term**: | 263 Weeks, September 8, 2008 – September 22, 2013 |
| **Episodes**: | Approximately 178 half-hour episodes |
| **Runs**: | Seven (7) runs per week mandatory (1,841 total plays) |
| **License Fee**: | $▓▓▓ per week ($▓▓▓ total license fee) |

License fee is payable in sixty (60) equal consecutive monthly installments beginning September 1, 2008.

| | | |
|---|---|---|
| **Time Period**: | Primary Runs: | M-F/▓▓▓ |
| | Weekend Runs: | Sat-Sun/▓▓▓ |
| **Barter**: | M-F: | ▓ minutes Carsey-Werner/▓ minutes station |
| | Weekend: | ▓ minutes Carsey-Werner/▓ minutes station |

Station will not be responsible for removing or inserting different barter spots than those received from the satellite feed or program tape.

| | |
|---|---|
| **Delivery**: | Via satellite and closed-captioned |
| **Exclusivity**: | The program will not be licensed to any other free-over-the-air stations in the Hartford-New Haven market during the license term. |

Page 2
12/2/04

**Preemptions:** If the program is prempted, station will make its best efforts to reschedule the episode and run the program with the barter intact. If this is not possible, station will spin the barter spots within 7 days within another episode of the program.

**Other:** The program is licensed to station for broadcast on its current over the air analog channel, as well as the digital channel allocated by the Federal Communications Commission. A "simulcast" or same-day "multicast" over both channels will be considered only one telecast for contractual purposes (to the extent not prohibited by Guild agreements).

I believe this accurately reflects our agreement for **THAT '70S SHOW 2nd Cycle**. Please indicate your acceptance by signing below and returning a copy of this letter.

Sincerely,

*Wendy Logsdon*

Wendy Logsdon
Group Program Director

Accepted and Agreed To:

_____

For Carsey-Werner Distribution

Natalie Grant
Group Program Director
Telephone (206) 674-1346
Fax (206) 674-1550



Tribune Broadcasting Company
1813 Westlake Avenue North
Seattle, WA 98109
E-Mail: ngrant@tribune.com

December 2, 2004 (revised)

Paul Schreiber
Carsey-Werner Distribution
980 N. Michigan Avenue
Suite 1400
Chicago, IL 60611

Dear Paul:

Attached is a summary of our agreement for **THAT '70s SHOW (2nd cycle)**.

Sincerely,

*Natalie Grant*

Natalie Grant

cc:    Kieran Clarke, Patty Hamilton

Page 2
12/02/04

## THAT '70s SHOW (2nd cycle)

**Licensee:** KWBP/Portland; WXMI/Grand Rapids-Kalamazoo-Battle Creek

**Term:** 263 Weeks, September 8, 2008 – September 22, 2013

**Episodes:** Approximately 178 half-hour episodes

**Runs:** Five (5) M-F runs plus two (2) weekend runs per week (1,841 total plays)

**License Fee:**
Portland        $■■ per week ($■■■■ total license fee)
Grand Rapids    $■■ per week ($■■■■ total license fee)

License fee is payable in sixty (60) equal consecutive monthly installments beginning September 1, 2008.

**Time Period:**

|  | Primary Run | Weekend Run |
|---|---|---|
| Portland | M-F/■ | Sa-Su/■ |
| Grand Rapids | M-F/■ | Sa-Su/■ |

**Barter:**
M-F:     ■ minutes Carsey-Werner/■ minutes station
Weekend: ■ minutes Carsey-Werner/■ minutes station

Station will not be responsible for removing or inserting different barter spots than those received from the satellite feed or program tape.

**Delivery:** Via satellite and closed-captioned

**Exclusivity:** The program will not be licensed to any other free over-the-air television stations in the Portland or Grand Rapids-Kalamazoo-Battle Creek markets during this license term.

**Preemptions:** If the program is preempted, station will make its best efforts to reschedule the episode and run the program with the barter intact. If this is not possible, station will spin the barter spots within seven (7) days within another episode of the program.

**Other:** The program is licensed to station for broadcast on its current over the air analog channel, as well as the digital channel allocated by the Federal Communications Commission. A "simulcast" or same-day "multicast" over both channels will be considered only one telecast for contractual purposes (to the extent not prohibited by Guild agreements).

Wendy Logsdon
Group Program Director
Tribune Television
317/715-2777


**TRIBUNE**
BROADCASTING

6910 Network Place
Indianapolis, Indiana 46278
fax: 317/715-2698
wlogsdon@tribune.com

January 14, 2005

Paul Schreiber
Carsey-Werner Distribution
980 N. Michigan Avenue
Suite 1400
Chicago, IL  60611

Dear Paul:

This confirms our agreement for **THAT '70s SHOW (2nd cycle)** as follows:

**Licensee:**     KPLR-TV/St. Louis

**Term:**     263 Weeks, September 8, 2008 – September 22, 2013

**Episodes:**     Approximately 178 half-hour episodes

**Runs:**     Seven (7) runs per week mandatory (1,841 total plays)

**License Fee:**     $■■■ per week ($■■■ total license fee)

License fee is payable in sixty (60) equal consecutive monthly installments beginning September 1, 2008.

**Barter:**     M-F:     ■ minutes Carsey-Werner/■ minutes station
Weekend:    ■ minutes Carsey-Werner/■ minutes station

Station will not be responsible for removing or inserting different barter spots than those received from the satellite feed or program tape.

**Delivery:**     Via satellite and closed-captioned

**Exclusivity:**     The program will not be licensed to any other free-over-the-air stations in the St. Louis market during the license term.

**Preemptions:**     If the program is preempted, station will make its best efforts to reschedule the episode and run the program with the barter intact. If this is not possible, station will spin the barter spots within 7 days within another episode of the program.

**Other:**     The program is licensed to station for broadcast on its current over the air analog channel, as well as the digital channel allocated by the Federal Communications Commission. A "simulcast" or same-day "multicast" over both channels will be considered only one telecast for contractual purposes (to the extent not prohibited by Guild agreements).

I believe this accurately reflects our agreement for **THAT '70S SHOW 2nd Cycle**. Please indicate your acceptance by signing below and returning a copy of this letter.

Sincerely,

*Wendy Logsdon*

Wendy Logsdon
Group Program Director

Accepted and Agreed To:

_____
For Carsey-Werner Distribution

June 21, 2010

Carsey-Werner Distribution
980 N. Michigan Avenue
Suite 1400
Chicago, IL 60611
Attention: Paul Schreiber

Re:     **THAT '70s SHOW (2nd cycle)**

Dear Paul:

Reference is hereby made to the syndicated program deal letters between Carsey-Werner Distribution ("CW") and Tribune Broadcasting Company, as debtor and debtor-in-possession in bankruptcy case #08-13141 ("Tribune") for the broadcast of the series entitled "That '70s Show" (the "Series") over the stations and in connection with the deal memos set forth on the attached Exhibit "A" (collectively, the "Agreements").

This letter shall confirm that CW and Tribune hereby agree to mutually amend the Agreements as set forth below:

1. The weekly license fee for KRCW (Portland) will be reduced to $▓ and the weekly license fee for WTIC and WTXX (Hartford) will be reduced to $▓ effective July 5, 2010 and continuing through the end of the license term (September 22, 2013).

2. The time period in which KRCW (Portland), WTIC and WTXX (Hartford) and WXMI (Grand Rapids) may broadcast the Series is modified as follows:
    a. Primary Runs:      Monday through Friday, ▓▓▓▓▓▓▓▓▓▓.
    b. Weekend Runs:      Saturday – Sunday, ▓▓▓▓▓▓▓▓▓▓.

3. Except as set forth in this letter, or as the parties may otherwise agree in writing, all terms and conditions of the Agreements shall continue in full force and effect.

4. CW and Tribune agree to maintain the terms and conditions of this agreement confidential, except that each party may disclose such information to its respective accountants, attorneys, employees, contractors or other agents as necessary to perform its obligations herein and/or as otherwise may be required by applicable law, rule, regulation or legal process.

Please signify your acceptance of the foregoing by signing in the space provided below:

AGREED TO AND ACCEPTED:

| Carsey-Werner Distributions | Tribune Broadcasting Company |
|---|---|
| By_____ | By_____ |
| Title_____ | Title_____ |
| Date_____ | Date_____ |