**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, *et al.*, | : Case No. 08-13141 (KJC) |
| | : Jointly Administered |
| Debtors. | : |
| | : **Hearing Date: July 14, 2010 at 1:30 p.m.** |
| | : **Objection Deadline: July 7, 2010 at 4:00 p.m.** |
| | : |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on June 25, 2010, Wilmington Trust Company, as

Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures due

2029, Generally Referred to as the PHONES ("Wilmington Trust"), by and through its

undersigned counsel, filed its *Motion for Estimation and Temporary Allowance of Claims*

*Pursuant to Bankruptcy Rule 3018* (the "Motion").

You are required to file a response, if any, to the Motion on or before **July 7, 2010 at**

**4:00 pm (ET).**

At the same time, you must serve a copy of the response upon movant's attorneys:

| | |
|---|---|
| Robert J. Stark, Esquire<br>Martin S. Siegel, Esquire<br>William M. Dolan III, Esquire<br>Katherine S. Bromberg, Esquire<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, New York 10036 | Raymond H. Lemisch, Esquire<br>Jennifer R. Hoover, Esquire<br>BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br>222 Delaware Ave., Suite 801<br>Wilmington, DE 19801 |

A HEARING ON THIS MATTER WILL BE HELD ON **JULY 14, 2010 AT 1:30 P.M.**

**(ET)** BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES

BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH

FLOOR, WILMINGTON, DELAWARE, COURTROOM NO. 5.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT

MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 25, 2010

       **BENESCH, FRIEDLANDER, COPLAN
        & ARONOFF LLP**

By: */s/ Raymond H. Lemisch*
     Raymond H. Lemisch, Esquire (No. 4204)
     Jennifer R. Hoover, Esquire (No. 5111)
     222 Delaware Avenue, Suite 801
     Wilmington, DE 19801
     (302) 442-7010 (telephone)
     (302) 442-7012 (facsimile)
     rlemisch@beneschlaw.com
     jhoover@beneschlaw.com

     -and-

     **BROWN RUDNICK LLP**
     Robert J. Stark, Esq.
     Martin S. Siegel, Esq.
     William M. Dolan III, Esq.
     Katherine S. Bromberg, Esq.
     Seven Times Square
     New York, New York 10036
     Telephone  (212) 209-4800
     Facsimile:  (212) 209-4801
     Email: rstark@brownrudnick.com
     Email: msiegel@brownrudnick.com
     Email: wdolan@brownrudnick.com
     Email: kbromberg@brownrudnick.com

     *Counsel to Wilmington Trust Company, as
     Successor Indenture Trustee for the $1.2 Billion
     Exchangeable Subordinated Debentures Due 2029,
     Generally Referred to as the PHONES*

3623069_1.DOC