| United States Bankruptcy Court, District of Delaware | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>**Tribune Company** | Case Number 08-13141 (KJC)<br>(Jointly Administered) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (*The person or other entity to whom the debtor owes money or property*)<br><br>Wilmington Trust Corporation,<br>as Indenture Trustee<br>c/o Patrick J. Healy, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, Delaware 19890 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and Addresses Where Notices Should be Sent<br><br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Attn: Daniel J. Saval, Esq.<br>Tele: (212) 209-4905 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:    Check here ☐ replaces / ☐ amends a previously filed claim dated _____

**1. Basis For Claim**
- ☐ Goods Sold
- ☐ Services Performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)          (date)

**2. Date debt was incurred:** See Attachment

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**    $ 1,196,823,429.80 (plus other amounts – See Attachment)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. (See Attachment)

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate
☐ Motor Vehicle
☐ Other: _____

Value of Collateral: unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier 11 U.S.C. §507(a)(4)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits towards purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §§507 (a)(___).
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all paym... of claim.
**8. Supporting Documents:** Attach c... itemized statements of running ac... perfection of lien. DO NOT SEN... documents are voluminous, attach
**9. Date-Stamped Copy:** To receive ... envelope and copy of this proof of claim.

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)      0000003523

[barcode]

...urpose of making this proof ... purchase orders, invoices, ...eements, and evidence of ... vailable, explain. If the ... tamped, self-addressed

THIS SPACE IS FOR COURT USE ONLY

FILED / RECEIVED
JUN - 5 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:
June 2, 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).
Wilmington Trust Corporation, as Indenture Trustee

Patrick J. Healy, Vice President

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

8215042

## ATTACHMENT TO PROOF OF CLAIM
## OF WILMINGTON TRUST COMPANY

Wilmington Trust Company ("Wilmington Trust") hereby submits this attachment to its Proof of Claim.

Wilmington Trust is the successor Indenture Trustee under that certain Indenture dated as of April 1, 1999 (as such document may have been amended, supplemented or otherwise modified from time to time, the "Indenture") for the Exchangeable Subordinated Dentures due 2029 (the "PHONES") issued by Tribune Company (the "Issuer") in the aggregate principal amount of $1,256,000,000. Wilmington Trust's right, as Indenture Trustee, to appear in these cases and to file proofs of claim was expressed to the Court in Wilmington Trust's Verified Statement filed on or about January 28, 2009.

The Issuer has defaulted with respect to its obligations under the PHONES.

**Itemized Statement of Principal and Interest Claim Amount Obligation**

- Outstanding Principal as of the Petition Date     $1,195,296,107.00[1]

- Accrued Interest as of the Petition Date     $1,527,322.80

    **TOTAL**     **$1,196,823,429.80**[2]

Wilmington specifically reserves its rights to amend this claim to reflect any additional claims against the Debtor named on this Proof of Claim, or to specify additional costs, expenses or other charges or claims incurred by Wilmington Trust and to

---

[1] Included in this amount are 2,659,567 PHONES in the aggregate principal amount of $417,536,319.00 that were tendered for exchange prior to the Petition Date, but which exchanges were not consummated (because the Issuer failed to make the required exchange payments).

[2] In addition to this amount, Wilmington Trust asserts a claim for fees, costs, expenses (including professional fees and expenses) and other charges.

file additional proofs of claim for claims which may be based on the same or additional documents.

The documents upon which this Proof of Claim is premised, including the Indenture and other documentation relating to the PHONES, are voluminous, but may be made available upon request to Wilmington Trust.

The filing of this Proof of Claim is not, nor shall it be deemed to be: (a) a waiver or release of Wilmington Trust's rights against any person, entity or property; (b) a consent by Wilmington Trust to the jurisdiction of this Court with respect to the subject matter of these claims or any objection or other proceeding commenced in this case against or otherwise involving Wilmington Trust; (c) a waiver of the right to withdraw the reference, or otherwise to challenge the jurisdiction of this Court; (d) a waiver of any right to a jury trial; (e) an election of a remedy; or (f) a waiver of any past, present, or future defaults or events of default.

Wilmington Trust asserts the right to recover post-petition interest, fees, costs, counsel fees and charges. These amounts are currently unliquidated and continue to accrue.