IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
In re:                                               :       Chapter 11 Cases
                                                     :       Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                             :       (Jointly Administered)
                                                     :
        Debtors.                                     :
                                                     :
                                                     :
-----------------------------------------------------X       Re: Docket No. _____
```

### ORDER GRANTING TEMPORARY ALLOWANCE
### OF CLAIMS OF WILMINGTON TRUST COMPANY
### PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3018(A)

This matter coming before the Court on the Motion (the "Motion") of Wilmington Trust Company ("Wilmington Trust") for an order temporarily allowing its claims as a general unsecured claim in Class 1F in the amount of $10,000,000 for plan voting purposes only, the Court having considered the Motion and any responses thereto, and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein; it is hereby

**ORDERED** that the Motion is **GRANTED** on its entirety; and it is further

**ORDERED** that pursuant to Federal Rule of Bankruptcy Procedure 3018(a), Wilmington Trust's claims are temporarily allowed for purposes of voting on the Plan as Class 1F general unsecured claims in the amount of $10,000,000.

Dated:  Wilmington, Delaware

_____, 2010                    _____

                                      The Honorable Kevin J. Carey

                                      Chief United States Bankruptcy Judge

1