# EXHIBIT A

STUART/MAUE
LEGAL COST MANAGEMENT

**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1028035**
**Matter Number: 1028035**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/10/2010 | JJS | 7.80 | Balance and reconcile fees and expenses in the database. | 2,145.00 |
| 05/11/2010 | PSS | 1.30 | Review and revise reconciliation schedules. | 357.50 |
| | | 1.40 | Review of expenses requested in application and drafting of expense section of report. | 385.00 |
| 05/17/2010 | JLD | 6.70 | Review fee entries and begin classification of non-compliant activities. | 2,177.50 |
| | | 0.90 | Begin draft of report and exhibit table. | 292.50 |
| 05/17/2010 | PSS | 0.40 | Revise fee entries block-billed by the firm. | 110.00 |
| 05/18/2010 | JLD | 3.80 | Analysis of fee descriptions. | 1,235.00 |
| | | 4.10 | Draft and edit the preliminary report and exhibit table. | 1,332.50 |
| 05/20/2010 | KH | 0.50 | Analyze timekeeper roles for purpose of identifying potentially unnecessary activity. | 137.50 |
| | | **26.90** | | **$8,172.50** |

STUART/MAUL
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1028035**
**Matter Number: 1028035**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2010** | | | | |
| **Legal Auditors** | | | | |
| John L. Decker | JLD | 325.00 x | 15.50 = | $5,037.50 |
| Kathryn Hough | KH | 275.00 x | 0.50 = | $137.50 |
| Pamela S. Snyder | PSS | 275.00 x | 3.10 = | $852.50 |
| Jeffrey J. Struif | JJS | 275.00 x | 7.80 = | $2,145.00 |
| Total for Legal Auditors: | | | 26.90 | $8,172.50 |
| Total Hours Worked: | | | 26.90 | |
| Total Hours Billed: | | | 26.90 | $8,172.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1025498**
**Matter Number: 1025498**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/01/2010 | PSS | 0.90 | Prepare Excel version of exhibits as requested by the firm. | 247.50 |
| | | **0.90** | | **$247.50** |

STUART/MAUL
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1025498**
**Matter Number: 1025498**
**Firm: Alvarez & Marsal North America, LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.90 = | $247.50 |
| **Total for Legal Auditors:** | | | **0.90** | **$247.50** |
| **Total Hours Worked:** | | | **0.90** | |
| **Total Hours Billed:** | | | **0.90** | **$247.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027675**
**Matter Number: 1027675**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/20/2010 | KH | 1.90 | Analyze time entries for purpose of identifying inappropriate block billing. | 522.50 |
| 05/21/2010 | KH | 2.10 | Continued analysis of time entries for purpose of identifying inappropriate block billing. | 577.50 |
| | | **4.00** | | **$1,100.00** |

STUART *MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/23/2010
Invoice Number: R869 - 1027675
Matter Number: 1027675
Firm: Alvarez & Marsal North America, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2010**

**Legal Auditors**

| Kathryn Hough | KH | 275.00 x | 4.00 = | $1,100.00 |
|---------------|-----|----------|--------|-----------|
| | **Total for Legal Auditors:** | | **4.00** | **$1,100.00** |
| | **Total Hours Worked** | | **4.00** | |
| | **Total Hours Billed:** | | **4.00** | **$1,100.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027315**
**Matter Number: 1027315**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/01/2010 | PSS | 2.60 | Continue to reconcile fees in database to fees requested in interim application. | 715.00 |
| 05/03/2010 | LS | 2.80 | Continued review of conference entries. | 770.00 |
| | | 0.20 | Reviewed cite checking activities. | 55.00 |
| | | 0.60 | Reviewed travel entries. | 165.00 |
| | | 4.30 | Analysis of task descriptions referencing conferences. | 1,182.50 |
| 05/03/2010 | PSS | 2.60 | Review of expenses requested in application and draft expense section of the report. | 715.00 |
| 05/05/2010 | LS | 6.40 | Analysis of conferences for interoffice and non-firm matters. | 1,760.00 |
| 05/06/2010 | LS | 7.80 | Analysis and categorization of conference entries. | 2,145.00 |
| 05/11/2010 | LS | 8.20 | Completed analysis of conferences in-firm and non-firm conferences. | 2,255.00 |
| 05/13/2010 | LS | 1.40 | Analysis of clerical activities. | 385.00 |
| 05/14/2010 | LS | 5.40 | Analysis of document production activities. | 1,485.00 |
| 05/17/2010 | LS | 3.30 | Review and analysis of fee and retention categories. | 907.50 |
| 05/18/2010 | LS | 1.50 | Began transient timekeeper analysis. | 412.50 |
| 05/19/2010 | LS | 0.90 | Draft preliminary report. | 247.50 |
| 05/20/2010 | KH | 1.40 | Analyze timekeeper roles for purpose of identifying potentially unnecessary activity. | 385.00 |
| | | **49.40** | | **$13,585.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/23/2010
Invoice Number: R869 - 1027315
Matter Number: 1027315
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 05/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Kathryn Hough | KH | 275.00 | x | 1.40 | = | $385.00 |
| Lisa Savoy | LS | 275.00 | x | 42.80 | = | $11,770.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 5.20 | = | $1,430.00 |
| **Total for Legal Auditors:** | | | | **49.40** | | **$13,585.00** |
| | | | | | | |
| **Total Hours Worked:** | | | | **49.40** | | |
| **Total Hours Billed:** | | | | **49.40** | | **$13,585.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027395**
**Matter Number: 1027395**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/20/2010 | DB | 2.00 | Reviewed fee entries and revised draft preliminary report. | 550.00 |
| | | **2.00** | | **$550.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027395**
**Matter Number: 1027395**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 2.00 = | $550.00 |
| **Total for Legal Auditors:** | | | **2.00** | **$550.00** |
| **Total Hours Worked:** | | | **2.00** | |
| **Total Hours Billed:** | | | **2.00** | **$550.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date:** 06/23/2010
**Invoice Number:** R869 - 1027396
**Matter Number:** 1027396
**Firm:** Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/01/2010 | LAS | 0.20 | Analyzed activities performed by potential transient billers. | 55.00 |
| | | 0.30 | Classified intraoffice conferences. | 82.50 |
| | | 0.50 | Review time entries and classify conferences. | 137.50 |
| | | 0.10 | Classified potential double billing questioned. | 27.50 |
| | | 0.20 | Reviewed potential double billed entries. | 55.00 |
| | | 0.20 | Reviewed summary of hours and fees by individual. | 55.00 |
| | | 1.40 | Reviewed intraoffice conferences and classified multiple attendance. | 385.00 |
| | | 0.40 | Reviewed entries and classified conferences with nonfirm personnel. | 110.00 |
| 05/03/2010 | LAS | 1.40 | Reviewed and classified multiple attendance. | 385.00 |
| 05/05/2010 | LAS | 0.80 | Reviewed and classified multiple attendance questioned. | 220.00 |
| | | 0.20 | Review and classify legal research. | 55.00 |
| | | 0.60 | Reviewed entries for time periods of at least one-half hour and classified blocked entries. | 165.00 |
| | | 0.90 | Review and classify clerical activities. | 247.50 |
| | | 0.70 | Reviewed and classified entries for other case professional retention and compensation. | 192.50 |
| | | 0.10 | Reviewed entries for travel. | 27.50 |
| 05/07/2010 | LAS | 0.70 | Reviewed entries categorized as conferences for potential vague conferences. | 192.50 |
| | | 0.20 | Began reviewing entries for vague activities. | 55.00 |
| | | 0.70 | Reviewed and classified administrative entries. | 192.50 |
| | | 0.50 | Review and categorize entries as Cole Schotz retention/compensation. | 137.50 |
| | | 0.30 | Reviewed and categorized entries describing firm's response to fee examiner's report. | 82.50 |
| 05/08/2010 | LAS | 1.50 | Continued reviewing entries and classifying vague descriptions. | 412.50 |
| | | 0.20 | Reviewed and isolated entries involving service datasource. | 55.00 |
| | | 0.20 | Review of expense information and pleadings in preparation for drafting preliminary report on fifth interim application. | 55.00 |
| | | 1.10 | Began drafting preliminary report on fifth interim fee application. | 302.50 |
| | | 0.10 | Review time increments invoiced by the firm. | 27.50 |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/23/2010
Invoice Number: R869 - 1027396
Matter Number: 1027396
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/10/2010 | LAS | 0.10 | Verification of entries classified as potential double billing. | 27.50 |
| | | 0.30 | Verification of entries classified as multiple attendance. | 82.50 |
| | | 0.50 | Reviewed entries classified as administrative and made revisions. | 137.50 |
| | | 1.00 | Began reviewing all entries not previously classified for billing issues. | 275.00 |
| | | 0.20 | Verification of entries categorized as this firm's retention/compensation and revised where necessary. | 55.00 |
| | | 0.50 | Verification of entries classified as clerical and made necessary revisions. | 137.50 |
| | | 0.10 | Reviewed entries classified as reponse to fee examiner report to confirm properly classified. | 27.50 |
| | | 0.20 | Reviewed entries categorized as vague activities and made necessary revisions. | 55.00 |
| | | 0.10 | Reviewed and classified entries regarding revisions to fee statements by paralegals. | 27.50 |
| | | 0.40 | Review entries classified as other firm retention/compensation to confirm properly classified and revised as necessary. | 110.00 |
| 05/12/2010 | LAS | 0.80 | Finished reviewing all entries not previously classified. | 220.00 |
| | | 0.30 | Finished drafting draft preliminary report. | 82.50 |
| | | **18.00** | | **$4,950.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027396**
**Matter Number: 1027396**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Laura A. Storck-Elam | LAS | 275.00 | x | 18.00 | = | $4,950.00 |
| Total for Legal Auditors: | | | | 18.00 | | $4,950.00 |
| Total Hours Worked: | | | | 18.00 | | |
| Total Hours Billed: | | | | 18.00 | | $4,950.00 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027755**
**Matter Number: 1027755**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/19/2010 | DB | 4.80 | Drafting preliminary audit report re fourth application. | 1,320.00 |
| | | 2.20 | Analysis of fees for purposes of drafting preliminary report. | 605.00 |
| 05/20/2010 | DB | 1.00 | Completed drafting of preliminary report. | 275.00 |
| 05/24/2010 | PSS | 0.50 | Prepare preliminary exhibits and compare to report to verify amounts. | 137.50 |
| 05/24/2010 | WD | 0.40 | Edit and revise preliminary report. | 130.00 |
| | | **8.90** | | **$2,467.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027755**
**Matter Number: 1027755**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 8.00 | = | $2,200.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| | | **Total for Legal Auditors:** | | **8.90** | | **$2,467.50** |
| | | **Total Hours Worked:** | | **8.90** | | |
| | | **Total Hours Billed:** | | **8.90** | | **$2,467.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027195**
**Matter Number: 1027195**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/03/2010 | DB | 3.00 | Analysis of fees and applications. | 825.00 |
| | | 3.50 | Drafted preliminary audit report. | 962.50 |
| 05/05/2010 | WD | 0.20 | Revise and edit preliminary report. | 65.00 |
| 05/10/2010 | PSS | 0.50 | Review preliminary report and exhibits and verify accuracy of amounts. | 137.50 |
| | | **7.20** | | **$1,990.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027195**
**Matter Number: 1027195**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 6.50 | = | $1,787.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.20 | = | $65.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| | **Total for Legal Auditors:** | | | **7.20** | | **$1,990.00** |
| | **Total Hours Worked:** | | | **7.20** | | |
| | **Total Hours Billed:** | | | **7.20** | | **$1,990.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1028118**
**Matter Number: 1028118**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/11/2010 | JJS | 6.20 | Balancing and reconciling fees and expenses in database. | 1,705.00 |
| 05/17/2010 | KH | 4.30 | Begin review and analysis of fees for fifth application. | 1,182.50 |
| 05/17/2010 | PSS | 0.90 | Review expenses requested in application and draft expense section of the report. | 247.50 |
| | | 1.10 | Review and revise reconciliation schedules. | 302.50 |
| 05/18/2010 | KH | 2.30 | Analysis and classification of fees for fifth application. | 632.50 |
| 05/28/2010 | KH | 3.50 | Further analysis and review of time entries for non-compliant activities. | 962.50 |
| | | **18.30** | | **$5,032.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1028118**
**Matter Number: 1028118**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Kathryn Hough | KH | 275.00 | x | 10.10 | = | $2,777.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.00 | = | $550.00 |
| Jeffrey J. Struif | JJS | 275.00 | x | 6.20 | = | $1,705.00 |
| | | **Total for Legal Auditors:** | | **18.30** | | **$5,032.50** |
| | | **Total Hours Worked:** | | **18.30** | | |
| | | **Total Hours Billed:** | | **18.30** | | **$5,032.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027335**
**Matter Number: 1027335**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/01/2010 | PSS | 1.60 | Review reconciliation of fees and verify accuracy of schedules. | 440.00 |
| 05/03/2010 | PSS | 1.60 | Review expenses requested in application and draft expense section of the report. | 440.00 |
| 05/04/2010 | JLD | 6.10 | Review fee entries and classify non-compliant or questionable activites. | 1,982.50 |
| | | 1.20 | Begin draft of report and exhibit table. | 390.00 |
| 05/05/2010 | JLD | 2.80 | Draft and edit report and exhibit table. | 910.00 |
| | | 0.80 | Analysis of tasks and activities. | 260.00 |
| | | **14.10** | | **$4,422.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/23/2010
Invoice Number: R869 - 1027335
Matter Number: 1027335
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| John L. Decker | JLD | 325.00 | x | 10.90 | = | $3,542.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.20 | = | $880.00 |
| | | **Total for Legal Auditors:** | | **14.10** | | **$4,422.50** |
| | | **Total Hours Worked:** | | **14.10** | | |
| | | **Total Hours Billed:** | | **14.10** | | **$4,422.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1025356**
**Matter Number: 1025356**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/03/2010 | PSS | 0.60 | Review final report and preparation of final exhibits and Appendix A. | 165.00 |
| 05/03/2010 | WD | 0.20 | Review Lazard's response to the preliminary report and underlying time entries related thereto. | 65.00 |
| | | 0.50 | Draft and revise final report. | 162.50 |
| | | **1.30** | | **$392.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1025356**
**Matter Number: 1025356**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 0.70 | = | $227.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.60 | = | $165.00 |
| | | **Total for Legal Auditors:** | | **1.30** | | **$392.50** |
| | | **Total Hours Worked:** | | **1.30** | | |
| | | **Total Hours Billed:** | | **1.30** | | **$392.50** |

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1026995**
**Matter Number: 1026995**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/26/2010 | PSS | 0.20 | Review supplemental fee application. | 55.00 |
| | | **0.20** | | **$55.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1026995**
**Matter Number: 1026995**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2010**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 0.20 = | $55.00 |
| **Total for Legal Auditors:** | | | **0.20** | **$55.00** |
| **Total Hours Worked** | | | **0.20** | |
| **Total Hours Billed:** | | | **0.20** | **$55.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1025512**
**Matter Number: 1025512**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/03/2010 | DB | 1.20 | Review of fee categorization and revision to same. | 330.00 |
| | | 0.80 | Revised draft preliminary report. | 220.00 |
| 05/05/2010 | WD | 0.40 | Edit and revise preliminary report. | 130.00 |
| 05/10/2010 | PSS | 0.70 | Review of preliminary report and exhibits and verification of amounts. | 192.50 |
| | | **3.10** | | **$872.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1025512**
**Matter Number: 1025512**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| **For Professional Services through 05/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 2.00 | = | $550.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| | | **Total for Legal Auditors:** | | **3.10** | | **$872.50** |
| | | **Total Hours Worked:** | | **3.10** | | |
| | | **Total Hours Billed:** | | **3.10** | | **$872.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027896**
**Matter Number: 1027896**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/01/2010 | PSS | 0.20 | Review reconciliation of fees and verify accuracy of schedules. | 55.00 |
| 05/03/2010 | PSS | 0.20 | Discussion with JLD regarding voluntary reduction by the firm. | 55.00 |
| 05/07/2010 | JLD | 2.10 | Review fee entries and classify questionable or non-compliant activites. | 682.50 |
| | | 1.80 | Begin draft of report and exhibit table. | 585.00 |
| 05/07/2010 | PSS | 0.40 | Review of expenses requested in application and draft expense section of the report. | 110.00 |
| | | 1.90 | Continue to review reconciliation of fees and verify accuracy of schedules. | 522.50 |
| 05/10/2010 | JLD | 1.80 | Draft and edit report. | 585.00 |
| | | **8.40** | | **$2,595.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027896**
**Matter Number: 1027896**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| John L. Decker | JLD | 325.00 | x | 5.70 | = | $1,852.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.70 | = | $742.50 |
| | | **Total for Legal Auditors:** | | **8.40** | | **$2,595.00** |
| | | **Total Hours Worked:** | | **8.40** | | |
| | | **Total Hours Billed:** | | **8.40** | | **$2,595.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027935**
**Matter Number: 1027935**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/03/2010 | DB | 0.30 | Reviewed fee categorization and revision to same. | 82.50 |
| | | 0.70 | Revised preliminary draft report. | 192.50 |
| 05/18/2010 | DB | 1.10 | Continued drafting audit report. | 302.50 |
| | | 1.40 | Continued analysis of fees for preliminary report. | 385.00 |
| 05/19/2010 | DB | 3.00 | Revised draft preliminary report. | 825.00 |
| 05/24/2010 | WD | 0.50 | Revise and edit preliminary report. | 162.50 |
| 05/28/2010 | PSS | 0.70 | Prepare preliminary exhibits and verify amounts in report. | 192.50 |
| | | **7.70** | | **$2,142.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027935**
**Matter Number: 1027935**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 6.50 | = | $1,787.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| | | **Total for Legal Auditors:** | | **7.70** | | **$2,142.50** |
| | | **Total Hours Worked:** | | **7.70** | | |
| | | **Total Hours Billed:** | | **7.70** | | **$2,142.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027936**
**Matter Number: 1027936**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/27/2010 | ATT | 0.70 | Reconcile fees in electronic data to fees requested on hard copy of fee application. | 192.50 |
| | | **0.70** | | **$192.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027936**
**Matter Number: 1027936**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Amy T. Truong | ATT | 275.00 x | 0.70 = | $192.50 |
| **Total for Legal Auditors:** | | | **0.70** | **$192.50** |
| **Total Hours Worked:** | | | **0.70** | |
| **Total Hours Billed:** | | | **0.70** | **$192.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027756**
**Matter Number: 1027756**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/06/2010 | JJS | 1.70 | Balancing fees and expenses. | 467.50 |
| 05/07/2010 | JJS | 1.40 | Reconciliation of costs in database to hard copy of application. | 385.00 |
| 05/10/2010 | PSS | 0.80 | Review expenses requested in application and draft expense section of the report. | 220.00 |
| | | 1.20 | Review and revise reconciliation schedules. | 330.00 |
| 05/14/2010 | KCT | 0.20 | Review and analyze fee entries describing conferences. | 55.00 |
| | | 0.30 | Review and analyze firm's fifth interim fee application. | 82.50 |
| | | 0.20 | Review and analyze fee entries related to intraoffice conferences. | 55.00 |
| | | 0.20 | Review and analyze fee entries related to intraoffice multiple attendance. | 55.00 |
| | | 0.30 | Review and analyze fee entries related to nonfirm conferences. | 82.50 |
| | | 0.20 | Review and analyze fee entries related to nonfirm multiple attendance. | 55.00 |
| 05/17/2010 | KCT | 0.70 | Begin to draft preliminary report to firm's fifth interim application. | 192.50 |
| | | 0.80 | Review and analyze all uncategorized fee entries with particular attention to vague activity. | 220.00 |
| | | 0.40 | Review and analyze blocked billed entries. | 110.00 |
| | | 0.10 | Review and analyze days billed in excess of 16.0 hours. | 27.50 |
| | | 0.40 | Review and analyze vague conferences. | 110.00 |
| | | 0.10 | Review and analyze fee entries referencing travel. | 27.50 |
| | | 0.10 | Review and analyze fee entries describing legal research. | 27.50 |
| | | 0.40 | Review and analyze fee entries related to firm's retention and firm's response to fee examiner's report. | 110.00 |
| | | 0.50 | Review and analyze fee entries describing clerical activity. | 137.50 |
| | | 0.30 | Review and analyze potential double billing. | 82.50 |
| | | 0.10 | Review and analyze fee entries related to nonfirm multiple attendance questioned. | 27.50 |
| | | 0.20 | Review and analyze activites and role of potentially transient timekeepers. | 55.00 |
| | | 0.10 | Review and analyze improperly blocked fee entries. | 27.50 |
| | | 0.20 | Verification of fee entries categorized as clerical. | 55.00 |
| 05/19/2010 | KCT | 0.20 | Review and analyze improperly blocked fee entries. | 55.00 |
| | | 0.20 | Confer with DDB regarding preliminary report. | 55.00 |
| | | 2.30 | Draft preliminary report to firm's fifth interim fee application. | 632.50 |
| | | 1.00 | Review and revise fee examiner's preliminary report to firm's fifth interim fee application. | 275.00 |
| 05/21/2010 | KCT | 0.70 | Review, revise and finalize preliminary report to firm's fifth interim application. | 192.50 |
| | | **15.30** | | **$4,207.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/23/2010
Invoice Number: R869 - 1027756
Matter Number: 1027756
Firm: Reed Smith LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 2.00 = | $550.00 |
| Jeffrey J. Struif | JJS | 275.00 x | 3.10 = | $852.50 |
| Kathy C. Tahan | KCT | 275.00 x | 10.20 = | $2,805.00 |
| **Total for Legal Auditors:** | | | **15.30** | **$4,207.50** |
| **Total Hours Worked:** | | | **15.30** | |
| **Total Hours Billed:** | | | **15.30** | **$4,207.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027815**
**Matter Number: 1027815**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/17/2010 | JJS | 6.20 | Balance and reconcile fees and expenses in database to hard copy of fee application. | 1,705.00 |
| | | **6.20** | | **$1,705.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027815**
**Matter Number: 1027815**
**Firm: Seyfarth Shaw LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 05/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Jeffrey J. Struif | JJS | 275.00 x | 6.20 = | $1,705.00 |
| **Total for Legal Auditors:** | | | **6.20** | **$1,705.00** |
| **Total Hours Worked:** | | | **6.20** | |
| **Total Hours Billed:** | | | **6.20** | **$1,705.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1028036**
**Matter Number: 1028036**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/10/2010 | PSS | 1.70 | Reconcile fees in database to fees requested on interim application. | 467.50 |
| 05/11/2010 | PSS | 0.90 | Review expenses requested in interim application and draft expense section of report. | 247.50 |
| | | 1.30 | Continue to reconcile fees in database to fees requested in interim application. | 357.50 |
| | | **3.90** | | **$1,072.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/23/2010
Invoice Number: R869 - 1028036
Matter Number: 1028036
Firm: Seyfarth Shaw LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2010**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Pamela S. Snyder | PSS | 275.00 x | 3.90 = | $1,072.50 |
| **Total for Legal Auditors:** | | | **3.90** | **$1,072.50** |
| **Total Hours Worked:** | | | **3.90** | |
| **Total Hours Billed:** | | | **3.90** | **$1,072.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027397**
**Matter Number: 1027397**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/11/2010 | PSS | 3.30 | Reconcile fees in database to fees requested in hard copy of interim application. | 907.50 |
| 05/12/2010 | PSS | 1.60 | Review expenses requested in application and draft expense section of report. | 440.00 |
| | | 5.40 | Continue to reconcile fees in database to fees requested in hard copy of interim application. | 1,485.00 |
| 05/13/2010 | PSS | 3.20 | Continue to review expenses requested in application and draft expense section of report. | 880.00 |
| 05/24/2010 | KCT | 0.20 | Confer with WAD regarding fifth interim application. | 55.00 |
| | | 1.90 | Review and analyze fee entries describing conferences. | 522.50 |
| | | 0.80 | Review and analyze firm's fifth interim fee application. | 220.00 |
| 05/26/2010 | KCT | 0.70 | Begin to review and analyze intraoffice conferences. | 192.50 |
| | | 2.10 | Continue to review and analyze conferences. | 577.50 |
| 05/27/2010 | KCT | 2.20 | Continue to review and analyze intraoffice conferences. | 605.00 |
| 05/28/2010 | KCT | 1.10 | Continue to review and analyze fee entries related to intraoffice conferences. | 302.50 |
| | | 3.70 | Review and analyze fee entries describing conferences. | 1,017.50 |
| | | 1.60 | Review and analyze nonfirm conferences. | 440.00 |
| | | **27.80** | | **$7,645.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027397**
**Matter Number: 1027397**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 13.50 | = | $3,712.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 14.30 | = | $3,932.50 |
| | | **Total for Legal Auditors:** | | **27.80** | | **$7,645.00** |
| | | **Total Hours Worked:** | | **27.80** | | |
| | | **Total Hours Billed:** | | **27.80** | | **$7,645.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date:** 06/23/2010
**Invoice Number:** R869 - 1024395
**Matter Number:** 1024395
**Firm:** Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/05/2010 | WD | 0.10 | Draft Certificate of No Objection for Stuart Maue's Fourth Interim Application. | 32.50 |
| 05/10/2010 | WD | 0.50 | Telephone call with Matt McGuire at Landis Rath regarding billing issues. | 162.50 |
| | | 0.40 | Review Landis Rath reports, exhibits, and the firm's response. | 130.00 |
| | | 2.90 | Review reports and exhibits in preparation for fee hearing on May 18th. | 942.50 |
| 05/11/2010 | WD | 0.50 | Telephone conference with Doug Deutsch at Chadbourne regarding clerical activities and final figures for the firm's second fee application. | 162.50 |
| | | 0.40 | Review Chadbourne fee application and time entries related to issues raised by Doug Deutsch. | 130.00 |
| 05/13/2010 | WD | 0.10 | Telephone calls with Fran Panchak regarding Landis Rath fees in proposed order. | 32.50 |
| | | 1.90 | Verification of fee and expense figures in proposed omnibus fee order prepared by Cole Schotz. | 617.50 |
| | | 0.10 | E-mails to Pauline Ratowiak at Cole Schotz regarding Landis Rath and Stuart Maue fees for order. | 32.50 |
| | | 0.10 | E-mails to Fran Panchak at Landis Rath regarding correct figure for fee for proposed order. | 32.50 |
| 05/14/2010 | WD | 0.10 | Review Notice of Agenda for hearing next Tuesday. | 32.50 |
| 05/17/2010 | WD | 0.10 | Second call with Kate Stickles regarding the Judge's questions and the cancellation of the fee hearing. | 32.50 |
| | | 0.20 | Telephone conference with Kate Stickles at Cole Schotz regarding the Judge's questions about the proposed fee order. | 65.00 |
| 05/18/2010 | PSS | 0.20 | Review applications received recently. | 55.00 |
| 05/18/2010 | WD | 0.10 | Review fee application order signed by Judge. | 32.50 |
| 05/26/2010 | WD | 1.10 | Draft documents that comprise Stuart Maue's 13th Monthly Application and verify all figures therein. | 357.50 |
| 05/27/2010 | PSS | 0.20 | Review applications recently received. | 55.00 |
| | | **9.00** | | **$2,905.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| W. Andrew Dalton | WD | 325.00 | x | 8.60 | = | $2,795.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.40 | = | $110.00 |
| **Total for Legal Auditors:** | | | | **9.00** | | **$2,905.00** |
| **Total Hours Worked:** | | | | **9.00** | | |
| **Total Hours Billed:** | | | | **9.00** | | **$2,905.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027495**
**Matter Number: 1027495**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/04/2010 | KCT | 0.20 | Review and analyze travel. | 55.00 |
| | | 0.10 | Review and analyze potential double billing. | 27.50 |
| | | 0.70 | Review and analyze vaguely described conferences. | 192.50 |
| | | 0.10 | Review and analyze tasks performed by potentially transient timekeepers. | 27.50 |
| | | 1.20 | Review and analyze multiple attendance at nonfirm conferences or events. | 330.00 |
| | | 0.80 | Review and analyze fee entries related to intraoffice multiple attendance. | 220.00 |
| | | 0.10 | Began review and analysis of fee entries related to questioned multiple attendance. | 27.50 |
| | | 0.50 | Review and analyze fee entries related to nonworking travel billed at half rate. | 137.50 |
| | | 0.80 | Review and analyze nonfirm conferences. | 220.00 |
| | | 0.50 | Review and analyze intraoffice conferences. | 137.50 |
| | | 0.60 | Continue to review and analyze fee entries describing conferences. | 165.00 |
| 05/04/2010 | PSS | 0.20 | Revise fee entries to proportionalize time entries block billed by the firm. | 55.00 |
| 05/05/2010 | KCT | 1.00 | Review and analyze multiple attendance. | 275.00 |
| | | 0.50 | Review and analyze fee entries describing clerical activity. | 137.50 |
| | | 0.30 | Review and analyze fee entries related to firm's retention. | 82.50 |
| | | 0.10 | Continue to review and analyze fee entries describing clerical activity. | 27.50 |
| | | 0.20 | Begin review and analysis of all uncategorized fee entries. | 55.00 |
| 05/06/2010 | KCT | 2.40 | Continue to review and analyze all uncategorized fee entries with particular attention to vague activity. | 660.00 |
| | | 0.20 | Review and analyze additional fee entries describing multiple attendance at nonfirm conferences, hearings or events. | 55.00 |
| | | 0.20 | Verificatioin of fee entries categorized as clerical. | 55.00 |
| | | 1.40 | Review and analyze fee entries describing legal research. | 385.00 |
| | | 0.60 | Review and analyze blocked fee entries. | 165.00 |
| 05/07/2010 | KCT | 0.80 | Review and analyze fee entries related to both travel and multiple attendance. | 220.00 |
| | | 0.30 | Continue to review and analyze fee entries with tasks improperly block billed. | 82.50 |
| | | 0.50 | Review and analyze fee entries categorized as vague activity. | 137.50 |
| | | 1.40 | Review and analyze fee entries with tasks improperly block billed. | 385.00 |
| | | 0.60 | Review and analyze PACER for potential information regarding retention of litigation expert. | 165.00 |
| | | 0.10 | Confer with WAD regarding litigation expert expense. | 27.50 |
| | | 0.20 | Review and analyze fee entries related to potential double billing with prior interim period. | 55.00 |
| | | 0.10 | Review and analyze fee entries with a date prior to the current interim period. | 27.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027495**
**Matter Number: 1027495**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2010** | | | | |
| 05/10/2010 | KCT | 0.20 | Review and analyze improperly blocked fee entries with particular attention to vague activity. | 55.00 |
| | | 1.90 | Begin drafting fee examiner's preliminary report to firm's second interim application. | 522.50 |
| | | 1.10 | Review and revise preliminary report to firm's second interim application. | 302.50 |
| | | 0.50 | Review and analyze fee entries categorized as multiple attendance and multiple attendance questioned with particular attention to travel. | 137.50 |
| | | 0.20 | Continue to review and revise preliminary report. | 55.00 |
| 05/11/2010 | KCT | 1.10 | Review, revise and finalize fee examiner's preliminary report regarding firm's second interim fee application. | 302.50 |
| | | 0.40 | Review and analyze firm's initial application for retention. | 110.00 |
| 05/20/2010 | KH | 0.50 | Analyze timekeeper roles for purpose of identifying potentially unnecessary activity. | 137.50 |
| | | **22.60** | | **$6,215.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/23/2010**
**Invoice Number: R869 - 1027495**
**Matter Number: 1027495**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Kathryn Hough | KH | 275.00 | x | 0.50 | = | $137.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.20 | = | $55.00 |
| Kathy C. Tahan | KCT | 275.00 | x | 21.90 | = | $6,022.50 |
| **Total for Legal Auditors:** | | | | **22.60** | | **$6,215.00** |
| **Total Hours Worked:** | | | | **22.60** | | |
| **Total Hours Billed:** | | | | **22.60** | | **$6,215.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 05/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 X | 25.00 = | $6,875.00 |
| W. Andrew Dalton | WD | 325.00 X | 10.80 = | $3,510.00 |
| John L. Decker | JLD | 325.00 X | 32.10 = | $10,432.50 |
| Kathryn Hough | KH | 275.00 X | 16.50 = | $4,537.50 |
| Lisa Savoy | LS | 275.00 X | 42.80 = | $11,770.00 |
| Pamela S. Snyder | PSS | 275.00 X | 40.30 = | $11,082.50 |
| Laura A. Storck-Elam | LAS | 275.00 X | 18.00 = | $4,950.00 |
| Jeffrey J. Struif | JJS | 275.00 X | 23.30 = | $6,407.50 |
| Kathy C. Tahan | KCT | 275.00 X | 46.40 = | $12,760.00 |
| Amy T. Truong | ATT | 275.00 X | 0.70 = | $192.50 |
| **Total for Legal Auditors:** | | | **255.90** | **$72,517.50** |
| **Total Hours Worked:** | | | **255.90** | |
| **Total Hours Billed:** | | | **255.90** | **$72,517.50** |