# EXHIBIT B

**EXPENSE SUMMARY**  Invoice Date: 06/28/2010
TRIBUNE COMPANY, et al.  R869 - Expenses

**TRIBUNE - MAY 2010 EXPENSES**

PHOTOCOPIES:

        1094 at $0.10/Page    $109.40

POSTAGE:

        Postage Paid    57.74

**TOTAL EXPENSES:    $167.14**