# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) |
| TRIBUNE COMPANY, et al., | ) Chapter 11 |
| | ) |
| | ) Case No. 08-13141 (KJC) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | ) Ref. No. 4733 |

## ORDER GRANTING CREDIT AGREEMENT LENDERS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS BY JPMORGAN CHASE BANK, N.A.

Upon review and consideration of the Credit Agreement Lenders' Motion To Compel The Production Of Documents By JPMorgan Chase Bank, N.A. (the "Motion");[1] and

The Court having considered all pleadings and objections filed and evidence submitted in connection with Motion, and the Court having held a hearing on the Motion on June 16, 2010, and having heard and considered the arguments and statements of counsel regarding the Motion; and

For the reasons stated on the record at that hearing, the Court having found that cause exists for entry of an order compelling JPMorgan to produce to the Credit Agreement Lenders the information requested by the Motion; and

The Court having concluded that it has jurisdiction to consider the Motion and order the relief requested therein; and

After due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted subject to the terms set forth below.

2. On or before the close of business on June 18, 2010, JPMorgan shall produce to counsel for the Credit Agreement Lenders (a) a list of the names, addresses, and claim amounts held by all lenders of record under the Credit Agreement as of the May 17, 2010 voting record date as provided by JPMorgan to the Debtors for plan solicitation purposes; and (b) a list of the

---

[1] Capitalized terms not defined in this Order have the meanings ascribed to them in the Motion.

principal and interest payments made by any of the Debtors under or pursuant to the Credit Agreement prior to commencement of the above-captioned cases as reflected in the Agent's books and records (collectively, the "Payments"), including the names of the recipients of each Payment, the amount of each Payment, and the date of each Payment.

3.  At any time after the production required by Paragraph 2 of this Order, the Credit Agreement Lenders may request that JPMorgan produce information regarding the addresses of one or more of the recipients of the Payments, and JPMorgan shall attempt in good faith to search its records for and produce such information; provided, however, that JPMorgan may request that the Court relieve it from any obligation to search its records for and produce Payment recipient address information if JPMorgan determines that it would be unduly burdensome to comply with a request by the Credit Agreement Lenders in this regard, and the Court will hold a telephonic discovery conference to resolve any dispute in this regard on not less than forty-eight hours notice to the Credit Agreement Lenders.

4.  The information produced by JPMorgan pursuant to this Order shall be used only in connection with the above-captioned cases or confirmation of the Debtors' proposed plan of reorganization, and nothing in this Order shall preclude the Credit Agreement Lenders from using such information to communicate with other holders of Credit Agreement claims.

5.  The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       June 28, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE