June 22, 2010

Honorable Kevin J. Carey
Chief United States Bankruptcy Judge,
At the United States Bankruptcy Court for the District of Delaware
824 Market Street, Fifth Floor, Courtroom No. 5                          JUN 2 8 2010
Wilmington Delaware, 19801

Dear Honorable Judge Carey,

I am responding to a mailing regarding the Tribune Company bankruptcy case No. 08-
13141 (KJC) that I received from Tribune Company c/o Epiq Bankruptcy Solutions.
LLC. I felt it was necessary for the court to be aware of the business practices utilized by
Tribune Company. The methods used by the company regarding circulation and
accounting practices and the subsequent employment/position eliminations because I
questioned the practices. Tribune Company also set up figurehead independent
contractors in order for the independent contractors to circumvent a "Notice of Levy"
enabling a contractor to evade a $1,618,590.00 debt to the IRS. I have included detailed
examples of unethical and possible illegal practices involving Tribune Company.
"Fellow Investor" as Sam Zell called Tribune employees in his 12/20/2007 e-mail were
not true investors. The Tribune employee stock ownership plan was leveraged with little
regard for the rank and file. Bankruptcy considerations juxtaposed with thirty to forty-
two million bonuses for Tribune executives do not make sense. I just wanted you to hear
from a former Tribune employee whose job was eliminated.

IRS

- Monica Melgarejo, Director, Federal Audit & Sr. Tax Counsel, e-mail dated 2/5/08
Northwest News (F.E.I.N. 20-1886653) owed the IRS $1,618,590.00. Per the direction
of Bob Thomas. Chicago Tribune Director, he instructed the owner of Northwest News,
Manny Mamuri, to resign and had the Tribune begin making payments to Manny
Mamuri's daughter-in-law Gabriella Arredondo (T & A Management, F.E.I.N 20-
1792069). Mr. Manny Mamuri continued to manage all operations but he was able to
evade the notice of levy because the Tribune paid all payments to his daughter in law.

Circulations Practices, Example # 1 & 2

- Chicago Tribune would buy it's own circulation through a hawker program.
Per Tribune direction, contractors would drop newspapers at hawker locations with a
reduced cost. See weekly invoice attached. Tribune would count in circulation numbers.
See Tribune DISCUS draw and net sales information. Tribune would then issue credit
back to contractor for the cost of the newspapers plus $5.00 compensation through a cash
adjustment. See cash adjustment worksheet, line # 16. $40.00 credit issued to the
contractor for $15.00 invoice at Hawker Smooothies, $15.00 invoice at Hawker Grandma
Sally's, plus $5.00 compenstion for each hawker. Newspapers were counted as full
single copy sales.

Circulation Practices, Example # 3

- Chicago Tribune would create "charity sales" accounts and report false sales.
Per Tribune direction, Tribune would report 50 Sunday sales at a non-profit charity fund
raising account. See Tribune DISCUS draw and sales information. Tribune would then
issue a chargeback adjustment to cover the cost of the newspapers, see DISCUS cash
adjustment sheet and subsequent credit on contractor vendor statement.

I did report to my boss that these practices were deceptive. I also reported to Human
Resources that these practices were similar to those that in New York. Practices that
resulted in the Tribune Company paying $15 million to settle a federal criminal fraud
investigation into a five-year scheme to artificially inflate the circulations of Newsday
and the New York edition of the Spanish-language daily Hoy.

My actions resulted in the termination of my position. I object to any measures that
would allow for the current executive group to play any role in the future of Tribune
Company.

Ron Clemment
520 Abbeywood Drive
Cary, IL
60013

## Clemment, Ron R.

| | |
|---|---|
| **From:** | Talk to Sam |
| **Sent:** | Thursday, December 20, 2007 12:08 PM |
| **Subject:** | Tribune Transaction Closed! |

Fellow Investor:

It's a great day - for you, for me, and for this company.

We've now launched the boat together, and we have to start paddling. We've got a long way to go to shed all the things that tied us down in the past, and to realize the enormous potential we can create. You'll see a lot of changes in the coming months.

⇒ We will  take intelligent risks and reward innovation.

⇒ We will tear down bureaucracy and reward entrepreneurial spirit.

⇒ We will compete fiercely but with integrity.

⇒ We will work hard and have fun.

**Two important events for employees today and tomorrow will be broadcast live to our business units across the country:**

- **Today at 2:30 CDT (3:30 EDT, 12:30 PDT) we'll hold a press conference and take questions from reporters.**
- **And join me tomorrow at 11 a.m. CDT (12 EDT, 9 PDT) for an interview with the *Chicago Tribune* and *Los Angeles Times.***

**An audio webcast of the press conference will be available on Triblink and Tribune.com, and an audio webcast of the interview will be available on Triblink.  Video from both events will be available on Tribune.com shortly after each concludes.**

Attached is the press release we issued a short time ago.

I'm looking forward to meeting many of you during a site-visit road show in mid-January.

And, on an ongoing basis, I strongly encourage you to send your ideas, comments and questions to me at talktoSam@Tribune.com <mailto:talktoSam@Tribune.com>.

Let's go for greatness.

Sam Zell



Transaction
Completed.pdf

1

Gabriela Arredondo is Manny Mamuri's daughter-in-law.
Manny is still running accounts 1095 & 1575. Manny resigned and these contracts were
established to evade the IRS lien on his fees.

**From:** Melgarejo, Monica
**Sent:** Tuesday, February 05, 2008 3:53 PM
**To:** Segal, Henry; Bullis, Amy; Thomas, Bob; Pencak, Diane M
**Cc:** Flax, Karen H.
**Subject:** Levy on Payments to Northwest News Service Inc.

Hi everyone:

You may recall that several months ago, the IRS served us with requests for information on
one of our independent contractors. We responded to these information summonses at the
time, as required by law.

The company just received a "Notice of Levy" that requires that the company pay over to the
IRS payments due to Northwest News, up to $1,618,590, as set forth in the Levy. I have
forwarded a copy of the Notice of Levy to the FSC, with instructions that the next payment(s)
due to Northwest News will need to be sent to the IRS.

Diane Pencak, please be sure that the Federal EIN for Northwest News is correct on the
Notice of Levy. If not, please give me a call.

At discussed at the time of the earlier information summonses, we now have the possibility
that the IRS actions could adversely impact Northwest New's finances, and thus also impede
Northwest News, from being able to distribute our newspapers. So, please be aware and
ready for this contingency. Please call me if you have any questions.

Monica Melgarejo
Director, Federal Audit & Sr. Tax Counsel

312-222-3638

## Clemment, Ron R.

**From:** Nero, Melanie

**Sent:** Monday, July 30, 2007 5:43 PM

**To:** Clemment, Ron R.

**Subject:** hawker accounting practices

Hi Ron,

I tried calling you again, but you are out of the office. I hope you are enjoying the time off. I just wanted to follow up with you regarding the concerns you had about accounting practices. I'd encourage you to follow up with Earnest or even Bob Thomas regarding your concerns to ensure they are heard and acted on, if there are things w need to change in our processes.

Thank you for your time.
Melanie Nero
Human Resources Manager
mnero@tribune.com
312-222-2340
312-593-6354 (cell)
312-222-2410 (fax)

## Example # 1
### "Active Sell" Hawker program

Drop newspapers at an outlet. No charge to the outlet. No obligation for the outlet to pay wholesale rate. No obligation for the outlet to sell newspapers. Newspapers could be used as an amenity to their restaurant or hotel customers. No returns necessary.

Chicago Tribune discounted the wholesale rate of the newspaper to the independent delivery contractor. Chicago Tribune would the compensate the independent delivery contractor for the cost of the newspaper, the newspaper delivery fee, plus a $5.00 incentive.

* Newspapers were counted as full single copy sales.
* No Tribune single copy revenue generated.


Attachments:
- Weekly invoices
- Tribune DISCUS draw and net sales information.
- Cash adjustment to compensate the independent delivery contractor.

North Dupage News Agency
150 S Church St
Addison, IL 60101
(630) 987-2835

WEEKLY INVOICE

HAWKER SMOOTHIE'S EXPRESS
500 CRESENT
GLEN ELLYN, IL 60137
Pay Type: WCOL

Date: 12/20/2006 8:51

Invoice#: 400090141220 0851

Sunday 12/17/2006

| Publication | Draw | Ret | Net | Cost |
|---|---|---|---|---|
| TRIB SUNDA (P) | 20 | 0 | 20 | @ 0.75 |

Daily Totals

| Publication | Draw | Ret | Net | Total |
|---|---|---|---|---|
| TRIB SUNDA (P) | 20 | 0 | 20 | $ 15.00 |

Weekly $ Total : $ 15.00

Total Due : $ 15.00

Thank You

---

North Dupage News Agency
150 S Church St
Addison, IL 60101
(630) 987-2835

WEEKLY INVOICE

HAWKER GRANDMA SALLY'S
22W251 NORTH AVE
GLEN ELLYN, IL 60137
Pay Type: WCOL

Date: 12/20/2006 8:51

Invoice#: 400090121220 0851

Sunday 12/17/2006

| Publication | Draw | Ret | Net | Cost |
|---|---|---|---|---|
| TRIB SUNDA (P) | 20 | 0 | 20 | @ 0.75 |

Daily Totals

| Publication | Draw | Ret | Net | Total |
|---|---|---|---|---|
| TRIB SUNDA (P) | 20 | 0 | 20 | $ 15.00 |

Weekly $ Total : $ 15.00

Total Due : $ 15.00

Thank You

# Draw History

O=40009014    Eff

| Out# | 40009014 | Hawker Smoothie's Express | | | | | Over The Counter | | |
|---|---|---|---|---|---|---|---|---|---|

Edzn    500 Cresent    Daz    03-02-01

Adzn    60137    Glen Ellyn    Il    Dist Rte    3661-05sc



| | | | | Dec | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trsf | Scpd | | | | | | | | | | 20 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

## Draw History

O=40009012

Eff

| Out# | 40009012 | Hawker Grandma Sally's | | | | | Over The Counter | |
|---|---|---|---|---|---|---|---|---|
| Edzn | | 22w251 North Ave | | | | | Daz | 03-02-01 |
| Adzn | | 60137 | Glen Ellyn | | | ll | Dist Rte | 3661-05sc |

|  |  |  |  | Dec 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trsf | Scpd | | | | | | | | | 20 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |
| | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

**Cash Adjustments**

DATE __Wk Ending 12/17/09__

Robert Miller - North West S/C

| # | DISTRICT NUMBER | VENDOR NUMBER | INVOICE DATE | CREDIT (-) DEBIT (+) | EDITION | CATEGORY SCPD/HDPD | VENDOR CODE | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | 0769 | 21028 | 12/17/2008 | ($40.00) | TRSF | SCPD | SEJ | Sunday hawker credit w/e 12/17 |
| | 0769 | 21028 | 12/17/2008 | ($7.35) | TREE | SCPD | THU | Bears Hotes 12/16...461 @ .017 |
| 4 | | | | | | | | |
| 5 | 1290 | 20966 | 12/17/2008 | ($30.00) | TRSF | SCPD | SEJ | Sunday hawker credit w/e 12/17 |
| | 1290 | 20966 | 12/17/2008 | ($11.36) | TREE | SCPD | THU | Bears Hotes 12/16...668 @ .017 |
| 6 | | | | | | | | |
| 7 | 1345 | 20963 | 12/17/2008 | ($25.00) | TRSF | SCPD | SEJ | Sunday hawker credit w/e 12/17 |
| | 1345 | 20963 | 12/17/2008 | ($60.00) | TRSF | SCPD | SEJ | Depot/Church hawker w/e 12/17 |
| | 1345 | 20963 | 12/17/2008 | ($12.10) | TREE | SCPD | THU | Bears Hotes 12/16...712 @ .017 |
| 8 | | | | | | | | |
| 9 | 1685 | 18997 | 12/17/2008 | ($40.00) | TRSF | SCPD | SEJ | Bensenville church hawker w/e 12/17 |
| 10 | 1685 | 18997 | 12/17/2008 | ($30.00) | TRSF | SCPD | SEJ | Sunday hawker credit w/e 12/17 |
| | 1685 | 18997 | 12/17/2008 | ($4.77) | TREE | SCPD | THU | Bears Hotes 12/16...281 @ .017 |
| 11 | | | | | | | | |
| 12 | 2180 | 20938 | 12/17/2008 | ($30.00) | TRSF | SCPD | SEJ | Sunday hawker credit w/e 12/17 |
| 13 | | | | | | | | |
| 14 | 3961 | 10142 | 12/17/2008 | ($25.00) | TREE | SCPD | SEJ | Roselle depot hawker w/e 12/17 |
| 15 | 3961 | 10142 | 12/17/2008 | ($25.00) | TREE | SCPD | SEJ | Glen Ellyn depot hawker credit w/e 12/17 |
| 16 | 3961 | 10142 | 12/17/2008 | ($40.00) | TRSF | SCPD | SEJ | Sunday hawker credit w/e 12/17 |
| | 3961 | 10142 | 12/17/2008 | ($13.10) | TREE | SCPD | THU | Bears Hotes 12/16...771 @ .017 |
| 17 | | | | | | | | |
| 18 | 3370 | 20976 | 12/17/2008 | ($40.00) | TRSF | SCPD | SEJ | Sunday hawker credit w/e 12/17 |
| | 3370 | 20976 | 12/17/2008 | ($13.95) | TRSF | SCPD | THU | Bears Hotes w/e 12/17...816 @ .017 |
| 19 | | | | | | | | |
| 20 | 3371 | 18997 | 12/17/2008 | ($42.00) | TRSF | SCPD | SEJ | Sunday hawker credit w/e 12/17 |
| | 3371 | 18997 | 12/17/2008 | ($24.49) | TRSF | SCPD | THU | Bears Hotes w/e 12/17...1441 @ .017 |
| 21 | | | | | | | | |
| 22 | 3372 | 922 | 12/17/2008 | ($20.00) | TRSF | SCPD | SEJ | Sunday hawker credit w/e 12/17 |
| | 3372 | 922 | 12/17/2008 | ($21.72) | TRSF | SCPD | THU | Bears Hotes w/e 12/17...1278 @ .017 |
| 23 | | | | | | | | |
| 24 | 9941 | 20405 | 12/17/2008 | ($65.00) | TRSF | SCPD | SEJ | Sunday hawker credit w/e 12/10 |
| | 9941 | 20405 | 12/17/2008 | ($8.72) | TREE | SCPD | THU | Bears Hotes 12/16...513 @ .017 |
| 26 | | | | | | | | |
| | | TOTALS | | ($800.93) | | | | |

D.M _____

R.M. _____

Example # 3
Non-existent Charity Sales
Lambs Farm

Chicago Tribune creates single copy sales on paper only. Create single copy hawker account with a discounted wholesale rate. Newspapers sent to distribution facility but never delivered to hawker site. Newspapers counted as sold with no returns. Independent delivery contractor is compensated for delivery fees and carries wholesale balance until provided a chargeback adjustment.

* Newspapers were counted as full single copy sales.
* No Tribune single copy revenue generated.


Attachments:
- Tribune DISCUS draw and net sales information.
- Independent Delivery Contractor statement.
- Cash adjustment sheet.

## Draw History

`O=40006716`    Eff [ ]

| | | | |
|---|---|---|---|
| Out# | 40006716 | Lambs Farm Hawker | Over The Counter |
| Edzn | | 14245 W Rockland Rd | Daz 03-01-01 |
| Adzn | 60048 | Libertyville   Il | Dist Rte 9286-02sc |

| | | | | Mar | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | | | | | | | | |

## Draw History

O=40006716  Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | | Over The Counter | | |
|---|---|---|---|---|---|---|---|---|---|
| Edzn | | 14245 W Rockland Rd | | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | Libertyville | | | Il | | Dist Rte | 9286-02sc |

| | | | | Mar | 05 | 06 | 07 | 08 | 09 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | | | | | | | | |

O=40006716      Eff [ ]

| Out# | 40006716 | Lambs Farm Hawker | | | | | Over The Counter | | |

Edzn    14245 W Rockland Rd      Daz | 03-01-01

Adzn    60048    [ ]   Libertyville    II    Dist Rte | 9286-02sc

| | | | | Feb | 26 | 27 | 28 | 01 | 02 | 03 | 04 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | | | | | | | | |

3

Q=40006716

Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | | Over The Counter | | |
|---|---|---|---|---|---|---|---|---|---|
| Edzn | | 14245 W Rockland Rd | | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | Libertyville | | Il | | Dist Rte | 9286-02sc |

| | | | Feb | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

4

O=40006716

Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | | | Over The Counter | |
| Edzn | | 14245 W Rockland Rd | | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | | Libertyville | | II | | Dist Rte | 9286-02sc |

| Edtn | Catg | Scat | Pkge | Feb | 12 Mon | 13 Tue | 14 Wed | 15 Thu | 16 Fri | 17 Sat | 18 Sun |
|------|------|------|------|-----|-----|-----|-----|-----|-----|-----|-----|
| Trse | Scpd | | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | | | | | | | | |

5

## Draw History

**Q=40006716**  Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | | Over The Counter | |
|---|---|---|---|---|---|---|---|---|
| Edzn | | 14245 W Rockland Rd | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | Libertyville | | Il | | Dist Rte | 9286-02sc |

| | Edtn | Catg | Scat | Pkge | Feb | 05 Mon | 06 Tue | 07 Wed | 08 Thu | 09 Fri | 10 Sat | 11 Sun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trse | Scpd | | | | | | | | | | 50 |
| Zipc | | | | Adj | | | | | | | | |
| | | | | Rtn | | | | | | | | |
| | | | | Net | | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| | Trsf | Scpd | | | | | | | | | | |
| Zipc | | | | Adj | | | | | | | | |
| | | | | Rtn | | | | | | | | |
| | | | | Net | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| Zipc | | | | Adj | | | | | | | | |
| | | | | Rtn | | | | | | | | |
| | | | | Net | | | | | | | | |

6

0=40006716     Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | | Over The Counter | | |
|---|---|---|---|---|---|---|---|---|---|
| Edzn | | 14245 W Rockland Rd | | | | | | Daz | 03-01-01 |
| Adzn | 60048 | | Libertyville | | | II | Dist Rte | 9286-02sc | |
| | | Jan | 29 | 30 | 31 | 01 | 02 | 03 | 04 |

| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|---|---|---|
| Trse | Scpd | | | | | | | | | 52 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 52 |
| Trsf | Scpd | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

7

**O=40006716**     **Eff**

| Out# | 40006716 | Lambs Farm Hawker | | Over The Counter | |
|---|---|---|---|---|---|
| Edzn | | 14245 W Rockland Rd | | Daz | 03-01-01 |
| Adzn | 60048 | Libertyville | II | Dist Rte | 9286-02sc |

| | | | Jan | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

8

## Draw History

**O=40006716**     Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | | | Over The Counter | |
|------|----------|-------------------|--|--|--|--|--|-----------------|--|
| Edzn | | 14245 W Rockland Rd | | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | | Libertyville | | | II | Dist Rte | 9286-02sc |

| | | | | Jan | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|--|--|--|--|-----|----|----|----|----|----|----|----|
| **Edtn** | **Catg** | **Scat** | **Pkge** | **Mon** | **Tue** | **Wed** | **Thu** | **Fri** | **Sat** | **Sun** |
| Trse | Scpd | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

9

# Draw History

**O=40006716**  Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | | Over The Counter | |
|------|----------|-------------------|---|---|---|---|------------------|---|
| Edzn | | 14245 W Rockland Rd | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | Libertyville | | II | | Dist Rte | 9286-02sc |

| | | | | Jan | 08 | 09 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | | | | | | | | |

10

## Draw History

**D=40006716**  Eff

| Outt# | 40006716 | Lambs Farm Hawker | | | | Over The Counter | | |
|---|---|---|---|---|---|---|---|---|
| Edzn | | 14245 W Rockland Rd | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | Libertyville | | Il | | Dist Rte | 9286-02sc |

| | | | Jan | 01 | 02 | 03 | 04 | 05 | 06 | 07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

# Draw History

**O=40006716**   Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | Over The Counter |
|---|---|---|---|---|---|---|

| Edzn | | 14245 W Rockland Rd | | | | | Daz 03-01-01 |
|---|---|---|---|---|---|---|---|

| Adzn | | 60048 | | Libertyville | | II | Dist Rte 9286-02sc |
|---|---|---|---|---|---|---|---|

| | | | Dec | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | 48 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 48 |
| Trsf | Scpd | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

12

## Draw History

O=40006716

Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | | Over The Counter | | |
|---|---|---|---|---|---|---|---|---|---|
| Edzn | | 14245 W Rockland Rd | | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | Libertyville | | | II | Dist Rte | 9286-02sc | |

| | | | Dec | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | 48 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 48 |
| Trsf | Scpd | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | 48 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

13

## Draw History

**O=40006716**  Eff ___

| Out# | 40006716 | Lambs Farm Hawker | | Over The Counter |
|---|---|---|---|---|
| Edzn | | 14245 W Rockland Rd | | Daz 03-01-01 |
| Adzn | 60048 | Libertyville | Il | Dist Rte 9286-02sc |

| | | | Dec | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

14

O=40006716

Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | | | Over The Counter | |
|------|----------|-------------------|--|--|--|--|--|------------------|--|

| Edzn | | 14245 W Rockland Rd | | | | | | Daz | 03-01-01 |
|------|--|---------------------|--|--|--|--|--|-----|----------|

| Adzn | | 60048 | | Libertyville | | II | | Dist Rte | 9286-02sc |
|------|--|-------|--|--------------|--|----|--|----------|-----------|

| | | | Dec | 04 | 05 | 06 | 07 | 08 | 09 | 10 |
|--|--|--|-----|----|----|----|----|----|----|----|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | |
| | | | Rtn | | | | | | | |
| | | | Net | | | | | | | |

15

## Draw History

**O=40006716**　　　　　　　　　　　　　　　　　　　　Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | Over The Counter | | |
|------|----------|-------------------|--|--|--|------------------|--|--|
| Edzn | | 14245 W Rockland Rd | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | Libertyville | | Il | | Dist Rte | 9286-02sc |

| | | | | Nov | 27 | 28 | 29 | 30 | 01 | 02 | 03 |
|--|--|--|--|-----|----|----|----|----|----|----|----|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | | | | | | | | |

16

**Draw History**

O=40006716                                          Eff [ ]

| Out# | 40006716 | Lambs Farm Hawker | | | | | Over The Counter | | |
| Edzn | | 14245 W Rockland Rd | | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | | Libertyville | | II | | Dist Rte | 9286-02sc |

| | | | | Nov | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|---|---|---|
| [ ] Trse | Scpd | | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | | |
| [ ] | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| [ ] Trsf | Scpd | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| [ ] | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [ ] | | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| [ ] | | | Rtn | | | | | | | | |
| | | | Net | | | | | | | | |

17

# Draw History

**O=40006716**    Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | | | Over The Counter | |
|------|----------|-------------------|--|--|--|--|--|------------------|--|

**Edzn**   14245 W Rockland Rd                          **Daz** 03-01-01

**Adzn**   60048        Libertyville        Il        **Dist Rte** 9286-02sc

| | | | | Nov | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|--|--|--|--|-----|----|----|----|----|----|----|----|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | | | | | | | | |

13

## Draw History

**O=40006716**   Eff

| Out# | 40006716 | Lambs Farm Hawker | | | | Over The Counter | | |
|---|---|---|---|---|---|---|---|---|
| Edzn | | 14245 W Rockland Rd | | | | | Daz | 03-01-01 |
| Adzn | | 60048 | Libertyville | | Il | | Dist Rte | 9286-02sc |

| | | | | Nov | 06 | 07 | 08 | 09 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edtn | Catg | Scat | Pkge | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| Trse | Scpd | | | | | | | | | | 50 |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 50 |
| Trsf | Scpd | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| Zipc | | | Adj | | | | | | | | |
| | | | Rtn | | | | | | | | |
| | | | Net | | | | | | | | |

19

**DISCUS CASH ADJUSTMENT SHEET**

DATE: w/e 5-6-07

| DISTRICT NUMBER | VENDOR NUMBER | INVOICE DATE | CREDIT (-) DEBIT (+) | EDITION | CATEGORY SCPD/HDPD | VENDOR CODE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 8 | 753 | 16071 | 5/5/2007 | ($50.00) | TREE | SCPD | SEJ | Hawker Credit 5/6 |
| 8 | 757 | 6214 | 5/5/2007 | ($150.00) | TREE | SCPD | SEJ | Hawker Credit 4/15, 4/22, 5/6 |
| 23 | 5682 | 17906 | 5/5/2007 | ($40.00) | TREE | SCPD | SEJ | Hawker Credit 5/6 |
| 24 | 9286 | 15727 | 5/5/2007 | ($652.58) | TREE | SCPD | CBJ | Chargeback Adjustment |
| 25 | | | | | | | |
| 34 | | | | | | | |
| | **TOTALS** | | -$892.58 | | | | |

AUTHORIZED _____

AUTHORIZED _____

Up to $1,000.00 - DM Signature
Up to $10,000.00 - Regional Mgr. Signature
Up to $25,000.00 - Director's Signature

Editions:  AF    KT     TRME   BP    NYT    TRSF
           BARN  NYSE   TRSE   FT    TREE   WSJ
           DD    NYSF   TRLE   IBD   DH

CHICAGO TRIBUNE
DCFDVY ROI

VENDOR STATEMENT

PAGE NO:    1
DATE: 05/10/07

MASTER PAGE NO: 0016

```
015727    DAYBREAK LIMITED INC                   INVOICE #: 00355401      REMIT TO: CHICAGO TRIBUNE
          MARIA STOWE                                                               P.O. BOX 803236
03-01-01  28457 BALLARD RD G             BEGINNING DATE: 04/30/07                   CHICAGO, IL 60680-3218
9286.     LAKE FOREST, IL 60045             ENDING DATE: 05/06/07                   (312)222-5326
```

## PREVIOUS STATEMENTS

| DATE | | | AMT |
|---|---|---|---|
| 04/01/07 | PREVIOUS STATEMENT | 000344987 | 1,439.31 |
| 04/08/07 | PREVIOUS STATEMENT | 000347244 | 89.33 |
| 04/18/07 | PREVIOUS STATEMENT | 000349779 | 264.89- |
| 04/25/07 | PREVIOUS STATEMENT | 000351364 | 170.42 |
| 05/02/07 | PREVIOUS STATEMENT | 000353140 | 230.58 |

TOTAL PREVIOUS STATEMENT    1,664.75

## CURRENT STATEMENT
### DRAW & RETURNS SUMMARY

| DATE | TRANSACTION | VTRN | ROUTE | EDTN | CATG | MON | TUE | WED | THU | FRI | SAT | TOTAL | RATE | SUN | RATE | AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/07 | DISCOUNT SUN PAPERS | DDS | 02SC | NYSF | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 15 | 4.2500- | 63.75- |
| 05/06/07 | PAPER CHARGES SUNDAY | PCS | 02SC | NYSF | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 34 | 4.2500 | 144.50 |
| 05/06/07 | CORP DISCOUNT | XDP | 02SC | NYSF | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 15 | 4.2500- | 63.75- |
| 05/06/07 | CORP PAPER CHARGE | XFER | 02SC | NYSF | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 33 | 4.2500- | 140.25- |
| 05/06/07 | DISCOUNT DAILY PAPER | DD | 02SC | NYT | SCPD | 13 | 12 | 13 | 13 | 13 | 17 | 81 | 0.8100- | 0 | 0.0000 | 65.61- |
| 05/06/07 | PAPER CHARGES DAILY | PCD | 02SC | NYT | SCPD | 25 | 26 | 25 | 29 | 31 | 33 | 171 | 0.8100 | 0 | 0.0000 | 138.51 |
| 05/06/07 | CORP DISCOUNT | XDP | 02SC | NYT | 6CPD | 13 | 12 | 13 | 13 | 13 | 17 | 81 | 0.8100 | 0 | 0.0000 | 65.61 |
| 05/06/07 | CORP PAPER CHARGE | XFER | 02SC | NYT | SCPD | 24 | 27 | 24 | 28 | 30 | 29 | 162 | 0.8100- | 0 | 0.0000 | 131.22- |
| 05/06/07 | PAPER CHARGES DAILY | PCD | 02SC | TREE | SCPD | 251 | 260 | 269 | 255 | 272 | 183 | 1490 | 0.4000 | 0 | 0.0000 | 596.00 |
| 05/06/07 | CORP RETURNS | RFER | 02SC | TREE | SCPD | 25 | 34 | 46 | 35 | 32 | 22 | 194 | 0.4000 | 0 | 0.0000 | 77.60 |
| 05/06/07 | RETURN PAPERS DAILY | RPD | 02SC | TREE | SCPD | 46 | 52 | 60 | 52 | 61 | 40 | 311 | 0.4000- | 0 | 0.0000 | 124.40- |
| 05/06/07 | CORP PAPER CHARGE | XFER | 02SC | TREE | SCPD | 177 | 181 | 195 | 177 | 189 | 133 | 1052 | 0.4000- | 0 | 0.0000 | 420.80- |
| 05/06/07 | PAPER CHARGES SUNDAY | PCS | 02SC | TRSE | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 436 | 1.5200 | 662.72 |
| 05/06/07 | CORP PAPER CHARGE | XFER | 02SC | TRSE | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 366 | 1.5200- | 556.32- |
| 05/06/07 | PAPER CHARGES SUNDAY | PCS | 02SC | TRSF | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 348 | 1.5200 | 528.96 |
| 05/06/07 | CORP PAPER CHARGE | XFER | 02SC | TRSF | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 278 | 1.5200- | 422.56- |
| 05/06/07 | DISCOUNT DAILY PAPER | DD | 02SC | TREE | SCPD | 9 | 7 | 9 | 8 | 8 | 6 | 47 | 0.1500- | 0 | 0.0000 | 6.15- |
| 05/06/07 | CORP DISCOUNT | XDP | 02SC | TREE | SCPD | 6 | 5 | 6 | 5 | 4 | 4 | 30 | 0.1200 | 0 | 0.0000 | 3.60 |
| 05/06/07 | DISCOUNT SUN PAPERS | DDS | 02SC | TRSF | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 6 | 0.5400- | 3.24- |
| 05/06/07 | CORP DISCOUNT | XDP | 02SC | TRSF | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 4 | 0.5400 | 2.16 |
| 05/06/07 | RET DISC PAPR DLY | RDD | 02SC | TREE | SCPD | 2 | 2 | 2 | 1 | 3 | 1 | 11 | 0.1500 | 0 | 0.0000 | 1.47 |
| 05/06/07 | CORP DISC RETURN | XDR | 02SC | TREE | SCPD | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 0.1200- | 0 | 0.0000 | 0.72- |
| 05/06/07 | RET DISC PAPR SUN | RDS | 02SC | TRSF | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 2 | 0.5400 | 1.08 |
| 05/06/07 | CORP RETURNS | RFER | 02SC | TRSF | SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0000 | 54 | 1.5200 | 82.08 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PER CHARGE | XFER 07SC USA SCPD | 12 | 10 | 9 | 10 | 11 | 0 | 52 0.6700- | 0 0.0000 | 34.84- |
| RETURNS | RFER 07SC WSJ SCPD | 1 | 2 | 2 | 2 | 2 | 0 | 9 0.8000 | 0 0.0000 | 7.20 |
| PAPER CHARGE | XFER 07SC WSJ SCPD | 5 | 6 | 5 | 6 | 6 | 0 | 28 0.8000- | 0 0.0000 | 22.40- |
| TURN PAPERS SUNDAY | RHS 07SC NP SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 1 0.8000- | 0.80- |
| CORP RETURNS | RFER 07SC WSJW SCPD | 0 | 0 | 0 | 0 | 0 | 1 | 1 1.2000 | 0 0.0000 | 1.20 |
| CORP PAPER CHARGE | XFER 07SC WSJW SCPD | 0 | 0 | 0 | 0 | 0 | 2 | 2 1.2000- | 0 0.0000 | 2.40- |
| | | | | | | | | SUBTOTAL DRAW CHARGES | | 877.21 |

FEE SUMMARY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHARGEBACK ADJUSTMEN | CBJ | TREB SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 0 0.0000 | 652.58- |
| SCPD COLLECTION FEE | CF | NYSF SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0050- | 53 0.0050- | 0.30- |
| SCPD DELIVERY FEE | DF | NYSF SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0400- | 53 0.0850- | 4.54- |
| NYT S/C INSERT | NSI | NYSF SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 53 0.0100- | 0.53- |
| SCPD SALES FEE | SF | NYSF SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0428- | 53 0.0822- | 4.36- |
| SCPD COLLECTION FEE | CF | NYT SCPD | 44 | 47 | 43 | 48 | 51 | 49 | 282 0.0050- | 0 0.0050- | 1.53- |
| SCPD DELIVERY FEE | DF | NYT SCPD | 44 | 47 | 43 | 46 | 51 | 49 | 282 0.0400- | 0 0.0850 | 11.28- |

VENDOR STATEMENT

MASTER PAGE NO: 0112

```
***********************************************
DAYBREAK LIMITED INC                                          REMIT TO: CHICAGO TRIBUNE        *
MARIA STOWE                                                             P.O. BOX 803238         *
28457 BALLARD RD G                                                      CHICAGO, IL 60680-3238  *
LAKE FOREST, IL 60045                                                   (312)222-4590           *
***********************************************
```

INVOICE #: 00337129
PAGE NO: 20
DATE: 02/26/07

BEGINNING DATE: 02/19/07
ENDING DATE: 02/25/07

OUTLET# 40006716   LAMBS FARM HAWKER

| /25/07 | DISCOUNT SUN PAPERS | DDS | 02SC TRSE SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 50 0.7700- | 38.50- |
| /25/07 | PAPER CHARGES SUNDAY | PCS | 02SC TRSE SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 50 1.5200 | 76.00 |

OUTLET AMOUNT DUE   37.50

OUTLET# 40009090   SUMMIT ICE CREAM

| /25/07 | PAPER CHARGES DAILY | PCD | 02SC TREE SCPD | 3 | 3 | 3 | 3 | 3 | 3 | 18 0.4000 | 0 0.0000 | 7.20 |
| /25/07 | PAPER CHARGES SUNDAY | PCS | 02SC TRSE SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 6 1.5200 | 9.12 |
| /25/07 | PAPER CHARGES SUNDAY | PCS | 02SC TRSF SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 2 1.5200 | 3.04 |

OUTLET AMOUNT DUE   19.36

SUBTOTAL ROUTE

| | | DDS | 02SC NYSF SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 10 4.2500- | 42.50- |
| | | PCS | 02SC NYSF SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 38 4.2500 | 161.50- |
| | | XDP | 02SC NYSF SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 10 4.2500 | 42.50 |
| | | XFER | 02SC NYSF SCPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 0.0000 | 35 4.2500- | 148.75 |
| | | DD | 02SC NYT SCPD | 8 | 8 | 7 | 7 | 8 | 8 | 45 0.8100- | 0 0.0000 | 36.45- |
| | | PCD | 02SC NYT SCPD | 28 | 26 | 26 | 25 | 26 | 27 | 160 0.8100 | 0 0.0000 | 129.60 |
| | | RDD | 02SC NYT SCPD | 1 | 1 | 0 | 0 | 0 | 0 | 7 0.8100 | 0 0.0000 | 5.67 |
| | | RFER | 02SC NYT SCPD | 6 | 6 | 3 | 6 | 10 | 7 | 42 0.8100 | 0 0.0000 | 34.02 |
| | | RPD | 02SC NYT SCPD | 8 | 8 | 3 | 7 | 12 | 8 | 50 0.8100- | 0 0.0000 | 40.50- |
| | | XDP | 02SC NYT SCPD | 8 | 8 | 8 | 7 | 7 | 8 | 45 0.8100 | 0 0.0000 | 36.45 |
| | | XDR | 02SC NYT SCPD | 1 | 1 | 0 | 0 | 0 | 0 | 7 0.8100- | 0 0.0000 | 5.67- |
| | | XFER | 02SC NYT SCPD | 25 | 25 | 24 | 23 | 24 | 24 | 145 0.8100- | 0 0.0000 | 117.45- |
| | | PCD | 02SC TREE SCPD | 276 | 295 | 258 | 275 | 181 | | 1520 0.4000 | 0 0.0000 | 608.00 |
| | | RFER | 02SC TREE SCPD | 44 | 21 | 46 | 42 | 29 | | 221 0.4000 | 0 0.0000 | 88.40 |
| | | RPD | 02SC TREE SCPD | 80 | 41 | 68 | 68 | 43 | | 363 0.4000- | 0 0.0000 | 145.20- |
| | | XFER | 02SC TREE SCPD | 179 | 201 | 170 | 177 | 124 | | 1011 0.4000- | 0 0.0000 | 404.40- |
| | | PCS | 02SC TRSE SCPD | 0 | 0 | 0 | 0 | 0 | | 0 0.0000 | 499 1.5200 | 758.48 |
| | | XFER | 02SC TRSE SCPD | 0 | 0 | 0 | 0 | 0 | | 0 0.0000 | 351 1.5200- | 533.52- |
| | | PCS | 02SC TRSF SCPD | 0 | 0 | 0 | 0 | 0 | | 0 0.0000 | 378 1.5200 | 574.56 |
| | | XFER | 02SC TRSF SCPD | 0 | 0 | 0 | 0 | 0 | | 0 0.0000 | 299 1.5200- | 454.48- |
| | | DD | 02SC TREE SCPD | 10 | 10 | 9 | 10 | 6 | | 54 0.1500- | 0 0.0000 | 7.14- |
| | | RDD | 02SC TREE SCPD | 4 | 2 | 2 | 3 | 3 | | 16 0.1500 | 0 0.0000 | 2.19 |