# UNITED STATES BANKRUPTCY COURT
District of Delaware

<u>In re: **WGN Continental Broadcasting Company**, Case No. **08-13252**</u>
(Jointly Administered under Tribune Company, Case No., 08-13141)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **<u>SONAR CREDIT PARTNERS, LLC</u>**<br>Name of Transferee | **<u>Creative Circle LLC</u>**<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>**SONAR CREDIT PARTNERS, LLC**<br>**200 BUSINESS PARK DRIVE, SUITE 201**<br>**ARMONK, NY 10504**<br><br>Phone: **<u>(914) 730-1005</u>**<br>Last Four Digits of Acct #: <u>N/A</u> | Court Claim # (if known):<br>Amount of Claim: <u>**$7,570.00**</u><br>Date Claim Filed: <u>N/A</u><br><br><br><br>Phone: <u>N/A</u><br>Last Four Digits of Acct. #: <u>N/A</u> |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last Four Digits of Acct #: <u>N/A</u> | Name and Current Address of Transferor:<br><br>Creative Circle LLC<br>5750 Wilshire Blvd Ste 610<br>Los Angeles, CA 90036 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: <u>/s/Michael Goldberg</u>         Date: <u>6/29/2010</u>
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


SONAR CREDIT PARTNERS, LLC

EXHIBIT B

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
for the District of Delaware
Attn: Clerk

AND TO: WGN Continental Broadcasting Company ("Debtor")
Case No. 08-13252 (Jointly Administered under Tribune Company, Case No. 08-13141)

Schedule #: 252001600

**Creative Circle LLC**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $7,570.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 25, 2010.

| ASSIGNOR | ASSIGNEE |
|---|---|
| By: _____ | By: _____ |
| Name: Kevin Yoshimoto | Name: Michael Goldberg |
| Title: CFO | Title: Managing Member |
| Date: 6/25/10 | Date: 6/25/10 |

Claim Question? Call: 646 282 2400

Guest

**TRIBUNE**

Tribune Company
Change Client

**Client Home**  **Claims**  **Docket**  **Key Documents**

Home » Search Claims

Bookmark this Page

## Search Claims

**Criteria**

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| | Name Starts With | creative circle llc | Claims and schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

Claim Date Range: ___ to ___

Debtor:

Order By: Creditor Name     Results Per Page: 50

**Results**
Collapse All

[1] Page 1 of 1 - 02 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| | 185032050 | CREATIVE CIRCLE LLC<br>5750 WILSHIRE BLVD STE 610<br>LOS ANGELES, CA 90036<br><br>Debtor: Los Angeles Times Communications LLC | Scheduled Unsecured: | $36,108.75<br>$36,108.75 | No Image |
| | 252001600 | CREATIVE CIRCLE LLC<br>5750 WILSHIRE BLVD STE 610<br>LOS ANGELES, CA 90036<br><br>Debtor: WGN Continental Broadcasting Company | Scheduled Unsecured: | $7,570.00<br>$7,570.00 | No Image |

[1] Page 1 of 1 - 02 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

B6F (Official Form 6F) (12/07) – Cont.

In re  WGN Continental Broadcasting Company   ,            Case No.  08-13252
                        Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | | General Trade Payable | | | | $101,747.26 |
| ACCOUNT NO.<br>CONTECH MSI COMPANY<br>P O BOX 1295<br>BEDFORD PARK, IL 60499-1295 | | | General Trade Payable | | | | $299.20 |
| ACCOUNT NO.<br>COOKING ACADEMY OF CHICAGO INC<br>1140 HOWARD<br>DES PLAINES, IL 60018 | | | General Trade Payable | | | | $13,437.01 |
| ACCOUNT NO.<br>CREATIVE CIRCLE LLC<br>5750 WILSHIRE BLVD STE 610<br>LOS ANGELES, CA 90036 | | | General Trade Payable | | | | $7,570.00 |

Sheet no. _13_ of _47_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►  $ 123,053.47

Total ►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)