# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                                           Chapter 11

TRIBUNE COMPANY, et al.,           Case No. <u>08-13141 (KJC)</u>

                      Debtors                        Jointly Administered



Also, Judicial Canons for Delaware...

       With the paperwork that was submitted by me, Kevin Millen, is showing that I should be awarded the amount in the claims paperwork. The Judge Kevin Carey is violating the Canons by not allowing my case to keep moving forward. Canon **Canon 2 A judge should avoid impropriety and the appearance of impropriety in all activities.** B. A judge should not allow family, social, or other relationships to influence judicial conduct or judgment. A judge should not lend the prestige of the judicial office to advance the private interests of others; nor convey or permit others to convey the impression that they are in a special position to influence the judge. **Canon 3 A judge should perform the duties of the office impartially and diligently.** (4) A judge should accord to every person who is legally interested in a proceeding, or to the person's lawyer, full right to be heard according to law, and, except as authorized by law, neither initiate nor consider *ex parte* or other communications concerning a pending or impending proceeding. (5) A judge should dispose promptly of the business of the court.
In disposing of matters promptly, efficiently and fairly, a judge must demonstrate due regard for the rights of the parties to be heard and to have issues resolved without unnecessary cost or delay. A judge should monitor and supervise cases so as to reduce or eliminate dilatory practices, avoidable delays and unnecessary costs. 3. (3) A judge should initiate appropriate action when the judge becomes aware of reliable evidence indicating the likelihood of unprofessional conduct by a judge or lawyer. C. Disqualification.
(1) A judge should disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances where:
(a) The judge has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding; **Canon 5 A judge should regulate extra-judicial activities to minimize the risk of conflict**
**with judicial duties.** F. Practice of Law. A judge should not practice law. Notwithstanding this prohibition, a judge may act *pro se* and may, without compensation, give legal advice to and draft or review documents for a member of the judge's family.

Kevin Millen
1704 Lanier Lane
Memphis, TN 38117
(901) 483-6619

# Certificate of Service

I hereby certify that a true and exact copy of the foregoing was sent by the United States mail, postage prepaid, by Kevin Millen:

**Honorable Kevin J. Carey**
**Chief United States Bankruptcy Judge**
**United States Bankruptcy Court for the District of Delaware**
**824 Market Street**
**5th Floor, Courtroom No. 5**
**Wilmington, Delaware 19801**

on this day 22nd of June, 2010.

James F. Conlan
One South Dearborn Street
Chicago, Illinois 60603

_Kevin Millen_
**Kevin Millen**

Norman L. Pernick
500 Delaware Avenue
Suite 1410
Wilmington DE 19801

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                                        Chapter 11

TRIBUNE COMPANY, et al.,           Case No. <u>08-13141 (KJC)</u>

               Debtors                      Jointly Administered

[redacted] *Also, Judicial Canons for Delaware…*

       With the paperwork that was submitted by me, Kevin Millen, I am showing that the court should award me my claim. The paperwork shows that I have an administrative interest in the company and the people should be forced to pay the claim. No opposing counsel has produced sufficient evidence to show that the newspaper told the truth. This is affecting Mr. Kevin Millen life with these heinous and vicious lies. If the judge is violating the Canons so that the companies can win he and the others need to put in a conspiracy to attempt to murder me, Kevin Millen. This is an administrative claim because I did not ask the paper to write lies about me. **Administrative expense claim** – debt incurred by the debtor, and the law of Libel and Slander states "(B) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured. <u>11 U.S.C. § 101(5)</u>. "Debt" is defined as a liability on a claim. <u>11 U.S.C. § 101(12)</u>. <u>The law of Libel & Slander in Civil and Criminal Cases</u> we see it talks about publications. <u>Subsection 25</u> states, "Everyone who request, procures or commands another to publish a libel is answerable as though he published it himself… <u>Fogg v. Boston & L.R. Co. (Mass.) 20 N.E. Rev. 109</u>." We have to refer to 11 usc 362 (b)(1).

**IT IS ON THIS** _____ **DAY OF** _____ 2010.

Ordered that the Motion to be granted…

Ordered that a copy of this Order be served on all parties within 20 days of the date hereof…

                                                   **HONORABLE Kevin Carey**