# EXHIBIT A

# SUMMARY OF PROFESSIONALS TIME RECORDS
# APRIL 1, 2010 THROUGH APRIL 30, 2010

### Moelis & Company
### Summary of Hours Worked
### April 1, 2010 - April 30, 2010

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 20.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 13.0 |
| John Momtazee | Managing Director, Media | 3.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 30.0 |
| Larry Kwon | Vice President, Restructuring Group | 10.5 |
| Ashish Ajmera | Vice President, Media | 22.0 |
| Evan Glucoft | Associate | 46.0 |
| Vishal Patel | Analyst | 61.0 |
| | **Total Moelis Team Hours** | **206.0** |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 20.5 |
| Navid Mahmoodzadegan | Managing Director | 13.0 |
| John Momtazee | Managing Director | 3.0 |
| Zul Jamal | Sr. Vice President | 30.0 |
| Larry Kwon | Vice President | 10.5 |
| Ashish Ajmera | Vice President | 22.0 |
| Evan Glucoft | Associate | 46.0 |
| Vishal Patel | Analyst | 61.0 |
| **Total** | | **206.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 04/02/10 | 1.5 | Discussions with counsel re: settlement |
| Zul Jamal | 04/02/10 | 1.5 | Discussions with counsel re: settlement |
| Ashish Ajmera | 04/02/10 | 0.5 | Discussion of trading comparable levels |
| Evan Glucoft | 04/02/10 | 0.5 | Discussion of trading comparable levels |
| Vishal Patel | 04/02/10 | 0.5 | Discussion of trading comparable levels |
| Evan Glucoft | 04/04/10 | 3.0 | Media Update |
| Vishal Patel | 04/04/10 | 4.0 | Media Update |
| Ashish Ajmera | 04/06/10 | 0.5 | Media Update |
| Evan Glucoft | 04/06/10 | 0.5 | Media Update |
| Vishal Patel | 04/06/10 | 0.5 | Media Update |
| Larry Kwon | 04/06/10 | 1.0 | Professionals call |
| Ashish Ajmera | 04/06/10 | 1.0 | Professionals call |
| Evan Glucoft | 04/06/10 | 1.0 | Professionals call |
| Vishal Patel | 04/06/10 | 1.0 | Professionals call |
| Thane Carlston | 04/06/10 | 4.0 | Review of valuation / financials in disclosure statement |
| Navid Mahmoodzadegan | 04/06/10 | 2.0 | Review of valuation / financials in disclosure statement |
| Zul Jamal | 04/06/10 | 3.0 | Review of valuation / financials in disclosure statement |
| Ashish Ajmera | 04/06/10 | 3.0 | Review of valuation / financials in disclosure statement |
| Evan Glucoft | 04/06/10 | 4.0 | Review of valuation / financials in disclosure statement |
| Vishal Patel | 04/06/10 | 5.0 | Review of valuation / financials in disclosure statement |
| Evan Glucoft | 04/06/10 | 1.0 | Assistance in preparation of 2010 Budget review |
| Vishal Patel | 04/06/10 | 1.0 | Assistance in preparation of 2010 Budget review |
| Thane Carlston | 04/06/10 | 0.5 | Review of draft committee statement re Wilmington Trust |
| Zul Jamal | 04/06/10 | 0.5 | Review of draft committee statement re Wilmington Trust |
| Zul Jamal | 04/07/10 | 3.0 | Disclosure statement |
| Evan Glucoft | 04/07/10 | 2.5 | Disclosure statement |
| Vishal Patel | 04/07/10 | 2.0 | Disclosure statement |
| Zul Jamal | 04/07/10 | 1.0 | Analysis of Lazard retention and M&A comps |
| Larry Kwon | 04/07/10 | 1.0 | Analysis of Lazard retention and M&A comps |
| Evan Glucoft | 04/07/10 | 2.0 | Analysis of Lazard retention and M&A comps |
| Vishal Patel | 04/07/10 | 3.0 | Analysis of Lazard retention and M&A comps |
| Thane Carlston | 04/08/10 | 5.0 | UCC Committee meeting & followup |
| Evan Glucoft | 04/08/10 | 5.0 | UCC Committee meeting & followup |
| Larry Kwon | 04/08/10 | 5.0 | UCC Committee meeting & followup |
| Navid Mahmoodzadegan | 04/08/10 | 5.0 | UCC Committee meeting & followup |
| Ashish Ajmera | 04/08/10 | 5.0 | UCC Committee meeting & followup |
| Vishal Patel | 04/08/10 | 5.0 | UCC Committee meeting & followup |
| Thane Carlston | 04/09/10 | 2.0 | Plan and Disclosure Statement review |
| Navid Mahmoodzadegan | 04/09/10 | 3.0 | Plan and Disclosure Statement review |
| Zul Jamal | 04/09/10 | 2.0 | Plan and Disclosure Statement review |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 20.5 |
| Navid Mahmoodzadegan | Managing Director | 13.0 |
| John Momtazee | Managing Director | 3.0 |
| Zul Jamal | Sr. Vice President | 30.0 |
| Larry Kwon | Vice President | 10.5 |
| Ashish Ajmera | Vice President | 22.0 |
| Evan Glucoft | Associate | 46.0 |
| Vishal Patel | Analyst | 61.0 |
| **Total** | | **206.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 04/09/10 | 1.0 | Plan and Disclosure Statement review |
| Evan Glucoft | 04/09/10 | 5.0 | Plan and Disclosure Statement review |
| Vishal Patel | 04/09/10 | 8.0 | Plan and Disclosure Statement review |
| Thane Carlston | 04/10/10 | 0.5 | Plan and Disclosure Statement review |
| Zul Jamal | 04/10/10 | 8.0 | Plan and Disclosure Statement review |
| Larry Kwon | 04/10/10 | 3.0 | Plan and Disclosure Statement review |
| Evan Glucoft | 04/10/10 | 6.0 | Plan and Disclosure Statement review |
| Vishal Patel | 04/10/10 | 3.0 | Plan and Disclosure Statement review |
| Thane Carlston | 04/11/10 | 0.5 | Analysis of Lazard retention and M&A comps |
| Zul Jamal | 04/11/10 | 0.5 | Analysis of Lazard retention and M&A comps |
| Evan Glucoft | 04/11/10 | 0.5 | Analysis of Lazard retention and M&A comps |
| Vishal Patel | 04/11/10 | 0.5 | Analysis of Lazard retention and M&A comps |
| Thane Carlston | 04/12/10 | 1.0 | Review of filed plan |
| Zul Jamal | 04/12/10 | 1.0 | Review of filed plan |
| Evan Glucoft | 04/12/10 | 0.5 | Review of filed plan |
| Vishal Patel | 04/12/10 | 1.5 | Review of filed plan |
| Zul Jamal | 04/13/10 | 0.5 | Supporting exhibits for fee examiner |
| Evan Glucoft | 04/13/10 | 0.5 | Supporting exhibits for fee examiner |
| Vishal Patel | 04/13/10 | 2.0 | Supporting exhibits for fee examiner |
| Larry Kwon | 04/14/10 | 0.5 | Update of newspaper comps |
| Vishal Patel | 04/14/10 | 2.0 | Update of newspaper comps |
| Thane Carlston | 04/15/10 | 2.0 | UCC Committee meeting |
| Zul Jamal | 04/15/10 | 2.0 | UCC Committee meeting |
| Ashish Ajmera | 04/15/10 | 2.0 | UCC Committee meeting |
| Evan Glucoft | 04/15/10 | 2.0 | UCC Committee meeting |
| Vishal Patel | 04/15/10 | 2.0 | UCC Committee meeting |
| Ashish Ajmera | 04/15/10 | 0.5 | Review of minutes & fee summary |
| Evan Glucoft | 04/15/10 | 0.5 | Review of minutes & fee summary |
| Vishal Patel | 04/15/10 | 1.0 | Review of minutes & fee summary |
| Ashish Ajmera | 04/15/10 | 1.0 | Media Update |
| Evan Glucoft | 04/15/10 | 2.0 | Media Update |
| Vishal Patel | 04/15/10 | 4.0 | Media Update |
| Evan Glucoft | 04/16/10 | 1.0 | UCC Committee call |
| Vishal Patel | 04/16/10 | 1.0 | UCC Committee call |
| Vishal Patel | 04/19/10 | 1.0 | Media Update |
| Evan Glucoft | 04/20/10 | 2.0 | Media Update |
| Vishal Patel | 04/20/10 | 2.0 | Media Update |
| Navid Mahmoodzadegan | 04/20/10 | 1.5 | Discussion of upcoming examiner appt and other case matters |
| John Momtazee | 04/20/10 | 1.5 | Discussion of upcoming examiner appt and other case matters |
| Zul Jamal | 04/20/10 | 1.5 | Discussion of upcoming examiner appt and other case matters |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 20.5 |
| Navid Mahmoodzadegan | Managing Director | 13.0 |
| John Momtazee | Managing Director | 3.0 |
| Zul Jamal | Sr. Vice President | 30.0 |
| Larry Kwon | Vice President | 10.5 |
| Ashish Ajmera | Vice President | 22.0 |
| Evan Glucoft | Associate | 46.0 |
| Vishal Patel | Analyst | 61.0 |
| **Total** | | **206.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 04/20/10 | 1.5 | Discussion of upcoming examiner appt and other case matters |
| Zul Jamal | 04/20/10 | 1.0 | Professionals call |
| Ashish Ajmera | 04/20/10 | 1.0 | Professionals call |
| Vishal Patel | 04/20/10 | 1.0 | Professionals call |
| Evan Glucoft | 04/24/10 | 2.0 | TVFN materials from MWE |
| Vishal Patel | 04/24/10 | 1.0 | TVFN materials from MWE |
| Evan Glucoft | 04/25/10 | 2.0 | Media Update |
| Vishal Patel | 04/25/10 | 3.0 | Media Update |
| Evan Glucoft | 04/26/10 | 1.0 | Media Update |
| Zul Jamal | 04/26/10 | 2.0 | TVFN materials from MWE |
| Ashish Ajmera | 04/26/10 | 2.0 | TVFN materials from MWE |
| Ashish Ajmera | 04/27/10 | 1.0 | Professionals call |
| Vishal Patel | 04/27/10 | 1.0 | Professionals call |
| Thane Carlston | 04/27/10 | 2.0 | Review of case and emails |
| Zul Jamal | 04/27/10 | 2.0 | Review of case and emails |
| Ashish Ajmera | 04/28/10 | 0.5 | Update on professionals call |
| Zul Jamal | 04/28/10 | 0.5 | Update on professionals call |
| Vishal Patel | 04/28/10 | 0.5 | Update on professionals call |
| Thane Carlston | 04/29/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 04/29/10 | 1.5 | UCC Committee meeting |
| John Momtazee | 04/29/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 04/29/10 | 1.5 | UCC Committee meeting |
| Evan Glucoft | 04/29/10 | 1.5 | UCC Committee meeting |
| Vishal Patel | 04/29/10 | 1.5 | UCC Committee meeting |
| Vishal Patel | 04/30/10 | 3.0 | Media Update |
| | **Total** | **206.0** | |