# EXHIBIT B

# Tribune Co.

Moelis & Company - April 2010 Expense Summary

|  | April 2010 |
|---|---:|
| Airfare | $ 2,526.00 |
| Lodging | 882.54 |
| Travel / Overtime / Weekend meals | 81.97 |
| Taxi / Transportation / Parking | 247.72 |
| Telephone | 38.85 |
| Presentations | 945.30 |
| **Total** | **$ 4,722.38** |

**Tribune Co.**

Moelis & Company - April 2010 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| | 3/22/2010 | AIRFARE | TRAVEL AGENCY SERVICE NEW YORK | John Momtazee | $42.00 | $42.00 |
| | 3/22/2010 | AIRFARE | AMERICAN AIRLINES   NEW YORK  NY to LA | John Momtazee | 1,770.70 | 1,200.00 |
| | 4/6/2010 | AIRFARE | UNITED AIRLINES    NEW YORK LAX-JFK-LAX | Evan Glucoft | 3,879.40 | 1,200.00 |
| | 4/6/2010 | AIRFARE | TRAVEL AGENCY SERVICE NEW YORK | Evan Glucoft | 42.00 | 42.00 |
| | 4/9/2010 | AIRFARE | TRAVEL AGENCY SERVICE NEW YORK | Evan Glucoft | 42.00 | 42.00 |
| | | | | | **Total Requested** | **$2,526.00** |
| **LODGING** | | | | | | |
| | 3/22/2010 | LODGING | ST REGIS HOTEL ST RE NEW YORK Room Rate | John Momtazee | $595.00 | $350.00 |
| | 3/22/2010 | LODGING | ST REGIS HOTEL ST RE NEW YORK Misc. Tax 1 | John Momtazee | 34.96 | 34.96 |
| | 3/22/2010 | LODGING | ST REGIS HOTEL ST RE NEW YORK Room Tax | John Momtazee | 52.81 | 52.81 |
| | 3/22/2010 | LODGING | ST REGIS HOTEL ST RE NEW YORK Misc. Tax 2 | John Momtazee | 3.50 | 3.50 |
| | 3/23/2010 | LODGING | ST REGIS HOTEL ST RE NEW YORK Room Tax | John Momtazee | 52.81 | 52.81 |
| | 3/23/2010 | LODGING | ST REGIS HOTEL ST RE NEW YORK Misc. Tax 1 | John Momtazee | 34.96 | 34.96 |
| | 3/23/2010 | LODGING | ST REGIS HOTEL ST RE NEW YORK Room Rate | John Momtazee | 595.00 | 350.00 |
| | 3/23/2010 | LODGING | ST REGIS HOTEL ST RE NEW YORK Misc. Tax 2 | John Momtazee | 3.50 | 3.50 |
| | | | | | **Total Requested** | **$882.54** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| | 3/22/2010 | MEALS TRAVEL | Burger King Los Angeles | John Momtazee | $9.98 | $9.98 |
| | 3/24/2010 | MEALS TRAVEL | Traveling Snack | John Momtazee | 5.63 | 5.63 |
| | 3/24/2010 | MEALS TRAVEL | Dishes New York | John Momtazee | 10.61 | 10.61 |
| | 3/24/2010 | MEALS TRAVEL | Europan Bakery Cafe | John Momtazee | 12.95 | 12.95 |
| | 4/7/2010 | MEALS TRAVEL | La Brea Bakery | Evan Glucoft | 24.76 | 24.76 |
| | 4/8/2010 | MEALS TRAVEL | Dean & Deluca | Evan Glucoft | 6.53 | 6.53 |
| | 4/9/2010 | MEALS TRAVEL | Starbucks USA | Evan Glucoft | 5.22 | 5.22 |
| | 4/9/2010 | MEALS TRAVEL | The Grove-JFK | Evan Glucoft | 6.29 | 6.29 |
| | | | | | **Total Requested** | **$81.97** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | 3/24/2010 | PARKING | Airport Parking LAX | John Momtazee | $60.39 | $60.39 |
| | 4/8/2010 | TAXI | NYC Taxi Med 5h22 09 Long Island To Meeting | Evan Glucoft | 10.32 | 10.32 |
| | 4/9/2010 | TAXI | NYC Taxi Med 1g94 Q1west Babylon To Airport | Evan Glucoft | 59.17 | 59.17 |
| | 4/9/2010 | TAXI | NYC Taxi Med 5m31 09 Brooklyn To Meeting | Evan Glucoft | 15.84 | 15.84 |
| | 4/9/2010 | TAXI | The Bridge Group Of  Long Island To Meeting | Evan Glucoft | 9.00 | 9.00 |
| | 4/10/2010 | TAXI | LA Taxi Coop Inc 880 Gardena To Airport | Evan Glucoft | 48.00 | 48.00 |
| | 4/12/2010 | TAXI | Bali Limousine  JFK-hotel | Evan Glucoft | 156.47 | 45.00 |
| | | | | | **Total Requested** | **$247.72** |
| **TELEPHONE** | | | | | | |
| | 3/22/2010 | PHONE-OTHER | Aircell Gogo Inflight | John Momtazee | $12.95 | $12.95 |
| | 3/24/2010 | PHONE-OTHER | Aircell Gogo Inflight | John Momtazee | 12.95 | 12.95 |
| | 4/26/2010 | PHONE-OTHER | Aircell Gogo Inflight | Evan Glucoft | 12.95 | 12.95 |
| | | | | | **Total Requested** | **$38.85** |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | | $945.30 | $945.30 |
| | | | | | **Total Requested** | **$945.30** |
| | | | | | **Month Total** $ | **4,722.38** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City.  3/8 and 3/9 booked flights for Navid Mahmoodzadgan and John Momtazee are reduced to comparable coach fare (between ORD - LAX)  based on Evan Glucoft's coach ticket purchase)
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location