# <u>EXHIBIT A</u>

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Hearing To Be Scheduled Only If Objections |
| | ) are Timely Filed |
| | ) Objection Deadline: November 18, 2009 |

## FOURTH MONTHLY APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, AND MARKETING SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009

| Name of Applicant: | Ernst & Young LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| Date of Retention: | July 21, 2009 (*nunc pro tunc* to May 31, 2009) |
|---|---|
| Period for which Compensation and Reimbursement is sought: | September 1, 2009 through September 30, 2009 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $30,260.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $100.00 |

This is a(n): __X__ monthly    _____ interim    _____ final application

Prior Applications Filed:

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 2318 Filed: 10/9/2009 (Combined First, Second and Third Monthly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | Pending | Pending |

## COMPENSATION BY PROFESSIONAL

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matthew Howley | PPED | $ 525.00 | 6.50 | $ 3,412.50 |
| Tariq Hussain | Senior Manager | $ 475.00 | 2.00 | $ 950.00 |
| Matthew Jones | Manager | $ 375.00 | 15.00 | $ 5,625.00 |
| Mike Kearns | Senior 1&2 | $ 275.00 | 37.20 | $ 10,230.00 |
| Chris Kudrna | Senior 1&2 | $ 275.00 | 13.40 | $ 3,685.00 |
| Joshua Putnam | Senior Manager | $ 475.00 | 10.70 | $ 5,082.50 |
| Clark Wen | Manager | $ 375.00 | 2.00 | $ 750.00 |
| Stefan Wojcickyi | PPED | $ 525.00 | 1.00 | $ 525.00 |
| **Total** | | | **87.80** | **$30,260.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Step 1 Calculations | 18.30 | $ 5,032.50 |
| Step 2 Calculations (Intangibles) | 18.50 | $ 6,047.50 |
| Technical Review and Analysis with Client & PwC | 30.10 | $ 10,907.50 |
| Technical Review and Analysis, Step 1 Calculations | 14.90 | $ 5,872.50 |
| Technical Review and Analysis, Step 2 Intangibles | 6.00 | $ 2,400.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Other | $ 100.00 |
| | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Hearing To Be Scheduled Only If Objections |
| | ) are Timely Filed |
| | ) Objection Deadline: _____ |

## FOURTH MONTHLY APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, AND MARKETING SURVEY SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2009 THROUGH SEPTEMBER 31, 2009

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331, dated January 15, 2009 (the "Administrative Order," Docket No. 225), Ernst & Young LLP ("E&Y LLP") hereby files this Fourth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, and Marketing Survey Services for the Debtors and Debtors in Possession for the Period from September 1, 2009 through September 30, 2009 (the "Application"). By this Application E&Y LLP seeks a monthly allowance pursuant to the Administrative Order with respect to the sum of $30,260.00[2] in compensation and $100 for reimbursement of actual and necessary expenses for a total of $30,360.00 for the period from September 1, 2009 through September 30, 2009 (the "Compensation Period"). In support of this Application, E&Y LLP respectfully represents as follows:

### Background

1.    On December 8, 2008 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed their voluntary petitions for relief under chapter 11 of Bankruptcy Code.

2.    The Debtors retention of E&Y LLP was approved effective as of May 31, 2009 pursuant to this Court's related Order dated July 21, 2009 (the "Retention Order," Docket No. 1783). The Retention Order authorized E&Y LLP to be compensated for services rendered, and to be reimbursed for actual and necessary out-of-pocket expenses.

---

[2] In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay E&Y LLP an amount equal to the lesser of (i) 80 percent of fees ($24,208.00) and 100 percent of expense ($100.00) requested in the Application and (ii) 80 percent of fees not subject to an objection.

## Compensation Paid and its Source

3.      All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

4.      During the Compensation Period covered by this Application E&Y LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Application.  There is no agreement or understanding for the sharing of compensation to be received for services rendered in these cases.

## Summary of Services Rendered

5.      The Partners and staff of E&Y LLP who have rendered professional services to the Debtors during the Compensation Period are listed in **Exhibit A**.

## Fee Statement

6.      The invoice for the Compensation Period is attached hereto as **Exhibit B**.  This invoice is supported by daily time logs describing the time spent by each partner and staff during this period.  To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order.

7.      The fees charged in this matter are comparable to the rates that E&Y LLP generally charges similar clients for similar services to those rendered during the Compensation Period.  In

addition, E&Y LLP believes that such charges are ordinary and customary and comparable to amounts which E&Y LLP and other public accounting firms would normally invoice their clients.

## Actually and Necessary Expenses

8.      A summary of actual and necessary expenses incurred by E&Y LLP during the Compensation Period is attached hereto as **Exhibit C**.

## Valuation of Services

9.      Partners and staff of E&Y LLP have expended a total of 87.80 hours in connection with the work performed during the Compensation Period, as indicated in **Exhibit D**. The nature of the work performed by these persons is fully set forth in **Exhibit E** attached hereto. The reasonable value of the services rendered by E&Y LLP to the Debtors during the Compensation Period is at least $30,260.00.

10.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these Debtors business and the matters being addressed by E&Y LLP, (b) the time expended, (c) the nature and extent of the services rendered, (c) the value of such services and (d) the costs of comparable services other than in a case under this title. Moreover, E&Y LLP reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, E&Y LLP respectfully requests that an allowance be made to E&Y LLP (i) in the sum of $30,260.00 as compensation for necessary professional services rendered, (ii) the sum of $100.00 for expenses incurred during the Compensation Period, and (iii) for such other and further relief as this Court may deem just and proper.

Matthew Howley
Partner
Ernst & Young LLP

Dated: October ___, 2009

Sworn to and subscribed before me this ___ day of October, 2009.

Notary Public

My Commission Expires: June 8, 2010

OFFICIAL SEAL
WILMA M. BLAGAICH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-8-2010

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

## VERIFICATION

STATE OF ILLINOIS    )
                                 ) SS
COOK COUNTY           )

Matthew Howley, after being duly sworn according to law, deposes and says:

1. I am a partner of the applicant firm, Ernst & Young LLP, to provide valuation and business modeling services, and market surveys services to Tribune Company and its above-captioned debtor affiliates (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  I have read the foregoing Application of Ernst & Young, LLP for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are correct to the best of my knowledge, information and belief.

3.  I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief this Application complies with Local Rule 2016-2.

Matthew Howley
Partner
Ernst & Young LLP

Dated: October 26, 2009

Sworn to and subscribed before me this 26th day of October, 2009.

Notary Public

My Commission Expires: June 8, 2010

OFFICIAL SEAL
WILMA M. BLAGAICH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-8-2010

LEGAL02/31502925v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| Debtors. | : | **Objection Date: November 18, 2009 at 4:00 p.m.** |
|  | : | **Hearing Date:** *Only if Objections are filed* |

## <u>NOTICE OF FEE APPLICATION</u>

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Kenneth P. Kansa, Esquire
Jillian K. McClelland, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JPMorgan Chase
Bank, N.A.)

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JPMorgan
Chase Bank, N.A.)

Steven C. Schwendemann, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044
(Fee Auditor)

    PLEASE TAKE NOTICE that on October 29, 2009, Ernst & Young LLP filed the
**Fourth Monthly Application of Ernst & Young LLP for Compensation for Services
Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and
Business Modeling, and Marketing Survey Services for The Debtors and Debtors in
Possession for the Period from September 1, 2009 through September 30, 2009** (the
"Application"), which seeks approval of a fee application for professional services rendered to
the Debtors in the amount of $30,260.00, together with reimbursement of disbursements in the
amount of $100.00.

    You are required to file a response, if any, to the Application on or before **November 18,
2009 at 4:00 p.m.** (Eastern Time).

46429/0001-6048006v2

At the same time, you must also serve a copy of the response upon movant's counsel so that it is received by **4:00 p.m. on November 18, 2009**:

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com

Matthew Holey
**ERNST & YOUNG LLP**
P.O. Box 96550
Chicago, IL 60611-9350

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED, OR THE COURT DIRECTS OTHERWISE, AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  October 29, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

# EXHIBIT A

Compensation by Professional

| Name | Group | Rank | Total hours | Bill rate | Service subtotal |
|---|---|---|---|---|---|
| Chris Kuzma | Business Valuation / Intangibles | Senior 1 & 2 | 13.4 | 275.00 | 3,685.00 |
| Clark Wen | Business Valuation / Intangibles | Manager | 2.0 | 375.00 | 750.00 |
| Josh Putnam | Business Valuation / Intangibles | Senior Manager | 10.7 | 475.00 | 5,082.50 |
| Matt Jones | Business Valuation / Intangibles | Manager | 15.0 | 375.00 | 5,625.00 |
| Matthew Howley | Business Valuation / Intangibles | PPED | 6.5 | 525.00 | 3,412.50 |
| Mike Kearns | Business Valuation / Intangibles | Senior 1 & 2 | 37.2 | 275.00 | 10,230.00 |
| Tariq Hussain | Business Valuation / Intangibles | Senior Manager | 2.0 | 475.00 | 950.00 |
| Stefan Wojciechyj | Business Valuation / Intangibles | PPED | 1.0 | 525.00 | 525.00 |
| Total: | | | 87.8 | | 30,260.00 |

## EXHIBIT B

# ƎУ *ERNST & YOUNG*

**INVOICE NUMBER: US0130137387**

October 27, 2009

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

**PLEASE REMIT TO:**

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

**EIN: 34-6565596**

BU: **US002**    CLIENT NUMBER: **60025315**

PROJECT NUMBER: **14641406**

Billing for time and expenses from September 1, 2009 through September 30, 2009 for SFAS 142 2009 valuation services pursuant to the Engagement Agreement dated May 15, 2009.

| | |
|---|---|
| Fees | |
| Expenses | $30,260 |
| | 100 |

| | |
|---|---|
| ***Total Due*** | **$30,360** |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
DUE UPON RECEIPT

**CLIENT COPY**

# REMITTANCE ADVICE

**ᴙ ERNST & YOUNG**

INVOICE NUMBER: US0130137387

October 27, 2009

**PLEASE REMIT TO:**
Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

**EIN: 34-6565596**

Tribune Company
Attn: Mr. Brian Litman
Vice President & Controller
435 North Michigan Ave.
Chicago, IL 60611

BU: **US002**    CLIENT NUMBER: **60025315**

| | |
|---|---|
| *Total Due* | **$30,360** |

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill , NC
ABA#: 031201467 ; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill , NC
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# EXHIBIT C

Expenses by Professional

| Name | Group | Rank | Date | Activity | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|---|---|
| Kathy Letka | Business Valuation / Intangibles | Staff | 14 Sep | Step 2 Calculations (Intangibles) | Other (see description) | Royalty rate information on print publishing from Royalty Source | 100.00 |
| | | | | | | Total: | 100.00 |



Expenses by Activity

| Kathy Letka | Expenses |
|---|---|
| Initial Planning | 0.00 |
| Step 1 Calculations | 0.00 |
| Step 2 Calculations (Intangibles) | 0.00 |
| Technical review and analysis w/ Client 1 PwC | 100.00 |
| Technical review and analysis, Step 1 Calculations | 0.00 |
| Technical review and analysis, Step 2 Intangibles | 0.00 |
| Technical review and analysis, Step 2 personal property | 0.00 |
| Technical review and analysis, Step 2 Reference Intangibles | 0.00 |
| Step 2 Calculations (Personal Property) | 0.00 |
| Review of Real Property Analyses | 0.00 |
| Leased property valuations | 0.00 |
| Total: | $100.00 |

Expenses by Professional

| Kathy Letka | Expenses |
|---|---|
| Total: | 100.00 |
| Total: | $100.00 |

Expenses by Category

| Kathy Letka | Expenses |
|---|---|
| Local Transportation | 0.00 |
| Local Meals | 0.00 |
| Out of Town Transportation | 0.00 |
| Out of Town Meals | 0.00 |
| Out of Town Lodging | 0.00 |
| Other (see description) | 100.00 |
| Total: | $100.00 |

## EXHIBIT D

Compensation by Activity

| Activity | Total hours | Service subtotal |
|---|---|---|
| Initial Planning | 0.0 | 0.00 |
| Step 1 Calculations | 18.3 | 5,032.50 |
| Step 2 Calculations (Intangibles) | 18.5 | 6,047.50 |
| Technical review and analysis, Step 1 w/ Client & PwC | 30.1 | 10,907.50 |
| Technical review and analysis, Step 1 calculations | 14.9 | 5,872.50 |
| Technical review and analysis, Step 2 intangibles | 6.0 | 2,400.00 |
| Technical review and analysis, Step 2 personal property | 0.0 | 0.00 |
| Technical review and analysis, Step 2 leasehold intangibles | 0.0 | 0.00 |
| Step 2 Calculations (Personal Property) | 0.0 | 0.00 |
| Review of Real Property Analyses | 0.0 | 0.00 |
| Leased property valuations | 0.0 | 0.00 |
| Total: | 87.8 | $30,260.00 |

# **EXHIBIT E**

| Professional | Rank | Date | Hours Description | Activity | Bill rate | Subtotal |
|---|---|---|---|---|---|---|
| Josh Putnam | Senior Manager | 1-Sep-09 | 1.0 Call with PwC and Tribune regarding FCC license valuations | Technical review and analysis w/ Client & PwC | 475.00 | 475.00 |
| Matt Jones | Manager | 1-Sep-09 | 1.0 Discussion with PwC regarding revised results | Technical review and analysis w/ Client & PwC | 375.00 | 375.00 |
| Clark Wien | Manager | 2-Sep-09 | 1.0 Update of FCC license assumptions | Step 2 Calculations (Intangibles) | 375.00 | 375.00 |
| Josh Putnam | Senior Manager | 2-Sep-09 | 0.8 Call to discuss PwC valuation requirements for FCC licenses | Technical review and analysis w/ Client & PwC | 475.00 | 380.00 |
| Josh Putnam | Senior Manager | 2-Sep-09 | 0.5 Review of FCC valuations with PwC | Technical review and analysis w/ Client & PwC | 475.00 | 237.50 |
| Chris Kudma | Senior 1&2 | 3-Sep-09 | 5.0 NAA follow-up analysis | Step 2 Calculations (Intangibles) | 275.00 | 1,375.00 |
| Clark Wien | Manager | 3-Sep-09 | 1.0 Update of FCC license assumptions | Step 2 Calculations (Intangibles) | 375.00 | 375.00 |
| Josh Putnam | Senior Manager | 3-Sep-09 | 1.0 Review of FCC valuations with PwC | Step 2 Calculations (Intangibles) | 475.00 | 475.00 |
| Josh Putnam | Senior Manager | 3-Sep-09 | 2.3 Revision of NAA valuations | Step 2 Calculations (Intangibles) | 475.00 | 1,092.50 |
| Mike Kearns | Senior 1&2 | 3-Sep-09 | 2.0 Revision of NAA valuations per Tribune Company and PwC feedback | Step 2 Calculations (Intangibles) | 275.00 | 550.00 |
| Josh Putnam | Senior Manager | 4-Sep-09 | 0.5 Call to discuss NAA valuations | Technical review and analysis w/ Client & PwC | 475.00 | 237.50 |
| Chris Kudma | Senior 1&2 | 8-Sep-09 | 1.1 Conference call with Gina, Brian 7 Nick Re: NAA Valuation methodology and assumptions | Step 2 Calculations (Intangibles) | 275.00 | 302.50 |
| Chris Kudma | Senior 1&2 | 8-Sep-09 | 0.8 Math Check of revised Step 1 analysis per new forecasts | Step 2 Calculations (Intangibles) | 275.00 | 220.00 |
| Josh Putnam | Senior Manager | 8-Sep-09 | 0.5 Revision of NAA valuations | Step 2 Calculations (Intangibles) | 475.00 | 237.50 |
| Matthew Howley | PPED | 8-Sep-09 | 1.8 Reviewing new forecast implementation | Technical review and analysis, Step 1 calculations | 525.00 | 945.00 |
| Matt Jones | Manager | 8-Sep-09 | 3.0 Reviewing new forecast implementation | Technical review and analysis, Step 1 calculations | 375.00 | 1,125.00 |
| Matt Jones | Manager | 8-Sep-09 | 1.0 Discussion with Tribune Company regarding revised draft exhibits incorporating revised forecast projections | Technical review and analysis, Step 1 calculations | 375.00 | 375.00 |
| Matt Jones | Manager | 9-Sep-09 | 1.0 Reviewing new forecast implementation | Technical review and analysis, Step 1 calculations | 375.00 | 375.00 |
| Mike Kearns | Senior 1&2 | 9-Sep-09 | 6.2 Step 1 updated based on new forecasts | Technical review and analysis, Step 1 calculations | 275.00 | 1,705.00 |
| Mike Kearns | Senior 1&2 | 9-Sep-09 | 1.8 Discussion with Tribune Company regarding revised draft exhibits incorporating revised forecast projections | Step 1 Calculations | 275.00 | 495.00 |
| Matt Jones | Manager | 9-Sep-09 | 1.0 Reviewing new forecast implementation | Technical review and analysis w/ Client & PwC | 375.00 | 375.00 |
| Matt Jones | Manager | 9-Sep-09 | 1.0 Discussion with Tribune Company regarding revised draft exhibits incorporating revised forecast projections | Technical review and analysis, Step 1 calculations | 375.00 | 375.00 |
| Mike Kearns | Senior 1&2 | 9-Sep-09 | 2.4 Discussions with Tribune Managemenet regarding reconciliation workpapers | Technical review and analysis w/ Client & PwC | 275.00 | 660.00 |
| Mike Kearns | Senior 1&2 | 9-Sep-09 | 5.6 Step 1 updated based on new forecasts | Technical review and analysis w/ Client & PwC | 275.00 | 1,540.00 |
| Chris Kudma | Senior 1&2 | 10-Sep-09 | 2.6 Updating NAA to new methodology per PwC comments | Step 1 Calculations | 275.00 | 715.00 |
| Matthew Howley | PPED | 10-Sep-09 | 0.9 Reviewing new forecast implementation | Step 2 Calculations (Intangibles) | 525.00 | 472.50 |
| Matt Jones | Manager | 10-Sep-09 | 2.0 Reviewing new forecast implementation | Technical review and analysis, Step 1 calculations | 375.00 | 750.00 |
| Tariq Hussain | Senior Manager | 10-Sep-09 | 2.0 Review of revised Step 1 calculations | Technical review and analysis, Step 1 calculations | 475.00 | 950.00 |
| Mike Kearns | Senior 1&2 | 14-Sep-09 | 0.5 Revision of NAA valuations | Technical review and analysis, Step 1 calculations | 475.00 | 237.50 |
| Chris Kudma | Senior 1&2 | 14-Sep-09 | 2.0 Preparation of revised audit review questions | Step 2 Calculations (Intangibles) | 275.00 | 550.00 |
| Josh Putnam | Senior Manager | 15-Sep-09 | 2.0 Updating NAA to new methodology per PwC comments | Step 2 Calculations (Intangibles) | 275.00 | 550.00 |
| Matthew Howley | PPED | 15-Sep-09 | 0.5 Revision of NAA valuations | Technical review and analysis w/ Client & PwC | 475.00 | 237.50 |
| Mike Kearns | Senior 1&2 | 15-Sep-09 | 0.5 Status call and project review with Tribune Company | Step 2 Calculations (Intangibles) | 525.00 | 825.00 |
| Matthew Howley | PPED | 15-Sep-09 | 3.0 Preparation of revised audit review questions | Technical review and analysis w/ Client & PwC | 525.00 | 262.50 |
| Mike Kearns | Senior 1&2 | 16-Sep-09 | 1.0 Status call and project review with Tribune Company | Technical review and analysis w/ Client & PwC | 275.00 | 825.00 |
| Matthew Howley | PPED | 16-Sep-09 | 2.0 Status call with Tribune Company regarding results of new forecast implementation | Technical review and analysis w/ Client & PwC | 525.00 | 525.00 |
| Matt Jones | Manager | 17-Sep-09 | 2.0 Review of revisions requested by Tribune Company | Technical review and analysis w/ Client & PwC | 275.00 | 550.00 |
| Matt Jones | Manager | 18-Sep-09 | 2.0 Review of revisions requested by Tribune Company | Technical review and analysis w/ Client & PwC | 375.00 | 750.00 |
| Stefan Wojcicky | PPED | 18-Sep-09 | 1.0 Technical review of the updated FCC and NAA valuations | Technical review and analysis, Step 2 intangibles | 375.00 | 750.00 |
| Josh Putnam | Senior Manager | 21-Sep-09 | 0.6 Preparation of audit review questions regarding San Diego NAA | Technical review and analysis, Step 2 intangibles | 525.00 | 525.00 |
| Chris Kudma | Senior 1&2 | 22-Sep-09 | 1.9 Addressing PwC audit review questions on NAA | Technical review and analysis w/ Client & PwC | 475.00 | 285.00 |
| Josh Putnam | Senior Manager | 24-Sep-09 | 2.5 Preparation of audit review questions regarding NAA | Technical review and analysis w/ Client & PwC | 275.00 | 522.50 |
| Matthew Howley | PPED | 24-Sep-09 | 2.3 Review of valuation project and audit question responses | Technical review and analysis w/ Client & PwC | 475.00 | 1,187.50 |
| Matt Jones | Manager | 24-Sep-09 | 1.0 Review of responses to broadcasting responses to PwC | Technical review and analysis w/ Client & PwC | 525.00 | 1,207.50 |
| Mike Kearns | Senior 1&2 | 24-Sep-09 | 5.7 Preparation of revised audit review questions | Technical review and analysis, Step 2 intangibles | 375.00 | 375.00 |
| Mike Kearns | Senior 1&2 | 25-Sep-09 | 2.3 Preparation of Tribune Company workpapers | Step 1 Calculations | 275.00 | 632.50 |
| Mike Kearns | Senior 1&2 | 29-Sep-09 | 4.2 Preparation of Tribune Company workpapers | Step 1 Calculations | 275.00 | 1,155.00 |
| **Total:** | | | **87.8** | | | **30,260.00** |