UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al. | ) Case No. 08-13141 (KJC) |
| | ) (Jointly Administered) |
| Debtors. | ) Re: Docket No. 4900 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
: SS.
NEW CASTLE COUNTY   :

     Janel R. Gates, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 30th day of June, 2010 she caused a copy of the following to be served on the attached list as indicated:

- **Joinder of Certain Settlement Supporters to Reply of the Debtors and Debtors in Possession in Support of Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Extension of Report Deadline and Request that the Court Enter the Amended Deadline Order [Docket No. 4900]**

Dated: June 30, 2010
      Wilmington, Delaware

                                      */s/ Janel R. Gates*
                                      Janel R. Gates, Paralegal
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, DE  19801
                                      (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 30th day of June, 2010.

                                        */s/ Lesley A. Morris*
                                        Notary Public

                                        LESLEY A. MORRIS
                                     Notary Public - State of Delaware
                                     My Comm. Expires April 17, 2011

# SERVICE LIST

**Via Hand Delivery**

Norman L. Pernick
J. Kate Stickles
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

Mark Minuti
Michael J. Farnan
SAUL EWING LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE  19899