**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2010, I caused a copy of the foregoing to be served upon the following persons in the manner indicated:

**Via Hand Delivery and Electronic Mail**
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
E-mail:  collins@rlf.com


**Via Electronic Mail**

Donald S. Bernstein, Esq.
Sharon Katz, Esq.
Karen E. Wagner, Esq.
Dennis E. Glazer, Esq.
Damian S. Schaible, Esq.
Michael J. Russano, Esq.
Davis Polk
450 Lexington Avenue
New York, NY  10017
E-mail:  donald.bernstein@davispolk.com
sharon.katz@davispolk.com
karen.wagner@davispolk.com
dennis.glazer@davispolk.com
damian.schaible@davispolk.com
michael.russano@davispolk.com


                                                          /s/ Brian A. Sullivan
                                                           Brian A. Sullivan (No. 2098)