# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 07/01/2010
Calendar Time: 10:00 AM ET

1st Revision 06/30/2010 02:04 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3600129 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3601885 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3599909 | Martin R. Barash | 310-407-4005 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3599489 | Donald S. Bernstein | 212-450-4092 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3599409 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3590266 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3601662 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3601800 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3599330 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3600393 | Katherine Bromberg | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3602524 | Kate Buck | (302) 984-6300 | McCarter & English | Creditor, Deutsche Bank / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3603274 | Michael Ching | 212-339-2431 | Allen & Company | Third Party, Michael Ching / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3591387 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3601802 | Blake Cleary | 302-571-6714 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3603280 | Kevin Collins | (302) 254-5392 | Bifferato, LLC | Creditor, Neil et al / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3590252 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3600399 | Neal D'Amato | 212-209-4930 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3601084 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Raymond Reyes

CourtConfCal2009

<b>Case 08-13141-BLS    Doc 4924    Filed 07/01/10    Page 2 of 4</b>

| Case | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3601716 | Robert Craig Martin | 302-425-7116 | Edwards Angell Palmer Dodge, LLP | Interested Party, Barclays Capital / LIVE |
| Tribune Company | 08-13141 | Hearing | 3601710 | Garrett~~~Daniel Joseph McMahon | 302-429-1900 | Bifferato Gentilotti LLC | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 3601696 | Joseph McMahon | (302) 573-6491 | US Trustee Office Of Wilmington | Interested Party, US Trustee Office of Wilmington Delware / LIVE |
| Tribune Company | 08-13141 | Hearing | 3595315 | Stuart C. McPhail | 212-373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3601780 | Vivek Melwani | (212) 672-4622 | Centerbridge | Creditor, Melwani / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3600601 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3600021 | Mark Minuti | 302-421-6840 | Saul Ewing LLP | Representing, Examiner / LIVE |
| Tribune Company | 08-13141 | Hearing | 3601574 | Francis Monaco | 302-252-4340 | Womble Carlyle Sandridge & Rice, | Creditor, GreatBanc Trust Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3601664 | Norman L. Pernick | 302-295-4829 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3596245 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3590222 | Courtney Rogers | (212) 506-5106 | Orrick Herrington & Sutcliffe | Creditor, Royal Bank of Scottland / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3603309 | Jonathan T. Roiter | 612-851-3014 | TPG Credit Management | Creditor, TPG Credit / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3601093 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3595340 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 3601080 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3600389 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3600110 | Laurie Silver Silverstein | (302) 984-6033 | Potter Anderson & Corroon LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3601877 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3601695 | Robert Stark | 212-209-4862 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 3599460 | Robert Stearn, Jr. | 302-651-7830 | Richards, Layton & Finger, P.A. | Interested Party, JP Morgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3595356 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3601667 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3597775 | John H. Strock | 302-654-7444 | Fox Rothschild LLP | Creditor, Wells Fargo / LIVE |

<b>Raymond Reyes     CourtConfCal2009     Page 3 of 6</b>

| Tribune Company | 08-13141 | Hearing | 3601867 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3600108 | Rushabh Vora | (212) 231-6311 | Macquarie Capital | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3599438 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company And Tribune CNLBC, LLC / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3599422 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3590655 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3603425 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company | 08-13141 | Hearing | 3603124 | Dennis Glazer | (212) 450-4900 | Davis Polk & Wardwell | Creditor, JPMorgan Chase Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3599926 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld | Creditor, Center Bridge Credit Advisors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3590417 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3600005 | Andrew Hammond | 212-819-8200 | White & Case LLP | Creditor, Wells Fargo Bank /LIVE |
| Tribune Company | 08-13141 | Hearing | 3600385 | Scott Greissman | (212) 819-8567 | White & Case | Creditor, Wells Fargo Bank N.A. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3600382 | Jennifer Hoover | (302) 442-7010 | Benesch, Friedlander | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3601807 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3601073 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3601659 | Ken Kansa | (312) 853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3599505 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3600469 | John P. Khym | (312) 416-4216 | Chicago Fundmantal Investments | Creditor, Chicago Fundmantal Investments Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3599931 | Kenneth N. Klee | 310-407-4060 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| Tribune Company | 08-13141 | Hearing | 3599372 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3599380 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3596351 | Keshav Lall | (212) 847-8879 | Keshav Lall - In Pro Per/Pro Se | Creditor, Citadel Securities / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3601097 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3599395 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3601089 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3600370 | Raymond Lemisch | (302) 442-7010 | Benesch, Friedlander, Coplan & | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 3599428 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3599387 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |