UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |
| | **Related to Docket No. 4858** |

## CERTIFICATION OF COUNSEL WITH RESPECT TO PROPOSED ORDER (I) AMENDING CERTAIN DEADLINES IN (A) DISCOVERY AND SCHEDULING ORDER AND (B) SOLICITATION ORDER, AND (II) APPROVING MOTION OF COURT-APPOINTED EXAMINER, KENNETH N. KLEE, ESQ., FOR EXTENSION OF REPORT DEADLINE

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.
46429/0001-6851782v1

2

1. On June 23, 2010, the Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Extension of Report Deadline (the "Motion") [Docket No. 4858)] was filed with the Court.

2. On June 29, 2010, the Reply of the Debtors and Debtors in Possession in Support of Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Extension of Report Deadline and Request that the Court Enter the Amended Deadline Order (the "Reply") [Docket No. 4898] and the Joinder of Certain Settlement Supporters to Reply of the Debtors and Debtors in Possession in Support of Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Extension of Report Deadline and Request that the Court Enter the Amended Deadline Order [DKT. NO. 4898] (the "Joinder") [Docket No. 4900] were filed with the Court.

3. On July 1, 2010, the Court held a hearing to consider the relief sought in the Motion and the Debtors' Reply. At the conclusion of the Hearing, the Court requested the Debtors submit an order for the Court's consideration which modified the proposed order filed with the Debtors' Reply. Attached hereto as Exhibit 1 is an **Order (I) Amending Certain Deadlines In (A) Discovery And Scheduling Order And (B) Solicitation Order, And (II) Approving Motion Of Court-Appointed Examiner, Kenneth N. Klee, Esq., For Extension Of Report Deadline (the "Proposed Order")**. Attached hereto as Exhibit 2 is a black line Proposed Order which reflects all changes to the order that was filed with the Debtors' Reply.

46429/0001-6851782v1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>July 1, 2010 | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>Bryan Krakauer<br>James F. Conlan<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>-and-<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br><br>By: _____<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br><br>ATTORNEYS FOR THE DEBTORS<br>AND DEBTORS IN POSSESSION |

46429/0001-6851782v1

# EXHIBIT 1

**PROPOSED ORDER**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 4707 and 4366 |

## ORDER (I) AMENDING CERTAIN DEADLINES IN (A) DISCOVERY AND SCHEDULING ORDER AND (B) SOLICITATION ORDER, AND (II) APPROVING MOTION OF COURT-APPOINTED EXAMINER, KENNETH N. KLEE, ESQ., FOR EXTENSION OF REPORT DEADLINE

The Court having entered that certain Order (I) Approving Disclosure Statement; (II) Establishing Procedures For Solicitation and Tabulation of Votes to Accept or Reject Amended Joint Plan Of Reorganization For Tribune Company and Its Subsidiaries; (III) Establishing Deadline for Return of Media Ownership Certifications; (IV) Scheduling Confirmation Hearing; (V) Establishing Notice and Objection Procedures in Respect of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CH1 5370093v.3

Confirmation of Amended Joint Plan of Reorganization; and (VI) Granting Related Relief [Docket No. 4707] (the "Solicitation Order"); and the Court having entered the Discovery and Scheduling Order for Plan Confirmation [Docket No. 4366] (the "Scheduling Order"); and now, in light of the Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq. for Extension of Report Deadline (the "Examiner Motion") [Docket No. 4858], requesting an extension of time to file his Report (as defined in the Examiner Motion) to July 27, 2010, and the parties desiring to extend certain deadlines in the Solicitation Order and the Scheduling Order following the Examiner's request; and the Court having reviewed the Examiner Motion and other papers filed in respect thereof; and the Court finding that the relief requested is in the best interests of the Debtors, their estates and creditors as a whole; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Examiner Motion is Granted;

ORDERED, that the deadline for the Examiner to file his Report is hereby extended from July 12, 2010 to **July 26, 2010 at 11:59p.m. (prevailing Eastern Time)**, without prejudice to the right of the Examiner to seek further extensions of such deadline;[2]

ORDERED, that the following deadlines in the Solicitation Order are hereby modified as follows:

- the Voting Deadline is extended such that any properly executed and completed original Ballots or Master Ballots that are received by the Voting Agent on or postmarked by no later than **August 6, 2010** will be counted in accordance with the procedures set forth in the Solicitation Order;

- the Objection Deadline is extended to **August 13, 2010 at 4:00 p.m. (prevailing Eastern Time)**;

- the deadline for the Voting Agent to file the results of its tabulation of

---

[2] Capitalized terms used in this paragraph and not otherwise defined herein shall have the meanings set forth in the Examiner Motion.

votes to accept or reject the Plan is extended to **August 13, 2010**;

- responses, if any, to any objection to confirmation of the Plan shall be filed on or before **August 25, 2010 at 4:00 p.m. (prevailing Eastern time)**, and the Debtors shall also file with the Court their proposed findings of fact and conclusions of law and their memorandum in support of confirmation on or before such date; and

- the Confirmation Hearing is continued to **August 30, 2010 at 10:00 a.m. (prevailing Eastern Time)**;

and it is further

ORDERED, that the following deadlines in the Scheduling Order are hereby modified as follows:

- the deadline for parties in interest to serve written disclosures of the identity of each expert witness and a summary of the topics which each such expert is expected to address at trial is extended to **July 15, 2010**;

- the deadline to serve modifications to written disclosures is extended to **July 29, 2010**;

- the deadline for all parties in interest to further comply with the requirements of Bankruptcy Rule 7026 and Federal Rule of Civil Procedure 26(a)(2)(B) in respect to experts is extended to **August 4, 2010**;

- expert depositions may commence on or after **August 11, 2010**; and

- the Joint Pretrial Memorandum, along with any other documents required by Chambers Procedures for the Honorable Kevin J. Carey, shall be filed with the Court by **4:00 p.m. on August 25, 2010**;

and it is further

ORDERED, that a status conference with respect to the Confirmation Hearing will be held on the August 9, 2010; and it is further

ORDERED, that the Debtors are authorized to modify the Publication Notices previously approved by this Court to reflect the dates set forth in this Order; and it is further

ORDERED, that except as otherwise expressly modified pursuant to this Order,

all of the procedures, deadlines and other provisions set forth in the Scheduling Order and the Solicitation Order shall remain unchanged and in full force and effect; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

# EXHIBIT 2

## BLACK LINE PROPOSED ORDER

46429/0001-6851782v1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 4707 and 4366 |

**ORDER (I) AMENDING CERTAIN DEADLINES IN (IA) DISCOVERY AND SCHEDULING ORDER AND (IIB) SOLICITATION ORDER, AND (II) APPROVING MOTION OF COURT-APPOINTED EXAMINER, KENNETH N. KLEE, ESQ., FOR EXTENSION OF REPORT DEADLINE**

The Court having entered that certain Order (I) Approving Disclosure Statement; (II) Establishing Procedures For Solicitation and Tabulation of Votes to Accept or Reject Amended Joint Plan Of Reorganization For Tribune Company and Its Subsidiaries; (III) Establishing Deadline for Return of Media Ownership Certifications; (IV) Scheduling Confirmation Hearing; (V) Establishing Notice and Objection Procedures in Respect of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074);

Confirmation of Amended Joint Plan of Reorganization; and (VI) Granting Related Relief [Docket No. 4707] (the "Solicitation Order"); and the Court having entered the Discovery and Scheduling Order for Plan Confirmation [Docket No. 4366] (the "Scheduling Order"); and now, in light of the Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq. for Extension of Report Deadline (the "Examiner Motion") [Docket No. 4858], requesting an extension of time to file his Report (as defined in the Examiner Motion) to July 27, 2010, and the parties desiring to extend certain deadlines in the Solicitation Order and the Scheduling Order following the Examiner's request; and the Court having reviewed the Examiner Motion and other papers filed in respect thereof; and the Court finding that the relief requested is in the best interests of the Debtors, their estates and creditors as a whole; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Examiner Motion is Granted;

ORDERED, that the deadline for the Examiner to file his Report is hereby extended from July 12, 2010 to **July 26, 2010 at 11:59p.m. (prevailing Eastern Time), without prejudice to the right of the Examiner to seek further extensions of such deadline**;[2]

ORDERED, that the following deadlines in the Solicitation Order are hereby modified as follows:

- the Voting Deadline is extended ~~to August 6, 2010 at 4:00 p.m. (prevailing Eastern Time)~~ such that any properly executed and completed original Ballots or Master Ballots that are received by the Voting Agent on or postmarked by no later than **August 6, 2010** will be counted in accordance with the procedures set forth in the Solicitation Order;

- the Objection Deadline is extended to **August 13, 2010 at 4:00 p.m. (prevailing Eastern Time)**;

---

WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used in this paragraph and not otherwise defined herein shall have the meanings set forth in the Examiner Motion.

- the deadline for the Voting Agent to file the results of its tabulation of votes to accept or reject the Plan is extended to **August 13, 2010;**

- responses, if any, to any objection to confirmation of the Plan shall be filed on or before **August 25, 2010 at 4:00 p.m. (prevailing Eastern time)**, and the Debtors shall also file with the Court their proposed findings of fact and conclusions of law and their memorandum in support of confirmation on or before such date; and

- the Confirmation Hearing is continued to **August 30, 2010 at 10:00 a.m. (prevailing Eastern Time)**;

and it is further

ORDERED, that the following deadlines in the Scheduling Order are hereby modified as follows:

- the deadline for parties in interest to serve written disclosures of the identity of each expert witness and a summary of the topics which each such expert is expected to address at trial is extended to **July 15, 2010;**

- the deadline to serve modifications to written disclosures is extended to **July 29, 2010;**

- the deadline for all parties in interest to further comply with the requirements of Bankruptcy Rule 7026 and Federal Rule of Civil Procedure 26(a)(2)(B) in respect to experts is extended to **August 4, 2010;**

- expert depositions may commence on or after **August 11, 2010;** and

- the Joint Pretrial Memorandum, along with any other documents required by Chambers Procedures for the Honorable Kevin J. Carey, shall be filed with the Court by **4:00 p.m. on August 25, 2010;**

and it is further

ORDERED, that a status conference with respect to the Confirmation Hearing will be held on the August ___9, 2010; and it is further

ORDERED, that the Debtors are authorized to modify the Publication Notices previously approved by this Court to reflect the dates set forth in this Order; and it is further

ORDERED, that except as otherwise expressly modified pursuant to this Order, all of the procedures, deadlines and other provisions set forth in the Scheduling Order and the Solicitation Order shall remain unchanged and in full force and effect; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge