UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al. | : | Case No.: 08-13141 (KJC) |
| | : | |
| Debtors, | : | Jointly Administered |
| | : | |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Marcia Willette as guardian for minor Zachary Mitzkovitz, in the above-captioned matter. Marcia Willette as guardian for minor Zachary Mitzkovitz, reserves the right to answer, move or otherwise plead, including the right to aver lack of jurisdiction and/or improper service of process.

/s/ Brian E. Lutness, Esquire
BRIAN E. LUTNESS
Silverman McDonald & Friedman
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE  19805
(302) 888-2900
Attorney for Defendant Erskine
I.D. No.:  3572

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al. | : | Case No.: 08-13141 (KJC) |
| | : | |
| Debtors, | : | Jointly Administered |
| | : | |

### CERTIFICATE OF SERVICE

I, Brian E. Lutness, Esquire, do hereby certify that two copies of the Entry of Appearance were Electronically Filed, on July 2, 2010 to:

Sidley Austin, LLP
James F. Colan
Bryan Krakauer
Janet E. Henderson
Kenneth P. Kansa
D'Lisa E. Bergeron
One South Dearborn Street
Chicago, IL 60603
(312)853-0199

Cole, Schotz, Meisel, Foreman and Leonard, P.A.
Norman L. Pernick(No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No.4451)
500 Delaware Ave., Suite 1410
Wilmington, DE 19801
(302) 652-3131

/s/ Brian E. Lutness, Esquire
BRIAN E. LUTNESS
Silverman McDonald & Friedman
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Defendant Erskine
I.D. No.: 3572