# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Leslie | Date Created: 7/2/2010 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 12 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
aty    Bryan Krakauer    bkrakauer@sidley.com
aty    Michael A. Henry    mhenry@grossmcginley.com

        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Tribune Company    435 N. Michigan Avenue    Chicago, IL 60611
aty    Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
aty    J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
aty    James F. Conlan    Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603
aty    Jared D. Zajac    McDermott Will &Emery LLP    340 Madison Avenue    New York, NY 10173−0002
aty    John H. Strock, III    Fox Rothschild LLP    919 N. Market St., Suite 1300    P.O Box 2323    Wilmington, DE 19899−2323
aty    Norman L. Pernick    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue,Suite 1410    Wilmington, DE 19801
aty    Patrick J. Reilley    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
aty    Patrick Theodore Garvey    Johnson &Bell, Ltd    33 W. Monroe, Suite 2700    Chicago, IL 60603

        TOTAL: 9