## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC)<br>Jointly Administered |
| Debtors. | Hearing Date: August 19, 2010 at 4:00 p.m.<br>Objection Deadline: August 12, 2010 at 4:00 p.m. |
| | Re: Docket No. 4886 |

### NOTICE OF ADJOURNED HEARING

On June 25, 2010, Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures due 2029, Generally Referred to as the PHONES ("Wilmington Trust"), by and through its undersigned counsel, filed its *Motion for Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018* [Docket No. 4886] (the "Motion"). **You were previously served with a copy of the Motion.**

THE HEARING ON THIS MATTER PREVIOUSLY SCHEDULED FOR JULY 14, 2010 AT 1:30 P.M. HAS BEEN ADJOURNED TO **AUGUST 19, 2010 AT 4:00 P.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE, COURTROOM NO. 5.

Dated: July 2, 2010

                                                BENESCH, FRIEDLANDER, COPLAN
                                                & ARONOFF LLP

By:   */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        Jennifer R. Hoover, Esquire (No. 5111)
        222 Delaware Avenue, Suite 801
        Wilmington, DE 19801
        (302) 442-7010 (telephone)
        (302) 442-7012 (facsimile)
        rlemisch@beneschlaw.com
        jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*