# Exhibit A

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "WTXX INC.", CHANGING ITS NAME FROM "WTXX INC." TO "WCCT, INC.", FILED IN THIS OFFICE ON THE FIRST DAY OF JULY, A.D. 2010, AT 5:48 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

2803108   8100

100711598

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W Bullock, Secretary of State

AUTHENTICATION: 8092814

DATE: 07-02-10

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 06:25 PM 07/01/2010*
*FILED 05:48 PM 07/01/2010*
*SRV 100711598 - 2803108 FILE*

# CERTIFICATE OF AMENDMENT
# OF
# CERTIFICATE OF INCORPORATION
# OF
# WTXX INC.

WTXX INC., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware (the "Corporation"), does hereby certify:

**FIRST**: That resolutions were duly adopted by the board of directors of the Corporation, pursuant to a unanimous written consent, setting forth a proposed amendment to the Certificate of Incorporation of the Corporation and declaring such amendment to be advisable, subject to approval by the sole stockholder of the Corporation. The resolution setting forth the proposed amendment is as follows:

"RESOLVED, that the board of directors of WTXX INC. (the "Corporation") has determined that it is advisable that Article First of the Certificate of Incorporation of the Corporation be amended to read in its entirety as follows:

FIRST: The name of the Corporation is WCCT, Inc."

**SECOND**: That thereafter the proposed amendment to the Certificate of Incorporation of the Corporation was adopted by the sole stockholder of the Corporation by unanimous written consent dated July 1, 2010, in accordance with Section 228 of the General Corporation Law of the State of Delaware.

**THIRD**: That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

\* \* \* \* \* \* \*

IN WITNESS WHEREOF, the Corporation has caused this certificate to be signed by David P. Eldersveld, its Secretary, this July 1, 2010.

By: _____
David P. Eldersveld