**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE,** that pursuant to 11 U.S.C. §§ 342(a) and 1109(b) and Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), the undersigned counsel to GBH Investments, LLC ("GBH") requests that all notices, papers, and pleadings including, without limitation, orders, applications, objections to proofs of claim, notices of cure amounts, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data medium or any electronic means, filed or served in this case, or any adversary proceeding herein (collectively, "Documents"), be served upon the following:

> BAYARD, P.A.
> Jamie L. Edmonson, Esquire
> 222 Delaware Avenue, Suite 900
> Wilmington, Delaware 19801
> Telephone: (302) 655-5000
> Facsimile: (302) 658-6395
> Email: jedmonson@bayardlaw.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive GBH's: (i) right to have a final order in non-core matters entered only after de novo review by a United States

{BAY:01588385v1}

District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which GBH is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

| | |
|---|---|
| Date:  July 6, 2010<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Jamie L. Edmonson*<br>Jamie L. Edmonson (No. 4247)<br>222 Delaware Avenue, 9th floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile:  (302) 658-6395<br><br>*Counsel for GBH Investments, LLC* |