**Exhibit A**

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                                     MAY 28, 2010
435 NORTH MICHIGAN AVENUE                       INVOICE # 9168369
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2010 | $27,187.00 |
| DISBURSEMENTS | 61.45 |
| TOTAL INVOICE | $27,248.45 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9168369

MAY 28, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010

MORGAN STANLEY SWAP                                   MATTER NUMBER -    10180

| 4/01/10 | MZH | 1.10 | { L120 } {A104} Reviewed and commented on ▮ ▮▮▮ (.9); telephone conference with S. Biller re same (.2). | 825.00 |
|---------|-----|------|----|--------|
| 4/01/10 | SEB | 4.40 | { L190 } {A105} Numerous conferences with M. Hankin re ▮▮▮▮▮ (.3); reviewed ▮▮▮ (.3); reviewed ▮▮▮ (.3); wrote e-mail commentary to M. Hankin re comments ▮▮▮ (.4); drafted responses to ▮▮▮ (2.5); wrote e-mail memorandum to clients re ▮▮ (.3) | 1,628.00 |
| 4/02/10 | DJB | .50 | { L190 } {A104} Reviewed ▮▮▮ comments. | 462.50 |
| 4/08/10 | SEB | .30 | { L190 } {A107} Responded to e-mail from Morgan Stanley's counsel and set up meeting with same (.1); conferred with D. Bradford and M. Hankin re meeting to discuss ▮▮▮ (.1); e-mailed clients re ▮▮▮ and ▮▮▮ (.3). | 111.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 4/13/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with opposing counsel re ███████. | 925.00 |
| 4/13/10 | DJB | .80 | { L190 } {A104} Reviewed revisions to same. | 740.00 |
| 4/13/10 | MZH | 1.60 | { L120 } {A104} Reviewed ███████████ in preparation for telephone conference with Cleary Gottlieb, counsel for MS (.7); participated in conference call with D. Bradford, S. Biller, Cleary Gottlieb re same (.9). | 1,200.00 |
| 4/13/10 | SEB | 2.00 | { L190 } {A107} Conferred with opposing counsel re ████████ (.7); revised ████████ (.9); created red-lines and e-mailed █████ re ██ (.4). | 740.00 |
| 4/14/10 | DJB | .50 | { L120 } {A104} Reviewed revised ███████████. | 462.50 |
| 4/14/10 | SEB | .70 | { L190 } {A105} Numerous communications with M. Hankin re ████████████ (.2); revised █████████████ (.5). | 259.00 |
| 4/15/10 | MZH | .50 | { L120 } {A104} Reviewed and commented on ██████. | 375.00 |
| 4/15/10 | SEB | 2.20 | { L190 } {A104} E-mailed D Bradford re ████████ (.1); reviewed and revised ██████████ (1.0); revised ██ per suggestions of M. Hankin (.5); proofread ████ (.5); e-mailed ██ re ██████ and ████ (.1 | 814.00 |
| 4/16/10 | SEB | 1.20 | { L190 } {A107} Conferred with ██████ of ████ re ██████ motion (.4); prepared e-mail summary (.8). | 444.00 |
| 4/19/10 | DJB | 1.50 | { L190 } {A104} Reviewed ████████ (.5); edited provisions re ████████ (.5); responded to █████ comment (.5). | 1,387.50 |
| 4/19/10 | MZH | 1.20 | { L120 } {A104} Review ████ comments to █████████████ and draft email to D. Bradford re same (.8); draft email to ██████████ re same (.4). | 900.00 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 4/19/10 | SEB | .40 | { L190 } {A105} Conferred with M. Hankin re ▮▮▮▮▮ and communication with Cleary Gottlieb and e-mailed D. Bradford re same (.3); numerous communications with D. Bradford re status of ▮▮▮▮▮ (.1). | 148.00 |
| 4/20/10 | DJB | 1.00 | { L190 } {A104} Analyzed ▮▮▮ issues ▮▮▮▮▮ (.7); prepared agenda for ▮▮▮▮▮ (.3). | 925.00 |
| 4/20/10 | SEB | 2.50 | { L190 } {A104} Reviewed e-mails from ▮▮▮ and ▮▮▮▮▮ and drafted task list based on same (1.0); discussed task list with D. Bradford (.1); reviewed ▮▮▮▮▮ relevant to ▮▮▮▮▮ (1.0); drafted e-mail to ▮▮▮▮▮ (.5). | 925.00 |
| 4/21/10 | DJB | 2.80 | { L190 } {A106} Telephone conference with ▮▮▮ re settlement (1.0); followed up with S. Biller re revisions to ▮▮▮▮▮ (.5); e-mail to opposing counsel re same (.3); reviewed ▮▮▮▮▮ re issues (.5). | 2,590.00 |
| 4/21/10 | MZH | .80 | { L120 } {A105} Telephone conference with D. Bradford re ▮▮▮▮▮ issue and ▮▮▮▮▮ (.3); telephone conference with D. Bradford, S. Biller, and ▮▮▮▮▮, re ▮▮▮▮▮ (.5). | 600.00 |
| 4/21/10 | SEB | 1.00 | { L190 } {A104} Reviewed ▮▮▮▮▮, and comments from ▮▮▮▮▮ in preparation for client call (.2); conferred with ▮▮▮▮▮ re ▮▮▮▮▮ (.4); conferred with D. Bradford re drafting and ▮▮▮▮▮ (.2); conferred with W. Thomson re ▮▮▮▮▮ (.2) | 370.00 |
| 4/22/10 | DJB | 2.00 | { L190 } {A103} Revised ▮▮▮▮▮ per ▮▮▮▮▮ comments (1.0); reviewed fact background re same (.5); further revisions to ▮▮▮▮▮ (.3); e-mails to ▮▮▮ re same (.2). | 1,850.00 |
| 4/22/10 | SEB | 3.60 | { L190 } {A103} Revised ▮▮▮▮▮ (3.0); consulted with D. Bradford and M. Hankin re same (.5); conferred with ▮▮▮▮▮ re ▮▮▮▮▮ (.1). | 1,332.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 4

| 4/25/10 | DJB | .40 | { L190 } {A104} Reviewed ▮▮▮▮▮ comments to ▮▮▮▮▮ (.3); drafted e-mail to S. Biller re ▮▮▮▮▮ (.1). | 370.00 |
| 4/26/10 | DJB | .50 | { L190 } {A104} Reviewed ▮▮▮▮▮. | 462.50 |
| 4/26/10 | SEB | 1.00 | { L190 } {A103} Revised ▮▮▮▮▮ and distributed to client (.4); prepared red-line to compare with ▮▮▮▮▮ draft of ▮▮▮▮▮ and e-mailed ▮▮▮▮▮ re same (.2); worked on factual summary of ▮▮▮▮▮ (.4). | 370.00 |
| 4/28/10 | DJB | 1.70 | { L190 } {A104} Reviewed ▮▮▮▮▮ (.8); e-mails to ▮▮▮▮▮ re same (.7); prepared draft response (.2). | 1,572.50 |
| 4/28/10 | WAT | 2.50 | { L110 } {A104} Reviewed correspondence and documents and drafted summary of events for creditor's committee (2.5). | 1,275.00 |
| 4/28/10 | MZH | .50 | { L120 } {A104} Reviewed revised ▮▮▮▮▮ and drafted e-mail to D. Bradford re same (.3); reviewed and drafted e-mail to D. Bradford re next steps (.2). | 375.00 |
| 4/28/10 | SEB | 3.40 | { L190 } {A104} Reviewed proposed changes to ▮▮▮▮▮ (.3); revised ▮▮▮▮▮ (1.5); drafted factual memorandum re ▮▮▮▮▮ and conferred with W. Thomson re same (1.5); read ▮▮▮▮▮ emails and replies re ▮▮▮▮▮ (.1). | 1,258.00 |
| 4/28/10 | PXR | 1.00 | { L140 } {A110} Received electronic copies of ▮▮▮▮▮ documents and consulted with Applied Technology Group for duplication of same for attorney review. | 170.00 |
| 4/29/10 | DJB | .30 | { L190 } {A104} Reviewed and edited ▮▮▮▮▮. | 277.50 |
| 4/29/10 | MZH | .60 | { L120 } {A103} Attended to ▮▮▮▮▮ (.5); telephone conference and e-mail with S. Biller re same (.1). conference and e-mail with S. Biller re same (.1). | 450.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 5

| 4/29/10 | SEB | .80 | { L190 } {A105} Conferred with M. Hankin re ████████ (.2); revised ████████ (.5); drafted email to ████████ and email to ████████ re ████████ (.1). and email to ████████ re ████████ (.1). | 296.00 |
| 4/30/10 | MZH | .10 | { L120 } {A105} Telephone conference with S. Biller re ████████ | 75.00 |
| 4/30/10 | SEB | .60 | { L190 } {A104} Reviewed email from ████████ and drafted email to ████████ re same (.5); conferred with M. Hankin re ████████ (.1). | 222.00 |
|  |  | 47.00 | PROFESSIONAL SERVICES | 27,187.00 |

## DISBURSEMENTS

| 4/13/10 | Photocopy Expense |  |
| 4/14/10 | Photocopy Expense | 4.90 |
| 4/15/10 | Photocopy Expense | 1.40 |
| 4/22/10 | Photocopy Expense | 9.70 |
| 4/23/10 | Photocopy Expense | 1.20 |
| 4/26/10 | Photocopy Expense | 5.40 |
| 4/28/10 | Photocopy Expense | 1.20 |
| 4/30/10 | Westlaw Research | 8.90 |
|  | TOTAL DISBURSEMENTS | 28.75 |
|  |  | 61.45 |

## INVOICE TOTAL

$ 27,248.45

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 13.00 | 925.00 | 12,025.00 |
| MARC B. HANKIN | 6.40 | 750.00 | 4,800.00 |
| WADE A. THOMSON | 2.50 | 510.00 | 1,275.00 |
| SOFIA E. BILLER | 24.10 | 370.00 | 8,917.00 |
| PANAGIOTA RAMOS | 1.00 | 170.00 | 170.00 |
| TOTAL | 47.00 | | 27,187.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                        MAY 28, 2010
435 NORTH MICHIGAN AVENUE                      INVOICE #  9168368
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010                                         $5,592.50

DISBURSEMENTS                                                         11.86

                            TOTAL INVOICE         $5,604.36

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                    INVOICE # 9168368
ATTN: DONALD J. LIEBENTRITT

MAY 28, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010

FEE APPLICATION                                    MATTER NUMBER -    10164

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 4/05/10 | LSR | 1.60 | { L210 } {A103} Drafted February fee application. | 592.00 |
| 4/06/10 | MXP | 2.90 | { L210 } {A104} Prepared exhibits to Jenner's February 2010 fee application. | 493.00 |
| 4/06/10 | LSR | 1.20 | { L210 } {A103} Continued drafting February fee application. | 444.00 |
| 4/07/10 | MXP | 3.80 | { L210 } {A103} Prepared exhibits to Jenner's Fifth fee application. | 646.00 |
| 4/07/10 | LSR | .70 | { L210 } {A103} Drafted fifth quarterly fee application. | 259.00 |
| 4/09/10 | LSR | 1.90 | { L210 } {A103} Continued drafting fifth quarterly fee application. | 703.00 |
| 4/12/10 | MXP | 2.70 | { L210 } {A103} Continued work on preparing exhibits to Jenner's fifth fee application. | 459.00 |
| 4/12/10 | LSR | 1.20 | { L210 } {A103} Drafted fifth quarterly fee application. | 444.00 |
| 4/14/10 | DJB | .50 | { L120 } {A104} Reviewed fee petition. | 462.50 |
| 4/14/10 | LSR | .70 | { L210 } {A103} Edited fifth quarterly fee application. | 259.00 |
| 4/15/10 | LSR | .50 | { L210 } {A103} Continued editing fifth quarterly fee application. | 185.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 4/16/10 | MXP | 1.40 | { L210 } {A103} Prepared Excel version of Jenner's time entries from fifth quarterly fee application for fee examiner. | 238.00 |
| 4/19/10 | MXP | 1.50 | { L210 } {A103} Redacted Excel version of Jenner's time entries from fifth quarterly fee application for fee examiner. | 255.00 |
| 4/28/10 | MXP | .90 | { L210 } {A103} Redacted additional entries on Excel version of Jenner's time entries from fifth quarterly fee application for fee examiner. | 153.00 |
| | | 21.50 | PROFESSIONAL SERVICES | 5,592.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 4/07/10 | Pacer Charges | 6.16 |
| 4/07/10 | Photocopy Expense | 4.90 |
| 4/12/10 | Photocopy Expense | .80 |
| | TOTAL DISBURSEMENTS | 11.86 |

**INVOICE TOTAL**                    $ 5,604.36

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 0.50 | 925.00 | 462.50 |
| LANDON S. RAIFORD | | 7.80 | 370.00 | 2,886.00 |
| MARC A. PATTERSON | | 13.20 | 170.00 | 2,244.00 |
| | TOTAL | 21.50 | | 5,592.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

MAY 28, 2010
INVOICE # 9168365

**ESOP/STAY ISSUES**

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2010 | $11,568.00 |
| DISBURSEMENTS | 183.66 |
| TOTAL INVOICE | $11,751.66 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9168365

MAY 28, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010

ESOP/STAY ISSUES                                                    MATTER NUMBER -    10130

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 4/01/10 | DJB | 2.00 | { L190 } {A106} Office conference with D. Liebentritt re ███████. | 1,850.00 |
| 4/02/10 | DJB | 1.00 | { L190 } {A106} Office conference with D. Liebentritt re ███████. | 925.00 |
| 4/06/10 | JLT | .80 | {L190} {A103} Drafted and reviewed correspondence re ███████; reviewed Wilmington Trust brief re ███████ issues. | 540.00 |
| 4/06/10 | DAS | .40 | { L210 } {A107} Communicated with ███████ re status of ███████ and issues related to ███████. | 216.00 |
| 4/09/10 | PXR | 1.10 | { L140 } {A110} Updated court file and SharePoint site (0.3); updated various subject files with documents previously gathered for attorney review (0.6); updated case file index re same (0.2). | 187.00 |
| 4/12/10 | DJB | .50 | { L120 } {A104} Reviewed reorganization plan re case. | 462.50 |
| 4/12/10 | DJB | .30 | { L190 } {A107} Telephone conference with D. Sondgeroth re ███████. | 277.50 |
| 4/14/10 | DJB | 2.30 | { L190 } {A107} Telephone conference with D. Liebentritt re ███████ (1.0); telephone conference with ███████ re same (.80); telephone conference with ███████ re same (.50). | 2,127.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 4/15/10 | CS | .70 | {L190} {A105} Met re ███████████ and other issues. | 542.50 |
| 4/15/10 | DJB | 1.50 | { L190 } {A106} Office conference with C. Steege re re Neil (1.00); telephone conference with re same (.50). | 1,387.50 |
| 4/16/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with ██ ████ re ███ (.7); telephone conference with ████ ████ re same (.3). | 925.00 |
| 4/19/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with ███ ████ re ██████ (.5); reviewed ████ order (.2); email to ████████ re ████ issues (.3). | 925.00 |
| 4/20/10 | DJB | .50 | { L190 } {A106} Telephone conference with ████████ re issues related to ████████████. | 462.50 |
| 4/22/10 | DJB | .80 | { L190 } {A107} Telephone conference with ███ ██ re ██ issues. | 740.00 |
| | | 13.90 | PROFESSIONAL SERVICES | 11,568.00 |

## DISBURSEMENTS

| 3/11/10 | Court Reporter Charge | |
| 4/01/10 | Photocopy Expense | 13.20 |
| 4/07/10 | Pacer Charges | 20.00 |
| 4/07/10 | Pacer Charges | 15.60 |
| 4/07/10 | Pacer Charges | .56 |
| 4/13/10 | Photocopy Expense | 5.04 |
| 4/14/10 | Photocopy Expense | 27.50 |
| 4/16/10 | Photocopy Expense | 82.46 |
| 4/16/10 | Photocopy Expense | .60 |
| | TOTAL DISBURSEMENTS | 18.70 |
| | | 183.66 |

**INVOICE TOTAL**                          $ 11,751.66

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 10.90 | 925.00 | 10,082.50 |
| CATHERINE L. STEEGE | 0.70 | 775.00 | 542.50 |
| JAMES L THOMPSON | 0.80 | 675.00 | 540.00 |
| DOUGLAS A. SONDGEROTH | 0.40 | 540.00 | 216.00 |
| PANAGIOTA RAMOS | 1.10 | 170.00 | 187.00 |
| TOTAL | 13.90 | | 11,568.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148


THE TRIBUNE COMPANY                                      MAY 28, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE # 9168366
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT



**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010                                          $22,189.00

DISBURSEMENTS                                                          89.22

                                    TOTAL INVOICE          $22,278.22



ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9168366

MAY 28, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010

DOL SUBPOENA

MATTER NUMBER -   10148

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 3/31/10 | RRO | 3.50 | { L140 } {A110} Worked on issues in data volumes, "Production DVD 1" and "Production DVD 2". | 962.50 |
| 4/01/10 | LIM | .20 | { L140 } {A110} Performed quality control for recent ████████ database load. | 55.00 |
| 4/01/10 | DG | 1.00 | { L140 } {A110} Updated documents in the ████████ database with Bates information (.5); performed quality checks and released for second level quality control check (.3); updated field information (.2). | 275.00 |
| 4/01/10 | RRO | 2.00 | { L140 } {A110} Loaded data volumes, "Production DVD 1" and "Production DVD 2" into the Concordance database, "████████" (.5); worked on issues in data volumes, "Production DVD 1" and "Production DVD 2" (.5); conferred with Z. Master and L. Manheimer re same (.5); finalized partial data load (.5). | 550.00 |
| 4/01/10 | MS | .50 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images received and loaded for review. | 137.50 |
| 4/02/10 | EJR | .10 | { L140 } {A110} Conferred with D. Sondgeroth re ████████ projects. | 23.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 4/02/10 | MS | .50 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images received and loaded for review. | 137.50 |
| 4/05/10 | JLT | .70 | {L190} {A103} Drafted and reviewed correspondence re documents, DOL requests. | 472.50 |
| 4/05/10 | DJB | .30 | { L190 } {A107} E-mails to Department of Labor re inquiry. | 277.50 |
| 4/05/10 | DAS | .40 | { L210 } {A105} Communicated with D. Bradford and N. Kurk re issues related to ▮▮▮▮▮▮ and production of materials to DOL. | 216.00 |
| 4/05/10 | DAS | .30 | { L210 } {A108} Communicated with A. Romanacce at DOL re ▮▮▮▮▮▮ and production of materials related to same. | 162.00 |
| 4/05/10 | KZL | .30 | {L190} {A110} Copied multiple volumes from the network to hard drive (.2); quality checked all files and folders copied (.1). | 82.50 |
| 4/05/10 | DQH | 2.20 | {L190} {A110} Communicated with S. Varghese re Concordance (.2); communicated with IRIS Data Services re same (.2); reviewed two new replacement discs received from ▮▮▮▮▮▮ re ▮▮▮▮▮▮ production and attempted to copy same production disks to network (1.2); communications re disks received from vendor were corrupt and requested replacement disks (.1); communicated with N. Kurk re same (.2); communicated with ▮▮▮▮▮▮ to obtain replacement production files on hard drive (.2); communicated with S. McGee re case team's request to prepare copy of ▮▮▮ electronic and paper production documents for the U.S. Department of Labor (.1). | 605.00 |
| 4/06/10 | DAS | .30 | { L210 } {A108} Communicated with A. Romanacce at DOL re ▮▮▮▮▮▮ and ▮▮▮▮▮▮ materials related to same. | 162.00 |
| 4/06/10 | KZL | 1.20 | {L190} {A110} Created single page tiffs from multipage tiffs and exported to new folders (.6); created load files for all volumes (.5); quality checked all data and images (.1). | 330.00 |
| 4/06/10 | RRO | .50 | { L140 } {A110} Worked on data volume loads, "Production DVD 1" and "Production DVD 2". | 137.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

| 4/06/10 | DQH | 2.50 | {L190} {A110} Communicated with S. McGee re U.S. Department of Labor's request to ███████████; reviewed same production sets on network and prepared copy of each electronic production set (███████████) to be exported to hard drive (2.0); communicated with S. McGee and A. Moeller re need to convert █████ production set from multi-page tiff to single-page tiff format in preparation for copying same to hard drive (.2); communicated with Data Management Team re same (.1). | 687.50 |
| 4/07/10 | AAM | 3.00 | {L190} {A110} Conducted quality control review of document production, and corresponded with D. Huerta and Z. Master re same (2.0); prepared updates to the document production (1.0). | 705.00 |
| 4/07/10 | MS | 1.10 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images received and loaded for review (.3); performed second level quality control checks on load files, images or native files exported from the database (.8). | 302.50 |
| 4/08/10 | DAS | .40 | { L210 } {A103} Drafted communication to A. Romanacce re DOL investigation. | 216.00 |
| 4/08/10 | DAS | .30 | { L210 } {A106} Communicated with client re communication to DOL. | 162.00 |
| 4/08/10 | AAM | 2.50 | {L190} {A110} Conducted quality control review of updates to document production (2.0); corresponded with S. McGee re updating a document from the production (.2); modified the production to include the updated version of the document (.3). | 587.50 |
| 4/08/10 | PXR | .50 | { L140 } {A110} Reviewed recently received production CDs and worked with ATG to have same uploaded to database per attorney request. | 85.00 |
| 4/08/10 | RRO | 1.20 | {L190} {A110} Performed replacement of 13 images in data volume █████. | 330.00 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 4/08/10 | MS | .50 | {L190} {A110} Performed second level quality control checks on load files, images or native files exported from the database (.3); began quality checking and loading review or endorsed data and images then prepared second level quality check request (.2). | 137.50 |
| 4/09/10 | DAS | .50 | { L210 } {A103} Edited communication to A. Romanacce re DOL investigation and sent same. | 270.00 |
| 4/09/10 | AAM | 1.00 | {L190} {A110} Conducted quality control review of production modified to contain the updated document (.8); conferred with S. McGee re same (.1); corresponded with J. Anderson and S. McGee re structure of the document production (.1). | 235.00 |
| 4/09/10 | PXR | .50 | { L140 } {A110} Retrieved hard drive of production documents for delivery to DOL per S. McGee request. | 85.00 |
| 4/09/10 | MS | 1.30 | {L190} {A110} Began performing second level quality control checks on data that was converted to tiff format and loaded for review (1.0); began quality checking and loading review or endorsed data and images into CaseLogistics and prepared second level quality check request (.3). | 357.50 |
| 4/11/10 | MS | 2.00 | {L190} {A110} Began quality checking and loading review or endorsed data and images (1.8); prepared second level quality check request (.2). | 550.00 |
| 4/12/10 | AAM | .20 | {L190} {A110} Advised D. Huerta re modifications to be made to the database to reflect changes to the previous production. | 47.00 |
| 4/19/10 | PXR | 1.00 | { L140 } {A110} Consulted with ATG re errors in production CDs received from ██████████ per D. Sondgeroth. | 170.00 |
| 4/19/10 | LIM | 1.20 | { L140 } {A110} Coordinated loading of documents in production databases or attorney review (1.0); performed quality control for same (.2). | 330.00 |
| 4/22/10 | DJB | .50 | { L190 } {A104} Reviewed e-mail inquiry from DOL (.2); drafted proposed response ██████ (.3). | 462.50 |
| 4/22/10 | DAS | 1.00 | { L210 } {A103} Drafted portions of letter to A. Romanacce re DOL investigation. | 540.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 5

| 4/22/10 | DAS | .90 | { L210 } {A108} Reviewed communications from A. Romanacce related to questions from ▓▓▓ related to ▓▓▓ and responded to same. | 486.00 |
|---------|-----|-----|------|-------|
| 4/22/10 | DQH | 1.50 | {L190} {A110} Communicated with S. McGee re U.S. Department of Labor's inquiries re hard drive received, containing ▓▓▓ documents (.2); investigated same inquiries and provided S. McGee with requested information (.8); investigated additional inquiries and provided S. McGee with additional information (.5). | 412.50 |
| 4/23/10 | DJB | .20 | { L190 } {A106} E-mails re DOL inquiry. | 185.00 |
| 4/23/10 | ASA | .20 | { L120 } {A105} Email correspondence among team re additional DOL requests. | 111.00 |
| 4/23/10 | DAS | .30 | { L210 } {A106} Reviewed communications with D. Bradford and D. Liebentritt re response to DOL inquiry. | 162.00 |
| 4/23/10 | DQH | 3.00 | {L190} {A110} Prepared ▓▓▓ and production documents, as well as ▓▓▓, for migration into CaseLogistix (2.0); various communications with Data Management Team re same (.5); various communications with S. McGee and N. Kurk re same (.5). | 825.00 |
| 4/23/10 | DBB | .70 | {L190} {A110} Began importing data produced by ▓▓▓ and ▓▓▓. | 192.50 |
| 4/25/10 | DJB | .40 | { L190 } {A104} Reviewed D. Sondgeroth draft response (.3); drafted e-mail to D. Liebentritt re same (.1). | 370.00 |
| 4/25/10 | DAS | .50 | { L210 } {A103} Edited draft of letter to A. Romanacce re DOL investigation. | 270.00 |
| 4/26/10 | DBB | 3.00 | {L190} {A110} Continued importing data produced by ▓▓▓ and ▓▓▓ in related matter. | 825.00 |
| 4/27/10 | WLS | .30 | { L190 } {A104} Studied ▓▓▓ to ▓▓▓ (.2); conferred with A. Amert re same (.1). | 255.00 |
| 4/27/10 | DJB | .80 | { L190 } {A104} Reviewed ▓▓▓ (.2); telephone conference with ▓▓▓ re same (.6). | 740.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 6

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 4/27/10 | DAS | .50 | { L210 } {A103} Edited draft of letter to A. Romanacce related to DOL investigation. | 270.00 |
| 4/27/10 | DAS | .30 | { L210 } {A104} Reviewed letter to ██████ re ████████. | 162.00 |
| 4/27/10 | DAS | .70 | { L210 } {A106} Telephone conference with D. Bradford and D. Liebentritt re response to ████████ (0.5); communicated with D. Liebentritt re revised draft of response (0.2). | 378.00 |
| 4/27/10 | DG | 1.50 | { L140 } {A110} Investigated images visibility issue in the ██████ documents database (1.0); performed image quality checks (.3); reported finding to second level quality control reviewer (.2). | 412.50 |
| 4/27/10 | DBB | 2.30 | {L190} {A110} Completed importing data produced by ████████ in related matter. | 632.50 |
| 4/28/10 | WLS | .50 | { L190 } {A104} Studied and commented on ████. | 425.00 |
| 4/28/10 | DJB | 1.80 | { L190 } {A107} Telephone conference with ████ re discussion with ████ (.5); office conference with D. Sondgeroth re same (.3); analyzed issues ████████ (1.0). | 1,665.00 |
| 4/28/10 | ASA | .80 | { L190 } {A104} Reviewed letter from ████ re ████████. | 444.00 |
| 4/28/10 | ASA | 1.30 | { L190 } {A105} Corresponded with team via telephone and email re ████████. | 721.50 |
| 4/28/10 | DAS | .50 | { L210 } {A107} Telephone conference with ████ re discussions with ████████ n (0.3); reviewed summary re same (0.2). | 270.00 |
| 4/28/10 | MS | .30 | { L140 } {A110} Began performing second level quality control checks on issues that were identified and fixed in database. | 82.50 |
| 4/29/10 | DJB | .20 | { L190 } {A104} Reviewed ████████ comments on ████. | 185.00 |
| 4/29/10 | ASA | .30 | { L190 } {A104} Reviewed correspondence re ████████. | 166.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 4/30/10 | WLS | .50 | { L190 } {A104} Studied plaintiffs' motion for summary judgment (.4); conferred with D. Sondgeroth re same (.1) | 425.00 |
|---|---|---|---|---|
| 4/30/10 | DAS | .50 | { L210 } {A103} Edited draft of letter to A. Romanacce related to DOL investigation. | 270.00 |
| | | 59.00 | PROFESSIONAL SERVICES | 22,189.00 |

## DISBURSEMENTS

| 4/07/10 | Pacer Charges | |
|---|---|---|
| 4/29/10 | Network Printing | 40.72 |
| | TOTAL DISBURSEMENTS | 48.50 |
| | | 89.22 |

## INVOICE TOTAL

$ 22,278.22

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 4.20 | 925.00 | 3,885.00 |
| WILLIAM L. SCOGLAND | 1.30 | 850.00 | 1,105.00 |
| JAMES L. THOMPSON | 0.70 | 675.00 | 472.50 |
| AMANDA S. AMERT | 2.60 | 555.00 | 1,443.00 |
| DOUGLAS A. SONDGEROTH | 7.40 | 540.00 | 3,996.00 |
| DANIEL BIEMER | 6.00 | 275.00 | 1,650.00 |
| DANNY A. HUERTA | 9.20 | 275.00 | 2,530.00 |
| DARYL GARDNER | 2.50 | 275.00 | 687.50 |
| KELLY A. LAUGHRAN | 1.50 | 275.00 | 412.50 |
| LORY I. MANHEIMER | 1.40 | 275.00 | 385.00 |
| MARGARET SMALL | 6.20 | 275.00 | 1,705.00 |
| ROBERT R. OHTON, JR. | 7.20 | 275.00 | 1,980.00 |
| ANTHONY A. MOELLER | 6.70 | 235.00 | 1,574.50 |
| EILEEN J. ROBERTSON | 0.10 | 230.00 | 23.00 |
| PANAGIOTA RAMOS | 2.00 | 170.00 | 340.00 |
| TOTAL | 59.00 | | 22,189.00 |

Federal Identification No. 36-2192554

**Exhibit B**

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Court Reporting Charge | 13.20 |
| Network Printing | 48.50 |
| Pacer Charges | 68.08 |
| Photocopy Expense | 187.66 |
| Westlaw Research | 28.75 |
| **Total** | **346.19** |