IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**TRIBUNE COMPANY,** *et al.*,<br><br>**Debtors** | Chapter 11<br><br>Case No. 08-13141-KJC<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE** that John P. DiTomo, Esquire, hereby withdraws his appearance as counsel for Citicorp North America, Inc. and Citigroup Global Markets Inc. and requests removal from the service lists in the above captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to serve as counsel to Citicorp North America, Inc. and Citigroup Global Markets Inc.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

_____
John P. DiTomo (#4850)
500 Delaware Avenue
Suite 200
Wilmington, Delaware 19899-0032
*Attorneys for Citicorp North America, Inc. and Citigroup Global Markets Inc.*

July 2, 2010