**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                : Chapter 11
                                      :
                                      : Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,              :
                                      : (Jointly Administered)
              Debtors.                :
                                      : Re: Docket Nos. 4852 and _____
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ORDER GRANTING CROSS MOTION FOR ENTRY OF PRELIMINARY PRE-TRIAL SCHEDULING ORDER FOR THE PLAN CONFIRMATION HEARING

Upon review and consideration of the Debtors' Cross-Motion for Entry of Preliminary Scheduling Order for the Plan Confirmation Hearing;

The Court having considered whether the relief requested in the Cross-Motion is in the best interests of the Debtors, its estate, its creditors and the parties in interest to these proceedings; and it appearing that proper and adequate notice of the Motion was given and that no other or further notice is necessary; and the Court having concluded that it has jurisdiction to consider the Motion and order the relief requested therein;

After due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that the following procedures are established for the five-day Plan Confirmation Hearing:

1. Opening and closing remarks shall not exceed one-half day each, with parties supporting confirmation and parties opposing confirmation sharing time equally;

2. The parties supporting confirmation of the Plan shall have a total two trial days to present their evidence (including cross examination of any witnesses tendered by the parties opposing the Plan);

46429/0001-6858277v1

3. The parties opposing confirmation of the Plan shall have a total of two days to present their evidence (including cross examination of any witnesses tendered by the parties opposing the Plan);

4. Expert and fact testimony and expert reports pertaining to any potential LBO Releated Causes of Action (as defined in the Plan) shall be limited to the reasonableness of the settlement as informed by the *Texaco/Martin* factors.

Dated: Wilmington, Delaware
       July____, 2010

                                        _____
                                        The Honorable Kevin J. Carey
                                        Chief United States Bankruptcy Judge