**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-------------------------------------------------------------x
In re:                                                  :     Chapter 11
                                                        :
**TRIBUNE COMPANY**, *et al.,*                          :     Case No. 08-13141 - KJC
                                                        :
            **Debtors**                                 :     (Jointly Administered)
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Joseph Monzione, being duly sworn, deposes, and says:

     1.     I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

     2.     On July 7, 2010, I caused to be served copies of the **Notice of Withdrawal as Counsel** on the persons set forth on the attached service list.

     3.     I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be deposited in a depository under the exclusive care and custody of the U.S. Postal Service in the State of New York.

     4.     I also caused such service to be made on all counsel of record in this action via the Court's electronic case filing system.

                                                 /s/ Joseph Monzione
                                                  Joseph Monzione

Sworn to before me this
7th day of July, 2010

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2010

Doc#: US1:6481194v1

**SERVICE LIST**

Adam G. Landis
Daniel B. Rath
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Howard Seife
David LeMay
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

James F. Conlan
Bryan Krakauer
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Norman Pernick
J. Stickles
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Epiq Bankruptcy Solutions LLP
2029 Century Park East
Suite 920
Los Angeles, CA 90067

Epiq Bankruptcy Solutions LLP
757 Third Avenue
3rd Floor
New York, NY 10017