# Exhibit A

CH1 5366520v.3
46429/0001-6861516v1



Tampa
400 N. Ashley Dr., Ste. 1100, Tampa, FL 33602
P.O. Box 2602, Tampa, FL 33601-2602
ph. 813-984-3060  fax 813-984-3070  toll free 866-395-7100

Ft. Lauderdale
101 N.E. Third Ave., Ste. 1500
Ft. Lauderdale, FL 33301
ph 954-332-3619  fax 877-967-2244  toll free 866-967-2009

New York City
220 E. 42nd St., 10th Floor
New York, NY 10017
ph 212-210-2893  fax 212-210-2883

www.tlolawfirm.com

David S. Bralow
Direct Dial: (212) 210-2893
Dbralow@tlolawfirm.com

Reply to New York

August 4, 2009

**<u>VIA OVERNIGHT MAIL</u>**

Brian K. Telfair, Esquire
The Telfair Law Firm, LLC
3007 Brook Road
Suite 1000
Richmond, Virginia 23227

Re:   Demand to Baltimore Sun/Ivan J. Bates

Dear Mr. Telfair:

This law firm represents The Baltimore Sun Company, publisher of "The Sun." We have been asked to respond your letter dated July 30, 2009.

First, on December 8, 2008 (the "Petition Date"), Tribune Company and certain of its subsidiaries, including "The Sun", (collectively the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). These cases are being jointly administered under Case No. 08-13141-KJC by Presiding Judge Kevin J. Carey. The Main Case Docket can be accessed through the website maintained by the United States Bankruptcy Court for the District of Delaware at http://www.deb.uscourts.gov. An unofficial version of the docket is accessible at http://chapter11.epiqsystems.com/clientdefault.aspx.

One key effect of the chapter 11 filings is to stay all pending litigation against the Debtors, as well as all other actions to collect claims against the debtors from prior to the

B. Telfair
08/04/09
Page 2 of 2

Petition Date. Accordingly, the filing and service of the Complaint in this matter would violate section 362 of the Bankruptcy Code. Under section 362(a) of the Bankruptcy Code, the filing of a bankruptcy petition operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

Local and national media have written extensively about the Petition. You and your client have had either actual or constructive notice of the status of The Sun. Furthermore, the proof of claims deadline was June 12, 2009.

On a substantive note, the statements about which you claim constitute fair and accurate reports of a judicial proceeding. As such, the newspaper has a privilege to publish aspects of this proceeding without risk of liability.

If you have any questions, please feel free to contact me.

Yours,

THOMAS, LOCICERO & BRALOW PL

David S. Bralow