IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                      ) SS
NEW CASTLE COUNTY   )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 7th day of July, 2010, she caused a copy of the following:

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' TO DEBTORS' OBJECTION TO THE MOTION OF IVAN J. BATES FOR RELIEF FROM THE AUTOMATIC STAY**

to be served upon the parties identified on the attached list in the manner indicated.

                                                   */s/ Frances A. Panchak*
                                                   Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 7th[th] day of July, 2010.

                                                   */s/ Kimberly A. Becker*
                                                   Notary Public

                                               KIMBERLY A. BECKER
                                               NOTARY PUBLIC
                                               STATE OF DELAWARE
                                               My Commission Expires July 23, 2010

{698.001-W0008561.}

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Via Hand Delivery*
(Counsel to Ivan J. Bates)
L. Jason Cornell, Esq.
Danielle S. Blount, Esq.
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19899

*Via Hand Delivery*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801