IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al. | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 4949 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   :
                                      : SS.
NEW CASTLE COUNTY :

      Marisa DeCarli, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 7th day of July, 2010 she caused a copy of the following to be served on the attached list as indicated:

- Objection of Certain Settlement Supporters to Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full [Dkt. No. 4852] and Joinder to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Conformation Hearing [Dkt. No. 4943] [Dkt. No. 4949]

Dated: July 7, 2010
Wilmington, Delaware

_____
Marisa DeCarli, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 7th day of July, 2010.

_____
Notary Public

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2011

RLF1 3588494v. 1

## SERVICE LIST

**Via Hand Delivery**

Norman L. Pernick
J. Kate Stickles
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

Jeffrey M. Schlerf
Eric M. Sutty
John H, Strock
FOX ROTHSCHILD LLP
919 N. Market St
Wilmington, DE 19801

Joseph McMahon Jr.
United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19899

Adam G. Landis
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market St
Ste 1800
Wilmington, DE 19801

**Via First Class Mail**

Thomas E. Lauria
Gerard Uzzi
David Hille
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036

Bryan Krakauer
James F. Conlan
Sidley, Auston, Brown & Wood LLP
One S. Dearborn St.
Chicago, IL 60603

RLF1 3588494v. 1