# EXHIBIT A

## (Fee Statement)

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
　　　 Vice President & Deputy General Counsel

March 31, 2010

Please refer to
Invoice Number: 1829532

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2010 | $5,497.00 |
| Costs incurred and advanced | 5.00 |
| **Current Fees and Costs** | **$5,502.00** |
| **Total Balance Due** | **$5,502.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

March 31, 2010

Please refer to
Invoice Number: 1829532

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2010 | $5,497.00 |
| Costs incurred and advanced | 5.00 |
| **Current Fees and Costs Due** | **$5,502.00** |
| **Total Balance Due** | **$5,502.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

PHILLIPS, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
　　　Vice President & Deputy General Counsel

March 31, 2010

Please refer to
Invoice Number: 1829532

PHJ&W Tax ID No. 95-2209675

---

**FOR PROFESSIONAL SERVICES RENDERED**
for the period ending March 31, 2010

**Post-Petition General Matter**　　　　　　　　　　　　　　　　　　**$5,497.00**

## B 110　Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/02/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/03/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/04/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/05/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/08/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company
75245-00001
Invoice No. 1829532

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/08/10 | RPR | Multiple communications with audit letter coordinator regarding Tribune audit letter status (0.3); review requested attorneys' list regarding responses to audit letter questionnaire (0.1); forward email to non-responding attorneys (0.1); prepare draft Tribune audit letter response (0.5) | 1.00 | 320.00 | 320.00 |
| 03/09/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/09/10 | RPR | Finalize Tribune audit letter response (0.5); forward same to D. Perlman for review and execution (0.1); email and fax copy of executed audit letter response to PricewaterhouseCoopers; forward originally executed audit letter response via U.S. mail to same (0.1) | 0.70 | 320.00 | 224.00 |
| 03/10/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/11/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/12/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/15/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/16/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/17/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/18/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company                                                                          Page 3
75245-00001
Invoice No. 1829532

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/19/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/22/10 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/25/10 | RPR | Prepare draft fifteenth monthly (March) fee application (0.5); update fifth interim fee application (0.2) | 0.70 | 320.00 | 224.00 |
| **Subtotal:  B110   Case Administration** | | | **4.00** | | **1,096.00** |

## B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/10 | RPR | Revise draft thirteenth monthly (January) fee application (0.5); forward same to K. Newmarch (0.1) | 0.60 | 320.00 | 192.00 |
| 03/03/10 | KDN | Review January monthly fee application (0.1); draft email to J. Schoen regarding January monthly fee application (0.1) | 0.20 | 660.00 | 132.00 |
| 03/03/10 | RPR | Prepare Tribune thirteenth monthly (January) fee application and exhibits for court filing (0.5); forward same to Cole Schatz for court filing (0.1); prepare draft fourteenth monthly (February) fee application (0.6) | 1.20 | 320.00 | 384.00 |
| 03/09/10 | RPR | Review draft February bill (0.9) | 0.90 | 320.00 | 288.00 |
| 03/10/10 | JBB3 | Work on supplemental conflict search (1.1) | 1.10 | 205.00 | 225.50 |
| 03/10/10 | RPR | Review draft February bill (0.3); forward same to J. Schoen (0.1) | 0.40 | 320.00 | 128.00 |
| 03/16/10 | JS34 | Review February monthly fee application (0.4) | 0.40 | 360.00 | 144.00 |
| 03/16/10 | RPR | Update information on draft fourth interim fee application (0.4) | 0.40 | 320.00 | 128.00 |

Tribune Company                                                                                    Page 4
75245-00001
Invoice No. 1829532

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/17/10 | RPR | Prepare fourteenth monthly (February) fee application (0.8); forward same to S. Park and J. Schoen (0.1) | 0.90 | 320.00 | 288.00 |
| 03/18/10 | JS34 | Review monthly fee application for February (0.6) | 0.60 | 360.00 | 216.00 |
| 03/18/10 | RPR | Revise draft fourteenth monthly (February) fee application (0.3); forward same to S. Park (0.1) | 0.40 | 320.00 | 128.00 |
| 03/18/10 | SSP2 | Review Tribune interim compensation order; email R. Rosen regarding same (0.1) | 0.10 | 430.00 | 43.00 |
| 03/22/10 | KDN | Draft email to S. Pater regarding Tribune monthly billing information (0.1) | 0.10 | 660.00 | 66.00 |
| 03/23/10 | KDN | Draft responsive email to D. Perlman regarding monthly fee application information (0.1) | 0.10 | 660.00 | 66.00 |
| 03/23/10 | RPR | Update draft fifth interim fee application (0.2) | 0.20 | 320.00 | 64.00 |
| 03/23/10 | SSP2 | Review February fee application (0.2) | 0.20 | 430.00 | 86.00 |
| 03/25/10 | KDN | Review February monthly fee application (0.1) | 0.10 | 660.00 | 66.00 |
| 03/25/10 | SSP2 | Email K. Stickles regarding filing of February fee application (0.1) | 0.10 | 430.00 | 43.00 |
| 03/29/10 | HS5 | Legal research regarding monthly fee application procedures (0.6); prepare email to K. Newmarch regarding same (0.3) | 0.90 | 360.00 | 324.00 |
| 03/29/10 | KDN | Draft email to H. Snow regarding interim fee application order (0.1) | 0.10 | 660.00 | 66.00 |
| **Subtotal: B160  Fee/ Employment Applications** | | | **9.00** | | **3,077.50** |

Tribune Company                                                                                        Page 5
75245-00001
Invoice No. 1829532

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/22/10 | JSR6 | Review survey of Baltimore Sun property regarding ownership of certain parcels of land (0.5) | 0.50 | 695.00 | 347.50 |
| 03/22/10 | TJC3 | Correspondence with S. Pater regarding Sun Park property survey (0.4); conference with J. Rheeling regarding same (0.4); telephone conference with J. Rheeling and J. Bender regarding same (0.5) | 1.30 | 610.00 | 793.00 |
| 03/23/10 | TJC3 | Review correspondence regarding Sun Park property (0.3) | 0.30 | 610.00 | 183.00 |
| | | Subtotal:  B250   Real Estate | 2.10 | | 1,323.50 |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.50 | 695.00 | 347.50 |
| HS5 | Holly Snow | ASSOCIATE | 0.90 | 360.00 | 324.00 |
| JS34 | Jacqueline A. Schoen | ASSOCIATE | 1.00 | 360.00 | 360.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.60 | 660.00 | 396.00 |
| SSP2 | Stephenie S. Park | ASSOCIATE | 0.40 | 430.00 | 172.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 1.60 | 610.00 | 976.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 7.40 | 320.00 | 2,368.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 2.70 | 205.00 | 553.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

March 31, 2010

Please refer to
Invoice Number: 1829533

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### KTLA
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending March 31, 2010 | $1,678.00 |
| **Current Fees and Costs Due** | **$1,678.00** |
| **Total Balance Due** | **$1,678.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
Vice President & Deputy General Counsel

March 31, 2010

Please refer to
Invoice Number: 1829533

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

Legal fees for professional services
for the period ending March 31, 2010 — $1,678.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$1,678.00** |
| **Total Balance Due** | **$1,678.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

PaulHastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company                         March 31, 2010
6th Floor, One Tribune Tower
435 N. Michigan Avenue                  Please refer to
Chicago, IL 60611-4096                  Invoice Number: 1829533

Attn: David Eldersveld, Esq.            PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

**FOR PROFESSIONAL SERVICES RENDERED**
for the period ending March 31, 2010

**<u>KTLA</u>**                                              $1,678.00

**B110   Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/24/10 | RPR | Review Tribune case docket regarding status of further exclusivity motion filings for requesting attorney, P. Ramsey (0.1) | 0.10 | 320.00 | 32.00 |
| | | **Subtotal: B110   Case Administration** | 0.10 | | 32.00 |

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/01/10 | PAR | Review S. Pater comments regarding lender counsel comments to lease amendment and subordination agreement (0.1); email to S. Pater regarding lender counsel comments to lease amendment and subordination agreement (0.3); review bankruptcy issues in connection with lender counsel comments to lease amendment (0.1) | 0.50 | 840.00 | 420.00 |

Tribune Company                                                                          Page 2
75245-00013
Invoice No. 1829533

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/10 | PAR | Review bankruptcy issues in connection with lender counsel requested representations by KTLA in lease amendment (0.5) | 0.50 | 840.00 | 420.00 |
| 03/03/10 | FLH | Conference call with R. Rosen regarding status of Tribune bankruptcy in connection with KTLA landlord lender request for representations from Tribune regarding bankruptcy status (0.1); review correspondence from R. Rosen and court docket regarding same (0.1) | 0.40 | 335.00 | 134.00 |
| 03/03/10 | PAR | Research bankruptcy issues in connection with lender counsel requested representations by KTLA in lease amendment (0.5) | 0.50 | 840.00 | 420.00 |
| 03/10/10 | PAR | Review email from S. Nock, lender's counsel, regarding status of lease amendment and subordination agreement (0.3) | 0.30 | 840.00 | 252.00 |
| **Subtotal:  B185   Assumption/ Rejection of Leases and Contracts** | | | **2.20** | | **1,646.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| PAR | Patrick A. Ramsey | PARTNER | 1.80 | 840.00 | 1,512.00 |
| FLH | Felicia L. Holley | PARALEGAL | 0.40 | 335.00 | 134.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 0.10 | 320.00 | 32.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

March 31, 2010

Please refer to
Invoice Number: 1829534

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Sale of 250 Miller Place, Hicksville
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending March 31, 2010 | $7,001.50 |
| **Current Fees and Costs Due** | **$7,001.50** |
| **Prior Balance Due** | **$35,393.70** |
| **Total Balance Due** | **$42,395.20** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

March 31, 2010

Please refer to
Invoice Number: 1829534

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Sale of 250 Miller Place, Hicksville
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2010 | $7,001.50 |
| **Current Fees and Costs Due** | $7,001.50 |
| **Prior Balance Due** | $35,393.70 |
| **Total Balance Due** | $42,395.20 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

Tribune Company                                                                    Page 2
75245-00026
Invoice No. 1829534

---

**REMITTANCE COPY (cont.)**

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 07/28/09 | 1792937 | $6,609.40 | $5,287.60 | $0.00 | $1,321.80 |
| 08/28/09 | 1797261 | $15,987.00 | $12,790.00 | $0.00 | $3,197.00 |
| 09/21/09 | 1799281 | $26,216.70 | $20,973.50 | $0.00 | $5,243.20 |
| 10/16/09 | 1803558 | $41,937.33 | $33,556.33 | $0.00 | $8,381.00 |
| 11/30/09 | 1809279 | $51,509.80 | $41,208.00 | $0.00 | $10,301.80 |
| 12/17/09 | 1813626 | $32,159.06 | $25,740.16 | $0.00 | $6,418.90 |
| 01/31/10 | 1821475 | $530.00 | $0.00 | $0.00 | $530.00 |

**Total Prior Due**                                      $35,393.70

**Balance Due**                                          $42,395.20

191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

March 31, 2010

Please refer to
Invoice Number: 1829534

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2010

### Sale of 250 Miller Place, Hicksville                                    $7,001.50

**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/15/10 | JSR6 | Telephone conference with R. Frisoni regarding loan payoff for Tribune NM, Inc. to Steel Tribune LLC (0.3); telephone conference with S. Pater regarding same (0.1); prepare satisfaction of mortgage regarding same (0.6) | 1.00 | 695.00 | 695.00 |
| 03/15/10 | JSR6 | Telephone conference with R. Frisoni regarding loan payoff for Tribune NM, Inc. to Steel Tribune LLC (0.3); telephone conference with S. Pater regarding same (0.2); prepare satisfaction of mortgage regarding same (1.5) | 1.00 | 695.00 | 695.00 |
| 03/17/10 | JSR6 | Email correspondence with R. Frisoni regarding release of UCC financing statements (0.1); review file regarding existing financing statements for purposes of preparing releases (0.9) | 1.00 | 695.00 | 695.00 |

Tribune Company                                                                      Page 2
75245-00026
Invoice No. 1829534

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/18/10 | JS34 | Conference with T. Chandran regarding termination of financing statements in Delaware and Nassau County (0.2) | 0.20 | 360.00 | 72.00 |
| 03/18/10 | JSR6 | Review mortgage payoff letter regarding satisfaction of loan from Tribune NM, Inc. to Steel Tribune (0.5) | 0.50 | 695.00 | 347.50 |
| 03/18/10 | TJC3 | Conference with J. Rheeling regarding payoff of Tribune/Steel Tribune loan (0.5); telephone conference with Chicago Title regarding payoff of loan (0.5); correspondence with Chicago Title regarding same (0.2); correspondence with counsel to Steel Tribune regarding same (0.3); correspondence with S. Pater regarding same (0.5); conference with J. Schoen regarding preparing termination of UCCs (0.3) | 2.30 | 610.00 | 1,403.00 |
| 03/19/10 | JS34 | Prepare UCC-3s to terminate financing statements in Delaware and Nassau County (0.6); conference with T. Chandran regarding same (0.2) | 0.80 | 360.00 | 288.00 |
| 03/19/10 | TJC3 | Review correspondence from J. Schoen regarding release of Steel Tribune loan UCCs (0.3); correspondence with borrower's counsel regarding same (0.2) | 0.50 | 610.00 | 305.00 |
| 03/22/10 | TJC3 | Review correspondence regarding closing of Hicksville transaction (0.3); correspondence with borrowers local counsel regarding closing documents (0.5); send escrow letter to tile company (0.8) | 1.60 | 610.00 | 976.00 |
| 03/23/10 | TJC3 | Determine wiring instructions for Tribune for closing (0.3) | 0.30 | 610.00 | 183.00 |

Tribune Company                                                                  Page 3
75245-00026
Invoice No. 1829534

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/29/10 | TJC3 | Review preparation of documents, logistics regarding closing of Tribune/Steel Tribune loan payoff (0.4) | 0.40 | 610.00 | 244.00 |
| 03/30/10 | TJC3 | Determine closing schedule for Steel Tribune loan payout (0.3) | 0.30 | 610.00 | 183.00 |
| 03/31/10 | TJC3 | Review preparation of documents, logistics regarding closing of Hicksville loan payoff (0.9); multiple communications with title company regarding status of documents for same (0.6) | 1.50 | 610.00 | 915.00 |
| **Subtotal: B131  Sale of Real Estate** | | | **11.40** | | **7,001.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 3.50 | 695.00 | 2,432.50 |
| JS34 | Jacqueline A. Schoen | ASSOCIATE | 1.00 | 360.00 | 360.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 6.90 | 610.00 | 4,209.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**Paul**Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

May 26, 2010

Please refer to
Invoice Number: 1836878

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending April 30, 2010 | $17,640.50 |
| Costs incurred and advanced | 3.00 |
| **Current Fees and Costs** | **$17,643.50** |
| **Total Balance Due** | **$17,643.50** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

May 26, 2010

Please refer to
Invoice Number: 1836878

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2010 | $17,640.50 |
| Costs incurred and advanced | 3.00 |
| **Current Fees and Costs Due** | **$17,643.50** |
| **Total Balance Due** | **$17,643.50** |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203214267
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company                             May 26, 2010
6th Floor, One Tribune Tower
435 N. Michigan Avenue                      Please refer to
Chicago, IL  60611-4096                     Invoice Number: 1836878

Attn:  David Eldersveld, Esq.               PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2010

**Post-Petition General Matter**                              **$17,640.50**

**B160    Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/09/10 | KDN | Draft email to K. Stickles regarding Paul Hastings' monthly fee application (0.1); draft further email to K. Stickles regarding monthly fee applications for Paul Hastings (0.1); discuss supplemental affidavit of disinterest with D. Perlman (0.2); discuss fee applications with D. Perlman (0.1); draft responsive email to D. Perlman regarding supplemental affidavit of disinterest (0.1); draft responsive email to J. Austin regarding retention information (0.1); draft email to A. Dalton regarding fee application procedures (0.1) | 0.80 | 660.00 | 528.00 |
| 04/09/10 | RPR | Review draft March billing statement (0.5) | 0.50 | 320.00 | 160.00 |

LEGAL_US_E # 88628982.2

Tribune Company                                                              Page 2
75245-00001
Invoice No. 1836878

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/12/10 | KDN | Discuss affidavit of disinterest with R. Chesley (0.1); draft email to R. Rosen, S. Park and H. Snow regarding monthly fee application process (0.2); draft responsive email to R. Rosen regarding monthly and interim fee application process (0.1); review and edit fifth interim fee application for Paul Hastings (0.1); conference calls (x2) with D. Perlman regarding supplemental affidavits of disinterest (0.5) | 1.00 | 660.00 | 660.00 |
| 04/12/10 | RPR | Compile and forward draft fifth interim fee application to K. Newmarch (0.1) | 0.10 | 320.00 | 32.00 |
| 04/15/10 | KDN | Draft email to S. Park regarding Paul Hastings' interim fee application (0.1); draft responsive email to P. Ratkowiak regarding Paul Hastings' interim fee application (0.1); telephone call with D. Perlman regarding supplemental affidavit of disinterest (0.1); draft responsive email to D. Perlman regarding supplement disclosure affidavit (0.1); draft supplemental affidavit of disinterest (0.3); discuss supplemental affidavit of disinterest with C. Anderson (0.2) | 0.90 | 660.00 | 594.00 |
| 04/26/10 | KDN | Draft responsive email to J. Brown regarding monthly bills for fee applications (0.1); draft responsive email to J. Brown regarding monthly fee application process (0.1); draft further responsive email to J. Brown regarding monthly fee application (0.1) | 0.30 | 660.00 | 198.00 |
| 04/27/10 | HS5 | Prepare supplemental disclosure (0.5) | 0.50 | 360.00 | 180.00 |
| 04/27/10 | KDN | Draft email to H. Snow regarding supplemental retention affidavit (0.1) | 0.10 | 660.00 | 66.00 |

Tribune Company                                                                      Page 3
75245-00001
Invoice No. 1836878

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/28/10 | HS5 | Prepare and research seventh supplemental disclosure (1.1); revise supplemental disclosure (0.2); prepare multiple emails to K. Newmarch regarding same (0.2) | 1.50 | 360.00 | 540.00 |
| 04/28/10 | KDN | Review and edit supplemental affidavit of disinterest (0.6); draft email to H. Snow regarding supplemental affidavit of disinterest (0.1); edit supplemental affidavit of disinterest (0.1); draft email to C. Anderson regarding affidavit of disinterest (0.1) | 0.90 | 660.00 | 594.00 |
| 04/30/10 | HUJ | Review emails from K. Newmarch regarding fee examiner report (.10); review same (.10); prepare responsive email to K. Newmarch regarding same (.10) | 0.30 | 485.00 | 145.50 |
| 04/30/10 | JBB3 | Review case docket, compile and forward copy of fee examiner report to K. Newmarch (0.2) | 0.20 | 205.00 | 41.00 |
| 04/30/10 | KDN | Draft emails (x2) to J. Brown regarding fee auditor report regarding second interim period (0.1); draft emails (x2) to H. Jimenez regarding fee auditor second interim fee application report (0.1) | 0.20 | 660.00 | 132.00 |
| | **Subtotal:  B160   Fee/ Employment Applications** | | **7.30** | | **3,870.50** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/10 | TJC3 | Review correspondence from K. Hackett regarding Steel Tribune loan payoff and correspondence with K. Hackett regarding same (0.3) | 0.30 | 610.00 | 183.00 |

Tribune Company                                                                Page 4
75245-00001
Invoice No. 1836878

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/20/10 | JSR6 | Review minutes of Wilde Lake Village Board meeting regarding property in Howard County, MD (2.6); review impact on property regarding new zoning requirements (1.2) | 3.80 | 695.00 | 2,641.00 |
| 04/22/10 | JS34 | Review letter received from Village of Wilde Lake regarding zoning change and review materials received from Cushman & Wakefield from Village meeting (1.5); research zoning regulations in Wilde Lake and implications of being included in the village center area (1.0) | 2.50 | 360.00 | 900.00 |
| 04/22/10 | JSR6 | Telephone conference with D. Baird regarding potential zoning change for property in Howard County, MD (0.8); review impact to property regarding potential zoning change (1.0) | 1.80 | 695.00 | 1,251.00 |
| 04/23/10 | JS34 | Review materials received from Cushman & Wakefield in connection with re-zoning of Homestead Publishing Company property (1.0); research zoning regulations in Wilde Lake and implications of being included in the village center area (1.0); correspond with Howard County regarding zoning regulations, final development plan for Homestead Publishing Company property and village center area (0.5) | 2.50 | 360.00 | 900.00 |
| 04/23/10 | JSR6 | Review final development plan of Wilde Lake Village Center regarding property in Howard County, MD (1.5) | 1.50 | 695.00 | 1,042.50 |
| 04/23/10 | TJC3 | Conference with J. Schoen regarding re-zoning of Howard County MD property (0.5) | 0.50 | 610.00 | 305.00 |

Tribune Company                                                                                            Page 5
75245-00001
Invoice No. 1836878

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/26/10 | JS34 | Research zoning regulations in Wilde Lake and implications of being included in the village center area (1.5); correspond with Howard County regarding zoning regulations, final development plan for Homestead Publishing Company property and village center area (0.5) | 2.00 | 360.00 | 720.00 |
| 04/27/10 | JS34 | Research zoning regulations in Wilde Lake and implications of being included in the village center area (2.7); correspond with Howard County regarding zoning regulations, final development plan for Homestead Publishing Company property and village center area (0.8) | 3.50 | 360.00 | 1,260.00 |
| 04/28/10 | JS34 | Continue to research further aspects of zoning regulations in Wilde Lake and implications of being included in the village center area (2.9); correspond with additional individuals in Howard County regarding zoning regulations, final development plan for Homestead Publishing Company property and village center area (0.6); conference with J. Rheeling and T. Chandran regarding same (0.5) | 4.00 | 360.00 | 1,440.00 |
| 04/28/10 | JSR6 | Review memorandum regarding potential zoning change for Tribune owned property in Howard County, MD (1.0); research purpose of potential zoning change (3.5) | 4.50 | 695.00 | 3,127.50 |
| **Subtotal: B250  Real Estate** | | | **26.90** | | **13,770.00** |

Tribune Company                                                                 Page 6
75245-00001
Invoice No. 1836878

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 11.60 | 695.00 | 8,062.00 |
| HS5 | Holly Snow | ASSOCIATE | 2.00 | 360.00 | 720.00 |
| HUJ | Hilla U. Jimenez | ASSOCIATE | 0.30 | 485.00 | 145.50 |
| JS34 | Jacqueline A. Schoen | ASSOCIATE | 14.50 | 360.00 | 5,220.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 4.20 | 660.00 | 2,772.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 0.80 | 610.00 | 488.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 0.60 | 320.00 | 192.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 0.20 | 205.00 | 41.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

June 22, 2010

Please refer to
Invoice Number: 1841136

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2010 | $19,271.50 |
| Costs incurred and advanced | 9.70 |
| **Current Fees and Costs** | **$19,281.20** |
| **Total Balance Due** | **$19,281.20** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

June 22, 2010

Please refer to
Invoice Number: 1841136

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2010 | $19,271.50 |
| Costs incurred and advanced | 9.70 |
| **Current Fees and Costs Due** | **$19,281.20** |
| **Total Balance Due** | **$19,281.20** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

June 22, 2010

Please refer to
Invoice Number: 1841136

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2010

**Post-petition Matter**                                      $19,271.50

### B155  Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/12/10 | KDN | Discussed interim fee application hearing with D. Perlman (0.1) | 0.10 | 670.00 | 67.00 |
| 05/18/10 | KDN | Telephone call with J. Bender regarding May 18, 2010 hearing (0.1); draft email to K. Stickles regarding Tribune fee application hearing (0.1) | 0.20 | 670.00 | 134.00 |
| | **Subtotal: B155  Court Hearings** | | 0.30 | | 201.00 |

### B160  Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/04/10 | KDN | Reviewing fee auditor's final report for March through May 2009 (0.2); draft email to D. Perlman and R. Chesley regarding fee auditor's final report (0.1) | 0.30 | 670.00 | 201.00 |
| 05/07/10 | JBB3 | Review findings of fee examiner's report against interim fee application (0.5) | 0.50 | 205.00 | 102.50 |
| 05/07/10 | KDN | Draft email to J. Brown regarding interim fee application order for March 2009 through May 2009 (0.1) | 0.10 | 670.00 | 67.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/07/10 | KDN | Draft email to J. Brown regarding interim fee application order (0.1); reviewing information from P. Ratkiowak regarding interim fee application information (0.1); draft email to J. Brown regarding additional interim fee application information; draft responsive email to P. Ratkiowak regarding interim fee application information (0.1) | 0.30 | 670.00 | 201.00 |
| 05/14/10 | KDN | Reviewing fee auditor report for third interim fee application (0.2); draft email to J. Bender regarding response for fee auditor regarding third interim fee application (0.1) | 0.30 | 670.00 | 201.00 |
| 05/19/10 | JPB7 | Review fee auditor response (0.5) | 0.50 | 565.00 | 282.50 |
| 05/24/10 | RPR | Review April draft bill (0.3); forward same to H. Snow for review (0.1) | 0.40 | 320.00 | 128.00 |
| 05/25/10 | ALE | Conduct supplemental conflicts check (1.0) | 1.00 | 260.00 | 260.00 |
| 05/26/10 | ALE | Conduct supplemental conflicts check (6.5) | 6.50 | 260.00 | 1,690.00 |
| 05/27/10 | ALE | Conduct supplemental conflicts check (0.5) | 0.50 | 260.00 | 130.00 |
| | **Subtotal:  B160   Fee/ Employment Applications** | | 10.40 | | 3,263.00 |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/07/10 | JS34 | Correspond with B. Mackey and B. Killian at Howard County regarding clarification of new zoning regulations that affect Homestead Publishing Company property in the Village of Wilde Lake (0.3); summarize implications of re-zoning (0.7) | 1.00 | 360.00 | 360.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/07/10 | JSR6 | Review email correspondence from J. Semaris regarding inclusion of Patotent Publishing Building in new Wilde Lake Village Center boundaries (0.5); analyze impact to property by inclusion in Village Center boundaries (2.0) | 2.50 | 695.00 | 1,737.50 |
| 05/10/10 | JS34 | Correspond with C. Black regarding request from the Village of Wilde Lake Board for property owner feedback on village center boundaries (0.5); draft memorandum summarizing the benefits and burdens associated with inclusion in village center boundaries (1.3) | 1.80 | 360.00 | 648.00 |
| 05/11/10 | JS34 | Prepare memorandum for S. Pater, K. Hackett and J. Rheeling regarding implications of Homestead Publishing Company property's inclusion within the Wilde Lake Village Center boundaries (2.6) | 2.60 | 360.00 | 936.00 |
| 05/12/10 | JS34 | Further prepare memorandum for S. Pater, K. Hackett and J. Rheeling regarding implications of Homestead Publishing Company property's inclusion within the Wilde Lake Village Center boundaries (3.5); research changes to City of Bel Air, Maryland regulations in response to inquiry received from Town of Bel Air regarding same (0.5) | 4.00 | 360.00 | 1,440.00 |
| 05/12/10 | JSR6 | Review letter from City of Bel Air, Maryland regarding potential zoning change for homestead property (0.3); analyze impact to property regarding zoning changes (2.2) | 2.50 | 695.00 | 1,737.50 |
| 05/13/10 | JS34 | Prepare memorandum for S. Pater, K. Hackett and J. Rheeling regarding implications of Homestead Publishing Company property's inclusion within the Wilde Lake Village Center boundaries (1.0); telephone conference with B. Mackey and B. Killian of Howard County regarding clarification of new zoning regulations (0.4) | 1.40 | 360.00 | 504.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/14/10 | JS34 | Correspond with J. Rheeling regarding Wilde Lake Village Center memorandum and forward same to client for review (0.5); review draft development regulations for Town of Bel Air, Maryland and compare to current version of regulations (0.5) | 1.00 | 360.00 | 360.00 |
| 05/14/10 | JSR6 | Finalize memorandum to client regarding change in zoning for Howard County, Maryland property (1.5) | 1.50 | 695.00 | 1,042.50 |
| 05/14/10 | TJC3 | Review memorandum regarding Patuxent Publishing zoning issues (0.7); conference with J. Schoen regarding same (0.2) | 0.90 | 610.00 | 549.00 |
| 05/17/10 | JS34 | Correspond with S. Pater and J. Rheeling regarding response to Village of Wilde Lake in connection with potential re-zoning (0.6); correspond with C. Black at Village of Wilde Lake regarding format of response to village board (0.4) | 1.00 | 360.00 | 360.00 |
| 05/17/10 | TJC3 | Review correspondence from S. Pater regarding Patuxent Publishing zoning issues (0.3); conference with J. Schoen regarding same (0.4); conference with J. Rheeling regarding same (0.3) | 1.00 | 610.00 | 610.00 |
| 05/18/10 | JS34 | Telephone conference with C. Black of Village of Wilde Lake regarding Village meeting results (0.4); compare new Town of Bel Air zoning regulations to old zoning regulations (0.4) | 0.80 | 360.00 | 288.00 |
| 05/21/10 | JSR6 | Review letter from State of Connecticut regarding audit of sale of properties in Stamford and Greenwich, Connecticut (0.6); review closing document file regarding sale of the properties (3.0); telephone conference with S. Katten of State of Connecticut regarding audit (0.5); email correspondence with S. Pater regarding same (0.2) | 4.30 | 695.00 | 2,988.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/24/10 | JS34 | Prepare summary of next steps in Wilde Lake village center process per request from S. Pater (0.6) | 0.60 | 360.00 | 216.00 |
| 05/25/10 | JSR6 | Work on submission to State of Connecticut of information regarding sale of properties in Stamford and Greenwich (1.0) | 1.00 | 695.00 | 695.00 |
| 05/26/10 | JS34 | Revise summary of next steps in Wilde Lake village center process per request from S. Pater (0.9); discuss same with J. Rheeling (0.3) | 1.20 | 360.00 | 432.00 |
| 05/27/10 | JSR6 | Finalize correspondence to State of Connecticut regarding sale of properties in Stamford and Greenwich (0.7); review email correspondence to S. Pater regarding summary of potential zoning change for property in Howard County, Maryland (0.6) | 1.30 | 695.00 | 903.50 |
| | | **Subtotal: B250   Real Estate** | **30.40** | | **15,807.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 13.10 | 695.00 | 9,104.50 |
| JPB7 | Justin P. Bender | ASSOCIATE | 0.50 | 565.00 | 282.50 |
| JS34 | Jacqueline A. Schoen | ASSOCIATE | 15.40 | 360.00 | 5,544.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 1.30 | 670.00 | 871.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 1.90 | 610.00 | 1,159.00 |
| ALE | Allison L. Eissing | PARALEGAL | 8.00 | 260.00 | 2,080.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 0.40 | 320.00 | 128.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 0.50 | 205.00 | 102.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

June 22, 2010

Please refer to
Invoice Number: 1841137

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2010 | $10,009.50 |
| **Current Fees and Costs Due** | $10,009.50 |
| **Total Balance Due** | $10,009.50 |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203214267
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

June 22, 2010

Please refer to
Invoice Number: 1841137

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2010 | $10,009.50 |
| **Current Fees and Costs Due** | $10,009.50 |
| **Total Balance Due** | $10,009.50 |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

June 22, 2010

Please refer to
Invoice Number: 1841137

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2010

**KTLA**                                                            $10,009.50

## B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/07/10 | PAR | Telephone conference with S. Kalt (0.3) | 0.30 | 840.00 | 252.00 |
| 05/10/10 | FLH | Review email correspondence and revised second amendment to lease, subordination agreement and related documents to KTLA lease received from S. Nock (KTLA's landlord's lender's counsel) (0.5) | 0.50 | 335.00 | 167.50 |
| 05/10/10 | PAR | Review V. Coleman documents related to parking lease and amendment (0.3); review KTLA lease, second amendment and subordination agreement drafts (0.5); prepare email correspondence to S. Nock (KTLA landlord's lender's counsel) regarding same (0.5) | 1.30 | 840.00 | 1,092.00 |
| 05/11/10 | PAR | Review status of landlord's lender's revisions to KTLA second amendment to lease and subordination agreement (0.3) | 0.30 | 840.00 | 252.00 |

Tribune Company                                                                                   Page 2
75245-00013
Invoice No. 1841137

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/12/10 | FLH | Review KTLA lease documents in connection with landlord lender request for estoppel certificate (0.5); revise estoppel certificate form received from landlord's lender's counsel (0.4); correspondence to H. Cooper (landlord's lender's counsel) regarding comments to estoppel certificate for KTLA lease (0.1) | 1.00 | 335.00 | 335.00 |
| 05/12/10 | PAR | Telephone conference with S. Kalt (KTLA landlord's counsel) regarding status of second amendment and requests for representations regarding status of bankruptcy from KTLA (0.4); prepare e-mail to S. Pater and R. Chesley regarding landlord requests for representations from KTLA regarding Tribune bankruptcy status (0.4) | 0.80 | 840.00 | 672.00 |
| 05/13/10 | FLH | Review email and revised estoppel certificate for KTLA lease from H. Cooper in connection with landlord's refinancing of the property (0.5) | 0.50 | 335.00 | 167.50 |
| 05/13/10 | PAR | Exchange response with S. Kalt (landlord counsel) and S. Nock (landlord's lender's counsel) regarding KTLA second amendment and subordination agreement (0.5); review revised second amendment to KTLA lease and revised subordination agreement (0.5); prepare email to R. Chesley regarding landlord's lender's counsel's requests for KTLA representations regarding bankruptcy status (0.5) | 1.50 | 840.00 | 1,260.00 |
| 05/14/10 | FLH | Research regarding order authorizing lease and recent bankruptcy filings in connection with KTLA's landlord's lender's request for certain representations from KTLA in connection with the refinancing of the KTLA leased property (0.5) | 0.50 | 335.00 | 167.50 |

Tribune Company                                                                                    Page 3
75245-00013
Invoice No. 1841137

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/14/10 | HS5 | Draft substantive email to K. Newmarch regarding KTLA lease amendment (0.4); research regarding same (1.0) | 1.40 | 360.00 | 504.00 |
| 05/14/10 | KDN | Reviewing information from P. Ramsey regarding KTLA lease amendment (0.1) | 0.10 | 670.00 | 67.00 |
| 05/14/10 | PAR | Research, analyze pleadings regarding bankruptcy case status (0.5) | 0.50 | 840.00 | 420.00 |
| 05/16/10 | KDN | Reviewing information from H. Snow regarding KTLA lease amendment; draft email to H. Snow regarding same (0.1) | 0.10 | 670.00 | 67.00 |
| 05/17/10 | PAR | Review issues and correspondence related to KTLA's landlord request for representations from KTLA regarding Tribune bankruptcy status (0.3) | 0.30 | 840.00 | 252.00 |
| 05/18/10 | KDN | Draft responsive email to P. Ramsey regarding KTLA lease question regarding bankruptcy authority (0.1) | 0.10 | 670.00 | 67.00 |
| 05/18/10 | PAR | Research and analysis regarding bankruptcy case status (0.3); review email from T. Porter of Wells Fargo (counsel for landlord's lender) regarding requested revisions to subordination agreement and estoppel certificate request (0.5); prepare email to T. Porter regarding same (0.5) | 1.30 | 840.00 | 1,092.00 |
| 05/19/10 | PAR | Review Wells Fargo estoppel certificate request in connection with KTLA lease (0.3) | 0.30 | 840.00 | 252.00 |
| 05/20/10 | PAR | Review Wells Fargo estoppel certificate request and requested changes to subordination agreement (0.5) | 0.50 | 840.00 | 420.00 |

Tribune Company                                                                          Page 4
75245-00013
Invoice No. 1841137

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/21/10 | FLH | Correspondence to A. Triggs (Sidley) regarding landlord lender request for estoppel certificate in connection with KTLA lease amendment (0.2) | 0.20 | 335.00 | 67.00 |
| 05/21/10 | PAR | Telephone conference with A. Triggs (Sidley & Austin) regarding landlord's lender's request for representations from KTLA related to status of bankruptcy case (0.3); review KTLA lease documents (0.2) | 0.50 | 840.00 | 420.00 |
| 05/24/10 | PAR | Telephone conference with K. Panza and A. Triggs (Sidley & Austin) regarding landlord's lender's requested revisions to subordination agreement, second amendment to lease and estoppel certificate (0.3); prepare email to T. Porter of Wells Fargo and S. Nock (landlord's lender's counsel) regarding bankruptcy counsel response to requested representations (0.2) | 0.50 | 840.00 | 420.00 |
| 05/25/10 | PAR | Telephone conference with K. Panza and A. Triggs (Sidley & Austin) regarding landlord's lender's request for written response from bankruptcy counsel related to status of bankruptcy case (0.5); prepare email to S. Pater regarding bankruptcy counsel response to landlord's lender's request (0.2); prepare email to T. Porter (Wells Fargo) regarding bankruptcy counsel response (0.1) | 0.80 | 840.00 | 672.00 |
| 05/28/10 | PAR | Review revised second amendment to lease, subordination agreement and estoppel certificated received from lender counsel (0.5); review email from K. Panza and A. Triggs (Sidley & Austin) regarding response to landlord's lender in connection with status of bankruptcy case (0.3) | 0.80 | 840.00 | 672.00 |

Tribune Company                                                                    Page 5
75245-00013
Invoice No. 1841137

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Subtotal: B185  Assumption/ Rejection of Leases and Contracts | 14.10 | | 9,757.50 |

## B250  Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/17/10 | HS5 | Draft substantive responsive email to P. Ramsey regarding KTLA amendment (0.6) | 0.60 | 360.00 | 216.00 |
| 05/18/10 | HS5 | Draft responsive email to P. Ramsey regarding KTLA amendment (0.1) | 0.10 | 360.00 | 36.00 |
| | | Subtotal: B250  Real Estate | 0.70 | | 252.00 |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| PAR | Patrick A. Ramsey | PARTNER | 9.70 | 840.00 | 8,148.00 |
| HS5 | Holly Snow | ASSOCIATE | 2.10 | 360.00 | 756.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.30 | 670.00 | 201.00 |
| FLH | Felicia L. Holley | PARALEGAL | 2.70 | 335.00 | 904.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | $10,009.50 |
| **Total Balance Due** | | $10,009.50 |

191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul*Hastings*

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

June 22, 2010

Please refer to
Invoice Number: 1841138

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Stamford
PHJ&W LLP File# 75245-00014
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2010 | $2,486.00 |
| **Current Fees and Costs Due** | **$2,486.00** |
| **Total Balance Due** | **$2,486.00** |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203214267
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

June 22, 2010

Please refer to
Invoice Number: 1841138

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Stamford**
PHJ&W LLP File# 75245-00014
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2010 | $2,486.00 |
| **Current Fees and Costs Due** | **$2,486.00** |
| **Total Balance Due** | **$2,486.00** |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203214267
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 88628982.2

Tribune Company                                      June 22, 2010
6th Floor, One Tribune Tower
435 N. Michigan Avenue                               Please refer to
Chicago, IL 60611-4096                               Invoice Number: 1841138

Attn: David Eldersveld, Esq.                         PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2010

**Stamford**                                                    $2,486.00

**B240   Tax Issues**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/21/10 | JPB7 | Telephone conference with Connecticut Department of Revenue regarding transfer tax (0.4); review closing book for transaction regarding same (1.4) | 1.80 | 565.00 | 1,017.00 |
| 05/24/10 | JPB7 | Review correspondence from Connecticut Department of Revenue regarding transfer tax obligations (0.5) | 0.50 | 565.00 | 282.50 |
| 05/25/10 | JPB7 | Draft and prepare letter to Connecticut Department of Revenue regarding transfer tax obligations (1.8) | 1.80 | 565.00 | 1,017.00 |
| 05/27/10 | JPB7 | Review correspondence from Connecticut Department of Revenue regarding transfer taxes (0.3) | 0.30 | 565.00 | 169.50 |
| | Subtotal: **B240   Tax Issues** | | **4.40** | | **2,486.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| JPB7 | Justin P. Bender | ASSOCIATE | 4.40 | 565.00 | 2,486.00 |

# EXHIBIT B

## (Expenses Statement)

**EXPENSE SUMMARY**
**MARCH 1,  2010 THROUGH MAY 31, 2010**

| Expense Category | March Expenses | April Expenses | May Expenses | Total Expenses |
|---|---|---|---|---|
| Airfare | $0.00 | $0.00 | $0.00 | $0.00 |
| Certified Copies/Corporate Documents/ Title Insurance Documents | $0.00 | $0.00 | $0.00 | $0.00 |
| Meals | $0.00 | $0.00 | $0.00 | $0.00 |
| Lodging | $0.00 | $0.00 | $0.00 | $0.00 |
| Courier Service | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxi/Ground Transportation | $0.00 | $0.00 | $0.00 | $0.00 |
| Parking | $0.00 | $0.00 | $0.00 | $0.00 |
| Postage/US Express Mail | $0.00 | $0.00 | $0.00 | $0.00 |
| Long Distance/Telephone Charges | $0.00 | $3.00 | $9.70 | $12.70 |
| Photocopy Charges ($0.10 per page) | $0.00 | $0.00 | $0.00 | $0.00 |
| Outside Photocopying | $0.00 | $0.00 | $0.00 | $0.00 |
| Facsimile | $5.00 | $0.00 | $0.00 | $5.00 |
| **TOTAL** | | | | **$17.70** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
          Vice President & Deputy General Counsel

March 31, 2010

Please refer to
Invoice Number: 1829532

PHJ&W Tax ID No. 95-2209675

---

**March 2010**

## SUMMARY

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001

### Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 03/09/2010 | RPR | Facsimile | 5 | 1.00 | 5.00 |
| | | **Total Costs** | | | $5.00 |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

May 26, 2010

Please refer to
Invoice Number: 1836878

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

**APRIL 2010**

## SUMMARY

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001

### Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 04/22/2010 | PHJW | Long Distance Telephone Charges | | | 0.80 |
| 04/23/2010 | PHJW | Long Distance Telephone Charges | | | 2.20 |
| | | **Total Costs** | | | $3.00 |

Tribune Company                                    June 22, 2010
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1841136

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

**MAY 2010**

## SUMMARY

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001

### Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 05/07/2010 | PHJW | Long Distance Telephone Charges | | | 0.20 |
| 05/10/2010 | PHJW | Long Distance Telephone Charges | | | 3.50 |
| 05/12/2010 | PHJW | Long Distance Telephone Charges | | | 2.00 |
| 05/13/2010 | PHJW | Long Distance Telephone Charges | | | 2.20 |
| 05/17/2010 | PHJW | Long Distance Telephone Charges | | | 0.20 |
| 05/18/2010 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| 05/21/2010 | PHJW | Long Distance Telephone Charges | | | 1.50 |
| | | **Total Costs** | | | **$9.70** |