# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: Tribune Television Company, Case No. 08-13241
(Jointly Administered under Tribune Company, Case No., 08-13141)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Weather Central** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known): 1394
Amount of Claim: **$8,782.48**
Date Claim Filed: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

Weather Central
PO Box 88688
Milwaukee, WI 53288-0688

Weather Central Inc
401 Charmany Drive, Ste 200
Madison, WI 53719

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg           Date: 7/8/2010
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**SONAR CREDIT PARTNERS, LLC**

EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
for the District of Delaware
Attn: Clerk

AND TO: Tribune Television Company ("Debtor")
Case No. 08-13241 (Jointly Administered under Tribune Company, Case No. 08-13141)

Claim # 1394

**Weather Central**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Jeffrey Greenfield
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $8,782.48 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 2, 2010.

ASSIGNOR Weather Central

By: _____ for Weather Central
Name: Paul Neitzel
Title: CFO
Date: 7/2/2010

ASSIGNEE

By: _____
Name: Jeffrey Greenfield
Title: Managing Member
Date: 7/6/10

Claim Question? Call: 646 282 2400

**epiq** SYSTEMS  debtorMatrix

**TRIBUNE**

Guest

Tribune Company
Change Client

**Client Home**    Claims    Docket    Key Documents

Home»Search Claims

Bookmark this Page

# Search Claims

**Criteria**

| Claim Number | Creditor Name | | Scope |
|---|---|---|---|
| | Name Starts With | weather central | Claims and schedules |

| Schedule Number | Amount | | |
|---|---|---|---|
| | Total Claim Value | Equals | |

Claim Date Range: ___ to ___

Debtor:

Order By: Creditor Name          Results Per Page: 50

**Results**
Collapse All
[1] Page 1 of 1 - 31 total items

| Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|
| 1394 | 241009060 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: Tribune Television Company | 4/24/2009<br>Claimed Unsecured:<br>Scheduled Unsecured: | $8,782.48<br>$8,782.48<br>$11,794.48 | Image |
| 1395 | 244003460 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: Tribune Television New Orleans, Inc. | 4/24/2009<br>Claimed Unsecured:<br>Scheduled Unsecured: | $4,532.42<br>$4,532.42<br>$4,532.42 | Image |
| 1396 | 198084480 | WEATHER CENTRAL<br>BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: Orlando Sentinel Communications Company | 4/24/2009<br>Claimed Unsecured:<br>Scheduled Unsecured: | $1,861.94<br>$1,861.94<br>$1,861.94 | Image |
| 1397 | 182002430 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: KSWB Inc. | 4/24/2009<br>Claimed Unsecured:<br>Scheduled Unsecured: | $3,394.15<br>$3,394.15<br>$3,394.15 | Image |
| 1398 | 211051620 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: The Harford Courant | 4/24/2009<br>Claimed Unsecured:<br>Scheduled Unsecured: | $993.60<br>$993.60<br>$993.60 | Image |
| 1399 | 210033000 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: The Daily Press, Inc. | 4/24/2009<br>Claimed Unsecured:<br>Scheduled Unsecured: | $694.24<br>$694.24<br>$694.24 | Image |
| 1400 | 209057140 | WEATHER CENTRAL | 4/24/2009 | $1,518.12 | Image |

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

# PROOF OF CLAIM

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)   0000001394

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| TRIBUNE TELEVISION COMPANY | 08-13241 (KJC) |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 241009060*****
WEATHER CENTRAL
PO BOX 88688
MILWAUKEE, WI 53288-0688

Telephone number: 608-274-5789   Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____
139234

Your claim is scheduled by the Debtor as:

**$11,794.48 UNSECURED**

Name and address where payment should be sent (if different from above)
Weather Central Inc
c/o Damian Michaelis
401 Charmany Dr STE 200
Madison WI 53719
Telephone number: 608-274-5789   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 8782.48

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____

2. Basis for Claim: **Services Provided**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: **WXIN**
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*
   **DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
   If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

APR 2 4 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 4/21/09 | C. Damian Michaelis, Credit Manager |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.