# UNITED STATES BANKRUPTCY COURT

District of Delaware

<u>In re: **Chicago Tribune Company**, Case No. **08-13152**</u>
(Jointly Administered under Tribune Company, Case No., 08-13141)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Weather Central** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Court Claim # (if known): 1402
Amount of Claim: **$385.02**
Date Claim Filed: N/A

Phone: **(914) 730-1005**
Last Four Digits of Acct #: <u>N/A</u>

Phone: <u>N/A</u>
Last Four Digits of Acct. #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

Weather Central
PO Box 88688
Milwaukee, WI 53288-0688

Weather Central Inc
401 Charmany Drive, Ste 200
Madison, WI 53719

Phone: <u>N/A</u>
Last Four Digits of Acct #: <u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg                                    Date: 7/8/2010
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**SONAR CREDIT PARTNERS, LLC**

EXHIBIT J

### EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court ("Bankruptcy Court")
for the District of Delaware
Attn:   Clerk

AND TO:     Chicago Tribune Company ("Debtor")
Case No. 08-13152 (Jointly Administered under Tribune Company, Case No. 08-13141)

Claim # 1402

**Weather Central**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **SONAR CREDIT PARTNERS, LLC**
> 200 Business Park Drive
> Suite 201
> Armonk, NY 10504
> Attn: Jeffrey Greenfield
> Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $385.02 (reduced from $1,242.56) ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July __2,__2010.

ASSIGNOR WEATHER CENTRAL          ASSIGNEE

By: _____          By: _____
Name: PAUL NEITZEL          Name: Jeffrey Greenfield
Title: CFO          Title: Managing Member
Date: 7/2/2010          Date: 7/6/10

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | PO BOX 88688 | | Claimed Unsecured: | $1,518.12 | |
| | | | MILWAUKEE, WI 53288-0688 | | Scheduled Unsecured: | $1,518.12 | |
| | | | Debtor: The Baltimore Sun Company | | | | |
| ⊟ | 1401 | 185163710 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688 | 4/24/2009 | Claimed Unsecured:<br>Scheduled Unsecured: | $6,506.44<br>$6,506.44<br>$6,506.44 | Image |
| | | | Debtor: Los Angeles Times Communications LLC | | | | |
| ⊟ | 1402 | 152070550 | WEATHER CENTRAL<br>BOX 88688<br>MILWAUKEE, WI 53288-0688 | 4/24/2009 | Allowed Unsecured:<br>Claimed Unsecured:<br>Scheduled Unsecured: | $385.02<br>$385.02<br>$1,242.56<br>$546.02 | Image |
| | | | Debtor: Chicago Tribune Company | | Remarks: THIS CLAIM IS ALLOWED | | |
| ⊟ | 1403 | 183003830 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688 | 4/24/2009 | Allowed Unsecured:<br>Claimed Unsecured:<br>Scheduled Unsecured: | $361.29<br>$361.29<br>$1,600.00<br>$361.29 | Image |
| | | | Debtor: KTLA Inc. | | Remarks: THIS CLAIM IS ALLOWED | | |
| ⊟ | 1404 | 181001680 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688 | 4/24/2009 | Claimed Admin:<br>Claimed Unsecured:<br>Scheduled Unsecured: | $2,047.56<br>$517.56<br>$1,530.00<br>$517.56 | Image |
| | | | Debtor: KPLR, Inc. | | | | |
| ⊟ | | 152070560 | WEATHER CENTRAL<br>401 CHARMANY DRIVE<br>MADISON, WI 53719 | | | Schedule G | No Image |
| | | | Debtor: Chicago Tribune Company | | | | |
| ⊟ | | 182002440 | WEATHER CENTRAL<br>ANNE VANDERGEEST/ VP NORTH AMERICAN SALE<br>401 CHARMANY DR STE 200<br>MADISON, WO 537191269 | | | Schedule G | No Image |
| | | | Debtor: KSWB Inc. | | | | |
| ⊟ | | 183003840 | WEATHER CENTRAL<br>5725 TOKAY BLVD.<br>MADISON, WI 53719 | | | Schedule G | No Image |
| | | | Debtor: KTLA Inc. | | | | |
| ⊟ | | 184001460 | WEATHER CENTRAL<br>PO BOX 88688<br>MILLWAUKEE, WI 53288-0688 | | | Schedule G | No Image |
| | | | Debtor: KWGN Inc. | | | | |
| ⊟ | | 208044810 | WEATHER CENTRAL<br>BOX 88688<br>MILWAUKEE, WI 53288-0688 | | Scheduled Unsecured: | $870.52<br>$870.52 | No Image |
| | | | Debtor: Sun-Sentinel Company | | | | |
| ⊟ | | 209057150 | WEATHER CENTRAL<br>P.O. BOX 88688<br>MILWAUKEE, WI 53288-0688 | | | Schedule G | No Image |
| | | | Debtor: The Baltimore Sun Company | | | | |
| ⊟ | | 211051630 | WEATHER CENTRAL<br>P.O. BOX 88688<br>MILWAUKEE, WI 53288-0688 | | | Schedule G | No Image |
| | | | Debtor: The Harford Courant | | | | |