# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: **KTLA Inc.**, Case No. **08-13183**
(Jointly Administered under Tribune Company, Case No., 08-13141)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Weather Central** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #: N/A

Court Claim # (if known): 1403
Amount of Claim: **$361.29**
Date Claim Filed: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Current Address of Transferor:

Weather Central
PO Box 88688
Milwaukee, WI 53288-0688

Weather Central Inc
401 Charmany Drive, Ste 200
Madison, WI 53719

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg
    Transferee/Transferee's Agent

Date: 7/8/2010

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# SONAR CREDIT PARTNERS, LLC

EXHIBIT L

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
for the District of Delaware
Attn: Clerk

AND TO: KTLA Inc. ("Debtor")
Case No. 08-13183 (Jointly Administered under Tribune Company, Case No. 08-13141)

Claim # 1403

**Weather Central**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SONAR CREDIT PARTNERS, LLC**
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Jeffrey Greenfield
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $361.29 (reduced from $1,600.00) ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 2, 2010.

ASSIGNOR WEATHER CENTRAL

By: _____
Name: PAUL NEITZEL
Title: CFO
Date: 7\2\2010

ASSIGNEE

By: _____
Name: Jeffrey Greenfield
Title: Managing Member
Date: 7/6/10

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | PO BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: The Baltimore Sun Company | | Claimed Unsecured:<br>Scheduled Unsecured: | $1,518.12<br>$1,518.12 | |
| | 1401 | 185163710 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: Los Angeles Times Communications LLC | 4/24/2009 | Claimed Unsecured:<br>Scheduled Unsecured: | $6,506.44<br>$6,506.44<br>$6,506.44 | Image |
| | 1402 | 152070550 | WEATHER CENTRAL<br>BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: Chicago Tribune Company | 4/24/2009 | Allowed Unsecured:<br>Claimed Unsecured:<br>Scheduled Unsecured:<br><br>Remarks: THIS CLAIM IS ALLOWED | $385.02<br>$385.02<br>$1,242.56<br>$546.02 | Image |
| → | 1403 | 183003830 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: KTLA Inc. | 4/24/2009 | Allowed Unsecured:<br>Claimed Unsecured:<br>Scheduled Unsecured:<br><br>Remarks: THIS CLAIM IS ALLOWED | $361.29<br>$361.29<br>$1,600.00<br>$361.29 | Image ← |
| | 1404 | 181001680 | WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: KPLR, Inc. | 4/24/2009 | Claimed Admin:<br>Claimed Unsecured:<br>Scheduled Unsecured: | $2,047.56<br>$517.56<br>$1,530.00<br>$517.56 | Image |
| | | 152070560 | WEATHER CENTRAL<br>401 CHARMANY DRIVE<br>MADISON, WI 53719<br><br>Debtor: Chicago Tribune Company | | | Schedule G | No Image |
| | | 182002440 | WEATHER CENTRAL<br>ANNE VANDERGEEST/ VP NORTH AMERICAN SALE<br>401 CHARMANY DR STE 200<br>MADISON, WO 537191269<br><br>Debtor: KSWB Inc. | | | Schedule G | No Image |
| | | 183003840 | WEATHER CENTRAL<br>5725 TOKAY BLVD.<br>MADISON, WI 53719<br><br>Debtor: KTLA Inc. | | | Schedule G | No Image |
| | | 184001460 | WEATHER CENTRAL<br>PO BOX 88688<br>MILLWAUKEE, WI 53288-0688<br><br>Debtor: KWGN Inc. | | | Schedule G | No Image |
| | | 208044810 | WEATHER CENTRAL<br>BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: Sun-Sentinel Company | | Scheduled Unsecured: | $870.52<br>$870.52 | No Image |
| | | 209057150 | WEATHER CENTRAL<br>P.O. BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: The Baltimore Sun Company | | | Schedule G | No Image |
| | | 211051630 | WEATHER CENTRAL<br>P.O. BOX 88688<br>MILWAUKEE, WI 53288-0688<br><br>Debtor: The Harford Courant | | | Schedule G | No Image |