# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JULY 14, 2010 AT 1:30 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall, LLC by telephone (866-582-6878) or facsimile (866-533-2946)
no later than 12:00 p.m. (EDT) one business day prior to the hearing, in accordance with the
Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.

## ADJOURNED MATTERS

1.    Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 (Filed November 13, 2009) (Docket No. 2560)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

>   (a)   Notice of Submission of Proofs of Claim Regarding Debtors' Ninth
>         Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
>         502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and
>         Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2684)
>
>   (b)   Order Sustaining Debtors' Ninth Omnibus (Non-Substantive) Objection to
>         Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
>         Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010)
>         (Docket No. 3012)

Response Deadline:  December 8, 2009 at 4:00 p.m.

Responses Received:

>   (a)   Response by Claudia Sanzeri to Debtors' Ninth Omnibus (Non-
>         Substantive) Objection to Claims (Filed December 8, 2009) (Docket No.
>         2765)

Status:     The Court entered an Order sustaining the Objection with respect to all
            claimants who did not contest or otherwise respond to the Objection.  The
            hearing on the Objection is adjourned to the September 15, 2010 hearing
            as to the claim of Claudia Sanzeri only.  This matter will not be going
            forward.

2.   Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
     502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
     1 (Filed November 13, 2009) (Docket No. 2561)

Related Document(s):

>   (a)   Notice of Submission of Proofs of Claim Regarding Debtors' Tenth
>         Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
>         502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and
>         Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)
>
>   (b)   Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to
>         Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
>         Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010)
>         (Docket No. 3011)
>
>   (c)   Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to
>         Claims as Relates to Claim No. 5606 of Personal Plus, Inc. Pursuant to
>         Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007,
>         and Local Rule 3007-1 (Entered February 24, 2010) (Docket No. 3526)

Response Deadline:  December 8, 2009 at 4:00 p.m.

46429/0001-6794659v1

Responses Received:

  (a)  Response by Karolyn M. Walker to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2739)

  (b)  Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

  (c)  Informal Response received from GE Capital Fleet Services

Status:  The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc.  The Objection was withdrawn with respect to Claim No. 501 of Chris Parker and Claim No. 2998 of Marc Silver.  The hearing on the Objection is adjourned to the September 15, 2010 hearing as to the claims of GE Capital Fleet Services, Karolyn M. Walker and Robby S. Wells.  This matter will not be going forward.

3.  Debtors' Objection to Claim No. 3697 of Robert Henke Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed March 19, 2010) (Docket No. 3796)

Response Deadline:  April 12, 2010 at 4:00 p.m.

Responses Received:

  (a)  Claimant's Response to Debtors' Objection to Claim No. 3697 of Claimant Robert Henke (Filed April 9, 2010) (Docket No. 3989)

Status:  On consent of the parties, this matter is adjourned to the September 15, 2010 hearing.  This matter will not be going forward.

4.  Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Related Document(s):

  (a)  Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

46429/0001-6794659v1

(b)    Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4406)

Response Deadline: May 11, 2010 at 4:00 p.m.

Responses Received:

(a)    Response by Maureen Dombeck (Filed April 26, 2010) (Docket No. 4156)

(b)    Response by Terry Godbey (Filed May 10, 2010) (Docket No. 4272)

(c)    Response of Oracle to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [No Liability][Tribune Company and Los Angeles Times Companies](Claims ## 4748, 4749, 4750, & 4751) (Filed May 11, 2010) (Docket No. 4326)

(d)    Response of Oracle to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [No Liability][Tribune Company and Chicago Tribune Companies](Claims ## 4634, 4635, 4636, & 4640) (Filed May 11, 2010) (Docket No. 4327)

(e)    Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)

(f)    Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)

(g)    Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)

(h)    Informal Response received from CNN Newsource Sales, Inc. (Received May 6, 2010)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection. The Objection was withdrawn as to the claims of 9090 Enterprises and Spanlink Communications. The hearing on the Objection is adjourned to the September 15, 2010 hearing as to the claims of Maureen Dombeck, Terry Godbey, Oracle, Marbury von Briesen, Herbert Eye, and CNN Newsource. This matter will not be going forward.

46429/0001-6794659v1

5.    Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
      Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

      Related Document(s):

              (a)    Certification of Counsel Regarding Debtors' Twenty-Seventh Omnibus
                     Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the
                     Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                     3007-1 (Filed June 14, 2010) (Docket No. 4766)

              (b)    Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-Substantive)
                     Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
                     Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered
                     June 14, 2010) (Docket No. 4774)

      Response Deadline:  June 9, 2010 at 4:00 p.m.

      Responses Received:

              (a)    Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

      Status:    The Court entered an Order sustaining the Objection with respect to all
                 claimants who did not contest or otherwise respond to the Objection.  The
                 Objection was withdrawn as to the claims of the United States Environmental
                 Protection Agency, Annapolis West Limited Partnership and Cawley Chicago
                 Portfolio, LLC.  The hearing on the Objection is adjourned to the
                 September 15, 2010 hearing as to the claim of Marcia Willette.  This matter
                 will not be going forward.

6.    Wilmington Trust Company's Motion for Estimation and Temporary Allowance of
      Claims Pursuant to Bankruptcy Rule 3018 (Filed June 25, 2010) (Docket No. 4886)

      Related Document(s):

              (a)    Notice of Adjourned Hearing (Filed July 2, 2010) (Docket No. 4932)

      Objection Deadline:  July 7, 2010 at 4:00 p.m.
      Pursuant to the Notice of Adjourned Hearing, the Objection Deadline is extended to 4:00
      p.m. on August 12, 2010.

      Responses Received: None at this time.

      Status:    This matter is adjourned to the August 19, 2010 hearing.  This matter will not
                 be going forward.

46429/0001-6794659v1

## CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL

7.      Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 19, 2010) (Docket No. 3792)

Related Document(s):

(a)     Notice of Submission of Proofs of Claim Regarding Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 5, 2010) (Docket No. 3937)

(b)     Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims (Entered April 19, 2010) (Docket No. 4101)

(c)     Certification of Counsel Regarding Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims as Relates to Claim No. 234 of Third Screen Media Inc. d/b/a Quigo Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 13, 2010) (Docket No. 4393)

(d)     Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4410)

(e)     Notice of Partial Withdrawal of Debtors' Nineteenth Omnibus (Substantive) Objection to Claims as Relates to Claim Nos. 4179 and 4180 of Zenith Media Filed Against Debtor Hoy, LLC (Filed June 7, 2010) (Docket No. 4704)

(f)     Order Sustaining in Part Debtors' Nineteenth Omnibus (Substantive) Objection to Claims as Relates to Claim Nos. 4179 and 4180 of Zenith Media Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 7, 2010) (Docket No. 4708)

(g)     Certification of Counsel Regarding Order (I) Sustaining in part Debtors' Nineteenth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 4113 of Cisco Systems Capital Corporation and (II) Approving Stipulation Between Cisco Systems Capital Corporation and Los Angeles Times Communications LLC (Filed July 9, 2010) (Docket No. 4982)

Response Deadline:  April 12, 2010 at 4:00 p.m.
On consent of the parties, the Response Deadline was extended to 4:00 p.m. on April 13, 2010 for Third Screen Media, Inc.

46429/0001-6794659v1

Responses Received:

> (a)    Response of Cisco Systems Capital Corporation to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 12, 2010) (Docket No. 4004)

> Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to the claims of Third Screen Media, Inc. and Zenith Media. The Objection was withdrawn with respect to the claims of Avaya, Inc., Todd Umbarger, North South Promotions II, Inc., USDR and Zenith Media (in part). The Debtors filed a certification of counsel, together with a proposed order seeking approval of a stipulation resolving the Objection to the claim of Cisco Systems Capital Corporation. This matter will not be going forward unless otherwise directed by the Court.

8.    Debtors' Thirty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed June 14, 2010) (Docket No. 4785)

Related Document(s):

> (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed June 30, 2010) (Docket No. 4910)

> (b)    Certification of No Objection Regarding Docket No. 4785 (Filed July 9, 2010) (Docket No. 4980)

Response Deadline: July 7, 2010 at 4:00 p.m.

Responses Received: None.

> Status:    A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

9.    Motion for an Order Pursuant to 11 U.S.C. § 365(a) Authorizing the Debtors to Assume Certain Syndicated Program Agreements with Carsey-Werner Distribution (Filed June 25, 2010) (Docket No. 4885)

Related Document(s):

> (a)    Certification of No Objection Regarding Docket No. 4885 (Filed July 9, 2010) (Docket No. 4981)

7

Response Deadline:  July 7, 2010 at 4:00 p.m.

Responses Received: None.

Status:        A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

## CONTESTED MATTERS GOING FORWARD

10.    Motion of Ivan J. Bates for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (Filed June 8, 2010) (Docket No. 4725)

Related Document(s):

(a)    Amended Notice of Motion (Filed June 8, 2010) (Docket No. 4726)

Objection Deadline:  July 7, 2010 at 4:00 p.m.

Responses Received:

(a)    Debtors' Objection to the Motion of Ivan J. Bates for Relief from the Automatic Stay (Filed July 7, 2010) (Docket No. 4951)

(b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the Motion of Ivan J. Bates for Relief from the Automatic Stay (Filed July 7, 2010) (Docket No. 4952)

Status:        In accordance with Del. Bankr. L. R. 4001-1(d), counsel for the Debtors has attempted to confer with the movant with respect to the Motion but has not reached a resolution.  This matter will be going forward.

11.    Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full (Filed June 22, 2010) (Docket No. 4852)

Objection Deadline:  July 7, 2010 at 4:00 p.m.

Responses Received:

(a)    Debtors' (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 6, 2010) (Docket No. 4943)

46429/0001-6794659v1

    (b)     Official Committee of Unsecured Creditors' Objection to Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full (Filed July 7, 2010) (Docket No. 4946)

    (c)     Objection of Certain Settlement Supporters to Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full [Dkt. No. 4852] and Joinder to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Dkt. No. 4943] (Filed July 7, 2010) (Docket No. 4949)

Status:    This matter will be going forward.

12.    Debtors' (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 6, 2010) (Docket No. 4943)

Related Document(s):

    (a)     Order Setting Expedited Hearing and Shortening Notice Period with Respect to Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order of the Plan Confirmation Hearing (Entered July 7, 2010) (Docket No. 4948)

    (b)     Notice of Hearing on Cross Motion (Filed July 8, 2010) (Docket No. 4961)

Objection Deadline: July 12, 2010 at 4:00 p.m.

Responses Received:

    (a)     Objection of Certain Settlement Supporters to Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full [Dkt. No. 4852] and Joinder to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Dkt. No. 4943] (Filed July 7, 2010) (Docket No. 4949)

Status:    This matter will be going forward.

46429/0001-6794659v1

## STATUS CONFERENCES

13.    Status Conference with Respect to Examiner's Report

14.    Status Conference with Respect to Confirmation Hearing

Dated:  July 12, 2010

> SIDLEY AUSTIN LLP
> Bryan Krakauer
> James F. Conlan
> One South Dearborn Street
> Chicago, IL  60603
> Telephone:  (312) 853-7000
>
>             -and-
>
> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.

By:    _____
> Norman L. Pernick (No. 2290)
> J. Kate Stickles (No. 2917)
> 500 Delaware Avenue, Suite 1410
> Wilmington, DE  19801
> Telephone:  (302) 652-3131
>
> ATTORNEYS FOR DEBTORS
> AND DEBTORS IN POSSESSION