**U.S. Department of Labor**          Office of the Solicitor
                                      Washington, D.C. 20210

                                                              July 8, 2010

United States Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

                          Re: In re Tribune Company, Case No. 08-13141

Dear Sir:

    I am an attorney with the United States Department of Labor (the"DOL"). The DOL filed a Notice of Appearance and Request for Notice dated June 17, 2009 (Docket No. 1580) in which it requested, among other things, that electronic notice be provided to goldberg.elizabeth@dol.gov.

    I am herein requesting that electronic notice also be sent to gerson.leonard@dol.gov.

    Thank you for your assistance.

                                      Very truly yours,

                                      LEONARD H. GERSON
                                      Trial Attorney
                                      U.S. Department of Labor
                                      Office of the Solicitor
                                      Plan Benefits Security Division
                                      P.O. Box 1914
                                      Washington, D.C. 20013
                                      Telephone: (202) 693-5615
                                      Facsimile: (202) 693-5610
                                      Gerson.leonard@dol.gov