**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket No. 4990** |
| | : | |

**CERTIFICATE OF SERVICE**

       I, Raymond H. Lemisch, Esquire, hereby certify that on July 12, 2010, a true and correct copy of *Wilmington Trust Company's Objection to the Cross-Motion of the Debtors for Entry of a Preliminary Pretrial Scheduling Order for the Plan Confirmation Hearing* [Docket No. 4990] was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via hand delivery or regular mail upon the following parties:

| | |
|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Patrick J. Reilley, Esquire<br>COLE, SCHOTZ, MEISEL, FORMAN<br>  & LEONARD, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>*Counsel to the Debtors* | James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>Janet E. Henderson, Esquire<br>Kevin T. Lantry, Esquire<br>Kerriann S. Mills, Esquire<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>*Counsel to the Debtors* |
| Adam G. Landis, Esquire<br>Matthew McGuire, Esquire<br>Landis Rath & Cobb, LLP<br>919 Market Street, 6th Floor<br>Wilmington, DE 19801<br>*Counsel to the Committee* | Howard Seife, Esquire<br>David LeMay, Esquire<br>Douglas Deutsch, Esquire<br>Chadbourne & Parke, LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>*Counsel to the Committee* |

3632445_1.DOC

| | |
|---|---|
| Mark D. Collins, Esquire<br>Robert J. Stearn, Esquire<br>Drew G. Sloan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>*Attorneys for JPMorgan Chase Bank, N.A.*<br>*and JPMorgan Securities, Inc.* | Dennis E. Glazer, Esquire<br>Sharon Katz, Esquire<br>Elliot Moskowitz, Esquire<br>Michael Russano, Esquire<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>*Attorneys for JPMorgan Chase Bank, N.A.*<br>*and JPMorgan Securities, Inc.* |
| Jeffrey M. Schlerf, Esquire<br>Eric M. Sutty, Esquire<br>John H. Strock, Esquire<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 North Market Street, Suite 1600<br>Wilmington, DE  19801<br>*Attorneys for the Bridge Agent* | Thomas E. Lauria, Esquire<br>Gerard Uzzi, Esquire<br>David Hille, Esquire<br>Andrew Hammond, Esquire<br>Scott Greissman, Esquire<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY  10036<br>*Attorneys for the Bridge Agent* |
| Garvan F. McDaniel, Esquire<br>BIFFERATO GENTILOTTI LLC<br>800 N. Market Street, Plaza Level<br>Wilmington, DE 19801<br>*Counsel to Law Debenture Trust Company*<br>*of New York* | Mark M. Billion , Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801<br>*Counsel to Centerbridge Credit Advisors*<br>*LLC* |
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801 | |

Dated:  July 12, 2010

**BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP**

By:     */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        Jennifer R. Hoover, Esquire (No. 5111)
        222 Delaware Ave., Suite 801
        Wilmington, DE 19801
        302-442-7010 (telephone)
        302-442-7012 (facsimile)
        rlemisch@beneschlaw.com
        jhoover@beneschlaw.com

2

3632445_1.DOC

- and -

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*

3632445_1.DOC