## CERTIFICATE OF SERVICE

The undersigned hereby certifies that one (1) copy of the attached pleading was served this 12th day of July, 2010 upon the following individuals by CM/ECF (as applicable) and the method indicated below:

| | |
|---|---|
| **Via First Class Mail**<br>James F. Conlan, Esq.<br>Bryan Krakauer, Esq.<br>Jessica C.K. Boelter, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | **Via First Class Mail**<br>Chadbourne & Parke, LLP<br>Douglas E. Deutsch, Esq.<br>Howard Seife, Esq.<br>David M. Lemay, Esq.<br>Robert A. Schwinger, Esq.<br>Thomas J. McCormack, Esq.<br>30 Rockefeller Plaza<br>New York, NY  10112 |
| **Via First Class Mail**<br>Sidley Austin LLP<br>James F. Bendernagel, Jr., Esq.<br>1501 K Street, N.W.<br>Washington, D.C.  20005 | **Via First Class Mail**<br>Thomas G. Macauley, Esq.<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>P.O. Box 1028<br>Wilmington, DE 19801 |
| **Via First Class Mail**<br>Sidley Austin LLP<br>Kevin T. Lantry, Esq.<br>555 West Fifth Street<br>Los Angeles, California  90013 | **Via First Class Mail**<br>Cole Schotz Meisel Forman & Leonard<br>J. Kate Stickles<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801 |

| | |
|---|---|
| **Via First Class Mail**<br>Landis Rath & Cobb LLP<br>Adam G. Landis<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | **Via First Class Mail**<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| **Via First Class Mail**<br>Michael A. Henry<br>Gross, McGinley, Labarre & Eaton, LLP<br>33 S. 7th Street<br>P.O. Box 4060<br>Allentown, PA 18105-4060 | **Via First Class Mail**<br>Johnson & Bell, Ltd<br>Patrick Theodore Garvey<br>33 W. Monroe, Suite 2700<br>Chicago, IL 60603 |
| **Via First Class Mail**<br>Buchalter Nemer<br>William S. Brody<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017 | **Via First Class Mail**<br>Nathan E. Siegel, Esquire<br>Levine, Sullivan, Koch 7 Schulz, LLP<br>1050 17th Street NW, Suite 800<br>Washington, DC 20036-5514 |

**FOX ROTHSCHILD LLP**

/s/ Danielle S. Blount, Esquire
Danielle S. Blount, Esquire (No. 5135)