**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AMALGAMATED (2567) | ATTN: IRWIN ROTH OR PROXY DEPT. 275 7TH AVENUE NEW YORK NY 10001 |
| AMERIPRISE (0216) | ATTN: MARY WALKER OR PROXY DEPT. 2178 AXP FINANCIAL CENTER MINNEAPOLIS MN 55474 |
| AMERIPRISE (0756) | ATTN: MIKE KOHLER OR PROXY DEPT. 751 GRISWOLD STREET DETROIT MI 48226 |
| ASSENT (0442) | ATTN: JOHN HOFFMAN OR PROXY DEPT. 5 MARINE PLAZA SUITE 102 HOBOKEN NJ 07030 |
| BAIRD & CO (0547) | ATTN: SARA BLANKENHEIM OR PROXY DEPT. 777 EAST WISCONSIN AVE MILWAUKEE WI 53202 |
| BANC OF AMERICA SECURITIES (0773) | ATTN: PHIL GATTO OR PROXY DEPT. 100 W. 33RD STREET 3RD FLOOR NEW YORK NY 10001 |
| BANK OF AMERICA NA/GWIM (0955) | ATTN: SHARON BROWN OR PROXY DEPT. 1201 MAIN DALLAS TX 75202 |
| BANK OF NEW YORK (0901) | ATTN: MICKEY JIMENEZ OR PROXY DEPT. ONE WALL STREET 6TH FLOOR NEW YORK NY 10286 |
| BARCLAY/LE (0229) | ATTN: GIOVANNA LAURELLA OR PROXY DEPT. 70 HUDSON ST. 7TH FLOOR JERSEY CITY NJ 07302 |
| BARCLAYS CAPITAL (5101) | ATTN: LARRY HAMMOND OR PROXY DEPT. 222 BROADWAY NEW YORK NY 10038 |
| BARCLAYS FIXED (7256) | ATTN: NELLIE FOO OR REORG DEPT. 200 CEDAR KNOLLS ROAD WHIPPANY NJ 07981 |
| BNY MELLON /FMSBONDS (2023) | ATTN: SCOTT HABURA OR PROXY DEPT. 16 WALL STREET 5TH FLOOR NEW YORK NY 10005 |
| BNY MELLON (0954) | ATTN: SUSAN KARAFA OR PROXY DEPT. 525 WILLIAM PENN PLACE SUITE 3418 PITTSBURGH PA 15259 |
| BNY MELLON / BARCLAYS (2103) | ATTN: RAY CESTARO OR PROXY DEPT. ONE WALL STREET NEW YORK NY 10286 |
| BRANCH BANKING (5385) | ATTN: TANJI BASS OR PROXY DEPT. 223 W. NASH STREET 3RD FLOOR WILSON NC 27893 |
| BROADRIDGE | ATTN: N33984, N33986-89, N33990 50 EMJAY BLVD. BRENTWOOD NY 11717 |
| BROWN BROTHERS (0010) | ATTN: PAUL NONNON OR PROXY DEPT. 525 WASHINGTON BLVD. NEW PORT TOWERS JERSEY CITY NJ 07310-1607 |
| CANACCORD GENUITY CORP./CDS (5046) | ATTN: ALMA GOCO OR PROXY DEPT. PACIFIC CENTER 2200-609 GRANVILLE STREET VANCOUVER BC V7Y 1H2 CANADA |
| CHARLES SCHWAB & CO. (0164) | ATTN: EVA FLORES OR PROXY DEPT. 211 MAIN STREET SAN FRANCISCO CA 94105 |
| CIBC WORLD MARKETS /CDS (5030) | ATTN: JERRY NICASTRO OR PROXY DEPT. 161 BAY STREET 10TH FLOOR TORONTO ON M5J 2S8 CANADA |
| CITADEL SECURITIES (0395) | ATTN: MARCIA BANKS OR PROXY DEPT. 131 SOUTH DEARBORN ST CHICAGO IL 60603 |
| CITIBANK (2032) | ATTN: OLGA MOLINA OR PROXY DEPT. 111 WALL ST 6TH FLOOR NEW YORK NY 10005 |
| CITIBANK N.A. (0908) | ATTN: CAROLYN TREBUS OR PROXY DEPT. 3800 CITIBANK CENTER B3-12 TAMPA FL 33610 |
| CITIGROUP GLOBAL MARKETS (0418) | ATTN: PAT HALLER OR PROXY DEPT. 111 WALL ST 6TH FLOOR NEW YORK NY 10005 |
| CITIGROUP GLOBAL MKTS. /SALOMON (0274) | ATTN: CHRIS MORALES OR PROXY DEPT. 111 WALL ST. 4TH FLOOR NEW YORK NY 10005 |
| CLEARVIEW CORRESPONDENT (0702) | ATTN: GLORIA LIO OR PROXY DEPT. 30 HUDSON STREET 16TH FLOOR JERSEY CITY NJ 07302 |
| COMERICA (2108) | ATTN: GLORIA IMHOFF OR PROXY MGR 411 WEST LAFAYETTE MAIL CODE 3530 DETROIT MI 48226 |
| CREDIT SUISSE SECURITIES (USA) (0355) | ATTN: EMILY CONNORS OR PROXY DEPT. 7200 KIT CREEK ROAD BUILDING 11, 2ND FLOOR RESEARCH TRIANGLE PARK NC 27709 |
| CROWELL WEEDON & CO. (0574) | ATTN: LARRY SCHILT OR PROXY DEPT. 624 S. GRAND AVENUE 25TH FLOOR LOS ANGELES CA 90017 |
| CUSTODIAL TRUST COMPANY (2424) | ATTN: MARGARET AKO-ADO OR PROXY DEPT. MAIL CODE TX1-J165 14201 DALLAS PKWY 2ND FLOOR DALLAS TX 75254-2916 |
| D.A. DAVIDSON & CO. (0361) | ATTN: DENISE WEGNER OR PROXY DEPT. 8 THIRD STREET NORTH P.O. BOX 5015 GREAT FALLS MT 59403 |
| DAVENPORT & CO. (0715) | ATTN: KIM NIEDING OR PROXY DEPT. 901 EAST CARY STREET 11TH FLOOR RICHMOND VA 23219 |
| DAVID LERNER ASSOCIATES (5144) | ATTN: JOSEPH F. WEST OR PROXY DEPT. 477 JERICHO TURNPIKE 25TH FLOOR SYOSSET NY 11791-9006 |
| DEPOSITORY TRUST CO | ATTN: ED HAIDUK 55 WATER ST 25TH FLOOR NEW YORK NY 10041 |
| DEUTSCHE BANK SECURITIES (0573) | ATTN: STEVE PACELLA OR PROXY DEPT. 5022 GATE PARKWAY SUITE 100 JACKSONVILLE FL 32256 |

| Claim Name | Address Information |
|---|---|
| E*TRADE CAP MKTS (3550) | ATTN: ERIKA DILIBERTO OR PROXY MGR ONE FINANCIAL PLACE STE 3030 440 S. LASALLE STREET CHICAGO IL 60605 |
| E*TRADE CLEARING (0385) | ATTN: M. FREIFIELD OR PROXY DEPT. 1981 MARCUS AVENUE 1ST FLOOR LAKE SUCCESS NY 11042 |
| EDWARD JONES (0057) | ATTN: STEPHANIE VOLZ OR PROXY MGR CORPORATE ACTIONS & DISTRIBUTION 12555 MANCHESTER ROAD ST. LOUIS MO 63131 |
| FIDUCIARY (0987) | ATTN: STEPHEN M MORAN OR PROXY DEPT. 225 FRANKLIN ST MAO-3 BOSTON MA 02210 |
| FIFTH THIRD BANK THE (2116) | ATTN: CARRIE POTTER OR PROXY DEPT. 5001 KINGSLEY DRIVE MAIL DROP 1M0B2D CINCINNATI OH 45227 |
| FIRST CLEARING (0141) | ATTN: MICHELE URESH OR PROXY DEPT. 2801 MARKET STREET MO 3540 ST. LOUIS MO 63103 |
| FIRST NATIONAL BANK OF OMAHA (2254) | ATTN: JULIE GERDES OR PROXY DEPT. 1620 DODGE STREET OMAHA NE 68102 |
| FIRST SOUTHWEST CO. (0309) | ATTN: BRETT WEAVER OR PROXY DEPT. 911 W LOOP 281 STE. 411 LONGVIEW TX 75604 |
| GOLDMAN SACHS (0005 & 0501) | ATTN: VANESSA CAMARDO OR PROXY MGR 30 HUDSON STREET PROXY DEPARTMENT JERSEY CITY NJ 07302 |
| GOLDMAN 2941 | ATTN: PATRICIA BALDWIN OR PROXY DEPT. ONE NEW YORK PLAZA 45TH FL NEW YORK NY 10004 |
| HARRIS NA (2697) | ATTN: MINA GARCIA OR PROXY DEPT. 111 WEST MONROE CHICAGO IL 60603 |
| HSBC BANK USA N.A.-IPB (2122) | ATTN: ED FREITAS OR PROXY DEPT. 452 5TH AVENUE 2ND FLOOR NEW YORK NY 10018 |
| INGALLS & SNYDER L.L.C. (0124) | ATTN: LES BIANCO OR PROXY DEPT. 61 BROADWAY 31ST FLOOR NEW YORK NY 10006 |
| INTERACTIVE BRKRS (0534) & TIMBER HILL (0549) | ATTN: MARIA TARDIO OR PROXY MGR 1 PICKWICK PLAZA GREENWICH CT 06830 |
| J.J.B. HILLIARD W.L. LYONS (0768) | ATTN: RICH GELLES OR PROXY DEPT. 500 WEST JEFFERSON ST. 6TH FLOOR LOUISVILLE KY 40202 |
| J.P. MORGAN CLEARING CORP. (0352) | ATTN: STEVE GEOGHEGAN OR PROXY DEPT. ONE METROTECH CENTER NORTH REORG DEPT 4TH FLOOR BROOKLYN NY 11201-3862 |
| JANNEY MONTGOMERY SCOTT (0374) | ATTN: BOB MARTIN OR PROXY DEPT. 1801 MARKET STREET 9TH FLOOR PHILADELPHIA PA 19103-1675 |
| JPM / RBS (2230) | ATTN: NORE SCARLETT OR PROXY DEPT. 4 NEW YORK PLAZA 11TH FLOOR NEW YORK NY 10004 |
| JPMORGAN CHASE (0902 2164 2517) | ATTN: JACOB BACK OR PROXY DEPT. 14201 DALLAS PARKWAY 12TH FLOOR DALLAS TX 75254 |
| LEGENT CLEARING (0052) | ATTN: AMBRA STRAIGHT OR PROXY DEPT. 9300 UNDERWOOD AVENUE SUITE 400 OMAHA NE 68114 |
| LPL FINANCIAL CORPORATION (0075) | ATTN: CARISSA BURGOA OR PROXY DEPT. 9785 TOWNE CENTRE DRIVE SAN DIEGO CA 92121-1968 |
| M&I MARSHALL & ILSLEY BANK (0992) | ATTN: CYNTHIA HAMMERELL OR PROXY DEPT. 1000 N. WATER STREET –TR 14 MILWAUKEE WI 53202 |
| MANULIFE SECURITIES CDS (5047) | ATTN: JOSEPH CHAU OR PROXY MGR 85 RICHMOND STREET WEST TORONTO ON M5H 3K6 CANADA |
| MEDIANT COMMUNICATIONS | ATTN: VINNY MISIANO 109 N. FIFTH STREET SADDLEBROOK NJ 07663 |
| MERRILL LYNCH (0161) | ATTN: ROBERT BURKE OR PROXY DEPT. C/O TRITECH SERVICES 4 CORPORATE PLACE CORPORATE PARK 287 PISCATAWAY NJ 08854 |
| MERRILL LYNCH (5198) | ATTN: VERONICA O'NEILL OR PROXY MGR 101 HUDSON STREET 8TH FLOOR JERSEY CITY NJ 07302 |
| MESIROW FINANCIAL (0727) | ATTN: ANNA SOLUS OR PROXY DEPT. 350 NORTH CLARK 2ND FLOOR CHICAGO IL 60610 |
| MF GLOBAL (0650) | ATTN: JAMES ARNELLA OR PROXY DEPT. 717 FIFTH AVE NEW YORK NY 10022 |
| MORGAN KEEGAN & CO. (0780) | ATTN: JOHN CAMPBELL OR PROXY DEPT. 50 NORTH FRONT STREET 4TH FLOOR MEMPHIS TN 38103 |
| MORGAN STANLEY & CO. (0050) | ATTN: JONATHAN GOLDMAN OR PROXY DEPT. ONE NEW YORK PLAZA 7TH FLOOR NEW YORK NY 10004 |
| MORGAN STANLEY SMITH BARNEY (0015) | ATTN: DAVID SAFRAN OR PROXY DEPT. 601 HARBORSIDE FINANCIAL CENTER PLAZA 3, 6TH FLOOR JERSEY CITY NJ 07311 |

| Claim Name | Address Information |
| --- | --- |
| MURPHY & DURIEU (0041) | ATTN: JAMES GOLDIN OR PROXY DEPT. 120 BROADWAY 17TH FLOOR PROXY DEPT. NEW YORK NY 10271 |
| NATIONAL FINANCIAL SERVICES (0226) | ATTN: PAUL GALENO OR PROXY DEPT. 1 WORLD FINANCIAL CENTER 200 LIBERTY STREET, 5TH FLOOR NEW YORK NY 10004 |
| NBCN /CDS (5008) | ATTN: BENOIT HENAULT OR PROXY DEPT. 1010 RUE DE LA GAUCHETIERE ST. WEST SUITE 1925 MONTREAL QC H3B 5J2 CANADA |
| NORTHERN TRUST CO. THE (2669) | ATTN: ROBERT VALENTIN OR PROXY DEPT. 801 S. CANAL STREET REORG DEPT. FLOOR C1N CHICAGO IL 60607 |
| NORTHERN TRUST SAFEKEEPING (2684) | ATTN: SUE STIMAC OR PROXY DEPT. 50 SOUTH LASALLE STREET, LEVEL A CHICAGO IL 60675 |
| OPPENHEIMER & CO. (0571) | ATTN: COLIN SANDY OR PROXY DEPT. 125 BROAD STREET 15TH FLOOR NEW YORK NY 10004 |
| OPTIONXPRESS (0338) | ATTN: SCOTT JOHNSON OR PROXY DEPT. 311 W. MONROE STREET CHICAGO IL 60606 |
| PENSON FINANCIAL SERVICES (0234) | ATTN: HEATHER BEASLEY OR PROXY DEPT. 1700 PACIFIC AVENUE SUITE 1400 DALLAS TX 75201 |
| PENSON FINANCIAL SVCS. /CDS (5063) | ATTN: ROBERT MCPHEARSON OR PROXY DEPT. 330 BAY STREET SUITE 711 TORONTO ON M5H 2S8 CANADA |
| PERSHING (0443) | ATTN: EDDIE ORLANDO OR PROXY DEPT. 1 PERSHING PLAZA 7TH FLOOR – REORG. JERSEY CITY NJ 07399 |
| PNC BANK NATIONAL ASSN. (2616) | ATTN: MARIE ROCHE OR PROXY DEPT. 8800 TINICUM BLVD MS F6-F266-02-2 PHILADELPHIA PA 19153 |
| PRIMEVEST FINANCIAL SVCS. (0701) | ATTN: MARK SCHOUVILLER OR PROXY DEPT. 400 1ST STREET SOUTH ST. CLOUD MN 56301 |
| RAYMOND JAMES (0725) | ATTN: MIKE DILLARD OR PROXY DEPT. 880 CARILION PKWY ST PETERSBURG FL 33716 |
| RBC (4801) | ATTN: PETER DRUMM OR PROXY DEPT. 200 BAY ST ROYAL BK PLAZA NORTH TOWER 6TH FL TORONTO ON M5J 2W7 CANADA |
| RBC CAPITAL MARKETS (0235) | ATTN: TARA OLMANSON OR PROXY DEPT. 510 MARQUETTE AVE SOUTH MINNEAPOLIS MN 55402 |
| RBC DOMINION SECURITIES /CDS (5002) | ATTN: DESIREE D'MELLO OR PROXY DEPT. ROYAL BANK PLAZA 200 BAY ST 6TH FL, NORTH TOWER TORONTO ON M5J 2W7 CANADA |
| RELIANCE TRUST (2042) | ATTN: ANN ECKER OR PROXY DEPT. 7650 MAGNA DRIVE BELLEVILLE IL 62223 |
| RIDGE CLEARING (0158) | ATTN: MINA ROBERTSON OR PROXY DEPT. 1981 MARCUS AVENUE 1ST FLOOR LAKE SUCCESS NY 11042 |
| SCOTIA CAPITAL /CDS (5011) | ATTN: EVELYN PANDE OR PROXY DEPT. SCOTIA PLAZA P.O. BOX 4085 TORONTO ON M5W 2X6 CANADA |
| SCOTTRADE (0705) | ATTN: SONJA BRADLEY-WADLEY OR PROXY DEPT. 12855 FLUSHING MEADOWS DRIVE ST. LOUIS MO 63131 |
| SEI PRIVATE TRUST CO. (2039) | ATTN: MICHAEL BONENBERGER OR PROXY DEPT. ONE FREEDOM VALLEY DRIVE OAKS PA 19456 |
| SOUTHWEST SECURITIES (0279) | ATTN: DORIS KRAJC OR PROXY DEPT. 1201 ELM STREET SUITE 3700 DALLAS TX 75270 |
| SSB – TRUST CUSTODY (2319) | ATTN: ED CHANEY OR PROXY DEPT. 1200 CROWN COLONY DRIVE QUINCY MA 02169 |
| STATE STREET (2399) | ATTN: MICHAL KANIA OR PROXY DEPT. 525 WILLIAM PENN PLACE PITTSBURGH PA 15259 |
| STATE STREET BANK AND TRUST CO. (0997) | ATTN: AMANDA BANTA OR PROXY DEPT. CORP ACTIONS – JAB5E 1776 HERITAGE DRIVE NORTH QUINCY MA 02171 |
| STEPHENS (0419) | ATTN: LINDA THOMPSON OR PROXY DEPT. 111 CENTER STREET 4TH FLOOR LITTLE ROCK AR 72201-4402 |
| STERNE AGEE & LEACH (0750) | ATTN: WENDY FLETCHER OR PROXY DEPT. 813 SHADES CREEK PARKWAY SUITE 100-B BIRMINGHAM AL 35242 |
| STIFEL NICOLAUS & CO. (0793) | ATTN: CHRIS WIEGAND OR PROXY DEPT. 501 N. BROADWAY  7TH FLOOR STOCK RECORD DEPT ST. LOUIS MO 63102 |
| SUNTRUST BANK (2971) | ATTN: JULIA COLANTUONO OR PROXY DEPT. 25 PARK PLACE NE ATLANTA GA 30303 |
| TD AMERITRADE CLEARING (0188) | ATTN: GARY SWAIN OR PROXY DEPT. 1005 NORTH AMERITRADE PLACE BELLVIEW NE 68005 |
| TD WATERHOUSE CANADA /CDS (5036) | ATTN: ROHIT SANDHU OR PROXY DEPT. 60 NORTH WINDPLACE SCARBOROUGH ON M1S 5L4 CANADA |

| Claim Name | Address Information |
| --- | --- |
| TIMBER HILL (0549) | ATTN: MARIA TARDIO OR PROXY MGR 1 PICKWICK PLAZA GREENWICH CT 06830 |
| TRADESTATION (0271) | ATTN: PROXY DEPT. 8050 SW 10TH ST PLANTATION FL 33324 |
| U.S. BANK N.A. (2803) | ATTN: PAUL KUXHAUS OR PROXY DEPT. 1555 N. RIVER CENTER DRIVE SUITE 302 MILWAUKEE WI 53212 |
| UBS FINANCIAL SERVICES   (0221) | ATTN: SALVATORE SCHIAVONE OR PROXY DEPT. 1000 HARBOR BLVD WEEHAWKEN NJ 07086 |
| UBS SECURITIES   (0642) | ATTN: JEFF LAZARUS OR PROXY DEPT. 480 WASHINGTON BLVD. 12TH FLOOR JERSEY CITY NJ 07310 |
| UNION BANK OF CALIFORNIA N.A. (2145) | ATTN: JOYCE LEE OR PROXY DEPT. 530 B STREET SUITE 242 SAN DIEGO CA 92101 |
| US BANCORP (0280) | ATTN: KATHY DABRUZZI OR PROXY DEPT. 60 LIVINGSTON AVE EP-MN-WN2H ST. PAUL MN 55107-1419 |
| USAA INVESTMENT (0367) | ATTN: JOSEPH BALLESTEROS OR PROXY DEPT. 9800 FREDRICKBURG ROAD SAN ANTONIO TX 78211 |
| VANGUARD MARKETING   (0062) | ATTN: PAUL NONNON OR PROXY DEPT. 525 WASHINGTON BLVD. NEW PORT TOWERS JERSEY CITY NJ 07310-1607 |
| WACHOVIA BANK (0929) | ATTN: VICTORIA STEWART OR PROXY DEPT. 1525 W WT HARRIS BLVD CHARLOTTE NC 28262-8522 |
| WEDBUSH MORGAN SECURITIES   (0103) | ATTN: ALAN P. FERREIRA OR PROXY DEPT. 1000 WILSHIRE BLVD LOS ANGELES CA 90017 |
| WELLS FARGO BANK NATIONAL ASSN. (2027) | ATTN: LORA DAHLE OR PROXY DEPT. 733 MARQUETTE AVENUE 5TH FL. MAC N9306-057 MINNEAPOLIS MN 55479 |
| WELLS FARGO INVESTMENT   (0733) | ATTN: MARGARET KLASEN OR PROXY DEPT. 625 MARQUETTE AVENUE 13TH FLOOR MINNEAPOLIS MN 55402-2308 |
| WILLIAM BLAIR & CO. L.L.C. (0771) | ATTN: SARAH AHRENS OR PROXY DEPT. 222 WEST ADAMS STREET CHICAGO IL 60606 |

**Total Creditor count  111**