**EXHIBIT D**

# Epiq Bankruptcy Solutions LLC

M E M O R A N D U M

**TO:** All Banks, Brokers and Other Intermediaries

**DATE:** July 02, 2010

**SUBJECT:** Tribune Company, et al.

Record Date: May 17, 2010

| CUSIPs | Broadridge Jobs |
|---|---|
| 896047305 | N33984 |
| 887360AT2 | N33986 |
| 887364AA5 | N33987 |
| 887364AB3 | N33988 |
| 887364AF4 | N33989 |
| 896047AE7 | N33990 |
| 896047AF4 | |
| 89604KAN8 | |
| 89605HBY9 | |

Enclosed for immediate distribution to the beneficial holders of the above-referenced CUSIPs is the following material:

- **ORDER OF EXTENDED DEADLINE:** ORDER (I) AMENDING CERTAIN DEADLINES IN (A) DISCOVERY AND SCHEDULING ORDER AND (B) SOLICITATION ORDER, AND (II) APPROVING MOTION OF COURT-APPOINTED EXAMINER, KENNETH N. KLEE, ESQ., FOR EXTENSION OF REPORT DEADLINE

Please note, if you use Broadridge to distribute materials, we have provided them with hard copies to distribute on your behalf, and the enclosures are courtesy copies for your records. Should you require additional copies of the enclosed materials, please contact tabulation@epiqsystems.com .

Invoices regarding distribution of the above materials should be directed to

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
Attn: Lucy Merino.