# EXHIBIT A

**SUMMARY OF PROFESSIONALS TIME RECORDS**
**MAY 1, 2010 THROUGH MAY 31, 2010**

Moelis & Company
Summary of Hours Worked
May 1, 2010 - May 31, 2010

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 15.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 12.0 |
| John Momtazee | Managing Director, Media | 9.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 20.5 |
| Larry Kwon | Vice President, Restructuring Group | 14.0 |
| Ashish Ajmera | Vice President, Media | 27.0 |
| Evan Glucoft | Associate | 31.0 |
| Vishal Patel | Analyst | 42.5 |
| | **Total Moelis Team Hours** | **171.0** |

# Tribune Co.                                          MOELIS & COMPANY

Time Log - May 2010

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 15.0 |
| Navid Mahmoodzadegan | Managing Director | 12.0 |
| John Momtazee | Managing Director | 9.0 |
| Zul Jamal | Sr. Vice President | 20.5 |
| Larry Kwon | Vice President | 14.0 |
| Ashish Ajmera | Vice President | 27.0 |
| Evan Glucoft | Associate | 31.0 |
| Vishal Patel | Analyst | 42.5 |
| **Total** | | **171.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 05/03/10 | 1.0 | Media update |
| Vishal Patel | 05/03/10 | 3.0 | Media update |
| Evan Glucoft | 05/03/10 | 2.0 | Media update |
| Zul Jamal | 05/04/10 | 1.0 | Professionals call |
| Larry Kwon | 05/04/10 | 1.0 | Professionals call |
| Ashish Ajmera | 05/04/10 | 1.0 | Professionals call |
| Evan Glucoft | 05/04/10 | 1.0 | Professionals call |
| Vishal Patel | 05/04/10 | 1.0 | Professionals call |
| Thane Carlston | 05/05/10 | 2.5 | Discussions with creditors |
| Thane Carlston | 05/06/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 05/06/10 | 1.5 | UCC Committee meeting |
| John Momtazee | 05/06/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 05/06/10 | 1.5 | UCC Committee meeting |
| Larry Kwon | 05/06/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 05/06/10 | 1.5 | UCC Committee meeting |
| Evan Glucoft | 05/06/10 | 1.5 | UCC Committee meeting |
| Vishal Patel | 05/06/10 | 1.5 | UCC Committee meeting |
| Thane Carlston | 05/06/10 | 1.0 | Internal Discussion |
| Navid Mahmoodzadegan | 05/06/10 | 1.0 | Internal Discussion |
| Zul Jamal | 05/06/10 | 1.0 | Internal Discussion |
| Navid Mahmoodzadegan | 05/07/10 | 1.0 | Internal Discussion re: TVFN |
| John Momtazee | 05/07/10 | 1.0 | Internal Discussion re: TVFN |
| Ashish Ajmera | 05/07/10 | 1.0 | Internal Discussion re: TVFN |
| Evan Glucoft | 05/07/10 | 1.0 | Internal Discussion re: TVFN |
| Vishal Patel | 05/07/10 | 1.0 | Internal Discussion re: TVFN |
| Thane Carlston | 05/09/10 | 0.5 | Internal Discussion re: Settlement Matters |
| Zul Jamal | 05/09/10 | 0.5 | Internal Discussion re: Settlement Matters |
| Ashish Ajmera | 05/10/10 | 1.0 | Media update |
| Vishal Patel | 05/10/10 | 3.0 | Media update |
| Evan Glucoft | 05/10/10 | 2.0 | Media update |
| Thane Carlston | 05/10/10 | 1.5 | Discussions with legal advisors |
| Ashish Ajmera | 05/10/10 | 2.5 | TVFN Diligence Call |
| Evan Glucoft | 05/10/10 | 2.5 | TVFN Diligence Call |
| Vishal Patel | 05/10/10 | 2.5 | TVFN Diligence Call |
| Zul Jamal | 05/11/10 | 1.0 | Professionals call |
| Larry Kwon | 05/11/10 | 1.0 | Professionals call |
| Ashish Ajmera | 05/11/10 | 1.0 | Professionals call |

**Tribune Co.**                                                                                                          MOELIS & COMPANY

Time Log - May 2010

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 15.0 |
| Navid Mahmoodzadegan | Managing Director | 12.0 |
| John Momtazee | Managing Director | 9.0 |
| Zul Jamal | Sr. Vice President | 20.5 |
| Larry Kwon | Vice President | 14.0 |
| Ashish Ajmera | Vice President | 27.0 |
| Evan Glucoft | Associate | 31.0 |
| Vishal Patel | Analyst | 42.5 |
| Total | | 171.0 |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 05/11/10 | 1.0 | Professionals call |
| Vishal Patel | 05/11/10 | 1.0 | Professionals call |
| Ashish Ajmera | 05/12/10 | 1.0 | TVFN Valuation Analysis |
| Evan Glucoft | 05/12/10 | 3.0 | TVFN Valuation Analysis |
| Vishal Patel | 05/12/10 | 5.0 | TVFN Valuation Analysis |
| Thane Carlston | 05/13/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 05/13/10 | 1.5 | UCC Committee meeting |
| John Momtazee | 05/13/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 05/13/10 | 1.5 | UCC Committee meeting |
| Larry Kwon | 05/13/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 05/13/10 | 1.5 | UCC Committee meeting |
| Evan Glucoft | 05/13/10 | 1.5 | UCC Committee meeting |
| Vishal Patel | 05/13/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 05/13/10 | 1.0 | Recovery Analysis |
| Larry Kwon | 05/13/10 | 1.0 | Recovery Analysis |
| Ashish Ajmera | 05/13/10 | 1.0 | Recovery Analysis |
| Evan Glucoft | 05/13/10 | 2.0 | Recovery Analysis |
| Vishal Patel | 05/13/10 | 3.0 | Recovery Analysis |
| Zul Jamal | 05/13/10 | 1.0 | Bi-Weekly FA call |
| Larry Kwon | 05/13/10 | 1.0 | Bi-Weekly FA call |
| Ashish Ajmera | 05/13/10 | 1.0 | Bi-Weekly FA call |
| Evan Glucoft | 05/13/10 | 1.0 | Bi-Weekly FA call |
| Vishal Patel | 05/13/10 | 1.0 | Bi-Weekly FA call |
| Thane Carlston | 05/14/10 | 1.0 | Internal Discussion re: TVFN |
| Navid Mahmoodzadegan | 05/14/10 | 1.0 | Internal Discussion re: TVFN |
| Zul Jamal | 05/14/10 | 1.0 | Internal Discussion re: TVFN |
| Ashish Ajmera | 05/14/10 | 0.5 | Legal Diligence Call re: TVFN |
| Evan Glucoft | 05/14/10 | 0.5 | Legal Diligence Call re: TVFN |
| Ashish Ajmera | 05/17/10 | 1.0 | Media update |
| Vishal Patel | 05/17/10 | 3.0 | Media update |
| Evan Glucoft | 05/17/10 | 2.0 | Media update |
| Zul Jamal | 05/18/10 | 1.0 | Professionals call |
| Larry Kwon | 05/18/10 | 1.0 | Professionals call |
| Ashish Ajmera | 05/18/10 | 1.0 | Professionals call |
| Evan Glucoft | 05/18/10 | 1.0 | Professionals call |
| Vishal Patel | 05/18/10 | 1.0 | Professionals call |
| Thane Carlston | 05/20/10 | 1.5 | UCC Committee meeting |

**Tribune Co.**                                                                                                          MOELIS & COMPANY

Time Log - May 2010

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 15.0 |
| Navid Mahmoodzadegan | Managing Director | 12.0 |
| John Momtazee | Managing Director | 9.0 |
| Zul Jamal | Sr. Vice President | 20.5 |
| Larry Kwon | Vice President | 14.0 |
| Ashish Ajmera | Vice President | 27.0 |
| Evan Glucoft | Associate | 31.0 |
| Vishal Patel | Analyst | 42.5 |
| **Total** | | **171.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Navid Mahmoodzadegan | 05/20/10 | 1.5 | UCC Committee meeting |
| John Momtazee | 05/20/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 05/20/10 | 1.5 | UCC Committee meeting |
| Larry Kwon | 05/20/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 05/20/10 | 1.5 | UCC Committee meeting |
| Evan Glucoft | 05/20/10 | 1.5 | UCC Committee meeting |
| Vishal Patel | 05/20/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 05/21/10 | 1.0 | TVFN Update Call |
| Thane Carlston | 05/23/10 | 1.5 | Discussions with creditors |
| Zul Jamal | 05/24/10 | 2.0 | Review of Sources & Uses in amended disclosure statement |
| Ashish Ajmera | 05/24/10 | 2.0 | Review of Sources & Uses in amended disclosure statement |
| Larry Kwon | 05/24/10 | 2.0 | Review of Sources & Uses in amended disclosure statement |
| Vishal Patel | 05/24/10 | 2.0 | Review of Sources & Uses in amended disclosure statement |
| Ashish Ajmera | 05/24/10 | 1.0 | Media update |
| Vishal Patel | 05/24/10 | 3.0 | Media update |
| Evan Glucoft | 05/24/10 | 2.0 | Media update |
| Zul Jamal | 05/25/10 | 1.0 | Professionals call |
| Larry Kwon | 05/25/10 | 1.0 | Professionals call |
| Ashish Ajmera | 05/25/10 | 1.0 | Professionals call |
| Evan Glucoft | 05/25/10 | 1.0 | Professionals call |
| Vishal Patel | 05/25/10 | 1.0 | Professionals call |
| Thane Carlston | 05/26/10 | 1.0 | Internal Discussion |
| Navid Mahmoodzadegan | 05/26/10 | 1.0 | Internal Discussion |
| Zul Jamal | 05/26/10 | 1.0 | Internal Discussion |
| Navid Mahmoodzadegan | 05/26/10 | 2.0 | Review of TVFN Documents |
| John Momtazee | 05/26/10 | 2.0 | Review of TVFN Documents |
| Zul Jamal | 05/26/10 | 2.0 | Review of TVFN Documents |
| Ashish Ajmera | 05/26/10 | 2.0 | Review of TVFN Documents |
| Evan Glucoft | 05/26/10 | 1.0 | Review of TVFN Documents |
| Vishal Patel | 05/26/10 | 3.0 | Review of TVFN Documents |
| Thane Carlston | 05/27/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 05/27/10 | 1.5 | UCC Committee meeting |
| John Momtazee | 05/27/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 05/27/10 | 1.5 | UCC Committee meeting |
| Larry Kwon | 05/27/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 05/27/10 | 1.5 | UCC Committee meeting |
| Evan Glucoft | 05/27/10 | 1.5 | UCC Committee meeting |

**Tribune Co.**                                                                                    MOELIS & COMPANY

Time Log - May 2010

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 15.0 |
| Navid Mahmoodzadegan | Managing Director | 12.0 |
| John Momtazee | Managing Director | 9.0 |
| Zul Jamal | Sr. Vice President | 20.5 |
| Larry Kwon | Vice President | 14.0 |
| Ashish Ajmera | Vice President | 27.0 |
| Evan Glucoft | Associate | 31.0 |
| Vishal Patel | Analyst | 42.5 |
| **Total** | | **171.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Vishal Patel | 05/27/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 05/28/10 | 1.0 | Discussions with Chadbourne re: Settlement Discussion |
| Ashish Ajmera | 05/31/10 | 1.0 | Media update |
| Vishal Patel | 05/31/10 | 3.0 | Media update |
| Evan Glucoft | 05/31/10 | 2.0 | Media update |
| | **Total** | **171.0** | |