To: United States Bankruptcy Court
District of Delaware

From: Indiana Department of Revenue

Date: June 21, 2010

Name: Tribune Television Company

Case # 08-13241 (KJC)

## Notice of Withdrawal of Claim

Creditor, Indiana Department of Revenue hereby files its Notice of Withdrawal of Proof of Claim # 4299 pursuant to Bankruptcy Rule 3006.

Upon further investigation, the Indiana Department of Revenue has determined that these tax liabilities are no longer due and owing. As a result, the Department submits this Notice of Withdrawal for the purpose of notifying the Court and all interested parties that its Proof of Claim is hereby withdrawn.

/s/ Carol Lushell Tax Analyst, Indiana Department of Revenue

FILED / RECEIVED

JUL 1 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

To: United States Bankruptcy Court
District of Delaware

From: Indiana Department of Revenue

Date: June 21, 2010

Name: Timer Mirror Payroll Processing Company Incorporated

Case # 08-13215 (KJC)

Notice of Withdrawal of Claim

Creditor, Indiana Department of Revenue hereby files its Notice of Withdrawal of Proof of Claim # 6182 pursuant to Bankruptcy Rule 3006.

Upon further investigation, the Indiana Department of Revenue has determined that these tax liabilities are no longer due and owing. As a result, the Department submits this Notice of Withdrawal for the purpose of notifying the Court and all interested parties that its Proof of Claim is hereby withdrawn.

/s/ Carol Lushell Tax Analyst, Indiana Department of Revenue

FILED / RECEIVED
JUL 1 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

June 21, 2010

Tribune Company Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

RE: Timer Mirror Payroll Processing Company Incorporated
CASE NO: 08-13215 (KJC)

Dear Sir or Madame:

Enclosed are the original and copies of Notice of Withdrawal of Claim for the Indiana Department of Revenue for filing in the above referenced case.

Please return a filed-stamped copy for our files to:

Bankruptcy Section, MS #108
Indiana Department of Revenue
100 N Senate Avenue IGCN Room N-240
Indianapolis, IN 46204

Thank you for your courtesy in this matter.

Sincerely,

*Carol Lushell*

Carol Lushell
Bankruptcy Tax Analyst
Indiana Department of Revenue
(317) 232-2190

FILED / RECEIVED
JUL 1 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC