# EXHIBIT A

416453.1

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

July 13, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:273574
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through May 31, 2010.

| | | |
|---|---|---|
| By Graeme W. Bush<br>118.70  hours at  $765.00  per hour | $ | 90,805.50 |
| By James Sottile<br>121.10  hours at  $675.00  per hour | $ | 81,742.50 |
| By Marshall S. Wolff<br>3.00  hours at  $675.00  per hour | $ | 2,025.00 |
| By Thomas G. Macauley<br>22.10  hours at  $580.00  per hour | $ | 12,818.00 |
| By Andrew N. Goldfarb<br>119.10  hours at  $550.00  per hour | $ | 65,505.00 |
| By Lisa J. Stevenson<br>4.50  hours at  $525.00  per hour | $ | 2,362.50 |
| By Semra Mesulam<br>4.40  hours at  $370.00  per hour | $ | 1,628.00 |
| By Jonathan M. Watkins<br>8.80  hours at  $370.00  per hour | $ | 3,256.00 |
| By John B. Timmer<br>10.80  hours at  $295.00  per hour | $ | 3,186.00 |

By Scott A. Hanna
  25.30  hours at  $300.00  per hour                              $        7,590.00

By Janet M. Braunstein
  8.00  hours at  $275.00  per hour                               $        2,200.00

By Lisa Medoro
  5.80  hours at  $240.00  per hour                               $        1,392.00

By Rey Caling
  9.00  hours at  $195.00  per hour                               $        1,755.00

By Kimberley Wilson
  0.50  hours at  $165.00  per hour                               $           82.50

By Diana Gillig
  1.60  hours at  $160.00  per hour                               $          256.00
                                                                         —————————

                 TOTAL FEES                                      $    276,604.00

                 TOTAL EXPENSES                                 $          0.00

                 TOTAL FEES AND EXPENSES THIS PERIOD           $    276,604.00

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0001


James Sottile

| | | |
|---|---|---|
| 05/03/10 | 0.90 | Telephone conference with Messrs. Seife, McCormack and Ashley (Chadbourne & Parke) and Bush and Goldfarb to prepare for meetings with examiner. |
| 05/03/10 | 2.50 | Review factual and legal memoranda and key case law to prepare for meeting with examiner. |
| 05/03/10 | 0.30 | Meeting with Graeme Bush to prepare for meeting with examiner. |
| 05/03/10 | 1.20 | Draft outline of key issues for meeting with examiner. |
| 05/04/10 | 0.60 | Prepare for meetings with examiner by review key documents. |
| 05/04/10 | 0.40 | Discussions with Graeme Bush to prepare for meetings with examiner. |
| 05/04/10 | 0.60 | Meeting with Chadbourne team and Graeme Bush to prepare for meetings with examiner. |
| 05/04/10 | 1.20 | Participate in "All hands" meeting of counsel for all interested parties and examiner regarding conduct of examination. |
| 05/04/10 | 1.50 | Meeting with examiner and his counsel, Graeme Bush and Chadbourne team regarding conduct of examination and key issues for examination. |
| 05/04/10 | 1.50 | Meetings with Chadbourne team and Graeme Bush regarding conduct of examination, key issues, documents and information to provide examiner and written submissions to examiner. |
| 05/05/10 | 0.40 | Review Alix presentation to lenders and solvency opinions cited therein to be provided to examiner. |
| 05/05/10 | 0.20 | Telephone conference with Mark Ashley (Chadbourne & Parke) regarding drafts of order concerning privilege and confidentiality issues with respect to submissions to examiner. |
| 05/05/10 | 0.30 | Review and comment by e-mail on drafts of order concerning privilege and confidentiality issues with respect to submissions to examiner. |

| 05/05/10 | 0.40 | Meeting with Messrs. Bush, Goldfarb and Macauley regarding presentation to examiner. |
| 05/05/10 | 1.10 | Identify and review key documents to provide to examiner other than solvency opinions. |
| 05/05/10 | 1.70 | Analyze likely objections to settlement embodied in plan from key parties and outline responses. |
| 05/06/10 | 0.60 | Participate in telephonic meeting of Creditors Committee regarding issues relating to examiner and plan confirmation. |
| 05/06/10 | 0.20 | Review and comment on further drafts of examiner order dealing with privilege issues. |
| 05/06/10 | 1.60 | Further work identifying key issues and documents for presentation to examiner and outlining arguments regarding same. |
| 05/07/10 | 0.80 | Participate in call with counsel for interested parties regarding confirmation-related discovery and examiner issues, including privilege. |
| 05/07/10 | 0.60 | Telephone conference with Messrs. Bush, Macauley and Goldfarb regarding issues on examiner process including privilege issues and confirmation-related discovery. |
| 05/07/10 | 0.40 | Second telephone conference with Messrs. Bush, Macauley and Goldfarb regarding issues on examiner process including privilege issues and confirmation-related discovery. |
| 05/07/10 | 0.80 | Telephone conference with Messrs. McCormack, Ashley and Zink (Chadbourne & Parke) and Goldfarb regarding presentations to examiner, privilege issues relating to examiner, confirmation-related discovery and confirmation hearing. |
| 05/07/10 | 0.40 | Review drafts of confirmation discovery plan and examiner privilege order and e-mail correspondence regarding same. |
| 05/09/10 | 0.80 | Telephone conference with Messrs. Seife, McCormack and Ashley (Chadbourne & Parke) and Bush and Goldfarb to prepare for hearing on appointment of examiner, confirmation-related discovery plan and examiner privilege issues. |
| 05/09/10 | 0.50 | Review/analyze Examiner proposed work plan. |
| 05/09/10 | 0.40 | Review decisions regarding confirmation hearing process, including handling of solvency issues. |

| 05/10/10 | 0.50 | Prepare for hearing regarding appointment of Examiner with Graeme Bush. |
| 05/10/10 | 0.40 | Meeting with Messrs. Bendernagel (Sidley) and Bush to prepare for hearing regarding appointment of Examiner. |
| 05/10/10 | 0.40 | Meetings with counsel for other interested parties and Graeme Bush regarding resolution of privilege issues concerning Examiner submissions and discovery plan. |
| 05/10/10 | 1.90 | Hearing regarding Examiner appointment, privilege issues and discovery plan. |
| 05/10/10 | 0.50 | Telephone conference with Messrs. McCormack and Ashley regarding proposed orders on examiner privilege and other issues and discovery plan. |
| 05/10/10 | 0.40 | Participate in conference call with Examiner's counsel from Klee Tuchin and counsel for other interest parties regarding issues on order regarding examiner privilege and discovery issues. |
| 05/11/10 | 0.60 | Participate in weekly professionals conference call regarding developments in bankruptcy, examiner process. |
| 05/11/10 | 2.20 | Review/analyze Examiner's letter identifying issues for submissions and outline answers to such issues. |
| 05/11/10 | 0.70 | Meeting with Messrs. Bush, Goldfarb and Macauley regarding examiner briefing and responses to key issues raised by examiner. |
| 05/11/10 | 0.60 | Telephone conference with Messrs. Jamal (Moelis) and Bush and Goldfarb regarding solvency-related issues for examiner submission. |
| 05/11/10 | 1.70 | Analyze solvency-related issues for presentation to examiner; review key analyses regarding same. |
| 05/12/10 | 0.80 | Telephone conference with Messrs. McCormack and Ashley (Chadbourne & Parke) and Bush and Goldfarb regarding submission to examiner. |
| 05/12/10 | 0.60 | Telephone conference with Messrs. Bush and Rule and Lee (Alix) regarding solvency-related issues for examiner submission and meeting with examiner's financial adviser. |
| 05/12/10 | 2.20 | Work on sections of submission to examiner. |
| 05/13/10 | 0.40 | Participate in conference call with Chadbourne & Parke lawyers and Graeme Bush regarding examiner interviewees. |

| 05/13/10 | 1.00 | Participate in Tribune Committee meeting by telephone. |
|----------|------|--------------------------------------------------------|
| 05/13/10 | 0.60 | Review and markup financial presentation for examiner's financial adviser; meeting with Graeme Bush regarding same. |
| 05/13/10 | 0.40 | Telephone conference with Messrs. Rule (Alix) and Bush regarding financial presentation for examiner's financial adviser. |
| 05/13/10 | 1.80 | Review/analyze key financial analyses and documents to prepare for meeting with examiner's financial adviser. |
| 05/13/10 | 1.40 | Outline key sections of examiner submission regarding LBO claims and defenses. |
| 05/14/10 | 0.40 | Telephone conference with Messrs. Lee and Rule (Alix) and Bush regarding intercompany transactions and potential effect on solvency. |
| 05/14/10 | 0.50 | Conference call with counsel for examiner and Messrs. Bush and Goldfarb regarding potential witnesses to interview and legal and factual questions by examiner's counsel. |
| 05/14/10 | 0.50 | Conference call with Messrs. McCormack, Ashley and Vazquez (Chadbourne & Parke) and Bush to prepare for meeting with examiner's financial adviser. |
| 05/14/10 | 0.90 | Telephone conference with Messrs. Bendernagel (Sidley) and McCormack and Ashley (Chadbourne & Parke) regarding confirmation discovery and hearing. |
| 05/14/10 | 0.20 | Edit memorandum to examiner regarding potential witnesses to interview. |
| 05/14/10 | 0.80 | Review draft of examiner submission. |
| 05/14/10 | 1.80 | Work on analysis and presentation of solvency issues for examiner submission. |
| 05/14/10 | 0.40 | Meeting with Messrs. Bush and Goldfarb regarding draft examiner submission. |
| 05/14/10 | 1.20 | Outline key additional issues to cover in examiner submission. |
| 05/17/10 | 0.60 | Review/analyze financial analyses to prepare for meeting with Examiner's financial adviser, Messrs. Elson of LECG, and Rule of Alix Partners. |
| 05/17/10 | 1.50 | Review and draft comments on draft submission to examiner regarding merits of LBO claims and defenses. |

| | | |
|---|---|---|
| 05/17/10 | 0.20 | Telephone conference with Graeme Bush regarding issues on Debtors Disclosure Statement insert regarding LBO claims. |
| 05/17/10 | 0.20 | Telephone conference with Mark Ashley (Chadbourne & Parke) regarding issues on Disclosure Statement insert regarding LBO claims. |
| 05/17/10 | 1.60 | Meeting with Examiner's financial adviser, Messrs. Elson of LECG, Rule of Alix Partners, Vazquez (Chadbourne & Parke) and Pfister (Klee Tuchin) regarding issues on solvency analysis relevant to LBO claims and defenses. |
| 05/17/10 | 0.60 | Review/analyze financial analyses to prepare for meeting with Examiner's financial adviser, Messrs. Elson of LECG, and Rule of Alix Partners. |
| 05/18/10 | 7.80 | Draft/edit submission to examiner regarding LBO claims and defenses. |
| 05/18/10 | 0.50 | Meetings with Messrs. Bush and Goldfarb regarding submission to examiner regarding LBO claims and defenses. |
| 05/18/10 | 0.30 | Telephone conference with James Bendernagel (Sidley) regarding issues on Debtors' fact statement for examiner and recovery scenarios. |
| 05/18/10 | 0.70 | Participate in committee professionals call regarding status of bankruptcy, examiner process. |
| 05/18/10 | 0.40 | Review/analyze recovery scenarios prepared by Debtors. |
| 05/19/10 | 4.90 | Draft/edit submission to examiner regarding LBO claims and defenses. |
| 05/19/10 | 0.20 | Telephone conference with testifying expert and Graeme Bush regarding solvency issues. |
| 05/19/10 | 2.10 | Identify and review key documents and cases for examiner submission. |
| 05/20/10 | 6.80 | Draft/edit examiner submission regarding LBO claims and defenses. |
| 05/20/10 | 0.70 | Meetings with Messrs. Bush and Goldfarb regarding draft issues on examiner submission regarding LBO claims and defenses. |
| 05/20/10 | 0.90 | Review/analyze Debtors' Statement of Facts and proposed revisions to same; e-mail to Chadbourne & Parke regarding proposed revisions. |

| 05/20/10 | 0.30 | Review Chadbourne & Parke comments on draft examiner submission regarding LBO claims and defenses. |
| 05/20/10 | 0.80 | Review/analyze key solvency cases for examiner submission regarding LBO claims and defenses. |
| 05/20/10 | 0.80 | Analyze subsidiary insolvency issues for examiner submission, including review/analysis of intercompany balances and effect on solvency. |
| 05/21/10 | 4.50 | Continued work draft/editing submission to examiner regarding LBO claims and defenses. |
| 05/21/10 | 0.50 | Telephone conference with Messrs. Zink, Ashley and others at Chadbourne & Parke and Bush and Goldfarb regarding submissions to examiner. |
| 05/21/10 | 0.20 | Telephone conference with James Bendernagel (Sidley) regarding issues on examiner submissions. |
| 05/21/10 | 0.70 | Further work on analysis of subsidiary insolvency issues for examiner submission. |
| 05/22/10 | 3.50 | Final review and editing of submission to examiner regarding LBO claims and defenses. |
| 05/24/10 | 0.50 | Analyze arguments regarding aiding and abetting breach of fiduciary claims. |
| 05/24/10 | 0.70 | Review examiner submission regarding third party claims. |
| 05/25/10 | 0.50 | Review revisions to disclosure statement regarding LBO claims and consider effect on examiner briefing. |
| 05/25/10 | 0.40 | Participate in weekly professionals call regarding status of bankruptcy, examiner process, disclosure statement. |
| 05/25/10 | 1.50 | Begin review/analysis of submissions to examiner regarding LBO claims. |
| 05/25/10 | 1.30 | Review/analyze key cases cited in Credit Agreement Lenders submission to examiner and other cases relevant to issues raised by their submission. |
| 05/26/10 | 3.30 | Review/analyze submissions to Examiner by other parties. |
| 05/26/10 | 1.50 | Participate in telephone call with solvency expert and Messrs. Bush and Goldfarb regarding solvency issues. |
| 05/26/10 | 0.60 | Draft outline of points to make in reply submission to examiner. |

| | | |
|---|---|---|
| 05/26/10 | 1.30 | Work on analysis of solvency questions raised by examiner's financial adviser. |
| 05/27/10 | 0.80 | Meetings with Messrs. Bush and Goldfarb regarding issues to address in reply submission to examiner. |
| 05/27/10 | 0.40 | Telephone conference with Messrs. Zink, Ashley and McCormack (Chadbourne & Parke) and Bush and Goldfarb regarding issues to address in reply submission to examiner. |
| 05/27/10 | 0.40 | Participate in telephonic meeting of Creditors Committee. |
| 05/27/10 | 0.70 | Outline reply submission to examiner. |
| 05/27/10 | 3.80 | Draft reply submission to examiner and further review/analysis of key sections of examiner submissions and cases cited therein in course of draft reply submission. |
| 05/28/10 | 2.50 | Draft reply submission to examiner and review cases and documents on key issues. |
| 05/28/10 | 0.50 | Meeting with Graeme Bush regarding issues on submission to examiner. |
| 05/29/10 | 0.50 | Review relevant cases and documents in process of draft. |
| 05/29/10 | 2.00 | Draft reply submission to examiner. |
| 05/29/10 | 0.60 | Research regarding key legal issues. |
| 05/30/10 | 0.50 | Review relevant cases and documents in process of draft. |
| 05/30/10 | 1.70 | Continue draft reply submission to examiner. |
| 05/30/10 | 0.50 | Research regarding key legal issues. |
| 05/31/10 | 5.60 | Draft/edit reply submission to examiner. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 05/03/10 | 0.20 | Confer with Messrs. Bush and Sottile regarding Examiner presentation. |
| 05/03/10 | 0.30 | Telephone call with Moody's counsel regarding Rule 2004 discovery, including preparation for same. |
| 05/04/10 | 1.00 | Participate by conference call in initial plenary session with Examiner. |
| 05/05/10 | 0.50 | Prepare draft outline for revised format of Examiner presentation. |
| 05/05/10 | 0.40 | Meet with Messrs. Bush, Sottile, and Macauley regarding Examiner meeting and plan for preparing presentation. |

| 05/05/10 | 0.20 | Review draft order on Examiner privilege issues and numerous e-mails regarding same. |
| 05/05/10 | 0.30 | Respond to Alexandra Nellos regarding deposition exhibits for Kapadia, Kowalczuk, Bluth, and Amsden. |
| 05/07/10 | 0.50 | Conference call with Messrs. Bush, Sottile and Macauley regarding Examiner issues and strategy. |
| 05/07/10 | 0.20 | Revise and circulate draft outline for Examiner report. |
| 05/07/10 | 0.20 | E-mails with Marc Ashley regarding document collection for Examiner and timing of same. |
| 05/07/10 | 0.90 | Conference call with Messrs. Sottile, Zink, McCormack and Ashley regarding confirmation-related discovery schedule and strategy. |
| 05/07/10 | 0.60 | Conference call with counsel for many parties in interest regarding discovery schedule, privilege/confidentiality issues. |
| 05/07/10 | 0.30 | Review various iterations of the proposed discovery schedule order and privilege order. |
| 05/07/10 | 1.00 | Prepare list of documents to send to Examiner. |
| 05/07/10 | 0.40 | Conference call with Messrs. Sottile and Bush discussing developments on the day's conference calls, strategy at confirmation. |
| 05/08/10 | 0.20 | Review and circulate skeletal outline for Examiner submission. |
| 05/09/10 | 0.20 | Review Examiner's work plan submitted to Bankruptcy Court. |
| 05/09/10 | 0.80 | Conference call with Committee counsel to discuss discovery and privilege issues and strategy for 5/10 hearing. |
| 05/09/10 | 2.90 | Continue compiling report on LBO claims and Committee investigation into same for Examiner. |
| 05/10/10 | 3.40 | Drafting of Examiner brief on LBO claims. |
| 05/11/10 | 0.70 | Participate in weekly professionals' conference call. |
| 05/11/10 | 0.70 | Participate in conference call with Zuckerman Spaeder team to discuss Examiner briefing issues and strategy. |
| 05/11/10 | 0.40 | Participate in conference call with Messrs. Bush, Sottile, and Moelis to discuss financial issues in connection with Examiner. |
| 05/11/10 | 0.10 | Confer with Thomas Macauley regarding Examiner report. |

| 05/11/10 | 0.10 | Telephone call with David Rosner and Sheron Korpus regarding Examiner report issues. |
| 05/11/10 | 1.00 | Attention to drafting of presentation for Examiner. |
| 05/12/10 | 0.70 | Telephone call with Messrs. Bush, Sottile, and financial advisor regarding materials to prepare for Examiner. |
| 05/12/10 | 1.00 | Telephone call with Messrs. Bush, Sottile, and Chadbourne & Parke regarding UCC's presentation to Examiner. |
| 05/12/10 | 2.90 | Draft and revise Examiner brief. |
| 05/13/10 | 0.20 | Telephone call with Sheron Korpus. |
| 05/13/10 | 5.80 | Draft, research, and revise submission for Examiner on LBO claims. |
| 05/13/10 | 0.10 | Telephone call with Marc Ashley regarding submission of documents for Examiner. |
| 05/13/10 | 0.30 | Compile list of potential witnesses for Examiner to interview. |
| 05/13/10 | 0.60 | Telephone call with Chadbourne & Parke, Messrs. Bush and Sottile regarding potential Examiner interviewees. |
| 05/14/10 | 4.20 | Revise draft submission for Examiner. |
| 05/14/10 | 1.40 | Prepare, research, and circulate memorandum on possible interviewees for Examiner. |
| 05/14/10 | 0.50 | Participate in telephone call with Moelis regarding potential recovery scenarios. |
| 05/15/10 | 1.00 | Respond to Examiner request for documents regarding potential witnesses. |
| 05/15/10 | 6.50 | Draft and revise Examiner submission. |
| 05/16/10 | 8.60 | Continue drafting and revising Examiner submission. |
| 05/17/10 | 8.10 | Draft and revise Examiner submission. |
| 05/17/10 | 0.20 | Confer with Graeme Bush regarding financial issues for Examiner submission. |
| 05/17/10 | 0.10 | Telephone call with Marc Ashley regarding drafting of Examiner submission for UCC. |
| 05/17/10 | 0.10 | Attention to Moody's Rule 2004 discovery. |
| 05/18/10 | 0.40 | Confer with Messrs. Bush and Sottile regarding Examiner submission. |
| 05/18/10 | 0.50 | Participate in weekly professionals' call. |

| 05/18/10 | 4.50 | Revise and edit Examiner submission. |
|---|---|---|
| 05/18/10 | 0.20 | Initial review of draft Debtors' statement of facts for Examiner. |
| 05/18/10 | 0.20 | Initial review of draft of brief on third-party claims. |
| 05/19/10 | 0.30 | Confer with Messrs. Bush and Sottile regarding strategy on Examiner submission. |
| 05/19/10 | 1.60 | Review and edit drafts of latest brief to Examiner on LBO claims. |
| 05/19/10 | 0.20 | Review Credit Agreement Lenders' submission on disclosure statement. |
| 05/19/10 | 0.30 | Attention to arrangements for logistics associated with Examiner submission. |
| 05/19/10 | 0.20 | Provide materials to Examiner. |
| 05/19/10 | 1.50 | Research and draft sections for Examiner brief on LBO claims. |
| 05/20/10 | 6.30 | Revise, edit, and research Examiner submission. |
| 05/20/10 | 0.30 | Attention to Examiner logistical issues. |
| 05/20/10 | 0.50 | Review lists of documents regarding LBO claims to go to Examiner. |
| 05/21/10 | 15.30 | Revise Examiner submission. |
| 05/21/10 | 0.30 | Confer with Messrs. Bush and Sottile regarding Examiner submission logistics and substance. |
| 05/21/10 | 0.30 | Conference call with Chadbourne & Parke regarding production logistics. |
| 05/21/10 | 0.50 | Confer with Zuckerman Spaeder personal regarding Examiner production logistics and planning. |
| 05/21/10 | 0.30 | Confer with Alix Partners regarding Tribune 2007 performance numbers. |
| 05/22/10 | 7.10 | Revise, edit and finalize Examiner submission on LBO claims. |
| 05/23/10 | 3.00 | Finalize and coordinate completion of brief for Examiner. |
| 05/24/10 | 1.00 | Begin review of Examiner submissions. |
| 05/25/10 | 0.80 | Participate in weekly professionals conference call. |
| 05/25/10 | 0.40 | Coordinate dissemination of Examiner submissions. |

| | | |
|---|---|---|
| 05/26/10 | 2.00 | Participate in conference call with expert regarding solvency issues. |
| 05/26/10 | 0.20 | Confer with Messrs. Bush and Sottile regarding reply drafting. |
| 05/26/10 | 0.10 | Review Examiner supplemental letter sent on 5/26. |
| 05/26/10 | 0.20 | Attention to Examiner submission and distribution logistics. |
| 05/26/10 | 1.10 | Review Examiner submissions, including those of JPM and Debtors. |
| 05/26/10 | 0.10 | Telephone call with Alun Griffiths, Moody's counsel, regarding Rule 2004 discovery. |
| 05/26/10 | 0.20 | Review Chadbourne & Parke comments on Examiner submissions. |
| 05/27/10 | 0.50 | Meeting with Messrs. Bush and Sottile regarding structure and content of reply brief for Examiner. |
| 05/27/10 | 1.00 | Conference call with Chadbourne & Parke regarding Examiner reply submission. |
| 05/27/10 | 0.30 | Review cases. |
| 05/27/10 | 0.20 | Confer with Lisa Stevenson regarding research for reply submission. |
| 05/27/10 | 0.30 | Confer with John Timmer regarding research for reply submission. |
| 05/27/10 | 0.20 | Confer with Jonathan Watkins regarding research on valuation methods for reply submission. |
| 05/27/10 | 0.10 | E-mail to UCC counsel regarding Moody's discovery. |
| 05/27/10 | 0.40 | Coordination of Tribune research projects. |
| 05/27/10 | 0.10 | Review draft insert on guarantees for reply submission. |
| 05/27/10 | 1.40 | Review Examiner submissions and evidence submitted therewith. |
| 05/28/10 | 0.10 | Review report on legal research on collapsing. |
| 05/28/10 | 0.30 | Review Messrs. Bush's and Sottile's e-mails regarding issues to address in reply to Examiner. |
| 05/28/10 | 0.20 | Review report on legal research on imputation. |
| 05/28/10 | 0.10 | Review report on legal research on redemption cases. |

| 05/28/10 | 0.10 | Review report on legal research on auctions and measuring value. |
| 05/28/10 | 0.10 | Exchange e-mails with Examiner's representative regarding question. |
| 05/30/10 | 1.00 | Attention to e-mails regarding Examiner reply, including research reports on imputation and choice of law. |
| 05/31/10 | 0.30 | Review draft reply to Examiner on LBO claims. |
| 05/31/10 | 1.70 | Research and draft evidentiary inserts. |
| 05/31/10 | 0.40 | Review John Timmer research on imputation and sections 548 and 550. |
| 05/31/10 | 0.10 | E-mail to Messrs. Bush and Sottile regarding Merrill Lynch. |
| 05/31/10 | 0.10 | E-mail to Examiner's counsel to schedule call. |
| 05/31/10 | 0.40 | Review Debtors', JPM, and CAL submissions. |

Lisa J. Stevenson

| 05/27/10 | 1.80 | Review brief and pull cases regarding collapsing transactions. |
| 05/27/10 | 0.20 | Confer with Andrew Goldfarb regarding legal research. |
| 05/28/10 | 1.40 | Review legal research regarding collapsing transactions. |
| 05/28/10 | 1.10 | Draft e-mail regarding cases to Andrew Goldfarb. |

Thomas G. Macauley

| 05/03/10 | 0.20 | Review notes from examiner counsel regarding meeting tomorrow and analyze issues regarding same. |
| 05/05/10 | 0.50 | Confer with Messrs. Bush, Sottile and Goldfarb regarding submission to examiner. |
| 05/06/10 | 0.40 | Review and analyze issues regarding proposed scheduling order from Wilmington Trust. |
| 05/07/10 | 0.20 | Review 5/10 hearing agenda and application to appoint examiner. |
| 05/07/10 | 0.30 | Analyze issues regarding potential expert testimony at confirmation. |
| 05/07/10 | 0.60 | Confer with Messrs. Bush, Goldfarb and Sottile regarding same and submissions to examiner. |
| 05/07/10 | 0.50 | Review and comment on draft outline regarding examiner submission. |

July 13, 2010                                                                    Page 15

| | | |
|---|---|---|
| 05/10/10 | 0.30 | Review examiner's work plan. |
| 05/10/10 | 0.10 | Review proposed order approving examiner work plan. |
| 05/11/10 | 0.50 | Review letter from examiner regarding submissions. |
| 05/11/10 | 0.80 | Participate on weekly committee professionals call. |
| 05/11/10 | 0.40 | Confer with Messrs. Bush, Sottile and Goldfarb regarding examiner letter. |
| 05/11/10 | 0.10 | Review Chadbourne & Parke letter to examiner regarding production. |
| 05/11/10 | 1.90 | Draft choice of law section for examiner submission. |
| 05/12/10 | 1.70 | Draft section for examiner submission relating to guarantees. |
| 05/14/10 | 0.10 | Review e-mail from Wilmington Trust serving document requests on potential defendants. |
| 05/14/10 | 0.10 | Review summary of telephone call with Chadbourne & Parke and examiner. |
| 05/17/10 | 0.30 | Review draft submission to examiner. |
| 05/18/10 | 0.40 | Review disclosure statement objections and setting party's reply. |
| 05/18/10 | 0.20 | Review examiner's applications for relief. |
| 05/18/10 | 2.10 | Review updated submission to examiner and examiner letter. |
| 05/19/10 | 0.70 | Review and analyze issues regarding examiner letter and draft submission. |
| 05/19/10 | 0.30 | Analyze issues regarding disclosure statement hearing. |
| 05/19/10 | 0.20 | Review amended 5/19 hearing agenda. |
| 05/19/10 | 0.50 | Prepare for hearing. |
| 05/20/10 | 0.90 | Review revised draft of submission to examiner. |
| 05/20/10 | 4.90 | Attend hearing on disclosure statement. |
| 05/20/10 | 0.40 | Draft summary of disclosure statement hearing. |
| 05/25/10 | 0.20 | Analyze issues regarding examiner submissions and discussion with expert. |
| 05/26/10 | 0.10 | Review letter by examiner. |
| 05/27/10 | 0.90 | Review examiner submissions. |
| 05/27/10 | 1.30 | Revise text of draft memo for reply to address validity of guarantees. |

Marshall S. Wolff

| | | |
|---|---|---|
| 05/12/10 | 0.50 | Review Work Plan of Examiner. |
| 05/12/10 | 0.20 | Confer with Graeme Bush regarding Examiner. |
| 05/25/10 | 0.50 | Review disclosure statement portion relevant to LBO claim. |
| 05/26/10 | 1.80 | Review submission to Examiner. |

Graeme W. Bush

| | | |
|---|---|---|
| 05/02/10 | 0.60 | E-mails regarding scheduling examiner meetings. |
| 05/03/10 | 0.30 | Review examiner order. |
| 05/03/10 | 0.80 | E-mails and telephone conference with Messrs. Sottile, Goldfarb and Chadbourne & Parke regarding meetings with examiner. |
| 05/03/10 | 1.20 | Analyze issues regarding remedies for fraudulent conveyance and confer with James Sottile regarding same. |
| 05/04/10 | 1.50 | Attend plenary meeting with examiner. |
| 05/04/10 | 1.70 | Attend breakout session with examiner. |
| 05/04/10 | 0.60 | Meeting with Messrs. LeMay, Seife, Ashley, Rule and Sottile regarding examiner meetings and process. |
| 05/04/10 | 0.50 | Meeting with Messrs. Seife, Ashley, Rule and Sottile regarding post-mortem on examiner meetings and discussion of work assignments and coordination between firms. |
| 05/05/10 | 0.50 | Meeting with Messrs. Goldfarb, Sottile and Macauley regarding work plan for examiner submission. |
| 05/05/10 | 0.60 | E-mails regarding confidentiality provisions in connection with examiner. |
| 05/05/10 | 0.40 | E-mails with Howard Seife and internal regarding coordination with respect to examiner. |
| 05/06/10 | 0.60 | UCC telephone conference. |
| 05/06/10 | 0.80 | E-mails regarding discovery order and review same. |
| 05/06/10 | 0.30 | E-mail regarding scheduling of examiner hearing. |
| 05/06/10 | 0.50 | Review financial advisory materials for UCC. |
| 05/07/10 | 0.70 | E-mails and telephone conference with ZS, Messrs. Macauley and Sottile regarding confidentiality provisions; confirmation hearing, and related matters. |

| 05/07/10 | 1.20 | E-mails and telephone conference with Messrs. Sottile and Goldfarb regarding telephone conferences with counsel for interested parties in regard to examiner order and discovery order for confirmation. |
|---|---|---|
| 05/08/10 | 0.80 | Review e-mails and examiner report. |
| 05/08/10 | 0.40 | E-mails regarding coordination with other parties on confirmation hearing. |
| 05/09/10 | 0.30 | E-mails with Messrs. Sottile and Bendernagel regarding meetings in Wilmington, DE. |
| 05/09/10 | 0.80 | Telephone conference with Messrs. Sottile, Goldfarb and Chadbourne & Parke regarding status conference. |
| 05/10/10 | 0.80 | Confer with James Sottile and prepare for status conference regarding examiner. |
| 05/10/10 | 1.00 | Conferences with counsel for other parties with respect to discovery order and examiner motion. |
| 05/10/10 | 0.70 | Confer with Messrs. Sottile and Bendernagel regarding confirmation hearing and confidentiality issues. |
| 05/10/10 | 1.50 | Attend status conference. |
| 05/10/10 | 0.90 | E-mails regarding and review draft orders with respect to examiner and discovery. |
| 05/11/10 | 0.40 | Telephone conference with Messrs. Jamal and Patel regarding work on examiner report. |
| 05/11/10 | 0.80 | UCC professionals telephone conference. |
| 05/11/10 | 0.80 | Review and evaluate financial presentation for examiner. |
| 05/11/10 | 0.40 | Review Kenneth Klee letter regarding examination. |
| 05/11/10 | 0.30 | E-mails regarding scheduling meeting with examiner. |
| 05/11/10 | 0.60 | Prepare for and meeting with ZS team regarding work to be done on examiner presentation. |
| 05/11/10 | 0.50 | Review e-mails and attached draft orders regarding discovery for confirmation. |
| 05/11/10 | 0.30 | Telephone call with Lee Bogdanoff regarding examiner questions. |
| 05/11/10 | 0.50 | E-mails with Chadbourne & Parke and other counsel regarding disclosure statement question with respect to positions on settlement. |

| 05/12/10 | 0.70 | Telephone conference with Messrs. Goldfarb, Sottile, Rule and Lee (ALIX) regarding financial information for examiner. |
| 05/12/10 | 1.30 | Review financial information and analyses and e-mail Mark Rule, et al. regarding same. |
| 05/12/10 | 0.90 | Telephone conference with Messrs. McCormack, Ashley, Sottile and Goldfarb regarding division of responsibility and subjects of examiner submission. |
| 05/12/10 | 0.40 | E-mails with Mark Rule and other participants regarding meeting in Chicago with LECG. |
| 05/12/10 | 0.30 | Review draft UCC support letter and e-mails regarding same. |
| 05/13/10 | 0.20 | Telephone call with Lee Bogdanoff. |
| 05/13/10 | 0.70 | UCC meeting. |
| 05/13/10 | 0.60 | Telephone conference with Messrs. Ashley, McCormack, Sottile and Goldfarb regarding witnesses for examiner. |
| 05/13/10 | 1.50 | Review and comment on financial analysis by ALIX and telephone conference with Messrs. Rule, Sottile and Goldfarb regarding same. |
| 05/13/10 | 0.70 | Review financial presentation from Moelis and e-mails with Moelis regarding same. |
| 05/13/10 | 0.80 | E-mails with Klee, Tuchin and Chadbourne & Parke regarding VRC documents. |
| 05/13/10 | 0.80 | Confer with Messrs. Sottile and Goldfarb regarding evaluate expert coordination with LECG. |
| 05/13/10 | 0.30 | Telephone call with Daniel Golden. |
| 05/14/10 | 0.70 | Prepare for and telephone conference with Messrs. Jamal, Patel and Sottile regarding financial presentation for examiner. |
| 05/14/10 | 1.20 | Evaluate and identify potential witnesses for examiner. |
| 05/14/10 | 0.60 | Review draft financial presentation from ALIX. |
| 05/14/10 | 0.70 | Review and forward material to examiner financial consultant. |
| 05/14/10 | 0.60 | Review discovery requests in connection with confirmation. |
| 05/14/10 | 0.40 | Review revised financial presentation from Moelis. |
| 05/14/10 | 2.40 | Review and evaluate objections to disclosure statement. |

| 05/14/10 | 2.50 | Review, revise, edit and comment on draft submission to examiner. |
| 05/16/10 | 1.20 | Review draft revisions to DS and e-mails regarding same. |
| 05/17/10 | 4.50 | Work on examiner brief and conferences with Messrs. Sottile and Goldfarb regarding same. |
| 05/17/10 | 0.30 | Telephone call with Marc Ashley regarding exchange of brief. |
| 05/17/10 | 0.80 | Quick review of Debtors' draft statement of facts. |
| 05/17/10 | 0.20 | E-mail with Marc Roitman regarding Professionals telephone conference agenda. |
| 05/17/10 | 0.70 | Review draft replies to disclosure statement objections and e-mail with Marc Roitman regarding same. |
| 05/18/10 | 0.80 | Review debtors' proposed recovery scenarios and e-mails regarding same. |
| 05/18/10 | 3.40 | Review, revise and edit draft examiner brief. |
| 05/18/10 | 0.90 | Conferences with Messrs. Goldfarb and Sottile regarding drafting; research and other work necessary to produce examiner brief. |
| 05/18/10 | 0.20 | E-mails with Lee Bogdanoff. |
| 05/18/10 | 1.20 | Review Debtors' proposed factual statement, confer with Messrs. Goldfarb and Sottile and telephone call with Theodore Zink regarding same. |
| 05/18/10 | 0.50 | Draft e-mail to Theodore Zink regarding comments on proposed facts. |
| 05/18/10 | 0.30 | Telephone call with Marc Ashley regarding examiner brief. |
| 05/18/10 | 0.60 | UCC Professionals telephone conference. |
| 05/18/10 | 1.20 | Review Credit Agreement Lenders Supplement DS and draft response. |
| 05/18/10 | 0.40 | Quick review of e-mail and attached revised plan of reorganization. |
| 05/19/10 | 1.20 | Telephone call with James Bendernagel regarding Statement of Facts and recovery scenario. |
| 05/19/10 | 0.40 | E-mails with Chadbourne & Parke regarding Statement of Facts and communication with Debtor. |

| 05/19/10 | 0.40 | Telephone conference with James Sottile and litigation expert. |
| 05/19/10 | 0.50 | E-mails with Lee Bogdanoff regarding requests for information. |
| 05/19/10 | 0.60 | E-mails and review and revise response to Credit Agreement Lenders. |
| 05/19/10 | 0.60 | E-mails and telephone conference with Messrs. Jamal and Patel regarding Debtors' recovery analysis. |
| 05/19/10 | 2.30 | Work on, edit, review and revise draft examiner brief and conferences with Messrs. Sottile and Goldfarb regarding same. |
| 05/19/10 | 0.60 | Review WT supplemental objection to disclosure statement and e-mail regarding same. |
| 05/20/10 | 0.30 | Telephone conference with Theodore Zink regarding examiner brief issues. |
| 05/20/10 | 0.60 | Review Chadbourne & Parke draft examiner brief. |
| 05/20/10 | 4.20 | Review, revise and edit draft examiner and confer with Messrs. Sottile and Goldfarb regarding same. |
| 05/20/10 | 0.40 | E-mails with Thomas Macauley and telephone call with Theodore Zink regarding disclosure statement hearing. |
| 05/20/10 | 0.90 | Review, revise and edit draft response to Credit Agreement Lenders disclosure statement insert. |
| 05/20/10 | 0.80 | Review discovery from Wells Fargo. |
| 05/20/10 | 0.30 | E-mails with Lee Bogdanoff regarding financial inquiries. |
| 05/20/10 | 0.70 | E-mail financial expert regarding trading and data and review data. |
| 05/20/10 | 0.60 | Review fact statement from Debtors. |
| 05/21/10 | 0.60 | E-mails with financial advisor regarding brief and discussion of financial matters. |
| 05/21/10 | 0.30 | E-mail with James Ducayet regarding statement of acts and review attachment. |
| 05/21/10 | 1.60 | Work on examiner brief. |
| 05/21/10 | 1.10 | Revise schedules from financial advisors. |
| 05/21/10 | 0.30 | Confer with James Sottile regarding James Bendernagel call on statement of facts. |

July 13, 2010                                                                                                Page 21

| 05/22/10 | 3.20 | Review, revise and edit draft brief. |
| 05/22/10 | 0.80 | E-mails with Messrs. Sottile, Goldfarb and Chadbourne & Parke regarding brief. |
| 05/22/10 | 0.20 | E-mail with Howard Seife regarding comments on brief. |
| 05/22/10 | 0.70 | Review JPM submission regarding WT Motion. |
| 05/23/10 | 0.50 | E-mails regarding production of brief. |
| 05/24/10 | 0.30 | E-mails with financial expert. |
| 05/24/10 | 0.80 | E-mails regarding examiner submissions. |
| 05/24/10 | 0.70 | E-mails with Chadbourne & Parke regarding DS and revised plan. |
| 05/24/10 | 0.50 | Conferences with Messrs. Goldfarb and Sottile regarding work plan for responses to examiner submissions. |
| 05/25/10 | 0.60 | E-mail exchange with Messrs. Ashley and Zink regarding issues to address in reply submission. |
| 05/25/10 | 0.20 | Correspondence with Charles Monk regarding Examiner request for documents. |
| 05/25/10 | 0.30 | Review Orders regarding Examiner. |
| 05/25/10 | 0.50 | Quick review of Amended DS. |
| 05/25/10 | 1.80 | Begin review submissions to Examiner. |
| 05/26/10 | 2.00 | Telephone conference with litigation expert. |
| 05/26/10 | 2.50 | Continue review of examiner submissions. |
| 05/27/10 | 0.60 | Prepare for and telephone conference with Messrs. Sottile, Goldfarb and Chadbourne & Parke regarding drafting of reply briefs. |
| 05/27/10 | 0.60 | Attend UCC meeting (telephone conference). |
| 05/27/10 | 3.50 | Review examiner briefs filed by other parties. |
| 05/27/10 | 0.80 | Multiple e-mail exchanges with Messrs. Sottile and Goldfarb regarding briefing issues. |
| 05/27/10 | 0.50 | Meeting with Messrs. Sottile and Goldfarb to discuss briefing assignments. |
| 05/28/10 | 0.80 | E-mails regarding financial analysis of issues raised in examiner submissions. |
| 05/28/10 | 3.40 | Work on examiner reply brief. |

| 05/28/10 | 0.40 | E-mails with Lee Bogdanoff regarding issues for reply submission and e-mails to Messrs. Sottile and Goldfarb regarding same. |
| 05/28/10 | 0.90 | Review research results regarding examiner brief issues. |
| 05/28/10 | 0.40 | Review and consider report on disclosure statement hearing. |
| 05/29/10 | 3.00 | Review and analyze arguments in examiner submissions for purpose of reply. |
| 05/29/10 | 0.50 | E-mails with Messrs. Sottile and Goldfarb regarding reply submission arguments. |
| 05/29/10 | 1.10 | Draft memo regarding arguments for reply submission. |
| 05/30/10 | 3.50 | Review and analyze arguments in examiner submissions for purpose of reply. |
| 05/30/10 | 0.80 | E-mails to Messrs. Sottile and Goldfarb regarding reply submission arguments. |
| 05/30/10 | 0.60 | E-mails Bogdanoff regarding issues for reply submission and e-mail Messrs. Sottile and Goldfarb regarding same. |
| 05/31/10 | 2.00 | Review and analyze arguments in examiner submissions. |
| 05/31/10 | 0.30 | E-mails Klee Tuchin regarding issues for reply submission. |

Semra Mesulam

| 05/27/10 | 2.00 | Review cases. |
| 05/27/10 | 0.20 | Meet with Andrew Goldfarb to discuss research task. |
| 05/28/10 | 2.20 | Review cases regarding stock redemption value. |

Jonathan M. Watkins

| 05/27/10 | 1.20 | Review related portion of Credit Agreement Lenders' brief and related caselaw. |
| 05/27/10 | 0.20 | Meet with Andrew Goldfarb regarding research assignment. |
| 05/28/10 | 1.80 | Prepare e-mail memorandum analyzing same. |
| 05/28/10 | 2.30 | Read portion of Credit Agreement Lenders' brief and related cases regarding valuation based on auction price. |
| 05/28/10 | 3.30 | Legal research regarding same. |

John B. Timmer

| 05/27/10 | 3.30 | Review brief from opposing party; research statutes and case law relating to liability of transferees of avoided transfers. |

| | | |
|---|---|---|
| 05/27/10 | 0.20 | Meet with Andrew Goldfarb. |
| 05/28/10 | 2.50 | Draft and edit memorandum of findings. |
| 05/28/10 | 2.50 | Research case law and statutes relating to imputed bad faith. |
| 05/28/10 | 0.50 | Draft and send correspondence to Andrew Goldfarb summarizing preliminary findings. |
| 05/31/10 | 0.30 | Draft and send correspondence with Andrew Goldfarb answering legal questions related to subsequent transfers. |
| 05/31/10 | 1.50 | Research regarding whether debts or obligations are "property". |

Scott A. Hanna

| | | |
|---|---|---|
| 05/03/10 | 5.50 | Electronic document review of databases regarding 2006 repayment by Tribune to Citigroup, payment of fees to banks, and LBO obligations and preferences to banks. |
| 05/04/10 | 3.80 | Electronic document review of databases regarding LBO obligations and preferences to banks, payment of advisory fees and other pre-bankruptcy fees to banks, and subordination of debt not owed to banks. |
| 05/05/10 | 3.40 | Review testimony transcript and exhibits to Kapadia and Kowalczuk depositions. |
| 05/15/10 | 1.50 | Review documents cited in memorandum to examiner regarding potential witnesses from database and draft e-mail to Andrew Goldfarb regarding and attaching same. |
| 05/21/10 | 1.60 | Review Unsecured Creditors' Committee's Submission of Facts to Examiner and Debtors' Submission of Facts to Examiner, cite-checking citations in both. |
| 05/24/10 | 0.70 | Organize submissions to examiner from JPMorgan, Merrill Lynch, and Debtors. |
| 05/26/10 | 5.40 | Organize submissions and exhibits to examiner from the Credit Agreement Lenders, Creditors Committee, Debtors, JPMorgan, Law Debenture-Centerbridge, Merrill Lynch, Wells Fargo, and Wilmington Trust. |
| 05/26/10 | 2.00 | Prepare review binders containing all briefs submitted to examiners. |
| 05/27/10 | 1.40 | Organize exhibits to submissions to examiner and cases cited in briefs from JPMorgan and Merrill Lynch. |

Janet M. Braunstein

| 05/21/10 | 4.50 | Cite-check submission to the court-appointed examiner. |
| 05/22/10 | 0.50 | Confer with Andrew Goldfarb regarding same. |
| 05/22/10 | 3.00 | Cite-check and edit submission to the court-appointed examiner. |

**Rey Caling**

| 05/19/10 | 0.50 | Per Andrew Goldfarb's request, prepare and attend telephone conference; provide document review support. |
| 05/24/10 | 0.50 | Per Andrew Goldfarb's request, provide document review. |
| 05/25/10 | 4.00 | Per Andrew Goldfarb's request, prepare and attend telephone conference; provide document review support. |
| 05/26/10 | 4.00 | Provide document review support and prepare and download data from a File Share site. |

**Lisa Medoro**

| 05/21/10 | 1.80 | E-mail correspondence with Janet Braunstein and Andrew Goldfarb relating to motion for examiner; attention to cite check of the same. |
| 05/23/10 | 0.20 | Confer with Andrew Goldfarb regarding final format of the same. |
| 05/23/10 | 3.70 | Create, edit and finalize table of contents and table of authorities for motion for examiner |
| 05/23/10 | 0.10 | E-mail correspondence with Andrew Goldfarb regarding the same. |

**Kimberley Wilson**

| 05/21/10 | 0.50 | Pull case for J. Hall. |

**Diana Gillig**

| 05/14/10 | 0.40 | Review docket to pull objections regarding disclosure statement and forward same to team. |
| 05/19/10 | 0.70 | Pull relevant documents regarding 5/19 hearing agenda. |
| 05/28/10 | 0.10 | Review 5/28 amended hearing agenda. |
| 05/28/10 | 0.20 | Review Bridge Agent's supplemental objection to disclosure statement. |
| 05/28/10 | 0.10 | Review articles regarding Adelphia decision by Second Circuit. |

July 13, 2010                                                                                              Page 25

05/28/10                    0.10  Review summary of hearing today.

 **ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

July 9, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:273575
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through May 31, 2010.

By Thomas G. Macauley
    2.50  hours at  $580.00  per hour          $      1,450.00

By Diana Gillig
    0.60  hours at  $160.00  per hour          $        96.00

        TOTAL FEES            $    1,546.00

        TOTAL EXPENSES        $        0.00

        TOTAL FEES AND EXPENSES THIS PERIOD    $    1,546.00

BALTIMORE   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

2648152.1

July 9, 2010                                                                    Page 2

DESCRIPTION OF SERVICES                                         CLIENT: 12464
                                                                              MATTER: 0002

Thomas G. Macauley

| 05/04/10 | 1.00 | Review and analyze issues regarding exhibits to fee examiner's report. |
| 05/07/10 | 0.10 | Review CNO for 2nd interim fee application. |
| 05/07/10 | 0.10 | Review CNO for 7th monthly fee application. |
| 05/18/10 | 0.20 | Review 5/18 hearing agenda and analyze issues regarding pending fee applications. |
| 05/19/10 | 0.40 | Exchange notes to V. Garlati regarding 6th and 7th monthly fee applications. |
| 05/19/10 | 0.10 | Review CNO for 8th monthly fee application. |
| 05/21/10 | 0.30 | Draft note to V. Garlati regarding 8th monthly fee application. |
| 05/26/10 | 0.30 | Review and edit March time detail. |

Diana Gillig

| 05/19/10 | 0.10 | Electronically file CNO regarding 7th monthly fee application. |
| 05/19/10 | 0.10 | Draft CNO regarding 8th monthly fee application. |
| 05/26/10 | 0.40 | Review and revise time detail regarding 9th monthly fee application. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

July 12, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:273576
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through May 31, 2010.

By Graeme W. Bush
   3.50  hours at  $765.00  per hour            $      2,677.50

By James Sottile
   16.10  hours at  $675.00  per hour       $     10,867.50

|  |  |  |
|---|---|---|
| TOTAL FEES | $ | 13,545.00 |
| Less Professional Courtesy | $ | -6,772.50 |
| TOTAL FEES | $ | 6,772.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 6,772.50 |

BALTIMORE   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

July 12, 2010

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0003

James Sottile

| | | |
|---|---|---|
| 05/04/10 | 3.00 | Travel to New York for meetings with examiner. |
| 05/04/10 | 4.00 | Return to DC following meetings with examiner. |
| 05/10/10 | 3.20 | Travel to/from Wilmington for hearing regarding appointment of Examiner. |
| 05/17/10 | 5.90 | Travel to/from Chicago for meeting with Examiner's financial adviser, C. Elson of LECG, M. Rule of Alix Partners, F. Vazquez (Chadbourne) and D. Pfister (Klee Tuchin). |

Graeme W. Bush

| | | |
|---|---|---|
| 05/04/10 | 1.50 | Travel to and from New York, NY for examiner meetings. |
| 05/10/10 | 2.00 | Travel to and from Wilmington, DE for status conference. |

# EXHIBIT B

Zuckerman Spaeder LLP
10th Monthly Fee Application
Period 5/1/10-5/31/10

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | | | |
| LITIGATION EXPERT | $ 22,093.84 | 5/24/2010 | |
| | | | |
| Total | $ 22,093.84 | | $ 22,093.84 |
| TRAIN / AIR TRAVEL | $ 293.50 | 5/10/2010 | |
| | $ 292.00 | 5/17/2010 | |
| air | $ 589.40 | 5/25/2010 | |
| | $ 901.00 | 5/25/2010 | |
| | | | |
| Total | $ 2,075.90 | | $ 2,075.90 |
| TAXI / PARKING | $ 12.00 | 5/10/2010 | |
| | $ 124.00 | 5/25/2010 | |
| | | | |
| Total | $ 136.00 | | $ 136.00 |
| INHOUSE COPY | $ 1.20 | 5/4/2010 | |
| | $ 0.60 | 5/5/2010 | |
| | $ 20.00 | 5/27/2010 | |
| | | | |
| Total | $ 21.80 | | $ 21.80 |
| LONG DISTANCE CALLS | $ 2.28 | 5/3/2010 | |
| | $ 0.72 | 5/11/2010 | |
| | $ 0.24 | 5/12/2010 | |
| | $ 5.40 | 5/13/2010 | |
| | $ 1.08 | 5/17/2010 | |
| | $ 1.80 | 5/18/2010 | |
| | $ 0.12 | 5/20/2010 | |
| | $ 2.64 | 5/21/2010 | |
| | $ 0.48 | 5/27/2010 | |
| | | | |
| Total | $ 14.76 | | $ 14.76 |
| GRAND TOTAL | | | $ 24,342.30 |