# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 3/9/2010 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Update call with Gary Weitman re: filing plan of reorg .25 |
| 3/17/2010 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Update call with Gary Weitman re: filing plan of reorg .25 |
| 3/22/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Catch-up call with Gary Weitman re: status of filing plan of reorg prior to March 31 |
| 3/31/2010 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Review extension filing media coverage, email with Gary Weitman .25 |
| 4/8/2010 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Discuss litigation settlement .25 |
| 4/15/2010 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Email Gary Weitman re: coverage of 4/14 court hearing .25 |
| 4/27/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Discuss future milestone dates/events with Gary Weitman .5 |
| | | **March 1, 2010-May 31, 2010 TOTAL** | **2.25** | **$1,575.00** | |