**EXHIBIT A**

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130

THE TRIBUNE COMPANY                                          JUNE 30, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE #  9170906
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010                                                    $14,439.00

DISBURSEMENTS                                                                      0.10

                                          TOTAL INVOICE          $14,439.10

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9170906

JUNE 30, 2010

CLIENT NUMBER -     45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010

ESOP/STAY ISSUES                                        MATTER NUMBER -    10130

| 5/03/10 | DJB | .50 | { L190 } {A106} Telephone conference with ▉ ▉ re ▉ issues ▉. | 462.50 |
| 5/12/10 | DJB | .30 | { L190 } {A106} Telephone conference with ▉ ▉, re stay issues. | 277.50 |
| 5/13/10 | DJB | .80 | { L190 } {A107} Telephone conference with ▉ ▉ re ▉ issues. | 740.00 |
| 5/14/10 | DJB | .30 | { L190 } {A107} Telephone conference with ▉ re ▉ issues. | 277.50 |
| 5/14/10 | LSR | 7.00 | { L190 } {A104} Reviewed objections ▉ ▉ (2.7); drafted summary of same (4.2). | 2,590.00 |
| 5/15/10 | DJB | .20 | { L190 } {A107} E-mails with ▉ re ▉ issues. | 185.00 |
| 5/16/10 | DJB | .30 | { L190 } {A104} Reviewed ▉ ▉ issues. | 277.50 |
| 5/17/10 | DJB | .80 | { L190 } {A107} Telephone conference with ▉ re ▉ issues ▉. | 740.00 |
| 5/19/10 | DJB | .20 | { L190 } {A107} Telephone conference with ▉ re ▉ issues. | 185.00 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 80654-3456
(312) 222-9350

Page 2

| 5/19/10 | TAP | 2.60 | { L110 } {A105} Telephone conference with D. Bradford re ███████ (.3); reviewed ███████ ███████ (2.3). | 1,196.00 |
|---|---|---|---|---|
| 5/20/10 | DJB | .20 | { L190 } {A107} E-mails to ███████ re ██ issues. | 185.00 |
| 5/20/10 | TAP | 12.30 | { L110 } {A109} Attended hearing re Debtors' motion for approval of disclosure statement and drafted ███████ (7.0); travelled to Delaware for hearing (4.0); ███████ and drafted e-mail to D. Bradford ███ same (1.3). | 5,658.00 |
| 5/24/10 | DJB | .50 | { L190 } {A106} Telephone conference with ██ ███████ re ███████ issues. | 462.50 |
| 5/25/10 | DJB | .80 | { L190 } {A107} Telephone conference with ███████ re ██ issues. | 740.00 |
| 5/26/10 | DJB | .50 | { L190 } {A107} Telephone conference with ███████ re ██ issues. | 462.50 |
| | | 27.30 | PROFESSIONAL SERVICES | 14,439.00 |

## DISBURSEMENTS

| 5/03/10 | Photocopy Expense | .10 |
|---|---|---|
| | TOTAL DISBURSEMENTS | 0.10 |

## INVOICE TOTAL                    $ 14,439.10

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 5.40 | 925.00 | 4,995.00 |
| TARSHA A. PHILLIBERT | | 14.90 | 460.00 | 6,854.00 |
| LANDON S. RAIFORD | | 7.00 | 370.00 | 2,590.00 |
| | TOTAL | 27.30 | | 14,439.00 |

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10148


THE TRIBUNE COMPANY                                    JUNE 30, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE # 9170907
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT


### DOL SUBPOENA

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010                                        $11,135.50

DISBURSEMENTS                                                     2.40
                                                           _____
                                    TOTAL INVOICE           $11,137.90

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9170907

JUNE 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010

DOL SUBPOENA                                                    MATTER NUMBER -    10148

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 5/03/10 | ZM | 1.00 | {L190} {A110} Performed level two quality check on multiple data loads. | 275.00 |
| 5/04/10 | DJB | .70 | { L190} {A105} Office conference with D. Sondgeroth re ▮ issues ▮▮▮ (.3); telephone conference with ▮▮▮ re same (.2); telephone conference with ▮▮▮ re same (.2). | 647.50 |
| 5/04/10 | DAS | .20 | { L210 } {A106} Communicated with ▮▮▮ re revisions to ▮▮▮. | 108.00 |
| 5/04/10 | DQH | 2.20 | {L190} {A110} Communicated with case team re status of loading new production documents into database and discussed issues with production volumes received from ▮▮▮ (.4); communicated with Data Management Team re same (.1); provided case team with requested information re same (1.5); contacted ▮▮▮ ▮▮▮ re inquiry about native documents produced by ▮▮▮ and communicated with case team re same (.2). | 605.00 |
| 5/05/10 | DAS | .20 | { L210 } {A108} Reviewed questions from ▮▮▮. | 108.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 5/05/10 | NAK | .70 | {L190} {A107} Telephone conference with J███ ███ re document productions (.5); email to J. Thompson summarizing same (.1); email to ███████ requesting ████████████ documents or productions (.1). | 280.00 |
|---|---|---|---|---|
| 5/05/10 | DQH | 2.70 | {L190} {A110} Communicated with S. McGee re ██████████████ inquiries on ███ production sets received via hard drive (.3); reviewed inquiries and prepared and provided responses to S. McGee (2.0); communicated with Data Management Team re loading of new ██████ production documents and corrupt production discs (.2); contacted ████████████ re same (.2). | 742.50 |
| 5/05/10 | ZM | 2.00 | {L190{ {A110} Performed level two quality check on multiple data loads. | 550.00 |
| 5/06/10 | DJB | .80 | { L190 } {A106} Telephone conference with ██ ████████████████████████ (.7); e-mail to D. Sondgeroth re same (.1). | 740.00 |
| 5/06/10 | DAS | 1.00 | { L210 } {A106} Telephone conference with ██ ████ and ██████████ re ████████ ██████ issues. | 540.00 |
| 5/06/10 | ZM | 1.50 | {L190} {A110} Performed level two quality check on multiple data loads. | 412.50 |
| 5/07/10 | ZM | 1.00 | {L190} {A110} Performed level two quality check on multiple data loads. | 275.00 |
| 5/08/10 | ZM | 1.20 | {L190} {A110} Performed level two quality check on multiple data loads. | 330.00 |
| 5/09/10 | ZM | 1.20 | {L190} {A110} Performed level two quality check on multiple data loads. | 330.00 |
| 5/10/10 | DJB | .50 | { L190 } {A104} Reviewed revised draft ████████ (.3); reviewed ████ re same (.2). | 462.50 |
| 5/10/10 | DAS | .50 | { L210 } {A106} Communicated with ██████████ re ████████ (.1); edited draft ███████ ██████████████████ (.4). | 270.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| 5/11/10 | RRO | 1.00 | { L140 } {A110} Loaded data volumes, "███████" and "███████" into Concordance database, "███████." | 275.00 |
|---|---|---|---|---|
| 5/11/10 | DQH | 1.30 | { L140 } {A110} Communicated with case team re new ███████ production documents (.30); reviewed discs and prepared same documents to be loaded into database (.50); communicated with Data Management Team re same (.50). | 357.50 |
| 5/11/10 | ZM | 1.50 | {L190} {A110} Performed level two quality check on multiple data loads. | 412.50 |
| 5/12/10 | PXR | .30 | { L140 } {A110} Reviewed new documents added to ███████ database. | 51.00 |
| 5/12/10 | DQH | .80 | { L140 } {A110} Performed quality checks on ███████ production documents loaded to database (.6); communicated with case team regarding same (.2). | 220.00 |
| 5/12/10 | MS | .50 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images loaded for review. | 137.50 |
| 5/13/10 | DQH | 3.20 | {L190} {A110} Communicated with Data Management Team re loading of additional ███████ volumes and issues with final two volumes of ███████ production documents received from ███████ (.5); communicated with case team re same (.2); reviewed database and performed quality control checks to confirm additional ███████ documents were loaded (2.0); communicated with N. Kurk and P. Ramos re ███████ documents (.2); met with P. Ramos and ███████ (.3). | 880.00 |
| 5/15/10 | ZM | .50 | { L140 } {A110} Performed level two quality check on data load volume ███████ (.4); coordinated with R. Ohton (.1). | 137.50 |
| 5/16/10 | DJB | .20 | { L190 } {A104} Reviewed ███████. | 185.00 |
| 5/18/10 | DAS | .10 | { L210 } {A106} Communicated with ███████ re status of ███████. | 54.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| 5/21/10 | DAS | .30 | { L210 } {A106} Communicated with ██████ re status of ██████████ (.1); communicated with ████████ re status of ████████ (.2). | 162.00 |
| 5/25/10 | DAS | 1.00 | { L210 } {A103} Telephone conference with ████████ and D. Bradford re issues ████████ (.3); ████████████████ (.7). | 540.00 |
| 5/25/10 | ZM | .50 | { L140 } {A110} Performed level two quality check on conversion load (.4); coordinated with M. Cichy (.1). | 137.50 |
| 5/25/10 | MDC | 1.50 | { L140 } {A110} Converted electronic documents to tiff for production (1.0); ran document production ████████ (.5). | 412.50 |
| 5/26/10 | DJB | .30 | { L190 } {A107} Telephone conference with ████████████ re ██ issues. | 277.50 |
| 5/26/10 | ZM | .50 | { L140 } {A110} Performed level two quality check on data production volume ████████ (.4); coordinated with M. Cichy (.1). | 137.50 |
| 5/26/10 | MS | .30 | { L140 } {A110} Began performing second level quality control checks on data that was converted to tiff format and loaded for review. | 82.50 |
| | | 31.20 | PROFESSIONAL SERVICES | 11,135.50 |

## DISBURSEMENTS

| 5/17/10 | Photocopy Expense | 2.40 |
| | TOTAL DISBURSEMENTS | 2.40 |

## INVOICE TOTAL                  $ 11,137.90

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 2.50 | 925.00 | 2,312.50 |
| DOUGLAS A. SONDGEROTH | 3.30 | 540.00 | 1,782.00 |
| NICHOLAS A. KURK | 0.70 | 400.00 | 280.00 |
| DANNY A. HUERTA | 10.20 | 275.00 | 2,805.00 |
| MARGARET SMALL | 0.80 | 275.00 | 220.00 |
| MICHAEL D. CICHY | 1.50 | 275.00 | 412.50 |
| ROBERT R. OHTON, JR. | 1.00 | 275.00 | 275.00 |
| ZULAIKHA MASTER | 10.90 | 275.00 | 2,997.50 |
| PANAGIOTA RAMOS | 0.30 | 170.00 | 51.00 |
| TOTAL | 31.20 | | 11,135.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                    JUNE 30, 2010
435 NORTH MICHIGAN AVENUE                     INVOICE # 9170909
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010                                          $1,436.50

DISBURSEMENTS                                                        4.88

                          TOTAL INVOICE          $1,441.38

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                    INVOICE # 9170909
ATTN: DONALD J. LIEBENTRITT

JUNE 30, 2010

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010

FEE APPLICATION                                    MATTER NUMBER -   10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 5/03/10 | LSR | .40 | { L210 } {A103} Drafted email to fee examiner re turnover of documents in connection with Fifth Quarterly Fee Application (.3); drafted response to inquiry from fee examiner re same (.1). | 148.00 |
| 5/17/10 | DJB | .10 | { L190 } {A105} E-mails with C. Steege re fee hearing. | 92.50 |
| 5/17/10 | LSR | 1.00 | { L210 } {A103} Drafted March fee application. | 370.00 |
| 5/18/10 | LSR | .40 | { L210 } {A103} Continued drafting March fee application. | 148.00 |
| 5/19/10 | MXP | 2.90 | { L210 } {A104} Reviewed invoices and prepared exhibits for Jenner's March 2010 fee application. | 493.00 |
| 5/21/10 | LSR | .20 | { L210 } {A103} Edited March fee application. | 74.00 |
| 5/25/10 | LSR | .30 | { L210 } {A103} Edited March fee application. | 111.00 |
| | | 5.30 | PROFESSIONAL SERVICES | 1,436.50 |

Page 2

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---|
| 4/07/10 | Pacer Charges | 4.88 |
| | TOTAL DISBURSEMENTS | 4.88 |

## INVOICE TOTAL

$ 1,441.38

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 0.10 | 925.00 | 92.50 |
| LANDON S. RAIFORD | 2.30 | 370.00 | 851.00 |
| MARC A. PATTERSON | 2.90 | 170.00 | 493.00 |
| TOTAL | 5.30 | | 1,436.50 |

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

JUNE 30, 2010
INVOICE # 9170910

**MORGAN STANLEY SWAP**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010                                          $18,031.00

DISBURSEMENTS                                                        14.50

TOTAL INVOICE          $18,045.50

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9170910

JUNE 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010

MORGAN STANLEY SWAP                                   MATTER NUMBER -    10180

| 5/03/10 | DJB | .30 | { L190 } {A104} Reviewed ▮▮▮ communications. | 277.50 |
|---|---|---|---|---|
| 5/03/10 | MZH | .70 | { L120 } {A107} Drafted e-mails to ▮▮ and ▮▮ re ▮▮▮▮▮▮. | 525.00 |
| 5/03/10 | SEB | .90 | { L190 } {A103} Revised Rule 9019 motion and communicated with M. Hankin re same (.5); conferred with M. Hankin re ▮▮▮ of Rule 9019 motion and ▮▮▮▮▮ (.1); revised Rule 9019 motion and ran blacklined versions for ▮▮▮▮▮▮ (.3). | 333.00 |
| 5/04/10 | DJB | .80 | { L190 } {A104} Analyzed ▮▮▮▮ re ▮▮ (.3); telephone conference with ▮▮▮▮ re same (.3); telephone conference with ▮▮▮ re same (.2). | 740.00 |
| 5/06/10 | DJB | .60 | { L190 } {A107} Telephone conference with ▮▮▮▮▮ re ▮▮▮▮▮▮ (.4); e-mail to ▮▮▮ re same (.2). | 555.00 |
| 5/06/10 | MZH | 1.20 | { L120 } {A107} Telephone conference with ▮▮▮ and attended to issues re same (.8); drafted ▮▮▮ and distributed to D. Bradford (.4). | 900.00 |
| 5/07/10 | DJB | .80 | { L190 } {A107} Telephone conference with ▮▮▮ re ▮▮▮▮▮ (.4); prepared e-mail to client re same (.4). | 740.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 5/07/10 | SRM | 3.90 | { L120 } {A103} Reviewed draft ▮▮▮ (1.8); reviewed draft ▮▮▮ and draft motion re ▮▮▮ (1.3); reviewed ▮▮▮ (.8). | 1,443.00 |
|---|---|---|---|---|
| 5/08/10 | SRM | 4.00 | { L120 } {A103} Edited draft ▮▮▮ (1.3); reviewed ▮▮▮ (2.7). | 1,480.00 |
| 5/10/10 | DJB | .50 | { L190 } {A106} Interviewed ▮▮▮ re ▮▮▮ issues (.4); followed up re same (.1). | 462.50 |
| 5/10/10 | WAT | 1.30 | { L110 } {A104} Reviewed and revised summary of ▮▮▮ (1.3). | 663.00 |
| 5/11/10 | DJB | .30 | { L190 } {A106} Telephone conference with ▮▮▮ re ▮▮▮ issues. | 277.50 |
| 5/11/10 | SEB | .40 | { L190 } {A104} Reviewed and edited ▮▮▮. | 148.00 |
| 5/12/10 | SEB | 1.70 | { L190 } {A104} Reviewed emails re ▮▮▮ (.1); ▮▮▮ (1.6). | 629.00 |
| 5/13/10 | DJB | .70 | { L190 } {A107} Telephone conference with ▮▮▮ (.5); e-mail to ▮▮▮ re same (.2). | 647.50 |
| 5/16/10 | DJB | 1.00 | { L190 } {A104} Reviewed draft ▮▮▮ and commented on same. | 925.00 |
| 5/16/10 | MZH | 1.30 | { L120 } {A103} Drafted ▮▮▮ (1.2); drafted e-mail to D. Bradford re same (.1). | 975.00 |
| 5/17/10 | DJB | .80 | { L190 } {A106} E-mail to ▮▮▮ re ▮▮▮ (.4); e-mail to M. Hankin re ▮▮▮ issues (.2); reviewed e-mails re ▮▮▮ (.2). | 740.00 |
| 5/17/10 | MZH | 2.50 | { L120 } {A103} Drafted various e-mails to ▮▮▮ re ▮▮▮ (.7); revised draft ▮▮▮ (1.5); drafted e-mails to D. Bradford re same (.3). | 1,875.00 |
| 5/17/10 | SEB | 1.30 | { L190 } {A105} Conferred with M. Hankin re | 481.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

(.1); reviewed emails from ███
, D. Bradford and M. Hankin re
and ██████ (.3); revised
and 9019 Motion ██████
(.4); emailed D. Bradford and M. Hankin re
███████ (.2); compared versions
of ██████████████
██████ (.2); prepared blacklined versions of
and Rule 9010 Motion for ██████
(.1).

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 5/17/10 | PXR | 1.50 | { L140 } {A110} Reviewed ████████ ██████████ emails USB per S. Biller request (0.5); consulted with ATG re uploading same to CaseLogistix for attorney review (1.0). | 255.00 |
| 5/17/10 | DQH | 1.00 | { L140 } {A110} Communicated with P. Ramos and S. McGee re ██████████ documents received on discs (.50); reviewed new documents on same discs and ████████████ (.50). | 275.00 |
| 5/18/10 | PXR | .70 | { L140 } {A110} Followed-up with ATG re uploading ██████████ to CaseLogistix for S. Biller review. | 119.00 |
| 5/18/10 | RRO | 1.00 | { L140 } {A110} Created new CaseLogistix library, ██████ (.5); performed data extraction of multiple volumes (.5). | 275.00 |
| 5/18/10 | DQH | 1.80 | { L140 } {A110} Communicated with S. McGee re ████, as well as loading documents in native file format (.50); prepared ████ documents to be loaded into new CaseLogistix database (1.00); communicated with Data Management Team re same (.30). | 495.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| 5/19/10 | DQH | 1.10 | { L140 } {A110} Communicated with Data Management Team re status of loading documents into database (.20); conducted quality control checks on ▇▇▇▇ documents loaded into new database (.50); communicated with Data Management Team re creating review folder (.40); communicated with S. Biller re accessibility to ▇▇▇▇ documents in CaseLogistix (.20). | 302.50 |
|---|---|---|---|---|
| 5/19/10 | MS | 1.00 | { L140 } {A110} Began performing second level quality control checks on a new ▇▇▇▇ and CLX library (.2); began performing second level quality control checks on data that was extracted and loaded for native review in CLX (.8). | 275.00 |
| 5/20/10 | DQH | 1.00 | { L140 } {A110} Communicated with Data Management Team re status of loading ▇▇▇▇ documents into database (.20); conducted quality control checks to confirm ▇▇▇▇ documents were loaded without issues and added same to S. Biller's review folder (.60); communicated with S. Biller re same (.20). | 275.00 |
| 5/20/10 | MS | .70 | { L140 } {A110} Began performing second level quality control checks on data that was converted to tiff format and loaded for review (.30); began performing second level quality control checks on production data and endorsed images loaded into CLX for review (.40). | 192.50 |
| 5/24/10 | MZH | .30 | { L120 } {A107} Telephone conference with ▇▇▇▇ re ▇▇▇▇ and drafted e-mail to ▇▇▇▇ re same. | 225.00 |
| 5/27/10 | MZH | .70 | { L120 } {A107} Telephone conference with ▇▇▇▇ re ▇▇▇▇ (.3); telephone conference with ▇▇▇▇ re same (.2); telephone conference with ▇▇▇▇ re ▇▇▇▇ and drafted e-mail re same (.2). | 525.00 |
| | | 35.80 | PROFESSIONAL SERVICES | 18,031.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 5

## DISBURSEMENTS

| | | |
|---|---|---:|
| 5/05/10 | Photocopy Expense | 9.80 |
| 5/07/10 | Photocopy Expense | 4.70 |
| | TOTAL DISBURSEMENTS | 14.50 |

## INVOICE TOTAL                  $ 18,045.50

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| DAVID J. BRADFORD | 5.80 | 925.00 | 5,365.00 |
| MARC B. HANKIN | 6.70 | 750.00 | 5,025.00 |
| WADE A. THOMSON | 1.30 | 510.00 | 663.00 |
| SARAH R. MCNALLY | 7.90 | 370.00 | 2,923.00 |
| SOFIA E. BILLER | 4.30 | 370.00 | 1,591.00 |
| DANNY A. HUERTA | 4.90 | 275.00 | 1,347.50 |
| MARGARET SMALL | 1.70 | 275.00 | 467.50 |
| ROBERT R. OHTON, JR. | 1.00 | 275.00 | 275.00 |
| PANAGIOTA RAMOS | 2.20 | 170.00 | 374.00 |
| TOTAL | 35.80 | | 18,031.00 |

**<u>EXHIBIT B</u>**

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|:---:|---:|
| Pacer Charges | 4.88 |
| Photocopy Expense | 17.00 |
| **Total** | **21.88** |