# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** July 14, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Phil Dublin | Akin Gump Strauss Hauer & Feld | Centerbridge |
| Abiz Quresh | " | " |
| Benjamin Kaminetzky | Davis Polk & Wardwell | JPMorgan Chase, Agent |
| Donald Bernstein | Davis Polk & Wardwell | JP Morgan Chase, Agent |
| James Conlan | Sidley Austin | Debtors |
| Bryan Krakauer | " | " |
| Dan Liebenstritt | Tribune | Debtors |
| Norman Pernick | Cole Schotz | Debtors |
| Don Bernstein | Davis Polk | JP Morgan |
| Dennis Glazer | Davis Polk | " |
| David Rosner | Kasowitz Benson | Law Debenture |
| Andrew Glenn | " | " |
| Matt Stein | " | " |
| Garvan McDaniel | Bifferato Gentilotti | |
| Thomas W. Horan | Womble Carlyle Sandridge & Rice | Great Banc |
| Mark Collins | Richards Layton | JP Morgan |
| Robert Stearn | " | JP Morgan |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: July 14, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath+Cobb | Committee |
| Howard Seife | Chadbourne + Parke | Committee |
| David LeMay | Chadbourne + Parke | Committee |
| Marc Ashley | Chadbourne + Parke | Committee |
| Tom McCormack | Chadbourne + Parke | Committee |
| Andrew Goldfarb | Zuckerman Spaeder | Committee |
| Graeme James Sottile | Zuckerman Spaeder | Committee |
| James Johnston | Hennigan Bennett & Dorman | Credit Agreement Lenders |
| Robert Brady | Young Conaway | " |
| David Hille | White & Case | Wells Fargo |
| Thomas E Lauria | " | " |
| Scott Greissman | " | " |
| Jeffrey Schlerf | Fox Rothschild | |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** July 14, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Powlen | Barnes + Thornburg | Morgan Stanley |
| Martin Siegel | Brown Rudnick | Wilmington Trust |
| Katy Brumberg | " | " |
| Jared Ellias | " | " |
| Jennifer Hoover | Brock Freedlander | |
| Mel Minn | Sidley LLP | Examiner |
| Kathleen P. Makowski | Pachulski Stang Ziehl Jones | Centerbridge |
| Laurie Selber Silverstein | Potter Anderson Corroon | Merrill Lynch |
| David Klauder | US Trustee | US Trustee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 07/14/2010
Calendar Time: 01:30 PM ET

1st Revision 07/14/2010 08:46 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3622988 | Carolyn Adler | (212) 761-2693 | Morgan Stanley | Interested Party, Morgan Stanley / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3621526 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3623001 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3620540 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3578547 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3621834 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3623091 | David Bralow | (312) 853-7163 | Tribune Company | Debtor, Tribune / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3616559 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3617678 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3612171 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3623256 | Andrew Dash | 212-209-4811 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3621213 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3623335 | William Dolan | 401-276-2611 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3621850 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3623257 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3590672 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3618972 | Arif Gangat | (212) 372-8938 | Arrowgrass | Interested Party, Arrowgrass Management / LISTEN ONLY |

| Case Name | Case # | Proceeding | # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3626040 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Center Bridge Credit Advisors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3612028 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3616490 | Andrew Gordon | 212-373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 3620590 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3616565 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3620447 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3623089 | Ken Kansa | (312) 853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3621339 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3621754 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3621812 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3621646 | Joseph Lamport | 212-299-7673 | Sandelman Partners Multi-Strategy | Interested Party, Joseph Lamport / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3620459 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3621219 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3621839 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3621817 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 3611998 | Stuart C. McPhail | 212-373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3622976 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3621051 | Tina Moss | 212-326-0421 | Pryor Cashman LLP | Interested Party, Pryor Cashman LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 3626035 | Deborah Newman | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Centerbridge Credit Advisors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3620680 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3623042 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3621230 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3621207 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3620552 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3620558 | Amit Treham | (212) 506-2198 | Mayer Brown LLP (All Offices) | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3623330 | Andrew Vail | (312) 840-8688 | Jenner & Block | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3621854 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company And Tribune CNLBC, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3622069 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |