**Marbury L. von Briesen**
401 Plumbridge Court
Timonium Md 21093-8125
410-308-1236

July 9, 2010

The Honorable Kevin J Carey
U S Bankruptcy Court for the District of Delaware
824 Market Street - 5th floor
Wilmington DE 19801

RE: Case No 08-13141-(KJC)
Tribune Company Claim # 5428
Item 73 of deptors twenty-fourth
Ominibus objection to claims
Filed April 16, 2010 & adjurned to
July 14, 2010.

Your honor:

In addition to my letter dated May 10, 2010, I wish to add the following comments in support of my bankruptcy claim:

I am enclosing a consolidated balance sheet obtained from the Tribune wed-site showing a liability of $ 264 million as of December 30, 2007 for " Deferred Compensation and Benefits" This amount is compared to $392 million on December 31, 2006.This is the most recent financial statment available to me.

Regardless of whether this account was underfunded on non-existant at the time of declaring bankruptcy, it does indicate that the Tribune Company reconized a liability for employees and retirees benefits.

In my case, the offer of lifetime medical insurance which was made to me on December 19, 1989 was an important part in my decision to retire at age 60, and I signed retirement papers twelve days later, December 31, 1998

Sincerely

Marbury L von Briesen

## TRIBUNE COMPANY AND SUBSIDIARIES
## CONSOLIDATED BALANCE SHEETS
(In thousands of dollars)

|  | Dec. 30, 2007 | Dec. 31, 2006 |
|---|---:|---:|
| **Liabilities and Shareholders' Equity (Deficit)** | | |
| **Current Liabilities** | | |
| Borrowings under former bridge credit facility | $ — | $ 1,310,000 |
| PHONES debt related to Time Warner stock (Note 10) | 253,080 | — |
| Other debt due within one year (Note 10) | 750,239 | 119,007 |
| Accounts payable | 188,017 | 151,601 |
| Employee compensation and benefits | 129,677 | 185,551 |
| Contracts payable for broadcast rights | 339,909 | 319,822 |
| Deferred income taxes | 100,324 | — |
| Deferred income | 121,239 | 108,607 |
| Other | 307,481 | 354,003 |
| Total current liabilities | 2,189,966 | 2,548,591 |
| **Long-Term Debt** | | |
| PHONES debt related to Time Warner stock (Note 10) | 343,960 | 572,960 |
| Other long-term debt (less portions due within one year) | 11,496,246 | 3,003,251 |
| Total long-term debt | 11,840,206 | 3,576,211 |
| **Other Non-Current Liabilities** | | |
| Deferred income taxes | 1,771,845 | 1,974,672 |
| Contracts payable for broadcast rights | 432,393 | 424,050 |
| Deferred compensation and benefits | 264,480 | 392,187 |
| Other obligations | 164,769 | 165,445 |
| Total other non-current liabilities | 2,633,487 | 2,956,354 |
| **Commitments and Contingent Liabilities (Note 13)** | — | — |
| **Common Shares Held by ESOP, net of Unearned Compensation (Note 17)** | — | — |
| **Shareholders' Equity (Deficit)** | | |
| Series D-1 convertible preferred stock | | |
| Authorized: no shares at Dec. 30, 2007 and 137,643 shares at Dec. 31, 2006; Issued and outstanding: no shares at Dec. 30, 2007 and no shares (net of 137,643 treasury shares) at Dec. 31, 2006 | — | — |
| Common stock ($0.01 par value) | | |
| Authorized: 250,000,000 shares at Dec. 30, 2007 and 1,400,000,000 shares at Dec. 31, 2006; no shares issued other than to ESOP at Dec. 30, 2007 and 387,179,076 shares issued at Dec. 31, 2006 | — | 2,241 |
| Additional paid-in capital | — | 6,834,788 |
| Stock purchase warrants (Note 16) | 255,000 | — |
| Retained earnings (deficit) | (3,474,311) | 3,138,313 |
| Treasury common stock (at cost) no shares at Dec. 30, 2007 and 147,971,659 shares at Dec. 31, 2006 | — | (5,288,341) |
| Accumulated other comprehensive income (loss) | (294,629) | (367,385) |
| Total shareholders' equity (deficit) | (3,513,940) | 4,319,616 |
| Total liabilities and shareholders' equity (deficit) | $ 13,149,719 | $ 13,400,772 |

See Notes to Consolidated Financial Statements.

83

Source: TRIBUNE CO, 10-K, March 20, 2008                    Powered by Morningstar® Document Research℠