# United States Bankruptcy Court
## District of Delaware

In re: <u>Tribune Company, et al.</u>          Case No. <u>08-13141 (KJC) (Jointly Administered)</u>

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| Oaktree FF Investment Fund, L.P. | Barclays Bank PLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Oaktree FF Investment Fund, L.P.
c/o Oaktree Capital Management, L.P.
333 South Grand Ave, 28th Floor
Los Angeles, CA  90071
Annette Sing
Telephone: (213) 830-6343
Facsimile: (213) 830-6292
Email: tradesupport@oaktreecapital.com

Last Four Digits of Acct. #: _____

Court Claim Nos: Please see attached Schedule, which Court Claim Nos. are incorporated herein by reference.

Amount of Claim Transferred for Each of the Claims Listed on the Attached Schedule: $2,827,161.00

Date Claims Filed: July 11, 2009

Phone: (212) 412-5937
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Oaktree FF Investment Fund, L.P.

By: Oaktree FF Investment Fund GP, L.P.
Its: General Partner

By: Oaktree FF Investment Fund GP Ltd
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director

By: _____          Date: ___7|14|2010___
      Transferee/Transferee's Agent

By: _____          Date: ___7|14|2010___
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

032-3229/FORMS/2698644.1

# United States Bankruptcy Court
## District of Delaware

In re: <u>Tribune Company, et al.</u>          Case No. <u>08-13141 (KJC) (Jointly Administered)</u>

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

The Claims listed on the attached Schedule were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claims other than for Security in the Clerk's office of this court on          .

| | |
|---|---|
| Barclays Bank PLC<br><br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Andrew Varani<br>Barclays Bank PLC<br>c/o Barclays Capital<br>200 Park Avenue, 4th Floor<br>New York, NY 10166<br>Telephone: (212) 412-5937<br>Facsimile: (212) 412-2441<br>Email: BDMNY@barcap.com<br><br>with copy to:<br><br>William Soto<br>Barclays Bank PLC<br>c/o Barclays Capital<br>200 Park Avenue, 4th Floor<br>New York, NY 10166<br>Telephone: (212) 412-5365<br>Facsimile: (646) 845-6559<br>Email: loanclosers@barcap.com | Oaktree FF Investment Fund, L.P.<br><br>Name of Transferee<br><br>Address of Transferee:<br><br>Oaktree FF Investment Fund, L.P.<br>c/o Oaktree Capital Management, L.P.<br>333 South Grand Ave, 28th Floor<br>Los Angeles, CA  90071<br>Annette Sing<br>Telephone: (213) 830-6343<br>Facsimile: (213) 830-6292<br>Email: tradesupport@oaktreecapital.com |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                              CLERK OF THE COURT

032-3229/FORMS/2698644.1

# SCHEDULE

## (List of Claims Transferred)

| Claim # | Transferor | Date Claim Filed | Filed Claim Amount | Amount of Claim Transfered |
|---|---|---|---|---|
| 4526 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4527 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4528 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4529 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4530 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4531 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4532 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4533 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4534 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4535 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4536 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4537 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4538 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4539 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4540 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4541 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4542 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4543 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4544 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4545 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4546 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4547 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4548 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4549 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4550 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4551 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4552 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4553 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4554 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4555 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4556 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4557 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4558 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4559 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4560 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4561 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4562 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4563 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4564 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4565 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4566 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4567 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |

| Claim # | Transferor | Date Claim Filed | Filed Claim Amount | Amount of Claim Transfered |
|---|---|---|---|---|
| 4568 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4569 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4570 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4571 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4572 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4573 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4574 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4575 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4576 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4577 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4578 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4579 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4580 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4581 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4582 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4583 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4584 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4585 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4586 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |
| 4587 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $2,827,161.00 |