# United States Bankruptcy Court
## District of Delaware

In re: Tribune Company, et al.          Case No. 08-13141 (KJC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| Oaktree Value Opportunities Fund Holdings, L.P. | Barclays Bank PLC |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim Nos: Please see attached Schedule, which Court Claim Nos. are incorporated herein by reference. |
| Oaktree Value Opportunities Fund Holdings, L.P. c/o Oaktree Capital Management, L.P. 333 South Grand Ave, 28th Floor Los Angeles, CA 90071 Annette Sing Telephone: (213) 830-6343 Facsimile: (213) 830-6292 Email: tradesupport@oaktreecapital.com | Amount of Claim Transferred for Each of the Claims Listed on the Attached Schedule: $7,022,053.00 Date Claims Filed: July 11, 2009 Phone: (212) 412-5937 |
| Last Four Digits of Acct. #: _____ | Last Four Digits of Acct. #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Oaktree Value Opportunities Fund Holdings, L.P.

By: Oaktree Value Opportunities Fund GP, LLC
Its: General Partner

By: Oaktree Value Opportunities Fund GP, Ltd.
Its: General Partner

By: Oaktree Capital Management, L.P.
Its: Director

By: _____    Date: 7/14/2010
    Transferee/Transferee's Agent

By: _____    Date: 7/14/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-3231/FORMS/2698666.1

# United States Bankruptcy Court
## District of Delaware

In re: <u>Tribune Company, et al.</u>        Case No. <u>08-13141 (KJC) (Jointly Administered)</u>

**PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

The Claims listed on the attached Schedule were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claims other than for Security in the Clerk's office of this court on         .

| Barclays Bank PLC | Oaktree Value Opportunities Fund Holdings, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Andrew Varani<br>Barclays Bank PLC<br>c/o Barclays Capital<br>200 Park Avenue, 4th Floor<br>New York, NY 10166<br>Telephone: (212) 412-5937<br>Facsimile: (212) 412-2441<br>Email: BDMNY@barcap.com<br><br>with copy to:<br><br>William Soto<br>Barclays Bank PLC<br>c/o Barclays Capital<br>200 Park Avenue, 4th Floor<br>New York, NY 10166<br>Telephone: (212) 412-5365<br>Facsimile: (646) 845-6559<br>Email: loanclosers@barcap.com | Oaktree Value Opportunities Fund Holdings, L.P.<br>c/o Oaktree Capital Management, L.P.<br>333 South Grand Ave, 28th Floor<br>Los Angeles, CA  90071<br>Annette Sing<br>Telephone: (213) 830-6343<br>Facsimile: (213) 830-6292<br>Email: tradesupport@oaktreecapital.com |

**--DEADLINE TO OBJECT TO TRANSFER--**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                                                                                CLERK OF THE COURT

## SCHEDULE

**(List of Claims Transferred)**

| Claim # | Transferor | Date Claim Filed | Filed Claim Amount | Amount of Claim Transfered |
|---|---|---|---|---|
| 4526 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4527 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4528 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4529 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4530 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4531 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4532 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4533 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4534 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4535 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4536 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4537 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4538 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4539 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4540 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4541 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4542 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4543 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4544 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4545 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4546 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4547 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4548 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4549 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4550 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4551 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4552 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4553 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4554 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4555 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4556 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4557 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4558 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4559 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4560 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4561 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4562 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4563 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4564 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4565 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4566 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4567 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |

| Claim # | Transferor | Date Claim Filed | Filed Claim Amount | Amount of Claim Transfered |
|---|---|---|---|---|
| 4568 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4569 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4570 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4571 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4572 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4573 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4574 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4575 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4576 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4577 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4578 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4579 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4580 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4581 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4582 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4583 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4584 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4585 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4586 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |
| 4587 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $7,022,053.00 |