# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MAY 1, 2010 THROUGH MAY 31, 2010**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $535.00 | 8.00 | $4,280.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $445.00 | 5.60 | $2,492.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $390.00 | 1.20 | $468.00 |
| Kathleen A. Murphy | Associate. Joined firm as associate in 2008. Member of PA bar since 2007. Member of VA and DE bars since 2008. | $340.00 | .50 | $170.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002. Joined Firm in 2000. | $160.00 | 5.90 | $944.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 3.40 | $425.00 |
| Grand Total: | | | 24.60 | $8,779.00 |
| Blended Rate: | | | | $356.87 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $484.31 |

US_ACTIVE-103988930.1-JCFALGOW

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 7.50 | $3,261.70 |
| Insurance Counseling – 00005 | 7.40 | $3,303.00 |
| Marsh – 00008 | .60 | $157.00 |
| Fee Applications – 00009 | 9.10 | $2,097.50 |
| **TOTAL:** | **85.90** | **$8,779.00** |

US_ACTIVE-103988930.1-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2011987
Invoice Date: June 22, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through May 31, 2010

|     |                                        | Current Fees | Current Costs | Total for Matter |
|-----|----------------------------------------|-------------:|--------------:|-----------------:|
| RE: | Reliance/Times Mirror<br>503842.00004  | $3,221.50    | $40.20        | $3,261.70        |
| RE: | Insurance Counseling<br>503842.00005   | $3,303.00    | $1.40         | $3,304.40        |
| RE: | Marsh<br>503842.00008                  | $157.00      | $0.00         | $157.00          |
| RE: | Fee Applications<br>503842.00009       | $2,097.50    | $230.17       | $2,327.67        |
|     | **Current Invoice Total:**             | **$8,779.00**| **$271.77**   | **$9,050.77**    |

**INVOICE IS PAYABLE UPON RECEIPT**

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2011987
Invoice Date: June 22, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through May 31, 2010

|     |                                     | Current Fees | Current Costs | Total for Matter |
| --- | ----------------------------------- | -----------: | ------------: | ---------------: |
| RE: | Reliance/Times Mirror<br>503842.00004 | $3,221.50  | $40.20        | $3,261.70        |
| RE: | Insurance Counseling<br>503842.00005 | $3,303.00   | $1.40         | $3,304.40        |
| RE: | Marsh<br>503842.00008               | $157.00      | $0.00         | $157.00          |
| RE: | Fee Applications<br>503842.00009    | $2,097.50    | $230.17       | $2,327.67        |
|     | **Current Invoice Total:**          | **$8,779.00** | **$271.77**  | **$9,050.77**    |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2011987)

Case 08-13141-BLS   Doc 5022-3   Filed 07/15/10   Page 6 of 11

June 22, 2010                                                                                                                           Invoice: 2011987
RE:     Reliance/Times Mirror                                                     Page 2
        (503842.00004)

**RE:**    **Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/03/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 05/06/10 | TPL | Email exchange regarding supplementation of record. | 0.20 |
| 05/06/10 | JDS | Analyzed and exchanged emails regarding supplemental filings with Referee O'Keefe. | 0.20 |
| 05/07/10 | TPL | Drafted letter supplementing the record. | 3.00 |
| 05/07/10 | JDS | Analyzed payment transmittal from Reliance and forwarded same to client. | 0.20 |
| 05/10/10 | TPL | Revised supplemental filing with referee; finalized and sent Supplemental filing to referee. | 2.40 |
| 05/10/10 | JDS | Analyzed and provided comment on and proposed revisions to supplemental submission to Referee O'Keefe regarding LPT claims. | 0.80 |
| 05/20/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 05/28/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |

                        TOTAL FEES:                                       $3,221.50

### CURRENT DISBURSEMENTS

| 05/31/2010 | Duplicating/Printing/Scanning | | 40.20 |
|---|---|---|---|
| | | Total Disbursements | 40.20 |
| | | Fees & Disbursements | $3,261.70 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.20 | 535.00 | 642.00 |
| TPL | T.P. Law | 5.60 | 445.00 | 2,492.00 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
| | | 7.50 | | 3,221.50 |

**RE:   Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/11/10 | JDS | Prepared letter to liability insurer concerning issues related to mediation of third-party claim and insurer participation in same (1.00); telephone conferences with client, underlying defense counsel regarding same (.80); analyzed insurer response to same and reply to insurer response (.40). | 2.20 |
| 05/12/10 | JDS | Analyzed and exchanged e-mails with liability insurer, defense counsel and client regarding mediation of third-party lawsuit and insurer's failure to attend same (1.30); telephone conferences with defense counsel and client regarding progress of mediation and communications with insurer concerning same (.60). | 1.90 |
| 05/13/10 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 05/13/10 | JDS | Analyzed and exchanged e-mails regarding outcome of mediation of third-party lawsuit and insurer communications regarding same. | 0.30 |
| 05/14/10 | SS | Reviewed and organized case files. | 0.40 |
| 05/14/10 | JDS | Analyzed and exchanged e-mails regarding insurance issues related to settlement of third-party suit at mediation. | 0.20 |
| 05/24/10 | JDS | Analyzed and exchanged emails with defense counsel (Sidley Austin) regarding settlement of third-party suit and insurance issues related to same. | 0.20 |
| 05/27/10 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 05/27/10 | JDS | Telephone conferences with defense and bankruptcy counsel regarding insurance issues related to settlement of third party lawsuit (.8); analyzed D&O policy in connection with same (.2). | 1.00 |

                              TOTAL FEES:                             $3,303.00

**CURRENT DISBURSEMENTS**

05/31/2010   Duplicating/Printing/Scanning                                                 1.40

                                                  Total Disbursements                      1.40

                                                  Fees & Disbursements            $3,304.40

Case 08-13141-BLS    Doc 5022-3    Filed 07/15/10    Page 8 of 11

June 22, 2010  
RE:    Insurance Counseling  
       (503842.00005)

Invoice: 2011987  
Page 4

**Fee Summary: Insurance Counseling**

| ID  | Names       | Hours | Rate   | Amount   |
|-----|-------------|-------|--------|----------|
| JDS | J.D. Shugrue | 5.80  | 535.00 | 3,103.00 |
| SS  | S. Somoza   | 1.60  | 125.00 | 200.00   |
|     |             | 7.40  |        | 3,303.00 |

June 22, 2010     Case 08-13141-BLS    Doc 5022-3    Filed 07/15/10    Page 9 of 11    Invoice: 2011987
RE: Marsh                                                                                             Page 5
(503842.00008)

### RE: Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/07/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 05/10/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 05/12/10 | JDS | Forwarded supplemental filings regarding LPT claims to counsel for Marsh. | 0.20 |
| 05/25/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |

                                        TOTAL FEES:           $157.00

                                        Fees & Disbursements     $157.00

### Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.20 | 535.00 | 107.00 |
| SS | S. Somoza | 0.40 | 125.00 | 50.00 |
| | | 0.60 | | 157.00 |

June 22, 2010          Invoice: 2011987
RE:    Fee Applications          Page 6
     (503842.00009)

### RE: Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/03/10 | LL | Confer with C. Falgowski regarding Fee Applications (.1); revisions to RS's 14th Monthly Fee Application (.4); revisions to RS's 5th Interim Fee Application (.2); confer with C. Falgowski regarding interim fee payments (.1); research regarding same (.2); e-mail correspondence to J. Shugrue and C. Falgowski regarding same (.2); revisions to RS's 14th Monthly and 5th Interim Fee Applications (.4); e-file and service of RS's 5th Interim Fee Application (.4); e-file and service of RS's 14th Monthly Fee Application (.7). | 2.70 |
| 05/03/10 | JCF | Review of fee applications (.4); communications with L. Lankford and J. Shugrue regarding interim payment issues and status (.2). | 0.60 |
| 05/03/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 05/03/10 | JDS | Worked on final review of 14th Monthly and 5th Interim fee applications. | 0.30 |
| 05/05/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 05/10/10 | JDS | Analyzed proposed approved fees for 2Q Interim Applications and provided comment on same. | 0.20 |
| 05/13/10 | LL | Research regarding 2nd Interim Fee Application regarding Omnibus Order per C. Falgowski. | 0.10 |
| 05/13/10 | JCF | Communications with J. Shugrue and L. Lankford regarding fee applications and interim fee hearing. | 0.30 |
| 05/14/10 | LL | Research docket regarding RS's 2nd Interim Fee Application and Agenda for 5/18 hearing and forward same to K. Murphy. | 0.30 |
| 05/17/10 | LL | E-mail correspondence regarding hearing on 2nd Interim Fee Application. | 0.10 |
| 05/18/10 | KAM | Attendance at fee application hearing (.3); email to C. Falgowski regarding same (.2). | 0.50 |
| 05/20/10 | LL | Drafting RS's 15th Monthly Fee Application (.4); drafting CNO to RS's 13th Monthly Fee Application (.2); e-mail correspondence regarding same (.1). | 0.70 |
| 05/24/10 | LL | Confer with C. Falgowski regarding CNO. | 0.10 |
| 05/24/10 | LL | Drafting CNO's to RS's 14th Monthly & 5th Interim Fee Applications (.5); e-mail correspondence regarding same (.1). | 0.60 |
| 05/25/10 | LL | Revisions and calculations to RS's 15th Monthly Fee Application (1.2); e-mail correspondence regarding same (.1). | 1.30 |

June 22, 2010            Invoice: 2011987
RE:    Fee Applications            Page 7
(503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/25/10 | JDS | Analyzed and provided comment on CNOs regarding Monthly and Quarterly fee applications. | 0.30 |
| 05/27/10 | JCF | Review of fee applications. | 0.30 |
| 05/27/10 | SS | Reviewed, catalogued and organized case correspondence. | 0.20 |

TOTAL FEES: $2,097.50

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 05/31/2010 | PACER | 2.72 |
| 05/31/2010 | Courier Service - Outside | 60.00 |
| 05/31/2010 | Outside Duplicating | 167.45 |
| | Total Disbursements | 230.17 |
| | Fees & Disbursements | $2,327.67 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.80 | 535.00 | 428.00 |
| JCF | J.C. Falgowski | 1.20 | 390.00 | 468.00 |
| KAM | K.A. Murphy | 0.50 | 340.00 | 170.00 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
| LL | L. Lankford | 5.90 | 160.00 | 944.00 |
| | | 9.10 | | 2,097.50 |