# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $41.60 |
| Courier Service | | $60.00 |
| Outside-Duplicating | IKON | $167.45 |
| **TOTAL** | | **$271.77** |

US_ACTIVE-103988930.1-JCFALGOW

June 22, 2010
Invoice: 2011987

RE:     Reliance/Times Mirror
(503842.00004)
Page 2

**RE:     Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/03/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 05/06/10 | TPL | Email exchange regarding supplementation of record. | 0.20 |
| 05/06/10 | JDS | Analyzed and exchanged emails regarding supplemental filings with Referee O'Keefe. | 0.20 |
| 05/07/10 | TPL | Drafted letter supplementing the record. | 3.00 |
| 05/07/10 | JDS | Analyzed payment transmittal from Reliance and forwarded same to client. | 0.20 |
| 05/10/10 | TPL | Revised supplemental filing with referee; finalized and sent Supplemental filing to referee. | 2.40 |
| 05/10/10 | JDS | Analyzed and provided comment on and proposed revisions to supplemental submission to Referee O'Keefe regarding LPT claims. | 0.80 |
| 05/20/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 05/28/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |

TOTAL FEES:                    $3,221.50

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 05/31/2010 Duplicating/Printing/Scanning | | 40.20 |
| | Total Disbursements | 40.20 |
| | Fees & Disbursements | $3,261.70 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.20 | 535.00 | 642.00 |
| TPL | T.P. Law | 5.60 | 445.00 | 2,492.00 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
| | | 7.50 | | 3,221.50 |

June 22, 2010                                                           Invoice: 2011987
RE:        Insurance Counseling                                        Page 3
           (503842.00005)

**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/11/10 | JDS | Prepared letter to liability insurer concerning issues related to mediation of third-party claim and insurer participation in same (1.00); telephone conferences with client, underlying defense counsel regarding same (.80); analyzed insurer response to same and reply to insurer response (.40). | 2.20 |
| 05/12/10 | JDS | Analyzed and exchanged e-mails with liability insurer, defense counsel and client regarding mediation of third-party lawsuit and insurer's failure to attend same (1.30); telephone conferences with defense counsel and client regarding progress of mediation and communications with insurer concerning same (.60). | 1.90 |
| 05/13/10 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 05/13/10 | JDS | Analyzed and exchanged e-mails regarding outcome of mediation of third-party lawsuit and insurer communications regarding same. | 0.30 |
| 05/14/10 | SS | Reviewed and organized case files. | 0.40 |
| 05/14/10 | JDS | Analyzed and exchanged e-mails regarding insurance issues related to settlement of third-party suit at mediation. | 0.20 |
| 05/24/10 | JDS | Analyzed and exchanged emails with defense counsel (Sidley Austin) regarding settlement of third-party suit and insurance issues related to same. | 0.20 |
| 05/27/10 | SS | Reviewed and catalogued case correspondence. | 0.60 |
| 05/27/10 | JDS | Telephone conferences with defense and bankruptcy counsel regarding insurance issues related to settlement of third party lawsuit (.8); analyzed D&O policy in connection with same (.2). | 1.00 |

TOTAL FEES:                          $3,303.00

**CURRENT DISBURSEMENTS**

05/31/2010  Duplicating/Printing/Scanning                                1.40

                                        Total Disbursements          1.40

                                        Fees & Disbursements      $3,304.40

June 22, 2010
RE:      Fee Applications
         (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/25/10 | JDS | Analyzed and provided comment on CNOs regarding Monthly and Quarterly fee applications. | 0.30 |
| 05/27/10 | JCF | Review of fee applications. | 0.30 |
| 05/27/10 | SS | Reviewed, catalogued and organized case correspondence. | 0.20 |

TOTAL FEES:        <u>$2,097.50</u>

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 05/31/2010 | PACER | 2.72 |
| 05/31/2010 | Courier Service - Outside | 60.00 |
| 05/31/2010 | Outside Duplicating | 167.45 |
| | Total Disbursements | 230.17 |
| | Fees & Disbursements | $2,327.67 |

## Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 0.80 | 535.00 | 428.00 |
| JCF | J.C. Falgowski | 1.20 | 390.00 | 468.00 |
| KAM | K.A. Murphy | 0.50 | 340.00 | 170.00 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
| LL | L. Lankford | 5.90 | 160.00 | 944.00 |
| | | 9.10 | | 2,097.50 |