IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: August 4, 2010 @ 4:00 p.m. |
| | | Hearing Date TBD |

### SIXTH INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2010 THROUGH MAY 31, 2010

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 nunc pro tunc December 8, 2008** |
| Application Period: | **March 1, 2010 through May 31, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | $600,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $28,993.39 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $628,993.39 |

This is a: ___ monthly    X  interim    ___ final application.

**Summary of Fee Applications for Compensation Period**

| Date & Docket No. | Period Covered | Requested Fees (A) | Requested Expenses (B) | CNO Date & Docket No. | Approved Fees (C) | Approved Expenses (D) | Amounts Paid (E) | Holdback Amount (A+B-E) |
|---|---|---|---|---|---|---|---|---|
| 07/15/10 [TBD] | 03/01/10 through 03/31/10 | $200,000.00 | $14,369.85 | Objection Deadline TBD | $0.00 | $0.00 | $0.00 | $214,369.85 |
| 07/15/10 [TBD] | 04/01/10 through 04/30/10 | $200,000.00 | $10,334.43 | Objection Deadline TBD | $0.00 | $0.00 | $0.00 | $210,334.43 |
| 07/15/10 [TBD] | 05/01/10 through 05/31/10 | $200,000.00 | $4,289.11 | Objection Deadline TBD | $0.00 | $0.00 | $0.00 | $204,289.11 |
| Totals | 03/01/10 through 03/31/10 | $600,000.00 | $28,993.39 | N/a | $0.00 | $0.00 | $0.00 | $628,993.39 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Administrative Order") entered by this Court on January 15, 2009 [Docket No. 225], Lazard Frères & Co. LLC, ("Lazard") hereby submits its sixth interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the period covering March 1, 2010 through May 31, 2010 (collectively, the "Fee Applications")[1], and (ii) authorization for Tribune Company and certain of its subsidiaries and affiliates (collectively, the 'Debtors") to pay the full amounts requested in the Fee Application, including the 20% holdback of fees provided for in the Administrative Order.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.

Dated:   July 14, 2010
         New York, New York

                                    LAZARD FRÈRES & CO. LLC

                                    _____
                                    Suneel Mandava
                                    Director
                                    Lazard Frères & Co. LLC
                                    30 Rockefeller Plaza, 61st Floor
                                    New York, NY  10020
                                    (212/632-6000)
                                    Investment Banker and Financial Advisor
                                    to the Debtors