# EXHIBIT A

# ESOP/Stay Issues

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10130

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

APRIL 30, 2010
INVOICE # 9165131

### ESOP/STAY ISSUES

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010 · · · · · · · · · · · · · · · · $13,693.00

DISBURSEMENTS · · · · · · · · · · · · · · · · · · · · · · · 2,176.50

TOTAL INVOICE · · · · · · $15,869.50

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE #  9165131

APRIL 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010

ESOP/STAY ISSUES                                                MATTER NUMBER -    10130

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 3/01/10 | DJB | 1.00 | { L190 } {A104} Reviewed and commented on ███ brief. | 925.00 |
| 3/01/10 | DAS | .30 | { L210 } {A107} Communicated with ███ re drafts █. | 162.00 |
| 3/02/10 | DJB | .50 | { L190 } {A104} Reviewed ███ papers and analyzed same. | 462.50 |
| 3/04/10 | DJB | .70 | { L190 } {A107} Telephone conference with ███ and ███ re ███. | 647.50 |
| 3/04/10 | DJB | .80 | { L190 } {A107} Various telephone conferences with ███ and ███ re ███ issues. | 740.00 |
| 3/05/10 | RRB | 1.30 | { L190 } {A104} Reviewed research and case law on ███ and ███. | 637.00 |
| 3/08/10 | RRB | 3.60 | { L190 } {A102} Reviewed ███ and summaries (1.0); pulled and reviewed ███ decision (1.0); revised section of brief on ███ (1.6). | 1,764.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 3/09/10 | DJB | .70 | { L190 } {A107} Telephone conference with ████████ issues. | 647.50 |
|---|---|---|---|---|
| 3/15/10 | DAS | 1.00 | { L210 } {A106} Met with ████████ | 540.00 |
| 3/16/10 | WLS | .50 | { L190 } {A105} Conferred with D. Sondgeroth and A. Amert re ████ issues. | 425.00 |
| 3/16/10 | DAS | .20 | { L210 } {A108} Reviewed communication from █ re ████████. | 108.00 |
| 3/18/10 | DJB | .70 | { L190 } {A106} Telephone conference with ████ re r████████ issues. | 647.50 |
| 3/18/10 | RRB | 3.80 | { L190 } {A102} Researched ████████ (2.0); reviewed ████████ draft (1.5); met with D. Sondgeroth re ████ (.3). | 1,862.00 |
| 3/30/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with ████ re ██ issues (.5); worked on ██ issues re ████ (.5). | 925.00 |
| 3/31/10 | WLS | .50 | { L190 } {A105} Advise on ████████ | 425.00 |
| 3/31/10 | DJB | 3.00 | { L190 } {A106} Office conference with ████ re ██ issues ████. | 2,775.00 |
|  |  | 19.60 | PROFESSIONAL SERVICES | 13,693.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

## DISBURSEMENTS

| 3/02/10 | Photocopy Expense | |
|---------|-------------------|------|
| 3/02/10 | Photocopy Expense | 58.00 |
| 3/02/10 | Photocopy Expense | 38.97 |
| 3/03/10 | Photocopy Expense | 6.60 |
| 3/09/10 | Photocopy Expense | 29.97 |
| 3/10/10 | Photocopy Expense | 58.90 |
| 3/10/10 | Photocopy Expense | 310.33 |
| 3/11/10 | Photocopy Expense | 45.81 |
| 3/11/10 | Photocopy Expense | 117.80 |
| 3/12/10 | Photocopy Expense | 12.69 |
| 3/12/10 | Photocopy Expense | 546.00 |
| 3/12/10 | Photocopy Expense | 130.32 |
| 3/15/10 | Photocopy Expense | 84.60 |
| 3/17/10 | Photocopy Expense | 64.40 |
| 3/31/10 | Westlaw Research | 7.00 |
| | TOTAL DISBURSEMENTS | 665.11 |
| | | 2,176.50 |

## INVOICE TOTAL

$ 15,869.50

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 8.40 | 925.00 | 7,770.00 |
| WILLIAM L. SCOGLAND | 1.00 | 850.00 | 850.00 |
| DOUGLAS A. SONDGEROTH | 1.50 | 540.00 | 810.00 |
| REENA R. BAJOWALA | 8.70 | 490.00 | 4,263.00 |
| TOTAL | 19.60 | | 13,693.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130


THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

MAY 28, 2010
INVOICE # 9168365


### ESOP/STAY ISSUES

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010

$11,568.00

DISBURSEMENTS

183.66

TOTAL INVOICE

$11,751.66

Federal Identification No. 36-2192554

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9168365

MAY 28, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010

ESOP/STAY ISSUES                                      MATTER NUMBER -    10130

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 4/01/10 | DJB | 2.00 | { L190 } {A106} Office conference with D. Liebentritt re ███████ | 1,850.00 |
| 4/02/10 | DJB | 1.00 | { L190 } {A106} Office conference with D. Liebentritt re ███████. | 925.00 |
| 4/06/10 | JLT | .80 | {L190} {A103} Drafted and reviewed correspondence re ████; reviewed Wilmington Trust brief re ████ issues. | 540.00 |
| 4/06/10 | DAS | .40 | { L210 } {A107} Communicated with ██████ re status of ████████ and issues related to ████████. | 216.00 |
| 4/09/10 | PXR | 1.10 | { L140 } {A110} Updated court file and SharePoint site (0.3); updated various subject files with documents previously gathered for attorney review (0.6); updated case file index re same (0.2). | 187.00 |
| 4/12/10 | DJB | .50 | { L120 } {A104} Reviewed reorganization plan re case. | 462.50 |
| 4/12/10 | DJB | .30 | { L190 } {A107} Telephone conference with D. Sondgeroth re ████. | 277.50 |
| 4/14/10 | DJB | 2.30 | { L190 } {A107} Telephone conference with D. Liebentritt re ████ (1.0); telephone conference with ████ re same (.80); telephone conference with ████ re same (.50). | 2,127.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 4/15/10 | CS | .70 | {L190} {A105} Met re ███████ and other issues. | 542.50 |
| 4/15/10 | DJB | 1.50 | { L190} {A106} Office conference with C. Steege re ██████ re Neil (1.00); telephone conference with ██ re same (.50). | 1,387.50 |
| 4/16/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with ██ re ████ (.7); telephone conference with ██████ re same (.3). | 925.00 |
| 4/19/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with ███████ re █████ (.5); reviewed ████ order (.2); email to ██████ re ████ issues (.3). | 925.00 |
| 4/20/10 | DJB | .50 | { L190} {A106} Telephone conference with ███████ re issues related to ██████████ █. | 462.50 |
| 4/22/10 | DJB | .80 | { L190} {A107} Telephone conference with ██ re ██ issues. | 740.00 |
| | | 13.90 | PROFESSIONAL SERVICES | 11,568.00 |

## DISBURSEMENTS

| 3/11/10 | Court Reporter Charge | 13.20 |
| 4/01/10 | Photocopy Expense | 20.00 |
| 4/07/10 | Pacer Charges | 15.60 |
| 4/07/10 | Pacer Charges | .56 |
| 4/07/10 | Pacer Charges | 5.04 |
| 4/13/10 | Photocopy Expense | 27.50 |
| 4/14/10 | Photocopy Expense | 82.46 |
| 4/16/10 | Photocopy Expense | .60 |
| 4/16/10 | Photocopy Expense | 18.70 |
| | TOTAL DISBURSEMENTS | 183.66 |

## INVOICE TOTAL                    $ 11,751.66

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|--|-------|------|--------|
| DAVID J. BRADFORD | | 10.90 | 925.00 | 10,082.50 |
| CATHERINE L. STEEGE | | 0.70 | 775.00 | 542.50 |
| JAMES L THOMPSON | | 0.80 | 675.00 | 540.00 |
| DOUGLAS A. SONDGEROTH | | 0.40 | 540.00 | 216.00 |
| PANAGIOTA RAMOS | | 1.10 | 170.00 | 187.00 |
| | TOTAL | 13.90 | | 11,568.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10130

THE TRIBUNE COMPANY                                      JUNE 30, 2010
435 NORTH MICHIGAN AVENUE                         INVOICE # 9170906
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010                                              $14,439.00

DISBURSEMENTS                                                            0.10
                                                            _____

TOTAL INVOICE                    $14,439.10

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9170906

JUNE 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010

ESOP/STAY ISSUES                                      MATTER NUMBER -    10130

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 5/03/10 | DJB | .50 | { L190 } {A106} Telephone conference with ██ re ████ issues ████. | 462.50 |
| 5/12/10 | DJB | .30 | { L190 } {A106} Telephone conference with ████ ████, re stay issues. | 277.50 |
| 5/13/10 | DJB | .80 | { L190 } {A107} Telephone conference with ██████ re ██ issues. | 740.00 |
| 5/14/10 | DJB | .30 | { L190 } {A107} Telephone conference with ██████ re ██ issues. | 277.50 |
| 5/14/10 | LSR | 7.00 | { L190 } {A104} Reviewed objections ██████ ██████ (2.7); drafted summary of same (4.2). | 2,590.00 |
| 5/15/10 | DJB | .20 | { L190 } {A107} E-mails with ██████ re ██ issues. | 185.00 |
| 5/16/10 | DJB | .30 | { L190 } {A104} Reviewed ████ ██████ issues. | 277.50 |
| 5/17/10 | DJB | .80 | { L190 } {A107} Telephone conference with ████ re ██ issues ████████. | 740.00 |
| 5/19/10 | DJB | .20 | { L190 } {A107} Telephone conference with ██ ██████ re ██████ issues. | 185.00 |

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 5/19/10 | TAP | 2.60 | { L110 } {A105} Telephone conference with D. Bradford re ███████ (.3); reviewed ███████ ███████ (2.3). | 1,196.00 |
|---|---|---|---|---|
| 5/20/10 | DJB | .20 | { L190 } {A107} E-mails to ███████ re ██ issues. | 185.00 |
| 5/20/10 | TAP | 12.30 | { L110 } {A109} Attended hearing re Debtors' motion for approval of disclosure statement and drafted █████████ (7.0); travelled to Delaware for hearing (4.0); █████████ and drafted e-mail to D. Bradford same (1.3). | 5,658.00 |
| 5/24/10 | DJB | .50 | { L190 } {A106} Telephone conference with ██ re █████████ issues. | 462.50 |
| 5/25/10 | DJB | .80 | { L190 } {A107} Telephone conference with ████ re ██ issues. | 740.00 |
| 5/26/10 | DJB | .50 | { L190 } {A107} Telephone conference with ██ re ██ issues. | 462.50 |
| | | 27.30 | PROFESSIONAL SERVICES | 14,439.00 |

## DISBURSEMENTS

| 5/03/10 | Photocopy Expense | .10 |
|---|---|---|
| | TOTAL DISBURSEMENTS | 0.10 |

## INVOICE TOTAL

$ 14,439.10

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 5.40 | 925.00 | 4,995.00 |
| TARSHA A. PHILLIBERT | | 14.90 | 460.00 | 6,854.00 |
| LANDON S. RAIFORD | | 7.00 | 370.00 | 2,590.00 |
| | TOTAL | 27.30 | | 14,439.00 |

Federal Identification No. 36-2192554

# DOL/Subpoena

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

APRIL 30, 2010
INVOICE # 9165132

### DOL SUBPOENA

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010                                   $5,553.50

DISBURSEMENTS                                                     91.02

TOTAL INVOICE                         $5,644.52

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9165132

APRIL 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010

DOL SUBPOENA                                           MATTER NUMBER -    10148

| | | | | |
|---|---|---|---|---|
| 3/01/10 | PXR | .50 | { L140 } {A110} Searched and retrieved production documents in ▆▆▆▆c database and tagged same for Applied Technology Group review. | 85.00 |
| 3/02/10 | EJR | 1.30 | { L140 } {A110} Populated relevant descriptive fields in ▆▆▆▆▆ multiple productions database to expedite attorney review. | 299.00 |
| 3/03/10 | EJR | .50 | { L140 } {A110} Continued to populate relevant descriptive fields in ▆▆▆▆ multiple productions database to expedite attorney review. | 115.00 |
| 3/04/10 | EJR | 1.50 | { L140 } {A110} Continued to populate relevant descriptive fields in ▆▆▆▆ multiple productions database to expedite attorney review. | 345.00 |
| 3/08/10 | DJB | .20 | { L190 } {A106} E-mail to ▆▆▆▆ re ▆▆▆ ▆▆▆▆ inquiry. | 185.00 |
| 3/09/10 | DJB | 1.00 | { L190 } {A106} Telephone conference with ▆▆▆ ▆▆▆ and ▆▆ re ▆▆▆▆ | 925.00 |
| 3/19/10 | DJB | .30 | { L190 } {A107} Telephone conference with ▆▆ and ▆▆▆. | 277.50 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 3/20/10 | EPK | 2.80 | { L110 } {A102} Conducted ███ research re ███ ███ (2.6); drafted email outlining same (.2). | 1,036.00 |
|---|---|---|---|---|
| 3/22/10 | EPK | .20 | { L110 } {A105} Telephone conference with D. Sondgeroth re ███. | 74.00 |
| 3/29/10 | PXR | 1.60 | { L140 } {A110} Reviewed recently received correspondence and CDs with most recent production documents received for ███ and ███ (.5); reviewed past correspondence and all production documents received in preparation for compiling a log of all production documents for D. Sondgeroth review (.6); organized and assembled deposition transcript and exhibits for D. Sondgeroth review (.5). | 272.00 |
| 3/30/10 | PXR | 3.00 | { L140 } {A110} Reviewed all databases, production documents CDs and correspondence received and compiled log of all production documents for D. Sondgeroth review (2.0); organized and updated correspondence file with all recently received correspondence (.5); organized and assembled recent documents received to update case files (.5). | 510.00 |
| 3/31/10 | LIM | 2.70 | { L140 } {A110} Reviewed DVDs ███ and ███ and coordinated with data team re loading of same to production databases. | 742.50 |
| 3/31/10 | DG | 2.50 | { L140 } {A110} Created ███ database (.5); loaded data into same (1.0); updated date formats (.5); performed quality checks and released for second level quality control check (.5). | 687.50 |
| | | 18.10 | PROFESSIONAL SERVICES | 5,553.50 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

## DISBURSEMENTS

| | | |
|---|---|---|
| 3/08/10 | Photocopy Expense | 9.36 |
| 3/09/10 | Photocopy Expense | 8.10 |
| 3/19/10 | UPS | 12.68 |
| 3/30/10 | Photocopy Expense | 27.40 |
| 3/31/10 | Westlaw Research | 33.48 |
| | TOTAL DISBURSEMENTS | 91.02 |

## INVOICE TOTAL

$ 5,644.52

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 1.50 | 925.00 | 1,387.50 |
| EAMON P. KELLY | 3.00 | 370.00 | 1,110.00 |
| DARYL GARDNER | 2.50 | 275.00 | 687.50 |
| LORY I. MANHEIMER | 2.70 | 275.00 | 742.50 |
| EILEEN J. ROBERTSON | 3.30 | 230.00 | 759.00 |
| PANAGIOTA RAMOS | 5.10 | 170.00 | 867.00 |
| TOTAL | 18.10 | | 5,553.50 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY                                         MAY 28, 2010
435 NORTH MICHIGAN AVENUE                         INVOICE # 9168366
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010                                              $22,189.00

DISBURSEMENTS                                                                  89.22

                                    TOTAL INVOICE            $22,278.22

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9168366

MAY 28, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010

DOL SUBPOENA                                              MATTER NUMBER -    10148

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 3/31/10 | RRO | 3.50 | { L140 } {A110} Worked on issues in data volumes, "Production DVD 1" and "Production DVD 2". | 962.50 |
| 4/01/10 | LIM | .20 | { L140 } {A110} Performed quality control for recent ▓▓▓▓▓ database load. | 55.00 |
| 4/01/10 | DG | 1.00 | { L140 } {A110} Updated documents in the ▓▓▓▓▓ database with Bates information (.5); performed quality checks and released for second level quality control check (.3); updated field information (.2). | 275.00 |
| 4/01/10 | RRO | 2.00 | { L140 } {A110} Loaded data volumes, "Production DVD 1" and "Production DVD 2" into the Concordance database, "▓▓▓▓▓▓▓▓" (.5); worked on issues in data volumes, "Production DVD 1" and "Production DVD 2" (.5); conferred with Z. Master and L. Manheimer re same (.5); finalized partial data load (.5). | 550.00 |
| 4/01/10 | MS | .50 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images received and loaded for review. | 137.50 |
| 4/02/10 | EJR | .10 | { L140 } {A110} Conferred with D. Sondgeroth re ▓▓▓▓▓ projects. | 23.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 4/02/10 | MS | .50 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images received and loaded for review. | 137.50 |
|---|---|---|---|---|
| 4/05/10 | JLT | .70 | {L190} {A103} Drafted and reviewed correspondence re documents, DOL requests. | 472.50 |
| 4/05/10 | DJB | .30 | { L190 } {A107} E-mails to Department of Labor re inquiry. | 277.50 |
| 4/05/10 | DAS | .40 | { L210 } {A105} Communicated with D. Bradford and N. Kurk re issues related to ▮▮▮▮▮ and production of materials to DOL. | 216.00 |
| 4/05/10 | DAS | .30 | { L210 } {A108} Communicated with A. Romanacce at DOL re ▮▮▮▮▮ and production of materials related to same. | 162.00 |
| 4/05/10 | KZL | .30 | {L190} {A110} Copied multiple volumes from the network to hard drive (.2); quality checked all files and folders copied (.1). | 82.50 |
| 4/05/10 | DQH | 2.20 | {L190} {A110} Communicated with S. Varghese re Concordance (.2); communicated with IRIS Data Services re same (.2); reviewed two new replacement discs received from ▮▮▮▮▮ re ▮▮▮▮▮ production and attempted to copy same production disks to network (1.2); communications re disks received from vendor were corrupt and requested replacement disks (.1); communicated with N. Kurk re same (.2); communicated with ▮▮▮▮▮ to obtain replacement production files on hard drive (.2); communicated with S. McGee re case team's request to prepare copy of ▮▮▮▮ electronic and paper production documents for the U.S. Department of Labor (.1). | 605.00 |
| 4/06/10 | DAS | .30 | { L210 } {A108} Communicated with A. Romanacce at DOL re ▮▮▮▮ and ▮▮▮▮ materials related to same. | 162.00 |
| 4/06/10 | KZL | 1.20 | {L190} {A110} Created single page tiffs from multipage tiffs and exported to new folders (.6); created load files for all volumes (.5); quality checked all data and images (.1). | 330.00 |
| 4/06/10 | RRO | .50 | { L140 } {A110} Worked on data volume loads, "Production DVD 1" and "Production DVD 2". | 137.50 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

| 4/06/10 | DQH | 2.50 | {L190} {A110} Communicated with S. McGee re U.S. Department of Labor's request to ███████ ███████████████████████████ (.2); reviewed same production sets on network and prepared copy of each electronic production set (███████████████████ ██████) to be exported to hard drive (2.0); communicated with S. McGee and A. Moeller re need to convert ██████ production set from multi-page tiff to single-page tiff format in preparation for copying same to hard drive (.2); communicated with Data Management Team re same (.1). | 687.50 |
|---|---|---|---|---|
| 4/07/10 | AAM | 3.00 | {L190} {A110} Conducted quality control review of document production, and corresponded with D. Huerta and Z. Master re same (2.0); prepared updates to the document production (1.0). | 705.00 |
| 4/07/10 | MS | 1.10 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images received and loaded for review (.3); performed second level quality control checks on load files, images or native files exported from the database (.8). | 302.50 |
| 4/08/10 | DAS | .40 | { L210 } {A103} Drafted communication to A. Romanacce re DOL investigation. | 216.00 |
| 4/08/10 | DAS | .30 | { L210 } {A106} Communicated with client re communication to DOL. | 162.00 |
| 4/08/10 | AAM | 2.50 | {L190} {A110} Conducted quality control review of updates to document production (2.0); corresponded with S. McGee re updating a document from the production (.2); modified the production to include the updated version of the document (.3). | 587.50 |
| 4/08/10 | PXR | .50 | { L140 } {A110} Reviewed recently received production CDs and worked with ATG to have same uploaded to database per attorney request. | 85.00 |
| 4/08/10 | RRO | 1.20 | {L190} {A110} Performed replacement of 13 images in data volume ███████████. | 330.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 4/08/10 | MS | .50 | {L190} {A110} Performed second level quality control checks on load files, images or native files exported from the database (.3); began quality checking and loading review or endorsed data and images then prepared second level quality check request (.2). | 137.50 |
| 4/09/10 | DAS | .50 | { L210 } {A103} Edited communication to A. Romanacce re DOL investigation and sent same. | 270.00 |
| 4/09/10 | AAM | 1.00 | {L190} {A110} Conducted quality control review of production modified to contain the updated document (.8); conferred with S. McGee re same (.1); corresponded with J. Anderson and S. McGee re structure of the document production (.1). | 235.00 |
| 4/09/10 | PXR | .50 | { L140 } {A110} Retrieved hard drive of production documents for delivery to DOL per S. McGee request. | 85.00 |
| 4/09/10 | MS | 1.30 | {L190} {A110} Began performing second level quality control checks on data that was converted to tiff format and loaded for review (1.0); began quality checking and loading review or endorsed data and images into CaseLogistics and prepared second level quality check request (.3). | 357.50 |
| 4/11/10 | MS | 2.00 | {L190} {A110} Began quality checking and loading review or endorsed data and images (1.8); prepared second level quality check request (.2). | 550.00 |
| 4/12/10 | AAM | .20 | {L190} {A110} Advised D. Huerta re modifications to be made to the database to reflect changes to the previous production. | 47.00 |
| 4/19/10 | PXR | 1.00 | { L140 } {A110} Consulted with ATG re errors in production CDs received from ███████ per D. Sondgeroth. | 170.00 |
| 4/19/10 | LIM | 1.20 | { L140 } {A110} Coordinated loading of documents in production databases or attorney review (1.0); performed quality control for same (.2). | 330.00 |
| 4/22/10 | DJB | .50 | { L190 } {A104} Reviewed e-mail inquiry from DOL (.2); drafted proposed response ██████ (.3). | 462.50 |
| 4/22/10 | DAS | 1.00 | { L210 } {A103} Drafted portions of letter to A. Romanacce re DOL investigation. | 540.00 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 5

| 4/22/10 | DAS | .90 | { L210 } {A108} Reviewed communications from A. Romanacce related to questions from ▮ related to ▮ and responded to same. | 486.00 |
|---|---|---|---|---|
| 4/22/10 | DQH | 1.50 | {L190} {A110} Communicated with S. McGee re U.S. Department of Labor's inquiries re hard drive received, containing ▮ documents (.2); investigated same inquiries and provided S. McGee with requested information (.8); investigated additional inquiries and provided S. McGee with additional information (.5). | 412.50 |
| 4/23/10 | DJB | .20 | { L190 } {A106} E-mails re DOL inquiry. | 185.00 |
| 4/23/10 | ASA | .20 | { L120 } {A105} Email correspondence among team re additional DOL requests. | 111.00 |
| 4/23/10 | DAS | .30 | { L210 } {A106} Reviewed communications with D. Bradford and D. Liebentritt re response to DOL inquiry. | 162.00 |
| 4/23/10 | DQH | 3.00 | {L190} {A110} Prepared ▮ and ▮ production documents, as well as ▮ ▮, for migration into CaseLogistix (2.0); various communications with Data Management Team re same (.5); various communications with S. McGee and N. Kurk re same (.5). | 825.00 |
| 4/23/10 | DBB | .70 | {L190} {A110} Began importing data produced by ▮ and ▮. | 192.50 |
| 4/25/10 | DJB | .40 | { L190 } {A104} Reviewed D. Sondgeroth draft response (.3); drafted e-mail to D. Liebentritt re same (.1). | 370.00 |
| 4/25/10 | DAS | .50 | { L210 } {A103} Edited draft of letter to A. Romanacce re DOL investigation. | 270.00 |
| 4/26/10 | DBB | 3.00 | {L190} {A110} Continued importing data produced by ▮ and ▮ in related matter. | 825.00 |
| 4/27/10 | WLS | .30 | { L190 } {A104} Studied ▮ to ▮ ▮ (.2); conferred with A. Amert re same (.1). | 255.00 |
| 4/27/10 | DJB | .80 | { L190 } {A104} Reviewed ▮ (.2); telephone conference with ▮ re same (.6). | 740.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 6

| 4/27/10 | DAS | .50 | { L210 } {A103} Edited draft of letter to A. Romanacce related to DOL investigation. | 270.00 |
|---|---|---|---|---|
| 4/27/10 | DAS | .30 | { L210 } {A104} Reviewed letter to █████████ re ████████ . | 162.00 |
| 4/27/10 | DAS | .70 | { L210 } {A106} Telephone conference with D. Bradford and D. Liebentritt re response to ███████ ████████ (0.5); communicated with D. Liebentritt re revised draft of response (0.2). | 378.00 |
| 4/27/10 | DG | 1.50 | { L140 } {A110} Investigated images visibility issue in the ██████ documents database (1.0); performed image quality checks (.3); reported finding to second level quality control reviewer (.2). | 412.50 |
| 4/27/10 | DBB | 2.30 | {L190} {A110} Completed importing data produced by █████████ in related matter. | 632.50 |
| 4/28/10 | WLS | .50 | { L190 } {A104} Studied and commented on █████ | 425.00 |
| 4/28/10 | DJB | 1.80 | { L190 } {A107} Telephone conference with █████ re discussion with █████ (.5); office conference with D. Sondgeroth re same (.3); analyzed issues █████████ (1.0). | 1,665.00 |
| 4/28/10 | ASA | .80 | { L190 } {A104} Reviewed letter from █████ re █████████ | 444.00 |
| 4/28/10 | ASA | 1.30 | { L190 } {A105} Corresponded with team via telephone and email re ████████████ | 721.50 |
| 4/28/10 | DAS | .50 | { L210 } {A107} Telephone conference with █████ re discussions with █████████ ██████n (0.3); reviewed summary re same (0.2). | 270.00 |
| 4/28/10 | MS | .30 | { L140 } {A110} Began performing second level quality control checks on issues that were identified and fixed in database. | 82.50 |
| 4/29/10 | DJB | .20 | { L190 } {A104} Reviewed █████████ comments on █████████ | 185.00 |
| 4/29/10 | ASA | .30 | { L190 } {A104} Reviewed correspondence re █████ ████████ . | 166.50 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 7

| 4/30/10 | WLS | .50 | { L190 } {A104} Studied plaintiffs' motion for summary judgment (.4); conferred with D. Sondgeroth re same (.1) | 425.00 |
| 4/30/10 | DAS | .50 | { L210 } {A103} Edited draft of letter to A. Romanacce related to DOL investigation. | 270.00 |
| | | 59.00 | PROFESSIONAL SERVICES | 22,189.00 |

## DISBURSEMENTS

| 4/07/10 | Pacer Charges | 40.72 |
| 4/29/10 | Network Printing | 48.50 |
| | TOTAL DISBURSEMENTS | 89.22 |

## INVOICE TOTAL

$ 22,278.22

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 4.20 | 925.00 | 3,885.00 |
| WILLIAM L. SCOGLAND | 1.30 | 850.00 | 1,105.00 |
| JAMES L. THOMPSON | 0.70 | 675.00 | 472.50 |
| AMANDA S. AMERT | 2.60 | 555.00 | 1,443.00 |
| DOUGLAS A. SONDGEROTH | 7.40 | 540.00 | 3,996.00 |
| DANIEL BIEMER | 6.00 | 275.00 | 1,650.00 |
| DANNY A. HUERTA | 9.20 | 275.00 | 2,530.00 |
| DARYL GARDNER | 2.50 | 275.00 | 687.50 |
| KELLY A. LAUGHRAN | 1.50 | 275.00 | 412.50 |
| LORY I. MANHEIMER | 1.40 | 275.00 | 385.00 |
| MARGARET SMALL | 6.20 | 275.00 | 1,705.00 |
| ROBERT R. OHTON, JR. | 7.20 | 275.00 | 1,980.00 |
| ANTHONY A. MOELLER | 6.70 | 235.00 | 1,574.50 |
| EILEEN J. ROBERTSON | 0.10 | 230.00 | 23.00 |
| PANAGIOTA RAMOS | 2.00 | 170.00 | 340.00 |
| TOTAL | 59.00 | | 22,189.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY                                    JUNE 30, 2010
435 NORTH MICHIGAN AVENUE                        INVOICE # 9170907
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010                                              $11,135.50

DISBURSEMENTS                                                              2.40

                                    TOTAL INVOICE          $11,137.90

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9170907

JUNE 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010

DOL SUBPOENA

MATTER NUMBER -    10148

| 5/03/10 | ZM | 1.00 | {L190} {A110} Performed level two quality check on multiple data loads. | 275.00 |
|---|---|---|---|---|
| 5/04/10 | DJB | .70 | { L190 } {A105} Office conference with D. Sondgeroth re ▮ issues ▮ (.3); telephone conference with ▮ re same (.2); telephone conference with ▮ re same (.2). | 647.50 |
| 5/04/10 | DAS | .20 | { L210 } {A106} Communicated with ▮ re revisions to ▮. | 108.00 |
| 5/04/10 | DQH | 2.20 | {L190} {A110} Communicated with case team re status of loading new production documents into database and discussed issues with production volumes received from ▮ (.4); communicated with Data Management Team re same (.1); provided case team with requested information re same (1.5); contacted ▮ ▮ re inquiry about native documents produced by ▮ and communicated with case team re same (.2). | 605.00 |
| 5/05/10 | DAS | .20 | { L210 } {A108} Reviewed questions from ▮ ▮. | 108.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 5/05/10 | NAK | .70 | {L190} {A107} Telephone conference with J██████ ████ re document productions (.5); email to J. Thompson summarizing same (.1); email to ██████ requesting ██████████ documents or productions (.1). | 280.00 |
|---|---|---|---|---|
| 5/05/10 | DQH | 2.70 | {L190} {A110} Communicated with S. McGee re ██████████████ inquiries on ███ production sets received via hard drive (.3); reviewed inquiries and prepared and provided responses to S. McGee (2.0); communicated with Data Management Team re loading of new ██████ production documents and corrupt production discs (.2); contacted ██████████ ████ re same (.2). | 742.50 |
| 5/05/10 | ZM | 2.00 | {L190} {A110} Performed level two quality check on multiple data loads. | 550.00 |
| 5/06/10 | DJB | .80 | { L190 } {A106} Telephone conference with █ ████████████████████████ (.7); e-mail to D. Sondgeroth re same (.1). | 740.00 |
| 5/06/10 | DAS | 1.00 | { L210 } {A106} Telephone conference with █ ████ and ████████ re ██████████ issues. | 540.00 |
| 5/06/10 | ZM | 1.50 | {L190} {A110} Performed level two quality check on multiple data loads. | 412.50 |
| 5/07/10 | ZM | 1.00 | {L190} {A110} Performed level two quality check on multiple data loads. | 275.00 |
| 5/08/10 | ZM | 1.20 | {L190} {A110} Performed level two quality check on multiple data loads. | 330.00 |
| 5/09/10 | ZM | 1.20 | {L190} {A110} Performed level two quality check on multiple data loads. | 330.00 |
| 5/10/10 | DJB | .50 | { L190 } {A104} Reviewed revised draft ██████████ (.3); reviewed ████ re same (.2). | 462.50 |
| 5/10/10 | DAS | .50 | { L210 } {A106} Communicated with ██████████ re ██████████ (.1); edited draft ████████████████ ██████ (.4). | 270.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 3

| 5/11/10 | RRO | 1.00 | { L140 } {A110} Loaded data volumes, "███████████" and "████████" into Concordance database, "██████████." | 275.00 |
|---|---|---|---|---|
| 5/11/10 | DQH | 1.30 | { L140 } {A110} Communicated with case team re new ████████ production documents (.30); reviewed discs and prepared same documents to be loaded into database (.50); communicated with Data Management Team re same (.50). | 357.50 |
| 5/11/10 | ZM | 1.50 | {L190} {A110} Performed level two quality check on multiple data loads. | 412.50 |
| 5/12/10 | PXR | .30 | { L140 } {A110} Reviewed new documents added to ████████████n database. | 51.00 |
| 5/12/10 | DQH | .80 | { L140 } {A110} Performed quality checks on ████ production documents loaded to database (.6); communicated with case team regarding same (.2). | 220.00 |
| 5/12/10 | MS | .50 | { L140 } {A110} Began performing second level quality control checks on production data and endorsed images loaded for review. | 137.50 |
| 5/13/10 | DQH | 3.20 | {L190} {A110} Communicated with Data Management Team re loading of additional ██████ volumes and issues with final two volumes of █████ production documents received from ████████ (.5); communicated with case team re same (.2); reviewed database and performed quality control checks to confirm additional ████ documents were loaded (2.0); communicated with N. Kurk and P. Ramos re ████████ documents (.2); met with P. Ramos and ████████████████████ (.3). | 880.00 |
| 5/15/10 | ZM | .50 | { L140 } {A110} Performed level two quality check on data load volume ████████ (.4); coordinated with  R. Ohton (.1). | 137.50 |
| 5/16/10 | DJB | .20 | { L190 } {A104} Reviewed ████████. | 185.00 |
| 5/18/10 | DAS | .10 | { L210 } {A106} Communicated with ████████ re status of ████████. | 54.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| 5/21/10 | DAS | .30 | { L210 } {A106} Communicated with ███████ re status of ████████ (.1); communicated with ████ re status of ████ (.2). | 162.00 |
|---------|-----|-----|---|---|
| 5/25/10 | DAS | 1.00 | { L210 } {A103} Telephone conference with ████ and D. Bradford re issues ████████ (.3); ████████ (.7). | 540.00 |
| 5/25/10 | ZM | .50 | { L140 } {A110} Performed level two quality check on conversion load (.4); coordinated with M. Cichy (.1). | 137.50 |
| 5/25/10 | MDC | 1.50 | { L140 } {A110} Converted electronic documents to tiff for production (1.0); ran document production ████████ (.5). | 412.50 |
| 5/26/10 | DJB | .30 | { L190 } {A107} Telephone conference with ██ ████ re ██ issues. | 277.50 |
| 5/26/10 | ZM | .50 | { L140 } {A110} Performed level two quality check on data production volume ████████ (.4); coordinated with M. Cichy (.1). | 137.50 |
| 5/26/10 | MS | .30 | { L140 } {A110} Began performing second level quality control checks on data that was converted to tiff format and loaded for review. | 82.50 |
| | | 31.20 | PROFESSIONAL SERVICES | 11,135.50 |

**DISBURSEMENTS**

| 5/17/10 | Photocopy Expense | 2.40 |
|---------|-------------------|------|
| | TOTAL DISBURSEMENTS | 2.40 |

**INVOICE TOTAL**                    $ 11,137.90

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 5

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|------|------|--------|
| DAVID J. BRADFORD | | 2.50 | 925.00 | 2,312.50 |
| DOUGLAS A. SONDGEROTH | | 3.30 | 540.00 | 1,782.00 |
| NICHOLAS A. KURK | | 0.70 | 400.00 | 280.00 |
| DANNY A. HUERTA | | 10.20 | 275.00 | 2,805.00 |
| MARGARET SMALL | | 0.80 | 275.00 | 220.00 |
| MICHAEL D. CICHY | | 1.50 | 275.00 | 412.50 |
| ROBERT R. OHTON, JR. | | 1.00 | 275.00 | 275.00 |
| ZULAIKHA MASTER | | 10.90 | 275.00 | 2,997.50 |
| PANAGIOTA RAMOS | | 0.30 | 170.00 | 51.00 |
| | TOTAL | 31.20 | | 11,135.50 |

# Morgan Stanley Swap

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

APRIL 30, 2010
INVOICE # 9165135

### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010                                       $27,715.00

DISBURSEMENTS                                                        24.05

                                           TOTAL INVOICE        $27,739.05

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9165135

APRIL 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010

MORGAN STANLEY SWAP                                      MATTER NUMBER -    10180

| 3/01/10 | SEB | 1.80 | { L190 } {A103} Drafted settlement agreement. | 666.00 |
| 3/02/10 | DJB | .30 | { L190 } {A106} E-mails re settlement. | 277.50 |
| 3/02/10 | MZH | 1.70 | { L120 } {A103} Reviewed and revised draft settlement agreement. | 1,275.00 |
| 3/02/10 | SEB | 1.00 | { L190 } {A104} Reviewed M. Hankin comments on settlement agreement (.5); revised settlement agreement (.2); reviewed other settlement agreements for purposes of drafting Tribune-Morgan Stanley settlement agreement (.3). | 370.00 |
| 3/03/10 | DJB | 1.00 | { L190 } {A106} Various e-mails re ███████ ████ (.6); telephone conference with MS counsel and e-mail re same (.4). | 925.00 |
| 3/03/10 | SEB | 1.90 | { L190 } {A102} Researched settlement agreement drafting in commercial disputes (.9); revised settlement agreement between Morgan Stanley and Tribune based upon comments of M. Hankin (.4); drafted global release ██████ (.6). | 703.00 |
| 3/04/10 | DJB | 1.50 | { L190 } {A107} Multiple telephone conferences with MS counsel re settlement (1.0); e-mails re same (.5). | 1,387.50 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

| 3/04/10 | SEB | 4.40 | { L190 } {A103} Drafted Rule 9019 Motion for Morgan Stanley settlement (3.5); communicated with D. Bradford re ██████████ (.3); ██████ (.2); ██████████ and e-mailed D. Bradford re same (.4). | 1,628.00 |
|---|---|---|---|---|
| 3/05/10 | SEB | .10 | { L190 } {A106} E-mailed ████ re ████████ settlement agreement. | 37.00 |
| 3/08/10 | DJB | .30 | { L190 } {A106} E-mail to ████ re settlement ████. | 277.50 |
| 3/10/10 | DJB | .30 | { L190 } {A107} Telephone conference with opposing counsel. | 277.50 |
| 3/11/10 | DJB | .20 | { L190 } {A107} Telephone conference with opposing counsel. | 185.00 |
| 3/12/10 | DJB | .80 | { L190 } {A106} E-mails to ████ re ██████ settlement (.6); telephone conference with MS re settlement (.2). | 740.00 |
| 3/12/10 | SEB | 1.40 | { L190 } {A106} Telephone conference with ████ re settlement agreement (.1); reviewed back-up documentation re ████████ re same (1.1); created excel sheet for ██████ (.2). | 518.00 |
| 3/13/10 | DJB | 1.00 | { L190 } {A103} Worked on ██████████ settlement. | 925.00 |
| 3/14/10 | DJB | .30 | { L190 } {A105} E-mails to S. Biller re settlement ██████. | 277.50 |
| 3/14/10 | SEB | 1.60 | { L190 } {A103} Revised settlement agreement (.3); revised and cite-checked draft ██████ and e-mailed M. Hankin re same(.6); revised settlement ██████ and e-mailed D. Bradford re same (.7). | 592.00 |
| 3/15/10 | DJB | .50 | { L190 } {A103} Worked on ██████ and settlement ██████. | 462.50 |
| 3/15/10 | MZH | .90 | { L120 } {A104} Reviewed and commented on ██████ re settlement ████████. | 675.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| 3/15/10 | SEB | 5.30 | { L190 } {A103} Made substantive edits to ███████ re settlement agreement (2.7); revised ███ (1.0); reviewed Morgan Stanley correspondence with Tribune and revised ████████████ (1.6). | 1,961.00 |
|---------|-----|------|---|---------|
| 3/16/10 | DJB | 1.00 | { L190 } {A103} Reviewed and edited settlement ████. | 925.00 |
| 3/16/10 | MZH | 2.10 | { L120 } {A104} Reviewed and commented on draft MS settlement agreement and motion. | 1,575.00 |
| 3/16/10 | SEB | 3.50 | { L190 } {A103} Revised settlement agreement between Tribune and Morgan Stanley (.5); revised Rule 9019 motion, proposed order and notice (3.0). | 1,295.00 |
| 3/17/10 | DJB | 1.00 | { L190 } {A103} Edited settlement agreement (.8); office conference with S. Biller re same (.2). | 925.00 |
| 3/17/10 | MZH | .70 | { L120 } {A104} Reviewed and commented on draft ████████████. | 525.00 |
| 3/17/10 | SEB | 3.90 | { L190 } {A103} Revised Rule 9019 motion and proposed order (1.4); reviewed D. Bradford's comments and edits re ████████ (1.6); conferred with D. Bradford re settlement agreement (.1); made final revisions to settlement agreement, Rule 9019 motion and ████████ (.8). | 1,443.00 |
| 3/18/10 | DJB | .50 | { L190 } {A106} Various e-mails to █████ re settlement ████. | 462.50 |
| 3/19/10 | DJB | .50 | { L190 } {A106} E-mails with ██████ re ████████████ re settlement and ████████. | 462.50 |
| 3/21/10 | DJB | .30 | { L190 } {A103} Edited settlement papers. | 277.50 |
| 3/22/10 | DJB | 1.00 | { L190 } {A103} Edited settlement agreement and ████████. | 925.00 |

Federal Identification No. 36-2192554

LAW OFFICES

### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 4

| 3/23/10 | DJB | .70 | { L190 } {A107} Telephone conference with ▮▮▮ re ▮▮▮ (.2); edited settlement agreement (.5). | 647.50 |
| 3/24/10 | SEB | .20 | { L190 } {A104} Reviewed drafts of 9019 motion and order. | 74.00 |
| 3/25/10 | MZH | 1.30 | { L120 } {A104} Reviewed ▮▮▮ (.9); telephone conference with ▮▮▮ re same (.2); drafted e-mail to D. Bradford re same and telephone conference with S. Biller re same (.2). | 975.00 |
| 3/25/10 | SEB | 1.20 | { L190 } {A105} Conferred with M. Hankin re ▮▮▮ (.3); reviewed file re ▮▮▮ (.3); revised ▮▮▮ (.3); revised Rule 9019 motion and e-mailed D. Bradford re same (.3). | 444.00 |
| 3/26/10 | MZH | .40 | { L120 } {A103} Drafted ▮▮▮ release language (.2); drafted e-mail to D. Bradford re settlement agreement ▮▮▮. | 300.00 |
| 3/26/10 | SEB | 1.20 | { L190 } {A104} Reviewed ▮▮▮ (.2); reviewed and edited settlement agreement (.7); conferred with M. Hankin re settlement agreement (.1); e-mailed S. Grosshandler at Cleary Gottlieb re proposed settlement agreement and ▮▮▮ (.2). | 444.00 |
| 3/27/10 | DJB | .50 | { L190 } {A104} Reviewed edits to Morgan Stanley settlement. | 462.50 |
| 3/27/10 | MZH | .30 | { L120 } {A106} Drafted e-mail to ▮▮▮ re ▮▮▮ | 225.00 |
| 3/27/10 | SEB | .30 | { L190 } {A104} Reviewed ▮▮▮ and e-mailed ▮▮▮ and D. Bradford re same (.1); revised ▮▮▮ (.2). | 111.00 |
| 3/28/10 | SEB | .30 | { L190 } {A103} Prepared ▮▮▮ | 111.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 5

| 3/29/10 | MZH | .20 | { L120 } {A103} Distributed clean and blacklined drafts ███████████████ | 150.00 |
|---------|-----|-----|-------------------|--------|
| 3/30/10 | SEB | .30 | { L190 } {A105} E-mailed M. Hankin re ██████ ████████ in draft settlement agreement (.1); revised settlement agreement █████████, ran blackline versions of agreement, and e-mailed Cleary Gottlieb re same (.2). | 111.00 |
| 3/31/10 | DJB | .50 | { L190 } {A104} Analyzed Cleary re-write. | 462.50 |
| 3/31/10 | SEB | .60 | { L190 } {A104} Reviewed Cleary Gottlieb's proposed changes to Settlement Agreement and proposed release (.3); e-mail to D. Bradford re ███████████ ████████████ settlement agreement and proposed release (.3). | 222.00 |
| | | 48.80 | PROFESSIONAL SERVICES | 27,715.00 |

## DISBURSEMENTS

| 3/16/10 | Network Printing | 3.80 |
|---------|------------------|------|
| 3/17/10 | Network Printing | 3.20 |
| 3/24/10 | Network Printing | 7.70 |
| 3/31/10 | Westlaw Research | 9.35 |
| | TOTAL DISBURSEMENTS | 24.05 |

## INVOICE TOTAL                          $ 27,739.05

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|------|------|------|------|
| DAVID J. BRADFORD | | 12.20 | 925.00 | 11,285.00 |
| MARC B. HANKIN | | 7.60 | 750.00 | 5,700.00 |
| SOFIA E. BILLER | | 29.00 | 370.00 | 10,730.00 |
| | TOTAL | 48.80 | | 27,715.00 |

Federal Identification No. 36-2192554

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                                      MAY 28, 2010
435 NORTH MICHIGAN AVENUE                          INVOICE # 9168369
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010                                          $27,187.00

DISBURSEMENTS                                                         61.45

                              TOTAL INVOICE            $27,248.45

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9168369

MAY 28, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010

MORGAN STANLEY SWAP                                    MATTER NUMBER -    10180

| 4/01/10 | MZH | 1.10 | { L120 } {A104} Reviewed and commented on ▇ ▇ (.9); telephone conference with S. Biller re same (.2). | 825.00 |
| 4/01/10 | SEB | 4.40 | { L190 } {A105} Numerous conferences with M. Hankin re ▇ (.3); reviewed ▇ (.3); reviewed ▇ (.3); wrote e-mail commentary to M. Hankin re comments ▇ (.4); drafted responses to ▇ (2.5);  wrote e-mail memorandum to clients re ▇ (.3) | 1,628.00 |
| 4/02/10 | DJB | .50 | { L190 } {A104} Reviewed ▇ comments. | 462.50 |
| 4/08/10 | SEB | .30 | { L190 } {A107} Responded to e-mail from Morgan Stanley's counsel and set up meeting with same (.1); conferred with D. Bradford and M. Hankin re meeting to discuss ▇ (.1); e-mailed clients re ▇ and ▇ (.3). | 111.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 4/13/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with opposing counsel re ███████. | 925.00 |
| 4/13/10 | DJB | .80 | { L190 } {A104} Reviewed revisions to same. | 740.00 |
| 4/13/10 | MZH | 1.60 | { L120 } {A104} Reviewed ████████████ in preparation for telephone conference with Cleary Gottlieb, counsel for MS (.7); participated in conference call with D. Bradford, S. Biller, Cleary Gottlieb re same (.9). | 1,200.00 |
| 4/13/10 | SEB | 2.00 | { L190 } {A107} Conferred with opposing counsel re ████████ (.7); revised ████████ (.9); created red-lines and e-mailed ████ re ████ (.4). | 740.00 |
| 4/14/10 | DJB | .50 | { L120 } {A104} Reviewed revised ████████ ████. | 462.50 |
| 4/14/10 | SEB | .70 | { L190 } {A105} Numerous communications with M. Hankin re ████████ (.2); revised ████████████ (.5). | 259.00 |
| 4/15/10 | MZH | .50 | { L120 } {A104} Reviewed and commented on ████ ████. | 375.00 |
| 4/15/10 | SEB | 2.20 | { L190 } {A104} E-mailed D Bradford re ████████ ████████ (.1); reviewed and revised ████████ (1.0); revised ████ per suggestions of M. Hankin (.5); proofread ████████ (.5); e-mailed ████████ re ████ and ████ (.1) | 814.00 |
| 4/16/10 | SEB | 1.20 | { L190 } {A107} Conferred with ████ of ████ re ████ motion (.4); prepared e-mail summary (.8). | 444.00 |
| 4/19/10 | DJB | 1.50 | { L190 } {A104} Reviewed ████████ ████ (.5); edited provisions re ████ (.5); responded to ████ comment (.5). | 1,387.50 |
| 4/19/10 | MZH | 1.20 | { L120 } {A104} Review ████ comments to ████ ████ and draft email to D. Bradford re same (.8); draft email to ████████ re same (.4). | 900.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| 4/19/10 | SEB | .40 | { L190 } {A105} Conferred with M. Hankin re ████████████████ and communication with Cleary Gottlieb and e-mailed D. Bradford re same (.3); numerous communications with D. Bradford re status of ████████████ (.1). | 148.00 |
|---------|-----|-----|---|--------|
| 4/20/10 | DJB | 1.00 | { L190 } {A104} Analyzed ████ issues (.7); prepared agenda for ████████ (.3). | 925.00 |
| 4/20/10 | SEB | 2.50 | { L190 } {A104} Reviewed e-mails from ████████ and ████ ████ and drafted task list based on same (1.0); discussed task list with D. Bradford (.1); reviewed ████████████ relevant to ████████████ (1.0); drafted e-mail to ████████ (.5). | 925.00 |
| 4/21/10 | DJB | 2.80 | { L190 } {A106} Telephone conference with ████ re settlement (1.0); followed up with S. Biller re revisions to ████ (.5); e-mail to opposing counsel re same (.3); reviewed ████ re issues (.5). | 2,590.00 |
| 4/21/10 | MZH | .80 | { L120 } {A105} Telephone conference with D. Bradford re ████████████ issue and ████████ (.3); telephone conference with D. Bradford, S. Biller, and ████████████, re ████████ (.5). | 600.00 |
| 4/21/10 | SEB | 1.00 | { L190 } {A104} Reviewed ████████████, and comments from ████ ████ in preparation for client call (.2); conferred with ████████ re ████████ (.4); conferred with D. Bradford re drafting and ████ (.2); conferred with W. Thomson re ████████ (.2) | 370.00 |
| 4/22/10 | DJB | 2.00 | { L190 } {A103} Revised ████████ per ████ comments (1.0); reviewed fact background re same (.5); further revisions to ████████ (.3); e-mails to ████ re same (.2). | 1,850.00 |
| 4/22/10 | SEB | 3.60 | { L190 } {A103} Revised ████████ (3.0); consulted with D. Bradford and M. Hankin re same (.5); conferred with ████████████ re ████████ (.1). | 1,332.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 4

| 4/25/10 | DJB | .40 | { L190 } {A104} Reviewed ██████████ comments to ██████████ (.3); drafted e-mail to S. Biller re ██████████ (.1). | 370.00 |
|---|---|---|---|---|
| 4/26/10 | DJB | .50 | { L190 } {A104} Reviewed ██████████. | 462.50 |
| 4/26/10 | SEB | 1.00 | { L190 } {A103} Revised ██████████ and distributed to client (.4); prepared red-line to compare with ██████ draft of ██████ and e-mailed ██████ re same (.2); worked on factual summary of ██████ (.4). | 370.00 |
| 4/28/10 | DJB | 1.70 | { L190 } {A104} Reviewed ██████████ (.8); e-mails to ██████ re same (.7); prepared draft response (.2). | 1,572.50 |
| 4/28/10 | WAT | 2.50 | { L110 } {A104} Reviewed correspondence and documents and drafted summary of events for creditor's committee (2.5). | 1,275.00 |
| 4/28/10 | MZH | .50 | { L120 } {A104} Reviewed revised ██████████ and drafted e-mail to D. Bradford re same (.3); reviewed and drafted e-mail to D. Bradford re next steps (.2). | 375.00 |
| 4/28/10 | SEB | 3.40 | { L190 } {A104} Reviewed proposed changes to ██████████ (.3); revised ██████████ (1.5); drafted factual memorandum re ██████████ and conferred with W. Thomson re same (1.5); read ██████ emails and replies re ██████████ (.1). | 1,258.00 |
| 4/28/10 | PXR | 1.00 | { L140 } {A110} Received electronic copies of ██████ documents and consulted with Applied Technology Group for duplication of same for attorney review. | 170.00 |
| 4/29/10 | DJB | .30 | { L190 } {A104} Reviewed and edited ██████████. | 277.50 |
| 4/29/10 | MZH | .60 | { L120 } {A103} Attended to ██████████ (.5); telephone conference and e-mail with S. Biller re same (.1). conference and e-mail with S. Biller re same (.1). | 450.00 |

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 5

| 4/29/10 | SEB | .80 | { L190 } {A105} Conferred with M. Hankin re ███████ (.2); revised ███████ (.5); drafted email to ███████ and email to ███ re ███████ (.1). and email to ███ re ███████ (.1). | 296.00 |
| 4/30/10 | MZH | .10 | { L120 } {A105} Telephone conference with S. Biller re ███████. | 75.00 |
| 4/30/10 | SEB | .60 | { L190 } {A104} Reviewed email from ███████ and drafted email to ███ re same (.5); conferred with M. Hankin re ███████ (.1). | 222.00 |
| | | 47.00 | PROFESSIONAL SERVICES | 27,187.00 |

**DISBURSEMENTS**

| 4/13/10 | Photocopy Expense | 4.90 |
| 4/14/10 | Photocopy Expense | 1.40 |
| 4/15/10 | Photocopy Expense | 9.70 |
| 4/22/10 | Photocopy Expense | 1.20 |
| 4/23/10 | Photocopy Expense | 5.40 |
| 4/26/10 | Photocopy Expense | 1.20 |
| 4/28/10 | Photocopy Expense | 8.90 |
| 4/30/10 | Westlaw Research | 28.75 |
| | TOTAL DISBURSEMENTS | 61.45 |

**INVOICE TOTAL**                      $ 27,248.45

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 6

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 13.00 | 925.00 | 12,025.00 |
| MARC B. HANKIN | 6.40 | 750.00 | 4,800.00 |
| WADE A. THOMSON | 2.50 | 510.00 | 1,275.00 |
| SOFIA E. BILLER | 24.10 | 370.00 | 8,917.00 |
| PANAGIOTA RAMOS | 1.00 | 170.00 | 170.00 |
| TOTAL | 47.00 | | 27,187.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                                    JUNE 30, 2010
435 NORTH MICHIGAN AVENUE                         INVOICE # 9170910
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### MORGAN STANLEY SWAP

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010                                          $18,031.00

DISBURSEMENTS                                                        14.50
                                                                      ─────────
                              TOTAL INVOICE              $18,045.50

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9170910

JUNE 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010

MORGAN STANLEY SWAP

MATTER NUMBER -    10180

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 5/03/10 | DJB | .30 | { L190 } {A104} Reviewed ███ communications. | 277.50 |
| 5/03/10 | MZH | .70 | { L120 } {A107} Drafted e-mails to ███ and ███ re ███. | 525.00 |
| 5/03/10 | SEB | .90 | { L190 } {A103} Revised Rule 9019 motion and communicated with M. Hankin re same (.5); conferred with M. Hankin re ███ of Rule 9019 motion and ███ (.1); revised Rule 9019 motion and ran blacklined versions for ███ (.3). | 333.00 |
| 5/04/10 | DJB | .80 | { L190 } {A104} Analyzed ███ re ███ (.3); telephone conference with ███ re same (.3); telephone conference with ███ re same (.2). | 740.00 |
| 5/06/10 | DJB | .60 | { L190 } {A107} Telephone conference with ███ re ███ (.4); e-mail to ███ re same (.2). | 555.00 |
| 5/06/10 | MZH | 1.20 | { L120 } {A107} Telephone conference with ███ and attended to issues re same (.8); drafted ███ and distributed to D. Bradford (.4). | 900.00 |
| 5/07/10 | DJB | .80 | { L190 } {A107} Telephone conference with ███ re ███ (.4); prepared e-mail to client re same (.4). | 740.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 5/07/10 | SRM | 3.90 | { L120 } {A103} Reviewed draft ███ (1.8); reviewed draft ███ and draft motion re ███ (1.3); reviewed ███ (.8). | 1,443.00 |
| 5/08/10 | SRM | 4.00 | { L120 } {A103} Edited draft ███ (1.3); reviewed ███ (2.7). | 1,480.00 |
| 5/10/10 | DJB | .50 | { L190 } {A106} Interviewed ███ re ███ issues (.4); followed up re same (.1). | 462.50 |
| 5/10/10 | WAT | 1.30 | { L110 } {A104} Reviewed and revised summary of ███ (1.3). | 663.00 |
| 5/11/10 | DJB | .30 | { L190 } {A106} Telephone conference with ███ re ███ issues. | 277.50 |
| 5/11/10 | SEB | .40 | { L190 } {A104} Reviewed and edited ███. | 148.00 |
| 5/12/10 | SEB | 1.70 | { L190 } {A104} Reviewed emails re ███ (.1); ███ (1.6). | 629.00 |
| 5/13/10 | DJB | .70 | { L190 } {A107} Telephone conference with ███ (.5); e-mail to ███ re same (.2). | 647.50 |
| 5/16/10 | DJB | 1.00 | { L190 } {A104} Reviewed draft ███ and commented on same. | 925.00 |
| 5/16/10 | MZH | 1.30 | { L120 } {A103} Drafted ███ (1.2); drafted e-mail to D. Bradford re same (.1). | 975.00 |
| 5/17/10 | DJB | .80 | { L190 } {A106} E-mail to ███ re ███ (.4); e-mail to M. Hankin re ███ issues (.2); reviewed e-mails re ███ (.2). | 740.00 |
| 5/17/10 | MZH | 2.50 | { L120 } {A103} Drafted various e-mails to ███ re ███ (.7); revised draft ███ (1.5); drafted e-mails to D. Bradford re same (.3). | 1,875.00 |
| 5/17/10 | SEB | 1.30 | { L190 } {A105} Conferred with M. Hankin re | 481.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

(.1); reviewed emails from █████, D. Bradford and M. Hankin re and ████████ (.3); revised ████ and 9019 Motion ████████ (.4); emailed D. Bradford and M. Hankin re ████████ (.2); compared versions of ████████ (.2); prepared blacklined versions of ████████ and Rule 9010 Motion for ████████ (.1).

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 5/17/10 | PXR | 1.50 | { L140 } {A110} Reviewed ████████ emails USB per S. Biller request (0.5); consulted with ATG re uploading same to CaseLogistix for attorney review (1.0). | 255.00 |
| 5/17/10 | DQH | 1.00 | { L140 } {A110} Communicated with P. Ramos and S. McGee re ████████ documents received on discs (.50); reviewed new documents on same discs and ████████ (.50). | 275.00 |
| 5/18/10 | PXR | .70 | { L140 } {A110} Followed-up with ATG re uploading ████████ to CaseLogistix for S. Biller review. | 119.00 |
| 5/18/10 | RRO | 1.00 | { L140 } {A110} Created new CaseLogistix library, ████████ (.5); performed data extraction of multiple volumes (.5). | 275.00 |
| 5/18/10 | DQH | 1.80 | { L140 } {A110} Communicated with S. McGee re ████████, as well as loading documents in native file format (.50); prepared ████████ documents to be loaded into new CaseLogistix database (1.00); communicated with Data Management Team re same (.30). | 495.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 5/19/10 | DQH | 1.10 | { L140 } {A110} Communicated with Data Management Team re status of loading documents into database (.20); conducted quality control checks on ███████ documents loaded into new database (.50); communicated with Data Management Team re creating review folder (.40); communicated with S. Biller re accessibility to ███████ documents in CaseLogistix (.20). | 302.50 |
| 5/19/10 | MS | 1.00 | { L140 } {A110} Began performing second level quality control checks on a new ███████ and CLX library (.2); began performing second level quality control checks on data that was extracted and loaded for native review in CLX (.8). | 275.00 |
| 5/20/10 | DQH | 1.00 | { L140 } {A110} Communicated with Data Management Team re status of loading ███████ documents into database (.20); conducted quality control checks to confirm ███████ documents were loaded without issues and added same to S. Biller's review folder (.60); communicated with S. Biller re same (.20). | 275.00 |
| 5/20/10 | MS | .70 | { L140 } {A110} Began performing second level quality control checks on data that was converted to tiff format and loaded for review (.30); began performing second level quality control checks on production data and endorsed images loaded into CLX for review (.40). | 192.50 |
| 5/24/10 | MZH | .30 | { L120 } {A107} Telephone conference with ███████ re ███████ and drafted e-mail to ███████ re same. | 225.00 |
| 5/27/10 | MZH | .70 | { L120 } {A107} Telephone conference with ███████ re ███████ (.3); telephone conference with ███████ re same (.2); telephone conference with ███████ re ███████ and drafted e-mail re same (.2). | 525.00 |
| | | 35.80 | PROFESSIONAL SERVICES | 18,031.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---:|
| 5/05/10 | Photocopy Expense | 9.80 |
| 5/07/10 | Photocopy Expense | 4.70 |
| | TOTAL DISBURSEMENTS | 14.50 |

**INVOICE TOTAL**              $ 18,045.50

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| DAVID J. BRADFORD | | 5.80 | 925.00 | 5,365.00 |
| MARC B. HANKIN | | 6.70 | 750.00 | 5,025.00 |
| WADE A. THOMSON | | 1.30 | 510.00 | 663.00 |
| SARAH R. MCNALLY | | 7.90 | 370.00 | 2,923.00 |
| SOFIA E. BILLER | | 4.30 | 370.00 | 1,591.00 |
| DANNY A. HUERTA | | 4.90 | 275.00 | 1,347.50 |
| MARGARET SMALL | | 1.70 | 275.00 | 467.50 |
| ROBERT R. OHTON, JR. | | 1.00 | 275.00 | 275.00 |
| PANAGIOTA RAMOS | | 2.20 | 170.00 | 374.00 |
| | TOTAL | 35.80 | | 18,031.00 |

# Fee Applications

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER 10164

THE TRIBUNE COMPANY                          APRIL 30, 2010
435 NORTH MICHIGAN AVENUE              INVOICE # 9165134
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010                                    $2,025.50

DISBURSEMENTS                                                      0.00
                                                          _____

                               TOTAL INVOICE          $2,025.50

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                 INVOICE # 9165134
ATTN: DONALD J. LIEBENTRITT


APRIL 30, 2010


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2010


FEE APPLICATION                                 MATTER NUMBER -    10164

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 3/02/10 | DJB | .50 | { L190 } {A104} Reviewed and edited response to fee inquiry from Fee Examiner. | 462.50 |
| 3/02/10 | LSR | .30 | { L210 } {A103} Drafted email to Fee Examiner re Jenner's response to the Fee Examiner's Preliminary Report re Jenner's Third Quarterly Fee Application. | 111.00 |
| 3/15/10 | LSR | 1.60 | { L210 } {A103} Drafted January fee application (1.1); edited same (.5). | 592.00 |
| 3/18/10 | MXP | 3.10 | { L210 } {A110} Prepared exhibits to January 2010 fee application. | 527.00 |
| 3/19/10 | LSR | .60 | { L210 } {A103} Edited January fee application. | 222.00 |
| 3/25/10 | LSR | .30 | { L210 } {A103} Edited January fee application. | 111.00 |
|  |  | 6.40 | PROFESSIONAL SERVICES | 2,025.50 |


**INVOICE TOTAL**                          **$ 2,025.50**

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 0.50 | 925.00 | 462.50 |
| LANDON S. RAIFORD | | 2.80 | 370.00 | 1,036.00 |
| MARC A PATTERSON | | 3.10 | 170.00 | 527.00 |
| | TOTAL | 6.40 | | 2,025.50 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                    MAY 28, 2010
435 NORTH MICHIGAN AVENUE                      INVOICE #  9168368
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010                                           $5,592.50

DISBURSEMENTS                                                        11.86

                                  TOTAL INVOICE        $5,604.36

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350


THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                    INVOICE # 9168368
ATTN: DONALD J. LIEBENTRITT


MAY 28, 2010


CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2010


FEE APPLICATION                                      MATTER NUMBER -    10164


| 4/05/10 | LSR | 1.60 | { L210 } {A103} Drafted February fee application. | 592.00 |
|---|---|---|---|---|
| 4/06/10 | MXP | 2.90 | { L210 } {A104} Prepared exhibits to Jenner's February 2010 fee application. | 493.00 |
| 4/06/10 | LSR | 1.20 | { L210 } {A103} Continued drafting February fee application. | 444.00 |
| 4/07/10 | MXP | 3.80 | { L210 } {A103} Prepared exhibits to Jenner's Fifth fee application. | 646.00 |
| 4/07/10 | LSR | .70 | { L210 } {A103} Drafted fifth quarterly fee application. | 259.00 |
| 4/09/10 | LSR | 1.90 | { L210 } {A103} Continued drafting fifth quarterly fee application. | 703.00 |
| 4/12/10 | MXP | 2.70 | { L210 } {A103} Continued work on preparing exhibits to Jenner's fifth fee application. | 459.00 |
| 4/12/10 | LSR | 1.20 | { L210 } {A103} Drafted fifth quarterly fee application. | 444.00 |
| 4/14/10 | DJB | .50 | { L120 } {A104} Reviewed fee petition. | 462.50 |
| 4/14/10 | LSR | .70 | { L210 } {A103} Edited fifth quarterly fee application. | 259.00 |
| 4/15/10 | LSR | .50 | { L210 } {A103} Continued editing fifth quarterly fee application. | 185.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| 4/16/10 | MXP | 1.40 | { L210 } {A103} Prepared Excel version of Jenner's time entries from fifth quarterly fee application for fee examiner. | 238.00 |
|---------|-----|------|---------|--------|
| 4/19/10 | MXP | 1.50 | { L210 } {A103} Redacted Excel version of Jenner's time entries from fifth quarterly fee application for fee examiner. | 255.00 |
| 4/28/10 | MXP | .90 | { L210 } {A103} Redacted additional entries on Excel version of Jenner's time entries from fifth quarterly fee application for fee examiner. | 153.00 |
| | | 21.50 | PROFESSIONAL SERVICES | 5,592.50 |

**DISBURSEMENTS**

| 4/07/10 | Pacer Charges | 6.16 |
|---------|---------------|------|
| 4/07/10 | Photocopy Expense | 4.90 |
| 4/12/10 | Photocopy Expense | .80 |
| | TOTAL DISBURSEMENTS | 11.86 |

**INVOICE TOTAL**                          $ 5,604.36

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DAVID J. BRADFORD | | 0.50 | 925.00 | 462.50 |
| LANDON S. RAIFORD | | 7.80 | 370.00 | 2,886.00 |
| MARC A. PATTERSON | | 13.20 | 170.00 | 2,244.00 |
| | TOTAL | 21.50 | | 5,592.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10164


THE TRIBUNE COMPANY                                     JUNE 30, 2010
435 NORTH MICHIGAN AVENUE                        INVOICE #  9170909
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT


**FEE APPLICATION**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010                                              $1,436.50

DISBURSEMENTS                                                           4.88
                                                                    _____

                                 TOTAL INVOICE          $1,441.38

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041                                    INVOICE # 9170909
ATTN: DONALD J. LIEBENTRITT

JUNE 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2010

FEE APPLICATION                              MATTER NUMBER -    10164

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 5/03/10 | LSR | .40 | { L210 } {A103} Drafted email to fee examiner re turnover of documents in connection with Fifth Quarterly Fee Application (.3); drafted response to inquiry from fee examiner re same (.1). | 148.00 |
| 5/17/10 | DJB | .10 | { L190 } {A105} E-mails with C. Steege re fee hearing. | 92.50 |
| 5/17/10 | LSR | 1.00 | { L210 } {A103} Drafted March fee application. | 370.00 |
| 5/18/10 | LSR | .40 | { L210 } {A103} Continued drafting March fee application. | 148.00 |
| 5/19/10 | MXP | 2.90 | { L210 } {A104} Reviewed invoices and prepared exhibits for Jenner's March 2010 fee application. | 493.00 |
| 5/21/10 | LSR | .20 | { L210 } {A103} Edited March fee application. | 74.00 |
| 5/25/10 | LSR | .30 | { L210 } {A103} Edited March fee application. | 111.00 |
| | | 5.30 | PROFESSIONAL SERVICES | 1,436.50 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

Page 2

**DISBURSEMENTS**

| 4/07/10 | Pacer Charges | 4.88 |
|---|---|---|
| | TOTAL DISBURSEMENTS | 4.88 |

**INVOICE TOTAL**                     $ 1,441.38

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 0.10 | 925.00 | 92.50 |
| LANDON S. RAIFORD | | 2.30 | 370.00 | 851.00 |
| MARC A. PATTERSON | | 2.90 | 170.00 | 493.00 |
| | TOTAL | 5.30 | | 1,436.50 |

# EXHIBIT B

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| Court Reporting Charge | 13.20 |
| Pacer Charges | 72.96 |
| Network Printing | 63.20 |
| Photocopy Expense | 1,760.91 |
| UPS | 12.68 |
| Westlaw Research | 736.69 |
| **Total** | **2,659.64** |