IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: TRIBUNE COMPANY, et al., <br><br> Debtors. | CHAPTER 11 <br><br> CASE NO. 08-13141 (KJC) <br> (Jointly Administered) <br><br> **Re: Doc. No. 519** |

## NOTICE OF WITHDRAWAL OF APPEARANCE (RE: DOCKET NO. 519)

On March 12, 2009, the undersigned filed a Notice of Appearance on behalf of Jon Van Senus, by and through his guardian ad litem, Neala Olsen in the Debtor's Case.

**PLEASE TAKE NOTICE THAT** the undersigned hereby withdraws the appearances of the attorneys listed below in this case and requests (1) discontinuance of any service of papers and (2) removal from the notice list used by the Court's Electronic Case Filing System.

Edward Susolik, Esquire
Callahan & Blaine
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707
Phone: (714) 241-4444
Fax: (741) 241-2445
ES@callahan-law.com

Dated: July 15, 2010
Wilmington, Delaware

**ELLIOTT GREENLEAF**

/s/ *Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 656-3714
Email: rxza@elliottgreenleaf.com

*Counsel to Jon Van Senus, by and through his guardian ad litem, Neala Olson*