**MARCH 1, 2010 - MARCH 31, 2010 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell Julie | 3-Mar-10 | $226.00 | 0.50 | $113.10 | Internal touch base meeting to review position matches and answer questions on benchmarking analysis. |
| Long Marcia | 3-Mar-10 | $493.00 | 2.00 | $986.00 | Develop detailed project plan and budget for 2010 MIP Incentive Plan work at Chandler Bigelow's request. |
| Stencel Amanda | 3-Mar-10 | $226.00 | 2.50 | $565.50 | Pulled incumbent data for additional 20 positions into analysis as agreed on by client began matching client positions to survey matches. |
| Stencel Amanda | 4-Mar-10 | $226.00 | 3.00 | $678.60 | Completed job matches for additional 20 positions pulled survey data into analysis for those positions. |
| Donnell Julie | 5-Mar-10 | $226.00 | 0.50 | $113.10 | Project touch base and confirmation of final position matches (prep to send final position matching list on Monday 3/8). |
| Stencel Amanda | 5-Mar-10 | $226.00 | 3.00 | $678.60 | Completed pulling survey data for additional positions composed complete benchmark job list with updated revenue scopes for all positions in the analysis began market analysis for additional positions. |
| Donnell Julie | 8-Mar-10 | $226.00 | 0.75 | $191.40 | Position Mapping Finalization and Peer Group Discussion Document. |
| Long Marcia | 8-Mar-10 | $493.00 | 1.00 | $493.00 | Peer review summary of benchmark jobs and email to Sue O'Connor. |
| Stencel Amanda | 8-Mar-10 | $226.00 | 0.75 | $169.66 | Touch base meeting to review job matching exhibit to send to client. |
| Stencel Amanda | 8-Mar-10 | $226.00 | 0.50 | $113.10 | Changed matches for select positions to Mercer's GPER survey to reflect better survey match. |
| Stencel Amanda | 9-Mar-10 | $226.00 | 1.00 | $226.20 | Developed peer group first draft for top 5 executive benchmarking. |
| Donnell Julie | 10-Mar-10 | $226.00 | 0.50 | $127.60 | Position Mapping Finalization and Peer Group Discussion Document. |
| Donnell Julie | 11-Mar-10 | $226.00 | 0.50 | $127.60 | Position Mapping Finalization and Peer Group Discussion Document. |
| Stencel Amanda | 11-Mar-10 | $226.00 | 0.50 | $113.10 | Reviewed peer group with team for executive benchmarking. |
| Donnell Julie | 12-Mar-10 | $226.00 | 1.50 | $382.80 | Position Mapping Finalization and Peer Group Discussion Document. |
| Long Marcia | 12-Mar-10 | $493.00 | 1.00 | $493.00 | Peer review updated peer group to be used for benchmarking top executives to assess pay opportunities provided by 2010 MIP. |
| Stencel Amanda | 12-Mar-10 | $226.00 | 0.75 | $169.66 | Researched 2009 revenue for proposed 2009 peer group to be used for executive benchmarking. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell  Julie | 15-Mar-10 | $226.00 | 0.50 | $127.60 | Internal meetings with project team - Marcia Long, John Dempsey, Julie Donnell and Amanda Stencel to discuss next steps - market benchmarking proxy analysis for Tribune. |
| Donnell  Julie | 16-Mar-10 | $226.00 | 0.50 | $127.60 | Internal meetings with project team - Marcia Long, John Dempsey, Julie Donnell and Amanda Stencel to discuss next steps - market benchmarking proxy analysis for Tribune. |
| Long  Marcia | 16-Mar-10 | $493.00 | 1.00 | $493.00 | Peer review Emergence equity/EV analysis requested by Chandler Bigelow: WIP to ensure appropriate methodology applied. |
| Long  Marcia | 16-Mar-10 | $493.00 | 0.50 | $246.50 | Meet with Julie Donnell and Joe Malandruccalo to discuss analysis of emergence peer group, methodology and timing to develop template. |
| Malandruccolo  Joseph | 16-Mar-10 | $255.00 | 7.25 | $1,639.96 | Peer group analysis to determine enterprise value for Donnell and Long. |
| Donnell  Julie | 17-Mar-10 | $226.00 | 0.50 | $127.60 | Drafting of Peer Group Development Report and Equity Valuation Analysis Report for the Tribune. |
| Donnell  Julie | 17-Mar-10 | $226.00 | 0.50 | $127.60 | Review of the approach to Equity Valuation and Enterprise Analysis. |
| Malandruccolo  Joseph | 17-Mar-10 | $255.00 | 1.00 | $226.20 | Created an enterprise valuation model. |
| Mayer  Julie | 17-Mar-10 | $72.00 | 3.25 | $233.74 | Bankruptcy research. |
| Stencel  Amanda | 17-Mar-10 | $226.00 | 0.25 | $56.56 | Added two additional companies to peer group analysis researched revenue sizes for executive comp. benchmarking. |
| Donnell  Julie | 18-Mar-10 | $226.00 | 3.00 | $765.60 | Peer Review of Equity Valuation and Enterprise Value Analysis completed by Joe Malandruccolo - for equity valuation report to be sent to the Tribune the week of March 22. |
| Donnell  Julie | 18-Mar-10 | $226.00 | 1.50 | $382.80 | Equity Valuation and Enterprise Valuation Analysis Updates for Report to be sent to the tribune to be reviewed by Marcia Long. |
| Long  Marcia | 18-Mar-10 | $493.00 | 1.50 | $739.50 | Review summary of compensation programs to be included in disclosure statement at request of outside counsel. |
| Long  Marcia | 18-Mar-10 | $493.00 | 1.00 | $493.00 | Peer review emergence equity analysis comparing reserves as % of EV to reserves as % of market cap. |
| Donnell  Julie | 19-Mar-10 | $226.00 | 1.00 | $255.20 | Drafting of Peer Group Development Report and Equity Valuation Analysis Report for the Tribune. |
| Donnell  Julie | 19-Mar-10 | $226.00 | 1.50 | $382.80 | Equity Valuation and Enterprise Valuation Analysis Updates for Report to be sent to the Tribune to be reviewed by Marcia Long. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell  Julie | 19-Mar-10 | $226.00 | 0.50 | $127.60 | Internal meetings with project team - Marcia Long, John Dempsey, Julie Donnell, and Amanda Stencel to discuss next steps - market benchmarking proxy analysis for Tribune. |
| Malandruccolo  Joseph | 19-Mar-10 | $255.00 | 0.75 | $169.66 | Checking for updated disclosures related to enterprise value exhibit for Julie Donnell and Marcia Long. |
| Donnell  Julie | 21-Mar-10 | $226.00 | 1.00 | $255.20 | Tribune Equity and Enterprise Value analysis - to be included in report for Sidley and reviewed by Marcia Long. |
| Stencel  Amanda | 21-Mar-10 | $226.00 | 3.50 | $791.70 | Pulled market competitiveness data by revenue size for all benchmark positions. |
| Donnell  Julie | 22-Mar-10 | $226.00 | 1.00 | $255.20 | Finalization of Draft Equity Value and Enterprise Value Report to be reviewed by Marcia Long. |
| Long  Marcia | 22-Mar-10 | $493.00 | 5.00 | $2,465.00 | Peer review and provide feedback on equity plan analysis requested by Chandler Bigelow, including spreadsheet architecture and documentation. |
| Stencel  Amanda | 22-Mar-10 | $226.00 | 1.50 | $339.30 | Calculated Mercer LTI percentages for all benchmark positions and added data into benchmark analysis. |
| Donnell  Julie | 24-Mar-10 | $226.00 | 0.50 | $127.60 | Internal meetings with Marcia Long and Amanda Stencel to discuss next steps and project update on Market Benchmarking analysis. |
| Long  Marcia | 24-Mar-10 | $493.00 | 1.00 | $493.00 | Meet with John Dempsey to discuss feedback on the Tribune Valuation Report. |
| Long  Marcia | 24-Mar-10 | $493.00 | 3.00 | $1,479.00 | Review and revise draft of Tribune Valuation analysis requested by Chandler Bigelow. |
| Dempsey  John | 25-Mar-10 | $725.00 | 0.50 | $362.50 | Emergence Equity Value transfer analysis. |
| Donnell  Julie | 25-Mar-10 | $226.00 | 1.25 | $319.00 | Tribune enterprise value and equity value analysis to be reviewed by Marcia Long. |
| Donnell  Julie | 25-Mar-10 | $226.00 | 1.00 | $255.20 | Peers review of analysis prep - determination of all peers and organization of excel workbook. |
| Donnell  Julie | 25-Mar-10 | $226.00 | 2.25 | $574.20 | Internal meeting to review Equity Value and Enterprise value regressions and report along with discussion of peer group. |
| Long  Marcia | 25-Mar-10 | $493.00 | 3.00 | $1,479.00 | Peer review and provide feedback on regression analysis to be included in Tribune Valuation Analysis report requested by Chandler Bigelow. |
| Stencel  Amanda | 25-Mar-10 | $226.00 | 3.50 | $791.70 | Begin building aggregate detail tables for market comparisons for benchmark positions. |
| Dempsey  John | 26-Mar-10 | $725.00 | 0.50 | $362.50 | Emergence Equity Value transfer analysis. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell  Julie | 26-Mar-10 | $226.00 | 3.50 | $893.20 | Drafting/revision Equity Value and Enterprise Value report for the Tribune to be reviewed by Marcia Long and John Dempsey. |
| Donnell  Julie | 26-Mar-10 | $226.00 | 4.50 | $1,148.40 | Equity Value and Enterprise Value regressions and analysis stock option/ RSU example development to be reviewed by Marcia Long. |
| Long  Marcia | 26-Mar-10 | $493.00 | 2.50 | $1,232.50 | Peer review updated analysis to be incorporated into the Tribune Valuation report revised based on feedback from John Dempsey. |
| Long  Marcia | 26-Mar-10 | $493.00 | 2.00 | $986.00 | Review analysis of peer groups - analysis performed to validate proposed peer group to be used for competitive benchmarking in support of 2010 MIP assessment. |
| Malandruccolo  Joseph | 26-Mar-10 | $255.00 | 0.25 | $56.56 | Separated non-media pairs and sorted data by revenue for peers of peers analysis for Marcia Long. |
| Malandruccolo  Joseph | 26-Mar-10 | $255.00 | 3.00 | $678.60 | Peers of Peers Analysis for Julie Donnell. |
| Stencel  Amanda | 26-Mar-10 | $226.00 | 2.00 | $452.40 | Completed aggregate market index tables for benchmark positions. |
| Donnell  Julie | 27-Mar-10 | $226.00 | 4.00 | $1,020.80 | Proxy Analysis for 3 companies (Gannett Washington Post and half of EW Scripps). |
| Donnell  Julie | 28-Mar-10 | $226.00 | 2.00 | $510.40 | Proxy analysis of remaining 2 companies (finish EW Scripps and Lee Enterprises) to be peer reviewed by Justin Wu for report to management/Sidley to send April 1st. |
| Donnell  Julie | 28-Mar-10 | $226.00 | 6.00 | $1,531.20 | Peer review of Market Benchmarking analysis completed by Amanda Stencel. |
| Long  Marcia | 28-Mar-10 | $493.00 | 2.50 | $1,232.50 | Revise and finalize Tribune Valuation Analysis report prepared for Chandler Bigelow. |
| Dempsey  John | 29-Mar-10 | $725.00 | 0.50 | $362.50 | Emergence Equity Value transfer analysis. |
| Donnell  Julie | 29-Mar-10 | $226.00 | 1.25 | $319.00 | Finalization of Equity Valuation Report - Sent to Chandelor Bigelow. |
| Donnell  Julie | 29-Mar-10 | $226.00 | 0.50 | $127.60 | Discussion with Joe Malandruccolo and Marcia Long about Peers of Peers analysis updates and approach. |
| Long  Marcia | 29-Mar-10 | $493.00 | 2.00 | $986.00 | Review Tribune Valuation Analysis report with John Dempsey and incorporate changes per his feedback. |
| Stencel  Amanda | 29-Mar-10 | $226.00 | 3.00 | $678.60 | Pulled Mercer survey data for selected positions added data to analysis adjusted all base salaries to reflect most recent figures supplied by client. |
| Donnell  Julie | 30-Mar-10 | $226.00 | 1.50 | $382.80 | Proxy Analysis Development - Exhibit Creation. |
| Donnell  Julie | 30-Mar-10 | $226.00 | 1.00 | $255.20 | Internal meetings with Marcia Long and Amanda Stencel to discuss market benchmarking analysis and next steps. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long Marcia | 30-Mar-10 | $493.00 | 2.50 | $1,232.50 | Peer review survey benchmarking of MIP eligible positions. |
| Long Marcia | 30-Mar-10 | $493.00 | 1.50 | $739.50 | Meet with Julie Donnell and Amanda Stencel to review survey benchmarking analysis identify outliers. |
| Nieting Justin | 30-Mar-10 | $255.00 | 1.25 | $319.00 | Proxy peer review. |
| Stencel Amanda | 30-Mar-10 | $226.00 | 4.00 | $904.80 | Compiled list of incumbents with +/- 25% gap to market to be used for further review of job match/scope. Compiled list of job descriptions for survey job matches. Compiled market pricing aggregate. |
| Stencel Amanda | 30-Mar-10 | $226.00 | 0.50 | $113.10 | Project team meeting to discuss matches/market data for market pricing report. |
| Donnell Julie | 31-Mar-10 | $226.00 | 3.00 | $765.60 | Proxy Analysis Review and Exhibit Creation - to be reviewed by Marcia Long and for management sent the week of April 5th. |
| Donnell Julie | 31-Mar-10 | $226.00 | 2.00 | $510.40 | Peer Review of Benchmarking analysis and +/- 25% of market exhibits created by Amanda Stencel - notes for client and internal meeting prep to be reviewed by Marcia Long. |
| Long Marcia | 31-Mar-10 | $493.00 | 3.00 | $1,479.00 | Peer review updated proxy analysis in support of Mercer's assessment of the 2010 MIP. |
| Long Marcia | 31-Mar-10 | $493.00 | 1.50 | $739.50 | Draft report summarizing preliminary results of 2010 proxy analysis per Chandler Bigelow's request. |
| Stencel Amanda | 31-Mar-10 | $226.00 | 1.50 | $339.30 | Compiled list of possible indicators/trends for incumbents with market indexes of +- 25%. |

**TOTALS:    137.50    $42,811.60**