**March Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 16-Mar-10 | $4.10 | Working late - meals |
| 26-Mar-10 | $10.90 | Working late - meals |
| 31-Mar-10 | $1,963.80 | Legal Fees |
| **Total:** | **$1,978.80** | |