**APRIL 1, 2010 - APRIL 30,2010 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell Julie | 1-Apr-10 | $226.00 | 2.50 | $638.00 | Market Benchmarking Analysis review - incumbents +/- 25% of market median TCC list to be sent to Mike and Sue at the Tribune reviewed by Marcia Long. |
| Donnell Julie | 1-Apr-10 | $226.00 | 4.00 | $1,020.80 | Drafting of Preliminary Proxy Analysis report (findings of companies that had filed as of 3-29-10) to be reviewed by ML sent to Chandelor Bigelow. |
| Long Marcia | 1-Apr-10 | $493.00 | 1.50 | $739.50 | Meet with Julie Donnell to review and discuss peer group proxy analysis. |
| Long Marcia | 1-Apr-10 | $493.00 | 1.00 | $493.00 | Meet with Amanda Stencel and Julie Donnell to review preliminary survey benchmarking results and finalize outlier analysis to be sent to Tribune for review and verification. |
| Long Marcia | 1-Apr-10 | $493.00 | 2.50 | $1,232.50 | Peer review updated proxy analysis and report prepared for Chandler Bigelow. |
| Malandruccolo Joseph | 1-Apr-10 | $226.00 | 2.00 | $452.40 | Research peers of peers for their business description and ownership and create a corresponding exhibit. |
| Malandruccolo Joseph | 1-Apr-10 | $226.00 | 1.50 | $339.30 | Tribune peers of peers analysis - identifying ownership industry count of peers. |
| Stencel Amanda | 1-Apr-10 | $255.00 | 3.50 | $893.20 | Compiled client ready list of companies above and below market TDC, including survey job descriptions and possible explanations for high or low market indexes. |
| Dempsey John | 6-Apr-10 | $725.00 | 1.00 | $725.00 | Review of benchmarking analysis. |
| Donnell Julie | 6-Apr-10 | $226.00 | 1.50 | $382.80 | Finalize Peer Group Development deck to be reviewed by Marcia Long. |
| Long Marcia | 6-Apr-10 | $493.00 | 2.00 | $986.00 | Peer review market pricing. |
| Stencel Amanda | 7-Apr-10 | $255.00 | 4.50 | $1,148.40 | Researched and input executive compensations data into proxy analysis for 3 peer group companies. |
| Donnell Julie | 8-Apr-10 | $226.00 | 2.50 | $638.00 | Initial Peer review of 3 proxy analyses completed by Amanda Stencel and give feed back to Amanda Stencel for updates to be made to entries in GDD. |
| Donnell Julie | 8-Apr-10 | $226.00 | 0.75 | $191.40 | Update exhibits in April 2010 Peer Group Development report for management/legal council. |
| Long Marcia | 8-Apr-10 | $493.00 | 3.00 | $1,479.00 | 2009 to 2008 LTI analysis; analyze and summarize changes in LTI values from 2008 to 2009. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long  Marcia | 8-Apr-10 | $493.00 | 1.50 | $739.50 | Peer review peer of peer analysis in support of the peer group assessment prepared for the Compensation Committee. |
| Stencel  Amanda | 8-Apr-10 | $255.00 | 4.50 | $1,148.40 | Completed analysis of LTI awards for peer group executives (comparing 2009 LTI to 3 year average LTI) and proxy analysis of additional 3 companies in peer group. |
| Donnell  Julie | 9-Apr-10 | $226.00 | 0.75 | $191.40 | Research for LTI - comparison of 2008 - 2009 compensation practices by Tribune's industry peers. |
| Donnell  Julie | 9-Apr-10 | $226.00 | 1.00 | $255.20 | 2009 LTI vs. 3 Year Average LTI Peer Review and Analysis for CEO  CFO and Rank 1-5 Execs in the Proxy Output - to be reviewed by Marcia Long. |
| Donnell  Julie | 9-Apr-10 | $226.00 | 2.50 | $638.00 | Peer Review of Proxy Analyses completed by Amanda Stencel. |
| Long  Marcia | 9-Apr-10 | $493.00 | 1.00 | $493.00 | Meet with John Dempsey to review and discuss possible changes to peer group and review LTI change analysis. |
| Long  Marcia | 9-Apr-10 | $493.00 | 2.00 | $986.00 | Peer review revised proxy analysis (including changes to LTI methodology). |
| Stencel  Amanda | 9-Apr-10 | $255.00 | 1.00 | $255.20 | Input executive comp data into proxy analysis for one peer group company. |
| Donnell  Julie | 11-Apr-10 | $226.00 | 6.00 | $1,531.20 | Top 5 Proxy Analysis - Integrating new data for 3 companies  and creating exhibits for the April 2010 Preliminary Proxy Report sent to the Tribune  to be reviewed by Marcia Long. |
| Long  Marcia | 11-Apr-10 | $493.00 | 1.00 | $493.00 | Meet with Julie Donnell to answer questions regarding updates to proxy analysis to be included in the Mercer's assessment of the 2010 MIP |
| Dempsey  John | 12-Apr-10 | $725.00 | 1.00 | $725.00 | Preparation of 2010 MIP. |
| Donnell  Julie | 12-Apr-10 | $226.00 | 3.50 | $893.20 | Updates to report / exhibits - Tribune Proxy Analysis updates/review to integrate new data for Preliminary Proxy Analysis Report. |
| Donnell  Julie | 12-Apr-10 | $226.00 | 1.00 | $255.20 | Updated to Preliminary Proxy Analysis Report  sent to Marcia for review. |
| Long  Marcia | 12-Apr-10 | $493.00 | 4.00 | $1,972.00 | Peer review updated proxy analysis including addition of 2010 proxy info for McClatchy and Cablevison  and confirm that changes per previous reviews were completed. |
| Stencel  Amanda | 12-Apr-10 | $255.00 | 2.00 | $510.40 | Adjusted footnotes and revised proxy analysis exhibit. |
| Dempsey  John | 13-Apr-10 | $725.00 | 1.00 | $725.00 | Preparation of 2010 MIP. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell Julie | 13-Apr-10 | $226.00 | 2.00 | $510.40 | Finalization of Tribune Preliminary Proxy Analysis report - to be sent to Management. |
| Donnell Julie | 13-Apr-10 | $226.00 | 1.50 | $382.80 | Research of CC Media's 2010 compensation/top executives - changes to CFO compensation per employment agreement and new employment agreement for previous CFO. |
| Long Marcia | 13-Apr-10 | $493.00 | 3.00 | $1,479.00 | Peer review updated proxy analysis to be included in Mercer's assessment of the 2010 MIP. |
| Long Marcia | 13-Apr-10 | $493.00 | 1.50 | $739.50 | Revise and finalize Tribune Proxy Analysis report. |
| Stencel Amanda | 13-Apr-10 | $255.00 | 2.00 | $510.40 | Adjusted scopes and confirmed regression data for benchmark analysis. |
| Donnell Julie | 14-Apr-10 | $226.00 | 1.50 | $382.80 | Peer review of updated market benchmarking analysis completed by Amanda Stencel - to be integrated in MIP / Benchmarking report sent to the Tribune Management and Sidley. |
| Donnell Julie | 14-Apr-10 | $226.00 | 0.75 | $191.40 | Draft slide noting CC Media changes in compensation/executives for back pocket item. |
| Stencel Amanda | 14-Apr-10 | $255.00 | 4.00 | $1,020.80 | Completed revisions based on regression equations for benchmark analysis  confirmed scopes and position matches. |
| Donnell Julie | 15-Apr-10 | $226.00 | 2.50 | $638.00 | Document drafting of Top 10 Executives Benchmarking Analysis to be sent to management/Sidley. |
| Donnell Julie | 15-Apr-10 | $226.00 | 1.00 | $255.20 | Peer review of benchmarking analysis - position matching exhibit / scopes / Tribune commentary. |
| Long Marcia | 15-Apr-10 | $493.00 | 1.00 | $493.00 | Peer review summary of CC Media issues, prepared in support of the benchmarking analysis to be included in Mercer's assessment of the 2010 MIP. |
| Stencel Amanda | 15-Apr-10 | $255.00 | 2.00 | $510.40 | Adjusted positions matches and scopes in analysis per clients notes. |
| Stencel Amanda | 15-Apr-10 | $255.00 | 3.00 | $765.60 | Composed exhibits comparing benchmark summary data of 2008 analysis participants vs. current analysis participants. |
| Dempsey John | 16-Apr-10 | $725.00 | 1.00 | $725.00 | Preparation of Media Holdings update. |
| Donnell Julie | 16-Apr-10 | $226.00 | 1.50 | $382.80 | Internal meeting with Marcia Long and Julie Donnell to discuss next steps and process. |
| Long Marcia | 16-Apr-10 | $493.00 | 0.50 | $246.50 | Call with Jonathan Lotsoff to discuss timing of MIP motion and additional analysis needed in support of motion. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long  Marcia | 16-Apr-10 | $493.00 | 1.00 | $493.00 | Meet with John Dempsey and Julie Donnell to review outstanding data issues and agree on approach and next steps. |
| Shaw  Nate | 16-Apr-10 | $255.00 | 0.25 | $63.80 | Providing data per Julie Donnell request for MIP. |
| Stencel  Amanda | 16-Apr-10 | $255.00 | 1.00 | $255.20 | Updated position match file with all client requested scope and position matching revisions. |
| Donnell  Julie | 18-Apr-10 | $226.00 | 1.50 | $382.80 | Drafting of Overview of MIP and Benchmarking (all incumbents) report to be sent to Management / Sidley on Monday April 19. |
| Long  Marcia | 18-Apr-10 | $493.00 | 1.00 | $493.00 | Peer review market data for tribune top 10 and provide comments to analyst regarding changes to analysis. |
| Donnell  Julie | 19-Apr-10 | $226.00 | 1.25 | $319.00 | Drafting of Top 10 benchmarking analysis report to be sent to Marcia Long for review, sent to management/Sidley. |
| Donnell  Julie | 19-Apr-10 | $226.00 | 2.00 | $510.40 | Peer review of benchmarking analysis - top executives  other top executives  all other employees - at plan / target  for MIP report. |
| Donnell  Julie | 19-Apr-10 | $226.00 | 4.00 | $1,020.80 | Drafting of MIP Review and Benchmarking Analysis for all incumbents - sent to management/Sidley for their review. |
| Long  Marcia | 19-Apr-10 | $493.00 | 2.00 | $986.00 | Peer review draft of 2010 MIP Report prepared for Chandler Bigelow  summarize and provide feedback to analyst. |
| Long  Marcia | 19-Apr-10 | $493.00 | 1.50 | $739.50 | Revise and finalize draft of 2010 MIP Report and Top 10 Benchmarking Summary. |
| Long  Marcia | 19-Apr-10 | $493.00 | 0.50 | $246.50 | Peer review benchmarking summary for top 10 executives prepared for Chandler Bigelow and provide feedback on changes. |
| Mayer  Julie | 19-Apr-10 | $72.00 | 7.00 | $503.44 | Bankruptcy research. |
| Shaw  Nate | 19-Apr-10 | $255.00 | 0.25 | $63.80 | Providing ERI salary data per J. Donnell request. |
| Stencel  Amanda | 19-Apr-10 | $255.00 | 6.00 | $1,531.20 | Built TCC and TDC summary exhibits for client report (2.5); conducted alternative proxy analysis for report appendix (2.5). |
| Wu  Justin | 19-Apr-10 | $290.00 | 1.50 | $435.00 | Peer Review of MIP report for Julie Donnell. |
| Donnell  Julie | 20-Apr-10 | $226.00 | 1.50 | $382.80 | Updates to April 2010 MIP Overview and Relative Compensation Report. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long  Marcia | 20-Apr-10 | $493.00 | 0.50 | $246.50 | Call with Jonathan Lotsoff to review preliminary 2010 MIP and Competitiveness report prepared for the Compensation Committee. |
| Long  Marcia | 20-Apr-10 | $493.00 | 0.50 | $246.50 | Meet with Julie Donnell to review comments and questions from Jonathan Lotsoff. |
| Long  Marcia | 20-Apr-10 | $493.00 | 1.50 | $739.50 | Revisions to 2010 MIP and Competitiveness report. |
| Stencel  Amanda | 20-Apr-10 | $255.00 | 2.00 | $510.40 | Composed 2 exhibits of peer group competitiveness for various compensation scenarios. |
| Nieting  Justin | 21-Apr-10 | $255.00 | 1.00 | $255.20 | Compensation benchmarking peer review. |
| Stencel  Amanda | 21-Apr-10 | $255.00 | 3.50 | $893.20 | Completed summary exhibits of peer group compensation competitiveness. |
| Donnell  Julie | 22-Apr-10 | $226.00 | 3.00 | $765.60 | Updates to 2010 MIP and Relative Compensation Report. |
| Long  Marcia | 22-Apr-10 | $493.00 | 2.00 | $986.00 | Peer review revised 2010 MIP and Competitiveness Review  prepared for the Compensation Committee. |
| Long  Marcia | 22-Apr-10 | $493.00 | 1.00 | $493.00 | Review fee application and do monthly fee to budget reconciliation. |
| Long  Marcia | 22-Apr-10 | $493.00 | 0.50 | $246.50 | Call with Chandler Bigelow- debrief on creditor meetings and comp issues and agree on next steps. |
| Malandruccolo  Joseph | 22-Apr-10 | $255.00 | 0.75 | $191.40 | Updated STI leverage analysis to reflect the release of 2010 DEF14A. |
| Donnell  Julie | 23-Apr-10 | $226.00 | 2.00 | $510.40 | Peer review of 2009 actual compensation analysis. |
| Donnell  Julie | 23-Apr-10 | $226.00 | 1.00 | $255.20 | Finalization of 2010 MIP Overview and Relative Compensation Report - sent to Marcia Long for review. |
| Donnell  Julie | 23-Apr-10 | $226.00 | 1.50 | $382.80 | Tribune 2009 Actual Compensation Comparison Report - to be reviewed by Marcia Long drafting. |
| Long  Marcia | 23-Apr-10 | $493.00 | 1.50 | $739.50 | Peer review revised 2010 MIP Assessment and finalize for review by John Dempsey. |
| Malandruccolo  Joseph | 23-Apr-10 | $255.00 | 2.00 | $510.40 | Analyze equity grants of Tribune peers in FY 2009 for the equity grants of peers exhibit being used to benchmark Tribune LTI compensation. |
| Stencel  Amanda | 23-Apr-10 | $255.00 | 2.00 | $510.40 | Completed summary exhibit of client executive actual compensation compared to peer group actual compensation. |
| Malandruccolo  Joseph | 24-Apr-10 | $255.00 | 2.00 | $510.40 | Creating the LTI valuation exhibit for the tribune company based on BS% and determining the valuation methodology. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Malandruccolo  Joseph | 25-Apr-10 | $255.00 | 1.00 | $255.20 | Update the Tribune Peers LTI Value exhibit to include all grants by NYT in '09 and to include the percentile rankings of LTI grant values. |
| Donnell  Julie | 26-Apr-10 | $226.00 | 2.00 | $510.40 | Update/Peer Review Actual Compensation Analysis - to be integrated into back pocket materials for Sidley - to be reviewed by Marcia Long. |
| Long  Marcia | 26-Apr-10 | $493.00 | 3.00 | $1,479.00 | Peer review 2009 actual tcc analysis - prepared for Jonathan Lotsoff. |
| Long  Marcia | 26-Apr-10 | $493.00 | 1.00 | $493.00 | Review project timeline and coordinate internal resources. |
| Stencel  Amanda | 26-Apr-10 | $255.00 | 1.00 | $255.20 | Composed 2009 peer group actual STI exhibit. |
| Donnell  Julie | 27-Apr-10 | $226.00 | 0.75 | $191.40 | Review of CC Media 2009 Proxy Statement  Discussion with Amanda for analysis purposes. |
| Stencel  Amanda | 27-Apr-10 | $255.00 | 2.00 | $510.40 | Proxy analysis of CC Media. |
| Stencel  Amanda | 28-Apr-10 | $255.00 | 0.50 | $127.60 | Input updated proxy data into competitiveness analysis and updated footnotes in proxy analysis exhibits. |
| Dempsey  John | 30-Apr-10 | $725.00 | 1.00 | $725.00 | Conversations with Jonathan Lotsoff at Sidley, Chandler Bigelow at Tribune Marcia Long and Julie Donnell related to updating the analysis of the TMIP and |
| Donnell  Julie | 30-Apr-10 | $226.00 | 2.00 | $510.40 | Updates to 2010 MIP and Relative Compensation Report - to be sent to Marcia Long for Review. |
| Donnell  Julie | 30-Apr-10 | $226.00 | 1.00 | $255.20 | Market benchmarking analysis - assessment of competitiveness including KOB and TMIP earned bonuses for 2009. |
| Donnell  Julie | 30-Apr-10 | $226.00 | 1.00 | $255.20 | Drafting of TMIP and KOB portion of 2010 MIP and Relative Compensation Report. |
| Long  Marcia | 30-Apr-10 | $493.00 | 0.50 | $246.50 | Review proxy peer review comments from Kanak Soundararajan. |
| Long  Marcia | 30-Apr-10 | $493.00 | 0.50 | $246.50 | Meet with Julie Donnell and John Dempsey to discuss additional analysis required for TMIP/KOB. |

**TOTALS:    174.00  $55,884.74**