**April Expenses**

| Date | Amount | Description |
|---|---|---|
| 1-Apr-10 | $16.35 | Working late - transportation |
| 7-Apr-10 | $15.35 | Working late - transportation |
| 8-Apr-10 | $14.55 | Working late - transportation |
| 8-Apr-10 | $19.00 | Working late - transportation |
| 19-Apr-10 | $13.84 | Working late - meals |
| 19-Apr-10 | $15.75 | Working late - transportation |
| 21-Apr-10 | $16.55 | Working late - transportation |
| 30-Apr-10 | $26.42 | Communications with Tribune management and Sidley Austin LLP |
| 30-Apr-10 | $7,844.85 | Legal Fees |
| 30-Apr-10 | $16.63 | Working late - meals |
| **Total:** | **$7,999.29** | |