**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: August 5, 2010 at** |
| | ) | **4:00 p.m. (EST)** |
| | ) | **Hearing Date:** *Only if Objections are filed* |

**SEVENTEENTH MONTHLY FEE APPLICATION OF MERCER (US) INC. FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS COMPENSATION CONSULTANT TO THE**
**DEBTORS AND DEBTORS IN POSSESSION FOR**
<u>**THE PERIOD FROM MAY 1, 2010 THROUGH MAY 31, 2010**</u>

| | |
|---|---|
| Name of Applicant: | Mercer (US) Inc. |
| Authorized to provide professional services to: | Debtors |
| Date of retention: | May 11, 2009 *nunc pro tunc* to January 12, 2009 |
| Period for which compensation and | |

---

[1] The Debtors in these chapter 11 cases are: Tribune Company; 435 Production Company; 5800 Sunset Productions Inc.; Baltimore Newspaper Networks, Inc.; California Community News Corporation; Candle Holdings Corporation; Channel 20, Inc.; Channel 39, Inc.; Channel 40, Inc.; Chicago Avenue Construction Company; Chicago River Production Company; Chicago Tribune Company; Chicago Tribune Newspaper, Inc.; Chicago Tribune Press Service, Inc.; ChicagoLand Microwave Licensee, Inc.; Chicagoland Publishing Company; Chicagoland Television News, Inc.; Courant Specialty Products, Inc.; Direct Mail Associates, Inc.; Distribution Systems of America, Inc.; Eagle New Media Investments, LLC; Eagle Publishing Investments, LLC; forsalebyowner.com corp.; ForSaleByOwner.com Referral Services, LLC; Fortify Holdings Corporation; Forum Publishing Group, Inc.; Gold Coast Publications, Inc.; GreenCo, Inc.; Heart &Crown Advertising, Inc.; Homeowners Realty, Inc.; Homestead Publishing Co.; Hoy, LLC; Hoy Publications, LLC; InsertCo, Inc.; Internet Foreclosure Service, Inc.; JuliusAir Company, LLC; JuliusAir Company II, LLC; KIAH Inc.; KPLR, Inc.; KSWB Inc.; KTLA Inc.; KWGN Inc.; Los Angeles Times Communications LLC; Los Angeles Times International, Ltd.; Los Angeles Times Newspapers, Inc.; Magic T Music Publishing Company; NBBF, LLC; Neocomm, Inc.; New Mass. Media, Inc.; New River Center Maintenance Association, Inc.; Newscom Services, Inc.; Newspaper Readers Agency, Inc.; North Michigan Production Company; North Orange Avenue Properties, Inc.; Oak Brook Productions, Inc.; Orlando Sentinel Communications Company; Patuxent Publishing Company; Publishers Forest Products Co. of Washington; Sentinel Communications News Ventures, Inc.; Shepard's Inc.; Signs of Distinction, Inc.; Southern Connecticut Newspapers, Inc.; Star Community Publishing Group, LLC; Stemweb, Inc.;  Sun-Sentinel Company; The Baltimore Sun Company; The Daily Press, Inc.; The Hartford Courant Company; The Morning Call, Inc.; The Other Company LLC; Times Mirror Land and Timber Company; Times Mirror Payroll Processing Company, Inc.; Times Mirror Services Company, Inc.; TMLH 2, Inc.; TMLS I, Inc.; TMS Entertainment Guides, Inc.; Tower Distribution Company; Towering T Music Publishing Company; Tribune Broadcast Holdings, Inc.; Tribune Broadcasting Company; Tribune Broadcasting Holdco, LLC; Tribune Broadcasting News Network, Inc.; Tribune California Properties, Inc.; Tribune Direct Marketing, Inc.; Tribune Entertainment Company; Tribune Entertainment Production Company; Tribune Finance, LLC; Tribune Finance Service Center, Inc.; Tribune License, Inc.; Tribune Los Angeles, Inc.; Tribune Manhattan Newspaper Holdings, Inc.; Tribune Media Net, Inc.; Tribune Media Services, Inc.; Tribune Network Holdings Company; Tribune New York Newspaper Holdings, LLC; Tribune NM, Inc.; Tribune Publishing Company; Tribune Television Company; Tribune Television Holdings, Inc.; Tribune Television New Orleans, Inc.; Tribune Television Northwest, Inc.; ValuMail, Inc.; Virginia Community Shoppers, LLC; Virginia Gazette Companies, LLC; WATL, LLC; WCWN LLC; WDCW Broadcasting, Inc.; WGN Continental Broadcasting Company; WLVI Inc.; WPIX, Inc.; and WTXX Inc.

2

reimbursement is sought:		May 1, 2010 through May 31, 2010

Amount of compensation
sought as actual
reasonable and necessary:	$100,385.28

Amount of expense reimbursement
sought as actual,
reasonable and necessary:	$11,662.11

This is a(n):   __X__ monthly		_____ interim		_____ final application

Requested Payment Amount:

Fees at 80%		$ 80,308.22

Expenses at 100%	$ 11,662.11

2

## FEE SUMMARY FOR THE PERIOD FROM
## MAY 1, 2010 THROUGH MAY 31, 2010

| Name | Position | Hourly Rate | Total Hours Billed[2] | Total Compensation |
|---|---|---|---|---|
| Dempsey, John | Principal | $725.00 | 23.00 | $16,675.02 |
| Donnell, Julie | Associate | $226.00 | 43.25 | $11,037.40 |
| King, Rene | Principal | $667.00 | 1.50 | $1,000.50 |
| Long, Marcia | Senior Associate | $493.00 | 93.50 | $46,095.52 |
| Malandruccolo, Joseph | Analyst | $255.00 | 16.75 | $4,274.60 |
| Mayer, Julie | Researcher | $72.00 | 8.25 | $593.34 |
| Sandler, Matt | Senior Associate | $464.00 | 10.75 | $4,988.00 |
| Soundararajan, Kanak | Senior Associate | $464.00 | 4.00 | $1,856.00 |
| Stencel, Amanda | Analyst | $226.00 | 49.50 | $12,632.40 |
| Wadgaonkar, Shruti | Associate | $290.00 | 0.50 | $145.00 |
| Wu, Justin | Analyst | $435.00 | 3.75 | $1,087.50 |
| | | **TOTALS** | **254.75** | **$100,385.28** |
| | | | **BLENDED RATE** | **$394.05** |

## EXPENSE SUMMARY FOR THE PERIOD FROM
## MAY 1, 2010 THROUGH MAY 31, 2010

| Expense Category | Amount |
|---|---|
| Meals – Late Work | $14.30 |
| Transportation – Late Work | $31.30 |
| Administrative – General | $263.82 |
| Administrative – Legal | $11,352.69 |
| **TOTAL** | **$11,662.11** |

---

[2] Mercer's detailed time entries, which are attached to this Application, are stated in quarter hour increments, as approved by this Court in the Order approving the retention of Mercer.

3