**May 1, 2010 to May 31, 2010 Time Detail**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Donnell Julie | 5/1/10 | $255.00 | 2.00 | $510.40 | Drafting of 2010 05 02 MIP and Competitiveness Assessment Report - integrating the TMIP/KOB. |
| Donnell Julie | 5/2/10 | $255.00 | 1.50 | $382.80 | Drafting of 2010 05 03 MIP and Competitiveness Report - integrating TMIP/KOB. |
| Long Marcia | 5/2/10 | $493.00 | 2.00 | $986.00 | Review draft of the 2010 Incentive Compensation assessment including new section discussion TMIP/KOB. |
| Dempsey John | 5/3/10 | $725.00 | 1.00 | $725.00 | TMIP and KOB reports. |
| Long Marcia | 5/3/10 | $493.00 | 2.00 | $986.00 | Review revised 2010 Incentive Compensation Assessment. |
| Dempsey John | 5/4/10 | $725.00 | 1.00 | $725.00 | Review and revise TMIP and KOB reports. |
| Donnell Julie | 5/4/10 | $255.00 | 2.00 | $510.40 | Updates to report - making TMIP/KOB and 2010 MIP report into two separate documents. |
| Donnell Julie | 5/4/10 | $255.00 | 1.00 | $255.20 | Updating 2010 05 03 MIP Competitiveness Assessment for review by John Dempsey and Marcia Long. |
| Donnell Julie | 5/4/10 | $255.00 | 0.50 | $127.60 | Meeting with Jonathan Lotsoff from Sidley to discuss updates to language and the 05 03 MIP report. |
| Long Marcia | 5/4/10 | $493.00 | 1.00 | $493.00 | Call with Jonathan Lotsoff to discuss requirements for 2010 MIP and TMIP/KOB Assessment. |
| Long Marcia | 5/4/10 | $493.00 | 4.00 | $1,972.00 | Draft TMIP/KOB Assessment report incorporating plan cost analysis and feedback from outside counsel. |
| Dempsey John | 5/5/10 | $725.00 | 1.00 | $725.00 | Review and revise TMIP and KOB reports. |
| Donnell Julie | 5/5/10 | $255.00 | 4.00 | $1,020.80 | TMIP/KOB and MIP Report Updates based on feedback from client. |
| Long Marcia | 5/5/10 | $493.00 | 1.00 | $493.00 | Conference call with Jonathan Lotsoff to discuss TMIP/KOB assessment. |
| Long Marcia | 5/5/10 | $493.00 | 2.00 | $986.00 | Peer review 05.05. 2010 MIP Assessment Document and provide feedback to analyst. |
| Long Marcia | 5/5/10 | $493.00 | 2.00 | $986.00 | Peer review 05.05 TMIP/KOB Assessment report and summarize feedback for analysts. |
| Long Marcia | 5/5/10 | $493.00 | 2.00 | $986.00 | Revise and finalize 05.05 2010 Mip Assessment and 05.05 TMIP/KOB Assessment documents prepared for Tribune management reports. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long  Marcia | 5/5/10 | $493.00 | 2.00 | $986.00 | Peer review maximum plan cost data to be included in the updated assessment of TMIP/KOB. |
| Stencel  Amanda | 5/5/10 | $255.00 | 5.00 | $1,276.00 | Pulled historical revenues for peer group companies (1.0); updated benchmarking file (2.0);  researched bankruptcy emergence data (2.0). |
| Dempsey  John | 5/6/10 | $725.00 | 1.00 | $725.00 | Development of equity appreciation analysis. |
| Dempsey  John | 5/6/10 | $725.00 | 1.00 | $725.00 | TMIP and KOB reports. |
| Donnell  Julie | 5/6/10 | $255.00 | 0.75 | $191.40 | Peer review of 2010 MIP report and finalization - to send to John Dempsey for review. |
| Donnell  Julie | 5/6/10 | $255.00 | 2.00 | $510.40 | Report and Analysis updates to 2010 MIP / Review of TMIP/KOB and Relative Compensation Assessment. |
| Long  Marcia | 5/6/10 | $493.00 | 1.00 | $493.00 | Peer review updated supplemental plan cost analysis  to be included in the updated TMIP/KOB Assessment prepared for Tribune management. |
| Long  Marcia | 5/6/10 | $493.00 | 2.00 | $986.00 | Peer review revisions to the Updated TMIP/KOB Assessment document. |
| Long  Marcia | 5/6/10 | $493.00 | 2.50 | $1,232.50 | Draft revised 2010 MIP Assessment reflecting changes to market data based on changes to Tribune management structure. |
| Long  Marcia | 5/6/10 | $493.00 | 1.00 | $493.00 | Peer review changes to market compensation analysis  to be incorporated in the 2010 MIP Assessment and Updated TMIP/KOB assessment. |
| Long  Marcia | 5/6/10 | $493.00 | 0.25 | $123.26 | Call with Don Liebentritt to discuss new roles for Ed Wilson and Jerry Kersting. |
| Long  Marcia | 5/6/10 | $493.00 | 0.50 | $246.50 | Meet with analyst to review methodology for additional maximum plan cost analysis. |
| Long  Marcia | 5/6/10 | $493.00 | 0.50 | $246.50 | Meet with Julie Donnell to review and agree upon methodology for peer group equity analysis. |
| Long  Marcia | 5/6/10 | $493.00 | 1.00 | $493.00 | Review CFO proxy information to respond to questions from Chandler Bigelow. |
| Malandruccolo  Joseph | 5/6/10 | $255.00 | 2.75 | $701.80 | Researching revenues for select peers in the year prior to emergence from bankruptcy for use in the total cost of plan exhibit and modify the exhibit. |
| Malandruccolo  Joseph | 5/6/10 | $255.00 | 0.25 | $63.80 | Confirming Woodside LLC's status as a private company based on company research. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Stencel  Amanda | 5/6/10 | $255.00 | 6.50 | $1,658.80 | Researched LTI current values and spread values for peer group companies for Fiscal Years 2009 2008  and 2007 and updated benchmark file based upon same. |
| Dempsey  John | 5/7/10 | $725.00 | 1.00 | $725.00 | Review of treatment of Wilson in the TMIP and KOB report including review of materials and call with Jonathan Lotsoff; and conversation with Marcia Long regarding same. |
| Dempsey  John | 5/7/10 | $725.00 | 1.00 | $725.00 | TMIP and KOB reports DRAFT Dated MAY 7. |
| Donnell  Julie | 5/7/10 | $255.00 | 3.00 | $765.60 | Updates to 2010 MIP and TMIP/KOB Report - to be sent to Sidley and management. |
| Donnell  Julie | 5/7/10 | $255.00 | 1.25 | $319.00 | Peer review of Equity Analysis completed by Amanda Stencel. |
| Long  Marcia | 5/7/10 | $493.00 | 2.00 | $986.00 | Peer review 2009 equity appreciation analysis  to be included in the 2010 MIP Assessment and Updated TMIP/KOB assessment. |
| Long  Marcia | 5/7/10 | $493.00 | 2.00 | $986.00 | Editorial peer review of 2010 MIP Assessment and Updated TMIP/KOB assessment and summarize feedback for analyst. |
| Long  Marcia | 5/7/10 | $493.00 | 1.00 | $493.00 | Technical peer review of Tribune max tdc compared to market median tdc analysis  to be incorporated into the 2010 MIP Assessment. |
| Long  Marcia | 5/7/10 | $493.00 | 2.50 | $1,232.50 | Draft updated version of 2010 MIP Assessment  including max to target analysis and incorporate feedback from client. |
| Malandruccolo  Joseph | 5/7/10 | $255.00 | 0.25 | $63.80 | Preparing source documents in anticipation of their need during the discovery phase of trial for Marcia Long. |
| Soundararajan  Kanak | 5/7/10 | $464.00 | 4.00 | $1,856.00 | Proxy peer review. |
| Stencel  Amanda | 5/7/10 | $255.00 | 5.50 | $1,403.60 | Composed proxy match summary tables and statistics for stock grant current valuations and spreads. |
| Wadgaonkar  Shruti | 5/7/10 | $290.00 | 0.50 | $145.00 | Analysis Peer Review. |
| Donnell  Julie | 5/8/10 | $255.00 | 1.50 | $382.80 | Exhibit creation for LTI analysis - to be integrated into 2010 MIP report for creditors. |
| Long  Marcia | 5/8/10 | $493.00 | 2.00 | $986.00 | Peer review Updated TMIP/KOB report. |
| Dempsey  John | 5/9/10 | $725.00 | 1.00 | $725.00 | Review of editing of two drafts to tTMIP/KOB report dated today. |

| **Employee** | **Date** | **Rate** | **Hours** | **Actual** | **Description** |
|---|---|---|---|---|---|
| Donnell  Julie | 5/9/10 | $255.00 | 1.50 | $382.80 | Updates to 2010 TMIP/KOB Report based on feedback from Sidley - redistributed to the team. |
| Donnell  Julie | 5/9/10 | $255.00 | 2.00 | $510.40 | Additional update to 2010 MIP report based on additional feedback from Sidley and Management - redistributed. |
| Long  Marcia | 5/9/10 | $493.00 | 1.50 | $739.50 | Peer review revised TMIP/KOB report prepared for Tribune management. |
| Dempsey  John | 5/10/10 | $725.00 | 1.00 | $725.00 | Review of version of the report dated today. |
| Donnell  Julie | 5/10/10 | $255.00 | 1.00 | $255.20 | Updates to employee information and database for 2010 MIP Report / 2009 TMIP and KOB Report. |
| Long  Marcia | 5/10/10 | $493.00 | 0.50 | $246.50 | Call with Jonathan Lotsoff to discuss feedback on 2010 MIP and TMIP/KOB materials. |
| Long  Marcia | 5/10/10 | $493.00 | 0.50 | $246.50 | Meet with Julie Donnell to discuss feedback and changes to 2010 MIP and TMIP/KOB materials. |
| Long  Marcia | 5/10/10 | $493.00 | 0.50 | $246.50 | Call with Mike Bourgon to discuss 2010 MIP participant data and confirm changes. |
| Long  Marcia | 5/10/10 | $493.00 | 1.50 | $739.50 | Review new MIP participant pay data provided by Tribune to be incorporated into competitive benchmarking analysis included in the 2010 MIP evaluation and TMIP/KOB materials prepared for Tribune. |
| Long  Marcia | 5/10/10 | $493.00 | 2.00 | $986.00 | Technical peer review of revised equity appreciation analysis including review revised spreadsheet structure and formulas and verify 2009 grants against proxies and summarize feedback for analyst; analysis preparation. |
| Stencel  Amanda | 5/10/10 | $255.00 | 3.50 | $893.20 | Completed valuation exhibits for report integrated new employee data from client into benchmarking analysis. |
| Dempsey  John | 5/11/10 | $725.00 | 1.00 | $725.00 | Benchmarking for earnings. |
| Donnell  Julie | 5/11/10 | $255.00 | 5.00 | $1,276.00 | Updates to 2010 MIP Report and 2009 TMIP/KOB Report finalization. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long  Marcia | 5/11/10 | $493.00 | 2.00 | $986.00 | Peer review of updated benchmarking analysis with updated 2010 MIP participant compensation data to be included in the 2010 MIP assessment and TMIP/KOB materials prepared for Tribune. |
| Long  Marcia | 5/11/10 | $493.00 | 0.50 | $246.50 | Call with John Dempsey to review updates to materials. |
| Long  Marcia | 5/11/10 | $493.00 | 1.50 | $739.50 | Peer review revised TMIP/KOB materials incorporating updated compensation data for plan participants. |
| Long  Marcia | 5/11/10 | $493.00 | 3.50 | $1,725.50 | Update 2010 MIP Assessment report to reflect changes in benchmarking analysis based on updated comp data from Tribune. |
| Long  Marcia | 5/11/10 | $493.00 | 0.50 | $246.50 | Follow up with Mike Bourgon to confirm changes to 2010 MIP participant list. |
| Dempsey  John | 5/12/10 | $725.00 | 1.00 | $725.00 | Review of version of the report dated today. |
| Dempsey  John | 5/12/10 | $725.00 | 0.50 | $362.50 | Seam Compton market analysis. |
| Dempsey  John | 5/12/10 | $725.00 | 1.00 | $725.00 | Review award sizes for KOB and talk with Brian W and (separately) Jonathan Lotsoff regarding same and next steps (0.75); met with Marcia Long regarding same (0.25). |
| Donnell  Julie | 5/12/10 | $255.00 | 3.00 | $765.60 | Drafting of the Current Value of 2009 LTI / Paper Gains analysis report - to be reviewed by Marcia Long. |
| Donnell  Julie | 5/12/10 | $255.00 | 0.50 | $127.60 | Peer review of Sean Compton Benchmarking analysis and exhibit creation - to be sent to the Tribune for review. |
| Long  Marcia | 5/12/10 | $493.00 | 1.00 | $493.00 | Review final TMIP/KOB proposed payout information provided by Tribune to be incorporated into competitive benchmarking analysis included in the TMIP/KOB assessment prepared for Tribune. |
| Long  Marcia | 5/12/10 | $493.00 | 2.00 | $986.00 | Review revised TMIP/KOB Assessment reflecting final proposed payouts for plan participants. |
| Long  Marcia | 5/12/10 | $493.00 | 0.50 | $246.50 | Update TMIP/KOB plan cost analysis to reflect final proposed payouts under plans to be incorporated into the TMIP/KOB assessment prepared for Tribune. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long  Marcia | 5/12/10 | $493.00 | 1.00 | $493.00 | Revisions to TMIP/KOB Assessment based on feedback from client. |
| Long  Marcia | 5/12/10 | $493.00 | 0.50 | $246.50 | Report distribution  draft summary of changes and next steps for Tribune and advisors. |
| Long  Marcia | 5/12/10 | $493.00 | 1.00 | $493.00 | Review and provide feedback on draft of equity appreciation analysis report  drafted by Julie Donnell and requested by Tribune management. |
| Long  Marcia | 5/12/10 | $493.00 | 0.50 | $246.50 | Respond to questions regarding benchmark data for SVP Programming  and changes in market data from 2009. |
| Long  Marcia | 5/12/10 | $493.00 | 0.50 | $246.50 | Review 2009 benchmarking to respond to Chandler Bigelow about changes to individual matches. |
| Stencel  Amanda | 5/12/10 | $255.00 | 2.00 | $510.40 | Composed market pricing exhibits for all executives out of top ten researched lti valuation discrepancies among executives in peer groups and calculated summary statistics for peer group LTI current val. |
| Stencel  Amanda | 5/12/10 | $255.00 | 1.50 | $382.80 | Composed benchmarking summary exhibit for president of programming (broadcasting) position. |
| Dempsey  John | 5/13/10 | $725.00 | 1.50 | $1,087.50 | Calls with Don Liebentritt and Jonathan Lotsoff regarding plans to get approval of TMIP and KOB. |
| Dempsey  John | 5/13/10 | $725.00 | 1.00 | $725.00 | Review of 5/13 version of report. |
| Donnell  Julie | 5/13/10 | $255.00 | 1.00 | $255.20 | Draft of current LTI analysis/paper gains analysis report - to be reviewed by John Dempsey and Marcia Long. |
| Long  Marcia | 5/13/10 | $493.00 | 1.50 | $739.50 | Revise and finalize TMIP/KOB Assessment  based on feedback from client. |
| Long  Marcia | 5/13/10 | $493.00 | 2.00 | $986.00 | Peer review LTI analysis  comparing discounted 3-yr average to 2009 LTI prepared at the request of Nils Larsen. |
| Long  Marcia | 5/13/10 | $493.00 | 0.50 | $246.50 | Meet with Amanda to discuss LTI analysis  comparing discounted 3 year average LTI to 2009 actual LTI. |
| Stencel  Amanda | 5/13/10 | $255.00 | 3.50 | $893.20 | Composed 3year average lti vs. 2009 lti analysis. |
| Wu  Justin | 5/13/10 | $290.00 | 0.50 | $145.00 | Collected enterprise value information for peer group for John Dempesy's report. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey  John | 5/14/10 | $725.00 | 1.00 | $725.00 | Organize benchmarking of EBTDA for bankruptcy peers and enterprise value of industry peers with Marcia Long, Justin Wu and Joe Malandruccolo. |
| Long  Marcia | 5/14/10 | $493.00 | 1.00 | $493.00 | Call with Matt Sandler led by John Dempsey to discuss EBITDA and enterprise value analyses. |
| Long  Marcia | 5/14/10 | $493.00 | 1.00 | $493.00 | Compile background information for Matt Sandler including key reports project team information and fee application guidelines. |
| Long  Marcia | 5/14/10 | $493.00 | 0.50 | $246.50 | Peer review revised LTI methodology analysis and summary comparing 2009 to discounted 3-year average. |
| Malandruccolo  Joseph | 5/14/10 | $255.00 | 0.75 | $191.40 | Project update call with John Dempsey, Marcia Long, Justin Wu and Matt Sandler to discuss incentive plan modeling and the required research. |
| Stencel  Amanda | 5/14/10 | $255.00 | 1.00 | $255.20 | Cleaned LTI 3 year avg. vs. 2009 analysis. |
| Wu  Justin | 5/14/10 | $290.00 | 1.00 | $290.00 | Call with John Dempsey, Marcia Long, Matt Sandler and Joseph Malandruccolo to introduce Matt Sandler to EBITDA analysis. |
| Dempsey  John | 5/15/10 | $725.00 | 0.25 | $181.26 | Address questions re KOB eligibility. |
| Long  Marcia | 5/17/10 | $493.00 | 2.00 | $986.00 | Review and provide feedback on portions of draft disclosure statement related to TMIP/KOB at request of Jonathan Lotsoff. |
| Long  Marcia | 5/17/10 | $493.00 | 0.50 | $246.50 | Respond to questions regarding market data from Chandler Bigelow. |
| Long  Marcia | 5/17/10 | $493.00 | 1.00 | $493.00 | Revise 2010 MIP Evaluation per conversation with Jonathan Lotsoff. |
| Mayer  Julie | 5/17/10 | $72.00 | 8.25 | $593.34 | Bankruptcy research. |
| Stencel  Amanda | 5/17/10 | $255.00 | 1.00 | $255.20 | Updated mip and tmip/kob reports with updated incumbent titles. |
| Donnell  Julie | 5/18/10 | $255.00 | 0.50 | $127.60 | Internal meeting to discuss approach to the 2010 MIP report/5.26 filing. |
| Long  Marcia | 5/18/10 | $493.00 | 0.50 | $246.50 | Review changes to benchmarking file including updates to incumbent titles and additional MIP calculations to be included in 2010 MIP Assessment. |
| Stencel  Amanda | 5/18/10 | $255.00 | 1.50 | $382.80 | Composed market pricing anaylsis compared to Tribune stretch goal figures updated all reports with respective new data from stretch figures. |
| Dempsey  John | 5/19/10 | $725.00 | 0.25 | $181.26 | Review Bifurcation of the MIP. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| King  Rene | 5/19/10 | $667.00 | 0.50 | $333.50 | Review MIP deck. |
| Long  Marcia | 5/19/10 | $493.00 | 1.00 | $493.00 | Peer review updated LTI methodology analysis comparing 3yr average to 2009 LTI. |
| Long  Marcia | 5/19/10 | $493.00 | 1.00 | $493.00 | Summarize and communicate new OCF Goals and discuss and agree on next steps with Amanda Stencel and John Dempsey. |
| Long  Marcia | 5/19/10 | $493.00 | 0.50 | $246.50 | Review summary of proposed MIP goals to be incorporated into 2010 MIP Assessment prepared in support of 5.26 Incentive Plan motion. |
| Long  Marcia | 5/19/10 | $493.00 | 0.25 | $123.26 | Call with Brian Whittman to review Top Mgt ocf goals for MIP. |
| Long  Marcia | 5/19/10 | $493.00 | 2.00 | $986.00 | Update 2010 MIP Summary. |
| Long  Marcia | 5/19/10 | $493.00 | 0.50 | $246.50 | Calculate payouts for plan participants at plan, stretch and max based on revised OCF goals to be included in 2010 MIP Assessment. |
| Malandruccolo  Joseph | 5/19/10 | $255.00 | 6.00 | $1,531.20 | Researching EBITDAR for Tribune bankruptcy peers for inclusion in deliverable regarding incentive plan cost as a percentage of EBITDAR. |
| Stencel  Amanda | 5/19/10 | $255.00 | 6.00 | $1,531.20 | Added with 0's and excluding 0's analysis to 3 year average vs 2009 LTI analysis. |
| Wu  Justin | 5/19/10 | $290.00 | 1.50 | $435.00 | Peer Review of Amanda's analysis based on changes from Tribune for filing for the 26th. |
| Long  Marcia | 5/20/10 | $493.00 | 1.00 | $493.00 | Peer review revised benchmarking analysis updated to reflect differing MIP payouts for Tribune Top Mgt and other participants. |
| Long  Marcia | 5/20/10 | $493.00 | 2.00 | $986.00 | Update 2010 MIP pay for performance analysis and payout curves to be included in the 2010 MIP Assessment report. |
| Long  Marcia | 5/20/10 | $493.00 | 4.00 | $1,972.00 | Revise 2010 MIP Assessment prepared in support of 5.26 incentive plan motion. |
| Sandler  Matt | 5/20/10 | $464.00 | 0.75 | $348.00 | Kick-off call regarding project planning. |
| Dempsey  John | 5/21/10 | $725.00 | 4.00 | $2,900.00 | Review and make edits to revised report. |
| King  Rene | 5/21/10 | $667.00 | 1.00 | $667.00 | Review MIP deck. |
| Long  Marcia | 5/21/10 | $493.00 | 0.50 | $246.50 | Conference call with Jonathan Lotsoff and John Dempsey to discuss incentive plan motions. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long  Marcia | 5/21/10 | $493.00 | 8.00 | $3,944.00 | Revisions to 2010 MIP and TMIP/KOB materials based on further input from client. |
| Long  Marcia | 5/21/10 | $493.00 | 1.00 | $493.00 | Review revised MIP document with Jonathan Lotsoff. |
| Malandruccolo  Joseph | 5/21/10 | $255.00 | 0.50 | $127.60 | Call with Matt Sander regarding update on Tribune EBITDAR research and context behind Tribune TMIP/KOB reports for Wednesday's filing. |
| Malandruccolo  Joseph | 5/21/10 | $255.00 | 0.50 | $127.60 | Update call with John Dempsey, Marcia Long, Matt Sandler and Amanda Stencel to plan work in advance of Wednesday's filing. |
| Sandler  Matt | 5/21/10 | $464.00 | 1.75 | $812.00 | Review MIP document. |
| Stencel  Amanda | 5/21/10 | $255.00 | 5.50 | $1,403.60 | Updated report with title changes new TMIP/KOB and MIP payout percentages/goals. |
| Wu  Justin | 5/21/10 | $290.00 | 0.75 | $217.50 | Peer Review of Amanda's analysis based on changes from Tribune for filing for the 26th. |
| Long  Marcia | 5/22/10 | $493.00 | 1.00 | $493.00 | Revise and recirculate 2010 MIP report  per feedback from client. |
| Long  Marcia | 5/23/10 | $493.00 | 1.50 | $739.50 | Revise 2010 MIP report per additional feedback from client. |
| Sandler  Matt | 5/23/10 | $464.00 | 1.00 | $464.00 | EBITDAR review. |
| Donnell  Julie | 5/24/10 | $255.00 | 2.00 | $510.40 | Finalization of 2010 MIP Deck - Exhibits and Language. |
| Long  Marcia | 5/24/10 | $493.00 | 1.00 | $493.00 | Meet with Julie Donnell to review status of 2010 MIP materials and review changes  next steps  and documents on sharepoint based upon same. |
| Malandruccolo  Joseph | 5/24/10 | $255.00 | 0.50 | $127.60 | Discussion of EBITDAR Peer Review with Sandler - discussed further work and clarifications required for the TMIP/KOB Deliverable. |
| Malandruccolo  Joseph | 5/24/10 | $255.00 | 1.00 | $255.20 | Researching stock-compensation expense  Nortel disclosure  ultimate fate of 3 bankruptcy comparators and updated exhibit based on Sandler's feedback for inclusion in May 26 deliverable. |
| Sandler  Matt | 5/24/10 | $464.00 | 0.50 | $232.00 | TMIP/KOB deck review. |
| Sandler  Matt | 5/24/10 | $464.00 | 0.50 | $232.00 | EBITDAR peer review. |
| Sandler  Matt | 5/24/10 | $464.00 | 0.50 | $232.00 | MIP deck review. |
| Stencel  Amanda | 5/24/10 | $255.00 | 1.50 | $382.80 | Updated report language and tables per client comments. |
| Dempsey  John | 5/25/10 | $725.00 | 1.00 | $725.00 | Review draft motion and call with Jonathan Lotsoff with comments. |

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey  John | 5/25/10 | $725.00 | 0.50 | $362.50 | Meeting with Chandler Bigelow, Don Liebentritt and Brian Whitman re call with creditors and call from Blackstone. |
| Dempsey  John | 5/25/10 | $725.00 | 1.00 | $725.00 | Review materials for meeting with Blackstone. |
| Donnell  Julie | 5/25/10 | $255.00 | 2.00 | $510.40 | Finalization of 2010 MIP deck to be filed with the creditors on May 26. |
| Sandler  Matt | 5/25/10 | $464.00 | 1.50 | $696.00 | MIP deck review. |
| Sandler  Matt | 5/25/10 | $464.00 | 0.25 | $116.00 | EBITDAR peer review. |
| Stencel  Amanda | 5/25/10 | $255.00 | 2.50 | $638.00 | Updated reports per legal and client comments. |
| Donnell  Julie | 5/26/10 | $255.00 | 2.00 | $510.40 | Finalization of 2010 MIP Deck - sent to creditors. |
| Malandruccolo  Joseph | 5/26/10 | $255.00 | 1.00 | $255.20 | Researched Tribune EBITDAR and the non-GAAP approved Total Cash Operating Expenses disclosed in the Tribune. |
| Sandler  Matt | 5/26/10 | $464.00 | 0.25 | $116.00 | EBITDAR peer review. |
| Stencel  Amanda | 5/26/10 | $255.00 | 1.50 | $382.80 | Updated reports with revised analyses. |
| Donnell  Julie | 5/27/10 | $255.00 | 2.50 | $638.00 | Updates to 2009 TMIP / KOB Report - sent to Matt Sandler and John Dempsey for review. |
| Malandruccolo  Joseph | 5/27/10 | $255.00 | 0.25 | $63.80 | Coordination of bankruptcy research database in advance of the Tribune filing to validate Mercer findings. |
| Malandruccolo  Joseph | 5/27/10 | $255.00 | 1.00 | $255.20 | Analysis of Tribune disclosure statement and the non-GAAP approve expense metric TOCE and the Tribune's stock-based compensation expense for inclusion in the TMIP/KOB deliverable. |
| Malandruccolo  Joseph | 5/27/10 | $255.00 | 0.50 | $127.60 | Updating the exhibit per Pro. Mgr. feedback. |
| Sandler  Matt | 5/27/10 | $464.00 | 0.50 | $232.00 | Annual incentive analysis of industry and bankruptcy peers. |
| Sandler  Matt | 5/27/10 | $464.00 | 2.25 | $1,044.00 | TMIP/KOB deck review. |
| Sandler  Matt | 5/27/10 | $464.00 | 0.50 | $232.00 | EBITDAR peer review. |
| Stencel  Amanda | 5/27/10 | $255.00 | 1.50 | $382.80 | Completed lti analysis with and without zero's and alternative revenue analysis. |
| Donnell  Julie | 5/28/10 | $255.00 | 0.75 | $191.40 | Kick off call with Matt Sandler and Mallory regarding annual incentive analysis of industry and bankruptcy peers. |
| Malandruccolo  Joseph | 5/28/10 | $255.00 | 1.50 | $382.80 | Implementation of bankruptcy database validation project in advance of the TMIP/KOB filing. |

| **Employee** | **Date** | **Rate** | **Hours** | **Actual** | **Description** |
|---|---|---|---|---|---|
| Sandler Matt | 5/28/10 | $464.00 | 0.50 | $232.00 | Annual incentive analysis of industry and bankruptcy peers. |
| | | **TOTALS:** | **254.75** | **$100,385.28** | |