**May Expenses**

| Date | Amount | Description |
|---|---|---|
| 6-May-10 | $14.55 | Working late - transportation |
| 19-May-10 | $4.10 | Working late - meals |
| 21-May-10 | $10.20 | Working late - meals |
| 21-May-10 | $16.75 | Working late - transportation |
| 30-May-10 | $200.00 | Bankruptcydata.com researching fee |
| 30-May-10 | $63.82 | Pacer bankruptcy researching fee |
| 31-May-10 | $11,352.69 | Legal Fees |

**Total: $11,662.11**