## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
```

In re:                                                    Chapter 11

TRIBUNE COMPANY et al.,                                   Case No. 08-13141 (KJC)

                                                          (Jointly Administered)

                                    Debtors.              **Hearing Date:  (To be determined)**
```
-------------------------------------------------------x
```
                                                          **Objections Due:  08/04/2010 @ 4:00 p.m.**

### THIRD INTERIM FEE APPLICATION OF ZUCKERMAN SPAEDER LLP FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Applicant:  Zuckerman Spaeder LLP

Authorized to Provide Professional Services to:  The Official Committee of Unsecured Creditors

Date of Retention:  August 6, 2009 (Order entered September 3, 2009)

Period for which compensation and
Reimbursement is sought:  March 1, 2010 through May 31, 2010

Amount of Compensation sought
as actual, reasonable and necessary:  $579,613.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $337,176.57

This is Applicant's Third Interim Fee Application.  28.4 hours of time were expended during the Application Period in preparation of monthly and interim fee applications, and $7,862.00 is the corresponding compensation request.

| Previous Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 1/15/10 | 8/6/09-11/30/09 | $1,262,525.75 | $36,386.06 | $0.00 | $0.00 |
| 4/15/10 | 12/1/09-2/28/10 | $1,000,919.75 | $1,031,725.76 | $0.00 | $0.00 |

ATTACHMENT

| Name of Professional Person | Position of Applicant | Hourly billing rate (incl. Changes) | Total billed hours | Total Compensation |
|---|---|---|---|---|
| Graeme W. Bush | Partner, complex business and bankruptcy litigation; admitted 1976 | $765.00 | 278.90 | $213,358.50 |
| Marshall S. Wolff | Partner, business law, creditor rights and workouts; admitted 1976 | $675.00 | 3.80 | $2,565.00 |
| James Sottile | Partner, complex insurance and mass tort litigation; admitted 1986 | $675.00 | 275.40 | $185,895.00 |
| Thomas G. Macauley (I.D. # 3411) | Partner, chapter 11 and bankruptcy litigation; admitted 1995 | $580.00 | 68.20 | $39,556.00 |
| Andrew N. Goldfarb | Partner, bankruptcy and complex litigation; admitted 1996 | $550.00 | 154.00 | $84,700.00 |
| Lisa J. Stevenson | Partner, civil litigation; admitted 1997 | $525.00 | 4.50 | $2,362.50 |
| Martin G. Deptula | Associate, 6th year, litigation; admitted 2000 | $465.00 | 3.40 | $1,581.00 |
| Semra A. Mesulam | Associate, 5th year, litigation; admitted 2005 | $370.00 | 4.40 | $1,628.00 |
| Jonathan M. Watkins | Associate, 4th year, litigation; admitted 2006 | $370.00 | 8.80 | $3,256.00 |
| Virginia W. Guldi (I. D. # 2792) | Associate, 20th year, chapter 11 and bankruptcy litigation; | $325.00 | 20.00 | $6,500.00 |

2650634.1

1

| | admitted 1989 | | | |
|---|---|---|---|---|
| Steven Herman | Associate, 3rd year | $325.00 | 163.30 | $53,072.50 |
| Kirtan Mehta | Associate, 3rd year | $325.00 | 3.50 | $1,135.50 |
| Scott Hanna | Staff Attorney, 4th year | $300.00 | 163.30 | $48,990.00 |
| John B. Timmer | Associate, 1st year, litigation; admitted 2009 | $295.00 | 10.80 | $3,186.00 |
| Janet M. Braunstein | Paralegal, 20th year | $275.00 | 8.00 | $2,200.00 |
| Lisa Medoro | Paralegal, 4gh year | $195.00 | $240.00 | $46,800 |
| Rey Caling | Litigation analyst, 3rd year | $195.00 | 9.00 | $1,755.00 |
| Kimberley Wilson | Library assistant, 7 years experience | $165.00 | 0.50 | $82.50 |
| Jeanne Trahan Faubell | Library Director/Law Librarian, 3rd year | $165.00 | 0.50 | $82.50 |
| Ashleigh Futchko | Paralegal Assistant, 3 years experience | $160.00 | 1.60 | $256.00 |
| Diana Gillig | Paralegal Assistant, 10 years experience | $160.00 | 24.10 | $3,856.00 |

Grand Totals:  977.60 hours and $555,066.00
Blended Rate:  $567.78 per hour
(excluding Non-Working travel time)

2650634.1

2

## COMPENSATION BY PROJECT CATEGORY

| MATTER | | | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|---|
| 0001 | - | Bank Claims | 942.40 | $ 543,485.00 |
| 0002 | - | Retention/Fee Application | 35.20 | $ 11,581.00 |
| 0003 | - | Non-Working Travel Time (charged ½ time) | 69.80 | $ 24,547.50 |
| | | Totals: | 1,047.40 | $ 579,613.50 |

2650634.1

3

## ITEMIZED EXPENSES

EXPENSES

| | | |
|---|---|---:|
| Litigation Expert | $ | 319,324.09 |
| Court Costs | $ | 25.00 |
| Air/Train Travel | $ | 9,692.64 |
| Hotel | $ | 471.90 |
| Meals / Miscellaneous | $ | 155.72 |
| Taxi Service | $ | 312.50 |
| Courier Services (DC) | $ | 10.50 |
| Courier Service – Parcels / Blue Marble | $ | 20.66 |
| Outsourced Document Serv. – Parcels | $ | 453.35 |
| Outsourced Document Serv. – IKON | $ | 267.20 |
| In-house Copy | $ | 215.60 |
| LEXIS Research | $ | 2,674.97 |
| Westlaw Research | $ | 2,595.26 |
| Docket Research – Pacer | $ | 740.96 |
| Soundpath – Conference Call Service | $ | 47.96 |
| Long Distance Telephone | $ | 60.12 |
| Secretarial Overtime | $ | 30.00 |
| Postage | $ | 78.14 |
| | | ———————— |
| TOTAL EXPENSES | $ | 337,176.57 |

2650634.1

## NARRATIVE

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Zuckerman Spaeder LLP (hereinafter "Zuckerman") hereby moves this Court for an order awarding it reasonable compensation with respect to the above-captioned chapter 11 cases for professional legal services rendered as special counsel to the Official Committee of Unsecured Creditors (the "Committee") in the amount of $579,613.50 together with reimbursement for actual and necessary expenses incurred in the amount of $337,176.57 for the period March 1, 2010, through and including May 31, 2010 (the "Application Period"), and respectfully represents as follows:

1.      Pursuant to an Order entered by this Court on September 3, 2009 (Docket No. 2088) (the "Retention Order"), Zuckerman was employed under a general retainer to serve as special counsel to the Committee in connection with these chapter 11 cases, effective as of August 6, 2009.  The Retention Order authorized Zuckerman to be compensated on an hourly basis and to be reimbursed for the actual and necessary out-of-pocket expenses that it incurred.

2.      During the Application Period, Zuckerman has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case.  There is no agreement or understanding between Zuckerman and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in this case.

3.      This Third Interim Application seeks compensation for fees of $579,613.50 and

2650634.1

5

reimbursement of expenses of $337,176.57 incurred during the Application Period.  In

accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under this title.

**SUMMARY OF SERVICES RENDERED**

4.       During the Application Period, Zuckerman provided services to the Committee

and worked closely with the Committee's general bankruptcy counsel and the Committee's

financial advisors.  The time detail for professional services provided by Zuckerman to the

Committee during the Application Period is divided by matter and set forth on Exhibit A to

Zuckerman's relevant monthly applications (Docket Nos. 3319, 3685 and 4011).  The primary

services provided by matter are described by subject matter below.

5.       Bank Claims.  During the Application Period, Zuckerman initially focused its

attention on the upcoming April 13 hearing and efforts to settle claims and potential causes of

actions relating to the financing of the Debtors' LBO in 2007.  Zuckerman met and corresponded

regularly with the Committee, its general bankruptcy counsel and financial advisors as well as

with other primary parties.  As a result of the month-long efforts of Zuckerman and other

professionals and parties, the Debtors were able to reach a settlement with a number of the

significant players prior to the April 13 hearing.  Zuckerman also provided comments on the

proposed plan and disclosure statement.

2650634.1

6.      Finally, Zuckerman attended and participated at the April 13 hearing.  Zuckerman then participated in the examiner selection process.  Once the examiner was appointed, Zuckerman corresponded regularly with the examiner's counsel and met first with the examiner and then with his financial expert.  Zuckerman also provided the examiner with information and spoke with counsel to assist their review of the claims.  Zuckerman  then drafted and served an opening submission to the examiner that addressed the merits of the claims and possible defenses.

7.      Retention/Fee Applications.  During the Application Period, Zuckerman prepared and filed three monthly fee applications and one interim fee application.  Zuckerman also analyzed issues regarding the fee examiner's comments to Zuckerman's first  interim fee application.

## DISBURSEMENTS

8.      Zuckerman's list of out-of-pocket disbursements during the Application Period contains categories of charges, including, among other things, facsimile charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, parking and expenses for "working meals."  The expense detail is set forth on Exhibit B to Zuckerman's relevant monthly fee applications.

9.      Zuckerman represents that its rate for duplication is $0.10 per page, its effective rate for outgoing facsimile transmissions is $1.00 per page (excluding related long distance

2650634.1

7

transmission charges), there is no charge for incoming facsimile transmissions, and there is no surcharge for computerized research.

10.    In connection with its representation of the Committee, Zuckerman engaged a litigation expert to assist Zuckerman with insolvency and other financial distress issues. Zuckerman requests that the amount of the litigation expert's invoices be allowed to Zuckerman as an expense.

WHEREFORE, Zuckerman requests that the Court enter an order allowing Zuckerman $579,613.50 in fees compensation and $337,176.57 for reimbursement of expenses incurred during the Application Period, and granting Zuckerman such other and further relief as is just.

Dated:  Wilmington, Delaware
        July 15, 2010

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

- and -

Graeme W. Bush
1800 M Street, N.W.
Washington, DC 20036
(202) 778-1800

Special Counsel to the Official Committee
of Unsecured Creditors

2650634.1

8

## **VERIFICATION**

STATE OF DELAWARE     )
                              )    SS:
NEW CASTLE COUNTY    )

Thomas G. Macauley, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Zuckerman Spaeder LLP and have been admitted to the Bar of the Supreme Court of Delaware since 1995.

2.      I have personally performed the legal services rendered by Zuckerman Spaeder LLP as special counsel to the Committee and am thoroughly familiar with all work performed on behalf of the Committee.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Thomas G. Macauley

2650634.1

9