IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          Chapter 11

TRIBUNE COMPANY et al.,                         Case No. 08-13141 (KJC)

                                                (Jointly Administered)

                   Debtors.                     Hearing Date: (To be determined)
------------------------------------------------------------x    Objections Due: 08/04/2010 @ 4:00 p.m.

## NOTICE OF APPLICATION

**To: The Notice Parties Pursuant to the Administrative Order**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP served its Third Interim Application for Interim Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2010 through May 31, 2010 (the "Application"), which seeks fee compensation in the amount of $579,613.50 and reimbursement of expenses in the amount of $337,176.57.

Responses to the Application, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, and served on undersigned counsel so it is received no later than 4:00 p.m. on August 4, 2010.

HEARING on the Application will take place at a time to be determined.

2651054.1

ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated: Wilmington, Delaware
 July 15, 2010

                ZUCKERMAN SPAEDER LLP

                Thomas G. Macauley (ID No. 3411)
                919 Market Street, Suite 990
                P.O. Box 1028
                Wilmington, DE 19899
                (302) 427-0400

                - and -

                Graeme W. Bush
                1800 M Street, N.W.
                Washington, DC 20036
                (202) 778-1800

                Special Counsel to the Official Committee
                of Unsecured Creditors