# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
```

In re:                                          Chapter 11

TRIBUNE COMPANY et al                           Case No. 08-13141 (KJC)

                                                (Jointly Administered)

                       Debtors.                 **Hearing Date:  (To be determined)**
```
-----------------------------------------------------x
```                                             **Objections Due: 08/04/2010 @ 4:00 p.m.**

## <u>NOTICE OF APPLICATION</u>

**To:  All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP, as special counsel to the Official Committee of Unsecured Creditors, filed the *Third Interim Fee Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2010 through May 31, 2010* (D.I. No. 5044), which seeks fee compensation in the amount of $579,613.50 and expenses in the amount of $337,176.57 (the "Application").

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before August 4, 2010 at 4:00 p.m. by undersigned counsel.

Hearing on the Application will take place at a time to be determined.

2651067.1

ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL

RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

Dated:  Wilmington, Delaware
        July 15, 2010

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

- and -

Graeme W. Bush
1800 M Street, N.W.
Washington, DC 20036
(202) 778-1800

Special Counsel to the Official Committee
of Unsecured Creditors

2651067.1