# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[1]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

Objection Deadline: August 4, 2010

## FIFTEENTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NMInc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1

| Name of Applicant: | PricewaterhouseCoopers LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective December 8, 2008 by Order Entered March 3, 2009 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2010 through April 30, 2010[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $126,414.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $428.39 |

This is a:      X  monthly    __ interim

     Total time expended for fee application preparation is approximately 30.90 hours and the corresponding compensation requested is approximately $9,212.00[2]

## SUMMARY OF PREVIOUSLY FILED FEE APPLICATIONS

     This is the Fifteenth Monthly Fee Application filed by PricewaterhouseCoopers LLP.

PwC has previously issued fourteen monthly fee invoices to the Debtors for interim payment

(which are detailed within the fee application and corresponding appendix)

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|---|
| First Quarterly Fee Application – December 2008 through February 2009 | | | $776,078.00 | $15,489.89 | 8/17/2009 [1973] | $774,477.00 | $14,206.11 |
| Second Quarterly Fee Application – March through May 2009 | | | $327,208.00 | $2,480.54 | 8/17/2009 [1974] | Pending | Pending |
| Third Quarterly Fee Application – June through August 2009 | | | $617,876.50 | $3,694.45 | 11/10/2009 [2540] | Pending | Pending |
| Fourth Quarterly Fee Application – September through November 2009 | | | $376,721.50 | $1,701.50 | 2/8/2010 [3340] | Pending | Pending |
| Fifth Quarterly Fee Application – December 2009 through February 2010 | | | $974,638.00 | $29,647.29 | | Pending | Pending |
| Sixth Quarterly Fee Application – March 2010 through May 2010 | | | | | | | |
| | 14 | 06/22/2010 [4856] | 03/01/2010 03/31/2010 | $577,801.00 | $1,847.29 | | Pending | Pending |
| Total | | | $3,650,323.00 | $54,860.96 | | | $15,472.24 |

---

[2] The applicant reserves the right to include any time expended in the period indicated above in future application(s) if it is not included herein.

## SUMMARY BY PROJECT

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 116.10 | $0.00 |
| 2010 Consolidated Audit | 136.50 | $39,000.00 |
| **Subtotal - Fixed Fee Services** | **252.60** | **$39,000.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 3.60 | $1,760.00 |
| Fresh Start | 187.80 | $74,484.00 |
| **Subtotal - Hourly Services** | **191.40** | **$76,244.00** |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 3.80 | $1,958.00 |
| Monthly, Interim and Final Fee Applications | 30.90 | $9,212.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **34.70** | **$11,170.00** |
| **Total Hours and Compensation** | **478.70** | **$126,414.00** |

## SUMMARY OF PROFESSIONALS - FIXED FEE SERVICES
## 2009 CONSOLIDATED AUDIT

| Professional | Professional's Position | Hours |
|---|---|---|
| James M Maurer | Partner | 5.00 |
| William T England | Partner | 4.00 |
| Matthew B Larsen | Senior Manager | 6.00 |
| Justin A Spahn | Manager | 9.30 |
| Pasqualina P Dobkowski | Manager | 0.20 |
| Sumaira Maryum Akhtar | Manager | 3.00 |
| Sheri L Meyers | Senior Associate | 13.00 |
| Abigail E Sullivan | Associate | 7.50 |
| Domonique P Hinton | Associate | 41.70 |
| Melissa Mary Begley | Associate | 18.80 |
| Meredith A Flittner | Associate | 5.50 |
| Lauren Lynn Bojovic | Administrative | 1.00 |
| Maria V Justo | Administrative | 1.00 |
| Melissa Miller | Administrative | 0.10 |
| **Total Hours Incurred during Compensation Period** | | **116.10** |
| Total Hours Incurred prior to April 1, 2010 | | 6,897.70 |
| **Total Hours Incurred through April 30, 2010** | | **7,013.80** |
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | $1,750,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | $0.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | **$1,750,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | 116.10 | **$0.00** |

3

## 2010 CONSOLIDATED AUDIT

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 1.00 |
| Kim Stawski | Director | 1.90 |
| Justin A Spahn | Manager | 47.00 |
| Sheri L Meyers | Senior Associate | 1.50 |
| Domonique P Hinton | Associate | 52.80 |
| Melissa Mary Begley | Associate | 31.80 |
| Mary Jo Nietupski | Administrative | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **136.50** |
| Total Hours Incurred prior to April 1, 2010 | | 0.00 |
| **Total Hours Incurred through April 30, 2010** | | **136.50** |
| **Total Fees - Payments Previously Requested for 2010 Consolidated Audit** | | **$0.00** |
| **Remaining Payments for 2010 Consolidated Audit** | | **$1,400,000.00** |
| **Total Fixed Fee for 2010 Consolidated Audit** | | **$1,400,000.00** |
| **Requested Payment – 2010 Consolidated Audit** | 136.50 | **$39,000.00** |

## SUMMARY BY PROJECT AND PROFESSIONAL

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Ralph Gilman | Partner | $590 | 1.00 | $590.00 |
| Stephen B Danton | Director | $450 | 2.60 | $1,170.00 |
| **Subtotal - Claims Consulting Services** | | | **3.60** | **$1,760.00** |
| **Fresh Start** | | | | |
| L Allen Arnett | Partner | $700 | 2.60 | $1,820.00 |
| Robert C Whitley | Partner | $700 | 8.50 | $5,950.00 |
| Robert D Love | Partner | $650 | 3.00 | $1,950.00 |
| Teresa R Johnson | Partner | $700 | 21.50 | $15,050.00 |
| John Benedetti | Director | $475 | 40.50 | $19,237.50 |
| Justin A Spahn | Manager | $305 | 3.30 | $1,006.50 |
| Mark Stachnik | Senior Associate | $300 | 47.40 | $14,220.00 |
| Jeff T Crawford | Associate | $250 | 61.00 | $15,250.00 |
| **Subtotal - Fresh Start** | | | **187.80** | **$74,484.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 3.20 | $1,760.00 |
| Justin A Spahn | Manager | $330 | 0.60 | $198.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **3.80** | **$1,958.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 2.50 | $1,375.00 |
| Justin A Spahn | Manager | $330 | 1.40 | $462.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 20.00 | $5,800.00 |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 7.00 | $1,575.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **30.90** | **$9,212.00** |
| **Total Hours and Compensation** | | | **226.10** | **$87,414.00** |

4

## EXPENSE SUMMARY

PwC professionals incurred the following expenditures during this Compensation Period.

| Transaction Type | Total Expenditures |
|---|---|
| **2009 Consolidated Audit** | |
| Courier | ($46.00) |
| Meals | $267.44 |
| Public/ground transportation | $100.45 |
| **Subtotal - 2009 Consolidated Audit** | **$321.89** |
| **Fresh Start** | |
| Mileage Allowance | $100.00 |
| Public/ground transportation | $6.50 |
| **Subtotal - Fresh Start** | **$106.50** |
| **Total Expenditures** | **$428.39** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[3]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

**Objection Deadline: August 4, 2010**

## FIFTEENTH MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD APRIL 1, 2010 THROUGH APRIL 30, 2010

PricewaterhouseCoopers LLP ("PwC") hereby submits this Fifteenth Monthly Fee

Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and

Reimbursements of Expenses as Compensation and Tax Advisors and Independent Auditors to

the Debtors and Debtors in Possession for the period April 1, 2010 through April 30, 2010 (the

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

"Monthly Fee Application"), pursuant to sections 327, 328, 329, 330 and 331 of title 11 of the

United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), the Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§

105(a) and 331 (the "Compensation Order"), and the Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses promulgated by the Executive Office of the

United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PwC, as Compensation and Tax Advisors and Independent Auditors for

the Debtors, seeks interim allowance and payment of compensation for tax advising and audit

services performed and expenses incurred during the period commencing April 1, 2010 through

April 30, 2010 (the "Compensation Period"). In support hereof, PwC respectfully represents the

following:

## BACKGROUND

1.  On December 8, 2008 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate

their business and manage their properties as debtors in possession pursuant to sections 1107(a)

and 1108 of the Bankruptcy Code.   No Trustee or examiner has been appointed.

2.  On December 26, 2008, the Debtors filed the Application for an Order

Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and

Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. Sections 327(a)

and 1107, Nunc Pro Tunc to the Petition Date (the "Retention Application").

3.   On March 2, 2009, the Supplemental Declaration of William T. England was filed which provided final engagement letters, pre-petition payment information, as well as additional disclosures.

4.   On March 3, 2009, this Court approved the retention of PwC as compensation and tax advisors and independent auditors to the Debtors by entering the *Order Authorizing Debtors To Retain And Employ PricewaterhouseCoopers LLP As Compensation And Tax Advisors And Independent Auditors To The Debtors Nunc Pro Tunc To The Petition Date* (the "Retention Order").

5.   On April 10, 2009, PwC filed a Second Supplemental Declaration of William T. England which expanded the scope of services for the Compensation Engagement Letter.

6.   On July 2, 2009, PwC filed a Third Supplemental Declaration of William T. England which expanded the scope of services for the Audit Engagement Letter, as well and expansion of the Audit Engagement Letter for the 2009 financial statement audit.

7.   On February 5, 2010, PwC filed a Fourth Supplemental Declaration of William T. England which expanded the scope of services for the 2008 Audit Engagement Letter as well as expanded the scope of services for PwC to prepare the 2008 forms 5500 (Annual Return/Report of Employee Benefit Plan) and to perform an audit of the Employee Stock Ownership Plan.

8.   On April 30, 2010, PwC filed a Fifth Supplemental Declaration of William T. England which modifies the scope of the retention of PwC to include certain advisory services in connection with the application of Fresh Start Accounting services. These services were approved by the Court on May 14, 2010.

9.   On June 22, 2010, PwC filed a Sixth Supplemental Declaration of William T. England which expanded the scope of services for the 2009 engagement letter and disclosed the new 2010 audit services for the Independent Auditor services.

## RELIEF REQUESTED

10. On January 15, 2009, this Court entered the Compensation Order. Pursuant to the procedures set forth in the Compensation Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Compensation Order) may object to such requests. If an objection to a professional's request is not filed and served by the Objection Deadline, the Professional shall file a certificate of no objection with the Court, after which the Debtors shall be authorized to pay each Professional the Actual Interim Payment equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the "Maximum Interim Payment") or (ii) 80% of the fees and 100% of the expenses not subject to an objection.

    a)    PwC has previously issued thirteen monthly fee invoices to the Debtors for interim payment, which have also been incorporated into interim fee application submissions. The details for these monthly fee applications are attached as Appendix A.

    b)    On June 22, 2010, PwC submitted its fourteenth monthly fee statement for services and expenditures incurred from March 1, 2010 through March 31, 2010, requesting $577,801.00, in fees and $1,847.29 in expenditures ("Fourteenth Monthly Fee Application").

11. Furthermore, the Compensation Order provides that professionals are to file and serve upon notice parties an interim request (a "Quarterly Fee Application Request") for interim Court approval and allowance of the monthly fee applications during the interim fee period covered by the Quarterly Fee Application Request:

    a)    On July 23, 2009, PwC submitted its first quarterly fee statement for services and expenditures incurred from December 8, 2008 through February 28, 2009, requesting $776,078.00 in fees and $15,489.89 in expenditures ("First Quarterly Fee Application");

    b)    On July 23, 2009, PwC submitted its second quarterly fee statement for services and expenditures incurred from March 1, 2009 through May 31, 2009, requesting $327,208.00 in fees and $2,480.54 in expenditures ("Second Quarterly Fee Application");

    c)      On October 16, 2009, PwC submitted its third quarterly fee statement for services and expenditures incurred from June 1, 2009 through August 31, 2009, requesting $617,876.50 in fees and $3,694.45 in expenditures ("Third Quarterly Fee Application");

    d)      On January 15, 2010, PwC submitted its fourth quarterly fee statement for services and expenditures incurred from September 1, 2009 through November 30, 2009, requesting $376,721.50 in fees and $1,701.50 in expenditures ("Fourth Quarterly Fee Application"); and

    e)      On April 15, 2010, PwC submitted its fifth quarterly fee statement for services and expenditures incurred from December 1, 2009 through February 28, 2010, requesting $974,638.00 in fees and $29,647.29 in expenditures ("Fifth Quarterly Fee Application").

12. PwC is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in these cases during the Compensation Period. The Statement contains detailed time logs describing the actual and necessary services provided by PwC during the Compensation Period, as well as other detailed information required to be included in fee applications.  The Statement is comprised of several exhibits which are attached hereto as:

- Exhibit A, provides a summary of the hours and fees by project;
- Exhibit B, provides a summary of the fixed fee hours;
- Exhibit B-1, provides a summary of the fixed fee hours and payment information for the 2009 consolidated audit, including hours incurred, the payment associated with fixed fee services, and the hours by audit category;
- Exhibit B-2, provides a summary of the fixed fee hours and payment information for the 2010 consolidated audit, including hours incurred, the payment associated with fixed fee services, and the hours by audit category;
- Exhibit C-1, provides the name and position of each professional, cumulative hours worked, hourly billing rates for the hourly compensation, and the corresponding compensation requested;
- Exhibit C-2, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity;
- Exhibit D-1, provides the expenditures incurred by project by type; and
- Exhibit D-2, provides the details of the expenditures incurred by project and by date.

## DESCRIPTION OF SERVICES RENDERED

13.  PwC professionals categorized their time devoted to this matter on behalf of the

Debtors' estates to various project categories as described below:

| | Hours | Total Compensation |
|---|---|---|
| Fixed Fee Services | 252.60 | $39,000.00 |
| Hourly Services | 191.40 | $76,244.00 |
| Bankruptcy Requirements and Obligations | 34.70 | $11,170.00 |
| **Grand Total Hours and Compensation** | **478.70** | **$126,414.00** |

### Fixed Fee Services - 2009 Consolidated Audit

14.  PricewaterhouseCoopers professionals performed various completion procedures

necessary to finalize the 2009 audit. Additionally, interim review procedures were performed

consisting of analytical procedures, inquiries, and substantive procedures over the 2009 quarterly

financial data.

15.  The Audit Team has allocated their hours to the following categories during the

Compensation Period:

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 20.20 |
| 8700 - Completion | 38.20 |
| 9300 - Bankruptcy emergence and fresh start financial statements | 7.80 |
| 9200 - 2009 Interim Review Procedures | 49.90 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **116.10** |

### Fixed Fee Services - 2010 Consolidated Audit

·16.  PricewaterhouseCoopers professionals performed interim review procedures

consisting of analytical procedures, inquiries, and substantive procedures over the 2010 Q1

financial data.

17.  The Audit Team has allocated their hours to the following categories during the

Compensation Period:

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 34.70 |
| 9200 - Q1 Interim Review Procedures | 101.50 |
| 9300 - Bankruptcy emergence and fresh start financial statements | 0.30 |
| **Total Fixed Fee for 2010 Consolidated Audit** | **136.50** |

18.   The summary exhibits of PwC professionals associated with the 2009 and 2010 Consolidated Audits are annexed hereto as Exhibits B1 – B2, which provides the cumulative breakdown of total hours by professional and audit category for each project.

### Hourly Services

19.   Claims Consulting Services (3.60 hours, $1,760.00) - During the Compensation Period, PwC professionals reviewed the claims status, settlement matters, assessments, and held discussions with the Debtors and Attorneys regarding the refund claim.

20.   Fresh Start (187.8 hours, $74,484.00) - During the Compensation Period, PwC professionals assisted the corporate accounting team with identification and resolution of complex accounting issues associated with the emergence of bankruptcy.

### Bankruptcy Requirements and Obligations

21.   Employment Applications and Other Court Filings (3.80 hours, $1,958.00) - During the Compensation Period, PwC bankruptcy retention and billing professionals supported the audit team in preparing and filing the necessary documents with the Court regarding the Fresh Start services requested by the Debtors.

22.   Monthly, Interim and Final Fee Applications (30.90 hours, $9,212.00) - During the Compensation Period, PwC bankruptcy retention and billing professionals supported the audit and tax teams with the billing requirements for the Court to finalize the combined January through February 2010 monthly fee application, and continue to review and respond to the third interim Fee Auditor Report.

23.   The hourly time records of PwC, annexed hereto as Exhibits C1 through C2,

provide a summary and daily breakdown of the time spent by each PwC timekeeper.

## ALLOWANCE FOR COMPENSATION

24. At this time, PwC is seeking compensation equal to eighty percent (80%) of the $126,414.00 in fees for professional services rendered by PwC during the Compensation Period as compensation and tax advisors and independent auditors to the Debtors in these chapter 11 cases, and one hundred percent (100%) of the $428.39 in expenditures incurred by PwC professionals associated with the services provided to the Debtors, for a total of $101,559.59.

25. PwC charged and now requests those fees that are reasonable and customary in this marketplace for similar Chapter 11 cases. The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the Compensation Period represent customary rates that are routinely billed to PwC's many clients. The compensation requested in this Monthly Fee Application does not exceed the reasonable value of the services rendered.

26. This Monthly Fee Application covers the period from April 1, 2010 through and including April 30, 2010. Although every effort was made to include all fees and expenses from the Compensation Period in this Monthly Fee Application, some fees and/or expenses from the Compensation Period might not be included in this Monthly Fee Application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period. Accordingly, PwC reserves the right to make further applications for allowance of fees and expenses not included herein. This Monthly Fee Application is also made without prejudice to PwC's right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Compensation Order.

27. No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PwC and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PwC share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PwC.

## CERTIFICATE OF COMPLIANCE AND WAIVER

28. To the best of its knowledge, PwC believes that this Monthly Fee Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Compensation Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PwC respectfully requests approval and payment by the Debtors of (a) interim compensation for professional services rendered as compensation and tax advisors and independent auditors for the Debtors in the sum of $101,131.20 representing eighty percent (80%) of $126,414.00 incurred during the Compensation Period, less a twenty percent (20%) holdback in the amount of $25,282.80; (b) reimbursement of actual and necessary expenses incurred in the sum of $428.39; and (c) such other and further relief as is just and proper.

Dated: July 15, 2010
Chicago, Illinois

_William T. England_

William T. England, Partner
PricewaterhouseCoopers LLP
One North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 298-2000
*Compensation and Tax Advisor and Independent*
*Auditors to the Debtors*

14

### APPENDIX A - Monthly Fee Applications
### Previous Submissions in Interim Fee Applications

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] |
|---|---|---|---|---|---|
| **First Quarterly Fee Application - December 2008 through February 2009** | | | | | |
| 1 | 05/12/2009 [1185] | 12/08/2008 01/31/2009 | $459,264.50 | $15,489.89 | 06/03/2009 [1290] |
| 2 | 05/12/2009 [1187] | 02/01/2009 02/28/2009 | $316,813.50 | $0.00 | 06/03/2009 [1291] |
| **Second Quarterly Fee Application - March 2009 through May 2009** | | | | | |
| 3 | 06/17/2009 [1577] | 03/01/2009 03/31/2009 | $64,407.50 | $2,116.58 | 07/10/2009 [1702] |
| 4 | 07/01/2009 [1675] | 04/01/2009 04/31/2009 | $144,183.00 | $53.00 | 07/23/2009 [1811] |
| 5 | 07/01/2009 [1676] | 05/01/2009 05/31/2009 | $118,617.50 | $310.96 | 07/23/2009 [1812] |
| **Third Quarterly Fee Application - June 2009 through August 2009** | | | | | |
| 6 | 08/25/2009 [2021] | 06/01/2009 06/30/2009 | $208,389.00 | $1,391.00 | 9/16/2009 [2134] |
| 7 | 10/01/2009 [2254] | 07/01/2009- 07/31/2009 | $246,882.50 | $1,994.20 | 10/26/2009 [2424] |
| 8 | 10/14/2009 [2345] | 08/01/2009- 08/31/2009 | $162,605.00 | $309.25 | 11/05/2009 [2509] |
| **Fourth Quarterly Fee Application - September 2009 through November 2009** | | | | | |
| 9 | 12/03/2009 [2730] | 09/01/2009 09/30/2009 | $117,626.50 | $1,379.50 | 12/28/2009 [2946] |
| 10 | 12/04/2009 [2745] | 10/01/2009 10/31/2009 | $147,189.50 | $322.00 | 12/30/2009 [2991] |
| 11 | 1/15/2010 [3127] | 11/01/2009 11/30/2009 | $111,905.50 | $0.00 | 2/8/2010 [3339] |
| **Fifth Quarterly Fee Application - December 2009 through February 2010** | | | | | |
| 12 | 02/19/2010 [3506] | 12/01/2009 12/31/2009 | $546,695.00 | $20,661.82 | 03/12/2010 [3720] |
| 13 | 04/15/2010 [4068] | 01/01/2010 02/28/2010 | $427,943.00 | $8,985.47 | 05/10/2010 [4296] |

a)      On May 12, 2009, PwC submitted its first monthly fee statement for services and expenditures incurred from December 8, 2008 through January 31, 2009, requesting $459,264.50 in fees and $15,489.89 in expenditures ("First Monthly Fee Application");

b)      On May 12, 2009, PwC submitted its second monthly fee statement for services and expenditures incurred from February 1, 2009 through February 28, 2009, requesting $316,813.50 in fees and $0.00 in expenditures ("Second Monthly Fee Application");

**APPENDIX A - Monthly Fee Applications**
**Previous Submissions in Interim Fee Applications**

c)      On June 17, 2009, PwC submitted its third monthly fee statement for services and expenditures incurred from March 1, 2009 through March 31, 2009, requesting $64,407.50 in fees and $2,116.58 in expenditures ("Third Monthly Fee Application");

d)      On July 1, 2009, PwC submitted its fourth monthly fee statement for services and expenditures incurred from April 1, 2009 through April 30, 2009, requesting $144,183.00 in fees and $53.00 in expenditures ("Fourth Monthly Fee Application"); and

e)      On July 1, 2009, PwC submitted its fifth monthly fee statement for services and expenditures incurred from May 1, 2009 through May 31, 2009, requesting $118,617.50 in fees and $310.96 in expenditures ("Fifth Monthly Fee Application").

f)      On August 25, 2009, PwC submitted its sixth monthly fee statement for services and expenditures incurred from June 1, 2009 through June 30, 2009, requesting $208,389.00 in fees and $1,391.00 in expenditures ("Sixth Monthly Fee Application").

g)      On October 1, 2009, PwC submitted its seventh monthly fee statement for services and expenditures incurred from July 1, 2009 through July 31, 2009, requesting $246,882.50 in fees and $1,994.20 in expenditures ("Seventh Monthly Fee Application").

h)      On October 14, 2009, PwC submitted its eighth monthly fee statement for services and expenditures incurred from August 1, 2009 through August 31, 2009, requesting $162,605.00 in fees and $309.25 in expenditures ("Eighth Monthly Fee Application").

i)      On December 03, 2009, PwC submitted its ninth monthly fee statement for services and expenditures incurred from September 1, 2009 through September 30, 2009, requesting $117,626.50 in fees and $1,379.50 in expenditures ("Ninth Monthly Fee Application").

**APPENDIX A - Monthly Fee Applications**
**Previous Submissions in Interim Fee Applications**

j)      On December 04, 2009, PwC submitted its tenth monthly fee statement for
        services and expenditures incurred from October 1, 2009 through October
        31, 2009, requesting $147,189.50 in fees and $322.00 in expenditures
        ("Tenth Monthly Fee Application").

k)      On January 15, 2010, PwC submitted its eleventh monthly fee statement
        for services and expenditures incurred from November 1, 2009 through
        November 30, 2009, requesting $111,905.50 in fees and $0.00 in
        expenditures ("Eleventh Monthly Fee Application").

l)      On February 19, 2010, PwC submitted its twelfth monthly fee statement
        for services and expenditures incurred from December 1, 2009 through
        December 31, 2009, requesting $546,695.00 in fees and $20,661.82 in
        expenditures ("Twelfth Monthly Fee Application").

m)      On April 15, 2010, PwC submitted its thirteenth monthly fee statement for
        services and expenditures incurred from January 1, 2009 through February
        28, 2010, requesting $427,943.00, in fees and $8,985.47 in expenditures
        ("Thirteenth Monthly Fee Application").