**TRIBUNE COMPANY, et al (Case 08-13141)**                              **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period April 1, 2010 through April 30, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 116.10 | $0.00 |
| 2010 Consolidated Audit | 136.50 | $39,000.00 |
| **Subtotal - Fixed Fee Services** | **252.60** | **$39,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 3.60 | $1,760.00 |
| Fresh Start | 187.80 | $74,484.00 |
| **Subtotal - Hourly Services** | **191.40** | **$76,244.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 3.80 | $1,958.00 |
| Monthly, Interim and Final Fee Applications | 30.90 | $9,212.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **34.70** | **$11,170.00** |
| | | |
| **Total Hours and Compensation** | **478.70** | **$126,414.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**Summary of Hours - April 1, 2010 through April 30, 2010**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 116.10 | 0.00 |
| 2010 Consolidated Audit | 136.50 | 39,000.00 |
| **Subtotal - Fixed Fee Services** | 252.60 | 39,000.00 |
| **Total Hours and Compensation** | **252.60** | **39,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**April 1, 2010 through April 30, 2010**

| Professional | Professional's Position | Hours |
|---|---|---|
| James M Maurer | Partner | 5.00 |
| William T England | Partner | 4.00 |
| Matthew B Larsen | Senior Manager | 6.00 |
| Justin A Spahn | Manager | 9.30 |
| Pasqualina P Dobkowski | Manager | 0.20 |
| Sumaira Maryum Akhtar | Manager | 3.00 |
| Sheri L Meyers | Senior Associate | 13.00 |
| Abigail E Sullivan | Associate | 7.50 |
| Domonique P Hinton | Associate | 41.70 |
| Melissa Mary Begley | Associate | 18.80 |
| Meredith A Flittner | Associate | 5.50 |
| Lauren Lynn Bojovic | Administrative | 1.00 |
| Maria V Justo | Administrative | 1.00 |
| Melissa Miller | Administrative | 0.10 |
| **Total Hours Incurred during Compensation Period** | | **116.10** |
| Total Hours Incurred prior to April 1, 2010 | | 6,897.70 |
| **Total Hours Incurred through April 30, 2010** | | **7,013.80** |

| | | |
|---|---|---|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | $1,750,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | $0.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | **$1,750,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | **116.10** | **$0.00** |

Total fees equal fees disclosed in the original engagement letter + approved addendum; $1,450,000 + $300,000 = $1,750,000.          Page 1 of 1

Tuesday, July 13, 2010

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**

**Summary of Hours - April 1, 2010 through April 30, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 20.20 |
| 8700 - Completion | 38.20 |
| 9300 - Bankruptcy emergence and fresh start financial statements | 7.80 |
| 9200 - 2009 Interim Review Procedures | 49.90 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **116.10** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                        **Exhibit B-3**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**April 1, 2010 through April 30, 2010**

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 1.00 |
| Kim Stawski | Director | 1.90 |
| Justin A Spahn | Manager | 47.00 |
| Sheri L Meyers | Senior Associate | 1.50 |
| Domonique P Hinton | Associate | 52.80 |
| Melissa Mary Begley | Associate | 31.80 |
| Mary Jo Nietupski | Administrative | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **136.50** |
| Total Hours Incurred prior to April 1, 2010 | | 0.00 |
| **Total Hours Incurred through April 30, 2010** | | **136.50** |

| | | |
|---|---|---|
| **Total Fees - Payments Previously Requested for 2010 Consolidated Audit** | | $0.00 |
| **Remaining Payments for 2010 Consolidated Audit** | | **$1,400,000.00** |
| **Total Fixed Fee for 2010 Consolidated Audit** | | **$1,400,000.00** |
| **Requested Payment - 2010 Consolidated Audit** | **136.50** | **$39,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2010 Consolidated Audit - Summary of Hours by Subcategory**

**Summary of Hours - April 1, 2010 through April 30, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 34.70 |
| 9200 - Q1 Interim Review Procedures | 101.50 |
| 9300 - Bankruptcy emergence and fresh start financial statements | 0.30 |
| **Total Fixed Fee for 2010 Consolidated Audit** | **136.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Ralph Gilman | Partner | $590 | 1.00 | $590.00 |
| Stephen B Danton | Director | $450 | 2.60 | $1,170.00 |
| **Subtotal - Claims Consulting Services** | | | **3.60** | **$1,760.00** |
| **Fresh Start** | | | | |
| L Allen Arnett | Partner | $700 | 2.60 | $1,820.00 |
| Robert C Whitley | Partner | $700 | 8.50 | $5,950.00 |
| Robert D Love | Partner | $650 | 3.00 | $1,950.00 |
| Teresa R Johnson | Partner | $700 | 21.50 | $15,050.00 |
| John Benedetti | Director | $475 | 40.50 | $19,237.50 |
| Justin A Spahn | Manager | $305 | 3.30 | $1,006.50 |
| Mark Stachnik | Senior Associate | $300 | 47.40 | $14,220.00 |
| Jeff T Crawford | Associate | $250 | 61.00 | $15,250.00 |
| **Subtotal - Fresh Start** | | | **187.80** | **$74,484.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 3.20 | $1,760.00 |
| Justin A Spahn | Manager | $330 | 0.60 | $198.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **3.80** | **$1,958.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 2.50 | $1,375.00 |
| Justin A Spahn | Manager | $330 | 1.40 | $462.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 20.00 | $5,800.00 |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 7.00 | $1,575.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **30.90** | **$9,212.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                              **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Total Hours and Compensation** | | | **226.10** | **$87,414.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                          **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|-------------------|
| **Claims Consulting Services** | | | | | | |
| 4/16/2010 | Stephen B Danton | Director | 0410H0001: Review and follow-up on issues related to creditor agreement. | $450.00 | 0.60 | $270.00 |
| 4/21/2010 | Ralph Gilman | Partner | 0410H0002: Follow up regarding settlement. | $590.00 | 1.00 | $590.00 |
| 4/21/2010 | Stephen B Danton | Director | 0410H0003: Conference with Attorney for the City of Chicago related to status hearing. | $450.00 | 1.00 | $450.00 |
| 4/29/2010 | Stephen B Danton | Director | 0410H0004: Preparation for Sales tax meeting in Detroit, MI. | $450.00 | 1.00 | $450.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **3.60** | **$1,760.00** |
| **Fresh Start** | | | | | | |
| 4/13/2010 | Teresa R Johnson | Partner | 0410H0005: Review materials for Property, Plant, & Equipment Workshop. | $700.00 | 1.00 | $700.00 |
| 4/15/2010 | Mark Stachnik | Senior Associate | 0410H0006: Review Tribune financial information files provided by audit team. | $300.00 | 1.00 | $300.00 |
| 4/15/2010 | Mark Stachnik | Senior Associate | 0410H0007: Prepare meeting agenda for 4/16/10 Kickoff Meeting. | $300.00 | 0.90 | $270.00 |
| 4/15/2010 | Mark Stachnik | Senior Associate | 0410H0008: Reviewing the property, plant and equipment workshop presentation. | $300.00 | 0.30 | $90.00 |
| 4/15/2010 | Teresa R Johnson | Partner | 0410H0009: Review of other assets and liabilities balance sheet items to identify potential fresh start issues. | $700.00 | 1.00 | $700.00 |
| 4/16/2010 | John Benedetti | Director | 0410H0010: Meeting with T. Johnson and C. Whitley (Both PwC) to discuss timing of work and N. Chakiris (Tribune) presented balance sheet analysis of significant accounts that may be affected by Fresh Start reporting. | $475.00 | 1.00 | $475.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                    **Exhibit C-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/16/2010 | Robert C Whitley | Partner | 0410H0011: Meeting with T. Johnson and J. Benedetti (Both PwC) to discuss timing of work and N. Chakiris (Tribune) presented balance sheet analysis of significant accounts that may be affected by Fresh Start reporting. | $700.00 | 1.00 | $700.00 |
| 4/16/2010 | Teresa R Johnson | Partner | 0410H0012: Meeting with C. Whitley and J. Benedetti (Both PwC) to discuss timing of work and N. Chakiris (Tribune) presented balance sheet analysis of significant accounts that may be affected by Fresh Start reporting. | $700.00 | 1.00 | $700.00 |
| 4/16/2010 | John Benedetti | Director | 0410H0013: Reviewed preparatory materials for kick-off meeting including 2009 financial statements and meeting power point covering significant issues and timing. | $475.00 | 0.50 | $237.50 |
| 4/16/2010 | Mark Stachnik | Senior Associate | 0410H0014: Review Tribune public filings and E&Y valuation report for understanding of property, plant and equipment owned by Tribune and extent of work performed by E&Y. | $300.00 | 3.20 | $960.00 |
| 4/16/2010 | Mark Stachnik | Senior Associate | 0410H0015: Review logistics for Monday client site arrival and overview of Monday meeting objectives. | $300.00 | 0.40 | $120.00 |
| 4/16/2010 | Robert C Whitley | Partner | 0410H0016: Preparation for Kick-off meeting. | $700.00 | 1.50 | $1,050.00 |
| 4/16/2010 | Teresa R Johnson | Partner | 0410H0017: Review Tribune public filings and Ernst & Young valuation report to gain an understanding of the extent of work performed over property, plant, & equipment owned by Tribune. | $700.00 | 1.00 | $700.00 |
| 4/19/2010 | John Benedetti | Director | 0410H0018: Meeting to discuss componentization under IFRS with M. Stachnik (PwC). | $475.00 | 0.50 | $237.50 |
| 4/19/2010 | Mark Stachnik | Senior Associate | 0410H0019: Meeting to discuss componentization under IFRS with J. Benedetti (PwC). | $300.00 | 0.50 | $150.00 |
| 4/19/2010 | John Benedetti | Director | 0410H0020: Meeting with N. Chakiris (Tribune), B. Litman (Tribune), and M. Stachnik (PwC) to discuss critical high level property, plant and equipment issues and review of property, plant and equipment workshop presentation. | $475.00 | 1.00 | $475.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                               **Exhibit C-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/19/2010 | Mark Stachnik | Senior Associate | 0410H0021: Meeting with N. Chakiris (Tribune), B. Litman (Tribune), and J. Benedetti (PwC) to discuss critical high level property, plant and equipment issues and review of property, plant and equipment workshop presentation. | $300.00 | 1.00 | $300.00 |
| 4/19/2010 | John Benedetti | Director | 0410H0022: Discussion of PeopleSoft Open questions with B. Rupp (PwC). | $475.00 | 0.80 | $380.00 |
| 4/19/2010 | Jeff T Crawford | Associate | 0410H0023: Researching and documenting accounting policies for Tribune and its competitors in the M&E industry. | $250.00 | 3.50 | $875.00 |
| 4/19/2010 | Jeff T Crawford | Associate | 0410H0024: Continue researching and documenting accounting policies for Tribune and its competitors in the M&E industry. | $250.00 | 3.00 | $750.00 |
| 4/19/2010 | John Benedetti | Director | 0410H0025: Review of component guidance in IFRS in context of printing presses specific to broadcast industry. | $475.00 | 1.00 | $475.00 |
| 4/19/2010 | John Benedetti | Director | 0410H0026: Review of the componentization under IFRS and consideration points for Monday afternoon meeting with Tribune management. | $475.00 | 1.80 | $855.00 |
| 4/19/2010 | Mark Stachnik | Senior Associate | 0410H0027: Process edits to property, plant and equipment workshop deck for the meeting and prepare for meeting with N. Chakiris and B. Litman (Both Tribune). | $300.00 | 1.20 | $360.00 |
| 4/19/2010 | Mark Stachnik | Senior Associate | 0410H0028: Analysis of audit team property, plant and equipment documentation to group property, plant and equipment account balances into stratified categories of assets. | $300.00 | 1.70 | $510.00 |
| 4/19/2010 | Mark Stachnik | Senior Associate | 0410H0029: Prepare draft of property, plant and equipment presentation for Tuesday group meeting. | $300.00 | 0.90 | $270.00 |
| 4/20/2010 | John Benedetti | Director | 0410H0030: Property, plant and equipment Workshop discussion and planning with T. Johnson (PwC) and N. Chakiris (Tribune). | $475.00 | 1.50 | $712.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                           **Exhibit C-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/20/2010 | Teresa R Johnson | Partner | 0410H0031: Property, plant and equipment Workshop discussion and planning with J. Benedetti (PwC) and N. Chakiris (Tribune). | $700.00 | 1.50 | $1,050.00 |
| 4/20/2010 | John Benedetti | Director | 0410H0032: Preparation and review of meeting material for property, plant and equipment Workshop with T. Johnson (PwC). | $475.00 | 1.00 | $475.00 |
| 4/20/2010 | Teresa R Johnson | Partner | 0410H0033: Preparation and review of meeting material for Property, Plant, & Equipment Workshop with J. Benedetti (PwC). | $700.00 | 1.00 | $700.00 |
| 4/20/2010 | Jeff T Crawford | Associate | 0410H0034: Met with T. Diaz (Tribune) to discuss the property, plant and equipment eliminating entries. Obtained detailed spreadsheet with explanations of several eliminating entries. | $250.00 | 0.30 | $75.00 |
| 4/20/2010 | Jeff T Crawford | Associate | 0410H0035: Analyzed eliminating entries in the property, plant and equipment 2009 Rollforward schedule to attempt to understand why the entries were recorded. | $250.00 | 2.20 | $550.00 |
| 4/20/2010 | Jeff T Crawford | Associate | 0410H0036: Began documenting in the MAP database the explanations for why the eliminating entries were made. | $250.00 | 0.50 | $125.00 |
| 4/20/2010 | Jeff T Crawford | Associate | 0410H0037: Researching and documenting accounting policies for Tribune and its competitors in the M&E industry. | $250.00 | 2.00 | $500.00 |
| 4/20/2010 | Jeff T Crawford | Associate | 0410H0038: Continue researching and documenting accounting policies for Tribune and its competitors in the M&E industry. | $250.00 | 3.00 | $750.00 |
| 4/20/2010 | John Benedetti | Director | 0410H0039: Review of Plan of Reorganization for potential accounting issues. | $475.00 | 3.00 | $1,425.00 |
| 4/20/2010 | John Benedetti | Director | 0410H0040: Review of Rule 3-09 guidance and considerations relating to TV foods financial statements. | $475.00 | 1.50 | $712.50 |
| 4/20/2010 | Mark Stachnik | Senior Associate | 0410H0041: Develop issues log template. | $300.00 | 0.40 | $120.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                    **Exhibit C-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/20/2010 | Mark Stachnik | Senior Associate | 0410H0042: Process changes to Tuesday's property, plant and equipment presentation materials. | $300.00 | 1.40 | $420.00 |
| 4/20/2010 | Mark Stachnik | Senior Associate | 0410H0043: Process additional changes to Tuesday's property, plant and equipment deck and prepare materials for meeting. | $300.00 | 0.70 | $210.00 |
| 4/20/2010 | Teresa R Johnson | Partner | 0410H0044: Reviewed Rule 3-09 guidance and considerations related to the TV Foods financial statements. | $700.00 | 1.00 | $700.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0045: Review sample contract for broadcast rights. | $250.00 | 0.30 | $75.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0046: Coordinated with audit team to obtain description of historical accounting for broadcast rights. | $250.00 | 0.70 | $175.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0047: Edited accounting policy document to update for recommended changes submitted by colleagues. | $250.00 | 1.30 | $325.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0048: Researched FAS 63 to gain an understanding of broadcast rights. | $250.00 | 1.80 | $450.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0049: Researched FAS 141 (R) to determine treatment of broadcast rights. | $250.00 | 1.30 | $325.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0050: Researched Deloitte Business Combinations guide to find support on broadcast rights. | $250.00 | 0.30 | $75.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0051: Researched KPMG Business Combinations guide to find support on broadcast rights. | $250.00 | 0.50 | $125.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0052: Researched E&Y Business Combinations guide to find support on broadcast rights. | $250.00 | 0.30 | $75.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0053: Researched PwC Business Combinations guide to find support on broadcast rights. | $250.00 | 0.70 | $175.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0054: Reviewed relevant sections of the FAS 63 and FAS 141 (R) findings on broadcast rights. | $250.00 | 0.30 | $75.00 |
| 4/21/2010 | Jeff T Crawford | Associate | 0410H0055: Began research on media companies other than Tribune that went bankrupt in the prior ten years. | $250.00 | 0.50 | $125.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                         **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/21/2010 | John Benedetti | Director | 0410H0056: Review of other assets and liabilities balance sheet item to identify potential Fresh Start issues. | $475.00 | 2.00 | $950.00 |
| 4/21/2010 | John Benedetti | Director | 0410H0057: Preparation of notes and documentation relating to deferred revenue treatment under Fresh Start Reporting. | $475.00 | 1.50 | $712.50 |
| 4/21/2010 | Mark Stachnik | Senior Associate | 0410H0058: Prepare draft of property, plant and equipment deck for Thursday property, plant and equipment workshop. | $300.00 | 2.30 | $690.00 |
| 4/21/2010 | Mark Stachnik | Senior Associate | 0410H0059: Review the latest Plan of Reorganization and supporting documents and other relevant filings. | $300.00 | 1.30 | $390.00 |
| 4/21/2010 | Mark Stachnik | Senior Associate | 0410H0060: Process changes to Thursday's property, plant and equipment presentation. | $300.00 | 0.30 | $90.00 |
| 4/21/2010 | Teresa R Johnson | Partner | 0410H0061: Review of other assets and liabilities balance sheet items to identify potential fresh start issues. | $700.00 | 1.50 | $1,050.00 |
| 4/21/2010 | Teresa R Johnson | Partner | 0410H0062: Preparation of notes and documentation relating to deferred revenue treatment under Fresh Start Reporting. | $700.00 | 0.40 | $280.00 |
| 4/21/2010 | Justin A Spahn | Manager | 0410H0063: Prepare for fixed assets workshop. | $305.00 | 0.20 | $61.00 |
| 4/22/2010 | Jeff T Crawford | Associate | 0410H0064: Review of FAS 63 and its treatment under purchase accounting. | $250.00 | 0.50 | $125.00 |
| 4/22/2010 | L Allen Arnett | Partner | 0410H0065: Attended properties workshop on CTC with Tribune, E&Y, and PwC - PwC attendees included C. Whitley, J. Spahn and T. Johnson. | $700.00 | 2.60 | $1,820.00 |
| 4/22/2010 | Robert C Whitley | Partner | 0410H0066: Attended properties workshop on CTC with Tribune, E&Y, and PwC - PwC attendees included A. Arnett, J. Spahn and T. Johnson. | $700.00 | 2.60 | $1,820.00 |
| 4/22/2010 | Teresa R Johnson | Partner | 0410H0067: Attended properties workshop on CTC with Tribune, E&Y, and PwC - PwC attendees included A. Arnett, J. Spahn and C. Whitley. | $700.00 | 2.60 | $1,820.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                                 **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/22/2010 | Justin A Spahn | Manager | 0410H0068: Attended properties workshop on CTC with Tribune, E&Y, and PwC - PwC attendees included A. Arnett, T. Johnson and C. Whitley. | $305.00 | 2.60 | $793.00 |
| 4/22/2010 | Jeff T Crawford | Associate | 0410H0069: Researched and downloaded 10-K's of 7 different media companies that had declared bankruptcy since 2000. | $250.00 | 2.30 | $575.00 |
| 4/22/2010 | Jeff T Crawford | Associate | 0410H0070: Documented findings from previously-bankrupt-company's 10-K's in an Excel worksheet. | $250.00 | 1.20 | $300.00 |
| 4/22/2010 | Jeff T Crawford | Associate | 0410H0071: Documented issues related to property, plant and equipment eliminating entries in Issues Log. | $250.00 | 0.40 | $100.00 |
| 4/22/2010 | Jeff T Crawford | Associate | 0410H0072: Research of accounting for broadcast rights. | $250.00 | 2.10 | $525.00 |
| 4/22/2010 | Jeff T Crawford | Associate | 0410H0073: Review of the company's plan of reorganization. | $250.00 | 1.50 | $375.00 |
| 4/22/2010 | John Benedetti | Director | 0410H0074: Review of deferred revenue balances and related guidance including spreadsheet provided by N. Chakiris (Tribune). | $475.00 | 3.00 | $1,425.00 |
| 4/22/2010 | John Benedetti | Director | 0410H0075: Continue review of deferred revenue balances and related guidance including spreadsheet provided by N. Chakiris (Tribune). | $475.00 | 2.00 | $950.00 |
| 4/22/2010 | John Benedetti | Director | 0410H0076: Review of documentation in audit file related to broadcast rights balances under FAS 63. | $475.00 | 1.00 | $475.00 |
| 4/22/2010 | Mark Stachnik | Senior Associate | 0410H0077: Research public filings for companies in the Media and Entertainment industry that have emerged from bankruptcy within the last 10 years. | $300.00 | 1.30 | $390.00 |
| 4/22/2010 | Mark Stachnik | Senior Associate | 0410H0078: Research Big 4 guidance on deferred revenue issues in purchase accounting. | $300.00 | 1.00 | $300.00 |
| 4/22/2010 | Mark Stachnik | Senior Associate | 0410H0079: Review audit documentation for deferred revenue and other assets and other liabilities accounts. | $300.00 | 2.00 | $600.00 |
| 4/22/2010 | Mark Stachnik | Senior Associate | 0410H0080: Update status report template and task list. | $300.00 | 0.80 | $240.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**        **Exhibit C-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/22/2010 | Robert C Whitley | Partner | 0410H0081: Preparation for properties meeting. | $700.00 | 0.90 | $630.00 |
| 4/22/2010 | Teresa R Johnson | Partner | 0410H0082: Preparation for properties meeting. | $700.00 | 1.00 | $700.00 |
| 4/22/2010 | Justin A Spahn | Manager | 0410H0083: Review of Broadcast Rights, Deferred Revenue, and Other assets/liabilities. | $305.00 | 0.50 | $152.50 |
| 4/23/2010 | Robert C Whitley | Partner | 0410H0084: Preparation for Status Report with T. Johnson (PwC), N. Chakiris and B. Litman (Both Tribune). | $700.00 | 1.50 | $1,050.00 |
| 4/23/2010 | Teresa R Johnson | Partner | 0410H0085: Preparation for Status Report with C. Whitley (PwC), N. Chakiris and B. Litman (Both Tribune) -- partial attendance at meeting. | $700.00 | 0.50 | $350.00 |
| 4/23/2010 | Jeff T Crawford | Associate | 0410H0086: Meeting with B. Litman and N. Chakiris (Both Tribune), T. Johnson and R. Whitley (both PwC) to provide status update and to discuss strategy going forward. | $250.00 | 1.00 | $250.00 |
| 4/23/2010 | Robert C Whitley | Partner | 0410H0087: Meeting with B. Litman and N. Chakiris (Both Tribune) T. Johnson and J. Crawford (both PwC) to provide status update and to discuss strategy going forward. | $700.00 | 1.00 | $700.00 |
| 4/23/2010 | Teresa R Johnson | Partner | 0410H0088: Meeting with B. Litman and N. Chakiris (Both Tribune) C. Whitley and J. Crawford (both PwC) to provide status update and to discuss strategy going forward. | $700.00 | 1.00 | $700.00 |
| 4/23/2010 | Jeff T Crawford | Associate | 0410H0089: Meeting with J. Wright (Tribune) to review and obtain final details related to property, plant and equipment eliminating entries. | $250.00 | 1.30 | $325.00 |
| 4/23/2010 | Jeff T Crawford | Associate | 0410H0090: Documented results of discussion with J. Wright (Tribune) in the MAP database. | $250.00 | 0.50 | $125.00 |
| 4/23/2010 | Jeff T Crawford | Associate | 0410H0091: Meeting to go over key points of meeting with B. Litman and N. Chakiris (Both Tribune). | $250.00 | 0.30 | $75.00 |
| 4/23/2010 | Mark Stachnik | Senior Associate | 0410H0092: Meeting with L. Hammond (Tribune) to discuss deferred revenue. | $300.00 | 0.50 | $150.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                                    **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/23/2010 | Jeff T Crawford | Associate | 0410H0093: Researched accounting guidance on accounting for equity-method investments. | $250.00 | 3.90 | $975.00 |
| 4/23/2010 | John Benedetti | Director | 0410H0094: Review and research of industry specific material on treatment of Broadcast Rights balances under Fresh Start Reporting. | $475.00 | 3.00 | $1,425.00 |
| 4/23/2010 | Mark Stachnik | Senior Associate | 0410H0095: Review Q4 consolidation materials provided by L. Hammond (Tribune). | $300.00 | 1.20 | $360.00 |
| 4/23/2010 | Mark Stachnik | Senior Associate | 0410H0096: Documentation of deferred revenue considerations in purchase accounting. | $300.00 | 1.20 | $360.00 |
| 4/23/2010 | Mark Stachnik | Senior Associate | 0410H0097: Review and revise the 4/23/2010 meeting minutes. | $300.00 | 0.40 | $120.00 |
| 4/26/2010 | Robert D Love | Partner | 0410H0098: Review of the fixed asset analysis. | $650.00 | 0.50 | $325.00 |
| 4/26/2010 | Jeff T Crawford | Associate | 0410H0099: Write an initial draft of an accounting white-paper related to the broadcast rights. | $250.00 | 3.30 | $825.00 |
| 4/26/2010 | Jeff T Crawford | Associate | 0410H0100: Continue to work on writing an initial draft of an accounting white-paper related to the broadcast rights. | $250.00 | 1.80 | $450.00 |
| 4/26/2010 | Jeff T Crawford | Associate | 0410H0101: Wrote an example problem based on the WWE broadcast rights contract to show the hypothetical accounting situation under FAS 63 and FAS 141 (R). | $250.00 | 2.20 | $550.00 |
| 4/26/2010 | Jeff T Crawford | Associate | 0410H0102: Made changes to the Issues Log based on comments by colleagues. | $250.00 | 0.70 | $175.00 |
| 4/26/2010 | John Benedetti | Director | 0410H0103: Documentation of preliminary view of application of FAS 141(R) to Broadcast Rights balances. | $475.00 | 2.00 | $950.00 |
| 4/26/2010 | Mark Stachnik | Senior Associate | 0410H0104: Reorganize and update the emergence task plan. | $300.00 | 2.50 | $750.00 |
| 4/26/2010 | Mark Stachnik | Senior Associate | 0410H0105: Research and perform analysis of FAS 63 guidance on broadcast rights. | $300.00 | 2.30 | $690.00 |
| 4/26/2010 | Teresa R Johnson | Partner | 0410H0106: Review of application of FAS 141R to Broadcast Rights balances. | $700.00 | 1.50 | $1,050.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                    **Exhibit C-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/27/2010 | John Benedetti | Director | 0410H0107: Discussion of issues related to Property Plant and Equipment with N. Chakiris (Tribune). | $475.00 | 1.00 | $475.00 |
| 4/27/2010 | Robert D Love | Partner | 0410H0108: Review of the fixed asset analysis. | $650.00 | 1.00 | $650.00 |
| 4/27/2010 | Jeff T Crawford | Associate | 0410H0109: Finalized accounting example showing the treatment of WWE broadcast rights contract under FAS 63 and FAS 141 (R). | $250.00 | 3.00 | $750.00 |
| 4/27/2010 | Jeff T Crawford | Associate | 0410H0110: Updated changes to accounting policies document per suggestions from colleagues. | $250.00 | 0.80 | $200.00 |
| 4/27/2010 | Jeff T Crawford | Associate | 0410H0111: Reviewed broadcast rights workpaper to update for changes and to review the work completed by colleagues. | $250.00 | 0.40 | $100.00 |
| 4/27/2010 | Jeff T Crawford | Associate | 0410H0112: Finalized research of accounting for equity-method investments. | $250.00 | 0.80 | $200.00 |
| 4/27/2010 | John Benedetti | Director | 0410H0113: Documentation of view on application of rule 3-09 to significant equity method investees. | $475.00 | 2.00 | $950.00 |
| 4/27/2010 | Mark Stachnik | Senior Associate | 0410H0114: Review draft of analysis on broadcast rights in purchase accounting. | $300.00 | 2.50 | $750.00 |
| 4/27/2010 | Mark Stachnik | Senior Associate | 0410H0115: Review Plan of Reorganization to determine date of conversion to C Corporation status and research related accounting guidance. | $300.00 | 1.60 | $480.00 |
| 4/27/2010 | Mark Stachnik | Senior Associate | 0410H0116: Review and update of the Accounting Policies comparison. | $300.00 | 0.50 | $150.00 |
| 4/27/2010 | Mark Stachnik | Senior Associate | 0410H0117: Research whether deferred tax liability is required for step up in the equity method investments. | $300.00 | 0.80 | $240.00 |
| 4/27/2010 | Mark Stachnik | Senior Associate | 0410H0118: Update formatting of task list incorporating horizontal timeline. | $300.00 | 2.50 | $750.00 |
| 4/27/2010 | Teresa R Johnson | Partner | 0410H0119: Review and preparation for Property, Plant & Equipment meeting. | $700.00 | 1.00 | $700.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                    **Exhibit C-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/27/2010 | Teresa R Johnson | Partner | 0410H0120: Discussion of view on application of rule 3-09 to the significant equity method investment. | $700.00 | 2.00 | $1,400.00 |
| 4/28/2010 | Robert D Love | Partner | 0410H0121: Review of the fixed asset analysis. | $650.00 | 0.50 | $325.00 |
| 4/28/2010 | Jeff T Crawford | Associate | 0410H0122: Began summarizing Tribune's property as of 11/30/08 and 12/28/08 to sort the property balances by location and determine which properties comprise the majority of Tribune's property, plant and equipment balance. | $250.00 | 1.80 | $450.00 |
| 4/28/2010 | Jeff T Crawford | Associate | 0410H0123: Made final changes to broadcast rights accounting example. | $250.00 | 1.20 | $300.00 |
| 4/28/2010 | Mark Stachnik | Senior Associate | 0410H0124: Researching accounting guidance for 3-09 financial statement requirements for equity method investees in a situation where there is predecessor/successor data presented. | $300.00 | 2.60 | $780.00 |
| 4/28/2010 | Teresa R Johnson | Partner | 0410H0125: Research of application of Fresh Start Reporting to Deferred Revenue Balances. | $700.00 | 1.00 | $700.00 |
| 4/29/2010 | John Benedetti | Director | 0410H0126: Discussion with SEC Services on critical SEC reporting issues. | $475.00 | 1.00 | $475.00 |
| 4/29/2010 | Robert D Love | Partner | 0410H0127: Review of the fixed asset analysis. | $650.00 | 1.00 | $650.00 |
| 4/29/2010 | Jeff T Crawford | Associate | 0410H0128: Summarized Tribune's property as of 11/30/08 and 12/28/08 to sort the property balances by location and determine which properties comprised the majority of Tribune's property, plant and equipment balance. | $250.00 | 2.00 | $500.00 |
| 4/29/2010 | Jeff T Crawford | Associate | 0410H0129: Continued summarizing Tribune's property as of 11/30/08 and 12/28/08 to sort the property balances by location and determine which properties comprised the majority of Tribune's property, plant and equipment balance. | $250.00 | 2.60 | $650.00 |
| 4/29/2010 | Jeff T Crawford | Associate | 0410H0130: Analyzed leased properties for scoping purposes. Calculated estimated off market portion of various properties based on an assumed percentage change in rent. | $250.00 | 2.90 | $725.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                                                     **Exhibit C-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|-------------------|
| 4/29/2010 | John Benedetti | Director | 0410H0131: Documentation and review of application of Fresh Start Reporting to deferred revenue balances. | $475.00 | 3.00 | $1,425.00 |
| 4/29/2010 | Mark Stachnik | Senior Associate | 0410H0132: Documentation of 3-09 SEC filing requirements in Form 10 filing. | $300.00 | 2.50 | $750.00 |
| 4/29/2010 | Mark Stachnik | Senior Associate | 0410H0133: Documenting bankruptcy time reporting requirements and modifying templates for distribution to Fresh Start Reporting team. | $300.00 | 1.00 | $300.00 |
| 4/29/2010 | Mark Stachnik | Senior Associate | 0410H0134: Review the analysis of property, plant and equipment by location for scoping purposes. | $300.00 | 0.20 | $60.00 |
| 4/29/2010 | Mark Stachnik | Senior Associate | 0410H0135: Research SEC comment letters received regarding deferred revenue in purchase accounting. | $300.00 | 1.00 | $300.00 |
| 4/29/2010 | Teresa R Johnson | Partner | 0410H0136: Further research of application of Fresh Start Reporting to Deferred Revenue Balances. | $700.00 | 1.00 | $700.00 |
| 4/30/2010 | John Benedetti | Director | 0410H0137: Weekly status update with N. Chakiris (Tribune), B. Litman (Tribune) and T. Johnson (PwC). | $475.00 | 1.00 | $475.00 |
| 4/30/2010 | Teresa R Johnson | Partner | 0410H0138: Weekly status update with N. Chakiris (Tribune), B. Litman (Tribune) and J. Benedetti (PwC) (Partial attendance). | $700.00 | 0.50 | $350.00 |
| 4/30/2010 | John Benedetti | Director | 0410H0139: Preparation of Issue Register for meeting. | $475.00 | 2.00 | $950.00 |
| 4/30/2010 | John Benedetti | Director | 0410H0140: Continue preparation of Issue Register for meeting. | $475.00 | 2.40 | $1,140.00 |
| 4/30/2010 | Mark Stachnik | Senior Associate | 0410H0141: Update the issues log for weekly status update. | $300.00 | 1.50 | $450.00 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **187.80** | **$74,484.00** |

**Employment Applications and Other Court Filings**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|-------------------|
| 4/21/2010 | Justin A Spahn | Manager | 0410H0142: Call with A. Clark Smith (PwC) regarding expanded application. | $330.00 | 0.60 | $198.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                          **Exhibit C-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/21/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0410H0143: Call with J. Spahn (PwC) regarding expanded application. | $550.00 | 0.60 | $330.00 |
| 4/21/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0410H0144: Discussion with Jill Ludwig (Sidley) regarding expansion of services and associated retention documents. | $550.00 | 0.20 | $110.00 |
| 4/27/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0410H0145: Review expanded application for fresh start accounting. | $550.00 | 1.20 | $660.00 |
| 4/28/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0410H0146: Review expanded application for fresh start accounting. | $550.00 | 0.60 | $330.00 |
| 4/29/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0410H0147: Review relationship check for Fresh Start expanded application. | $550.00 | 0.40 | $220.00 |
| 4/29/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0410H0148: Call with Jill Ludwig (Sidley) regarding expanded application and status of filing. | $550.00 | 0.20 | $110.00 |

**Subtotal - Hours and Compensation for Employment Applications and Other Court Filings**                     **3.80**     **$1,958.00**

**Monthly, Interim and Final Fee Applications**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/9/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0149: Review the January through February 2010 expense consolidator. | $290.00 | 0.80 | $232.00 |
| 4/9/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0150: Communications with J. Spahn (PwC) regarding the Monthly and Interim Fee Application. | $290.00 | 0.30 | $87.00 |
| 4/12/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0151: Discussion with Sheri Meyers (PwC) regarding the January through February 2010 Expense consolidator. | $290.00 | 0.60 | $174.00 |
| 4/12/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0152: Review the January through February 2010 Expense consolidator. | $290.00 | 0.80 | $232.00 |
| 4/12/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0153: Continue to review the January through February 2010 Expense consolidator. | $290.00 | 1.40 | $406.00 |
| 4/12/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0154: Review the January through February 2010 time consolidator. | $290.00 | 1.00 | $290.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**　　　　　　　　　　　　　　　　　　　　　**Exhibit C-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/13/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0155: Begin review of the January through February 2010 time consolidator. | $290.00 | 0.80 | $232.00 |
| 4/13/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0156: Continue to review the January through February 2010 time consolidator and prepare the exhibits. | $290.00 | 4.30 | $1,247.00 |
| 4/13/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0157: Continue to review the January through February 2010 time consolidator and prepare the exhibits and Fee Application Narrative. Sent to Justin Spahn (PwC) for review. | $290.00 | 2.60 | $754.00 |
| 4/13/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0158: Revise the January through February 2010 time exhibits and Narrative based upon feedback received from Justin Spahn (PwC). | $290.00 | 1.40 | $406.00 |
| 4/14/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0410H0159: Review January and February 2010 draft exhibits and narrative. | $550.00 | 0.50 | $275.00 |
| 4/14/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0410H0160: Prepare the 5IFA interim fee application. | $550.00 | 0.70 | $385.00 |
| 4/14/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0161: Perform a final review of the January through February 2010 Monthly Fee Application and exhibits. | $290.00 | 1.30 | $377.00 |
| 4/14/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0162: Review and finalize the Fifth Interim Fee Application. | $290.00 | 1.10 | $319.00 |
| 4/14/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0163: Revise the January through February 2010 Monthly Fee Application and Fifth Interim based upon feedback received from Andrea Clark Smith (PwC). | $290.00 | 0.40 | $116.00 |
| 4/15/2010 | Justin A Spahn | Manager | 0410H0164: Call with Shonda Finseth (PwC) to discuss the March Fee Application, expenses, Addendum to engagement letters, and cash collections. | $330.00 | 0.70 | $231.00 |
| 4/15/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0165: Call with Justin Spahn (PwC) to discuss the March Fee Application, expenses, Addendum to engagement letters, and cash collections. | $290.00 | 0.70 | $203.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                  **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/15/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0166: Prepare the electronic Fee Auditor support and send to John Decker (Fee Auditor). | $290.00 | 0.90 | $261.00 |
| 4/20/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0167: Review the March 2010 time consolidator regarding hours and new codes. | $290.00 | 0.90 | $261.00 |
| 4/21/2010 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0410H0168: Call with J. Spahn (PwC) to discuss TS services and the March 2010 WBS codes. | $290.00 | 0.70 | $203.00 |
| 4/21/2010 | Justin A Spahn | Manager | 0410H0169: Call with S. Finseth (PwC) to discuss TS services and the March 2010 WBS codes. | $330.00 | 0.70 | $231.00 |
| 4/28/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0410H0170: Prepare the time tracking template for Fresh Start Team. | $550.00 | 1.30 | $715.00 |
| 5/18/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 0410H0171: Research on reconciliation questions for March 2010. | $225.00 | 1.50 | $337.50 |
| 5/21/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 0410H0172: Perform reconciliation by person for time through March 2010 using new billing reports. | $225.00 | 4.50 | $1,012.50 |
| 5/24/2010 | Fannie Kurniawan | Associate (Bankruptcy) | 0410H0173: Assemble Time Consolidator for April 2010. | $225.00 | 1.00 | $225.00 |

| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **30.90** | **$9,212.00** |
|---|---|---|---|---|---|---|
| **Total Hours and Compensation** | | | | | **226.10** | **$87,414.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period April 1, 2010 through April 30, 2010**

| Transaction Type | Total Expenditures |
|---|---|
| **2009 Consolidated Audit** | |
| Courier | ($46.00) |
| Meals | $267.44 |
| Public/ground transportation | $100.45 |
| **Subtotal - 2009 Consolidated Audit** | **$321.89** |
| **Fresh Start** | |
| Mileage Allowance | $100.00 |
| Public/ground transportation | $6.50 |
| **Subtotal - Fresh Start** | **$106.50** |
| **Total Expenditures** | **$428.39** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.  Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1

Wednesday, July 14, 2010

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                    **Exhibit D-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| **2009 Consolidated Audit** | | | | |
| 1/21/2010 | John A Sandmeier | Meals | 0410E0001: RIVERS EURO BISTRO 8 CHICAGO IL - LUNCH - JOHN SANDMEIER AND MIKE MOUKHEIBER (TRIBUNE). | $30.50 |
| 1/27/2010 | John A Sandmeier | Meals | 0410E0002: RIVERS EURO BISTRO 8 CHICAGO IL - LUNCH - JOHN SANDMEIER AND MIKE MOUKHEIBER (TRIBUNE). | $34.75 |
| 2/2/2010 | John A Sandmeier | Public/ground transportation | 0410E0003: TAXI TO AND FROM TRIBUNE FEB. 2 MEETINGS. - TAXI TO AND FROM TRIBUNE FOR FEB. 2 MEETINGS. | $20.00 |
| 2/22/2010 | John A Sandmeier | Meals | 0410E0004: GRAND LUX CAFE/CHICA CHICAGO IL - LUNCH - JOHN SANDMEIER, KIM STAWSKI AND PAT SHANAHAN (TRIBUNE). | $100.46 |
| 3/1/2010 | John A Sandmeier | Meals | 0410E0005: POTBELLY 006 5429298 CHICAGO IL - LUNCH - JOHN SANDMEIER, PAT SHANAHAN (TRIBUNE). | $31.30 |
| 3/2/2010 | John A Sandmeier | Meals | 0410E0006: BICE - CHICAGO 88190 CHICAGO IL - LUNCH - JOHN SANDMEIER, PAT SHANAHAN (TRIBUNE). | $70.43 |
| 3/11/2010 | Abigail E Sullivan | Courier | 0410E0007: CCI 6158446222 CCI C BRENTWOOD TN - CREDIT FOR UNUSED CONFIRMATION SERVICES. | ($60.00) |
| 3/18/2010 | Matthew B Larsen | Public/ground transportation | 0410E0008: TAXI AFFILIATION SERVICES - TAXI FROM CLIENT TO OFFICE TO MEET WITH J. HENDERSON (PWC). | $6.00 |
| 3/18/2010 | Matthew B Larsen | Public/ground transportation | 0410E0009: SEVEN TAXI ASSOCIATION - TAXI BACK TO CLIENT FROM OFFICE AFTER PREP WITH J. HENDERSON (PWC). | $6.00 |
| 3/18/2010 | Domonique P Hinton | Public/ground transportation | 0410E0010: CHI TAXI MED 1663 09 CHICAGO IL - TAXI FROM OFFICE TO TRIBUNE. | $9.60 |
| 4/8/2010 | Sheri L Meyers | Public/ground transportation | 0410E0011: CHICAGO YELLOW CAB - CAB TO/FROM OFFICE TO TRIBUNE FOR MEETING. | $14.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                  **Exhibit D-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period April 1, 2010 through April 30, 2010**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------:|
| 4/9/2010 | Abigail E Sullivan | Public/ground transportation | 0410E0012: YELLOW CAB, CHICAGO, IL - ROUNDTRIP FROM OFFICE TO TRIBUNE TOWER. | $15.00 |
| 4/12/2010 | Abigail E Sullivan | Public/ground transportation | 0410E0013: YELLOW CAB, CHICAGO, IL - ROUNDTRIP FROM OFFICE TO TRIBUNE TOWER. | $16.00 |
| 4/17/2010 | PricewaterhouseCoopers | Courier | 0410E0014: UNITED PARCEL SERVICE. | $7.00 |
| 4/17/2010 | PricewaterhouseCoopers | Courier | 0410E0015: UNITED PARCEL SERVICE. | $7.00 |
| 4/22/2010 | Matthew B Larsen | Public/ground transportation | 0410E0016: TAXI AFFILIATION SERVICES - TAXI FROM OFFICE TO CLIENT FOR MEETING. | $6.00 |
| 4/30/2010 | Kristofer L Neyens | Public/ground transportation | 0410E0017: CHCAGO TAXI COMPANY - TAXI FROM TRIBUNE TO OFFICE. | $7.85 |
| **Subtotal - 2009 Consolidated Audit** | | | | **$321.89** |
| **Fresh Start** | | | | |
| 4/29/2010 | Robert D Love | Public/ground transportation | 0410E0018: ILLINOIS TOLLWAY - TOLLS TO CLIENT LOCATION. | $3.25 |
| 4/29/2010 | Robert D Love | Mileage Allowance | 0410E0019: TRAVEL FROM MILWAUKEE, WI TO CHICAGO, IL. | $50.00 |
| 4/30/2010 | Robert D Love | Public/ground transportation | 0410E0020: ILLINOIS TOLLWAY - TOLLS FROM CLIENT LOCATION. | $3.25 |
| 4/30/2010 | Robert D Love | Mileage Allowance | 0410E0021: TRAVEL FROM CHICAGO, IL TO MILWAUKEE, WI. | $50.00 |
| **Subtotal - Fresh Start** | | | | **$106.50** |
| **Total Expenditures** | | | | **$428.39** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Wednesday, July 14, 2010