IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, et al.,[1] | : Case No. 08-13141 (KJC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the Bridge Agent's Notice of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

WM1A 958818v1 07/16/10

Expert Disclosures was served *via* electronic mail on July 15, 2010 upon the parties listed on the service list attached hereto as <u>Exhibit A</u>.

Dated: July 16, 2010
       Wilmington, Delaware

FOX ROTHSCHILD LLP

/s/ Eric M. Sutty

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
Telephone: (302) 654-7444

- and -

David G. Hille (admitted *pro hac vice*)
Scott Greissman (admitted *pro hac vice*)
Andrew W. Hammond (admitted *pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

- and -

Thomas E Lauria (admitted *pro hac vice*)
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700

Attorneys for Wells Fargo Bank, N.A.
as Administrative Agent under the
Bridge Credit Agreement

# EXHIBIT A
## TRIBUNE COMPANY (CASE NO. 08-13141)
### ELECTRONIC MAIL SERVICE LIST

Office Of The United States Trustee
For The District Of Delaware
Joseph Mcmahon, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19899-0035

Email: joseph.mcmahon@usdoj.gov


Sidley Austin LLP
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Jonathan D. Lotsoff, Esq.
One South Dearborn Street
Chicago, IL 60603

Email: jconlan@sidley.com;
bkrakauer@sidley.com; jlotsoff@sidley.com


Potter Anderson & Corroon LLP
Laurie Selber Silverstein, Esq.
R. Stephen McNeill, Esq.
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

Email: lsilverstein@potteranderson.com;
rmcneill@potteranderson.com


Paul, Weiss, Rifkind, Wharton & Garrison LLP
Charles E. Davidow, Esq.
2001 K Street, NW
Washington, DC 20006-1047

Email: cdavidow@paulweiss.com


Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, De 19801

Email: npernick@coleschotz.com;
kstickles@coleschotz.com


Chadbourne & Parke, LLP
Douglas E. Deutsch, Esq.
Howard Seife, Esq.
David M. Lemay, Esq.
30 Rockefeller Plaza
New York, NY 10112

Email: hseife@chadbourne.com;
dlemay@chadbourne.com;
ddeutsch@chadbourne.com


Kaye Scholer LLP
Madlyn Primoff, Esq.
Jane Parver, Esq
425 Park Avenue
New York, NY 10022-3598

Email: mprimoff@kayescholer.com


Paul, Weiss, Rifkind, Wharton & Garrison LLP
David W. Brown, Esq.
1285 Avenue of the Americas
New York, New York 10019-6064

Email: dbrown@paulweiss.com

EXHIBIT A
TRIBUNE COMPANY (CASE NO. 08-13141)
ELECTRONIC MAIL SERVICE LIST

Hennigan, Bennett & Dorman LLP
Bruce Bennett, Esq.
James O. Johnston, Esq.
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Email: bennettb@hbdlawyers.com;
johnstonj@hbdlawyers.com

Kasowitz, Benson, Torres & Friedman LLP
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
1633 Broadway
New York, New York 10019

Email: drosner@kasowitz.com;
aglenn@kasowitz.com

Zuckerman Spaeder LLP
Thomas G. Macauley, Esq.
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19801

Email: tmacauley@zuckerman.com

Benesch, Friedlander, Coplan & Aronoff LLP
Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esq.
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801-1611

Email: rlemisch@beneschlaw.com;
jhoover@Beneschlaw.com

Davis Polk & Wardwell LLP
Donald S. Bernstein, Esq.
Damian S. Schaible, Esq.
Dennis E. Glazer, Esq.
450 Lexington Avenue
New York, New York 10017

Email: donald.bernstein@davispolk.com;
damian.schaible@davispolk.com;
dennis.glazer@davispolk.com

Akin Gump Strauss Hauer Feld LLP
Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
One Bryant Park
New York, NY 10036

Email: dgolden@akingump.com;
pdublin@akingump.com

Zuckerman Spaeder LLP
Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew Goldfarb, Esq.
1800 M Street, NW, Suite 1000
Washington, DC 20036

Email: gbush@zuckerman.com;
jsottile@zuckerman.com;
agoldfarb@zuckerman.com

Brown Rudnick
Robert Stark, Esq.
Martin S. Siegel, Esq.
Seven Times Square
New York, NY 10036

Email: rstark@brownrudnick.com;
msiegel@brownrudnick.com

EXHIBIT A
TRIBUNE COMPANY (CASE NO. 08-13141)
ELECTRONIC MAIL SERVICE LIST

Landis, Rath & Cobb, LLP
Adam G. Landis, Esq.
919 Market Street
Suite 1800
Wilmington, DE 19801

Email: landis@lrclaw.com

O'Melveny & Myers LLP
Daniel L. Cantor, Esq.
Times Square Tower
7 Times Square
New York, NY 10036

Email: dcantor@omm.com

Bifferato Gentilotti
Garvan F. McDaniel, Esq.
800 North King Street, Plaza Level
Wilmington, DE 19801

Email: gmcdaniel@bglawde.com

Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esq.
Mark M. Billion, Esq.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Email: ljones@pszjlaw.com;
mbillion@pszjlaw.com

Richards, Layton & Finger, PA
Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
920 North King Street
Wilmington, DE 19801

Email: mfcollins@rlf.com;
stearn@rlf.com

Teitelbaum & Baskin, LLP
Jay Teitelbaum, Esq.
3 Barker Avenue, Third Floor
White Plains, NY 10601

Email: jteitelbaum@tblawllp.com

Young Conaway Stargatt & Taylor, LLP
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
The Bradywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391

Email: rbrady@ycst.com;
mbcleary@ycst.com

Gibson, Dunn & Crutcher LLP
Joel A. Feuer, Esq.
2029 Century Park East
Los Angeles, CA 90067-3026

Email: jfeuer@gibsondunn.com

EXHIBIT A
TRIBUNE COMPANY (CASE NO. 08-13141)
ELECTRONIC MAIL SERVICE LIST

Wilmer Cutler Pickering Hale and Dorr LLP
Andrew Goldman, Esq.
390 Park Avenue
New York, New York 10022

Email: andrew.goldman@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP
Lisa Jack, Esq.
60 State Street
Boston, Massachusetts 02109

Email: lisa.jack@wilmerhale.com

Klee, Tuchin, Bogdanoff & Stern LLP
Kenneth N. Klee, Esq.
Martin R. Barash, Esq.
Lee R. Bogdanoff, Esq.
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA  90067-5061

Email: kklee@ktbslaw.com;
mbarash@ktbslaw.com;
lbogdanoff@ktbslaw.com

Jenner & Block LLP
David J. Bradford, Eq.
353 N. Clark Street
Chicago, IL 60654-3456

Email: dbradford@jenner.com

Saul Ewing, LLP
Mark Minuti, Esq.
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

Email: mminuti@saul.com