## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| Sun-Sentinel Company | ) | Case No. 08-13208 |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
| _____ | ) | **Claim No.: 2434** |
|  |  | **Date Claim Filed: 5/5/2009** |
|  |  | **Claim Amount: $87,097.43** |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO:**   **TRANSFEROR:**   **GP Plastics Corporation**
P.O. Box 201831
Dallas, TX 75320-1831

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 2434 against Sun-Sentinel Company in the amount of $87,097.43 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:**   **Fayett Group LLC**
(where notices and   c/o Troob Capital Management LLC
payments to transferee   Attn: Shane Wolford
should be sent)   777 Westchester Avenue, Suite 203
White Plains, NY 10604
Tel: 914-694-5777
Fax: 914-694-5775
wolford@troobcapital.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

GP Plastics Corporation, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Fayett Group, LLC, having an address at 777 Westchester Ave., Suite 203, White Plains, NY 10604, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $87,097.43 and the relevant portion of any proofs of claim (No. 2434) against Sun-Sentinel Company Case No. 08-13208 (the "Debtor") in the United States Bankruptcy Court for the District of Delaware, jointly administered under Tribune Company, et al. Case No. 08-13141.

Assignor hereby unconditionally and explicitly waives (a) its right to raise any objection to the transfer hereto, and (b) any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules. Assignor further stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this 15th day of July, 2010.

ASSIGNOR:

_____
(Signature)

Mike Skinner
(Print Name)

GP Plastics Corporation
(Company Name)

CFO-Sec/Treas
(Title)

ASSIGNEE:

_____
(Signature)

Peter Troob
(Print Name)

Fayett Group LLC
(Company Name)

Managing Member
(Title)