IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. 227 |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

COMMONWEALTH OF VIRGINIA    )
                            :  ss.:
CITY OF NORFOLK             )

Hunter W. Sims, Jr., being duly sworn, deposes and says:

1. I am a partner/officer/director of the law firm of Kaufman and Canoles, P.C. (the "Firm"), which maintains offices at 150 West Main Street, Suite 2100, Norfolk, Virginia 23510.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these Chapter 11 cases.

3. The Firm has represented and advised the Debtors as attorneys with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these Chapter 11 cases.

4. The Firm's current customary hourly attorney rates, subject to change from time-to-time, are as follows:

    a. Hunter W. Sims, Jr.: $450.00;

    b. Stephen E. Noona: $425.00;

    c. R. Johan Conrod, Jr.: $300.00; and

    d. W. Hunter Old: $275.00.

In the normal course of its business, the Firm revises its billing rates effective on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Company's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the

Firm has with such entities. The Firm's search of the database identified the following connections:

Debtors for which Kaufman and Canoles represents the debtor, its affiliates or officers in a matter:

| Debtor and/or Officers | Matter Name |
|---|---|
| Daily Press, Inc. | ads. James A. Carter |
| | Commonwealth of Virginia v. David Harrell Witness of Reporter Ashley Kelly |
| | ads. MICG Investment Management, et al. |
| | ads. Michael W. McPherson v. Herbert W. DeGroft |
| | General Matters |
| Virginia Gazette Companies, LLC | Fords Colony |
| | Williamsburg Yorktown Daily, Davis Media LLC and Thomas Davis |
| | Subpoenas issued to the Virginia Gazette and Daily Press |
| | Collection Matters |
| Tribune Company | General Matters |

Debtors' current and former directors and officers for which Kaufman and Canoles represents the officer or director in a matter unrelated to Tribune Companies:

    Digby A. Solomon

Kaufman and Canoles has listed above every item that we know is an actual item to be listed. The list received from the Court includes names which we are not able to fully resolve because of the absence of complete identifying information such as home address, full name, etc. We will complete our investigation when such information is provided for the following names:

    Kim Johnson
    Timothy Ryan

Thirty Largest Unsecured Creditors (consolidated) for which Kaufman and Canoles represents the creditor in a matter unrelated to Tribune Companies:

    Merrill Lynch Capital Corporation
    J.P. Morgan Chase Bank, N.A.
    NBC Universal Domestic Television – we have NBC Universal Inc.

Debtors' Prepetition Lenders for which Kaufman and Canoles represents the lender in a matter unrelated to Tribune Companies:

    Bank of America, N.A.
    Merrill Lynch Capital Corporation – we have Merrill Lynch
    ABN AMRO Holding NV – we have ABN AMRO Mortgage
    Citigroup Financial Products Inc. – we have Citigroup Smith Barney
    Credit Suisse Asset management – we have Credit Suisse
    Credit Suisse Group AG – we have Credit Suisse
    EBF & Associates LP – we have EBF Company
    JP Morgan Chase Bank, N.C.
    Lehman Brothers Commercial Bank
    Morgan Stanley
    Morgan Stanley Investment Management
    National City Corporation
    Prudential Investment Management Inc. – we have Prudential Financial Inc.
    Wachovia Bank National Association
    Wells Fargo Foothill Inc. – We have Wells Fargo and Wells Fargo Mortgage

Counterparties to Hedging Agreements for which Kaufman and Canoles represents the counterparty in a matter unrelated to Tribune Companies:

    Barclays Capital

Agents Under Credit Agreements for which Kaufman and Canoles represents the entity in a matter unrelated to Tribune Companies:

    Banc of America Securities LLC
    Bank of America, N.A.
    Citigroup Global Markets, Inc.
    JPMorgan Chase Bank, N.A.
    Merrill Lynch Capital Corporation
    Merrill, Lynch, Pierce, Fenner & Smith, Inc.

Indenture Trustee for which Kaufman and Canoles represents the Indenture Trustee in a matter unrelated to Tribune Companies:

    Deutsche Bank National Trust Company

Former Indenture Trustee for which Kaufman and Canoles represents the Former Indenture Trustee in a matter unrelated to Tribune Companies:

    Bank of NewYork
    Citibank, N.A.
    Wells Fargo Bank, N.A.

Official Committee of Unsecured Creditors for which Kaufman & Canoles represents the Official Committee of Unsecured Creditors in a matter unrelated to Tribune Companies:

>   J.P. Morgan Chase Bank, N.A.
>   Merrill Lynch Capital Corporation
>   Deutsche Bank Trust Company Americas

Professionals Retained By The Debtors Outside The Ordinary Course Of Business for which Kaufman and Canoles represents such professionals in a matter unrelated to Tribune Companies:

>   Alverez & Marsal North America LLC
>   Edelman – (we have several persons/entities having this name or having this name as a part of another name and need additional information in order to respond)

Insurance Carriers for which Kaufman and Canoles represents such insurance carriers in a matter unrelated to Tribune Companies:

>   Chubb Atlantic Indemnity Ltd.
>   Executive Risk Indemnity Inc. (Chubb)
>   Federal Insurance Company (Chubb)
>   The Hartford Insurance Group
>   Zurich American Insurance Company

Debtor's Major Customers for which Kaufman and Canoles represents the Debtor's Major Customers in a matter unrelated to Tribune Companies:

>   American Express Co.
>   Bank of America, N.A.
>   Citigroup
>   Countrywide Financial we have  Countrywide Home Loans, Inc.
>   CP Chrysler Factory – we have Chrysler Financial Services Americas LLC
>   CP Dodge Dealer Association – we have Grafton Dodge Inc., Oyster Point Dodge,
>   Dunkin Donuts
>   Ford Dealer Associations – we have Ford Motor Company,
>   Glaxo Smith Kline Beecham Welcome – we have GLAXOSMITHKLINE PLC
>   Honda Dealer Associations – we have American Honda Motor Co., Inc.
>   Hyundai Dealer Associations – Hall Hyundai; Mile One Automotive
>   McDonalds
>   Nissan Dealer Associations – Hall Auto World; BBB Auto Line
>   Pepsi Cola Various – we have Pepsi Bottling Group, Inc.
>   Progressive Insurance
>   Toyota Dealer Associations – we have Priority Toyota, a local automobile dealership located in Chesapeake, Virginia
>   Wachovia Bank
>   Washington Mutual Bank

Parties To Significant Litigation With The Debtors for which Kaufman and Canoles represents the party, its affiliates or officers in a matter unrelated to Tribune Companies.

    Realty Executives
    U.S. Bank National Association

Kaufman and Canoles has listed above every item that we know is an actual item to be listed. The list received from the Court includes names which we are not able to fully resolve because of the absence of complete identifying information such as home address, full name, etc. We will complete our investigation when such information is provided for the following names:

    James Allen
    R. L. Wilson

Debtors' Significant Landlords for which Kaufman and Canoles represents the party, its affiliates or officers in a matter unrelated to Tribune Companies.

    Wells Fargo Bank, N.A.

6. Neither I nor any principal, partner, director, officer of or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I nor any principal, partner, director, officer of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. The Debtors do not owe the Firm any funds for pre-petition services. The Firm is waiving any and all claims that it has against the Debtors, including the amount referenced in the prior sentence.

10. The Firm does not currently hold a retainer from the Debtors.

11. As of the Petition Date, the Firm was not party to a services agreement with the Debtors. However, the Firm has performed legal services for The Daily Press, Inc. and for Virginia Gazette Companies, LLC from time-to-time when retained by oral request on numerous legal matters over the years since Tribune Company acquired The Daily Press, Inc.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2010

_____
Affiant

Sworn to and subscribed before me
this 16th day of July 2010

*Leslie A. Thibeault*
Notary Public
My Commission Expires 12/31/11



1640737