IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

      Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Credit Agreement Lenders in the above-referenced cases, and on July 12, 2010, she caused a copy of the following to be served as indicated, upon the parties identified on the attached list:

**Credit Agreement Lenders' Objection to the Debtors' Cross-Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [D.I. 4992]**

_____
Michelle Smith

SWORN TO AND SUBSCRIBED before me this 14 day of July, 2010.

_____
Notary Public

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 21, 2012

## TRIBUNE COMPANY
### July 12, 2010

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801
*Hand Delivery*

Bryan Krakauer, Esq.
Janet E. Henderson, Esq.
Kevin T. Lantry, Esq.
Kerriann S. Mills, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
*First Class Mail*