# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**IN RE:**                                    **Chapter 11**

**TRIBUNE COMPANY, et al.,**          **Case No. 08-13141 (KJC)**

                    **Debtors**          **Jointly Administered**

---

## Kevin Millen Response to Debtor's Ludicrous and Venal Way of trying to
## Destroy Mr. Kevin "Successful" Millen life, I Object to the Tribune Company Administrative & Whole Plan...

With the paperwork that was submitted by me, Kevin Millen, is very pertinent in making a just decision on the case. I will show that the Hartford Courant has heinously destroyed my integrity and will most definitely be considered a vital part of the conspiracy to attempt to murder me, Kevin Millen. The reason I am incorporating this is because numerous papers have violated the law and the constitution of the United States of America. The first amendment of the constitution states, *"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."* Now with this amendment, I will show that my freedom of the press was violated. The reason my freedom of press was violated was because the press all over the world have put false information in the paper. If you refer to the debtor's objection you will see Government of the District of Columbia, Department of Corrections Sheet. The debtor has shown numerous other cases as well, but the Judge knows about the FBI

1

statutes and what they investigate and those bogus courts will soon go under Federal Investigation. The statute this case falls under is 4. Public Corruption, Government Fraud, 5. Civil Rights, Hate Crimes, Color of Law. Referring back to the Correction sheet it has a crime line and states, "*threats/unlawful entry.*" This would be under the debtor exhibit to try to stop the claim. This is relevant proof to show that article which was written by the Hartford Courant is bogus and not nice. The Hartford Courant States, "*Former Hoya Charged With Stalking Thompson.*" This is an unjustified and not a credible article, because no where do I have a stalking charge on the crime section. This would be the first of many reasons why the court should not allow the Hartford Courant to win and must side with Kevin Millen because this could be considered a conspiracy to attempt to murder me, Kevin Millen.

The previous Court has abused the process of law and this court does not have to do what the other courts have done. Abuse of process is "*the use of legal process by illegal, malicious, or perverted means. Examples include serving (officially giving) a complaint to someone when it has not actually been filed, just to intimidate an enemy, filing a false declaration of service (filing a paper untruthfully stating a lie that someone has officially given a notice to another person, filing a lawsuit which has no basis at law, but is intended to get information, force payment through fear of legal entanglement or gain an unfair or illegal advantage.*" This is what the court has done to me, but they want me to seem like I have abused the process. All I have done was take the law to use it for the betterment of myself. This is hampering me from becoming gainfully employed in the United States of America. First, the defendant states that I fail to make a claim for which relief can be granted. Now Your Honor failure to make a claim states, "A motion to dismiss a claim under Federal Rules of Civil Procedure

12(b) is a motion to dismiss a lawsuit based on lack of subject matter jurisdiction, lack of jurisdiction over the person, improper venue, insufficient process, insufficient service of process, failure to state a claim upon which relief can be granted or failure to join parties." I do not meet any of these criteria. This is the argument used many times Your Honor. The debtor is obviously venal because didn't the court first say I filed to many claims forms. Also, doesn't the attachment show reasoning and the first brief show reason for a valid claim. What is substantially true? The word substantially is an adverb. It cannot describe true. So Your Honor, is the debtor trying to persuade the court to side with a person who does not use the right grammatical words. Last, the debtor tries to say that they are protected by some news report right but I do not see a law, statute, or clauses describing what he/she is talking about. Your Honor, the debtor needs to pay the amount asked for in the numerous claim forms because it was done with malicious intent and very heinous.

The claim is lawful and should not be objected to under 502(b) of the United States Bankruptcy Code, Title 11. 502 (b) states, "*Except as provided in subsections (e)(2), (f), (g), (h) and (i) of this section, if such objection to a claim is made, the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount,...*" The court has been shown all the proper paperwork and should feel that that Tribune Company should have to pay the claim for writing false truth's about the court. We also can use Bankruptcy Code 3001(b)(d)(f). With this objection to the Tribune Company, I have used the Bankruptcy Code to show and prove that the claim is valid and worthy, of being filed in this superior Bankruptcy Court. Last, I will use the brief and attachments submitted by the opposing party to show that they have all the valid information

and should not dispute the pertinent information that has been shown with due diligence of law.

### STATUS OF CASE AND JURISDICTION

1. On December 8, 2008 (the "Petition Date"), Tribune Company and certain of its subsidiaries each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  An additional Debtor, Tribune CNLBC, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009.  I believe I filed an objection because the time limit to file a claim had surpassed.

2. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to <u>Bankruptcy Rule 1015(b)</u>. {Docket 43, 2333}

3. The Debtors' have continued in possession of their respective properties and have continued to operate and maintain their business as debtors in possession pursuant to sections <u>1107(a) and 1108 of the Bankruptcy Code</u>.

4. On December 18, 2008, the Office of the United States Trustee appointed an official committee of unsecured creditors (the "Committee").  No request has made for the appointment of a trustee.

5. The Court has jurisdiction over this matter pursuant to <u>28 U.S.C. ss 157 and 1334</u>.  This is a core proceeding pursuant to <u>28 U.S.C. ss 157 (b)(2)</u>. Venue is proper in this Court pursuant to <u>28 U.S.C. ss 1408 and 1409</u>. The statutory predicates for the relief sought herein are section <u>502 (b)</u> of the <u>Bankruptcy Code and the Bankruptcy Rules 3001, 3003, and 3007</u>.

6. The Court has jurisdiction over this matter notwithstanding Mr. Millen's pending appeal of this Court's Order sustaining the Debtors' Fourth

Omnibus Objection (Non-Substantive) to claims entered on October 2, 2009 {Docket NO. 2271}.  Given the fact that this Court Order Sustaining Debtors' Fourth Omnibus Objection to Claims in no way affected the validity or amount of the Millen Claims, the Court's Order was not a final or appealable order with respect to Millen Claims and Mr. Millen does not have standing to assert and appeal of such Order.  As you have read your honor the court sustained my objection and with this comes the order to pay the cost.  The court needs to enforce the law for the Tribune Company to pay the cost because it is appealable when the Debtors' is trying to duck paying me (Kevin Millen) what is owed for these vicious lies that have been portrayed by the paper.  Rule 54(b) provides that if a case involves separate claims for relief or multiple parties, a federal district court can certify as final an order disposing of at least one claim as to at least one party even if other claims remain against that party or against other parties in the case.  Once again your honor the appeal was relevant and needs to be address in the proper court because the Tribune Company needs to pay the cost for ruining my great and valued name.

### *INFORMATION CONCERNING THE MILLEN CLAIMS*

7. The underlying pro se Connecticut Superior Court action upon which the Millen Claims are based was filed on November 17, 2008, shortly before the Petition Date.  In the complaint (the "Complaint"), Mr. Millen contends that he "has been falsely accused" by a three-sentence Hartford Courant newspaper article published in November 1998 concerning the circumstances of his arrests at that time.  A copy of the Complaint is attached hereto as Exhibit B and is also substantially reproduced in the supporting documentation attached to the first of the four Millen Claims,

Claim No. 526.  The Courant article attached to the Complaint reported as follows:

Former Hoya Charged With **Stalking Thompson**
A Former Georgetown basketball player accused of stalking and making threatening phone calls to coach John Thompson was ordered held for preliminary psychiatric evaluation, WTOP-AM in Washington reported Wednesday.  Kevin Millen, who played for Georgetown in 1991-1995, appeared in District of Columbia Superior Court after being detained by University Police Monday.  The arrest warrant stated Millen was upset over job opportunities arranged by {Thompson that hadn't panned out}.

Now we must know look at some Connecticut law on why this is illegal and the most important D.C. law that shows why these statements are not true.  In Connecticut this would be a violation of the 6th amendment.  The amendment states, "*In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.*"  This also would be a violation of the 8th amendment as well.  The law states, "*Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.*"  This would be considered cruel and unusual because there is not any evidence for what the Hartford Courant is writing.  Now

how could I even get a fair shake in Connecticut with someone putting a pre-mediated idea in the people of Connecticut's mind?  Next, I will show the rule of law in Washington D.C. that clears my name totally.  D.C. Code 22-404, if no court order is present then there is not a stalking charge.  Has anyone seen a court order signed by anyone from Georgetown University?  So who is the culprit behind all these vicious lies that should have been forced to pay in the first round?  So basically did I even break any law of Washington D.C.  The D.C. code paperwork 16-1003 should be on file before the paper even takes time to put this bogus information on file, is there any copies of this information.  Please allow me the great win.  The exceptions are as follows:

| Constitutionally Protected Activities Exempted? | Yes; conduct by a party to a labor dispute in furtherance of labor or management objectives in that dispute |
|---|---|

This comes from the newspaper, "The City Paper", it states, "According to his former attorney, Celicia Hoover-Hankerson, Millen had telephone conversations with Thompson from Memphis about possibly getting an administrative position with either the Washington Bullets or the Georgetown athletic department. When neither job came through, says Hoover-Hankerson, "that set something off.""  So I meet the exception to the rule.  *August 2-8th 2002*.  Since opposing counsel wants to show other articles I will show another article that shows how I am right and the other courts need to be exposed for an attempted murder of Kevin Millen.

8. Also attached to the Complaint are intake sheets from the District of Columbia Department of Corrections, one for each of his two arrest at the

time the Courant article was published.  These documents state that Mr. Kevin Millen was arrested on November 4th, 1998 and formally charged with (i) making threats to John Thompson and/or his staff members and (ii) unlawfully entering the Georgetown University Campus.  After being released on bond, Mr. Millen was arrested less than a week later on November 9th, 1998 for unlawfully entering campus.  {See Opposition Brief for more paperwork on issue}

9.  Against the backdrop, the Complaint alleges that Mr. Kevin Millen "has been falsely accused" and that "the Hartford Courant input lies to defame" him, because he "has never been charged or copped to a stalking charge.  The law of libel and slander states, "The law of Libel & Slander in Civil and Criminal Cases we see it talks about publications.  Subsection 25 states, "Everyone who request, procures or commands another to publish a libel is answerable as though he published it himself... Fogg v. Boston & L.R. Co. (Mass.) 20 N.E. Rev. 109."  The Court opposition paper states on page 6 that the incident happened on the 3rd of November.  This gives the paper 2 full days to get logical information so that the court would not be involved in this civil suit for invalidity of claim.

10. The Complaint asserts, without specifics, that "this is hampering {him} from getting jobs" and "has made mankind despise {him}.  The relief requested in the Complaint, which is likewise asserted by each of the Millen Claims, is $250,000.00, "a 15% share of the newspaper annual gross", and "a monthly income of $4,500.00.  The Millen Claims offer no basis whatsoever for the calculation of damages sought, and instead state that "What I would like the court to do is allow the paper the opportunity to make up for its mistakes... but being greedy is not the purpose for

8

me." Now Your Honor, a person life valuation is hard to calculate. I
know that I probably could get more but I just need this amount of money
because numerous cases have been filed and a little money from each
party will help me to live a better life. The people must do not
understand that this causes mental anguish, pain and suffering from not
being able to get a job. I have not submitted all those orders stating I will
not be hired. If the court feels that I should then I will. If you type Kevin
Millen in the Google bar you will see a job posting about not hiring
Kevin Millen for an article printed in the news paper in Louisiana.   So
the court probably understand the grief, I have gone through and know
that faulty writing can damage a person reputation and opportunity for
employment.

### *Relief Requested*

11.      Once you read the opposition relief requested you will see that I am
totally right. I will be using <u>502(b) of the Bankruptcy Code Rules 3001, 3003,
and 3007</u>, because they show that I have the right to file a claim. <u>3001 {d}</u>
states, "If a security interest in property of the debtor is claimed, the proof of
claim shall be accompanied by evidence that the security interest has been
perfected." <u>3001 {f}</u> states, "A proof of claim executed and filed in accordance
with these rules shall constitute prima facie evidence of the validity and amount
of the claim." <u>3007 states,</u> "**(e) Requirements for omnibus objection** An
omnibus objection shall: (1) state in a conspicuous place that claimants
receiving the objection should locate their names and claims in the objection;
(2) list claimants alphabetically, provide a cross reference to claim numbers,
and, if appropriate, list claimants by category of claims; (3) state the grounds of
the objection to each claim and provide a cross-reference to the pages in the

9

omnibus objection pertinent to the stated grounds; (4) state in the title the identity of the objector and the grounds for the objections; (5) be numbered consecutively with other omnibus objections filed by the same objector; and (6) contain objections to no more than 100 claims.  Did the opposing counsel follow all of these steps to file an omnibus objection?  The answer shows that their objection needs to be overruled.

**(f) Finality of objection.** The finality of any order regarding a claim objection included in an omnibus objection shall be determined as though the claim had been subject to an individual objection." Does the opposition meet these criteria because it seems to me there is no validity to opposition objection and the court should allow the claim forms to be presented and award the amount asked for in the claims forms.

### *Applicable Law*

12.    Claim" in bankruptcy is defined as: (A) a right to payment, whether or not reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (B) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured. 11 U.S.C. § 101(5). "Debt" is defined as a liability on a claim. 11 U.S.C. § 101(12). Claims "arise" for bankruptcy purposes when (1) all "transactions" or acts necessary for liability occur, and for government claims, (2) there is some prepetition relationship, "such as contact, exposure, impact, or privity" between the United States and the debtor such that the government is able to "fairly contemplate" that it might have a claim against the debtor. See Epstein v. Official Committee of Unsecured Creditors of Estate of Piper Aircraft Corp., 58

F.3d 1573 (11th Cir. 1995);  The lawyers have not shown the court any
information that is relevant to stopping the case, so the summary judgment should
be dismissed and Mr. Kevin Millen claim be granted.  A moving party discharges
his burden by demonstrating that there is an absence of evidence to support the
non-moving party's case. Celotex 477 U.S. at 325.  When moving for a relief from
stay, "{t}he moving party must first establish a prima facie showing of 'cause' in
order for relief from the stay to be granted.  In re Paxson Elec. Co., 242 B.R. 67, 70
(Bankr. M.D. Fla. 1999)(signaling In re Cummings, 221 B.R. 814, 819 (Bankr.
N.D. Ala. 1998)).  In Debtors brief we see that they are trying to use 11 U.S.C.
362(b)(1) as the basis to get the claim stopped saying that I am wrong.  The law
states, "11 U.S.C. ss 362 (b)(1) the filing of a petition under subsection 301, 302,
303 of this title, or of an application under section 5(a)(3) of the Securities Investor
Protection Act of 1970, does not operate as a stay--we see that under subsection (a)
of this section, of the commencement or continuation of a criminal action or
proceeding against the debtor."  This is a criminal action because it is false
information which under law would be considered, **_perjury_**.  We can refer to the
text of one my motions to show that Connecticut is for the people.  The text states,
"The Elements of Malice in the Law of Libel in Connecticut, Yale Law Journal we
see that the Chief Justice wrote these powerful words.  "A libel is a malicious
defamation in printing or writing, by signs or pictures, tending to injure the
reputation of another; and everything written or published concerning another
renders him ridiculous, exposes him to public hatred or contempt and tends to
hindered mankind from associating with him is actionable."  The article has made
mankind despise me.  The fact is that this is defamation of character.  The fact is
that this is slander and the paper did not even contact me to justify the article.  We
can look at the case of Corrigan vs. Bobbs-Merrill Co. (1920) 228 N. Y. 58 126 N.
E. 260, 10 A.L.R. 662, which is about defamatory statements and false writings.  If

we use the case of <u>Mazzucco vs. Knall Coal & Oil Co. Inc., 374 A.2d 1047, 172</u>
<u>Conn. 355,</u> it states I have to have to proof to win." The Connecticut Constitution
also states, "SEC. 1. *All men when they form a social compact, are equal in rights;*
*and no man or set of men are entitled to exclusive public emoluments or privileges*
*from the community. SEC. 2. All political power is inherent in the people, and all*
*free governments are founded on their authority, and instituted for their benefit;*
*and they have at all times an undeniable and indefeasible right to alter their form*
*of government in such manner as they may think expedient.*" So Connecticut gives
the Power to the People in the 1[st] and 2[nd] article of the Constitution. If we look at
<u>11 362 (b)(2)(a)</u>, it states "of the commencement or continuation of a civil action
or proceeding." It seems counsel is telling false truths to the court in writing.
Next, we must focus on the prima-facie issue. A plaintiff can establish a prima
facie case of race discrimination under Title VII by establishing that (1) he or she
belongs to a racial minority; (2) he or she applied and was qualified for a job for
which the employer was seeking applicants; (3) he or she was rejected for the
position despite his or her qualifications; and (4) the position remained open after
his or her rejection and the employer continued to seek applications from other
people with similar qualifications to the plaintiff. <u>McDonnell Douglas v. Green,</u>
<u>411 U.S. 792, 802 (1973). In Texas Dept. of Community Affairs v. Burdine, 450</u>
<u>U.S. 248, 253 (1981)</u>, the Supreme Court stated that"[t]he burden of establishing a
prima facie case of disparate treatment is not onerous." If we take me for instance,
I have applied for numerous jobs and have not been accepted for any job. I belong
to a racial minority which is I graduated from a top 25 university and many try to
out do the ones that are not rich that graduated from such a place. I was qualified
for numerous jobs and many overlook me because I have graduated from a top 25
university. I was rejected from numerous jobs mainly one that I knew was perfect
for me to get the most out of all Memphis kids. Superintendent of the Memphis

City Schools which is constantly going down and the position remained open until the void was filled. This helps me to establish a prima facie and also shows how the paper has misconstrued me because this is a major factor why I was not able to get this most prestigious job. They are so against me that these Board Commissioners selected a fool that allowed someone to come in as Chief of Security and cover-up rape charges and also other charges that have happened in the Memphis City Schools. Secondly, those two idiots have made the entire board of education look weak because they were Miami punks. A just Superintendent in his first year would have first looked to see where the problem was and then adjust to solve the problem. You can tell that they did not know what they were doing, and the Memphis City Schools System is failing to meet the criteria. This establishes the prima-facie issue. I have shown that I could not get employment and also the writing from the paper has been submitted. The Motions for Relief should further be granted based on a balancing of the potential hardships:

> In making a determination of whether "cause" has been shown, a
> court must balance the potential hardship that will be incurred by
> the party seeking relief if the automatic stay is not lifted, against
> the potential prejudice to the debtor and debtor's estate.

Paxson, 242 B.R. at 70 (considering whether cause existed to lift the automatic stay and allow the litigation to continue in state court, or whether the court should resolve the issues in evidentiary hearing in bankruptcy court); accord In re Aloisi, 261 B.R. 504, 508 (Bankr. M.D. Fla. 2001)("A court should balance the prejudice to the debtor against the hardship to the moving party if the stay remains in effect as well as consider the efficient use of judicial resources, the location of witnesses, documents, and other necessary parties."(emphasis added) This seems to me that the lawyer is threatening the

13

judge to side with him because he has no win against me, Kevin Millen.  We know that this is a cause of action arising from a Chapter 11 case because it was bound over to the bankruptcy court.   "Truth is a complete defense to a claim of defamation without regard to whether the one defamed consented to the publication of those statements." Farrington v. Bureau of Nat. Affairs, Inc., 596 A.2d 58, 59-60 (D.C. 1991)  This statement says it all, and the paper knows that they wrote libelous articles and should have to pay for the cost of ruining a productive individual life in America's society.  The court is not trying to make this an administrative issue and it is by law.  Under 11 U.S.C. ss 503 (b)(1)(A) it states, "the Bankruptcy Code provides for the payment of "administrative expenses… including… the actual, necessary costs and expenses of preserving the estate, including wages, salaries, or commissions for services rendered after the commencement of the case[.]"  The test used in this circuit in making the determination of what is "actual" and "necessary" is known as the "benefit to the estate test."  "Under this test, a claimant must prove that the debt '(1) arose from a transaction with the bankruptcy estate and (2) directly and substantially benefited the estate.' " *See Beneke Company, Inv. v. Economy Lodging Systems, Inc. (In re Economy Lodging Systems, Inc.), 234 B.R. 691 (6th Cir.BAP 1999)*  My situation arose from a transaction between the Tribune Company and some source that told heinous lies.

If you see the paperwork that has been submitted in order to get a stalking charge you have to file paperwork signed by the stalker and the person whom is being stalked.  There is none of this type of paperwork present so counsel, if he had done his research would have known that there is not any of this kind of paperwork.  During counsel entire brief, he states, "their no evidence", to support

any reasoning not to side with me, Mr. Kevin Millen.  I am asking the court to grant the claim so that I will be able to move forward in my life.

### *Usually Claims are shown when they happen but I was Incarcerated Your Honor And Had No Idea what these Cowards were doing behind my back...*

13.    Two quotes by me are as follows, "Justice is the tool used to help all American's rich or poor return themselves to society as formidable citizens. Justice will not clear you if you misuse her, because she wants the law to help the righteous man; not the wicked friend."  The second quote says, "Justice is the answer for the problem that has been created.  So if you create a problem and run behind Justice, she will expose the problem and clear the person of the wrongs that he/she had been accused or convicted of in the court of law."  These are sound quotes and will be true because the life that I'm living will be corrected because Justice is on my side.  People are using Justice in the wrong way, but Justice will be served, because no wrong has been done by me, Kevin Millen.   We see that the opposition is saying the same thing over and over again.   The tolling issue is one of the upmost importance because it is used when something is done behind your back.  Discovery as well is one that used when a person has been defamed and did not know that defamation was happening.  "SEC. 4. *Every citizen may freely speak, write and publish his sentiments on all subjects, being responsible for the abuse of that liberty.*  SEC. 5. *No law shall ever be passed to curtail or restrain the liberty of speech or of the press.*  SEC. 6. *In all prosecutions or indictments for libels, the truth may be given in evidence, and the jury shall have the right to determine the law and the facts, under the direction of the court.*"  So now the court sees that the Connecticut Constitution states that you must not write false truths.  The Connecticut defamation states, "*Sometimes it is not reasonably possible for a person to discover the cause of an injury, or even to know that an injury has*

*occurred, until considerably after the act which causes the injury.*" Also, the
tolling states, "*In addition to late discovery, it may be possible to avoid the harsh
result of a statute of limitation by arguing that the statute has been "tolled". When
it is said that a statute is "tolled", it means that something has stopped the statute
from running for a period of time. Typical reasons for tolling a statute of
limitations include minority (the victim of the injury was a minor at the time the
injury occurred), mental incompetence (the victim of the injury was not mentally
competent at the time the injury occurred).*" Now you see that the court did put in
the paper that I was psychologically unstable so the court should award me the
tolling issue. Siding with the other courts would constitute a conspiracy because
the other courts violated numerous Federal Laws and the FBI has been informed of
the heinous attempted murder of Kevin Millen by the court system. Again, counsel
is saying the same things and I have shown how I meet the criteria for claims and
extra claim forms.

Your Honor if my crime was stalking the jail would have immediately put
stalking on the paper. If you look closely at the paperwork it states forensic. So
the court will not hold back any charges that are valid to the charges that have been
presented. The Court will charge a person with a crime and it must be proved
beyond reasonable doubt. I know that opposing counsel feels that they did a great
job but there is still no proof of the charges that were presented and the court
should not allow me to be misconstrued. We can refer to the beginning quotes
because they are pertinent in today's life.

14. Since the Hartford Courant article was defamatory, the fair reporting
privilege protects "the publication of defamatory matter concerning another in a
report of an official action or proceeding or of a meeting open to the public that
deals with a matter of public concern…if the report is accurate and complete or a

16

fair abridge of the occurrence reported." <u>Burton v. Am. Lawyer Media, Inc. 83</u>
<u>Conn. App. 134, 137-38 (2004)(citing 3 Restatement (Second), torts Report of</u>
<u>Official Proceeding or Public Meeting, ss 611, p. 297 (1977))</u>.  Stalking, threats
and unlawful entry are totally different charges.  Stalking in D.C. is a felony.  A
threat is a misdemeanor.  So the paper has heinously charged me with a crime that
has never happened.  I never threatened anyone and their still is not any proof of
that claim.  This would be considered malice.  <u>Burton, 83 con. App. At 138</u>.  The
claim support all legit reasoning to show that the paper has defamed my name and
the claim should be paid by the Tribune Company.  Counsel legal knowledge is not
a reason for him to try to make a mockery of the United States legal system.  <u>Moon</u>
<u>v Newsome 863 F.2d 835, 838 (11th Cir. 1989)</u>(noting that {n}o one should be
permitted to misuse the courts with impunity{,}."  Counsel is abreast of the law
and is trying to run Mr. Kevin Millen off with a lot of legal talk.  Well, Mr. Kevin
Millen, has never run from anyone and my body hurts so bad, that I can't run
because of a terrible accident.  Mr. Kevin Millen has never disregarded a court
order, and will constantly answer to the court when needed.

### A.   <u>11 U.S.C. ss 362 (b)(1)</u>

Once we look at the Bankruptcy law <u>11 U.S.C. ss 362 (b)(1)</u> it states, "the filing of a petition

under subsection 301, 302, 303 of this title, or of an application under section 5(a)(3) of the

Securities Investor Protection Act of 1970, does not operate as a stay--we see that under

subsection (a) of this section, of the commencement or continuation of a criminal action or

proceeding against the debtor.  Why would the court not rule on the case with this being a legit

law of the bankruptcy court?  Shouldn't I been awarded some monetary funds?  The court knew

that this libel/tort could not be stopped by the bankruptcy pleading.  The court also knew that

once these parties filed bankruptcy if the stay was granted this would also put me first. Since I filed a civil case against the debtor they cannot use this law to help stop the payment to me, Kevin Millen. The court has to put me first to finish this case before any other party can receive any funds. If the bankruptcy court wants to rule on the case then I should be first. The intent of the parties is determined not by their self-serving statement but based upon all the objectives facts and circumstances. Colye Assessment 17 Pa. D. & C. 2d at 152 The statement says it all because the facts show that the paper blatantly told horrific lies about the appellant and justice should be served. So since the criminal action has commenced the debtor is liable in the bankruptcy court just like if they were in a civil court.

### B.    _7056 (c) & 11 U.S.C. § 303_

Upon any motion for summary judgment pursuant to Bankruptcy Rule 7056, there shall be annexed to the motion a separate, short, and concise statement, in numbered paragraphs, of the material facts as to which the moving party contends there is no genuine issue to be tried. Failure to submit the statement shall constitute grounds for denial of the motion. The court sustained the fourth omnibus objection but did not rule on my claim. I am wondering why I have not been notified about getting a payment, because the court would have objected my paperwork as well as the others. Sustain means, "To carry on; to maintain. To affirm, uphold or approve, as when an appellate court sustains the decision of a lower court. ..." If the court object they must sustained my motion and the monetary funds should be awarded immediately. This would be consider malicious prosecution since the court upheld denied all other motions and have not decided the fate of my very articulate case so that I can receive much needed funds. 11 U.S.C. § 303." Section 303(i) of Title 11 of the Bankruptcy Code provides: h) If the petition is not timely

controverted, the court shall order relief against the debtor in an involuntary case under the chapter under which the petition was filed. Otherwise, after trial, the court shall order relief against the debtor in an involuntary case under the chapter under which the petition was filed, only if—

(1) the debtor is generally not paying such debtor's debts as such debts become due unless such debts are the subject of a bona fide dispute; or

(1) the debtor is generally not paying such debtor's debts as such debts become due unless such debts are the subject of a bona fide dispute as to liability or amount; or  The debtors are not even contacting me and for some reason; they should start paying because in all actuality this is a judgment by default.   So why would a just judge deny my omnibus objection.  He might be violating the Canons of Delaware.  The Judge Kevin Carey is violating the Canons by not allowing my case to keep moving forward.  Canon **Canon 2  A judge should avoid impropriety and the appearance of impropriety in all activities.** B. A judge should not allow family, social, or other relationships to influence judicial conduct or judgment. A judge should not lend the prestige of the judicial office to advance the private interests of others; nor convey or permit others to convey the impression that they are in a special position to influence the judge.  **Canon 3  A judge should perform the duties of the office impartially and diligently.**  (4) A judge should accord to every person who is legally interested in a proceeding, or to the person's lawyer, full right to be heard according to law, and, except as authorized by law, neither initiate nor consider *ex parte* or other communications concerning a pending or impending proceeding.  (5) A judge should dispose promptly of the business of the court.In disposing of matters promptly, efficiently and fairly, a judge must demonstrate due regard for the

19

rights of the parties to be heard and to have issues resolved without unnecessary cost or delay. A judge shouldmonitor and supervise cases so as to reduce or eliminate dilatory practices, avoidable delays andunnecessary costs.  3.  (3) A judge should initiate appropriate action when the judge becomes aware of reliable evidence indicating the likelihood of unprofessional conduct by a judge or lawyer.  C.  Disqualification.(1) A judge should disqualify himself or herself in a proceeding in which the judge's impartiality mightreasonably be questioned, including but not limited to instances where:(a) The judge has a personal bias or prejudice concerning a party, or personal knowledge of disputedevidentiary facts concerning the proceeding;  **Canon 5  A judge should regulate extra-judicial activities to minimize the risk of conflict with judicial duties.** F. Practice of Law. A judge should not practice law. Notwithstanding this prohibition, a judge may act *pro se* and may, without compensation, give legal advice to and draft or review documents for a member of the judge's family.  Kevin Millen has done no wrong, but the court system has violated my rights totally.  See 3018 motion that was submitted and still haven't heard back on the appeal dealing with this case.

### C.    *11 U.S.C.  subsection 362 4) f)*

Upon request of a party in interest, the court with or without a hearing, shall grant such relief from the stay provided… Also we can look at g) in any hearing under subsection (d) (e) of this section concerning relief from the stay of any act under subsection (a) of this section (1) the party requesting such relief has the burden of proof on the issue of the debtors equity in property; The court denied my stay from relief.  When moving for a relief from stay, "{t}he moving party must first establish a prima facie showing of 'cause' in order for relief from the stay to be granted.  In re Paxson Elec. Co., 242 B.R. 67, 70 (Bankr. M.D. Fla. 1999)(signaling In re Cummings, 221 B.R. 814, 819 (Bankr. N.D. Ala. 1998)).  Now didn't I show reasoning why I

should be the one winning the case in the beginning and I just want everyone to know that the court needs to stop misusing the system.

### D.     11 U.S.C. ss 363 (c)(4)

A party with an interest in property being used by the debtor may request that the court prohibit or condition this use to the extent necessary to provide "adequate protection" to the creditor. Now with this I am showing how once the case gets moving that those that are asking for money such as the lawyers should not be able to use liquidated funds, petty cash accounts, no assets should come from the company but from the pocket of the owner. If the court allows the company to use money that they claim they do not have because they filed chapter 11 are they just not trying to not to pay the creditors? The court should see that there is no reasonable likelihood that the paper would win the case against me.

Wherefore, the reasons are above shows that the Tribune Company has not related any relevant information to stop the claim from being paid. The court should not stop me, Kevin Millen, from moving forward in life and by the Bankruptcy laws and codes I have shown that the Court should side with me in this win of the case. The opposing attorney wants the court to make this court into a corrupt court system and not abide by the law. I hope that this court mediates the case in a just way because Justice should be served. The court should also send the FBI into investigate why, the other courts are heinously disrespecting the constitution of the United States of America, in which they swore to uphold. None of the claims should be expunged and I (Kevin Millen) should receive all funds asked for in the claims section. "People will try to destroy you when you are right and they are wrong, especially when they have a higher ranking job than you. Only the strong will win, because the Good Lord will see you through, and a higher official than them, will make sure misery attacks their lives for covering up

21

something that should have been corrected because some people are immature." To close, Your Honor, I am in command of a one man army, navy, air force and marines, in the fight for American justice and to continue to be an *Honest, Successful, Intelligent American King*. "Success is beautiful when all people are able to be successful in the endeavor that they choose entails that you have to be honest and intelligent to succeed like the Good Lord intended everyone too…" This is another pertinent quote by world renowned activist for children Kevin Millen. I have the law as the protector of me, and I know you will make sure the law helps me to win. Protection of the law has to be done by all, because this is how we are to survive and live. They were playing by law and now I must counter attack with the law. So my friends, family, and enemies "when you play behind the back it makes it easier for every valued constituent indeed, because the tolling and discovery doesn't start until a person is abreast of the heinous material that you used to deceive and ruin this individual for life, indeed." The 2010 version of playing behind the back to get ahead hopefully you enjoyed. I feel that the Good Lord knew that the court should have paid me the money at first but is giving the court an opportunity to right their wrongs. Ezekiel 18:21-22 states, "But if the wicked will turn from all his sins that he hath committed, and keep all my statutes, and do that which is lawful and right, he shall surely live, he shall not die. All his transgressions that he hath committed, they shall not be mentioned unto him:      in his righteous that he hath done he shall live." You see the bible always let's everyone have a chance to change because sometimes people aid and abed people but once it happens twice hopefully your righteous heart will help me, Kevin Millen, or that person whom you know you misconstrued at first, win the money that is needed to live. Ezekiel 18: 26-27 states, "When a righteous man turneth away from his righteousness, and committeth iniquity, and dieth in them; for his iniquity that he hath done shall he die. Again, when the wicked man

turneth away from his wickedness that he hath committed and doeth that which is lawful and right, he shall save his soul alive." The bible put this verse in the bible twice in the same chapter to let everyone know you have to give people a chance to correct their wrongs. People will make mistakes, but when they have a chance to do the right thing to allow you to advance, they will eventually allow you to advance.

**Kevin Millen**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

**IN RE:**                                       :          **CIVIL ACTION**

**Tribune Company,**                      :

                                                      :          **BKY.NO. _09-13141 {KJC}_**


### BRIEF TO JUSTIFY THAT THIS IS AN ADMINISTRATIVE
### CLAIM AND SHOULD BE PAID PROMPTLY AND OBJECTION
### TO THE PLAN...

And now, this 08th day of July, 2010, upon consideration of Kevin Millen Brief, the court awards, Mr. Kevin Millen all money asked on the claim form presented to the court.  Mr. Kevin Millen will be put first and wins his libel/tort case.  No opposing counsel has produced sufficient evidence to show that the newspaper told the truth.  This is affecting Mr. Kevin Millen life with these heinous and vicious lies.  Mr. Kevin Millen legal knowledge and documents are superior in this case and shows that he has been defamed greatly and is due just compensation...


**IT IS ON THIS _____ DAY OF _____ 2010.**

Ordered that the Motion to be granted...

Ordered that a copy of this Order be served on all parties within 20 days of the date hereof...


_____

**HONORABLE Kevin J. Carey**