FILED

2010 JUL 19 PM 12: 29

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 13, 2010

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor,
New York, NY 10017

Re: Tribune Company, et al., Debtors // To: TRB Solic ORD

Case No. 08-13141 (KJC)

Dear Sir/Madam:

We are herewith returning the Order, Attachments which we received regarding the above captioned matter.

TRB Solic Ord is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 516928853

FedEx Tracking# 790719732742

cc: Delaware: United States Bankruptcy Court
    824 Market Street,
    Wilmington, DE 19801