# EXHIBIT A

## No Liability Claims

CH1 5384408V.1
46429/0001-6886219V1

Case 08-13141-BLS    Doc 5081-2    Filed 07/19/10    Page 2 of 5

Tribune Company, et al.

Omnibus Objection 33: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | 08-13141 | Tribune Company | 03/13/2009 | 728 | $19,191.99 | Claimant indicated no amounts owed on claim. |
| 2 | CITY OF WEST HOLLYWOOD<br>PO BOX 51852<br>LOS ANGELES, CA 90050-6152 | 08-13183 | KTLA Inc. | 05/01/2009 | 2233 | Undetermined | Claimant indicated no amounts owed on claim. |
| 3 | COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | 08-13254 | WPIX, Inc. | 09/16/2009 | 6241 | $649.87 | Claimant indicated no amounts owed on claim. |
| 4 | ELLINGTON, DEAN<br>582 LOWER LANE<br>BERLIN, CT 06037 | 08-13241 | Tribune Television Company | 05/22/2009 | 3080 | $1,614.00 | No liability owed to claimant per Debtors books and records. |
| 5 | ENTRY MEDIA INC  NO.417<br>127 W FAIRBANKS AVE<br>WINTER PARK, FL 32789 | | No Debtor Asserted | 06/15/2009 | 5711 | $2,341.00 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 6 | HICKMAN, ROBERT<br>40917 30TH ST. W<br>PALMDALE, CA 93551 | 08-13183 | KTLA Inc. | 06/04/2009 | 3503 | $43,836.80 | No liability owed to claimant per Debtors books and records. |
| 7 | HITCHMAN, JAMES<br>130 MACK STREET<br>PO BOX 5<br>BLENCOE, IA 51523 | 08-13240 | Tribune Publishing Company | 06/15/2009 | 5762 | $92,019.80 | Debtor allocated enhanced cash balance benefit to Claimant's account pursuant to separation agreement; distribution of account is subject to ERISA. No further liability to Claimant is reflected in Debtors' books and records. |
| 8 | MOORE, KEVIN<br>1705 MAUMEE AVE<br>ALLENTOWN, PA 18103 | 08-13212 | The Morning Call, Inc. | 06/29/2009 | 5999 | $752.08 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 4

Tribune Company, et al.

Omnibus Objection 33: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13254 | WPIX, Inc. | 12/29/2008 | 71 | $104.36 | No liability owed to claimant per Debtors books and records. |
| 10 | NOLLIE, YOLANDA 814 MARGARET SQUARE WINTER PARK, FL 32789 | 08-13141 | Tribune Company | 04/23/2009 | 1580 | $26,750.00 | No liability owed to claimant per Debtors books and records. |
| 11 | SINGLA, VINITA 400 E 20TH ST NO. 5D NEW YORK, NY 10009 | | No Debtor Asserted | 06/30/2009 | 6005 | $4,000.00 | No liability owed to claimant per Debtors books and records. |
| 12 | STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT BANKRUPTCY GROUP MIC 92E P.O. BOX 826880 SACRAMENTO, CA 94280-0001 | 08-13152 | Chicago Tribune Company | 05/18/2009 | 2955 | $1,667.99 | No liability owed to claimant per Debtors books and records. |
| 13 | STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT BANKRUPTCY GROUP MIC 92E P.O. BOX 826880 SACRAMENTO, CA 94280-0001 | 08-13235 | Tribune Media Net, Inc. | 05/18/2009 | 2956 | $823.03 | No liability owed to claimant per Debtors books and records. |
| 14 | STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 08-13203 | Shepard's Inc. | 03/17/2009 | 879 | $1,903.18 | Liability is for McGraw-Hill Inc which is not a Tribune Company entity. |
| 15 | STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 08-13203 | Shepard's Inc. | 03/17/2009 | 880 | $9,515.89 | Liability is for McGraw-Hill Inc which is not a Tribune Company entity. |

* - Indicates claim contains unliquidated and/or undetermined amounts


Tribune Company, et al.

Omnibus Objection 33: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | TALL OAKS KENNEL, LLC<br>C/O ELAINE PERKINS<br>PO BOX 53<br>ATTN: ELAINE PERKINS<br>WHITMORE LAKE, MI 48189 | 08-13141 | Tribune Company | 07/27/2009 | 6133 | $181.60 | Liability is for Journal Register Heritage Newspapers which is not a Tribune Company entity. |
| 17 | TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | 08-13185 | Los Angeles Times Communications LLC | 12/17/2009 | 6344 | $413,581.99 | The underlying proceeding was dismissed with prejudice by the claimant on 1/8/2010. |
| 18 | TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | 08-13186 | Los Angeles Times International, Ltd. | 12/17/2009 | 6345 | $413,581.99 | The underlying proceeding was dismissed with prejudice by the claimant on 1/8/2010. |
| 19 | TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | 08-13187 | Los Angeles Times Newspapers, Inc. | 12/17/2009 | 6342 | $413,581.90 | The underlying proceeding was dismissed with prejudice by the claimant on 1/8/2010. |
| 20 | TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | 08-13141 | Tribune Company | 12/17/2009 | 6343 | $413,581.99 | The underlying proceeding was dismissed with prejudice by the claimant on 1/8/2010. |

\* -- Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 33: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | TORRES, ISABEL<br>709 NORTH GLENMORE<br>LOCKPORT, IL 60441 | | No Debtor Asserted | 06/19/2009 | 5905 | $25,000.00 | No liability owed to claimant per Debtors books and records. |
| 22 | WHITE, ROBERT<br>205 PEBBLE AVE<br>BELVIDERE, IL 61008 | | No Debtor Asserted | 06/01/2009 | 3365 | $39.00 | No liability owed to claimant per Debtors books and records. |
| 23 | WILDRICK, CHRISTIAN<br>1051 BUTLER ST<br>EASTON, PA 18042 | 08-13212 | The Morning Call, Inc. | 07/01/2009 | 6008 | Undetermined | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 24 | WILSON, STEVIE<br>6915 SEASIDE WALK<br>LONG BEACH, CA 90803 | 08-13187 | Los Angeles Times Newspapers, Inc. | 04/20/2009 | 1107 | $46.40 | No liability owed to claimant per Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts