# **EXHIBIT A**

# AFFIDAVIT OF PUBLICATION

In re Tribune Company et al.

STATE OF ILLINOIS      )
                       ) ss:
COUNTY OF COOK         )

I, Randall F. Weissman, being duly sworn, hereby certify that (a) I am the News Administration Editor at *Chicago Tribune*, a daily national newspaper of general circulation; (b) the Notice attached to this Affidavit was published in the *Chicago Tribune* for national distribution for one insertion on July 1, 2010; and (c) the foregoing statements are true and correct to the best of my knowledge.

X _____
(Signature)

News Administration Editor
(Title)

Sworn to before me this __19th__ day of July, 2010

_____
Notary Public

```
OFFICIAL SEAL
THOMAS W. FIELDS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-11-2014
```

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:                                    Chapter 11

TRIBUNE COMPANY, et al.,                  Case No. 08-13141 (KJC)

          Debtors.                        Jointly Administered

**NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING
DEADLINE FOR FILING PROOFS OF CLAIM AGAINST TRIBUNE CNLBC, LLC**

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT:

The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an order, dated June 7, 2010 (the "Tribune CNLBC Bar Date Order"), establishing a deadline for all persons and entities asserting a claim (as defined below) against Tribune CNLBC, LLC (formerly known as Chicago National League Ball Club, LLC) ("Tribune CNLBC") that arose prior to October 12, 2009, to file a proof of claim with respect to Tribune CNLBC with Epiq Bankruptcy Solutions, LLC ("Epiq"), the Bankruptcy Court-approved claims and noticing agent in these chapter 11 cases.

Pursuant to the terms of the Tribune CNLBC Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that asserts a claim against Tribune CNLBC must file a proof of claim so that it is **actually received** by Epiq on or before **July 26, 2010** at one of the following addresses: If by first-class mail: Tribune CNLBC Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5069, New York, NY 10150-5069. If by messenger or overnight courier: Tribune CNLBC Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC; 757 Third Avenue, Third Floor, New York, NY 10017. Proofs of claim submitted by facsimile, telecopy, e-mail or other electronic submission will not be accepted.

Please note that general trade claims and most other claims against Tribune CNLBC were assumed by Chicago Baseball Holdings, LLC ("New Cubs") as part of the disposition of the Chicago Cubs Major League Baseball franchise and business to New Cubs on October 27, 2009. If your claim has already been satisfied by New Cubs or was previously satisfied by Tribune CNLBC, you do not need to file a proof of claim.

Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely proof of claim in the form and manner specified by the Tribune CNLBC Bar Date Order and this Notice and that fails to do so on or before July 26, 2010, (i) shall be forever barred, estopped, and enjoined from asserting such claim against Tribune CNLBC or thereafter filing a proof of claim with respect thereto in Tribune CNLBC's chapter 11 case; (ii) shall not, with respect to such claim, be treated as a creditor of Tribune CNLBC for the any purposes; and (iii) shall not receive or be entitled to receive any payment or distribution of property from Tribune CNLBC or their successors or assigns with respect to such claim.

Copies of the Tribune CNLBC Schedules are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801 or on Epiq's website (http://chapter11.epiqsystems.com/tribune).

Proof of claim forms along with instructions for completing and filing the proof of claim forms have been mailed to all known creditors in Tribune CNLBC's chapter 11 case. If you have not received that mailing and believe that you have a claim against Tribune CNLBC, you should contact Epiq at (800) 622-1125 between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Eastern Time), Monday through Friday.

Please note that Epiq's staff is not permitted to give legal advice.

Dated: Wilmington, Delaware
       July 1, 2010

BY ORDER OF THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

SIDLEY AUSTIN LLP                          COLE, SCHOTZ, MEISEL, FORMAN &
James F. Conlan                            LEONARD, P.A.
Bryan Krakauer                             Norman L. Pernick (No. 2290)
Kenneth P Kansa                            J. Kate Stickles (No. 2917)
Allison E. Ross                            Patrick J. Reilley (No. 4451)
One South Dearborn Street                  500 Delaware Avenue, Suite 1410
Chicago, Illinois 60603                    Wilmington, DE 19801
Telephone: (312) 853-7000                  Telephone: (302) 652-3131
Facsimile: (312) 853-7036                  Facsimile: (302) 652-3117

Counsel to the Debtors and Debtors in Possession

---



HEATHER CHARLES/TRIBUNE PHOTOS



### Putting stamp on history

Former Negro League players Minnie Minoso, from left, Sonny Weston, Hank Presswood and Thomas Turner gather at Wednesday's Double Duty Classic at U.S. Cellular Field, where the United States Postal Service unveiled a new stamp to honor the League.

---

# Daley's airport liquor cart idea takes flight

**By Hal Dardick
and Daarel Burnette II**
TRIBUNE REPORTERS

Taking the edge off those preflight jitters by pounding a few beers could soon become a bit more convenient at O'Hare International Airport.

Mayor Richard Daley floated the idea Wednesday of allowing liquor carts to fill the gaps between places serving alcohol at the busy, delay-plagued airport.

The O'Hare booze brainstorm comes on the heels of Daley's plan to double the number of places serving alcohol along the lakefront. The sudden pro-liquor push stands in contrast to Daley's past crackdown on neighborhood taverns that was an early hallmark of his administration.

But with City Hall looking for new ways to bring in more money during a sluggish economy, the airport liquor cart idea was introduced at Wednesday's City Council meeting. The carts would be behind the security checkpoint, and officials already have identified six locations for them.

The Daley administration's timing was slightly off. Officials pitched the idea the morning after a rowdy, apparently drunken passenger caused a United Airlines flight from Las Vegas to Chicago to be diverted to Denver.

Daley, however, dismissed concerns that more opportunities to drink at O'Hare could mean more drunken mayhem in the nation's skies.

"Was he drinking on the plane?" the mayor asked. "I couldn't answer that question. Did the man take medicine? Was he drinking on the plane? Where did he come from? Where was he flying to? I really don't know. They do have liquor and they do have food at airports."

Asked why the city should make it so easy to get alcohol before boarding, Daley replied, "Because many a times, people enjoy to have a drink. Is there anything wrong with that?"

Out at O'Hare, Eboni McDuffie liked the liquor cart idea.

"It helps people to fall asleep on the plane, be more social, have fun," said McDuffie, 31, of Los Angeles. "I don't see what the problem is."

Mike Genger disagreed.

"I don't think it would make for a good family environment," said Genger, a Chesterton, Ind., resident. "Some people get drunk and they get irate."

*hdardick@tribune.com*
*dburnette@tribune.com*

**ROYALS 7, WHITE SOX 6**



Jake Peavy, delivering in the first inning Wednesday, had his 21-inning scoreless streak broken when the Royals' Billy Butler homered in the frame. Peavy pitched six innings, yielding three runs and seven hits.

# Late show falls shy

### Sox's 5-run eighth not enough to overcome Royals' 6-run lead

By Dave van Dyck
TRIBUNE REPORTER

KANSAS CITY, Mo. — It was hard to tell from the final score, but Wednesday night's White Sox-Royals game was a matchup of former Cy Young Award winners.

The Royals' Zack Greinke outlasted Jake Peavy 7-6, handing the Sox their third loss in four games since their 11-game winning streak was broken Sunday by the Cubs.

And it doesn't get any easier with a weekend trip to Texas, which is in first place and leads the American League in hitting.

"We're going to have to grind it out," Peavy said. "Nobody believed this was going to be easy. It's important for us to play well this weekend. Texas swings the bats, and we're going to have to swing the bats with them."

The Sox couldn't match bats with the Royals in two of the three games, including Wednesday's.

Peavy, who had won his last three games with a 0.70 ERA despite battling fluid buildup in his right shoulder, lasted six innings and left with a 3-1 deficit while admitting "I didn't have great stuff."

In the seventh inning the Royals scored four runs off Randy Williams, who was demoted to Triple-A Charlotte afterward, and Tony Pena.

And that preceded a five-run eighth inning by the Sox off Greinke.

"I wish I would have known what was going to happen," Peavy said. "I would have pushed harder to go another inning."

When the Royals did score against Peavy, they were hitting rockets. In the first inning following two long fly outs, Billy Butler smoked a 3-2 pitch over the centerfield wall that broke Peavy's 21-inning scoreless streak.

"In the first inning, I didn't make any good pitches, to be honest," Peavy said.

And, after the Sox tied the game in the fourth, the Royals came back with two runs in the sixth. The first two hitters, Wilson Betemit and Alberto Callaspo, shot doubles to the right-field well.

#### HOW THEY SCORED

ROYALS FIRST: ...

Later, Yuniesky Betancourt hit a sacrifice fly.

With a 3-1 lead after seven innings, Greinke might have put it in on cruise control too soon, as the Sox rallied. A.J. Pierzynski, Dayan Viciedo, Gordon Beckham and Juan Pierre all singled.

Then pinch-hitter Brent Lillibridge lined a bases-clearing triple and scored himself on Alex Rios' ground out.

"I was kind of happy because the guys attacked Greinke late in the game, but a loss is a loss," manager Ozzie Guillén said.

The Sox nearly tied the game in the ninth when leadoff hitter Mark Kotsay stroked a ball to right field that Jose Guillén caught while crashing into the wall and crumbling to the ground.

"I thought that ball was in the (outfield) fountains, to tell you the truth," Ozzie Guillén said.

The game also featured a milestone hit for Omar Vizquel. Making a rare start at shortstop, his fourth-inning triple was his 2,676th hit as a shortstop, good for second all-time behind the Yankees' Derek Jeter.

Vizquel passed former White Sox Hall of Famer Luis Aparicio.

dvandyck@tribune.com

## WHITE SOX BITS BY DAVE VAN DYCK

### Tough stretch 'no problem'

**Walker sees no need for lefty bat**

**Big number**

**10** Consecutive games until the All-Star break after Thursday's day off for the Sox.

KANSAS CITY, Mo. — Starting with the first-place Rangers this weekend, the White Sox have an upcoming schedule that includes West Coast trips and games against the Yankees, Red Sox, Twins and Tigers.

"It's too early to say what we're going to do," manager Ozzie Guillén said. "But I think right now, the way we've played, I don't think we should have a problem competing against anyone."

**More needed?:** Hitting coach Greg Walker was asked if the Sox need to add a left-handed bat before the trade deadline.

"When you're playing well, you worry about (upsetting) chemistry," he said. "We like our team, we've been through some tough times, but as far as personnel, I don't get involved in that.

"If (GM Ken Williams) did ask me, I would have to give him an answer. But I don't want to get involved in that because I care about this bunch of guys in here and my job is to stick with them."

Meanwhile, one report out of Washington says Williams and Nationals GM Mike Rizzo have never talked about the Sox acquiring Adam Dunn.

**James fan:** Guillén, a Miami and Chicago resident, was asked where NBA free agent LeBron James would wind up.

"Chicago, c'mon LeBron, please," Guillén said. "New York, too many people in New York. New York, nobody will care about him. He's just another guy in town. He's not going to be bigger than Derek Jeter. So he's No. 2 now. Maybe No. 3 behind (Jorge) Posada, then (Mariano) Rivera.

"Miami, there are too many tourists there. People go to Miami games on and off. Chicago is a real sports city."

Cleveland?

"That's his call," Guillén said. "You want to use something very nice, you win to Chicago."

**Extra innings:** Closer Bobby Jenks will come off the bereavement list and rejoin the White Sox for their weekend series in Texas. To make room for him on the roster, the Sox optioned lefty pitcher Randy Williams to Triple-A Charlotte after game. ... Catcher Tyler Flowers and pitchers Daniel Hudson and Carlos Torres were named Triple-A International League All-Stars.

---

## BLACKHAWKS

# Versteeg latest to go in salary-cap crunch

### Winger is traded to Maple Leafs for 3 young forwards

By Chris Kuc
TRIBUNE REPORTER

Stan Bowman isn't done retooling the Stanley Cup champions.

Another key member of the Blackhawks is gone after the general manager traded winger Kris Versteeg to the Maple Leafs on Wednesday night in the latest move by Bowman to trim payroll.

"I've tried to warn our fans that this team that they've fallen in love with wasn't going to stay together," Bowman said. "We weren't looking to trade anybody but that's the game we're in today. If you look at the trades made, most of them are related around the salary cap. That's just the reality."

Versteeg, 24, was sent to Toronto along with prospects Bill Sweatt for forwards Viktor Stalberg, Philippe Paradis and Christopher DiDomenico.

Stalberg led Leafs rookies with nine goals and finished with 14 points in 40 regular-season games. Paradis and DiDomenico were prospects in the Toronto system.

"We're very high on the three players we acquired," Bowman said. "Stalberg is an NHL player. We think he's going to complement some of the great players on our team. He's got the size and the skating, and I think when you put him with some guys who can make plays I think he's got a lot of potential. The two young kids we got have a little bit of everything."

Versteeg appeared in 170 regular-season games over seasons with the Hawks, collecting 57 assists, 101 points and 96 penalty minutes. Included in that were 20 goals and 24 assists in 79 regular-season games during the 2009-10 season.

With Versteeg's $3 million per year salary off the books, the Hawks have more flexibility to re-sign restricted free agents Antti Niemi, Niklas Hjalmarsson and Andrew Ladd.

Bowman added he's not worried about offer sheets from other teams for Niemi or Hjalmarsson, saying "they're not going anywhere."

Free agency begins at 11 a.m. Thursday.

"It's at that time Adam Burish won't stray too far from his cell phone as the unrestricted free agent will learn if he'll return to the Blackhawks or begin anew with another franchise.

"I don't know if it's over (in Chicago) or not," said Burish, who made around $710,000 last season. "I'm hoping something can be worked out.

"I'd like to stay. It's so much fun in Chicago right now."

ckuc@tribune.com



Winger Kris Versteeg had 20 goals and 44 points in 79 games last season.

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: TRIBUNE COMPANY, et al., Debtors.

Chapter 11
Case No. 08-13141 (KJC)
Jointly Administered

**NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AGAINST TRIBUNE CNLBC, LLC**

TO ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT:

The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an order, dated June 2, 2010 (the "Tribune CNLBC Bar Date Order"), establishing a deadline for all persons and entities asserting a claim (as defined below) against Tribune CNLBC, LLC (formerly known as Chicago National League Ball Club, LLC) ("Tribune CNLBC") that arose prior to October 12, 2009, to file a proof of claim with respect to Tribune CNLBC with Epiq Bankruptcy Solutions, LLC ("Epiq"), the Bankruptcy Court-approved claims and noticing agent in these chapter 11 cases.

Pursuant to the terms of the Tribune CNLBC Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that asserts a claim against Tribune CNLBC must file a proof of claim so that it is actually received by Epiq on or before July 26, 2010 at one of the following addresses: if by first class mail: Tribune CNLBC Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5069, New York, NY 10150-5069. If by messenger or overnight courier: Tribune CNLBC Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017. Proofs of claim submitted by facsimile, telecopy, e-mail or other electronic submission will not be accepted.

Please note that general trade claims and most other claims against Tribune CNLBC were assumed by Chicago Baseball Holdings, LLC ("New Cubs") as part of the disposition of the Chicago Cubs Major League Baseball franchise and business to New Cubs on October 27, 2009. If your claim has already been satisfied by New Cubs or was previously satisfied by Tribune CNLBC, you do not need to file a proof of claim.

Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely proof of claim in the form and manner specified by the Tribune CNLBC Bar Date Order and this Notice and that fails to do so on or before July 26, 2010, (i) shall be forever barred, estopped, and enjoined from asserting such claim against Tribune CNLBC or thereafter filing a proof of claim with respect thereto in Tribune CNLBC's chapter 11 case; (ii) shall not, with respect to such claim, be treated as a creditor of Tribune CNLBC for the any purposes; and (iii) shall not receive or be entitled to receive any payment or distribution of property from Tribune CNLBC or their customers or assigns with respect to such claim.

Copies of the Tribune CNLBC Schedules are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801 or on Epiq's website (http://chapter11.epiqsystems.com/tribune).

Proof of claim forms along with instructions for completing and filing the proof of claim forms have been mailed to all known creditors to Tribune CNLBC's chapter 11 cases. If you have not received the mailing and believe that you have a claim against Tribune CNLBC, you should contact Epiq at (800) 662-1125 between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Eastern Time), Monday through Friday.

Please note that Epiq's staff is not permitted to give legal advice.

Dated: Wilmington, Delaware
July 1, 2010

BY ORDER OF THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Allison E. Ross
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Counsel to the Debtors and Debtors in Possession