# EXHIBIT A

## Modified Amount Claims

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 1 ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | 4116 | WPIX, Inc. | $8,895.59 | $710.79 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in claim 4118 on the claim register. |
| 2 ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | 4118 | Tribune Television Company | $8,895.59 | $8,184.80 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in claim 4116 on the claim register. |
| 3 ARC HOLDING LTD.<br>DBA SPORTS ACCESS<br>100 E. ROYAL LANE, SUITE 250<br>IRVING, TX 75039 | 4345 | KTLA Inc. | $4,719.35 | $3,850.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 4 AUERBACH, ALEXANDER<br>C/O ALEXANDER AUERBACH & CO INC<br>3887 DIXIE CANYON AVE<br>SHERMAN OAKS, CA 91423-4839 | 6487 | Tribune Company | Undetermined | $952.00 | Liquidating claim to reflect Debtors' books and records. |
| 5 BERNARD LAPINSKY<br>C/O MOLLIE LAPINSKY, WIDOW<br>469 BARK CIRCLE<br>DELAND, FL 32725 | 2093 | Orlando Sentinel Communications Company | Undetermined | $55.28 | Liquidating claim to reflect Debtors' books and records. |
| 6 BLEIMAN, ANDREW & BLEIMAN JT TEN<br>1610 MONTGOMERY RD<br>DEERFIELD, IL 60015-2631 | 6486 | Tribune Company | Undetermined | $204.00 | Liquidating claim to reflect Debtors' books and records. |
| 7 BMC SOLUTIONS<br>P O BOX 1777<br>KENNESAW, GA 30156-1777 | 2256 | WPIX, Inc. | $1,023.97 | $773.85 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 8 CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5304 | Orlando Sentinel Communications Company | $2,934.43* | $2,915.31 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 9 CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5305 | Tribune Media Net, Inc. | $2,085.29* | $2,085.29 | Liquidating claim to reflect Debtors' books and records. |
| 10 CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5306 | The Morning Call, Inc. | $4,796.82* | $4,796.82 | Liquidating claim to reflect Debtors' books and records. |
| 11 CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5307 | The Baltimore Sun Company | $1,401.02* | $1,401.02 | Liquidating claim to reflect Debtors' books and records. |
| 12 CHAS CITY PLANNING<br>10900 COURTHOUSE RD A<br>CHARLES CITY, VA 23030 | 2794 | The Daily Press, Inc. | Undetermined | $65.01 | Liquidating claim to reflect Debtors' books and records. |
| 13 CITY OF DALLAS<br>PO BOX 650302<br>DALLAS, TX 75265 | 2235 | Tribune Television Company | Undetermined | $30.00 | Liquidating claim to reflect Debtors' books and records. |
| 14 COURTNEY, GEORGE<br>103 OAKPOINT CIR<br>DAVENPORT, FL 33837-8687 | 3029 | Orlando Sentinel Communications Company | Undetermined | $7.12 | Liquidating claim to reflect Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 15 CRILL HEAD<br><br>650 SHROPSHIRE LOOP<br>SANFORD, FL 32771 | 1913 | Orlando Sentinel Communications Company | Undetermined | $39.78 | Liquidating claim to reflect Debtors' books and records. |
| 16 DOMINION DISTRIBUTION<br><br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | 3682 | Courant Specialty Products, Inc. | $456.76 | $84.12 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 17 DOMINION DISTRIBUTION<br><br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | 3683 | Patuxent Publishing Company | $2,282.10 | $1,104.24 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 18 FORD MODELS INC.<br>PO BOX 29629 - GENERAL POST OFFICE<br>NEW YORK, NY 10087-9629 | 285 | Chicago Tribune Company | $2,904.08 | $665.43 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 19 GARY, KAMILLA M<br>1303 COOL MIST CT<br>FORT MILL, SC 29707-7736 | 6489 | Tribune Company | Undetermined | $204.00 | Liquidating claim to reflect Debtors' books and records. |
| 20 GOOGLE, INC.<br>BINDER & MALTER, LLP<br>C/O WENDY W. SMITH<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | 810 | Tribune Company | $167,362.00 | $99,880.05 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 21 INDEL-DAVIS INC.<br>4401 S. JACKSON AVE<br>TULSA, OK 74107 | 933 | KIAH Inc. | $380.00 | $85.81 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 22 INFINITE ENERGY, INC<br>7001 SW 24TH AVE<br>GAINESVILLE, FL 32607 | 2935 | Orlando Sentinel Communications Company | $1,962.11 | $543.08 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 23 KERRY FOR CANDIDATE<br>C/O DREWRY POLITICAL<br>3506 SPOTTSWOOD PL<br>HAMPTON, VA 23661-3535 | 2553 | The Daily Press, Inc. | Undetermined | $43.68 | Liquidating claim to reflect Debtors' books and records. |
| 24 KONVISER, ESTELLE<br>1260 SAINT ALBANS LOOP<br>LAKE MARY, FL 32746 | 1998 | Orlando Sentinel Communications Company | Undetermined | $32.58 | Liquidating claim to reflect Debtors' books and records. |
| 25 KRUGER, ABRAHAM A<br>1451 SOUTH CANFIELD AVE<br>LOS ANGELES, CA 90035 | 3656 | Los Angeles Times Communications LLC | Undetermined | $44.30 | Liquidating claim to reflect Debtors' books and records. |
| 26 LAUGHLIN, JOAN MC<br>201 FIVE CITIES DR, SPACE # 62<br>PISMO BEACH, CA 93449-3085 | 6524 | Tribune Company | Undetermined | $3,230.00 | Liquidating claim to reflect Debtors' books and records. |
| 27 MARTINEZ, ELIZABETH<br>95 VICTORIA RD<br>NEW BRITAIN, CT 06052-1535 | 2992 | The Hartford Courant Company | Undetermined | $3.34 | Liquidating claim to reflect Debtors' books and records. |
| 28 MEADWESTVACO CONSUMER AND OFFICE PRODUCTS<br>4751 HEMPSTEAD STATION DRIVE<br>KETTERING, OH 45429 | 2151 | Chicago Tribune Company | $2,717.51 | $1,899.08 | Claimed amount was duplicated. Reduction to reflect actual pre-petition liability. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 29 MIRANDA MTI INC<br><br>DEPT CH10965<br>PALATINE, IL 60055-0965 | 3220 | WDCW Broadcasting, Inc. | $4,500.00 | $1,500.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 30 NATIONAL LIFT TRUCK SERVICE<br>1901 NW 2ND STREET<br>FORT LAUDERDALE, FL 33311 | 1997 | Sun-Sentinel Company | $800.46 | $472.28 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| 31 NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD STE A 300<br>VALENCIA, CA 91355 | 1246 | Tribune Company | $2,900.00 | $1,299.52 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 32 OCE NORTH AMERICA INC<br>ATTN: LEGAL DEPT<br>5600 BROKEN SOUND BLVD.<br>BOCA RATON, FL 33487 | 2432 | Orlando Sentinel Communications Company | $2,139.47 | $1,821.31 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 33 OLIVEIRA, GERZANI<br>5590 NW 61 STREET APT 828<br>COCONUT CREEK, FL 33073 | 1917 | Sun-Sentinel Company | Undetermined | $255.51 | Liquidating claim to reflect Debtors' books and records. |
| 34 PALKA, EDWARD & KATHRYN E.<br>2893 SLEEPY HOLLOW DRIVE<br>GREEN BAY, WI 54311-6535 | 6535 | Tribune Company | Undetermined | $170.00 | Liquidating claim to reflect Debtors' books and records. |
| 35 PLATFORM-A INC., ET AL.<br>TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR & PEASE LLP<br>52 EAST GAY STREET (P.O. BOX 1008)<br>COLUMBUS, OH 43216-1008 | 434 | forsalebyowner.com corp. | $86,325.20 | $27,851.60 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 36 SHORE BUILT CONSTRUCTION<br>613 JERICHO TPKE STE 1<br>NEW HYDE PARK, NY 11040 | 2251 | Star Community Publishing Group, LLC | Undetermined | $52.00 | Liquidating claim to reflect Debtors' books and records. |
| 37 SMITH BARNEY CUST FBO RACHEL DONELSON IRA<br>1115 UNION ST<br>SAN FRANCISCO, CA 94109 | 6537 | Tribune Company | Undetermined | $3,230.00 | Liquidating claim to reflect Debtors' books and records. |
| 38 TOPOREK, VIRGINIA W<br>106 AIMEE PL<br>LONGWOOD, FL 32750-2763 | 6523 | Tribune Company | Undetermined | $204.00 | Liquidating claim to reflect Debtors' books and records. |
| 39 TUTKO, THOMAS H<br>2814 JOHN ST<br>EASTON, PA 180452536 | 2694 | The Morning Call, Inc. | Undetermined | $57.29 | Liquidating claim to reflect Debtors' books and records. |
| 40 WALLACE SUPPLY CO INC<br>1434 ROUTE 9<br>FORT EDWARD, NY 12828 | 1279 | Tribune Media Services, Inc. | Undetermined | $256.04 | Liquidating claim to reflect Debtors' books and records. |
| 41 WFTV INC<br>WRDQ<br>PO BOX 863324<br>ORLANDO, FL 32886 | 3687 | Orlando Sentinel Communications Company | Undetermined | $7,267.50 | Liquidating claim to reflect Debtors' books and records. |
| 42 YORK, ROMAYNE<br>6550 NE 2ND PL<br>OCALA, FL 34470-2208 | 2986 | Orlando Sentinel Communications Company | Undetermined | $19.45 | Liquidating claim to reflect Debtors' books and records. |
| | | TOTAL | $309,481.75 | $178,347.28 | |

* - Indicates claim contains unliquidated and/or undetermined amounts