# EXHIBIT B

## Modified Amount, Modified Debtor Claims

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 1 A RENT-A-BIN<br>901 S MAPLE AVE<br>MONTEBELLO, CA 90640-5411 | 1041 | No Debtor Asserted | $1,023.35 | Los Angeles Times Communications LLC | $709.45 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 2 ACCUWEATHER, INC.<br>385 SCIENCE PARK ROAD<br>STATE COLLEGE, PA 16803 | 91 | Hoy, LLC | $9,077.56 | Hoy Publications, LLC | $5,956.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 3 ACCUWEATHER, INC.<br>385 SCIENCE PARK ROAD<br>STATE COLLEGE, PA 16803 | 92 | Hoy, LLC | $4,736.27 | Hoy Publications, LLC | $3,885.48 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 4 AJILON PROFESSIONAL STAFFING, LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | 369 | Tribune Company | $15,362.01 | Chicago Tribune Company | $652.37 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 5 ANDREWS INTERNATIONAL, INC.<br>ATTN: TRICIA CORREA<br>27959 SMYTH DR.<br>VALENCIA, CA 91355 | 3017 | Tribune Company | $6,585.20 | Los Angeles Times Communications LLC | $1,564.80 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 6 APPVAULT, LLC<br>1800 PARKWAY PLACE # 1000<br>MARIETTA, GA 30067 | 219 | No Debtor Asserted | $35,000.00 | Los Angeles Times Communications LLC | $21,451.61 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 7 ATLANTA GAS/VIRGINIA NATURAL GAS<br>150 W. MAIN ST.<br>SUITE 1510<br>NORFOLK, VA 23510 | 531 | Tribune Company | $556.30 | Virginia Gazette Companies, LLC | $542.01 | Claim reduced to disallow late fees. |
| 8 BERLYN INC<br>T/A THE PRINCE GEORGE'S SENTINEL<br>LYNN G KAPILOFF<br>5307 N CHARLES ST<br>BALTIMORE, MD 21210 | 565 | Tribune Company | $650.00 | Patuxent Publishing Company | $146.77 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 9 BGE<br>PO BOX 1475<br><br>BALTIMORE, MD 21201 | 958 | The Baltimore Sun Company | $57,317.24 | Homestead Publishing Co.<br>Patuxent Publishing Company<br>The Baltimore Sun Company<br><br>Subtotal | $2,326.83<br>$4,709.91<br>$45,012.52<br><br>$52,049.26 | Claim is reduced because (i) documentation attached to claim did not support claim amount, (ii) claim included late fees and (iii) claim has been satisfied in part. |
| 10 CINCINNATI BELL ANY DISTANCE<br>221 E. 4TH STREET<br>ML347-200<br>CINCINNATI, OH 45202 | 686 | Tribune Company | $43,412.28 | Chicago Tribune Company | $7,896.39 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| 11 COLORADO/DBA XCEL ENERGY<br>550 15TH STREET<br>DENVER, CO 80202 | 1645 | Tribune Company | $40,058.94 | KWGN Inc. | $14,983.66 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 12 CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT & COLLECTION CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | 6188 | Tribune Company | $35,650.25 | Tribune Television Company | $35,402.65 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 13 CORESTAFF SERVICES<br>JAN I. BERLAGE<br>201 N. CHARLES STREET, SUITE 2101<br>BALTIMORE, MD 21201 | 2489 | Los Angeles Times Newspapers, Inc. | $32,413.48 | Los Angeles Times Communications LLC | $32,011.48 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 14 DALLAS WATER UTILITIES<br>1500 MARILLA, STE 3AS<br>DALLAS, TX 75201 | 3621 | No Debtor Asserted | $621.67 | Tribune Television Company | $536.18 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 15 DELL, INC<br>ONE DELL WAY, RR1, MS 52<br>ROUND ROCK, TX 78682 | 186 | Tribune Company | $11,122.81 | KSWB Inc.<br>Orlando Sentinel Communications Company<br><br>Subtotal | $335.44<br>$1,132.00<br><br>$1,467.44 | Claim previously satisfied in part.<br>Modified amount reflects Debtors' books and records. |

Tribune Company, et al
Omnibus Objection 34: Exhibit B -- Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 16 DOMINION-VIRGINIA POWER<br>ATTN: CUSTOMER CREDIT SERVICES - 18TH FL<br>PO BOX 26666<br>RICHMOND, VA 23261 | 519 | Tribune Company | $58,583.92 | The Daily Press, Inc. | $53,254.56 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| | | | | Virginia Gazette Companies, LLC | $4,660.06 | |
| | | | | Subtotal | $57,914.62 | |
| 17 FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 4818 | Tribune Company | $52,848.43 | Chicago Tribune Company | $48,403.93 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | New Mass. Media, Inc. | $927.33 | |
| | | | | Tribune Company | $1,542.18 | |
| | | | | Tribune Finance Service Center, Inc. | $1,758.06 | |
| | | | | Subtotal | $52,631.50 | |
| 18 FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 4819 | Chicago Tribune Company | $5,904.85 | Chicago Tribune Company | $2,741.25 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| | | | | Chicago Tribune Press Service, Inc. | $130.54 | |
| | | | | Eagle New Media Investments, LLC | $1,147.27 | |
| | | | | Tribune Company | $25.66 | |
| | | | | Tribune Finance Service Center, Inc. | $1,745.92 | |
| | | | | Subtotal | $5,790.64 | |
| 19 FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 4822 | Hoy, LLC | $123.27 | Hoy Publications, LLC | $108.78 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Hoy, LLC | $6.59 | |
| | | | | Subtotal | $115.37 | |

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 20 FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 4841 | Tribune Publishing Company | $1,101.38 | New Mass. Media, Inc. | $71.93 | Claim reduced by invoices for accounts not owned by Debtor. |
| 21 GENESYS<br>ATTN: MELODY LOHR<br>11808 MIRACLE HILLS DR.<br>OMAHA, NE 68154 | 198 | No Debtor Asserted | $756.18 | Chicago Tribune Company | $4.06 | Claim previously satisfied in part and modified amount reflects Debtors' books and records. In addition, certain invoices for Newsday liability, which was not controlled by Debtor at the time the liability was incurred. |
|  |  |  |  | Tribune Company | $537.74 |  |
|  |  |  |  | Tribune Media Services, Inc. | $11.40 |  |
|  |  |  |  | Subtotal | $603.20 |  |
| 22 GOTHIC GROUNDS MANAGEMENT, INC.<br>28546 CONSTELLATION ROAD<br>VALENCIA, CA 91355 | 1232 | No Debtor Asserted | $11,625.00 | Los Angeles Times Communications LLC | $1,228.16 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 23 IBM CORPORATION<br>B.H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | 365 | Tribune Company | $8,951.20 | Los Angeles Times Communications LLC | $181.50 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 24 IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | 3678 | Tribune Company | $13,724.15 | Homestead Publishing Co. | $95.84 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
|  |  |  |  | New Mass. Media, Inc. | $360.38 |  |
|  |  |  |  | Orlando Sentinel Communications Company | $129.83 |  |
|  |  |  |  | Patuxent Publishing Company | $1,266.16 |  |
|  |  |  |  | The Baltimore Sun Company | $3,285.89 |  |
|  |  |  |  | Tribune Company | $5,720.78 |  |
|  |  |  |  | Subtotal | $10,858.88 |  |
| 25 INTELSAT CORPORATION<br>HERRICK FEINSTEIN<br>ATTN: STEPHEN SELBST<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | 3510 | Tribune Broadcasting Company | $138,134.40 | Tribune Broadcasting News Network, Inc. | $80,934.40 | Order for relief dated February 19, 2009 allowed offset for claim reduction. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 26 KELLY SERVICES INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI 48084 | 197 | Tribune Company | $292,515.10 | Channel 40, Inc. | $117.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Chicago Tribune Company | $20,094.21 | |
| | | | | Hoy Publications, LLC | $273.32 | |
| | | | | KSWB Inc. | $632.40 | |
| | | | | Los Angeles Times Communications LLC | $14.55 | |
| | | | | Orlando Sentinel Communications Company | $14,073.18 | |
| | | | | Sun-Sentinel Company | $91,225.53 | |
| | | | | The Baltimore Sun Company | $568.06 | |
| | | | | The Morning Call, Inc. | $1,866.91 | |
| | | | | Tribune Company | $278.02 | |
| | | | | Tribune Media Net, Inc. | $138.32 | |
| | | | | Tribune Media Services, Inc. | $6,684.64 | |
| | | | | Tribune Publishing Company | $88.10 | |
| | | | | Subtotal | $136,054.24 | |
| 27 KFORCE, INC.<br>ATTN: ANDREW LIENTZ<br>1001 E. PALM AVENUE<br>TAMPA, FL 33605 | 396 | Tribune Company | $1,070.71 | Chicago Tribune Company | $615.90 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 28 KING FEATURES SYNDICATE<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL, HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | 539 | Tribune Company | $100,038.09 | Chicago Tribune Company | $21,763.67 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Los Angeles Times Communications LLC | $30,510.70 | |
| | | | | Orlando Sentinel Communications Company | $9,909.49 | |
| | | | | Sun-Sentinel Company | $9,335.67 | |
| | | | | The Baltimore Sun Company | $10,298.12 | |
| | | | | The Daily Press, Inc. | $2,410.20 | |
| | | | | The Hartford Courant Company | $9,920.12 | |
| | | | | The Morning Call, Inc. | $3,375.90 | |
| | | | | Subtotal | $97,523.87 | |
| 29 KISSIMMEE UTILITY AUTHORITY<br>ATTN: LEEANN DORSEY<br>1701 W. CARROLL ST.<br>KISSIMMEE, FL 34741 | 533 | Tribune Company | $2,141.89 | Orlando Sentinel Communications Company | $2,073.39 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 30 KPFF CONSULTING ENGINEERS<br>1601 FIFTH AVENUE<br>SUITE 1600<br>ATTN: RON RAPHAEL<br>SEATTLE, WA 98108 | 828 | Tribune Company | $7,810.00 | KTLA Inc. | $6,185.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 31 LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | 370 | Tribune Company | $91,850.00 | Chicago Tribune Company<br>KPLR, Inc.<br>KWGN Inc.<br>Los Angeles Times Communications LLC<br>Orlando Sentinel Communications Company<br>Subtotal | $500.00<br>$4,000.00<br>$7,000.00<br>$78,850.00<br>$500.00<br>$90,850.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 32 LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | 992 | No Debtor Asserted | $86.85 | Chicago Tribune Company | $84.85 | Claim reduced to disallow late fees. |
| 33 LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | 993 | No Debtor Asserted | $1,138.20 | Los Angeles Times Communications LLC | $606.23 | Claim reduced to disallow late fees. |
| 34 MAC PAPERS INC<br>3300 PHILIPS HWY/USI SOUTH<br>PO BOX 5369<br>JACKSONVILLE, FL 32247 | 488 | No Debtor Asserted | $5,180.52 | Forum Publishing Group, Inc. | $4,696.49 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 35 METRO EXPRESS OF BALTIMORE INC<br>8 E SEMINARY AVE<br>LUTHERVILLE, MD 21093 | 1116 | Tribune Company | $110.83 | The Baltimore Sun Company | $25.47 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 36 MIRANDA MTI | 3217 | Tribune Broadcasting Company | $58,678.08 | Chicagoland Television News, Inc. | $35,953.25 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| 195 MOUNTAIN AVE. | | | | KSWB Inc. | $1,360.58 | |
| SPRINGFIELD, NJ 07081 | | | | WATL, LLC | $10,848.50 | |
| | | | | WGN Continental Broadcasting Company | $769.00 | |
| | | | | Subtotal | $48,931.33 | |
| 37 PAETEC | 471 | Tribune Company | $27,226.59 | Forum Publishing Group, Inc. | $220.16 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| ATTN: SHANNON SULLIVAN | | | | Sun-Sentinel Company | $24,032.27 | |
| PO BOX 3177 | | | | | | |
| CEDAR RAPIDS, IA 52406-3177 | | | | Subtotal | $24,252.43 | |
| 38 PARKINSON TYPE DESIGN | 1383 | Los Angeles Times Newspapers, Inc. | $26,000.00 | Los Angeles Times Communications LLC | $21,068.97 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 6170 BROADWAY TERRACE | | | | | | |
| OAKLAND, CA 94618 | | | | | | |
| 39 PECO | 312 | Tribune Company | $29,706.72 | Tribune Television Company | $29,167.91 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| PECO ENERGY COMPANY | | | | | | |
| ATTN: MICHAEL P. MURPHY, S222-1 | | | | | | |
| 2301 MARKET STREET | | | | | | |
| PHILADELPHIA, PA 19103 | | | | | | |
| 40 PENSKE TRUCK LEASING | 691 | Tribune Company | $293,487.67 | The Baltimore Sun Company | $37,939.56 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| RT 10 GREEN HILLS | | | | The Hartford Courant Company | $27,888.93 | |
| READING, PA 19607 | | | | Subtotal | $65,828.49 | |
| 41 POTOMAC ELECTRIC POWER | 829 | Tribune Company | $49,700.68 | Tribune Publishing Company | $11,778.97 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| PEPCO | | | | WDCW Broadcasting, Inc. | $37,152.96 | |
| PO BOX 97274 | | | | | | |
| WASHINGTON, DC 20090-7274 | | | | Subtotal | $48,931.93 | |

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 42 REED BRENNAN MEDIA ASSOCIATES, INC.<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL, HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | 530 | Tribune Company | $8,039.50 | Los Angeles Times Communications LLC | $2,526.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Orlando Sentinel Communications Company | $1,773.00 | |
| | | | | The Baltimore Sun Company | $963.00 | |
| | | | | The Daily Press, Inc. | $1,467.00 | |
| | | | | The Hartford Courant Company | $557.50 | |
| | | | | The Morning Call, Inc. | $648.00 | |
| | | | | Subtotal | $7,934.50 | |
| 43 RELIANT ENERGY<br>PO BOX 1409<br>HOUSTON, TX 77251-1409 | 439 | Tribune Company | $46,964.18 | Homestead Publishing Co. | $6,107.93 | Claimed amount was not supported. |
| | | | | Patuxent Publishing Company | $14,618.28 | Reduction to reflect Debtors' books and records. |
| | | | | The Baltimore Sun Company | $25,867.44 | |
| | | | | Subtotal | $46,593.65 | |
| 44 RF CENTRAL LLC<br>99 GARDEN PARKWAY<br>CARLISLE, PA 17013 | 4114 | Tribune Company | $6,129.15 | KIAH Inc. | $3,698.93 | Claim previously satisfied in part. |
| | | | | Tribune Television Company | $5.50 | Modified amount reflects Debtors' books and records. |
| | | | | Subtotal | $3,704.43 | |
| 45 RYDER TRUCK RENTAL, INC.<br>ATTN: JENNIFER MORRIS<br>6000 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 | 4275 | Tribune Company | $333,003.69 | Chicago Tribune Company | $319,028.65 | Claim previously satisfied in part. |
| | | | | Homestead Publishing Co. | $2,296.36 | Modified amount reflects Debtors' books and records. |
| | | | | Sun-Sentinel Company | $9,961.82 | |
| | | | | Tribune Direct Marketing, Inc. | $486.50 | |
| | | | | WGN Continental Broadcasting Company | $229.23 | |
| | | | | Subtotal | $332,002.56 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 46 SOUTHERN CALIFORNIA GAS COMPANY<br>MASS MARKETS CREDIT & COLLECTIONS<br>THE GAS COMPANY<br>PO BOX 30337<br>LOS ANGELES, CA 90030-0337 | 474 | Tribune Company | $13,735.95 | California Community News Corporation<br>Los Angeles Times Communications LLC<br>Subtotal | $1,579.93<br>$11,370.43<br>$12,950.36 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| 47 SYSTEM MAINTENANCE SERVICES, INC<br>9013 PERIMITER WOODS, SUITE E<br>CHARLOTTE, NC 28216 | 3129 | Tribune Company | $26,613.18 | The Hartford Courant Company<br>Tribune Company<br>Subtotal | $14,048.48<br>$646.46<br>$14,694.94 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 48 UNIVERSITY OF ILLINOIS<br>162 HENRY ADMINISTRATION BUILDING<br>506 SOUTH WRIGHT STREET<br>URBANA, IL 61801 | 1764 | Tribune Company | $163.79 | Chicago Tribune Company | $100.00 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| 49 USA MOBILITY<br>3000 TECHNOLOGY DR STE 400<br>PLANO, TX 75074 | 5663 | Chicago Tribune Company | $2,018.60 | Tribune Company | $1,568.60 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 50 USG – USERS SIERRA GROUP INC<br>ATTN: CONTRACTS DEPT<br>P.O. BOX 2338<br>SAN ANTONIO, TX 78298-2338 | 3168 | Tribune Company | $26,875.00 | Chicago Tribune Company | $15,875.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 51 VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 2454 | Tribune Company | $83.41 | Tribune Television Company | $82.18 | Claim reduced to disallow finance charges. |
| 52 W.W. GRAINGER INC.<br>7300 N. MELVINA<br>NILES, IL 60714 | 572 | Tribune Company | $11,116.92 | Los Angeles Times Communications LLC | $1,096.07 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 53 WOLF COACH INC<br>21780 NETWORK PL<br>CHICAGO, IL 60673-1217 | 2372 | Tribune Company | $9,131.55 | KWGN Inc. | $6,676.37 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| TOTAL | | | $2,055,956.99 | | $1,409,760.91 | |

\*_Indicates claim contains unliquidated and/or undetermined amounts