# EXHIBIT C

## Modified Amount, Reclassified Claims

Tribune Company, et al
Omnibus Objection 34: Exhibit C - Modified Amount, Reclassified Claims

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | | CLASSIFICATION STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 BEST, WARREN<br>1118 ADAMS ST<br>WAUCONDA, IL 60084 | 1685 | Tribune Finance Service Center, Inc. | Secured | Undetermined | | Unsecured | $35.20 | Liquidating claim to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 2 FARMINGTON RIVER WATERSHED ASSOCIATION<br>SARAH HINCKS PRESIDENT<br>749 HOPMEADOW STREET<br>SIMSBURY, CT 06070 | 1102 | The Hartford Courant Company | Secured<br>Unsecured<br>Subtotal | $35.00<br>$25.00<br>$60.00 | | Unsecured | $35.00 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 3 FRANKLIN, ISABEL<br>30 E HAZEL ST.<br>ORLANDO, FL 32804 | 2382 | Orlando Sentinel Communications Company | Secured<br>Unsecured<br>Subtotal | Undetermined<br>$29.20*<br>$29.20 | | Unsecured | $29.20 | Liquidating claim to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 4 HALL, TRISHA<br>40140 VIA LOS ALTOS<br>RANCHO MIRAGE, CA 92270 | 3183 | Tribune Finance Service Center, Inc. | Secured<br>Unsecured<br>Subtotal | $59.50<br>$59.50<br>$119.00 | | Unsecured | $59.50 | Claimant duplicated liability owed in secured section of Proof of Claim form. No evidence of perfected lien or security interest. |
| 5 KABLE FULFILLMENT SERVICES, INC.<br>C/O JULIE HOAK<br>16 S. WESLEY AVE.<br>MOUNT MORRIS, IL 61054 | 518 | Chicagoland Publishing Company | Secured<br>Unsecured<br>Subtotal | $37,736.95<br>$14,138.15<br>$51,875.10 | | Unsecured | $12,465.51 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 6 MARSCH, CHRISTINE SHANEL CUST WILLIAM<br>KENNETH MARSCH UGMA IL<br>596 WHARTON DR<br>LAKE FOREST, IL 60045-4827 | 6543 | Tribune Company | Secured | Undetermined | | Unsecured | $1,360.00 | Liquidating claim to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 7 ROGERS, KARLENE<br>108 TRAFALGAR PL<br>LONGWOOD, FL 32779-5628 | 3211 | Orlando Sentinel Communications Company | Secured | Undetermined | | Unsecured | $51.02 | Liquidating claim to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| | | | TOTAL | $52,083.33 | | TOTAL | $14,035.43 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts