# EXHIBIT D

## Modified Amount, Modified Priority Claims

46429/0001-6886373V1

Tribune Company, et al
Omnibus Objection 34: Exhibit D - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 BISHOP, JUNE<br>1 DUNHAM ST<br>MIDDLETOWN, CT 06457 | 6199 | The Hartford Courant Company | Priority<br>Unsecured<br>Subtotal | $464.91<br>$464.91<br>$929.82 | Unsecured | $464.91 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 2 CAGNEY, MONICA<br>10 FOREST ST<br>BAYVILLE, NY 11709-1948 | 6484 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $136.00<br>$136.00<br>$272.00 | Unsecured | $136.00 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 3 DEAN ELECTRIC CONTRACTORS INC<br>ELECTRICAL CONTRACTORS INC<br>PO BOX 4<br>GLENS FALLS, NY 12801 | 1114 | Tribune Media Services, Inc. | Priority<br>Unsecured<br>Subtotal | $711.55<br>$163.99<br>$875.54 | Unsecured | $812.76 | Claim reduced to disallow finance charges. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 4 EXPRESS MAID<br>1101 LAKE STREET NO. 403<br>OAK PARK, IL 60301 | 1158 | Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $375.00<br>$375.00<br>$750.00 | Unsecured | $375.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B). Claim relates to cleaning services that does not give rise to priority status. |
| 5 GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1056 | Gold Coast Publications, Inc. | Priority<br>Unsecured<br>Subtotal | $20.00<br>$20.00<br>$40.00 | Unsecured | $20.00 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 6 GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1057 | Gold Coast Publications, Inc. | Priority<br>Unsecured<br>Subtotal | $38.00<br>$38.00<br>$76.00 | Unsecured | $38.00 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |

Tribune Company, et al
Omnibus Objection 34: Exhibit D - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 7 GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1058 | Gold Coast Publications, Inc. | Priority<br>Unsecured<br>Subtotal | $20.00<br>$20.00<br>$40.00 | Unsecured | $20.00 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference the Bankruptcy Code. No evidence of priority amount for claim. |
| 8 INFOPRINT SOLUTIONS COMPANY<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | 465 | Tribune Direct Marketing, Inc. | Priority<br>Unsecured<br>Subtotal | $8,071.51<br>$11,849.83<br>$19,921.34 | Unsecured | $1,733.44 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claimant asserted priority in Proof of Claim form without referencing Bankruptcy code. No evidence of priority amount for claim. |
| 9 KEISER<br>1710 TWIN OAKS DR<br>DELAND, FL 32720-4569 | 1519 | Orlando Sentinel Communications Company | Priority<br>Unsecured<br>Subtotal | $8.21<br>$8.21<br>$16.42 | Unsecured | $8.21 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 10 LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LS SIMS & ASSOCIATES INC<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | 2440 | Orlando Sentinel Communications Company | Priority<br>Unsecured<br>Subtotal | $1,982.50<br>$2,051.70<br>$4,034.20 | Unsecured | $2,051.70 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 11 MARLENA AGENCY INC<br>322 EWING ST<br>PRINCETON, NJ 08540 | 1060 | Los Angeles Times Communications LLC | Priority | $510.00 | Unsecured | $500.00 | Claim reduced to disallow late fee. Claimant asserted priority in Proof of Claim form without referencing Bankruptcy code. No evidence of priority amount for claim. |
| 12 PIPER PLASTICS, INC.<br>1840 ENTERPRISE COURT<br>LIBERTYVILLE, IL 60048 | 612 | Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $127.89<br>$2,043.79<br>$2,171.68 | Unsecured | $2,043.79 | Claimant duplicated amount in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(8). Claimant is not a governmental entity entitled to tax priority. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit D - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 13 PRESTIGE AUTO WASH & AUTOMOTIVE<br><br>7860 OTHELLO AVE<br>SAN DIEGO, CA 92111 | 1030 | KSWB Inc. | Priority<br>Unsecured<br>Subtotal | $41.19<br>$41.19<br>$82.38 | Unsecured | $41.19 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 14 WEDGE, CHRIS<br><br>12832 VALLEY RIDGE RD<br>CLERMONT, FL 34711 | 2225 | Orlando Sentinel Communications Company | Priority<br>Unsecured<br>Subtotal | $50.00<br>$50.00<br>$100.00 | Unsecured | $50.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 15 WHITMIRE, ALISON<br><br>EMERGENCE SERVICES<br>13913 SE 92ND ST<br>NEWCASTLE, WA 98059 | 4598 | Tribune Television Northwest, Inc. | Priority | $750.00 | Unsecured | $500.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 16 ZAKARIAN, KIMBERLIE<br><br>4616 OCEAN VIEW BLVD<br>LA CANADA, CA 91011 | 2394 | Los Angeles Times Communications LLC | Priority<br>Unsecured<br>Subtotal | $275.00<br>$275.00<br>$550.00 | Unsecured | $200.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| | | | TOTAL | $31,119.38 | TOTAL | $8,995.00 | |