# EXHIBIT E

## Modified Amount, Reclassified, Modified Priority Claims

Tribune Company, et al
Omnibus Objection 34: Exhibit E - Modified Amount, Reclassified, Modified Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASSIFICATION AND PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | BARNETT, J.<br>100 CEDAR POINT LANE<br>LONGWOOD, FL 32779 | 2357 | Orlando Sentinel Communications Company | Priority<br>Secured<br>Unsecured<br>Subtotal | $72.48<br>$0.00<br>$72.48<br>$144.96 | Unsecured | $72.48 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority or security interest provided. |
| 2 | FREIMAN, JOSEPH<br>6106 IVYMOUNT ROAD<br>BALTIMORE, MD 21209-3402 | 1810 | Sun-Sentinel Company | Priority<br>Secured<br>Subtotal | $24.86<br>$24.86<br>$49.72 | Unsecured | $24.86 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority or security interest. |
| 3 | LANGERAK ROOF SYSTEMS INC<br>4266 CORPORATE EXCHANGE DR<br>PO BOX 85<br>HUDSONVILLE, MI 49426-0085 | 1204 | Tribune Television Holdings, Inc. | Priority<br>Secured<br>Unsecured<br>Subtotal | $0.00<br>$0.00<br>$278.14<br>$278.14 | Unsecured | $262.50 | Claim reduced to disallow service charges. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. In addition, no evidence of perfected lien or security interest provided. |
| 4 | WALKER, GLORIA<br>420 LOGAN PL APT 13<br>NEWPORT NEWS, VA 23601 | 1868 | The Daily Press, Inc. | Priority<br>Secured<br>Unsecured<br>Subtotal | $3.75<br>$0.00<br>$3.75<br>$7.50 | Unsecured | $3.75 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority or security interest provided. |
| 5 | WALKER, GLORIA<br>420 LOGAN PL APT 13<br>NEWPORT NEWS, VA 23601 | 1869 | The Daily Press, Inc. | Priority<br>Secured<br>Unsecured<br>Subtotal | $6.18<br>$0.00<br>$6.18<br>$12.36 | Unsecured | $6.18 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority or security interest provided. |
| | | | | TOTAL | $492.68 | TOTAL | $369.77 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts