# EXHIBIT F

**Modified Amount, Modified Debtor, Reclassified Claims**

Tribune Company, et al
Omnibus Objection 34: Exhibit F - Modified Amount, Modified Debtor, Reclassified Claims

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASSIFICATION STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 GUARANTEE RECORDS MANAGEMENT<br>215 COLES ST<br>JERSEY CITY, NJ 07310 | 1972 | No Debtor Asserted | Secured | $511.17 | Tribune Broadcasting Company | Unsecured | $46.80 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 2 SOUTH FLORIDA STADIUM CORPORATION<br>C/O TAREK KIEM, ESQ.<br>AKERMAN SENTERFITT<br>350 EAST LAS OLAS BLVD., STE. 1600<br>FORT LAUDERDALE, FL 33301 | 6097 | Forum Publishing Group, Inc. | Secured<br>Unsecured<br>Subtotal | $34,665.00<br>$14,686.95<br>$49,351.95 | Gold Coast Publications, Inc. | Unsecured | $14,868.95 | Claimant support details relief from stay on security deposit and reflects remaining unsecured balance. |
| | | | TOTAL | $49,863.12 | | TOTAL | $14,915.75 | |