# EXHIBIT G

## Modified Amount, Modified Debtor, Modified Priority Claims

Tribune Company, et al
Omnibus Objection 34: Exhibit G - Modified Amount, Modified Debtor, Modified Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BROADVIEW NETWORKS<br>500 FASHION AVE FL 2<br>NEW YORK, NY 10018-4502 | 723 | No Debtor Asserted | Priority<br>Unsecured<br>Subtotal | $2,749.50<br>$2,749.50<br>$5,499.00 | Tribune Television Company | Unsecured | $2,382.90 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. In addition, Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 2 | CANON BUSINESS SOLUTIONS - EAST<br>1250 VALLEY BROOK AVE<br>LYNDHURST, NJ 07071 | 942 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $106.97<br>$106.97<br>$213.94 | WGN Continental Broadcasting Company | Unsecured | $106.97 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 3 | EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES ("RMS")<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | 2236 | Chicago Tribune Company | Administrative<br>Unsecured<br>Subtotal | $217,616.03<br>$17,833.12<br>$235,449.15 | Chicago Tribune Company<br>Los Angeles Times Communications LLC | Unsecured<br>Unsecured<br>Subtotal | $7,554.93<br>$9,229.14<br>$16,784.07 | Claim reduced for (i) cancelled services, (ii) liabilities for Columbia Daily Tribune, which is not a Debtor entity, and (iii) invoices that were not supported. Claim asserted priority under 11 U.S.C. § 507 (a)(1). Remaining liability on claim is all pre-petition, therefore unsecured. |
| 4 | EUROPEAN PRESSPHOTO AGENCY<br>AM HAUPTBAHNHOF 16<br>FRANKFURT, BE, 60329<br>GERMANY | 2634 | Los Angeles Times Newspapers, Inc. | Priority | $2,000.00 | Los Angeles Times Communications LLC | Unsecured | $451.61 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claimant asserted priority in Proof of Claim form without referencing Bankruptcy Code. No evidence of priority amount for claim. |
| 5 | TOLL ROADS, THE<br>125 PACIFICA SUITE 100<br>IRVINE, CA 92618 | 1834 | No Debtor Asserted | Priority<br>Unsecured<br>Subtotal | $199.75<br>$199.75<br>$399.50 | KTLA Inc | Unsecured | $199.75 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(8). Claimant is not a governmental entity entitled to tax priority. |
| | | | | TOTAL | $243,561.59 | | TOTAL | $19,925.30 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts