## EXHIBIT H

**Modified Amount, Modified Debtor, Reclassified, Modified Priority Claims**

Tribune Company, et al

Omnibus Objection 34: Exhibit H - Modified Amount, Modified Debtor, Reclassified, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASSIFICATION AND PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | **MODIFIED** | | |
| 1 BON SECOURS EAP | 994 | Tribune Company | Priority | $165.00 | Virginia Gazette Companies, LLC | Unsecured | $165.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(5). No evidence of priority or security interest provided. |
| 110 KINGSLEY LN., SUITE 206 | | | Secured | $165.00 | | | | |
| NORFOLK, VA 23505 | | | Subtotal | $330.00 | | | | |
| 2 GREY, MICHAELA | 1856 | No Debtor Asserted | Priority | $1,680.00 | Los Angeles Times Communications LLC | Unsecured | $1,680.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. In addition, claimant duplicated liability owed in secured section of Proof of Claim form. No evidence of perfected lien or security interest provided. |
| 625 PICO PLACE | | | Secured | $480.00 | | | | |
| SANTA MONICA, CA 90405 | | | Unsecured | $1,680.00 | | | | |
| | | | Subtotal | $3,840.00 | | | | |
| | | | TOTAL | $4,170.00 | | TOTAL | $1,845.00 | |

* - indicates claim contains unliquidated and/or undetermined amounts