# Schedule 1

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 1 | A RENT-A-BIN<br>901 S MAPLE AVE<br>MONTEBELLO, CA 90640-5411 | 1041 | B |
| 2 | ACCUWEATHER, INC.<br>385 SCIENCE PARK ROAD<br>STATE COLLEGE, PA 16803 | 91 | B |
| 3 | ACCUWEATHER, INC.<br>385 SCIENCE PARK ROAD<br>STATE COLLEGE, PA 16803 | 92 | B |
| 4 | AJILON PROFESSIONAL STAFFING, LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | 369 | B |
| 5 | ANDREWS INTERNATIONAL, INC.<br>ATTN: TRICIA CORREA<br>27959 SMYTH DR.<br>VALENCIA, CA 91355 | 3017 | B |
| 6 | ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | 4116 | A |
| 7 | ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | 4118 | A |
| 8 | APPVAULT, LLC<br>1800 PARKWAY PLACE # 1000<br>MARIETTA, GA 30067 | 219 | B |
| 9 | ARC HOLDING LTD.<br>DBA SPORTS ACCESS<br>100 E. ROYAL LANE, SUITE 250<br>IRVING, TX 75039 | 4345 | A |
| 10 | ATLANTA GAS/VIRGINIA NATURAL GAS<br>150 W. MAIN ST.<br>SUITE 1510<br>NORFOLK, VA 23510 | 531 | B |
| 11 | AUERBACH, ALEXANDER<br>C/O ALEXANDER AUEBACH & CO INC<br>3887 DIXIE CANYON AVE<br>SHERMAN OAKS, CA 91423-4839 | 6487 | A |
| 12 | BARNETT, J.<br>100 CEDAR POINT LANE<br>LONGWOOD, FL 32779 | 2357 | E |
| 13 | BERLYN INC<br>T/A THE PRINCE GEORGE'S SENTINEL<br>LYNN G KAPILOFF<br>5307 N CHARLES ST<br>BALTIMORE, MD 21210 | 565 | B |
| 14 | BERNARD LAPINSKY<br>C/O MOLLIE LAPINSKY, WIDOW<br>469 BARK CIRCLE<br>DELAND, FL 32725 | 2093 | A |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

|    | NAME | CLAIM # | EXHIBIT |
|----|------|---------|---------|
| 15 | BEST, WARREN<br>1118 ADAMS ST<br>WAUCONDA, IL 60084 | 1685 | C |
| 16 | BGE<br>PO BOX 1475<br>BALTIMORE, MD 21201 | 958 | B |
| 17 | BISHOP, JUNE<br>1 DUNHAM ST<br>MIDDLETOWN, CT 06457 | 6199 | D |
| 18 | BLEIMAN, ANDREW & BLEIMAN JT TEN<br>1610 MONTGOMERY RD<br>DEERFIELD, IL 60015-2631 | 6486 | A |
| 19 | BMC SOLUTIONS<br>P O BOX 1777<br>KENNESAW, GA 30156-1777 | 2256 | A |
| 20 | BON SECOURS EAP<br>110 KINGSLEY LN., SUITE 206<br>NORFOLK, VA 23505 | 944 | H |
| 21 | BROADVIEW NETWORKS<br>500 FASHION AVE FL 2<br>NEW YORK, NY 10018-4502 | 723 | G |
| 22 | CAGNEY, MONICA<br>10 FOREST ST<br>BAYVILLE, NY 11709-1948 | 6484 | D |
| 23 | CANON BUSINESS SOLUTIONS - EAST<br>1250 VALLEY BROOK AVE<br>LYNDHURST, NJ 07071 | 942 | G |
| 24 | CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5304 | A |
| 25 | CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5305 | A |
| 26 | CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5306 | A |
| 27 | CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5307 | A |
| 28 | CHAS CITY PLANNING<br>10900 COURTHOUSE RD A<br>CHARLES CITY, VA 23030 | 2794 | A |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

|    | NAME | CLAIM # | EXHIBIT |
|----|------|---------|---------|
| 29 | CINCINNATI BELL ANY DISTANCE<br>221 E. 4TH STREET<br>ML347-200<br>CINCINNATI, OH 45202 | 686 | B |
| 30 | CITY OF DALLAS<br>PO BOX 650302<br>DALLAS, TX 75265 | 2235 | A |
| 31 | COLORADO/DBA XCEL ENERGY<br>550 15TH STREET<br>DENVER, CO 80202 | 1645 | B |
| 32 | CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT &<br>COLLECTION<br>CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | 6188 | B |
| 33 | CORESTAFF SERVICES<br>JAN I. BERLAGE<br>201 N. CHARLES STREET, SUITE 2101<br>BALTIMORE, MD 21201 | 2489 | B |
| 34 | COURTNEY, GEORGE<br>103 OAKPOINT CIR<br>DAVENPORT, FL 33837-8687 | 3029 | A |
| 35 | CRILL HEAD<br>650 SHROPSHIRE LOOP<br>SANFORD, FL 32771 | 1913 | A |
| 36 | DALLAS WATER UTILITIES<br>1500 MARILLA, STE 3AS<br>DALLAS, TX 75201 | 3621 | B |
| 37 | DEAN ELECTRIC CONTRACTORS<br>INC<br>ELECTRICAL CONTRACTORS INC<br>PO BOX 4<br>GLENS FALLS, NY 12801 | 1114 | D |
| 38 | DELL, INC<br>ONE DELL WAY, RR1, MS 52<br>ROUND ROCK, TX 78682 | 186 | B |
| 39 | DOMINION DISTRIBUTION<br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | 3682 | A |
| 40 | DOMINION DISTRIBUTION<br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | 3683 | A |
| 41 | DOMINION-VIRGINIA POWER<br>ATTN: CUSTOMER CREDIT<br>SERVICES - 18TH FL<br>PO BOX 26666<br>RICHMOND, VA 23261 | 519 | B |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 42 | EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>(""RMS"")<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | 2236 | G |
| 43 | EUROPEAN PRESSPHOTO AGENCY<br>AM HAUPTBAHNHOF 16<br>FRANKFURT, BE, 60329<br>GERMANY | 2634 | G |
| 44 | EXPRESS MAID<br>1101 LAKE STREET NO. 403<br>OAK PARK, IL 60301 | 1158 | D |
| 45 | FARMINGTON RIVER WATERSHED ASSOCIATION<br>SARAH HINCKS PRESIDENT<br>749 HOPMEADOW STREET<br>SIMSBURY, CT 06070 | 1102 | C |
| 46 | FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 4818 | B |
| 47 | FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 4819 | B |
| 48 | FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 4822 | B |
| 49 | FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 4841 | B |
| 50 | FORD MODELS INC.<br>PO BOX 29629 - GENERAL POST OFFICE<br>NEW YORK, NY 10087-9629 | 285 | A |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

|    | NAME | CLAIM # | EXHIBIT |
|----|------|---------|---------|
| 51 | FRANKLIN, ISABEL<br>30 E. HAZEL ST.<br>ORLANDO, FL 32804 | 2382 | C |
| 52 | FREIMAN, JOSEPH<br>6106 IVYMOUNT ROAD<br>BALTIMORE, MD 21209-3402 | 1810 | E |
| 53 | GARY, KAMILLA M<br>1303 COOL MIST CT<br>FORT MILL, SC 29707-7736 | 6489 | A |
| 54 | GENESYS<br>ATTN: MELODY LOHR<br>11808 MIRACLE HILLS DR.<br>OMAHA, NE 68154 | 198 | B |
| 55 | GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1056 | D |
| 56 | GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1057 | D |
| 57 | GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1058 | D |
| 58 | GOOGLE, INC.<br>BINDER & MALTER, LLP<br>C/O WENDY W. SMITH<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | 810 | A |
| 59 | GOTHIC GROUNDS MANAGEMENT, INC.<br>28546 CONSTELLATION ROAD<br>VALENCIA, CA 91355 | 1232 | B |
| 60 | GREY, MICHAELA<br>625 PICO PLACE<br>SANTA MONICA, CA 90405 | 1856 | H |
| 61 | GUARANTEE RECORDS MANAGEMENT<br>215 COLES ST<br>JERSEY CITY, NJ 07310 | 1972 | F |
| 62 | HALL, TRISHA<br>40140 VIA LOS ALTOS<br>RANCHO MIRAGE, CA 92270 | 3183 | C |
| 63 | IBM CORPORATION<br>B.H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | 365 | B |
| 64 | IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | 3678 | B |
| 65 | INDEL-DAVIS INC.<br>4401 S. JACKSON AVE<br>TULSA, OK 74107 | 933 | A |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

|    | NAME | CLAIM # | EXHIBIT |
|----|------|---------|---------|
| 66 | INFINITE ENERGY, INC<br>7001 SW 24TH AVE<br>GAINESVILLE, FL 32607 | 2935 | A |
| 67 | INFOPRINT SOLUTIONS COMPANY<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | 465 | D |
| 68 | INTELSAT CORPORATION<br>HERRICK FEINSTEIN<br>ATTN: STEPHEN SELBST<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | 3510 | B |
| 69 | KABLE FULFILLMENT SERVICES, INC.<br>C/O JULIE HOAK<br>16 S. WESLEY AVE.<br>MOUNT MORRIS, IL 61054 | 518 | C |
| 70 | KEISER<br>1710 TWIN OAKS DR<br>DELAND, FL 32720-4569 | 1519 | D |
| 71 | KELLY SERVICES INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI 48084 | 197 | B |
| 72 | KERRY FOR CANDIDATE<br>C/O DREWRY POLITICAL<br>3506 SPOTTSWOOD PL<br>HAMPTON, VA 23661-3535 | 2553 | A |
| 73 | KFORCE, INC.<br>ATTN: ANDREW LIENTZ<br>1001 E. PALM AVENUE<br>TAMPA, FL 33605 | 396 | B |
| 74 | KING FEATURES SYNDICATE<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL,<br>HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | 539 | B |
| 75 | KISSIMMEE UTILITY AUTHORITY<br>ATTN: LEEANN DORSEY<br>1701 W, CARROLL ST.<br>KISSIMMEE, FL 34741 | 533 | B |
| 76 | KONVISER, ESTELLE<br>1260 SAINT ALBANS LOOP<br>LAKE MARY, FL 32746 | 1998 | A |
| 77 | KPFF CONSULTING ENGINEERS<br>1601 FIFTH AVENUE<br>SUITE 1600<br>ATTN: RON RAPHAEL<br>SEATTLE, WA 98108 | 828 | B |
| 78 | KRUGER, ABRAHAM A<br>1451 SOUTH CANFIELD AVE<br>LOS ANGELES, CA 90035 | 3656 | A |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 79 | LANGERAK ROOF SYSTEMS INC<br>4266 CORPORATE EXCHANGE DR<br>PO BOX 85<br>HUDSONVILLE, MI 49426-0085 | 1204 | E |
| 80 | LAUGHLIN, JOAN MC<br>201 FIVE CITIES DR<br>SPACE # 62<br>PISMO BEACH, CA 93449-3085 | 6524 | A |
| 81 | LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | 370 | B |
| 82 | LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | 992 | B |
| 83 | LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | 993 | B |
| 84 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LS SIMS & ASSOCIATES INC<br>ONE UNIVERSITY PLAZA. SUITE 312<br>HACKENSACK, NJ 07601 | 2440 | D |
| 85 | MAC PAPERS INC<br>3300 PHILIPS HWY/USI SOUTH<br>PO BOX 5369<br>JACKSONVILLE, FL 32247 | 488 | B |
| 86 | MARLENA AGENCY INC<br>322 EWING ST<br>PRINCETON, NJ 08540 | 1060 | D |
| 87 | MARSCH, CHRISTINE SHANEL CUST WILLIAM<br>KENNETH MARSCH UGMA IL<br>596 WHARTON DR<br>LAKE FOREST, IL 60045-4827 | 6543 | C |
| 88 | MARTINEZ, ELIZABETH<br>95 VICTORIA RD<br>NEW BRITAIN, CT 06052-1535 | 2992 | A |
| 89 | MEADWESTVACO CONSUMER AND OFFICE PRODUCTS<br>4751 HEMPSTEAD STATION DRIVE<br>KETTERING, OH 45429 | 2151 | A |
| 90 | METRO EXPRESS OF BALTIMORE INC<br>8 E SEMINARY AVE<br>LUTHERVILLE, MD 21093 | 1116 | B |
| 91 | MIRANDA MTI<br>195 MOUNTAIN AVE.<br>SPRINGFIELD, NJ 07081 | 3217 | B |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 92 | MIRANDA MTI INC<br>DEPT CH10965<br>PALATINE, IL 60055-0965 | 3220 | A |
| 93 | NATIONAL LIFT TRUCK SERVICE<br>1901 NW 2ND STREET<br>FORT LAUDERDALE, FL 33311 | 1997 | A |
| 94 | NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD STE A 300<br>VALENCIA, CA 91355 | 1246 | A |
| 95 | OCE NORTH AMERICA INC<br>ATTN: LEGAL DEPT<br>5600 BROKEN SOUND BLVD.<br>BOCA RATON, FL 33487 | 2432 | A |
| 96 | OLIVEIRA, GERZANI<br>5590 NW 61 STREET APT 828<br>COCONUT CREEK, FL 33073 | 1917 | A |
| 97 | PAETEC<br>ATTN: SHANNON SULLIVAN<br>PO BOX 3177<br>CEDAR RAPIDS, IA 52406-3177 | 471 | B |
| 98 | PALKA, EDWARD & KATHRYN E.<br>2893 SLEEPY HOLLOW DRIVE<br>GREEN BAY, WI 54311-6535 | 6535 | A |
| 99 | PARKINSON TYPE DESIGN<br>6170 BROADWAY TERRACE<br>OAKLAND, CA 94618 | 1383 | B |
| 100 | PECO<br>PECO ENERGY COMPANY<br>ATTN: MICHAEL P. MURPHY, S222-1<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103 | 312 | B |
| 101 | PENSKE TRUCK LEASING<br>RT 10 GREEN HILLS<br>READING, PA 19607 | 691 | B |
| 102 | PIPER PLASTICS, INC.<br>1840 ENTERPRISE COURT<br>LIBERTYVILLE, IL 60048 | 612 | D |
| 103 | PLATFORM-A INC., ET AL.<br>TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR & PEASE LLP<br>52 EAST GAY STREET (P.O. BOX 1008)<br>COLUMBUS, OH 43216-1008 | 434 | A |
| 104 | POTOMAC ELECTRIC POWER<br>PEPCO<br>PO BOX 97274<br>WASHINGTON, DC 20090-7274 | 829 | B |
| 105 | PRESTIGE AUTO WASH & AUTOMOTIVE<br>7860 OTHELLO AVE<br>SAN DIEGO, CA 92111 | 1030 | D |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 106 | REED BRENNAN MEDIA ASSOCIATES, INC.<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL, HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | 530 | B |
| 107 | RELIANT ENERGY<br>PO BOX 1409<br>HOUSTON, TX 77251-1409 | 439 | B |
| 108 | RF CENTRAL LLC<br>99 GARDEN PARKWAY<br>CARLISLE, PA 17013 | 4114 | B |
| 109 | ROGERS, KARLENE<br>108 TRAFALGAR PL<br>LONGWOOD, FL 32779-5628 | 3211 | C |
| 110 | RYDER TRUCK RENTAL, INC.<br>ATTN: JENNIFER MORRIS<br>6000 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 | 4275 | B |
| 111 | SHORE BUILT CONSTRUCTION<br>613 JERICHO TPKE STE 1<br>NEW HYDE PARK, NY 11040 | 2251 | A |
| 112 | SMITH BARNEY CUST FBO RACHEL DONELSON<br>IRA<br>1115 UNION ST<br>SAN FRANCISCO, CA 94109 | 6537 | A |
| 113 | SOUTH FLORIDA STADIUM CORPORATION<br>C/O TAREK KIEM, ESQ.<br>AKERMAN SENTERFITT<br>350 EAST LAS OLAS BLVD., STE. 1600<br>FORT LAUDERDALE, FL 33301 | 6097 | F |
| 114 | SOUTHERN CALIFORNIA GAS COMPANY<br>MASS MARKETS CREDIT & COLLECTIONS<br>THE GAS COMPANY<br>PO BOX 30337<br>LOS ANGELES, CA 90030-0337 | 474 | B |
| 115 | SYSTEM MAINTENANCE SERVICES, INC<br>9013 PERIMITER WOODS, SUITE E<br>CHARLOTTE, NC 28216 | 3129 | B |
| 116 | TOLL ROADS, THE<br>125 PACIFICA SUITE 100<br>IRVINE, CA 92618 | 1834 | G |
| 117 | TOPOREK, VIRGINIA W<br>106 AIMEE PL<br>LONGWOOD, FL 32750-2763 | 6523 | A |
| 118 | TUTKO, THOMAS H<br>2814 JOHN ST<br>EASTON, PA 180452536 | 2694 | A |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

|     | NAME | CLAIM # | EXHIBIT |
|-----|------|---------|---------|
| 119 | UNIVERSITY OF ILLINOIS<br>162 HENRY ADMINISTRATION BUILDING<br>506 SOUTH WRIGHT STREET<br>URBANA, IL 61801 | 1764 | B |
| 120 | USA MOBILITY<br>3000 TECHNOLOGY DR STE 400<br>PLANO, TX 75074 | 5663 | B |
| 121 | USG - USERS SIERRA GROUP INC<br>ATTN: CONTRACTS DEPT<br>P.O. BOX 2338<br>SAN ANTONIO, TX 78298-2338 | 3168 | B |
| 122 | VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 2454 | B |
| 123 | W.W. GRAINGER INC.<br>7300 N. MELVINA<br>NILES, IL 60714 | 572 | B |
| 124 | WALKER, GLORIA<br>420 LOGAN PL APT 13<br>NEWPORT NEWS, VA 23601 | 1868 | E |
| 125 | WALKER, GLORIA<br>420 LOGAN PL APT 13<br>NEWPORT NEWS, VA 23601 | 1869 | E |
| 126 | WALLACE SUPPLY CO INC<br>1434 ROUTE 9<br>FORT EDWARD, NY 12828 | 1279 | A |
| 127 | WEDGE, CHRIS<br>12832 VALLEY RIDGE RD<br>CLERMONT, FL 34711 | 2225 | D |
| 128 | WFTV INC<br>WRDQ<br>PO BOX 863324<br>ORLANDO, FL 32886 | 3687 | A |
| 129 | WHITMIRE, ALISON<br>EMERGENCE SERVICES<br>13913 SE 92ND ST<br>NEWCASTLE, WA 98059 | 4598 | D |
| 130 | WOLF COACH INC<br>21780 NETWORK PL<br>CHICAGO, IL 60673-1217 | 2372 | B |
| 131 | YORK, ROMAYNE<br>6550 NE 2ND PL<br>OCALA, FL 34470-2208 | 2986 | A |
| 132 | ZAKARIAN, KIMBERLIE<br>4616 OCEAN VIEW BLVD<br>LA CANADA, CA 91011 | 2394 | D |