IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Hamdon Entertainment, by and through its counsel, Greenberg Traurig, LLP, hereby requests that all notices given or required to be given in the above-captioned chapter 11 cases, and all papers served or required to be served in these cases, be given to and served upon the following parties:

| | |
|---|---|
| Dennis A. Meloro<br>GREENBERG TRAURIG, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360<br>Email: melorod@gtlaw.com | Kevin P. Garland<br>GREENBERG TRAURIG, LLP<br>2450 Colorado Avenue<br>Suite 400E<br>Santa Monica, California 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-0205<br>Email: garlandk@gtlaw.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that: (1) affects or seeks to affect

LA 128,978,099v1 7-12-10

in any way any rights or interests of any creditor or party in interest in this case, with respect to: (a) the above-captioned debtors (the "<u>Debtors</u>"); (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Hamdon Entertainment: (1) to have final orders in non-core matters entered only after *de novo* review by a district court judge; (2) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (3) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Hamdon Entertainment is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: July 20, 2010
Wilmington Delaware

GREENBERG TRAURIG, LLP

  /s/ *Dennis A. Meloro*
Dennis A. Meloro (Del. Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

Kevin P. Garland (Del. Bar. No. 5171)
2450 Colorado Avenue
Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-0273

*Counsel to Hamdon Entertainment*

LA 128,978,099v1 7-12-10