# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710092
0276 57634 / 57634-000005
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through March 31, 2010

### Unilateral Changes to Work Schedule and Union Access to Facility, Case No. 13-CA-44711 0000001780

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 03/12/10 | K. Michaels | L120 | 0 | Review of NLRB questionnaire regarding status of case (.1); drafting response to same (.2). | 0.30 | 171.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.30 | |
| **Total Fees** | | $171.00 |
| **Less Discount** | | ($17.10) |
| **Total Fees After Discount** | | $153.90 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 0.30 | hours at | $570.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1710092

Page 2

Chicago Tribune Company

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $153.90



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 1710092
0276 57634 / 57634-000005
Unilateral Changes to Work Schedule and Union
Access to Facility, Case No. 13-CA-44711 0000001780

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $171.00 |
| Less Discount | ($17.10) |
| Total Fees after Discount | $153.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $153.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710288
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through March 31, 2010

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/01/10 | G. Pauling II | L211 | 0 | Review amended complaint and confer with K. Osgood regarding same. | 1.00 | 560.00 |
| 03/01/10 | K. Osgood | L120 | 0 | Draft correspondence to A. Jubelirer and G. Silva regarding Court's Order (.20); review and analyze First Amended Complaint (1.0); draft correspondence to A. Jubelirer regarding the same (.20). | 1.40 | 588.00 |
| 03/02/10 | G. Pauling II | L241 | 0 | Further analysis of complaint and consideration of removal/motion to dismiss. | 1.30 | 728.00 |
| 03/02/10 | G. Pauling II | L310 | 0 | Review/revise removal pleadings. | 0.50 | 280.00 |
| 03/02/10 | K. Osgood | L120 | 0 | Prepare removal papers (2.6); confer with G. Pauling regarding strategy for motion to dismiss or answer to complaint (.20). | 2.80 | 1,176.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1710288

Page 2

Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/03/10 | K. Osgood | L120 | 0 | Revise Notice of Removal per G. Pauling's request (.30); organize exhibits for removal (2.0). | 2.30 | 966.00 |
| 03/04/10 | K. Osgood | L120 | 0 | Finalize removal papers. | 0.20 | 84.00 |
| 03/08/10 | K. Osgood | L241 | 0 | Draft correspondence to A. Jubelirer regarding removal and motion to dismiss (.2); review Judge Bucklo's standing orders (.2). | 0.40 | 168.00 |
| 03/09/10 | K. Osgood | L190 | 0 | Draft correspondence to A. Jubelirer enclosing pleadings (.1); legal research regarding preemption of international infliction of emotional distress and its statutes of limitations (.4); draft memorandum of law in support of defendant's motion to dismiss (2.0). | 2.50 | 1,050.00 |
| 03/10/10 | G. Pauling II | L241 | 0 | Review strategy and authorities pertinent to motion to dismiss. | 0.50 | 280.00 |
| 03/10/10 | K. Osgood | L190 | 0 | Correspondence with opposing counsel regarding report of the planning meeting (.2); legal research regarding failure to exhaust retaliation and termination claims, statute of limitations for intentional infliction of emotional distress claim (1.); draft memorandum of law in support of defendant's motion to dismiss (.5). | 2.70 | 1,134.00 |
| 03/11/10 | G. Pauling II | L120 | 0 | Review legal authorities in connection with devising motions and discovery strategy. | 0.80 | 448.00 |
| 03/11/10 | K. Osgood | C200 | 0 | Conduct legal research regarding extreme and outrageous conduct for IIED claim (1.); draft memorandum of law in support of motion to dismiss (3.5). | 4.50 | 1,890.00 |



SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1710288

Page 3

Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/15/10 | K. Osgood | L250 | 0 | Proofread and revise memorandum of law in support of defendant's motion to dismiss (1.); draft correspondence to opposing counsel regarding report of the parties' planning meeting (.1); draft motion to dismiss and notice of motion (1.); review Judge Bucklo's standing orders regarding motion practice (.1). | 2.20 | 924.00 |
| 03/16/10 | K. Osgood | L190 | 0 | Review and revise plaintiff's proposed scheduling order (.2); draft correspondence to opposing counsel outlining proposed changes (.2). | 0.40 | 168.00 |
| 03/17/10 | K. Osgood | L120 | 0 | Draft correspondence to opposing counsel regarding stay of proceedings. | 0.20 | 84.00 |
| 03/18/10 | K. Osgood | L230 | 0 | Attend status conference (1.2); draft summary of the same and enclose correspondence for resulting order (.4); revise motion to dismiss and memorandum of law in light of status conference (.4). | 2.00 | 840.00 |
| 03/19/10 | G. Pauling II | L241 | 0 | Review/revise motion to dismiss. | 1.30 | 728.00 |
| 03/22/10 | K. Osgood | L241 | 0 | Finalize motion to dismiss and memorandum of law in support thereof (.8); confer with N. Riesco regarding transitioning case (.2). | 1.00 | 420.00 |
| 03/22/10 | N. Riesco | L120 | 0 | Meeting with K. Osgood to discuss case status; review and analyze motion to dismiss. | 0.50 | 195.00 |
| 03/24/10 | K. Osgood | L120 | 0 | Correspond with opposing counsel and client regarding benefits of reinstatement. | 0.10 | 42.00 |

**Total Hours** 28.60

**Total Fees** $12,753.00

**Less Discount** ($1,275.30)

**Total Fees After Discount** $11,477.70

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Chicago Tribune Company

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 5.40 | hours at | $560.00 | per hour |
| K. Osgood | Associate | - | 22.70 | hours at | $420.00 | per hour |
| N. Riesco | Associate | - | 0.50 | hours at | $390.00 | per hour |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| | **Copying** | |
| 03/04/10 | Copying | 17.90 |

| | |
|---|---|
| **Total Disbursements** | 17.90 |
| **Total Amount Due** | $11,495.60 |



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1710288
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $12,753.00 |
| Less Discount | ($1,275.30) |
| Total Fees after Discount | $11,477.70 |
| Total Disbursements | 17.90 |
| Total Fees and Disbursements This Statement | $11,495.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710118
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through March 31, 2010

### Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/02/10 | T. Rusche | L430 | 0 | Revise Rusche Declaration in support of opposition to set aside dismissal. | 0.30 | 130.50 |
| 03/15/10 | T. Rusche | L430 | 0 | Prepare for hearing on plaintiff's motion to set aside dismissal. | 2.00 | 870.00 |
| 03/16/10 | T. Hix | L190 | 0 | Telephone conference with T. Rusche regarding granting of motion to set aside dismissal. | 0.10 | 47.50 |
| 03/16/10 | T. Rusche | L430 | 0 | Attend hearing on motion to set aside dismissal. | 2.00 | 870.00 |

| | | |
|---|---|---|
| **Total Hours** | 4.40 | |
| **Total Fees** | | $1,918.00 |
| **Less Discount** | | ($191.80) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)


**Total Fees After Discount**                                                              $1,726.20

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| T. Hix | Partner | - | 0.10 | hours at | $475.00 | per hour |
| T. Rusche | Partner | - | 4.30 | hours at | $435.00 | per hour |


| Date | Disbursements | Value |
|---|---|---|
| | **Courier/Messenger** | |
| 03/03/10 | Courier/Messenger Inv#: 701990686 Date Sent: 03/03/2010 Sender: Joel D. Michaelson Airbill: 982650671932 Carney Shegerian Shegerian & Associates Inc. 225 Arizona Avenue Suite 400 SANTA MONICA, CA 90401 | 8.69 |
| | **Copying** | |
| 03/03/10 | Copying | 5.20 |
| 03/15/10 | Copying | 1.20 |
| | **Facsimile** | |
| 03/02/10 | Facsimile | 4.00 |
| | **Online Research** | |
| 02/10/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M KEYCITE | 1.26 |
| 02/10/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M WESTLAW DOCUMENTS | 6.07 |
| 02/10/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M TRANSACTIONAL ONLINE FINDS | 12.64 |
| 02/11/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M COMMUNICATIONS | 0.10 |
| 02/11/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M HOURLY CONNECT | 0.33 |
| 02/11/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M KEYCITE | 2.53 |
| 02/11/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M WESTLAW DOCUMENTS | 3.03 |
| 02/11/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M STANDARD | 3.77 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Los Angeles Times (Sherman)

| | | |
|---|---|---:|
| 02/11/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M TRANSACTIONAL ONLINE FINDS | 7.59 |
| 02/23/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M COMMUNICATIONS | 1.53 |
| 02/23/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M KEYCITE | 2.53 |
| 02/23/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M HOURLY CONNECT | 4.92 |
| 02/23/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M RESULTSPLUS ALLFILES | 5.98 |
| 02/23/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M ALLFILES | 12.83 |
| 02/23/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M TRANSACTIONAL ONLINE FINDS | 17.69 |
| 02/23/10 | Inv#: 820175449 Office: LOS ANGELES User: RUSCH E,TIMOTHY M STANDARD | 48.86 |

**Total Disbursements** 150.75

**Total Amount Due** $1,876.95



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1710118
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,918.00 |
| Less Discount | ($191.80) |
| Total Fees after Discount | $1,726.20 |
| Total Disbursements | 150.75 |
| Total Fees and Disbursements This Statement | $1,876.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS  **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710121
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through March 31, 2010

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/01/10 | T. Hix | L250 | 0 | Review and revise opposition to motion to set aside dismissal. | 0.50 | 237.50 |
| 03/02/10 | T. Hix | L120 | 0 | Telephone conference with client regarding case status. | 0.10 | 47.50 |
| 03/03/10 | T. Hix | L120 | 0 | Telephone conference with client regarding case status. | 0.10 | 47.50 |
| 03/05/10 | T. Rusche | | | Attend mandatory case status conference. | 1.00 | 435.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.70 | |
| **Total Fees** | | $767.50 |
| **Less Discount** | | ($76.75) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1710121

Page 2

Los Angeles Times (Sherman)

**Total Fees After Discount**      $690.75

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T. Hix | Partner | - | 0.70 | hours at | $475.00 | per hour |
| T. Rusche | Partner | - | 1.00 | hours at | $435.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $690.75



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1710121
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $767.50 |
| Less Discount | ($76.75) |
| Total Fees after Discount | $690.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $690.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH** ATTORNEYS **SHAW** LLP

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
Federal id 36-2152202

Atlanta
Boston
Chicago
Houston
Los Angeles
New York
Sacramento
San Francisco
Washington, D.C.
Brussels

April 9, 2010

Invoice No. 1710262
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through March 31, 2010

### Country Club Matter 0000001901

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/04/10 | C. Olson | C300 | 0 | Finalize assessment for J. Xanders. | 0.80 | 544.00 |
| 03/05/10 | C. Olson | L190 | 0 | Review notes and telephone conference with J. Xanders, review and revise powerpoint regarding legal discussion. | 2.80 | 1,904.00 |
| 03/11/10 | C. Olson | C300 | 0 | Finalize powerpoint presentation. | 1.50 | 1,020.00 |
| 03/12/10 | C. Olson | C300 | 0 | Review e-mails from J. Xanders (.6); telephone conference with J. Xanders regarding same (.3); revise job description (.2); discussion regarding powerpoint revisions (.2), additional revisions (.4). | 1.70 | 1,156.00 |
| 03/18/10 | C. Olson | C300 | 0 | Review document (.4); discussion with J. Xanders and D. Starr regarding carrier litigation and practices (.1). | 0.50 | 340.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/23/10 | C. Olson | C300 | 0 | Meeting with J. Xanders and circulation management regarding practices of large distributors. | 2.00 | 1,360.00 |

| | | |
|---|---|---|
| **Total Hours** | 9.30 | |
| **Total Fees** | | $6,324.00 |
| **Less Discount** | | ($632.40) |
| **Total Fees After Discount** | | $5,691.60 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 9.30 | hours at | $680.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $5,691.60 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Julie K. Xanders, Esq.                          Invoice No. 1710262
Senior Vice President, Legal                    0276 17832 / 17832-000034
Los Angeles Times                               Country Club Matter 0000001901
202 West First Street
5th Floor
Los Angeles, CA  90012

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,324.00 |
| Less Discount | ($632.40) |
| Total Fees after Discount | $5,691.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $5,691.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:          PAYMENT MAY BE MADE BY WIRE TO:
SEYFARTH SHAW LLP                          Bank of America
131 S. DEARBORN STREET, SUITE 2400         ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
CHICAGO, IL 60603-5577                     ACCOUNT NUMBER: 5201743357
                                           ABA - WIRE PAYMENT NUMBER: 026-009-593
                                           ABA - ACH PAYMENT NUMBER: 081-904-808
                                           SWIFT CODE: BOFAUS3N

# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710081
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through March 31, 2010

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/15/10 | J. Sherman | C300 | 0 | E-mail correspondence to and from A. Barnes relating to possible subcontracting work (.5); review of collective bargaining agreement (.6) and Kaplan arbitration award concerning same (.2). | 1.30 | 890.50 |
| 03/16/10 | J. Sherman | C300 | 0 | Review and analyze driver contract regarding possible subcontracting matter (.1); draft analysis to client (1.2); e-mail correspondence with client regarding same (.2). | 1.50 | 1,027.50 |
| 03/17/10 | J. Sherman | C300 | 0 | Multiple telephone conferences with A. Barnes regarding possible subcontracting issue. | 0.50 | 342.50 |

**Total Hours**                                                                          3.30

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 1710081

Page 2

Baltimore Sun

| | |
|---|---|
| **Total Fees** | $2,260.50 |
| **Less Discount** | ($226.05) |
| **Total Fees After Discount** | $2,034.45 |

**Timekeeper Summary**

| J. Sherman | Partner | - | 3.30 | hours at | $685.00 | per hour |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,034.45 |

# SEYFARTH
**ATTORNEYS**  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1710081
0276 12575 / 12575-000001
Labor-General 0000001174

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,260.50 |
| Less Discount | ($226.05) |
| Total Fees after Discount | $2,034.45 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,034.45 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710082
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through March 31, 2010

## Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/08/10 | K. Michaels | C300 | 0 | Review of draft settlement agreement (J. Jackson matter) (.3); drafting email correspondence to A. Barnes regarding suggested revisions to same (.2). | 0.50 | 285.00 |
| 03/09/10 | K. Michaels | C300 | 0 | Revising draft settlement agreement (J. Jackson settlement agreement). | 1.00 | 570.00 |
| 03/09/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding various Guild matters (J. Jackson settlement and parking grievance arbitration). | 0.50 | 285.00 |
| 03/22/10 | K. Michaels | C300 | 0 | Review of Company draft answer to Guild request (for advertising information). | 0.40 | 228.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1710082

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/22/10 | K. Michaels | C300 | 0 | Second telephone conference with A. Barnes regarding Company draft response to Guild request (for advertising revenue numbers). | 0.40 | 228.00 |
| 03/22/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding information request from the Guild (advertising information). | 0.40 | 228.00 |
| 03/24/10 | K. Michaels | C300 | 0 | Review of final draft of Company response to Guild request (for advertising information). | 0.30 | 171.00 |
| 03/24/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding edits to Company draft response to Guild information request (advertising information request). | 0.30 | 171.00 |

**Total Hours**                                                                 3.80

**Total Fees**                                                                  $2,166.00

**Less Discount**                                                               ($216.60)

**Total Fees After Discount**                                                   $1,949.40

**Timekeeper Summary**

| K. Michaels | Partner | - | 3.80 | hours at | $570.00 | per hour |
|-------------|---------|---|------|----------|---------|----------|

**Total Disbursements**                                                         0.00

**Total Amount Due**                                                            $1,949.40



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1710082
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,166.00 |
| Less Discount | ($216.60) |
| Total Fees after Discount | $1,949.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,949.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710083
0276 12575 / 12575-000296
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through March 31, 2010

**Pay for Performance; Case No. 16 300 00758 09**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/03/10 | J. Sherman | C300 | 0 | Extended conference calls with witnesses to prepare for March 9 hearing. | 1.50 | 1,027.50 |
| 03/08/10 | J. Sherman | C300 | 0 | Work on case preparation in anticipation of March 9 hearing (.90); e-mail correspondence with union attorney Paul in connection with hearing issues (.10). | 1.00 | 685.00 |
| 03/09/10 | J. Sherman | L120 | 0 | Represent client in third day of arbitration hearing in Baltimore and related case preparation. | 6.00 | 4,110.00 |
| 03/21/10 | J. Sherman | L120 | 0 | Work on post-hearing brief. | 8.00 | 5,480.00 |
| 03/22/10 | J. Sherman | L120 | 0 | Work on post-hearing brief. | 1.00 | 685.00 |
| 03/24/10 | J. Sherman | L120 | 0 | Work on pay for performance post-hearing brief. | 0.50 | 342.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 03/26/10 | M. Jo | C200 | 0 | Telephone conference with J. Sherman to discuss research assignment regarding the issue of timeliness for filing grievances(.4); legal research in firm library to ascertain available resources (.2). | 0.60 | 171.00 |
| 03/29/10 | M. Jo | C200 | 0 | Legal research for J. Sherman regarding timeliness for filing grievances given the specific language of the collective bargaining agreement provision. | 1.50 | 427.50 |
| 03/30/10 | M. Jo | C200 | 0 | Legal research on arbitration decisions regarding timeliness of filing grievances (3.50); preparation of email correspondence to J. Sherman detailing research findings (.80. | 4.30 | 1,225.50 |

| | | |
|---|---|---|
| **Total Hours** | | 24.40 |
| **Total Fees** | | $14,154.00 |
| **Less Discount** | | ($1,415.40) |
| **Total Fees After Discount** | | $12,738.60 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 18.00 | hours at | $685.00 | per hour |
| M. Jo | Associate | - | 6.40 | hours at | $285.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Taxi** | |
| 03/31/10 | Taxi - JEREMY P. SHERMAN 3/8 TAXI | 38.00 |
| | **Local Travel** | |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Baltimore Sun

| | | | |
|---|---|---|---|
| 03/31/10 | Local Travel - JEREMY P. SHERMAN 3/8 MILEAGE | | 18.50 |
| | **Travel** | | |
| 03/31/10 | Travel - JEREMY P. SHERMAN 3/8 TOLLS | | 0.90 |

**Total Disbursements**                                     57.40

**Total Amount Due**                                     $12,796.00



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1710083
0276 12575 / 12575-000296
Pay for Performance; Case No. 16 300 00758 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $14,154.00 |
| Less Discount | ($1,415.40) |
| Total Fees after Discount | $12,738.60 |
| Total Disbursements | 57.40 |
| Total Fees and Disbursements This Statement | $12,796.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710086
0276 12575 / 12575-000297
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through March 31, 2010

## Columnists Reporting Assignments Arbitration; Case No. 16 300 00842 09

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/01/10 | K. Michaels | L110 | 0 | Review of information to be used in arbitration (information regarding news department rotations and related issues). | 0.60 | 342.00 |
| 03/01/10 | K. Michaels | L110 | 0 | Review of additional documentation (regarding columnists writing reported stories). | 0.40 | 228.00 |
| 03/01/10 | K. Michaels | L120 | 0 | Review of draft letter to the Guild (regarding timeliness of Section 6.2 claim). | 0.20 | 114.00 |
| 03/01/10 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes regarding timeliness issues. | 0.30 | 171.00 |
| 03/01/10 | K. Michaels | L410 | 0 | Telephone conference with A. Barnes, M. Corey and D. Morrison regarding preparation for arbitration. | 3.00 | 1,710.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/01/10 | K. Michaels | L410 | 0 | Telephone conference with witnesses regarding preparation for arbitration (T. Alatzas, D. Rosenthal and A. Barnes). | 0.50 | 285.00 |
| 03/01/10 | K. Michaels | L410 | 0 | Telephone conference with witness regarding preparation for arbitration (D. Rosenthal and A. Barnes). | 0.50 | 285.00 |
| 03/02/10 | K. Michaels | L410 | 0 | Finalizing witness outlines (M. Corey, H. Weinstein, D. Nitkin and A. Barnes). | 2.80 | 1,596.00 |
| 03/02/10 | K. Michaels | L410 | 0 | Drafting opening statement. | 1.50 | 855.00 |
| 03/03/10 | K. Michaels | C300 | 0 | Review arbitral decisions in preparation for hearing (NAA decisions). | 2.00 | 1,140.00 |
| 03/03/10 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes regarding Guild request for columnists information. | 0.30 | 171.00 |
| 03/04/10 | K. Michaels | L410 | 0 | Preparation of cross-examinations (of D. Rodrick, S. Reimer, B. Salganick, C. Knox). | 3.00 | 1,710.00 |
| 03/11/10 | K. Michaels | L160 | 0 | Review of e-mail correspondence from A. Barnes and draft settlement agreement (.30); review of e-mail correspondence from A. Barnes and attached draft settlement agreement from the Guild (.20); telephone conference with A. Barnes regarding settlement agreement (.30). | 0.80 | 456.00 |

| | |
|---|---|
| **Total Hours** | 15.90 |
| **Total Fees** | $9,063.00 |
| **Less Discount** | ($906.30) |
| **Total Fees After Discount** | $8,156.70 |



Baltimore Sun

## Timekeeper Summary

K. Michaels          Partner          -          15.90          hours at          $570.00          per hour

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Taxi** | |
| 03/03/10 | Taxi -  KRISTIN E. MICHAELS TAXIS- 01/29/10 | 209.00 |
| 03/31/10 | Taxi -  KRISTIN E. MICHAELS TAXIS- 02/20/10 | 109.00 |

**Total Disbursements**                                                                318.00

**Total Amount Due**                                                                $8,474.70



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1710086
0276 12575 / 12575-000297
Columnists Reporting Assignments Arbitration; Case
No. 16 300 00842 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $9,063.00 |
| Less Discount | ($906.30) |
| Total Fees after Discount | $8,156.70 |
| Total Disbursements | 318.00 |
| Total Fees and Disbursements This Statement | $8,474.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710091
0276 12575 / 12575-000298
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through March 31, 2010

### Parking Rate Increase Grievance; Case No. 16 300 00214 10

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/12/10 | D. Veltman | | | Locate and obtain arbitrator statistics for K. Michaels. | 0.70 | 94.50 |
| 03/18/10 | K. Michaels | L120 | 0 | Review of arbitrator statistics and data for purposes of ranking panel. | 1.00 | 570.00 |
| 03/19/10 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes regarding selection and ranking of arbitrators. | 0.30 | 171.00 |
| 03/26/10 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes regarding American Arbitration Association administrative list of arbitrators. | 0.20 | 114.00 |



SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 1710091

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/26/10 | K. Michaels | L120 | 0 | Drafting e-mail correspondence to American Arbitration Association regarding failure of American Arbitration Association to attach correct bios to arbitrator administrative appointment list. | 0.20 | 114.00 |
| 03/26/10 | K. Michaels | L120 | 0 | Review of letter and attached arbitrator biographies from American Arbitration Association. | 0.20 | 114.00 |
| 03/30/10 | D. Veltman | C200 | 0 | Locate and obtain arbitrator statistics for K. Michaels. | 0.50 | 67.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 3.10 | |
| **Total Fees** | | | $1,245.00 |
| **Less Discount** | | | ($124.50) |
| **Total Fees After Discount** | | | $1,120.50 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 1.90 | hours at | $570.00 | per hour |
| D. Veltman | Librarian | - | 1.20 | hours at | $135.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Facsimile** | |
| 03/19/10 | Facsimile | 3.00 |

| | |
|---|---|
| **Total Disbursements** | 3.00 |
| **Total Amount Due** | $1,123.50 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1710091
0276 12575 / 12575-000298
Parking Rate Increase Grievance; Case No. 16 300
00214 10

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,245.00 |
| Less Discount | ($124.50) |
| Total Fees after Discount | $1,120.50 |
| Total Disbursements | 3.00 |
| Total Fees and Disbursements This Statement | $1,123.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710290
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2010

### Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/11/10 | G. Pauling II | | | Review status in preparation for March 18 hearing. | 0.30 | 168.00 |
| 03/11/10 | K. Osgood | L190 | 0 | Telephone court appointed counsel. | 0.10 | 42.00 |
| 03/16/10 | K. Osgood | L230 | 0 | Attend status conference (1.); draft summary of the same for A. Jubelirer (.1). | 1.10 | 462.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.50 | |
| **Total Fees** | | $672.00 |
| **Less Discount** | | ($67.20) |
| **Total Fees After Discount** | | $604.80 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1710290

Page 2

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 0.30 | hours at | $560.00 | per hour |
| K. Osgood | Associate | - | 1.20 | hours at | $420.00 | per hour |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| | **Online Research** | |
| 01/11/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M WESTLAW DOCUMENTS | 22.90 |
| 01/11/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL SEARCHES | 78.76 |
| 01/12/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL ONLINE FINDS | 5.45 |
| 01/12/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M WESTLAW DOCUMENTS | 13.09 |
| 01/12/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL SEARCHES | 72.42 |
| 01/14/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M KEYCITE | 1.36 |
| 01/14/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL ONLINE FINDS | 13.63 |
| 01/20/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M KEYCITE | 4.09 |
| 01/20/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL ONLINE FINDS | 27.27 |
| 01/20/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M WESTLAW DOCUMENTS | 35.98 |
| 01/20/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL SEARCHES | 132.15 |
| 01/25/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL ONLINE FINDS | 5.45 |
| 01/25/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M WESTLAW DOCUMENTS | 6.55 |
| 01/25/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL SEARCHES | 39.60 |
| 01/26/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M WESTLAW DOCUMENTS | 6.55 |



Tribune Company

| 01/26/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M KEYCITE | 6.81 |
| 01/26/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL ONLINE FINDS | 27.27 |
| 01/26/10 | Inv#: 820004538 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL SEARCHES | 45.95 |
| 02/10/10 | Inv#: 820175449 Office: CHICAGO User: OSGOOD,KA REN M TRANSACTIONAL SEARCHES | 39.33 |

**Total Disbursements**                                                                                       584.61

**Total Amount Due**                                                                                        $1,189.41



# SEYFARTH
**A T T O R N E Y S**  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1710290
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $672.00 |
| Less Discount | ($67.20) |
| Total Fees after Discount | $604.80 |
| Total Disbursements | 584.61 |
| Total Fees and Disbursements This Statement | $1,189.41 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710104
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2010

### Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/02/10 | D. Hyun | C200 | 0 | Legal research regarding privilege under Civil Code section 47(e), natural tendency requires actual causation, research cases cited in Judge's order, punitive damages standard for defamation, if hatred or bad blood sufficient for punitive damages. | 3.90 | 1,560.00 |
| 03/02/10 | D. Hyun | L430 | 0 | Continued research for memorandum of points and authorities in support of motion for judgment on the pleadings. | 0.70 | 280.00 |
| 03/03/10 | J. Meer | L190 | 0 | Telephone conference with in-house counsel at The Tribune Company and bankruptcy counsel regarding mediation, potential settlement and related issues. | 1.00 | 570.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1710104

Page 2

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/03/10 | D. Hyun | C200 | 0 | Legal research regarding ratio of punitive to defamation and workplace safety and shootings are matter of public interest. | 2.70 | 1,080.00 |
| 03/03/10 | D. Hyun | C400 | 0 | Telephone conference with J. Meer, J. Osick, K. Lantry and M. Fischer regarding bankruptcy and potential mediation. | 1.00 | 400.00 |
| 03/03/10 | D. Hyun | L430 | 0 | Prepare memorandum of points and authorities in support of motion for judgment on the pleadings. | 4.70 | 1,880.00 |
| 03/04/10 | J. Meer | L390 | 0 | Outline motion for evidentiary sanction based on failure to provide litigation documents as discovery. | 2.20 | 1,254.00 |
| 03/04/10 | D. Hyun | C200 | 0 | Legal research regarding malice must be specifically pled for motion for judgment on the pleadings. | 0.80 | 320.00 |
| 03/04/10 | D. Hyun | L430 | 0 | Strategy, planning and preparing with J. Meer regarding motion for judgment on the pleadings. | 1.00 | 400.00 |
| 03/04/10 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for judgment on the pleadings. | 6.50 | 2,600.00 |
| 03/05/10 | D. Hyun | C200 | 0 | Legal research that libel per se must be specifically pled, statutory violations must be specifically pled, a plaintiff must allege facts, not legal conclusions. | 1.60 | 640.00 |
| 03/05/10 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for judgment on the pleadings. | 6.20 | 2,480.00 |
| 03/08/10 | J. Meer | L190 | 0 | Prepare Motion for Terminating Sanctions/Evidentiary Sanctions based on failure to furnish evidence of mitigation of damages as previously ordered by the Court. | 1.40 | 798.00 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1710104

Page 3

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/08/10 | D. Hyun | C200 | 0 | Legal research for cases holding that a plaintiff must allege separate causes of action separately. | 0.80 | 320.00 |
| 03/08/10 | D. Hyun | L430 | 0 | Continued work on draft of memorandum of points and authorities in support of motion for judgment on the pleadings. | 3.50 | 1,400.00 |
| 03/09/10 | J. Meer | L240 | 0 | Revise motion for judgment on the pleadings. | 1.30 | 741.00 |
| 03/09/10 | J. Meer | L390 | 0 | Exchange emails with plaintiff's counsel regarding sequence of issues to be decided by the discovery referee. | 0.80 | 456.00 |
| 03/09/10 | M. Halperin | L310 | 0 | Review and respond to communication from the deposition officer regarding the status of the discovery referee's review of the subpoena for records from KTLA. | 0.10 | 27.50 |
| 03/10/10 | J. Meer | L160 | 0 | Exchange emails with plaintiff's counsel regarding settlement issues. | 0.40 | 228.00 |
| 03/10/10 | J. Meer | L190 | 0 | Prepare Motion for Terminating/Evidentiary Sanctions. | 1.50 | 855.00 |
| 03/10/10 | J. Meer | L240 | 0 | Revise motion for Terminating/Evidentiary Sanctions. | 1.00 | 570.00 |
| 03/12/10 | J. Meer | L120 | 0 | Telephone conference with I. Goldstone regarding case status. | 0.40 | 228.00 |
| 03/12/10 | J. Meer | L190 | 0 | Review authority from plaintiff's counsel regarding exception to bankruptcy rules on mediation. | 0.80 | 456.00 |
| 03/12/10 | J. Meer | L240 | 0 | Revise motion for Terminating/Evidentiary Sanctions. | 1.40 | 798.00 |
| 03/12/10 | D. Hyun | L430 | 0 | Draft notice of motion and motion for subsequent motion for summary judgment. | 2.70 | 1,080.00 |
| 03/12/10 | D. Hyun | L430 | 0 | Review and revise memorandum of points and authorities in support of new motion for summary judgment. | 0.50 | 200.00 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 03/15/10 | J. Meer | L160 | 0 | Telephone conference with J. Osick regarding mediation issues. | 0.40 | 228.00 |
| 03/15/10 | J. Meer | L160 | 0 | Telephone conference with J. Shapiro regarding legal authorities allowing mediation to go forward only as to Defendant I. Goldstone. | 0.60 | 342.00 |
| 03/15/10 | J. Meer | L190 | 0 | Review legal authorities cited by J. Shapiro allowing mediation to go forward only as to Defendant I. Goldstone. | 0.10 | 57.00 |
| 03/15/10 | J. Meer | L240 | 0 | Revise supplemental motion for summary judgment. | 1.00 | 570.00 |
| 03/15/10 | J. Meer | L240 | 0 | Prepare new motion for summary judgment based on plaintiff's failure to conduct requested discovery. | 1.80 | 1,026.00 |
| 03/15/10 | D. Hyun | L120 | 0 | Conference, planning and preparing for settlement discussions with plaintiff and bankruptcy. | 0.40 | 160.00 |
| 03/15/10 | D. Hyun | L430 | 0 | Draft compendium of non-California authorities in support of new motion for summary judgment. | 0.50 | 200.00 |
| 03/15/10 | D. Hyun | L430 | 0 | Draft request for judicial notice in support of new motion for summary judgment on the pleadings. | 0.50 | 200.00 |
| 03/16/10 | J. Meer | L160 | 0 | Exchange emails with plaintiff's counsel regarding agenda items to be discussed for settlement meeting. | 0.30 | 171.00 |
| 03/17/10 | J. Meer | L190 | 0 | Lengthy meeting with plaintiff's counsel regarding resuming depositions, discovery priority and discovery sequence issues, possibilities for mediation, and motion to amend protective order. | 3.20 | 1,824.00 |
| 03/17/10 | D. Hyun | C400 | 0 | In-person conference with J. Shapiro, K. Moskowitz and J. Meer regarding settlement and discovery. | 3.20 | 1,280.00 |



Invoice No. 1710104

Page 5

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/22/10 | D. Hyun | C200 | 0 | Legal research regarding judicial notice of a party's concessions, uncontroverted facts and update request for judicial notice based on same. | 1.20 | 480.00 |
| 03/23/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding additional documents produced by Plaintiff showing post-termination availability for work. | 0.50 | 285.00 |
| 03/23/10 | J. Meer | L320 | 0 | Review additional documents produced by plaintiff. | 1.00 | 570.00 |
| 03/23/10 | D. Hyun | L320 | 0 | Review and analyze plaintiff's supplemental document production. | 2.40 | 960.00 |
| 03/26/10 | J. Meer | L190 | 0 | Exchange emails with J. Osick regarding bankruptcy issues. | 0.30 | 171.00 |

| | | |
|---|---|---|
| **Total Hours** | 66.30 | |
| **Total Fees** | | $30,145.50 |
| **Less Discount** | | ($3,014.55) |
| **Total Fees After Discount** | | $27,130.95 |

**Timekeeper Summary**

| J. Meer | Partner | - | 21.40 | hours at | $570.00 | per hour |
|---------|---------|---|-------|----------|---------|----------|
| D. Hyun | Associate | - | 44.80 | hours at | $400.00 | per hour |
| M. Halperin | Paralegal | - | 0.10 | hours at | $275.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Attorney Services** | |
| 03/12/10 | Attorney Services - NATIONWIDE LEGAL, INC 1/29/10 | 83.75 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

Ira H. Goldstone

| | **Copying** | |
|---|---|---|
| 03/02/10 | Copying | 20.70 |
| 03/23/10 | Copying | 74.70 |

| | **Online Research** | |
|---|---|---|
| 01/12/10 | Inv#: 820004538 Office: LOS ANGELES User: MEER, JONATHAN D WESTLAW DOCUMENTS | 6.08 |
| 01/12/10 | Inv#: 820004538 Office: LOS ANGELES User: MEER, JONATHAN D COMMUNICATIONS | 11.42 |
| 01/12/10 | Inv#: 820004538 Office: LOS ANGELES User: MEER, JONATHAN D HOURLY CONNECT | 36.87 |
| 01/12/10 | Inv#: 820004538 Office: LOS ANGELES User: MEER, JONATHAN D STANDARD | 422.98 |
| 01/13/10 | Inv#: 820004538 Office: LOS ANGELES User: MARIN O,MARIJA T COMMUNICATIONS | 0.53 |
| 01/13/10 | Inv#: 820004538 Office: LOS ANGELES User: MARIN O,MARIJA T HOURLY CONNECT | 1.71 |
| 01/13/10 | Inv#: 820004538 Office: LOS ANGELES User: MARIN O,MARIJA T RESULTSPLUS ALLFILES | 5.33 |
| 01/13/10 | Inv#: 820004538 Office: LOS ANGELES User: MARIN O,MARIJA T WESTLAW DOCUMENTS | 6.08 |
| 01/13/10 | Inv#: 820004538 Office: LOS ANGELES User: MARIN O,MARIJA T STANDARD | 17.61 |
| 02/10/10 | Inv#: 820175449 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 24.26 |
| 02/10/10 | Inv#: 820175449 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 33.36 |
| 02/11/10 | Inv#: 820175449 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 38.92 |
| 02/11/10 | Inv#: 820175449 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 72.78 |
| 02/16/10 | Inv#: 820175449 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 24.26 |
| 02/17/10 | Inv#: 820175449 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 24.26 |
| 02/23/10 | Inv#: 820175449 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 38.92 |
| 02/23/10 | Inv#: 820175449 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 48.52 |
| 03/02/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 20.72 |
| 03/02/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 47.49 |
| 03/03/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 28.49 |

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Ira H. Goldstone

| 03/03/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 82.88 |
|---|---|---|
| 03/04/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 20.72 |
| 03/05/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S KEYCITE | 1.08 |
| 03/05/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL ONLINE FINDS | 2.16 |
| 03/05/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S INTRANET FIND&PRINT FINDS | 14.24 |
| 03/05/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 41.44 |
| 03/08/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 10.54 |
| 03/22/10 | Inv#: 820358759 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 10.54 |

**Local Travel**

| 03/31/10 | Local Travel - DENNIS S. HYUN Mileage - Atttend Motion to Compel hearing at LA Superior Court, Central District 01/14/10 | 14.00 |
|---|---|---|
| 03/31/10 | Local Travel - DENNIS S. HYUN Mileage - Attend Summary Judgement hearing at Los Angeles Superior Court Central District 01/22/10 | 14.00 |
| 03/31/10 | Local Travel - DENNIS S. HYUN Mileage - Attend Summary Judgement (part two) hearing at Los Angeles Superior Court Central District 01/29/10 | 14.00 |
| 03/31/10 | Local Travel - DENNIS S. HYUN Mileage - Atttend Motion to Compel hearing at LA Superior Court, Central District 12/15/10 | 15.40 |

**Travel**

| 03/31/10 | Travel - DENNIS S. HYUN Parking - Attend Motion to Compel hearing at LA Superior Court, Central District 12/15/10 | 17.50 |
|---|---|---|
| 03/31/10 | Travel - DENNIS S. HYUN Parking - Atttend Motion to Compel hearing at LA Superior Court, Central District 01/14/10 | 18.00 |
| 03/31/10 | Travel - DENNIS S. HYUN Parking - Attend Summary Judgement hearing at Los Angeles Superior Court Central District 01/22/10 | 18.00 |
| 03/31/10 | Travel - DENNIS S. HYUN Parking - Attend Summary Judgement (part two) hearing at Los Angeles Superior Court Central District 01/29/10 | 18.00 |

**Other**

| 03/05/10 | Other - BANK OF AMERICA Neuman v. IRA Goldstone LASC BC406704 | 7.50 |
|---|---|---|

**Total Disbursements** 1,409.74



Ira H. Goldstone

**Total Amount Due**                                                $28,540.69



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1710104
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $30,145.50 |
| Less Discount | ($3,014.55) |
| Total Fees after Discount | $27,130.95 |
| Total Disbursements | 1,409.74 |
| Total Fees and Disbursements This Statement | $28,540.69 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710105
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2010

### Corporate Labor Relations Matters 0000001096

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/02/10 | T. Rusche | | | Prepare audit update. | 0.10 | 43.50 |
| 03/03/10 | G. Preonas | C300 | | Preparation of letter to auditors. | 0.30 | 204.00 |
| 03/03/10 | K. Osgood | L120 | 0 | Prepare audit response letter. | 0.50 | 210.00 |
| 03/05/10 | J. Meer | L190 | | Prepare response to audit letter request. | 0.50 | 285.00 |
| 03/06/10 | K. Michaels | C300 | 0 | Preparation audit letter response regarding The Baltimore Sun. | 0.30 | 171.00 |
| 03/09/10 | E. Cerasia II | C300 | 0 | Prepare responses for audit letter request. | 0.30 | 216.00 |
| 03/09/10 | J. Meer | L190 | | Prepare response to audit letter. | 0.50 | 285.00 |

**Total Hours**                                                                    2.50

**Total Fees**                                                              $1,414.50

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Tribune Company/Sherman

| | |
|---|---:|
| **Less Discount** | ($141.45) |
| **Total Fees After Discount** | $1,273.05 |

**Timekeeper Summary**

| Name | Title | | Hours | | Rate | |
|---|---|---|---|---|---|---|
| G. Preonas | Partner | - | 0.30 | hours at | $680.00 | per hour |
| K. Michaels | Partner | - | 0.30 | hours at | $570.00 | per hour |
| E. Cerasia II | Partner | - | 0.30 | hours at | $720.00 | per hour |
| J. Meer | Partner | - | 1.00 | hours at | $570.00 | per hour |
| K. Osgood | Associate | - | 0.50 | hours at | $420.00 | per hour |
| T. Rusche | Partner | - | 0.10 | hours at | $435.00 | per hour |

| Date | Disbursements | Value |
|---|---|---:|
| | **Copying** | |
| 03/11/10 | Copying | 0.90 |
| | **Facsimile** | |
| 03/11/10 | Facsimile | 11.04 |
| | **Long Distance Telephone** | |
| 03/02/10 | Long Distance Telephone | 0.70 |

| | |
|---|---:|
| **Total Disbursements** | 12.64 |
| **Total Amount Due** | $1,285.69 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1710105
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,414.50 |
| Less Discount | ($141.45) |
| Total Fees after Discount | $1,273.05 |
| Total Disbursements | 12.64 |
| Total Fees and Disbursements This Statement | $1,285.69 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710106
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through March 31, 2010

## Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/01/10 | J. McManus | B110 | 0 | Respond to fee auditor inquiries. | 0.20 | 54.00 |
| 03/05/10 | J. McManus | B110 | 0 | Prepare January monthly fee application. | 1.20 | 324.00 |
| 03/08/10 | J. McManus | B110 | 0 | Prepare Quarterly Fee Application. | 1.20 | 324.00 |
| 03/09/10 | J. McManus | B110 | 0 | Prepare Fourth Monthly Fee Application. | 0.90 | 243.00 |
| 03/10/10 | J. McManus | B110 | 0 | Prepare Fourth Monthly Fee Application exhibits. | 0.60 | 162.00 |
| 03/11/10 | J. McManus | B110 | 0 | Prepare disbursements spreadsheet (.40); revise fee auditor response (.20). | 0.60 | 162.00 |
| 03/12/10 | J. McManus | B110 | 0 | Revise Quarterly Fee Application. | 0.60 | 162.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/15/10 | J. McManus | B110 | 0 | Prepare and revise Third Monthly Fee Application (1.20); prepare, revise and assemble exhibits to Third Monthly Fee Application (1.30). | 2.50 | 675.00 |
| 03/16/10 | J. Sherman | C300 | 0 | Work on preparation of third monthly fee application. | 1.00 | 685.00 |
| 03/16/10 | J. McManus | B110 | 0 | Prepare Fourth Monthly Fee Application (1.80); prepare Summary of Fees and Expenses and accompanying charts (.80); confer with J. Sherman regarding Third and Fourth Fee Applications (.20). | 2.80 | 756.00 |
| 03/17/10 | J. Sherman | C300 | 0 | Preparation and review of the fourth monthly fee application. | 1.00 | 685.00 |
| 03/17/10 | J. Sowka | B410 | 0 | Conference with J. McManus regarding revisions to December 2009 and January 2010 fee applications. | 0.10 | 37.00 |
| 03/17/10 | J. Sowka | B410 | 0 | Review and revise December 2009 and January 2010 fee applications. | 0.40 | 148.00 |
| 03/17/10 | J. McManus | B110 | 0 | Finalize Third Monthly Fee Application (.60); revise charts in connection with Summary of Fees and Expenses (.40); Finalize Fourth Monthly Fee Application (.70); revise charts in connection with Summary of Fees and Expenses (.50); assemble fee applications for filing (.50); telephone conference with local counsel regarding same (.10). | 2.80 | 756.00 |
| 03/22/10 | J. McManus | B110 | 0 | Letter to K. Stickles enclosing original fee applications (.10); prepare Quarterly Fee Application (.40). | 0.50 | 135.00 |

| | | |
|---|---|---|
| **Total Hours** | 16.40 | |
| **Total Fees** | | $5,308.00 |
| **Less Discount** | | ($530.80) |
| **Total Fees After Discount** | | $4,777.20 |



Tribune Company/Sherman

### Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 2.00 | hours at | $685.00 | per hour |
| J. Sowka | Associate | - | 0.50 | hours at | $370.00 | per hour |
| J. McManus | Paralegal | - | 13.90 | hours at | $270.00 | per hour |

**Total Disbursements**                                                                           0.00

**Total Amount Due**                                                                      $4,777.20



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1710106
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,308.00 |
| Less Discount | ($530.80) |
| Total Fees after Discount | $4,777.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,777.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710185
0835 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2010

### Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 01/19/10 | C. Del Rey-Cone | L190 | 0 | Communications with D. Warner regarding scheduling of hearing. | 0.20 | 92.00 |
| 03/02/10 | C. Del Rey-Cone | L190 | 0 | Communications with D. Warner regarding status of bankruptcy stay (.2); communications with J. Osick regarding status of bankruptcy stay (.1). | 0.30 | 138.00 |
| 03/03/10 | C. Del Rey-Cone | L230 | 0 | Attend oral argument on LBN defendants' motion to sever (2.2); communications with J. Osick regarding oral agrument on defendants' motion to serve (.3). | 2.50 | 1,150.00 |

| | | |
|---|---|---|
| **Total Hours** | 3.00 | |
| **Total Fees** | | $1,380.00 |
| **Less Discount** | | ($138.00) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

**Total Fees After Discount**                                          $1,242.00

**Timekeeper Summary**

C. Del Rey-Cone          Associate        -      3.00      hours at      $460.00      per hour

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Process Server** | |
| 03/08/10 | Process Server -  UNITED LAWYERS SERVICE | 12.00 |
| | **Copying** | |
| 01/22/10 | Copying | 1.80 |
| 01/25/10 | Copying | 1.20 |
| | **Facsimile** | |
| 01/21/10 | Facsimile | 3.00 |
| | **Local Travel** | |
| 01/31/10 | Local Travel -  CLEAR ACCOUNT POSTINGS | 4.50 |

**Total Disbursements**                                                  22.50

**Total Amount Due**                                                    $1,264.50



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1710185
0835 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,380.00 |
| Less Discount | ($138.00) |
| Total Fees after Discount | $1,242.00 |
| Total Disbursements | 22.50 |
| Total Fees and Disbursements This Statement | $1,264.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Invoice No. 1710187
0835 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through March 31, 2010

### Karen Scott v. WPIX

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/03/10 | E. Cerasia II | L210 | 0 | Review and revise A. Jubelirer's draft position statement. | 1.00 | 720.00 |
| 03/03/10 | E. Cerasia II | L210 | 0 | Email correspondence with A. Jubelirer regarding revisions to position statement. | 0.10 | 72.00 |

**Total Hours**    1.10

**Total Fees**    $792.00

**Less Discount**    ($79.20)

**Total Fees After Discount**    $712.80

**Timekeeper Summary**

| E. Cerasia II | Partner | - | 1.10 | hours at | $720.00 | per hour |
|---------------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company


**Total Disbursements**                                          0.00

**Total Amount Due**                                          $712.80



# SEYFARTH SHAW LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

April 9, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1710187
0835 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $792.00 |
| Less Discount | ($79.20) |
| Total Fees after Discount | $712.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $712.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT MAY BE SENT BY CHECK TO:
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

PAYMENT MAY BE MADE BY WIRE TO:
Bank of America
ACCOUNT NAME: Seyfarth Shaw LLP Operating Account
ACCOUNT NUMBER: 5201743357
ABA - WIRE PAYMENT NUMBER: 026-009-593
ABA - ACH PAYMENT NUMBER: 081-904-808
SWIFT CODE: BOFAUS3N