# EXHIBIT A

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 31, 2010
**REVISED**

Invoice No. 1721115
0276 12420 / 12420-000001
W1ST

WGN-TV
2501 West Bradley Place
Chicago, IL  60618
Attn:  Mr. John F. Poelking
Controller

---

For legal services rendered through April 30, 2010

**Labor-General 0000000966**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/19/10 | M. Rybicki | C300 | | Legal research and preparation for meeting with WGN officials concerning organizing efforts by certain producers (2.8); attendance at meeting concerning same (2.4); preparation for meetings concerning NLRB issues and communication matters (.6); legal advice concerning various issues including disciplinary issues (1.2). | 7.00 | 4,795.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



WGN-TV

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/20/10 | M. Rybicki | C300 | | Preparation for and attendance at meetings with WGN management with respect to legal and campaign-related issues in conjunction with the representation petition in Case No. 13-RC-21929 (7.0); direction and review of research with respect to "small group or individual meetings" issues and preparation of preliminary legal memo advising management with respect to how to avoid engaging in objectionable conduct (2.0). | 9.00 | 6,165.00 |
| 04/20/10 | J. Toner | C200 | | Research regarding one of our supervisory communications. | 0.50 | 312.50 |
| 04/21/10 | M. Rybicki | C300 | | Attention to petition-related matters including the following: preparation of notice of appearance and identification of certain issues with respect to the scope and composition of the bargaining unit (1.00); review of decisions with respect to the supervisory or non-supervisory status of producers (1.10); telephone conferences Board Agent concerning same as well as scheduling issues (0.50); direction of and review of research concerning maintaining laboratory conditions (2.20); conversations and correspondence with management (Farber 0.20 / Caputo 0.1) and legal advice concerning same; review of materials for legality of content (0.8); correspondence with management (Lyons and Foran (0.10) concerning election scheduling issues. | 6.00 | 4,110.00 |



WGN-TV

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/22/10 | M. Rybicki | | | Attention to petition-related matters including the following: telephone conference with Board Agent about hearing schedule and issues for hearing (1.0); review of management updates relative to campaign (0.20); preparation of materials explaining timelines for elections and variables involved (0.40); preparation of request for information to J. Osick and telephone conference with him concerning same (0.20); e-mail to C. Roberson concerning election eligibility ("Excelsior") list (0.10); e-mails to A. Foran concerning certain petition-related matters (0.10); review of materials for legality of content (2.00) and preparation for strategy session (1.00)(Note: 0.20 = twenty minutes; 1.00 = 1 hour). | 5.00 | 3,425.00 |
| 04/23/10 | M. Rybicki | C300 | | Review of campaign materials for legality of content (1.00); preparation for strategy session and preparation of memo concerning same (2.00); preparation of stipulation (.50); attention to pre-election details (.40 ); e-mails and telephone conference with S. Farber (.10 ) | 4.00 | 2,740.00 |
| 04/26/10 | M. Rybicki | C300 | | All day meeting with WGN management concerning petition-related issues including campaign strategy, review of materials for legality of content and preparation for hearing (7.50); advice concerning pending arbitration contending from CLTV technical employee improperly slotted on pay grid (.5). | 8.00 | 5,480.00 |



WGN-TV

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/27/10 | M. Rybicki | C300 | | Preparation for and telephone conference with Board Agent concerning issues relating to scope and composition of bargaining unit and need for hearing (1.00); preparation of testimonial outlines (1.50); preparation of witnesses to testify at hearing (5.00). | 7.50 | 5,137.50 |
| 04/28/10 | M. Rybicki | C300 | | Telephone conference with Board Agent concerning issues relating to petition (.10); review of campaign materials for legality of content (.40), preparation for hearing (1.0). | 1.50 | 1,027.50 |
| 04/29/10 | M. Rybicki | C300 | | E-mail correspondence with S. Farber concerning petition-related matters (0.2); e-mail correspondence and telephone conference with A. Foran concerning hearing-related matters (0.1); preparation of materials in advance of and multiple telephone conferences with Union attorney concerning hearing issues and preparation of materials for management concerning those conversations (1.50); review of materials for legality of content and legal research concerning same (1.50); preparation for hearing (1.50). | 4.80 | 3,288.00 |
| 04/30/10 | M. Rybicki | C300 | | Two telephone conferences with Union attorney (.4); review of correspondence for legality of content and legal research concerning same (1.0); office conference with J. Sherman concerning same (0.2); attention to "single employer issue" in conjunction with hearing and research concerning same (1.1); and other preparation for hearing. (0.5). | 3.20 | 2,192.00 |
| 04/30/10 | J. Sherman | C300 | | (IBEW Organizing) Review draft client communication (.20); conference with M. Rybicki regarding legality of content of draft client communication (.20). | 0.40 | 274.00 |


**ATTORNEYS**

WGN-TV

| | | |
|---|---|---|
| **Total Hours** | | 56.90 |
| **Total Fees** | | $38,946.50 |
| **Less Discount** | | ($3,894.65) |
| **Total Fees After Discount** | | $35,051.85 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Rybicki | Partner | - | 56.00 | hours at | $685.00 | per hour |
| J. Sherman | Partner | - | 0.40 | hours at | $685.00 | per hour |
| J. Toner | Of Counsel | - | 0.50 | hours at | $625.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $35,051.85 |

# SEYFARTH

**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 31, 2010
**REVISED**

WGN-TV
2501 West Bradley Place
Chicago, IL 60618
Attn: Mr. John F. Poelking
Controller

Invoice No. 1721115
0276 12420 / 12420-000001
Labor-General 0000000966

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $38,946.50 |
| Less Discount | ($3,894.65) |
| Total Fees after Discount | $35,051.85 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $35,051.85 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721122
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through April 30, 2010

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/09/10 | K. Osgood | L190 | 0 | Review court order granting defendant's motion to dismiss and draft correspondence to A. Jubelirer enclosing the same. | 0.30 | 126.00 |
| 04/09/10 | N. Riesco | L120 | 0 | Review motion to dismiss (.3); review and analyze plaintiff's opposition to same and research case law cited therein (1.2); communications with K. Osgood and G. Pauling (.3); review court order regarding motion to dismiss (.2). | 2.00 | 780.00 |
| 04/14/10 | N. Riesco | L110 | 0 | Review docket sheet and court order concerning motion to dismiss and deferral of answer to remaining counts. | 0.20 | 78.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/16/10 | N. Riesco | L230 | 0 | Prepare for and attend status hearing before J. Bucko (1.0); communications with opposing counsel regarding potential settlement opportunities (.3). | 1.30 | 507.00 |
| 04/19/10 | K. Osgood | L190 | 0 | Conference with N. Riesco regarding strategy for discovery. | 0.30 | 126.00 |
| 04/19/10 | N. Riesco | L120 | 0 | Communication with K. Osgood regarding scheduling order in case and status hearing. | 0.20 | 78.00 |
| 04/26/10 | N. Riesco | L212 | 0 | Draft, edit and revise answer to complaint (.3); review docket sheet for status (.2). | 0.50 | 195.00 |
| 04/27/10 | G. Pauling II | L212 | 0 | Review/revise answer to complaint (.3); conference/communicate with client and review possible termination of key manager (1.0). | 1.30 | 728.00 |
| 04/28/10 | G. Pauling II | L120 | 0 | Review emails and conference with client regarding investigation of complaints against key manager. | 0.80 | 448.00 |
| 04/28/10 | N. Riesco | L212 | 0 | Draft edit and revise answer to complaint (5.4); review case documentation and communications with A. Jubelier regarding proposed termination of J. Harris (1.5); draft correspondence to opposing counsel regarding possible extension of time to file answer to complaint (.3). | 7.20 | 2,808.00 |
| 04/29/10 | G. Pauling II | L212 | 0 | Review/revise answer to complaint. | 2.00 | 1,120.00 |
| 04/29/10 | N. Riesco | L120 | 0 | Call to P. Bender regarding potential settlement and extension of time to answer complaint (.2); compose email to client regarding same (.3); conference with G. Pauling regarding status and edits to draft answer (.3); revise and edit answer to complaint (.8); compose email to client regarding same (.2); draft initial disclosures (.3); draft motion for extension of time (.7). | 2.80 | 1,092.00 |

**Total Hours**                                                                                                                18.90

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Chicago Tribune Company

| | | |
|---|---|---|
| **Total Fees** | | $8,086.00 |
| **Less Discount** | | (($808.60)) |
| **Total Fees After Discount** | | $7,277.40 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 4.10 | hours at | $560.00 | per hour |
| K. Osgood | Associate | - | 0.60 | hours at | $420.00 | per hour |
| N. Riesco | Associate | - | 14.20 | hours at | $390.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Online Research | 507.87 |
| Court Fees per S. White | 350.00 |
| **Total Disbursements** | 857.87 |
| **Total Amount Due** | $8,135.27 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1721122
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $8,086.00 |
| Less Discount | ($808.60) |
| Total Fees after Discount | $7,277.40 |
| Total Disbursements | 857.87 |
| Total Fees and Disbursements This Statement | $8,135.27 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721132
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through April 30, 2010

<u>Clement, Jayne v. Los Angeles Times, et al. 0000001656</u>

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/07/10 | T. Hix | L120 | 0 | Email exchange with bankruptcy counsel regarding dismissal and reinstatement of case. | 0.20 | 95.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 0.20 | |
| **Total Fees** | | | | | | $95.00 |
| **Less Discount** | | | | | | ($9.50) |
| **Total Fees After Discount** | | | | | | $85.50 |

**Timekeeper Summary**

| T. Hix | Partner | - | 0.20 | hours at | $475.00 | per hour |
|--------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

**Total Disbursements**                                                          0.00

**Total Amount Due**                                                         $85.50



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1721132
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $95.00 |
| Less Discount | ($9.50) |
| Total Fees after Discount | $85.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $85.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721144
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through April 30, 2010

### Country Club Matter 0000001901

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/31/10 | C. Olson | C300 | 0 | Review various materials from B. Davis and J. Xanders in preparation for call (.7); review related files for additional documents (.8). | 1.50 | 1,020.00 |
| 04/01/10 | C. Olson | C300 | 0 | Prepare for and attend telephone conference regarding various materials (1.0); review and revise same for call on distributors (1.3). | 2.30 | 1,564.00 |
| 04/14/10 | C. Olson | C300 | 0 | Review materials (.5); review revised materials (.5); discussion with J. Xanders and B. Davis regarding same (.5). | 1.50 | 1,020.00 |

**Total Hours** — 5.30

**Total Fees** — $3,604.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH SHAW LLP
### ATTORNEYS

Los Angeles Times

| | | |
|---|---|---|
| **Less Discount** | | ($360.40) |
| **Total Fees After Discount** | | $3,243.60 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 5.30 | hours at | $680.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $3,243.60 |



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

Invoice No. 1721144
0276 17832 / 17832-000034
Country Club Matter 0000001901

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,604.00 |
| Less Discount | ($360.40) |
| Total Fees after Discount | $3,243.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,243.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721395
0276 33175 / 33175-000024
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through April 30, 2010

### John Gallant v. Tribune Company, Los Angeles Times Communications, LLC; Case No. BC400055 0000001871

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/19/10 | L. O'Hara | L120 | 0 | Review state court notice of status conference and direction to R. Herrera regarding attendance at same. | 0.20 | 112.00 |
| 04/21/10 | L. O'Hara | L120 | 0 | Review declaration from opposing counsel asking the court to move status conference. | 0.20 | 112.00 |
| 04/28/10 | L. O'Hara | L120 | 0 | Review court order changing date of status conference. | 0.20 | 112.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.60 | |
| **Total Fees** | | $336.00 |
| **Less Discount** | | ($33.60) |
| **Total Fees After Discount** | | $302.40 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 0.60 | hours at | $560.00 | per hour |

**Total Disbursements**                                                        0.00

**Total Amount Due**                                                        $302.40



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1721395
0276 33175 / 33175-000024
John Gallant v. Tribune Company, Los Angeles Times
Communications, LLC; Case No. BC400055
0000001871

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $336.00 |
| Less Discount | ($33.60) |
| Total Fees after Discount | $302.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $302.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721124
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through April 30, 2010

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/16/10 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding response to Mailers Union attorney's claim that management's new equipment proposal implicates a non-mandatory subject of bargaining. | 0.30 | 205.50 |
| 04/23/10 | J. Sherman | C300 | 0 | Conference with A. Barnes regarding approach to Mailer negotiations. | 0.30 | 205.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 0.60 | |
| **Total Fees** | | | | | | $411.00 |
| **Less Discount** | | | | | | ($41.10) |
| **Total Fees After Discount** | | | | | | $369.90 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.60 | hours at | $685.00 | per hour |

**Total Disbursements**                                                                                     0.00

**Total Amount Due**                                                                                    $369.90



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1721124
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $411.00 |
| Less Discount | ($41.10) |
| Total Fees after Discount | $369.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $369.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721125
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through April 30, 2010

### Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/14/10 | J. Sherman | L120 | 0 | Review Guild information request (.10); conference with A. Barnes concerning response to same (.20). | 0.30 | 205.50 |
| 04/23/10 | J. Sherman | C300 | 0 | Review of correspondence from client regarding Guild information request (.10); conference with A. Barnes regarding legal options for responding to same (.30). | 0.40 | 274.00 |
| 04/23/10 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes regarding two janitor arbitrations. | 0.20 | 114.00 |
| 04/26/10 | J. Sherman | C300 | 0 | Draft proposed response to Guild information request (.50); telephone conference with A. Barnes in connection with same (.20). | 0.70 | 479.50 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Baltimore Sun

| | | |
|---|---|---|
| **Total Hours** | 1.60 | |
| **Total Fees** | | $1,073.00 |
| **Less Discount** | | ($107.30) |
| **Total Fees After Discount** | | $965.70 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.40 | hours at | $685.00 | per hour |
| K. Michaels | Partner | - | 0.20 | hours at | $570.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $965.70 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1721125
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

---

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,073.00 |
| Less Discount | ($107.30) |
| Total Fees after Discount | $965.70 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $965.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS**  SHAW LLP

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
Federal ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721126
0276 12575 / 12575-000296
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

---

For legal services rendered through April 30, 2010

**Pay for Performance; Case No. 16 300 00758 09**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/10 | M. Jo | C200 | 0 | Additional legal research regarding arbitration decisions concerning the timeliness of filing grievances. | 4.70 | 1,339.50 |
| 04/04/10 | J. Sherman | L120 | 0 | Work on post-hearing brief. | 0.50 | 342.50 |
| 04/10/10 | J. Sherman | L120 | 0 | Work on post-hearing brief. | 1.00 | 685.00 |
| 04/18/10 | J. Sherman | L120 | 0 | Work on post-hearing brief. | 6.00 | 4,110.00 |
| 04/25/10 | J. Sherman | L120 | 0 | Work on post-hearing brief. | 8.00 | 5,480.00 |
| 04/26/10 | J. Sherman | L120 | 0 | Work on post-hearing brief. | 2.00 | 1,370.00 |
| 04/28/10 | J. Sherman | L120 | 0 | Work on post-hearing brief. | 4.00 | 2,740.00 |
| 04/29/10 | J. Sherman | L120 | 0 | Work on post-hearing brief. | 4.00 | 2,740.00 |
| 04/30/10 | J. Sherman | L120 | 0 | Finalize post-hearing brief. | 1.50 | 1,027.50 |

**Total Hours**    31.70

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH SHAW LLP
ATTORNEYS

Baltimore Sun

| | |
|---|---|
| **Total Fees** | $19,834.50 |
| **Less Discount** | ($1,983.45) |
| **Total Fees After Discount** | $17,851.05 |

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 27.00 | hours at | $685.00 | per hour |
| M. Jo | Associate | - | 4.70 | hours at | $285.00 | per hour |

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| | **Travel** | |
| 04/21/10 | Out of Town Travel -  Parking - J. Sherman  03/08/10 | 45.00 |
| 04/21/10 | Out of Town Travel -  Hotel - J. Sherman 03/08/10 | 271.27 |
| 04/21/10 | Out of Town Travel -  Airfare - J. Sherman - CHGO/BALTIMORE- 03/08/10 | 307.39 |
| | **Meals** | |
| 04/21/10 | Meals -  J. Sherman  03/08/10 | 7.36 |

| | |
|---|---|
| **Total Disbursements** | 631.02 |
| **Total Amount Due** | $18,482.07 |

# SEYFARTH
ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1721126
0276 12575 / 12575-000296
Pay for Performance; Case No. 16 300 00758 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $19,834.50 |
| Less Discount | ($1,983.45) |
| Total Fees after Discount | $17,851.05 |
| Total Disbursements | 631.02 |
| Total Fees and Disbursements This Statement | $18,482.07 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name:  Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number:  026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number:  081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



**SEYFARTH SHAW**LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721123
0276 12575 / 12575-000298
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through April 30, 2010

**Parking Rate Increase Grievance; Case No. 16 300 00214 10**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/01/10 | K. Michaels | C200 | 0 | Review of arbitration decisions by T. DiLauro and R. Bloch pertinent to parking grievance. | 0.50 | 285.00 |
| 04/01/10 | K. Michaels | C300 | 0 | Review of arbitrator statistics and data for second arbitrator panel. | 0.60 | 342.00 |
| 04/01/10 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes regarding ranking of arbitrators from second arbitration panel. | 0.30 | 171.00 |
| 04/01/10 | K. Michaels | L120 | 0 | Drafting e-mail correspondence to firm traditional labor partners regarding arbitrators T. DiLauro, J. Tener and J. Weisblatt. | 0.10 | 57.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 04/01/10 | K. Michaels | L120 | 0 | Review of e-mail correspondence from firm traditional labor partners regarding opinions of arbitrators T. DiLauro, J. Tener and J. Weisblatt. | 0.10 | 57.00 |
| 04/01/10 | C. Hoyt | C200 | 0 | Locate and obtain labor arbitration decisions for K. Michaels. | 0.20 | 25.00 |
| 04/05/10 | K. Michaels | L120 | 0 | Review of follow up letter from American Arbitration Association acknowledging incorrect appointment of arbitrator. | 0.10 | 57.00 |
| 04/05/10 | K. Michaels | L120 | 0 | Review of letter from American Arbitration Association regarding appointment of arbitrator. | 0.10 | 57.00 |
| 04/05/10 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes regarding incorrect appointment of arbitrator by American Arbitration Association. | 0.20 | 114.00 |
| 04/12/10 | K. Michaels | C200 | 0 | Review of arbitral caselaw regarding Arbitrator J. Tener reported decisions. | 3.80 | 2,166.00 |
| 04/15/10 | K. Michaels | L120 | 0 | Review of e-mail correspondence from American Arbitration Association regarding scheduling arbitration (.10); exchange of e-mail correspondence with A. Barnes regarding same (.10). | 0.20 | 114.00 |
| 04/16/10 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes regarding alternate hearing date offered by arbitrator. | 0.10 | 57.00 |
| 04/16/10 | K. Michaels | L120 | 0 | Review of correspondence from American Arbitration Association and R. Paul, Union counsel, regarding scheduling arbitration. | 0.10 | 57.00 |
| 04/19/10 | K. Michaels | C200 | 0 | Research arbitral caselaw to be used in support of Company position. | 3.00 | 1,710.00 |
| 04/19/10 | K. Michaels | L110 | 0 | Drafting outline of information needed from Company in preparation for meeting in Baltimore. | 2.30 | 1,311.00 |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/22/10 | K. Michaels | L410 | 0 | Drafting outline of witness direct examinations (H. Weinstein and A. Barnes). | 4.40 | 2,508.00 |

| | | |
|---|---|---|
| **Total Hours** | 16.10 | |
| **Total Fees** | | $9,088.00 |
| **Less Discount** | | ($908.80) |
| **Total Fees After Discount** | | $8,179.20 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 15.90 | hours at | $570.00 | per hour |
| C. Hoyt | Librarian | - | 0.20 | hours at | $125.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Facsimile** | |
| 04/01/10 | Facsimile | 3.00 |

| | |
|---|---|
| **Total Disbursements** | 3.00 |
| **Total Amount Due** | $8,182.20 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1721123
0276 12575 / 12575-000298
Parking Rate Increase Grievance; Case No. 16 300
00214 10

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $9,088.00 |
| Less Discount | ($908.80) |
| Total Fees after Discount | $8,179.20 |
| Total Disbursements | 3.00 |
| Total Fees and Disbursements This Statement | $8,182.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name:  Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721141
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2010

### Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 03/22/10 | N. Riesco | L120 | | Meeting with K. Osgood to discuss case status. | 0.20 | 78.00 |
| 04/14/10 | N. Riesco | | | Review docket sheet for status and file appearance. | 0.20 | 78.00 |
| 04/19/10 | N. Riesco | L190 | | Communications with K. Osgood regarding case status. | 0.10 | 39.00 |
| 04/22/10 | N. Riesco | L190 | 0 | Review case pleadings (.2); draft answer to amended complaint (.8). | 1.00 | 390.00 |
| 04/26/10 | N. Riesco | L212 | 0 | Draft, edit and revise answer to complaint. | 4.20 | 1,638.00 |
| 04/27/10 | N. Riesco | L212 | 0 | Draft, edit and revise answer to complaint (2.2); communications with A. Jubelier and G. Silva regarding same (.3). | 2.50 | 975.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/29/10 | N. Riesco | L230 | 0 | Attend status hearing before Judge Kennelly (.8); compose email to client regarding same (.2); draft initial disclosures (.1). | 1.10 | 429.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 9.30 | |
| **Total Fees** | | | $3,627.00 |
| **Less Discount** | | | ($362.70) |
| **Total Fees After Discount** | | | $3,264.30 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 9.30 | hours at | $390.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $3,264.30 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1721141
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,627.00 |
| Less Discount | ($362.70) |
| Total Fees after Discount | $3,264.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,264.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721392
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2010

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/02/10 | J. Meer | L120 | 0 | Telephone conference with J. Osick, K. Lantry and M. Fischer regarding bankruptcy and mediation issues. | 0.60 | 342.00 |
| 04/05/10 | J. Meer | L190 | 0 | Meet and confer with plaintiff's counsel regarding time to determine whether a mediation will be scheduled. | 0.50 | 285.00 |
| 04/05/10 | J. Meer | L190 | 0 | Meeting with M. Fischer (outside bankruptcy counsel) regarding case status update and mediation issues. | 2.00 | 1,140.00 |
| 04/05/10 | J. Meer | L190 | 0 | Review authority cited by plaintiff's counsel for lifting the bankruptcy stay in order to proceed in Los Angeles Superior Court. | 0.50 | 285.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
## ATTORNEYS SHAW LLP

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/05/10 | M. Halperin | L310 | 0 | Preparation of communication to the deposition officer advising that the discovery referee has still not provided his opinion regarding the production of records by KTLA under the subpoena. | 0.10 | 27.50 |
| 04/06/10 | J. Meer | L190 | 0 | Prepare response to plaintiff's counsel regarding bankruptcy issues and threat to file a motion to lift bankruptcy stay. | 0.40 | 228.00 |
| 04/06/10 | J. Meer | L190 | 0 | Review letter from plaintiff's bankruptcy counsel regarding bankruptcy issues and threat to file a motion to lift bankruptcy stay. | 0.40 | 228.00 |
| 04/07/10 | J. Meer | L190 | 0 | Exchange emails with plaintiff's counsel regarding mediation. | 0.40 | 228.00 |
| 04/07/10 | J. Meer | L190 | 0 | Exchange emails with counsel for Tribune regarding mediation issues. | 0.40 | 228.00 |
| 04/09/10 | J. Meer | L160 | 0 | Telephone conference with outside counsel for creditors' committee regarding mediation. | 0.50 | 285.00 |
| 04/09/10 | J. Meer | L190 | 0 | Telephone conference with J. Osick, K. Lantry and M. Fischer regarding preparation for call with creditors committee regarding mediation. | 0.50 | 285.00 |
| 04/12/10 | J. Meer | L190 | 0 | Prepare email to plaintiff's counsel regarding mediation issues. | 0.40 | 228.00 |
| 04/12/10 | J. Meer | L190 | 0 | Prepare information to be sent to claims adjuster regarding case status. | 0.50 | 285.00 |
| 04/13/10 | J. Meer | L190 | 0 | Review insurance reservation of rights and coverage materials. | 0.40 | 228.00 |
| 04/13/10 | J. Meer | L190 | 0 | Exchange emails with insurance representative regarding reservation of rights and coverage materials. | 0.20 | 114.00 |
| 04/13/10 | J. Meer | L190 | 0 | Exchange emails with plaintiff's counsel regarding selection of mediators. | 0.40 | 228.00 |
| 04/14/10 | J. Meer | L120 | 0 | Prepare case analysis and exposure summary requested by insurance carrier. | 3.00 | 1,710.00 |



Invoice No. 1721392

Page 3

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/15/10 | J. Meer | L190 | 0 | Telephone conference with claim's counsel at Chubb regarding case status and mediation (1.2); prepare case evaluation as requested by Chubb (2.5); exchange emails with plaintiff's counsel regarding mediation issues (.4). | 4.10 | 2,337.00 |
| 04/16/10 | J. Meer | L190 | 0 | Exchange emails with plaintiff's counsel regarding deposition of J. Pannaman (.4); prepare case evaluation and case summary for insurance carrier (2.4); exchange emails with clients regarding mediation dates (.3); telephone conference with I. Goldstone regarding case status and mediation issues (.5). | 3.60 | 2,052.00 |
| 04/16/10 | D. Hyun | C400 | 0 | Draft e-mail to plaintiff's counsel regarding discovery and mediation. | 0.50 | 200.00 |
| 04/16/10 | D. Hyun | L120 | 0 | Telephone conference with J. Meer and I. Goldstone regarding mediation. | 0.20 | 80.00 |
| 04/16/10 | D. Hyun | L120 | 0 | Conference with J. Meer regarding mediation/discovery. | 0.60 | 240.00 |
| 04/16/10 | D. Hyun | L160 | 0 | Begin draft of mediation brief. | 0.40 | 160.00 |
| 04/19/10 | J. Meer | L190 | 0 | (0.3) Prepare email to co-counsel regarding mediation issues; (0.3) prepare email to insurance representative at Chubb regarding same; (0.3) prepare email to plaintiff's counsel regarding same; (1.5) prepare case analysis and case evaluation report for insurance carrier. | 2.40 | 1,368.00 |
| 04/19/10 | D. Hyun | L160 | 0 | Continued work on mediation brief. | 3.90 | 1,560.00 |
| 04/20/10 | J. Meer | L160 | 0 | Telephone conference with mediator's office regarding participants who will attend the mediation. | 0.30 | 171.00 |
| 04/20/10 | J. Meer | L190 | 0 | Review recent survey of jury verdicts for defamation claims to insert in mediation brief. | 0.80 | 456.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/20/10 | J. Meer | L190 | 0 | Prepare email to insurance adjuster at Chubb regarding mediation. | 0.30 | 171.00 |
| 04/21/10 | J. Meer | L190 | 0 | Review research regarding jury verdicts for defamation cases involving non-public figures, so that information can be included in the mediation brief. | 0.80 | 456.00 |
| 04/22/10 | J. Meer | L190 | 0 | Telephone conference with office of D. Rottman (mediator) regarding parameters for mediation, the parties who are attending, and procedure for filing mediation briefs. | 0.40 | 228.00 |
| 04/22/10 | D. Hyun | L430 | 0 | Continued work on draft of mediation brief. | 3.80 | 1,520.00 |
| 04/23/10 | J. Meer | L120 | 0 | Review jury verdicts for defamation claims for mediation brief. | 0.50 | 285.00 |
| 04/23/10 | J. Meer | L190 | 0 | Prepare email to insurance counsel regarding mediation. | 0.10 | 57.00 |
| 04/23/10 | J. Meer | L190 | 0 | Prepare email to J. Sherman regarding case status update. | 0.40 | 228.00 |
| 04/23/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding preparation for mediation. | 0.50 | 285.00 |
| 04/23/10 | J. Meer | L190 | 0 | Prepare email to J. Sherman regarding case status update. | 0.40 | 228.00 |
| 04/26/10 | J. Meer | L190 | 0 | Prepare email to I. Goldstone regarding mediation procedures, location and administrative issues. | 0.50 | 285.00 |
| 04/26/10 | D. Hyun | L160 | 0 | Continued work on draft of mediation brief. | 0.50 | 200.00 |
| 04/27/10 | J. Meer | L120 | 0 | Revise case evaluation report requested by insurance carrier. | 3.00 | 1,710.00 |
| 04/27/10 | J. Meer | L190 | 0 | Final review of jury verdicts for defamation cases, to be included in mediation brief. | 0.50 | 285.00 |
| 04/27/10 | J. Meer | L190 | 0 | Telephone conference with office of D. Rottman to confirm final arrangements for mediation. | 0.30 | 171.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/27/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone to discuss mediation issues. | 0.40 | 228.00 |
| 04/27/10 | D. Hyun | L160 | 0 | Continued work on draft of mediation brief. | 2.30 | 920.00 |
| 04/28/10 | J. Meer | L190 | 0 | Revise case evaluation and recommendations requested by insurance carrier. | 2.50 | 1,425.00 |
| 04/28/10 | D. Hyun | L160 | 0 | Continued work on draft of mediation brief. | 6.60 | 2,640.00 |
| 04/28/10 | D. Hyun | L330 | 0 | Review and analyze volume II of Neuman's deposition to use for mediation brief. | 2.30 | 920.00 |
| 04/29/10 | D. Hyun | L160 | 0 | Continued work on draft of mediation brief. | 8.20 | 3,280.00 |
| 04/30/10 | D. Hyun | L160 | 0 | Continued work on draft of mediation brief | 3.80 | 1,520.00 |

| | | |
|---|---|---|
| **Total Hours** | 66.10 | |
| **Total Fees** | | $32,020.50 |
| **Less Discount** | | ($3,202.05) |
| **Total Fees After Discount** | | $28,818.45 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 32.90 | hours at | $570.00 | per hour |
| D. Hyun | Associate | - | 33.10 | hours at | $400.00 | per hour |
| M. Halperin | Paralegal | - | 0.10 | hours at | $275.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Attorney Services** | |



Ira H. Goldstone

| | | |
|---|---|---|
| 04/05/10 | Attorney Services - NATIONWIDE LEGAL, INC 3/5/10 | 18.90 |
| 04/06/10 | Attorney Services - NATIONWIDE LEGAL, INC 2/12/10 | 47.25 |
| | **Filing Fees** | |
| 04/06/10 | Filing Fees -  NATIONWIDE LEGAL, INC 2/12/10 | 450.00 |
| | **Subpoena Fees** | |
| 04/20/10 | Subpoena Fees -  TITAN LEGAL SERVICES 12/31/09 | 60.94 |
| 04/20/10 | Subpoena Fees -  TITAN LEGAL SERVICES 12/31/09 | 60.94 |

**Total Disbursements**                                                                    638.03

**Total Amount Due**                                                                    $29,456.48



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1721392
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $32,020.50 |
| Less Discount | ($3,202.05) |
| Total Fees after Discount | $28,818.45 |
| Total Disbursements | 638.03 |
| Total Fees and Disbursements This Statement | $29,456.48 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Invoice No. 1721135
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through April 30, 2010

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/05/10 | J. McManus | B110 | 0 | Prepare fifth monthly fee application. | 0.80 | 216.00 |
| 04/07/10 | J. McManus | B110 | 0 | Telephone conference local counsel regarding fee application hearing for quarterly fee applications (.10); prepare fifth monthly fee application (.50). | 0.60 | 162.00 |
| 04/08/10 | J. McManus | B110 | 0 | Revise fee spreadsheet (.20); review time detail for fifth monthly fee application (.40). | 0.60 | 162.00 |
| 04/09/10 | J. McManus | F999 | 0 | Prepare quarterly fee application. | 1.00 | 270.00 |
| 04/12/10 | J. McManus | B110 | 0 | Prepare second quarterly fee application. | 1.20 | 324.00 |
| 04/13/10 | J. McManus | B110 | 0 | Prepare fifth monthly fee application. | 0.80 | 216.00 |



Invoice No. 1721135

Page 2

Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/15/10 | J. McManus | B110 | 0 | Finalize fifth monthly fee application for filing (1.20); assemble exhibits regarding same (.40); prepare second quarterly fee application (2.10). | 3.70 | 999.00 |
| 04/16/10 | J. Sherman | C300 | 0 | Review of fifth monthly fee application (.30); review and redact invoices attached to fifth monthly fee application for attorney-client privilege (.50). | 0.80 | 548.00 |
| 04/16/10 | J. McManus | B110 | 0 | Cause fifth monthly fee application to be filed with the court (.20); revise second quarterly fee application (3.10); revise professional fee summary spreadsheet (1.10); revise expenses spreadsheet (.50); telephone conferences with local counsel regarding filing (.10); confer with J. Sherman regarding quarterly fee applications (.10). | 5.10 | 1,377.00 |
| 04/16/10 | A. Lewis | B160 | 0 | Assist J. McManus with preparation of quarterly fee application charts. | 5.70 | 513.00 |
| 04/19/10 | J. McManus | B110 | 0 | Revise second interim fee application (1.80); revise professionals fee summary chart (1.10); revise task summary chart (.70). | 3.60 | 972.00 |
| 04/19/10 | A. Lewis | B160 | 0 | Assist J. McManus with preparation of quarterly fee application charts. | 1.50 | 135.00 |
| 04/20/10 | J. Sowka | B410 | 0 | Review and revise second quarterly fee application of Seyfarth Shaw. | 0.40 | 148.00 |
| 04/20/10 | J. McManus | B110 | 0 | Review fee examiner report (.10); prepare response to same (.30); revise second quarterly fee application (.90); revise exhibits to same (1.90). | 3.20 | 864.00 |
| 04/21/10 | J. McManus | B110 | 0 | Revise second quarterly fee application (1.00); revise first quarterly fee application (1.60); prepare sixth monthly fee application (.80); conference with J. Sherman regarding same (.10). | 3.50 | 945.00 |



Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/22/10 | J. Sherman | L120 | 0 | Review and edit first quarterly fee application. (.40); review and edit second quarterly fee application (.30). | 0.70 | 479.50 |
| 04/22/10 | J. McManus | B110 | 0 | Finalize first interim fee application in preparation for filing (1.20); assemble exhibits regarding same (.20); finalize second interim fee application in preparation for filing (.80); conference with J. Sherman regarding edits to first and second quarterly fee applications (.20): revise sixth monthly fee application (.60); respond to fee examiner's preliminary report of second monthly fee application (.40). | 3.40 | 918.00 |
| 04/23/10 | J. McManus | B110 | 0 | Conference with J. Sherman regarding response to fee examiner regarding second monthly fee application. | 0.20 | 54.00 |
| 04/26/10 | J. McManus | B110 | 0 | Review March time detail for redaction purposes and general accuracy per fee examiner suggestions. | 0.50 | 135.00 |
| 04/26/10 | J. McManus | B110 | 0 | Prepare monthly fee application (.50); confer with O. Reyes regarding same (.10). | 0.60 | 162.00 |

**Total Hours**      37.90

**Total Fees**      $9,599.50

**Less Discount**      ($959.95)

**Total Fees After Discount**      $8,639.55

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.50 | hours at $685.00 | per hour |
| J. Sowka | Associate | - | 0.40 | hours at $370.00 | per hour |
| J. McManus | Paralegal | - | 28.80 | hours at $270.00 | per hour |
| A. Lewis | Legal Asst. | - | 7.20 | hours at $90.00 | per hour |



Tribune Company/Sherman

**Total Disbursements**                                                                    0.00

**Total Amount Due**                                                                 $8,639.55



# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

May 10, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1721135
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $9,599.50 |
| Less Discount | ($959.95) |
| Total Fees after Discount | $8,639.55 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $8,639.55 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |