# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732303
0276 12420 / 12420-000001
W1ST

WGN-TV
2501 West Bradley Place
Chicago, IL 60618
Attn: Mr. John F. Poelking
Controller

For legal services rendered through May 31, 2010

**Labor-General 0000000966**

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|------|----------|------|----------|-------------|-------|-------|
| 05/13/10 | N. Faust | C100 | 0 | Research contract interpretation arbitration awards issued by arbitration panel for M. Rybicki. | 0.70 | 147.00 |
| 05/13/10 | D. Veltman | C100 | 0 | Locate and obtain arbitrator statistics for M. Rybicki. | 0.50 | 67.50 |

| **Total Hours** | | | | | 1.20 | |
| **Total Fees** | | | | | | $214.50 |
| **Less Discount** | | | | | | <u>($21.45)</u> |
| **Total Fees After Discount** | | | | | | $193.05 |

**Timekeeper Summary**

| N. Faust | Librarian | - | 0.70 | hours at | $210.00 | per hour |
|----------|-----------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1732303

Page 2

WGN-TV

| D. Veltman | Librarian | - | 0.50 | hours at | $135.00 | per hour |

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                    $193.05



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

WGN-TV
2501 West Bradley Place
Chicago, IL 60618
Attn: Mr. John F. Poelking
Controller

Invoice No. 1732303
0276 12420 / 12420-000001
Labor-General 0000000966

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $214.50 |
| Less Discount | ($21.45) |
| Total Fees after Discount | $193.05 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $193.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732310
0276 12420 / 12420-000011
W1ST

WGN-TV
2501 West Bradley Place
Chicago, IL  60618
Attn:  Mr. John F. Poelking
Controller

For legal services rendered through May 31, 2010

### NLRB Case No. 13-RC-21929 (IBEW L:ocal 1220/CLTV)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/01/10 | M. Rybicki | C300 | | Review of research concerning "wage increase" issue (.5); preparation for hearing with respect to issue of inclusion of part-time live producer in bargaining unit (.5). | 1.00 | 685.00 |
| 05/02/10 | M. Rybicki | C300 | | Attention to petition-related matters including issues relative to future wage increases (.3); review of cases and preparation of materials relating to supervisory status (1.2); other preparation for hearing (.5). | 2.00 | 1,370.00 |
| 05/02/10 | J. Sherman | C300 | | Review draft memorandum to client regarding legal standards for granting or withholding benefits (.20); draft e-mail to M. Rybicki suggesting changes to draft memorandum to client (.30). | 0.50 | 342.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

WGN-TV

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/03/10 | M. Rybicki | C300 | | Preparation for hearing and attention to petition-related matters including the following: review of materials for legality of content, discussion with S. Farber concerning same, and memo concerning same (.5); review of exhibits for hearing and e-mail correspondence concerning same (.3); review of voicemail from Board Agent and preparation of response to same (.1); review of materials relative to supervisory status of senior producers and preparation of stipulations for hearing concerning same (.4); e-mail correspondence to and from union attorney concerning hearing issues and memo to client concerning same (.3); e-mail concerning witness preparation with respect to fringe benefits and related matters (.1); preparation of opening statement (.4); preparation of witness outlines and cross-examination (2.7); attention to related miscellaneous matters (.3). | 5.10 | 3,493.50 |
| 05/04/10 | M. Rybicki | C300 | | All day meeting with Management- preparing for representation hearing including preparation of witnesses and exhibits. | 8.00 | 5,480.00 |
| 05/05/10 | M. Rybicki | C300 | | Preparation for and attendance at NLRB hearing (4.0); preparation for resumption of hearing (.5). | 4.50 | 3,082.50 |
| 05/07/10 | M. Rybicki | C300 | | Preparation for and attendance at NLRB hearing. | 5.00 | 3,425.00 |
| 05/08/10 | M. Rybicki | C300 | | Preparation of post-hearing brief. | 1.30 | 890.50 |
| 05/09/10 | M. Rybicki | C300 | | Preparation of post-hearing brief (1.3); review of campaign literature for legality of content (.5). | 1.80 | 1,233.00 |
| 05/10/10 | M. Rybicki | C300 | | Research for post-hearing brief. | 1.00 | 685.00 |
| 05/11/10 | M. Rybicki | C300 | | Legal research and preparation of post-hearing brief (1.5); review of campaign materials for legality of content (1.1). | 2.60 | 1,781.00 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

WGN-TV

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/12/10 | M. Rybicki | C300 | | Review of campaign materials for legality of content (.2); review of arbitration panel (.2); telephone conference with S. Farber concerning campaign related matters (.2); preparation of post-hearing brief (4.9). | 5.50 | 3,767.50 |
| 05/12/10 | N. Faust | C300 | | Research court decisions on arbitrary or capricious bargaining unit determinations for M. Rybicki. | 0.50 | 105.00 |
| 05/13/10 | M. Rybicki | C300 | | Preparation of post-hearing brief. | 4.00 | 2,740.00 |
| 05/14/10 | M. Rybicki | C300 | | Finalization of post-hearing brief. | 1.30 | 890.50 |
| 05/15/10 | M. Rybicki | C300 | | Preparation of memorandum concerning petition related matters. | 0.30 | 205.50 |
| 05/18/10 | M. Rybicki | C300 | | Review of union's post-hearing brief (.4); e-mail correspondence from WGN management (.2). | 0.20 | 137.00 |
| 05/20/10 | M. Rybicki | C300 | | Attention to campaign related matters. | 0.50 | 342.50 |
| 05/21/10 | M. Rybicki | C300 | | Research relative to IBEW and dues structure. | 0.30 | 205.50 |
| 05/22/10 | M. Rybicki | C300 | | Review of management materials (.3) and e-mail correspondence (.1). | 0.40 | 274.00 |
| 05/25/10 | M. Rybicki | C300 | 0 | Review of materials and preparation for labor strategy meeting. | 0.30 | 205.50 |
| 05/26/10 | M. Rybicki | C300 | 0 | Preparation for labor strategy meeting. | 2.00 | 1,370.00 |
| 05/27/10 | M. Rybicki | C300 | 0 | Preparation for (.5) and attendance at meeting with management concerning representation petition (4.0). | 4.50 | 3,082.50 |
| 05/28/10 | M. Rybicki | L120 | 0 | Review of campaign update and review of materials for legality of content. | 0.30 | 205.50 |
| 05/30/10 | M. Rybicki | L120 | 0 | Review of Local 1220's website for campaign-related materials. | 0.50 | 342.50 |
| 05/31/10 | M. Rybicki | L120 | 0 | Review of materials relating to union dues, fees, and assessments and review of related communication for legality of content. | 2.00 | 1,370.00 |

**Total Hours**                                                                55.40

# SEYFARTH
**ATTORNEYS**  **SHAW** LLP

WGN-TV

| | |
|---|---|
| **Total Fees** | $37,711.50 |
| **Less Discount** | (<u>$3,771.15)</u> |
| **Total Fees After Discount** | $33,940.35 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M. Rybicki | Partner | - | 54.40 | hours at | $685.00 | per hour |
| J. Sherman | Partner | - | 0.50 | hours at | $685.00 | per hour |
| N. Faust | Librarian | - | 0.50 | hours at | $210.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Chicago Messenger Service Invoice Number: 526401 Invoice Date:  05/23/2010 RYBICKI Del:SCARINO HIMES & PETRARCA 180   N STETSON AVE CHICAGO P/U:SEYFARTH SHAW LLP 131   S DEARBORN ST CHICAGO | 7.45 |
| Copying | 21.50 |
| **Total Disbursements** | <u>28.95</u> |
| **Total Amount Due** | <u>$33,969.30</u> |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

WGN-TV
2501 West Bradley Place
Chicago, IL 60618
Attn: Mr. John F. Poelking
Controller

Invoice No. 1732310
0276 12420 / 12420-000011
NLRB Case No. 13-RC-21929 (IBEW L:ocal
1220/CLTV)

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $37,711.50 |
| Less Discount | ($3,771.15) |
| Total Fees after Discount | $33,940.35 |
| Total Disbursements | 28.95 |
| Total Fees and Disbursements This Statement | $33,969.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732170
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through May 31, 2010

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/03/10 | N. Riesco | L310 | 0 | Draft initial disclosures (.50); draft initial requests for production of documents (.90); communication with G. Pauling regarding same (.10). | 1.50 | 585.00 |
| 05/04/10 | N. Riesco | L190 | 0 | Email to G. Silva regarding answer to complaint. | 0.10 | 39.00 |
| 05/05/10 | N. Riesco | L120 | 0 | Telephone conference with G. Silva regarding information necessary to finalize answer to complaint (.50); revise G. Silva's edits and comments to draft answer (.30). | 0.80 | 312.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1732170

Page 2

Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/06/10 | N. Riesco | L120 | 0 | Review and analyze documentation provided by client (1.20); telephone conference with G. Silva and F. Laterza regarding follow-up items and questions regarding documentation (1.0); review, edit and finalize answer to complaint (1.10); communications with A. Jubelier and G. Pauling regarding same (.40). | 3.70 | 1,443.00 |
| 05/07/10 | G. Pauling II | L120 | 0 | Review/revise Rule 26(a) disclosures. | 0.80 | 448.00 |
| 05/07/10 | G. Pauling II | L212 | 0 | Final review/revisions to answer (.4); communicate with client regarding same (.4). | 0.80 | 448.00 |
| 05/07/10 | N. Riesco | L120 | 0 | Revise, edit, finalize and file answer to complaint (.60); communications with A. Jubelier, G. Silva and G. Pauling regarding same (.30); revise initial disclosures (.20); communications with A. Jubelier regarding case strategy, etc. (.30). | 1.40 | 546.00 |
| 05/11/10 | N. Riesco | L310 | 0 | Draft document requests and interrogatories to plaintiff. | 0.50 | 195.00 |
| 05/13/10 | N. Riesco | L310 | 0 | Draft discovery requests and interrogatories in case (.5); compose email to G. Pauling regarding same (.5). | 1.00 | 390.00 |
| 05/15/10 | G. Pauling II | L120 | 0 | Review and revise discovery strategy and discovery requests. | 0.80 | 448.00 |
| 05/17/10 | N. Riesco | L310 | 0 | Draft, edit and revise interrogatories, document requests and initial disclosures to plaintiff (.60); draft deposition notice (.30); communications with G. Pauling regarding same (.10). | 1.00 | 390.00 |
| 05/18/10 | N. Riesco | L190 | 0 | Communications with A. Jubelier and G. Silva regarding deposition scheduling. | 0.10 | 39.00 |



SEYFARTH
ATTORNEYS
SHAW LLP

Invoice No. 1732170

Page 3

Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/19/10 | N. Riesco | L310 | 0 | Draft correspondence to opposing counsel enclosing disclosures, discovery request and deposition notice. | 0.30 | 117.00 |
| 05/20/10 | N. Riesco | L120 | 0 | Review commission documents and call evaluation documents related to case. | 0.50 | 195.00 |
| 05/24/10 | N. Riesco | L120 | 0 | Review transcript of status hearing and opposing counsel's statements regarding various counts with regards to Parker's termination. | 0.40 | 156.00 |

| | | |
|---|---|---|
| **Total Hours** | 13.70 | |
| **Total Fees** | | $5,751.00 |
| **Less Discount** | | ($575.10) |
| **Total Fees After Discount** | | $5,175.90 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 2.40 | hours at | $560.00 | per hour |
| N. Riesco | Associate | - | 11.30 | hours at | $390.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 15.50 |
| Trial Transcripts | 36.05 |
| **Total Disbursements** | 51.55 |
| **Total Amount Due** | $5,227.45 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1732170
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $5,751.00 |
| Less Discount | ($575.10) |
| Total Fees after Discount | $5,175.90 |
| Total Disbursements | 51.55 |
| Total Fees and Disbursements This Statement | $5,227.45 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732178
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through May 31, 2010

### Country Club Matter 0000001901

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/16/10 | C. Olson | C300 | 0 | Call with V. Cassanova and J. Xanders regarding California litigation and audit issues and federal enforcement issues. | 0.50 | 340.00 |
| 05/03/10 | C. Olson | L190 | 0 | Finalize agenda, review notes and related distribution documents (.8); discussion with B. Davis and J. Sanders (.7). | 1.50 | 1,020.00 |
| 05/12/10 | C. Olson | L190 | | Attention to preparation of revised ad for single copy dealers and review of materials for in-person meeting with distributors in preparation for Friday's call. | 0.80 | 544.00 |
| 05/18/10 | C. Olson | C300 | 0 | Prepare materials regarding due diligence (.7); review same (.3). | 1.00 | 680.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

Los Angeles Times

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/18/10 | D. Kadue | L120 | 0 | Review and comment on memorandum addressing factors to consider in potential exposure analysis. | 0.50 | 335.00 |
| 05/21/10 | D. Kadue | L120 | 0 | Review and respond to questions regarding framework for exposure analysis (.1); conference with C. Olson of Firm regarding same (.1). | 0.20 | 134.00 |

| | | |
|---|---|---|
| **Total Hours** | 4.50 | |
| **Total Fees** | | $3,053.00 |
| **Less Discount** | | ($305.30) |
| **Total Fees After Discount** | | $2,747.70 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 3.80 | hours at | $680.00 | per hour |
| D. Kadue | Partner | - | 0.70 | hours at | $670.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Facsimile** | |
| 05/03/10 | Facsimile | 26.00 |

| | |
|---|---|
| **Total Disbursements** | 26.00 |
| **Total Amount Due** | $2,773.70 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

Invoice No. 1732178
0276 17832 / 17832-000034
Country Club Matter 0000001901

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,053.00 |
| Less Discount | ($305.30) |
| Total Fees after Discount | $2,747.70 |
| Total Disbursements | 26.00 |
| Total Fees and Disbursements This Statement | $2,773.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name:  Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number:  026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number:  081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732327
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through May 31, 2010

**Clement, Jayne v. Los Angeles Times, et al. 0000001656**

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Experts** | |
| 05/26/10 | Experts - CHARLES H. HINKIN, PHD., ABPP | 1,375.00 |

**Total Disbursements**      1,375.00

**Total Fees And Disbursements This Statement**      $1,375.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1732327
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Disbursements | 1,375.00 |
| Total Fees and Disbursements This Statement | $1,375.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732180
0276 33175 / 33175-000024
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through May 31, 2010

### John Gallant v. Tribune Company, Los Angeles Times Communications, LLC; Case No. BC400055 0000001871

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/07/10 | L. O'Hara | L120 | 0 | Communicate with K. Visosky regarding results of state court status conference. | 0.20 | 112.00 |
| 05/07/10 | K. Visosky | L450 | 0 | Appear at OSC hearing regarding bankruptcy. | 3.20 | 976.00 |

| | | |
|---|---|---|
| **Total Hours** | 3.40 | |
| **Total Fees** | | $1,088.00 |
| **Less Discount** | | ($108.80) |
| **Total Fees After Discount** | | $979.20 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Los Angeles Times (Sherman)

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 0.20 | hours at | $560.00 | per hour |
| K. Visosky | Associate | - | 3.20 | hours at | $305.00 | per hour |

**Total Disbursements**                                                                    0.00

**Total Amount Due**                                                                    $979.20



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1732180
0276 33175 / 33175-000024
John Gallant v. Tribune Company, Los Angeles Times
Communications, LLC; Case No. BC400055
0000001871

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,088.00 |
| Less Discount | ($108.80) |
| Total Fees after Discount | $979.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $979.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
Federal ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732148
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through May 31, 2010

### Guild Labor Matters 0000001483

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/03/10 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes and attached Guild information request (advertising information). | 0.20 | 114.00 |
| 05/03/10 | K. Michaels | C300 | 0 | Review of documents from A. Barnes (step 3 grievance response and information request in janitorial cases). | 0.20 | 114.00 |
| 05/03/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (regarding Guild information request for advertising information). | 0.10 | 57.00 |
| 05/04/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (regarding Guild information request for performance evaluations.) | 0.20 | 114.00 |
| 05/04/10 | K. Michaels | C300 | 0 | Review of NLRB caselaw related to information request. | 0.20 | 114.00 |

# SEYFARTH
ATTORNEYS SHAW LLP

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/06/10 | K. Michaels | C200 | 0 | Review of NLRB cases related to information request. | 0.40 | 228.00 |
| 05/06/10 | K. Michaels | C300 | 0 | Review of documentation from company (Sun/Guild negotiated performance system). | 0.20 | 114.00 |
| 05/06/10 | K. Michaels | C300 | 0 | Review of Guild response to information request  response. | 0.10 | 57.00 |
| 05/06/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (response to Guild information request). | 0.40 | 228.00 |
| 05/10/10 | K. Michaels | C300 | 0 | Review of draft company letter from A. Barnes to the Guild (regarding time information request). | 0.10 | 57.00 |

**Total Hours** 2.10

**Total Fees** $1,197.00

**Less Discount** ($119.70)

**Total Fees After Discount** $1,077.30

**Timekeeper Summary**

| K. Michaels | Partner | - | 2.10 | hours at | $570.00 | per hour |
|-------------|---------|---|------|----------|---------|----------|

**Total Disbursements** 0.00

**Total Amount Due** $1,077.30

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1732148
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,197.00 |
| Less Discount | ($119.70) |
| Total Fees after Discount | $1,077.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,077.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN.
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732149
0276 12575 / 12575-000296
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

---

For legal services rendered through May 31, 2010

### Pay for Performance; Case No. 16 300 00758 09

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/07/10 | J. Sherman | C300 | 0 | Final review of brief (.30); correspondence regarding transmittal and packaging brief to AAA (.10); correspondence with opposing counsel regarding union request for further delay and attach authorities to brief (.10). | 0.50 | 342.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $342.50 |
| **Less Discount** | | ($34.25) |
| **Total Fees After Discount** | | $308.25 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

## Timekeeper Summary

J. Sherman            Partner          -      0.50      hours at      $685.00      per hour

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Courier/Messenger** | |
| 05/07/10 | Courier/Messenger Inv#: 708906661 Date Sent: 05/07/2010 Sender: Karen D. Walden Airbill: 410559212393 Suzanne B. Singer American Arbitration Associati 220 Davidson Avenue SOMERSET, NJ 08873 | 14.51 |
| | **Copying** | |
| 05/07/10 | Copying | 51.80 |
| 05/14/10 | Copying | 12.40 |

**Total Disbursements**                                                      78.71

**Total Amount Due**                                                      $386.96



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1732149
0276 12575 / 12575-000296
Pay for Performance; Case No. 16 300 00758 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $342.50 |
| Less Discount | ($34.25) |
| Total Fees after Discount | $308.25 |
| Total Disbursements | 78.71 |
| Total Fees and Disbursements This Statement | $386.96 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732152
0276 12575 / 12575-000298
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through May 31, 2010

### Parking Rate Increase Grievance; Case No. 16 300 00214 10

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/01/10 | K. Michaels | C300 | 0 | Preparation for arbitration planning meeting in Baltimore. | 6.00 | 3,420.00 |
| 05/13/10 | K. Michaels | L110 | 0 | Meeting in Baltimore with A. Barnes and D. Morrison regarding preparation for arbitration hearing. | 8.00 | 4,560.00 |
| 05/14/10 | K. Michaels | L410 | 0 | Preparation for arbitration hearing (review of Section 20.9 collective bargaining notes (.70); review of grievance meeting notes and related correspondence (.50); drafting outline of witness testimony of J. Sherman (3.50). | 4.70 | 2,679.00 |
| 05/17/10 | K. Michaels | L410 | 0 | Drafting witness outlines. | 3.00 | 1,710.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| **Date** | **Attorney** | **Task** | **Activity** | **Description** | **Hours** | **Value** |
|---|---|---|---|---|---|---|
| 05/18/10 | J. Sherman | L120 | 0 | Conference with K. Michaels to review 2003 negotiation history in connection with Section 20.9 and strategy for defending Guild grievance. | 0.50 | 342.50 |
| 05/18/10 | K. Michaels | L110 | 0 | Meeting with witness regarding arbitration. | 0.50 | 285.00 |
| 05/18/10 | K. Michaels | L410 | 0 | Drafting witness outlines for hearing. | 4.30 | 2,451.00 |
| 05/27/10 | K. Michaels | L410 | 0 | Preparation for arbitration hearing. | 6.00 | 3,420.00 |
| 05/31/10 | K. Michaels | L110 | 0 | Review of e-mail correspondence from A. Barnes regarding attached documentation (Company documentation to be used in arbitration hearing). | 0.40 | 228.00 |
| 05/31/10 | K. Michaels | L120 | 0 | Review of e-mail correspondence from A. Barnes regarding draft letter (draft letter to the Guild regarding failure to respond to information request and Company raising of timeliness objections). | 0.30 | 171.00 |

**Total Hours**                                           33.70

**Total Fees**                                                    $19,266.50

**Less Discount**                                              ($1,926.65)

**Total Fees After Discount**                          $17,339.85

**Timekeeper Summary**

| J. Sherman | Partner | - | 0.50 | hours at | $685.00 | per hour |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 33.20 | hours at | $570.00 | per hour |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|

# SEYFARTH
**ATTORNEYS SHAW** LLP

Baltimore Sun

|  |  |  |
|---|---|---|
| | **Taxi** | |
| 05/24/10 | Taxi -  KRISTIN E. MICHAELS TAXI-  05/13/10 | 35.00 |
| | **Travel** | |
| | **Out-of-Town Travel** | |
| 05/20/10 | Out-of-Town Travel - K. Michaels  05/13/2010 Airfare | 321.40 |

**Total Disbursements**                                                 356.40

**Total Amount Due**                                               $17,696.25

# SEYFARTH
**ATTORNEYS**  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1732152
0276 12575 / 12575-000298
Parking Rate Increase Grievance; Case No. 16 300
00214 10

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $19,266.50 |
| Less Discount | ($1,926.65) |
| Total Fees after Discount | $17,339.85 |
| Total Disbursements | 356.40 |
| Total Fees and Disbursements This Statement | $17,696.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732154
0276 12575 / 12575-000299
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through May 31, 2010

### Assistant Chief Grievance; Case No. 16 300 00381 10

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/10/10 | K. Michaels | C200 | | Research (NAA decisions for use in arbitration case). | 2.50 | 1,425.00 |
| 05/10/10 | K. Michaels | C300 | | Review email correspondence and attached AAA arbitration letter and arbitrator panel for janitorial assistant chief case. | 0.30 | 171.00 |
| 05/14/10 | K. Michaels | C300 | | Review of arbitrator panel, statistics, related data and reported cases of proposed arbitrators for purposes of ranking panel. | 1.30 | 741.00 |
| 05/18/10 | K. Michaels | L120 | 0 | Review of correspondence from American Arbitration Association regarding appointment of M. Wolf as arbitrator and proposed hearing dates (.10); telephone conference with A. Barnes regarding same (.10). | 0.20 | 114.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH SHAW LLP
**ATTORNEYS**

Invoice No. 1732154

Page 2

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/20/10 | K. Michaels | C200 | 0 | Research (M. Wolf decisions). | 1.00 | 570.00 |

| | | |
|---|---|---|
| **Total Hours** | 5.30 | |
| **Total Fees** | | $3,021.00 |
| **Less Discount** | | (<u>$302.10)</u> |
| **Total Fees After Discount** | | $2,718.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 5.30 | hours at | $570.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Facsimile** | |
| 05/19/10 | Facsimile | 2.00 |

| | |
|---|---|
| **Total Disbursements** | <u>2.00</u> |
| **Total Amount Due** | <u>$2,720.90</u> |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732154
0276 12575 / 12575-000299
Assistant Chief Grievance; Case No. 16 300 00381 10

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,021.00 |
| Less Discount | ($302.10) |
| Total Fees after Discount | $2,718.90 |
| Total Disbursements | 2.00 |
| Total Fees and Disbursements This Statement | $2,720.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732167
0276 12575 / 12575-000300
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through May 31, 2010

### Al Parker Schedule Grievance; Case No. 16 300 00380 10

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/10/10 | K. Michaels | C200 | | Research (review of NAA decisions for use in arbitration case). | 2.50 | 1,425.00 |
| 05/10/10 | K. Michaels | C300 | | Review email correspondence from A. Barnes and attached AAA arbitration letter and arbitrator panel for janitorial scheduling case. | 0.30 | 171.00 |
| 05/13/10 | D. Veltman | C200 | | Locate and obtain arbitrator statistics for K. Michaels. | 1.00 | 135.00 |
| 05/14/10 | K. Michaels | C300 | | Review of arbitrator panel, statistics, related data and reported cases of proposed arbitrators for purposes of ranking panel. | 1.30 | 741.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**ATTORNEYS**

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/14/10 | K. Michaels | L120 | | Telephone conference with A. Barnes regarding ranking arbitration panels for janitorial assistant chief case and janitorial scheduling case. | 0.50 | 285.00 |
| 05/19/10 | K. Michaels | L120 | 0 | Review of letter from American Arbitration Association regarding appointment of arbitrator and scheduling of hearing (.10); e-mail correspondence with A. Barnes regarding same (.10). | 0.20 | 114.00 |
| 05/20/10 | K. Michaels | C200 | 0 | Research (A. Symonette decisions). | 1.00 | 570.00 |
| 05/26/10 | K. Michaels | L120 | 0 | Review of various e-mail correspondence from American Arbitration Association and R. Paul regarding Guild request to remove Arbitrator Symonette from case (.1); drafting e-mail correspondence to American Arbitration Association regarding same (.2). | 0.30 | 171.00 |

| | | |
|---|---|---|
| **Total Hours** | 7.10 | |
| **Total Fees** | | $3,612.00 |
| **Less Discount** | | ($361.20) |
| **Total Fees After Discount** | | $3,250.80 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 6.10 | hours at | $570.00 | per hour |
| D. Veltman | Librarian | - | 1.00 | hours at | $135.00 | per hour |

**Disbursements**                                    **Value**

Copying                                                0.10



Baltimore Sun

| **Disbursements** | **Value** | |
| --- | --- | --- |
| Facsimile | 5.00 | |
| **Total Disbursements** | | 5.10 |
| **Total Amount Due** | | $3,255.90 |



# SEYFARTH SHAW LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1732167
0276 12575 / 12575-000300
Al Parker Schedule Grievance; Case No. 16 300 00380
10

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,612.00 |
| Less Discount | ($361.20) |
| Total Fees after Discount | $3,250.80 |
| Total Disbursements | 5.10 |
| Total Fees and Disbursements This Statement | $3,255.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N


**ATTORNEYS** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732185
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2010

**<u>Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177</u>**

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|------|----------|------|----------|-------------|-------|-------|
| 05/03/10 | N. Riesco | L310 | 0 | Draft initial disclosures and communications with G. Pauling regarding same. | 0.30 | 117.00 |
| 05/07/10 | G. Pauling II | L120 | 0 | Review and revise Rule 26(a) disclosures. | 0.80 | 448.00 |
| 05/10/10 | N. Riesco | L310 | 0 | Draft request for production, interrogatories and initial disclosures (1.2); communications with J. Jubelier and G. Silva regarding same (.30). | 1.50 | 585.00 |
| 05/13/10 | N. Riesco | L310 | 0 | Draft discovery requests and interrogatories in case (1.0); compose email to G. Pauling regarding same (.3). | 1.30 | 507.00 |
| 05/15/10 | G. Pauling II | L120 | 0 | Review and revise discovery strategy and discovery requests. | 0.80 | 448.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/17/10 | N. Riesco | L310 | 0 | Draft, edit and revise interrogatories, document requests and initial disclosures to plaintiff (.40); draft deposition notice (.30); communications with G. Pauling regarding same (.10). | 0.80 | 312.00 |
| 05/18/10 | N. Riesco | L190 | 0 | Communications with J. Jubelier and G. Silva regarding deposition scheduling. | 0.10 | 39.00 |
| 05/20/10 | N. Riesco | L120 | 0 | Draft correspondence to opposing counsel regarding discovery, initial disclosure and deposition scheduling (.20); review and analyze plaintiff's initial disclosures (.20); communications with J. Jubelier and G. Silva regarding same (.20). | 0.60 | 234.00 |
| 05/24/10 | N. Riesco | L160 | 0 | Conference with opposing counsel regarding discovery/settlement in preparation for status hearing. | 1.00 | 390.00 |
| 05/25/10 | N. Riesco | L120 | 0 | Review plaintiff's interrogatories and document requests (.20); begin drafting responses to same (.60); communication with J. Jubelier regarding same (.20). | 1.00 | 390.00 |
| 05/26/10 | N. Riesco | L310 | 0 | Attend status hearing before Judge Kennelly (.60); compose email to J. Jubelier regarding same (.10); review company documents in conjunction with plaintiff's discovery requests (.80); draft objections/responses to document requests (.80). | 2.40 | 936.00 |

**Total Hours**                                                10.60

**Total Fees**                                           $4,406.00

**Less Discount**                                     ($440.60)

**Total Fees After Discount**                      $3,965.40



Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 1.60 | hours at | $560.00 | per hour |
| N. Riesco | Associate | - | 9.00 | hours at | $390.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Courier/Messenger** | |
| 04/28/10 | Courier/Messenger Inv#: 708131727 Date Sent: 04/28/2010 Sender: Carla L. Bryant Airbill: 410559209456 James Pittacora / Tarik Kersha Pittacora & Crotty LLC 9550 W. Bormet - Suite 205 MOKENA, IL  60448 | 9.64 |
| | **Copying** | |
| 05/20/10 | Copying | 2.40 |

**Total Disbursements**                                                                        12.04

**Total Amount Due**                                                                      $3,977.44



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1732185
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

---

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $4,406.00 |
| Less Discount | ($440.60) |
| Total Fees after Discount | $3,965.40 |
| Total Disbursements | 12.04 |
| Total Fees and Disbursements This Statement | $3,977.44 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW<sub>LLP</sub>

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732482
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2010

### Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 04/29/10 | J. Meer | L190 | | Finalize case evaluation analysis report. | 2.00 | 1,140.00 |
| 05/03/10 | J. Meer | L190 | 0 | Prepare list of exhibits to be gathered by Tribune entities in preparation for mediation. | 0.40 | 228.00 |
| 05/03/10 | J. Meer | L190 | 0 | Exchange emails with M. Fischer regarding preparation for mediation. | 0.30 | 171.00 |
| 05/04/10 | J. Meer | L190 | 0 | Telephone conference with M. Fischer regarding preparation for mediation, mediation brief and exhibits to be used at the mediation. | 1.00 | 570.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/04/10 | J. Meer | L190 | 0 | Telephone conference with claims adjuster at Chubb regarding issues of settlement authority and preparation for mediation. | 0.40 | 228.00 |
| 05/04/10 | J. Meer | L190 | 0 | Prepare template settlement agreement for global settlement involving all parties. | 1.20 | 684.00 |
| 05/05/10 | J. Meer | L190 | 0 | Telephone conference with insurance adjuster regarding preparation for mediation. | 0.40 | 228.00 |
| 05/05/10 | J. Meer | L190 | 0 | Outline declaration for M. Ramirez. | 0.40 | 228.00 |
| 05/05/10 | J. Meer | L190 | 0 | Revise mediation brief and supporting exhibits. | 2.50 | 1,425.00 |
| 05/05/10 | D. Hyun | C200 | 0 | Legal research regarding termination as part of reduction. | 0.70 | 280.00 |
| 05/05/10 | D. Hyun | L160 | 0 | Continued work on draft of mediation brief. | 4.60 | 1,840.00 |
| 05/05/10 | D. Hyun | L160 | 0 | Review and analyze exhibits for mediation. | 0.80 | 320.00 |
| 05/06/10 | J. Meer | L160 | 0 | Revise outline of terms for proposed settlement agreement. | 0.40 | 228.00 |
| 05/06/10 | J. Meer | L190 | 0 | Telephone conference with M. Fischer regarding preparation for mediation. | 0.40 | 228.00 |
| 05/06/10 | J. Meer | L190 | 0 | Revise and finalize mediation brief. | 1.00 | 570.00 |
| 05/06/10 | J. Meer | L190 | 0 | Prepare email to I. Goldstone regarding preparation for mediation. | 0.40 | 228.00 |
| 05/06/10 | D. Hyun | C200 | 0 | Legal research regarding cases on mitigation of damage. | 0.80 | 320.00 |
| 05/06/10 | D. Hyun | L160 | 0 | Draft settlement agreement for mediation. | 4.20 | 1,680.00 |
| 05/06/10 | D. Hyun | L160 | 0 | Continued work on draft of mediation brief and related exhibits. | 5.40 | 2,160.00 |
| 05/06/10 | D. Hyun | L160 | 0 | Continued review, analysis and preparation of exhibits for mediation. | 0.60 | 240.00 |
| 05/06/10 | D. Hyun | L210 | 0 | Revise declaration of M. Ramirez. | 0.70 | 280.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 1732482

Page 3

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/06/10 | B. Safford | IMMH 11 | 0 | Mark deposition transcript citations for Confidential Mediation Brief (1.0); gather key documents and prepare mediation binder (.2). | 1.20 | 96.00 |
| 05/06/10 | G. Rowles | IMMH 11 | 0 | Gathered, copied and bound mediation exhibits for D. Hyun. | 5.30 | 424.00 |
| 05/07/10 | J. Meer | L190 | 0 | Exchange emails with M. Fischer (counsel for Tribune) regarding mediation brief and preparation for mediation. | 0.40 | 228.00 |
| 05/07/10 | J. Meer | L190 | 0 | Identify exhibits to be used at mediation. | 0.80 | 456.00 |
| 05/07/10 | D. Hyun | L160 | 0 | Continued work on draft of settlement agreement. | 1.50 | 600.00 |
| 05/07/10 | D. Hyun | L210 | 0 | Continued work on draft of declaration of M. Ramirez. | 0.80 | 320.00 |
| 05/10/10 | J. Meer | L190 | 0 | Telephone conference with M. Fischer regarding revisions for mediation brief. | 0.40 | 228.00 |
| 05/10/10 | J. Meer | L190 | 0 | Final revisions for mediation brief. | 0.80 | 456.00 |
| 05/10/10 | J. Meer | L190 | 0 | Review and revise exhibits to be used at the mediation. | 1.30 | 741.00 |
| 05/10/10 | J. Meer | L190 | 0 | Telephone conference with insurance adjuster regarding settlement authority and preparation fo mediation. | 0.40 | 228.00 |
| 05/10/10 | J. Meer | L190 | 0 | Telephone conference with office of the mediator regarding mediation procedures. | 0.30 | 171.00 |
| 05/10/10 | J. Meer | L190 | 0 | Prepare opening statement for the mediation. | 0.80 | 456.00 |
| 05/10/10 | D. Hyun | L160 | 0 | Continued work on reviewing, analyzing and preparing documents for mediation. | 2.40 | 960.00 |
| 05/10/10 | D. Hyun | L160 | 0 | Prepare jury instructions for use in argument at mediation. | 0.50 | 200.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/10/10 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun for a status on the discovery referee's review of the subpoena for records to KTLA. | 0.10 | 27.50 |
| 05/10/10 | M. Halperin | L310 | 0 | Preparation of communication to the deposition officer advising that the discovery referee is still reviewing the subpoena for records from KTLA. | 0.10 | 27.50 |
| 05/11/10 | J. Meer | L190 | 0 | Attend mediation. | 8.00 | 4,560.00 |
| 05/11/10 | S. Yang | L250 | 0 | Revise joint mediation brief. | 1.50 | 427.50 |
| 05/11/10 | D. Hyun | L160 | 0 | Plan and prepare for mediation. | 2.20 | 880.00 |
| 05/12/10 | J. Meer | L160 | 0 | Appear at mediation and multiple conferences with mediator and co-defendants and insurance counsel. | 11.40 | 6,498.00 |
| 05/12/10 | D. Hyun | L160 | 0 | Attend mediation. | 11.40 | 4,560.00 |
| 05/13/10 | J. Meer | L120 | 0 | Lengthy telephone conference with I. Goldstone for de-briefing regarding mediation and case strategy going forward. | 1.20 | 684.00 |
| 05/13/10 | J. Meer | L120 | 0 | Telephone conference with M. Fischer regarding same. | 0.40 | 228.00 |
| 05/13/10 | J. Meer | L120 | 0 | Telephone conference with O. Nosroti regarding same. | 0.60 | 342.00 |
| 05/13/10 | J. Meer | L190 | 0 | Return travel from San Francisco to Los Angeles after mediation. | 2.80 | 1,596.00 |
| 05/14/10 | J. Meer | L190 | 0 | Exchange emails with M. Fischer regarding indemnification issues. | 0.30 | 171.00 |
| 05/14/10 | M. Jo | C200 | 0 | Review of case facts in order to ascertain issues to be researched (.4); legal research regarding employer settlement agreements and impact on individual defendants (.4). | 0.80 | 228.00 |
| 05/17/10 | J. Meer | L190 | 0 | Exchange emails with M. Fischer and I. Goldstone regarding indemnification issues. | 0.30 | 171.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/17/10 | M. Jo | C200 | 0 | Legal research regarding effect of employer's settlement agreement on an employee's liability to a third party. | 3.20 | 912.00 |
| 05/18/10 | J. Meer | L120 | 0 | Review research regarding indemnification obligations for punitive damages under Labor Code section 2802. | 0.50 | 285.00 |
| 05/18/10 | J. Meer | L120 | 0 | Review research regarding respondeat superior liability when an employer settles a claim involving an individual defendant. | 0.50 | 285.00 |
| 05/18/10 | J. Meer | L190 | 0 | Exchange emails with I. Goldstone regarding indemnification issues. | 0.30 | 171.00 |
| 05/18/10 | M. Jo | C200 | 0 | Legal research regarding issues of respondeat superior and effectiveness of settlement agreements for joint tortfeasors. | 2.40 | 684.00 |
| 05/19/10 | J. Meer | L120 | 0 | Telephone conference with I. Goldstone regarding settlement status and indemnification issues. | 0.40 | 228.00 |
| 05/19/10 | J. Meer | L120 | 0 | Telephone conference with M. Fischer regarding indemnification issues. | 0.30 | 171.00 |
| 05/19/10 | M. Jo | C200 | 0 | Review legal research findings regarding effect of settlement agreements on liability for joint tortfeasors with J. Meer. | 0.40 | 114.00 |
| 05/20/10 | J. Meer | L190 | 0 | Exchange emails with M. Fischer regarding indemnification issues. | 0.30 | 171.00 |
| 05/20/10 | J. Meer | L190 | 0 | Exchange emails with I. Goldstone regarding indemnification. | 0.30 | 171.00 |
| 05/20/10 | J. Meer | L190 | 0 | Review research regarding res judicata impact of claims settled by employer and continued claim against individual defendant. | 0.80 | 456.00 |
| 05/20/10 | J. Meer | L390 | 0 | Exchange emails with plaintiff's counsel regarding "informal discovery request" for insurance policies. | 0.40 | 228.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/21/10 | J. Meer | L190 | 0 | Exchange emails with M. Fischer and I. Goldstone regarding indemnification issues. | 0.30 | 171.00 |
| 05/24/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding same. | 0.30 | 171.00 |
| 05/24/10 | J. Meer | L190 | 0 | Exchange emails with M. Fischer regarding indemnification issues. | 0.30 | 171.00 |
| 05/25/10 | J. Meer | L190 | 0 | Meet and confer with plaintiff's counsel regarding their request for a copy of the directors and officers liability insurance policy. | 0.40 | 228.00 |
| 05/26/10 | J. Meer | L190 | 0 | Continue and complete meet and confer with plaintiff's counsel regarding request for "informal discovery" of directors and officers insurance liability policy. | 0.40 | 228.00 |
| 05/27/10 | J. Meer | L190 | 0 | Exchange emails with I. Goldstone regarding settlement status of claims with Tribune. | 0.30 | 171.00 |

**Total Hours**                                                                  98.40

**Total Fees**                                                                   $44,256.50

**Less Discount**                                                                ($4,425.65)

**Total Fees After Discount**                                                    $39,830.85

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 46.80 | hours at | $570.00 | per hour |
| M. Jo | Associate | - | 6.80 | hours at | $285.00 | per hour |
| S. Yang | Associate | - | 1.50 | hours at | $285.00 | per hour |
| D. Hyun | Associate | - | 36.60 | hours at | $400.00 | per hour |
| M. Halperin | Paralegal | - | 0.20 | hours at | $275.00 | per hour |
| B. Safford | Law Clerk | - | 1.20 | hours at | $80.00 | per hour |
| G. Rowles | Law Clerk | - | 5.30 | hours at | $80.00 | per hour |



Ira H. Goldstone

| Date | Disbursements | Value |
|---|---|---|
| | **Copying** | |
| 05/06/10 | Copying | 48.30 |
| 05/11/10 | Copying | 7.60 |
| 05/20/10 | Copying | 0.40 |
| 05/24/10 | Copying | 1.40 |
| | **Long Distance Telephone** | |
| 05/07/10 | Long Distance Telephone | 0.81 |
| | **Online Research** | |
| 05/05/10 | Inv#: 820741979 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 24.27 |
| 05/06/10 | Inv#: 820741979 Office: LOS ANGELES User: ARGUD O,KATTY COMMUNICATIONS | 0.12 |
| 05/06/10 | Inv#: 820741979 Office: LOS ANGELES User: ARGUD O,KATTY HOURLY CONNECT | 0.42 |
| 05/06/10 | Inv#: 820741979 Office: LOS ANGELES User: ARGUD O,KATTY STANDARD | 0.82 |
| 05/06/10 | Inv#: 820741979 Office: LOS ANGELES User: ARGUD O,KATTY SUPER ALLFILES | 11.61 |
| 05/06/10 | Inv#: 820741979 Office: LOS ANGELES User: ARGUD O,KATTY WESTLAW DOCUMENTS | 66.23 |
| 05/06/10 | Inv#: 820741979 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 72.82 |
| 05/12/10 | Inv#: 820741979 Office: LOS ANGELES User: HYUN, DENNIS S TRANSACTIONAL SEARCHES | 12.42 |
| 05/17/10 | Inv#: 820741979 Office: LOS ANGELES User: JO,MA X KEYCITE | 1.19 |
| 05/17/10 | Inv#: 1005060151 User: JO, MAX SHEPARD'S SERVIC E LEGAL CITATION SERVICES | 1.76 |
| 05/17/10 | Inv#: 820741979 Office: LOS ANGELES User: JO,MA X TRANSACTIONAL ONLINE FINDS | 13.38 |
| 05/17/10 | Inv#: 1005060151 User: JO, MAX LEXIS LEGAL SERV ICES SINGLE DOCUMENT RETRIEVAL | 21.20 |
| 05/17/10 | Inv#: 1005060151 User: JO, MAX LEXIS LEGAL SERV ICES SEARCHES | 55.23 |
| 05/17/10 | Inv#: 820741979 Office: LOS ANGELES User: JO,MA X TRANSACTIONAL SEARCHES | 79.13 |
| | **Travel** | |

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1732482

Page 8

Ira H. Goldstone

| Date | Description | Amount |
|---|---|---|
| 02/22/10 | Travel - AMERICAN EXPRESS HYUN/DENNIS LOS ANGELES -CHICAGO/OHARE-TAMPA/STPTBG - WASH/DULLES -LOS ANGELES 01/19/2010 | 750.80 |

**Out-of-Town Travel**

| Date | Description | Amount |
|---|---|---|
| 05/20/10 | Out-of-Town Travel - AMERICAN EXPRESS MEER/JONATHAN DOUGLAS LOS ANGELES -SAN FRANCISCO 05/11/2010 | 59.70 |
| 05/20/10 | Out-of-Town Travel - AMERICAN EXPRESS MEER/JONATHAN DOUGLAS SAN FRANCISCO-LOS ANGELES 05/12/2010 | 59.70 |
| 05/20/10 | Out-of-Town Travel - AMERICAN EXPRESS HYUN/DENNIS LOS ANGELES -SAN FRANCISCO 05/11/2010 | 85.70 |
| 05/20/10 | Out-of-Town Travel - AMERICAN EXPRESS HYUN/DENNIS SAN FRANCISCO-LOS ANGELES 05/12/2010 | 85.70 |
| 05/20/10 | Out-of-Town Travel - AMERICAN EXPRESS GOLDSTONE/IRA LOS ANGELES -SAN FRANCISCO-LOS ANGELES 05/11/2010 | 119.40 |
| 05/20/10 | Out-of-Town Travel - AMERICAN EXPRESS HYUN/DENNIS LOS ANGELES -SAN FRANCISCO-LOS ANGELES 05/12/2010 | 119.40 |

**Total Disbursements**                                                    1,699.51

**Total Amount Due**                                                    $41,530.36

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1732482
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $44,256.50 |
| Less Discount | ($4,425.65) |
| Total Fees after Discount | $39,830.85 |
| Total Disbursements | 1,699.51 |
| Total Fees and Disbursements This Statement | $41,530.36 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH SHAW LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732513
0276 10537 / 10537-000001
W1ST

Sun-Sentinel Company
333 S.W. 12th Avenue
Deerfield Beach, Florida  33442
Attn: Ervin Owens
Vice President

For legal services rendered through May 31, 2010

**Labor-General 0000000979**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/17/10 | C. McGlothlen | C300 | | Correspondence with A. Jubelirer regarding ADA Title III advice and conference with client. | 0.10 | 57.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.10 | |
| **Total Fees** | | $57.50 |
| **Less Discount** | | ($5.75) |
| **Total Fees After Discount** | | $51.75 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| C. McGlothlen | Partner | - | 0.10 | hours at | $575.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS  SHAW LLP

Sun-Sentinel Company


**Total Disbursements**                                                    0.00

**Total Amount Due**                                                   $51.75

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Sun-Sentinel Company
333 S.W. 12th Avenue
Deerfield Beach, Florida  33442
Attn: Ervin Owens
Vice President

Invoice No. 1732513
0276 10537 / 10537-000001
Labor-General 0000000979

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $57.50 |
| Less Discount | ($5.75) |
| Total Fees after Discount | $51.75 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $51.75 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Invoice No. 1732182
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2010

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 05/05/10 | J. McManus | B110 | 0 | Prepare seventh monthly fee application. | 0.80 | 216.00 |
| 05/06/10 | J. McManus | B110 | 0 | Prepare seventh monthly fee application. | 0.50 | 135.00 |
| 05/12/10 | J. McManus | B110 | 0 | Revise sixth monthly fee application. | 0.80 | 216.00 |
| 05/13/10 | J. McManus | F999 | 0 | Prepare seventh monthly fee application. | 0.50 | 135.00 |
| 05/14/10 | J. McManus | B110 | 0 | Prepare monthly fee application. | 0.70 | 189.00 |
| 05/17/10 | J. McManus | B110 | 0 | Revise monthly fee application. | 1.20 | 324.00 |
| 05/18/10 | J. McManus | B110 | 0 | Respond to Stuart Mau inquiries regarding fourth monthly fee application. | 0.20 | 54.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH**
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

June 10, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1732182
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,377.00 |
| Less Discount | ($137.70) |
| Total Fees after Discount | $1,239.30 |
| Total Disbursements | 4.68 |
| Total Fees and Disbursements This Statement | $1,243.98 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |