# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES
## FROM MARCH 1, 2010 THROUGH MAY 31, 2010

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Edward Cerasia II | Partner<br>Labor & Employment<br>Admitted 1991 | $720.00 | 1.40 | $1,008.00 |
| Michael Rybicki | Partner<br>Labor & Employment<br>Admitted 1970 | $685.00 | 133.70 | $91,584.50 |
| Jeremy Sherman | Partner/<br>Labor & Employment<br>Admitted 1976 | $685.00 | 32.40 | $22,194.00 |
| Camille Olson | Partner<br>Labor & Employment<br>Admitted 1983 | $680.00 | 18.40 | $12,512.00 |
| George Preonas | Partner<br>Labor & Employment<br>Admitted 1974 | $680.00 | .30 | $204.00 |
| David Kadue | Partner<br>Labor & Employment<br>Admitted 1978 | $670.00 | .70 | $469.00 |
| John Toner | Of Counsel<br>Labor & Employment<br>Admitted 1985 | $625.00 | .50 | $312.50 |
| Condon McGlothlen | Partner<br>Labor & Employment<br>Admitted 1987 | $575.00 | .10 | $57.50 |
| Jon Meer | Partner<br>Labor & Employment<br>Admitted 1989 | $570.00 | 102.10 | $58,197.00 |
| Kristin Michaels | Partner/<br>Labor & Employment<br>Admitted 1991 | $570.00 | 85.00 | $48,450.00 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $560.00 | 13.80 | $7,728.00 |
| Lorraine O'Hara | Partner<br>Labor & Employment<br>Admitted 1988 | $560.00 | .80 | $448.00 |
| Timothy Hix | Partner<br>Labor & Employment<br>Admitted 2003 | $475.00 | 1.00 | $475.00 |

12495986v.1

| Christie Del Rey-Cone | Associate<br>Labor & Employment<br>Admitted 2002 | $460.00 | 3.00 | 1,380.00 |
|---|---|---|---|---|
| Timothy Rusche | Associate<br>Labor & Employment<br>Admitted 2000 | $435.00 | 5.40 | 2,349.00 |
| Karen Osgood | Associate<br>Labor & Employment<br>Admitted 2000 | $420.00 | 25.00 | $10,500 |
| Dennis Hyun | Associate<br>Labor & Employment<br>Admitted 2003 | $400.00 | 114.50 | $45,800.00 |
| Natascha Riesco | Associate<br>Labor & Employment<br>Admitted 2007 | $390.00 | 44.30 | $17,277.00 |
| James Sowka | Associate<br>Bankruptcy<br>Admitted 2005 | $370.00 | .90 | $333.00 |
| Kathryn Visosky | Associate<br>Labor & Employment<br>Admitted 2006 | $305.00 | 3.20 | $976.00 |
| Maximilian Jo | Associate<br>Labor & Employment<br>Admitted 2009 | $285.00 | 17.90 | $5,101.50 |
| Simon Yang | Associate<br>Labor & Employment<br>Admitted 2008 | $285.00 | 1.50 | $427.50 |
| Malerie Halperin | Paralegal/<br>Labor & Employment<br>N/A | $275.00 | .40 | $110.00 |
| Jennifer McManus | Paralegal<br>Bankruptcy<br>N/A | $270.00 | 47.80 | $12,906.00 |
| Nancy Faust | Librarian<br>N/A | $210.00 | 1.20 | $252.00 |
| Diane Veltman | Librarian<br>N/A | $135.00 | 1.20 | 162.00 |
| Clare Hoyt | Librarian<br>N/A | $125.00 | .20 | $25.00 |
| Ashley Lewis | Case Assistant<br>Litigation<br>N/A | $90.00 | 7.20 | $648.00 |
| Glen Rowles | Law Clerk<br>Labor & Employment<br>N/A | $80.00 | 5.30 | $424.00 |
| Brett Safford | Law Clerk | $80.00 | 1.20 | $96.00 |

2

|  | Labor & Employment N/A |  |  |  |
|---|---|---|---|---|
| **TOTALS** |  |  | 671.90 | $342,609.00 |
| **Less discount** |  |  |  | $34,260.90 |
|  |  |  |  | $308,348.10 |
|  |  | **BLENDED RATE** |  | $509.91 |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM MARCH 1, 2010 THROUGH MAY 31, 2010

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| WGN-TV - Labor General (12420-01) | 58.10 | $39,161.00 |
| WGN-TV - NLRB Case No. 13-RD-21929 (12420-11) | 55.40 | $37,711.50 |
| Baltimore Sun - Labor-General (12575-01) | 3.90 | $2,671.50 |
| Baltimore Sun – General Labor (12575-28) | 7.50 | $4,436.00 |
| Baltimore Sun - Pay for Performance (12575-296) | 56.60 | $34,331.00 |
| Baltimore Sun - Columnist Reporting Assignments (12575-297) | 15.90 | $9,063.00 |
| Baltimore Sun - Parking Rate Increase Grievance (12575-298) | 52.90 | $48,866.00 |
| Baltimore Sun - Assistant Chief Grievance (12575-299) | 5.30 | $3,021.00 |
| Baltimore Sun - Al Parker Schedule Grievance (12575-300) | 7.10 | $3,612.00 |
| Tribune - Labor-General (11089-1) | .10 | $57.50 |
| Tribune - Debra Holmes (11089-34) | 21.40 | $8,705.00 |
| Chris Neuman v. Ira Goldstone; KTLA, Inc. (66929-2) | 230.80 | $106,422.50 |
| Chicago Tribune - Unilateral Changes to Work (57634-05) | .30 | $171.00 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 74.90 | $26,590.00 |
| Los Angeles Times - Clement, Jayne (33175-20) | 4.60 | $2,013.00 |
| Los Angeles Times - Clement, Jayne (Plaintiffs) (33175-23) | 1.70 | $767.50 |
| Los Angeles Times - Country Club (17832-34) | 19.10 | $12,981.00 |
| Los Angeles Times - John Gallant v. Tribune Co. (33175-24) | 4.00 | $1,424.00 |
| Tribune - Corporate Labor Relations (36377-01) | 2.50 | $1,414.50 |
| Tribune - Bankruptcy Fee Application (36377-07) | 59.40 | $16,284.50 |
| Tribune - Allen v. am New York (68308-02) | 3.00 | $1,380.00 |
| Tribune - Karen Scott (68308-03) | 1.10 | $792.00 |
| **TOTALS** | **671.90** | **$342,609.00** |
| **Less Discount** |  | **$308,348.10** |

3

12495986v.1

# EXHIBIT B

# EXPENSE SUMMARY

12495986v.1

## EXPENSE SUMMARY FOR THE PERIOD
## MARCH 1, 2010 THROUGH MAY 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $6.19 |
| Copying @ .10/page | | $285.00 |
| Facsimile @ $1.00/page | | $57.48 |
| Online Research | Lexis, Westlaw | $2,678.93 |
| Attorney Services | Nationwide Legal, Inc. | $149.90 |
| Courier/Messenger | Chicago Messenger Service, Nationwide Legal Inc. | $40.29 |
| Filing Fees | Nationwide Legal Inc. | $450.00 |
| Travel | Parking J. Sherman; Hotel J. Sherman, Airfare J. Sherman Chicago/Baltimore; K. Michaels Airfare; D. Hyun Airfare and out of town travel. | $2,225.46 |
| Local Travel | Taxi; Parking; Mileage | $535.80 |
| Taxi | K. Michaels | $35.00 |
| Meals | J. Sherman | $7.36 |
| Process Server | United Lawyers Service | $12.00 |
| Subpoena Fees | Titan Legal Services | $121.88 |
| Trial Transcripts | | $36.05 |
| Experts | Charles H. Hinkin, Ph.D., ABPP | $1,375.00 |
| Other | Bank of America - Neuman v. Goldstone - LASC | $7.50 |
| Other | Court fees per S. White | $350.00 |
| **TOTALS** | | **$8,346.40** |

12495986v.1