IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :         Chapter 11 Cases
                                                    :         Case No. 08-13141 (KJC)
**TRIBUNE COMPANY, et al.,**          :         (Jointly Administered)
                                                    :
                    Debtors.                :
---------------------------------------------------------x

## NOTICE OF SERVICE

Upon information and belief, the undersigned hereby states that on July 15, 2010, true and correct copies of *Preliminary Disclosure of Identity of Expert Witness and Summary of Topics by Law Debenture Trust Company of New York's Responses and Centerbridge Credit advisors LLC* was served upon the following counsel via electronic mail:

Sharon Katz, Esquire
David Stier, Esquire
Elliot Moskowitz, Esquire
Michael Russano, Esquire
Sasha E. Polonsky, Esquire
Davis Polk
450 Lexington Avenue
New York, NY 10017
sharon.katz@davispolk.com
dstier@dabispolk.com
elliot.moskowitz@davispolk.com
michael.russano@davispolk.com
sasha.polonsky@davispolk

Scott Greissman, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
sgreissman@whitecase.com

George Dougherty, Esquire
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606
gdougherty@grippoelden.com

Leonard Shifflett, Esquire
Faye Feinstein, Esquire
Quarles & Brady
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654
leonard.shifflett@quarles.com
faye.feinstein@quarles.com

Daniel Cantor, Esquire
Bradley Butwin, Esquire
Daniel Shamah, Esquire
O'Melveny & Meyers
Times Square Tower
7 Times Square
New York, NY 10036
dcantor@omm.com
bbutwin@omm.com
dshamah@omm.com

Daniel H. Golden, Esquire
Phillip C. Dublin, Esquire
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036
dgolden@akingump.com
pdublin@akingump.com

Monica Rose Cafaro, Esquire
Matthew O. Sgro, Esquire
Amanda Buck Varella, Esquire
Brown Rudnick
One Financial Center
Boston, MA 02111
mcafaro@brownrudnick.com
msgro@brownrudnick.com
avarella@brownrudnick.com

Joseph M. Drayton, Esquire
Madlyn Primoff, Esquire
Jane Parver, Esquire
Kaye Scholer
425 Park Avenue
New York, NY 10022-3598
JDrayton@kayescholer.com
MPrimoff@kayescholer.com
jparver@kayescholer.com

Nicholas Kurk, Esquire
James Thompson, Esquire
David Bradford, Esquire
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
nkurk@jenner.com
JThompson@jenner.com
dbradford@jenner.com

Thomas Richards, Esquire
Glen Silverstein, Esquire
Leader & Berkon
630 Third Avenue
New York, NY 10017
gsilverstein@leaderberkon.com
trichards@leaderberkon.com

Jonathan Polkes, Esquire
Ashish Gandhi, Esquire
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
jonathan.polkes@weil.com
ashish.gandhi@weil.com

Gregory Abrams, Esquire
Moran Lewis & Bockius
77 West Wacker Dr.
Chicago, IL 60601-5094
gabrams@morganlewis.com

Bryan Krakauer, Esquire
Janet E. Henderson, Esquire
James W. Ducayet, Esquire
Jen Peltz, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
bkrakauer@sidley.com
jhenderson@sidley.com
jducayet@sidley.com
jpeltz@sidley.com

James F. Bendernagel, Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
jbendernagel@sidley.com

Andrew Goldfarb, Esquire
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
agoldfarb@zuckerman.com

James O. Johnston, Esquire
Hennigan Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
JohnstonJ@hbdlawyers.com

Jessica Sutliff, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
jsutliff@kasowitz.com

Alexandra Nellos, Esquire
Marc D. Ashley, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
anellos@chadbourne.com
mashley@chadbourne.com

Stuart McPhail, Esquire
David W. Brown, Esquire
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
smcphail@paulweiss.com
dbrown@paulweiss.com

Dated: July 22, 2010   Respectfully submitted,
      Wilmington, Delaware

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 429-1900
(302) 429-8600 (fax)
gmcdaniel@bglawde.com

*Co-Counsel for Law Debenture Trust Company of New York*