UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

FEE EXAMINER'S FINAL REPORT
REGARDING SECOND INTERIM FEE APPLICATION OF
DELOITTE & TOUCHE LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the Second Interim Fee Application of Deloitte & Touche LLP for the period from

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

September 1, 2009, through November 30, 2009[2] (the "**Fee Application**"), seeking approval of fees that total $50,000.00. Deloitte & Touche LLP ("**Deloitte**") was retained and employed to provide financial, accounting and advisory services to the Debtors.

<u>Background</u>

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.      On August 13, 2009, the Debtors Committee filed the *Application for an Order Authorizing Debtors to Retain and Employ Deloitte & Touche LLP to Provide Certain Financial, Accounting, and Advisory Services to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, Nunc Pro Tunc to June 26, 2009* [Docket No. 1823] (the "**Retention Application**"). By order dated August 16, 2009, this Court approved the retention of Deloitte (the "**Retention Order**"). The Retention Order provided that, except as otherwise stated in the Retention Order, Deloitte "shall be compensated in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Local Rules, the fee and expense guidelines established by the Office of the United States Trustee, and any applicable orders of this Court."

3.      Deloitte filed the Fee Application on January 15, 2010, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

<u>Applicable Standards</u>

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and

---

[2] Though the Fee Application states a time period from September 1, 2009 through November 30, 2009, all fee entries were incurred between August 3-12, 2009.

review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").   In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*.   In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

7.      A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.   A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.   Moreover, the exercise of billing judgment is an inherent and unavoidable component of every fee application.   A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.      The Fee Examiner evaluated the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings, and then issued a Preliminary Report with accompanying exhibits to Deloitte.   In response, the firm provided a written response received on March 22, 2010 that contained additional information and explanation regarding issues raised in the Preliminary Report.   After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Technical Requirements

9.      **Reconciliation of Fees.**   The Fee Examiner compared the total amount of fees requested in the Fee Application ("**Fees Requested**") to the fees actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**").   The recomputation revealed that the Fees Requested is $7.50 greater than the Fees Computed.   The discrepancy is the result of Deloitte's calculation of the fees billed for one time entry invoiced by Soraya King on August 12, 2009.   Ms. King billed 1.50 hours at an hourly rate of $350.00, which computes to a charge of $525.00; however, the amount invoiced for this time entry was $532.50.   In responding to the Preliminary Report, Deloitte did

not address the fee discrepancy, and accordingly the Fee Examiner recommends a $7.50 fee reduction. All figures in this report and the accompanying exhibits references the Fees Computed.

10. **Block Billing.**[3] The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[4] Although most of the Deloitte activity descriptions were not block billed, several were combined into one billing entry with a single time increment. The block billed entries were displayed in **Exhibit C** to the Preliminary Report and totaled 19.00 hours with $7,882.50 in associated fees. The Fee Examiner requested that in future applications, Deloitte bill each discrete activity separately.

In response to the Preliminary Report, Deloitte agreed to bill each discrete activity separately in future applications. The Fee Examiner makes no recommendation for a fee reduction due to block billing, and Exhibit C is omitted from this report.

## Review of Fees

11. **Firm Staffing.** The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in

---

[3] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

[4] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to one hundred percent. *See id.* at 495 n.7 and cases cited.

cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*. The Fee Application provided the names, positions, and hourly rates of the 11 Deloitte timekeepers who billed to this matter, consisting of 1 partner, 1 director, 4 senior managers, 2 managers, 2 seniors, and 1 tax consultant. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit A**.[5]

The firm billed a total of 123.05 hours with associated fees of $49,992.50.[6] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 6.30 | 5% | $ 3,465.00 | 7% |
| Director | 1.60 | 1% | 880.00 | 2% |
| Senior Manager | 25.30 | 21% | 12,017.50 | 24% |
| Manager | 34.80 | 28% | 14,790.00 | 30% |
| Senior | 46.50 | 38% | 16,275.00 | 32% |
| Tax Consultant | 8.55 | 7% | 2,565.00 | 5% |
| TOTAL | 123.05 | 100% | $49,992.50 | 100% |

The blended hourly rate for the Deloitte professionals is $406.28.

12. **Hourly Rate Increases.** Deloitte did not increase the hourly rate of any timekeeper.

13. **Transient Timekeepers.** A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including conducting a comparison to others' efforts. On the whole, each Deloitte timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. However, the Fee Examiner requested that the firm provide supplemental information regarding the role of certain

---

[5] This Final Reports includes exhibits that detail and support the findings discussed therein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

[6] This amount reflects the Fees Computed.

timekeepers identified in **Exhibit B** to the Preliminary Report who billed a total of 16.45 hours and $6,437.50 in associated fees.

In response, Deloitte stated that the four individuals either (i) provided specific knowledge about matters on which they worked for Tribune Company prior to the bankruptcy and were relevant to bankruptcy issues, or (ii) are subject matter specialists in certain accounting and reporting areas whose knowledge and expertise was requested to address issues and questions raised by the Tribune Company. Given the additional information and context provided by the firm, the Fee Examiner makes no recommendation for a fee reduction resulting from the efforts of the four timekeepers. Exhibit B is omitted from this report.

14.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*. Deloitte's activity descriptions were sufficiently detailed.

15.    **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix))*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or

conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings, or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified occasions when two or more timekeepers billed to attend the same nonfirm conference, hearing, or other event. Contrary to Local Rule 2016-2, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 16.35 hours with $6,995.00 in associated fees, were displayed in **Exhibit D** to the Preliminary Report. In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the timekeeper leading rather than observing a nonfirm conference). The potentially duplicative and unnecessary timekeepers' entries total 7.15 hours with $3,275.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested from Deloitte an explanation of the necessity of the multiple billers and their respective roles for each event attended by more than one timekeeper.

In response to the Preliminary Report, Deloitte asserted that the various individual's presence at the same meeting or conference held a distinct role and the attendance of each improved the overall efficiency. While the presence of more than one firm timekeeper at various conferences may be appropriate in certain circumstances, the Fee Examiner expects Deloitte to comply with the Local Rules and explain the role and necessity of each participant. The Fee Examiner makes no recommendation for a fee reduction at this time, but may revisit the issue if Deloitte does not provide the requisite information in future fee applications. Exhibit D is included with this report for the Court's reference.

16. **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The fees billed by Deloitte for intraoffice conferences totaled 22.60 hours with $10,400.00 in associated fees, which computed to approximately 21% of the total fees requested in the Fee Application. The entries were

displayed in **Exhibit E** to the Preliminary Report. In certain instances, two or more firm professionals billed to attend the same internal conference. The entries describing intraoffice conferences attended by two or more firm personnel, totaling 21.98 hours with $10,080.83 in associated fees, were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that Deloitte provide an explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the preliminary report, Deloitte provided a lengthy and detailed explanation regarding the multiple disciplines and different roles played by firm personnel. The response included information on the supervisory role, specialized knowledge and experience, and/or involvement in client deliverables performed by the various timekeepers. Given the specificity and context provided in the firm's response, the Fee Examiner makes no recommendation for a fee reduction resulting from intraoffice communication. However, expending in excess of 20% of the fees on internal communication is an indication that management of the project was not efficient and productive, and accordingly the Fee Examiner will revisit the fees at issue in the context of future fee applications. Exhibit E is included for the Court's reference.

17.    **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner did not identify any tasks describing administrative efforts.

18.    **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.[7]  The Fee Examiner did not identify any tasks describing clerical efforts.

---

[7] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates). These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

19.      **Travel.**  Local Rule 2016-2 (d)(viii) provides that nonworking travel time "may be billed at no more than 50% of regular hourly rates."  The Fee Application contained no billing entries that describe travel.

20.      **Deloitte Retention/Compensation.**  The Fee Examiner identified no billing entries relating to the firm's retention and application for compensation.

**Conclusion**

The Fee Examiner submits this Final Report regarding the Fee Application and the fees discussed above.  The Fee Examiner recommends approval of fees in the amount of $49,992.50 ($50,000.00 minus $7.50) the interim period from September 1, 2009 through November 30, 2009.  A summary of the recommendations is included as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: John L. Decker, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:   (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

**Fee Examiner**

APPENDIX A

DELOITTE & TOUCHE LLP

SUMMARY OF FINDINGS

Second Interim Fee Application (September 1, 2009 through November 30, 2009)

### A.    Amounts Requested and Computed

| | | |
|---|---:|---:|
| Fees Requested | $50,000.00 | |
| Expenses Requested | 0.00 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $50,000.00 |
| | | |
| Fees Computed | $49,992.50 | |
| Expenses Computed | 0.00 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $49,992.50 |
| | | |
| Discrepancy in Fees | $    7.50 | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $    7.50 |

### B.    Recommended Fee Allowance

| | | |
|---|---:|---:|
| Fees Requested | $50,000.00 | |
| *Discrepancy in Fees* | | *($7.50)* |
| Subtotal | | *($7.50)* |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $49,992.50 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 22nd day of July, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Peter Leadstrom, Esq.
Partner
Deloitte & Touche LLP
111 South Wacker Drive
Chicago, IL 60606-4301

John L. Decker, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Deloitte & Touche LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| PLEA | Leadstrom, Pete | PARTNER | $550.00 | $550.00 | 6.30 | $3,465.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $550.00 | | 6.30 | $3,465.00 |
| | | | | % of Total: | 5.12% | % of Total:  6.93% |
| MWEI | Weinstein, Marc | DIRECTOR | $550.00 | $550.00 | 1.60 | $880.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $550.00 | | 1.60 | $880.00 |
| | | | | % of Total: | 1.30% | % of Total:  1.76% |
| RSTE | Stecz, Ryan | SENIOR MANAGER | $475.00 | $475.00 | 14.80 | $7,030.00 |
| KROS | Roskos, Korwin | SENIOR MANAGER | $475.00 | $475.00 | 5.80 | $2,755.00 |
| SCON | Conroy, Sean | SENIOR MANAGER | $475.00 | $475.00 | 4.20 | $1,995.00 |
| ALOO | Loo, Alice | SENIOR MANAGER | $475.00 | $475.00 | 0.50 | $237.50 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $475.00 | | 25.30 | $12,017.50 |
| | | | | % of Total: | 20.56% | % of Total:  24.04% |
| PCON | Conway, Patrick | MANAGER | $425.00 | $425.00 | 25.80 | $10,965.00 |
| SMCC | McCullough, Steve | MANAGER | $425.00 | $425.00 | 9.00 | $3,825.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $425.00 | | 34.80 | $14,790.00 |
| | | | | % of Total: | 28.28% | % of Total:  29.58% |
| MSME | Smeraglinolo, Mark | SENIOR | $350.00 | $350.00 | 28.30 | $9,905.00 |
| SKIN | King, Soraya | SENIOR | $350.00 | $350.00 | 18.20 | $6,370.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $350.00 | | 46.50 | $16,275.00 |
| | | | | % of Total: | 37.79% | % of Total:  32.55% |
| LDIU | Diubek, Liz | TAX CONSULTANT | $300.00 | $300.00 | 8.55 | $2,565.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Deloitte & Touche LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| | No. of Billers for Position: 1 | Blended Rate for Position: | $300.00 | | 8.55 | $2,565.00 |
| | | | | % of Total: | 6.95% | % of Total: | 5.13% |
| | Total No. of Billers: 11 | Blended Rate for Report: | $406.28 | | 123.05 | $49,992.50 |

EXHIBIT F

MULTIPLE ATTENDANCE AT NONFIRM CONFERENCES, HEARINGS, EVENTS

Deloitte & Touche LLP

### MULTIPLE ATTENDANCE AT NONFIRM CONFERENCES, HEARINGS, EVENTS

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Conroy, S | 1.00 | 475.00 |
| Conway, P | 1.00 | 425.00 |
| King, S | 4.10 | 1,435.00 |
| Leadstrom, P | 2.20 | 1,210.00 |
| McCullough, S | 2.50 | 1,062.50 |
| Roskos, K | 1.10 | 522.50 |
| Smeraglinolo, M | 2.20 | 770.00 |
| Stecz, R | 1.90 | 902.50 |
| Weinstein, M | 0.35 | 192.50 |
| | 16.35 | $6,995.00 |

### QUESTIONED MULTIPLE ATTENDANCE

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Conroy, S | 1.00 | 475.00 |
| Conway, P | 0.00 | 0.00 |
| King, S | 1.50 | 525.00 |
| Leadstrom, P | 2.20 | 1,210.00 |
| McCullough, S | 0.00 | 0.00 |
| Roskos, K | 1.10 | 522.50 |
| Smeraglinolo, M | 1.00 | 350.00 |
| Stecz, R | 0.00 | 0.00 |
| Weinstein, M | 0.35 | 192.50 |
| | 7.15 | $3,275.00 |

MULTIPLE ATTENDANCE AT NONFIRM CONFERENCES, HEARINGS, EVENTS

Deloitte & Touche LLP

MULTIPLE ATTENDANCE AT NONFIRM CONFERENCES, HEARINGS, EVENTS

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Pro-Forma Preparation Services | 16.35 | 6,995.00 |
| | 16.35 | $6,995.00 |

QUESTIONED MULTIPLE ATTENDANCE

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Pro-Forma Preparation Services | 7.15 | 3,275.00 |
| | 7.15 | $3,275.00 |

EXHIBIT F

MULTIPLE ATTENDANCE AT NONFIRM CONFERENCES, HEARINGS, EVENTS

Deloitte & Touche LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 08/04/09 Tue | King, S 1009/22 | 2.60 | 2.60 | 910.00 | | 1 | MATTER NAME: Pro-Forma Preparation Services<br>DISCUSSION WITH CLIENT REGARDING PBC MATERIALS AND SUBSEQUENT ANALYZING OF STATE INCOME TAX IMPACTS ON PRO FORMA FINANCIAL STATEMENTS |
| 08/04/09 Tue | Roskos, K 1009/12 | 1.10 | 1.10 | 522.50 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>DISCUSSION WITH CLIENT REGARDING STATE INCOME TAX IMPACTS ON PRO FORMA FINANCIAL STATEMENTS |
| 08/04/09 Tue | Smeraglinolo, M 1009/18 | 0.70 | 0.70 | 245.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>DISCUSS PRO FORMA FINANCIALS AND RELATED FOOTNOTES WITH T. LIGHTFOOT (TRIBUNE) |
| 08/04/09 Tue | Weinstein, M 1009/10 | 0.70 | 0.35 | 192.50 | & | 1<br><br>2 | MATTER NAME: Pro-Forma Preparation Services<br>TELEPHONE CALL WITH CLIENT REGARDING INFORMATION FOR INCOME TAX IMPACT ON PRO FORMA FINANCIAL STATEMENTS<br>INTERNAL DISCUSSIONS REGARDING THE PRO FORMA STATEMENTS BEING PREPARED AND THE MANNER IN WHICH CERTAIN ENTITIES/ASSETS WILL BE REFLECTED IN THOSE STATEMENTS. |
| 08/10/09 Mon | Leadstrom, P 1009/59 | 1.20 | 1.20 | 660.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEET WITH NICK CHAKIRIS AND TODD LIGHTFOOT (TRIBUNE) FOR STATUS UPDATE ON PRO FORMA FINANCIAL STATEMENT PROCESS |
| 08/10/09 Mon | Smeraglinolo, M 1009/64 | 1.20 | 1.20 | 420.00 | | 1 | MATTER NAME: Pro-Forma Preparation Services<br>UPDATE MEETING WITH TRIBUNE COMPANY AND DELOITTE TO DISCUSS STATUS AND TIMING |
| 08/11/09 Tue | McCullough, S 1009/72 | 2.50 | 2.50 | 1,062.50 | | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEET WITH CLIENT TO DISCUSS OPEN ITEMS, OBSERVATIONS, AND NEXT STEPS RELATED TO PRO FORMA FINANCIAL STATEMENT PROCESS |
| 08/11/09 Tue | Smeraglinolo, M 1009/73 | 0.30 | 0.30 | 105.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEETING WITH T. LIGHTFOOT (TRIBUNE) REGARDING PBC MATERIALS AND QUESTIONS ON PRO FORMA FINANCIALS |
| 08/12/09 Wed | Conroy, S 1009/81 | 1.00 | 1.00 | 475.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEET WITH B. LITMAN, N. CHAKIRIS, AND T. LIGHTFOOT (TRIBUNE) AND DELOITTE TO DISCUSS STATUS OF PRO FORMA PROJECT. |
| 08/12/09 Wed | Conway, P 1009/89 | 1.00 | 1.00 | 425.00 | | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEETING WITH TRIBUNE AND DELOITTE TO DISCUSS STATUS/WORKFLOWS/ AND TIMELINE OF PRO FORMA PROJECT |
| 08/12/09 Wed | King, S 1009/90 | 1.50 | 1.50 | 525.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEETING WITH CLIENT TO DISCUSS COMPUTATIONS AND STATUS OF PRO FORMA PROJECT |
| 08/12/09 Wed | Leadstrom, P 1009/78 | 1.00 | 1.00 | 550.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEET WITH TRIBUNE TEAM (B. LITMAN, N. CHAKIRIS, T. LIGHTFOOT) AND DELOITTE TEAM TO DISCUSS UPDATED TIMELINE |
| 08/12/09 Wed | Stecz, R 1009/84 | 1.90 | 1.90 | 902.50 | | 1 | MATTER NAME: Pro-Forma Preparation Services<br>PREPARATION FOR A MEETING WITH CLIENT REGARDING OUR PROGRESS TO DATE ON THE PRO FORMA PROJECT. ATTEND THE MEETING AND DISCUSS OUR PROGRESS AND OPEN ISSUES AND QUESTIONS. |

& QUESTIONED MULTIPLE ATTENDANCE

EXHIBIT D

MULTIPLE ATTENDANCE AT NONFIRM CONFERENCES, HEARINGS, EVENTS

Deloitte & Touche LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| | TOTAL OF ALL ENTRIES | | 16.35 | $6,995.00 | |
| | TOTAL ENTRY COUNT: | 13 | | | |
| | TOTAL TASK COUNT: | 13 | | | |
| | TOTAL OF & ENTRIES | | 7.15 | $3,275.00 | |
| | TOTAL ENTRY COUNT: | 8 | | | |
| | TOTAL TASK COUNT: | 8 | | | |

EXHIBIT D

MULTIPLE ATTENDANCE AT NONFIRM CONFERENCES, HEARINGS, EVENTS

Deloitte & Touche LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

MULTIPLE ATTENDANCE AT NONFIRM CONFERENCES, HEARINGS, EVENTS

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Conroy, S | 1.00 | 475.00 |
| Conway, P | 1.00 | 425.00 |
| King, S | 4.10 | 1,435.00 |
| Leadstrom, P | 2.20 | 1,210.00 |
| McCullough, S | 2.50 | 1,062.50 |
| Roskos, K | 1.10 | 522.50 |
| Smeraglinolo, M | 2.20 | 770.00 |
| Stecz, R | 1.90 | 902.50 |
| Weinstein, M | 0.35 | 192.50 |
| | 16.35 | $6,995.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

QUESTIONED MULTIPLE ATTENDANCE

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Conroy, S | 1.00 | 475.00 |
| Conway, P | 0.00 | 0.00 |
| King, S | 1.50 | 525.00 |
| Leadstrom, P | 2.20 | 1,210.00 |
| McCullough, S | 0.00 | 0.00 |
| Roskos, K | 1.10 | 522.50 |
| Smeraglinolo, M | 1.00 | 350.00 |
| Stecz, R | 0.00 | 0.00 |
| Weinstein, M | 0.35 | 192.50 |
| | 7.15 | $3,275.00 |

EXHIBIT D

MULTIPLE ATTENDANCE AT NONFIRM CONFERENCES, HEARINGS, EVENTS

Deloitte & Touche LLP

SUMMARY OF HOURS AND FEES BY MATTER FOR
MULTIPLE ATTENDANCE AT NONFIRM CONFERENCES, HEARINGS, EVENTS

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Pro-Forma Preparation Services | 16.35 | 6,995.00 |
| | 16.35 | $6,995.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR
QUESTIONED MULTIPLE ATTENDANCE

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Pro-Forma Preparation Services | 7.15 | 3,275.00 |
| | 7.15 | $3,275.00 |

EXHIBIT E

INTRAOFFICE CONFERENCES
Deloitte & Touche LLP

## INTRAOFFICE CONFERENCES

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Conroy, S | 1.85 | 878.75 |
| Conway, P | 3.80 | 1,615.00 |
| King, S | 2.00 | 700.00 |
| Leadstrom, P | 2.40 | 1,320.00 |
| Roskos, K | 1.47 | 696.67 |
| Smeraglinolo, M | 1.35 | 472.50 |
| Stecz, R | 8.48 | 4,029.58 |
| Weinstein, M | 1.25 | 687.50 |
| | 22.60 | $10,400.00 |

## INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Conroy, S | 1.85 | 878.75 |
| Conway, P | 3.80 | 1,615.00 |
| King, S | 2.00 | 700.00 |
| Leadstrom, P | 2.40 | 1,320.00 |
| Roskos, K | 1.20 | 570.00 |
| Smeraglinolo, M | 1.35 | 472.50 |
| Stecz, R | 8.48 | 4,029.58 |
| Weinstein, M | 0.90 | 495.00 |
| | 21.98 | $10,080.83 |

EXHIBIT E

INTRAOFFICE CONFERENCES

Deloitte & Touche LLP

INTRAOFFICE CONFERENCES

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Pro-Forma Preparation Services | 22.60 | 10,400.00 |
| | 22.60 | $10,400.00 |

INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Pro-Forma Preparation Services | 21.98 | 10,080.83 |
| | 21.98 | $10,080.83 |

EXHIBIT

INTRAOFFICE CONFERENCES

Deloitte & Touche LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| 08/03/09 Mon | King, S 1009/5 | 2.00 | 2.00 | 700.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEET WITH DELOITTE STATE TAX TEAM RELATED TO TAX IMPACTS ON PRO FORMA FINANCIAL STATEMENTS |
| 08/03/09 Mon | Roskos, K 1009/4 | 0.50 | 0.50 | 237.50 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEET WITH DELOITTE STATE TAX TEAM RELATED TO TAX IMPACTS ON PRO FORMA FINANCIAL STATEMENTS |
| 08/03/09 Mon | Stecz, R 1009/2 | 2.10 | 2.10 | 997.50 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEET WITH DELOITTE STATE TAX TEAM RELATED TO TAX IMPACTS ON PRO FORMA FINANCIAL STATEMENTS |
| 08/03/09 Mon | Weinstein, M 1009/1 | 0.60 | 0.60 | 330.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEET WITH DELOITTE STATE TAX TEAM RELATED TO TAX IMPACTS ON PRO FORMA FINANCIAL STATEMENTS |
| 08/04/09 Tue | Weinstein, M 1009/10 | 0.70 | 0.35 | 192.50 | | 1<br>2 | MATTER NAME: Pro-Forma Preparation Services<br>TELEPHONE CALL WITH CLIENT REGARDING INFORMATION FOR INCOME TAX IMPACT ON PRO FORMA FINANCIAL STATEMENTS<br>INTERNAL DISCUSSIONS REGARDING THE PRO FORMA STATEMENTS BEING PREPARED AND THE MANNER IN WHICH CERTAIN ENTITIES/ASSETS WILL BE REFLECTED IN THOSE STATEMENTS. |
| 08/05/09 Wed | Conroy, S 1009/24 | 0.80 | 0.80 | 380.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>REVIEW MEMO ON PRO FORMA MATERIALITY AND CALCULATIONS PREPARED FOR PRO FORMA PROJECT. DISCUSS WITH P. CONWAY (DELOITTE) |
| 08/05/09 Wed | Conway, P 1009/30 | 0.80 | 0.80 | 340.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>DISCUSS MEMO ON PRO FORMA MATERIALITY AND CALCULATIONS FOR PROJECT PROJECT WITH S. CONROY (DELOITTE) |
| 08/05/09 Wed | Stecz, R 1009/25 | 2.60 | 2.60 | 1,235.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>INTERNAL DISCUSSIONS REGARDING PROGRESS WITH RESPECT TO THE TAX PROVISION CALCULATION, DEFERRED TAX CALCULATION AND OTHER PRO FORMA ADJUSTMENTS. |
| 08/06/09 Thu | Conway, P 1009/41 | 2.10 | 2.10 | 892.50 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MET WITH P. LEADSTOM (DELOITTE) TO DISCUSS AND REVIEW HIS COMMENTS ON THE MATERIALITY AND FORM AND CONTENT PRO FORMA FINANCIALS MEMOS. IN ADDITION HELD DISCUSSION REGARDING POTENTIAL FAIR VALUE ADJUSTMENTS RELATED TO DEFERRED REVENUE AND SALE LEASEBACK TRANSACTIONS. |
| 08/06/09 Thu | Leadstrom, P 1009/37 | 0.40 | 0.40 | 220.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEET WITH DELOITTE PRO FORMA TEAM TO DISCUSS COMMENTS ON MATERIALITY AND PRO FORMA FORM AND CONTENT MEMOS |
| 08/06/09 Thu | Leadstrom, P 1009/38 | 1.30 | 1.30 | 715.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>PREPARE FOR AND MEET WITH D&T PRO FORMA TEAM TO DISCUSS FAIR VALUE ADJUSTMENT POTENTIALLY IDENTIFIED TO DATE INCLUDING DEFERRED REVENUE AND SALE LEASEBACK TRANSACTIONS. |
| 08/06/09 Thu | Stecz, R 1009/40 | 1.70 | 0.85 | 403.75 | & | 1<br>2 | MATTER NAME: Pro-Forma Preparation Services<br>INTERNAL DISCUSSIONS REGARDING PROGRESS WITH RESPECT TO THE TAX MODEL AND UPDATE REGARDING THE ACCOUNTING TEAM'S MODEL FOR TAX IMPACT ON PRO FORMA FINANCIALS. ALSO<br>CONTINUED WORK ON PREPARATION OF A MEMO TO DOCUMENT THAT TAX PROCESS. |

INTRAOFFICE CONFERENCES

Deloitte & Touche LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 08/07/09 Fri | Conway, P 1009/51 | 0.90 | 0.90 | 382.50 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEETING WITH M. SMERAGLINOLO (DELOITTE) TO DISCUSS THE METHOD FOR VALUING CERTAIN MATERIAL LEASES AS WELL AS THE DOCUMENTATION REQUIREMENTS WITHIN THE PRO FORMA FINANCIAL MODEL AND RELATED MEMO |
| 08/07/09 Fri | Roskos, K 1009/50 | 0.80 | 0.27 | 126.67 | | 1<br><br>2<br>3 | MATTER NAME: Pro-Forma Preparation Services<br>INTERNAL DISCUSSIONS ABOUT STATUS OF PROJECT AND OUTSTANDING INFORMATION NEEDED TO COMPLETE PRO FORMA PROJECT.<br>EMAIL EXCHANGE WITH CLIENT ABOUT OUTSTANDING INFORMATION NEEDED TO COMPLETE PROJECT AND<br>REVIEW OF ADDITIONAL INFORMATION RECEIVED FROM CLIENT. |
| 08/07/09 Fri | Smeraglinolo, M 1009/57 | 2.10 | 1.05 | 367.50 | &<br> | 1<br>2 | MATTER NAME: Pro-Forma Preparation Services<br>MEETING WITH P. CONWAY (DELOITTE) TO DISCUSS THE VALUATION OF CERTAIN MATERIAL LEASES AND AS WELL AS<br>UPDATING THE OVERALL PRO FORMA FINANCIAL PROCESS MEMO TO REFLECT THE DISCUSSION. |
| 08/10/09 Mon | Smeraglinolo, M 1009/65 | 0.30 | 0.30 | 105.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>DELOITTE MEETING TO DE-BRIEF AFTER MEETING WITH TRIBUNE REGARDING PROJECT STATUS. TOPICS INCLUDED DISCUSSION OF ACTION ITEMS TO TAKE AND CONCLUDE BEFORE LEAVING FIELD. |
| 08/10/09 Mon | Stecz, R 1009/61 | 2.30 | 1.53 | 728.33 | <br><br>&<br>& | 1<br><br>2<br>3 | MATTER NAME: Pro-Forma Preparation Services<br>REVIEWING THE PRO FORMA SUPPORT BINDER THAT HAS BEEN PREPARED TO DOCUMENT OUR PROCESS. ALSO<br>REVIEWED A LIST OF OUTSTANDING QUESTIONS AND ISSUES AND DISCUSSED THE LIST INTERNALLY. FINALLY<br>ATTENDED AN INTERNAL UPDATE MEETING TO DISCUSS PROJECT STATUS AND NEXT STEPS. |
| 08/10/09 Mon | Weinstein, M 1009/60 | 0.30 | 0.30 | 165.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>INTERNAL DISCUSSIONS ABOUT TAX STATUS ON PRO FORMA FINANCIAL STATEMENTS |
| 08/12/09 Wed | Conroy, S 1009/82 | 0.40 | 0.40 | 190.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>CONDUCT CALL WITH R. STECZ (DELOITTE) REGARDING STATUS OF PRO FORMA PROJECT TIMING. |
| 08/12/09 Wed | Conroy, S 1009/83 | 1.30 | 0.65 | 308.75 | <br>& | 1<br>2 | MATTER NAME: Pro-Forma Preparation Services<br>REVIEW AND COMMENT ON PRO FORMA FORM AND CONTENT MEMO,<br>DISCUSS WITH P. CONWAY (DELOITTE). |
| 08/12/09 Wed | Leadstrom, P 1009/77 | 0.70 | 0.70 | 385.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>MEETING WITH DELOITTE TO DISCUSS STATUS OF PRO FORMA PROJECT AND RELATED QUESTIONS. KEY TOPICS INCLUDED STATUS OF MEMOS PREPARED FOR CLIENT, PRO FORMA WORKBOOK ADJUSTMENTS, AND ACCOUNTING TREATMENT DISCUSSIONS. |
| 08/12/09 Wed | Roskos, K 1009/87 | 0.70 | 0.70 | 332.50 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>INTERNAL DISCUSSIONS ABOUT TRIBUNE PRO FORMA PROJECT |
| 08/12/09 Wed | Stecz, R 1009/85 | 1.00 | 1.00 | 475.00 | & | 1 | MATTER NAME: Pro-Forma Preparation Services<br>INTERNAL MEETING TO GET AN UPDATE ON THE PROJECT INCLUDING INFORMATION ABOUT WHICH ENTITIES WILL BE INCLUDED / EXCLUDED IN THE PRO FORMA STATEMENTS. |

EXHIBIT E

INTRAOFFICE CONFERENCES

Deloitte & Touche LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|---|-------------|
| | | | | | | | *MATTER NAME: Pro-Forma Preparation Services* |
| 08/12/09 Wed | Stecz, R 1009/86 | 0.40 | 0.40 | 190.00 | & | 1 | CONDUCT CALL WITH S. CONROY (DELOITTE) REGARDING STATUS OF PRO FORMA PROJECT TIMING |
| | TOTAL OF ALL ENTRIES | | 22.60 | $10,400.00 | | | |
| | TOTAL ENTRY COUNT: | 24 | | | | | |
| | TOTAL TASK COUNT: | 25 | | | | | |
| | TOTAL OF & ENTRIES | | 21.98 | $10,080.83 | | | |
| | TOTAL ENTRY COUNT: | 22 | | | | | |
| | TOTAL TASK COUNT: | 23 | | | | | |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

EXHIBIT E

INTRAOFFICE CONFERENCES

Deloitte & Touche LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

INTRAOFFICE CONFERENCES

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Conroy, S | 1.85 | 878.75 |
| Conway, P | 3.80 | 1,615.00 |
| King, S | 2.00 | 700.00 |
| Leadstrom, P | 2.40 | 1,320.00 |
| Roskos, K | 1.47 | 696.67 |
| Smeraglinolo, M | 1.35 | 472.50 |
| Stecz, R | 8.48 | 4,029.58 |
| Weinstein, M | 1.25 | 687.50 |
| | 22.60 | $10,400.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Conroy, S | 1.85 | 878.75 |
| Conway, P | 3.80 | 1,615.00 |
| King, S | 2.00 | 700.00 |
| Leadstrom, P | 2.40 | 1,320.00 |
| Roskos, K | 1.20 | 570.00 |
| Smeraglinolo, M | 1.35 | 472.50 |
| Stecz, R | 8.48 | 4,029.58 |
| Weinstein, M | 0.90 | 495.00 |
| | 21.98 | $10,080.83 |

EXHIBIT E

INTRAOFFICE CONFERENCES

Deloitte & Touche LLP

SUMMARY OF HOURS AND FEES BY MATTER FOR

INTRAOFFICE CONFERENCES

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Pro-Forma Preparation Services | 22.60 | 10,400.00 |
| | 22.60 | $10,400.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR

INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Pro-Forma Preparation Services | 21.98 | 10,080.83 |
| | 21.98 | $10,080.83 |