# EXHIBIT A

## Declaration of Christopher L. Meazell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Thirteenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period June 1, 2010 through June 30, 2010 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Thirteenth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.    There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 23d day of July, 2010.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## JUNE 1 - JUNE 30, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 9.5 | 2,375.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 73.9 | 39,167.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 65.7 | 47,632.50 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 340 | 1.6 | 544.00 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 665 | 23.2 | 15,428.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 550 | 0.8 | 440.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 129.9 | 84,435.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 35.5 | 9,762.50 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 400 | 10.7 | 4,280.00 |
| Scott S. Patrick | Member (since 2005); Communications; 1990 (DC) & 1996 | 540 | 0.4 | 216.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 (WI) | 440 | 145.3 | 63,932.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 130.9 | 81,812.50 |
| Mario J. Weber | Associate (since 2005); Communications; 2005 (FL) & 2006 (DC) | 310 | 2.6 | 806.00 |
| **TOTALS** | | | **630.0** | **350,830.50** |

**BLENDED RATE**                                                                    556.8738095

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## JUNE 1 - JUNE 30, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 619.3 | 346,550.50 |
| Fee Applications 08656.0101 | 10.7 | 4,280.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **630.0** | **350,830.50** |

# ☼ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC  |  Atlanta, GA

T  202.776.2000  F  202.776.2222

July 25, 2010                                                                                                              Page 1

Tribune Company                                                                                                Invoice 527639
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016


Our File # 08656.0100            For Services Through June 30, 2010
FCC/Broadcast Matters


| | | |
|---|---|---|
| 06/01/10 | Review FCC issues re proposed restructuring transactions.<br>C. Burrow | 0.90 hrs. |
| 06/01/10 | Work on restructuring process for FCC licenses held by Tribune subsidiaries and FCC applications (0.6); review license holders and timing of FCC filings (0.3).<br>J. Feore | 0.90 hrs. |
| 06/01/10 | Review charts from J. Langdon (Sidley) re proposed restructuring transactions and changes to subsidiary structure for broadcast entities (1.2); analyze FCC pro forma applications required to be filed to obtain approval for restructuring transactions (1.6); prepare chart on broadcast subsidiary transactions and anticipated FCC applications (1.7); review charts from J. Langdon (Sidley) re proposed restructuring transactions for Tribune publishing entities with FCC licenses (1.0); analyze pro forma applications for FCC licenses held by publishing companies (0.9); prepare correspondence to J. Langdon (Sidley) re changes to license charts (0.4).<br>J. Logan | 6.80 hrs. |
| 06/01/10 | Review and update license list for all Tribune licensee entities as part of preparation for restructuring transactions.<br>L. McCarty (Practice Group Professional) | 0.50 hrs. |
| 06/01/10 | Telephone conference with E. Washburn re ownership report requirements.<br>M. Swanson | 0.10 hrs. |
| 06/01/10 | Review chart of FCC licenses for reorganization.<br>S. Anderson (Practice Group Professional) | 0.40 hrs. |

Tribune Company

| 06/02/10 | Review issues re amendments to pending FCC applications. | |
| | C. Burrow | 0.70 hrs. |

| 06/02/10 | Review proposed structure for filing FCC applications on Tribune reorganization (0.9); telephone conference with FCC staff re timing (0.3); telephone conference with S. Sheehan re FCC and Hill lobbying efforts (0.3). | |
| | J. Feore | 1.50 hrs. |

| 06/02/10 | Telephone conference with W. Johnson (JP Morgan FCC counsel) re status of proposed amendment re JP Morgan media interest and developments re foreign ownership certification (0.4); prepare memorandum re W. Johnson update information re JP Morgan position (0.6); prepare correspondence to M. Heller (FCC counsel to JP Morgan) re amendments to comprehensive exhibit (0.2); prepare correspondence to J. Langdon (Sidley) re license information for Sidley memorandum on restructuring transactions and re anticipated FCC licenses for approvals for restructuring transactions (0.8); prepare correspondence to L. Washburn re proposed withdrawal of assignment applications for WPQL890 in view of decision to cancel authorization (0.5); arrange for filing of withdrawal (0.2); prepare charts analyzing FCC consent requirements for FCC broadcast and non-broadcast licenses in connection with proposed restructuring transactions (2.2); prepare memorandum re steps for proposed restructuring transactions and issues to be addressed in meeting with FCC staff prior to filing (1.4). | |
| | J. Logan | 6.30 hrs. |

| 06/02/10 | Review and respond to email relating to restructuring transactions memorandum. | |
| | L. McCarty (Practice Group Professional) | 0.50 hrs. |

| 06/02/10 | Email D. Roberts (FCC) re withdrawal of wireless application (0.1); review re restructuring applications and effect on FCC staff's processing of already pending material (0.4); research re satellite supplement for FCC (2.6); revise same (1.0); review effect of notice of inquiry contour proposals on applications (0.3). | |
| | M. Swanson | 4.40 hrs. |

| 06/02/10 | Research re FCC decisions granting satellite waivers after the digital TV transition. | |
| | R. Folliard III | 0.30 hrs. |

| 06/02/10 | File withdrawal of assignment application for KRCW private radio license, surrendered for non-use. | |
| | S. Anderson (Practice Group Professional) | 0.50 hrs. |

| 06/03/10 | Prepare amendment to FCC assignment application regarding Indianapolis satellite waiver (1.0); correspondence with E. Washburn regarding same (0.3); telephone conference with E. Washburn regarding same (0.2); prepare correspondence with M. Fratrik regarding same (0.3). | |

July 25, 2010                                                    Page 3

Tribune Company                                        Invoice 527639

|            | J. Rademacher | 1.80 hrs. |
|------------|---------------|-----------|

06/03/10    Review and revise draft FCC amendments to pending applications and review re replacing ownership issues (0.5); telephone conference with counsel for investors re certification and reporting issues at FCC (0.3).
            J. Feore                                        0.80 hrs.

06/03/10    Complete chart on analysis of FCC application requirements for Tribune non-broadcast entities (1.1); revise chart with analysis for FCC requirements re restructuring transactions for Tribune licensee subsidiaries (0.9).
            J. Logan                                        2.00 hrs.

06/03/10    Review FCC order against Fox and letters launching investigation of affiliates re indecency (0.3); prepare correspondence to L. Washburn re same (0.2).
            K. Latek                                        0.50 hrs.

06/03/10    Telephone call with J. Roberts regarding FCC filing process for ownership reports.
            L. McCarty (Practice Group Professional)        0.50 hrs.

06/03/10    Telephone conference and emails with A. Denysyk (FCC) re satellite issue (0.3); telephone conference with J. Fiorini (Wiley) re filing issue (0.2); telephone conference with E. Washburn re same (0.1); review M. Fratrik report and email same re satellite issue (0.4); email exchange with M. Martin (KL Gates) re Form 323s (0.2); review re changes to satellite filing (1.3).
            M. Swanson                                      2.50 hrs.

06/04/10    Research SEC filings re JP Morgan interest in Gannett for purposes of determining FCC attribution levels (1.8); revise FCC exhibit re JP Morgan interest in Gannett (0.7); review outstanding FCC foreign ownership issues (0.6).
            C. Burrow                                       3.10 hrs.

06/04/10    Prepare amendment to FCC application for assignment of license in bankruptcy regarding Indianapolis satellite waiver (0.6); correspondence with E. Washburn regarding same (0.2); correspondence with J. Bayes and J. Fiorini (lenders' counsel) regarding same (0.2); correspondence with M. Fratrik regarding same (0.2); telephone conference with J. Fiorini regarding same (0.1).
            J. Rademacher                                   1.30 hrs.

06/04/10    Review draft FCC amendment re stock ownership (0.6); review amendment re TV station contours for satellite showings (0.5); telephone conference with investors' counsel re certification issues re Section 310 compliance and FCC filings (0.8).
            J. Feore                                        1.90 hrs.

06/04/10    Review correspondence from J. Boelter (Sidley) re Davis Polk

Tribune Company

|  |  |  |
|---|---|---|
|  | questions on foreign ownership certification (0.3): prepare correspondence to J. Boelter (Sidley) re foreign ownership certification and remaining issues in foreign ownership certification process (0.8); review and analyze draft amendment from JP Morgan FCC counsel re JP Morgan interest in Gannett (1.2); telephone conference with FCC counsel to JP Morgan re FCC foreign ownership certification and re proposed changes to JP Morgan amendment re Gannett interest (0.6); prepare revisions to comprehensive exhibit (0.8); prepare correspondence to L. Washburn re proposed amendment to applications (0.3). |  |
|  | J. Logan | 4.00 hrs. |
| 06/04/10 | Review and revise amendment to FCC application for assignment of license in bankruptcy (0.2); telephone conference with J. Bayes (Wiley) and W. Johnsen (Wiley) re same (0.2); telephone conference with E. Washburn re same (0.2). |  |
|  | M. Swanson | 0.60 hrs. |
| 06/04/10 | Prepare amendment to Tribune Broadcast Holdings application to provide contour maps for WTTV/WTTK (0.6); file amendment to Tribune Broadcast Holdings application to provide contour maps for WTTV/WTTK (0.2). |  |
|  | S. Anderson (Practice Group Professional) | 0.80 hrs. |
| 06/05/10 | Review amendment drafted by investors' counsel re new ownership for holders (0.4); review issues relating to FCC ownership rules (0.4). |  |
|  | J. Feore | 0.80 hrs. |
| 06/06/10 | Review list of issues in connection with restructuring application (0.5); draft corporate flow chart (0.1). |  |
|  | S. Anderson (Practice Group Professional) | 0.60 hrs. |
| 06/07/10 | Telephone conference with counsel re petition to deny deadline and filing response at FCC (0.3); review drafts of application amendments for FCC (0.9); prepare outline of issues and responses re FCC's filings (0.4). |  |
|  | J. Feore | 1.60 hrs. |
| 06/08/10 | Telephone conference with counsel for lenders re upcoming FCC dates and processing (0.3); review updated amendment and filing procedures for applications (1.2); telephone conference with FCC re questions on applications (0.3). |  |
|  | J. Feore | 1.80 hrs. |
| 06/08/10 | Review correspondence from J. Langdon with license annex and descriptive chart for proposed memorandum re restructuring transactions (0.2); review and respond to correspondence from L. Washburn re additional assignment in connection with ownership reports for EGI-TRB and constituent entities (0.4). |  |
|  | J. Logan | 0.60 hrs. |
| 06/09/10 | Revise draft amendment to FCC applications to reflect JP Morgan's |  |

|  |  |  |
|---|---|---|
|  | interest in Gannett (1.2); review issues re updates to FCC applications to update license lists and director information (1.1).<br>C. Burrow | 2.30 hrs. |
| 06/09/10 | Telephone conference with investors' counsel re FCC applications (0.2); review updated amendments for reporting ownership (1.2); revise filings for FCC transfer applications (0.5); revise list of licensees (0.3).<br>J. Feore | 2.20 hrs. |
| 06/09/10 | Review issues re confirming licenses and other information for Sidley memorandum on restructuring transactions (0.8); telephone conference with W. Johnson (FCC counsel to JP Morgan) re JP Morgan interest in Gannett and results of further inquiry (0.3); prepare correspondence to J. Langdon (Sidley) re transaction and license chart for restructuring transactions (0.4); review comments from Sidley legal department re corrections to comprehensive exhibit to application and corrections to exhibit draft (0.9); review information from L. Washburn re EGI-TRB Form 323 reports for FCC biennial ownership filing requirement and develop structure and procedure for report preparation (1.6); telephone conference with J. Roberts (Sidley) re biennial ownership report requirements and reports for ESOP Committee (0.4); prepare correspondence to L. Washburn re approach to ownership reports for EGI-TRB (0.4); prepare correspondence to M. Block (FCC counsel to JP Morgan) re draft of proposed JP Morgan ownership amendment (0.3); review and revise draft amendment from JP Morgan (0.8); prepare response to D. Roberts (FCC) to inquiry re EDP interests (1.4).<br>J. Logan | 7.30 hrs. |
| 06/09/10 | Review issues regarding preparation of ownership reports for various trust entities (0.3); review license list documents for accuracy (1.0); identify discrepancies re same (1.3); update reorganization list to include non-broadcast entities (2.7).<br>L. McCarty (Practice Group Professional) | 5.30 hrs. |
| 06/09/10 | Review ownership material and ownership structure for Tribune ownership reports (0.7); telephone call with J. Roberts re FCC ownership reports for Tribune Company (0.3); research re use of special purpose FRN for Tribune ownership reports (0.3).<br>R. Folliard III | 1.30 hrs. |
| 06/09/10 | Review ownership filings for EGI-TRB, LLC (0.7); review amendment to report Gannett interest (0.1).<br>S. Anderson (Practice Group Professional) | 0.80 hrs. |
| 06/09/10 | Review FCC notice re broadcast spectrum reallocation forum and prepare correspondence to L. Washburn re same.<br>S. Patrick | 0.10 hrs. |
| 06/10/10 | Telephone conference with D. Roberts (FCC staff) regarding additional information request for Hartford duopoly waiver request (0.3); telephone conference with D. Roberts regarding JP Morgan |  |

ownership certification for assignment applications (0.4); correspondence with E. Washburn regarding FCC information request for Hartford duopoly waiver request (0.5); correspondence with E. Washburn regarding dates for petitions to deny, oppositions and replies (0.5).

J. Rademacher                                    1.70 hrs.

06/10/10    Review draft SEC offering memo re FCC regulatory issues (0.7); review final showings for Hartford and FCC request for updated materials (0.7); telephone conference with Wiley re same (0.3); review amendment re JP Morgan and certification issues re FCC compliance (0.9).

J. Feore                                          2.60 hrs.

06/10/10    Telephone conference with D. Roberts (FCC staff) re inquiries regarding consideration of equity-debt-plus attribution (0.4); prepare correspondence to M. Gibson (JP Morgan FCC counsel) re status of approval of final amendment by JP Morgan (0.4); review final JP Morgan amendment (0.6); prepare correspondence to L. Washburn (Tribune) re amendment for execution approval (0.2); review correspondence from M. Heller (JP Morgan FCC counsel) re revisions to draft foreign ownership certification and proposed conceptual changes in survey approach (0.8); telephone conference with D. Roberts (FCC staff) re staff questions on attribution exemptions asserted in long-form applications (0.4); review approaches to address potential FCC staff issues re asserted attribution exemptions (0.5).

J. Logan                                          3.30 hrs.

06/10/10    Telephone call to L. Washburn re FCC procedure to correct licensee name in ULS database.

L. McCarty (Practice Group Professional)        0.30 hrs.

06/10/10    Review re Form 323 preparation (0.1); review re need for more duopoly information (0.1).

M. Swanson                                        0.20 hrs.

06/10/10    Review draft amendment.

S. Anderson (Practice Group Professional)       0.20 hrs.

06/10/10    Prepare correspondence to W. Van Duynhoven re filing window for applications for new LPTV stations.

S. Patrick                                        0.10 hrs.

06/11/10    Revise foreign ownership certification and instructions (0.9); review issues re allocation of stock and warrants to consolidated groups (1.4); revise draft Form 10 for FCC issues (1.6).

C. Burrow                                          3.90 hrs.

06/11/10    Review updated foreign ownership certification and issues re timing (0.9); review FCC request re Hartford financials and amendment to application (0.6); review FCC issues in draft Form 10 (0.9).

J. Feore                                          2.40 hrs.

Tribune Company

| | | |
|---|---|---|
| 06/11/10 | Complete filing of amendment to broadcast applications re JP Morgan interest in Gannett (0.4); prepare correspondence to L. Washburn re amendment filing (0.3); prepare correspondence to E. Heller and M. Gibson (Wiley) re filing of amendments to FCC broadcast applications (0.2); review revised foreign ownership certification draft from FCC counsel to JP Morgan (0.8); analyze issues regarding effect of consolidated certification on procedures for computation and allotment of common stock and warrants (0.7); revise draft foreign ownership certification (0.9); prepare memorandum to J. Boelter (Sidley) re allotment issues raised in foreign ownership certification revisions with regard to consolidated certification proposal (1.2); telephone conference with J. Bayes (Wiley) re information on anticipated petitioners to deny (0.3); prepare correspondence to D. Roberts (FCC) re filing of amendment on JP Morgan interest and providing copies of amendment (0.3). | |
| | J. Logan | 5.10 hrs. |
| 06/11/10 | Submit amendments to pending applications (1.0); distribute copies of same to counsel (0.5); notify client of pleading deadlines for ownership notice of inquiry (0.1). | |
| | L. McCarty (Practice Group Professional) | 1.60 hrs. |
| 06/11/10 | File amendments to Media Bureau assignment applications. | |
| | S. Anderson (Practice Group Professional) | 1.80 hrs. |
| 06/12/10 | Work on possible changes to Form 10 discussion of FCC regulatory issues and compliance (1.1); research possible petition issues re pending transfer applications at FCC (0.9). | |
| | J. Feore | 2.00 hrs. |
| 06/14/10 | Revise FCC foreign ownership certification (1.2); review issues re consolidation proposal for FCC foreign ownership calculations (1.3); correspondence with Sidley and lenders' FCC counsel re same (1.3); review petitions to deny FCC applications for ownership and bankruptcy issues (2.4). | |
| | C. Burrow | 6.20 hrs. |
| 06/14/10 | Review petitions to deny of N. Ellis (0.3), International Brotherhood of Teamsters (0.4), public interest petitioners (3.7) and Wilmington Trust Company (0.5) regarding FCC applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 4.90 hrs. |
| 06/14/10 | Review updated foreign ownership certifications and procedures (0.9); conference with S. Sheehan re timing and FCC issues (0.3); telephone conference with lenders' counsel re FCC application and filings (0.3); prepare follow-up memorandum re filings (0.4); review petitions filed with FCC (1.1); preparation of memorandum to company re filings (0.2). | |
| | J. Feore | 3.20 hrs. |
| 06/14/10 | Prepare correspondence to J. Boelter re revisions to foreign | |

ownership certification (0.6); prepare correspondence to W. Johnson
and M. Heller (JPMorgan FCC counsel) re revisions to foreign
ownership certification (0.4); telephone conference with W. Johnson
re issues in connection with use of certification information in
distribution process (0.4); prepare correspondence to M. Heller re
status of petitions to deny (0.2); review and analyze petition to deny
filed by N. Ellis (0.7); prepare correspondence to M. Heller re N.
Ellis petition (0.2); review and analyze petition to deny from
Wilmington Trust (1.8); prepare correspondence to J. Boelter
(Sidley) re Wilmington Trust petition to deny (0.3); review further
comments from J. Boelter (Sidley) re draft foreign ownership
certification (0.4); revise draft foreign ownership certification to
reflect comments from Sidley (0.4); prepare correspondence to J.
Boelter re procedures for collecting and calculating foreign
ownership data in connection with distributions and re revised
foreign ownership certification (0.5); prepare correspondence to W.
Johnson (Wiley) re procedures for computation and distribution of
stock and warrants for Section 310(b) compliance (0.8).
J. Logan                                                    6.70 hrs.

| | | |
|---|---|---|
| 06/14/10 | Review and reply to emails regarding draft spreadsheets for ownership filing.<br>L. McCarty (Practice Group Professional) | 0.80 hrs. |
| 06/15/10 | Correspondence with lenders' FCC counsel re FCC foreign ownership consolidation proposal (0.9); review bankruptcy and ownership issues raised by petitions to deny FCC applications (2.3); prepare outline of arguments re same (2.5).<br>C. Burrow | 5.70 hrs. |
| 06/15/10 | Preparation of public file statements regarding petitions to deny applications to transfer broadcast licenses in bankruptcy (1.8); analysis of issues regarding petitions to deny applications to assign broadcast licenses in bankruptcy (2.8); research regarding oppositions to petitions to deny same (2.2).<br>J. Rademacher | 6.80 hrs. |
| 06/15/10 | Review four petitions to deny filed with FCC (2.5); telephone conference with lenders' counsel re same (0.2); telephone conference with counsel for creditors re same (0.2); prepare update to Tribune re issues raised re same (0.4).<br>J. Feore | 3.30 hrs. |
| 06/15/10 | Prepare correspondence to W. Johnson (Wiley) re revisions to draft foreign ownership certification to reflect Sidley comments (0.4); review petitions to deny filed by Teamsters against Tribune applications (0.9); review and analyze petition to deny filed by Georgetown Law Center (1.6); review issues re Tribune ownership reports (0.3); telephone conference with J. Stenger (FCC counsel to Committee of Unsecured Creditors) re same (0.2); prepare correspondence to J. Stenger (FCC counsel to Committee of Unsecured Creditors) re petitions to deny filed by Ellis, Georgetown | |

Law Center, Wilmington Trust and Teamsters (0.2); review and analyze structure and approach for oppositions to petitions to deny (0.9); prepare correspondence to J. Boelter (Sidley) re petitions to deny (0.3); prepare correspondence to M. Heller (Wiley) re petitions to deny (0.4); telephone status call to D. Roberts (FCC) to confirm petitions to deny (0.3); prepare correspondence to D. Roberts (FCC) providing copy of Ellis petition to deny at staff request (0.2); prepare memorandum re points to be reviewed with FCC counsel to JP Morgan re approach to oppositions to petitions to deny (0.7); prepare correspondence to J. Boelter (Sidley) re request for media ownership certification (0.4); review possible form of media ownership certification and questionnaire (0.4); analyze and prepare outline for response to petition to deny filed by Wilmington Trust (1.6).

| | |
|---|---|
| J. Logan | 8.80 hrs. |

06/15/10     Review petitions to deny filed by public interest parties, Ellis, Teamsters and Wilmington Trust (4.9); analyze possible standing objections (1.2).

| | |
|---|---|
| M. Swanson | 6.10 hrs. |

06/15/10     Review FCC white paper re broadcast spectrum reallocation (0.1); prepare correspondence to L. Washburn re same (0.1).

| | |
|---|---|
| S. Patrick | 0.20 hrs. |

06/16/10     Revise FCC media ownership questionnaire (0.8); telephone conference with lenders' FCC counsel re petitions to deny FCC applications (0.9); prepare outline of arguments re opposition to Teamsters petition (3.7); review arguments re Hartford and Chicago waivers (0.8).

| | |
|---|---|
| C. Burrow | 6.20 hrs. |

06/16/10     Preparation of public file statements regarding petitions to deny applications to transfer broadcast licenses in bankruptcy (1.6); correspondence with E. Washburn regarding same (0.2); preparation of amendment regarding Hartford application to FCC to assign broadcast licenses in bankruptcy (1.3); correspondence with M. Fratrik regarding oppositions to petitions to deny applications to transfer broadcast licenses in bankruptcy (0.2); analysis of issues regarding public interest groups petition to deny regarding same (1.5); telephone conference with D. Wiley, J. Bayes, J. Fiorini, M. Heller and W. Johnson (lenders' counsel) regarding same (0.6).

| | |
|---|---|
| J. Rademacher | 5.40 hrs. |

06/16/10     Telephone conferences with Wiley re responses re petitions to deny (1.0); review issues raised re waivers and Hartford and Chicago (0.9); research re grants in 2007 and pending applications (0.9).

| | |
|---|---|
| J. Feore | 2.80 hrs. |

06/16/10     Review issues in connection with media certification per request of J. Boelter (Sidley) (0.9); telephone conference with W. Johnson (Wiley) re proposed amendment to application with amended Plan and disclosure statement (0.4); revise media ownership certification

Tribune Company

(0.9); prepare correspondence to J. Boelter (Sidley) with revised media certification (0.4); revise draft outline of Wilmington Trust response points (0.9); prepare for conference with Wiley firm re response to petitions (0.7); review draft outline from Wiley firm re issues raised by petitions to deny (0.6); review issues re ownership reports (0.4); telephone conference with R. Wiley, W. Johnson and M. Heller re proposed responses to petitions to deny and issues raised by petitions (0.8); prepare correspondence to J. Boelter re relationship of petitions to bankruptcy proceeding (0.4); telephone conference with J. Stenger (FCC counsel to unsecured creditors) re petitions to deny (0.4); research and analyze support for "failing station" argument for combination waivers (0.8).

J. Logan                                    7.60 hrs.

06/16/10    Exchange emails with M. Martin (KL Gates) re Form 323 issue (0.1); telephone conference with M. Martin re same (0.2); telephone conference with E. Washburn re same (0.1); preparation for and participation in call with senior lenders' counsel (1.0); email E. Washburn re ESOP 323s (0.2); telephone conferences with K. Thompson (FCC) re possible exemption for distressed companies filing Form 323s (0.2); telephone conference with E. Washburn re same (0.2); exchange email with S. Sheehan re petitions and NAA data (0.1); email E. Washburn re mandamus petition on Form 323s (0.1); review mandamus materials (1.0); telephone conferences with J. Godles (IBT counsel) re conforming opposition response dates (0.3); draft letter to FCC re same and email to J. Godles (0.3); review documents for Hartford amendment (0.9); research re "failed" station standard (1.2); research re standing (0.4).

M. Swanson                                    6.30 hrs.

06/17/10    Telephone conference with Sidley re FCC process, petitions to deny and timing issues (1.5); telephone conference with D. Eldersveld, R. Lewis, N. Larsen and Sidley re post-emergence financing structural options (1.6); revise outline of arguments re opposition to Teamsters petition (2.3); prepare outline of opposition to Ellis petition (2.8).

C. Burrow                                    8.20 hrs.

06/17/10    Correspondence with M. Fratrik regarding data underlying market studies regarding preparation of oppositions to petitions to deny applications to assign broadcast licenses in bankruptcy (0.4); research regarding oppositions to petitions to deny regarding same (2.2); preparation of opposition to public interest groups petition to deny regarding same (2.4); preparation of opposition to Teamsters petition to deny regarding same (0.7); telephone conference with D. Wiley, J. Bayes, M. Heller and W. Johnson (lenders' counsel) regarding oppositions to petitions to deny regarding same (0.5).

J. Rademacher                                    6.20 hrs.

06/17/10    Telephone conference with Sidley re FCC processes, timing, issues and possible short-form procedures (1.1); review petitions filed and outline draft re oppositions (1.0); telephone conference with Tribune re post-confirmation financing, operational plans and FCC

Tribune Company

|  |  |  |
|---|---|---|
|  | procedures (1.5). | |
|  | J. Feore | 3.60 hrs. |
| 06/17/10 | Telephone conference with J. Stenger (FCC counsel to Committee of Unsecured Creditors) re petitions to deny (0.4); preparation and review for telephone conference with J. Boelter at Sidley re bankruptcy proceeding implications of petitions to deny filed against Tribune applications at FCC (1.2); telephone conference with B. Krakauer, J. Boelter et al. at Sidley re bankruptcy proceeding implications of petitions to deny filed against Tribune applications (1.1); revise outline of response to Wilmington Trust petitions to deny Tribune FCC applications (1.2); telephone conference with N. Larsen (Tribune) et al. re FCC issues in connection with financing and alternative structures in the event of delay in obtaining FCC consents (1.4); review and analyze FCC and related issues in connection with proposed trust/LMA structures (1.2); review draft outlines for oppositions to Ellis and Teamsters petitions to deny (0.6). | |
|  | J. Logan | 7.10 hrs. |
| 06/17/10 | Exchange emails with J. Godles re conforming filing dates (0.1); file letter with FCC re same (0.1); review and revise outline of IBT opposition (0.8); email exchange with E. Washburn re need for Hartford data (0.1); research re claims by Department of Labor in Bankruptcy Court and effect on IBT opposition arguments (0.5); research and draft opposition to public interest petition (5.8); review and revise other petition argument and response outlines (1.5). | |
|  | M. Swanson | 8.90 hrs. |
| 06/18/10 | Review outline of procedures for FCC foreign ownership certification (1.2); revise outline of opposition to Teamsters petition to deny (0.8); revise outline of opposition to Ellis petition to deny (0.6); revise outline of opposition to Wilmington Trust petition to deny (0.5); prepare opposition to Ellis petition to deny (2.4). | |
|  | C. Burrow | 5.50 hrs. |
| 06/18/10 | Prepare opposition to petition to deny of public interest groups regarding FCC applications to transfer licenses in bankruptcy (3.6); prepare opposition to petition to deny of Neil Ellis regarding same (0.7); prepare opposition to petitions to deny of International Brotherhood of Teamsters regarding same (0.9); prepare opposition to petitions to deny of Wilmington Trust Company regarding (1.0); telephone conference with A. Denysyk regarding Indianapolis and Hartford amendments to applications (0.3); prepare correspondence with A. Denysyk regarding same (0.3); analysis of issues raised by new satellite waiver decision regarding Indianapolis applications to transfer broadcast licenses in bankruptcy (0.3). | |
|  | J. Rademacher | 7.10 hrs. |
| 06/18/10 | Work on outlines re oppositions to four petitions to deny (0.9); review and update proposal re use of LMA and trust post-confirmation (1.4); work on foreign ownership and questionnaires | |

Tribune Company                                                    Invoice 527639

|  |  |  |
|---|---|---|
|  | for certification and solicitation materials (0.7). | |
|  | J. Feore | 3.00 hrs. |
| 06/18/10 | Revise outline of opposition to Wilmington Trust Company (1.8); review outline for opposition to Teamsters petition to deny Tribune applications (0.5); review and analyze characterization of status of 2007 reconsideration for purposes of opposition to Georgetown Law Center/Public Interest petition to deny Tribune applications (0.6); review outline for opposition to Ellis petition to deny (0.4); review correspondence from D. Bergeron re outline of issues for proposed motion to court re procedures for certifications of foreign ownership (0.9); prepare correspondence to D. Bergeron and J. Boelter re issues in connection with anticipated motion on foreign ownership certification procedures (0.7); review correspondence from J. Langdon re proposed articles, bylaws and warrant drafts and potential FCC issues (0.8); prepare correspondence to J. Boelter re treatment of foreign ownership certification issues in Citadel bankruptcy (1.1). | |
|  | J. Logan | 6.80 hrs. |
| 06/18/10 | Email to client re information needed for ownership reports. | |
|  | L. McCarty (Practice Group Professional) | 0.50 hrs. |
| 06/18/10 | Research and draft outline re opposition to public interest petition to deny (7.9); finalize other outlines (0.8); email outlines to creditors' counsel (0.2). | |
|  | M. Swanson | 8.90 hrs. |
| 06/19/10 | Correspondence with E. Washburn regarding factual development from Hartford market for oppositions to petitions to deny applications to assign licenses in bankruptcy (0.2); correspondence with S. Rabb regarding same (0.2); research regarding oppositions to petitions to deny petitions to deny applications to assign broadcasting licenses in bankruptcy (3.4); preparation of oppositions to petition to deny of public interest groups regarding same (3.6). | |
|  | J. Rademacher | 7.40 hrs. |
| 06/19/10 | Research waiver issues raised by petitions filed with FCC re extensions and showings (1.0); work on initial drafts of oppositions (0.9); review and revise analysis and options re post-effective date FCC proceedings re transfer and operational issues (0.9). | |
|  | J. Feore | 2.80 hrs. |
| 06/19/10 | Prepare opposition to petition to deny of Wilmington Trust Co. | |
|  | J. Logan | 2.20 hrs. |
| 06/19/10 | Review re Form 323 preparation for ESOP-related entities (0.1); review JP Morgan outline re oppositions to petitions to deny (1.0); research and review re 2007 reconsideration pleadings for arguments in current petitions (2.4); research re defense of duopoly and four factors for petition oppositions (5.8). | |
|  | M. Swanson | 9.30 hrs. |

Tribune Company                                        Invoice 527639

| 06/20/10 | Revise certificate of incorporation, by laws and warrant agreement for FCC issues (1.8); revise opposition to Ellis petition to deny (0.7). C. Burrow | 2.50 hrs. |
|---|---|---|
| 06/20/10 | Research regarding oppositions to petitions to deny applications to assign broadcasting licenses in bankruptcy (2.1); preparation of oppositions to petition to deny of public interest groups regarding same (2.3). J. Rademacher | 4.40 hrs. |
| 06/20/10 | Create CDBS account for parent company reports (0.5); draft reports (1.0). L. McCarty (Practice Group Professional) | 1.50 hrs. |
| 06/20/10 | Research and draft re opposition to public interest petition to deny (5.7); research and review re standing issues (1.9); research and review re IBT petition issues (0.8). M. Swanson | 8.40 hrs. |
| 06/21/10 | Telephone conference with Sidley re FCC foreign ownership procedures and bankruptcy procedures motion (0.8); prepare opposition to Ellis petition to deny (1.4); prepare opposition to Teamsters petition to deny (2.9). C. Burrow | 5.10 hrs. |
| 06/21/10 | Prepare opposition to MAP petition to deny Tribune applications for assignment of broadcast licenses in bankruptcy (4.6); research regarding efforts to sell prong of FCC duopoly waiver test (2.8); research regarding standing to petition to deny broadcast applications (0.5); research regarding availability of federal court as-applied challenges to FCC rules (0.6). J. Rademacher | 8.50 hrs. |
| 06/21/10 | Review revised corporate documents for reorganized Tribune re possible FCC issues (1.0); work on draft oppositions to petitions to deny and update outlines re same (1.5). J. Feore | 2.50 hrs. |
| 06/21/10 | Analyze Sidley outline of proposed motion for entry of order authorizing foreign ownership polling (0.9); prepare for telephone conference with J. Boelter and Sidley team re motion and procedures for foreign ownership polling (0.7); prepare draft of opposition to petition to deny from Wilmington Trust (2.1); telephone conference with J. Boelter and Sidley team re information from stock transfer agent and issues in connection with procedures and approach for foreign ownership certification (0.6); telephone conference with W. Johnsen (FCC counsel to JP Morgan) re issues in connection with response to Wilmington Trust (0.4); telephone conference with J. Roberts (Tribune) re ownership contact information and related matters (0.2); prepare memorandum re conference with JP Morgan FCC counsel (0.2); review draft articles, bylaws and warrant re FCC issues (0.9); prepare correspondence to J. Langdon (Sidley) re FCC issues in connection with draft articles of incorporation, bylaws and | |

Tribune Company

|  |  |  |
|---|---|---|
|  | warrants (0.4). |  |
|  | J. Logan | 6.40 hrs. |
| 06/21/10 | Telephone call with L. Washburn regarding ownership reports (1.3); draft preparation of same (3.2); research regarding contract information needed for ownership reports (1.5). |  |
|  | L. McCarty (Practice Group Professional) | 6.00 hrs. |
| 06/21/10 | Research (1.1), draft (3.2), review (1.1) and revise (0.9) opposition to public interest petition to deny. |  |
|  | M. Swanson | 6.30 hrs. |
| 06/22/10 | Review FCC aspects of restructuring transactions (0.7); revise opposition to Wilmington Trust petition to deny (1.3); revise opposition to Ellis petition to deny (0.6); prepare opposition to Teamsters petition to deny (3.4). |  |
|  | C. Burrow | 6.00 hrs. |
| 06/22/10 | Preparation of correspondence with S. Rabb regarding factual information for opposition to petitions to deny Hartford cross-ownership waiver request (0.3); correspondence with L. Washburn regarding oppositions to applications to transfer broadcast licenses in bankruptcy (0.3); research regarding standing to petition to deny broadcast applications (1.4); research regarding temporary waivers of newspaper/broadcast cross-ownership rule (1.7); prepare opposition to MAP petition to deny Tribune applications for assignment of broadcast licenses in bankruptcy (4.5). |  |
|  | J. Rademacher | 8.20 hrs. |
| 06/22/10 | Work on oppositions to four petitions to deny applications (2.0); review revised certificate and corporate documents for reorganized company (0.5). |  |
|  | J. Feore | 2.50 hrs. |
| 06/22/10 | Prepare draft of opposition to petition to deny filed by Wilmington Trust (1.8); telephone conference with J. Bayes (Wiley) re comments on outlines of oppositions to petitions to deny (0.4); review correspondence from L. Washburn re call sign changes for proposed amendment (0.2); review comments and changes to outlines on oppositions to petitions to deny (0.5); revise opposition to Wilmington Trust petition to deny based on company comments to outlines (1.5); review Citadel, Young and ION FCC applications for emergence from bankruptcy and plans of reorganization in connection with Wilmington Trust opposition (1.1); review elements for proposed amendment (0.4). |  |
|  | J. Logan | 5.90 hrs. |
| 06/22/10 | Communications with J. Roberts regarding preparation of draft parent company ownership reports (1.2); preparation of same (3.8). |  |
|  | L. McCarty (Practice Group Professional) | 5.00 hrs. |
| 06/22/10 | Telephone conference with J. Bayes (Wiley) re opposition outlines (0.3); review reports on application from E. Washburn (0.2); review |  |

re WTXX news issues (0.2); review client's comments on outlines (0.6); email exchange with E. Washburn re "future news obligations" (0.2); research and draft oppositions (4.1).
M. Swanson                                    5.60 hrs.

06/23/10          Revise opposition to Wilmington Trust petition to deny (0.9); review issues re amending FCC applications for updates (0.8); review issues re potential Goldman Sachs attributable ownership interest in Tribune (0.7); correspondence with Sidley re same (0.5); prepare opposition to Teamsters petition to deny (2.8).
C. Burrow                                        5.70 hrs.

06/23/10          Preparation of opposition to MAP petition to deny regarding applications to transfer broadcast licenses in bankruptcy (4.1); research petition standing regarding same (2.1); preparation of correspondence with E. Washburn regarding need for future guarantees of news programming for cross-ownership waiver requests (0.4).
J. Rademacher                                  6.60 hrs.

06/23/10          Work on opposition re Wilmington Trust petition to deny and issues re court review (1.5); telephone conference with S. Sheehan re FCC and Hill lobbying efforts and timing (0.2); work on FCC amendment and updates re pending applications (1.0); research re cross-ownership waivers and conference re FCC meeting (0.7).
J. Feore                                          3.40 hrs.

06/23/10          Revise opposition to Wilmington Trust petition to deny (2.4); prepare correspondence to L. Washburn (Tribune) re opposition to Wilmington Trust petition to deny (0.3); prepare correspondence to J. Boelter (Sidley) re opposition to Wilmington Trust petition to deny (0.3); prepare correspondence to J. Boelter re prospect for changes in bankruptcy proceeding schedule from change in date for Examiner's Report (0.1); telephone conference with FCC counsel to JP Morgan re potential additional attributable prospective shareholder (0.4); prepare correspondence to J. Boelter re information on possible additional attributable shareholder and enclosure form of media ownership certification for review and possible use with additional shareholder (0.4); prepare and review proposed amendment to Tribune applications (1.9); prepare correspondence to M. Heller and W. Johnsen (JP Morgan FCC counsel) re  proposed amendment (0.5); prepare correspondence to L. Washburn (Tribune) re proposed amendment (0.3); revise proposed amendment to Tribune applications (0.5); review memorandum from J. Langdon re proposed restructuring transactions (0.5).
J. Logan                                          7.60 hrs.

06/23/10          Preparation of draft parent company ownership reports.
L. McCarty (Practice Group Professional)        2.50 hrs.

06/23/10          Email exchanges with E. Washburn re "future news" issues (0.4);

|  |  |  |
|---|---|---|
|  | email E. Washburn re FCC public notice re Form 323s (0.2); review re FCC v. Fox and research obligation for FCC to review applications in light of new technologies (1.1); email E. Washburn re FCC mandamus filing on Form 323s (0.3); telephone conference with E. Washburn re W. Lake (FCC) request for meeting (0.2); research and draft oppositions to petitions to deny (4.7). |  |
|  | M. Swanson | 6.90 hrs. |
| 06/23/10 | Review document for amendment. |  |
|  | S. Anderson (Practice Group Professional) | 0.40 hrs. |
| 06/24/10 | Revise opposition to Wilmington Trust petition to deny (0.8); review bankruptcy concerns re Wilmington Trust opposition (0.6); revise opposition to Ellis petition to deny (0.7); revise opposition to Teamsters petition to deny (3.6); correspondence with L. Washburn re Teamsters petition to deny (0.3). |  |
|  | C. Burrow | 6.00 hrs. |
| 06/24/10 | Prepare opposition to public interest groups petition to deny regarding assignment of broadcast licenses in bankruptcy (5.8); research regarding same (3.4). |  |
|  | J. Rademacher | 9.20 hrs. |
| 06/24/10 | Review and revise draft opposition to Wilmington Trust and Teamsters petitions re FCC issues (1.5); telephone conference with counsel for lenders and creditors re FCC applications (0.3); review amendments and updates to FCC applications (0.7). |  |
|  | J. Feore | 2.50 hrs. |
| 06/24/10 | Prepare amendment to Tribune FCC applications for filing (1.4); prepare correspondence to W. Johnsen (FCC counsel to JP Morgan) re proposed amendment (0.3); prepare correspondence to L. Washburn (Tribune) re proposed amendment (0.4); review and revise draft opposition to Teamsters and review issues re ESOP ownership (0.9); revise opposition to Wilmington Trust petition to deny (1.9); prepare correspondence to J. Boelter (Sidley) re bankruptcy proceeding issues in Wilmington petition (0.3); conference with W. Johnsen re confirmation order in AMI bankruptcy proceeding and relevance to Wilmington Trust opposition (0.3); prepare correspondence to W. Johnsen re Wilmington Trust opposition (0.3); revise Wilmington Trust opposition to reflect Sidley comments (1.3). |  |
|  | J. Logan | 7.10 hrs. |
| 06/24/10 | Preparation of draft parent company ownership reports (5.0); email to J. Roberts re same (0.1). |  |
|  | L. McCarty (Practice Group Professional) | 5.10 hrs. |
| 06/24/10 | Draft, review and revise opposition to public interest petition to deny (3.6); telephone conference with E. Washburn re media ownership notice of inquiry comments (0.3). |  |
|  | M. Swanson | 3.90 hrs. |

Tribune Company

| 06/24/10 | Review background issues re petitions to deny (1.1); review and analyze Teamsters' petition to deny (0.8); edit response to same (1.4); review and analyze Ellis petition to deny(0.6); edit response to same (0.9); review and analyze MAP petition to deny (1.7). |
|---|---|
| | M. Hays | 6.40 hrs. |

| 06/24/10 | Prepare sample draft amendment to WGN-TV application to send to L. Washburn and assignee counsel for approval (0.4); create amendments for Tribune Television Northwest (0.3), Tribune Television Company (0.3) and KIAH Inc. (0.2). |
|---|---|
| | S. Anderson (Practice Group Professional)       1.20 hrs. |

| 06/25/10 | Revise opposition to Ellis petition to deny (1.7); correspondence with L. Washburn re same (0.3); revise opposition to Teamsters petition to deny (1.9); correspondence with Sidley re same (0.4); review FCC implications of post-emergence board of directors (0.4). |
|---|---|
| | C. Burrow                                    4.70 hrs. |

| 06/25/10 | Prepare opposition to public interest groups petition to deny regarding assignment of broadcast licenses in bankruptcy (5.2); research regarding same (3.4). |
|---|---|
| | J. Rademacher                                8.60 hrs. |

| 06/25/10 | Work on oppositions to petitions to deny FCC applications (1.6); review ownership certification form and issues re new attributable owner (0.7); attend conference at FCC re cross-ownership waivers and pending requests (0.9). |
|---|---|
| | J. Feore                                     3.20 hrs. |

06/25/10    Review amendments for assignment of license for filing (0.5); revise draft opposition to Wilmington Trust filing (0.8); prepare correspondence to J. Boelter re revised draft of Wilmington Trust opposition (0.3); review draft opposition to Teamsters petition to deny and issues re same (0.7); telephone conference with W. Johnsen (FCC counsel to JP Morgan) re amendment (0.4); review draft opposition to opposition to Ellis petition to deny (0.5); review and analyze JP Morgan proposal for delayed disclosure of director slate and potential effect upon FCC application (0.6); prepare correspondence to petitioners re filing of amendment (0.4); prepare correspondence to L. Washburn re Tribune application amendments and public file requirements (0.4); prepare correspondence to D. Roberts (FCC) re filing of Tribune amendment (0.3); prepare correspondence to M. Heller and W. Johnson (FCC counsel to JP Morgan) re amendment filings (0.4); telephone conference with J. Bayes (JP Morgan FCC counsel) re status of drafts and proposals for exchange (0.3); research and analyze memorandum re LMA-based alternatives for operation in the event of FCC delay (0.8).
J. Logan                                      6.40 hrs.

06/25/10    Preparation for and meeting with W. Lake (FCC) and E. Lazarus re Third Circuit strategy (0.7); telephone conferences with E. Washburn re new Miami issue (0.3); draft, review and revise

|  |  |  |
|---|---|---|
|  | opposition to public interest parties (4.8); review re Form 323 preparation for ESOP related parties (0.3); email M. Martin (KL Gates) re same (0.3).<br>M. Swanson | 6.40 hrs. |
| 06/25/10 | Review correspondence regarding edits to Ellis and IBT response (0.3); analyze MAP opposition (1.9); edit section of response (2.1).<br>M. Hays | 4.30 hrs. |
| 06/25/10 | Research re distressed properties and permanent waiver issues at FCC.<br>M. Weber | 1.90 hrs. |
| 06/25/10 | Create amendments for assignment of license (1.8); file same (2.0).<br>S. Anderson (Practice Group Professional) | 2.80 hrs. |
| 06/26/10 | Preparation of opposition to petition to deny filed by Washington Public Interest Groups regarding applications to transfer broadcast licenses in bankruptcy.<br>J. Rademacher | 12.70 hrs. |
| 06/26/10 | Review, revise and update oppositions to petitions to deny and issues raised re waivers (2.0); research re temporary waivers, pending petitions for reconsideration and court appeals (2.1).<br>J. Feore | 4.10 hrs. |
| 06/26/10 | Review and analyze alternative structures for LMA arrangements in the event of FCC processing delay (1.8); prepare memorandum re FCC regulatory issues in connection with use of LMA arrangements (2.2); review and revise oppositions to petitions to deny (0.8).<br>J. Logan | 4.80 hrs. |
| 06/26/10 | Draft, review and revise oppositions to public interest petition (11.1); exchange emails with client re same (0.2); telephone conference with client re opposition and Form 323 deadline (0.2).<br>M. Swanson | 11.50 hrs. |
| 06/26/10 | Edit Tribune opposition to petition to deny regarding failed station factor, increased news factor and four factor test regarding Chicago (4.2); research issues regarding substantial compliance re same (1.1); edit Tribune opposition to petition to deny regarding Hartford issues (2.4).<br>M. Hays | 7.70 hrs. |
| 06/27/10 | Preparation of opposition to petition to deny filed by Washington Public Interest Groups regarding applications to transfer broadcast licenses in bankruptcy (13.6); telephone conference with M. Fratrik (economist) regarding access to BIA data regarding same (0.3); correspondence with L. Washburn regarding May sweeps data regarding same (0.2); correspondence with A. Casey regarding same (0.2).<br>J. Rademacher | 14.30 hrs. |
| 06/27/10 | Prepare instructions to station management regarding placement of |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | assignment applications to station's public inspection file for WGNO/WNOL (0.2), KLPQ (0.2), KDAF (0.2), KIAH (0.2), KMYQ (0.2), KPLR (0.2), KRCW (0.2), KSWB (0.2), KTXL (0.2), KWGN (0.2), WDCW (0.2), WGN-TV (0.2), WTXX (0.2), WXIN (0.2), WPIV (0.2), WPMT (0.2), WSFL (0.2), WPHL (0.2), WTIL (0.2), WTTV/WTTK (0.2), WGN(AM) (0.2 and WGNC (AM) (0.2). | |
|  | L. McCarty (Practice Group Professional)          4.40 hrs. | |
| 06/27/10 | Draft, review and revise opposition to public interest petition (12.4); review re ratings issue (0.2); review re challenge to HHI data (0.2). | |
|  | M. Swanson                                    12.80 hrs. | |
| 06/28/10 | Correspondence with J. Bayes (counsel for lenders) regarding oppositions to petitions to deny FCC applications for assignment in bankruptcy (0.8); correspondence with A. Casey regarding May sweeps ratings information for same (0.3); analysis of issues regarding May sweeps data regarding same (0.4); correspondence with S. Rabb regarding factual updates for Hartford market regarding same (0.3); correspondence with M. Fratrik regarding data used in economic analysis regarding same (0.3); prepare opposition to petition to deny of public interest groups regarding applications for assignment of broadcast licenses in bankruptcy (7.8); research citations regarding petition to deny regarding same (6.1); research regarding standing to file petitions to deny regarding same (1.8). | |
|  | J. Rademacher                                17.80 hrs. | |
| 06/28/10 | Conference with S. Sheehan re review of status of Hill and FCC lobbying efforts (0.8); review draft Wiley opposition and comments (0.9); review, revise and work on updates to Tribune's oppositions for FCC (1.8). | |
|  | J. Feore                                       3.50 hrs. | |
| 06/28/10 | Telephone call from D. Brown (FCC) re request for comparison documents for amendment (0.3); review draft from JP Morgan FCC counsel re opposition to petitions (0.7); prepare correspondence to J. Boelter (Sidley) re JP Morgan draft and statements re timing of presentation of director slate (0.3); telephone conference with J. Boelter re JP Morgan draft sections on presentation of director slate (0.4); prepare correspondence to K. Mills re comparison of Plan and Disclosure Statement per FCC request (0.2); prepare correspondence to M. Heller (JP Morgan counsel) re comparison of amendment per FCC request (0.2); review and revise section of opposition to MAP filing re response to stock distribution challenge (0.5); review draft opposition to public interest group petition (0.9); prepare correspondence to W. Johnsen re staff inquiry on amendment and proposed response (0.6); review correspondence from JP Morgan FCC counsel re proposed changes to oppositions to petitions to deny (0.4); revise Wilmington Trust opposition to reflect comments from JP Morgan counsel (0.7); prepare correspondence to J. Boelter re further changes to Wilmington Trust opposition (0.3); telephone conference with J. Boelter (Sidley) re JP Morgan position on timing | |

for disclosure of officer and director slate and effect on pleadings
(0.3); review comments from B. Krakauer (Sidley) (0.4); review and
revise Wilmington opposition to reflect further Sidley comments
(0.7); review and revise opposition to Teamsters petition to deny
(0.6); prepare memorandum re additional information from J.
Boelter (Sidley) re timing of bankruptcy proceeding (0.2); prepare
draft memorandum re alternatives for use of trust arrangements and
LMA arrangements in the event of delay in FCC grant following
confirmation (2.4).
J. Logan                                                    10.10 hrs.

06/28/10          Reply to H. Hundemeyer re FCC ownership rulemaking.
                  K. Latek                                   0.30 hrs.

06/28/10          Review and respond to email inquiries from station personnel
                  relating to placement of amendment in station public inspection
                  files.
                  L. McCarty (Practice Group Professional)        1.00 hrs.

06/28/10          Review re ratings data (0.4); revise opposition to public interest
                  parties' petition (3.0); email to JP Morgan counsel re four opposition
                  drafts (0.2); email same to client (0.1); email to client re JP Morgan
                  draft (0.1); review comments from JP Morgan counsel (0.9); revise
                  opposition to public interest parties' petition (6.2).
                  M. Swanson                                 10.90 hrs.

06/28/10          Edit opposition to MAP petition (1.8); analyze J.P. Morgan
                  opposition to petitions (1.3); review correspondence regarding
                  opposition to MAP petition (0.3); research regarding Tribune
                  oppositions to petitions to deny (0.5).
                  M. Hays                                     3.90 hrs.

06/29/10          Review revised Teamsters opposition.
                  C. Burrow                                   0.80 hrs.

06/29/10          Prepare opposition to petition to deny of public interest groups
                  regarding FCC applications to transfer licenses in bankruptcy (7.3);
                  prepare opposition to petition to deny of Neil Ellis regarding same
                  (1.8); prepare opposition to petitions to deny of International
                  Brotherhood of Teamsters regarding same (1.8); prepare opposition
                  to petitions to deny of Wilmington Trust Company regarding same
                  (0.7); prepare correspondence with E. Washburn regarding same
                  (0.6); telephone conference with E. Washburn regarding same (0.2).
                  J. Rademacher                              12.40 hrs.

06/29/10          Work on final revisions to oppositions to petitions to deny Tribune
                  FCC applications (1.5); telephone conference with Wiley re petitions
                  to deny (0.3); review JP Morgan and Committee filings (1.2); work
                  on memorandum re post-closing FCC issues re financing and
                  operations (0.8).
                  J. Feore                                    3.80 hrs.

06/29/10          Review open items in Teamsters and Ellis oppositions (0.6); revise

Tribune Company

|  |  |  |
|---|---|---|
|  | Wilmington Trust opposition (0.7); review draft opposition to public interest groups' petition re consistency with Wilmington Trust opposition arguments (0.7); revise memorandum re structures for use of trust and LMA structures in the event of delay in FCC approval following consummation (1.5); conform revisions to Wilmington Trust, Ellis and Teamsters oppositions (0.8); prepare correspondence to J. Boelter (Sidley) re bankruptcy-related matters in opposition to petition of public interest groups (0.3); prepare correspondence to D. Roberts (FCC) re comparison documents to amendment to Tribune applications (0.4); prepare correspondence to petitioners providing copies of comparison documents to amendments to Tribune applications (0.4); prepare correspondence to M. Heller and W. Johnsen (FCC counsel to JP Morgan) re amendment comparisons (0.2); review supporting pleading from Unsecured Creditors' Committee (0.6); conduct final review of and revise Ellis, Wilmington and Teamsters oppositions (0.8). |  |
|  | J. Logan | 7.00 hrs. |
| 06/29/10 | Review and revise opposition to public interest petition (4.2); voice mail and email same to M. Schneider (Sidley) (0.1); review and revise opposition to Wilmington Trust petition (0.9); review and revise opposition to IBT petition (1.0); telephone conference with J. Boelter (Sidley) standing argument in same (0.2); review and revise opposition to Ellis petition (0.9); review client changes to public interest opposition (1.0); telephone conference with same re news enhancement (0.3); finalize and file four oppositions (2.1); email unsecured creditors' and JP Morgan's oppositions to client (0.2). |  |
|  | M. Swanson | 10.90 hrs. |
| 06/29/10 | Review and edit oppositions to MAP and IBT petitions to deny. |  |
|  | M. Hays | 0.90 hrs. |
| 06/29/10 | Legal research re standard for petition to deny in support of opposition pleadings. |  |
|  | M. Weber | 0.70 hrs. |
| 06/30/10 | Correspondence with Sidley re procedures for distribution of stock and warrants. |  |
|  | C. Burrow | 0.40 hrs. |
| 06/30/10 | Telephone conference with Wiley re FCC filings, lobbying and timing issues (0.3); review Committee filing and issues (0.9); telephone conference with FCC Media Bureau re status of applications (0.3); work on memorandum re LMA (trust proposals for Tribune post-bankruptcy) (1.5). |  |
|  | J. Feore | 3.00 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 73.90 |
| FEORE | 65.70 |

July 25, 2010                                                Page 22

Tribune Company                                    Invoice 527639

|  |  |
|---|---|
| HAYS | 23.20 |
| LATEK | 0.80 |
| LOGAN | 129.90 |
| PATRICK | 0.40 |
| SWANSON | 130.90 |
| RADEMACHER | 145.30 |
| FOLLIARD III | 1.60 |
| WEBER | 2.60 |
| ANDERSON | 9.50 |
| MCCARTY | 35.50 |
| TOTAL | 619.30 |

Fees for Professional Services ......................................................... $      346,550.50

| | | |
|---|---|---|
| AUTO & TRANSPORTATION | $ | 57.24 |
| POSTAGE | $ | 3.59 |
| REPRODUCTION | $ | 548.60 |
| TELEPHONE | $ | 35.74 |
| WESTLAW INFORMATION SERVICE | $ | 104.08 |
| 04/24/10  AT | $ | 36.00 |

Total Reimbursable Costs ......................................................... $         785.25
Total Current Billing for This File ............................................... $      347,335.75

Our File # 08656.0101              For Services Through June 30, 2010
Retention and Fee Applications

| 06/04/10 | Preparation of 12th monthly fee application. C. Meazell | 0.70 hrs. |
|---|---|---|
| 06/07/10 | Preparation of 12th monthly fee application. C. Meazell | 1.20 hrs. |
| 06/08/10 | Preparation of 12th monthly fee application. C. Meazell | 0.70 hrs. |
| 06/08/10 | Preparation of 12th monthly fee application. C. Meazell | 1.30 hrs. |
| 06/11/10 | Preparation of 12th monthly fee application. C. Meazell | 0.40 hrs. |
| 06/17/10 | Preparation of 12th monthly fee application. C. Meazell | 0.80 hrs. |

July 25, 2010                                                                                    Page 23

Tribune Company                                                                    Invoice 527639

| | | |
|---|---|---|
| 06/18/10 | Preparation of 12th monthly fee application (0.2); preparation of 4th interim fee application (3.4).<br>C. Meazell | 3.60 hrs. |
| 06/22/10 | Finalize 12th monthly fee application (0.7); correspondence with Delaware counsel regarding same (0.2).<br>C. Meazell | 0.90 hrs. |
| 06/28/10 | Preparation of correspondence to fee examiner regarding 12th monthly fee application.<br>C. Meazell | 0.40 hrs. |
| 06/30/10 | Preparation of 4th interim fee application.<br>C. Meazell | 0.70 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 10.70 |
| TOTAL | 10.70 |

Fees for Professional Services ........................................................................ $        4,280.00

REPRODUCTION                                                    $        3.10

Total Reimbursable Costs .............................................................................. $           3.10
Total Current Billing for This File.................................................................. $        4,283.10

Total Current Billing for This Invoice............................................................ $      351,618.85

# ℧ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

July 25, 2010

Tribune Company
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Invoice 527639

Our File # 08656.0100          For Services Through June 30, 2010
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $          347,335.75

Our File # 08656.0101          For Services Through June 30, 2010
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $          4,283.10

    Total Current Billing for This Invoice ........................................................... $          351,618.85

# REMITTANCE COPY

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JUNE 1 - JUNE 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 551.70 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 93.24 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 3.59 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Tolls | | 35.74 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 104.08 |
| **Total** | | **788.35** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.