# **SCHEDULE 1**

46429/0001-6893547v1

Tribune Company, et al
Omnibus Objection 34: Amended Exhibit D - Modified Amount, Modified Priority Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | BISHOP, JUNE<br>1 DUNHAM ST<br>MIDDLETOWN, CT 06457 | 6199 | The Hartford Courant Company | Priority<br>Unsecured<br>Subtotal | $464.91<br><br>$464.91 | Unsecured | $464.91 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 2 | CAGNEY, MONICA<br>10 FOREST ST<br>BAYVILLE, NY 11709-1948 | 6484 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $136.00<br>$136.00<br>$272.00 | Unsecured | $136.00 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 3 | DEAN ELECTRIC CONTRACTORS INC<br>ELECTRICAL CONTRACTORS INC<br>PO BOX 4<br>GLENS FALLS, NY 12801 | 1114 | Tribune Media Services, Inc. | Priority<br>Unsecured<br>Subtotal | $711.55<br>$163.99<br>$875.54 | Unsecured | $812.76 | Claim reduced to disallow finance charges. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 4 | EXPRESS MAID<br>1101 LAKE STREET NO. 403<br>OAK PARK, IL 60301 | 1158 | Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $375.00<br>$375.00<br>$750.00 | Unsecured | $375.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B). Claim relates to cleaning services that does not give rise to priority status. |
| 5 | GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1056 | Gold Coast Publications, Inc. | Priority<br>Unsecured<br>Subtotal | $20.00<br>$20.00<br>$40.00 | Unsecured | $20.00 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 6 | GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1057 | Gold Coast Publications, Inc. | Priority<br>Unsecured<br>Subtotal | $38.00<br>$38.00<br>$76.00 | Unsecured | $38.00 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |

Tribune Company, et al
Omnibus Objection 34: Amended Exhibit D - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 7 GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1058 | Gold Coast Publications, Inc. | Priority<br>Unsecured<br>Subtotal | $20.00<br>$20.00<br>$40.00 | Unsecured | $20.00 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference the Bankruptcy Code. No evidence of priority amount for claim. |
| 8 KEISER<br>1710 TWIN OAKS DR<br>DELAND, FL 32720-4569 | 1519 | Orlando Sentinel Communications Company | Priority<br>Unsecured<br>Subtotal | $8.21<br>$8.21<br>$16.42 | Unsecured | $8.21 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 9 LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LS SIMS & ASSOCIATES INC<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | 2440 | Orlando Sentinel Communications Company | Priority<br>Unsecured<br>Subtotal | $1,982.50<br>$2,051.70<br>$4,034.20 | Unsecured | $2,051.70 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 10 MARLENA AGENCY INC<br>322 EWING ST<br>PRINCETON, NJ 08540 | 1060 | Los Angeles Times Communications LLC | Priority | $510.00 | Unsecured | $500.00 | Claim reduced to disallow late fee. Claimant asserted priority in Proof of Claim form without referencing Bankruptcy code. No evidence of priority amount for claim. |
| 11 PIPER PLASTICS, INC.<br>1840 ENTERPRISE COURT<br>LIBERTYVILLE, IL 60048 | 612 | Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $127.89<br>$2,043.79<br>$2,171.68 | Unsecured | $2,043.79 | Claimant duplicated amount in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(8). Claimant is not a governmental entity entitled to tax priority. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Amended Exhibit D - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 12 PRESTIGE AUTO WASH & AUTOMOTIVE<br>7860 OTHELLO AVE<br>SAN DIEGO, CA 92111 | 1030 | KSWB Inc. | Priority<br>Unsecured<br>Subtotal | $41.19<br><br>$41.19 | Unsecured | $41.19 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 13 WEDGE, CHRIS<br>12832 VALLEY RIDGE RD<br>CLERMONT, FL 34711 | 2225 | Orlando Sentinel Communications Company | Priority<br>Unsecured<br>Subtotal | $50.00<br>$50.00<br>$100.00 | Unsecured | $50.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 14 WHITMIRE, ALISON<br>EMERGENCE SERVICES<br>13913 SE 92ND ST<br>NEWCASTLE, WA 98059 | 4598 | Tribune Television Northwest, Inc. | Priority | $750.00 | Unsecured | $500.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 15 ZAKARIAN, KIMBERLIE<br>4616 OCEAN VIEW BLVD<br>LA CANADA, CA 91011 | 2394 | Los Angeles Times Communications LLC | Priority<br>Unsecured<br>Subtotal | $275.00<br>$275.00<br>$550.00 | Unsecured | $200.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| | | | TOTAL | $11,198.04 | TOTAL | $7,261.56 | |

* - Indicates claim contains unliquidated and/or undetermined amounts