# <u>Attachment 1</u>

## AMENDMENT NO. 2 TO CONSULTING AGREEMENT

THIS AMENDMENT NO. 2 TO CONSULTING AGREEMENT ("Amendment") is entered into this 28th day of August, 2008 by and between DS & Associates, LLC ("DSF") and Los Angeles Times Communications LLC ("LA Times").

### WITNESSETH

WHEREAS, DSF and LA Times entered into that certain Consulting Agreement dated April 28, 2004 pursuant to which DSF agreed to provide and LA Times agreed to accept certain expert tax consulting services (the "Agreement"); and

WHEREAS, the parties desire to amend the Agreement as indicated below.

NOW THEREFORE, in consideration of the premises and mutual covenants herein set forth, the parties hereby agree as follows:

1.    The first sentence of Paragraph 1 of the Agreement is hereby amended by deleting "Exhibit A" and inserting in lieu thereof the phrase "Exhibits A, B, C and D."

2.    Paragraph 2 of the Agreement is hereby amended by deleting the phrase "is set forth in Exhibit A" and inserting in lieu thereof "with respect to the Services described in Exhibit A, B, C or D is set forth in Exhibit A, B, C or D, respectively."

3.    Paragraph 3 of the Agreement is hereby amended by deleting the phrase "are set forth in Exhibit A" and inserting in lieu thereof the phrase "set forth in Exhibit A, B or C are set forth in Exhibit A, B, C or D, respectively. For the avoidance of doubt, the parties agree that, as to any fees that are calculated based on a percentage of Value received by LA Times under this Agreement, such calculation shall be after the deduction of any third party costs and expenses incurred by LA Times in pursuit of such Value."

4.    A new Exhibit D shall be added to the Agreement as set forth in <u>Attachment C</u> to this Amendment.

5.    For the avoidance of doubt the parties agree that Exhibit D shall supersede Exhibit C as stated in Exhibit D.

6.    Except as expressly provided in this Amendment, all other terms and conditions of the Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the parties, by their duly authorized representatives, execute this Amendment as of the day and year set forth above.

LOS ANGELES TIMES
COMMUNICATIONS LLC

DS & ASSOCIATES, LLC

By: _Gerard DeFroscIa_

By: _[signature]_

Name: _GERARD DE FROSCIA_

Name: _Scott Smith_

Title: _CONTROLLER_

Date: _8/28/2008_

Date: _9/5/08_

Attachment C

TAX CONSULTING AGREEMENT

EXHIBIT D

## SCOPE

This exhibit supersedes EXHIBIT C as the facts and circumstances regarding the tax benefit of the transportation deduction have changed. The services will cover the LA Times sales, use, excise, and local taxes for the period proceeding the current audit. The services will cover period 4/01/06. to 6/30/08. DSF will review LA Times' records and perform consulting services to bring forward the benefits of previously identified transportation deduction adjustments, including documentation and recovery of the tax refunds and/or credits.

## REVIEW PROCESS

DSF will provide services in four integrated steps and shall provide LA Times updates on status throughout the review. The steps are documented as follows:

### Step I –*Quantification*

DSF will perform an initial analysis of LA Times' transportation deduction and tax payments to quantify refunds and/or credits. During this step, DSF may review tax filings and source documents, apply DSF's library of tax strategies, and perform technical research. DSF will prepare a report and preliminary audit schedules quantifying the net benefit. LA Times will review the preliminary audit schedules and approve each area of benefit. Upon approval by LA Times, DSF will proceed to Step II to document the benefit areas.

### Step II – *Documentation*

DSF will retrieve, duplicate and organize source documents to support the Step I benefit identified above.

### Step III – *Final Analysis and Quantification*

DSF will utilize the supporting documentation to prepare audit worthy schedules and binders for the Step I credits. DSF will provide LA Times with a detailed analysis of the net tax benefit substantiated by supporting source documents. Upon approval by LA Times, the tax benefits will be incorporated into amended quarterly sales & use tax returns. As part of this step, we will develop prospective reporting procedures so the prospective sales & use tax return process can be modified to adjust for the understated transportation deduction. Also, we will work with the Board of Equalization's audit staff to obtain approval of the adjustment methodology and amend the tax returns.

**Step IV – *Audit Assistance***

With regards the Step III tax benefits and resulting amended tax returns, credits and/or refunds, and at the discretion of LA Times. DSF will represent LA Times before the SBE throughout the recovery process or assist LA Times in such representation.   DSF's representation assistance will include Information Document Request ("IDR") research and response.  In addition, DSF's recovery efforts will include documentation, reports and audit schedules as required.  Upon completion of the SBE audit, DSF will review the SBE's final audit schedule and prepare an analysis of the net benefit, consisting of the tax refunds and/or credits, (including penalties and interest reductions) accepted by the SBE.  No action will be taken that exposes LA Times to potential additional tax without a full briefing the LA Times management of the potential risk.

## FEES

DSF's fee will be twenty percent (20%) of the tax refunds and/or credits, (including penalties and interest reductions) ("VALUE") received by LA Times under this agreement.  DSF expects tax benefit of the increased transportation to result in tax refunds and the VALUE will be recognized upon receipt of refund checks.  Should part of the tax benefit be used to offset an unforeseen tax liability then VALUE would be recognized at that time.  The period covered under this agreement is not currently under SBE audit and may or may not be audited by the SBE in the future.  Therefore, 50% of DSF's fees will be due upon receipt of VALUE and 50% of the fees will be due at the earliest of: the expiration of the statute of limitations for the period covered under this agreement or the completion of an SBE audit (if applicable) of the period.  No fees will be due if LA Times does not recognize and/or receive VALUE.

## TERM

This Agreement remains in effect until Steps I, II, III and IV are completed and approved by LA Times and fees are paid to DSF.  Either party may terminate the Agreement by sending written notice.  If LA Times terminates this Agreement after DSF has completed Step I, II or III, DSF's fee as defined above continues to apply.   If DSF terminates this agreement, our obligation will be limited to returning all original books and records.

## AMENDMENT NO. 1 TO CONSULTING AGREEMENT

THIS AMENDMENT NO. 1 TO CONSULTING AGREEMENT ("Amendment") is entered into this 25 day of June , 2007 by and between DS & Associates, LLC ("DSF") and Los Angeles Times Communications LLC ("LA Times").

### WITNESSETH

WHEREAS, DSF and LA Times entered into that certain Consulting Agreement dated April 28, 2004 pursuant to which DSF agreed to provide and LA Times agreed to accept certain expert tax consulting services (the "Agreement"); and

WHEREAS, the parties desire to amend the Agreement as indicated below.

NOW THEREFORE, in consideration of the premises and mutual covenants herein set forth, the parties hereby agree as follows:

1.     The first sentence of Paragraph 1 of the Agreement is hereby amended by deleting "Exhibit A" and inserting in lieu thereof the phrase "Exhibits A, B and C."

2.     Paragraph 2 of the Agreement is hereby amended by deleting the phrase "is set forth in Exhibit A" and inserting in lieu thereof "with respect to the Services described in Exhibit A, B or C is set forth in Exhibit A, B or C, respectively."

3.     Paragraph 3 of the Agreement is hereby amended by deleting the phrase "are set forth in Exhibit A" and inserting in lieu thereof the phrase "set forth in Exhibit A, B or C are set forth in Exhibit A, B or C, respectively. For the avoidance of doubt, the parties agree that, as to any fees that are calculated based on a percentage of Value received by LA Times under this Agreement, such calculation shall be after the deduction of any third party costs and expenses incurred by LA Times in pursuit of such Value."

4.     A new Exhibit B shall be added to the Agreement as set forth in Attachment A to this Amendment.

5.     A new Exhibit C shall be added to the Agreement as set forth in Attachment B to this Amendment.

6.     Except as expressly provided in this Amendment, all other terms and conditions of the Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the parties, by their duly authorized representatives, execute this Amendment as of the day and year set forth above.

LOS ANGELES TIMES
COMMUNICATIONS LLC

By: _____

Name: _Robert Bellack_____

Title: _SVP /CFO_____

Date: _7/6/07_____


DS & ASSOCIATES, LLC

By: _____

Name: _Scott Smith_____

Date: _6-25-07_____

Sales tax amend 07

Attachment A

TAX CONSULTING AGREEMENT

EXHIBIT B

SCOPE

The Services will cover the LA Times sales, use, excise, and local taxes for the period of the current audit, 4/01/03 to 3/31/06.  DSF will review LA Times' records and perform consulting services to identify, document and recover tax refunds and/or credits for the audit period 4/01/03 to 3/31/06.

REVIEW PROCESS

DSF will provide services in four integrated steps and shall provide LA Times updates on status throughout the review.  The steps are documented as follows:

Step I – *Evaluation and Quantification*

DSF will perform an initial analysis of LA Times' purchases and tax payments to identify refunds and/or credits.  During this step, DSF may conduct interviews (with client approval), review tax filings and source documents, apply DSF's library of tax strategies, and perform technical research.  DSF will prepare a report and preliminary audit schedules quantifying the net benefit.  LA Times will review the preliminary audit schedules and approve each area of benefit.  Upon approval by LA Times, DSF will proceed to Step II to document the benefit areas.

Step II – *Documentation*

DSF will retrieve, duplicate and organize source documents to support the Step I benefit identified above.  With LA Times approval DSF may contact vendors to obtain source documents or additional contract information.

Step III – *Final Analysis and Quantification*

DSF will utilize the supporting documentation to prepare audit worthy schedules and binders.  DSF will compare invoices to electronic data to confirm and/or correct critical information such as delivery location and state and local tax payments.  DSF will provide LA Times with a detailed analysis of the net tax benefit substantiated by supporting source documents.  Upon written approval by LA Times, the tax benefits will be incorporated into the current audit and/or DSF will prepare appropriate refund claims at which time this step will be considered complete.

Step IV – *Audit Assistance*

With regards the Step III credits and/or refunds, and at the discretion of LA Times, DSF will represent LA Times before the SBE or appropriate tax authority throughout the recovery process or assist LA Times in such representation.   DSF's representation/assistance will include Information Document Request ("IDR") research and response.  In addition DSF's recovery efforts will include documentation, reports and audit schedules as required.  Upon completion of the SBE audit, DSF will review the SBE's final audit schedule and reports and prepare an analysis of the net benefit, consisting of the tax refunds and/or credits, (including penalties and interest reductions) accepted by the SBE.  No action will be taken that exposes LA Times to potential additional tax without a full briefing of risk to LA Times management.

## FEES

DSF's fee will be twenty percent (20%) of the tax refunds and/or credits, (including penalties and interest reductions) ("VALUE") received by LA Times under this agreement.  All fees are due upon receipt of VALUE.  No fees will be due if LA Times does not recognize and/or receive VALUE.

## TERM

This Agreement remains in effect until Steps I, II, III and IV are completed and approved by LA Times and fees are paid to DSF.  Either party may terminate the Agreement by sending written notice.  If LA Times terminates this Agreement after DSF has completed Step I, II and III, DSF's fee as defined above continues to apply.   If DSF terminates this agreement, our obligation will be limited to returning all original books and records.

Attachment B

TAX CONSULTING AGREEMENT

EXHIBIT C

## SCOPE

The Services will cover the LA Times sales, use, excise, and local taxes for the period beyond the current audit including April 1, 2006 though September 30, 2007 or the implementation date of the new billing system (known as Discus), whichever is the latter. In addition, DSF will perform consulting services to assisting the LA Times with the implementation of the transportation exclusion in the Discus system (receivables and delivery cost portion).

## REVIEW PROCESS

DSF will provide services in four integrated steps and shall provide LA Times updates on status throughout the review. The steps are documented as follows:

### Step I – *Evaluation and Quantification*

DSF will perform an initial analysis of LA Times' purchases and tax payments to identify refunds and/or credits. During this step, DSF may conduct interviews (with client approval), review tax filings and source documents, apply DSF's library of tax strategies, and perform technical research. DSF will prepare a report and preliminary audit schedules quantifying the net benefit. LA Times will review the preliminary audit schedules and approve each area of benefit. Upon approval by LA Times, DSF will proceed to Step II.

### Step II – *Documentation*

DSF will retrieve, duplicate and organize source documents to support the Step I benefit identified above. With LA Times approval DSF may contact vendors to obtain source documents or additional contract information.

### Step III – *Final Analysis and Quantification*

DSF will utilize the supporting documentation to prepare audit worthy schedules and binders. DSF will compare invoices to electronic data to confirm and/or correct critical information such as delivery location and state and local tax payments. DSF will provide LA Times with a detailed analysis of the net tax benefit substantiated by supporting source documents. Upon written approval by LA Times, the tax benefits will be incorporated into the current audit and/or DSF will prepare appropriate refund claims at which time this step will be considered complete.

## Step IV – *Audit Assistance*

With regards the Step III credits and/or refunds, and at the discretion of LA Times, DSF will represent LA Times before the SBE or appropriate tax authority throughout the recovery process or assist LA Times in such representation.   DSF's representation/assistance will include Information Document Request ("IDR") research and response.  In addition DSF's recovery efforts will include documentation, reports and audit schedules as required.  Upon completion of the SBE audit, DSF will review the SBE's final audit schedule and reports and prepare an analysis of the net benefit, consisting of the tax refunds and/or credits, (including penalties and interest reductions) accepted by the SBE.  No action will be taken that exposes LA Times to potential additional tax without a full briefing of risk to LA Times management.

## DISCUS CONSULTING SERVICES

DSF will perform services to assist LA Times in the implementation of the receivables and delivery cost portion of the new "Discus" billing system.  DSF will use its knowledge and experiences to assist LA Times comply with the SBE rules and regulations regarding the sales tax excludable portion of its gross receipts know as "Delivery Cost".

## FEES

DSF's fee will be twenty percent (20%) of the tax refunds and/or credits, (including penalties and interest reductions) ("VALUE") received by LA Times under this agreement.  All fees are due upon receipt of VALUE.  No fees will be due if LA Times does not recognize and/or receive VALUE.   DSF fees for the Discus consulting services will be on an hourly basis for the professionals assigned to this engagement. Our billing rates are as follows:

| | |
|---|---|
| Partner | 225 |
| Senior Manager | 195 |
| Manager | 175 |
| Staff | 100 |

## TERM

This Agreement remains in effect until Steps I, II, III and IV are completed and approved by LA Times and fees are paid to DSF.  Either party may terminate the Agreement by sending written notice.  If LA Times terminates this Agreement after DSF has completed Step I, II and III, DSF's fee as defined above continues to apply.   If DSF terminates this agreement, our obligation will be limited to returning all original books and records.

## CONSULTING AGREEMENT

This Consulting Agreement dated as of __4/28/4__ , ("Agreement") is entered into and between Los Angeles Times Communications LLC, a Delaware limited liability company ("LA Times"), and DS & Associates, LLC, a California limited liability company d/b/a Downey, Smith & Fier ("DSF").

Whereas, LA Times requires the Services (as defined below) of an expert tax consultant and

Whereas, DSF is an expert in the relevant field and desires to render such Services to LA Times.

Now, therefore, LA Times and DSF agree as follows:

1. **Services**. DSF shall provide and direct the necessary qualified personnel to perform the services described in Exhibit A (the "Services"). DSF shall provide such Services pursuant to the terms of this Agreement and with the degree of skill and judgment normally exercised by recognized professional firms performing services of a similar nature and to the reasonable satisfaction of LA Times.

2. **Term**. The term of this Agreement is set forth in Exhibit A.

3. **Fees**. The fees payable to DSF with respect to the Services are set forth in Exhibit A.

4. **Rights in Results of Services**. The results of the Services shall be the exclusive property of LA Times, and all documents (including without limitation, all writings, computer or machine readable date, and all copies or reproduction thereof) which describe or relate to the Services or the results thereof, including without limitation all notes, data, reports or other information received or generated in the performance of this Agreement, shall be the exclusive property of LA Times and shall be delivered to LA Times upon request.

5. **Confidentiality**. DSF shall maintain as confidential and not disclose to others, including individuals, corporations or governmental agencies, either before or after the termination of this Agreement, (a) the existence or terms of this Agreement or the fact that DSF is or was performing the Services or (b) any data, documents, reports or other information provided to DSF by LA Times, its subsidiaries, or any employee, agent or consultant of each or any data, document, report or other information created or produced by DSF during its performance hereunder, except as expressly authorized in writing by LA Times. DSF's obligation of confidentiality shall not apply to disclosures compelled by law, an order of a court of competent jurisdiction or a subpoena, in which event DSF shall immediately notify LA Times of the circumstances requiring such disclosure and refrain from such disclosure for the maximum period of time allowed by law so that LA Times may procure a protective order or take other actions to protect the confidentiality of the information.

6. **Other Agreements**. DSF warrants that it is not a party to any other existing or previous agreement that would prevent DSF from entering into this Agreement. During the term of this Agreement DSF will not, without the prior written consent of LA Times, perform services for any person, firm or corporation if such services could lead to a conflict with DSF's obligations under this Agreement.

7. **Assignment**. Neither this Agreement nor any of the rights or obligations hereunder may be assigned or otherwise transferred by DSF, nor shall the benefits of this Agreement inure to the benefit of any trustee in bankruptcy, receiver or creditor of DSF, whether by operation of law or otherwise, without the prior written consent of LA Times. Any attempt to assign or transfer this Agreement or any rights hereunder without such consent shall be null and void and of no force or effect.

8. **No Agency and Independent Contractor**. DSF is and shall perform the Services as an independent contractor, and shall not be deemed an agent, employee or legal representative of LA Times or any of its subsidiaries. DSF has no authority to assume or create any commitment or obligation on behalf of or to bind LA Times or any of its subsidiaries in any respect whatsoever.

9. **No Waiver**. No waiver by either party of any default by the other party in the performance of any portion of this Agreement shall operate as or be construed as a waiver of any future default, whether like or different in character.

10. **Severability**. If any portion of this Agreement, or application thereof to any person or circumstances, shall to any extent be invalid, the remainder of this Agreement, and the application of such provision to persons or circumstances other than those as to which it is held invalid, shall not be affected thereby, and each provision of this Agreement shall be valid and enforced to the fullest extent permitted by law.

11. **Attorney's Fees**. Should it be necessary for either party to initiate legal proceedings to enforce any term or condition of the Agreement, the prevailing party shall be entitled to all costs and expenses, including reasonable attorney's fees, incurred in such proceedings.

12. **Expense**. Except as otherwise provided in this Agreement, all fees, costs and expenses incurred in connection with this Agreement and any transactions contemplated hereby shall be paid by the party incurring such fees, costs or expenses.

13. **Notices**. All notices or other written communications required or permitted to be given hereunder shall be in writing and shall be delivered by hand or sent prepaid telecopy or sent, postage prepaid by registered, certified or express mail, or reputable overnight courier service and shall be deemed made when so delivered by hand or telecopied or, if mailed, 3 days after mailing (one business day in the case of express mail or overnight courier service), as follows:

        (a) If to LA Times to:
            Los Angeles Times Communications LLC

2

Steve Casey
202 West First Street
Los Angeles, CA 90012

(b) If to DSF
DS & Associates
Scott Smith, Partner
19401 S. Vermont Ave.,
Suite D100
Torrance, CA 90502

14. **Counterparts**.  This Agreement may be executed in one or more counterparts, all of which shall be considered one and the same agreement, and shall become effective when one or more such counterparts have been signed by each of the parties and delivered to the other party.

15. **Governing Law**.  The validity, performance and construction of this Agreement shall be governed and interpreted in accordance with the laws of the State of California applicable to contracts made and performed therein.

16. **Entire Agreement**.  This Agreement contains the entire understanding and agreement between the parties hereto with respect to the subject matter hereof and supercedes all previous communications, negotiations and agreements, whether oral or written, between the parties with respect to such subject matter, and no addition to or modifications of this Agreement or waiver of any provisions of this Agreement shall be binding on either party unless made in writing and executed by DSF and LA Times.

In witness hereof, the parties have each executed or caused to be executed this Agreement on as of the date first written above.

Los Angeles Times Communications LLC
By: _____
Name: GARY STRONG
Title: CONTROLLER

DS & Associates, LLC
By: _____
Name: Scott Smith
Title: Partner

5

04/28/04   08:56 FAX 213 237 6325          TIMES MIRROR                                    ☑005/006



**DOWNEY·SMITH·FIER**
STATE & LOCAL TAX

### TAX CONSULTING AGREEMENT

### EXHIBIT A

### SCOPE

The Services will cover the LA Times sales, use, excise, and local taxes for the period of the current audit, 6/12/00 to 3/31/03. DSF will review LA Times' records and perform consulting services to identify, document and recover tax refunds and/or credits for the audit period 6/12/00 to 3/31/03.

### REVIEW PROCESS

DSF will provide services in four integrated steps and shall provide LA Times updates on status throughout the review. The steps are documented as follows:

#### Step I – *Evaluation and Quantification*

DSF will perform an initial analysis of LA Times' purchases and tax payments to identify refunds and/or credits. During this step, DSF may conduct interviews (with client approval), review tax filings and source documents, apply DSF's library of tax strategies, and perform technical research. DSF will prepare a report and preliminary audit schedules quantifying the net benefit. LA Times will review the preliminary audit schedules and approve each area of benefit. Upon approval by LA Times, DSF will proceed to Step II to document the benefit areas.

#### Step II – *Documentation*

DSF will retrieve, duplicate and organize source documents to support the Step I benefit identified above. With LA Times approval DSF may contact vendors to obtain source documents or additional contract information.

#### Step III – *Final Analysis and Quantification*

DSF will utilize the supporting documentation to prepare audit worthy schedules and binders. DSF will compare invoices to electronic data to confirm and/or correct critical information such as delivery location and state and local tax payments. DSF will provide LA Times with a detailed analysis of the net tax benefit substantiated by supporting source documents. Upon written approval by LA Times, the tax benefits will be incorporated into the current audit and/or DSF will prepare appropriate refund claims at which time this step will be considered complete.

Downey, Smith & Associates
Tax Consulting Services Agreement Exhibit A
Page 2

### Step IV – *Audit Assistance*

With regards the Step III credits and/or refunds, and at the discretion of LA Times, DSF will represent LA Times before the SBE or appropriate tax authority throughout the recovery process or assist LA Times in such representation.   DSF's representation/assistance will include Information Document Request ("IDR") research and response.  In addition DSF's recovery efforts will include documentation, reports and audit schedules as required.  Upon completion of the SBE audit, DSF will review the SBE's final audit schedule and reports and prepare an analysis of the net benefit, consisting of the tax refunds and/or credits, (including penalties and interest reductions) accepted by the SBE.  No action will be taken that exposes LA Times to potential additional tax without a full briefing of risk to LA Times management.

### FEES

DSF's fee will be twenty percent (20%) of the tax refunds and/or credits, (including penalties and interest reductions) ("VALUE") received by LA Times under this agreement.  All fees are due upon receipt of VALUE.  No fees will be due if LA Times does not recognize and/or receive VALUE.

### TERM

This Agreement remains in effect until Steps I, II, III and IV are completed and approved by LA Times and fees are paid to DSF.  Either party may terminate the Agreement by sending written notice.  If LA Times terminates this Agreement after DSF has completed Step I, II and III, DSF's fee as defined above continues to apply.  If DSF terminates this agreement, our obligation will be limited to returning all original books and records.

# **Attachment 2**



**DOWNEY·SMITH·FIER**
S T A T E  &  L O C A L  T A X

# Invoice

Los Angeles Times
Donna Romero
202 West First Street
Los Angeles, CA 90012

| | |
|---|---|
| Date: | 6/23/2010 |
| Invoice #: | 2443 |

| Period: | Tax Returns  - 3Q06 to 2Q08 | Project: | Tax Recovery |
|---|---|---|---|

| Reference | Description | Hours | Amount |
|---|---|---|---|
| 20% Contingency | Contingent fee related to sales and use tax recoveries received from the State Board of Equalization; total refund - $550, 933.90 (tax - $516,896.23 & credit interest - $34,037.46). | | 110,186.78 |

*Total Fees* — **$110,186.78**

Thank you for your business.

Scott Smith, Partner

**Send Payments To:**

Downey, Smith & Fier
4010 Watson Plaza Drive, Suite 190
Lakewood, CA 90712

Attn: Accounts Receivable

Office:   (562) 249-6000



BOE-5260-SU (REV. 11-05-09)

STATE OF CALIFORNIA
BOARD OF EQUALIZATION
P.O. BOX 942879 SACRAMENTO, CALIFORNIA 94279-0001
NORWALK DISTRICT
**(562) 466-1694**

LOS ANGELES TIMES COMMUNICATIO
202 W 1ST ST FL 4
LOS ANGELES CA 90012-4105

**Account: SR AA 097-736741**

Notice Id:

**••Notice of Refund••**

Total Amount of Refund                    550,933.90

Schedule 23934

NOTICE OF REFUND

| Sales and Use Taxes | TAX | Interest | Penalty | Total |
|---|---|---|---|---|
| SALES TAX REGULAR | | | | |

Overpayment(s) made as follows:

Overpayment      03/05/10
For the period   07/01/06-06/30/08      516,896.23      34,037.48      0.19      550,933.90

Total Overpayments••••••••••••••••••••••••••••••••••••••••••••••••••••••    550,933.90

••••••••••••••••••••••••TOTAL REFUND      550,933.90

Total amount of Enclosed Refund Warrant 550,933.90

The amount refunded includes interest that may be reported per Section
6041 of the Internal Revenue Code.

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK, VIEW AT AN ANGLE

# STATE OF CALIFORNIA          WARRANT NUMBER
                                      05-977070

| | FUND NO. | FUND NAME |
THE TREASURER OF THE STATE WILL PAY OUT OF THE      0094 RETAIL SALES TAX
IDENTIFICATION NO.
                          MO. DAY YR.                    90-1342/1211
              0860      07 01 2010
                                                  05977070

TO      977070                                  DOLLARS      CENTS
--- LOS ANGELES TIMES COMMUNICATIO          $**550933.90

                                    JOHN CHIANG
                              CALIFORNIA STATE CONTROLLER

⑈124113423⑈ 0597707011⑈

STATE OF CALIFORNIA

**STATE BOARD OF EQUALIZATION**
450 N STREET, SACRAMENTO, CALIFORNIA
PO BOX 942879, SACRAMENTO, CALIFORNIA 94279-0001
TELEPHONE (916) 445-1328
FAX (916) 445-2249 OR 324-0147
www.boe.ca.gov

BETTY T. YEE
First District, San Francisco

BILL LEONARD
Second District, Ontario/Sacramento

MICHELLE STEEL
Third District, Rolling Hills Estates

JEROME E. HORTON
Fourth District, Los Angeles

JOHN CHIANG
State Controller

RAMON J. HIRSIG
Executive Director

June 17, 2010

Los Angeles Times Communications
202 W. 1st Street, Floor 4
Los Angeles, CA  90012-4105

RE: SS AA 97-736741

Dear Claimant:

The Board has approved a refund of $516,896.23 in tax in connection with your July 23, 2009, claim for refund of $517,224.00.

The balance of your claim in the amount of $327.77 is hereby denied. If you disagree with this partial denial, you may file suit in the Superior Court of any county in which the State Attorney General maintains an office. Any suit must be filed within ninety days of the date appearing on the Notice of Refund which will accompany your refund warrant. If no action is taken within this ninety-day period, no further action may be taken on your claim.

Sincerely,

Brian Rogers
Senior Tax Auditor

cc:  AA District



STATE OF CALIFORNIA

## STATE BOARD OF EQUALIZATION
SALES & USE TAX
12440 E. IMPERIAL HWY., STE. 200, NORWALK
P.O. BOX 409, NORWALK, CALIFORNIA, 90650-0409
(562)-466-1515 • FAX (562)-466-1511
www.boe.ca.gov

BETTY T. YEE
First District, San Francisco

BILL LEONARD
Second District, Ontario/Sacramento

MICHELLE STEEL
Third District, Rolling Hills Estates

JEROME E. HORTON
Fourth District, Los Angeles

JOHN CHIANG
State Controller

———

RAMON J. HIRSIG
Executive Director

February 22, 2010

Los Angeles Times Communications
202 W. 1ˢᵗ Street, Floor 4
Los Angeles, CA  90012-4105

IN REPLY REFER TO:
SR S AA 97-736741

Dear Sir / Madam:

We are enclosing a copy of the *Field Billing Order* resulting from our examination of your firm's records and accounts for the permit number referenced above. In a recent discussion, you indicated that you agree with our billing order recommendations.

You should examine this report carefully. If there is any portion that you do not understand, or if you disagree with the billing order recommendations, please contact us at the above address. If you have not previously received copies of the billing order working papers, including narrative comments, you may request copies from this office.

We are forwarding this report to our headquarters office for processing and for the issuance of a credit or refund notice. If this process results in a material change to the report you will be notified. Do not deduct the amount of recommended credit when filing future tax returns. Please note that the *Field Billing Order* is **not** an audit report; however, an audit of your records might be made in the future.

Please note, although we have applied commonly accepted auditing procedures during the course of this examination, the auditor may not have examined all of your transactions. There may still be transactions that you are not reporting correctly. If you have any questions as to the application of tax to a particular product or transaction, please contact your auditor in writing and he/she will provide you with a written response.

We appreciate your cooperation during the examination of your records.

Sincerely,

Manuel A. Henriquez
District Principal Auditor

Enclosures

✓  cc:   Lyle Downey, Tax Consultant

*When you have been unable to resolve a matter through the normal appeals process or for information on your rights, you may contact the Taxpayers' Rights Advocate Office toll-free at 888-324-2798.*

BOE-235-D REV. 14 (2-05)



2/22/10
Page: 1

## State Board of Equalization - Sales and Use Tax Department

## FIELD BILLING ORDER

| | | | |
|---|---|---|---|
| **Account No:** | SR S AA 097-736741 | **Case Id:** | 512972 |
| Firm Name: | | **Lead Auditor:** | **PARDIP DAYARAM** |
| **Owner:** | **LOS ANGELES TIMES COMMUNICAT** | **Supervisor:** | **RAUL GONZALEZ** |
| Owner Type: | Limited Liability Company | **Board Office:** | Norwalk Office |
| Business Address: | 202 W 1ST ST | **Audit Report Date:** | **December 11, 2009** |
| | LOS ANGELES, CA 90012-4105 | **Business Code/SIC:** | 99 |
| Mailing Address: | 202 W 1ST ST FL 4 | **Account Status:** | Active |
| | LOS ANGELES, CA 90012-4105 | **Tax Area Code:** | 190502180000 |

A Local Tax Allocation was completed
A Legal Bankruptcy Case Exists

Report Mailed to the following Additional Addresses:

LYLE DOWNEY
4010 WATSON PLAZA DR STE 100
LAKEWOOD, CA 90712-4046

### LIABILITY (OR CREDIT) DISCLOSED BY EXAMINATION OF TAXPAYER'S RECORDS

| Examination Period: 7/01/06 to 8/30/08 | Tax | Interest to 8/31/10 | Penalty | Total |
|---|---|---|---|---|
| Total Disclosed by Examination | -516,896.23 | -34,037.46 | | -550,933.69 |
| Debit or Credit Adjustments | | | | |
| **Balance as of 8/31/10**\* | **-516,896.23** | **-34,037.46** | **+0.00** | **-550,933.69** |

\*\*If multiple billings have occurred, the audit liability may not equal the sum of the billings

### TAXABLE MEASURE DISCLOSED BY EXAMINATION OF TAXPAYER'S RECORDS

| | | State, Local County and STTI | Total District |
|---|---|---|---|
| 1 | Overstated Billing Adjustment Based on Analysis of 25 Months Billing Computation Noted in Prior Audit - Assessed on Projection | | |
| 2 | Understated Taxable Subscription Sales Based on Analysis of 25 Months Billing Computation Noted In Prior Audit - Assessed on Projection | -4,907,088 | -7,867,227 |
| 3 | Unclaimed Bad Debt Based on Analysis of 25 Months Billing Computation Noted in Prior Audit - Assessed on Projection | 401,070 | 658,223 |
| 4 | Understated Bad Debt Recovery Based on Analysis of 25 Months Billing Computation Noted In Prior Audit - Assessed on Projection | -2,199,540 | -3,810,442 |
| | | 301,670 | 496,604 |
| | | **+-6,403,888** | **+-10,522,842** |



AUD4P3P1

2/22/10
Page: 2

## State Board of Equalization - Sales and Use Tax Department

## FIELD BILLING ORDER

Account No:   SR S AA 097-736741
Case Id:   512972

### DETAILED ANALYSIS OF TAXABLE MEASURE BY JURISDICTION

| | | LACT (District) | LATC (District) | OCTA (District) | RCTC (District) | SBAB (District) |
|---|---|---|---|---|---|---|
| 1 | Overstated Billing Adjustment Based on Analysis of 25 Months Billing Computation Noted in Prior Audit - Assessed on Projection | -3,211,355 | -3,211,355 | -644,113 | -317,738 | -55,946 |
| 2 | Understated Taxable Subscription Sales Based on Analysis of 25 Months Billing Computation Noted In Prior Audit - Assessed on Projection | 275,237 | 275,237 | 54,292 | 17,866 | 4,392 |
| 3 | Unclaimed Bad Debt Based on Analysis of 25 Months Billing Computation Noted in Prior Audit - Assessed on Projection | -1,648,859 | -1,648,859 | -141,715 | -146,051 | -9,628 |
| 4 | Understated Bad Debt Recovery Based on Analysis of 25 Months Billing Computation Noted In Prior Audit - Assessed on Projection | 202,014 | 202,014 | 24,905 | 30,533 | 2,705 |
| | | $-4,382,963 | $-4,382,963 | $-706,631 | $-415,390 | $-58,477 |

| | | SBER (District) | SDTC (District) | Total District |
|---|---|---|---|---|
| 1 | Overstated Billing Adjustment Based on Analysis of 25 Months Billing Computation Noted in Prior Audit - Assessed on Projection | -360,060 | -66,660 | -7,867,227 |
| 2 | Understated Taxable Subscription Sales Based on Analysis of 25 Months Billing Computation Noted In Prior Audit - Assessed on Projection | 20,082 | 11,117 | 658,223 |
| 3 | Unclaimed Bad Debt Based on Analysis of 25 Months Billing Computation Noted in Prior Audit - Assessed on Projection | -160,144 | -55,186 | -3,810,442 |
| 4 | Understated Bad Debt Recovery Based on Analysis of 25 Months Billing Computation Noted In Prior Audit - Assessed on Projection | 27,657 | 6,776 | 496,604 |
| | | $-472,465 | $-103,953 | $-10,522,842 |




2/22/10
Page: 3

## State Board of Equalization - Sales and Use Tax Department

## FIELD BILLING ORDER

Account No:   SR S AA 097-736741
Case Id:      512072

Reviewed By: JUAN M. REYES
Date Reviewed: 2/22/10

Statute Date: 07/31/10

A Waiver is not attached

First Expiring Period is: 07/01/06, and includes Tax of: $-62,787.16

Auditors who worked on the examination:

| OFFICE | AUDITOR ID | CLASS | AUDIT MADE BY | HOURS |
|--------|-----------|-------|---------------|-------|
| AA | 00000002906 | 4 | PARDIP DAYARAM | 113.00 |
| | | | Total Hours | 113.00 |

The Reported Measure during the period of examination is $164,530,524.

The Audit findings were discussed with: Tax Consultant Lyle Downey          Tel: (562) 249-6000

The taxpayer **agrees** with the audit findings.

A copy of this Audit Report was furnished to the taxpayer along with a BOE-0235-D letter.

A credit is involved and a claim for a refund was previously submitted to HQ.

A Tax Clearance is not required.

A Cigarette Indicia inspection revealed: None Sold

The taxpayer is a Business with more than 50 Employees.

This business does not sell televisions, computers, or portable DVD players.

The directives provided to the taxpayer are: Publications 17,70,76

### General Comments

**Class of Business**
Taxpayer is a major newspaper publishing the Los Angeles Times newspaper. Taxpayer's parent company is the Tribune Company of Chicago.

**Explanation of Tax Change**
Taxpayer representatives, Downey-Smith-Fier, filed a claim for refund on behalf of the Los Angeles Times Communications for the period July 1, 2006 through June 30, 2008. The grounds for the claim are errors disclosed in the home delivery system and related non taxable transportations charges as noted in prior audit. The claim is assigned case # 504740.

The taxpayer prepared amended sales and use tax returns for the period 7/1/06 through 6/30/08. The amended returns were prepared to correct errors identified during the recently completed sales tax audit for the period 4/1/03 through 6/30/06 The amended returns adjusted reported sales and use tax for the following:

1.  Taxable Gross Revenue

    A.  Territory Adjustment

    B.  Billing Delivery Cost Adjustment

2.  Taxable Adjustment Sales

3.  Taxable Bad Debt Adjustment

4.  Taxable Bad Debt Recovery Adjustment



AUD&P3P1

**State Board of Equalization - Sales and Use Tax Department**

2/22/10
Page: 4

## FIELD BILLING ORDER

Account No:    SR S AA 097-736741
Case Id:    512972

**Explanation of Tax Change (cont.)**
These adjustments were documented and verified during the recently completed sales and use tax audit noted above. As such, the amended returns were completed based on applying the prior audit percentage for taxable gross revenues adjustment areas and the auditor's adjustment methodology for taxable adjustment service, taxable bad debt adjustment and taxable bad debt recovery adjustment. The prior adult methodologies were completed and agreed upon during October 2008. Therefore, the reporting periods starting 7/1/08 were adjusted prior to filing the quarterly tax returns.

**Credit Interest**
Credit interest is recommended on the overpayment of taxes. The cause of overpayment was due to programming error in taxpayer account system as noted in prior audit and not considered intentional. Taxpayer has now implemented changes to their system to correct the programming errors.

```
IPSEX1P1                    State Board of Equalization - Sales and Use Tax Department              02/22/10
IPSRP1N1                              Sales Tax Calculation Summary                                 Page:    1

Account Nbr: SR  S AA  97736741     Case Id: 512972       Result Nbr: 1    Taxpayer: LOS ANGELES TIMES COMMUNICATIONS
OMA: AA      Area Code: 190502180000  Auditor: PARDIP DAYARAH              Audit Penalties: RTN
Interest Thru Date: 03/31/10        Audit Period:  07/01/06 thru 06/30/08
                                    Result Period: 07/01/06 thru 06/30/08


                                    JURISDICTION    ALLOCATION
                                    ------------    ----------
                                    State           -324208.76
         TOTAL                      County          -17863.65
         -----                      Local           -68254.46
         Tax        -516896.23      STTI            -85318.02
         Interest   -34037.46       Add On          -56088.82
         Penalty
                    --------------                  --------------
                    -550933.69                      -550933.69
                    ==============                  ==============

Breakdown of Jurisdictions:

JURIS TAX RATE   MEASURE     ALLOCATION          JURIS TAX RATE   MEASURE     ALLOCATION
----- --------   -------     ----------          ----- --------   -------     ----------
LACT  0.00500   -4382963    -23367.86            LATC  0.00500   -4382963    -23367.86
OCTA  0.00500    -706631     -3742.87            RCTC  0.00500    -415398     -2211.05
SBAB  0.00500     -58477      -311.18            SBER  0.00500    -472465     -2513.89
SDTC  0.00500    -103953      -554.11            SLCST 0.07250   -6403888   -494844.87

INTEREST CALCULATION RULES
--------------------------
Include credit periods in the Tax Running Balance: Y
Include credit periods in the Offset Running Balance: Y
Allow credit interest on Payments: N
Calculate interest on credit periods for Offsets at the debit rate: Y
Calculate credit interest on credit periods: Y


Breakdown of Interest Rates applicable from 07/01/06 to 03/31/10 :

     PERIOD          ANNUAL RATE  TYPE    COMPUTED ON         METHOD
--------------------- ----------- ------  -----------  --------------------
07/01/06 - 12/31/06  10.0000000 Debit  Tax                Simple Monthly
01/01/07 - 06/30/08  11.0000000 Debit  Tax                Simple Monthly
07/01/08 - 12/31/08  10.0000000 Debit  Tax                Simple Monthly
01/01/09 - 12/31/09   8.0000000 Debit  Tax                Simple Monthly
01/01/10 - 12/31/29   7.0000000 Debit  Tax                Simple Monthly

07/01/06 - 12/31/06   4.0000000 Credit Tax                Simple Monthly
01/01/07 - 06/30/08   5.0000000 Credit Tax                Simple Monthly
07/01/08 - 12/31/08   3.0000000 Credit Tax                Simple Monthly
01/01/09 - 06/30/09   2.0000000 Credit Tax                Simple Monthly
07/01/09 - 12/31/29   0.0000000 Credit Tax                Simple Monthly
```

IPSEX1P1              State Board of Equalization - Sales and Use Tax Department              02/22/10
IPSRP1N1                   Jurisdiction Sales Tax Calculation Summary               Page:   2

Account Nbr: SR  S AA  97736741     Case Id: 512972     Result Nbr:  1     Taxpayer: LOS ANGELES TIMES COMMUNICATIONS
OMA: AA    Area Code: 190502180000     Auditor: PARDIP DAYARAM     Audit Penalties: RTN
Interest Thru Date: 03/31/10          Audit Period:  07/01/06 thru 06/30/08
                          Result Period: 07/01/06 thru 06/30/08

| PERIOD | MEASURE | TAX | RUNNING BALANCE | CRD | INTEREST | PENALTY | TOTAL | PENALTIES |
|--------|---------|-----|-----------------|-----|----------|---------|-------|-----------|
| LACT | | | | | | | | |
| 3Q06 | -530260 | -2651.30 | -2651.30 | Y | -28.73 | 0.00 | -2680.03 | |
| 4Q06 | -632007 | -3160.04 | -5811.34 | Y | -72.63 | 0.00 | -3232.67 | |
| 1Q07 | -638873 | -3194.37 | -9005.71 | Y | -112.56 | 0.00 | -3306.93 | |
| 2Q07 | -553784 | -2768.92 | -11774.63 | Y | -147.18 | 0.00 | -2916.10 | |
| 3Q07 | -492008 | -2460.04 | -14234.67 | Y | -177.93 | 0.00 | -2637.97 | |
| 4Q07 | -502577 | -2512.89 | -16747.56 | Y | -209.34 | 0.00 | -2722.23 | |
| 1Q08 | -556726 | -2783.63 | -19531.19 | Y | -211.59 | 0.00 | -2995.22 | |
| 2Q08 | -476728 | -2383.64 | -21914.83 | Y | -493.07 | 0.00 | -2876.71 | |
| | | | | | | | | |
| Total | -4382963 | -21914.83 | | | -1453.03 | 0.00 | -23367.86 | |
| LATC | | | | | | | | |
| 3Q06 | -530260 | -2651.30 | -2651.30 | Y | -28.73 | 0.00 | -2680.03 | |
| 4Q06 | -632007 | -3160.04 | -5811.34 | Y | -72.63 | 0.00 | -3232.67 | |
| 1Q07 | -638873 | -3194.37 | -9005.71 | Y | -112.56 | 0.00 | -3306.93 | |
| 2Q07 | -553784 | -2768.92 | -11774.63 | Y | -147.18 | 0.00 | -2916.10 | |
| 3Q07 | -492008 | -2460.04 | -14234.67 | Y | -177.93 | 0.00 | -2637.97 | |
| 4Q07 | -502577 | -2512.89 | -16747.56 | Y | -209.34 \ | 0.00 | -2722.23 | |
| 1Q08 | -556726 | -2783.63 | -19531.19 | Y | -211.59 | 0.00 | -2995.22 | |
| 2Q08 | -476728 | -2383.64 | -21914.83 | Y | -493.07 | 0.00 | -2876.71 | |
| | | | | | | | | |
| Total | -4382963 | -21914.83 | | | -1453.03 | 0.00 | -23367.86 | |
| OCTA | | | | | | | | |
| 3Q06 | -87513 | -457.57 | -437.57 | Y | -4.74 | 0.00 | -442.31 | |
| 4Q06 | -99797 | -498.99 | -936.56 | Y | -11.70 | 0.00 | -510.69 | |
| 1Q07 | -88474 | -442.37 | -1378.93 | Y | -17.25 | 0.00 | -459.62 | |
| 2Q07 | -87787 | -438.94 | -1817.87 | Y | -22.71 | 0.00 | -461.65 | |
| 3Q07 | -81265 | -406.33 | -2224.20 | Y | -27.81 | 0.00 | -434.14 | |
| 4Q07 | -76197 | -380.99 | -2605.19 | Y | -32.55 | 0.00 | -413.54 | |
| 1Q08 | -96194 | -480.97 | -3086.16 | Y | -53.44 | 0.00 | -514.41 | |
| 2Q08 | -89404 | -447.02 | -3533.18 | Y | -79.49 | 0.00 | -526.51 | |
| | | | | | | | | |
| Total | -706631 | -3533.18 | | | -229.69 | 0.00 | -3762.87 | |
| RCTC | | | | | | | | |
| 3Q06 | -50920 | -254.60 | -254.60 | Y | -2.76 | 0.00 | -257.36 | |
| 4Q06 | -62598 | -312.99 | -567.59 | Y | -7.08 | 0.00 | -320.07 | |
| 1Q07 | -46323 | -231.62 | -799.21 | Y | -9.99 | 0.00 | -241.61 | |
| 2Q07 | -48862 | -244.31 | -1043.52 | Y | -13.05 | 0.00 | -257.36 | |
| 3Q07 | -45987 | -229.94 | -1273.46 | Y | -15.93 | 0.00 | -245.87 | |
| 4Q07 | -49342 | -246.71 | -1520.17 | Y | -18.99 | 0.00 | -265.70 | |
| 1Q08 | -57220 | -286.10 | -1806.27 | Y | -19.58 | 0.00 | -305.68 | |
| 2Q08 | -54138 | -270.69 | -2076.96 | Y | -46.71 | 0.00 | -317.40 | |
| | | | | | | | | |
| Total | -415390 | -2076.96 | | | -134.09 | 0.00 | -2211.05 | |

```
IPSEX1P1                        State Board of Equalization - Sales and Use Tax Department                    02/22/10
IPSRP1N1                             Jurisdiction Sales Tax Calculation Summary                              Page:    3

Account Nbr: SR  S AA  97736741       Case Id: 512972       Result Nbr:  1    Taxpayer: LOS ANGELES TIMES COMMUNICATIONS
OMA: AA     Area Code: 190502180000   Auditor: PARDIP DAYARAM                 Audit Penalties: RTN
Interest Thru Date: 03/31/10          Audit Period:  07/01/06 thru 06/30/08
                                      Result Period: 07/01/06 thru 06/30/08


PERIOD   MEASURE        TAX        RUNNING BALANCE CRD    INTEREST        PENALTY              TOTAL          PENALTIES
-------- ------------ ----------- --------------- ---  --------------- --------------- ---------------- --------------------- -

S8AB
3Q06         -7330       -36.65        -56.65   Y         -0.39           0.00           -37.04
4Q06         -8665       -43.33        -79.98   Y         -0.99           0.00           -44.32
1Q07         -6555       -32.78       -112.76   Y         -1.41           0.00           -34.19
2Q07         -5895       -29.48       -142.24   Y         -1.77           0.00           -31.25
3Q07         -7049       -35.25       -177.49   Y         -2.22           0.00           -37.47
4Q07         -6517       -32.59       -210.08   Y         -2.64           0.00           -35.23
1Q08         -9062       -45.31       -255.39   Y         -2.76           0.00           -48.07
2Q08         -7404       -37.02       -292.41   Y         -6.59           0.00           -43.61

Total       -58477      -292.41                          -18.77           0.00          -311.18

S8ER
3Q06        -58462      -292.31       -292.31   Y         -3.16           0.00          -295.47
4Q06        -64511      -322.56       -614.87   Y         -7.68           0.00          -330.24
1Q07        -56297      -281.49       -896.36   Y        -11.19           0.00          -292.68
2Q07        -58151      -290.76      -1187.12   Y        -14.85           0.00          -305.61
3Q07        -49312      -246.56      -1433.68   Y        -17.91           0.00          -264.47
4Q07        -54761      -273.81      -1707.49   Y        -21.33           0.00          -295.14
1Q08        -68894      -344.47      -2051.96   Y        -22.23           0.00          -366.70
2Q08        -62077      -310.39      -2362.35   Y        -53.19           0.00          -363.58

Total      -472465     -2362.35                         -151.54           0.00         -2513.89

SDTC
3Q06        -10321       -51.61        -51.61   Y         -0.56           0.00           -52.17
4Q06        -15012       -75.06       -126.67   Y         -1.59           0.00           -76.65
1Q07        -16948       -84.74       -211.41   Y         -2.64           0.00           -87.38
2Q07        -14353       -71.77       -283.18   Y         -3.54           0.00           -75.31
3Q07        -10503       -52.52       -335.70   Y         -4.20           0.00           -56.72
4Q07        -12536       -62.68       -398.38   Y         -4.98           0.00           -67.66
1Q08        -14458       -72.29       -470.67   Y         -5.10           0.00           -77.39
2Q08         -9822       -49.11       -519.78   Y        -11.72           0.00           -60.83

Total      -103953      -519.78                          -34.33           0.00          -554.11

SLCST 0.07250 : LOCAL  0.01000,SGEN  0.04750, CNTY  0.00250, LPSF  0.00500, SLRF  0.00500, ASUT  0.00250
3Q06       -778094     -56411.82     -56411.82  Y       -611.13           0.00        -57022.95
4Q06       -919816     -66686.66    -123098.48  Y      -1538.73           0.00        -68225.39
1Q07       -887093     -64314.24    -187412.72  Y      -2342.67           0.00        -66656.91
2Q07       -803361     -58243.67    -245656.39  Y      -3070.71           0.00        -61314.38
3Q07       -714666     -51813.29    -297469.68  Y      -3718.38           0.00        -55531.67
4Q07       -730594     -52968.07    -350437.75  Y      -4380.48           0.00        -57348.55
1Q08       -837988     -60754.13    -411191.88  Y      -4454.58           0.00        -65208.71
2Q08       -732276     -53090.01    -464281.89  Y     -10446.30           0.00        -63556.31

Total     -6403888    -464281.89                      -30562.98           0.00       -494844.87
```

```
IPSEXIPI                        State Board of Equalization - Sales and Use Tax Department              02/22/10
IPSRP1N1                           Jurisdiction Sales Tax Calculation Summary                           Page:    4

Account Nbr: SR  S AA  97736741    Case Id: 512972      Result Nbr:  1   Taxpayer: LOS ANGELES TIMES COMMUNICATIONS
DMA: AA      Area Code: 190502180000  Auditor: PARDIP DAYARAM          Audit Penalties: RTN
Interest Thru Date: 03/31/10       Audit Period:  07/01/06 thru 06/30/08
                                   Result Period: 07/01/06 thru 06/30/08


PERIOD  MEASURE        TAX     RUNNING BALANCE CRD    INTEREST      PENALTY       TOTAL        PENALTIES
------- -----------  --------  ------------------- --- --------------- -------------- --------------- -------------------------- .

Total for all Jurisdictions
---------------------------
3Q06                 -62787.16                                         0.00
4Q06                 -74259.47                                         0.00
1Q07                 -71775.98                                         0.00
2Q07                 -64856.77                                         0.00
3Q07                 -57703.97                                         0.00
4Q07                 -58990.63                                         0.00
1Q08                 -47550.53                                         0.00
2Q08                 -58971.52                                         0.00
```



STATE OF CALIFORNIA

**STATE BOARD OF EQUALIZATION**
450 N STREET, SACRAMENTO, CALIFORNIA
PO BOX 942879, SACRAMENTO, CALIFORNIA 94279-0001
TELEPHONE (916) 445-1315
FAX (916) 445-2249 OR 324-0147
www.boe.ca.gov

BETTY T. YEE
First District, San Francisco

BILL LEONARD
Second District, Ontario/Sacramento

MICHELLE STEEL
Third District, Rolling Hills Estates

JOHN CHIANG
State Controller

STEVE SHEA
Acting Member
Fourth District, Los Angeles

RAMON J. HIRSIG
Executive Director

September 16, 2009

Lyle Downey
Downey-Smith-Fier
4010 Watson Plaza Drive, Suite 190
Lakewood, CA 90712

RE: SR AA 97-736741
Case #504740

Dear Mr. Downey:

We are in receipt of your claim for refund dated July 23, 2009 filed on behalf of Los Angeles Times Communications for the periods of July 1, 2006 through June 30, 2008.

The grounds for the claim are errors were disclosed in the home delivery system and related non-taxable transportations charges.

Upon review of the claim it has been determined that an investigation and recommendation from our district office is required. The district office will contact you to arrange a review of your records in connection with the claim for refund.

Any questions regarding the claim for refund can be directed to the district office at (562) 466-1694. Their address is 12440 E. Imperial Highway, Suite 200, Norwalk, CA 90650.

Thank you for your cooperation.

Sincerely,

Janet Sweeney
Business Taxes Specialist
Audit Determination & Refund Section

JMS:0005s.206

Cc: Los Angeles Times Communications
    General Acctg 4th Floor
    202 W. 1st Street, FL 4
    Los Angeles, CA 90012

# **Attachment 3**



## DOWNEY·SMITH·FIER
### STATE & LOCAL TAX

# Invoice

Los Angeles Times
Donna Romero
202 West First Street
Los Angeles, CA 90012

| | |
|---|---|
| **Date:** | 4/30/2010 |
| **Invoice #:** | 2400 |

| Period: | 3/1/10 through 4/30/10 | Project: | Consulting |
|---|---|---|---|

| Reference | Description | Hours | Amount |
|---|---|---|---|
| DSI Delivery Cost | California Sales & use tax consulting service (see attached detail) | 6.6 | 1,510.00 |

31000 - 700300 - 81500

| | |
|---|---|
| **Total Fees** | **$1,510.00** |

Thank you for your business.

*Scott Smith*

Scott Smith, Partner

**Send Payments To:**

Downey, Smith & Fier
4010 Watson Plaza Drive, Suite 190
Lakewood, CA 90712

Attn: Accounts Receivable

Office:  (562) 249-6000



## DOWNEY·SMITH·FIER
STATE & LOCAL TAX

### Tribune Company

**Billing Description**
**For the Period 03/01/2010 to 04/30/2010**

**Project : LA Times DSI Delivery Cost**

| Event | Date | Employee | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| DSI E Edition | 4/1/2010 | Lyle Downey Partner | 0.75 | $225.00 | $168.75 | Revise anonymous letter ruling request, update pricing allocation to e-edition and tangible. |
| | 4/1/2010 | Scott Smith Partner | 1.00 | $225.00 | $225.00 | Review of anonymous letter ruling request. |
| | 4/2/2010 | Lyle Downey Partner | 0.25 | $225.00 | $56.25 | Finalize and mail. |
| | 4/27/2010 | Lyle Downey Partner | 0.10 | $225.00 | $22.50 | Scan and email confirmation from BOE to client. |
| | *Total For DSI E Edition* | | *2.10* | | *$472.50* | |
| DSI Implementation | 3/23/2010 | Lyle Downey Partner | 0.75 | $225.00 | $168.75 | Discussion with Scott regarding billing and bill layout. |
| | 3/23/2010 | Scott Smith Partner | 1.00 | $225.00 | $225.00 | Reviewed bill layout with Lyle. Prepared and sent Donna a response via email. |
| | 3/29/2010 | Scott Smith Partner | 0.75 | $225.00 | $168.75 | Conf call to discuss bill layout with Donna and Gina. |
| | 3/29/2010 | Lyle Downey Partner | 0.75 | $225.00 | $168.75 | Conference call with client to discuss proposed invoicing language. |
| | 4/14/2010 | Lyle Downey Partner | 0.25 | $225.00 | $56.25 | Discuss invoice examples. |
| | 4/14/2010 | Scott Smith Partner | 1.00 | $250.00 | $250.00 | Review invoices examples and various conference calls. |
| | *Total For DSI Implementation* | | *4.50* | | *$1,037.50* | |
| | *Total For LA Times DSI Delivery Cost* | | *6.60* | | *$1,510.00* | |



**DOWNEY·SMITH·FIER**
STATE & LOCAL TAX

| | | |
|---|---|---|
| Invoice Total | 6.60 | $1,510.00 |