# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: August 9, 2010 at 1:00 p.m. (ET)<br>Related to Docket Nos. 4620, 4621 |

## DEBTORS' NOTICE OF REVISION TO 2010 MANAGEMENT INCENTIVE PLAN

Tribune Company (the "Company") and most of its wholly-owned subsidiaries, each of which is a debtor and debtor in possession herein (each a "Debtor" and collectively, the "Debtors"), hereby respectfully submit this Notice of Revision ("Notice") to the 2010 Management Incentive Plan ("MIP"). The Debtors are filing this Notice in light of their agreement with the official committee of unsecured creditors (the "Creditors Committee")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

regarding certain changes to the 2010 MIP (the "Revised 2010 MIP") that resolve the Creditors Committee's potential objection relative to the 2010 MIP terms initially proposed (the "Initial 2010 MIP") in the Debtors' pending Motion for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 [D.I. 4620] (the "2010 MIP Motion"). These revisions also resolve the potential objection by the Washington-Baltimore Newspaper Guild, Local 32035 of the Newspaper Guild-Communications Workers of America, AFL-CIO (the "Guild") to the 2010 MIP. The Debtors respectfully state as follows:

1.  The Debtors filed the 2010 MIP Motion on May 26, 2010. A hearing on the 2010 MIP Motion initially was scheduled for June 16, 2010.

2.  Under the Initial 2010 MIP, performance levels, payouts and aggregate pool amounts for 2010 were as follows (interim points determined by linear interpolation):

|  | Plan | Stretch | Maximum |
|---|---|---|---|
| Performance (approximate consolidated operating cash flow, in $ millions) | All Participants: 100% of Planned Performance ($425) | All Participants: 119% of Planned Performance ($505) | Top Management: 149% of Planned Performance ($635)<br><br>Other Participants: 132% of Planned Performance ($560) |
| Payout as a % of target | Top Management: 50%<br><br>Other Participants: 100% | Top Management: 100%<br><br>Other Participants: 118% | Top Management: 130%<br><br>Other Participants: 130% |
| Aggregate Payout (approximate, in $ millions) | Top Management: $2.2<br><br>Other Participants: $28.6<br><br>Total: $30.8 | Top Management: $4.4<br><br>Other Participants: $33.7<br><br>Total: $38.1 | Top Management: $5.7<br><br>Other Participants: $37.2<br><br>Total: $42.9 |

3.  Since filing the 2010 MIP Motion, the Debtors have continued their dialogue with the Creditors Committee regarding the 2010 MIP. To facilitate these discussions, the Debtors rescheduled the June 16th MIP hearing to August 9, 2010 at 1:00 p.m. Eastern time.

2

4.  As a result of these cooperative efforts, the Debtors and the Creditors Committee have agreed on revisions to the 2010 MIP. The Revised 2010 MIP increases the required operating cash flow ("OCF") performance level at each potential payout level, decreases payout percentages for many participants at various performance levels, and utilizes a uniform payout-performance structure for all participants, as opposed to the bifurcated structure in the Initial 2010 MIP. Performance levels, payout percentages and pool amounts under the Revised 2010 MIP, as compared to the Initial 2010 MIP, are as follows (interim percentages and pool amounts are determined by linear interpolation):

|  | Threshold | Target | Maximum |
|---|---|---|---|
| Performance (approximate consolidated OCF, in $ millions) | All Participants: $500<br>• 91% of Revised Target Performance ($550)<br>• Equals 118% of Plan Performance under Initial 2010 MIP ($425) | All Participants: $550<br>• Equals 129% of Plan Performance ($425) and 109% of Stretch Performance ($505) under Initial 2010 MIP | All Participants: $685<br>• 125% of Revised Target Performance<br>• Equals 108% of Max Performance for Top Management ($635) and 122% of Max Performance for Other Participants ($560) under Initial 2010 MIP |
| Payout as a % of target | All Participants: 50%<br>• Under Initial 2010 MIP, was 50% for Top Management and 100% for Other Participants | All Participants: 100%<br>• Under Initial 2010 MIP, was 100% for Top Management and 118% for Other Participants | All Participants: 130%<br>• Same as under Initial 2010 MIP for All Participants |
| Aggregate Payout (approximate, in $ millions) | Top Management: $2.2<br>Other Participants: $14.3<br>Total: $16.5<br>• Was $30.8 under Initial 2010 MIP at Plan ($425) | Top Management: $4.4<br>Other Participants: $28.6<br>Total: $33<br>• Same as aggregate 100%-of-target payout under Initial 2010 MIP<br>• Less than $38.1 payout under Initial 2010 MIP at Stretch ($505) | Top Management: $5.7<br>Other Participants: $37.2<br>Total: $42.9<br>• Same as under Initial 2010 MIP at Maximum ($560/$635) |

46429/0001-6894607V1

5.  Other aspects of the Revised 2010 MIP remain as set forth in the 2010 MIP Motion.

6.  The Creditors Committee supports the Revised 2010 MIP.

7.  Additionally, the Guild has informed the Debtors that the Guild does not object to the Revised 2010 MIP.

8.  A brief supplemental analysis by Mercer (U.S.), Inc. ("Mercer"), benchmarking the incentive opportunities under the Revised 2010 MIP, is attached in redacted form[2] as Exhibit A hereto (the "Supplemental Mercer Report"). The Supplemental Mercer Report states that the compensation opportunities provided under the Revised 2010 MIP continue to be within reasonable market ranges at all levels of performance.

9.  The Debtors intend to seek approval of the Revised 2010 MIP at the August 9, 2010 hearing on the 2010 MIP Motion.

10. A proposed amended Order approving the Revised 2010 MIP is attached hereto as Exhibit B.

## NOTICE

11. This Notice has been provided to: (i) the Office of the United States Trustee; (ii) the United States Securities and Exchange Commission; (iii) the Office of the

---

[2] Contemporaneously with the 2010 MIP Motion, the Debtors filed the Motion of the Debtors to File Under Seal an Exhibit to Motion Of The Debtors For An Order Authorizing The Debtors To Implement A 2010 Management Incentive Plan [D.I. 4621] (the "2010 Seal Motion"). The 2010 Seal Motion seeks leave to file under seal an unredacted copy of the Mercer report filed as Exhibit D to the 2010 MIP Motion. The Supplemental Mercer Report contains the same type of confidential information (*e.g.*, individualized compensation information) that is the subject of the 2010 Seal Motion. Accordingly, to conserve resources of the Court and the parties, the Debtors respectfully submit that the Supplemental Mercer Report is and should be encompassed by the 2010 Seal Motion, which is scheduled to be heard at the August 9, 2010 hearing. In accordance with Del. Bankr. L.R. 9018-1, the Debtors will provide the Court with an unredacted copy of the Supplemental Mercer Report with the Court's hearing binder.

46429/0001-6894607V1

United States Attorney for the District of Delaware; (iv) the Internal Revenue Service; (v) counsel for the Creditors Committee; (vi) counsel to the Senior Lender Settlement Committee; (vii) counsel to the administrative agent for the Debtors' postpetition financing facility; (viii) the Guild; (ix) the Bridge Agent; and (x) all parties having requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

Dated:  Wilmington, Delaware
        July 23, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
Bryan Krakauer
Kevin T. Lantry
Brian J. Gold
Jonathan D. Lotsoff
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-6894607V1
CHI 3386363