# EXHIBIT A

## Supplemental Mercer (U.S.), Inc. Report (Redacted)

46429/0001-6894607V1

# MERCER

Consulting. Outsourcing. Investments.

MARSH  MERCER  KROLL
GUY CARPENTER  OLIVER WYMAN

**REDACTED**



# Tribune Company
## 2010 MIP & Relative Compensation

July 2010

John Dempsey       john.dempsey@mercer.com

This report is confidential to Tribune Company restructuring. It may not be used for any other purpose. Receipt of and use of this document in connection with Tribune's restructuring shall serve as acceptance of the confidentiality of the material herein.

www.mercer.com

## Introduction and Background

- Mercer was retained to assist with the development and evaluation of the Management Incentive Plan ("MIP") for 2010
- Tribune strives to deliver competitive compensation in order to motivate its key managers and attract top level executives
  - Consistent with historic practice, the MIP supports Tribune's performance-oriented culture and provides opportunities for key managers across the organization to earn incentive awards
  - The program is similar to the ordinary course 2009 MIP, which was approved by the Bankruptcy Court on January 27, 2010, as well as prior years' MIP programs, and is funded based on consolidated operating cash flow ("OCF") and allocated based on a blend of financial, operational and strategic metrics
- Tribune filed the Company's 2010 Management Incentive Plan motion and accompanying Mercer report on May 26, 2010, in which Mercer benchmarked Tribune's 2010 MIP compensation opportunities (plan, stretch, and max) against market, to assess the appropriate level of awards under the proposed MIP
  - Unless otherwise described herein, the 2010 MIP terms and payouts are generally described in the 2010 Management Incentive Plan motion filed May 26, 2010
- On July 19, 2010, following continued discussions with the Official Committee of Unsecured Creditors, the Company and the Committee reached an agreement on revised terms of the 2010 MIP
  - The 2010 MIP, as modified, increases OCF performance targets at each payout level, decreases payout percentages for many participants at certain performance levels, and uses a single payout curve for all participants
- The purpose of this report is to provide a summary of the revised 2010 MIP (threshold, target, and max) and update Mercer's previous assessment of Tribune's 2010 compensation opportunities against market and the appropriate level of awards under the revised MIP proposal

Mercer    7/23/2010    Corresponds to page 1 of 5/26/2010 report    1

# Introduction and Background
## Summary of 2010 MIP

### Performance Goals and Payouts

- OCF goals include the impact of payouts, making the plan "self-funding"

- For all plan participants, awards are earned as follows:
  - Threshold - $500M results in funding at 50% of target
    - Threshold performance is approximately $75M greater than Tribune's 2010 planned performance ($425M)
  - Target - $550M set at 110% of threshold results in funding at 100% of target
  - Maximum - $685M set at 137% of threshold results in funding at 130% of target

- Payouts will be interpolated based on actual results

### Annual OCF Goals
($ in millions)

- Threshold Perf. 50% payout: $500
- Target Perf. 100% payout: $550
- Maximum Perf. 130% payout: $685

### 2010 Consolidated Operating Cash Flow
— All Plan Participants

| ($ Millions) | Threshold | Target | Max |
|---|---|---|---|
| Operating Cash Flow | $500 | $550 | $685 |
| Payout as % of Target All Plan Participants | 50% | 100% | 130% |
| Total Payout | $16.5 | $33.0 | $42.9 |
| Payout as % of OCF | 3% | 6% | 6% |

### Conclusions

- Mercer's analysis indicates that the incentive opportunities provided by the 2010 MIP continue to be competitive at threshold, target and maximum performance levels for participants at all levels in the organization

- The overall plan structure of the 2010 MIP, including the relationship between target and maximum incentive payouts, is consistent with competitive practice, with proposed maximum opportunities falling below median peer group maximum of 200% of target



Relative Compensation – 2010 MIP

# Gap To Market – Impact of 2010 MIP

- Overall, implementing the 2010 MIP closes the gap to market TCC[1]
  - At Threshold, the 2010 MIP brings TCC for all participants in the study, including top management, to market competitive levels, falling at 93% of market median TCC overall
  - At Target, TCC for all participants in the study, including top management, is competitive, falling at 111% market median TCC overall
  - At Maximum, TCC for all participants in the study, including top management, is competitive, falling at 97% of market median maximum
- The MIP also helps close the gap to market median TDC[1] created primarily by a current lack of long-term incentive opportunities for plan participants (i.e., equity compensation); however, TDC remains below market for all participants in the market study, at all levels of performance

| | Without 2010 MIP[1] | | Market Index At Threshold[2] | | At Target[3] | | At Max[4] | |
|---|---|---|---|---|---|---|---|---|
| | TCC | TDC | TCC | TDC | TCC | TDC | TCC | TDC |
| Top Management | 56% | 28% | 82% | 40% | 107% | 53% | 87% | 35% |
| Other Key Executives | 74% | 42% | 93% | 53% | 113% | 64% | 97% | 45% |
| Other Participants in Market Study | 82% | 62% | 96% | 74% | 111% | 85% | 102% | 67% |
| Aggregate - All Participants in Market Study | 75% | 49% | 93% | 60% | 111% | 72% | 97% | 52% |

1 Base salary compared to market TCC and TDC
2 All plan participants earn 50% of target incentive opportunity; compared to market target TCC and TDC
3 All plan participants earn 100% of target incentive opportunity; compared to market target TCC and TDC
4 All participants earn 130% of target incentive opportunity; assumes achievement of OCF of $685M compared to market maximum TCC and TDC

---

1 Mercer considers total compensation to be competitive if it falls within 15% of market median, as competitive pay is generally defined as a range, not a point, due to inherent variations in market data. It is typical for actual pay to vary from incumbent to incumbent, and at times may exceed the 15% range, based on multiple factors including pay required to initially attract the candidate to the organization, prior pay and individual performance potential

Mercer    7/23/2010    Corresponds to page 13 of 5/26/2010 report    4

**REDACTED**

# Top Management Compared to Market – at 2010 MIP Threshold

- Assuming the 2010 MIP is approved, TDC for all Tribune participants covered in the market comparison falls at 60% of market median TDC, due primarily to a lack of long-term incentive opportunities

  – TCC for top management is below market overall, at 82% of the market median TCC
  – TDC for top management falls at 40% of market median TDC

- In the absence of an annual incentive plan, TDC for all participants in the market comparison, including top management, would fall at 49% of market median TDC

| Position | 2010 Total Compensation at Threshold | | | | | Market Data | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Base | Target MIP | MIP $ at Threshold[1] | Threshold TCC[2] | Threshold TDC[2] | TCC 50th | TDC 50th | Index to TCC 50th | Index to TDC 50th |
| Chief Executive Officer | | | | | | | | | |
| Chief Operating Officer | | | | | | | | | |
| EVP/Chief Legal Officer | | | | | | | | | |
| President/Tribune Broadcasting | | | | | | | | | |
| SVP/Chief Financial Officer | | | | | | | | | |
| EVP/Chief Investment Officer | | | | | | | | | |
| Publisher & CEO/LA Times | | | | | | | | | |
| President/Tribune Interactive | | | | | | | | | |
| EVP/Tribune Publishing | | | | | | | | | |
| **Total - Top Management** | $4,930 | | $2,212 | $7,142 | $7,142 | $8,755 | $17,688 | 82% | 40% |
| Total - Other Key Executives* | $8,907 | | $2,359 | $11,266 | $11,266 | $12,098 | $21,171 | 93% | 53% |
| Total –Other Participants in Market Comparison | $23,225 | | $4,159 | $27,384 | $27,384 | $28,412 | $37,215 | 96% | 74% |
| Aggregate - All Participants in Market Comparison | $37,062 | | $8,730 | $45,792 | $45,792 | $49,264 | $76,074 | 93% | 60% |

1 MIP at threshold reflects a 50% payout for all participants in the market study
2 Threshold TCC and TDC for all participants in the study equals base plus 50% of target MIP
* Other Key Executives compared to market (at threshold) are listed on the following page

_____ participated in the 2009 MIP as the President, Tribune Broadcasting and per a pre-petition agreement, had a guaranteed bonus of _____ and base salary of _____. Per an agreement with _____ effective 4/30/2010, he has transitioned to a different role outside of the top management team, and his MIP target has been reduced to _____ and there is no guaranteed minimum payment. His base salary remains the same for the remainder of 2010.

Mercer    7/23/2010    Corresponds to page 14 of 5/26/2010 report    5

# REDACTED

## Other Key Executives Compared to Market – at 2010 MIP Threshold

| Position | 2010 Total Compensation at Threshold | | | | Market Data | | | |
|---|---|---|---|---|---|---|---|---|
| | Base | Target MIP | MIP$ at Threshold[1] | Threshold TCC[2] | Threshold TDC[2] | TCC 50th | TDC 50th | Index to TCC 50th | Index to TDC 50th |
| EVP/Chief Technology Officer | | | | | | | | |
| SVP/Development | | | | | | | | |
| SVP/Deputy Gnl Csl & Corp Secy | | | | | | | | |
| SVP/Financial Operations | | | | | | | | |
| VP/Tax | | | | | | | | |
| VP/Human Resources | | | | | | | | |
| VP/Controller | | | | | | | | |
| SVP/Administration & CFO | | | | | | | | |
| VP/Treasurer | | | | | | | | |
| SVP/Strategy | | | | | | | | |
| SVP/Corporate Relations | | | | | | | | |
| President, Publisher & CEO - Chicago Tribune | | | | | | | | |
| Pres,Pub,CEO,GM-FL Properties | | | | | | | | |
| CEO, President & Publisher - Hartford Courant | | | | | | | | |
| Publisher & CEO/Baltimore Sun | | | | | | | | |
| President & CEO/TMS | | | | | | | | |
| President & CEO/Daily Press | | | | | | | | |
| VP/General Manager, KTLA-TV | | | | | | | | |
| President/GM, WPIX-TV | | | | | | | | |
| EVP - Broadcasting - KSWB TV | | | | | | | | |
| VP/General Manager, WGN-TV | | | | | | | | |
| VP/General Manager, KDAF-TV | | | | | | | | |
| SVP/GM, KCPQ/KMYQ/KRCW | | | | | | | | |
| VP/General Manager, WPHL-TV | | | | | | | | |
| VP/General Manager, WDCW-TV | | | | | | | | |
| VP/General Manager, KIAH-TV | | | | | | | | |
| Total - Top Management | $4,930 | | $2,212 | $7,142 | $7,142 | $8,755 | $17,688 | 82% | 40% |
| Total - Other Key Executives | $8,907 | | $2,359 | $11,266 | $11,266 | $12,098 | $21,171 | 93% | 53% |
| Total --Other Participants in Market Comparison | $23,225 | | $4,159 | $27,384 | $27,384 | $28,412 | $37,215 | 96% | 74% |
| Aggregate - All Participants in Market Comparison | $37,062 | | $8,730 | $45,792 | $45,792 | $49,264 | $76,074 | 93% | 60% |

1 MIP at threshold reflects a 50% payout for all participants in the market study
2 Threshold TCC and TDC for all participants in the study equals base plus 50% of target MIP

Mercer   7/23/2010   Corresponds to page 15 of 5/26/2010 report   6

**REDACTED**

## Top Management Compared to Market – at 2010 MIP Target

- Assuming the 2010 MIP is approved, Target TDC for all Tribune participants covered in the market comparison falls at 72% of market median TDC, due primarily to a lack of long-term incentive opportunities
  - TCC for top management is competitive overall, at 107% of the market median TCC
  - TDC for top management falls at 53% of market median TDC

- In the absence of an annual incentive plan, TDC for all participants in the market comparison, including top management, would fall at 49% of market median TDC

| Position | 2010 Total Compensation at Target | | | | | Market Data | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Base | Target MIP | MIP $ at Target[1] | Target TCC[2] | Target TDC[2] | TCC 50th | TDC 50th | Index to TCC 50th | Index to TDC 50th |
| Chief Executive Officer | | | | | | | | | |
| Chief Operating Officer | | | | | | | | | |
| EVP/Chief Legal Officer | | | | | | | | | |
| President/Tribune Broadcasting | | | | | | | | | |
| SVP/Chief Financial Officer | | | | | | | | | |
| EVP/Chief Investment Officer | | | | | | | | | |
| Publisher & CEO/LA Times | | | | | | | | | |
| President/Tribune Interactive | | | | | | | | | |
| EVP/Tribune Publishing | | | | | | | | | |
| Total - Top Management | $4,930 | | $4,424 | $9,354 | $9,354 | $8,755 | $17,688 | 107% | 53% |
| Total - Other Key Executives* | $8,907 | | $4,719 | $13,626 | $13,626 | $12,098 | $21,171 | 113% | 64% |
| Total —Other Participants in Market Comparison | $23,225 | | $8,318 | $31,542 | $31,542 | $28,412 | $37,215 | 111% | 85% |
| Aggregate - All Participants in Market Comparison | $37,062 | | $17,460 | $54,522 | $54,522 | $49,264 | $76,074 | 111% | 72% |

1 MIP at target reflects a 100% payout for all participants in the study
2 Target TCC and TDC for all participants in the study equals base plus 100% of target MIP
* Other Key Executives compared to market (at target) are listed on the following page

participated in the 2009 MIP as the President, Tribune Broadcasting and per a pre-petition agreement, had a guaranteed bonus of          Per an agreement with          effective 4/30/2010, he has transitioned to a different role outside of the top management team, and his MIP target has been reduced to          and base salary of          and there is no guaranteed minimum payment. His base salary remains the same for the remainder of 2010

**REDACTED**

## Other Key Executives Compared to Market – at 2010 MIP Target

| Position | 2010 Total Compensation at Target ||||| Market Data |||
|---|---|---|---|---|---|---|---|---|
| | Base | Target MIP | MIP $ at Target[1] | Target TCC[2] | Target TDC[2] | TCC 50th | TDC 50th | Index to TCC 50th | Index to TDC 50th |
| EVP/Chief Technology Officer | | | | | | | | | |
| SVP/Development | | | | | | | | | |
| SVP/Deputy Gnl Csl & Corp Secy | | | | | | | | | |
| SVP/Financial Operations | | | | | | | | | |
| VP/Tax | | | | | | | | | |
| VP/Human Resources | | | | | | | | | |
| VP/Controller | | | | | | | | | |
| SVP/Administration & CFO | | | | | | | | | |
| VP/Treasurer | | | | | | | | | |
| SVP/Strategy | | | | | | | | | |
| SVP/Corporate Relations | | | | | | | | | |
| President, Publisher & CEO - Chicago Tribune | | | | | | | | | |
| Pres,Pub,CEO,GM-FL Properties | | | | | | | | | |
| CEO, President & Publisher - Hartford Courant | | | | | | | | | |
| Publisher & CEO/ Baltimore Sun | | | | | | | | | |
| President & CEO/TMS | | | | | | | | | |
| President & CEO/Daily Press | | | | | | | | | |
| VP/General Manager, KTLA-TV | | | | | | | | | |
| President/GM, WPIX-TV | | | | | | | | | |
| EVP - Broadcasting - KSWB TV | | | | | | | | | |
| VP/General Manager, WGN-TV | | | | | | | | | |
| VP/General Manager, KDAF-TV | | | | | | | | | |
| SVP/GM, KCPQ/KMYQ/KRCW | | | | | | | | | |
| VP/General Manager, WPHL-TV | | | | | | | | | |
| VP/General Manager, WDCW-TV | | | | | | | | | |
| VP/General Manager, KIAH-TV | | | | | | | | | |
| **Total - Top Management** | $4,930 | | $4,424 | $9,354 | $9,354 | $8,755 | $17,688 | 107% | 53% |
| **Total - Other Key Executives** | $8,907 | | $4,719 | $13,626 | $13,626 | $12,098 | $21,171 | 113% | 64% |
| Total –Other Participants in Market Comparison | $23,225 | | $8,318 | $31,542 | $31,542 | $28,412 | $37,215 | 111% | 85% |
| Aggregate - All Participants in Market Comparison | $37,062 | | $17,460 | $54,522 | $54,522 | $49,264 | $76,074 | 111% | 72% |

1 MIP at target reflects a 100% payout for all participants in the study
2 Target TCC and TDC for all participants in the study equals base plus 100% of target MIP

Mercer    7/23/2010    Corresponds to page 17 of 5/26/2010 report    8

# REDACTED

## Top Management Compared to Market – at 2010 MIP Max

- Overall, at plan maximum (130% of target, which remains unchanged from the 5/26/2010 report), TCC for all of the market comparison participants, including top management, falls at 97% of market median maximum TCC
  - Maximum TDC for all of the market comparison participants, including top management, falls at 52% of market median maximum TDC

- Mercer considers the relationship between Tribune's maximum TDC to market maximum TDC to be the most appropriate comparison; however, we also compared Tribune maximum TDC to market target TDC (i.e., median base salary plus target annual incentives and 2009 LTI) which is akin to comparing very strong performance by Tribune to plan performance at other companies
  - Overall, Tribune maximum TDC for all of the market comparison participants, including top management, falls below market, at 79% of market median target TDC

| Position | 2010 Maximum Compensation | | | | Market Target Data[3] | | | Market Maximum Data[3] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Base | Target MIP | MIP $ at Max | Max. TCC/TDC[1] | TDC 50th | Index to TDC 50th | | Max TCC 50th | Max TDC 50th | Index to TCC 50th | Index to TDC 50th |
| Chief Executive Officer | | | | | | | | | | | |
| Chief Operating Officer | | | | | | | | | | | |
| EVP/Chief Legal Officer | | | | | | | | | | | |
| President/Tribune Broadcasting | | | | | | | | | | | |
| SVP/Chief Financial Officer | | | | | | | | | | | |
| EVP/Chief Investment Officer | | | | | | | | | | | |
| Publisher & CEO/LA Times | | | | | | | | | | | |
| President/Tribune Interactive | | | | | | | | | | | |
| EVP/Tribune Publishing | | | | | | | | | | | |
| Total - Top Management | $4,930 | $5,751 | $10,681 | | $17,688 | 60% | | $12,290 | $30,156 | 87% | 35% |
| Total - Other Key Executives* | $8,907 | $6,135 | $15,041 | | $21,171 | 71% | | $15,581 | $33,726 | 97% | 45% |
| Total – Other Participants in Market Comparison | $23,225 | $10,813 | $34,038 | | $37,215 | 91% | | $33,424 | $51,161 | 102% | 67% |
| Aggregate - All Participants in Market Comparison | $37,062 | $22,698 | $59,760 | | $76,074 | 79% | | $61,296 | $115,044 | 97% | 52% |

1 Max TCC/TDC reflects 130% payouts under the MIP for all participants in the study, assumes achievement of maximum OCF of $685M. Max TCC/TDC remains unchanged from the report filed 5/26/2010
2 Market target data reflects target TCC plus 2009 LTI
3 Market maximum TCC and TDC data is calculated as base plus two-times target annual and long-term incentives, respectively

* Other Key Executives compared to market (at max) are listed on the following page

Mercer | 7/23/2010 | Corresponds to page 19 of 5/26/2010 report | 9

**REDACTED**

# Other Key Executives Compared to Market – at 2010 MIP Max

| Position | 2010 Maximum Compensation | | | Market Target Data[2] | | Market Maximum Data[3] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Base | Target MIP % | MIP $ at Max | Max TCC/TDC[1] | TDC 50th | Index to TDC 50th | Max TCC 50th | Max TDC 50th | Index to TCC 50th | Index to TDC 50th |
| EVP/Chief Technology Officer | | | | | | | | | | |
| SVP/Investments | | | | | | | | | | |
| SVP/Deputy Gnl Csl & Corp Secy | | | | | | | | | | |
| SVP/Financial Operations | | | | | | | | | | |
| VP/Tax | | | | | | | | | | |
| VP/Human Resources | | | | | | | | | | |
| VP/Controller | | | | | | | | | | |
| SVP/Administration & CFO | | | | | | | | | | |
| VP/Treasurer | | | | | | | | | | |
| SVP/Strategy | | | | | | | | | | |
| SVP/Corporate Relations | | | | | | | | | | |
| President, Publisher & CEO - Chicago Tribune | | | | | | | | | | |
| Pres,Pub,CEO,GM-FL Properties | | | | | | | | | | |
| CEO, President & Publisher - Hartford Courant | | | | | | | | | | |
| Publisher & CEO/ Baltimore Sun | | | | | | | | | | |
| President & CEO/TMS | | | | | | | | | | |
| President & CEO/Daily Press | | | | | | | | | | |
| VP/General Manager, KTLA-TV | | | | | | | | | | |
| President/GM, WPIX-TV | | | | | | | | | | |
| EVP - Broadcasting - KSWB TV | | | | | | | | | | |
| VP/General Manager, WGN-TV | | | | | | | | | | |
| VP/General Manager, KDAF-TV | | | | | | | | | | |
| SVP/GM, KCPQ/KMYQ/KRCW | | | | | | | | | | |
| VP/General Manager, WPHL-TV | | | | | | | | | | |
| VP/General Manager, WDCW-TV | | | | | | | | | | |
| VP/General Manager, KIAH-TV | | | | | | | | | | |
| Total - Top Management | $4,930 | | $5,751 | $10,681 | $17,688 | 60% | $12,290 | $30,156 | 87% | 35% |
| Total - Other Key Executives | $8,907 | | $6,135 | $15,041 | $21,171 | 71% | $15,581 | $33,726 | 97% | 45% |
| Total - Other Participants in Market Comparison | $23,225 | | $10,813 | $34,038 | $37,215 | 91% | $33,424 | $51,161 | 102% | 67% |
| Aggregate - All Participants in Market Comparison | $37,062 | | $22,698 | $59,760 | $76,074 | 79% | $61,296 | $115,044 | 97% | 52% |

1 Max TCC/TDC reflects 130% payouts under the MIP for all participants in the study, assumes achievement of maximum OCF of $685M. Max TCC/TDC remains unchanged from the report filed 5/26/2010
2 Market target data reflects target TCC plus 2009 LTII
3 Market maximum TCC and TDC data is calculated as two-times target annual and long-term incentives[11]

Mercer    7/23/2010    Corresponds to page 20 of 5/26/2010 report    10

