# EXHIBIT 1

## Winstead PC Connection to Persons and Entities on Tribune Company Rule 2014 List

1. Winstead PC (the "Firm") had no matters potentially adverse to any of the Debtors.

2. The Firm represents or has represented in matters unrelated to the Debtors the following creditors of the Debtors:

>   ABN AMRO
>   AIG
>   Aegon USA
>   Bank of America N.A.
>   Barclays Capital
>   Bear Stearns & Co., Inc.
>   Canadian Imperial Bank of Commerce
>   Capitalsource Finance LLC
>   CIT Group
>   Citibank, N.A.
>   Citigroup
>   Deutsche Bank National Trust Co.
>   Goldman Sachs
>   Greywolf Capital
>   Highland Capital Management, L.P.
>   J.P. Morgan Chase Bank
>   Merrill Lynch & Co.
>   Merrill, Lynch, Pierce, Fenner & Smith, Inc.
>   Metropolitan Life Ins. Co.
>   PPM America Inc.
>   Wachovia Bank N.A.

3. The Firm represents or has represented in matters unrelated to the Debtors the following entities which are, or which bear substantially similar names to, major customers or insurance carriers of the Debtors, or otherwise appear on the Rule 2014 List of the Debtors:

>   AT&T Small Business
>   Carmax
>   Catellus Development Corp.
>   Dell
>   Ford
>   Geico
>   Southwest Airlines
>   Travelers
>   U.S. Bank N.A.
>   Verizon Wireless

      4.    The Firm represents or has represented in matters unrelated to the Debtors the following individuals whose names are the same as or similar to those identified on the Rule 2014 List as current and former directors and officers of the Debtors:

      None

Dallas_1\5553748\1
51994-1 7/22/2010