# Exhibit B

Examiner Requirements and Procedures Letter
Dated May 26, 2010

**Klee,
Tuchin,
Bogdanoff &
Stern
LLP**

1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067

voice: 310-407-4000
fax: 310-407-9090
www.ktbslaw.com

E-mail: kklee@ktbslaw.com
Direct Dial: 310-407-4080

**CONFIDENTIAL**

May 26, 2010

To: The Parties Listed on Exhibit A
Attached Hereto

Re: *In re Tribune Company, et al.* (collectively, "Debtors"); Further Request for Materials from Parties

Dear Counsel:

Thank you for your submissions of May 24, 2010. The purpose of this letter is to provide further direction concerning the June 7, 2010 reply briefs discussed in my May 10, 2010 letter:

1.  I request that all replies be submitted on or before 2:00 p.m., Eastern Time, June 7, 2010, in the same fashion and subject to the specifications set forth in Exhibit B to my May 10, 2010 letter. Again, submission of these documents to my professionals must be in both hard copy and electronic form, as more fully described in Exhibit B (attached again). The electronic version of all documents may be submitted to my professionals by CD-ROM, or may be uploaded to a secure document website that my professionals have established in connection with this matter. Please contact Martin Barash of Klee, Tuchin, Bogdanoff & Stern LLP at mbarash@ktbslaw.com, should you have any questions regarding this matter.

2.  With respect to the first item that is the subject of my investigation specified in the Agreed Order Directing the Appointment of an Examiner, as modified under the Order Approving Work and Expense Plan and Modifying Examiner Order (collectively, "Orders"), the following maximum page limits apply with respect to the reply briefs (which page limits do not include tables of contents, tables of authorities, or the contents of the appendices):

   Debtors .................................................................................... 35 pages
   Official Creditors' Committee .................................................. 35 pages

122533.3

To: The Parties Listed on Exhibit A Attached Hereto
May 26, 2010
Page 2

| | |
|---|---|
| JPMorgan Chase Bank N.A., as Agent | 35 pages |
| Credit Agreement Lenders | 35 pages |
| Wilmington Trust Company | 35 pages |
| Law Debenture Group/Centerbridge Credit Advisors LLC | 35 pages |
| Wells Fargo Bank, N.A. | 35 pages |
| Merrill Lynch Capital Corporation | 10 pages |

3.   If either of Citicorp North America Corp./Citigroup Global Markets Inc. or Bank of America, N.A/Banc of America Securities LLC wishes to submit a reply pleading, the maximum page limit of your respective pleadings is 15 pages.

4.   With respect to the second item set forth that is the subject of my investigation specified in the Orders, subject to the same deadline set forth above, I request that Wilmington Trust and the Debtors each furnish a reply brief of up to 10 pages.

5.   With respect to the third item that is the subject of my investigation specified in the Orders, subject to the same deadline set forth above, I request that Wilmington Trust, JPMorganChase Bank N.A., as Agent, the Debtors and the Official Creditors' Committee each furnish a reply brief on those matters of up to 10 pages.

6.   I again reserve the right to permit other parties to submit briefs, and to otherwise modify anything contained in this letter.

7.   All submissions must be delivered to my professionals and served contemporaneously on the other parties, such that they are received no later than the deadline that I have established for those materials. Service on parties may be accomplished by uploading the pleading and related submissions to the secure document website.

8.   You may not use any of your allotted space to restate your case, but rather, *solely* to *respond* to specific legal or factual contentions of an adverse party that you believe merit a response. You may not raise new theories but must limit your pleading to responding to a *specific* contention advanced in another party's opening brief.

9.   To the extent you maintain that any evidence cited by another party does not support the contention to which such evidence is cited, please be specific

To: The Parties Listed on Exhibit A Attached Hereto
May 26, 2010
Page 3

and explain why, and if you maintain that other evidence substantiates your position in this regard, please be sure to bring that evidence to my attention.

    10.    By way of reminder, with respect to any document referenced or included in the aforementioned or the May 24, 2010 submissions as to which you maintain confidentiality must be preserved for purposes of the initial filing of my report, and as to which you are the party that previously designated such document as confidential, I request that you notify me and the recipients of the same by no later than June 14, 2010, identifying the specific document that you maintain should be maintained confidential. If you maintain that confidentiality must be preserved as to any document but you are not the party who has designated such document as confidential, please advise who has so designated such document. As I have stated previously, the standard you should utilize in whether to designate documents for continued non-disclosure is not whether disclosure would be embarrassing to your client, or harmful to its position in existing or future litigation, but whether there is a *bona fide* legal basis to prevent its initial public disclosure.

    Please note that pending further notice the contents of this letter and my May 10, 2010 letter shall remain confidential.

    Thank you.

                                         Yours truly,

                                         Kenneth N. Klee, Examiner

KNK:jak
Enclosures
cc:    Wayne Elggren
        Lee R. Bogdanoff
        David M. Stern
        Martin R. Barash

122533.3

# EXHIBIT A

Counsel for Debtors
James F. Conlan
James Bendernagle, Jr.
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Special Counsel for the Committee
Graeme W. Bush
Zukerman Spaeder
1800 M Street, N.W.
Washington, DC 20036

Counsel for Law Debenture
David S. Rosner
Andrew K. Glenn
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Counsel for Credit Agreement Lenders
Bruce Bennett
James O. Johnston
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street
Suite 2900
Los Angeles, California 90017

Counsel for Wells Fargo Bank, N.A.
Thomas E Lauria
Gerard H. Uzzi
Scott Greissman
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Counsel for the Committee
Howard Seife
Douglas E. Deutsch
David LeMay
Chadbourne & Parke
30 Rockefeller Plaza
New York, New York 10112

Counsel for Wilmington Trust Company
Robert Stark
Martin S. Siegel
Brown Rudnick
Seven Times Square
New York, New York 10036

Counsel for JPMorganChase Bank, N.A.
Donald S. Bernstein
Dennis E. Glazer
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

Counsel for Centerbridge Credit Advisors LLC
Daniel H. Golden
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

Counsel for Merrill Lynch Capital Corporation
Joseph M. Drayton
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

EXHIBIT B

Formatting of Narrative Statement, Briefs and Appendices

<u>General Format</u>.

- The narrative statement, all briefs, and all appendices submitted to the Examiner must be submitted in both electronic and hardcopy form.

- The electronic version of these submissions must be in Portable Document Format (aka Adobe Acrobat or .pdf), with no password protection or encryption. Please also provide copies of the narrative statement and briefs in Microsoft Word (.doc) format.

- The Portable Document Format versions of the narrative statement and briefs must be generated by printing to PDF from the original word processing file so that the text of the digital brief may be searched and copied. PDF images created by scanning paper documents do not comply with this requirement. This requirement does not apply to documentary evidence contained in the appendices.

- The narrative statement and all briefs, appendices and related documents shall be submitted such that they are received by the Examiner on or before the specified deadline.

- The electronic versions of the parties' submissions may be submitted by CD-ROM, or may be uploaded to the Examiner's secure document website. Please forward the name and email address of the person requiring access to the secure document website to Martin Barash at mbarash@ktbslaw.com as soon as possible, and in any event no later than May 20, 2010.

- Hardcopies of the narrative, briefs and appendices should be delivered to the Examiner's professionals as follows:

    o Three (3) copies to Klee, Tuchin, Bogdanoff & Stern LLP, Attn: Martin R. Barash, Esq., 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067.

    o Two (2) copies to Saul Ewing LLP, Attn: Mark Minuti, Esq., 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, Delaware 19899.

    o One (1) copy to LECG, Attn: F. Wayne Elggren, 201 South Main, Suite 450, Salt Lake City, Utah 84111.

122533.3

- One (1) copy to LECG, Attn: Craig Elson, 33 West Monroe, Suite 2300, Chicago, Illinois 60603-5659

<u>Margins and Type Face.</u>

- The margins of each page shall be no less than 1 inch on the bottom, top, right and left.

- Each brief must contain a table of contents and table of authorities. (If you have made last-minute revisions to your submissions, please be sure to update the page references in your table before transmitting the brief to the Examiner.)

- Text should be no smaller than 12 point type, with the exception of footnotes, which may be no smaller than 10.5 point type.

- Please use a serif font such as Times Roman or Century Schoolbook (rather than a non-serif font, such as Arial).

- Legal citations should conform to the latest version of "A Uniform System of Citation" (i.e., the "Blue Book").

- The narrative statement and briefs shall be double spaced with the exception of footnotes and block quotes of 50 words or more.

References to Evidence, Appendices, and Hyperlinking.

- The narrative statement and each brief shall contain references to the documentary evidence (including transcripts of depositions, examinations and hearings) that supports the factual contentions contained therein, as set forth in an appendix to be provided with each brief in Portable Document Format.

- The evidentiary references contained in the Portable Document Format version of the narrative statement of each brief shall be electronically hyperlinked to the relevant pages in the related appendix.

- The references and hyperlinking shall point to the particular page or pages of the document that support the factual contention, although the appendix should contain the entire document referenced so that the Examiner may consider the context in which the referenced materials appear. Where feasible, highlighting specific portions of pages is appreciated, but not required.

- Each appendix shall contain a table of contents with hyperlinks to the first page of each document contained in the appendix.

- References to any pleadings filed in the case should include a citation to the docket item number and a hyperlink to a copy of the pleading to be set forth in the appendix.

- The Portable Document Format version of each brief may contain hyperlinking in respect of legal citations – and where feasible will be much appreciated by the Examiner – but is not required.

122533.3