# Exhibit D

Letter from Examiner's Counsel dated June 18, 2010

# Klee, Tuchin, Bogdanoff & Stern LLP

| 1999 Avenue of the Stars | voice: 310-407-4000 |
| Thirty-Ninth Floor | fax: 310-407-9090 |
| Los Angeles, California 90067 | www.ktbslaw.com |

E-mail: mbarash@ktbslaw.com
Direct Dial: 310-407-4005

June 18, 2010

**VIA ELECTRONIC MAIL**

To The Parties Listed On The Attached
Distribution List

  Re: In re Tribune, Case No. 08-1341 (U.S.B.C. D. Del.)

Dear Counsel:

  In accordance with Lee Bogdanoff's email correspondence dated June 14, 2010, I am writing to advise you that we have posted to the Examiner's secure document website an initial set of documents for your review, for purposes of advising the Examiner if you contend that any of those documents must be maintained as confidential for purposes of the initial filing of the Examiner's report. These documents were obtained from non-public sources other than the exhibits submitted with the Parties' briefs. They are contained in a new folder on the site entitled "Examiner Confidential Docs For Review."

  A chart listing the documents by exhibit number, description, .pdf file name and source (*i.e.*, from which the Examiner obtained the document) is enclosed. You will note that some of these documents appear to be copies of otherwise public documents, but have been included here, in an abundance of caution, because they were obtained from a nonpublic source to which the Examiner was provided access (*e.g.*, the secure Tribune document website maintained by Merrill Corporation). For your convenience, a copy of the list of documents also has been uploaded to the Examiner's secure website.

  Please respond in writing to us (with copies to the other Parties) no later than Friday, June 25, 2010, identifying by exhibit number and description those documents as to which you maintain that confidentiality must be preserved for purposes of the initial filing of the Examiner's report and as to which you are the Party that previously designated such document as confidential. If you maintain that confidentiality must be preserved as to any document but you are not the party that previously designated such document as confidential, please identify the party that previously made such designation. As the Examiner has stated previously, the standard you should utilize in whether to designate documents for continued non-disclosure is not whether disclosure would be embarrassing to your client, or harmful to its position in existing or future

June 18, 2010
Page 2

litigation, but whether there is a *bona fide* legal basis to prevent its public disclosure at the time the Examiner files his initial report.

  As we approach the filing of the Report, we will notify you of additional documents. Because we are running short on time, it likely will not be possible to afford you 7 full days to review those documents and advise us concerning confidentiality matters. The Examiner appreciates your cooperation.

  If you have any questions, please contact me. Thank you for your cooperation.

            Very truly yours,

            Martin R. Barash

Enclosure

cc: Kenneth N. Klee
   Lee R. Bogdanoff

June 18, 2010
Page 3

## EXHIBIT A

Akin Gump, Attn: Daniel Golden, Deborah Newman

Brown Rudnick, Attn: Robert Stark

Chadbourne & Parke, Attn: Howard Seife

Davis Polk, Attn: Dennis Glazer, Sharon Katz, David Stier

Hennigan Bennett Dorman, Attn: Bruce Bennett, James Johnston

Kasowitz, Benson, Torres & Friedman, Attn: David Rosner

Kaye Scholer, Attn: Joseph Drayton

Paul Weiss, Attn: Andrew Gordon

Sidley Austin LLP, Attn: James Conlan, James Ducayet

White and Case, Thomas Lauria

Wilmer Hale, Attn: Andrew Goldman

Zuckerman Spaeder, Attn: Graeme Bush

| Ex. No. | Description | Source Description | Filename |
|---|---|---|---|
| R&J-D7 | 1992 Indenture | Tribune/Merrill Website | R&J-D7 1992 Indenture |
| R&J-D8 | 1995 Indenture | Tribune/Merrill Website | R&J-D8 1995 Indenture |
| R&J-D9 | 1996 Indenture | Tribune/Merrill Website | R&J-D9 1996 Indenture |
| R&J-D10 | 1997 Indenture | Tribune/Merrill Website | R&J-D10 1997 Indenture |
| R&J-D11 | PHONES Indenture | Tribune/Merrill Website | R&J-D11 PHONES Indenture |
| R&J-DAF1 | LATI Promissory Note | Informal Submission f/Alvarez | R&J-DAF1 LATI Promissory Note |
| R&J-DAF3 | Subsidiary Tribune Board Resolutions | Informal Submission f/Credit Agmt Lenders | R&J-DAF3 Sub Board Resolutions |
| R&J-DAF4 | Intercompany Notes from Various Business Units to LA Times Internati | Informal Submission f/Alvarez | R&J-DAF4 Inter-Co Notes to LATI |
| R&J-J3 | Step One Solvency Certificate | Tribune/Merrill Website | R&J-J3 Step 1 Solvency Cert |
| R&J-J5 | Step Two Solvency Certificate | Tribune/Merrill Website | R&J-J5 Step 2 Solvency Cert |
| R&J-J9 | Notice of Increase | Informal Submission f/JP Morgan | R&J-J9 Increase Notice |
| R&J-J10 | Intercompany Junior Subordinated Note | Informal Submission f/Alvarez | R&J-J10 Inter-Co Jr Sub Note |
| R&J-J13 | Prospectus Supplement, dated May 8, 1996 | Tribune/Merrill Website | R&J-J13 Prospectus Supp 5-8-96 |
| R&J-J14 | Pricing Supplement, dated November 12, 1996 | Tribune/Merrill Website | R&J-J14 Pricing Supp 11-12-96 |
| R&J-J15 | First Supplemental Indenture, dated June 12, 2000 | Tribune/Merrill Website | R&J-J15 1st Supp Indenture 6-12-00 |
| R&J-J16 | Form of 7.25% Senior Debentures due 2013 | Tribune/Merrill Website | R&J-J16 7.25% Sr Debenture due 2013 |
| R&J-J17 | Form of 7.5% Senior Debentures due 2023 | Tribune/Merrill Website | R&J-J17 7.5% Sr Debenture due 2023 |
| R&J-J18 | Second Supplemental Indenture, dated June 12, 2000 | Tribune/Merrill Website | R&J-J18 2nd Supp Indenture 6-12-00 |
| R&J-J19 | Officers' Certificate, dated September 9, 1997 | Tribune/Merrill Website | R&J-J19 Officers Cert 9-9-97 |
| R&J-J20 | Prospectus Supplement, dated July 8, 1997 | Tribune/Merrill Website | R&J-J20 Prospectus Supp 7-8-97 |
| R&J-J21 | Prospectus Supplement, dated February 28, 1996 | Tribune/Merrill Website | R&J-J21 Prospectus Supp 2-28-96 |
| R&J-J22 | Prospectus Supplement, dated August 10, 2005 | Tribune/Merrill Website | R&J-J22 Prospectus Supp 8-10-05 |
| R&J-J23 | Prospectus Supplement, dated January 9, 1997 | Tribune/Merrill Website | R&J-J23 Prospectus Supp 1-9-97 |
| R&J-J24 | Pricing Supplement, dated October 2, 1998 | Tribune/Merrill Website | R&J-J24 Pricing Supp 10-2-98 |
| R&J-J25 | Pricing Supplement, dated December 4, 1998 | Tribune/Merrill Website | R&J-J25 Pricing Supp 12-4-98 |
| R&J-J26 | Pricing Supplement, dated January 29, 1998 | Tribune/Merrill Website | R&J-J26 Pricing Supp 1-29-98 |
| R&J-J28 | Form of 4.875% Senior Notes due 2010 | Tribune/Merrill Website | R&J-J28 4.875% Sr Notes due 2010 |
| R&J-J29 | Form of 5.25% Senior Notes due 2015 | Tribune/Merrill Website | R&J-J29 5.25% Sr Notes due 2015 |
| R&J-J30 | Form of PHONES Notes | Tribune/Merrill Website | R&J-J30 PHONES Notes Form |
| R&J-J35 | Officers' Certificate, dated November 13, 1996 | Tribune/Merrill Website | R&J-J35 Officers Cert 11-13-96 |
| R&J-J42 | Incremental Credit Agreement Facility Solvency Certificate | Tribune/Merrill Website | R&J-J42 Incrmntl Credit Agr Solvency Cert |
| R&J-J43 | Form of Credit Agreement Solvency Certificate | Tribune/Merrill Website | R&J-J43 Credit Agr Solvency Cert |
| R&J-J44 | Form of Bridge Credit Agreement Solvency Certificate | Tribune/Merrill Website | R&J-J44 Bridge Credit Agr Solvency Cert |
| R&J-J50 | Tribune Board Meeting Minutes, dated May 21, 2007 | Tribune/Merrill Website | R&J-J50 Board Mins 5-21-07 |
| R&J-J51 | Tribune Subsidiary Boards Chart | Informal Submission f/Debtors | R&J-J51 Trib Sub Boards |
| R&J-J52 | Equity Contribution Agreement | Informal Submission f/Debtors | R&J-J52 Equity Cont Agr |
| R&J-J53 | Unanimous Written Consents of the Subsidiary Boards, dated June 4, 2 | Informal Submission f/Debtors | R&J-J53 Consent Sub Brds 6-4-07 |
| R&J-J54 | Unanimous Written Consents of the Subsidiary Boards, dated Decembe | Informal Submission f/Debtors | R&J-J54 Consent Sub Brds 12-20-07 |
| R&J-J55 | FinanceCo Limited Liability Company Agreement | Informal Submission f/Debtors | R&J-J55 FinanceCo LLC Agr |
| R&J-J56 | Holdco Limited Liability Company Agreement | Informal Submission f/Debtors | R&J-J56 HoldCo LLC Agr |
| R&J-J57 | Tribune Finance LLC Transaction Summary | Informal Submission f/Alvarez | R&J-J57 Trib Finance LLC Transaction Sum |
| R&J-J59 | Jacobson E-Mail, dated May 24, 2007 | Informal Submission f/Law Debenture | R&J-J59 Jacobson Email 5-24-07 |
| R&J-J60 | Kaplan E Mail, dated March 21, 2007 | Informal Submission f/Debtors | R&J-J60 Kaplan Email 3-21-07 |
| R&J-J61 | Chen E Mail, dated March 30, 2007 | Informal Submission f/Debtors | R&J-J61 Chen Email 3-30-07 |
| R&J-R14 | Major League Baseball Letter, dated December 17, 2007 | Tribune/Merrill Website | R&J-R14 MLB Letter 12-17-07 |
| R&J-R16 | Certificate of the Assistant Secretary of the Company, dated December | Tribune/Merrill Website | R&J-R16 Sec Cert 12-20-07 |
| R&J-R23 | CGMI Indemnification Letter | Informal Submission f/Committee | R&J-R23 CGMI Indemn Letter |
| R&J-R37 | Fitch Press Release, dated December 20, 2007 | Informal Submission f/JP Morgan | R&J-R37 Fitch Press Rls 12-20-07 |
| R&J-R41 | AFX News Limited, dated April 2, 2007 | Informal Submission f/JP Morgan | R&J-R41 AFX News 4-2-07 |
| R&J-R42 | Chicago Tribune, dated June 22, 2007 | Informal Submission f/JP Morgan | R&J-R42 Chicago Trib Art 6-22-07 |
| R&J-R43 | BMO Analyst Report, dated April 2, 2007 | Informal Submission f/JP Morgan | R&J-R43 BMO Rpt 4-2-07 |
| R&J-R44 | Moody's Rating Action, dated April 23, 2007 | Informal Submission f/JP Morgan | R&J-R44 Moodys Rating Act 4-23-07 |

| | | | |
|---|---|---|---|
| R&J-R45 | Moody's Letter, dated March 29, 2007 | Informal Submission f/JP Morgan | R&J-R45 Moodys Letter 3-29-07 |
| R&J-R46 | Bear Stearns Analyst Report, dated January 4, 2007 | Informal Submission f/JP Morgan | R&J-R46 Bear Stearns Rpt 1-4-07 |
| R&J-R47 | Barrington Research Progress Report, dated April 3, 2007 | Informal Submission f/JP Morgan | R&J-R47 Barrington Rsrch Rpt 4-3-07 |
| R&J-R48 | Wachovia Research Report, dated March 30, 2007 | Informal Submission f/JP Morgan | R&J-R48 Wachovia Rsrch Rpt 3-30-07 |
| R&J-R49 | Lehman Company Update, dated March 16, 2007 | Informal Submission f/JP Morgan | R&J-R49 Lehman Bros Update |
| R&J-R50 | Exchangeable EGI TRB Note | Tribune/Merrill Website | R&J-R50 Exch EGI-TRB Note |
| R&J-R53 | EGI-TRB Subordination Agreement | Tribune/Merrill Website | R&J-R53 EGI-TRB Subord Agr |
| R&J-R73 | Garamella Court Minute Order | Informal Submission f/Debtors | R&J-R73 Garamella Inj Motion |
| R&J-R74 | Bigelow E-mail, dated August 2, 2007 | Informal Submission f/Debtors | R&J-R74 Bigelow Email 8-2-07 |
| R&J-R75 | Duff & Phelps Fairness Opinion | Informal Submission f/Debtors | R&J-R75 D&P Fairness Opinion |
| R&J-R80 | FCC Order | Informal Submission f/Debtors | R&J-R80 FCC Order |
| R&J-R81 | Presentation to the Committee of Independent Directors of the Board of | Informal Submission f/JP Morgan | R&J-R81 Special Cmmt Prsntn 1-12-07 |
| R&J-M001 | Kazan/Bigelow Email | Case Document Repository | R&J-M001 Kazan_Bigelow Email.pdf |
| R&J-M007 | Email April 30, 2007 | Case Document Repository | R&J-M007 April 30 2007 Email.pdf |
| R&J-M008 | Email March 5, 2007 | Case Document Repository | R&J-M008 Email March 5 2007.pdf |
| R&J-M009 | Board Meeting Materials February 13, 2007 | Case Document Repository | R&J-M009 February 13, 2007 Board Materials.pdf |
| R&J-M010 | Tribune Board Minutes October 18, 2006 | Case Document Repository | R&J-M010 Executed Oct 18 2006 BOD Minutes.pdf |
| R&J-M011 | Tribune Board Minutes December 12, 2006 | Case Document Repository | R&J-M011 Executed Dec 12 Board Minutes.pdf |
| R&J-M012 | Tribune Special Committee Minutes October 6, 2006 | Case Document Repository | R&J-M012 Tribune Special Committee Meeting Minutes 10 6 06.pdf |
| R&J-M013 | Tribune Board Meeting Materials December 12, 2006 | Tribune/Merrill Website | R&J-M013 Dec 12, 2006 Board Meeting Materials.pdf |
| R&J-M014 | Tribune Board Minutes February 13, 2007 | Case Document Repository | R&J-M014 Executed February 13, 2007 Board Minutes.pdf |
| R&J-M015 | Tribune Board Minutes May 9, 2007 | Case Document Repository | R&J-M015 Executed May 9, 2007 Board Minutes.pdf |
| R&J-M016 | Tribune Board Meeting Materials May 9, 2007 | Case Document Repository | R&J-M016 May 9, 2007 Board Meeting Materials.pdf |
| R&J-M017 | ML Board Presentation September 21, 2006 | Case Document Repository | R&J-M017 ML September 21, 2006 Board Presentation.pdf |
| R&J-M018 | Tribune Special Committee Minutes May 9, 2007 | Case Document Repository | R&J-M018 Tribune Special Committee Meeting Minutes 5.9.07.pdf |
| R&J-M021 | VRC May 17, 2007 Solvency Analysis | Case Document Repository | R&J-M021 VRC May 17 2007 Solvency Analysis.pdf |
| R&J-M30 | Buettell Examination/Depo Transcript | Informal Submission f/Committee | R&J-M30_Buettell.pdf |
| R&J-M31 | Buettell Examination/Depo Ex. 1 | Informal Submission f/Committee | R&J-M31_BUETTELL.BEN EXHIBIT 1.PDF |
| R&J-M32 | Buettell Examination/Depo Ex. 2 | Informal Submission f/Committee | R&J-M32_BUETTELL.BEN EXHIBIT 2.PDF |
| R&J-M33 | Buettell Examination/Depo Ex. 3 | Informal Submission f/Committee | R&J-M33_BUETTELL.BEN EXHIBIT 3.PDF |
| R&J-M34 | Buettell Examination/Depo Ex. 4 | Informal Submission f/Committee | R&J-M34_BUETTELL.BEN EXHIBIT 4.PDF |
| R&J-M35 | Buettell Examination/Depo Ex. 5 | Informal Submission f/Committee | R&J-M35_BUETTELL.BEN EXHIBIT 5.PDF |
| R&J-M36 | Buettell Examination/Depo Ex. 6 | Informal Submission f/Committee | R&J-M36_BUETTELL.BEN EXHIBIT 6.PDF |
| R&J-M37 | Buettell Examination/Depo Ex. 7 | Informal Submission f/Committee | R&J-M37_BUETTELL.BEN EXHIBIT 7.PDF |
| R&J-M38 | Buettell Examination/Depo Ex. 8 | Informal Submission f/Committee | R&J-M38_BUETTELL.BEN EXHIBIT 8.PDF |
| R&J-M39 | Buettell Examination/Depo Ex. 9 | Informal Submission f/Committee | R&J-M39_BUETTELL.BEN EXHIBIT 9.PDF |
| R&J-M40 | Buettell Examination/Depo Ex. 10 | Informal Submission f/Committee | R&J-M40_BUETTELL.BEN EXHIBIT 10.PDF |
| R&J-M41 | Buettell Examination/Depo Ex. 11 | Informal Submission f/Committee | R&J-M41_BUETTELL.BEN EXHIBIT 11.PDF |
| R&J-M42 | Buettell Examination/Depo Ex. 12 | Informal Submission f/Committee | R&J-M42_BUETTELL.BEN EXHIBIT 12.PDF |
| R&J-M43 | Buettell Examination/Depo Ex. 13 | Informal Submission f/Committee | R&J-M43_BUETTELL.BEN EXHIBIT 13.PDF |
| R&J-M44 | Buettell Examination/Depo Ex. 14 | Informal Submission f/Committee | R&J-M44_BUETTELL.BEN EXHIBIT 14.PDF |
| R&J-M45 | Buettell Examination/Depo Ex. 15 | Informal Submission f/Committee | R&J-M45_BUETTELL.BEN EXHIBIT 15.PDF |
| R&J-M46 | Buettell Examination/Depo Ex. 16 | Informal Submission f/Committee | R&J-M46_BUETTELL.BEN EXHIBIT 16.PDF |
| R&J-M47 | Buettell Examination/Depo Ex. 17 | Informal Submission f/Committee | R&J-M47_BUETTELL.BEN EXHIBIT 17.PDF |
| R&J-M48 | Buettell Examination/Depo Ex. 18 | Informal Submission f/Committee | R&J-M48_BUETTELL.BEN EXHIBIT 18.PDF |
| R&J-M50 | Browning Examination/Depo Transcript | Informal Submission f/Committee | R&J-M50_12-4-09 - Tribune - Browning.pdf |
| R&J-M50A | Browning Examination/Depo Transcript | Informal Submission f/Committee | R&J-M50A_12-4-09 - Tribune - Browning - Compressed.pdf |
| R&J-M51 | Browning Examination/Depo Ex. 1 | Informal Submission f/Committee | R&J-M51_exhibit 1.pdf |
| R&J-M52 | Browning Examination/Depo Ex. 2 | Informal Submission f/Committee | R&J-M52_exhibit 2.pdf |
| R&J-M53 | Browning Examination/Depo Ex. 3 | Informal Submission f/Committee | R&J-M53_exhibit 3.pdf |
| R&J-M54 | Browning Examination/Depo Ex. 4 | Informal Submission f/Committee | R&J-M54_exhibit 4.pdf |
| R&J-M55 | Browning Examination/Depo Ex. 5 | Informal Submission f/Committee | R&J-M55_exhibit 5.pdf |
| R&J-M56 | Browning Examination/Depo Ex. 6 | Informal Submission f/Committee | R&J-M56_exhibit 6.pdf |

| R&J-M57 | Browning Examination/Depo Ex. 7 | Informal Submission f/Committee | R&J-M57_exhibit 7.pdf |
|---|---|---|---|
| R&J-M58 | Browning Examination/Depo Ex. 8 | Informal Submission f/Committee | R&J-M58_exhibit 8.pdf |
| R&J-M59 | Browning Examination/Depo Ex. 9 | Informal Submission f/Committee | R&J-M59_exhibit 9.pdf |
| R&J-M60 | Browning Examination/Depo Ex. 10 | Informal Submission f/Committee | R&J-M60_exhibit 10.pdf |
| R&J-M61 | Browning Examination/Depo Ex. 11 | Informal Submission f/Committee | R&J-M61_exhibit 11.pdf |
| R&J-M62 | Browning Examination/Depo Ex. 12 | Informal Submission f/Committee | R&J-M62_exhibit 12.pdf |
| R&J-M63 | Browning Examination/Depo Ex. 13 | Informal Submission f/Committee | R&J-M63_exhibit 13.pdf |
| R&J-M64 | Browning Examination/Depo Ex. 14 | Informal Submission f/Committee | R&J-M64_exhibit 14.pdf |
| R&J-M65 | Browning Examination/Depo Ex. 15 | Informal Submission f/Committee | R&J-M65exhibit 15.PDF |
| R&J-M66 | Browning Examination/Depo Ex. 16 | Informal Submission f/Committee | R&J-M66_exhibit 16.PDF |
| R&J-M67 | Browning Examination/Depo Ex. 17 | Informal Submission f/Committee | R&J-M67_exhibit 17.pdf |
| R&J-M70 | Bluth Examination/Depo Transcript | Informal Submission f/Committee | R&J-M70_2009-12-17 Deposition Transcript - Elyse Bluth.pdf |
| R&J-M71 | Bluth Examination/Depo Ex. 01 | Informal Submission f/Committee | R&J-M71_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 01).pdf |
| R&J-M72 | Bluth Examination/Depo Ex. 02 | Informal Submission f/Committee | R&J-M72_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 02).pdf |
| R&J-M73 | Bluth Examination/Depo Ex. 03 | Informal Submission f/Committee | R&J-M73_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 03).pdf |
| R&J-M74 | Bluth Examination/Depo Ex. 04 | Informal Submission f/Committee | R&J-M74_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 04).pdf |
| R&J-M75 | Bluth Examination/Depo Ex. 05 | Informal Submission f/Committee | R&J-M75_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 05).pdf |
| R&J-M76 | Bluth Examination/Depo Ex. 06 | Informal Submission f/Committee | R&J-M76_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 06).pdf |
| R&J-M77 | Bluth Examination/Depo Ex. 07 | Informal Submission f/Committee | R&J-M77_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 07).pdf |
| R&J-M78 | Bluth Examination/Depo Ex. 08 | Informal Submission f/Committee | R&J-M78_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 08).pdf |
| R&J-M80 | Bluth Examination/Depo Ex. 10 | Informal Submission f/Committee | R&J-M80_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 10).pdf |
| R&J-M81 | Bluth Examination/Depo Ex. 11 | Informal Submission f/Committee | R&J-M81_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 11).pdf |
| R&J-M82 | Bluth Examination/Depo Ex. 12 | Informal Submission f/Committee | R&J-M82_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 12).pdf |
| R&J-M83 | Bluth Examination/Depo Ex. 13 | Informal Submission f/Committee | R&J-M83_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 13).pdf |
| R&J-M84 | Bluth Examination/Depo Ex. 14 | Informal Submission f/Committee | R&J-M84_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 14).pdf |
| R&J-M85 | Bluth Examination/Depo Ex. 15 | Informal Submission f/Committee | R&J-M85_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 15).pdf |
| R&J-M86 | Bluth Examination/Depo Ex. 16 | Informal Submission f/Committee | R&J-M86_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 16).pdf |
| R&J-M87 | Bluth Examination/Depo Ex. 17 | Informal Submission f/Committee | R&J-M87_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 17).pdf |
| R&J-M88 | Bluth Examination/Depo Ex. 18 | Informal Submission f/Committee | R&J-M88_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 18).pdf |
| R&J-M89 | Bluth Examination/Depo Ex. 19 | Informal Submission f/Committee | R&J-M89_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 19).pdf |
| R&J-M90 | Bluth Examination/Depo Ex. 20 | Informal Submission f/Committee | R&J-M90_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 20).pdf |
| R&J-M91 | Bluth Examination/Depo Ex. 21 | Informal Submission f/Committee | R&J-M91_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 21).pdf |
| R&J-M79 | Bluth Examination/Depo Ex. 09 | Informal Submission f/Committee | R&J_M79_2009-12-17 Deposition Transcript - Elyse Bluth (Exhibit 09).pdf |
| R&J-M100 | Amsden Examination/Depo Transcript | Informal Submission f/Committee | R&J-M100_Amsden Depo Transcript.pdf |
| R&J-M101 | Amsden Examination/Depo Ex. 1 | Informal Submission f/Committee | R&J-M101_Amsden Depo Exhibit 1.PDF |
| R&J-M102 | Amsden Examination/Depo Ex. 2 | Informal Submission f/Committee | R&J-M102_Amsden Depo Exhibit 2.PDF |
| R&J-M103 | Amsden Examination/Depo Ex. 3 | Informal Submission f/Committee | R&J-M103_Amsden Depo Exhibit 3.PDF |
| R&J-M104 | Amsden Examination/Depo Ex. 4 | Informal Submission f/Committee | R&J-M104_Amsden Depo Exhibit 4.PDF |
| R&J-M105 | Amsden Examination/Depo Ex. 5 | Informal Submission f/Committee | R&J-M105_Amsden Depo Exhibit 5.PDF |
| R&J-M106 | Amsden Examination/Depo Ex. 6 | Informal Submission f/Committee | R&J-M106_Amsden Depo Exhibit 6.PDF |
| R&J-M107 | Amsden Examination/Depo Ex. 7 | Informal Submission f/Committee | R&J-M107_Amsden Depo Exhibit 7.PDF |
| R&J-M108 | Amsden Examination/Depo Ex. 8 | Informal Submission f/Committee | R&J-M108_Amsden Depo Exhibit 8.PDF |
| R&J-M109 | Amsden Examination/Depo Ex. 9 | Informal Submission f/Committee | R&J-M109_Amsden Depo Exhibit 9.PDF |
| R&J-M110 | Amsden Examination/Depo Ex. 10 | Informal Submission f/Committee | R&J-M110_Amsden Depo Exhibit 10.PDF |
| R&J-M111 | Amsden Examination/Depo Ex. 11 | Informal Submission f/Committee | R&J-M111_Amsden Depo Exhibit 11.PDF |
| R&J-M112 | Amsden Examination/Depo Ex. 12 | Informal Submission f/Committee | R&J-M112_Amsden Depo Exhibit 12.PDF |
| R&J-M113 | Amsden Examination/Depo Ex. 13 | Informal Submission f/Committee | R&J-M113_Amsden Depo Exhibit 13.PDF |
| R&J-M114 | Amsden Examination/Depo Ex. 14 | Informal Submission f/Committee | R&J-M114_Amsden Depo Exhibit 14.PDF |
| R&J-M115 | Amsden Examination/Depo Ex. 15 | Informal Submission f/Committee | R&J-M115_Amsden Depo Exhibit 15.PDF |
| R&J-M116 | Amsden Examination/Depo Ex. 16 | Informal Submission f/Committee | R&J-M116_Amsden Depo Exhibit 16.PDF |
| R&J-M117 | Amsden Examination/Depo Ex. 17 | Informal Submission f/Committee | R&J-M117_Amsden Depo Exhibit 17.PDF |
| R&J-M118 | Amsden Examination/Depo Ex. 18 | Informal Submission f/Committee | R&J-M118_Amsden Depo Exhibit 18.PDF |
| R&J-M119 | Amsden Examination/Depo Ex. 19 | Informal Submission f/Committee | R&J-M119_Amsden Depo Exhibit 19.PDF |

| | | | |
|---|---|---|---|
| R&J-M120 | Amsden Examination/Depo Ex. 20 | Informal Submission f/Committee | R&J-M120_Amsden Depo Exhibit 20.PDF |
| R&J-M121 | Amsden Examination/Depo Ex. 21 | Informal Submission f/Committee | R&J-M121_Amsden Depo Exhibit 21.PDF |
| R&J-M122 | Amsden Examination/Depo Ex. 22 | Informal Submission f/Committee | R&J-M122_Amsden Depo Exhibit 22.PDF |
| R&J-M123 | Amsden Examination/Depo Ex. 23 | Informal Submission f/Committee | R&J-M123_Amsden Depo Exhibit 23.PDF |
| R&J-M124 | Amsden Examination/Depo Ex. 24 | Informal Submission f/Committee | R&J-M124_Amsden Depo Exhibit 24.PDF |
| R&J-M125 | Amsden Examination/Depo Ex. 25 | Informal Submission f/Committee | R&J-M125_Amsden Depo Exhibit 25.PDF |
| R&J-M126 | Amsden Examination/Depo Ex. 26 | Informal Submission f/Committee | R&J-M126_Amsden Depo Exhibit 26.PDF |
| R&J-M127 | Amsden Examination/Depo Ex. 27 | Informal Submission f/Committee | R&J-M127_Amsden Depo Exhibit 27.PDF |
| R&J-M128 | Amsden Examination/Depo Ex. 28 | Informal Submission f/Committee | R&J-M128_Amsden Depo Exhibit 28.PDF |
| R&J-M129 | Amsden Examination/Depo Ex. 29 | Informal Submission f/Committee | R&J-M129_Amsden Depo Exhibit 29.PDF |
| R&J-M130 | Amsden Examination/Depo Ex. 30 | Informal Submission f/Committee | R&J-M130_Amsden Depo Exhibit 30.PDF |
| R&J-M131 | Amsden Examination/Depo Ex. 31 | Informal Submission f/Committee | R&J-M131_Amsden Depo Exhibit 31.PDF |
| R&J-M132 | Amsden Examination/Depo Ex. 32 | Informal Submission f/Committee | R&J-M132_Amsden Depo Exhibit 32.PDF |
| R&J-M140 | Kowalchuk Examination/Depo Transcript | Informal Submission f/Committee | R&J-M140_2010-01-20 Deposition Transcript - John Kowalczuk.pdf |
| R&J-M141 | Kowalchuk Examination/Depo Ex. 01 | Informal Submission f/Committee | R&J-M141_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 01).pdf |
| R&J-M142 | Kowalchuk Examination/Depo Ex. 02 | Informal Submission f/Committee | R&J-M142_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 02).pdf |
| R&J-M143 | Kowalchuk Examination/Depo Ex. 03 | Informal Submission f/Committee | R&J-M143_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 03).pdf |
| R&J-M144 | Kowalchuk Examination/Depo Ex. 04 | Informal Submission f/Committee | R&J-M144_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 04).pdf |
| R&J-M145 | Kowalchuk Examination/Depo Ex. 05 | Informal Submission f/Committee | R&J-M145_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 05).pdf |
| R&J-M146 | Kowalchuk Examination/Depo Ex. 06 | Informal Submission f/Committee | R&J-M146_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 06).pdf |
| R&J-M147 | Kowalchuk Examination/Depo Ex. 07 | Informal Submission f/Committee | R&J-M147_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 07).pdf |
| R&J-M148 | Kowalchuk Examination/Depo Ex. 08 | Informal Submission f/Committee | R&J-M148_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 08).pdf |
| R&J-M149 | Kowalchuk Examination/Depo Ex. 09 | Informal Submission f/Committee | R&J-M149_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 09).pdf |
| R&J-M150 | Kowalchuk Examination/Depo Ex. 10 | Informal Submission f/Committee | R&J-M150_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 10).pdf |
| R&J-M151 | Kowalchuk Examination/Depo Ex. 11 | Informal Submission f/Committee | R&J-M151_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 11).pdf |
| R&J-M152 | Kowalchuk Examination/Depo Ex. 12 | Informal Submission f/Committee | R&J-M152_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 12).pdf |
| R&J-M153 | Kowalchuk Examination/Depo Ex. 13 | Informal Submission f/Committee | R&J-M153_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 13).pdf |
| R&J-M154 | Kowalchuk Examination/Depo Ex. 14 | Informal Submission f/Committee | R&J-M154_2010-01-20 Deposition Transcript - John Kowalczuk (Exhibit 14).pdf |
| R&J-M160-A | Rucker Examination/Depo Transcript | Informal Submission f/Committee | R&J-M160A_12-3-09 - Tribune - Rucker - Compressed.pdf |
| R&J-M160 | Rucker Examination/Depo Transcript | Informal Submission f/Committee | R&J-M160_12-3-09 - Tribune - Rucker.pdf |
| R&J-M161 | Rucker Examination/Depo Ex. 1 | Informal Submission f/Committee | R&J-M161_exhibit 1.pdf |
| R&J-M162 | Rucker Examination/Depo Ex. 2 | Informal Submission f/Committee | R&J-M162_exhibit 2.pdf |
| R&J-M163 | Rucker Examination/Depo Ex. 3 | Informal Submission f/Committee | R&J-M163_exhibit 3.pdf |
| R&J-M164 | Rucker Examination/Depo Ex. 4 | Informal Submission f/Committee | R&J-M164_exhibit 4.pdf |
| R&J-M165 | Rucker Examination/Depo Ex. 5 | Informal Submission f/Committee | R&J-M165_exhibit 5.pdf |
| R&J-M166 | Rucker Examination/Depo Ex. 6 | Informal Submission f/Committee | R&J-M166_exhibit 6.pdf |
| R&J-M167 | Rucker Examination/Depo Ex. 7 | Informal Submission f/Committee | R&J-M167_exhibit 7.pdf |
| R&J-M168 | Rucker Examination/Depo Ex. 8 | Informal Submission f/Committee | R&J-M168_exhibit 8.pdf |
| R&J-M169 | Rucker Examination/Depo Ex. 9 | Informal Submission f/Committee | R&J-M169_exhibit 9.pdf |
| R&J-M170 | Rucker Examination/Depo Ex. 10 | Informal Submission f/Committee | R&J-M170_exhibit 10.pdf |
| R&J-M171 | Rucker Examination/Depo Ex. 11 | Informal Submission f/Committee | R&J-M171_exhibit 11.pdf |
| R&J-M172 | Rucker Examination/Depo Ex. 12 | Informal Submission f/Committee | R&J-M172_exhibit 12.pdf |
| R&J-M173 | Rucker Examination/Depo Ex. 13 | Informal Submission f/Committee | R&J-M173_exhibit 13.pdf |
| R&J-M174 | Rucker Examination/Depo Ex. 14 | Informal Submission f/Committee | R&J-M174_exhibit 14.pdf |
| R&J-M175 | Rucker Examination/Depo Ex. 15 | Informal Submission f/Committee | R&J-M175_exhibit 15.pdf |
| R&J-M176 | Rucker Examination/Depo Ex. 16 | Informal Submission f/Committee | R&J-M176_exhibit 16.pdf |
| R&J-M177 | Rucker Examination/Depo Ex. 17 | Informal Submission f/Committee | R&J-M177_exhibit 17.pdf |
| R&J-M178 | Rucker Examination/Depo Ex. 18 | Informal Submission f/Committee | R&J-M178_exhibit 18.pdf |
| R&J-M179 | Rucker Examination/Depo Ex. 19 | Informal Submission f/Committee | R&J-M179_exhibit 19.pdf |
| R&J-M180 | Rucker Examination/Depo Ex. 20 | Informal Submission f/Committee | R&J-M180_exhibit 20.pdf |
| R&J-M181 | Rucker Examination/Depo Ex. 21 | Informal Submission f/Committee | R&J-M181_exhibit 21.pdf |
| R&J-M182 | Rucker Examination/Depo Ex. 22 | Informal Submission f/Committee | R&J-M182_exhibit 22.pdf |
| R&J-M183 | Rucker Examination/Depo Ex. 23 | Informal Submission f/Committee | R&J-M183_exhibit 23.pdf |

| | | | |
|---|---|---|---|
| R&J-M184 | Rucker Examination/Depo Ex. 24 | Informal Submission f/Committee | R&J-M184_exhibit 24.pdf |
| R&J-M185 | Rucker Examination/Depo Ex. 25 | Informal Submission f/Committee | R&J-M185_exhibit 25.pdf |
| R&J-M186 | Rucker Examination/Depo Ex. 26 | Informal Submission f/Committee | R&J-M186_exhibit 26.pdf |
| R&J-M190 | Kapadia Examination/Depo Transcript | Informal Submission f/Committee | R&J-M190_Kapadia Deposition Transcript.PDF |
| R&J-M191 | Kapadia Examination/Depo Ex. 01 | Informal Submission f/Committee | R&J-M191_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 01).pdf |
| R&J-M192 | Kapadia Examination/Depo Ex. 02 | Informal Submission f/Committee | R&J-M192_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 02).pdf |
| R&J-M193 | Kapadia Examination/Depo Ex. 03 | Informal Submission f/Committee | R&J-M193_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 03).pdf |
| R&J-M194 | Kapadia Examination/Depo Ex. 04 | Informal Submission f/Committee | R&J-M194_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 04).pdf |
| R&J-M195 | Kapadia Examination/Depo Ex. 05 | Informal Submission f/Committee | R&J-M195_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 05).pdf |
| R&J-M196 | Kapadia Examination/Depo Ex. 06 | Informal Submission f/Committee | R&J-M196_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 06).pdf |
| R&J-M197 | Kapadia Examination/Depo Ex. 07 | Informal Submission f/Committee | R&J-M197_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 07).pdf |
| R&J-M198 | Kapadia Examination/Depo Ex. 08 | Informal Submission f/Committee | R&J-M198_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 08).pdf |
| R&J-M199 | Kapadia Examination/Depo Ex. 09 | Informal Submission f/Committee | R&J-M199_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 09).pdf |
| R&J-M200 | Kapadia Examination/Depo Ex. 10 | Informal Submission f/Committee | R&J-M200_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 10).pdf |
| R&J-M201 | Kapadia Examination/Depo Ex. 11 | Informal Submission f/Committee | R&J-M201_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 11).pdf |
| R&J-M202 | Kapadia Examination/Depo Ex. 12 | Informal Submission f/Committee | R&J-M202_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 12).pdf |
| R&J-M203 | Kapadia Examination/Depo Ex. 13 | Informal Submission f/Committee | R&J-M203_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 13).pdf |
| R&J-M204 | Kapadia Examination/Depo Ex. 14 | Informal Submission f/Committee | R&J-M204_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 14).pdf |
| R&J-M205 | Kapadia Examination/Depo Ex. 15 | Informal Submission f/Committee | R&J-M205_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 15).pdf |
| R&J-M206 | Kapadia Examination/Depo Ex. 16 | Informal Submission f/Committee | R&J-M206_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 16).pdf |
| R&J-M207 | Kapadia Examination/Depo Ex. 17 | Informal Submission f/Committee | R&J-M207_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 17).pdf |
| R&J-M208 | Kapadia Examination/Depo Ex. 18 | Informal Submission f/Committee | R&J-M208_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 18).pdf |
| R&J-M209 | Kapadia Examination/Depo Ex. 19 | Informal Submission f/Committee | R&J-M209_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 19).pdf |
| R&J-M210 | Kapadia Examination/Depo Ex. 20 | Informal Submission f/Committee | R&J-M210_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 20).pdf |
| R&J-M211 | Kapadia Examination/Depo Ex. 21 | Informal Submission f/Committee | R&J-M211_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 21).pdf |
| R&J-M212 | Kapadia Examination/Depo Ex. 22 | Informal Submission f/Committee | R&J-M212_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 22).pdf |
| R&J-M213 | Kapadia Examination/Depo Ex. 23 | Informal Submission f/Committee | R&J-M213_2010-01-22 Deposition Transcript - Rajesh Kapadia (Exhibit 23).pdf |