# Exhibit F

Letter from Examiner's Counsel dated July 12, 2010



Klee,
Tuchin,
Bogdanoff &
Stern
LLP

1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067

voice: 310-407-4000
fax: 310-407-9090
www.ktbslaw.com

E-mail: mbarash@ktbslaw.com
Direct Dial: 310-407-4005

July 12, 2010

**VIA ELECTRONIC MAIL**

To The Parties Listed On The Attached
Distribution List

> Re:    In re Tribune, Case No. 08-1341 (U.S.B.C. D. Del.)

Dear Counsel:

In accordance with Lee Bogdanoff's email correspondence dated June 14, 2010, and my correspondence of June 18, 2010 and July 9, 2010, I am writing to advise you that we have posted to the Examiner's secure document website another set of documents for your review, for purposes of advising the Examiner if you contend that any of those documents must be maintained as confidential for purposes of the initial filing of the Examiner's report.    These documents were obtained from non-public sources other than the exhibits submitted with the Parties' briefs.  They are contained in a new folder on the site entitled "Examiner Confidential Docs For Review," under the subfolder "July 12, 2010 Posting."

We anticipate that this set of documents is the last large set of documents we will be asking you to review (although we undoubtedly will have smaller numbers of documents for you to review between now and the filing of the Examiner's report).

A chart listing the documents by exhibit number, description, .pdf file name and source (*i.e.*, from which the Examiner obtained the document) is enclosed.  For your convenience, this list includes the Bates number, where applicable, that appears on the first page of each document.  The vast majority of these documents were obtained from the Document Depository and at this point most probably are familiar to you.

As before, you will note that some of these documents may appear to be copies of otherwise public documents, but have been included here, in an abundance of caution, because they were obtained from a nonpublic source to which the Examiner was provided access (*e.g.*, the secure Tribune document website maintained by Merrill Corporation).

July 12, 2010
Page 2

Please respond in writing to us (with copies to the other Parties) no later than Sunday, July 18, 2010, identifying by exhibit number and description those documents as to which you maintain that confidentiality must be preserved for purposes of the initial filing of the Examiner's report and as to which you are the Party that previously designated such document as confidential. If you maintain that confidentiality must be preserved as to any document but you are not the party that previously designated such document as confidential, please identify the party that previously made such designation.

As the Examiner has stated previously, the standard you should utilize in whether to designate documents for continued non-disclosure is not whether disclosure would be embarrassing to your client, or harmful to its position in existing or future litigation, but whether there is a *bona fide* legal basis to prevent its public disclosure at the time the Examiner files his initial report.

Please note that the Examiner intends to take up with the Court any item that you designate for exclusion from the Examiner's report and intends to request that the Court authorize its public disclosure. Thus, we urge you to be judicious in your response. As previously noted, certain of the responses we previously have received have been unduly broad in the assertion of continued confidentially, particularly in light of the Court's comments that it expects the Examiner's report to be available generally to the public. The Examiner presently intends to contest designations of confidentiality except those that are supported by a compelling and readily apparent basis.

The Examiner appreciates your cooperation.

If you have any questions, please contact me. Thank you for your cooperation.

Very truly yours,

Martin R. Barash

Enclosure

cc:    Kenneth N. Klee
       Lee R. Bogdanoff

July 12, 2010
Page 3

## EXHIBIT A

Akin Gump, Attn: Daniel Golden, Deborah Newman

Brown Rudnick, Attn: Robert Stark

Chadbourne & Parke, Attn: Howard Seife

Davis Polk, Attn: Dennis Glazer, Sharon Katz, David Stier

Hennigan Bennett Dorman, Attn: Bruce Bennett, James Johnston

Kasowitz, Benson, Torres & Friedman, Attn: David Rosner

Kaye Scholer, Attn: Joseph Drayton

Paul Weiss, Attn: Andrew Gordon

Sidley Austin LLP, Attn: James Conlan, James Ducayet

White and Case, Thomas Lauria

Wilmer Hale, Attn: Andrew Goldman

Zuckerman Spaeder, Attn: Graeme Bush

July 12, 2010 Document Posting

| Ex. No. | Beginning Bates Number | Description | Source Description | Filename |
|---|---|---|---|---|
| AA-001 | JPM_00490113 | Bartter Email Dated Jan. 1, 2007 | Document Depository | AA-001.pdf |
| AA-004 | JPM_00161190 | Larsen Correspondence Dated April 6, 2007 | Document Depository | AA-004.pdf |
| AA-005 | JPM_00161197 | Larsen Correspondence Dated April 23, 2007 | Document Depository | AA-005.pdf |
| AA-006 | JPM_00329701 | Lee Email Dated Feb. 20, 2007 | Document Depository | AA-006.pdf |
| AA-007 | JPM_00332302 | Bartter Email Dated Feb. 21, 2007 | Document Depository | AA-007.pdf |
| AA-008 | JPM_00495552 | Bartter Email Dated Feb. 21, 2007 | Document Depository | AA-008.pdf |
| AA-009 | JPM_00434096 | Kapadia Email Dated Feb. 24, 2007 | Document Depository | AA-009.pdf |
| AA-010 | JPM00353676 | Sell Email Dated March 28, 2007 | Document Depository | AA-010.pdf |
| AA-032 | JPM_00250990 | Bartter Email Dated May 28, 2007 | Document Depository | AA-032.pdf |
| AA-035 | JPM_00428288 | Lee Email Dated July 26, 2007 | Document Depository | AA-035.pdf |
| AA-036 | JPM_00289814 | Lee Email Dated July 26, 2007 | Document Depository | AA-036.pdf |
| AAA-006 | TRB0406183 | Underwriters Due Diligence Agenda, dated October 1, 2007 | Document Depository | AAA-006.pdf |
| AAA-012 | JPM_00333089 | Kapadia Email Dated November 8, 2007 | Document Depository | AAA-012.pdf |
| AAA-014 | JPM_00335645 | Kapadia Email Dated December 11, 2007 | Document Depository | AAA-014.pdf |
| AAA-015 | TRB0397507 | Murray Devine Bio | Document Depository | AAA-015.pdf |
| AAA-022 | BOA-TRB-0002605 | Investment Analysis – Project Tower Consolidated Summary of Transaction Terms | Document Depository | AAA-022.pdf |
| AAA-031 | BOA-TRB-0012261 | Miller Email Dated September 28, 2007 re GUS Approval Document for Tribune Down Grade to 8 | Document Depository | AAA-031.pdf |
| AAA-033 | BOA-TRB-0007609 | Leveraged Finance Committee Memo Dated December 13, 2007 | Document Depository | AAA-033.pdf |
| ABC-021 | NA | Daily Tribune Stock Trading Price | Informal Submission from Lazard/ Debtor | ABC_021.pdf |
| BB-003 | N/A | Tribune Organization Chart | Informal Submission from Debtors. | BB-003.pdf |
| BB-045 | EGI-LAW 00044408 | Bigelow Email Dated March 29, 2007 | Document Depository | BB-045.pdf |
| BB-074 | TRB0129235 | Hianik Email Dated April 22, 2007 | Document Depository | BB-074.pdf |
| BB-092 | JPM_00069986 | JPMorgan Loan Approval Memorandum Dated Sept. 10 2007 | Document Depository | BB-092.pdf |
| BB-094 | TRB0216450 | Bigelow Email Dated Sept. 20, 2007 | Document Depository | BB-094.pdf |
| BB-102 | VRC0050450 | Browning Email Dated Nov. 5, 2007 | Document Depository | BB-102.pdf |
| BB-111 | VRC0179110 | Hianik Email Dated Dec. 3, 2007 | Document Depository | BB-111.pdf |
| BB-113 | TRB0272807 | VRC Draft Presentation re Preliminary Solvency Analysis Dated Dec. 4, 2007 | Document Depository | BB-113.pdf |
| BB-114 | VRC0007100 | Bigelow Email Dated Dec. 4, 2007 | Document Depository | BB-114.pdf |
| BB-115 | VRC0007102 | Bigelow Email Dated Dec. 4, 2007 | Document Depository | BB-115.pdf |
| BB-117 | TRB0398553 | VRC Memorandum re Response to Questions from Lenders | Document Depository | BB-117.pdf |
| BB-118 | VRC0070061 | Rucker Email Dated Dec. 12, 2007 | Document Depository | BB-118.pdf |
| BB-119 | N/A | Kapadia Email Dated Dec. 17, 2007 | Document Depository | BB-119.pdf |
| BB-123 | TRB0450703 | Gresesko Correspondence Dated Dec. 20, 2007 | Document Depository | BB-123.pdf |
| BBB-001 | EGI-LAW 00131419 | Larsen Email Dated September 20, 2007 re September 21, 2007 Project Tower Conference Call | Document Depository | BBB-001.pdf |
| BBB-002 | EGI-LAW 00135928 | Koch Email Dated September 25, 2007 re VRC - Presentation & Letter | Document Depository | BBB-002.pdf |
| BBB-003 | EGI-LAW 00139378 | Hochschild Email Dated October 1, 2007 re Publishing Flas Summary - Period 9, Week 4 | Document Depository | BBB-003.pdf |
| BBB-004 | EGI-LAW 00139521 | Hochschild Email Dated October 2, 2007 re Summary Tribune Mgmt's 5-Year Projections | Document Depository | BBB-004.pdf |
| BBB-005 | EGI-LAW 00141598 | Hochschild Email Dated October 6, 2007 | Document Depository | BBB-005.pdf |
| BBB-006 | EGI-LAW 00147146 | Frizzell Email Dated October 18, 2007 re CRA Model | Document Depository | BBB-006.pdf |
| BBB-007 | EGI-LAW 00175782 | Mayer Email Dated December 7, 2007 | Document Depository | BBB-007.pdf |
| CC-004 | ML_TRIB-1127138 | Merrill Lynch Correspondence Dated October 17, 2005 re confirmation that Merrill Lynch will act as Financial Advisor to Tribune | Document Depository | CC-004.pdf |
| CC-015 | ML_TRIB-0382494 | Costa Email Dated February 14, 2007 | Document Depository | CC-015.pdf |
| CC-027 | N/A | Tribune Company Special Committee of Board of Directors Meeting Dated March 30, 2007 | Tribune/Merrill Website | CC-027.pdf |

July 12, 2010 Document Posting

| ID | Bates | Description | Depository | File |
|---|---|---|---|---|
| CC-028 | CITI-TRIB-CC 00015183 | Discussion Materials prepared by Merrill Lynch for Committee of Independent Directors of the Board of Directors of Tribune, March 30, 2007 | Document Depository | CC-028.pdf |
| CC-042 | ML_TRIB-0557922 | O'Grady Email Dated September 22, 2006 | Document Depository | CC-042.pdf |
| CC-049 | ML_TRIB-0403830 | Costa Email Dated October 17, 2007 | Document Depository | CC-049.pdf |
| CC-056 | ML_TRIB-0382099 | Executive Summary Project Tower Dated February 8, 2007 prepared by Merrill Lynch | Document Depository | CC-056.pdf |
| CC-057 | ML_TRIB-0026729 | Executive Summary Project Tower Dated February 9, 2007 prepared by Merrill Lynch | Document Depository | CC-057.pdf |
| CC-059 | N/A | Declaration of Michael Costa Dated May 21, 2007 | Informal Production from Debtors | CC-059.pdf |
| CC-069 | ML_TRIB-0552031 | Kaplan Email Dated August 1, 2006 | Document Depository | CC-069.pdf |
| CC-070 | ML_TRIB-0383062 | Kaplan Email Dated February 22, 2007 | Document Depository | CC-070.pdf |
| CC-071 | ML_TRIB-0388154 | Costa Email Dated April 10, 2007 | Document Depository | CC-071.pdf |
| CC-072 | ML_TRIB-0405454 | Costa Email Dated November 21, 2007 | Document Depository | CC-072.pdf |
| CC-077 | ML_TRIB-0613227 | Costa Email Correspondence Nov 13, 2007 and December 18, 2007 | Document Depository | CC077.pdf |
| | ML_TRIB-0613669 | | | |
| DD-002 | JPM_00247243 | Wilsey Email Dated Jan. 30 2007 | Document Depository | DD-002.pdf |
| DD-003 | JPM_00290442 | Nason Email Dated Feb. 7, 2007 | Document Depository | DD-003.pdf |
| DD-005 | JPM_00492555 | Weiskopf Email Dated Feb. 14, 2007 | Document Depository | DD-005.pdf |
| DDD-001 | RCP 003005 | Project Tower Due Diligence Meeting Dated December 19, 2006 | Document Depository | DDD-001.pdf |
| DDD-002 | RCP 003058 | Project Tower Due Diligence Meeting Dated January 4, 2007 | Document Depository | DDD-002.pdf |
| DDD-003 | RCP 006604 | Project Tower Due Diligence Meeting Dated January 9, 2007 | Document Depository | DDD-003.pdf |
| DDD-005 | TRB-G0001627 | Discussion Materials Prepared for Committee of ndependent Directors of the Board of Directors of Tribune Dated January 20, 2007 Prepared by Merrill Lynch and Citigroup | Document Depository | DDD-005.pdf |
| DDD-006 | EGI-LAW 00000406 | Larsen Email Dated January 30, 2007 re Project Tower | Document Depository | DDD-006.pdf |
| DDD-008 | D&P_TR000280 | ESOP Transaction Model Dated February 8, 2007 | Document Depository | DDD-008.pdf |
| DDD-010 | EGI-LAW 00010608 | Hochschild Email Dated February 19, 2007 re Tower | Document Depository | DDD-010.pdf |
| DDD-012 | TRIB-G0000610 | Leach Email Dated February 27, 2007 re Gannett Microsoft Proposal | Document Depository | DDD-012.pdf |
| DDD-018 | TRB0078232 | Kazan Email Dated March 21, 2007 | Document Depository | DDD-018.pdf |
| DDD-020 | TRB0080498 | Kazan Email Dated March 22, 2007 | Document Depository | DDD-020.pdf |
| DDD-026 | JPM_00329872 | Bigelow Email Dated April 21, 2007 re Barclays credit diligence questions | Document Depository | DDD-026.pdf |
| DDD-028 | EGI-LAW 00107098 | Sohr Email Dated June 25, 2007 re Career Builder | Document Depository | DDD-028.pdf |
| DDD-029 | TRB0200807 | Amsden email August 21, 2007 | Document Depository | DDD-029.pdf |
| EE-005 | N/A | Tribune ESOP Transaction Model: 2/8/07 Revised Operating Plan (Updated April 5, 2007) | Merrill Datasite | EE-005.pdf |
| EE-006 | N/A | Tribune ESOP Transaction Model: 2/8/07 Revised Operating Plan (Updated April 25, 2007) | Merrill Datasite | EE-006.pdf |
| EE-013 | TRB0222732 | Amsden Email Dated Sept. 27, 2007 | Document Depository | EE-013.pdf |
| EEE-010 | JPM_00450061 | Schaffzin Email Dated December 17, 2007 | Document Depository | EEE-010.pdf |
| EEE-011 | JPM_00270408 | Kapadia Email Dated December 17, 2007 | Document Depository | EEE-011.pdf |
| FF-005 | TRIB-G0009208 | FitzSimons Email Dated March 10, 2007 | Document Depository | FF-005.pdf |
| FF-007 | MS_93539 | Whayne Email Dated Dec. 2, 2007 | Document Depository | FF-007.pdf |
| FF-008 | TRB0271578 | FitzSimons Email Dated Dec. 2, 2007 | Document Depository | FF-008.pdf |
| FF-009 | EGI-LAW 00106037 | Pate Email Dated June 15, 2007 | Document Depository | FF-009.pdf |
| FF-010- | TRIB 003027 | FitzSimons Email Dated April 4, 2007 | Document Depository | FF-010.pdf |
| GG-005 | VRC 8342 | Tribune ESOP Transaction Model: 2/8/07 Revised Operating Plan | Document Depository | GG-005.pdf |
| GG-048 | TRB0521783 | Second Step Commitment Letter Dated April 1, 2007 | Document Depository | GG-048.pdf |
| GG-076 | TRB0450706 | Grenesko Correspondence Dated Dec. 20, 2007 | Document Depository | GG-076.pdf |
| GG-077 | TRB0533007 | Special Committee Minutes For Dec. 18, 2007 | Document Depository | GG-077.pdf |

July 12, 2010 Document Posting

| | | | | |
|---|---|---|---|---|
| GG-087 | TRB0259642 | Bigelow Email Dated Nov. 1, 2007 | Document Depository | GG-087.pdf |
| GG-092 | TRB0517307 | Tribune Solvency Certificate Dated June 4, 2007 | Document Depository | GG-092.pdf |
| GG-095 | N/A | Bigelow Email Dated Dec. 11, 2007 | Informal Submission by Debtors | GG-095.pdf |
| GG-097 | TRB0267023 | Sachs Email Dated November 21, 2007 re Updated Second Step Financing Terms and Model | Document Depository | GG-097.pdf |
| GG-098 | TRB0271582 | Rucker Email Dated December 2, 2007 re Internal Review Documents | Document Depository | GG-098.pdf |
| GG-100 | VRC0000008 | ESOP Transaction Model Dated February 8, 2007 | Document Depository | GG-100.pdf |
| GG-101 | VRC0038650 | Rucker Email Dated May 3, 2007 re Draft of Tribune Book | Document Depository | GG-101.pdf |
| HH-004 | VRC0064443 | Hranik Email Dated April 21, 2007 | Document Depository | HH-004.pdf |
| II-021 | JPM_00233346 | Sell Email Dated Feb. 21, 2007 | Document Depository | II-021.pdf |
| II-065 | JPM_00332648 | Kapadia Email Dated March 31, 2007 | Document Depository | II-065.pdf |
| II-080 | CITI-TRIB-CC 00042153 | Canmann Email Dated April 19, 2007 | Document Depository | II-080.pdf |
| II-081 | JPM_00473034 | Jacobson Email Dated April 23, 2007 | Document Depository | II-081.pdf |
| II-092 | JPM_00470614 | Jacobson Email Dated May 12, 2007 | Document Depository | II-092.pdf |
| II-105 | TRB0185628 | Chen Email Dated July 19, 2007 | Document Depository | II-105.pdf |
| II-117 | JPM_00335870 | Jacobson Email Dated September 6, 2007 | Document Depository | II-117.pdf |
| II-165 | JPM_00450182 | Kapadia Email Dated Dec. 16, 2007 | Document Depository | II-165.pdf |
| II-167 | JPM_00465185 | Dean Email Dated Dec. 19, 2007 | Document Depository | II-167.pdf |
| II-202 | JPM_00155178 | JPMorgan Draft Tribune Valuation Update Dated Dec. 18, 2007 | Document Depository | II-202.pdf |
| II-203 | JPM_00156033 | JPMorgan Draft Tribune Valuation Update Dated Dec. 13, 2007 | Document Depository | II-203.pdf |
| JJ-002 | TRB0260390 | Chandler Trusts Correspondence Dated June 13, 2006 | Document Depository | JJ-002.pdf |
| JJ-007 | TRB0448678 | Morgan Stanley Presentation to Special Committee Dated Feb. 12, 2007 | Document Depository | JJ-007.pdf |
| JJ-008 | TRB0285074 | Duff & Phelps Engagement Letter Dated Feb. 13, 2007 | Document Depository | JJ-008.pdf |
| JJ-010 | TRB0457791 | Kenney Email Dated Feb. 21, 2007 | Document Depository | JJ-010.pdf |
| JJ-014 | TRB0394556 | Costa Email Dated Feb. 24, 2007 | Document Depository | JJ-014.pdf |
| JJ-015 | TRB0394556 (OCR) | Kaplan Email Dated Feb. 25, 2007 | Document Depository | JJ-015.pdf |
| KAM-005 | TRB0434031 | 7/19/06 Tribune Board minutes (unredacted) | Informal Submission from Debtors. | KAM005.pdf |
| KAM-007 | TRIB-G0007787 | 10/06/06 Tribune Special Committee minutes (unredacted) | Informal Submission from Debtors. | KAM007.pdf |
| KAM-008 | TRIB-G0007789 | 10/18/06 Tribune Special Committee minutes (unredacted) | Informal Submission from Debtors. | KAM008.pdf |
| KK-001 | CITI-TRIB-CC 00023361 | Citigroup Engagement Letter Dated Oct. 27, 2006 | Document Depository | KK-001.pdf |
| KK-002 | CITI-TRIB-CC 00023501 | Canman Email Dated Jan. 9, 2007 | Document Depository | KK-002.pdf |
| KK-003 | CITI-TRIB-CC 00009742 | Eidinger Email Dated Jan. 9, 2007 | Document Depository | KK-003.pdf |
| KK-004 | CITI-TRIB-CC 00038428 | Kurmaniak Notes | Document Depository | KK-004.pdf |
| KK-005 | CITI-TRIB-CC 00171977 | Gremesko Email Dated Feb. 5, 2007 | Document Depository | KK-005.pdf |
| KK-006 | CITI-TRIB-CC 00103592 | Tribune 2007 Operating Plan Dated Feb. 2007 | Document Depository | KK-006.pdf |
| KK-007 | TRB0147215 | Kurmaniak Email Dated March 8, 2007 | Document Depository | KK-007.pdf |
| KK-008 | CITI-TRIB-CC 00133755 | Kurmaniak Email Dated March 8, 2007 | Document Depository | KK-008.pdf |
| KK-009 | CITI-TRIB-CC 00160830 | King Email Dated March 25, 2007 | Document Depository | KK-009.pdf |
| KK-011 | CITI-TRIB-CC 00124068 | Kurmaniak Email Dated May 5, 2007 | Document Depository | KK-011.pdf |
| KK-012 | CITI-TRIB-CC 00146365 | Kurmaniak Email Dated May 7, 2007 | Document Depository | KK-012.pdf |
| KK-013 | CITI-TRIB-CC 00087734 | Bigelow Email Dated May 7, 2007 | Document Depository | KK-013.pdf |
| KK-014 | CITI-TRIB-CC 00023666 | Sachs Email Dated May 7, 2007 | Document Depository | KK-014.pdf |
| LL-002 | TRB0432849 | Tribune Board Minutes for Dec. 13, 2005 | Document Depository | LL-002.pdf |
| MM-059 | JPM_00291436 | Larsen Email Dated April 28, 2007 | Document Depository | MM-059.pdf |
| MM-069 | EGI-LAW 00115406 | Hochschild Email Dated Aug. 1, 2007 | Document Depository | MM-069.pdf |

July 12, 2010 Document Posting

| | | | | |
|---|---|---|---|---|
| MM-077 | EGI-LAW 00127421 | Larsen Email Dated Sept. 12, 2007 | Document Depository | MM-077.pdf |
| MM-082 | EGI-LAW 00129780 | Hochschild Email Dated Sept. 20, 2007 | Document Depository | MM-082.pdf |
| MM-083 | EGI-LAW 00135897 | Koch Email Dated Sept. 25, 2007 | Document Depository | MM-083.pdf |
| MM-088 | EGI-LAW 00142732 | Hochschild Email Dated Oct. 10, 2007 | Document Depository | MM-088.pdf |
| NIR-044 | FOUN0009978 | Press Release – Tribune Completes Going-Private Transaction; Sam Zell named Chairman and CEO, dated December 20, 2007 | Document Depository | nir044.pdf |
| NN-013 | TRB0019467 | Gremesko Email Dated Feb. 5, 2007 | Document Depository | NN-013.pdf |
| NN-040 | CITI-TRIB-CC 00036639 | Mohr Email Dated March 28, 2007 | Document Depository | NN-040.pdf |
| NN-042 | CITI-TRIB-CC 00025318 | Mohr Email Dated March 29, 2007 | Document Depository | NN-042.pdf |
| NN-054 | CITI-TRIB-CC 0039732 | Canmann Email Dated April 2, 2007 | Document Depository | NN-054.pdf |
| NN-057 | CITI-TRIB-CC 00029466 | Mohr Email Dated April 3, 2007 | Document Depository | NN-057.pdf |
| NN-058 | CITI-TRIB-CC 00031107 | Mohr Email Dated July 26, 2007 | Document Depository | NN-058.pdf |
| NN-060 | SP 000039 | Standard & Poor's Research Update Dated August 20, 2007 | Document Depository | NN-060.pdf |
| NN-067 | CITI-TRIB-CC 00120456 | Sauer Email Dated Aug. 8, 2007 | Document Depository | NN-067.pdf |
| NN-070 | CITI-TRIB-CC 00025329 | Kurmaniak Email Dated Sept. 14, 2007 | Document Depository | NN-070.pdf |
| NN-071 | CITI-TRIB-CC 00058724 | Bigelow Email Dated Sept. 18, 2007 | Document Depository | NN-071.pdf |
| NN-072 | CITI-TRIB-CC 00025751 | Canmann Email Dated Sept. 25, 2007 | Document Depository | NN-072.pdf |
| NN-073 | CITI-TRIB-CC 00032848 | Bigelow Email Dated Oct. 9, 2007 | Document Depository | NN-073.pdf |
| NN-075 | CITI-TRIB-CC 00056169 | Kurmaniak Email Dated Oct. 15, 2007 | Document Depository | NN-075.pdf |
| NN-078 | CITI-TRIB-CC 00084751 | Simonian Email Dated June 5, 2007 | Document Depository | NN-078.pdf |
| NN-079 | CITI-TRIB-CC 00033847 | Mohr Email Dated Feb. 20, 2007 | Document Depository | NN-079.pdf |
| NN-083 | CITI-TRIB-CC 00028064 | Larsen Email Dated Nov. 7, 2007 | Document Depository | NN-083.pdf |
| NN-091 | CITI-TRIB-CC 00107099 | Kurmaniak Email Dated May 7, 2007 | Document Depository | NN-091.pdf |
| NN-093 | CITI-TRIB-CC 00049178 | Canmann Email Dated Dec. 17, 2007 | Document Depository | NN-093.pdf |
| NN-094 | CITI-TRIB-CC 00159874 | Yang Email Dated Dec. 19, 2007 | Document Depository | NN-094.pdf |
| NN-098 | CITI-TRIB-CC 00046284 | Mohr Email Dated March 28, 2007 | Document Depository | NN-098.pdf |
| PP-005 | HLHZ-Tribune 000249 | Chandler Trusts Correspondence Dated Oct. 2, 2006 | Document Depository | PP-005.pdf |
| PP-007 | VRC0060585 | Discussion Materials for Special Committee Dated Oct. 31, 2006 | Document Depository | PP-007.pdf |
| PP-011 | TRB0414943 | Special Committee Minutes for Jan. 12, 2007 | Document Depository | PP-011.pdf |
| QQ-004 | VRC0027037 | Tribune Company Model Dated Dec. 6, 2007 | Document Depository | QQ-004.pdf |
| QQ-005 | VRC0060865 | Mednik Email Dated Dec. 2, 2007 | Document Depository | QQ-005.pdf |
| QQ-006 | VRC0007070 | Bigelow Email Dated Dec. 2, 2007 | Document Depository | QQ-006.pdf |
| QQ-007 | VRC0027364 | Notes re Committee Meeting Dated Dec. 1, 2007 | Document Depository | QQ-007.pdf |
| QQ-013 | VRC0025484 | Notes re Call with Bigelow Dated Dec. 2, 2007 | Document Depository | QQ-013.pdf |
| QQ-017 | VRC 007061 | Rucker Email Dated Dec. 12, 2007 | Document Depository | QQ-017.pdf |
| QQ-018 | TRB0288269 | Kapadia Email Dated Dec. 17, 2007 | Document Depository | QQ-018.pdf |
| R&J-M233 | TRB0445276 | Schedule I to Credit Agreement TRB0445276 | Document Depository | R&J-M233.pdf |
| R&J-M234 | ML-TRIB-0368506 | Email between Michael O'Grady, Todd Kaplan, Michael Costa dated July 27, 2006) | Document Depository | R&J-M234.pdf |
| R&J-M235 | ML-TRIB 0367311 | Email between Michael O'Grady, Todd Kaplan, Michael Costa and others dated June 9, 2006) | Document Depository | R&J-M235.pdf |
| R&J-M236 | ML-TRIB-0613213 | Email from Todd Kaplan to Michael Costa | Document Depository | R&J-M236.pdf |
| R&J-M240 | ML-TRIB-0580079 | Lewicki Email, June 12, 2007 | Document Depository | R&J-M240.pdf |
| R&J-M241 | | Special Committee Meeting Minutes, March 30, 2007 | Tribune/Merrill Website | R&J-M241.pdf |
| R&J-M242 | ML-TRIB-445779 | Email from David Tuvlin to M. O'Grady, T. Kaplan & Others December 6, 2007 | Document Depository | R&J-M242.pdf |
| R&J-M245 | CITI-TRIB-CC-00026403 | Leveraged Finance Final Approval Memorandum Update | Document Depository | R&J-M245.pdf |
| R&J-M246 | CITI-TRIB-CC 00038413 | Email from Susman to Mohr April 10, 2007 | Document Depository | R&J-M246.pdf |

July 12, 2010 Document Posting

| | | | | |
|---|---|---|---|---|
| R&J-M247 | CITI-TRIB-CC 00071693 | Email from Persily to Canmann March 28, 2007 | Document Depository | R&J-M247.pdf |
| R&J-M248 | CITI-TRIB-CC 00072552 | Email exchange - Persily and Canmann March 1, 2007 | Document Depository | R&J-M248.pdf |
| R&J-M249 | CITI-TRIB-CC 00068306 | Email exchange - Persily, Mohr et al February 13, 2007 | Document Depository | R&J-M249.pdf |
| R&J-M274 | CITI-TRIB-CC 00146365 | Bigelow Email September 27, 2007 | Document Depository | RJ&M274.pdf |
| R&J-M275 | N/A | Grimminick Notes | Informal Production from JPM | RJ&M275.pdf |
| RJP-003 | MS_97054 | Whayne E-Mail, dated December 2, 2007 | Document Depository | RJP-003.pdf |
| RJP-004 | VRC0038597 | Draft Letter from Donald Grenesko to VRC, dated December 20, 2007 | Document Depository | RJP-004.pdf |
| RJP-006 | VRC0055794 | Draft Letter from Donald Grenesko to VRC, dated December 18, 2007 | Document Depository | RJP-006.pdf |
| RJP-007 | MS_113096 | Stewart E-Mail, dated December 3, 2007 | Document Depository | RJP-007 .pdf |
| RJP-008 | JPM_00402472 | JPM email, dated August 5, 2007 | Document Depository | RJP-008 .pdf |
| RJP-009 | TRB0542820 | Sachs email, dated December 13, 2007 | Document Depository | RJP-009.pdf |
| RJP-010 | TRB0266929 | Morgan Stanley discussion materials | Document Depository | RJP-010 .pdf |
| RJP-033 | JPM_00338376 | FCC Dissent | Document Depository | RJP-033.pdf |
| RJP-035 | JPM_00499992 | Handwritten Notes dated December 17, 2007 | Document Depository | RJP-035.pdf |
| RJP-036 | ML_TRIB_0893576 | (Browning E-Mail, dated May 18, 2007) | Document Depository | RJP-036.pdf |
| RJP-038 | TRB0179617 | Cohen E-mail, dated July 17, 2007). | Document Depository | RJP-038.pdf |
| RJP-039 | JPM_00504331 | Memo re Tribune Company Financing, dated September 10, 2007 | Document Depository | RJP-039.pdf |
| RJP-041 | TRB0287731 | Kenney email, Dated December 17, 2007 | Document Depository | RJP-0040.pdf |
| RR-004 | JPM_00354557 | Sell Email Dated Feb. 21, 2007 | Document Depository | RR-004.pdf |
| RR-005 | JPM_00233320 | Sell Email Dated Feb. 21, 2007 | Document Depository | RR-005.pdf |
| RR-006 | JPM_00353672 | Sell Email Dated Feb. 21, 2007 | Document Depository | RR-006.pdf |
| RR-015 | JPM_00254085 | Kowalczak Email Dated April 2, 2007 | Document Depository | RR-015.pdf |
| RR-017 | JPM_00148109 | JPMorgan Credit Approval & Review Summary Dated April 27, 2007 | Document Depository | RR-017.pdf |
| RR-018 | JPM_00340187 | Cohen Email Dated May 11, 2007 | Document Depository | RR-018.pdf |
| RR-022 | JPM_00428254 | Kapadia Email Dated June 14, 2007 | Document Depository | RR-022.pdf |
| RR-024 | JPM_00331235 | Kapadia Email Dated July 23, 2007 | Document Depository | RR-024.pdf |
| RR-026 | JPM_00235999 | Sonne Email Dated July 24, 2007 | Document Depository | RR-026.pdf |
| RR-027 | JPM_00434341 | Kowalczak Email Dated July 25, 2007 | Document Depository | RR-027.pdf |
| RR-030 | JPM_00346991 | Miller Email Dated Aug. 16, 2007 | Document Depository | RR-030.pdf |
| RR-034 | JPM_00466389 | Sell Email Dated Sept. 22, 2007 | Document Depository | RR-034.pdf |
| RR-043 | JPM_00371602 | Cohen Email Dated Nov. 5, 2007 | Document Depository | RR-043.pdf |
| RR-045 | JPM_00472052 | Chen Email Dated Dec. 19, 2007 | Document Depository | RR-045.pdf |
| RR-047 | TRB0137189 | Memorandum re Tribune Credit Facilities Obligor Structure Dated May 1, 2007 | Document Depository | RR-047.pdf |
| RR-051 | JPM_00108552 | Amended and Restated Second Step Commitment Letter - April 5, 2007 | Document Depository | RR-051.pdf |
| RR-078 | TRB0527476 | Kapadia Email, December 17, 2007 | Document Depository | RR-078.pdf |
| SS-004 | FOUN0007432 | O'Brien Email Dated January 11, 2007 | Document Depository | SS-004.pdf |
| TT-002 | MS_297037 | Whayne Email Dated May 10, 2007 | Document Depository | TT-002.pdf |
| TT-004 | MS_03530 | Whayne Email Dated Dec. 2, 2007 | Document Depository | TT-004.pdf |
| TT-013 | MS_113272 | Fincher Email Dated Dec. 5, 2007 | Document Depository | TT-013.pdf |
| UU-004 | MS_86710 | Whayne Email Dated Oct. 15, 2007 | Document Depository | UU-004.pdf |
| UU-010 | MS_113174 | Williams Email Dated Dec. 3, 2007 | Document Depository | UU-010.pdf |
| UU-016 | MS_112311 | Williams Email Dated Dec. 14, 2007 | Document Depository | UU-016.pdf |
| UU-020 | MS_69130 | Morgan Stanley Presentation to Special Committee Dated Dec. 3, 2007 | Document Depository | UU-020.pdf |
| UU-021 | MS_110782 | Bigelow Email Dated Dec. 3, 2007 | Document Depository | UU-021.pdf |

July 12, 2010 Document Posting

| | | | | |
|---|---|---|---|---|
| VV-002 | CITI-TRIB-CC 00002494 | Unsigned Amended and Restated Credit Agreement Dated June 27, 2006 | Document Depository | VV-002.pdf |
| VV-006 | TRB0051921 | Whayne Email Dated Feb. 24, 2007 | Document Depository | VV-006.pdf |
| VV-008 | MS 08331 | Morgan Stanley Preliminary Draft Report re Tribune Dated Feb. 27, 2007 | Document Depository | VV-008.pdf |
| VV-014 | MS 64248 | Morgan Stanley Presentation to the Special Committee Dated Jan. 12, 2007 | Document Depository | VV-014.pdf |
| VV-023 | MS_286598 | Whayne Email Dated Feb. 28, 2007 | Document Depository | VV-023.pdf |
| VV-024 | TRIB-G0002539 | Whayne Email Dated March 5, 2007 | Document Depository | VV-024.pdf |
| VV-028 | EGI-LAW 00030767 | Kenney Email Dated March 22, 2007 | Document Depository | VV-028.pdf |
| VV-029 | EGI-LAW 00031069 | Tinkler Email Dated March 23, 2007 | Document Depository | VV-029.pdf |
| VV-030 | EGI-LAW 00032558 | Pate Email Dated March 23, 2007 | Document Depository | VV-030.pdf |
| VV-032 | TRB0529338 | Broad and Burkle Correspondence Dated March 23, 2007 | Document Depository | VV-032.pdf |
| VV-034 | TRB0083043 | King Email Dated March 24, 2007 | Document Depository | VV-034.pdf |
| WW-001 | TRB0521001 | Guarantee Agreement by Tribune Subsidiaries Dated June 4, 2007 | Document Depository | WW-001.pdf |
| WW-002 | TRB0603666 | Unanimous Written Consent of the Board of Tribune Media Services, Inc. | Document Depository | WW-002.pdf |
| WW-003 | TRB0603629 | Unanimous Written Consent of the Board of TMS Entertainment Guides, Inc. | Document Depository | WW-003.pdf |
| WW-006 | EGI-LAW 00097477 | Knapp Email Dated May 29, 2007 | Document Depository | WW-006.pdf |
| WW-008 | TRB0603671 | Unanimous Written Consent of the Board of Tribune Media Services, Inc. | Document Depository | WW-008.pdf |
| WW-009 | TRB0603632 | Unanimous Written Consent of the Board of TMS Entertainment Guides, Inc. | Document Depository | WW-009.pdf |
| WW-012 | TRB0284086 | Vitanovec Email Dated Dec. 14, 2007 | Document Depository | WW-012.pdf |
| XX-034 | IPM_00269776 | Kapadia Email Dated July 26, 2007 | Document Depository | XX-034.pdf |
| YY-001 | ML-TRIB-0387938 | Order Authorizing Document Depository | Document Depository | YY-001.pdf |
| YY-002 | ML-TRIB-0395122 | Kaplan Email Dated Sept. 22, 2006 | Document Depository | YY-002.pdf |
| YY-003 | ML-TRIB-0582682 | O'Grady Email Dated Sept. 22, 2006 | Document Depository | YY-003.pdf |
| YY-004 | ML-TRIB-0396503 | Costa Email Dated Sept. 22, 2006 | Document Depository | YY-004.pdf |
| YY-005 | ML-TRIB-0396918 | Kaplan Email Dated Nov. 5, 2006 | Document Depository | YY-005.pdf |
| YY-008 | ML-TRIB-0403966 | Kaplan Email Dated Jan. 21, 2007 | Document Depository | YY-008.pdf |
| YY-010 | ML-TRIB-0405102 | O'Grady Email Dated Jan 27, 2007 | Document Depository | YY-010.pdf |
| YY-011 | ML-TRIB-0396935 | Faulstich Email Dated April 25, 2007 | Document Depository | YY-011.pdf |
| YY-012 | ML-TRIB-0395566 | Grenesko Email Dated Feb. 5, 2007 | Document Depository | YY-012.pdf |
| YY-013 | ML-TRIB-0582616 | Kenney Email Dated Feb. 6, 2007 | Document Depository | YY-013.pdf |
| YY-014 | ML-TRIB-0396419 | Special Committee Minutes for Feb. 12, 2007 | Document Depository | YY-014.pdf |
| YY-015 | ML-TRIB-0403872 | Special Committee Minutes for Feb. 12, 2007 | Document Depository | YY-015.pdf |
| YY-021 | ML-TRIB-0486284 | Kapadia Email Dated March 4, 2007 | Document Depository | YY-021.pdf |
| YY-022 | ML-TRIB-0486498 | Persily Email Dated March 6, 2007 | Document Depository | YY-022.pdf |
| YY-024 | ML-TRIB-0487160 | Mohr Email Dated March 13, 2007 | Document Depository | YY-024.pdf |
| YY-025 | ML-TRIB-0486699 | Kaplan Email Dated March 20, 2007 | Document Depository | YY-025.pdf |
| YY-028 | ML-TRIB-1114943 | Kaplan Email Dated March 21, 2007 | Document Depository | YY-028.pdf |
| YY-029 | ML-TRIB-1115006 | Canmann Email Dated March 26, 2007 | Document Depository | YY-029.pdf |
| YY-032 | ML-TRIB-0381221 | Baker Email Dated March 28, 2007 | Document Depository | YY-032.pdf |
| ZZ-004 | CITI-TRIB-CC 00026694 | Canmann Email Dated Feb. 7, 2007 | Document Depository | ZZ-004.pdf |
| ZZ-010 | CITI-TRIB-CC 00019381 | Persily Email Dated March 6, 2007 | Document Depository | ZZ-010.pdf |
| ZZ-011 | CITI-TRIB-CC 00071693 | Chen Email Dated March 10, 2007 | Document Depository | ZZ-011.pdf |
| ZZ-014 | CITI-TRIB-CC 00032843 | Citigroup Memorandum Dated March 28, 2007 | Document Depository | ZZ-014.pdf |
| ZZ-015 | CITI-TRIB-CC 00067487 | Persily Email Dated March 28, 2007 | Document Depository | ZZ-015.pdf |
| ZZ-016 | CITI 00008175 | Mohr Email Dated March 29, 2007 | Document Depository | ZZ-016.pdf |

July 12, 2010 Document Posting

| | | | | |
|---|---|---|---|---|
| ZZ-018 | CITI-TRIB-CC 00029566 | Persily Email Dated March 29, 2007 | Document Depository | ZZ-018.pdf |
| ZZ-022 | CITI-TRIB-CC 00027926 | Chen Email Dated April 1, 2007 | Document Depository | ZZ-022.pdf |
| ZZ-023 | CITI-TRIB-CC 00023592 | Persily Email Dated April 3, 2007 | Document Depository | ZZ-023.pdf |