# Exhibit G

Confidentiality Chart

| Report Appendix No. | Beginning Bates Number | Temporary Exhibit Nos. | Designated For Non-Disclosure By Party | Description of Document Designated as Nondisclosable |
|---|---|---|---|---|
| 21 | JPM_00169466 | R&J-J67, AA-002, JPM-005b | Citigroup asserts confidentiality over the following ranges of this document: JPM_00169484-88 and JPM_001694912-99 | May 29, 2007 Transaction Proposal |
| 23 | TRB0397765 | LDB-109, R&J-R93 | Merrill Lynch | "As of October 17, 2005" ML Engagement Letter |
| 24 | ML-TRIB-0571054 | LDB-101, R&J-R20 | Merrill Lynch | October 17, 2005 Merrill Lynch Engagement Letter |
| 176, 543 | JPM_00314924, BOA-TRB-0000197, TRB0105332, TRB0236411 | JPM-066, KAM-089, R&J-M255, R&J-J71 | Merrill Lynch, Bank of America | Amended and Restated Second Step Fee Letter dated April 5, 2007 |
| 205 | JPM_00388171 | CAL-019, CALReply-019, JPM-024, R&J-J2 | Merrill Lynch | Flow of Funds Memo First Step Credit Facilities dated June 4, 2007 |
| 308 | ML-TRIB-0382494 | ZUCK-024, CC-015 | Merrill Lynch | Emails between Michael Costa and Todd Kaplan of Merrill Lynch re: Leveraged ESOP Transactions. |
| 310 | BOA-TRB-0004765 | R&J-M253 | Bank of America | Amended and Restated Second Step Engagement Letter, dated April 5, 2007 |
| 325 | ML-TRIB-0374373 | MLB-012 | Merrill Lynch | E-mail from Costa to Nesi, Fleming and Kaplan re: negotiation of fees, dated September 27, 2006. |
| 348 | ML-TRIB-0034924 | LDB-044 | Merrill Lynch | March 31, 2007 Merrill Lynch Interoffice Memo re: Fairness Opinion Regarding the Sale of Tribune Company |
| 349 | ML-TRIB-0385024 | CC-044, LDBReply-153, WTC-186 | Merrill Lynch | E-mails between Costa and Kaplan re: expected fees, dated March 11, 2007. |
| 352 | ML-TRIB-0388154 | KAM-034, CC-071 | Merrill Lynch | Emails between Michael Costa and Todd Kaplan of Merrill Lynch re: fees, dated April 10, 2007 |

| Report Appendix No. | Beginning Bates Number | Temporary Exhibit Nos. | Designated For Non-Disclosure By Party | Description of Document Designated as Nondisclosable |
|---|---|---|---|---|
| 353 | ML-TRIB-0607914 | WTC-039 | Merrill Lynch | E-mail chain among Nesi, Kaplan, Fleming and Costa re: fees, dated April 2, 2007. |
| 355 | ML-TRIB-0387938 | YY-001, KAM-035 | Merrill Lynch | E-mail chain between Todd Kaplan, Michael Costa, Chris Cormier, and John Eidinger of Merrill Lynch re: Leveraged ESOP Transactions structure, dated April 6, 2007. |
| 357 | ML-TRIB-0893576 | WTC-206, WTCReply-042 | Merrill Lynch | E-mail from K. Browning; chain discusses internal ML rating, dated May 18, 2007. |
| 360 | CITI-TRIB-CC00010123 | LDB-110 | Citigroup | Engagement Letter between Citigroup and Tribune re: financial advisor, signed by Christina Mohr and Donald Grenesko, dated October 27, 2006 |
| 363 | CITI-TRIB-CC 00002073 | NN-004, WTC-038 | Citigroup | Citigroup Project Tower Approval Memorandum, dated October 12, 2006. |
| 364 | CITI-TRIB-CC-00026403 | R&J-M245 | Citigroup | Leveraged Finance Final Approval Memorandum - Update, dated March 28, 2007. This document is a draft of the memorandum included at part (B) of CITI-015. |
| 390 | CITI-TRIB-CC 00073732 | KAM-086 | Citigroup | Memorandum from Louis Sussman to Charles Prince, cc: Michael Schell, Michael Canmann, and Christina Mohr, re: Background Memo on Sam Zell, dated July 30, 2007. The memorandum contains public information about Sam Zell, his experience, his investments, his board memberships, and his philanthropy, with additional sections regarding Citigroup's strategy to build its business relationship with Mr. Zell. |
| 395, Exhibit to T-07 | CITI-TRIB-CC 00008175 | CITI-016, ZZ-016 | Citigroup | Leveraged Finance Final Approval Memorandum - Update, dated May 17, 2007. |
| 396 | CITI-TRIB-CC 00005837 | ZUCK-003 | Citigroup | Citigroup Leveraged Finance Final Approval Memorandum, dated March 28, 2007. |

| Report Appendix No. | Beginning Bates Number | Temporary Exhibit Nos. | Designated For Non-Disclosure By Party | Description of Document Designated as Nondisclosable |
|---|---|---|---|---|
| 400 | CITI-TRIB-CC 00019381 | CITI-015, ZZ-010 | Citigroup | Citigroup Deal Team Memorandum re: Project Zoom / Tower Z and Project Tower, dated March 28, 2007, attaching (A) a presentation entitled "Comparison of Current Approval Request with Previous Approval," dated March 2007, and (B) "Leverage Finance Final Approval Memorandum," dated March 28, 2007. These memoranda update the previously approved one-step financing structure to reflect the new two-step Zell transaction. |
| 535, Exhibit to T-03 | BOA-TRB-0001551 | KAM-072, AAA-002 | Bank of America | Bank of America's Commercial Credit Products/Syndicated Finance Deal Screen Memorandum, dated March 5, 2007 |
| 536, Exhibit to T-03 | BOA-TRB-0006468 | KAM-073, AAA-003 | Bank of America | Bank of America's Project Bear, Leveraged Finance Screening Memo, dated March 6, 2007 |
| 537, Exhibit to T-03 | BOA-TRB-0002816 | KAM-074, AAA-005 | Bank of America | 3/21/07 Email from Petrik re: summary of deal & BofA analysis thereof |
| 539, Exhibit to T-03 | BOA-TRB-0006484 | KAM-076, AAA-016 | Bank of America | Bank of America's Project Bear, Leveraged Finance Screening Memo - Update, dated March 25, 2007 |
| 540, Exhibit to T-03 | BOA-TRB-0006511 | KAM-077, AAA-007 | Bank of America | Bank of America's Project Bear, Leveraged Finance Committee Approval Summary, dated April 3, 2007 |
| 541, Exhibit to T-03 | BOA-TRB-0003266 | KAM-078, AAA-017 | Bank of America | 3/28/07 Bank of America Presentation to Equity Group Investments, LLC, Project Tower Discussion Materials |
| 542 | BOA-TRB-0002057, ML-TRIB-0000805 | KAM-088, R&J-M252 | Merrill Lynch, Bank of America | Amended and Restated First Step Fee Letter, dated April 5, 2007. |
| 547, Exhibit to T-03 | BOA-TRB-0002634 | KAM-080, AAA-025 | Bank of America | Bank of America Securities LLC -Project Bear - Includes Steps 1 & 2 Sponsor Case dated 4/3/07 |

| Report Appendix No. | Beginning Bates Number | Temporary Exhibit Nos. | Designated For Non-Disclosure By Party | Description of Document Designated as Nondisclosable |
|---|---|---|---|---|
| 549 | BOA-TRB-0001845 | KAM-082 | Bank of America | Bank of America's "What If" Risk Rating Detail Reports, dated March 27, 2007 |
| 550, Exhibit to T-03 | BOA-TRB-0002605 | KAM-083, AAA-022 | Bank of America | Investment Analysis - Project Tower Consolidated Summary of Transaction Terms, dated March 1, 2007 |
| 551 | BOA-TRB-0002592 | KAM-084 | Bank of America | Investment Analysis - Project Tower Consolidated Summary of Transaction Terms, dated March 23, 2007 |
| 714 | TRB0520634, N/A | CAL-022, R&J-J4, CALReply-022 | Merrill Lynch | April 2007 Confidential Information Memo for Public Investors |
| 924, Exhibit to T-03 | BOA-TRB-0013037 | KAM-153, AAA-019 | Bank of America | Bank of America's Credit Approval Report, dated May 3, 2007 |
| 925, Exhibit to T-03 | BOA-TRB-0002813 | KAM-081, AAA-023 | Bank of America | 3/26/07 email from Petrik to Hagel, et al. re: risk rating |
| 927 | BOA-TRB-0013163 | KAM-143, AAA-008 | Bank of America | Bank of America's Project Bear LFC Update Memo, dated August 3, 2007 |
| 928, Exhibit to T-03 | BOA-TRB-0012808 | KAM-144, AAA-029 | Bank of America | E-mail from R. Patel to J. Compemolle, M. Richards, cc: D. Petrik, C. Hagel, and R. Fischer, dated July 26, 2007 |
| 946 | TRB0105223 | KAM-093 | Merrill Lynch | First Step Fee Letter, dated April 1, 2007 |
| 966 | BOA-TRB-0007609 | AAA-033 | Bank of America | Bank of America's Project Bear, Leveraged Finance Committee Update Memo, dated December 13, 2007 |
| 985 | BOA-TRB-0001261 | AAA-028, KAM-158 | Bank of America | Email from C. Hagel of Bank of America to C. Anderson, B. Caston and J. Colegate of Bank of America re: internal ratings for Tribune, dated July 10, 2007 |
| 1010 | BOA-TRB-0000226 | R&J-M254 | Bank of America | Amended and Restated Second Step Commitment Letter, dated April 5, 2007 |

| Report Appendix No. | Beginning Bates Number | Temporary Exhibit Nos. | Designated For Non-Disclosure By Party | Description of Document Designated as Nondisclosable |
|---|---|---|---|---|
| 1020, Exhibit to T-07, Exhibit to T-11 | CITI-TRB-CC 00023666 | ZZ-024, KK-014, R&J-M270 | Citigroup | Confidential Discussion Materials Regarding Project Tower, undated but may be Dec. 2007, labeled "Privileged & Confidential, For Internal Use Only, DRAFT" on each page. This internal document contains a valuation comparison, comparison of Tribune management's projections from April to October 2007, comparisons to the Citigroup downside case, and an appendix that includes analyses of Tribune financial data and a Citigroup downside case discounted cash flow analysis. |
| Exhibit to T-03 | BOA-TRB-0001699 | AAA-013, KAM167 | Bank of America | VRC Memorandum from B. Browning and C. Rucker to C. Bigelow re: Response to Questions from Lenders, dated December 7, 2007 |
| Exhibit to T-03 | BOA-TRB-0013175 | AAA-021, KAM-138 | Bank of America | Bank of America Modification of Credit Approval Report, dated June 5, 2007 |
| Exhibit to T-03 | BOA-TRB-0001891 | AAA-026, KAM-155 | Bank of America | Email from C. Anderson of Bank of America to G. Kalas, D. Petrik, and T. Johnson of Bank of America re: request for write-ups for Credit Risk Review Committee on Tribune, among other companies, dated July 13, 2007. |
| Exhibit to T-03 | BOA-TRB-0001894 | AAA-027, KAM-157 | Bank of America | Bank of America's Asset Quality Reporting, dated June 18, 2007 |
| Exhibit to T-03 | BOA-TRB-0012812 | AAA-030, KAM-145 | Bank of America | Kennedy Email Dated August 14, 2007 re Tribune Shares Drop as Lehman Cuts Estimates, Questions |
| Exhibit to T-03 | BOA-TRB-0012261 | AAA-031 | Bank of America | Email from F. Miller of Bank of America to Client CR Services NE-Team5 with attachment re: risk rating for Tribune, dated September 28, 2007 |

| Report Appendix No. | Beginning Bates Number | Temporary Exhibit Nos. | Designated For Non-Disclosure By Party | Description of Document Designated as Nondisclosable |
|---|---|---|---|---|
| Exhibit to T-07 | CITI-TRIB-CC 00033851 | ZZ-021, KAM-136, NN-087 | Citigroup | Citigroup Internal Deal Review presentation, dated November 29, 2007. This document is marked "Strictly Private and Confidential" on the first page. Pages 11, 13, and 14 consist of Citigroup's analysis of the "pluses and minuses" of Tribune's operating performance at that time and comparisons of the market performance of leveraged loans and high-yield notes of other media companies to that of Tribune. |
| Exhibit to T-07 | CITI-TRIB-CC 00027926 | ZZ-022 | Citigroup | Tribune Asset Coverage presentation, dated December 7, 2007, under cover of Citigroup internal E-Mail from Diana Lee. The presentation is marked "Strictly Private and Confidential" on the first page. This document comprises Citigroup's valuation of Tribune's assets and analyzes "breakeven" cases of operating cash flows. |
| Exhibit to T-14 | ML-TRIB-0396935 | YY-011 | Merrill Lynch | E-mail chain between Todd Kaplan, Stephanie Vallillo, Greg Margolies, and John Swadba re: sell down of Step One Financing debt, dated September 12, 2007. |
| T-11 | Kurmaniak Transcript | | Citigroup | Any discussion of Exhibit 14 from Examiner's Sworn Interview of Rosanne Kurmaniak, July 7, 2010 (no specific references provided). |
| T-14 | Kaplan Transcript | | Merrill Lynch | Examiner's Sworn Interview of Todd Kaplan, July 8, 2010 at 64:22-66:13; 162:12-168:3; 169:13-169:19; 170:12-170:16; 170:20-173:3 |