# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 42.40 | $16,769.00 |
| Insurance Counseling – 00005 | 22.60 | $8,715.00 |
| Marsh – 00008 | 7.00 | $2,265.50 |
| Fee Applications – 00009 | 6.20 | $1,223.50 |
| **TOTAL:** | **78.20** | **$28,973.00** |

US_ACTIVE-104132689.1-JCFALGOW

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 1, 2010 THROUGH JUNE 30, 2010**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $535.00 | 10.60 | $5,671.00 |
| Walker-Bright, Paul R. | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $510.00 | 10.10 | $5,151.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $445.00 | 19.90 | $8,855.50 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL Bar since 2002. | $430.00 | 6.20 | $2,666.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $390.00 | .40 | $156.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $310.00 | 5.30 | $1,643.00 |
| Schad, James C. | Analyst. Joined firm in 2008. | $280.00 | 9.00 | $2,520.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002. Joined Firm in 2000. | $160.00 | 5.10 | $816.00 |
| Todd, Michelle G. | Paralegal. Joined firm in 2008. | $130.00 | 8.90 | $1,157.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 2.70 | $337.50 |
| Grand Total: | | | 78.20 | $28,973.00 |
| Blended Rate: | | | | $370.50 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $433.54 |

US_ACTIVE-104132689.1-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2017386
Invoice Date: July 12, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through June 30, 2010

|     |                             | Current Fees | Current Costs | Total for Matter |
|-----|-----------------------------|-------------:|--------------:|-----------------:|
| RE: | Reliance/Times Mirror 503842.00004 | $16,769.00 | $733.50 | $17,502.50 |
| RE: | Insurance Counseling 503842.00005 | $8,715.00 | $0.00 | $8,715.00 |
| RE: | Marsh 503842.00008 | $2,265.50 | $0.00 | $2,265.50 |
| RE: | Fee Applications 503842.00009 | $1,223.50 | $51.83 | $1,275.33 |
|     | **Current Invoice Total:** | **$28,973.00** | **$785.33** | **$29,758.33** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2017386)

RE:   **Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/02/10 | SS | Reviewed and catalogued case correspondence and pleadings. | 0.20 |
| 06/08/10 | TPL | Reviewed Referee's decision and telephone call with J. Shugrue regarding same. | 0.70 |
| 06/08/10 | JDS | Communications with local counsel T. Law regarding Referee's recommendation regarding LPT claims. | 0.20 |
| 06/09/10 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 06/14/10 | TPL | Telephone call with Isla Long (Liquidator's counsel) (.1); e-mail to J. Shugrue regarding schedule for filing objections to Referee's recommendations (.1); e-mail to client regarding objections to Referee's ruling (.1). | 0.30 |
| 06/14/10 | MT | Reviewed order and calendared due date for filing of objections to the Referee's Report. | 0.20 |
| 06/14/10 | JDS | Analyzed emails from local counsel T. Law and conferred with same regarding timing, procedure for objecting to Referee's recommendations regarding LPT claims. | 0.30 |
| 06/15/10 | TPL | Emails with J. Shugrue regarding proposed letter to Referee O'Keefe and filing of exceptions to report and recommendation (.2); reviewed Liquidator's proposed letter and responded to Liquidation (.3). | 0.50 |
| 06/15/10 | JDS | Analyzed and exchanged emails regarding Liquidator's proposed "clarification" of Referee's recommendations regarding LPT claims. | 0.20 |
| 06/16/10 | TPL | Began drafting exceptions to Report and Recommendation. | 5.00 |
| 06/17/10 | TPL | Drafted exceptions to Report and Recommendation. | 3.80 |
| 06/17/10 | JDS | Analyzed and exchanged emails with local counsel T. Law regarding Liquidator's supplemental letter filing with Referee regarding LPT claims. | 0.20 |
| 06/18/10 | TPL | Drafted exceptions to referee's Report and Recommendation (5.8); reviewed referee's decision not to clarify Report and Recommendation (.1); e-mail regarding joint appendix (.2). | 6.10 |
| 06/18/10 | MT | Prepared Record for submission with exceptions to Referee's Report and Recommendation. | 1.60 |
| 06/21/10 | PRW | Reviewed and revised draft of exceptions to Referee's Report and Recommendations. | 1.00 |
| 06/21/10 | TPL | Revised exceptions to Referee's Report and Recommendation. | 3.50 |
| 06/21/10 | MT | Prepared documents for inclusion in the Record. | 3.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/21/10 | JDS | Analyzed issues related to filing objections to Referee's recommendations concerning LPT claims. | 0.30 |
| 06/22/10 | MT | Prepared Supplemental Joint Appendix. | 2.20 |
| 06/24/10 | PRW | Worked on revisions to draft of exceptions to Referee's Report and Recommendations. | 6.50 |
| 06/24/10 | JDS | Analyzed and revised draft brief objecting to Referee's Recommendations regarding LPT claims (1.30); analyzed and exchanged e-mails regarding Liquidator's Motion seeking clarification of Recommendations (.20). | 1.50 |
| 06/25/10 | PRW | Prepared draft of objections to Liquidator's petition to clarify Referee's Report and Recommendations. | 1.00 |
| 06/25/10 | JDS | Analyzed and exchanged e-mails with local counsel T. Law and P. Walker-Bright regarding response to Liquidator's motion to modify Referee's recommendation regarding LPT claims. | 0.20 |
| 06/28/10 | MT | Prepared and filed Tribune Company's Objections to Statutory Liquidator's Petition for Clarification of Referee's Report and Recommendation. | 1.60 |
| 06/28/10 | JDS | Analyzed and exchanged emails regarding opposition to Liquidator's request for clarification of Referee's Recommendations regarding LPT claims. | 0.40 |
| 06/29/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 06/30/10 | PRW | Worked on revisions to Tribune's exceptions to Referee's Rreport and Recommendations. | 0.80 |
| 06/30/10 | MT | Reviewed files for exhibits to exceptions. | 0.30 |
| 06/30/10 | JDS | Analyzed and exchanged emails regarding exhibits to Objections to be filed by Tribune with respect to Referee's LPT recommendations. | 0.30 |

TOTAL FEES:            $16,769.00

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/01/2010 | Deposition Expense -- VENDOR: LOVE COURT REPORTING, INC.: Oral Argument | 238.70 |
| 06/30/2010 | Duplicating/Printing/Scanning | 476.80 |
| 06/30/2010 | Courier Service | 18.00 |
| | Total Disbursements | 733.50 |

July 12, 2010                                                                                                               Invoice: 2017386
RE:      Reliance/Times Mirror                                                                        Page 4
           (503842.00004)

                                                                              Fees & Disbursements    $17,502.50

**Fee Summary: Reliance/Times Mirror**

| ID  | Names            | Hours | Rate   | Amount    |
|-----|------------------|-------|--------|-----------|
| JDS | J.D. Shugrue     | 3.60  | 535.00 | 1,926.00  |
| PRW | P.R. Walker-Bright | 9.30 | 510.00 | 4,743.00  |
| TPL | T.P. Law         | 19.90 | 445.00 | 8,855.50  |
| SS  | S. Somoza        | 0.70  | 125.00 | 87.50     |
| MT  | M. Todd          | 8.90  | 130.00 | 1,157.00  |
|     |                  | 42.40 |        | 16,769.00 |

RE:     **Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/02/10 | SS | Reviewed, catalogued and organized case file correspondence regarding third-party EPL claim. | 0.30 |
| 06/15/10 | JDS | Analyzed and exchanged emails regarding potential insurance coverage for environmental site matter. | 0.30 |
| 06/17/10 | JDS | Analyzed and exchanged emails with client regarding possible insurance claim regarding environmental site matter. | 0.20 |
| 06/21/10 | JDS | Analyzed correspondence from counsel for liability insurer regarding revised coverage position concerning pending third-party suit. | 0.50 |
| 06/22/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 06/22/10 | JDS | Telephone conference with defense counsel regarding insurer's revised coverage position letter regarding third-party lawsuit (.50); analyzed and evaluated insurer correspondence, policies, latest complaint in underlying action in connection with same (1.30). | 1.80 |
| 06/23/10 | JDS | Telephone conference with defense counsel regarding response to insurer's revised coverage position letter regarding third-party claim (.30); analyzed proposed response to third-party claimant's request for insurance-related information in lawsuit and provided comment to defense counsel regarding same (.20); telephone conference with client regarding pending insurance claim issues (.20). | 0.70 |
| 06/24/10 | JCS | Researched status and location information for historic liability insurers subject of notification regarding environmental site claim. | 1.00 |
| 06/24/10 | JDS | Analyzed and exchanged e-mails regarding correspondence to liability insurer concerning coverage for former D's/O's (.30); telephone conference with client regarding possible insurance claim issues related to facility fire loss (.20). | 0.50 |
| 06/25/10 | SS | Prepared PDF of chart of policy information regarding environmental site claim. | 0.10 |
| 06/28/10 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 06/28/10 | PRW | Prepared draft of notice letter to Times Mirror insurers regarding environmental site claim. | 0.60 |
| 06/28/10 | JDS | Worked on draft notice to insurers regarding environmental claim involving Baltimore Sun. | 0.50 |
| 06/29/10 | LJR | Worked on response to insurer's revised coverage position and analyzed policies regarding same. | 1.60 |

July 12, 2010  Invoice: 2017386
RE:  Insurance Counseling  Page 6
(503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/29/10 | JCS | Worked on environmental site claim insurer notification, coverage chart and policy schedule. | 0.50 |
| 06/29/10 | PRW | Worked on revisions to notice letter to insurers regarding environmental site claim. | 0.20 |
| 06/29/10 | JDS | Analyzed and exchanged emails regarding environmental site liability insurance notice and claim (.2); telephone conference with defense counsel regarding response to insurer's revised coverage position regarding third-party claim (.1); worked on response to same (.6). | 0.90 |
| 06/30/10 | LJR | Reviewed and analyzed policies, underlying Complaint and letter from insurer regarding revised coverage position and drafted reply to same. | 4.60 |
| 06/30/10 | JCS | Researched, analyzed and prepared schedule of historic liability insurance potentially responsive to environmental claims and prepared coverage chart of same. | 7.50 |
| 06/30/10 | JDS | Analyzed and exchanged emails regarding possible notification to liability insurers (.1); analyzed issues related to insurer's revised coverage position with respect to third-party claim (.1). | 0.20 |

TOTAL FEES: $8,715.00

Fees & Disbursements  $8,715.00

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 5.60 | 535.00 | 2,996.00 |
| PRW | P.R. Walker-Bright | 0.80 | 510.00 | 408.00 |
| LJR | L.J. Raines | 6.20 | 430.00 | 2,666.00 |
| SS | S. Somoza | 1.00 | 125.00 | 125.00 |
| JCS | J.C. Schad | 9.00 | 280.00 | 2,520.00 |
| | | 22.60 | | 8,715.00 |

Case 08-13141-BLS    Doc 5119-3    Filed 07/26/10    Page 10 of 14

July 12, 2010  
RE:   Marsh  
         (503842.00008)

Invoice: 2017386  
Page 7

### RE:   Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/01/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 06/14/10 | DR | Reviewed previous correspondence with Marsh to determine last invoice submission and corresponded with S. Somoza regarding invoices incurred since. | 0.40 |
| 06/14/10 | JDS | Communications with D. Rosenfield regarding preparing reimbursement submission to Marsh pursuant to prior agreement between parties. | 0.20 |
| 06/15/10 | DR | Drafted letter to Marsh requesting reimbursement of invoices incurred from February to May 2010. | 0.50 |
| 06/16/10 | SS | Compiled invoices for submission to Marsh. | 0.60 |
| 06/16/10 | DR | Reviewed invoices incurred from February to April 2010 and updated reimbursement letter to Marsh to reflect same. | 0.80 |
| 06/17/10 | DR | Worked on reimbursement submission to Marsh. | 0.70 |
| 06/17/10 | JDS | Exchanged emails regarding possible reduction of security in connection with prior agreement (.2); conferred with D. Rosenfield regarding preparation of reimbursement request pursuant to agreement (.2). | 0.40 |
| 06/22/10 | DR | Revised reimbursement request letter to Marsh to incorporate May 2010 invoice (.4); corresponded with J. Shugrue regarding revised letter (.2); corresponded with client regarding same (.2). | 0.80 |
| 06/22/10 | JDS | Worked on invoice submission to Marsh. | 0.20 |
| 06/25/10 | DR | Worked on Marsh reimbursement letter and determining any outstanding amounts owed. | 0.20 |
| 06/28/10 | DR | Worked on Marsh reimbursement letter and determining any outstanding amounts owed. | 0.50 |
| 06/29/10 | DR | Corresponded with client regarding outstanding fees/costs owed and finalized letter and related attachments for sending to Marsh. | 1.40 |
| 06/29/10 | JDS | Worked on finalizing reimbursement submission to Marsh under prior agreement. | 0.20 |

TOTAL FEES:        $2,265.50

Fees & Disbursements        $2,265.50

**Fee Summary: Marsh**

| ID  | Names         | Hours | Rate   | Amount   |
|-----|---------------|-------|--------|----------|
| JDS | J.D. Shugrue  | 1.00  | 535.00 | 535.00   |
| DR  | D. Rosenfield | 5.30  | 310.00 | 1,643.00 |
| SS  | S. Somoza     | 0.70  | 125.00 | 87.50    |
|     |               | 7.00  |        | 2,265.50 |

### RE: Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/02/10 | LL | Revisions to CNO's to RS's 13th Monthly, 14th Monthly and 5th Interim Fee Applications (.6); e-file and service of same (.6); revisions to RS's 15th Monthly Fee Application (.5); e-mail service (.3); conferred with IKON regarding same (.1); conferred with C. Falgowski regarding RS's 15th Monthly Fee Application (.2). | 2.30 |
| 06/02/10 | JCF | Reviewed and revised fee applications. | 0.40 |
| 06/02/10 | SS | Reviewed and catalogued correspondence. | 0.20 |
| 06/04/10 | LL | Revisions to RS's 15th Monthly Fee Application (.8); e-mail correspondence regarding same (.2). | 1.00 |
| 06/15/10 | LL | E-mail correspondence regarding RS's 15th Monthly Fee Application. | 0.20 |
| 06/16/10 | LL | E-mail correspondence regarding 15th Monthly Fee Application (.2); revisions to same (.3); e-file and service of same (.5). | 1.00 |
| 06/16/10 | JDS | Prepared narrative entries for 15th Monthly Fee Application. | 0.40 |
| 06/22/10 | LL | Drafted RS's 16th Monthly Fee Application. | 0.60 |
| 06/29/10 | SS | Reviewed and catalogued correspondence. | 0.10 |

TOTAL FEES: <u>$1,223.50</u>

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2010 | PACER | 11.68 |
| 06/30/2010 | Outside Duplicating | 40.15 |
| | Total Disbursements | 51.83 |
| | Fees & Disbursements | $1,275.33 |

July 12, 2010                                                                                     Invoice: 2017386
RE:     Fee Applications                                                                       Page 10
        (503842.00009)


## Fee Summary: Fee Applications

| ID  | Names          | Hours | Rate   | Amount   |
|-----|----------------|-------|--------|----------|
| JDS | J.D. Shugrue   | 0.40  | 535.00 | 214.00   |
| JCF | J.C. Falgowski | 0.40  | 390.00 | 156.00   |
| SS  | S. Somoza      | 0.30  | 125.00 | 37.50    |
| LL  | L. Lankford    | 5.10  | 160.00 | 816.00   |
|     |                | 6.20  |        | 1,223.50 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2017386
Invoice Date: July 12, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through June 30, 2010

|     |                                      | Current Fees | Current Costs | Total for Matter |
|-----|--------------------------------------|--------------|---------------|------------------|
| RE: | Reliance/Times Mirror<br>503842.00004 | $16,769.00   | $733.50       | $17,502.50       |
| RE: | Insurance Counseling<br>503842.00005  | $8,715.00    | $0.00         | $8,715.00        |
| RE: | Marsh<br>503842.00008                 | $2,265.50    | $0.00         | $2,265.50        |
| RE: | Fee Applications<br>503842.00009      | $1,223.50    | $51.83        | $1,275.33        |
|     | **Current Invoice Total:**            | **$28,973.00** | **$785.33**  | **$29,758.33**   |

**INVOICE IS PAYABLE UPON RECEIPT**