# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $476.80 |
| Courier Service | | $18.00 |
| Deposition Expenses | Love Court Reporting | $238.70 |
| Outside Databases | PACER | $11.68 |
| Outside-Duplicating | IKON | $40.15 |
| **TOTAL** | | $785.33 |

US_ACTIVE-104132689.1-JCFALGOW

July 12, 2010  Invoice: 2017386
RE: Reliance/Times Mirror Page 3
(503842.00004)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/21/10 | JDS | Analyzed issues related to filing objections to Referee's recommendations concerning LPT claims. | 0.30 |
| 06/22/10 | MT | Prepared Supplemental Joint Appendix. | 2.20 |
| 06/24/10 | PRW | Worked on revisions to draft of exceptions to Referee's Report and Recommendations. | 6.50 |
| 06/24/10 | JDS | Analyzed and revised draft brief objecting to Referee's Recommendations regarding LPT claims (1.30); analyzed and exchanged e-mails regarding Liquidator's Motion seeking clarification of Recommendations (.20). | 1.50 |
| 06/25/10 | PRW | Prepared draft of objections to Liquidator's petition to clarify Referee's Report and Recommendations. | 1.00 |
| 06/25/10 | JDS | Analyzed and exchanged e-mails with local counsel T. Law and P. Walker-Bright regarding response to Liquidator's motion to modify Referee's recommendation regarding LPT claims. | 0.20 |
| 06/28/10 | MT | Prepared and filed Tribune Company's Objections to Statutory Liquidator's Petition for Clarification of Referee's Report and Recommendation. | 1.60 |
| 06/28/10 | JDS | Analyzed and exchanged emails regarding opposition to Liquidator's request for clarification of Referee's Recommendations regarding LPT claims. | 0.40 |
| 06/29/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| 06/30/10 | PRW | Worked on revisions to Tribune's exceptions to Referee's Rreport and Recommendations. | 0.80 |
| 06/30/10 | MT | Reviewed files for exhibits to exceptions. | 0.30 |
| 06/30/10 | JDS | Analyzed and exchanged emails regarding exhibits to Objections to be filed by Tribune with respect to Referee's LPT recommendations. | 0.30 |

TOTAL FEES: $16,769.00

### CURRENT DISBURSEMENTS

| 06/01/2010 | Deposition Expense -- VENDOR: LOVE COURT REPORTING, INC.: Oral Argument | 238.70 |
| 06/30/2010 | Duplicating/Printing/Scanning | 476.80 |
| 06/30/2010 | Courier Service | 18.00 |
| | Total Disbursements | 733.50 |

**RE: Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/02/10 | LL | Revisions to CNO's to RS's 13th Monthly, 14th Monthly and 5th Interim Fee Applications (.6); e-file and service of same (.6); revisions to RS's 15th Monthly Fee Application (.5); e-mail service (.3); conferred with IKON regarding same (.1); conferred with C. Falgowski regarding RS's 15th Monthly Fee Application (.2). | 2.30 |
| 06/02/10 | JCF | Reviewed and revised fee applications. | 0.40 |
| 06/02/10 | SS | Reviewed and catalogued correspondence. | 0.20 |
| 06/04/10 | LL | Revisions to RS's 15th Monthly Fee Application (.8); e-mail correspondence regarding same (.2). | 1.00 |
| 06/15/10 | LL | E-mail correspondence regarding RS's 15th Monthly Fee Application. | 0.20 |
| 06/16/10 | LL | E-mail correspondence regarding 15th Monthly Fee Application (.2); revisions to same (.3); e-file and service of same (.5). | 1.00 |
| 06/16/10 | JDS | Prepared narrative entries for 15th Monthly Fee Application. | 0.40 |
| 06/22/10 | LL | Drafted RS's 16th Monthly Fee Application. | 0.60 |
| 06/29/10 | SS | Reviewed and catalogued correspondence. | 0.10 |

TOTAL FEES:    $1,223.50

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2010 | PACER | 11.68 |
| 06/30/2010 | Outside Duplicating | 40.15 |
| | Total Disbursements | 51.83 |
| | Fees & Disbursements | $1,275.33 |