# EXHIBIT A

**TRIBUNE COMPANY, et al.**

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### June 1, 2010 through June 30, 2010

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 46.90 | $20,784.50 |
| Committee Meetings | 003 | 73.30 | 44,811.00 |
| Creditor Communications | 004 | 5.10 | 3,399.50 |
| Business Operations | 007 | 205.80 | 112,082.00 |
| Claims Administration/Bar Date | 009 | 81.70 | 41,055.00 |
| Fee/Retention Applications | 010 | 35.10 | 13,727.00 |
| Plan and Disclosure Statement | 011 | 402.40 | 251,153.50 |
| Executory Contracts | 012 | 6.40 | 2,020.00 |
| Employee Issues | 014 | 52.90 | 30,619.00 |
| Relief from Stay Issues | 015 | 10.90 | 3,323.00 |
| Tax Issues | 016 | 13.50 | 7,770.50 |
| General Litigation | 017 | 393.40 | 230,793.00 |
| Review of Pre-Petition Financings | 019 | 202.60 | 92,223.00 |
| Plan Litigation | 021 | 684.80 | 374,483.00 |
| **Total** | | **2,214.80** | **$1,228,244.00** |

\* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through June 30, 2010

Our Matter #19804.002
         BANKRUPTCY GENERAL


06/01/10   D. BAVA          Review and analysis of docket          0.80 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.60); review, revise and finalize
                            case calendar based on current
                            docket entries (.20).

06/01/10   M. ROITMAN       Draft email to Debtors' counsel        2.60 hrs.
                            re: conference call matters (0.2);
                            Revise memo to parties re: Removal
                            Period Motion, E&Y Application,
                            Class Certification Motion (2.4)

06/02/10   M. ROITMAN       Revise memo re: Removal Period         0.90 hrs.
                            Motion, E&Y Application, Class
                            Certification Motion (0.7); Draft
                            email to Committee re: same (0.2).

06/02/10   D. E. DEUTSCH    Review and edit memorandum to          1.00 hrs.
                            Committee on multiple motions
                            (.4); review and edit Committee
                            presentation outline on various
                            pending case issues (.6).

06/02/10   D. BAVA          Review and analysis of docket          1.40 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.60); review, revise and finalize
                            case calendar based on current
                            docket entries (.20); post certain
                            materials to Intralinks (.60).

06/03/10   D. BAVA          Review and analysis of docket          1.10 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.60); review, revise and finalize
                            case calendar based on current
                            docket entries (.20); add
                            professional to Intralinks
                            workspace (.30).

06/04/10   D. BAVA          Review and analysis of docket          1.40 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.80); review, revise and finalize

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2

|            |               |                                                                                                                                                                                                                                      |            |
|------------|---------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | case calendar based on current docket entries (.40); post certain materials to Intralinks (.20).                                                                                                                                        |            |
| 06/04/10   | D. M. LeMAY   | Review all latest court filings.                                                                                                                                                                                                        | 0.80 hrs.  |
| 06/06/10   | D. E. DEUTSCH | Review last three pleading reports, pleadings therein and calendar (.4);                                                                                                                                                                | 0.40 hrs.  |
| 06/07/10   | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: court hearing matters (.3);                                                                                                                                                                      | 0.30 hrs.  |
| 06/07/10   | D. M. LeMAY   | Review all latest court filings.                                                                                                                                                                                                        | 1.10 hrs.  |
| 06/07/10   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.40). | 1.20 hrs.  |
| 06/08/10   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs.  |
| 06/08/10   | M. ROITMAN    | Draft agenda for 6/9 Conference call with Debtors' counsel (0.4)                                                                                                                                                                        | 0.40 hrs.  |
| 06/09/10   | M. ROITMAN    | Attendance at 6/9 Conference call with Debtors' counsel (0.3); Confer with H. Seife, D. Deutsch following call (0.3);                                                                                                                    | 0.60 hrs.  |
| 06/09/10   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.20). | 1.40 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| 06/09/10 | D. E. DEUTSCH | Prepare notes for meeting with Debtors' professionals (.3); participate in related call with Debtors' professionals re: general case matters (.5); | 0.80 hrs. |
| 06/10/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20). | 0.80 hrs. |
| 06/11/10 | H. LAMB | Review court dockets (.2); prepare daily report of new pleadings filed (.3); update and distribute case calendar in accordance with same (.2). | 0.70 hrs. |
| 06/14/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.30). | 1.10 hrs. |
| 06/14/10 | D. M. LeMAY | Review of all latest court filings. | 1.10 hrs. |
| 06/15/10 | M. ROITMAN | Draft email to Committee re: 2010 MIP and FCC Update (0.3); Draft agenda for 6/16 call with Debtors' counsel (0.3); | 0.60 hrs. |
| 06/15/10 | D. E. DEUTSCH | Review numerous court postings and case e-mails from last several days (.6); e-mail David Bava re: Intralinks matter (.1); review agenda for tomorrow's court hearing (.2); draft memorandum to Committee on MIP, FCC and other matters (.4); review last three daily reports, pleadings therein and court calendar (.6). | 1.90 hrs. |
| 06/15/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

|            |                |                                                          |           |
|------------|----------------|----------------------------------------------------------|-----------|
|            |                | case calendar based on current docket entries (.20).     |           |
| 06/16/10   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.40); prepare materials for hearing (.40). | 1.60 hrs. |
| 06/16/10   | D. E. DEUTSCH  | Prepare for meeting with Debtors' counsel (.3); participate in related weekly meeting (.4); review court agenda for today's hearing and court calendar for upcoming matters (.3). | 1.00 hrs. |
| 06/16/10   | M. ROITMAN     | Participate in weekly conference Call with Debtors' counsel. | 0.40 hrs. |
| 06/17/10   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.20 hrs. |
| 06/18/10   | D. E. DEUTSCH  | Review last three pleading reports, pleadings therein and calendar (.4). | 0.40 hrs. |
| 06/18/10   | H. LAMB        | Review court dockets (.2) prepare daily report of new pleadings filed (.3) and update and circulate case calendar in accordance with same (.3). | 0.80 hrs. |
| 06/21/10   | D. M. LeMAY    | Review all latest court filings.                         | 1.40 hrs. |
| 06/21/10   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| 06/22/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.70). | 1.70 hrs. |

| 06/22/10 | D. E. DEUTSCH | Review yesterday's daily report, pleadings therein and related case calendars (.3). | 0.30 hrs. |

| 06/22/10 | M. ROITMAN | Draft email to Debtors re: June 23 conference call (0.1); | 0.10 hrs. |

| 06/23/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.60); post certain materials to Intralinks (.20). | 1.40 hrs. |

| 06/24/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |

| 06/25/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30). | 0.90 hrs. |

| 06/27/10 | D. E. DEUTSCH | Review court postings (.4); exchange e-mails with Marc Roitman re: Debtors' motion to assume (.2); exchange e-mails with Marc Roitman re: upcoming hearing matters (.2). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      July 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    6


| 06/28/10 | D. E. DEUTSCH | Review last three Tribune daily reports, pleadings therein and calendars (.6). | 0.60 hrs. |
| 06/28/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.30); revise schedule of dates related to confirmation re: include proposed dates indicated in draft order (.80). | 1.80 hrs. |
| 06/28/10 | A. HANESSIAN | Review case docket for certain Tribune pleadings per D.Deutsch request. | 0.20 hrs. |
| 06/28/10 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
| 06/29/10 | M. ROITMAN | Draft agenda for 6/30 conference call with Debtors' counsel (0.4) | 0.40 hrs. |
| 06/29/10 | H. LAMB | Review case dockets (.2); prepare daily report of new pleadings filed (.3); update case calendars in accordance with same and distribute (.4). | 0.90 hrs. |
| 06/29/10 | D. E. DEUTSCH | Call with Jim Sottile re: various court hearing matters (.2); review last two daily pleading reports, pleadings therein and court calendar (.2). | 0.40 hrs. |
| 06/30/10 | D. E. DEUTSCH | Prepare for meeting with Debtors' team on outstanding issues (.5); participate in related meeting (.6). | 1.10 hrs. |
| 06/30/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.60); | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


| 06/30/10 | M. ROITMAN | Participate in weekly telephone meeting with Debtors' Counsel (0.6); Confer with D. Deutsch following call (0.1) | 0.70 hrs. |
| 06/30/10 | D. M. LeMAY | Weekly call w/Sidley re: pending matters. | 0.70 hrs. |


**Total Fees for Professional Services.............. $20,784.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 6.40 | 5472.00 |
| D. E. DEUTSCH | 695.00 | 9.00 | 6255.00 |
| A. HANESSIAN | 185.00 | .20 | 37.00 |
| D. BAVA | 270.00 | 22.20 | 5994.00 |
| H. LAMB | 270.00 | 2.40 | 648.00 |
| M. ROITMAN | 355.00 | 6.70 | 2378.50 |
| TOTALS | | 46.90 | 20784.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      July 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    1
```

                              For Services Through June 30, 2010

Our Matter #19804.003
              COMMITTEE MEETINGS


| Date | Name | Description | Hours |
|---|---|---|---|
| 06/01/10 | M. ROITMAN | Draft agenda for 6/2 Committee Professionals Conference call (0.3): Draft agenda for 6/3 Committee meeting (0.2) | 0.50 hrs. |
| 06/02/10 | M. ROITMAN | Attendance at Committee Professionals Conference Call (0.8). | 0.80 hrs. |
| 06/02/10 | M. D. ASHLEY | Weekly professionals' meeting regarding status of litigation/discovery proceedings. | 0.70 hrs. |
| 06/02/10 | H. LAMB | Preparation of materials for 6/3 Committee meeting. | 0.70 hrs. |
| 06/02/10 | D. E. DEUTSCH | Prepare for (.7) and participate in Committee professional meeting (.8). | 1.50 hrs. |
| 06/02/10 | H. SEIFE | Preparation for Committee meeting. | 1.10 hrs. |
| 06/02/10 | R. A. SCHWINGER | Attend professionals meeting to address litigation/discovery issues. | 0.80 hrs. |
| 06/02/10 | R. J. GAYDA | Committee professionals' call re Plan and DS (.7). | 0.70 hrs. |
| 06/03/10 | H. SEIFE | Preparation for Committee meeting (1.2); telephonic Committee meeting (.9). | 2.10 hrs. |
| 06/03/10 | D. E. DEUTSCH | Discuss today's Committee meeting and related follow-up items with Marc Roitman (.2). | 0.20 hrs. |
| 06/03/10 | M. ROITMAN | Take minutes at 6/3 Committee meeting (0.9); Draft minutes for 6/3 Committee meeting (0.3); Meet with D. Deutsch re: same (0.2) | 1.40 hrs. |
| 06/04/10 | D. E. DEUTSCH | Review and comment on minutes for first two May Committee meetings (.6). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                       Page    2


| 06/07/10 | M. ROITMAN | Revise minutes from three May Committee meetings (1.3); Draft Agenda for June 8 Committee Professionals' Conference Call (0.4) | 1.70 hrs. |
| 06/07/10 | D. E. DEUTSCH | E-mail Marc Roitman re: minutes (.2); | 0.20 hrs. |
| 06/08/10 | D. E. DEUTSCH | Prepare for (.5) and participate in Committee professional meeting (.6); participate in related follow-up meeting with Chadbourne team (.6). | 1.70 hrs. |
| 06/08/10 | M. ROITMAN | Attendance at 6/8 Committee professionals conference call (0.6); Confer with Chadbourne professionals following meeting (0.6); Revise minutes for 5/27 Committee meeting (1.3); Draft agenda for 6/10 Committee meeting (0.2). | 2.70 hrs. |
| 06/08/10 | D. M. LeMAY | Participate in weekly meeting of Committee advisors (.7) and follow up meeting of C&P team to prepare for confirmation (.6). | 1.30 hrs. |
| 06/08/10 | R. A. SCHWINGER | Attend portion of professionals meeting to address liltigation/discovery issues (0.4); attend related follow-up meeting re same (.6). | 1.00 hrs. |
| 06/08/10 | M. D. ASHLEY | Prepared for team meeting regarding plan confirmation hearing (.8); professionals' call regarding plan confirmation and other matters (.6); follow-up team meeting regarding preparation for plan confirmation hearing (.6). | 2.00 hrs. |
| 06/08/10 | R. J. GAYDA | Attend Committee professionals' call (.5); follow-up meeting w Chadbourne team re plan confirmation matters (.7). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| 06/09/10 | M. ROITMAN | Revise minutes for 5/27 Committee meeting (0.8); Draft email to Committee re: May minutes (0.3); Draft minutes for 6/3 Committee meeting (2.0); | 3.10 hrs. |
|---|---|---|---|
| 06/09/10 | D. E. DEUTSCH | Review and edit minutes from last two meetings in May (.8); discuss same with Marc Roitman (.1); | 0.90 hrs. |
| 06/09/10 | H. SEIFE | Preparation for Committee meeting. | 1.20 hrs. |
| 06/10/10 | H. SEIFE | Preparation for Committee meeting (1.1); attend Committee meeting (1.0). | 2.10 hrs. |
| 06/10/10 | D. E. DEUTSCH | Prepare outline on certain issues for today's Committee meeting (.6); participate in Committee meeting (.9); exchange e-mails on vote issue with Miriam Kulnis (.2); review and revise minutes from June 3rd Committee meeting (.4); | 2.10 hrs. |
| 06/10/10 | M. ROITMAN | Take minutes at 6/10 Committee meeting (1.0); Draft minutes of 6/10 Committee meeting (2.4) | 3.40 hrs. |
| 06/10/10 | M. A. ALPERT | Reviewed documents on Cooking Channel transaction (.7); attended portion of Committee conf. call re: Cooking Channel transaction. | 1.50 hrs. |
| 06/10/10 | R. J. GAYDA | Participate in portion of Committee call w respect to confirmation issues (.4). | 0.40 hrs. |
| 06/10/10 | H. LAMB | Prepare Committee materials for 6/10 Committee meeting. | 0.70 hrs. |
| 06/14/10 | M. ROITMAN | Draft Agenda for June 15 Committee Professionals' Conference Call (0.4) | 0.40 hrs. |
| 06/15/10 | M. ROITMAN | Attendance at Committee Professionals Conference Call (0.4); Confer with C&P team following call (0.6); Draft agenda for 6/17 Committee Meeting (0.3). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 06/15/10 | D. E. DEUTSCH | Prepare for meeting with Committee professionals (.5); participate in related meeting (.4); review and edit minutes for last Committee meeting (.4). | 1.30 hrs. |
|---|---|---|---|
| 06/15/10 | M. D. ASHLEY | Attend professionals' meeting regarding status of discovery/litigation proceedings (.4). | 0.40 hrs. |
| 06/16/10 | D. E. DEUTSCH | Exchange e-mails with Marc Ashley re: presentation for tomorrow's Committee meeting (.2). | 0.20 hrs. |
| 06/16/10 | M. ROITMAN | Revise agenda for 6/17 Committee meeting (0.3); Correspond with various Committee members regarding revised agenda (0.2) | 0.50 hrs. |
| 06/16/10 | H. SEIFE | Preparation for Committee meeting. | 1.30 hrs. |
| 06/17/10 | H. SEIFE | Prepare for Committee meeting (1.3); telephonic meeting of Committee (.9). | 2.20 hrs. |
| 06/17/10 | M. D. ASHLEY | Attended part of telephonic Committee meeting with regard to Examiner matters (.4). | 0.40 hrs. |
| 06/17/10 | M. ROITMAN | Take minutes at Committee meeting (0.7); Draft minutes of 6/17 Committee meeting (0.4) | 1.10 hrs. |
| 06/17/10 | D. E. DEUTSCH | Prepare for today's Committee meeting (.5); related meeting with Howard Seife (.3); participate in Committee meeting (.8). | 1.60 hrs. |
| 06/17/10 | J. A. STENGER | Participate in part of Committee meeting to make presentation re: FCC applications (0.6). | 0.60 hrs. |
| 06/17/10 | D. E. DEUTSCH | Call with James Stenger re: today's presentation to Committee on FCC issues (.4). | 0.40 hrs. |
| 06/17/10 | M. STRAND | Participate in conference call w/ Committee re: presentation on FCC applications (.6); call w/ D. Deutsch and J. Stenger RE: same (.3); office conference w/ J. | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

|            |                |                                                                                                                                                  |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | Stenger RE: prep for Committee call (.7).                                                                                                         |            |
| 06/19/10   | D. E. DEUTSCH  | Exchange e-mails with Marc Roitman re: Committee minutes and other Committee matters (.2).                                                        | 0.20 hrs.  |
| 06/19/10   | M. ROITMAN     | Revise minutes of 6/3 and 6/10 Committee meetings (0.7)                                                                                           | 0.70 hrs.  |
| 06/21/10   | D. E. DEUTSCH  | Edit minutes from last week's meeting (.3); review notes from last week and update agenda for tomorrow's meeting with Committee professionals (.3). | 0.60 hrs.  |
| 06/21/10   | M. ROITMAN     | Revise minutes of 6/3 and 6/10 Committee meetings (0.5); Draft email to Committee re: same (0.2); Revise minutes of 6/17 Committee meeting (1.2); Draft agenda for 6/22 Committee Professionals Conference Call (0.3) | 2.20 hrs.  |
| 06/22/10   | M. ROITMAN     | Attendance at part of Committee Professionals Conference Call (0.5); Confer with Chadbourne team after call (0.6);                                 | 1.10 hrs.  |
| 06/22/10   | D. E. DEUTSCH  | Review materials to discuss at today's Committee professional meeting (.5); participate in related meeting (.6).                                   | 1.10 hrs.  |
| 06/22/10   | H. SEIFE       | Prepare for (.5) and meeting with Committee professionals in preparation for confirmation hearing (.7).                                            | 1.20 hrs.  |
| 06/22/10   | N. T. ZINK     | Prepare for all-professional call re plan and disclosure statement issues (.2); participate on all-professional call re plan and disclosure statement issues (.7). | 0.90 hrs.  |
| 06/22/10   | M. D. ASHLEY   | Participate in professionals' call regarding status of proceedings (.6).                                                                          | 0.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| | | | |
|---|---|---|---|
| 06/22/10 | R. J. GAYDA | Committee professionals' call regarding plan and DS issues (.6); related meeting w H. Seife and D. Deutsch re same (.4). | 1.00 hrs. |
| 06/22/10 | D. M. LeMAY | Attend weekly call of Committee advisors (.4) and follow up meeting of C&P team re: action items (.8). | 1.20 hrs. |
| 06/28/10 | M. ROITMAN | Draft agenda for 6/29 Committee Professionals Conference Call (0.5) | 0.50 hrs. |
| 06/28/10 | D. E. DEUTSCH | Review materials to discuss at tomorrow's Committee professional meeting (.4); review and revise draft agenda related to same (.2). | 0.60 hrs. |
| 06/29/10 | D. E. DEUTSCH | Prepare for meeting with Committee professionals (.4); participate in related meeting (.6). | 1.00 hrs. |
| 06/29/10 | M. D. ASHLEY | Prepared for professionals' meeting regarding status of plan confirmation proceedings (.8); attended professionals' call regarding plan confirmation proceedings (.5); | 1.30 hrs. |
| 06/29/10 | M. ROITMAN | Attendance at Committee Professionals Conference Call (0.6); Confer with C&P team following call (0.5); Draft agenda for 7/1 Committee Meeting (0.4). | 1.50 hrs. |
| 06/29/10 | D. M. LeMAY | Weekly Committee professionals call (.5). Follow up meeting of C&P team (.5). | 1.00 hrs. |
| 06/29/10 | J. A. STENGER | Prepare for conference call regarding Committee response to alternative plan filings (1.0); attend conference call with Committee regarding same (0.7). | 1.70 hrs. |
| 06/29/10 | N. T. ZINK | Participate on all-professional call in preparation for confirmation hearing (.7). | 0.70 hrs. |
| 06/29/10 | H. SEIFE | Preparation for Committee meeting. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


| 06/29/10 | R. J. GAYDA | Attend Committee professionals' call (.5). | 0.60 hrs. |
| 06/30/10 | H. LAMB | Prepare materials for 7/1 Committee meeting. | 0.90 hrs. |
| 06/30/10 | M. ROITMAN | Revise agenda for 7/1 Committee Meeting (0.1); Confer with H. Lamb re: 7/1 Committee Meeting (0.2) | 0.30 hrs. |


Total Fees for **Professional Services**............. **$44,811.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 3.50 | 2992.50 |
| H. SEIFE | 965.00 | 12.00 | 11580.00 |
| M. A. ALPERT | 825.00 | 1.50 | 1237.50 |
| N. T. ZINK | 795.00 | 1.60 | 1272.00 |
| R. A. SCHWINGER | 785.00 | 1.80 | 1413.00 |
| J. A. STENGER | 495.00 | 2.30 | 1138.50 |
| M. D. ASHLEY | 645.00 | 5.40 | 3483.00 |
| D. E. DEUTSCH | 695.00 | 14.20 | 9869.00 |
| R. J. GAYDA | 595.00 | 3.90 | 2320.50 |
| H. LAMB | 270.00 | 2.30 | 621.00 |
| M. ROITMAN | 355.00 | 23.20 | 8236.00 |
| M. STRAND | 405.00 | 1.60 | 648.00 |
| TOTALS | | 73.30 | 44811.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                July 23, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page    1


                                   For Services Through June 30, 2010
Our Matter #19804.004
          CREDITOR COMMUNICATIONS


06/03/10   D. E. DEUTSCH        Exchange e-mails re: Plan and        0.20 hrs.
                                other matters with Wayne Smith
                                (.2).

06/07/10   D. E. DEUTSCH        Telephone conversation with         0.40 hrs.
                                Committee member (Gabrielle Davis)
                                (.2); exchange additional e-mails
                                with Gabrielle Davis (.2);

06/09/10   D. E. DEUTSCH        Call with creditor counsel          0.20 hrs.
                                (Michael St. James) re: general
                                case status matters (.2);

06/10/10   D. E. DEUTSCH        Call with individual Tribune        0.30 hrs.
                                claimant Carol Randall re: general
                                case matters (.3);

06/15/10   M. ROITMAN          Calls with J. Oxendine (individual   0.80 hrs.
                                creditor) re: treatment of
                                litigation claimants under Plan
                                (0.5); Review of Plan re: same
                                (0.3)

06/15/10   D. E. DEUTSCH        Call with Seneca Capital re:        0.20 hrs.
                                various case matters (.2).

06/16/10   D. E. DEUTSCH        Telephone conversation with         0.20 hrs.
                                Committee member Bill Niese re:
                                general case matters (.2).

06/17/10   H. SEIFE             Emails with counsel for retirees.   0.40 hrs.

06/17/10   M. ROITMAN          Call with R. Petcher (individual     0.20 hrs.
                                creditor) re: treatment of
                                creditors under plan (0.2)

06/21/10   D. E. DEUTSCH        Review and respond to inquiry from  0.20 hrs.
                                Guild representative (Bill
                                Salganik) (.2).

06/22/10   H. SEIFE             Review email from J.Teitlebaum      0.40 hrs.
                                regarding tax issues.

06/23/10   D. E. DEUTSCH        Review and respond to inquiry from  0.20 hrs.
                                Gabrielle Davis (Buena Vista) re:
                                bankruptcy process issue (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    2

| 06/24/10 | D. E. DEUTSCH | Review and respond to inquiry on Committee matter from counsel to co-chair (Damian Schaible) (.2). | 0.20 hrs. |
| 06/28/10 | H. SEIFE | Emails with Committee chair (W.Smith) regarding status. | 0.30 hrs. |
| 06/28/10 | M. ROITMAN | Call with J. Girardi re: classification of unsecured claim (0.3) | 0.30 hrs. |
| 06/28/10 | D. E. DEUTSCH | Call with counsel to JPMorgan (Damian Schaible) re: question on Committee's FCC submission (.3). | 0.30 hrs. |
| 06/29/10 | D. E. DEUTSCH | Call with Gabrielle Davis (Buena Vista) re: plan confirmation process (.3). | 0.30 hrs. |

**Total Fees for Professional Services..............  $3,399.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 1.10 | 1061.50 |
| D. E. DEUTSCH | 695.00 | 2.70 | 1876.50 |
| M. ROITMAN | 355.00 | 1.30 | 461.50 |
| TOTALS | | 5.10 | 3399.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

For Services Through June 30, 2010

Our Matter #19804.007
            BUSINESS OPERATIONS

| | | | |
|---|---|---|---|
| 06/01/10 | M. A. ALPERT | Reviewed documents re: Food Network transaction (1.7). | 1.70 hrs. |
| 06/01/10 | H. SEIFE | Review of emails/drafts regarding Cooking Channel transaction. | 0.90 hrs. |
| 06/01/10 | D. E. DEUTSCH | Call with Marc Alpert and Ashish Ajmera re: Cooking Channel issues (.3); review related e-mails (.2). | 0.50 hrs. |
| 06/02/10 | D. E. DEUTSCH | Review materials on Cooking Channel transaction (.1); e-mail Marc Alpert on same (.1); discuss drafting Committee memorandum on Cooking Channel with Ben Carson (.2); review draft memorandum (.3). | 0.70 hrs. |
| 06/02/10 | M. A. ALPERT | Reviewed documents re: Food Network transaction (1.2); conference with B.Carson re: same (.6). | 1.80 hrs. |
| 06/02/10 | B. G. CARSON | Draft memorandum summarizing status of negotiations re: The Cooking Channel and terms of waiver letter agreement  (2.2); discuss, review and revise same with M. Alpert (.6). | 2.80 hrs. |
| 06/02/10 | M. ROITMAN | Draft email to Committee re: update on launch of Cooking Channel (0.3); | 0.30 hrs. |
| 06/03/10 | H. SEIFE | Review of Moelis weekly report (.3) review of AlixPartners weekly status report (.3). | 0.60 hrs. |
| 06/07/10 | M. A. ALPERT | Confs. with B.Carson re: Food Network transaction (.2). | 0.20 hrs. |
| 06/09/10 | M. A. ALPERT | Confs. with Moelis and MWE re: Cooking Channel transaction (.5); reviewed documents re: same (.6). | 1.10 hrs. |
| 06/09/10 | D. E. DEUTSCH | Call with Marc Alpert re: Food Network transaction (.1); exchange e-mails with Marc Alpert re: bankruptcy provisions in Food Network transaction documents (.2); | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2

| | | | |
|---|---|---|---|
| 06/09/10 | H. SEIFE | Conference call with M.Alpert and Ashish (Moelis) regarding Cooking Channel transaction (.8) review of AlixPartners weekly report (.4). | 1.20 hrs. |
| 06/10/10 | B. G. CARSON | Review draft LLC agreement for Food Network, LLC and compare to chart of negotiated provisions. | 3.10 hrs. |
| 06/11/10 | B. G. CARSON | Review draft LLC agreement for Food Network, LLC and compare to chart of negotiated provisions. | 2.90 hrs. |
| 06/11/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 2.20 hrs. |
| 06/14/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 4.30 hrs. |
| 06/14/10 | B. G. CARSON | Review draft LLC agreement for Food Network, LLC and compare to chart of negotiated provisions. | 1.20 hrs. |
| 06/15/10 | B. SCHUBECK | Research for J. Stenger on four FCC briefs re Tribune ( GTWN Final Petition to Deny Tribune, Neil Ellis, Teamsters Petition to Deny and Wilmington Trust Petition). | 2.80 hrs. |
| 06/15/10 | H. SEIFE | Review of WTC objection to FCC application (.9); review of additional objections to same (1.2); review memo summary regarding FCC objections (.8). | 2.90 hrs. |
| 06/15/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 3.30 hrs. |
| 06/15/10 | D. E. DEUTSCH | Review articles on FCC objection filing (.2); e-mail James Stenger re: drafting memo to Committee on same and additional next steps (.3); e-mail Marc Alpert re: status of Food Network matter (.1); preliminary review of petitions to deny FCC applications (.5); exchange e-mails with James Stenger re: same (.2); review outline of presentation on FCC issues for Committee (.3). | 1.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

| | | | |
|---|---|---|---|
| 06/15/10 | J. A. STENGER | Telephone conference with Debtors' counsel (.4) and office correspondence with D. Deutsch (.4) regarding petitions to deny Tribune FCC applications; review same (2.6); prepare draft memorandum to Committee regarding same (2.8). | 6.20 hrs. |
| 06/16/10 | J. A. STENGER | Office conference with M. Strand (0.7); research regarding four petitions to deny Tribune FCC applications (3.4); prepare draft memorandum to Committee regarding same (2.6). | 6.70 hrs. |
| 06/16/10 | D. E. DEUTSCH | Review FCC application objections (1.7); review weekly AlixPartners' business operations report (.2); edit draft memorandum to client on FCC matters (1.4). | 3.30 hrs. |
| 06/16/10 | M. STRAND | Draft summaries of petitions to deny Tribune FCC applications (2.7); office conferences and calls w/ J. Stenger RE: same (.8); review and revise Committee memo (1.7); emails with J.Stenger and D.Deutsch re: same (.3). | 5.50 hrs. |
| 06/16/10 | B. G. CARSON | Review revised draft of Food Network LLC agreement (2.4); meeting to discuss comments with M. Alpert (.5). | 2.90 hrs. |
| 06/16/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (3.2); confs. B. Carson re: same (.6). | 3.80 hrs. |
| 06/16/10 | M. ROITMAN | Revise memo re: update regarding petitions to deny Tribune FCC Applications (0.9); Call with J. Stenger re: same (0.1). | 1.00 hrs. |
| 06/16/10 | H. SEIFE | Review of diligence update (.8). | 0.80 hrs. |
| 06/17/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (1.8); confs. with B.Carson re: same (.4). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4

| | | | |
|---|---|---|---|
| 06/17/10 | M. ROITMAN | Revise memo re: Petitions to Deny Debtors' FCC Applications (0.8); Draft email to Committee re: same (0.2); | 1.00 hrs. |
| 06/17/10 | M. STRAND | Review memo to Committee re: FCC applications (.8). | 0.80 hrs. |
| 06/17/10 | D. E. DEUTSCH | Review and revise lengthy memorandum to Committee on FCC issues (1.9). | 1.90 hrs. |
| 06/17/10 | J. A. STENGER | Revise memorandum to Committee regarding FCC applications and petitions to deny (1.6); office conference with D. Deutsch and M. Strand regarding same (0.5); office conference with M. Strand regarding preparation of memorandum to Committee in support (0.6) and conference with D. Deutsch regarding same (0.4); research regarding same (3.4). | 6.50 hrs. |
| 06/18/10 | J. A. STENGER | Research regarding preparation of Committee memorandum in support of debtor opposition to petitions to deny, including FCC handling of petitions and bankruptcy cases. | 6.90 hrs. |
| 06/18/10 | D. E. DEUTSCH | Exchange e-mails with Marc Alpert re: next steps with Food Network transaction (.2). | 0.20 hrs. |
| 06/18/10 | M. STRAND | Office conferences w/ J. Stenger RE: Committee memo in support of Debtors (.2); draft memo for FCC filing (2.1); email/call w/ M. Roitman RE: committee background materials (.3). | 2.60 hrs. |
| 06/18/10 | B. G. CARSON | Conference call with A. Whiteway (McDermott Will & Emery) to discuss comments on draft Food Network LLC agreement. | 0.50 hrs. |
| 06/18/10 | M. ROITMAN | Correspond with M. Strand re: insert for Committee FCC filing (0.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5

| | | | |
|---|---|---|---|
| 06/18/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (.8); confs. re: same (.5). | 1.30 hrs. |
| 06/19/10 | M. STRAND | Work on Committee's memorandum in support of Debtor's opposition to petitions to deny (1), legal research RE: same (.9).  Review of petitions to deny (.7). | 2.60 hrs. |
| 06/19/10 | J. A. STENGER | Research regarding case law cited in WTC, Ellis and Teamsters petitions. | 6.50 hrs. |
| 06/20/10 | J. A. STENGER | Research regarding case law cited in Petitioner MAP brief. | 6.50 hrs. |
| 06/21/10 | J. A. STENGER | Prepare draft of Committee FCC Memorandum, sections dealing with standing, standard of review and Chicago NBCO waiver. | 8.50 hrs. |
| 06/21/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (3.1); emails with D.Deutsch re: same (.3). | 3.40 hrs. |
| 06/21/10 | B. G. CARSON | Meeting with M. Alpert to discuss comments on draft LLC agreement for Food Network. | 1.00 hrs. |
| 06/21/10 | M. STRAND | Calls w/ J. Stenger RE: Tribune brief in support of Debtors's opposition (.5), review and revise brief (4.8), research RE: same (.8). | 6.10 hrs. |
| 06/21/10 | D. E. DEUTSCH | Review, research and respond to inquiry from James Stenger re: intersection of FCC law and bankruptcy law with respect to specific issue raised by Wilmington Trust objection (1.7); exchange e-mails with James Stenger re: next steps on Committee FCC filing (.2). | 1.90 hrs. |
| 06/22/10 | D. E. DEUTSCH | Review e-mails re: Food Networks transaction updates (.2); review initial draft of FCC statement in support and edit parts of same (1.8). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            July 23, 2010
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page    6

| | | | |
|---|---|---|---|
| 06/22/10 | M. STRAND | Calls and office conferences w/ J. Stenger RE: brief in support of Debtors' opposition and legal research (1.1); review and revise brief (5.9); emails w/ J. Stenger RE: same (.5). | 7.50 hrs. |
| 06/22/10 | J. A. STENGER | Prepare Tribune FCC brief (2.4); NBCO waiver sections (1.3) and review draft of certain other sections (1.8); research regarding same (1.5). | 7.00 hrs. |
| 06/22/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 1.30 hrs. |
| 06/23/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (1.4). | 1.40 hrs. |
| 06/23/10 | J. A. STENGER | Review office correspondence from D. Deutsch regarding revisions to Tribune FCC memo (0.2) and office conference M. Strand regarding same (0.7); revise Tribune FCC brief (2.6); office conference M. Strand (.3) and office correspondence with M. Roitman and D. Deutsch (.4) regarding further revisions (0.7); further revisions to draft FCC brief, sections of Class B shares and warrants and ownership attribution (3.2). | 8.10 hrs. |
| 06/23/10 | M. STRAND | Review email from D. Deutsch RE: edits to brief (.2); revise memo (2.1); office conferences w/ J. Stenger RE: same (.9); calls w/ M. Roitman RE: same (.3). | 3.50 hrs. |
| 06/23/10 | H. SEIFE | Review of Alix weekly report. | 0.40 hrs. |
| 06/23/10 | D. E. DEUTSCH | Review complete draft filing for FCC and mark-up same (1.2); draft memorandum to James Stenger and Marc Roitman outlining proposed inserts for FCC filing (.6); exchange e-mails on FCC next steps with James Stenger (.3); draft insert for FCC statement in support (1.4); review revised FCC filing and draft further edits to same (1.1). | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page     7

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/23/10 | M. ROITMAN | Research for FCC Brief re: fiduciary duties of Committee (0.7); Draft insert for FCC Brief re: description of the Committee (1.1); Revise specific parts of Committee's FCC Brief per D.Deutsch (4.7); Correspond with D. Deutsch and J. Stenger re: same (0.5); Research re: related transaction timeline (1.0); Correspond with D. Deutsch re: same (0.2). | 8.20 hrs. |
| 06/24/10 | M. ROITMAN | Correspond with J. Stenger re: FCC Brief (0.1); Revise FCC Brief (0.2); Confer with D. LeMay re: same (0.1); Call with M. Strand re: same (0.1) | 0.50 hrs. |
| 06/24/10 | D. E. DEUTSCH | Exchange multiple e-mails with James Stenger and Marc Roitman re: memorandum to Committee on FCC application issues (.5). | 0.50 hrs. |
| 06/24/10 | M. STRAND | Calls w/ M. Roitman (.2) and J. Stenger (.2) RE: status of brief and revisions. | 0.40 hrs. |
| 06/24/10 | J. A. STENGER | Office correspondence with M. Roitman (.2) regarding revisions to Tribune brief and further minor revisions to same (2.6). | 2.80 hrs. |
| 06/25/10 | M. A. ALPERT | Reviewed new major issues chart for Food Network transaction. | 0.70 hrs. |
| 06/25/10 | M. STRAND | Email RE: draft of brief circulated to the Committee (.1) and review of the draft brief (.5). | 0.60 hrs. |
| 06/25/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: memorandum to Committee on FCC next steps (.2). | 0.20 hrs. |
| 06/25/10 | M. ROITMAN | Confer with D. LeMay re: FCC Brief (0.1); Correspond with D. Deutsch re: same (0.1); Draft email to Committee re: same (0.4) | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    8

| 06/27/10 | M. ROITMAN | Revise FCC Brief (0.3); Correspond with D. Deutsch re: same (0.1) | 0.40 hrs. |
|---|---|---|---|
| 06/27/10 | J. A. STENGER | Review FCC brief and revise same and office correspondenc regarding revisions. | 1.20 hrs. |
| 06/27/10 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: next steps on FCC filing (.2); review FCC related e-mail from James Stenger (.2). | 0.40 hrs. |
| 06/28/10 | M. ROITMAN | Review revisions to FCC Brief (0.2); Call with M. Strand re: same (0.1); | 0.30 hrs. |
| 06/28/10 | M. STRAND | Call with J. Stenger RE: Committee filing and proposed alternative trust mechanism (.4); review and revise Committee filing (1.9); follow-up with J. Stenger and M. Roitman RE: same (.4); legal research RE: trust mechanism (1.2). | 3.90 hrs. |
| 06/28/10 | M. A. ALPERT | Reviewed LLC agreement related to Food Network transaction. | 1.20 hrs. |
| 06/28/10 | J. A. STENGER | Office correspondence D. LeMay and M. Strand regarding preparation of response to alternate plan (0.5); research regarding same (2.3); office corresp with M.Strand and M.Roitman re finalizing memorandum in support of FCC opposition of Trubune DIP (0.7). | 3.50 hrs. |
| 06/29/10 | M. A. ALPERT | Reviewed LLC agreement related to Food Network transaction. | 0.70 hrs. |
| 06/29/10 | M. STRAND | Review and revise Committee FCC filing (1.7); finalize and file same (1.1); emails w/ J. Stenger, M. Roitman and D. Deutsch RE: same (.6). | 3.40 hrs. |
| 06/29/10 | M. ROITMAN | Correspond with M. Strand re: FCC Brief (0.2) | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9


| 06/29/10 | D. E. DEUTSCH | Review revised version of FCC statement in support (.3); e-mail Megan Strand re: filing of same (.1); review revised draft of analysis for Committee on motion to assume television agreement and edit same (.3). | 0.70 hrs. |
|----------|---------------|---|-----------|
| 06/30/10 | D. E. DEUTSCH | Review initial analysis on FCC responses filed by Debtors and JPMorgan (.4); review one of underlying replies to prepare for tomorrow's meeting with Committee (.3). | 0.70 hrs. |
| 06/30/10 | M. ROITMAN | Call with R. Gayda re: Wilmington Trust Petition to Deny Debtors' FCC Applications (0.1) | 0.10 hrs. |
| 06/30/10 | M. STRAND | Review and summarize Tribune DIP and JPM filings in opposition to petitions to deny (5.9); emails w/ D. Deutsch (.4) and w/ J. Stenger (.9) RE: same; prepare email courtesy copies of Committee filing (1.2). | 8.40 hrs. |
| 06/30/10 | J. A. STENGER | Office correspondence with M. Strand and D. Deutsch regarding Tribune and JPM Oppositions to Petitions to Deny in FCC case (0.8); review Oppositions and revise summary of same (2.4). | 3.20 hrs. |


**Total Fees for Professional Services..............  $112,082.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H.  SEIFE | 965.00 | 6.80 | 6562.00 |
| M.  A.  ALPERT | 825.00 | 30.60 | 25245.00 |
| J.  A.  STENGER | 495.00 | 73.60 | 36432.00 |
| B.  G.  CARSON | 475.00 | 14.40 | 6840.00 |
| D.  E.  DEUTSCH | 695.00 | 19.50 | 13552.50 |
| B.  SCHUBECK | 200.00 | 2.80 | 560.00 |
| M.  ROITMAN | 355.00 | 12.80 | 4544.00 |
| M.  STRAND | 405.00 | 45.30 | 18346.50 |
| TOTALS | | 205.80 | 112082.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1
```

For Services Through June 30, 2010

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


| 06/07/10 | M. ROITMAN | Review stipulation re: minimum wage class certification motion (0.2) and email to D. Deutsch re: same (0.1). | 0.30 hrs. |
|---|---|---|---|
| 06/07/10 | D. E. DEUTSCH | Follow-up e-mail to Christy Rivera on Morgan Stanley settlement status (.2); | 0.20 hrs. |
| 06/08/10 | C. L. RIVERA | Review ISDA settlement with Morgan Stanley (0,9); confer with D. Deutsch re: same (0.2); call to M. Hankin re: same (0.1). | 1.20 hrs. |
| 06/09/10 | C. L. RIVERA | Telephone conversation and correspondence with M. Hankin re: terms of settlement with Morgan Stanley (0.4); research/analysis re: issues raised on engagement dispute, release issue (0.6); confer with D. Deutsch re: status (0.1); drafting summary/analysis of same (0.8). | 1.90 hrs. |
| 06/10/10 | C. L. RIVERA | Telephone conversation with M. Hankin re: settlement questions (0.2); analysis of safe harbor/section 553 issues (0.7); confer with D. LeMay re: same (0.3); drafting summary/analysis of settlement (1.5). | 2.70 hrs. |
| 06/10/10 | D. E. DEUTSCH | Review memorandum on settlement with Morgan Stanley re: Swap and other relationships and related underlying agreement (.7); edit related memorandum (.5); | 1.20 hrs. |
| 06/14/10 | C. L. RIVERA | Finalize memo re: Morgan Stanley settlement and review related motion (0.6); confer with Y. Yoo re: notice to committee (0.2); correspondence with D. Deutsch re: same (0.2). | 1.00 hrs. |
| 06/14/10 | M. ROITMAN | Review memo re: Morgan Stanley Settlement (0.4); Draft cover note to Committee re: same (0.4) | 0.80 hrs. |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/15/10 | M. ROITMAN | Review of Neuman Claim Settlement (0.5); Call with A. Triggs (Sidley) re: same (0.1); Correspond with D. Deutsch re: same (0.2) | 0.80 hrs. |
| 06/16/10 | M. ROITMAN | Call with K. Kansa and A. Triggs (Sidley) re: Neuman Claim Settlement (0.2); Confer with D. Deutsch re: same (0.2); Correspond with A. Leung re: same (0.3); Call with A. Triggs re: same (0.1). | 0.80 hrs. |
| 06/16/10 | A. HANESSIAN | Review case docket for certain claim pleadings for attorney review. | 0.30 hrs. |
| 06/16/10 | C. L. RIVERA | Correspondence with M. Hankin re: proposed Morgan Stanley settlement. | 0.10 hrs. |
| 06/18/10 | M. ROITMAN | Call with A. Triggs (Sidley) re: Neuman Claim Settlement (0.1); | 0.10 hrs. |
| 06/18/10 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry re: Neuman claim settlement (.3); e-mail Marc Roitman re: same (.1). | 0.40 hrs. |
| 06/21/10 | C. L. RIVERA | Correspondence with M. Hankin re: status of Morgan Stanley stipulation. | 0.10 hrs. |
| 06/22/10 | D. E. DEUTSCH | Review e-mails from Marc Roitman re: various claims issues (.2); review proposal from Bridge Lenders re: next steps on addressing claim objections (.3). | 0.50 hrs. |
| 06/22/10 | R. J. GAYDA | Review motion of Wells Fargo to establish procedures regarding allowance of claims (.6); research re same (.3). | 0.90 hrs. |
| 06/25/10 | F. VAZQUEZ | Review bridge lender's motion (.7); outline response to bridge lender's motion (.4). | 1.10 hrs. |
| 06/25/10 | M. ROITMAN | Review Debtors' 32nd Omnibus Claims Objection (0.2); Meet with C. Miller re: same (0.2) | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 06/25/10 | C. MILLER | Meet with M. Roitman re: omnibus objection to claims (.3); reviewed Omnibus Objection to Claims in preparaton for drafting new memo to clients (.9). | 1.20 hrs. |
| 06/25/10 | C. MILLER | Met w/ Marc Roitman re: new assignment | 0.00 hrs. |
| 06/25/10 | N. T. ZINK | Review Wells Fargo motion for allowance of Bridge Loan claims (1.0); review debtors' plan treatment of Bridge Loan claims (.2); conference with F. Vazquez re preparation of committee paper in opposition to Wells Fargo motion (.3). | 1.50 hrs. |
| 06/27/10 | M. ROITMAN | Review Wilmington Trust Motion to Approve Estimation and Temporary Allowance of Claims (0.3) | 0.30 hrs. |
| 06/28/10 | H. SEIFE | Review of Wells Fargo claim motion (.8); review of Wilmington Turst claims motion (.7); conference with T.Zink regarding response to motions and various other matters (.5). | 2.00 hrs. |
| 06/28/10 | F. VAZQUEZ | Conf w/Zink re Bridge Agent's motion (.3); review Wilmington Trust's motion (.6); conf w/Daucher re subordination clause in PHONES indenture (.1); review and revise outline of issues re Wilmington Trust motion (.8); draft summary of Wilmington Trust and Bridge Agent's motion (1.4); draft notes on response to Bridge Agent's motion (2.5); conf w/Daucher and Deutsch re response to Wilmington Trust and Bridge Agent's motion (.6); email to Landis re Wells Fargo motion (.1); review and revise objection to Wilmington Trust motion (.5). | 6.90 hrs. |
| 06/28/10 | C. MILLER | Drafted memo to clients re: 32nd Omnibus Objection to Claims | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    4

| 06/28/10 | M. ROITMAN | Review memo re: Debtors' 32nd Omnibus Claims Objection (0.7); Correspond with C. Miller re: same (0.2); Revise memo re: same (0.3); Correspond with D. Deutsch re: same (0.1); Draft email to Committee re: same (0.2) | 1.50 hrs. |
|---|---|---|---|
| 06/28/10 | D. E. DEUTSCH | Initial review of Wilmington Trust motion re: estimation of claim (.4); discussion with Eric Daucher and Frank Vazquez re: initial research and analysis of same and other motion (.5). | 0.90 hrs. |
| 06/28/10 | E. DAUCHER | Research and drafting of objection to Wilmington Trust's motion for estimate and temporary allowance of claims. | 7.60 hrs. |
| 06/28/10 | N. T. ZINK | Review Wells Fargo motion for allowance of bridge lender claims and draft outline of committee response (.6); conference with F. Vazquez re Wells Fargo motion and Wilmington Trust motion for estimation and temporary allowance for plan voting purposes (.3). | 0.90 hrs. |
| 06/28/10 | M. ROITMAN | Correspond with C&P team re: status of various claim objections (.4); correspond with J. Sottile re: same (0.1). | 0.50 hrs. |
| 06/28/10 | M. D. ASHLEY | Reviewed Wilmington Trust's motion for allowance of claims (.3); reviewed order granting Credit Agreement Lenders' motion to compel (.2). | 0.50 hrs. |
| 06/29/10 | F. VAZQUEZ | Conf w/Daucher and Landis re response to Bridge Agent's motion (.1); conf w/Daucher re revisions to Wilmington Trust motion (1.3); review and revise response to Wilmington Trust motion (.2); confs w/Daucher re confirmation objections and Bridge Agent's motion (.5); review and revise response to Bridge Agent's motion (3.8); review summary of Bridge Agent and Wilmington Trust's | 6.00 hrs. |

|            |                |                                                                                                                                                                                                                                                                    |           |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | motion (.1).                                                                                                                                                                                                                                                        |           |
| 06/29/10   | E. DAUCHER     | Revise objection to Wilmington Trust's motion for estimate per D. Deutsch's comments.                                                                                                                                                                               | 2.70 hrs. |
| 06/29/10   | E. DAUCHER     | Draft objection to Wells Fargo's motion for a hearing re: Bridge Agent claims at confirmation.                                                                                                                                                                      | 5.80 hrs. |
| 06/29/10   | D. E. DEUTSCH  | Review draft objection to Wilmington Trust motion for temporary allowance of claim (.6); edit memorandum to Committee on omnibus objection (.4); meeting with Eric Daucher to discuss same (.5); call with Debbie at Akin Gump re: approach to Wells Fargo motion (.2). | 1.70 hrs. |
| 06/29/10   | J. SCHENCK     | Researching cases supporting opposition to certain issues in Wells Fargo's claim motion.                                                                                                                                                                            | 3.90 hrs. |
| 06/29/10   | H. SEIFE       | Review materials in response to Wells Fargo and WTC claim motions.                                                                                                                                                                                                  | 1.10 hrs. |
| 06/30/10   | J. SCHENCK     | Researching cases supporting certain issues for opposition to Wells Fargo's claim motion.                                                                                                                                                                           | 2.10 hrs. |
| 06/30/10   | D. E. DEUTSCH  | Discuss issue in Wilmington Trust objection with Eric Daucher (.3); draft insert for objection to Wilmington Trust motion for estimations (3.1); review related case materials (.7).                                                                                 | 4.10 hrs. |
| 06/30/10   | E. DAUCHER     | Revise Committee's objection to Wells Fargo's Procedures motion.                                                                                                                                                                                                    | 3.40 hrs. |
| 06/30/10   | E. DAUCHER     | Revise Committee's objection to Wilmington Trust's motion for claims estimation.                                                                                                                                                                                    | 4.40 hrs. |
| 06/30/10   | F. VAZQUEZ     | Review and revise response to Bridge Agent's motion (1.5); review and revise response to Wilmington Trust's motion (.7); review Travelers and Global cases (.5); research modification of Plan and objection to claims                                               | 4.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    6


issues (1.2); conf w/Deutsch and
Daucher re post-petition fees for
unsecured creditors (.1); Review
email from Landis re claims
objection points (.2); email
to/from Landis re Delaware law
issue related to fees (.2).


**Total Fees for Professional Services.............. $41,055.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 3.10 | 2991.50 |
| N. T. ZINK | 795.00 | 2.40 | 1908.00 |
| M. D. ASHLEY | 645.00 | .50 | 322.50 |
| D. E. DEUTSCH | 695.00 | 9.00 | 6255.00 |
| F. VAZQUEZ | 625.00 | 18.40 | 11500.00 |
| A. HANESSIAN | 185.00 | .30 | 55.50 |
| C. L. RIVERA | 625.00 | 7.00 | 4375.00 |
| E. DAUCHER | 355.00 | 23.90 | 8484.50 |
| R. J. GAYDA | 595.00 | .90 | 535.50 |
| C. MILLER | 250.00 | 4.70 | 1175.00 |
| J. SCHENCK | 250.00 | 6.00 | 1500.00 |
| M. ROITMAN | 355.00 | 5.50 | 1952.50 |
| TOTALS | | 81.70 | 41055.00 |