TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                              For Services Through June 30, 2010
   Our Matter #19804.010
              FEE/RETENTION APPLICATIONS


06/01/10   D. E. DEUTSCH      Review last week's ordinary course      0.20 hrs.
                             professional report (.2).

06/01/10   M. ROITMAN         Revise ordinary course professinal      0.10 hrs.
                             Chart (0.1)

06/02/10   H. LAMB            Comprehensive review of billing         3.80 hrs.
                             proformas/daily time detail in
                             preparation of May fee application.

06/04/10   H. LAMB            Further review of billing               4.20 hrs.
                             proformas/daily time detail in
                             preparation of May fee application.

06/04/10   D. E. DEUTSCH      Review ordinary course                  0.20 hrs.
                             professional report (.2).

06/04/10   M. ROITMAN         Review affidavit of ordinary            0.20 hrs.
                             course professional Greer Burns &
                             Crain, Ltd (0.1); Revise ordinary
                             course professinal chart (0.1)

06/08/10   H. LAMB            Review expenses incurred during         3.50 hrs.
                             May fee period (.9); follow-up on
                             certain items (.8); begin
                             preparation of May fee application
                             (1.8).

06/09/10   A. HANESSIAN       Assisting in preparation of fee         0.00 hrs.
                             application

06/10/10   D. E. DEUTSCH      E-mail Damian Schaible re: senior       0.20 hrs.
                             lender fee schedule (.2);

06/15/10   D. E. DEUTSCH      Review and respond to inquiry on        0.10 hrs.
                             fee application from Fran Panchak
                             (.1).

06/16/10   H. LAMB            Further preparation of May fee          1.70 hrs.
                             application.

06/18/10   M. ROITMAN         Review filings related to Ordinary      0.20 hrs.
                             Course Professionals and revise
                             chart (0.2)

06/18/10   D. E. DEUTSCH      Work on reviewing and revising          1.90 hrs.
                             Chadbourne May time proformas
                             (1.9).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| | | | |
|---|---|---|---|
| 06/19/10 | D. E. DEUTSCH | Continue review and editing of Chadbourne May pro formas (4.1). | 4.10 hrs. |
| 06/20/10 | H. LAMB | Further Preparation of monthly fee application. | 1.40 hrs. |
| 06/21/10 | M. ROITMAN | Review supplemental list of ordinary course professionals. | 0.20 hrs. |
| 06/22/10 | H. LAMB | Finalize draft of fee application. | 1.40 hrs. |
| 06/22/10 | D. E. DEUTSCH | Review weekly ordinary course professional report (.2); e-mail Marc Roitman re: questions on same (.1); review and respond to inquiry from counsel to JPM (Damian Schaible) re: fee summaries (.2); review fee application narratives and edit same (1.0); review draft chart from JPM re: fee summaries (.1); e-mail Marc Roitman re: required analysis on same for Committee (.2). | 1.80 hrs. |
| 06/24/10 | D. BAVA | Review of fee applications filed for the interim period ended 2/28/2010 (2.40); draft fee summary chart for Committee re: interim fees for the period ended 2/28/2010 (.90). | 3.30 hrs. |
| 06/24/10 | M. ROITMAN | Confer with D. Bava re: Senior Lender Professional Fees (0.1); Correspond with A. Hanessian re: May ordinary course professional Report (0.1). | 0.20 hrs. |
| 06/25/10 | M. ROITMAN | Confer with D. Bava re: Fifth Quarterly Fee Summary (0.2); Confer with A. Hanessian re: May ordinary course professional report (0.1); Review filings related to ordinary course professionals and revise chart (0.5). | 0.80 hrs. |
| 06/25/10 | A. HANESSIAN | Updating ordinary course professional chart | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| 06/25/10 | D. BAVA | Revise draft fee summary chart re: missing fee data (2.40). | 2.40 hrs. |
|----------|---------|------------------------------------------------------------|-----------|
| 06/28/10 | M. ROITMAN | Correspond with D. Deutsch re: Levine Sullivan application for compensation (0.1) | 0.10 hrs. |
| 06/29/10 | M. ROITMAN | Confer with D. Deutsch re: Fifth Quarterly Fee Summary (0.1); Review docket re: fifth quarterly fee application of Cole Schotz (0.2) | 0.30 hrs. |
| 06/29/10 | D. E. DEUTSCH | Review draft analysis for Committee of all quarterly professional fee applications (.4) and discuss two issues therein with Marc Roitman (.2); review weekly ordinary course professional report (.2); draft memorandum to Chadbourne team re: fee matter (.5). | 1.30 hrs. |
| 06/30/10 | M. ROITMAN | Correspond with H. Seife, D. LeMay, D. Deutsch re: Fifth Quarterly Fee Summary (0.1) | 0.00 hrs. |
| 06/30/10 | D. BAVA | Revise 5th Quarterly Fee Summary (.40). | 0.40 hrs. |

**Total Fees for Professional Services.............   $13,727.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4
```

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 9.80 | 6811.00 |
| A. HANESSIAN | 185.00 | 1.10 | 203.50 |
| D. BAVA | 270.00 | 6.10 | 1647.00 |
| H. LAMB | 270.00 | 16.00 | 4320.00 |
| M. ROITMAN | 355.00 | 2.10 | 745.50 |
| TOTALS | | 35.10 | 13727.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through June 30, 2010

Our Matter #19804.011
          PLAN AND DISCLOSURE STATEMENT


| Date | Name | Description | Hours |
|---|---|---|---|
| 06/01/10 | M. ROITMAN | Correspond with B. Betheil re:tax related revisions to Plan and DS (0.1); Revise insert for Committee Plan Support Letter (1.1); Correspond with D. Deutsch and R. Gayda re: same (0.5); Draft email to Debtors' counsel re: same (0.2). | 1.90 hrs. |
| 06/01/10 | R. J. GAYDA | Review and revise Committee Plan Support Letter (1.8); email correspondence w Debtors re same (.3); discuss same w M. Roitman and D. Deutsch (.5); review revised solicitation materials (.7); review case docket (.1); review sidebar conference transcript from 5/28 hearing (.2); review revised DS and Plan re release issues relating to objection of Bridge Lenders (1.3). | 4.90 hrs. |
| 06/01/10 | D. E. DEUTSCH | Exchange e-mails with Robert Gayda re: support letter and various other Disclosure Statement issues (.3); review revised support letter (.2). | 0.50 hrs. |
| 06/01/10 | H. SEIFE | Review and revised Committee support letter (1.2); review of revised plan and disclosure statement (2.4). | 3.60 hrs. |
| 06/02/10 | D. E. DEUTSCH | Review parts of revised Committee support letter (.3); e-mail Marc Roitman re: changes to same (.1); exchange e-mails with Janet Henderson re: objection to Disclosure Statement (.1); exchange e-mails with Kerriann Mills (Sidley) re: Disclosure Statement materials (.3); discuss same with Robert Gayda (.2); review revised Disclosure Statement materials (.6); e-mails with Marc Roitman re: Disclosure Statement exhibits (.2); review outline on plan issues for tomorrow's presentation to Committee (.4); call with Janet | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

|            |             | Henderson re: exhibits for Disclosure Statement (.2); related call with Bryan Krakauer (.2). | |
|------------|-------------|---|---|
| 06/02/10   | R. J. GAYDA | Review case docket (.2); review main case 5/28 transcript (1.2); review memorandum of Landis, Rath & Cobb re solicitation materials and voting procedures (.8); compare Tribune voting procedures to past Judge Carey cases (.4); detailed review of Wells Fargo second supplemental objection (1.7); related review of Plan and DS (.5); meeting w H. Seife and D. Deutsch re disclosure statement issues to address at 6/3 Committee meeting (.4); draft bullet point summary of 5/28 hearing, Wells Fargo Objection and solicitation procedures for 6/3 Committee meeting (1.8); email correspondence w Debtors re Committee Plan Support Letter (.6); review Debtors' draft response to Wells Fargo objection (.4). | 8.00 hrs. |
| 06/02/10   | M. ROITMAN  | Revise Committee Plan Support Letter (0.3); Correspond with R. Gayda re: same (0.2); Draft email to Debtors' counsel re: same (0.1); Revise memo to H. Seife and D. Deutsch re: Disclosure Statement issues (1.1). | 1.70 hrs. |
| 06/03/10   | M. ROITMAN  | Review parts of May 20th and May 28th Disclosure Statement Hearing transcripts re: specific ruling on Committee Plan Support Letter (0.4); Correspond with R. Gayda re: same (0.3); Revise memo to H. Seife and D. Deutsch re: Disclosure Statement Status (0.2); Correspond with R. Gayda re: same (0.1); Review Agenda for June 4th Hearing (0.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 06/03/10 | R. J. GAYDA | Review hearing transcripts re inclusion of letter in submission compendium (1.3); email correspondence w D. Deutsch re same (.4); draft summary of Debtors' response to Wells Fargo objection (.8); review and revise summary of DS and Plan for Committee meeting (.6); review solicitation motion with respect to solicitation packages (.5); email correspondence w H. Seife and D. Deutsch re same (.4); email correspondence w Debtors re same (.3); review case docket for new disclosure statement and related filings (.2); email correspondence w H. Seife, D. Deutsch and A. Landis re notice of submission of letter to court (.4); preparation for 6/4 hearing (1.1). | 6.00 hrs. |
| 06/03/10 | D. E. DEUTSCH | Exchange e-mails with Robert Gayda re: Plan/DS issues (.2); discuss Disclosure Statement issues to address at today's Committee meeting with Robert Gayda (.3); telephone conversation with Janet Henderson re: distribution of Committee support letter and address related issues (.3); e-mail (.1) and conference with Howard Seife to discuss same (.2); call with Bryan Krakauer re: resolution of same (.2); call with Janet Henderson re: filing of compendium and Committee support letter (.3); e-mails with Howard Seife re: same (.1). | 1.70 hrs. |
| 06/04/10 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire re: filing of Committee Support letter with court and today's hearing matters (.3); e-mail Marc Roitman re: additional analysis/information needed for today's court hearing on Disclosure Statement (.2); discuss today's hearing with Howard Seife (.2); calls (.2) and e-mails with Janet Henderson re: filing of compendium and committee support | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

|            |              | letter (.2); exchange additional e-mails with Kate Stickles and Matt McGuire re: final edits and filing of compendium and committee support letter (.3). | |
|------------|--------------|------------|------------|
| 06/04/10   | H. SEIFE     | Review of revisions to disclosure statement and objections (1.6) preparation for telephonic court hearing (1.2); hearing before Judge Carey (1.0). | 3.80 hrs. |
| 06/04/10   | R. J. GAYDA  | Detailed review of Wells Fargo issues from multiple court submissions and create related summary (2.1); review transcripts of 5/20 and 5/28 hearing to prepare arguments re length and procedure related to Committee submission (1.4); discuss hearing w D. Deutsch (.3); prepare for (.6) and participate in DS hearing (1.0); discuss hearing summary memorandum w M. Roitman (.2); review and revise summary (.5); review revised DS and compare to Debtors' suggested changes (1.1); review case docket (.1). | 7.30 hrs. |
| 06/04/10   | M. ROITMAN   | Review revised Disclosure Statement and Objections/Responses (0.8); participate in 6/4 Disclosure Statement Hearing (0.9); Draft memorandum to Committee re: report on today's DS hearing (1.4); Correspond with R. Gayda re: same (0.1); Meet with D. Deutsch re: same (0.2). | 3.40 hrs. |
| 06/04/10   | D. BAVA      | Prepare amended plan and disclosure statement materails for hearing (1.40); update disclosure statement objection summary index (.60); periodically review docket sheet re: additional objections filed with the Court (.60). | 2.60 hrs. |
| 06/05/10   | H. SEIFE     | Review of filed disclosure statement. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| 06/07/10 | M. ROITMAN | Review Notices of Amended Plan and DS (0.2); Draft email to Committee re: order approving DS and solicitation procedures (0.3); Review of Morgan Stanley swap claims (0.4); Correspond with D. Deutsch and R. Gayda re: same (0.1) | 1.00 hrs. |
|---|---|---|---|
| 06/07/10 | R. J. GAYDA | Review DS re Morgan Stanley Swap Claims and review email correspondence w Debtors re same (1.2); discuss same w M. Roitman (.4); research re plan confirmation and section 1129 of the bankruptcy code (3.1). | 4.70 hrs. |
| 06/07/10 | H. SEIFE | Review of order entered by Court regarding disclosure statement (.3); review of confirmation issues and required discovery (2.7). | 3.00 hrs. |
| 06/08/10 | R. J. GAYDA | Review discovery requests re confirmation (1.3); begin drafting master issues outline re confirmation (1.1); research re Rule 9019 and cramdown (2.3); research re allocation and valuation issues in confirmation (2.7). | 7.40 hrs. |
| 06/08/10 | M. ROITMAN | Correspond with J. Teitelbaum re: solicitation packages (0.1); Call with J. Henderson and K. Mills re: same (0.1) | 0.20 hrs. |
| 06/09/10 | M. ROITMAN | Revise memo to H. Seife and D. Deutsch re: Disclosure Statement Status (0.5). | 0.50 hrs. |
| 06/09/10 | Y. YOO | Corresponded by phone and email with Robert Gayda re: standards in Delaware for 1123(b)(3)(a) settlements in plans (.2). | 0.20 hrs. |
| 06/09/10 | R. J. GAYDA | Telephone conversation w Debtors re status of open issues (.3); meeting w H. Seife and D. Deutsch re open issues (.3); research re 9019 standard and 1123(b)(3)(A) standard and application to confirmation (6.2); review | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    6

|  |  |  |  |
|---|---|---|---|
|  |  | transcript from 6/4 hearing (.4); review case docket (.1); continue work on summary of confirmation issues (.7). |  |
| 06/09/10 | N. T. ZINK | Review reply and original submissions to Examiner in preparation of outline of possible legal and factual issues at confirmation hearing. | 3.40 hrs. |
| 06/10/10 | R. J. GAYDA | Review internal memoranda re confirmation issues (1.7); review several Judge Carey issued opinions re confirmation (2.5); review various confirmation hearings w respect to evidentiary burden (3.1); review case docket (.2); discuss Morgan Stanley swap memorandum w C. Rivera (.6); review and comment on same (.8). | 8.90 hrs. |
| 06/10/10 | Y. YOO | Corresponded by phone and email with Theodore Zink and Francisco Vazquez re: standards in Delaware for 1123(b)(3)(a) settlements in plans (.2). | 0.20 hrs. |
| 06/11/10 | R. J. GAYDA | Email correspondence w M. Roitman and Y. Yoo re confirmation standards (.3); begin draft outline of potential opposition to plan confirmation (1.7); review analysis of related issues in similar large case (.9) and discuss w C. Rivera (.2). | 3.10 hrs. |
| 06/11/10 | H. SEIFE | Preparation for confirmation hearing (review of legal issues and factual support). | 2.40 hrs. |
| 06/11/10 | F. VAZQUEZ | Conf w/Zink re Tribune call and next steps re confirmation (.7); conf w/Kirby re settlement issues (.3); review memoranda re settlement standards in third circuit (1.0); conf w/Daucher re third circuit settlement standard (.2); email to/from Roitman re confirmation tasks (.3). | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    7

| 06/11/10 | N. T. ZINK | Prepare confirmation hearing issues list (2.2); conference with T. McCormack and M. Ashley re confirmation hearing preparation (.5); phone conference with T. McCormack, M. Ashley, J. Sottile, G. Bush and A. Landis re confirmation hearing preparation (.9); review all examiner submissions for preparation for confirmation hearing (1.8). | 5.40 hrs. |
| 06/12/10 | E. DAUCHER | Emails with L. MacLeod assigning research re: methods of presenting testimony about reasonableness of settlements. | 0.00 hrs. |
| 06/14/10 | F. VAZQUEZ | Conf w/Daucher and McLeod re 9019 standard in plan context (.7); conf w/Zink re 9019 analysis and exculpation issues (.3); review disclosure statement transcript re possible confirmation objection issues re settlement objections (3.6); review plan and documents in support of settlement (1.8); email to/from Roitman re Wilmington Trust committee comments (.1); email to/from Roitman re possible objections to plan (.1); review analysis set forth in memo re confirmation statement (.4); email to Gayda re confirmation and settlement issues (.1). | 7.10 hrs. |
| 06/14/10 | D. BAVA | Prepare materials related to settlement and confirmation (2.10); draft chart of key dates with respect to confirmation (.60); draft index of materials (.40). | 3.10 hrs. |
| 06/14/10 | L. MACLEOD | Review articles and other materials on specific Rule 9019 issues. | 6.10 hrs. |
| 06/14/10 | D. E. DEUTSCH | Exchange e-mails with Christy Rivera re: Morgan Stanley Committee memorandum and pending issues (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


| | | | |
|---|---|---|---|
| 06/14/10 | N. T. ZINK | Review reply submissions and original submissions to Examiner in preparation for confirmation hearing (3.8). | 3.80 hrs. |
| 06/15/10 | N. T. ZINK | Review Examiner submissions in connection with preparation of confirmation hearing outline on 9019 issues (4.4). | 4.40 hrs. |
| 06/15/10 | D. E. DEUTSCH | Participate in meeting with plan confirmation team (.4); e-mail David Bava and Marc Ashley re: creation of discovery calendar for confirmation matters (.2); e-mail David Bava re: updated plan issue (.1). | 0.70 hrs. |
| 06/15/10 | D. BAVA | Review case calendar re: confirmation related schedule (.40); review scheduling order re: additional dates related to confirmation (.40); draft schedule of confirmation dates (.80). | 1.60 hrs. |
| 06/15/10 | L. MACLEOD | Research articles for cases regarding Rule 9019 and 1123(b)(3)(A). | 6.10 hrs. |
| 06/15/10 | R. J. GAYDA | Detailed review of confirmation transcript in similar large case with related issues (4.9); review of Debtors' submissions to Examiner (3.6) in light of Rule 9019 and Section 1123(b)(3)(A) standards; review case docket (.1); discuss 9019 issues w F. Vazquez (.3); email correspondence w Y. Yoo are Section 1129 issues (.3); email correspondence re meeting w Davis Polk and Sidley (.3). | 9.50 hrs. |
| 06/15/10 | E. DAUCHER | Research re viability of exculpation clauses for Committee (.8); emails with F. Vazquez re: analysis of related issues in other cases (.1). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    9

| 06/15/10 | Y. YOO | Conference with Robert Gayda to discuss Delaware standards governing approval of chapter 11 plan (.4) | 0.40 hrs. |
|---|---|---|---|
| 06/15/10 | F. VAZQUEZ | Conf w/Gayda re disclosure statement hearing (.3); review transcript of disclosure statement hearing (.8); review 9019 case law (4.7); conf w/Gayda re possible objections to confirmation (.2); conf w/Zink re 9019 standard issue (.3); research re exculpation clauses (.4); review email re objections to 9019 standards (.2); conf w/Daucher re exculpation issues (.2); email to/from Zink re 9019 alternate standards (.2); email to/from Roitman re Wilmington Trust's criticism of committee (.1). | 7.40 hrs. |
| 06/15/10 | B. DYE | Researching specific section 1129 issues on plan confirmation for R. Gayda. | 7.10 hrs. |
| 06/16/10 | B. DYE | Researching section 1129 issues on plan confirmation and drafting memo re same for R. Gayda | 6.70 hrs. |
| 06/16/10 | F. VAZQUEZ | Conf w/Daucher re additional exculpation research (.2); review Zuckerman Spaeder letter re choice of law (.2); review examiners' work plan (.3); conf w/Ashley and Zink re confirmation procedures and objection (.9); conf w/Daucher re admissability of examiner's report (.3); review 9019 standards and applicable case law in confirmation process (1.8); conf w/Roitman re email searches re settlement timeline (.3). | 4.00 hrs. |
| 06/16/10 | E. DAUCHER | Research re admissibility of examiner's report. | 1.10 hrs. |
| 06/16/10 | E. DAUCHER | Meet with F. Vazquez to discuss results of research into admissibility of settlement. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10


| 06/16/10 | E. DAUCHER | Draft summary of findings re: viability of exculpation clauses. | 1.30 hrs. |
| 06/16/10 | R. J. GAYDA | Review various objections to disclosure statement with respect to potential confirmation objections (4.6); research regarding "process" prong of 9019/1123 standard (1.5); research regarding "best interest test" in case of class acceptance (.8); draft summary of certain potential confirmation objections and responses (2.1); telephone conversation w Debtors re status of open issues (.4). | 9.40 hrs. |
| 06/16/10 | L. MACLEOD | Researched Rule 9019 and 1123(b)(3)(A) | 1.80 hrs. |
| 06/16/10 | M. ROITMAN | Confer with E. Daucher re: Committee indemnity provisions in Plan (0.1); Review Plan re: same (0.4); Meeting with T. Zink, F. Vazquez, M. Ashley re: issues for plan confirmation (0.9); Call with F. Vazquez and C. Rybarczyk re: same (0.2); Correspond with M. Ashley re: Wilmington Trust's Deposition Schedule (0.2). | 1.80 hrs. |
| 06/16/10 | D. E. DEUTSCH | Review draft confirmation calendar (.1) and e-mail David Bava on next steps related to same (.1). | 0.20 hrs. |
| 06/16/10 | N. T. ZINK | Review Examiner submissions in connection with preparation of confirmation hearing outline on 9019 issues and prepare "major issues" outline (4.6); Conference with M. Ashley and F. Vazquez re preparation for confirmation hearing (.9). | 5.50 hrs. |
| 06/17/10 | N. T. ZINK | Review and consider expert witness designation (.4) and email from J. Sottile re same (.1); continued preparation of outline of legal and factual issues for confirmation (3.8). | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11


| | | | |
|---|---|---|---|
| 06/17/10 | H. SEIFE | Review Sottile email regarding expert testimony at hearing (.5); preparation for confirmation hearing (2.9); review of documents for confirmation (1.3). | 4.70 hrs. |
| 06/17/10 | R. J. GAYDA | Review various objections, transcripts and compendium (3.7); review and revise summary of potential objections to confirmation (5.3); review case docket (.1). | 9.10 hrs. |
| 06/17/10 | E. DAUCHER | Additional research regarding admissibility of Examiner's report. | 1.90 hrs. |
| 06/17/10 | B. DYE | Researching section 1129 issues on plan confirmation and drafting memo re same for R. Gayda | 3.10 hrs. |
| 06/18/10 | B. DYE | Researching section 1129 issues on plan confirmation (1.3) and drafting memo re same for R. Gayda (1.6). | 2.90 hrs. |
| 06/18/10 | F. VAZQUEZ | Email to and from Gayda re specific research issue related to 9019 and admissability. | 0.20 hrs. |
| 06/18/10 | R. J. GAYDA | Review and revise summary of potential objections to confirmation (1.6); discuss same w D. Deutsch (.2); review and revise memorandum regarding Section 1123 and Rule 9019 (1.1); review case docket (.2); draft email correspondence regarding open issues to Chadbourne team (1.0); discuss memorandum regarding section 1129 w B. Dye (.5); email correspondence and telephone conversation w F. Vazquez re admissibility of Examiner's report (.4); review transcript in similar large case re 1123/9019 issues (1.3). | 6.30 hrs. |
| 06/18/10 | L. MACLEOD | Additional research on settlements and re: evidence rule 408. | 3.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   12
```

| | | | |
|---|---|---|---|
| 06/18/10 | H. SEIFE | Review of memo on 9019 standards (1.2); review of memo on plan objections (1.3). | 2.50 hrs. |
| 06/21/10 | H. SEIFE | Prepare for meeting with plan supporters (2.2); review of memo on evidentiary confirmation presentations (.6); review of Landis memo on confirmation hearing (1.2); review confirmation hearing transcripts (1.3). | 5.30 hrs. |
| 06/21/10 | F. VAZQUEZ | Conf w/Daucher re admissability of examiner report (.3); conf w/Bressak re 9010 and rule 408 (.1); conf w/Zink re exculpation clauses (.4); conf w/Roitman re committee processes (.1); draft memo re exculpation provisions (3.7). | 4.60 hrs. |
| 06/21/10 | B. DYE | Revising memo re plan confirmation requirements for R. Gayda | 2.50 hrs. |
| 06/21/10 | D. M. LeMAY | Review memos re: pending objections and Rule 9019 standards in Delaware. | 1.80 hrs. |
| 06/21/10 | E. DAUCHER | Draft/edit memorandum re: admissibility of the Examiner's report. | 3.40 hrs. |
| 06/21/10 | R. J. GAYDA | Review memorandum regarding section 1129 requirements (1.6); research regarding same (2.4); research re competing plans and exclusivity issues (2.1); review case docket (.1). | 6.20 hrs. |
| 06/22/10 | R. J. GAYDA | Research re confirmation hearing issues (3.1); review settlement documentation and research with respect to confirmation standard under section 1123 (3.2). | 6.30 hrs. |
| 06/22/10 | N. T. ZINK | Review issues relating to possible Committee expert witness at confirmation hearing. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13


| 06/22/10 | D. E. DEUTSCH | Review e-mails re: plan tax (409A) issue (.3); draft e-mail to Jay Teitelbaum and Kevin Lantry re: next steps on same (.1); related call with Richard Leder (.1); conference with Howard Seife to discuss plan meeting with Debtors et al. and related action items (.2). | 0.70 hrs. |
|---|---|---|---|
| 06/22/10 | B. DYE | Revising memo (2.6) and conducting follow research for the memo (2.8) on plan confirmation for R. Gayda | 5.40 hrs. |
| 06/22/10 | H. SEIFE | Review of motion of Bridge Lenders regarding claims, allowance (1.2); telephone conference with B.Krakauer regarding scheduling (.4). | 1.60 hrs. |
| 06/22/10 | F. VAZQUEZ | Review email summarizing status of email reviews. | 0.00 hrs. |
| 06/23/10 | H. SEIFE | Preparation for confirmation hearing (1.6); review of memo regarding legal issues on confirmation and Bridge Lenders (1.5); review of Credit Agreement Lender issues (1.7). | 4.80 hrs. |
| 06/23/10 | N. T. ZINK | Review Debtors' proposed order extending confirmation related dates (.1); review Examiner's motion to extend deadline for delivery of report (.1); review email among plan supporters re Debtors' proposed order extending confirmation related dates (.2). | 0.40 hrs. |
| 06/23/10 | D. M. LeMAY | Work on major issues list for Committee plan. | 5.20 hrs. |
| 06/23/10 | R. J. GAYDA | Review and revise memorandum regarding section 1129 from B. Dye (2.3); review case docket (.3). | 2.60 hrs. |
| 06/24/10 | R. J. GAYDA | Discuss release issues w M. Ashley (.4); review and revise memorandum re section 1129 (.6); research regarding confirmation issues in similar large case (3.1); meeting w D. LeMay, T. Zink and S. Rivera | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    14


                              re drafting Committee plan (.5);
                              research re same (1.4); review
                              case docket (.1).

06/24/10    N. T. ZINK       Conference with D. LeMay and B.          3.00 hrs.
                             Gayda re plan alternatives (1.0);
                             phone conference with counsel for
                             settling parties re confirmation
                             hearing and related issues (.8);
                             phone conference with T. McCormack
                             re status update re phone
                             conference with counsel for
                             settling parties (.5); prepare
                             summary of phone conference with
                             counsel for settling parties (.7).

06/24/10    N. T. ZINK       Review and revise fact and legal         1.50 hrs.
                             issues outline in preparation for
                             contested confirmation hearing
                             (1.5).

06/24/10    F. VAZQUEZ       Conf w/Zink re status of                 1.60 hrs.
                             confirmation and schedule (.3);
                             review and revise memo re
                             admissability of Examiner's report
                             (.7); review case law re
                             admissability of Examiner's report
                             (.4); conf w/Daucher re memo re
                             admissability of Examiner's report
                             (.2).

06/24/10    H. SEIFE         Review of amended soliciation            0.80 hrs.
                             order (.3); review of Zink memo on
                             meeting (.5).

06/24/10    B. DYE           Follow up research for memo on           2.40 hrs.
                             Plan Confirmation requirements for
                             R. Gayda (1.3); revising memo re
                             same (1.1).

06/24/10    D. M. LeMAY      Meeting w/TZ and R. Gayda to begin       4.00 hrs.
                             work on plan alternatives (1.2).
                             Begin analytical work re: same
                             (1.5).  Review FCC memo (1.3).

06/24/10    B. SCHUBECK      Access for M. Alpert the WSJ             0.00 hrs.
                             article : "Bankruptcy for Tribune
                             Gets Hung Up by Squabbles."

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    15


| 06/25/10 | B. DYE | Conducting further research in response to M. Ashley's follow up questions to memo re plan confirmation. | 1.00 hrs. |

| 06/25/10 | C. L. RIVERA | Telephone conversation with T. Zink re: specific alternate plan option (0.2); and correspondence re: same (0.1). | 0.30 hrs. |

| 06/25/10 | H. SEIFE | Review of draft memo from Committee to FCC (1.0); review of memo on plan confirmation issues (1.1); further preparation for confirmation (1.3). | 3.40 hrs. |

| 06/25/10 | D. M. LeMAY | Preparation of outline and issues list for plan alternatives. | 5.60 hrs. |

| 06/25/10 | F. VAZQUEZ | Review case law re FRE 408 (.6); conf with McLeod re 408 (.2); conf w/Zink re admissability of examiner's repoert (.1); review memo summarizing confirmation standards (.7). | 1.60 hrs. |

| 06/25/10 | N. T. ZINK | Consider alternatives in the event of a failure to achieve requisite plan acceptances (2.9) | 2.90 hrs. |

| 06/25/10 | N. T. ZINK | Review Debtors' amended plan confirmation timetable necessitated by Examiner's motion for more time to file report (.2). | 0.20 hrs. |

| 06/25/10 | Y. YOO | Researched issue re: third party releases (1.4); corresponded by email with Marc Ashley re: same (.3). | 1.70 hrs. |

| 06/25/10 | R. J. GAYDA | Finalize memorandum regarding section 1129 (1.0); research re draft alternative plan (1.1); review case docket (.1); email correspondence w M. Ashley re section 1129 memorandum (.3). | 2.50 hrs. |

| 06/27/10 | N. T. ZINK | Review emails re Debtors' proposed amended schedule of confirmation related dates. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16


| 06/27/10 | D. E. DEUTSCH | Review memorandum on plan confirmation (1.0). | 1.00 hrs. |
| 06/28/10 | D. E. DEUTSCH | Review e-mails from numerous case parties re: revised confirmation scheduling issues (.4); prepare for meeting with Howard Seife and rest of Chadbourne team re: plan confirmation issues (.5); participate in related meeting (1.2); review plan confirmation issues memorandum (2.2); exchange e-mails from JPMorgan's counsel re: joinder to certain plan-related filings (.4). | 4.70 hrs. |
| 06/28/10 | E. DAUCHER | Additional drafting and revision on memo to T. Zink re: potential admissibility of the Examiner's report. | 3.90 hrs. |
| 06/28/10 | R. J. GAYDA | Research re litigation and liquidation trusts (5.1); review Debtors plan (.8); email correspondence w B. Dye re section 1129 requirements (.4); meeting w T. Zink re Committee Plan (.3); research re same (2.4). | 9.00 hrs. |
| 06/28/10 | F. VAZQUEZ | Review case law re Rule 408 (.3); conference w/McLeod re research of 408 (.2). | 0.50 hrs. |
| 06/28/10 | F. VAZQUEZ | Conf w/Daucher re admissability memo (.1); review and revise admissability memo (.3). | 0.40 hrs. |
| 06/28/10 | H. SEIFE | Conference with T.Zink, D.LeMay regarding preparation for plan alternatives (.8); review of R.Gayda memo on confirmation issues (.6) conference with R.Gayda regarding confirmation issues (.4); work on plan alternatives (1.8). | 3.60 hrs. |
| 06/28/10 | N. T. ZINK | Conference with H. Seife and D. LeMay re plan issues (.9); further conference with D. LeMay re plan issues and possible committee responses to potential competing plans (1.0); begin preparing | 5.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   17

|          |                |                                                                                                                                                                                                                                 |            |
|----------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|          |                | committee's response in the event of filing of competing plan (2.6); review various emails re confirmation hearing schedule (.2) and prepare response to email re amended plan confirmation scheduling order (.3); conference with B. Gayda re plan issues (.3). |            |
| 06/28/10 | L. MACLEOD     | Research on exception to FRE 408.                                                                                                                                                                                                | 1.80 hrs.  |
| 06/28/10 | B. DYE         | Drafting checklist of Plan Confirmation requirements                                                                                                                                                                             | 2.10 hrs.  |
| 06/28/10 | Y. YOO         | Continued researching issue re: third party releases and factor analyses (2.4); corresponded by email with Marc Ashley re: same (.5).                                                                                            | 2.90 hrs.  |
| 06/29/10 | D. E. DEUTSCH  | Participate in Tribune plan team meeting re: various plan matters (.4).                                                                                                                                                          | 0.40 hrs.  |
| 06/29/10 | B. DYE         | Drafting checklist of Plan Confirmation requirements                                                                                                                                                                             | 4.30 hrs.  |
| 06/29/10 | H. SEIFE       | Conference call with Moelis and AlixPartners regarding preparation for confirmation hearing (.6); work on Committee plan alternatives (1.7).                                                                                     | 2.30 hrs.  |
| 06/29/10 | H. SEIFE       | Review of draft pleading regarding confirmation hearing deadlines.                                                                                                                                                              | 0.60 hrs.  |
| 06/29/10 | R. J. GAYDA    | Tribune team meeting regarding Committee plan alternatives (.6); draft memorandum re objections of various creditors to Plan (6.1); research re same (1.3).                                                                       | 8.00 hrs.  |
| 06/29/10 | D. M. LeMAY    | Call re: Plan alternatives w/AP and Moelis (.5). Work on plan alternatives (3.2).  Review and comment on Debtors submission for 7/1/10 hearing (.4).  Review and comment on Plan supporters statement re: voting deadline (.6) and discuss same w/H. Seife (.2). | 4.90 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    18


06/29/10    N. T. ZINK          Conference with H. Seife and D.          5.40 hrs.
                                LeMay re committee response to
                                possibility of filing of competing
                                plans (.4); conference with C.
                                Rivera re next steps re same (.4);
                                further analysis of debtors' plan
                                and framework for alternatives
                                (2.3); emails with A. Landis re
                                committee response to possible
                                competing plan (.5); phone
                                conference with A. Landis re
                                committee response to competing
                                plan (.2); prepare list of issues
                                implicated by committee
                                alternatives (1.6).


06/29/10    D. E. DEUTSCH       Review draft revised plan schedule       2.90 hrs.
                                from Debtors (.2); Exchange
                                e-mails with Jim Sottile re: plan
                                issues (.2); discuss drafting
                                memorandum to Committee re: plan
                                schedule with H. Seife (.2); draft
                                lengthy insert to Committee
                                memorandum on solicitation
                                procedures and schedule (1.6);
                                review e-mails from JPMorgan
                                counsel on schedule issues (.2);
                                review confirmation calendar (.2)
                                and discuss revisions to same with
                                Marc Roitman (.1); review e-mails
                                re: scheduling of confirmation
                                dates and related court filings
                                (.1); discuss same with Matt
                                McGuire (.1).


06/29/10    C. L. RIVERA        Conference with T. Zink re:             0.30 hrs.
                                competing plan issue.


06/29/10    M. ROITMAN         Draft memorandum to Committee            2.10 hrs.
                                regarding Committee Support of
                                Debtors' Proposed Confirmation
                                Schedule (1.3); Review Debtors'
                                Reply in Support of Examiner's
                                Motion for Extension of Report
                                Deadline (0.5); Review Plan
                                Supporters' Joinder to Debtors'
                                Reply (0.2); Correspond with L.
                                MacLeod re: same (0.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   19

| 06/30/10 | M. ROITMAN | Confer with A. Hanessian re: Confirmation Timetable (0.2); Revise same (0.2); Correspond with A. Goldfarb re: same (0.1); Confer with M. Ashley and H. Lamb re: agenda and status of Plan Supporters weekly call (0.5) | 1.00 hrs. |
|---|---|---|---|
| 06/30/10 | D. M. LeMAY | Meeting w/T Zink, R. Gayda, F. Vazquez to work on Committee plan alternatives (.6). Preparation of plan outline materials (2.5). | 3.10 hrs. |
| 06/30/10 | F. VAZQUEZ | Conf w/Zink, LeMay and Gayda re plan alternatives (.8); review list of plan items (.2). | 1.00 hrs. |
| 06/30/10 | N. T. ZINK | Prepare outline of issues for plan alternatives (4.5); phone conference with A. Holtz, B. Hall, Z. Jamal and J. Stenger re plan alternative issues (.7); conference with F. Vazquez, B. Gayda and D. LeMay re plan alternatives (.8). | 6.00 hrs. |
| 06/30/10 | R. J. GAYDA | Meet w D. LeMay, T. Zink, F. Vazquez regarding plan alternatives (.9); research re same (2.0). | 2.90 hrs. |
| 06/30/10 | A. HANESSIAN | Updating Confirmation Related Deadlines index | 0.30 hrs. |

**Total Fees for Professional Services.............. $251,153.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   20

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 24.60 | 21033.00 |
| H. SEIFE | 965.00 | 43.70 | 42170.50 |
| N. T. ZINK | 795.00 | 52.00 | 41340.00 |
| D. E. DEUTSCH | 695.00 | 17.10 | 11884.50 |
| F. VAZQUEZ | 625.00 | 30.90 | 19312.50 |
| A. HANESSIAN | 185.00 | .30 | 55.50 |
| D. BAVA | 270.00 | 7.30 | 1971.00 |
| C. L. RIVERA | 625.00 | .60 | 375.00 |
| E. DAUCHER | 355.00 | 12.80 | 4544.00 |
| R. J. GAYDA | 595.00 | 136.20 | 81039.00 |
| B. DYE | 405.00 | 37.50 | 15187.50 |
| L. MACLEOD | 250.00 | 19.20 | 4800.00 |
| M. ROITMAN | 355.00 | 14.80 | 5254.00 |
| Y. YOO | 405.00 | 5.40 | 2187.00 |
| TOTALS | | 402.40 | 251153.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

```
                                 For Services Through June 30, 2010
Our Matter #19804.012
           EXECUTORY CONTRACTS
```

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/27/10 | M. ROITMAN | Review Motion to Assume Program Agreements with Carsey-Werner Distribution (0.3) | 0.30 hrs. |
| 06/28/10 | M. ROITMAN | Review Debtors' Motion to Assume Contracts with Carsey-Werner Distribution (0.6); Meet with L. MacLeod re: same (0.3); Correspond with AlixPartners team re: same (0.2); Review and revise memo re: same (1.6); | 2.70 hrs. |
| 06/28/10 | L. MACLEOD | Read relevant background and drafted recommendation re: Carsey-Werner | 2.40 hrs. |
| 06/29/10 | M. ROITMAN | Revise Memo re: Debtors' Motion to Assume Contracts with Carsey-Werner Distribution (0.8); Draft email to Committee re: same (0.2) | 1.00 hrs. |

```
        Total Fees for Professional Services.............    $2,020.00
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| L. MACLEOD | 250.00 | 2.40 | 600.00 |
| M. ROITMAN | 355.00 | 4.00 | 1420.00 |
| TOTALS | | 6.40 | 2020.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through June 30, 2010

Our Matter #19804.014
        EMPLOYEE ISSUES

| | | | |
|---|---|---|---|
| 06/01/10 | D. GALLAI | Reviewed Mercer report re MIP (.5) and R. Kurth's summary re same (.4). | 0.90 hrs. |
| 06/02/10 | M. ROITMAN | Draft memo to H. Seife and D. Deutsch re: 2010 MIP Motion (1.6); Meet with D. Deutsch re: same (0.1). | 1.70 hrs. |
| 06/02/10 | H. SEIFE | Review of AlixPartners analysis of MIP. | 0.30 hrs. |
| 06/03/10 | D. E. DEUTSCH | Exchange e-mails and calls with Kevin Lantry re: 2010 MIP and Committee's view on same (.4). | 0.40 hrs. |
| 06/04/10 | D. E. DEUTSCH | Review materials on settlement of employee claims (.5). | 0.50 hrs. |
| 06/05/10 | H. SEIFE | Review of AlixPartners update report on MIP. | 0.40 hrs. |
| 06/07/10 | D. GALLAI | Reviewed MIP summary prepared by Alix. | 0.20 hrs. |
| 06/08/10 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: MIP matters (.2); review related motion (.4); hold related call with Kevin Lantry and Jonathan Lotsoff (.5); two calls with Alan Holtz re: MIP (.4); exchange e-mail with Bob Paul (Guild counsel) re: MIP (.2); | 1.70 hrs. |
| 06/08/10 | H. SEIFE | Review of MIP Issues. | 0.30 hrs. |
| 06/09/10 | H. SEIFE | Conference call with AlixPartners regarding MIP issues. | 0.50 hrs. |
| 06/09/10 | D. E. DEUTSCH | Review e-mails and attached materials from Alan Holtz re: 2010 MIP Motion (.4); e-mail Kevin Lantry re: next steps on 2010 MIP (.1); review of certain 2010 MIP materials and analysis (1.9); call with Kevin Lantry and Jonathan Lotsoff re: same (.4); call re: same with Alan Holtz (.3); further research and analysis on 2010 MIP | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       July 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2

|  |  |  |  |
|---|---|---|---|
|  |  | issues (1.0); call with Kevin Lantry on next steps on 2010 MIP (.3); e-mail Adam Landis on related MIP issue (.1); |  |
| 06/09/10 | Y. YOO | Drafted and revised Objection to Debtors' MIP Motion (4.8); discussed same with Douglas Deutsch (.9) | 5.70 hrs. |
| 06/09/10 | D. BAVA | Research other cases for draft objections to MIP motions for Y. Yoo (1.0). | 1.00 hrs. |
| 06/09/10 | M. ROITMAN | Meet with D. Deutsch re: Committee discussions on 2010 MIP (0.1); Confer with Y. Yoo re: AlixPartners alternative 2010 MIP proposal (0.3) | 0.00 hrs. |
| 06/10/10 | M. ROITMAN | Review AlixPartners' alternative 2010 MIP proposal (0.2); Review Debtors' 2010 MIP Motion (0.2) | 0.00 hrs. |
| 06/10/10 | D. BAVA | Further research of similar large chapter 11 cases re: objection to MIP (1.20). | 1.20 hrs. |
| 06/10/10 | Y. YOO | Researched standards for approval of MIPs under 363(c) and 503(c) (1.4); corresponded by email with Matt McGuire re: same (.1); continued drafting and revising Objection to Debtors' MIP Motion (7.1); attended meeting with Douglas Deutsch re: same (.4); corresponded by email with Howard Seife, Alan Holtz, Adam Landis and Matt McGuire re: comments to same (.5). | 9.50 hrs. |
| 06/10/10 | D. E. DEUTSCH | Call with Bob Paul re: Guild's view of MIP issues (.2); exchange MIP related e-mails with Alan Holtz and Kevin Lantry (.3); call with Howard Seife and, in part, Alan Holtz re: discussing MIP issues with Committee (.3); call with Kevin Lantry to discuss report on Committee's view of MIP (.2); review, research and revise draft objection to MIP (1.9); call | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |                |                                                                                                  |            |
|------------|----------------|--------------------------------------------------------------------------------------------------|------------|
|            |                | re: MIP matters with Kevin Lantry (.1); calls and e-mails with Alan Holtz re: status of MIP (.2); draft insert for MIP objection (.8); |            |
| 06/10/10   | H. SEIFE       | Review and revise objection to MIP motion (.7); review of Holtz comments (.3). | 1.00 hrs.  |
| 06/11/10   | H. SEIFE       | Further discussions regarding MIP (1.2); Review of US Trustee objection to MIP (.8); emails with Debtors regarding MIP (.4). | 2.40 hrs.  |
| 06/11/10   | D. E. DEUTSCH  | Exchange e-mails with Bryan Krakauer re: MIP issues (.3); hold related call with Bryan Krakauer (.1); exchange multiple e-mails with Guild counsel re: MIP matters (.4); review multiple iterations of revisions to MIP objection (1.3); discuss various changes to MIP objection with Young Yoo (.3); exchange multiple e-mails related to same with Young Yoo (.2); exchange e-mails re: objection deadline modifications with Adam Landis and Howard Seife (.3); exchange e-mails on MIP analysis with Alan Holtz (.3); call with Jonathan Lotsoff re: MIP matters (.2); e-mail Debtors and Committee MIP parties re: MIP deadlines and related issues (.3); review additional e-mails from Jonathan Lotsoff re: same (.2); | 3.90 hrs.  |
| 06/11/10   | Y. YOO         | Continued drafting and revising Objection to Debtors' MIP Motion (6.1); corresponded by phone and email with Douglas Deutsch, Alan Holtz, Adam Landis and Matt McGuire re: comments to same (1.2); corresponded by email with Committee Members re: updates on same (.2). | 7.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| | | | |
|---|---|---|---|
| 06/14/10 | Y. YOO | Reviewed Notice of Rescheduled Hearing on MIP Motion (.2); corresponded by email with Douglas Deutsch re: adjourned MIP Motion hearing (.3); corresponded by phone with Wilmington Trust Company counsel, Gordon Novod, re: same (.1). | 0.60 hrs. |
| 06/14/10 | D. E. DEUTSCH | Exchange multiple e-mails with Young Yoo re: 2010 MIP (.3); exchange related e-mails with Debtors' counsel (Jonathan Lotsoff) (.2). | 0.50 hrs. |
| 06/14/10 | H. SEIFE | Review of US Trustee motion/objection regarding MIP (.8) emails with Debtors regarding MIP (.3). | 1.10 hrs. |
| 06/15/10 | H. SEIFE | Review and revise Committee draft objection. | 1.00 hrs. |
| 06/15/10 | D. E. DEUTSCH | Review e-mails from Jonathan Lotsoff re: MIP matters (.2); exchange e-mails with Damian Schaible re: 2010 MIP (.2). | 0.40 hrs. |
| 06/16/10 | H. SEIFE | Review of emails regarding MIP/resolution/objection and responses. | 1.30 hrs. |
| 06/18/10 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry to discuss 2010 MIP issues (.2). | 0.20 hrs. |
| 06/29/10 | M. ROITMAN | Review response of Ron Clemment to Debtors' MIP Motion (0.2) | 0.20 hrs. |


          Total Fees for Professional Services.............  $30,619.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 8.30 | 8009.50 |
| D. E. DEUTSCH | 695.00 | 16.10 | 11189.50 |
| D. BAVA | 270.00 | 2.20 | 594.00 |
| D. GALLAI | 650.00 | 1.10 | 715.00 |
| M. ROITMAN | 355.00 | 1.90 | 674.50 |
| Y. YOO | 405.00 | 23.30 | 9436.50 |
| TOTALS | | 52.90 | 30619.00 |