TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                                        For Services Through June 30, 2010
   Our Matter #19804.015
               RELIEF FROM STAY ISSUES


| 06/09/10 | M. ROITMAN | Review Bates Lift Stay Motion (0.4); Meet with D. Deutsch re: same (0.1); Correspond with L. MacLeod re: same (0.1); Meet with L. MacLeod re: same (0.2) | 0.80 hrs. |
|---|---|---|---|
| 06/10/10 | L. MACLEOD | Review relevant documents including the relief from stay motion, complaint (.9); drafted memo to the Committee re same (1.1). | 2.00 hrs. |
| 06/11/10 | L. MACLEOD | Complete first draft of memo to the committee regarding Bates matter. | 2.10 hrs. |
| 06/15/10 | M. ROITMAN | Review Memo re: Bates Lift Stay Motion (0.8); Meet with L. MacLeod re: same (0.4); Revise memo re: Bates Lift Stay Motion (0.5) | 1.70 hrs. |
| 06/15/10 | L. MACLEOD | Review and revise draft of memo re: Bates relief from stay motion. | 1.20 hrs. |
| 06/16/10 | L. MACLEOD | Review and revise draft memo to Committee re: Bates motion for relief. | 1.20 hrs. |
| 06/16/10 | M. ROITMAN | Review Memo re: Bates Lift Stay Motion (0.1); Correspond with K. Lantry (Sidley) re: same (0.2); Meet with L. MacLeod re: same (0.2) | 0.50 hrs. |
| 06/16/10 | D. E. DEUTSCH | Review, edit and note follow-up items for analysis of Bate's lift stay prepared for Committee (.4). | 0.40 hrs. |
| 06/18/10 | M. ROITMAN | Correspond with K. Kansa re: Bates Motion for Relief from Stay (0.1); Call with J. Ludwig re: same (0.3); Correspond with D. Deutsch, L. MacLeod re: same (0.4) | 0.80 hrs. |
| 06/28/10 | M. ROITMAN | Call J. Ludwig (Sidley) re: Bates Motion for Relief from Stay (0.1) | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    2

| 06/29/10 | M. ROITMAN | Call with J. Ludwig (Sidley) re: Bates Motion for Relief from Stay (0.1) | 0.10 hrs. |
|---|---|---|---|

Total Fees for Professional Services.............    $3,323.00

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | .40 | 278.00 |
| L. MACLEOD | 250.00 | 6.50 | 1625.00 |
| M. ROITMAN | 355.00 | 4.00 | 1420.00 |
| TOTALS | | 10.90 | 3323.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                                      For Services Through June 30, 2010

    Our Matter #19804.016
              TAX ISSUES


| 06/01/10 | B. BETHEIL | Review tax issues in revised Plan and Disclosure Statement. | 0.80 hrs. |
|---|---|---|---|
| 06/04/10 | B. BETHEIL | Review tax language in revised Plan and Disclosure Statement | 0.90 hrs. |
| 06/07/10 | B. BETHEIL | Discuss w/ R. Leder tax issues in revised Plan and Disclosure Statement | 0.30 hrs. |
| 06/08/10 | B. BETHEIL | Review and provide tax comments on draft Food Network LLC Agreement and draft Cooking Channel Contribution Agreement | 3.10 hrs. |
| 06/14/10 | B. BETHEIL | Review and provide comments to revised draft of Food Network LLC Agreement (2.1); Meet w/ E. Markson re: comments to draft Food Network LLC Agreement and Cooking Channel Contribution Agreement (.3). | 2.40 hrs. |
| 06/14/10 | E. S. MARKSON | Emails, correspondence with B.Betheil (.2) regarding Cooking Channel documents.  Review comments and discuss with B. Betheil (.3). | 0.50 hrs. |
| 06/22/10 | B. BETHEIL | Review and provide comments on revised draft of Food Network LLC Agreement (.3); Meet w/ E. Markson re: comments on revised draft of Food Networks LLC Agreement (.2). | 0.50 hrs. |
| 06/22/10 | R. M. LEDER | TCs Deutsch (.2) and Gallai (.2) and review papers re section 409A issue with respect to employee claims (1.3). | 1.70 hrs. |
| 06/22/10 | D. GALLAI | Conf. w/ D. Leder re ex-employee 409A issue. | 0.20 hrs. |
| 06/22/10 | D. E. DEUTSCH | Review inquiry from Jay Teitelbaum re: tax treatment of retiree claims under IRC 409 issue (.4); review related materials (.2); e-mail Richard Leder re: next steps on same (.1); related | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


|            |              | e-mails with Howard Seife (.2); e-mail Jay Teitelbaum re: next steps in retiree tax issue analysis (.2). | |
|------------|--------------|---|---|
| 06/22/10   | E. S. MARKSON | Discuss liquidation provision in LLC Agreement with B. Betheil. | 0.10 hrs. |
| 06/24/10   | D. E. DEUTSCH | Review materials on plan 409 tax issue (.4); participate in related call with Richard Leder, Debtors' tax team and retirees tax team (.7). | 1.10 hrs. |
| 06/24/10   | R. M. LEDER | Participate in conference call with Jay Teitelbaum, Lantry, Deutsch and others re section 409A issue. | 0.80 hrs. |

**Total Fees for Professional Services..............  $7,770.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate   | Hours | Amount  |
|-------------------|--------|-------|---------|
| E. S. MARKSON     | 765.00 | .60   | 459.00  |
| R. M. LEDER       | 965.00 | 2.50  | 2412.50 |
| D. E. DEUTSCH     | 695.00 | 2.20  | 1529.00 |
| D. GALLAI         | 650.00 | .20   | 130.00  |
| B. BETHEIL        | 405.00 | 8.00  | 3240.00 |
| TOTALS            |        | 13.50 | 7770.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   1
```

For Services Through June 30, 2010

Our Matter #19804.017
      GENERAL LITIGATION

| | | | |
|---|---|---|---|
| 06/01/10 | B. DYE | Reviewing which responses to Examiner had been analyzed with E. Daucher for F. Vazquez | 0.00 hrs. |
| 06/01/10 | M. ROITMAN | Review dockets and revise Neil and Beatty Adversary Reports (0.3). | 0.30 hrs. |
| 06/01/10 | A. K. NELLOS | Respond to question regarding materials produced to the depository from Sidley (.2); review/analyze materials produced by Blackstone Group in connection with possible use in reply brief for third-party complaint (3.6); review/analyze documents related to confidentiality issues per request of M. Ashley (2.8). | 6.60 hrs. |
| 06/01/10 | F. VAZQUEZ | Confs w/Zink re creditors trust issue and submission to Examiner (1.8);  conf w/Zink re PHP (.1); conf w/Roitman re submission to Examiner (.2); review and revise summary of submissions to Examiner (1.8); conf w/Zink re summary (.1); conf w/Daucher re summary and finalization thereof (.1); draft insert re creditor trust issue (2.8); conf w/Zink re possible preference claims (.1). | 7.00 hrs. |
| 06/01/10 | E. DAUCHER | Confirm key aspects of summaries of submissions to the Examiner for F. Vazquez. | 0.20 hrs. |
| 06/01/10 | M. D. ASHLEY | Emails with T. Zink regarding Examiner reply brief (.3); reviewed materials relating to potential in specific defense (1.2); emails with A. Nellos regarding factual background to third-party claims (.3); emails with M. Rule regarding financial analysis relating to Examiner reply brief (.3); emails with R. Kirby regarding legal research relating to Examiner reply brief (.2); emails with A. Goldfarb regarding Examiner's inquiry | 8.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2

|            |                |                                                                                                                                                                                                                 |           |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | relating to Merrill Lynch (.1); reviewed materials relating to Merrill Lynch's role (.8); reviewed production documents and legal research materials relating to preparation of Examiner reply brief (2.7); drafted Examiner reply brief (2.3). |           |
| 06/01/10   | M. ROITMAN      | Research re: avoidance of prepetition redemption of securities and statutory defense (0.8); Confer with F. Vazquez re: same (0.2); Research re: state law fraudulent conveyance statutes (2.0); confer with F. Vazquez re: same (0.4).         | 3.40 hrs. |
| 06/01/10   | C. L. RIVERA    | Call with T. Zink and F. Vazquez re: standing issue for state law fraudulent conveyance claims.                                                                                                                   | 0.10 hrs. |
| 06/01/10   | R. M. KIRBY     | Further research on issues discussed in brief to Examiner, as per M. Ashley.                                                                                                                                      | 3.10 hrs. |
| 06/01/10   | N. T. ZINK      | Review and revise Committee reply submission to Examiner (7.5); review and revise summary of all examiner submissions for committee (1.0); conference with F. Vazquez re reply submission to Examiner (.2).        | 8.70 hrs. |
| 06/01/10   | H. SEIFE        | Work on responses to Examiner (1.8); review and revise memo to Committee regarding initial Examiner submissions (1.2).                                                                                            | 3.00 hrs. |
| 06/01/10   | D. E. DEUTSCH   | Review last week's adversary reports (.2).                                                                                                                                                                        | 0.20 hrs. |
| 06/01/10   | T. J. MCCORMACK | Review inquiry from Examiner on preference issues (0.1); review 3d Circuit precedent on certain defense issues (0.2); analysis of certain issues as legal defense to claims (0.8); analysis of closing payments to D&Os as basis for argument on fiduciary duty claims including Alix Partners input (0.9); review issues on claims for | 4.90 hrs. |

|            |                 | Examiner reply brief (2.2); review documents from productions for use in Examiner reply brief (0.7). |            |
|------------|-----------------|------------------------------------------------------------------------------------------------------|------------|
| 06/02/10   | T. J. MCCORMACK | Review fact material on payments to D&Os at time of closing for claims and response to Debtor's position in Examiner submissions (0.3); review materials on claims for Examiner reply brief, including Zuckerman draft (2.3); confer M. Ashley and team on issues to be addressed in reply brief (0.4); review AlixPartners info on MS's input on URC work (0.2); review decision on ERISA case in Chicago federal court on issues relating to aiding/abetting claims against certain entities (0.7); review issues re: choice of law as per Examiner inquiry (0.2); review creditor trust analysis for Examiner reply (0.5). | 4.60 hrs. |
| 06/02/10   | H. SEIFE        | Review of draft submissions to Examiner (1.4); review memo to Committee regarding Examiner (.8); review and revise draft regarding creditor trust issues (.6) and draft regarding third party claims for Examiner (.5). | 3.30 hrs. |
| 06/02/10   | N. T. ZINK      | Review and revise supplemental submissions to examiner (8.2). | 8.20 hrs. |
| 06/02/10   | R. M. KIRBY     | Reviewing and revising parts of draft reply brief to Examiner | 0.80 hrs. |
| 06/02/10   | M. ROITMAN      | Revise outline summary of Examiner Submissions (1.3); Correspond with T. Zink and F. Vazquez re: same (0.2) | 1.50 hrs. |
| 06/02/10   | M. D. ASHLEY    | Team meeting regarding Examiner proceedings (.4); call with T. McCormack regarding Examiner reply brief (.1); reviewed Zuckerman's draft Examiner reply brief (.8); reviewed draft creditor trust section of third-party reply brief (.4); reviewed summary of Examiner opening briefs (1.2); reviewed | 10.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    4

| | | | |
|---|---|---|---|
| | | Morgan Stanley, Merrill Lynch and Blackstone documents relating to factual issues in Examiner reply brief (1.3); emails with A. Nellos regarding reply brief (.4); emails with R. Kirby regarding legal research for reply brief (.4); emails with M. Rule regarding financial analysis for reply brief (.3); emails with T. Zink regarding preparation of reply briefs (.2); drafted part of Examiner third-party reply brief (4.8). | |
| 06/02/10 | F. VAZQUEZ | Review draft submission re creditors' trust (.2); email to/from Zink re WTC submission (.1); email to Seife re summary and submissions (.1); review choice of law email (.1); email to/from Ashley re status of submissions (.2). | 0.70 hrs. |
| 06/02/10 | F. VAZQUEZ | Conf w/Zink re summary outline (.1); review and revise summary (1.0); conf w/bankruptcy and litigation teams re status of submissions and next steps (.5); review and revise creditors trust discussion (4.6); review case law relevant to creditor trust discussion (1.1); conf w/Seife re summary (.1); confs w/Zink re creditor trust discussion (.8); conf w/Roitman re next steps with Committee (.1); review and revise cover note re posting of summary (.1). | 8.40 hrs. |
| 06/02/10 | E. DAUCHER | Perform edits to comprehensive summary of examiner submissions. | 0.40 hrs. |
| 06/02/10 | A. K. NELLOS | Review/analyze key Merrill Lynch documents to address Examiner request (with Zuckerman) (2.9). | 2.90 hrs. |
| 06/03/10 | A. K. NELLOS | Review documents from A. Goldfarb related to request from Examiner (.5) and research additional potential documents to provide (.8); speak with L. Moloney | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


                              regarding materials for the
                              depository, newly-received
                              materials, and hyperlinking briefs
                              in accordance with Examiner
                              instructions (.9).

06/03/10   E. DAUCHER         Provide M. Roitman with research        0.00 hrs.
                              re: conflicts among committee
                              members.

06/03/10   K. ZAFRAN          Review GreatBanc privilege log and      1.60 hrs.
                              list documents that should not be
                              privileged in connection with
                              report to Examiner.

06/03/10   D. BAVA            Conference with F. Vazquez re:          0.00 hrs.
                              Committee bylaws (.10); review
                              files re: Committee bylaws (.20).

06/03/10   M. ROITMAN         Research re: fiduciary duty to          4.30 hrs.
                              Committee members and conflicts of
                              interest (3.3); Confer with F.
                              Vazquez re: same (0.4); Correspond
                              with T. Zink and F. Vazquez re:
                              same (0.3); Confer with T. Zink
                              re: exclusion of Committee member
                              from Committee discussions of
                              ESOP/LBO issues (0.1); Correspond
                              with A. Landis re: same (0.2).

06/03/10   F. VAZQUEZ         Confs w/Zink re Wilmington Trust        8.10 hrs.
                              submission and revisions thereto
                              (1.2); conf w/Roitman re
                              Intralinks matter (.1); draft
                              submission re Wilmington Trust
                              (5.6); email to/from Nellos re
                              Wilmington Trust submission (.1);
                              email to/from Zink re Wilmington
                              Trust submission (.2); review case
                              law cited by Wilmington Trust in
                              its statement (.5); email to/from
                              Zink and Roitman re cases cited by
                              Wilmington Trust (.1); research re
                              committee conflicts (.3).

06/03/10   N. T. ZINK         Review and revise various              8.90 hrs.
                              supplemental submissions to
                              Examiner (8.7); phone conference
                              with J. Sottile of Zuckerman
                              Spaeder re supplemental
                              submissions to Examiner (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| 06/03/10 | A. K. NELLOS | Work on reply brief related to potential third-party claims for Examiner. | 2.80 hrs. |
|----------|--------------|--------------------------------------------------------------------------|-----------|
| 06/03/10 | M. D. ASHLEY | Call with A. Nellos regarding submission of Merrill Lynch documents to Examiner (.1); call with A. Goldfarb regarding Merrill documents for Examiner (.2); call with F. Vazquez regarding Examiner reply briefs (.1); emails with A. Nellos regarding preparation of Examiner reply briefs (.4); emails with R. Kirby regarding legal research for Examiner third-party reply brief (.2); revised draft Examiner third-party reply brief and reviewed related factual and legal materials (4.8); emails with A. Goldfarb regarding Merrill documents and reply briefs (.3); emails with T. Zink regarding preparation of Examiner reply briefs (.3); emails with T. McCormack regarding same (.2); reviewed Merrill documents submitted to Examiner (1.3); reviewed revised Zuckerman draft brief (.8). | 8.70 hrs. |
| 06/03/10 | H. SEIFE | Review and revised submissions to Examiner (1.7); review of ZS draft submission (.8); review and revised draft response to Wilmington Trust (1.4). | 3.90 hrs. |
| 06/03/10 | T. J. MCCORMACK | Review/comment on draft reply brief for Examiner on D&O issues (1.2); review Zuckerman draft reply brief (0.8); review issues regarding submissions of certain documents to Examiner (0.1); review/comment on latest Examiner reply brief on D&O issues (0.8); review current Zuckerman reply brief for Examiner (0.7). | 3.60 hrs. |
| 06/04/10 | T. J. MCCORMACK | Review/comment on D&O reply brief for Examiner (1.6) and follow-up with M. Ashley on various issues regarding same (.2); review Zuckerman's final reply brief | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |            |
|------------|----------------|-----|-----------|
|            |                | (0.7); confer F. Vazquez re: state claim issues in D&O reply brief (0.1). |            |
| 06/04/10   | H. SEIFE       | Review and revised submisisons to Examiner (1.4); review of revised ZS draft (.6). | 2.00 hrs. |
| 06/04/10   | M. D. ASHLEY   | Meeting with A. Nellos regarding preparation of Examiner reply briefs (.4); call with J. Sottile regarding Examiner reply briefs (.2); call with T. Zink, F. Vazquez regarding preparation of Examiner reply briefs (.2); calls with A. Nellos regarding same (.2); reviewed and revised draft Examiner third-party reply brief in preparation for filing (2.7); reviewed factual and legal research materials related to reply briefs (2.5); emails with A. Nellos regarding preparation of Examiner reply briefs (.5); emails with F. Vazquez regarding same (.2); emails with M. Roitman regarding same (.2); emails with Zuckerman Spaeder regarding Examiner reply briefs (.4); reviewed Zuckerman's revised draft reply brief (.7). | 8.20 hrs. |
| 06/04/10   | E. M. MILLER   | Brief phone call and email exchange with A Nellos re confidentiality of Kowalczuk deposition transcript (.2) and review summary memo and transcript re same (.2) in connection with reply to Examiner. | 0.40 hrs. |
| 06/04/10   | A. K. NELLOS   | Work on reply brief to Examiner related to potential third-party claims. | 4.10 hrs. |
| 06/04/10   | N. T. ZINK     | Phone conferences with F. Vazquez re supplemental submissions to Examiner (.7); review and revise supplemental submissions (2.1). | 2.80 hrs. |
| 06/04/10   | D. E. DEUTSCH  | Review weekly adversary reports (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


| 06/04/10 | F. VAZQUEZ | Email to/from Ashley re submission on third party claims (.1); review Zuckerman submission to the Examiner (.7); email to/from Ashley re Seife's comments (.1); email to/from Zink re release and caselaw (.1); email to/from Zink re revisions to Wilmington Trust submission (.1); email to Daucher re additional cites to Wilmington Trust submission (.2).. | 1.30 hrs. |
| 06/04/10 | F. VAZQUEZ | Conf w/Daucher re decision in similar case re related issues (.2); review decision (.4); confs w/Seife re Wilmington Trust submission (.4); conf w/Roitman re legal research re Wilmington Trust submission (.1); confs w/Zink re revisions to Wilmington Trust submission (.8); review and revise Wilmington Trust submission (5.3). | 7.20 hrs. |
| 06/04/10 | R. M. KIRBY | Reviewing legal citations and underlying law referenced in draft reply brief to Examiner. | 2.40 hrs. |
| 06/04/10 | M. ROITMAN | Research re: Committee bylaws enforceability issue (1.3); Meet with F. Vazquez re: same (0.1); Call with T. Zink re: same (0.2); Review exhibits to reply brief re: Wilmington Trust (0.2); Draft email to Committee re: Reply Briefs for Submission to Examiner (0.9); Confer with D. Deutsch re: same (0.1); Correspond with A. Nellos re: same (0.1) | 2.90 hrs. |
| 06/04/10 | M. ROITMAN | Review Dockets and revise Neil and Beatty adversary reports (0.4) | 0.40 hrs. |
| 06/04/10 | M. IACOPELLI | Prepare index to exhibits to Wilmington Trust Reply Brief submission (.4); prepare index to exhibits to Reply Brief Submission (1.0). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9

| | | | |
|---|---|---|---|
| 06/04/10 | E. DAUCHER | Research case law and treatises on excluding conflicted committee members from discussions (6.7); draft new portions of Chadbourne's supplemental Examiner submission (2.3). | 9.00 hrs. |
| 06/04/10 | A. K. NELLOS | Review documents cited in current drafts of briefs to Examiner for confidentiality issues (.8). Exchange emails with A. Goldfarb and M. Ashley regarding same (.2). Discuss various issues with L. Moloney regarding Relativity and hyperlinking of brief for submission to Examiner (.8). | 1.80 hrs. |
| 06/05/10 | E. DAUCHER | Research precedent for excluding conflicted committee members from certain discussions (1.4); research re second conflicted committee member issue (.6); and edit Chadbourne's supplemental Examiner submission (1). | 3.00 hrs. |
| 06/05/10 | N. T. ZINK | Review and revise supplemental submissions to examiner (3.2). | 3.20 hrs. |
| 06/05/10 | H. SEIFE | Review and edit parts of revised submissions to Examiner (1.2); review emails regarding comments from Committee members (.8). | 2.00 hrs. |
| 06/05/10 | F. VAZQUEZ | Review and revise Wilmington Trust submission (5.8); confs w/Daucher re research re Wilmington Trust submission(.6); conf w/Zink re revisions to and comments re Wilmington Trust submission (.7); emails to/from Daucher re revisons to Wilmington Trust submissions (.2); emails to/from Nellos re third party claims submissions (.1); email to/from Landis & Butcher re status of Wilmington Trust submissions (.1); emails to/from Zink re comments to the Wilmington Trust submission (.2); email to/from Roitman re Intralinks (.1). | 7.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   10


| 06/06/10 | F. VAZQUEZ | Email from Seife re Wilmington Trust submission (.1); email to/from Zink re finalizing Wilmington Trust submission (.2); email to/from Roitman re posting of Wilmington Trust submission (.1); review submission re third party claims (1.2); review list of exhibits to Wilmington Trust submission (.1); email to/from Nellos re list of exhibits (.2); email to/from Landis and Butcher re comments to the Wilmington Trust submission (.1); email to Ashley re submission on third party cliams (.1). | 2.10 hrs. |
| 06/06/10 | M. ROITMAN | Draft email to Committee re: Reply Brief on Wilmington Trust issues (0.5); Review Wilmington Trust Examiner brief re: confidentiality issues (1.4); Correspond with W. Smith, H. Seife, D. Deutsch, M. Ashley, A. Nellos re: same (0.5); Review revisions to reply brief on claims against LBO banks (0.3); Correspond with A. Nellos, H. Seife, W. Smith re: same (0.2). | 2.90 hrs. |
| 06/06/10 | D. E. DEUTSCH | Review multiple e-mails re: reply for Examiner (.3); review and respond to related request from Committee co-chair (.2); exchange additional e-mails with Marc Roitman related to same (.3); | 0.80 hrs. |
| 06/06/10 | A. K. NELLOS | Work on reply briefs to Examiner and related materials (5.9); multiple calls and meeting with L.Moloney regarding preparing reply briefs in accordance with Examiner instructions (1.8). | 7.70 hrs. |
| 06/06/10 | E. DAUCHER | Review and edit Chadbourne's supplemental Examiner submission. | 1.00 hrs. |
| 06/06/10 | L. F. MOLONEY | Worked on preparation Examiner briefs and exhibit lists in electronic format, in accordance with Examiner guidelines.. | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11

| 06/06/10 | M. D. ASHLEY | Reviewed draft Examiner reply briefs and related factual and legal research materials (3.3); emails with A. Nellos regarding finalizing Examiner reply briefs (.2); emails with M. Roitman regarding confidentiality of Examiner submissions (.1). | 3.60 hrs. |
| 06/07/10 | M. D. ASHLEY | Reviewed near-final versions of Examiner reply briefs (2.2); reviewed related factual and legal research materials (2.3); emails with A. Nellos regarding finalizing reply briefs (.4); emails with M. Roitman regarding confidentiality of Examiner submissions (.2); reviewed other parties' Examiner reply briefs (2.6). | 7.70 hrs. |
| 06/07/10 | N. T. ZINK | Review and revise reply submission to Examiner (.8); review reply submissions of other parties (2.8). | 3.60 hrs. |
| 06/07/10 | H. SEIFE | Review of reply submissions to Examiner (Credit Agreement Lenders, Wilmington Trust, Debtors, et al). | 2.40 hrs. |
| 06/07/10 | L. F. MOLONEY | Worked on preparing Examiner briefs and exhibits lists in electronic format, in accordance with Examiner guidelines. | 2.20 hrs. |
| 06/07/10 | T. J. MCCORMACK | Review final versions of Examiner reply brief on D&O claims (0.7); follow-up e-mails with team re: final submissions to Examiner (0.8); t/c with Zuckerman re: same (0.2). | 1.70 hrs. |
| 06/07/10 | J. LOPEZ | Prepare Examiner reply submissions to secure datasite, in accordance with Examiner instructions. | 1.50 hrs. |
| 06/07/10 | A. K. NELLOS | Final review and edits to Examiner briefs for submission and uploading in accordance with Examiner instructions (8.3). | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12

| 06/07/10 | W. BAKARE | Review/analyze and prepare part of reply submissions to Examiner to ensure compliance with guidelines, per A. Nellos request. | 4.30 hrs. |
|---|---|---|---|
| 06/07/10 | E. DAUCHER | Review and finalize Chadbourne's supplemental submission to the Examiner. | 1.10 hrs. |
| 06/07/10 | M. ROITMAN | Draft email to Committee re: Committee's Reply Briefs (0.3); Review reply briefs re: confidentiality issues (0.4); Correspond with A. Nellos re: same (0.2); | 0.90 hrs. |
| 06/07/10 | M. IACOPELLI | Review part of reply submission briefs and exhibits for submission to Examiner to ensure compliance with guidelines (2.6). | 2.60 hrs. |
| 06/07/10 | D. BAVA | Review secure website and prepare all reply submissions to Examiner for attorney review. | 3.20 hrs. |
| 06/07/10 | F. VAZQUEZ | Review and revise Wilmington Trust submission (.8); conf w/Zink re Wilmington Trust submission (.3); conf w/Seife re edits to Wilmington Trust submission (.1); conf w/Daucher re final comments to Wilmington Trust submission (.3); review submissions by Wilmington Trust and Law Debenture and others to the examiner (2.5); conf w/Zink re submissions by Wilmington Trust and summary (.3); email to/from Nellos re status of Wilmington Trust submission (.1); email to/from Daucher re final comments to Wilmington Trust submission (.2) conf w/Nellos re exhibit issues (.2); emails to/from Ashley re comments to Wilmington Trust submission (.1). | 4.90 hrs. |
| 06/08/10 | F. VAZQUEZ | Conf w/Roitman re submissions made by Wilmington Trust (.3); conf w/Dye re summaries of submissions (.2); confs w/Daucher re status of summaries of submissions and next steps (.5); confs w/Zink re form | 9.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13

|            |               | of summaries and timing (.3); review submissions to Examiner (3.6); review and revise summaries of submissions (4.3); email to/from Zink re status of summaries (.1); email to/from Daucher re summaries (.1). |           |
|------------|---------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 06/08/10   | D. BAVA       | Prepare additional reply submissions for attorney review.                                                                                                                                                     | 1.10 hrs. |
| 06/08/10   | A. HANESSIAN  | Researched confidentiality status of documents in brief                                                                                                                                                       | 3.70 hrs. |
| 06/08/10   | M. ROITMAN    | Review Wilmington Trust Examiner brief re: confidentiality issues (2.2); Correspond with D. Bava re: same (0.4); Meet with T. Zink re: same (0.2); Correspond with M. Ashley and A. Nellos re: same (0.3); Call with F. Vazquez re: same (0.2); Meet with D. Deutsch re: same (0.1); Correspond with Brown Rudnick attorneys re: same (0.4). | 3.80 hrs. |
| 06/08/10   | E. DAUCHER    | Prepare a comprehensive summary of all replies submitted to the examiner.                                                                                                                                     | 5.50 hrs. |
| 06/08/10   | J. LOPEZ      | Prepare filing of Examiner reply submissions in accordance with Examiner instructions.                                                                                                                        | 3.10 hrs. |
| 06/08/10   | H. SEIFE      | Review of reply submissions to Examiner.                                                                                                                                                                      | 1.70 hrs. |
| 06/08/10   | M. D. ASHLEY  | Reviewed parties' Examiner reply briefs and related factual materials (3.3); emails with M. Roitman regarding Examiner reply brief documents (.3); call with M. Roitman regarding Wilmington Trust Examiner reply brief (.1); emails with A. Nellos regarding Examiner reply brief materials (.2). | 3.90 hrs. |
| 06/08/10   | B. DYE        | Summarizing JPM's reply to Examiner and reply regarding Sanctions Motion for F. Vazquez                                                                                                                        | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page   14

| | | | |
|---|---|---|---|
| 06/09/10 | M. D. ASHLEY | Emails with M. Rule regarding Examiner financial issues and reviewed related analysis (1.1); reviewed factual materials relating to Examiner reply briefs (1.9); emails with T. Zink regarding Examiner financial advisor meeting (.2). | 3.20 hrs. |
| 06/09/10 | T. J. MCCORMACK | Review/analyze of reply briefs filed by various parties with the Examiner, including Debtor, JPMorgan, and other lenders (2.2); analyze issues regarding voting effect in 1st and 2nd stage in light of Debtor's reply position (0.6). | 2.80 hrs. |
| 06/09/10 | E. DAUCHER | Prepare comprehensive summary of all replies submitted to the Examiner. | 6.20 hrs. |
| 06/09/10 | M. ROITMAN | Review Wilmington Trust Examiner brief re: confidentiality issues (2.3); Correspond with D. Bava and A. Hanessian re: same (0.2); Draft email to H. Seife, D. Deutsch, W. Smith re: same (0.3). | 2.80 hrs. |
| 06/09/10 | A. HANESSIAN | Researched confidentiality status of documents in brief | 2.10 hrs. |
| 06/09/10 | F. VAZQUEZ | Review and revise Examiner summaries (3.8); review submissions to Examiner (3.7); confs w/Daucher re substances and forms of submission (.6); conf w/Zink re submissions and next steps (.5); email to Zink re status of Examiner summaries (.1). | 8.70 hrs. |
| 06/09/10 | F. VAZQUEZ | Email to Zink re status of summaries. | 0.00 hrs. |
| 06/10/10 | D. BAVA | Review and analysis of exhibits provided to the Examiner in support of submissions. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    15


| 06/10/10 | M. ROITMAN | Correspond with M. Ashley and A. Nellos re: documents cited in Wilmington Trust Examiner submissions (0.3). | 0.30 hrs. |
|----------|------------|-----|-----|
| 06/10/10 | E. DAUCHER | Finalize summaries of Examiner submissions. | 0.70 hrs. |
| 06/10/10 | T. J. MCCORMACK | Review issues raised by Examiner's follow-up questions (0.5). | 0.50 hrs. |
| 06/10/10 | N. T. ZINK | Review all supplemental submissions to the Examiner (1.8); review and revise summary of supplemental submissions (1.0); phone conference with J. Sottile re choice of law and ordinary course questions raised by the Examiner (.4); conference with H. Seife re status of post-submission issues (.2); conference with F. Vazquez re preparation for confirmation (.6); review Third Circuit case law re 9019 and 1123(b)(3)(B) issues (1.0). | 5.00 hrs. |
| 06/10/10 | M. D. ASHLEY | Reviewed summary of Examiner reply submissions (1.7); call with T. Zink regarding Examiner follow-up questions (.1); reviewed legal research materials regarding Examiner follow-up questions (.6); emails with A. Nellos regarding collection of Examiner submission documents (.4). | 2.80 hrs. |
| 06/10/10 | H. SEIFE | Review of reply submissions to Examiner. | 1.20 hrs. |
| 06/10/10 | B. DYE | Meeting with T. Zink, C. Rivera, and Zuckerman to discuss committee conflicts issue. | 0.30 hrs. |
| 06/10/10 | F. VAZQUEZ | Review and revise Examiner summaries (.8); conf w/Zink re summaries (.2); review motion to compel discovery (.6); email to/from ZInk re status of summaries (.2). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page   16

| 06/10/10 | W. BAKARE | Review/analyze and prepare reply submissions to Examiner per A. Nellos request. | 0.80 hrs. |
|---|---|---|---|
| 06/11/10 | M. D. ASHLEY | Reviewed parties' Examiner reply briefs and related factual materials (.8); reviewed and revised draft Zuckerman letter to Examiner's counsel regarding follow-up questions (.3); emails with A. Goldfarb regarding draft letter to Examiner (.2); emails with T. Zink regarding Examiner's follow-up questions (.2); reviewed factual materials regarding follow-up questions (.4). | 1.90 hrs. |
| 06/11/10 | T. J. MCCORMACK | Review Zuckerman draft of letter to Examiner regarding follow-up inquiries (0.2); t/c Zuckerman re: same (0.1). | 0.30 hrs. |
| 06/11/10 | F. VAZQUEZ | Conf w/Ashley re preference payment issue (.1); conf w/Zink re preference payments (.2) email to Zink re preference analysis (.2); review preliminary report re preference claims (.3). | 0.80 hrs. |
| 06/11/10 | N. T. ZINK | Review draft reply letter to Examiner (.3); conference with F. Vazquez re draft Examiner reply letter (.2); further consideration of issues relating to examiner letter (.2). | 0.70 hrs. |
| 06/11/10 | E. DAUCHER | Meet with F. Vazquez to discuss research into Committee's exculpation clauses. | 0.00 hrs. |
| 06/14/10 | M. D. ASHLEY | Reviewed various parties' Examiner submissions relating to merits of potential claims. | 1.30 hrs. |
| 06/14/10 | E. DAUCHER | Research treatment of information disclosed in settlement process. | 1.10 hrs. |
| 06/14/10 | H. SEIFE | Review of Glazer letter to Examiner (.3); review of Sidley letter to Examiner (.3); review of Examiner email regarding confidentiality (.4); review of ML | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   17


                                letter to Examiner (.3).

06/15/10   H. SEIFE           Review of Examiner raised issues          1.90 hrs.
                              (1.3); review emails from Examiner
                              (.6).

06/15/10   D. E. DEUTSCH      Review e-mails and materials from         0.20 hrs.
                              Examiner and other re: report
                              matters (.2).

06/15/10   M. D. ASHLEY       Reviewed correspondence to               2.00 hrs.
                              Examiner from JPMorgan and Debtors
                              regarding confidentiality of
                              documents (.4); emails with A.
                              Nellos regarding confidentiality
                              issues (.2); reviewed prior
                              correspondence regarding
                              confidentiality issues and
                              selected confidential documents
                              (1.4).

06/15/10   M. ROITMAN         Draft email to Committee re:             1.40 hrs.
                              Zuckerman Spaeder Letter to
                              Examiner (0.4); Draft outline
                              summary of certain citations in
                              Wilmington Trust's pleadings (1.0).

06/15/10   M. IACOPELLI       Research Relativity confidential        2.80 hrs.
                              documents cited in Letter from
                              Sidley Austin to Kenneth Klee
                              (Examiner) (1.4); Research
                              Relativity confidential documents
                              cited in Letter from Davis Polk to
                              Kenneth Klee (Examiner) (1.4).

06/15/10   T. J. MCCORMACK    Review draft of Zuckerman letter        0.20 hrs.
                              to Examiner addressing issues
                              raised by Examiner (0.2).

06/16/10   M. ROITMAN         Review Examiner's Supplement re:        2.20 hrs.
                              Work and Expense Plan (0.2);
                              Correspond with M. Ashley re: JPM
                              Response to Credit Agreement
                              Lenders' Motion to Compel (0.3);
                              Draft Outline Summary of
                              Wilmington Trust's criticisms of
                              the Committee in all WT pleadings
                              (1.7);

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     July 23, 2010
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page    18

| | | | |
|---|---|---|---|
| 06/16/10 | M. D. ASHLEY | Reviewed Examiner's supplemental filing regarding work and expense plan (.2); reviewed prior pleadings regarding Examiner's work plan (.2). | 0.40 hrs. |
| 06/16/10 | D. BAVA | Organization of recently filed discovery related to Credit Lenders motion to compel requests (.80). | 0.80 hrs. |
| 06/16/10 | H. SEIFE | Review of Examiner's revised work plan (.3). | 0.30 hrs. |
| 06/17/10 | D. BAVA | Prepare exhibits to the initial and reply submissions of Wells Fargo to the Examiner for M. Ashley (2.80). | 2.80 hrs. |
| 06/17/10 | L. BRESSACK | Review various transcripts and motions (1.4) and draft outline summary of parts of Wilmington Trust's statements re: Committee (2.8); Meet with M. Roitman re: same (0.4). | 4.60 hrs. |
| 06/17/10 | D. E. DEUTSCH | Review multiple e-mails from Marc Ashley related to confirmation discovery issues (.7); review and edit e-mail and exhibit to Committee on same (.4). | 1.10 hrs. |
| 06/17/10 | M. D. ASHLEY | Reviewed pleadings and submissions relating to status of Examiner matters (1.2); reviewed documents designated by Debtors and JPMorgan as confidential for Examiner report (1.6). | 2.80 hrs. |
| 06/17/10 | M. ROITMAN | Draft email to Committee re: Examiner's Supplemental Work and Expense Plan (0.2); Draft outline summary of Wilmington Trust's statements re: Committee actions (5.5); Meet with L. Bressack re: same (0.4); | 6.10 hrs. |
| 06/17/10 | T. J. MCCORMACK | Confer M. Ashley re: status of Examiner efforts (0.2); reviewed additional party submission to Examiner (0.6). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   19

| 06/18/10 | M. ROITMAN | Review Dockets in Neil and Beatty Adversary Cases and Revise Neil Adversary Report (0.6) | 0.60 hrs. |
|---|---|---|---|
| 06/18/10 | M. ROITMAN | Revise outline summary of Wilmington Trust's statements re: Committee in WT pleadings (1.5); Correspond with T. Zink, M. Ashley re: same (0.1) | 1.60 hrs. |
| 06/18/10 | H. SEIFE | Review Examiner letter regarding confidentiality documents. | 0.30 hrs. |
| 06/18/10 | E. DAUCHER | Call with R. Gayda re: admissibility of an examiner's report. | 0.00 hrs. |
| 06/20/10 | M. D. ASHLEY | Reviewed correspondence regarding designation of confidential documents (.2); reviewed parties' confidential documents (.7). | 0.90 hrs. |
| 06/21/10 | M. D. ASHLEY | Emails with A. Goldfarb regarding Examiner confidentiality issues (.2); reviewed parties' confidential documents (.6). | 0.80 hrs. |
| 06/21/10 | D. BAVA | Review exhibits to Wilmington Trust submission (both initial and reply) for completeness (1.20). | 1.20 hrs. |
| 06/21/10 | N. T. ZINK | Review Examiner confidentiality letter and related issues (.4). | 0.40 hrs. |
| 06/22/10 | M. ROITMAN | Conference call with Examiner and all counsel (0.5); Draft memo to Committee re: Examiner Report update (0.8) | 1.30 hrs. |
| 06/22/10 | T. J. MCCORMACK | Review issues re: Examiner seeking more time for report (0.2). | 0.20 hrs. |
| 06/22/10 | M. D. ASHLEY | Emails with H. Seife regarding call with Examiner (.2); reviewed summary of call with Examiner (.1). | 0.30 hrs. |
| 06/22/10 | D. E. DEUTSCH | Review weekly adversary case reports (.2); review and follow-up on Examiner's request for meeting (.2). | 0.40 hrs. |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/22/10 | H. SEIFE | Conference call with Examiner regarding additional time (.6); review and revised email to Committee (.5). | 1.10 hrs. |
| 06/23/10 | H. SEIFE | Review of Examiner motion for extension. | 0.50 hrs. |
| 06/23/10 | R. M. KIRBY | Researching law concerning possible conflict of interest issues re expert matters, as per M. Ashley. | 3.10 hrs. |
| 06/23/10 | T. J. MCCORMACK | Review Examiner motion on procedural issues (0.3); confer M. Ashley on coordination with other proponents and schedule (0.4); consider expert and evidentiary options for hearing (1.2); review case law on releases in bankruptcy and standards concerning their application (1.0); receipt and review correspondence/materials on discovery, upcoming depositions and other pre-hearing matters (0.7). | 3.60 hrs. |
| 06/23/10 | R. J. GAYDA | Review Examiner's Motion for extension to file report and motion to shorten notice (.7). | 0.70 hrs. |
| 06/23/10 | M. ROITMAN | Review Examiner Motion for Extension to Report Deadline (0.2); Draft email to C&P litigation team re: same (0.2) | 0.40 hrs. |
| 06/23/10 | F. VAZQUEZ | Review Examiner motion for extension of time. | 0.00 hrs. |
| 06/24/10 | T. J. MCCORMACK | Review Zuckerman report on Examiner discussions. | 0.20 hrs. |
| 06/25/10 | M. ROITMAN | Review Dockets in Neil and Beatty Adversary Cases and Revise Neil Adversary Report (0.4) | 0.40 hrs. |
| 06/25/10 | M. D. ASHLEY | Reviewed parties' correspondence and related documents designated as confidential for Examiner's report (.7). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page   21

| 06/28/10 | M. ROITMAN | Correspond with M. Ashley re: retention of solvency expert (0.3); Correspond with D. Deutsch and M. Ashley re: Credit Agreement Lenders Motion to Compel JPM (0.1) | 0.40 hrs. |
| 06/29/10 | H. SEIFE | Prepare for hearing on Examiner motion for additional time (.4); review and revise joinder motion (.6). | 1.00 hrs. |
| 06/29/10 | D. E. DEUTSCH | Review weekly adversary proceeding reports (.2). | 0.20 hrs. |

**Total Fees for Professional Services............. $230,793.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 25.90 | 24993.50 |
| N. T. ZINK | 795.00 | 41.50 | 32992.50 |
| T. J. MCCORMACK | 825.00 | 26.00 | 21450.00 |
| M. D. ASHLEY | 645.00 | 67.70 | 43666.50 |
| D. E. DEUTSCH | 695.00 | 3.10 | 2154.50 |
| E. M. MILLER | 595.00 | .40 | 238.00 |
| F. VAZQUEZ | 625.00 | 68.20 | 42625.00 |
| A. HANESSIAN | 185.00 | 5.80 | 1073.00 |
| D. BAVA | 270.00 | 9.90 | 2673.00 |
| J. LOPEZ | 215.00 | 4.60 | 989.00 |
| M. IACOPELLI | 240.00 | 6.80 | 1632.00 |
| W. BAKARE | 230.00 | 5.10 | 1173.00 |
| A. K. NELLOS | 595.00 | 36.40 | 21658.00 |
| C. L. RIVERA | 625.00 | .10 | 62.50 |
| E. DAUCHER | 355.00 | 28.20 | 10011.00 |
| R. J. GAYDA | 595.00 | .70 | 416.50 |
| R. M. KIRBY | 475.00 | 9.40 | 4465.00 |
| B. DYE | 405.00 | 3.70 | 1498.50 |
| K. ZAFRAN | 405.00 | 1.60 | 648.00 |
| L. BRESSACK | 250.00 | 4.60 | 1150.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    22

| | | | |
|---|---|---|---|
| L. F. MOLONEY | 305.00 | 5.80 | 1769.00 |
| M. ROITMAN | 355.00 | 37.90 | 13454.50 |
| TOTALS | | 393.40 | 230793.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                              For Services Through June 30, 2010
    Our Matter #19804.019
              REVIEW OF PREPETITION FINANCINGS


06/01/10    A. DUFFY          Online review of documents           1.20 hrs.
                              produced in connection with the
                              ESOP Transaction (1.2)

06/01/10    A. KRONSTADT      On-line review of documents          4.10 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

06/01/10    M. WEINBAUM       On-line review of documents          1.30 hrs.
                              produced in connection with
                              investigation of ESOP Transaction
                              (1.3).

06/01/10    F. MALIK          On-line review of documents          4.30 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

06/01/10    K. ZAFRAN         On-line review of documents          3.30 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

06/01/10    F. PERKINS        On-line review of documents          4.20 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

06/01/10    A. K. NELLOS      Review progress of document          2.60 hrs.
                              reviewers (1.2) and assign
                              additional documents for review
                              (1.4).

06/01/10    K. A. GIULIANO    On-line review of documents          3.90 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

06/02/10    K. A. GIULIANO    On-line review of documents          5.90 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

06/02/10    A. K. NELLOS      Review progress of document          3.10 hrs.
                              reviewers (1.0) and assign
                              additional documents for review
                              (1.3); online review and
                              comparison of documents related to
                              the ESOP transaction (second- tier
                              review) (.8).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2

| | | | |
|---|---|---|---|
| 06/02/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.80 hrs. |
| 06/02/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.20 hrs. |
| 06/02/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 2.60 hrs. |
| 06/02/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction (.5). | 0.50 hrs. |
| 06/02/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.70 hrs. |
| 06/02/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 06/02/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (0.5). | 0.50 hrs. |
| 06/03/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.80 hrs. |
| 06/03/10 | P. TANCK | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.80 hrs. |
| 06/03/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.80 hrs. |
| 06/03/10 | A. K. NELLOS | Review progress of document reviewers (1.3) and assign additional documents for review (1.5). Online review and comparison of documents related to the ESOP transaction (second- tier review) (1.9). | 4.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    3

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/04/10 | A. K. NELLOS | Review progress of document reviewers (1.2) and assign additional documents for review (1.4). Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.2). | 4.80 hrs. |
| 06/04/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 06/04/10 | K. ZAFRAN | On-line review of documents produced in relation to ESOP transaction. | 3.90 hrs. |
| 06/04/10 | L. F. MOLONEY | Prepared copies of new media (1.1); Correspondence with A. Nellos and M. Cervantes at Complete Document Source re. new documents and data for Relativity database (.7); review database for newly loaded documents (.4). | 2.20 hrs. |
| 06/07/10 | M. WEINBAUM | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.60 hrs. |
| 06/07/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.80 hrs. |
| 06/07/10 | A. K. NELLOS | Check on progress of document reviewers (1.1) and assign additional documents for review (1.2). | 2.30 hrs. |
| 06/07/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.20 hrs. |
| 06/07/10 | K. ZAFRAN | On-line review of documents in connection with investigation of ESOP transaction. | 1.40 hrs. |
| 06/07/10 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4


| Date | Person | Description | Hours |
|---|---|---|---|
| 06/08/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 4.80 hrs. |
| 06/08/10 | M. WEINBAUM | Commented on Agreements distributed from Tioga (.2). | 0.00 hrs. |
| 06/08/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional documents for review (1.3). | 2.20 hrs. |
| 06/09/10 | E. WEISSMAN | Problem creating DVD copy for vendor. | 0.00 hrs. |
| 06/09/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 3.70 hrs. |
| 06/09/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.80 hrs. |
| 06/10/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.30 hrs. |
| 06/10/10 | K. ZAFRAN | On-line review of documents produced in connection with ESOP transaction. | 2.40 hrs. |
| 06/10/10 | C. L. RIVERA | Call with T. Zink, J. Sottile, and B. Dye re: conflicts issue (0.3); review notes re: same (0.1). | 0.00 hrs. |
| 06/10/10 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review). | 2.80 hrs. |
| 06/11/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional documents for review (1.2). | 2.10 hrs. |
| 06/11/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.60 hrs. |
| 06/11/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| 06/14/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.20 hrs. |

| 06/14/10 | A. K. NELLOS | Review progress of document reviewers (1.0) and assign additional documents for review (1.3). | 2.30 hrs. |

| 06/14/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.80 hrs. |

| 06/14/10 | M. D. ASHLEY | Emails with R. Schwinger regarding document productions in response to Committee requests (.1); emails with A. Nellos regarding same (.2); reviewed correspondence regarding status of document collection efforts (.4). | 0.70 hrs. |

| 06/15/10 | M. D. ASHLEY | Emails with A. Goldfarb regarding draft letter to Moody's counsel relating to scope of document production (.2); reviewed draft letter to Moody's counsel and prior correspondence regarding document production (.6); emails with A. Nellos regarding status of document collection efforts (.2); reviewed prior correspondence regarding status of document collection (.4). | 1.40 hrs. |

| 06/15/10 | R. A. SCHWINGER | Review, comment on draft agreement re Moody's document production. | 0.30 hrs. |

| 06/15/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.70 hrs. |

| 06/15/10 | A. K. NELLOS | Review progress of document reviewers (1.1) and assign additional documents for review (1.3). | 2.40 hrs. |

| 06/15/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| 06/16/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.10 hrs. |
| 06/16/10 | A. K. NELLOS | Review progress of document reviewers (.6) and assign additional documents for review (.7). | 1.30 hrs. |
| 06/16/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 06/16/10 | M. D. ASHLEY | Reviewed Bank of Tokyo document production (.4); emails with A. Nellos regarding same (.1). | 0.50 hrs. |
| 06/17/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.10 hrs. |
| 06/17/10 | M. D. ASHLEY | Reviewed Bank of Tokyo document production and related declining banks' documents (1.4). | 1.40 hrs. |
| 06/17/10 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.20 hrs. |
| 06/17/10 | K. ZAFRAN | Online review of documents produced in connection with ESOP transaction. | 5.90 hrs. |
| 06/18/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.80 hrs. |
| 06/18/10 | K. GARRY | Assist with printing and organization of depositions. | 0.00 hrs. |
| 06/18/10 | E. WEISSMAN | Load images into IPRO and print set per A. Nellos request. | 0.00 hrs. |
| 06/19/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 06/19/10 | K. ZAFRAN | Online review of documents produced in connection with ESOP transaction. | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    7


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/20/10 | F. MALIK | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.20 hrs. |
| 06/24/10 | A. DUFFY | Online review of documents produced in connection with the ESOP Transaction (2.3). | 2.30 hrs. |
| 06/28/10 | M. D. ASHLEY | Emails with R. Schwinger regarding status of LBO discovery (.1); emails with A. Nellos regarding same (.1); reviewed correspondence regarding LBO discovery efforts (.3). | 0.50 hrs. |


**Total Fees for Professional Services.............. $92,223.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| R. A. SCHWINGER | 785.00 | .30 | 235.50 |
| M. D. ASHLEY | 645.00 | 4.50 | 2902.50 |
| F. MALIK | 405.00 | 46.70 | 18913.50 |
| K. A. GIULIANO | 595.00 | 9.80 | 5831.00 |
| A. K. NELLOS | 595.00 | 30.60 | 18207.00 |
| P. TANCK | 595.00 | 8.00 | 4760.00 |
| A. DUFFY | 405.00 | 4.00 | 1620.00 |
| A. KRONSTADT | 405.00 | 5.00 | 2025.00 |
| F. PERKINS | 405.00 | 57.40 | 23247.00 |
| K. ZAFRAN | 405.00 | 30.70 | 12433.50 |
| L. F. MOLONEY | 305.00 | 2.20 | 671.00 |
| M. WEINBAUM | 405.00 | 3.40 | 1377.00 |
| TOTALS | | 202.60 | 92223.00 |