TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    1

For Services Through June 30, 2010

Our Matter #19804.021
          PLAN LITIGATION


| 06/01/10 | R. KURTH | Review and analysis of 2010 Competitiveness Assessment | 0.00 hrs. |
|---|---|---|---|
| 06/01/10 | M. D. ASHLEY | Emails with Debtors', Wilmington Trust's and Wells Fargo's counsel regarding plan confirmation document requests (.3); reviewed docket materials regarding plan confirmation discovery (.4). | 0.70 hrs. |
| 06/02/10 | M. D. ASHLEY | Reviewed Wells Fargo's second supplemental objection to Disclosure Statement and related materials (.7); emails with Davis Polk regarding JPM's plan confirmation document production (.2). | 0.90 hrs. |
| 06/02/10 | H. SEIFE | Review of plan discovery update (.6); review of draft response to the Bridge lenders (.4). | 1.00 hrs. |
| 06/02/10 | T. J. MCCORMACK | Review Wells Fargo's objection to disclosure statement (0.2). | 0.20 hrs. |
| 06/02/10 | M. ROITMAN | Review discovery notices on docket (0.2); correspond with M.Ashley and D.Deutsch re: same (0.1). | 0.30 hrs. |
| 06/03/10 | T. J. MCCORMACK | Receipt and review of bridge agents submission on Debtor's reply re: disclosure (0.1). | 0.10 hrs. |
| 06/03/10 | H. SEIFE | Review of response from bridge lenders (.5); review emails regarding discovery (.3); preparation for court hearing (1.2). | 2.00 hrs. |
| 06/03/10 | M. D. ASHLEY | Reviewed Bridge Agent's response to Debtors' reply to objection (.4); emails with Davis Polk regarding plan confirmation document production issues (.3); emails with Sidley regarding plan confirmation discovery protocol (.2); emails with A. Nellos regarding plan confirmation discovery issues (.3). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            July 23, 2010
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page    2

| | | | |
|---|---|---|---|
| 06/03/10 | A. K. NELLOS | Review correspondence with counsel regarding responses to Wilmington Trust and Wells Fargo discovery and related materials (.5). | 0.50 hrs. |
| 06/04/10 | A. K. NELLOS | Draft letter to J. Peltz regarding materials for document depository (.2); exchange emails with J. Peltz regarding materials requested from depository relating to Wilmington Trust document requests (.2). | 0.40 hrs. |
| 06/04/10 | M. D. ASHLEY | Emails with A. Nellos regarding plan confirmation discovery issues (.2); emails with Sidley regarding plan confirmation discovery (.3); reviewed parties' responses and objections to document requests (.4). | 0.90 hrs. |
| 06/07/10 | M. D. ASHLEY | Emails with A. Nellos regarding plan confirmation document productions (.3); reviewed parties' responses and objections to plan confirmation discovery requests (1.8); drafted outline of parties' responses and objections (1.1); emails with Davis Polk regarding JPMorgan's plan confirmation discovery (.2); emails with Sidley regarding plan confirmation discovery issues (.2). | 3.60 hrs. |
| 06/08/10 | M. D. ASHLEY | Call with D. Stier (Davis Polk) regarding JPMorgan's plan confirmation discovery (.2); reviewed disclosure statement hearing transcripts in preparation for plan confirmation hearing (1.3); emails with A. Goldfarb regarding plan confirmation responses and objections (.2); reviewed parties' plan confirmation discovery requests and related reponses (1.1); revised outline of parties' discovery responses and objections (.6); emails with Sidley Austin regarding plan confirmation document productions (.2); emails | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


|            |                 | with Davis Polk regarding plan confirmation discovery (.2). |            |
|------------|-----------------|-------------------------------------------------------------|------------|
| 06/08/10   | H. SEIFE        | Review of summary of production of documents (.8); review of confirmation issues/objections and response (2.4). | 3.20 hrs. |
| 06/08/10   | A. K. NELLOS    | Online review and comparison of documents (second- tier review) of JPMorgan documents produced in response to Wilmington Trust discovery requests (3.1). | 3.10 hrs. |
| 06/08/10   | T. J. MCCORMACK | Review case law on plan confirmations for evidentiary elements in preparation for contested plan hearing on 8/10 (1.3); review correspondence and discovery-related materials on items sought from various parties for plan confirmation process (0.7); review e-mails with Sidley and Davis Polk re: same (0.3). | 2.30 hrs. |
| 06/08/10   | N. T. ZINK      | Review reply submissions to Examiner in preparation for contested confirmation hearing (4.5). | 4.50 hrs. |
| 06/09/10   | T. J. MCCORMACK | Receipt and review e-mails re: discovery from JPMorgan and Debtors on settlement-related documents/materials and follow-up re: same (0.9); confer M. Ashley re: efforts to set out confirmation hearing scenarios with Sidley (0.3); t/c Zuckerman re: development of evidentiary record for confirmation hearing (0.3); receipt and review JPMorgan's objections to WF's discovery requests (0.2); receipt and review JPMorgan's discovery directed to WF (0.3). | 2.00 hrs. |
| 06/09/10   | H. SEIFE        | Review of emails regarding production of settlement documents (.8); review of JPM response to document request (.8); review of JPM document request to Wilmington Trust and Wells Fargo (.7). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page    4

| 06/09/10 | M. D. ASHLEY | Telephone call with Sidley Austin regarding plan confirmation document productions (.3); call with D. Deutsch regarding status of plan confirmation discovery (.1); reviewed depository order relating to plan confirmation discovery (.3); emails with A. Goldfarb regarding plan confirmation discovery (.2); emails with Davis Polk regarding JPM's plan confirmation discovery (.4); emails with T. Zink regarding plan confirmation factual issues (.2); emails with A. Nellos regarding plan confirmation discovery (.4); emails with H. Seife, G. Bush regarding production of settlement-related materials (.6); emails with T. McCormack regarding plan confirmation preparation (.2); reviewed JPM document requests and drafted summary (1.0); reviewed parties' responses and objections (1.3). | 5.00 hrs. |
| 06/09/10 | A. K. NELLOS | Review correspondence regarding productions associated with settlement-related materials and discovery responses relating to same (2.6); Speak with L.Moloney regarding issues re plan disovery productions and Relativity (.8). | 3.40 hrs. |
| 06/09/10 | M. ROITMAN | Review Credit Agrement Lenders' Motion to Compel (0.1); Correspond with M. Ashley and D. Deutsch re: same (0.1) | 0.20 hrs. |
| 06/10/10 | M. ROITMAN | Correspond with M. Ashley and A. Nellos re: counsel representation of various parties (0.3) | 0.30 hrs. |
| 06/10/10 | M. D. ASHLEY | Call with D. Stier (Davis Polk) regarding JPM's plan confirmation document production (.3); call with D. Sliman (Kasowitz) regarding Law Debenture's document production (.1); call with D. Newman (Akin) regarding | 6.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5

|            |                   | Centerbridge's document production (.1); reviewed JPM's planned settlement-related document production (1.8); drafted plan confirmation factual issues summary and reviewed related factual materials (2.2); reviewed Credit Agreement Lenders' motion to compel and drafted summary (.8); emails with Sidley regarding production of settlement-related materials (.3); emails with H. Seife regarding same (.2); emails with G. Bush regarding same (.2); emails with producing parties regarding settlement-related materials (.3). |           |
|------------|-------------------|---|-----------|
| 06/10/10   | H. SEIFE          | Review of motion to compel JPM (.4); review attorney/client privilege production issues (1.4). | 1.80 hrs. |
| 06/10/10   | T. J. MCCORMACK   | Analysis of potential legal/factual issues to be addressed at confirmation hearing (1.6); review of motion to compel against JPMorgan (0.4); confer M. Ashley re: settlement-related document productions of various parties (0.3). | 2.30 hrs. |
| 06/11/10   | T. J. MCCORMACK   | Review memo on plan confirmation elements under bankruptcy law (0.4); analysis of evidentiary issues for plan confirmation (0.8); outline potential evidentiary presentation scenarios for plan confirmation hearing in advance of t/c with Zuckerman re: same (1.1); t/c with Zuckerman on issues of plan confirmation, evidence, presentation, coordination with other parties and related issues (0.8); review discovery requests/responses and correspondence between/among lender parties (0.8). | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      July 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   6

| | | | |
|---|---|---|---|
| 06/11/10 | M. D. ASHLEY | Meeting with T. McCormack regarding preparation for plan confirmation hearing (.4); meeting with T. McCormack, T. Zink regarding same (.5); call with T. McCormack, T. Zink, Zuckerman, Landis regarding plan confirmation factual issues (1.1); call with T. McCormack regarding same (.1); reviewed JPMorgan's planned production of settlement-related documents (1.7); reviewed memorandum regarding plan approval standards (.6); emails with R. Kirby regarding legal research relating to plan confirmation evidentiary issues (.3); emails with Brown Rudnick regarding Wilmington Trust's plan confirmation discovery (.2); reviewed Wells Fargo's discovery responses and objections (.4); emails with Davis Polk regarding JPM's plan confirmation document production (.2). | 5.50 hrs. |
| 06/11/10 | A. K. NELLOS | Online review and comparison of documents related to Wilmington Trust/Wells Fargo discovery (second- tier review) (5.1). | 5.10 hrs. |
| 06/11/10 | K. ZAFRAN | On-line review of documents produced in connection with Wilmington Trusts/Wells Fargo discovery. | 8.10 hrs. |
| 06/13/10 | K. ZAFRAN | Online review of documents produced in connection with Wilmington Trusts/Wells Fargo discovery. | 2.40 hrs. |
| 06/13/10 | M. D. ASHLEY | Reviewed JPMorgan Committee-related settlement materials for production to Wells Fargo (.8); reviewed legal research materials regarding plan confirmation settlement approval (.8). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    7


| 06/14/10 | M. D. ASHLEY | Call with T. McCormack regarding preparations for plan confirmation hearing (.2); reviewed JPMorgan's planned production of Committee-related settlement materials (3.2); emails with H. Seife and team regarding JPMorgan's planned production of settlement-related materials (.6); emails with Davis Polk regarding JPMorgan's production of settlement materials (.3); reviewed legal research memorandum and related materials regarding settlement approval standards (1.1); reviewed parties' plan confirmation document responses and objections (1.0); emails with R. Kirby regarding legal research relating to settlement approval (.4); emails with A. Nellos regarding plan confirmation document productions (.2); reviewed correspondence regarding plan confirmation discovery (.3). | 7.30 hrs. |
| 06/14/10 | R. M. KIRBY | Researching evidentiary and procedural issues related to upcoming plan confirmation hearing, as per M. Ashley. | 6.60 hrs. |
| 06/14/10 | H. SEIFE | Review of JPM discovery settlement. | 0.80 hrs. |
| 06/14/10 | A. K. NELLOS | Prepare chart of information tracking plan confirmation discovery and status of review of same (2.1); online review and comparison of documents related to the Wilmington Trust/Wells Fargo discovery (second- tier review) (5.2). | 7.30 hrs. |
| 06/14/10 | K. ZAFRAN | Online review of documents produced in connection with Wilmington Trust/Wells Fargo discovery requests. | 8.60 hrs. |
| 06/14/10 | T. J. MCCORMACK | Review of correspondence re: settlement documents, production requests and materials being produced by JPM Debtors and others (0.4); t/c M. Ashley re: tasks for | 1.10 hrs. |

|  |  |  |  |
|---|---|---|---|
|  |  | plan confirmation discovery and hearing (0.2); review research on plan confirmation evidentiary matters (0.5). |  |
| 06/15/10 | T. J. MCCORMACK | Review issues re: July 1 expert designation date for confirmation hearing (0.3); review e-mails re: settlement discovery and productions by JPM and Debtor (0.4); review input from DE counsel on confirmation hearing issues (0.5). | 1.20 hrs. |
| 06/15/10 | K. ZAFRAN | Online review of documents produced in connection with Wilmington Trusts/Wells Fargo discovery requests. | 8.20 hrs. |
| 06/15/10 | A. K. NELLOS | Respond to M. Ashley regarding plan confirmation document productions (.9); online review and comparison of documents related to Wilmington Trust/Wells Fargo discovery (second- tier review) (4.6). | 5.50 hrs. |
| 06/15/10 | H. SEIFE | Review of production of Committee settlement documents (1.3). | 1.30 hrs. |
| 06/15/10 | R. M. KIRBY | Discussion w/M. Ashley re evidentiary and procedural issues related to upcoming plan confirmation hearing. | 0.70 hrs. |
| 06/15/10 | M. D. ASHLEY | Team meeting regarding plan confirmation hearing preparation (.5); reviewed JPMorgan's settlement-related production (1.5); call with Davis Polk regarding JPMorgan's planned production of settlement-related materials (.2); emails with Davis Polk regarding same (.2); emails with Zuckerman regarding same (.2); call with Landis Rath regarding preparation for plan confirmation hearing (.3); emails with Landis Rath regarding same (.3); meeting with R. Kirby regarding legal research relating to settlement approval (.4); | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9

|            |              | emails with A. Nellos regarding plan confirmation discovery (.3); reviewed and revised plan confirmation discovery chart (.3); emails with D. Bava regarding same (.2); reviewed court rules and legal research materials regarding plan confirmation process (1.1). |           |
|------------|--------------|---|---|
| 06/16/10   | M. D. ASHLEY | Reviewed papers relating to Credit Agreement Lenders' motion to compel JPMorgan to produce documents (1.2); attended telephonic court hearing on motion to compel (.5); call with T. Zink, Zuckerman Spaeder regarding possible plan confirmation expert testimony (.6); reviewed financial analysis materials relating to possible expert testimony (1.8); meeting with H. Seife, T. Zink regarding preparation for plan confirmation hearing (.6); meeting with T. Zink, F. Vazquez regarding factual investigation relating to plan confirmation hearing (.8); reviewed plan confirmation deposition notices (.8); emails with M. Roitman regarding same (.2); reviewed factual materials regarding Committee's deliberations in preparation for plan confirmation hearing (1.7). | 8.20 hrs. |
| 06/16/10   | R. M. KIRBY  | Researching evidentiary and procedural issues related to upcoming plan confirmation hearing, as per M. Ashley. | 4.20 hrs. |
| 06/16/10   | H. SEIFE     | Review of WTC discovery notices (.5); preparation for hearing on confirmation (issues, witnesses) (2.5); meeting with team regarding same (.8); review of Wells Fargo deposition notices (.4). | 4.20 hrs. |
| 06/16/10   | A. K. NELLOS | Online review and comparison of documents related to Wilmington Trust/Wells Fargo discovery (second- tier review) (4.7). | 4.70 hrs. |

| 06/16/10 | K. ZAFRAN | Online review of documents produced in connection with Wilmington Trust and Wells Fargo discovery requests. | 10.30 hrs. |
|---|---|---|---|
| 06/16/10 | H. SEIFE | Review of Well Fargo deposition notices (.4). | 0.00 hrs. |
| 06/16/10 | T. J. MCCORMACK | Prep for and conf. call with Zuckerman on evidentiary issues for August hearing (0.8); analysis of presentation of evidence by proponents of plan, likely tactics of opposing parties and options for addressing various issues (1.7); analysis of possible expert testimony, with reference to prior case law on use of experts at confirmation hearings (1.4); review correspondence and attachments on various ongoing discovery (0.4); analysis of fact gathering needed for hearing (0.4) and assignment of tasks re: same (0.2); receipt and review Examiner supplemental filing (0.1); receipt and review of WT discovery requests on numerous parties (0.2). | 5.20 hrs. |
| 06/16/10 | D. E. DEUTSCH | Participate in hearing on plan discovery dispute (.7). | 0.70 hrs. |
| 06/17/10 | M. IACOPELLI | Reviewed various court notices to prepare memorandum on scheduled depositions. | 0.60 hrs. |
| 06/17/10 | T. J. MCCORMACK | Review correspondence/attachments re: discovery for plan hearing (0.5); review issues in potential use of experts at plan hearing (0.5) and confer Zuckerman re: same (0.4); analysis of legal framework for plan hearing including evidentiary requirements (1.2); review status of settlement document analysis (0.2). | 2.80 hrs. |
| 06/17/10 | L. F. MOLONEY | Prepared key documents from Relativity in connection with plan discovery requests. | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11


| 06/17/10 | N. T. ZINK | Review deposition notices and M. Ashley email re same (.4); review JPM production of committee emails to Wells Fargo and M. Ashley email re same (.2). | 0.60 hrs. |
|---|---|---|---|
| 06/17/10 | A. K. NELLOS | Review progress of document reviewers for plan discovery (.6) and assign additional documents for review (.7). Meet with K. Zafran and F. Perkins regarding deposition preparation (.8); speak to B. Miller regarding same (.2); speak with M. Ashley regarding deposition notices and plans regarding same (.6); online review and comparison of documents related to Wilmington Trust/Wells Fargo discovery (second- tier review) (2.8); begin online review of documents related to deposition for Chandler Trusts (2.2). | 7.90 hrs. |
| 06/17/10 | R. M. KIRBY | Drafting memo on evidentiary and procedural issues related to upcoming plan confirmation hearing. | 4.60 hrs. |
| 06/17/10 | M. D. ASHLEY | Analyzed plan confirmation deposition notices (.8); reviewed draft memorandum and related materials regarding plan confirmation evidentiary process (.7); emails with R. Kirby regarding same (.2); emails with J. Sottile regarding possible expert testimony (.2); emails with A. Nellos regarding plan confirmation discovery and deposition preparation (.6); emails with D. Bava regarding deposition preparation (.3); emails with T. McCormack regarding depositions (.2); emails with Sidley regarding same (.2); reviewed factual materials regarding merits of claims (1.2); emails with F. Vazquez regarding email collection relating to settlement process (.2); emails with Davis Polk regarding privileged Committee documents and plan confirmation prep meeting | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            July 23, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   12

                              (.3).

06/17/10   M. ROITMAN         Draft memo to Committee re: plan        0.80 hrs.
                              confirmation deposition schedule
                              (0.2); review documented work in
                              drafting detailed chronology of
                              Committee involvement in
                              settlement negotiations (0.6).

06/17/10   F. VAZQUEZ         Review summary of Wilmington            1.20 hrs.
                              Trust's assertions (.6); email
                              to/from Marc Roitman comments to
                              Wilmington Trust summary (.3);
                              email to/from Ashley re email
                              review and search criteria (.3).

06/18/10   M. ROITMAN         Correspond with E. Glucoft             2.60 hrs.
                              (Moelis) re: June 4th Plan (0.1);
                              review numerous documents and
                              draft detailed chronology of
                              Committee involvement in
                              settlement negotiations (1.2);
                              Meet with T. Zink and M. Ashley
                              re: same (0.9); Call with C.
                              Rybarczyk re: same (0.2);
                              Correspond with T.Zink re: same
                              (0.2).

06/18/10   D. E. DEUTSCH      Review e-mails and attachments re:     0.80 hrs.
                              discovery for plan confirmation
                              (.4); review and provide initial
                              comments on memorandum re: plan
                              objection issues (.4).

06/18/10   M. D. ASHLEY       Meeting with T. McCormack, T. Zink     8.40 hrs.
                              regarding confirmation hearing
                              (.5); call with T. McCormack, T.
                              Zink, Zuckerman Spaeder regarding
                              discovery and hearing prep (1.5);
                              meeting with T. Zink, M. Roitman
                              regarding Committee chronology
                              (.9); emails with M. Roitman
                              regarding same (.2); reviewed
                              summary of statements made re:
                              Committee actions (.4); reviewed
                              confirmation standards memo (.3);
                              reviewed plan objections summary
                              (.3); emails with Davis Polk
                              regarding plan hearing meeting
                              (.2); emails with A. Nellos
                              regarding deposition prep (.3);
                              emails with Brown Rudnick

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page   13

|  |  |  |  |
|---|---|---|---|
|  |  | regarding depositions (.1); emails with Law Debenture regarding settlement-related production (.2); reviewed evidentiary issues memorandum (.3); reviewed factual and legal research materials regarding settlement approval (3.2). |  |
| 06/18/10 | R. M. KIRBY | Revising memo on evidentiary and procedural issues related to upcoming plan confirmation hearing, as per M. Ashley. | 2.90 hrs. |
| 06/18/10 | A. K. NELLOS | Deposition preparation - Chandler Trusts (4.3); deposition preparation - Kaplan deposition (5.2). | 9.50 hrs. |
| 06/18/10 | K. ZAFRAN | Prepare materials for review by attorneys for the deposition of Jeff Sell. | 5.20 hrs. |
| 06/18/10 | N. T. ZINK | Conference with T. McCormack and M. Ashley re confirmation hearing preparation (.5); phone conference with J. Sottile, A. Goldfarb, T. McCormack and M. Ashley re confirmation hearing preparation (1.5); conference with M. Ashley and M. Roitman re plan settlement timeline and confirmation issues (.9); review similar large case confirmation decision (.8); review Credit Agreement Lenders Examiner submissions and related case law (3.4); review R. Kirby memorandum on plan confirmation standards (.1); review B. Gayda memorandum re possible objections to confirmation (.2). | 7.40 hrs. |
| 06/18/10 | T. J. MCCORMACK | Outline potential evidence presentations of various parties for plan confirmation hearing, including order, type of evidence/testimony and potential cross-exam issues (1.1); meet with T. Zink and M. Ashley to discuss evidentiary hearing (0.4); t/c with Zuckerman on all issues re: plan hearing, evidence, order of | 5.10 hrs. |

|            |              |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |            |
|------------|--------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |              | parties and issues for discussion with proponents (1.6); review issues re: release of third-party claims, bankruptcy rules re: releases and 3d Cir. precedent (1.6); confer M. Ashley re: additional research and evidentiary issues to review (0.4). |            |
| 06/20/10   | A. K. NELLOS | Continue online review of documents related to deposition preparation for Kaplan deposition. | 6.30 hrs.  |
| 06/20/10   | M. D. ASHLEY | Reviewed factual and legal research materials relating to plan confirmation hearing preparation. | 0.90 hrs.  |
| 06/20/10   | K. ZAFRAN    | Online review of documents produced in connection with plan discovery. | 1.00 hrs.  |
| 06/21/10   | F. PERKINS   | On-line review of documents produced in connection with plan discovery. | 7.20 hrs.  |
| 06/21/10   | K. ZAFRAN    | Review of documents and key documents charts in preparation for 30(b)(6) deposition of debtors. | 3.50 hrs.  |
| 06/21/10   | M. D. ASHLEY | Reviewed court hearing transcripts from cases pertinent to plan confirmation hearing preparation (2.4); drafted summary of anticipated plan confirmation hearing process (1.8); reviewed Law Debenture's Committee-related settlement materials (1.9); emails with Kasowitz regarding same (.2); reviewed Landis Rath memorandum and related materials regarding plan confirmation hearing process (1.4); emails with M. Roitman regarding factual chronology for plan confirmation hearing preparation (.2); reviewed Wilmington Trust documents for plan confirmation hearing preparation (1.2); emails with R. Kirby regarding plan confirmation preparation legal research (.2); emails with Zuckerman regarding | 9.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                July 23, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page   15

|            |                  | plan supporters' meeting issues relating to plan confirmation hearing (.2). |            |
|------------|------------------|------------------------------------------------------------------------------|------------|
| 06/21/10   | M. IACOPELLI     | Prepare Chandler Trusts key documents (1.2). | 1.20 hrs. |
| 06/21/10   | D. E. DEUTSCH    | Review materials received from JPM's counsel on Wells Fargo discovery (.1); exchange e-mails with Ali Nellos re: same (.1). | 0.20 hrs. |
| 06/21/10   | F. MALIK         | On-line review of documents produced in connection with plan discovery. | 1.10 hrs. |
| 06/21/10   | R. A. SCHWINGER  | Meeting with A. Nellos re discovery status. | 0.20 hrs. |
| 06/21/10   | A. K. NELLOS     | Review of progress of document reviewers in connection with plan discovery (.6) and assign additional documents for review (.7); speak with L. Moloney regarding various productions (1.3); continue online review of documents related to deposition preparation for Kaplan deposition (4.7); work on Chandler Trusts deposition preparation (30(b)(6)) (3.1). | 10.40 hrs. |
| 06/21/10   | M. ROITMAN       | Correspond with M. Ashley re: chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing (0.3); Correspond with Chadbourne litigation team and Matt McGuire re: confirmation hearings in similar large case (0.7). | 1.00 hrs. |
| 06/21/10   | T. J. MCCORMACK  | Review and analysis of several confirmation hearing transcripts from similar large cases with related issues in anticipation of 6/22 meeting (5.6); review e-mails and correspondence on all discovery issues (0.3). | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   16


| | | | |
|---|---|---|---|
| 06/21/10 | N. T. ZINK | Review transcripts of certain other contested confirmation hearings in preparation for Tribune confirmation hearing on plan settlement (.9); review and revise legal and fact outline for confirmation hearing preparation (3.4). | 4.30 hrs. |
| 06/21/10 | L. F. MOLONEY | Prepare key documents from Relativity in connection with Plan discovery requests. | 3.10 hrs. |
| 06/22/10 | N. T. ZINK | Conference with H. Seife and D. Deutsch re plan confirmation issues (.6); prepare for meeting with plan supporters (.5); conference with H. Seife, J. Sottile, T. McCormack and M. Ashley re plan supporter meeting (1.0); attend plan supporter meeting (3.0). | 5.10 hrs. |
| 06/22/10 | T. J. MCCORMACK | Meeting with Zuckerman in advance of proponent's meeting on status and plan hearing (0.7); meeting of proponents at Davis Polk on aspects of case development and confirmation (2.7); receipt and review Bridge Agent motion on procedures on objections (0.3); review plan hearing transcripts from similar large Chapter 11 cases re certain plan confirmation issues (2.3). | 6.00 hrs. |
| 06/22/10 | M. ROITMAN | Correspond with D. Deutsch and A. Landis re: July 14th Status Conference for plan confirmation (0.2); work on researching and drafting detailed chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing (8.1); Correspond with C. Rybarczyk re: same (0.3); conferences with L. Bressack re: same (0.5). | 9.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    17

| 06/22/10 | A. K. NELLOS | Review progress of document review for plan discovery documents (1.1) and assign additional documents for review (1.2); continue review of materials related to Kaplan deposition preparation (4.7); prepare update regarding status of discovery for M. Ashley (1.7); speak with L. Moloney and Complete Documents regarding document production (.9). | 9.60 hrs. |
|---|---|---|---|
| 06/22/10 | R. A. SCHWINGER | Meeting with M. Ashley re latest status re plan confirmation. | 0.30 hrs. |
| 06/22/10 | M. D. ASHLEY | Reviewed factual and legal research materials regarding plan confirmation process (2.3); team meeting regarding plan confirmation prep (.6); meeting with H. Seife, T. McCormack, J. Sottile regarding parties' meeting relating to plan confirmation (.9); attended plan confirmation meeting with plan supporters (2.6); meeting with counsel for Centerbridge and Law Debenture relating to plan confirmation (.8); reviewed plan confirmation discovery requests (.7); emails with A. Nellos regarding plan confirmation document productions (.3); emails with R. Kirby regarding plan confirmation legal research (.3). | 8.50 hrs. |
| 06/22/10 | K. ZAFRAN | Review of documents and key documents charts in preparation for 30(b)(6) deposition of debtors. | 2.40 hrs. |
| 06/22/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 6.80 hrs. |
| 06/22/10 | R. M. KIRBY | Reviewing certain confirmation hearing transcript excerpts and other materials provided by Landis Rath, as per M. Ashley. | 3.20 hrs. |
| 06/22/10 | F. VAZQUEZ | Conf w/Roitman re email review re: settlement timeline. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        July 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   18


| | | | |
|---|---|---|---|
| 06/22/10 | L. BRESSACK | Review Committee meeting minutes for detailed chronology of Committee involvement in settlement negotiations. | 4.10 hrs. |
| 06/22/10 | H. SEIFE | Prepare for meeting at DPW with lenders and Debtors regarding confirmation (.8); attend meeting at DPW (3.0). | 3.80 hrs. |
| 06/22/10 | D. E. DEUTSCH | Participate in meeting with Plan team re: today's meeting with plan supporters and other plan matters. | 0.60 hrs. |
| 06/23/10 | L. BRESSACK | Review Committee meeting minutes for detailed chronology of Committee involvement in settlement negotiations. | 3.10 hrs. |
| 06/23/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 8.40 hrs. |
| 06/23/10 | K. ZAFRAN | Review documents in preparation for 30(b)(6) deposition of debtors. | 8.40 hrs. |
| 06/23/10 | M. IACOPELLI | Prepare key documents to be used at the deposition of The Chandler Trusts (4.6); prepare key documents to be used at the deposition of Jeff Sell (1.2); prepare key documents pertaining to Dennis FitzSimon for use at deposition (2.5). | 8.30 hrs. |
| 06/23/10 | A. DUFFY | Online review of documents produced in connection with plan discovery. | 2.30 hrs. |
| 06/23/10 | M. D. ASHLEY | Reviewed factual materials relating to plan confirmation evidentiary presentation (3.2); meeting with T. McCormack regarding evidentiary presentation (.4); emails with Davis Polk regarding meeting among plan proponents (.2); call with Davis Polk regarding same (.2); emails with A. Nellos regarding plan confirmation discovery (.3); reviewed plan confirmation discovery requests (.8); reviewed | 8.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page   19

|  |  |  |  |
|---|---|---|---|
|  |  | factual materials and pleadings relating to possible Wilmington Trust plan confirmation discovery (2.4); emails with A. Nellos regarding potential expert testimony at plan confirmation hearing (.2); reviewed factual materials relating to possible plan confirmation expert testimony (1.0); emails with R. Kirby regarding legal research relating to possible expert testimony (.2). |  |
| 06/23/10 | A. K. NELLOS | Review progress of document reviewers in connection with plan discovery (1.3) and assign additional materials for review (1.5); finalize deposition preparation/chronology of materials related to Chandler Trusts (5.3); prepare draft of discovery request for M. Ashley (.3); review Sell deposition preparation materials (.7). | 9.10 hrs. |
| 06/23/10 | M. ROITMAN | Continue research and drafting of detailed chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing (2.1); Correspond with C. Rybarczyk re: same (0.2); Call with L. Bressack re: same (0.1). | 2.40 hrs. |
| 06/24/10 | M. ROITMAN | Research re: third party releases (0.3); Correspond with M. Ashley re: same (0.4); Correspond with J. Boelter (Sidley) re: plan (0.2) | 0.90 hrs. |
| 06/24/10 | M. ROITMAN | Draft detailed chronology of Committee involvement in settlement negotiations (2.2). | 2.20 hrs. |
| 06/24/10 | A. K. NELLOS | Review progress of document reviewers in connection with plan discovery (1.2) and assign additional materials for review (1.4); confer with B. Miller regarding status of Zell deposition materials (.3); confer with L. Moloney regarding production materials from | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    20

|  |  |  |  |
|---|---|---|---|
|  |  | Relativity/Complete Documents (.8); continue to work on review/synthesis of Kaplan deposition preparation materials (.9). |  |
| 06/24/10 | M. D. ASHLEY | Discussions with T. McCormack regarding plan confirmation evidentiary presentation (.5); meeting with R. Kirby regarding legal research relating to plan confirmation expert testimony (.3); emails with A. Nellos regarding depositions (.2); reviewed Debtors' draft plan confirmation scheduling order and related pleadings (.3); emails with T. Zink regarding plan confirmation process (.2); reviewed summary of call regarding plan confirmation schedule (.2); emails with J. Sottile regarding plan confirmation discovery (.3); reviewed memorandum and case materials relating to third-party-release evidentiary issues (2.7); emails with T. McCormack regarding same (.2); reviewed key documents and deposition transcripts for plan confirmation evidentiary presentation (3.6). | 8.50 hrs. |
| 06/24/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 3.70 hrs. |
| 06/24/10 | M. IACOPELLI | Research Relativity for key documents to be used at the deposition of the Debtors (5.6). | 5.60 hrs. |
| 06/24/10 | E. M. MILLER | Draft chronology based on review of EGI and Zell key documents culled from Relativity (12.5) | 12.50 hrs. |
| 06/24/10 | T. J. MCCORMACK | Review of Debtor proposed order to extend plan confirmation related dates (0.2); t/c T. Zink re: proponent conf. call on presentation of evidence (0.5); review T. Zink summary of same (0.3); analyze debtor presentation | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE               July 23, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page   21

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |            |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------|------------|
|            |                | and Committee's options for adding to evidence record at hearing (1.2); confer M. Ashley re: status and coordination with other proponents (0.3); t/c Zuckerman re: same (0.2); review correspondence and e-mails on numerous discovery, deposition and scheduling matters (0.3); analysis of 3rd party release issues (0.5); review expert testimony and issues flowing from identifying same (0.4); analysis of issues in extending all pre-trial deadlines (0.3). |            |
| 06/24/10   | K. ZAFRAN      | Online review of documents produced in connection with plan discovery.                                               | 2.20 hrs.  |
| 06/24/10   | F. PERKINS     | On-line review of documents produced in connection with plan discovery.                                              | 5.70 hrs.  |
| 06/24/10   | K. ZAFRAN      | Review materials to be used for preparation for deposition of J. Sell (.4); begin to create materials for use in preparation for deposition of Debtor (4.1). | 4.50 hrs.  |
| 06/25/10   | R. M. KIRBY    | Drafting memo concerning possible conflict of interest issues re plan expert.                                        | 6.10 hrs.  |
| 06/25/10   | K. ZAFRAN      | Review documents in preparation of materials for use in preparation of debtor's 30(b)(6) deposition.                 | 3.70 hrs.  |
| 06/25/10   | T. J. MCCORMACK | Prep for  (0.4) and meeting with H. Seife, T. Zink and M. Ashley on all aspects of plan confirmation, including witnesses, order of presentation, tasks to be addressed, coordination and schedule (1.3); discussions with M. Ashley on coordination with other proponents and upcoming discovery (0.4); review plan confirmation transcripts from hearing from similar large case (1.4). | 3.50 hrs.  |

| 06/25/10 | D. BAVA | Review docket sheet re: notice of discovery filed by JPMorgan (.40); revise plan discovery chart (1.0). | 1.40 hrs. |
|---|---|---|---|
| 06/25/10 | E. M. MILLER | Draft outline of materials based on review of EGI and Zell key documents culled from Relativity. | 3.10 hrs. |
| 06/25/10 | M. IACOPELLI | Prepare key documents to be used at Todd Kaplan's deposition (5.6); prepare additional key documents to be used at the deposition of the Debtors (2.0). | 7.60 hrs. |
| 06/25/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 5.70 hrs. |
| 06/25/10 | A. K. NELLOS | Review progress of document reviewers in connection with plan discovery (.9) and assign additional documents for review (1.2); exchange emails with counsel for Wells Fargo regarding status of depositions (.2); confer with E. Weissman egarding materials received from Debtors (.6). | 2.90 hrs. |
| 06/25/10 | M. D. ASHLEY | Discussed deposition prep with A, Nellos (.3); emails with A. Nellos regarding same (.2); reviewed plan confirmation requirements memo (.4); emails with R. Gayda regarding same (.1); reviewed memorandum regarding third-party releases (.3); emails with Y. Yoo regarding same (.2); meeting with H. Seife, T. McCormack, T. Zink regarding plan confirmation evidentiary presentation (1.3); emails with R. Kirby regarding possible expert testimony (.3); emails with Zuckerman regarding same (.2); reviewed parties' emails regarding plan confirmation schedule (.2); reviewed JPMorgan document requests (.4); emails with Centerbridge counsel regarding document production (.2); reviewed Debtors' settlement-related document | 8.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page   23

|          |              |                                                                                                                                                                                                                 |            |
|----------|--------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|          |              | production (2.8); reviewed JPMorgan deposition materials (1.8).                                                                                                                                                  |            |
| 06/25/10 | M. ROITMAN   | Review correspondence between K. Stickles and J. Johnston (Credit Agreement Lenders) re: voting and objection deadline (0.2); Correspond with H. Seife re: same (0.1);                                            | 0.30 hrs.  |
| 06/25/10 | M. ROITMAN   | Correspond with M. Ashley and D. Bava re: Plan confirmation discovery requests (0.2); Draft detailed chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing (3.3); Meet with L. Bressak re: same (0.1) | 3.60 hrs.  |
| 06/25/10 | H. SEIFE     | Meeting with litigators to prepare for confirmation hearing (1.2); review of JPM document requests to Wilmington Trust and Well Fargo (.8).                                                                       | 2.00 hrs.  |
| 06/25/10 | E. WEISSMAN  | Review materials and identify key discovery documents in connection with plan discovery requests.                                                                                                                | 2.40 hrs.  |
| 06/26/10 | K. ZAFRAN    | Review documents and prepare materials for use in preparation of Debtor's 30(b)(6) deposition.                                                                                                                   | 1.30 hrs.  |
| 06/27/10 | F. MALIK     | On-line review of documents produced in connection with plan discovery.                                                                                                                                         | 4.80 hrs.  |
| 06/27/10 | D. E. DEUTSCH| Exchange e-mails with Marc Ashley re: plan discovery e-mails (.3).                                                                                                                                               | 0.30 hrs.  |
| 06/27/10 | M. D. ASHLEY | Reviewed emails and pleadings regarding plan confirmation scheduling issues (.4); emails with D. Deutsch regarding plan confirmation depositions (.2); reviewed Debtors' Committee-related settlement materials (.7); reviewed JPMorgan deposition materials (1.2). | 2.50 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    24


06/28/10   M. D. ASHLEY        Reviewed Debtors'                    8.90 hrs.
                               Committee-related settlement
                               documents (5.2); emails with
                               Sidley regarding same (.1);
                               reviewed emails regarding plan
                               confirmation schedule (.3); call
                               with Centerbridge's counsel
                               regarding settlement-related
                               document production (.2); meeting
                               with R. Kirby regarding legal
                               research relating to plan
                               confirmation expert testimony and
                               discovery (.2); reviewed legal
                               research regarding third-party
                               releases, plan confirmation
                               requirements, and expert testimony
                               (1.2); emails with R. Kirby
                               regarding expert testimony
                               research (.2); emails with Y. Yoo
                               regarding third-party releases
                               (.2); emails with B. Dye regarding
                               plan confirmation requirements
                               (.1); emails with A. Nellos
                               regarding plan confirmation
                               discovery (.3); reviewed document
                               production materials (.9).

06/28/10   R. M. KIRBY         Researching certain legal issues     6.20 hrs.
                               concerning third party releases.

06/28/10   T. J. MCCORMACK     Review WTC deposition notice         4.10 hrs.
                               inquiry (0.1) and confer Zuckerman
                               re: same (0.2); review
                               correspondence, e-mails and
                               materials on discovery for plan
                               hearing (0.5); review case law on
                               release issues from third parties
                               in bankruptcy context (0.8);
                               review deposition scheduling for
                               JPM witnesses (0.1); review expert
                               testimony in prior plan
                               confirmation hearings (0.8);
                               review issues re: Committee expert
                               testimony (0.6); work on list of
                               potential witnesses/evidence for
                               hearing (0.9); confer M. Ashley
                               re: Debtor's settlement documents
                               and production of same (0.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page   25

| | | | |
|---|---|---|---|
| 06/28/10 | E. WEISSMAN | Prepare key discovery documents in connection with plan discovery requests. | 1.10 hrs. |
| 06/28/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 2.00 hrs. |
| 06/28/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional documents for review (1.2); review documents related to deposition preparation for Jimmy Lee (JPM) (2.1). | 4.20 hrs. |
| 06/28/10 | A. DUFFY | Online review of documents produced in connection with Plan discovery. | 3.30 hrs. |
| 06/28/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 3.20 hrs. |
| 06/28/10 | M. ROITMAN | Review background materials and continue drafting detailed chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing (2.4) | 2.40 hrs. |
| 06/28/10 | A. KRONSTADT | On-line review of documents produced in connection with Plan discovery. | 3.30 hrs. |
| 06/28/10 | K. ZAFRAN | Prepare materials for deposition of Peter Cohen (3.6) and begin to create topic listing of important documents (4.4). | 8.00 hrs. |
| 06/28/10 | M. IACOPELLI | Prepare additional key documents to be used at the deposition of the Debtors (1.4). | 1.40 hrs. |
| 06/28/10 | N. T. ZINK | Conference with F. Vazquez re admissibility of examiner report at confirmation hearing (.1). | 0.00 hrs. |
| 06/29/10 | M. IACOPELLI | Research and prepare key documents to be used at the deposition of the Chandler Bigelow (4.2); research Relativity additional key documents to be used at the | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   26


                              deposition of Chandler Bigelow
                              (1.8).

06/29/10    K. ZAFRAN         Review and revise chronology for        3.70 hrs.
                              Peter Cohen deposition (1.0);
                              begin to review documents produced
                              in connection with ESOP
                              transaction for those which will
                              be relevant in the deposition of
                              Julie Persily (1.2) and begin to
                              organize and write descriptions of
                              such (1.5).

06/29/10    A. KRONSTADT      On-line review of documents            1.10 hrs.
                              produced in connection with plan
                              discovery.

06/29/10    M. ROITMAN        Research and drafting of detailed      5.90 hrs.
                              chronology of Committee
                              involvement in settlement
                              negotiations in preparation for
                              confirmation hearing (5.9).

06/29/10    F. PERKINS        On-line review of documents            9.40 hrs.
                              produced in connection with plan
                              discovery.

06/29/10    A. DUFFY          Online review of documents            2.80 hrs.
                              produced in connection with plan
                              discovery.

06/29/10    A. K. NELLOS      Review progress of document           9.10 hrs.
                              reviewers (1.0) and provide
                              additional documents for review
                              (1.1); prepare update on plan
                              confirmation discovery for M.
                              Ashley (1.9); review materials
                              related to Kaplan deposition
                              preparation (1.3) and begin to
                              prepare chronology regarding same
                              (1.9); continue online review of
                              documents related to James Lee
                              (JPM) for deposition preparation
                              (1.9).

06/29/10    F. MALIK          On-line review of documents           5.00 hrs.
                              produced in connection with plan
                              discovery.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page   27

| 06/29/10 | T. J. MCCORMACK | Meeting with H. Seife, T. Zink, M. Ashley and other team members on overall status, upcoming events and tasks (0.6); follow-up with M.Ashley on several issues of evidentiary and legal relevance to plan hearing (0.4); review issues on developing narrative of settlement process and parties' positions re: same (1.0); review materials on prior confirmation hearings on expert and CFO testimony re: financials and reasonable range of settlements (1.3); review materials on privilege related to Committee settlement documents (0.2); review Debtor submission to Examiner to outline evidentiary issues for hearing (1.4). | 4.90 hrs. |
| 06/29/10 | R. M. KIRBY | Continue researching legal issue concerning third party releases. | 5.80 hrs. |
| 06/29/10 | M. D. ASHLEY | Team meeting regarding plan confirmation preparation (.5); meeting with T. McCormack regarding evidentiary presentation (.4); emails with A. Nellos regarding document productions (.3); emails with J. Sottile regarding expert testimony (.2); reviewed correspondence regarding expert testimony (.6); emails with H. Seife regarding plan supporters' calls (.2); emails with M. Roitman regarding evidentiary chronology (.2); reviewed documents relating to evidentiary chronology (1.4); reviewed Centerbridge settlement-related documents (.3); emails with Akin Gump regarding same (.2); reviewed JPMorgan's redaction and privilege logs (.8); reviewed Debtors' revised plan confirmation schedule and related pleadings (.4); reviewed factual materials regarding depositions (2.2). | 7.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         July 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    28

06/30/10    M. D. ASHLEY         Reviewed court pleadings regarding       7.70 hrs.
                                 plan scheduling issues (.8);
                                 reviewed JPMorgan's redaction and
                                 privilege logs and related
                                 documents (1.4); reviewed research
                                 regarding third-party releases and
                                 plan confirmation depositions
                                 (1.1); emails with R. Kirby
                                 regarding same (.3); emails with
                                 M. Roitman regarding plan
                                 confirmation depositions (.2);
                                 emails with White & Case regarding
                                 Wells Fargo depositions (.2);
                                 emails with H. Seife regarding
                                 plan supporters' group (.2);
                                 emails with Sidley regarding same
                                 (.1); emails with Davis Polk
                                 regarding same (.1); emails with
                                 H. Lamb regarding same (.2);
                                 emails with A. Nellos regarding
                                 plan confirmation discovery (.3);
                                 reviewed factual materials
                                 regarding upcoming depositions
                                 (2.2); reviewed document
                                 production materials (.6).

06/30/10    R. J. GAYDA          Draft memorandum regarding all          8.30 hrs.
                                 potential objections to
                                 confirmation (8.3).

06/30/10    F. MALIK             On-line review of documents            4.10 hrs.
                                 produced in connection with plan
                                 discovery.

06/30/10    A. K. NELLOS         Review progress of document            7.70 hrs.
                                 reviewers (.9) and assign
                                 additional materials for review
                                 (1.2); continue to review Kaplan
                                 materials for chronology related
                                 to deposition preparation (2.7);
                                 work on chronology related to Lee
                                 deposition preparation materials
                                 (2.9).

06/30/10    T. J. MCCORMACK      Review of Well Fargo deposition        1.30 hrs.
                                 notices and related discovery
                                 materials (0.2); review scheduling
                                 issues for depositions of s/h
                                 witnesses, JPM witnesses and
                                 others (0.2); review status of
                                 settlement narrative work at C&P
                                 and Zuckerman (0.2); review

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

July 23, 2010
Invoice ******
Page   29

|  |  |  |  |
|---|---|---|---|
|  |  | research on releases under bankruptcy law and use of deposition transcripts in Plan discovery (0.7). |  |
| 06/30/10 | A. DUFFY | Online review of documents produced in connection with plan discovery. | 3.80 hrs. |
| 06/30/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 7.20 hrs. |
| 06/30/10 | M. ROITMAN | Continue research of materials and drafting of detailed chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing (3.9). | 3.90 hrs. |
| 06/30/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 3.80 hrs. |
| 06/30/10 | K. ZAFRAN | Review documents related to Julie Persily in preparation for her deposition (2.7) and create chronology of relevant documents and events (2.3). | 5.00 hrs. |
| 06/30/10 | M. IACOPELLI | Prepare key documents to be used at the deposition of the James Lee. | 3.80 hrs. |

Total Fees for Professional Services.............. $374,483.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          July 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   30
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 22.40 | 21616.00 |
| N. T. ZINK | 795.00 | 21.90 | 17410.50 |
| R. A. SCHWINGER | 785.00 | .50 | 392.50 |
| T. J. MCCORMACK | 825.00 | 56.10 | 46282.50 |
| M. D. ASHLEY | 645.00 | 135.60 | 87462.00 |
| D. E. DEUTSCH | 695.00 | 2.60 | 1807.00 |
| E. M. MILLER | 595.00 | 15.60 | 9282.00 |
| F. MALIK | 405.00 | 26.40 | 10692.00 |
| F. VAZQUEZ | 625.00 | 1.50 | 937.50 |
| D. BAVA | 270.00 | 1.40 | 378.00 |
| M. IACOPELLI | 240.00 | 34.50 | 8280.00 |
| A. K. NELLOS | 595.00 | 111.30 | 66223.50 |
| R. J. GAYDA | 595.00 | 8.30 | 4938.50 |
| R. M. KIRBY | 475.00 | 40.30 | 19142.50 |
| A. DUFFY | 405.00 | 12.20 | 4941.00 |
| A. KRONSTADT | 405.00 | 8.20 | 3321.00 |
| E. WEISSMAN | 250.00 | 3.50 | 875.00 |
| F. PERKINS | 405.00 | 47.90 | 19399.50 |
| K. ZAFRAN | 405.00 | 86.50 | 35032.50 |
| L. BRESSACK | 250.00 | 7.20 | 1800.00 |
| L. F. MOLONEY | 305.00 | 5.00 | 1525.00 |
| M. ROITMAN | 355.00 | 35.90 | 12744.50 |
| TOTALS | | 684.80 | 374483.00 |