# EXHIBIT "A"

{698.001-W0008789.}

## EXHIBIT "A" – SUMMARY SHEET

June 1, 2010 through and including June 30, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 27.70 | $18,005.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 25.30 | $14,547.50 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $415.00 | 25.00 | $10,375.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 53.90 | $21,290.50 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 70.30 | $18,629.50 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $255.00 | 4.00 | $1,020.00 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 33.10 | $6,951.00 |
| Cathy Adams | Paralegal | N/A | $190.00 | 1.90 | $361.00 |
| Anthony C. Dellose | Paralegal | N/A | $180.00 | .40 | $72.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 2.50 | $312.50 |
| | | | Total | 243.20 | $91,212.50 |

**Blended Rate: $375.05**

{698.001-W0008789.}