# EXHIBIT "B"

Official Committee of Unsecured Creditors

July 23, 2010
Account No:  698-001
Statement No:    12036

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

|      |                                                         | **Fees** | **Hours** |
|------|---------------------------------------------------------|---------:|----------:|
| B114 | Assumption/Rejection of Leases and Contracts            |   129.50 |      0.50 |
| B122 | Case Administration                                     | 3,389.00 |     15.20 |
| B124 | Claims Administration & Objections                      |   846.50 |      3.30 |
| B126 | Employee Benefits/Pensions                              | 6,269.50 |     14.40 |
| B133 | LBO and Related Transactions                            | 27,573.00 |    70.90 |
| B134 | Hearings                                                | 2,459.50 |      8.50 |
| B135 | Litigation                                              |    53.00 |      0.20 |
| B136 | LRC Retention & Fee Matters                             | 4,180.50 |     16.40 |
| B138 | Creditors' Committee Meetings/Communications            | 9,068.00 |     17.40 |
| B140 | Creditor Inquiries                                      |   715.00 |      1.10 |
| B144 | Non-LRC Retention & Fee Matters                         | 1,436.00 |      6.70 |
| B146 | Plan and Disclosure Statement (including Business Plan) | 34,987.00 |    88.20 |
| B150 | Relief from Stay/Adequate Protection Proceedings        |   106.00 |      0.40 |
| **TOTAL** |                                                    | **$91,212.50** | **243.20** |

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors

July 23, 2010
Account No:   698-001
Statement No:    12036

Tribune Company, et al. bankruptcy

### Fees through 06/30/2010

| | | | | Hours | |
|---|---|---|---|---|---|
| 06/23/2010 KAB | B114 | A100 | review and summarize Crabhouse's request to vacate order sustaining 27th omni objection | 0.20 | 53.00 |
| 06/28/2010 JRD | B114 | A100 | Review & summarize debtors' motion to approve assumption of certain program agreements | 0.30 | 76.50 |
| | | | | ---- | ------ |
| | | B114 - Assum/Rej of Lease/Cont | | 0.50 | 129.50 |
| 06/01/2010 FAP | B122 | A100 | Update critical dates memo | 0.30 | 63.00 |
| KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| KAB | B122 | A100 | review email from F. Panchak re: critical dates memo and review memo | 0.20 | 53.00 |
| 06/02/2010 KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| FAP | B122 | A100 | Review agenda for 6/3 committee meeting | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Zuckerman Spaeder April fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review AlixPartners report re: proposed 2010 MIP | 0.10 | 21.00 |
| KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| 06/03/2010 FAP | B122 | A100 | Review Chadbourne memo re: status of cooking channel launch | 0.10 | 21.00 |
| FAP | B122 | A100 | Review Chadbourne memo re: committee's position on wage claimants motion for class certification, motion to extend removal and Ernst and Young supplemental retention application | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| FAP | B122 | A100 | Review docket | 0.10 | 21.00 |
| KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| 06/04/2010 KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| 06/07/2010 FAP | B122 | A100 | Review stipulation between debtors and minimum wage claimants extending d/l and hearing date on motion for class certification; update critical dates | 0.10 | 21.00 |

Official Committee of Unsecured Creditors                                   July 23, 2010

Tribune Company, et al. bankruptcy

|  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Briefly review AlixPartners revised report re: 2010 MIP | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Update critical dates memo | 0.30 | 63.00 |
|  | FAP | B122 | A100 | Briefly review notice of partial withdrawal of nineteenth omnibus objection to claims | 0.10 | 21.00 |
|  | KAB | B122 | A100 | review updated critical dates memo | 0.20 | 53.00 |
| 06/08/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Review order approving disclosure statement and update critical dates | 0.20 | 42.00 |
|  | FAP | B122 | A100 | Review notice of Dow Lohnes December fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Dow Lohnes January fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Dow Lohnes February fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Marsal Alvarez fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Bates stay relief motion; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review amended notice of Bates stay relief motion; update critical dates | 0.10 | 21.00 |
| 06/09/2010 | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review agenda for 6/10 committee meeting | 0.10 | 21.00 |
| 06/10/2010 | FAP | B122 | A100 | Review draft committee May meeting  minutes | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Email exchanges with M. Roitman and Y. Yoo re: 1/27/10 hearing transcript | 0.10 | 21.00 |
|  | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
|  | KAB | B122 | A100 | review WTC Adversary Docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Briefly review preliminary objection of UST to debtors motion to implement 2010 MIP | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Email exchanges with M. McGuire re: motion to implement 2010 MIP | 0.10 | 21.00 |
| 06/11/2010 | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
|  | CAA | B122 | A100 | Review docket | 0.10 | 19.00 |
|  | CAA | B122 | A100 | Review Intralinks | 0.10 | 19.00 |
|  | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| 06/14/2010 | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
|  | CAA | B122 | A100 | Review docket | 0.10 | 19.00 |
| 06/15/2010 | FAP | B122 | A100 | Discussion with C. Adams re: status of case and objection to MIP | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review order approving compensation to Offit Kurman | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review order modifying scope of Ernst & Young retention | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of McDermott Will fourth quarterly fee application; update critical dates | 0.10 | 21.00 |

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | FAP | B122 | A100 | Review Y. Yoo memo re: status of MIP hearing and extended objection deadlines | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review order further extending removal period; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review orders sustaining omni objections to claims: 27th (.1); 28th (.1); 29th (.1); 30th (.1) and 31st (.1) | 0.50 | 105.00 |
| | FAP | B122 | A100 | Review notice of adjourned MIP hearing; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of thirty-second omnibus objection to claims; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| | FAP | B122 | A100 | Update critical dates memo | 0.40 | 84.00 |
| | FAP | B122 | A100 | Review Chadbourne memo re: update of MIP status and FCC petitions to deny | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| 06/16/2010 | FAP | B122 | A100 | Review agenda for 6/17 committee meeting | 0.10 | 21.00 |
| | FAP | B122 | A100 | Email exchanges with K. Brown re: Magna and GPEG confirmation hearing transcripts (.2) and conference with A. Dellose re: same (.1) | 0.30 | 63.00 |
| | FAP | B122 | A100 | Further discussions with KAB re: Magna confirmation hearing transcripts | 0.20 | 42.00 |
| | FAP | B122 | A100 | Review notice of Reed Smith fifteenth fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | ACD | B122 | A102 | Conference with F. Panchak regarding GPEG plan confirmation date and plan (.1); review docket for same (.2) and follow-up re: same with F. Panchak (.1) | 0.40 | 72.00 |
| 06/17/2010 | FAP | B122 | A100 | Review Chadbourne memo re: FCC application status | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Call with M. Roitman re: 2009 hearing transcripts and status of March 2010 hearings | 0.20 | 42.00 |
| | FAP | B122 | A100 | Review notice of Daniel Edelman thirteenth fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Sidley Austin fifteenth fee application; update critical dates | 0.10 | 21.00 |
| 06/18/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
| | KAB | B122 | A100 | review WTC adversary docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar (.1); review Intralinks confirmation related deadlines (.1) | 0.20 | 42.00 |
| | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| | KAB | B122 | A100 | review updated critical dates memo | 0.20 | 53.00 |
| 06/21/2010 | FAP | B122 | A100 | Briefly review June committee meeting minutes | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Update critical dates memo | 0.40 | 84.00 |
| | KAB | B122 | A100 | review updated critical dates memo | 0.20 | 53.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                        | Hours |       |
|------------|-----|------|------|--------------------------------------------------------------------------------------------------------|-------|-------|
| 06/22/2010 | KAB | B122 | A100 | review docket                                                                                          | 0.10  | 26.50 |
|            | FAP | B122 | A100 | Briefly review 6/17 committee meeting minutes                                                          | 0.10  | 21.00 |
|            | KAB | B122 | A100 | review updated docket                                                                                  | 0.10  | 26.50 |
|            | FAP | B122 | A100 | Briefly review Milliken reponse to notice re: customer programs                                        | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review notice of Bridge Agent motion to establish procedures to adjudicate debtors' objection to bridge agent claims | 0.10  | 21.00 |
| 06/23/2010 | FAP | B122 | A100 | Briefly review May monthly operating report                                                           | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review notice of PWC March fee application; update critical dates                                      | 0.10  | 21.00 |
|            | KAB | B122 | A100 | review docket                                                                                          | 0.10  | 26.50 |
|            | FAP | B122 | A100 | Review J. Clement notice of removal from mailing list; update 2002 service list                       | 0.10  | 21.00 |
|            | JRD | B122 | A100 | Emails (.1), discussion (.1) w/ K. Brown re: docket review assignment                                  | 0.20  | 51.00 |
|            | FAP | B122 | A100 | Briefly review AlixPartners weekly report                                                              | 0.10  | 21.00 |
|            | KAB | B122 | A100 | emails (.1) and discussion (.1) with J. Drobish re: docket review assignment                           | 0.20  | 53.00 |
| 06/24/2010 | KAB | B122 | A100 | review docket                                                                                          | 0.10  | 26.50 |
|            | FAP | B122 | A100 | Call with M. Roitman re: status of 6/24 committee meeting                                              | 0.10  | 21.00 |
|            | KAB | B122 | A100 | review updated docket                                                                                  | 0.10  | 26.50 |
|            | FAP | B122 | A100 | Review notice of Dow Lohnes twelfth fee application; update critical dates                             | 0.10  | 21.00 |
| 06/25/2010 | FAP | B122 | A100 | Review notice of Levine Sullivan February fee application; update critical dates                       | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review updated docket                                                                                  | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review Intralinks weekly calendar                                                                      | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Communicate with M. McGuire re: re-scheduled MIP hearing (.1); update critical dates (.1)              | 0.20  | 42.00 |
|            | JRD | B122 | A100 | Review updated docket                                                                                  | 0.20  | 51.00 |
| 06/28/2010 | FAP | B122 | A100 | Review notice of motion to assume Carsey Werner Distribution agreements; update critical dates         | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review notice of motion to approve estimation and temporary allowance of claims; update critical dates | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Update critical dates memo                                                                             | 0.40  | 84.00 |
|            | FAP | B122 | A100 | Briefly review committee's memo re: support of FCC applications                                        | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Review notice of Stuart Maue May fee application; update critical dates                                | 0.10  | 21.00 |
|            | JRD | B122 | A100 | Review updated docket                                                                                  | 0.10  | 25.50 |
| 06/29/2010 | FAP | B122 | A100 | Email exchanges with AGL re: bridge agent's motion to establish procedures for adjudicating debtors objection to claims | 0.10  | 21.00 |
|            | FAP | B122 | A100 | Briefly review Clemment response to motion to approve 2010 MIP                                         | 0.10  | 21.00 |

Page: 5
Official Committee of Unsecured Creditors                              July 23, 2010
                                                           Account No:   698-001
                                                           Statement No:    12036

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                      | Hours |          |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------|-------|----------|
| 06/30/2010 | FAP | B122 | A100 | Review Chadbourne memo re: thirty-second omnibus objection to claims                                 | 0.10  | 21.00    |
|            | FAP | B122 | A100 | Review Chadbourne memo re: motion to assume Carsey-Werner distribution agreements                    | 0.10  | 21.00    |
|            | FAP | B122 | A100 | Review agenda for 7/1 committee meeting                                                               | 0.10  | 21.00    |
|            | FAP | B122 | A100 | Review Millen motion for payment of administrative claim; update critical dates                      | 0.10  | 21.00    |
|            | FAP | B122 | A100 | Review notice of McDermott Will fifth quarterly fee application; update critical dates               | 0.10  | 21.00    |
|            | FAP | B122 | A100 | Review notice of rescheduled hearing re: 2010 MIP; confirm critical dates                            | 0.10  | 21.00    |
|            | FAP | B122 | A100 | Briefly review AlixPartners weekly report                                                            | 0.10  | 21.00    |
|            | FAP | B122 | A100 | Briefly review Moelis weekly report                                                                  | 0.10  | 21.00    |
|            | FAP | B122 | A100 | Review notice of Ernst & Young second interim fee application; update critical dates                 | 0.10  | 21.00    |
|            |     |      |      | B122 - Case Administration                                                                           | 15.20 | 3,389.00 |
| 06/07/2010 | FAP | B124 | A100 | Briefly review order sustaining in part debtors' nineteenth omnibus objection to claims             | 0.10  | 21.00    |
|            | FAP | B124 | A100 | Review order establishing Tribune CNLBC bar date; update critical dates                             | 0.10  | 21.00    |
|            | KAB | B124 | A100 | review and summarize Debtors' stipulation re: extension of deadline to respond and hearing re: class certification and treatment of certain claims | 0.30  | 79.50    |
|            | KAB | B124 | A100 | review and summarize (i) Debtors' Certification of Counsel re: Zenith's proofs of claim re: Hoy, LLC (.2) and (ii) same re: Hoy Publications, LLC (.1) | 0.30  | 79.50    |
|            | KAB | B124 | A100 | Review and summarize the Court's order sustaining in part Debtors' objection to Zenith proofs of claim | 0.20  | 53.00    |
|            | KAB | B124 | A100 | review and summarize Court's order establishing Proofs of Claim Bar Date for Debtor Tribune CNLBC   | 0.30  | 79.50    |
| 06/08/2010 | KAB | B124 | A100 | review and summarize Ms. Willette's opposition to Debtors' objection to her claim                   | 0.20  | 53.00    |
| 06/09/2010 | FAP | B124 | A100 | Briefly review Cawley Chicago response to 27th omnibus objection to claims                          | 0.10  | 21.00    |
|            | KAB | B124 | A100 | review and summarize CCP's response to Debtors' objection to its claim                              | 0.30  | 79.50    |
| 06/15/2010 | KAB | B124 | A100 | review and summarize the Court's orders sustaining Debtors (i) 27th omnibus objection (.1); (ii) 28th omnibus objection (.1); (iii) 29th omnibus objection (.1); (iv) 30th omnibus objection (.1); (v) 31st omnibus objection (.1) | 0.50  | 132.50   |
|            | KAB | B124 | A100 | review and summarize Debtors 32nd omnibus objection                                                 | 0.20  | 53.00    |

Page: 6
Official Committee of Unsecured Creditors                          July 23, 2010
                                                          Account No:   698-001
                                                          Statement No:    12036

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                      | Hours |          |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------|-------|----------|
| 06/23/2010 | FAP | B124 | A100 | Briefly review Crabhouse of Douglas response to 27th omni objection to claims                        | 0.10  | 21.00    |
| 06/25/2010 | JRD | B124 | A100 | Review withdrawal of claim filed by state of Wisconsin                                               | 0.10  | 25.50    |
| 06/28/2010 | JRD | B124 | A100 | Review and summarize Withdrawal of Claim filed on behalf of Constance Walsh regarding proof of claim no. 2014 | 0.10  | 25.50    |
| 06/29/2010 | JRD | B124 | A100 | Review and summarize notice of settlement of claims of plaintiff Chris Neuman                        | 0.20  | 51.00    |
| 06/30/2010 | JRD | B124 | A100 | Review and summarize Motion for Payment of Administrative Expenses/Claims Filed by Kevin Millen      | 0.20  | 51.00    |
|            |     |      |      | B124 - Claims Adm. & Objection                                                                       | 3.30  | 846.50   |
| 06/03/2010 | DBR | B126 | A100 | Review materials relating to MIP                                                                     | 0.90  | 517.50   |
| 06/09/2010 | KAB | B126 | A100 | email with M. McGuire re: 2010 MIP                                                                   | 0.10  | 26.50    |
| 06/10/2010 | KAB | B126 | A100 | research MIP objections (.9) and email with M. McGuire re: results of research (.1)                  | 1.00  | 265.00   |
|            | AGL | B126 | A100 | emails to and from Deutsch re: objection to MIP (.2); review same (.2)                               | 0.40  | 260.00   |
|            | KAB | B126 | A100 | Review and summarize UST's preliminary objection/cross motion re: 2010 MIP                           | 0.50  | 132.50   |
|            | MBM | B126 | A100 | review 2010 MIP Motion (.8); emails and calls to co-counsel re: objection to same (.5); research re: objection to MIP (1.9); review and revise draft objection to 2010 MIP (1.1) | 4.30  | 1,698.50 |
| 06/11/2010 | CAA | B126 | A100 | Emails from M. McGuire re: Objection to MIP Motion                                                   | 0.40  | 76.00    |
|            | KAB | B126 | A100 | Review and summarize Wells Fargo's objection to 2010 MIP                                             | 0.40  | 106.00   |
|            | KAB | B126 | A100 | Review and summarize UST's motion to shorten and limit notice of cross-motion re: 2010 MIP          | 0.20  | 53.00    |
|            | MBM | B126 | A100 | emails with Yoo and Deutsch re: objection to MIP (.7); call with Yoo re: same (.1); review and comment on MIP objection (.6); review of MIP Motion (1.2) | 2.60  | 1,027.00 |
|            | RLB | B126 | A100 | Review renewed MIP motion                                                                            | 0.30  | 124.50   |
| 06/14/2010 | CAA | B126 | A100 | Review notice of rescheduled hearing re: MIP                                                         | 0.10  | 19.00    |
|            | MBM | B126 | A100 | email with co-counsel and Debtors' counsel re: re-scheduled MIP hearing                             | 0.30  | 118.50   |
| 06/21/2010 | AGL | B126 | A100 | review all pleadings re: MIP                                                                         | 2.60  | 1,690.00 |
| 06/22/2010 | AGL | B126 | A100 | emails to and from debtors, UST re: MIP hearing scheduling issues                                    | 0.20  | 130.00   |

Official Committee of Unsecured Creditors                           July 23, 2010
                                                              Account No:   698-001
                                                              Statement No:    12036

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 06/29/2010 | JRD | B126 | A100 | Review and summarize response to Debtors' Motion to Implement a Management Incentive Plan for 2010 | 0.10 | 25.50 |
|  |  |  |  | B126 - Employ Benefits/Pension | 14.40 | 6,269.50 |
| 06/01/2010 | DBR | B133 | A100 | review status of discovery issues | 0.40 | 230.00 |
|  | RLB | B133 | A100 | E-mails with Bank of Tokyo counsel (.3) Bayern counsel (.3) United Overseas counsel (.2) re: delinquent document production.  Review discovery requests received re: LBO settlement (.7) | 1.50 | 622.50 |
| 06/02/2010 | RLB | B133 | A100 | Review objections to LBO discovery (.6) E-mails with United Overseas' counsel (.2) and Bank of Tokyo counsel (.2) re: document production. | 1.00 | 415.00 |
|  | FAP | B133 | A100 | Briefly review committee's summary of submissions to examiner | 0.10 | 21.00 |
|  | DBR | B133 | A100 | review summary of submissions to examiner | 3.00 | 1,725.00 |
| 06/03/2010 | DBR | B133 | A100 | review materials relating to weekly status report | 0.30 | 172.50 |
|  | MBM | B133 | A100 | emails with Landis and Zink re: committee participation in confirmation hearing | 0.30 | 118.50 |
|  | DBR | B133 | A100 | Continue review of submissions to examiner | 3.30 | 1,897.50 |
|  | RLB | B133 | A100 | E-mail with co-counsel at Chadbourne re: third party reply submission to examiner (.3); begin review of reply (.4) | 0.70 | 290.50 |
| 06/04/2010 | FAP | B133 | A100 | Review multiple ECF notifications re: notices of service of discovery | 0.10 | 21.00 |
|  | DBR | B133 | A100 | Review and revise examiner reply (2.6); confer with Butcher re: same (.5); listen to examiner hearing (.9) and discuss same with McGuire (.2) |  | .00 |
|  | MBM | B133 | A100 | review reply brief to examiner | 0.70 | 276.50 |
|  | RLB | B133 | A100 | Finish review of third party examiner reply. | 0.90 | 373.50 |
| 06/05/2010 | RLB | B133 | A100 | E-mail with Vasquez at Chadbourne re: examiner reply | 0.10 | 41.50 |
| 06/06/2010 | AGL | B133 | A100 | emails to and from Vasquez (.3) re: reply to WTC submission to examiner; review, analyze and comments to draft of same (1.6) | 1.90 | 1,235.00 |
|  | RLB | B133 | A100 | Review and revise reply submission to examiner re: LBO. | 1.70 | 705.50 |
| 06/07/2010 | FAP | B133 | A100 | Review notice of service of further revised compendium of submissions by certain creditors re: LBO transactions | 0.10 | 21.00 |
|  | FAP | B133 | A100 | Briefly review draft reply submissions re: LBO transaction (.1); WTC claims (.1) and potential third party claims (.1) | 0.30 | 63.00 |

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| | FAP | B133 | A100 | Email exchanges with A. Landis re: examiner orders | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review committee's reply brief submissions to examiner re: LBO claims (.1); potential third party claims (.1); WTC claims (.1) | 0.30 | 63.00 |
| | FAP | B133 | A100 | Briefly review reply submissions to the examiner and debtors regarding WTC stay violation (.1); JPMorgan (.1); Bridge Agent (.1); WTC regarding stay (.1); WTC regarding motion for sanctions (.1) and WTC regarding LBO transaction (.1) | 0.60 | 126.00 |
| | KAB | B133 | A100 | Continue review of documents produced by Citi re: LBO investigation | 1.20 | 318.00 |
| | MBM | B133 | A100 | review of reply submissions to examiner | 3.20 | 1,264.00 |
| | RLB | B133 | A100 | E-mail with counsel to Bank of Tokyo re: document production (.3)   Review reply submissions to examiner (2.6) | 2.90 | 1,203.50 |
| | DBR | B133 | A100 | confirm examiner reply briefs filed (.1) and work on same (.5) | 0.60 | 345.00 |
| 06/08/2010 | FAP | B133 | A100 | Briefly review reply brief submissions to examiner re: debtors (.1); Law Debenture (.1); Credit Agreement Lenders (.1); Citigroup (.1); discussion with RLB re: same (.1) | 0.50 | 105.00 |
| | FAP | B133 | A100 | Compile reply submissions to examiner and prepare binders | 1.00 | 210.00 |
| | FAP | B133 | A100 | Review multiple notices of service of discovery | 0.10 | 21.00 |
| | KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation | 3.10 | 821.50 |
| | KAB | B133 | A100 | Begin review of replies to examiner, including (i) general reply brief of Debtors (.7); (ii) reply brief of the Debtors re: WTC Stay Violations (.2); (iii) Committee Reply Re: WTC (.2); (iv) Committee reply re: claims against third parties (.2); (v) Committee reply re: claims against lenders (.7) | 2.00 | 530.00 |
| | RLB | B133 | A100 | Finish review of reply submissions to examiner | 0.50 | 207.50 |
| | DBR | B133 | A100 | follow up with Chadbourne re: open discovery | 0.40 | 230.00 |
| 06/09/2010 | KAB | B133 | A100 | Continue review of reply submissions to examiner, including (i) Law Debenture reply (.5); (ii) Bridge Agent reply (.6); (iii) JPMorgan Reply (.6); (iv) Credit Agreement Lender's reply (.5); (v) WTC's multiple replies re: LBO and stay violation (1.8) | 4.00 | 1,060.00 |
| | RLB | B133 | A100 | E-mails with Ali Nellos re: receipt of documents produced | 0.40 | 166.00 |
| 06/10/2010 | FAP | B133 | A100 | Review notice of Credit Agreement Lenders motion to compel production of documents by JPMC; update critical dates (.1); review certification of counsel re: same (.1) | 0.20 | 42.00 |

Official Committee of Unsecured Creditors                         July 23, 2010
                                                          Account No:   698-001
                                                          Statement No:    12036

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | KAB | B133 | A100 | review email from J. Morse re: motion to compel discovery | 0.10 | 26.50 |
|  | FAP | B133 | A100 | Briefly review Chadbourne outline of reply submissions to examiner | 0.20 | 42.00 |
|  | RLB | B133 | A100 | Review additional documents produced by S&P. | 0.60 | 249.00 |
| 06/11/2010 | KAB | B133 | A100 | briefly review memo from Chadbourne re: summary of reply submissions | 0.10 | 26.50 |
|  | KAB | B133 | A100 | brief discussion with M. McGuire re: WTC's motion to appoint an examiner and related research (.1); research same (.5); follow up email to M. McGuire re: research results (.1) | 0.70 | 185.50 |
|  | DBR | B133 | A100 | review communications with Chadbourne re: MIP letters | 0.40 | 230.00 |
|  | DBR | B133 | A100 | review Admin Agents discovery responses and objections | 0.70 | 402.50 |
| 06/14/2010 | KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation | 1.30 | 344.50 |
| 06/15/2010 | FAP | B133 | A100 | Briefly review Chadbourne memo re: Morgan Stanley settlement | 0.10 | 21.00 |
|  | FAP | B133 | A100 | Briefly review JPMC response to Credit Agreement Lenders motion to compel production of documents | 0.10 | 21.00 |
|  | RLB | B133 | A100 | E-mail with Bank of Tokyo counsel re: document production | 0.50 | 207.50 |
| 06/16/2010 | FAP | B133 | A100 | Review Zuckerman Spaeder follow-up correspondence to examiner | 0.10 | 21.00 |
|  | FAP | B133 | A100 | Review examiner supplement to work and expense plan | 0.10 | 21.00 |
|  | FAP | B133 | A100 | Email exchanges with RLB re: Bank of Tokyo document production | 0.10 | 21.00 |
|  | RLB | B133 | A100 | Review Bank of Tokyo documents (1.1); forward to co-counsel  (.2) | 1.30 | 539.50 |
| 06/17/2010 | FAP | B133 | A100 | Review multiple notices of deposition filed by Wells Fargo | 0.10 | 21.00 |
|  | FAP | B133 | A100 | Email exchanges with RLB re: Bank of Tokyo document production (.1); email exchanges with F. Vazquez and J. Peltz re: same (.1) | 0.20 | 42.00 |
|  | DBR | B133 | A100 | confer with McGuire re: contested confirmation research (.4) and review emails from Chadbourne re: same (.2) | 0.60 | 345.00 |
|  | FAP | B133 | A100 | Further email exchanges with J. Peltz (.1) and communications with RLB (.1) re: clarification of party requesting Bank of Tokyo documents | 0.20 | 42.00 |
|  | RLB | B133 | A100 | Arrange for distribution of Bank of Tokyo documents received (.3); Review documents (.4) | 0.70 | 290.50 |
| 06/18/2010 | FAP | B133 | A100 | Review multiple WTC notices of deposition | 0.10 | 21.00 |
| 06/21/2010 | KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation | 1.20 | 318.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 06/22/2010 KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation | 5.70 | 1,510.50 |
| RLB | B133 | A100 | Review motion to determine claims (.4) E-mail with S&P counsel re: additional documents (.3) | 0.70 | 290.50 |
| 06/23/2010 FAP | B133 | A100 | Review M. Roitman memo re: examiner's motion to extend time to deliver examiner's report and extension of confirmation hearing | 0.10 | 21.00 |
| FAP | B133 | A100 | Review examiner motion to extend report deadline and motion to shorten notice for same | 0.10 | 21.00 |
| KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation | 1.60 | 424.00 |
| FAP | B133 | A100 | Review order granting examiner motion to shorten motion to extend report deadline; update critical dates | 0.10 | 21.00 |
| KAB | B133 | A100 | review and summarize the LBO Examiner's motion for an extension to file his report (.4) and related motion to shorten (.1), and Court's order granting motion to shorten (.1) | 0.60 | 159.00 |
| 06/24/2010 FAP | B133 | A100 | Review notice of hearing re: examiner motion to extend report deadline; confirm critical dates | 0.10 | 21.00 |
| KAB | B133 | A100 | continue review of documents produced by Citi re: LBO investigation | 4.00 | 1,060.00 |
| AGL | B133 | A100 | review and analyze motion to shorten (.1) and examiner motion to extend time to file report (1.0) | 1.10 | 715.00 |
| 06/25/2010 AGL | B133 | A100 | multiple emails to and from debtors and examiner party group re: extension of time to file report | 0.90 | 585.00 |
| 06/28/2010 FAP | B133 | A100 | Review order granting Credit Agreement Lenders motion to compel document production by JPMC | 0.10 | 21.00 |
| 06/29/2010 FAP | B133 | A100 | Briefly review debtors' reply in support of examiner's motion to extend report deadline | 0.10 | 21.00 |
| JRD | B133 | A100 | Review and sumarize Debtors' Reply in Support of Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Extension of Report Deadline and Request that the Court Enter the Amended Deadline Order | 0.20 | 51.00 |
| AGL | B133 | A100 | emails to and from RLF re: settlement support parties' joinder in debtors' reply to extension of examiner deadline (.3); review and analyze same for signature and filing (.4) | 0.70 | 455.00 |
| MBM | B133 | A100 | review of reply re: examiner report deadline (.5); emails with JPMC counsel re: same (.3); emails and calls with Chadbourne re: same (.3); conference with Landis re: same (.1) | 1.20 | 474.00 |
| RLB | B133 | A100 | Review pleadings re: extension of examiner timeline and information | 1.30 | 539.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 06/30/2010 | FAP | B133 | A100 | Briefly review certain settlement supporters joinder to debtors' reply re: examiner motion to extend report deadline | 0.10 | 21.00 |
|  | FAP | B133 | A100 | Review multiple Wells Fargo revised notices of deposition | 0.10 | 21.00 |
|  | JRD | B133 | A100 | Review and sumarize Settlement Supporters' Joinder to Reply of the Debtors in Support of Motion for Extension of Examiner Report Deadline | 0.30 | 76.50 |
|  | RLB | B133 | A100 | Follow up research re: additional S&P documents | 0.60 | 249.00 |
|  |  |  |  | B133-LBO & Related Trans | 70.90 | 27,573.00 |
| 06/01/2010 | FAP | B134 | A100 | Email exchanges with transcriber re: 5/28 hearing transcript (.1); briefly review transcript (.1) | 0.20 | 42.00 |
|  | FAP | B134 | A100 | Review notice of adjourned 7/13 hearing; update critical dates | 0.10 | 21.00 |
|  | FAP | B134 | A100 | Email exchanges with transcriber re: 5/28 sidebar conference (.1); review same (.1); email to M. Roitman (.1) | 0.30 | 63.00 |
| 06/04/2010 | FAP | B134 | A100 | Review notice of agenda for 6/4 telephonic hearing (.1); coordinate appearances with CourtCall (.2); follow-up email to D. Deutsch re: same (.1) | 0.40 | 84.00 |
|  | FAP | B134 | A100 | Email exchanges with M. Roitman (.1); D. Deutsch (.1); and M. McGuire (.1); re: 6/4 telephonic hearing and scheduling appearances for same | 0.30 | 63.00 |
|  | FAP | B134 | A100 | Prepare 6/4 hearing binder | 0.50 | 105.00 |
|  | FAP | B134 | A100 | Review amended 6/4 hearing agenda (.1); supplement hearing binder (.1) | 0.20 | 42.00 |
|  | FAP | B134 | A100 | Review M. McGuire email re: update of disclosure statement telephonic hearing (.1); coordinate transcript order (.1) | 0.20 | 42.00 |
|  | MBM | B134 | A100 | prepare for (1.6) and attend telephonic disclosure statement hearing (.6) | 2.20 | 869.00 |
| 06/07/2010 | FAP | B134 | A100 | Review 6/4 hearing transcript | 0.10 | 21.00 |
| 06/14/2010 | CAA | B134 | A100 | Review 6/16 Agenda (.1); Coordinate co-counsel telephonic appearance through CourtCall (.1); Prepare attorney hearing binder (.3) | 0.50 | 95.00 |
| 06/15/2010 | FAP | B134 | A100 | Review notice of agenda for 6/16 hearing | 0.10 | 21.00 |
|  | FAP | B134 | A100 | Review amended agenda for 6/16 hearing (.1); email exchanges with MBM re: LRC telephonic appearances (.1); coordinate McGuire telephonic appearance with CourtCall (.1) | 0.30 | 63.00 |
| 06/16/2010 | FAP | B134 | A100 | Coordinate order for 6/16 hearing transcript | 0.20 | 42.00 |
|  | MBM | B134 | A100 | prepare for (.8) and attend (.7) hearing on motion to compel (telephonic) | 1.50 | 592.50 |

{698.001-W0008866.}

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 06/17/2010 | FAP | B134 | A100 | Briefly review 6/16 hearing transcript (.1); email exchanges with M. Roitman re: same (.1) | 0.20 | 42.00 |
| 06/29/2010 | FAP | B134 | A100 | Review agenda for 7/1 hearing (.1); communicate with MBM and AGL re: telephonic appearances (.1) | 0.20 | 42.00 |
|  | FAP | B134 | A100 | Correspondence to CourtCall re: 7/1 telephonic appearances for Chadbourne and LRC | 0.20 | 42.00 |
| 06/30/2010 | FAP | B134 | A100 | Email to Chadbourne team re: 7/1 courtcall confirmations (.1); follow-up call with CourtCall re: Landis confirmation (.2) | 0.30 | 63.00 |
|  | FAP | B134 | A100 | Assist AGL with 7/1 hearing preparation | 0.30 | 63.00 |
|  | FAP | B134 | A100 | Review amended agenda for 7/1 hearing | 0.10 | 21.00 |
|  | FAP | B134 | A100 | Review notice of rescheduled omnibus hearing; update critical dates | 0.10 | 21.00 |
|  |  |  |  | B134 - Hearings | 8.50 | 2,459.50 |
| 06/15/2010 | KAB | B135 | A100 | review and summarize Court's order extending deadline for Debtors to remove claims and causes of action | 0.20 | 53.00 |
|  |  |  |  | B135 - Litigation | 0.20 | 53.00 |
| 06/08/2010 | KAB | B136 | A100 | email with F. Panchak re: preparation of LRC's 17th monthly fee app | 0.10 | 26.50 |
|  | FAP | B136 | A100 | Email exchanges with M. McGuire re: LRC affidavits in support of retention (.1); research docket and distribute same (.1) | 0.20 | 42.00 |
|  | MBM | B136 | A100 | emails with Landis re: 2nd supplemental retention affidavit (.2) review of docket re: same (.6); prepare affidavit (.7) | 1.50 | 592.50 |
| 06/09/2010 | FAP | B136 | A100 | Begin draft of LRC May fee application | 1.10 | 231.00 |
| 06/10/2010 | KAB | B136 | A100 | begin drafting LRC May fee application (1.7) and briefly discuss edits with F. Panchak (.1) | 1.80 | 477.00 |
| 06/11/2010 | CL | B136 | A103 | Revisions to LRC May invoice | 2.20 | 275.00 |
|  | KAB | B136 | A100 | brief discussion with S. Lewicki re: LRC's 17th monthly fee app (.1), and continue work on LRC's 17th monthly fee app (.1) | 0.20 | 53.00 |
| 06/14/2010 | KAB | B136 | A100 | continue preparation of LRC's 17th monthly fee app | 1.50 | 397.50 |
| 06/15/2010 | FAP | B136 | A100 | Email exchanges with AGL, MBM and KAB re: responses to LRC sixteenth fee application (.1); draft Certificate of No Objection re: same (.1) | 0.20 | 42.00 |
|  | KAB | B136 | A100 | emails with F. Panchak re: responses to LRC's 16th fee app | 0.10 | 26.50 |

Official Committee of Unsecured Creditors                      July 23, 2010

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| | FAP | B136 | A100 | Continue draft of LRC May fee application (.4); discussion with DBR re: same (.1) | 0.50 | 105.00 |
| | CL | B136 | A103 | Revisions to LRC May invoice | 0.30 | 37.50 |
| 06/16/2010 | FAP | B136 | A100 | File and coordinate service of Certificate of No Objection to LRC sixteenth fee application | 0.30 | 63.00 |
| 06/18/2010 | KAB | B136 | A100 | continue preparation of LRC 17th monthly fee app | 2.40 | 636.00 |
| 06/21/2010 | FAP | B136 | A100 | Discussion with KAB re: further revisions to LRC's May fee application | 0.10 | 21.00 |
| | KAB | B136 | A100 | brief discussion with F. Panchak re: LRC's 17th monthly fee app (.1), further edits to LRC's 17th monthly fee application (.9), email S. Lewicki re: formating issue (.1), email M. McGuire re: draft fee app issue (.1) | 1.20 | 318.00 |
| 06/24/2010 | MBM | B136 | A100 | review and revise LRC's May fee application (.7); conferences with Brown re: same (.2) | 0.90 | 355.50 |
| | MBM | B136 | A100 | finalize LRC may fee application | 0.50 | 197.50 |
| | KAB | B136 | A100 | Conference with McGuire re: LRC's 17th monthly fee app | 0.20 | 53.00 |
| 06/25/2010 | FAP | B136 | A100 | Communicate with M. McGuire re: further revisions to LRC May fee application (.1); revise same (.3); prepare notice (.1) | 0.50 | 105.00 |
| | FAP | B136 | A100 | File and coordinate service of LRC seventeenth monthly fee application | 0.50 | 105.00 |
| 06/28/2010 | FAP | B136 | A100 | Email to J. Decker re: LRC's May fee/expense detail | 0.10 | 21.00 |
| | | | | B136 - LRC Ret. & Fee Matters | 16.40 | 4,180.50 |
| 06/01/2010 | MBM | B138 | A100 | prepare for (.3) and attend professionals' meeting (.4) | 0.70 | 276.50 |
| | DBR | B138 | A100 | prepare for professionals call (.4); communications re: cancellation (.2) | 0.60 | 345.00 |
| 06/02/2010 | RLB | B138 | A100 | Prepare for (.3) and attend (.8) professionals call re: examiner, LBO and plan discovery. | 1.10 | 456.50 |
| | DBR | B138 | A100 | consult with McGuire and Butcher re: committee call (.4); review agenda re: same (.2) | 0.60 | 345.00 |
| 06/03/2010 | DBR | B138 | A100 | prepare for (.5) and participate in committee call (.9) | 1.40 | 805.00 |
| 06/07/2010 | DBR | B138 | A100 | review agenda (.1) and prepare for professionals committee mtg (.4) | 0.50 | 287.50 |
| 06/08/2010 | MBM | B138 | A100 | prepare for (.4) and attend committee professionals' meeting (.6) | 1.00 | 395.00 |
| | RLB | B138 | A100 | Prepare for (.2) and attend professionals' call re: LBO (.5) | 0.70 | 290.50 |

Official Committee of Unsecured Creditors                                July 23, 2010
                                                                  Account No:   698-001
                                                                  Statement No:    12036

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                                              | Hours |          |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            | DBR | B138 | A100 | review correspondence from Chadbourne re: professionals meeting                                                               | 0.20  | 115.00   |
| 06/10/2010 | AGL | B138 | A100 | prepare for (.4) and attend (1.0) committee meeting re: agenda items listed                                                   | 1.40  | 910.00   |
|            | MBM | B138 | A100 | prepare for (.4) and attend committee meeting (1.0)                                                                           | 1.40  | 553.00   |
|            | RLB | B138 | A100 | Prepare for (.2) and attend committee meeting (1.0)                                                                           | 1.20  | 498.00   |
| 06/14/2010 | DBR | B138 | A100 | review agenda (.1) and prepare for professionals meeting (.4)                                                                 | 0.50  | 287.50   |
| 06/17/2010 | DBR | B138 | A100 | prepare for (.6) and participate in creditors committee call (.7); post call communications with Butcher (.3)                 | 1.60  | 920.00   |
| 06/21/2010 | DBR | B138 | A100 | review agenda (.1) and prepare for professionals call (.4)                                                                    | 0.50  | 287.50   |
| 06/22/2010 | DBR | B138 | A100 | Continue preparations for committee professionals call (.5); participate in committee professionals call (.3)                 | 0.80  | 460.00   |
|            | RLB | B138 | A100 | Committee call re: discovery                                                                                                  | 0.40  | 166.00   |
| 06/28/2010 | DBR | B138 | A100 | review agenda (.1) and prepare for committee professionals meeting (.4)                                                       | 0.50  | 287.50   |
| 06/29/2010 | DBR | B138 | A100 | Continue preparations for (.3) and participate in professionals committee call (.5)                                           | 0.80  | 460.00   |
|            | AGL | B138 | A100 | review agenda and papers (.2) in connection with committee professionals status update; attend same (.6)                     | 0.80  | 520.00   |
|            | DBR | B138 | A100 | Professionals call re: conclusion of LBO discovery                                                                            | 0.70  | 402.50   |
|            |     |      |      | B138 - Creditors' Cmte Mtgs                                                                                                   | 17.40 | 9,068.00 |
| 06/08/2010 | AGL | B140 | A100 | calls with creditor re: distribution to trade issues, mechanics, estimates, timing                                           | 1.10  | 715.00   |
|            |     |      |      | B140 - Creditor Inquiries                                                                                                     | 1.10  | 715.00   |
| 06/07/2010 | FAP | B144 | A100 | Email exchanges with A. Leung re: confirm sixth interim fee application filing deadline                                       | 0.10  | 21.00    |
| 06/10/2010 | FAP | B144 | A100 | Email exchanges with V. Patel re: responses to Moelis fifteenth fee application (.1); draft Certificate of No Objection (.1); prepare CAA affidavit of service (.1) | 0.30  | 63.00    |
| 06/11/2010 | CAA | B144 | A100 | Finalize for filing (.2) and coordinate service of Certificate of No Objection re: Moelis 15th Monthly Fee Application (.1)   | 0.30  | 57.00    |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| | CAA | B144 | A100 | Email to V. Patel re: Certificate of No Objection to Moelis 15th Monthly Fee Application | 0.10 | 19.00 |
| 06/15/2010 | FAP | B144 | A100 | Email exchanges with Chadbourne team re: responses to Chadbourne sixteenth and members eleventh fee application (.1); draft Certificate of No Objection re: Chadbourne sixteenth fee application (.1); draft Certificate of No Objection re: Members eleventh expense application (.1) | 0.30 | 63.00 |
| 06/16/2010 | FAP | B144 | A100 | Email exchanges with AlixPartners team re: responses to sixteenth fee application (.1); draft Certificate of No Objection re: same (.1) | 0.20 | 42.00 |
| | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection to Chadbourne sixteenth fee application (.3); follow-up email to H.Lamb re: same (.1) | 0.40 | 84.00 |
| | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection to Members eleventh expense application (.3); follow-up email to H.Lamb re: same (.1) | 0.40 | 84.00 |
| 06/17/2010 | FAP | B144 | A100 | Prepare affidavit of service for Certificate of No Objection to Chadbourne, LRC and Members April fee and expense applications | 0.20 | 42.00 |
| | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection to AlixPartners sixteenth fee application (.3); prepare affidavit of service for same (.1); follow-up email to A. Holtz and A. Leung re: same (.1) | 0.50 | 105.00 |
| 06/24/2010 | FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne seventeenth fee application (.1); review and compile same (.3); draft notice (.1) | 0.50 | 105.00 |
| | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners seventeenth fee application (.1); review/revise/compile same (.2); draft notice for same (.1) | 0.40 | 84.00 |
| | MBM | B144 | A100 | review Alix Partners May fee app | 0.20 | 79.00 |
| 06/25/2010 | FAP | B144 | A100 | File and coordinate service of Chadbourne seventeenth fee application (.8); follow-up email to H. Lamb (.1) | 0.90 | 189.00 |
| | FAP | B144 | A100 | File and coordinate service of Alix Partners' seventeenth fee application (.5); follow-up email to A. Holtz re: same (.1) | 0.60 | 126.00 |
| 06/28/2010 | FAP | B144 | A100 | Prepare affidavit of service for Chadbourne, LRC and AlixPartners seventeenth monthly fee applications (.1); file same (.1) | 0.20 | 42.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 06/29/2010 | FAP | B144 | A100 | Email exchanges with E. Glucoft re: Moelis' sixteenth fee application (.1); review same (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Follow-up email with E. Glucoft re: revised Moelis sixteenth fee application | 0.10 | 21.00 |
| 06/30/2010 | FAP | B144 | A100 | Draft notice of Moelis' sixteenth fee application (.1); prepare affidavit of service for same (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | File and coordinate service of Moelis' sixteenth fee application (.5); follow-up email to E. Glucoft re: same (.1) | 0.60 | 126.00 |
|  |  |  |  | B144 - Non-LRC Ret. & Fee Matt | 6.70 | 1,436.00 |
| 06/01/2010 | FAP | B146 | A100 | Review M. Roitman email re: status of disclosure statement hearing | 0.10 | 21.00 |
|  | FAP | B146 | A100 | Communicate with M. McGuire re: status of disclosure statement hearing and transcript for same | 0.10 | 21.00 |
|  | FAP | B146 | A100 | Review notice of filing proposed revisions to disclosure statement and amended plan | 0.10 | 21.00 |
|  | FAP | B146 | A100 | Review notice of filing revised proposed order establishing solicitation procedures | 0.10 | 21.00 |
|  | FAP | B146 | A100 | Briefly review merged committee plan support letter | 0.10 | 21.00 |
|  | KAB | B146 | A100 | review and summarize (i) Debtors' proposed revisions to the proposed disclosure statement and plan (.6) and (ii) Debtors' revised proposed solicitation procedures order (.5) | 1.10 | 291.50 |
| 06/02/2010 | FAP | B146 | A100 | Briefly review Wells Fargo second supplemental objection to disclosure statement | 0.10 | 21.00 |
|  | KAB | B146 | A100 | review and summarize Wells Fargo's second objection to disclosure statement | 0.50 | 132.50 |
|  | DBR | B146 | A100 | Review Wells 2nd objection to disclosure statement | 0.90 | 517.50 |
| 06/03/2010 | FAP | B146 | A100 | Briefly review debtors' reply to Wells Fargo second supplemental objection to disclosure statement | 0.10 | 21.00 |
|  | KAB | B146 | A100 | review and summarize the Debtors' reply to Wells Fargo's second supplemental objection to the DS | 0.50 | 132.50 |
|  | FAP | B146 | A100 | Briefly review Wells Fargo response to debtors' reply re: second supplemental objection to disclosure statement | 0.10 | 21.00 |
|  | KAB | B146 | A100 | review and summarize Wells Fargo's response to Debtors reply to their second supplemental objection | 0.40 | 106.00 |
| 06/04/2010 | KAB | B146 | A100 | email with F. Panchak re: Disclosure Statement binder | 0.10 | 26.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B146 | A100 | Email exchanges with KAB re: updated memo regarding objections to disclosure statement | 0.10 | 21.00 |
|  | MBM | B146 | A100 | emails with co-counsel and Debtors' counsel re: plan compendium (.6); review of same (.5) | 1.10 | 434.50 |
|  | AGL | B146 | A100 | emails to and from Butcher, McGuire re: plan scheduling issues | 0.20 | 130.00 |
|  | RLB | B146 | A100 | Review final disclosure statement re: litigation and settlement. | 0.90 | 373.50 |
|  | DBR | B146 | A100 | discuss status of disclosure issues with McGuire | 0.50 | 287.50 |
| 06/07/2010 | FAP | B146 | A100 | Briefly review:  amended disclosure statement (.1); notice of filing blackline (.1); certification of counsel re: revised pfo (.1); notice filing retiree claimant settlement agreement (.1) | 0.40 | 84.00 |
|  | FAP | B146 | A100 | Review Chadbourne memo re: status of 6/4 disclosure statement hearing | 0.10 | 21.00 |
|  | KAB | B146 | A100 | Review and summarize (i) most recent version of Debtors' DS and related exhibits (2.0) and (ii) Court's Order approving DS, solicitation materials, ballots, etc. (1.2) | 3.20 | 848.00 |
|  | FAP | B146 | A100 | Review M. Roitman email re: order approving disclosure statement | 0.10 | 21.00 |
|  | MBM | B146 | A100 | review of amended plan and DS | 2.10 | 829.50 |
|  | MBM | B146 | A100 | review approved solicitation procedures order | 0.60 | 237.00 |
|  | AGL | B146 | A100 | review docket and pleadings received re: confirmation hearing and related issues (VRC discovery response (.6); DS order (.7); plan exhibits filed (.6) | 1.90 | 1,235.00 |
| 06/10/2010 | KAB | B146 | A100 | Review and summarize the Credit Agreement Lenders' motion to compel JPMC to produce documents in order to review plan | 1.00 | 265.00 |
| 06/11/2010 | KAB | B146 | A100 | email with M. McGuire  re: WTC's latest objection to DS and Committee's support letter (.1), review same (.7) and follow up email to M. McGuire re: same (.1) | 0.90 | 238.50 |
|  | MBM | B146 | A100 | review of plan and disclosure statement (2.1); prepare evidentiary outline for Landis re: confirmation issues (3.2); conferences with Landis re: same (.4); review of Plan Support Agreement (.9) | 6.60 | 2,607.00 |
|  | AGL | B146 | A100 | conferences with McGuire re:  evidentiary issues for confirmation hearing (.4); analysis and development of same (3.0); call with Chadbourne and Zuckerman re: same (1.2) | 4.60 | 2,990.00 |
|  | RLB | B146 | A100 | Review response of Wells Fargo re: Plan discovery requests | 0.40 | 166.00 |
| 06/14/2010 | CAA | B146 | A100 | Emails from M. McGuire (.1) and to D. Bava (.1) re: transcript of hearing approving disclosure statement | 0.20 | 38.00 |

Page:  18
Official Committee of Unsecured Creditors                                July 23, 2010
Account No:    698-001
Statement No:     12036

Tribune Company, et al. bankruptcy


|            |     |      |      |                                                                                                                                                                                                                                                                                                                                                        | Hours |          |
|------------|-----|------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 06/15/2010 | KAB | B146 | A100 | review and summarize JPMC's response to Credit Agreement Lenders' motion to compel document production                                                                                                                                                                                                                                                  | 0.50  | 132.50   |
|            | KAB | B146 | A100 | email with A. Landis and M. McGuire re: plan confirmation issues and research needed                                                                                                                                                                                                                                                                    | 0.20  | 53.00    |
|            | RLB | B146 | A100 | Review JPMC response to motion to compel discovery re: plan (.4); review rules and chambers procedures re: pre-trial procedures for Judge Carey (.5) review scheduling order (.2); call with Marc Ashley and MBM re: pre-trial procedures for Plan confirmation (.5); e-mail with Chadbourne re: trial procedures for confirmation to follow up call (.4)  | 2.00  | 830.00   |
| 06/16/2010 | KAB | B146 | A100 | brief discussion with M. McGuire re: research/memo on confirmation issues (.2); email with F. Panchak re: confirmation transcripts (.2); begin research re: confirmation issues (6.0); additional emails (.1) and discussions (.1) with F. Panchak re: Magna confirmation transcripts; follow-up email with M. McGuire re: same (.1)                      | 6.70  | 1,775.50 |
| 06/17/2010 | FAP | B146 | A100 | Review notices of plan confirmation depositions (.1); communicate with RLB re: attendance at same (.1)                                                                                                                                                                                                                                                  | 0.20  | 42.00    |
|            | KAB | B146 | A100 | email with M. McGuire re: confirmation issues (.1) and continue research re: same (5.7)                                                                                                                                                                                                                                                                 | 5.80  | 1,537.00 |
|            | MBM | B146 | A100 | work with K. Brown to research plan confirmation evidence issues (.9); review of research re: same (.6); calls and emails with M. Ashley re: same (.2); conference with Landis re: same (.1)                                                                                                                                                             | 1.80  | 711.00   |
|            | RLB | B146 | A100 | Review notices of deposition re: Plan depositions (.5) E-mail with co-counsel at Chadbourne re: deposition coverage (.2)                                                                                                                                                                                                                                | 0.70  | 290.50   |
| 06/18/2010 | KAB | B146 | A100 | brief discussion with M. McGuire re: confirmation research (.1); edit summaries (.2); and email follow-up to M. McGuire (.1)                                                                                                                                                                                                                            | 0.40  | 106.00   |
|            | KAB | B146 | A100 | discussions with M. McGuire re: confirmation research (.2); research and summarize findings re: same (1.7) and follow up email to M. McGuire re: research results (.1)                                                                                                                                                                                   | 2.00  | 530.00   |
|            | MBM | B146 | A100 | review Northwestern and Global Power confirmation records to prepare evidentiary memo to co-counsel (2.7); review research from Brown re: same (.5); conference with Brown re: same (.3)                                                                                                                                                                 | 3.50  | 1,382.50 |
| 06/20/2010 | KAB | B146 | A100 | email with M. McGuire re: confirmation research issues (.2), review 4/26 Magna hearing transcript re: committee role re: same (.8)                                                                                                                                                                                                                      | 1.00  | 265.00   |

|  |  |  |  | | **Hours** |  |
|---|---|---|---|---|---|---|
| | MBM | B146 | A100 | review of Northwestern, GPEG and Magna confirmation transcripts and pleading re: committee evidentiary issues (4.3); email to Landis re: same (.2); prepare memo to committee re: evidentiary issues for plan confirmation (.9) | 5.40 | 2,133.00 |
| 06/21/2010 FAP | | B146 | A100 | Discussion with M. McGuire re: Exide confirmation hearing transcripts (.1); research docket and retrieve same (.8); follow-up email to M. Mcguire (.1) | 1.00 | 210.00 |
| | KAB | B146 | A100 | email with M. McGuire and A. Landis re: evidentiary role memo for Chadbourne (.1); review memo (.3); discussions with A. Landis re: edits to memo (.2); review A. Landis's comments to memo (.2) and edit memo accordingly (.6); research and incorporate citations for various portions of the memo (1.6); follow up email to M. McGuire re: finalization of memo (.1) | 3.10 | 821.50 |
| | MBM | B146 | A100 | review evidentiary record in Magna re: plan confirmation (3.1); prepare memorandum to co-counsel re: committee's evidentiary role in plan confirmation hearings (2.1) | 5.20 | 2,054.00 |
| | MBM | B146 | A100 | call from Roitman re: Exide confirmation issues (.2); research re: same (.4); review of hearing transcripts re: plan confirmation issues (1.1) | 1.70 | 671.50 |
| 06/22/2010 DBR | | B146 | A100 | review memo re: confirmation protocol | 0.40 | 230.00 |
| | AGL | B146 | A100 | review and analyze bridge loan agent motion re: adjudication of claims (1.2); research re: same, claim procedure issues (.9) | 2.10 | 1,365.00 |
| 06/23/2010 KAB | | B146 | A100 | review and summarize Wells Fargo's motion to establish procedures to resolve their claims objections | 0.30 | 79.50 |
| | KAB | B146 | A100 | review and summarize letter from L. Millikan re: notice of voting on plan of reorganization | 0.10 | 26.50 |
| | AGL | B146 | A100 | call (.2) and emails (.1) to and from Roitman, Deutsch re: confirmation hearing issues/status conference; review transcript from 5/25 hearing re: same (.3); emails to and from Stickles re: same (.2) conference with McGuire re: same (.1) | 0.90 | 585.00 |
| | MBM | B146 | A100 | conference with Landis re: confirmation hearing status conference (.1); emails with Landis and Deutsch re: same (.1) | 0.20 | 79.00 |
| 06/24/2010 AGL | | B146 | A100 | Emails to and from group re: impact of examiner extension and related plan issues | 0.80 | 520.00 |
| 06/25/2010 MBM | | B146 | A100 | review revised solicitation order | 0.40 | 158.00 |
| | RLB | B146 | A100 | Review motions to object to claims in connection with Plan Confirmation | 0.80 | 332.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 06/28/2010 | JRD | B146 | A100 | Review & summarize Rule 3018 estimation/allowance motion of Wilmington Trust | 0.20 | 51.00 |
| | JRD | B146 | A100 | Review and summarize order Granting Credit Agreement Lenders' Motion to Compel the Production of Documents by JPMorgan Chase Bank, N.A. | 0.20 | 51.00 |
| | RLB | B146 | A100 | Review bridge agent motion re: claim objection (.5); E-mail with Frank Vasquez re: motion (.2) | 0.70 | 290.50 |
| | AGL | B146 | A100 | continued emails to and from group re: timing/scheduling issues re: examiner extension and plan deadlines | 0.30 | 195.00 |
| 06/29/2010 | FAP | B146 | A100 | Review Chadbourne memo re: update on committee's support of plan deadline extensions | 0.10 | 21.00 |
| | AGL | B146 | A100 | alternative plan research (1.3); emails to and from Ted Zink (.3) and call with Zink re: same (.3) | 1.90 | 1,235.00 |
| | KAB | B146 | A100 | review multiple emails from D. Sloan and M. McGuire re: support of extension of examiner report deadline and related issues re: voting deadline | 0.60 | 159.00 |
| | RLB | B146 | A100 | Review confirmation schedules re: discovery | 0.60 | 249.00 |
| 06/30/2010 | JRD | B146 | A100 | Review case law re: claim by Wilmington Trust re: 3018 motion | 0.10 | 25.50 |
| | JRD | B146 | A100 | Research re: Wilmington Trust 3018 motion, allowance/classification of post-petition fee claims | 1.50 | 382.50 |
| | AGL | B146 | A100 | research re: WTC 3018/voting issues (1.2); emails to and from (.2) and call with Vasques re: same (.6); review motion re: same (.5); call with Sottille re: confirmation hearing testimony issues (.7); prepare for hearing re: voting deadline issues (.7) | 3.90 | 2,535.00 |
| | MBM | B146 | A100 | review of WTC 3018 Motion (.6); emails with Landis and Drobish re: same (.3); review of Travelers' decision (.8) | 1.70 | 671.50 |
| | | | | B146 - Plan & Disclos. Stmt. | 88.20 | 34,987.00 |
| 06/08/2010 | KAB | B150 | A100 | review and summarize I. Bates's motion for relief from stay | 0.30 | 79.50 |
| 06/09/2010 | KAB | B150 | A100 | review I. Bates' amended notice re: relief from stay | 0.10 | 26.50 |
| | | | | B150 - Relief from Stay | 0.40 | 106.00 |
| | | | | For Current Services Rendered | 243.20 | 91,212.50 |