# EXHIBIT "C"

{698.001-W0008789.}

Official Committee of Unsecured Creditors                                      July 23, 2010
                                                                        Account No:   698-001
                                                                        Statement No:   12036
Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Copying | 45.90 |
| Courier Fees | 153.00 |
| Online' research LEXIS | 47.28 |
| Outside Duplication Services | 647.30 |
| US Postage | 58.46 |
| Court Reporter fees | 116.10 |
| Conference Call Service | 328.00 |
| **Total Expenses Thru 06/30/2010** | **$1,396.04** |

{698.001-W0008866.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 05/27/2010 | AGL | U | B100 | E226 | | 177.00 Conference Call Service - Court Call (Amex) | 761 |
| Subtotal for Transaction Date 05/27/2010 | | | | | Billable | 177.00 | | |
| 698.001 | 06/01/2010 | AGL | U | B100 | E217 | | 49.50 Court Reporter fee Transcripts Plus, Inc. | 728 |
| Subtotal for Transaction Date 06/01/2010 | | | | | Billable | 49.50 | | |
| 698.001 | 06/03/2010 | AGL | U | B100 | E101 | 0.100 | 0.80 Copying | 739 |
| Subtotal for Transaction Date 06/03/2010 | | | | | Billable | 0.80 | | |
| 698.001 | 06/04/2010 | AGL | U | B100 | E226 | | 93.00 Conference Call Service - Court Call (Amex) | 759 |
| 698.001 | 06/04/2010 | AGL | U | B100 | E226 | | 58.00 Conference Call Service - Court Call (Amex) | 760 |
| Subtotal for Transaction Date 06/04/2010 | | | | | Billable | 151.00 | | |
| 698.001 | 06/05/2010 | AGL | U | B100 | E217 | | 19.80 Court Reporter fee Elaine M. Ryan | 727 |
| Subtotal for Transaction Date 06/05/2010 | | | | | Billable | 19.80 | | |
| 698.001 | 06/08/2010 | AGL | U | B100 | E211 | | 336.80 Outside printing - Advance Digital Legal Services, LLC - 53700 | 749 |
| Subtotal for Transaction Date 06/08/2010 | | | | | Billable | 336.80 | | |
| 698.001 | 06/09/2010 | AGL | U | B100 | E101 | 0.100 | 2.50 Copying | 740 |
| Subtotal for Transaction Date 06/09/2010 | | | | | Billable | 2.50 | | |
| 698.001 | 06/11/2010 | AGL | U | B100 | E101 | 0.100 | 0.50 Copying | 741 |
| 698.001 | 06/11/2010 | AGL | U | B100 | E107 | | 36.00 Delivery services/messengers TriState Courier & Carriage | 747 |
| 698.001 | 06/11/2010 | AGL | U | B100 | E211 | | 6.41 Outside printing - Advance Digital Legal Services, LLC - 53758 | 750 |
| 698.001 | 06/11/2010 | AGL | U | B100 | E210 | | 5.25 US Postage # Digital Legal Services, LLC - 53758 | 751 |
| Subtotal for Transaction Date 06/11/2010 | | | | | Billable | 48.16 | | |
| 698.001 | 06/16/2010 | AGL | U | B100 | E101 | 0.100 | 3.10 Copying | 743 |
| 698.001 | 06/16/2010 | AGL | U | B100 | E211 | | 11.54 Outside printing - Advance Digital Legal Services, LLC - 53799 | 752 |
| 698.001 | 06/16/2010 | AGL | U | B100 | E210 | | 6.10 US Postage # Digital Legal Services, LLC - 53799 | 753 |
| Subtotal for Transaction Date 06/16/2010 | | | | | Billable | 20.74 | | |
| 698.001 | 06/17/2010 | AGL | U | B100 | E217 | | 46.80 Court Reporter fee Veritext New York Reporting Co. | 742 |
| 698.001 | 06/17/2010 | AGL | U | B100 | E107 | | 72.00 Delivery services/messengers TriState Courier & Carriage | 748 |
| 698.001 | 06/17/2010 | AGL | U | B100 | E211 | | 3.85 Outside printing - Advance Digital Legal Services, LLC - 53823 | 754 |
| 698.001 | 06/17/2010 | AGL | U | B100 | E210 | | 5.25 US Postage # Digital Legal Services, LLC - 53823 | 755 |
| Subtotal for Transaction Date 06/17/2010 | | | | | Billable | 127.90 | | |
| 698.001 | 06/25/2010 | AGL | U | B100 | E101 | 0.100 | 33.80 Copying | 744 |
| 698.001 | 06/25/2010 | AGL | U | B100 | E211 | | 288.70 Outside printing - Advance Digital Legal Services, LLC - 53897 | 756 |
| 698.001 | 06/25/2010 | AGL | U | B100 | E210 | | 41.86 US Postage # Digital Legal Services, LLC - 53897 | 757 |
| 698.001 | 06/25/2010 | AGL | U | B100 | E107 | | 36.00 Delivery services/messengers TriState Courier & Carriage | 763 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| Subtotal for Transaction Date 06/25/2010 | | | | | Billable | 400.36 | | |
| 698.001 | 06/30/2010 | AGL | U | B100 E101 | 0.100 | 5.20 | Copying | 745 |
| 698.001 | 06/30/2010 | AGL | U | B100 E215 | | 47.28 | Online research LEXIS - Advance LexisNexis | 758 |
| 698.001 | 06/30/2010 | AGL | U | B100 E107 | | 9.00 | Delivery services/messengers TriState Courier & Carriage | 764 |
| Subtotal for Transaction Date 06/30/2010 | | | | | Billable | 61.48 | | |
| Total for Client ID 698.001 | | | | | Billable | 1,396.04 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| | | | | GRAND TOTALS | Billable | 1,396.04 | | |