# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

June 1, 2010 through and including June 30, 2010

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00001 | Business Analysis | 7.80 | 4,215.00 |
| 005735.00004 | Current Financials | 134.10 | 72,809.00 |
| 005735.00005 | Prospective Financials | 4.40 | 2,332.00 |
| 005735.00007 | Employee Issues | 47.70 | 27,797.00 |
| 005735.00008 | Plan of Reorganization | 6.00 | 3,633.00 |
| 005735.00009 | Executory Contracts | 9.90 | 5,751.00 |
| 005735.00010 | Claims & Recoveries | 13.90 | 7,520.00 |
| 005735.00011 | Misc. Motions | 4.90 | 2,651.00 |
| 005735.00014 | Avoidance Actions | 47.95 | 21,447.50 |
| 005735.00015 | UCC Meetings | 14.70 | 9,396.00 |
| 005735.00017 | Billing and Retention | 15.80 | 8,697.00 |
| **Total Hours and Fees Incurred** | | **307.15** | **166,248.50** |

Re:                              Business Analysis
Client/Matter #              005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/02/10 | BH | Review and analyze Moelis Media Update report and compare Tribune financial results to Industry. | 0.60 |
| 06/08/10 | BH | Review and analyze Moelis Media Update and compare information to Tribune results. | 0.30 |
| 06/08/10 | HYL | Reviewed and analyzed Moelis Weekly Media Update | 0.60 |
| 06/11/10 | ANL | Reviewed and analyzed Moelis weekly media update. | 0.30 |
| 06/14/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.90 |
| 06/17/10 | HYL | Researched change in weekly publishing reporting including National (T365) and impact to prior periods. | 0.40 |
| 06/17/10 | HYL | Summarized relevant current publishing and broadcasting industry news for reporting to UCC. | 1.10 |
| 06/22/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 1.10 |
| 06/22/10 | ANL | Analyzed and reviewed Moelis media update and latest pricing on distressed media bonds. | 0.70 |
| 06/29/10 | ANL | Reviewed and analyzed latest Moelis media report and Goldman Sachs entertainment & advertising report. | 1.10 |
| 06/30/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.70 |
| | | **Total Hours** | **7.80** |

Re:                        Business Analysis
Client/Matter #        005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 2.10 | 530.00 | 1,113.00 |
| Harold Y Lee | 4.80 | 530.00 | 2,544.00 |
| Brad Hall | 0.90 | 620.00 | 558.00 |
| **Total Hours & Fees** | **7.80** | | **4,215.00** |

Re:             Current Financials
Client/Matter #      005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.80 |
| 06/01/10 | ANL | Analyzed and reviewed April 2010 year to date results. | 2.80 |
| 06/01/10 | ANL | Prepared projected 2010 OCF based on April 2010 YTD results. | 1.30 |
| 06/01/10 | BH | Review and analyze weekly financial information provided by Tribune and edit report to UCC on weekly results. | 1.70 |
| 06/02/10 | ANL | Analyzed and reviewed April 2010 publishing and broadcasting results. | 2.80 |
| 06/02/10 | HYL | Reviewed Chadbourne memo regarding 'Launch of The Cooking Channel by Scripps Networks, LLC' | 0.30 |
| 06/03/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.70 |
| 06/03/10 | HYL | Prepared weekly report to UCC. | 1.60 |
| 06/03/10 | HYL | Reviewed and analyzed current cash variance and weekly flash reporting for publishing and broadcasting business. | 0.70 |
| 06/03/10 | BH | Prepare comments and presentation to UCC on current weekly financial results compared to Plan and Prior Year. | 1.10 |
| 06/04/10 | HYL | Reviewed and analyzed weekly publishing flash YOY results. | 1.60 |
| 06/04/10 | ANL | Prepared weekly status update to UCC. | 0.80 |
| 06/07/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.20 |
| 06/07/10 | ANL | Prepared weekly status update to UCC. | 1.30 |
| 06/07/10 | BH | Review and analyze weekly financial information and edit report to UCC comparing actual results to Plan. | 2.20 |
| 06/08/10 | ANL | Analyzed and reviewed Tribune cash flow forecast and revenue flash. | 1.80 |
| 06/09/10 | ANL | Analyzed and reviewed Tribune cash flow forecast. | 1.30 |
| 06/09/10 | ANL | Analyzed and reviewed Tribune non-Debtor cash flow forecast. | 0.80 |
| 06/09/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 0.90 |
| 06/09/10 | ANL | Prepared weekly status update to UCC. | 2.10 |
| 06/09/10 | ANL | Analyzed and reviewed April 2010 publishing and broadcasting results. | 1.80 |
| 06/10/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.60 |
| 06/10/10 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 06/10/10 | ANL | Analyzed and reviewed May 2010 and year to date preliminary results. | 1.30 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/10/10 | HYL | Prepared for and participated in weekly financial advisors call. | 1.60 |
| 06/10/10 | HYL | Reviewed and analyzed weekly operating publishing and broadcasting flash data. | 0.70 |
| 06/10/10 | HYL | Reviewed and analyzed weekly cash variance report. | 0.40 |
| 06/10/10 | HYL | Reviewed and analyzed preliminary May 2010 YTD operating results. | 1.00 |
| 06/10/10 | HYL | Prepared and reviewed weekly report to UCC. | 1.10 |
| 06/10/10 | HYL | Gathered and reviewed industry and competitor data for presentation to UCC. | 0.70 |
| 06/11/10 | ANL | Prepared weekly status update to the UCC. | 1.30 |
| 06/14/10 | HYL | Reviewed and analyzed trending of Publishing Periods 1 - 5 Operating Statement Excluding Special Items consolidated and for each property. | 1.30 |
| 06/14/10 | HYL | Reviewed Broadcasting Periods 1 - 5 Operating Statement Excluding Special Items consolidated and for each property. | 0.90 |
| 06/14/10 | HYL | Reviewed and analyzed May 2010 publishing results of operations (brown books). | 0.80 |
| 06/14/10 | HYL | Reviewed and analyzed May 2010 broadcasting results of operations (brown books). | 0.90 |
| 06/14/10 | HYL | Reviewed and analyzed May 2010 corporate and equity income results of operations (brown books). | 0.70 |
| 06/14/10 | ANL | Analyzed and reviewed weekly revenue flash and pacing information and weekly cash flow results for Debtors and non-Debtors. | 1.50 |
| 06/14/10 | ANL | Analyzed and reviewed May 2010 and year to date results. | 2.10 |
| 06/14/10 | ANL | Analyzed and reviewed May 2010 corporate expenses and equity income. | 1.20 |
| 06/15/10 | ANL | Reviewed and revised the weekly status update to UCC. | 2.20 |
| 06/15/10 | ANL | Analyzed and reviewed May 2010 and year to date results. | 2.30 |
| 06/15/10 | ANL | Analyzed and reviewed weekly revenue flash and product information. | 1.10 |
| 06/15/10 | BH | Review and analyze weekly financial results and edit report to UCC on actual results compared to plan. | 2.40 |
| 06/15/10 | HYL | Analyzed and prepared consolidated summary slides for May and YTD operating results for reporting to UCC. | 1.10 |
| 06/15/10 | HYL | Analyzed and prepared Publishing business segment summary slides for May 2010 and YTD operating results for reporting to UCC. | 3.60 |
| 06/15/10 | HYL | Reviewed and analyzed Publishing and Broadcasting prior periods (1 - 4) for changes due to accounting updates. | 0.60 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/15/10 | HYL | Analyzed and prepared Broadcasting business segment summary slides for May 2010 and YTD operating results for reporting to UCC. | 1.00 |
| 06/16/10 | HYL | Analyzed and prepared Broadcasting business segment summary slides for May 2010 and YTD operating results for reporting to UCC. | 2.60 |
| 06/16/10 | HYL | Analyzed and prepared Corporate summary slide for May 2010 and YTD operating results for reporting to UCC. | 1.90 |
| 06/16/10 | HYL | Analyzed and prepared Equity Income summary slide for May 2010 and YTD operating results for reporting to UCC. | 1.30 |
| 06/16/10 | ANL | Analyzed and reviewed May 2010 consolidated results. | 1.30 |
| 06/16/10 | ANL | Reviewed and revised the weekly status update to UCC. | 1.10 |
| 06/16/10 | ANL | Analyzed and reviewed May 2010 publishing results. | 1.50 |
| 06/16/10 | ANL | Analyzed and reviewed May 2010 broadcasting results. | 1.30 |
| 06/17/10 | ANL | Analyzed and reviewed publishing weekly revenue flash. | 1.20 |
| 06/17/10 | ANL | Analyzed and reviewed Broadcasting pacing reports and pacing reports by ad category. | 1.30 |
| 06/17/10 | ANL | Prepared the weekly status report for UCC. | 1.60 |
| 06/17/10 | ANL | Analyzed and reviewed May 2010 broadcasting results. | 1.80 |
| 06/17/10 | BH | Draft comments for presentation to UCC on weekly financial results during weekly UCC meeting. | 1.10 |
| 06/17/10 | HYL | Reviewed and analyzed weekly flash data for Publishing and Broadcasting segments. | 1.20 |
| 06/17/10 | HYL | Reviewed and analyzed weekly cash flow forecast variance and prepared slide for reporting to UCC. | 1.00 |
| 06/18/10 | HYL | Reviewed and analyzed weekly report to UCC. | 0.30 |
| 06/18/10 | BH | Review and analyze the May financial results as reported by Tribune Brown Books and edit report to UCC on monthly results compared to Plan. | 2.70 |
| 06/18/10 | ANL | Prepared the weekly status report & exhibits for UCC and analyzed weekly revenue trends. | 1.30 |
| 06/18/10 | ANL | Analyzed and reviewed May 2010 broadcasting results. | 1.30 |
| 06/18/10 | ANL | Analyzed and reviewed May 2010 publishing results. | 1.50 |
| 06/18/10 | ANL | Prepared May 2010 report to the UCC. | 2.20 |
| 06/21/10 | ANL | Prepared the weekly status report for UCC. | 1.20 |
| 06/21/10 | ANL | Analyzed and reviewed weekly flash reports, industry news and weekly cash flow results. | 1.10 |
| 06/21/10 | ANL | Analyzed and reviewed broadcasting revenue details and expense details for January through May 2010. | 1.80 |
| 06/21/10 | ANL | Analyzed and reviewed Publishing revenue details and | 1.30 |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | expense details for January through May 2010. | |
| 06/21/10 | ANL | Prepared May 2010 financial results presentation to UCC. | 2.20 |
| 06/21/10 | HYL | Updated May 2010 YTD publishing segment operating cash flow analysis by property. | 0.70 |
| 06/21/10 | HYL | Updated May 2010 YTD broadcasting segment operating cash flow analysis by property. | 0.80 |
| 06/22/10 | ANL | Analyzed and reviewed April and May 2010 management operating reports. | 1.80 |
| 06/22/10 | ANL | Prepared May 2010 financial results presentation to UCC. | 2.10 |
| 06/22/10 | BH | Review and analysis of weekly financial information and edit report to UCC on comparison of actual results to Plan. | 2.10 |
| 06/23/10 | ANL | Prepared UCC weekly status report. | 1.30 |
| 06/23/10 | AH | Review weekly report to UCC | 0.30 |
| 06/24/10 | HYL | Reviewed and analyzed weekly broadcasting operational flash reporting data including by category report. | 0.80 |
| 06/24/10 | HYL | Reviewed and analyzed weekly publishing operational flash reporting data. | 0.60 |
| 06/24/10 | HYL | Reviewed and analyzed weekly cash variance report and prepared slide for reporting to UCC. | 0.80 |
| 06/24/10 | HYL | Prepared weekly industry news slide for reporting to UCC. | 0.70 |
| 06/24/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.70 |
| 06/24/10 | ANL | Prepared UCC weekly status report. | 1.80 |
| 06/24/10 | ANL | Analyzed and reviewed April and May 2010 management operating reports. | 2.10 |
| 06/25/10 | ANL | Prepared UCC weekly status report. | 1.50 |
| 06/25/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.10 |
| 06/25/10 | ANL | Analyzed and reviewed May 2010 management operating report. | 1.30 |
| 06/28/10 | ANL | Prepared weekly status update to UCC. | 1.10 |
| 06/28/10 | ANL | Analyzed and reviewed April and May 2010 management operating reports. | 1.30 |
| 06/29/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.10 |
| 06/29/10 | ANL | Prepared weekly status update to UCC. | 0.80 |
| 06/29/10 | AH | Review weekly cash forecast report | 0.50 |
| 06/29/10 | BH | Review and analyze weekly financial results and edit report to UCC comparing actual results to Plan. | 1.80 |
| 06/30/10 | AH | Review weekly report to UCC | 0.50 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/30/10 | ANL | Prepared UCC weekly status report. | 1.10 |
| 06/30/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 0.50 |
| | | **Total Hours** | **134.10** |

Re:        Current Financials
Client/Matter #      005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|------:|-----:|-------:|
| Alan Holtz | 1.30 | 820.00 | 1,066.00 |
| Albert Leung | 84.40 | 530.00 | 44,732.00 |
| Harold Y Lee | 33.30 | 530.00 | 17,649.00 |
| Brad Hall | 15.10 | 620.00 | 9,362.00 |
| **Total Hours & Fees** | **134.10** | | **72,809.00** |

Re:                      Prospective Financials
Client/Matter #          005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/15/10 | ANL | Analyzed and reviewed 2010 Operating Plan. | 1.50 |
| 06/17/10 | ANL | Analyzed and reviewed 2010 Operating Plan. | 1.60 |
| 06/30/10 | ANL | Analyzed and reviewed Tribune's 5 year plan and post emergence capital structure. | 1.30 |
| | | **Total Hours** | **4.40** |

Re:                    Prospective Financials
Client/Matter #        005735.00005

                                                    Total Hours        4.40

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 4.40 | 530.00 | 2,332.00 |
| **Total Hours & Fees** | **4.40** | | **2,332.00** |

Re:               Employee Issues
Client/Matter #     005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/10 | AH | Review of report to UCC on Revised 2010 MIP, including discussion with A. Leung (AlixPartners) | 1.90 |
| 06/01/10 | ANL | Prepared UCC report on 2010 MIP updates and reconciliation of 2009 to 2010. | 3.80 |
| 06/01/10 | ANL | Prepared 2010 MIP exhibits and analysis. | 2.80 |
| 06/01/10 | HYL | Reviewed and analyzed updated 2010 MIP presentation. | 0.90 |
| 06/01/10 | BH | Review and edit revised MIP presentation to Committee. | 0.60 |
| 06/02/10 | AH | Evaluate extrapolation of YTD results and discuss w/ A. Leung (AlixPartners) in connection with proposed 2010 MIP | 0.50 |
| 06/02/10 | ANL | Analyzed and reviewed 2010 MIP details for individual employees. | 1.30 |
| 06/02/10 | ANL | Reviewed and revised 2010 MIP presentation to the UCC. | 2.30 |
| 06/02/10 | HYL | Reviewed and analyzed May 2010 Mercer MIP report | 0.80 |
| 06/02/10 | HYL | Reviewed and revised AlixPartners 'Proposed 2010 Management Incentive Program Update' report to UCC. | 1.10 |
| 06/03/10 | ANL | Prepared new exhibits related to 2010 MIP counter proposal. | 1.70 |
| 06/03/10 | ANL | Prepared a 2010 MIP update presentation for the UCC for counter proposal with the Debtors. | 2.20 |
| 06/04/10 | ANL | Prepared alternative 2010 MIP proposals presentation for UCC. | 2.80 |
| 06/04/10 | ANL | Prepared new exhibits related to 2010 MIP counter proposal. | 3.10 |
| 06/04/10 | ANL | Analyzed and reviewed Tribune Mercer 2010 MIP presentation and data. | 2.20 |
| 06/04/10 | HYL | Review and analyzed presentation of 2010 proposed management incentive program update. | 0.90 |
| 06/04/10 | AH | Discuss status of UCC review of 2010 MIP w/ B. Whittman (A&M) | 0.20 |
| 06/04/10 | AH | Development of alternative MIP scenario, including preparation and review of report to UCC and discussion with A. Leung (AlixPartners) | 2.40 |
| 06/04/10 | BH | Review and edit presentation of revised MIP to be provided to the Committee. | 2.20 |
| 06/08/10 | ANL | Analyzed and reviewed 2010 MIP motion and Mercer presentation. | 2.10 |
| 06/10/10 | ANL | Analyzed and reviewed 2010 MIP motion and Mercer presentation. | 1.70 |
| 06/10/10 | AH | Discussions and emails w/ B. Whittman (A&M) re: UCC position on MIP | 0.40 |
| 06/10/10 | AH | Review of objection to Debtor's MIP motion and provide comments to counsel | 0.90 |
| 06/11/10 | AH | Review financial analysis related to MIP objection | 0.60 |

Re:             Employee Issues
Client/Matter #     005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/11/10 | ANL | Prepared revised 2010 MIP exhibits and full year forecast OCF. | 2.80 |
| 06/11/10 | ANL | Analyzed and reviewed 2010 MIP motion and Mercer presentation. | 1.60 |
| 06/11/10 | ANL | Reviewed and revised draft 2010 UCC MIP objection. | 1.20 |
| 06/11/10 | BH | Review and edit draft objection to MIP motion. | 1.10 |
| 06/11/10 | BH | Review Tribune cost reduction information from 2009 to determine the impact to 2010 of carry forward cost savings which should impact year over year OCF and the thresholds proposed by Tribune in MIP. | 1.50 |
| 06/22/10 | AH | Email exchange w/ B. Whittman (A&M) re: MIP status | 0.10 |
| | | **Total Hours** | **47.70** |

Re:              Employee Issues
Client/Matter #    005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 7.00 | 820.00 | 5,740.00 |
| Albert Leung | 31.60 | 530.00 | 16,748.00 |
| Harold Y Lee | 3.70 | 530.00 | 1,961.00 |
| Brad Hall | 5.40 | 620.00 | 3,348.00 |
| **Total Hours & Fees** | **47.70** | | **27,797.00** |

Re:                        Employee Issues
Client/Matter #            005735.00007

Re:                        Plan of Reorganization
Client/Matter #            005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/09/10 | HYL | Reviewed and analyzed Disclosure Statement for Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Filed by Tribune Company , attachment (7) Exhibit "G" - Liquidation Analysis and  attachment 1, Exhibit "A" - Amended Joint Plan of Reorganization" to respond to inquiry regarding recovery for unsecured claims against TCO and subs. | 1.10 |
| 06/09/10 | HYL | Responded to inquiry regarding recovery for unsecured claims against TCO and subs as it relates to liquidation analysis per Disclosure Statement for Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Filed by Tribune Company , attachment (7) Exhibit "G" - Liquidation Analysis. | 1.20 |
| 06/29/10 | BH | Prepared for and participated in conference call with Moelis and Chadbourne on the development of a Committee Plan alternative to Debtors Plan. | 0.70 |
| 06/29/10 | AH | Call with UCC professionals to discuss alternative POR contingency plan | 0.60 |
| 06/30/10 | BH | Review and analyze alternative Plan capital structure and the impact that alternative assumptions have on the 5 year Plan provided by Debtor. Evaluate the adequacy of cash in projections under alternative Plan cash distribution assumptions. | 2.40 |
| | | **Total Hours** | **6.00** |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.60 | 820.00 | 492.00 |
| Harold Y Lee | 2.30 | 530.00 | 1,219.00 |
| Brad Hall | 3.10 | 620.00 | 1,922.00 |
| **Total Hours & Fees** | **6.00** | | **3,633.00** |

Re:                          Executory Contracts
Client/Matter #              005735.00009

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/25/10 | BH | Review and analyze information provided by Tribune advisors on the cost benefit of assuming the contract pertaining to "That 70's Show". | 1.10 |
| 06/28/10 | BH | Review and analyzed debtors motion to assume Carsey-Werner contract and analyze the cost savings associated with contract assumption versus potential contract rejection and resulting rejection claims. | 2.30 |
| 06/28/10 | BH | Draft memo to Chadbourne with recommendations relating to motion to assume Carsey-Werner contract. | 0.60 |
| 06/28/10 | ANL | Analyzed and reviewed motion to assume certain syndicated program agreements with Carsey-Werner distribution. | 1.60 |
| 06/28/10 | ANL | Provided UCC counsel with comments regarding the economics of the Carsey-Werner contract assumption. | 1.10 |
| 06/29/10 | ANL | Analyzed and reviewed the economics to assume certain syndicated program agreements with Carsey-Werner distribution. | 1.10 |
| 06/29/10 | ANL | Discussed questions from counsel regarding the Carsey-Werner contract assumption with A&M. | 0.50 |
| 06/29/10 | BH | Review and analyze information to provide a response to Chadbourne on questions posed regarding assumption of Carsey-Werner contract. | 1.60 |
| | | **Total Hours** | **9.90** |

Re:                       Executory Contracts
Client/Matter #           005735.00009

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Albert Leung | 4.30 | 530.00 | 2,279.00 |
| Brad Hall | 5.60 | 620.00 | 3,472.00 |
| **Total Hours & Fees** | **9.90** | | **5,751.00** |

Re:                   Claims & Recoveries
Client/Matter #       005735.00010

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 06/03/10 | HYL | Assist in obtaining data regarding potential income tax calculation estimate for 2009. | 0.90 |
| 06/03/10 | HYL | Prepared for and participated in conference call regarding differences in intercompany balances in the intercompany allocation model. | 1.60 |
| 06/16/10 | HYL | Reviewed and analyzed Debtors' Thirty-Second Omnibus Objection to Claims. | 0.80 |
| 06/25/10 | HYL | Reviewed and analyzed current active claim report (as of 6/22/10) and compare to prior report. | 1.00 |
| 06/28/10 | HYL | Reviewed and analyzed current active claim report (as of 6/22/10) and compare to prior report. | 0.80 |
| 06/28/10 | HYL | Reviewed and analyzed Wells Fargo Motion to Establish Procedures for Debtors' Objections to Bridge Loan Claims. | 0.60 |
| 06/28/10 | HYL | Reviewed and analyzed Wilmington Trust Motion for Estimation and Allowance of Claims. | 0.60 |
| 06/29/10 | HYL | Coordinate review of current active claims report with Stu Kaufman (A&M) | 0.20 |
| 06/29/10 | ANL | Analyzed and reviewed Tribune's claims reconciliation report and intercompany model. | 1.80 |
| 06/30/10 | ANL | Analyzed and reviewed Tribune's intercompany claims model and claims reconciliation report. | 2.20 |
| 06/30/10 | BH | Participate in a call with Tribune advisors to review latest claims reconciliation report provided by Tribune. | 0.60 |
| 06/30/10 | BH | Review and analyze the latest Tribune claims reconciliation report as compared to prior versions and discuss key items impacting changes with Tribune advisors. | 1.10 |
| 06/30/10 | HYL | Prepared for and participated in conference call with A&M (Stu Kaufman and Jodi Ehrenhofer) regarding changes to the active claims report. | 1.10 |
| 06/30/10 | HYL | Reviewed and analyzed responses to inquiries regarding changes to active claims as requested during 6/30 conference call. | 0.60 |
| | | **Total Hours** | **13.90** |

Re:                                    Claims & Recoveries
Client/Matter #            005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 4.00 | 530.00 | 2,120.00 |
| Harold Y Lee | 8.20 | 530.00 | 4,346.00 |
| Brad Hall | 1.70 | 620.00 | 1,054.00 |
| **Total Hours & Fees** | **13.90** | | **7,520.00** |

Re:                        Misc. Motions
Client/Matter #            005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/02/10 | HYL | Review and analyze Chadbourne memo regarding motion of minimum wage claimants; application to modify E&Y scope for fresh start accounting services; and motion to extend removal period. | 0.40 |
| 06/07/10 | HYL | Reviewed and analyzed Compendium of Submissions by Certain Creditors or Creditor Representatives Respecting the LBO-Related Causes of Action and the Global Settlement and | 1.60 |
| 06/16/10 | HYL | Reviewed and analyzed Neuman - Tribune settlement agreement. | 0.60 |
| 06/16/10 | HYL | Reviewed and analyzed JPMorgan Chase Bank Response to the Credit Agreement Lender's to Compel the Production of Documents. | 0.60 |
| 06/16/10 | ANL | Analyzed and reviewed KTLA settlement agreement with claimant C. Neuman and prepared comments for Chadbourne. | 1.10 |
| 06/28/10 | BH | Review motion filed by Bridge loan lenders to object to claims and analyze merits of motion. | 0.60 |
| | | **Total Hours** | **4.90** |

Re:                          Misc. Motions
Client/Matter #              005735.00011

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Albert Leung | 1.10 | 530.00 | 583.00 |
| Harold Y Lee | 3.20 | 530.00 | 1,696.00 |
| Brad Hall | 0.60 | 620.00 | 372.00 |
| **Total Hours & Fees** | **4.90** | | **2,651.00** |

Re:              Avoidance Actions
Client/Matter #         005735.00014

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/01/10 | CR | Reconciled step 1 and step 2 debt figures across 3rd-party and company source models for examiner reply submission. | 2.70 |
| 06/01/10 | CR | Analyzed hypothetical tax savings levels assuming actual 2008 and 2009 income levels. | 1.80 |
| 06/01/10 | MFR | Research and analysis regarding UCC Reply Submission to Examiner. | 4.20 |
| 06/01/10 | MFR | Communication with Zuckerman re: UCC Reply Submission to Examiner. | 1.50 |
| 06/01/10 | HYL | Reviewed revised Plan Support Letter (which includes substance of the Disclosure Statement insert on LBO Matters). | 0.30 |
| 06/02/10 | HYL | Researched and response to Zuckerman question regarding intercompany for their UCC opening brief. | 1.10 |
| 06/02/10 | MFR | Research and analysis of Morgan Stanley solvency work related to submissions to Examiner.  Communication with Chadbourne regarding the same. | 3.70 |
| 06/02/10 | MFR | Review of documents in connection with the UCC providing a reply submission to the Examiner. | 2.00 |
| 06/02/10 | CR | Analyzed and reconciled financial figures from Credit Agreement Lenders examiner submission to produced documents. | 3.10 |
| 06/03/10 | CR | Reconciled amounts from Credit Agreement Lenders submission to produced models and valuations. | 2.30 |
| 06/03/10 | MFR | Research and analysis re: various submissions to Examiner. Communication with Zuckerman regarding the same. | 2.20 |
| 06/03/10 | HYL | Respond to Thomas Macauley (Zuckerman) regarding analysis on repayments of principal and interest on the LBO notes. | 1.20 |
| 06/03/10 | BH | Review and analyze summary of lender payments made pre-petition and provide update to Chadbourne in support of review of preference claims. | 0.50 |
| 06/04/10 | HYL | Reviewed and analyzed Debtors Brief, Exhibit B, "Assumptions Relating to Intercompany Claims". | 1.30 |
| 06/04/10 | MFR | Research and analysis regarding various submissions to Examiner.  Communication with Zuckerman regarding the same. | 5.50 |
| 06/04/10 | CR | Reconciled step 1 and step 2 source and use data across company models and third-party valuations to examiner submissions. | 2.10 |
| 06/04/10 | CR | Reconciled 3rd-party enterprise value and net debt figures from step 1 and step 2 models to examiner submission. | 2.60 |
| 06/04/10 | CR | Reconciled step 1 and step 2 diluted share count data from | 2.20 |

Re:                         Avoidance Actions
Client/Matter #             005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | company models and 10-K's to examiner submissions. | |
| 06/07/10 | HYL | Reviewed and analyzed draft reply submission of the UCC to the examiner regarding Wilmington Trust. | 0.60 |
| 06/07/10 | HYL | Reviewed and analyzed draft reply submission of UCC to Examiner regarding claims against senior lenders. | 0.90 |
| 06/07/10 | HYL | Reviewed and analyzed draft reply submission of the UCC to the examiner summarizing potential estate claims against 3rd parties. | 0.80 |
| 06/08/10 | MFR | Research and analysis re: Debtors reply submission to Examiner.  Communication with Chadbourne regarding the same. | 2.80 |
| 06/09/10 | CR | Reviewed and analyzed disclosure statement financial calculations. | 2.30 |
| 06/17/10 | MFR | Call with Zuckerman regarding: Confirmation Hearing. | 0.25 |
| | | **Total Hours** | **47.95** |

Re:                     Avoidance Actions
Client/Matter #         005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 22.15 | 530.00 | 11,739.50 |
| Harold Y Lee | 6.20 | 530.00 | 3,286.00 |
| Brad Hall | 0.50 | 620.00 | 310.00 |
| Christopher Rubel | 19.10 | 320.00 | 6,112.00 |
| **Total Hours & Fees** | **47.95** | | **21,447.50** |

Re:                        UCC Meetings
Client/Matter #            005735.00015

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 06/02/10 | AH | Participate on weekly call with UCC advisors | 0.60 |
| 06/02/10 | BH | Participate in UCC Professionals call hosted by Chadbourne. | 0.60 |
| 06/03/10 | BH | Prepared for and participated in UCC telephonic meeting and provide report on financial results. | 0.90 |
| 06/03/10 | AH | Participate in weekly UCC meeting (telephonic) | 0.60 |
| 06/03/10 | ANL | Prepared for and participated in telephonic UCC Meeting to discuss 2010 MIP and disclosure statement issues. | 1.50 |
| 06/03/10 | MFR | Prepared for and participated in UCC committee conference call. | 1.30 |
| 06/08/10 | AH | Weekly call w/ UCC professionals | 0.50 |
| 06/08/10 | BH | Participate in UCC Professionals call hosted by Chadbourne. | 0.40 |
| 06/10/10 | BH | Review minutes of UCC meeting and discuss presentation of financial results with Albert Leung (AlixPartners). | 0.50 |
| 06/10/10 | AH | Participate in portion of weekly UCC meeting to present MIP recommendation (telephonic) | 1.00 |
| 06/10/10 | ANL | Prepared for and participated in UCC telephonic meeting to discuss weekly results and 2010 MIP and other issues. | 1.10 |
| 06/10/10 | ANL | Held discussions with B. Hall (AlixPartners) (0.5) | 0.50 |
| 06/15/10 | MFR | Prepared for and participated in UCC professionals conference call. | 0.50 |
| 06/15/10 | BH | Participate in UCC Professionals meeting hosted by Chadbourne. | 0.40 |
| 06/17/10 | BH | Participate in UCC meeting and present financial report to Committee. | 0.70 |
| 06/17/10 | AH | Participate in weekly UCC meeting (telephonically) | 0.70 |
| 06/17/10 | MFR | Prepared for and participated in UCC committee conference call. | 0.80 |
| 06/22/10 | AH | Weekly update call with UCC professionals | 0.30 |
| 06/22/10 | BH | Participate in UCC Professionals call hosted by Chadbourne. | 0.30 |
| 06/29/10 | BH | Participate in UCC Professionals call hosted by Chadbourne. | 0.50 |
| 06/29/10 | AH | Weekly update call w/ UCC professionals | 0.50 |
| 06/29/10 | MFR | Participate in UCC professionals conference call. | 0.50 |
| | | **Total Hours** | **14.70** |

Re:                              UCC Meetings
Client/Matter #                  005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 4.20 | 820.00 | 3,444.00 |
| Mark F Rule | 3.10 | 530.00 | 1,643.00 |
| Albert Leung | 3.10 | 530.00 | 1,643.00 |
| Brad Hall | 4.30 | 620.00 | 2,666.00 |
| **Total Hours & Fees** | **14.70** | | **9,396.00** |

Re:     Billing and Retention
Client/Matter #   005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/02/10 | ANL | Prepared May 2010 fee application. | 0.90 |
| 06/07/10 | ANL | Prepared May 2010 fee application. | 1.10 |
| 06/08/10 | ANL | Prepared May 2010 fee application. | 1.50 |
| 06/09/10 | ANL | Prepared May 2010 fee application. | 1.20 |
| 06/14/10 | ANL | Prepared May 2010 fee application. | 0.80 |
| 06/16/10 | YK | Prepared May 2010 fee application. | 1.80 |
| 06/17/10 | YK | Prepared May 2010 fee application and motion. | 2.00 |
| 06/17/10 | ANL | Prepared May 2010 fee application. | 1.10 |
| 06/23/10 | AH | Detailed review of May 2010 invoice and fee application | 1.60 |
| 06/23/10 | ANL | Prepared May 2010 fee application & exhibits. | 2.10 |
| 06/24/10 | ANL | Prepared May 2010 fee application & exhibits. | 0.70 |
| 06/24/10 | AH | Final review of May 2010 fee application; sign and send to counsel | 0.30 |
| 06/25/10 | ANL | Prepared May 2010 fee application & exhibits. | 0.70 |
| | | **Total Hours** | **15.80** |

Re:            Billing and Retention
Client/Matter #    005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.90 | 820.00 | 1,558.00 |
| Albert Leung | 10.10 | 530.00 | 5,353.00 |
| Young Kim | 3.80 | 470.00 | 1,786.00 |
| **Total Hours & Fees** | **15.80** | | **8,697.00** |

Re:                        Billing and Retention
Client/Matter #            005735.00017