# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Description | Amount |
| --- | ---: |
| Airfare (Coach) | 508.52 |
| Airfare Service Charge | 138.00 |
| Cab Fare/Ground Transportation | 184.47 |
| Conference Calls | 4.97 |
| Lodging | 381.03 |
| Meals & Tips | 56.23 |
| Meals - Engagement Team | 152.54 |
| **Total Disbursements** | **1,425.76** |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 03/18/10 | Conference Calls - - VENDOR: Raindance Communications, Inc. Albert Leung | 4.97 |
| 05/03/10 | Airfare Mark Rule-2010-05-03-ORD-LGA (Coach) | 358.52 |
| 05/03/10 | Airfare Service Charge Mark Rule | 29.00 |
| 05/03/10 | Airfare Service Charge Mark Rule | 40.00 |
| 05/03/10 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. Mark Rule LGA to Sheraton NY (Out of town) | 94.47 |
| 05/03/10 | Lodging Mark Rule-Sheraton-New York-05/03/2010-05/04/2010 | 381.03 |
| 05/03/10 | Meals & Tips Mark Rule-Dinner (Out of town) | 33.15 |
| 05/04/10 | Airfare Mark Rule-2010-05-04-LGA-ORD (Coach) | 150.00 |
| 05/04/10 | Airfare Service Charge Mark Rule | 29.00 |
| 05/04/10 | Airfare Service Charge Mark Rule | 40.00 |
| 05/04/10 | Cab Fare/Ground Transportation Mark Rule-Cab From O'Hare (Out of town) | 40.00 |
| 05/04/10 | Cab Fare/Ground Transportation Mark Rule-Cab To LGA (Out of town) | 35.00 |
| 05/04/10 | Meals & Tips Mark Rule-Breakfast (Out of town) | 7.08 |
| 05/12/10 | Cab Fare/Ground Transportation Christopher Rubel-Taxi From The Chicago Office To My Home (In town) | 15.00 |
| 05/17/10 | Meals - Engagement Team Mark Rule-Tribune-Working Lunch During Meeting with Examiner's Financial Advisor, LECG -Frank Vazquez; Jim Sottile; Craig Elson; Dave Wensel; Renee McMahon (In town) | 20.00 |
| 05/17/10 | Meals - Engagement Team Mark Rule-Tribune-Working Lunch During Meeting with Examiner's Financial Advisor, LECG -Frank Vazquez; Jim Sottile; Craig Elson; Dave Wensel; Renee McMahon (In town) | 132.54 |
| 06/04/10 | Meals & Tips Albert Leung-Dinner (In town) | 16.00 |
| | **Total Disbursements** | **1,425.76** |