IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP hereby certify that on July 26, 2010, service of the **Response of Court-Appointed Examiner, Kenneth N. Klee, Esq., to Motion to Authorize the Disclosure of the Examiner's Report, Exhibits Cited in Report, and Professionally Transcribed, Sworn Transcripts of Witness Interviews to the Parties and Interviewees Pursuant to the Terms of the Document Depository Order** was made on the parties on the attached service list in the manner indicated therein.

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

*Delaware Counsel to the Examiner*

Dated: July 26, 2010

596118.1 7/26/10

## TRIBUNE COMPANY, *et al*
### Service List

**Via Electronic Mail and First Class Mail:**

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

James F. Conlan, Esquire
James Ducayet, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

James F. Bendernagel, Jr., Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

George R. Dougherty, Esquire
Grippo & Elden, LLC
111 South Wacker Drive
Chicago, IL 60606

David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Vincent B. Herron, Esquire
Abelson Herron, LLP
333 South Grand Avenue, Suite 1550
Los Angeles, CA 90071

Joel A. Feuer, Esquire
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA 90067

Michael Pullos, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Jonathan D. Polkes, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Michael Russano, Esquire
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

Dennis Glazer, Esquire
Sharon Katz, Esquire
David Stier, Esquire
Elliott Moskowitz, Esquire
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

Jeffrey N. Rich, Esquire
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

Leonard S. Shifflett, Esquire
Quarles & Brady LLP
300 North LaSalle Street, Suite 400
Chicago, IL 60654-3422

David J. Bradford, Esquire
Jenner & Block, LLP
353 North Clark Street
Chicago, IL 60654

Madlyn Gleich Primoff, Esquire
Jane Parver, Esquire
Joseph Drayton, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Andrew Gordon, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Steven B. Feigenbaum, Esquire
Gail Zweig, Esquire
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas, 17th Floor
New York, NY 10036

Daniel L. Cantor, Esquire
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036

Jonathan A. Schaffzin, Esquire
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

Daniel H. Golden, Esquire
Deborah Newman, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Bruce Bennett, Esquire
James O. Johnston, Esquire
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

David S. Rosner, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Robert J. Stark, Esquire
Katherine S. Bromberg, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Howard Seife, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Thomas E. Lauria, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2687

Andrew Goldman, Esquire
Wilmer Hale LLP
399 Park Avenue
New York, NY 10022

Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

Michael J. Barrie, Esquire
Benesch, Friedlander, Coplan
 & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

George N. Panagakis, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606-1720

**First Class Mail:**
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Jeffrey M. Schlerf, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1600
Wilmington, DE 19801

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE 19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan
 & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

R. Karl Hill, Esquire
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

William M. Kelleher, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
PO Box 2207
Wilmington, DE 19899

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
John H. Schanne, II, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
 & Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Adam Hiller, Esquire
Donna Harris, Esquire
Pinckney, Harris & Weidinger, LLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Ian Connor Bifferato, Esquire
Kevin Collins, Esquire
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Mary E. Augustine, Esquire
Carl D. Neff, Esquire
Ciardi Ciardi & Astin
919 North Market Street, Suite 700
Wilmington, DE 19801

William P. Bowden, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Mark M. Billion, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, P.O. Box 391
Wilmington, DE 19899-0391

David M. Powlen, Esquire
Barnes & Thornburg LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801

Jamie L. Edmonson, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Thomas J. McCormack, Esquire
Marc Ashley, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Brian Trust, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Jean-Marie L. Atamian, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Jeffrey N. Rich, Esquire
Charles R. Smith, Esquire
K & L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

Charles R. Smith, Esquire
K & L Gates LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Matthew J. Troy, Esquire
United States Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

David M. Neumann, Esquire
Benesch, Friedlander, Coplan
 & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

Internal Revenue Service
31 Hopkins Plaza
ATTN: Room 1150
Baltimore, MD 21201

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington, D.C. 20020

Wayne M. Smith, Esquire
Warner Bros. Television Distribution, Inc.
4000 Warner Boulevard
Building 156, Room 5158
Burbank, CA 91522

Pamela Kohlman Webster, Esquire
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Ms. Carolyn Adler
Morgan Stanley, Fixed Income
1585 Broadway, 2nd Floor
New York, NY 10036

Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Thomas V. Askounis, Esquire
Askounis & Darcy, PC
401 North Michigan Avenue, Suite 550
Chicago, IL 60611

David Adler, Esquire
G. Amanda Mallan, Esquire
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Colleen E. McManus, Esquire
Much Shelist Denenberg Ament
 and Rubenstein, P.C.
191 North Wacker Drive, Ste. 1800
Chicago, IL 60606

Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Kelly Singer, Esquire
Squire, Sanders & Dempsey L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498

Jan I. Berlage, Esquire
Gohn, Hankey & Stichel, LLP
201 North Charles Street
Baltimore, MD 21201

Paul Rubin, Esquire
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Ruth Weinstein
Canon U.S.A., Inc.
One Canon Plaza
Lake Success, NY 11042

Stephen B. Selbst, Esquire
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Babette A. Ceccotti, Esquire
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Edmond P. O'Brien, Esquire
Stempel Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY 10017

Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Robert E. Paul, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, D.C. 20036-5420

Beverly H. Shideler
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

James E. Sorenson, Esquire
D. Tyler Van Leuven, Esquire
Williams, Gautier, Gwynn,
 DeLoach & Sorenson, P.A.
PO Box 4128
Tallahassee, FL 32315-4128

Scott Friedberg
The Seaport Group, LLC
360 Madison Avenue, 22nd Fl.
New York, NY 10017

Anthony Deglomine, III, Vice President
Harris Corporation
1025 W. NASA Boulevard
Mail Stop A-11A
Melbourne, FL 32919

Eric R. Wilson, Esquire
Howard S. Steel, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Frank A. Anderson, Esquire
Cassandra R. Burton, Esquire
Kartar S. Khalsa, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
Three Barker Avenue, Third Floor
White Plains, NY 10601

Joanne Fungaroli, Esquire
CapitalSource Finance LLC
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Kathleen N. Reed
Navistar Leasing Company
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

J. Scott Douglass, Esquire
909 Fannin, Suite 1800
Houston, TX 77010

Ramona Neal, Esquire
Hewlett-Packard Company
11311 Chinden Boulevard
Mailstop 314
Boise, ID 83714-0021

Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Ave., Suite 400
Anaheim, CA 92806

Ms. Jodie Rea
Twentieth Television, Inc.
2121 Avenue of the Stars, Suite 1754
Los Angeles, CA 90067

Martin S. Zohn, Esquire
Proskauer Rose LLP
2049 Century Park East, 32nd Fl.
Los Angeles, CA 90067

Ira S. Greene, Esquire
Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Missouri Department of Revenue
Sheryl L. Moreau, Esquire
PO Box 475
Jefferson City, MO 65105-0475

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE 19899-2092

Todd M. Hoepker, Esquire
Todd M. Hoepker, P.A.
P.O. Box 3311
Orlando, FL 32802-3311

Jeffrey J. Newton, County Attorney
Hollie N. Hawn, Assistant County Attorney
Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Mike Lynch, Account Resolution
Travelers
National Accounts
One Tower Square, 5MN
Hartford, CT 06183-4044

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Shawn M. Christianson, Esquire
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Donald R. Furman, Jr., Esquire
Furman Gregory LLC
75 Federal Street, Ninth Floor
Boston, MA 02110

Edward J. Tredinnick, Esquire
Greene Radovsky Maloney
 Share & Hennigh LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111

Angie M. Cowan, Esquire
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

Fred Fellmeth, Esquire
General Counsel
Broadcast Systems Division
The Vitec Group plc
101 Bilby Road
Hackettstown, NJ 07840

C. B. Blackard, III, Esquire
Corporate Counsel
Acxiom Corporation
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

Mark A. Nitikman, Esquire
Virginia P. Croudace, Esquire
Croudace & Dietrich LLP
4750 Von Karman Avenue
Newport Beach, CA 92660

Michael V. Blumenthal, Esquire
Crowell & Moring LLP
590 Madison Avenue, 19th Floor
New York, NY 10022

Alan J. Lipkin, Esquire
Jeremy E. Crystal, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive #400
Littleton, CO 80124

Robert L. Hanley, Jr., Esquire
Nolan, Plumhoff & Williams, Chartered
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, MD 21204

Carol E. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654

Janet Fitzpatrick, Legal Assistant
Unisys Corporation
Unisys Way
PO Box 500, M/S E8-108
Blue Bell, PA 19424

Joseph E. Shickich, Jr., Esquire
Maria Ann Milano, Esquire
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154-1192

Elaine M. Seid, Esquire
McPharlin Sprinkles & Thomas, LLP
10 Almaden Blvd., Suite 1460
San Jose, CA 95113

Jacqueline A. Criswell, Esquire
Tressler Soderstrom Maloney
& Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314

Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Asst. Co. Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Brian M. Dougherty, Esquire
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527

Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105

Gateway Pacific Properties, Inc.
c/o Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA 92660

Paul J. Catanese, Esquire
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Edward Susolik, Esquire
Callahan & Blaine
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707

Michelle McMahon, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Brian G. Esders, Esquire
Corey Smith Bott, Esquire
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

Joshua G. Losardo, Esquire
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016

Thomas R. Meites, Esquire
Michael M. Mulder, Esquire
Meites, Mulder, Mollica & Glink
20 S. Clark Street, Suite 1500
Chicago, IL 60603

Daniel Feinberg, Esquire
Angelica K. Jongco, Esquire
Nina Wasow, Esquire
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612

Philip Gregory, Esquire
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

John L. Decker, Esquire
Stuart Maue
3840 McKelvey Road
Saint Louis, MO 63044

George R. Mesires, Esquire
Barack Ferrazzano Kirschbaum
  & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

Michael A. Cox, Attorney General
Deborah B. Waldmeir, Asst. Attorney General
State of Michigan
Department of Treasury
Cadillac Place, Suite 10-200
3030 W. Grand Boulevard
Detroit, MI 48202

Pamela Kohlman Webster, Esquire
Buchalter Nemer LLP
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

Keith D. Elkins, Esquire
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Kenneth Miller, Esquire
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212

Judy D. Thompson, Esquire
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

Andrew S. Conway, Esquire
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

Ramesh Singh, Financial Controller
GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Yonatan Gelblum, Trial Attorney
U.S. Department of Justice
Tax Division
PO Box 227
Washington, D.C. 20044

Douglas R. Gonzales, Esquire
Weiss Serota Helfman Pastoriza
Cole & Boniske, P.L.
200 East Broward Boulevard, St. 1900
Fort Lauderdale, FL 33301

Robert L. Cook, Esquire
District Tax Attorney
NYS Department of Taxation and Finance
333 East Washington St., 3rd Floor
Syracuse, NY 13202

Christine Z. Heri
Office of the Solicitor
United States Department of Labor
230 South Dearborn, Room 844
Chicago, IL 60604

Elizabeth Goldberg
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

Michael Schloss, Esquire
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

Leonard H. Gerson, Esquire
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

Aaron L. Hammer, Esquire
Devon J. Eggert, Esquire
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

David W. Reimann, Esquire
The Reimann Law Group
1960 East Grand Avenue, Suite 1165
El Segundo, CA 90245

Martha E. Romero, Esquire
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

Maureen A. McGreevey, Esquire
Senior Litigation Counsel
SunGard
680 E. Swedesford Road
Wayne, PA 19087

Leslie A. Cohen, Esquire
Leslie Cohen Law PC
506 Santa Monica Boulevard, Suite 200
Santa Monica, CA 90401

Kamakazee Kiwi Corporation
3835-R East Thousand Oaks Blvd., #343
Westlake Village, CA 91362

David B. Feldman, Esquire
Bloom Hergott Diemer Rosenthal
 LaViolette Feldman & Goodman, LLP
150 S. Rodeo Drive, 3rd Floor
Beverly Hills, CA 90212

Michael S. Amato, Esquire
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

J. Bennett Friedman, Esquire
Friedman Law Group
1900 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067-4409

Michael J. Small, Esquire
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610-4764

Mary K. Braza, Esquire
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Daniel Smirlock, Deputy Commissioner
New York State
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

Bradley J. Butwin, Esquire
Daniel L. Cantor, Esquire
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036

Evan M. Jones, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Stephen J. Shimshak, Esquire
Andrew Gordon, Esquire
David W. Brown, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Charles E. Davidow, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K. Street, N.W.
Washington, DC 20006-1047

Allan I. Muscovitz, Sr. Accountant
The DSF Group
950 Winter Street, Suite 4300
Waltham, MA 02451-1486

Thomas E. Lauria, Esquire
Gerard H. Uzzi, Esquire
Scott Greissman, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2687

Andrew W. Hammond, Esquire
David G. Hille, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2687

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Shai Y. Waisman, Esquire
Jonathan D. Polkes, Esquire
Evan S. Lederman, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Meghan C. Horn, Esquire
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286

Brian E. Lutness, Esquire
Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805