IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

TRIBUNE COMPANY, *et al.*,

Debtors.

---

: Chapter 11
:
: Case No. 08-13141 (KJC)
:
: Jointly Administered
:
: **Related to DI 5116**
: **Hearing Date: July 29, 2010 at 11:00 a.m. EDT**
: **Objection Deadline: July 29, 2010 at 11:00 a.m. EDT**

## STATEMENT OF MERRILL LYNCH REGARDING (I) DEBTORS' MOTION TO AUTHORIZE THE DISCLOSURE OF THE EXAMINER'S REPORT PURSUANT TO THE TERMS OF THE DOCUMENT DEPOSITORY ORDER AND (II) RESPONSE OF EXAMINER TO DEBTORS' MOTION

Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith (collectively, "Merrill Lynch"), by its attorneys Kaye Scholer LLP and Potter Anderson & Corroon LLP, respectfully state as follows with respect to the *(I) Debtors' Motion to Authorize the Disclosure of the Examiner's Report, Exhibits Cited in Report, and Professionally Transcribed, Sworn Transcripts of Witness Interviews to the Parties and Interviewees Pursuant to the Terms of the Document Depository Order* (the "Debtors' Motion") [Docket No. 5116] and *(II) response of the court-appointed examiner, Kenneth N. Klee, Esq. (the "Examiner"), to the Debtors' Motion* (the "Examiner's Response") [Docket No 5125]:

1.  Merrill Lynch's position has been inaccurately stated in both the Debtors' Motion and the Examiner's Response. To be clear, Merrill Lynch does not object to the Debtors' Motion provided that it is clear in any order granting the Debtors' Motion that (a) the transcripts to be made available to the Parties[1] shall include the errata sheets showing all corrections made to such

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Debtors' Motion.

transcripts and (b) the term "transcript" shall be defined to include the errata sheets.

2.  With respect to the Examiner's Response, Merrill Lynch is aware that the Examiner has filed the *Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq. for Order (1) Temporarily Authorizing the Filing of the Examiner's Entire Report and Certain Documents Under Seal and; (2) Overruling the Claims of Confidentiality with Respect to the Report and Its Exhibits* (the "Examiner's Motion") [Docket No. 5114]. Merrill Lynch reserves all of its rights with respect to the Examiner's Motion, including its right to file an objection or response thereto.

Dated: July 27, 2010
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

By: /s/ Laurie Selber Silverstein
Laurie Selber Silverstein (DE Bar 2396)
R. Stephen McNeill (DE Bar 5210)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
(302) 984-6000

-and-

KAYE SCHOLER LLP
Madlyn Gleich Primoff
Jane W. Parver
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000

*Counsel for Merrill Lynch Capital Corporation and Merrill Lynch, Pierce, Fenner & Smith, Incorporated*

PAC #976162