UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*,[1] | : | |
| | : | Case No. 08-13141 (KJC) |
| Debtors. | : | (Jointly Administered) |
| | : | |

## CERTIFICATE OF SERVICE

I certify that, on July 27, 2010, I caused to be served copies of the following documents via electronic mail to the persons listed below.

1. United States Trustee's Response to the Motion of the Debtors to Authorize the Disclosure of the Examiner's Report, Exhibits Cited in the Report, and Professionally Transcribed, Sworn Transcripts of Witness Interviews to the Parties and Interviewees Pursuant to the Terms of the Document Depository Order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8655); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH, Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); new River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxnet Publishing Company (4223); Publishers Forest Brook Productions, Inc. (2598); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, Inc. (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

James F. Conlan, Esquire
Bryan Krakauer, Esquire
James F. Bendernagel, Jr., Esquire
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000
(312) 853-7036 (Fax)
jconlan@sidley.com
bkrakauer@sidley.com
jbendernagel@sidley.com

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
COLE, SCHOTZ, MEISEL,
  FORMAN & LEONARD, P.A.
500 Delaware Avenue
Wilmington, DE  19801
npernick@coleschotz.com
kstickles@coleschotz.com

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
CHADBOURNE & PARKE LLP
30 Rockerfeller Plaza
New York, NY  10012
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com

Graeme W. Bush, Esquire
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC  20036-5807
gbush@zuckerman.com

Adam G. Landis, Esquire
LANDIS, RATH & COBB, LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE  19899
landis@lrclaw.com

Robert J. Stark, Esquire
Martin J. Siegel, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY  10007
rstark@brownrudnick.com
msiegel@brownrudnick.com

Raymond H. Lemisch, Esquire
Jennifer R. Hoover, Esquire
BENESCH, FRIEDLANDER,
  COPLAN & ARANOFF, LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801-1611
Phone (302) 442-7010
Fax (302) 442-7012
rlemisch@benesch.com
jhoover@benesch.com

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
KASOWITZ, BENSON,
  TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700
(212) 506-1800 (Fax)
drosner@kasowitz.com
aglenn@kasowitz.com

Garvan F. McDaniel, Esquire
BIFFERATO GENTILOTTI
800 North King Street, Plaza Level
Wilmington, DE  19801
gmcdaniel@bgdelaw.com

Jay Teitelbaum, Esquire
TEITELBAUM & BASKIN, LLP
3 Barker Avenue, Third Floor
White Plains, NY  10601
jteitelbaum@tblawllp.com

Donald S. Bernstein, Esquire
Dennis E. Glazer, Esquire
Damian S. Schaible, Esquire
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY  10017
donald.bernstein@dpw.com
dennis.glazer@dpw.com
damian.schaible@dpw.com

Mark D. Collins, Esquire
Robert Stearn, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
collins@rlf.com
stearn@rlf.com

Madlyn Primoff, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
mprimoff@kayescholer.com

Laurie Silverstein, Esquire
R. Stephen McNeill, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE  19801
lsilverstein@potteranderson.com
rmcneill@potteranderson.com

Dan Cantor, Esquire
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
dcantor@omm.com

David W. Brown, Esquire
Charles E. Davidow, Esquire
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
dbrown@paulweiss.com
cdavidow@paulweiss.com

Bruce Bennett, Esquire
James O. Johnston, Esquire
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA  90017
bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com

Robert Brady, Esquire
M. Blake Cleary, Esquire
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
P.O. Box 391
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19888
rbrady@ycst.com
mbcleary@ycst.com

Daniel H. Golden, Esquire
Philip Dublin, Esquire
AKIN, GUMP, STRAUSS,
  HAUER & FELD LLP
One Bryant Park
New York, NY  10036
dgolden@akingump.com
pdublin@akingump.com

| | |
|---|---|
| Laura Davis Jones, Esquire<br>Mark Billion, Esquire<br>PACHULSKI, STANG,<br>  ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE  19801<br>ljones@pszjlaw.com<br>mbillion@pszjlaw.com | Lee R. Bogdanoff, Esquire<br>Martin R. Barash, Esquire<br>KLEE TUCHIN BOGDANOFF &<br>  STERN LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067<br>lbogdanoff@ktbslaw.com<br>mbarash@ktbslaw.com |
| Mark Minuti, Esquire<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Mminuti@saul.com | |

       /s/ David M. Klauder
            David M. Klauder
              Trial Attorney