UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | ) |
| | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF WITHDRAWAL OF DOCKET #4384

Fair Liquidity Partners, LLC, by its undersigned manager, hereby withdraws its Docket # 4384 filed in the above-captioned case, pursuant to Fed. R. Bankr. P. 3006.

Dated:     July 27, 2010

RESPECTFULLY SUBMITTED,

FAIR LIQUIDITY PARTNERS, LLC

By:  */Maya Krish/*

Maya Krish
Vice President, Credit
Fair Liquidity Partners, LLC
1777 Saratoga Ave, Suite #106
San Jose, CA 95129
Phone: (408) 973-0600
Fax: (408) 973-0610