# **SCHEDULE 1**

Tribune Company, et al

Omnibus Objection 35: Schedule 1

| # | NAME | EXHIBIT |
|---|------|---------|
| 1 | 57-11 49TH PLACE, LLC<br>ATTN: SCOTT S. MARKOWITZ, ESQ.<br>TARTER KINSKY & DROGIN LLP<br>1350 BROADWAY, 11TH FLOOR<br>NEW YORK, NY 10018 | F |
| 2 | AJILON PROFESSIONAL STAFFING, LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | F |
| 3 | ASSOCIATED PRESS<br>645 ALBANY SHAKER RD<br>ALBANY, NY 12211 | F |
| 4 | BOHM, PETER<br>C/O WILLIAM KROPACH<br>6345 BALBOA BLVD #242<br>ENCINO, CA 91316 | B |
| 5 | BOND, CURTIS<br>101 RIVERMEADE CT., APT D<br>YORKTOWN, VA 23690 | E |
| 6 | BOONE, KYLE V<br>9903 GUNSTOCK ROAD<br>RANDALLSTOWN, MD 21133 | E |
| 7 | CAMASSAR, CAROLYN<br>5 OLD WALLINGFORD ROAD<br>DURHAM, CT 06422 | D |
| 8 | CITY OF NEW YORK - DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | A |
| 9 | CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR:WASHINGTON POST WRITERS GROUP<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | A |
| 10 | CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: WASHINGTON POST WRITERS GROU<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | A |
| 11 | COUNTY OF SAN DIEGO<br>REGISTRAR OF VOTERS<br>ATTN: RIZA BULANTE<br>5201 BRUFFIN ROAD, SUITE I<br>SAN DIEGO, CA 92123 | A |
| 12 | CRISHAM, MEGAN MD<br>2746 CENTRAL PARK<br>EVANSTON, IL 60201 | F |

# Tribune Company, et al

## Omnibus Objection 35: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 13 | DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201-2691 | B |
| 14 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | A |
| 15 | EFE NEWS SERVICES (U.S.) INC<br>529 14TH ST NW STE 1220<br>WASHINGTON, DC 20045-2398 | F |
| 16 | GRANT AND POWER LANDSCAPING INC.<br>700 ROOSEVELT ROAD<br>WEST CHICAGO, IL 60187 | F |
| 17 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 18 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 19 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 20 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 21 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 22 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 23 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |

Tribune Company, et al

Omnibus Objection 35: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 24 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 25 | JACOBS, MARK<br>PO BOX 1123<br>WRIGHTWOOD, CA 92397 | B |
| 26 | JORDAN, LINWOOD JR<br>21 RED ROBIN TURN<br>HAMPTON, VA 23669 | E |
| 27 | KING BLACKWELL DOWNS & ZEHNDER, P.A.<br>25 E. PINE ST<br>PO BOX 1631<br>ORLANDO, FL 32802-1631 | F |
| 28 | KOENIG, RHODA<br>73B RODERICK ROAD<br>LONDON, NW3 2NP<br>UNITED KINGDOM | E |
| 29 | LAMBERTY, HARRY W<br>4702 FAIRVIEW AVE<br>ORLANDO, FL 32804 | E |
| 30 | LEXISNEXIS, A DIV OF REED ELSEVIER INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | F |
| 31 | LEXISNEXIS, A DIV OF REED ELSEVIER INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | F |
| 32 | LEXISNEXIS, A DIV OF REED ELSEVIER INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | F |
| 33 | LEXISNEXIS, A DIV. OF REED ELSEVIER INC<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | F |
| 34 | LONG ISLAND MID SUFFOLK BUSINESS ACTION<br>PO BOX 135<br>CENTERPORT, NY 11721 | D |
| 35 | MAYERSOHN, HARRIS<br>1314 CAMELLIA LN<br>WESTON, FL 33526 | E |
| 36 | MESSINA, RICHARD<br>C/O LAURENCE BRICK<br>433 SOUTH MAIN ST SUIT 102<br>WEST HARTFORD, CT 06110 | B |

Tribune Company, et al

Omnibus Objection 35: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 37 | METROPOLITAN LIFE INSURANCE COMPANY<br>C/O HIGHPOINTE GROUP LP<br>METLIFE WELLS FARGO PLAZA<br>6060 N. CENTRAL EXPY., STE. 130<br>DALLAS, TX 75206 | F |
| 38 | MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | C |
| 39 | NAI HIFFMAN ASSET MANAGEMENT LLC<br>AGENT FOR OWNER OF 195-197 NORTHFIELD RD<br>C/O JOSEPH GIRARDI OF HENDERSON & LYMAN<br>175 W. JACKSON BLVD., SUITE 240<br>CHICAGO, IL 60604 | F |
| 40 | NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | A |
| 41 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 42 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 43 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 44 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 45 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 46 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |

Tribune Company, et al

Omnibus Objection 35: Schedule 1

|    | NAME | EXHIBIT |
|----|------|---------|
| 47 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | A |
| 48 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | A |
| 49 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | A |
| 50 | NORTHERN TRUST COMPANY 1414 4TH AV SEATTLE, WA 98101 | D |
| 51 | ORLAND L.P. 288 ORLAND SQUARE ORLAND PARK, IL 60462 | F |
| 52 | PENNSYLVANIA ELECTRIC COMPANY, A FIRSTENERGY COMPANY 331 NEWMAN SPRINGS ROAD BUILDING 3 RED BANK, NJ 07701 | E |
| 53 | PETIT, CATHERINE 8897 FONTAINBLEU BLVD NO.408 MIAMI, FL 33172 | E |
| 54 | PITNEY BOWES GLOBAL FINANCIAL SERVICES ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | B |
| 55 | PLAS-TECH ENGINEERING, INC. 875 GENEVA PARKWAY N. LAKE GENEVA, WI 53147 | F |
| 56 | PUGET SOUND ENERGY CLOSED ACCTS DEPT., BOT-01G P.O. BOX 90868 BELLEVUE, WA 98009-0868 | F |
| 57 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | F |
| 58 | REBACKOFF, ZACH 89 FRANCIS AVE HARRISON, NY 105283544 | E |

Tribune Company, et al

Omnibus Objection 35: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 59 | ROBINSON, PATRICIA<br>PO BOX 184<br>BROOKEVILLE, MD 20833 | C |
| 60 | ROBINSON, PATRICIA<br>PO BOX 184<br>BROOKEVILLE, MD 20833 | C |
| 61 | SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | A |
| 62 | SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | A |
| 63 | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | A |
| 64 | STATE OF ILLINOIS<br>DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S. STATE ST.<br>CHICAGO, IL 60603 | A |
| 65 | STATE OF ILLINOIS<br>DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S. STATE ST.<br>CHICAGO, IL 60603 | A |
| 66 | STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>DEBORAH B. WALDMEIR, ASS ATTY GENERAL<br>CADILLACE PLACE, STE. 10-200<br>3030 W. GRAND BLVD.,<br>DETROIT, MI 48202 | A |
| 67 | STATE OF NEW JERSEY<br>TREASURY DEPT<br>UNCLAIMED PROPERTY<br>PO BOX 214<br>TRENTON, NJ 08695-0214 | E |
| 68 | STEWART, ROBERT<br>PO BOX 3834<br>LAKEWOOD, CA 90711 | E |
| 69 | TORRES, IGNACIO<br>C/O ISRAEL & BENEZRA<br>1545 WILSHIRE BLVD #300<br>LOS ANGELES, CA 90017 | B |

# Tribune Company, et al

## Omnibus Objection 35: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 70 | TORRES, IGNACIO<br>1426 E. RIVER ROAD<br>BELEN, NM 87002 | B |
| 71 | UB PROPERTY LLC<br>ATTN: KIM NELSON / PO BOX 58746<br>SEATTLE, WA 98138 | F |
| 72 | WALLACH, LINDA<br>C/O WILLIAM KROPACH<br>6345 BALBOA BLVD #242<br>ENCINO, CA 91316 | B |
| 73 | WEST, KIM<br>2520 MOOSE DEER DRIVE<br>ONTARIO, CA 91761 | E |
| 74 | WORLDWIDE ASSET PURCHASING, LLC<br>AS ASSIGNEE FOR SPRINT<br>C/O WEST ASSET MANAGEMENT, INC.<br>PO BOX 105698<br>ATLANTA, GA 30348 | E |