# EXHIBIT A

## Amended Claim

CH1 5385409v.3

Tribune Company, et al.

Omnibus Objection 35: Exhibit A -- Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | CITY OF NEW YORK - DEPARTMENT OF FINANCE DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL RON MEDLEY, OF COUNSEL 345 ADAMS STREET - 3RD FLOOR BROOKLYN, NY 11201 | 05/21/2009 | 08-13141 | 3021 | $837,000.00* | NYC DEPT. OF FINANCE, AUDIT DIVISION ATTN: BANKRUPTCY UNIT 345 ADAMS ST, 5TH FL BROOKLYN, NY 11201 | 06/26/2009 | 08-13141 | 5972 | $1,830,123.00* |
| 2 | CLAIMS RECOVERY GROUP LLC TRANSFEROR:WASHINGTON POST WRITERS GROUP 92 UNION AVENUE CRESSKILL, NJ 07626 | 03/16/2009 | 08-13185 | 738 | $1,816.56 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF WASHINGTON WRITERS GROUP 92 UNION AVENUE CRESSKILL, NJ 07626 | 06/10/2010 | 08-13185 | 6521 | $5,827.79 |
| 3 | CLAIMS RECOVERY GROUP LLC TRANSFEROR: WASHINGTON POST WRITERS GROU 92 UNION AVENUE CRESSKILL, NJ 07626 | 03/16/2009 | 08-13210 | 744 | $180.05 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF WASHINGTON POST WRITERS GROUP 92 UNION AVENUE CRESSKILL, NJ 07626 | 06/10/2010 | 08-13210 | 6522 | $900.24 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A -- Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | COUNTY OF SAN DIEGO REGISTRAR OF VOTERS ATTN: RIZA BULANTE 5201 BRUFFIN ROAD, SUITE I SAN DIEGO, CA 92123 | 04/16/2009 | 08-13182 | 963 | $1,175.00 | COUNTY OF SAN DIEGO, REGISTRAR OF VOTERS ATTN: RIZA BULANTE 5201 RUFFIN RD., SUITE 1 SAN DIEGO, CA 92123 | 05/03/2010 | 08-13182 | 6469 | $1,175.00 |
| 5 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13145 | 2814 | $6,369.80 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 07/06/2010 | 08-13145 | 6555 | $2,384.03 |
| 6 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13175 | 412 | $140.80 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/14/2009 | 08-13175 | 6222 | $0.00 |
| 7 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13175 | 411 | $703.98 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/04/2009 | Multiple Debtors | 6214 | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13185 | 413 | $41.83 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/04/2009 | Multiple Debtors | 6216 | $0.00 |
| 9 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13185 | 414 | $8.37 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/14/2009 | 08-13185 | 6220 | $0.00 |
| 10 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/09/2009 | 08-13198 | 478 | $68.00 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/04/2009 | Multiple Debtors | 6213 | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/09/2009 | 08-13198 | 479 | $340.00 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/14/2009 | 08-13198 | 6219 | $0.00 |
| 12 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/02/2009 | 08-13236 | 403 | $2,504.04 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/14/2009 | 08-13236 | 6218 | $0.00 |
| 13 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/02/2009 | 08-13236 | 404 | $500.81 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/04/2009 | Multiple Debtors | 6215 | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A -- Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | 06/10/2009 | 08-13141 | 4290 | $387,987.70 | NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | 06/29/2010 | 08-13141 | 6550 | $387,987.70 |
| 15 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 12/29/2008 | 08-13154 | 69 | $20.28 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 07/12/2010 | 08-13154 | 6585 | $1,020.28* |
| 16 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 05/22/2009 | 08-13161 | 3069 | $180,171.48 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 07/12/2010 | 08-13161 | 6578 | $181,171.48* |
| 17 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10/19/2009 | 08-13165 | 6307 | $29,276.15 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 07/12/2010 | 08-13165 | 6580 | $30,276.15* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A -- Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 02/26/2009 | 08-13176 | 563 | $67.24 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13176 | 6573 | $1,814.93* |
| | | | | | | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13176 | 6572 | $1,225.97* |
| 19 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 11/16/2009 | 08-13177 | 6329 | $478.85 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13177 | 6569 | $1,478.85* |
| 20 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/24/2008 | 08-13207 | 33 | $679.05 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13207 | 6570 | $2,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/12/2009 | 08-13223 | 4894 | $1,189,120.16 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/04/2010 | 08-13223 | 6512 | $1,237,916.03 |
| 22 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/08/2009 | 08-13225 | 917 | $946.04 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13225 | 6577 | $1,000.00* |
| 23 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/05/2009 | 08-13141 | 3600 | $23.62 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13141 | 6568 | $1,251.73* |
| 24 SBC GLOBAL SERVICES, INC. JAMES GRUDUS, ESQ.: AT&T ATTORNEY AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 05/12/2010 | Multiple Debtors | 6475 | $307,408.72 | SBC GLOBAL SERVICES, INC. C/O AT&T INC. AT&T ATTORNEY: JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 07/07/2010 | 08-13141 | 6556 | $321,424.91 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 7 of 9

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | SBC GLOBAL SERVICES, INC. JAMES GRUDUS, ESQ.: AT&T ATTORNEY AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 05/27/2009 | 08-13141 | 3222 | $775,371.19 | SBC GLOBAL SERVICES, INC. JAMES GRUDUS, ESQ.: AT&T ATTORNEY AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 05/12/2010 | Multiple Debtors | 6475 | $307,408.72 |
| 26 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 06/03/2009 | 08-13141 | 3464 | $5,190,498.00 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 05/07/2010 | 08-13141 | 6472 | $4,337,722.06 |
| 27 | STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT - 10TH FLOOR 33 S. STATE ST. CHICAGO, IL 60603 | 07/20/2009 | 08-13220 | 6138 | $100.28 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 S STATE CHICAGO, IL 60603 | 09/11/2009 | 08-13220 | 6245 | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A -- Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 28 | STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT - 10TH FLOOR 33 S. STATE ST. CHICAGO, IL 60603 | 07/20/2009 | 08-13220 | 6137 | $491.68 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 S STATE CHICAGO, IL 60603 | 09/11/2009 | 08-13220 | 6245 | $0.00 |
| 29 | STATE OF MICHIGAN DEPARTMENT OF TREASURY DEBORAH B. WALDMEIR, ASS ATTY GENERAL CADILLACE PLACE, STE. 10-200 3030 W. GRAND BLVD., DETROIT, MI 48202 | 05/15/2009 | 08-13242 | 3310 | $1,139.49* | STATE OF MICHIGAN, DEPARMENT OF TREASURY MICHAEL A. COX, ATTORNEY GENERAL CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT, MI 48202 | 05/24/2010 | 08-13242 | 6498 | $180,920.95 |
| | | | | TOTAL | $8,914,629.17 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts