# EXHIBIT B

# Duplicate Claims

Tribune Company, et al.

Omnibus Objection 35: Exhibit B – Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BOHM, PETER<br>C/O WILLIAM KROPACH<br>6345 BALBOA BLVD #242<br>ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1865 | $185,000.00 | BOHM, PETER<br>C/O WILLIAM KROPACH<br>6345 BALBOA BLVD #242<br>ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1864 | $185,000.00 |
| 2 | DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET<br>SUITE 1600<br>DALLAS, TX 75201-2691 | 06/30/2009 | 08-13141 | 6018 | $44,895.89* | DALLAS COUNTY<br>C/O LINEBARGER GOGGAN<br>BLAIR & SAMPSON,<br>LLP; ATTN: ELIZABETH<br>WELLER<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 06/29/2009 | 08-13141 | 5981 | $44,895.89* |
| 3 | JACOBS, MARK<br>PO BOX 1123<br>WRIGHTWOOD, CA 92397 | 05/13/2009 | No Debtor Asserted | 2762 | $250,000.00 | JACOBS, MARK<br>PO BOX 1123<br>WRIGHTWOOD, CA 92397 | 05/13/2009 | No Debtor Asserted | 2760 | $250,000.00 |
| 4 | MESSINA, RICHARD<br>C/O LAURENCE BRICK<br>433 SOUTH MAIN ST<br>SUIT 102<br>WEST HARTFORD, CT 06110 | 04/20/2009 | 08-13211 | 1050 | Undetermined | MESSINA, RICHARD<br>C/O LAURENCE BRICK<br>433 SOUTH MAIN ST SUIT 102<br>WEST HARTFORD, CT 06110 | 04/20/2009 | 08-13211 | 1049 | Undetermined |
| 5 | PITNEY BOWES GLOBAL<br>FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | 03/22/2010 | 08-13141 | 6444 | $3,297.20 | PITNEY BOWES GLOBAL<br>FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | 03/16/2010 | 08-13141 | 6436 | $3,297.20 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

Tribune Company, et al.

Omnibus Objection 35: Exhibit B – Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | TORRES, IGNACIO 1426 E. RIVER ROAD BELEN, NM 87002 | 05/15/2009 | 08-13145 | 2823 | $200,000.00 | TORRES, IGNACIO 1426 E. RIVER ROAD BELEN, NM 87002 | 05/15/2009 | 08-13145 | 2822 | $200,000.00 |
| 7 | TORRES, IGNACIO C/O ISRAEL & BENEZRA 1545 WILSHIRE BLVD #300 LOS ANGELES, CA 90017 | 05/15/2009 | 08-13145 | 2824 | $200,000.00 | TORRES, IGNACIO 1426 E. RIVER ROAD BELEN, NM 87002 | 05/15/2009 | 08-13145 | 2822 | $200,000.00 |
| 8 | WALLACH, LINDA C/O WILLIAM KROPACH 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1880 | $360,000.00 | WALLACH, LINDA C/O WILLIAM KROPACH 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1879 | $360,000.00 |
| | | | | TOTAL | $1,243,193.09 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts