# EXHIBIT C

# Late-Filed Claims

CH1 5385409v.3

Tribune Company, et al.

Omnibus Objection 35: Exhibit C - Late Filed Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | 08-13141 | Tribune Company | 05/04/2010 | 6471 | $10,005.64 | Late-Filed Claim |
| 2 | ROBINSON, PATRICIA<br>PO BOX 184<br>BROOKEVILLE, MD 20833 | | No Debtor Asserted | 10/13/2009 | 6293 | $2,425.00 | Late-Filed Claim |
| 3 | ROBINSON, PATRICIA<br>PO BOX 184<br>BROOKEVILLE, MD 20833 | | No Debtor Asserted | 10/13/2009 | 6294 | $2,425.00 | Late-Filed Claim |
| | | | | | TOTAL | $14,855.64 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1