# EXHIBIT D

## No Supporting Documentation Claims

Tribune Company, et al.

## Omnibus Objection 35: Exhibit D - No Supporting Documentation

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CAMASSAR, CAROLYN<br>5 OLD WALLINGFORD ROAD<br>DURHAM, CT 06422 | 08-13211 | The Hartford Courant Company | 06/10/2009 | 4303 | Undetermined | No Supporting Documentation |
| 2 | LONG ISLAND MID SUFFOLK<br>BUSINESS ACTION<br>PO BOX 135<br>CENTERPORT, NY 11721 | | No Debtor Asserted | 04/27/2009 | 1939 | $850.00 | No Supporting Documentation |
| 3 | NORTHERN TRUST COMPANY<br>1414 4TH AV<br>SEATTLE, WA 98101 | | No Debtor Asserted | 04/29/2009 | 2085 | Undetermined | No Supporting Documentation |
| | | | | | TOTAL | $850.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1