# EXHIBIT E

## Insufficient Documentation Claims

Tribune Company, et al

Omnibus Objection 35: Exhibit E – Insufficient Documentation

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BOND, CURTIS<br>101 RIVERMEADE CT., APT D<br>YORKTOWN, VA 23690 | 08-13141 | Tribune Company | 04/20/2009 | 1153 | $740.00 | Insufficient Documents Claim |
| 2 | BOONE, KYLE V<br>9903 GUNSTOCK ROAD<br>RANDALLSTOWN, MD 21133 | | No Debtor Asserted | 04/24/2009 | 1496 | $900.00 | Insufficient Documents Claim |
| 3 | JORDAN, LINWOOD JR<br>21 RED ROBIN TURN<br>HAMPTON, VA 23669 | | No Debtor Asserted | 07/20/2009 | 6104 | $1,338.93 | Insufficient Documents Claim |
| 4 | KOENIG, RHODA<br>73B RODERICK ROAD<br>LONDON, NW3 2NP<br>UNITED KINGDOM | | No Debtor Asserted | 04/30/2009 | 2168 | $200.00 | Insufficient Documents Claim |
| 5 | LAMBERTY, HARRY W<br>4702 FAIRVIEW AVE<br>ORLANDO, FL 32804 | | No Debtor Asserted | 04/20/2009 | 1015 | $100.00 | Insufficient Documents Claim |
| 6 | MAYERSOHN, HARRIS<br>1314 CAMELLIA LN<br>WESTON, FL 33526 | 08-13208 | Sun-Sentinel Company | 05/29/2009 | 3293 | Undetermined | Insufficient Documents Claim |
| 7 | PENNSYLVANIA ELECTRIC COMPANY, A FIRSTENERGY COMPANY<br>331 NEWMAN SPRINGS ROAD<br>BUILDING 3<br>RED BANK, NJ 07701 | 08-13240 | Tribune Publishing Company | 12/15/2008 | 1 | $2,722.07 | Insufficient Documents Claim |
| 8 | PETIT, CATHERINE<br>8897 FONTAINBLEU BLVD NO.408<br>MIAMI, FL 33172 | 08-13208 | Sun-Sentinel Company | 04/20/2009 | 1150 | $735.00 | Insufficient Documents Claim |
| 9 | REBACKOFF, ZACH<br>89 FRANCIS AVE<br>HARRISON, NY 105283544 | | No Debtor Asserted | 06/23/2009 | 5942 | $150.00 | Insufficient Documents Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

Tribune Company, et al

Omnibus Objection 35: Exhibit E – Insufficient Documentation

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | STATE OF NEW JERSEY<br>TREASURY DEPT<br>UNCLAIMED PROPERTY<br>PO BOX 214<br>TRENTON, NJ 08695-0214 | | No Debtor Asserted | 05/26/2009 | 3118 | Undetermined | Insufficient Documents Claim |
| 11 | STEWART, ROBERT<br>PO BOX 3834<br>LAKEWOOD, CA 90711 | 08-13141 | Tribune Company | 06/15/2009 | 5773 | $468.21 | Insufficient Documents Claim |
| 12 | WEST, KIM<br>2520 MOOSE DEER DRIVE<br>ONTARIO, CA 91761 | | No Debtor Asserted | 05/15/2009 | 2832 | Undetermined | Insufficient Documents Claim |
| 13 | WORLDWIDE ASSET PURCHASING, LLC<br>AS ASSIGNEE FOR SPRINT<br>C/O WEST ASSET MANAGEMENT, INC.<br>PO BOX 105698<br>ATLANTA, GA 30348 | 08-13208 | Sun-Sentinel Company | 02/09/2009 | 485 | $357.66 | Insufficient Documents Claim |
| | | | | | TOTAL | $7,711.87 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts