# EXHIBIT F

## Modified Debtor Claims

Tribune Company, et al

Omnibus Objection 35: Exhibit F – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 57-11 49TH PLACE, LLC ATTN: SCOTT S. MARKOWITZ, ESQ. TARTER KINSKY & DROGIN LLP 1350 BROADWAY, 11TH FLOOR NEW YORK, NY 10018 | 09/18/2009 | $1,065,897.32 | 08-13141 | Tribune Company | 08-13176 | InsertCo, Inc. | $1,065,897.32 |
| 2 | 6153 AJILON PROFESSIONAL STAFFING, LLC 175 BROADHOLLOW ROAD MELVILLE, NY 11747 | 07/03/2009 | $1,008.00 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $1,008.00 |
| 3 | 4382 ASSOCIATED PRESS 645 ALBANY SHAKER RD ALBANY, NY 12211 | 06/10/2009 | $196,501.87 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $196,501.87 |
| 4 | 5777 CRISHAM, MEGAN MD 2746 CENTRAL PARK EVANSTON, IL 60201 | 06/15/2009 | $600.00 | | Multiple Debtors | 08-13212 | The Morning Call, Inc. | $600.00 |
| 5 | 5424 EFE NEWS SERVICES (U.S.) INC 529 14TH ST NW STE 1220 WASHINGTON, DC 20045-2398 | 06/12/2009 | $15,506.36 | 08-13174 | Hoy, LLC | 08-13175 | Hoy Publications, LLC | $15,506.36 |
| 6 | 2179 GRANT AND POWER LANDSCAPING INC. 700 ROOSEVELT ROAD WEST CHICAGO, IL 60187 | 05/01/2009 | $3,553.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $3,553.00 |
| 7 | 4360 KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE ST PO BOX 1631 ORLANDO, FL 32802-1631 | 06/10/2009 | $85,965.79 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $85,965.79 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al

Omnibus Objection 35: Exhibit F – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 6479 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 05/18/2010 | $307.70 | 08-13141 | Tribune Company | 08-13184 | KWGN Inc. | $307.70 |
| 9 | 6477 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 05/18/2010 | $157.80 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $157.80 |
| 10 | 6478 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 05/18/2010 | $213.70 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $213.70 |
| 11 | 6439 | LEXISNEXIS, A DIV. OF REED ELSEVIER INC ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 03/11/2010 | $224.65 | 08-13141 | Tribune Company | 08-13149 | Channel 40, Inc. | $224.65 |
| 12 | 2899 | METROPOLITAN LIFE INSURANCE COMPANY C/O HIGHPOINTE GROUP LP METLIFE WELLS FARGO PLAZA 6060 N. CENTRAL EXPY., STE. 130 DALLAS, TX 75206 | 05/18/2009 | $1,216.01 | 08-13141 | Tribune Company | 08-13180 | KIAH Inc. | $1,216.01 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al

Omnibus Objection 35: Exhibit F – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 6108 | NAI HIFFMAN ASSET MANAGEMENT LLC AGENT FOR OWNER OF 195-197 NORTHFIELD RD C/O JOSEPH GIRARDI OF HENDERSON & LYMAN 175 W. JACKSON BLVD., SUITE 240 CHICAGO, IL 60604 | 07/21/2009 | $204,104.88 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $204,104.88 |
| 14 | 812 | ORLAND L.P. 288 ORLAND SQUARE ORLAND PARK, IL 60462 | 03/25/2009 | $5,200.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $5,200.00 |
| 15 | 351 | PLAS-TECH ENGINEERING, INC. 875 GENEVA PARKWAY N. LAKE GENEVA, WI 53147 | 02/02/2009 | $164.47 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $164.47 |
| 16 | 5843 | PUGET SOUND ENERGY CLOSED ACCTS DEPT., BOT-01G P.O. BOX 90868 BELLEVUE, WA 98009-0868 | 06/16/2009 | $22,356.49 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $22,356.49 |
| 17 | 983 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | 04/09/2009 | $4,787.05 | 08-13141 | Tribune Company | 08-13222 | Tribune Broadcast Holdings, Inc. | $147.49 |
| | | | | | | | 08-13245 | Tribune Television Northwest, Inc. | $4,639.56 |
| | | | | | | | | Total | $4,787.05 |
| 18 | 5420 | UB PROPERTY LLC ATTN: KIM NELSON / PO BOX 58746 SEATTLE, WA 98138 | 06/12/2009 | $488.06 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $488.06 |

* - Indicates claim contains unliquidated and/or undetermined amounts