IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref Nos. 5018-5021, 5023, 5024, 5055-5059, 5061-5063, 5066, 5072, 5097, 5098, 5100 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

JUSTINA BETRO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On July 23, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," ("Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Justina Betro

Sworn to before me this
27th day of July, 2010

_____
Notary Public

> STEVEN B INDELICATO
> NOTARY PUBLIC, STATE OF NEW YORK
> No. 01IN6220076
> Qualified in the County of Richmond
> Commission Expires April 12, 2014

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**<br>　　　　　　　　**Debtors.** | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket No. 5055 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:　　　UGI UTILITIES INC.
　　　　　PO BOX 71203
　　　　　PHILADELPHIA, PA 19176

Your claim, in the amount of **$33,327.85** has been transferred, unless previously expunged by Court Order, to:

　　　　　FAIR HARBOR CAPITAL, LLC
　　　　　ANSONIA FINANCE STATION
　　　　　PO BOX 237037
　　　　　NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number 5055 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Justina M. Betro*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:　　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on July 23, 2010.

EXHIBIT B

ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

BARCLAYS BANK PLC
C/O BARCLAYS CAPITAL, ATTN: ANDREW VARANI
200 PARK AVENUE, 4TH FLOOR
NEW YORK, NY 10166

CLAIMS RECOVERY GROUP LLC
92 UNION AVE
CRESKILL, NJ 07626

ENTICENT, INC.
500 CHASTAIN CENTER BLVD., #595
KENNESAW, GA 30144

FAIR HARBOR CAPITAL, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

FAYETT GROUP LLC
C/O TROOB CAPITAL MANAGEMENT LLC
ATTN: SHANE WOLFORD
777 WESTCHESTER AVENUE, SUITE 203
WHITE PLAINS, NY 10604

GORDON HARGROVE & JAMES PA
2400 EAST COMMERICAL BLVD.
SUITE 1100
FT. LAUDERDALE, FL 33308

GP PLASTICS CORPORATION
P.O. BOX 201831
DALLAS, TX 75320-1831

HOTALING'S NEWS AGENCY, INC.
630 WEST 52ND STREET
NEW YORK, NY 10019

J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801

KAESER AND BLAIR INC.
4236 GRISSON DRIVE
BATAVIA, OH 45103

KAESER AND BLAIR INC.
PO BOX 644085
CINCINATTI, OH 45264-4085

LONGCARE OPPORTUNITY FUND, L.P.
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

LUCAS GROUP
PO BOX 406672
ATLANTA, GA 30384-6672

NORPAK CORPORATION
10 HEARST WAY
KANATA, ON, CANADA K2L 2P4

OAKTREE FF INVESTMENT FUND, L.P.
OCM OPPORTUNITIES FUND VII DELAWARE, L.P.
OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.
OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.
OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P.
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.
C/O OAKTREE CAPITAL MANAGEMENT, L.P.
ATTN: ANNETTE SING
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CA 90071

OWL CORPORATION
1900 GRAVES COURT
BALTIMORE, MD 21222

PRACTICAL SYSTEM SOLUTIONS INC.
P.O. BOX 741
WARRENVILLE, IL 60555

ROBERTS COMMUNICATIONS
1600 E. 8TH AVENUE, SUITE A-133
TAMPA, FL 33605

SIERRA LIQUIDITY FUND, LLC
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

UGI UTILITIES INC.
PO BOX 71203
PHILADELPHIA, PA 19176