UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Patuxent Publishing Company., et al (JT ADM) | : | Bankruptcy No. 08-13141 |
| | : | |
| Debtor | : | |

ENTRY OF APPEARANCE WITH REQUEST
FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the Entry of Appearance of the Attorney General of Pennsylvania as represented by the undersigned Deputy as counsel of record for the Commonwealth of Pennsylvania, Department of Revenue, Bureau of Accounts Settlement, in the above-captioned matter.

PLEASE TAKE NOTICE that the Attorney General is counsel for the Commonwealth of Pennsylvania, Department of Revenue, a party in interest in the above Chapter 11 case, and pursuant to Bankruptcy Rules 2003, 9007 and 9010, the Commonwealth respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth as the address and to the Deputy and telephone number set forth below.

2

THIS REQUEST FOR NOTICE includes all Orders, Notices and copies of Applications, Motions, Petitions, Pleadings, Requests, Complaints or Demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

                                        Respectfully submitted,

                                        THOMAS W. CORBETT, JR.
                                        ATTORNEY GENERAL

DATED: July 28, 2010            BY:  /s/ Carol E. Momjian
                                        Carol E. Momjian
                                        Senior Deputy Attorney General
                                        PA I.D. No. 049219
                                        Office of Attorney General
                                        21 S. 12th Street, 3rd Floor
                                        Philadelphia PA 19107-3603
                                        Tel: (215) 560-2128
                                        Fax: (215) 560-2202
                                        E-mail: cmomjian@attorneygeneral.gov

COMMONWEALTH OF PENNSYLVANIA   :
                                                         : SS
COUNTY OF PHILADELPHIA

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Commonwealth of Pennsylvania, Department of Revenue Entry of Appearance With Request for Service of Papers and Receipt of Notices was served on the following by first class mail, postage prepaid, on July 28, 2010:

Patuxent Publishing Company.
435 N. Michigan Avenue
Chicago, IL  60611

    All others have been served electronically.

                                                   THOMAS W. CORBETT, JR.
                                                   ATTORNEY GENERAL

DATED: July 28, 2010              BY:  /s/ Carol E. Momjian
                                                     Carol E. Momjian
                                                     Senior Deputy Attorney General
                                                   PA I.D. No. 049219
                                                   Office of Attorney General
                                                   21 S. 12th Street, 3rd Floor
                                                   Philadelphia PA 19107-3603
                                                   Tel: (215) 560-2128
                                                 Fax: (215) 560-2202
                                                 E-mail: cmomjian@attorneygeneral.gov