UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    :   Chapter 11
                                          :
Tribune Broadcasting News Network, Inc.   :   Bankruptcy No. 08-13141
a/k/a TribNet   (JT ADM)

                                          :
                              Debtor      :

ENTRY OF APPEARANCE WITH REQUEST
FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the Entry of Appearance of the Attorney General of Pennsylvania as represented by the undersigned Deputy as counsel of record for the Commonwealth of Pennsylvania, Department of Revenue, Bureau of Accounts Settlement, in the above-captioned matter.

PLEASE TAKE NOTICE that the Attorney General is counsel for the Commonwealth of Pennsylvania, Department of Revenue, a party in interest in the above Chapter 11 case, and pursuant to Bankruptcy Rules 2003, 9007 and 9010, the Commonwealth respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth as the address and to the Deputy and telephone number set forth below.

2

THIS REQUEST FOR NOTICE includes all Orders, Notices and copies of Applications, Motions, Petitions, Pleadings, Requests, Complaints or Demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

                                                Respectfully submitted,

                                                THOMAS W. CORBETT, JR.
                                                ATTORNEY GENERAL

DATED: July 28, 2010                  BY:  /s/ Carol E. Momjian
                                                Carol E. Momjian
                                                Senior Deputy Attorney General
                                                PA I.D. No. 049219
                                                Office of Attorney General
                                                21 S. 12th Street, 3rd Floor
                                                Philadelphia PA 19107-3603
                                                Tel: (215) 560-2128
                                                Fax: (215) 560-2202
                                                E-mail: cmomjian@attorneygeneral.gov

COMMONWEALTH OF PENNSYLVANIA : 
: SS
COUNTY OF PHILADELPHIA

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Commonwealth of Pennsylvania, Department of Revenue Entry of Appearance With Request for Service of Papers and Receipt of Notices was served on the following by first class mail, postage prepaid, on July 28, 2010:

Tribune Broadcasting News Network, Inc.
435 N. Michigan Avenue
Chicago, IL  60611

All others have been served electronically.

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

DATED: July 28, 2010          BY:   /s/ Carol E. Momjian
Carol E. Momjian
Senior Deputy Attorney General
PA I.D. No. 049219
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia PA 19107-3603
Tel: (215) 560-2128
Fax: (215) 560-2202
E-mail: cmomjian@attorneygeneral.gov