# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 17, 2010 at 4:00 pm (EDT)**<br>**Hearing Date: Only if objection filed** |

## FIFTEENTH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010

Stuart Maue, Fee Examiner to the Court, hereby submits this Fifteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 Through June 30, 2010 (the "**Application**"). In support thereof, Stuart Maue respectfully states the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAII Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## BACKGROUND

1.      On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*., (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for procedural purposes only.

2.      The Debtors have continued in possession of their respective properties and continued to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

3.      On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009.

4.      The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.      Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.      The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.      Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Stuart Maue during the period from

June 1, 2010 through June 30, 2010 (the "**Application Period**").  The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.      A summary of the hours spent, the names of each professional rendering services during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**.  A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**.  A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**.  All time entries and requested expense are in compliance with Local Rule 2016-2.

10.     On January 15, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").  Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses.  After the expiration of a twenty (20) day objection period, the Debtors are authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.     In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtors and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period.  During the Application Period, Stuart Maue incurred fees of $63,430.00 and expenses in the amount of $85.68.

12.     Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.     Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any

compensation another person or party has received or may receive.  No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.     All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

## SUMMARY OF SERVICES RENDERED

15.     The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.     When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis.  Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses.  The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

17.     After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy of the fee application.  This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense documentation.  In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

18.     Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries.  The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional.  With the aid of proprietary software, Stuart Maue attorneys perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local

Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.  While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the fee applications, most entries that may not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

19.     The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules and UST Guidelines.  Stuart Maue's software assists in the identification of several issues related to expenses, including mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses.  However, other expenses require detailed review by an accountant, such as the application of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

20.     Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question.  The preliminary report is provided to the case professional, and the firm is invited to respond with additional information, detail, or support for the fees and expenses incurred.  In addition to reviewing the written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals.  After consideration of the firm's response, Stuart Maue prepares a final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

21.    Stuart Maue expended 229.80 hours during the Application Period in furtherance of work performed on behalf of the Court.  Stuart Maue requests allowance of compensation in the amount of $63,430.00 for services performed as Fee Examiner at a blended hourly rate of $276.02.  Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $50,744.00.  None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

22.    During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C.  Consistent with the Local Rules and the Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

23.    Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $85.68.

## NOTICE

24.    Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order.  In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.

DATED:    July 28, 2010
          Saint Louis, Missouri

**STUART MAUE**

By:    _____
       W. Andrew Dalton
       3840 McKelvey Road
       St. Louis, Missouri  63044
       Telephone:  (314) 291-3030
       Facsimile:   (314) 291-6546
       tribunebkr@smmj.com

       *Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 17, 2010 at 4:00 pm (EDT)**<br>**Hearing Date: Only if objection filed** |

## CERTIFICATION OF W. ANDREW DALTON

I, W. Andrew Dalton, hereby certify that:

1.        I am Vice President and Director of Legal Audit at Stuart Maue, Fee Examiner in the above-captioned bankruptcy cases.

2.        This Certification is made in support of the Fifteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

June 1, 2010 Through June 30, 2010 (the "**Application**") and in compliance with Local Rule 2016-2 (the

"**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation &

Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.       I have read the Application and I certify that the Application substantially complies with

the Rule and the UST Guidelines.

DATED:   July 28, 2010
         Saint Louis, Missouri


                         **STUART MAUE**


                         By:  _____
                              W. Andrew Dalton
                              3840 McKelvey Road
                              St. Louis, Missouri  63044
                              Telephone:   (314) 291-3030
                              Facsimile:   (314) 291-6546
                              tribunebkr@smmj.com

                              *Fee Examiner*

- 2 -

# Exhibit A

Exhibit A

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| Dave Brown | Senior Legal Auditor | $275.00 | 44.70 | $12,292.50 |
| W. Andrew Dalton | Manager | $325.00 | 4.70 | $1,527.50 |
| Kathryn Hough | Senior Legal Auditor | $275.00 | 29.20 | $8,030.00 |
| Tami Z. Morrissey | Senior Legal Auditor | $275.00 | 40.60 | $11,165.00 |
| Janet E. Papageorge | Senior Legal Auditor | $275.00 | 6.00 | $1,650.00 |
| Pamela S. Snyder | Senior Legal Auditor | $275.00 | 37.50 | $10,312.50 |
| Kathy C. Tahan | Senior Legal Auditor | $275.00 | 67.10 | $18,452.50 |
| | | **Total:** | 229.80 | $63,430.00 |
| | | **Blended Hourly Rate:** | $276.02 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 229.80 | $63,430.00 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (585 copies @ $0.10 per page) | $58.50 |
| Postage | $27.18 |
| **Total** | $85.68 |

**Exhibit B**

# STUART⁄MAUE
LEGAL COST √ MANAGEMENT

**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1027675**
**Matter Number: 1027675**
**Firm: Alvarez & Marsal North America, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/16/2010 | DB | 3.20 | Analysis of fee and expense entries. | 880.00 |
| | | 3.50 | Drafting preliminary report. | 962.50 |
| | | 0.30 | Reviewed background documents for purposes of drafting report. | 82.50 |
| | | **7.00** | | **$1,925.00** |

*STUART* $\vee$ *MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027675
Matter Number: 1027675
Firm: Alvarez & Marsal North America, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 06/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 7.00 = | $1,925.00 |
| | **Total for Legal Auditors:** | | **7.00** | **$1,925.00** |
| | **Total Hours Worked:** | | **7.00** | |
| | **Total Hours Billed:** | | **7.00** | **$1,925.00** |

# STUART⁄MAUE
### LEGAL COST ⋁ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027395
Matter Number: 1027395
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/03/2010 | DB | 2.00 | Drafting preliminary draft report for fourth interim fee application. | 550.00 |
| | | 0.40 | Review and analysis of fee entries describing potentially clerical activities. | 110.00 |
| | | 1.10 | Analysis of fees and expenses for drafting preliminary report. | 302.50 |
| 06/24/2010 | WD | 0.30 | Revise, edit, and compelte preliminary report. | 97.50 |
| | | **3.80** | | **$1,060.00** |

# STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027395
Matter Number: 1027395
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Dave Brown | DB | 275.00 | x | 3.50 | = | $962.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| **Total for Legal Auditors:** | | | | **3.80** | | **$1,060.00** |
| | | | | | | |
| **Total Hours Worked:** | | | | **3.80** | | |
| | | | | | | |
| **Total Hours Billed:** | | | | **3.80** | | **$1,060.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1026095**
**Matter Number: 1026095**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/23/2010 | WD | 0.10 | Telephone call with John Spears at Alston & Bird regarding the Ernst & Young preliminary report and exhibits of conferences. | 32.50 |
| 06/24/2010 | DB | 1.10 | Created and verified excel charts of intraoffice conferencing and multiple attendance exhibits per Ernst's counsel's request and revised preliminary database to reflect current analysis. | 302.50 |
| | | **1.20** | | **$335.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1026095
Matter Number: 1026095
Firm: Ernst & Young

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 06/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 1.10 = | $302.50 |
| W. Andrew Dalton | WD | 325.00 x | 0.10 = | $32.50 |
| **Total for Legal Auditors:** | | | **1.20** | **$335.00** |
| **Total Hours Worked:** | | | **1.20** | |
| **Total Hours Billed:** | | | **1.20** | **$335.00** |

### STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1026916**
**Matter Number: 1026916**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/16/2010 | PSS | 1.20 | Reconcile fees in database to amount requested in monthly fee applications. | 330.00 |
| | | **1.20** | | **$330.00** |

*STUART MAUE*
LEGAL COST ∨ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1026916
Matter Number: 1026916
Firm: Ernst & Young

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 1.20 | = | $330.00 |
| | | **Total for Legal Auditors:** | | **1.20** | | **$330.00** |
| | | **Total Hours Worked:** | | **1.20** | | |
| | | **Total Hours Billed:** | | **1.20** | | **$330.00** |



**Tribune Company**

**Invoice Date:** 07/23/2010
**Invoice Number:** R883 - 1027255
**Matter Number:** 1027255
**Firm:** Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/03/2010 | DB | 2.20 | Analyzed fee entries for potential areas of duplication. | 605.00 |
| 06/04/2010 | DB | 2.50 | Continued analysis of fee entries for identfication of potentially questionable activities. | 687.50 |
| 06/15/2010 | DB | 3.10 | Drafting preliminary report. | 852.50 |
| | | 3.80 | Analysis of fee and expense entries. | 1,045.00 |
| | | 0.30 | Reviewed background documents for purposes of drafting report. | 82.50 |
| 06/24/2010 | WD | 0.40 | Edit and complete the preliminary report. | 130.00 |
| | | **12.30** | | **$3,402.50** |

# STUART/MAUE
### LEGAL COST V MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027255
Matter Number: 1027255
Firm: Jenner & Block LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 06/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 11.90 = | $3,272.50 |
| W. Andrew Dalton | WD | 325.00 x | 0.40 = | $130.00 |
| **Total for Legal Auditors:** | | | **12.30** | **$3,402.50** |
| **Total Hours Worked:** | | | **12.30** | |
| **Total Hours Billed:** | | | **12.30** | **$3,402.50** |

*STUART* /*MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1026835
Matter Number: 1026835
Firm: Jones Day

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/08/2010 | WD | 0.10 | Draft e-mail to Dennis Chi at Jones Day regarding interim fee requests. | 32.50 |
| | | **0.10** | | **$32.50** |

STUART/MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1026835
Matter Number: 1026835
Firm: Jones Day

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| W. Andrew Dalton | WD | 325.00 x | 0.10 = | $32.50 |
| | | **Total for Legal Auditors:** | **0.10** | **$32.50** |
| | | **Total Hours Worked:** | **0.10** | |
| | | **Total Hours Billed:** | **0.10** | **$32.50** |



**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1027316**
**Matter Number: 1027316**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/23/2010 | DB | 2.00 | Analysis of fee and and expense entries for purposes of drafting preliminary report. | 550.00 |
| | | 2.20 | Drafting preliminary report. | 605.00 |
| 06/24/2010 | WD | 0.60 | Revise and finalize the Fee Examiner's preliminary report. | 195.00 |
| | | **4.80** | | **$1,350.00** |

# STUART MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027316
Matter Number: 1027316
Firm: Lazard Freres & Co. LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 06/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 4.20 | = | $1,155.00 |
| W. Andrew Dalton | WD | 325.00 | x | 0.60 | = | $195.00 |
| **Total for Legal Auditors:** | | | | **4.80** | | **$1,350.00** |
| **Total Hours Worked:** | | | | **4.80** | | |
| **Total Hours Billed:** | | | | **4.80** | | **$1,350.00** |



**STUART/MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1028196
Matter Number: 1028196
Firm: Lazard Freres & Co. LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/04/2010 | PSS | 1.60 | Reconcile fees in database to fees requested in hard copy of interim application. | 440.00 |
| | | 2.60 | Review expenses requested in interim application. | 715.00 |
| 06/07/2010 | KH | 2.80 | Begin to analyze and categorize fees submitted in connection with the Fifth Quarterly Fee Application. | 770.00 |
| 06/07/2010 | PSS | 2.10 | Continue to review expenses requested in interim application. | 577.50 |
| 06/08/2010 | KH | 2.20 | Complete analysis and categorization of fees submitted in Fifth Interim Application. | 605.00 |
| | | **11.30** | | **$3,107.50** |

# STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1028196
Matter Number: 1028196
Firm: Lazard Freres & Co. LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 06/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 5.00 = | $1,375.00 |
| Pamela S. Snyder | PSS | 275.00 x | 6.30 = | $1,732.50 |
| **Total for Legal Auditors:** | | | **11.30** | **$3,107.50** |
| **Total Hours Worked:** | | | **11.30** | |
| **Total Hours Billed:** | | | **11.30** | **$3,107.50** |



**Tribune Company**

**Invoice Date:** 07/23/2010
**Invoice Number:** R883 - 1026995
**Matter Number:** 1026995
**Firm:** McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/14/2010 | PSS | 1.80 | Reconcile fees in database to fees requested in interim application. | 495.00 |
| 06/15/2010 | PSS | 2.30 | Continue to reconcile fees in database to fees requested in interim application. | 632.50 |
| | | 1.20 | Review expenses requested in interim application. | 330.00 |
| 06/15/2010 | TZM | 1.90 | Review and evaluate fee entries and classify tasks into conference category. | 522.50 |
| | | 2.20 | Analysis of fee entries and classify tasks into legal research category. | 605.00 |
| | | 1.90 | Analysis and review of fee entries and classify tasks into retention category. | 522.50 |
| | | 0.20 | Draft summary of hours and fees exhibit. | 55.00 |
| | | 0.10 | Draft calendar of timekeeper daily hours. | 27.50 |
| | | 0.20 | Review of fee entries and classify tasks into travel category. | 55.00 |
| | | 0.90 | Review and evaluate fee entries and classify tasks into clerical category. | 247.50 |
| 06/16/2010 | TZM | 0.70 | Review and evaluate fee entries and classify tasks into conflicts category. | 192.50 |
| | | 0.30 | Analysis of fee entries and classify tasks into legal research category. | 82.50 |
| | | 1.70 | Review of fee entries and classify tasks into clerical category. | 467.50 |
| | | 1.90 | Review and evaluate fee entries and classify tasks into vague conference category. | 522.50 |
| | | 1.60 | Analysis of fee entries and identify vaguely described activities. | 440.00 |
| 06/17/2010 | TZM | 1.30 | Review and evaluate block billed time entries. | 357.50 |
| 06/18/2010 | TZM | 1.90 | Review and evaluate fee entries for multiple attendance at intra-office conferences. | 522.50 |
| | | 0.50 | Analysis of fee entries and classify tasks into non-firm conference category. | 137.50 |
| | | 1.40 | Analysis of fee entries and classify tasks into intra-office conference category. | 385.00 |
| 06/22/2010 | TZM | 1.50 | Review and evaluate fee entries for improper time increments. | 412.50 |
| | | 2.10 | Identify potentially transient timekeepers. | 577.50 |
| | | 0.30 | Analysis of fee entries and classify tasks into intraoffice conference category. | 82.50 |
| | | 1.30 | Review and edit intraoffice conference exhibit. | 357.50 |
| | | 0.70 | Review and edit mulitple attendance exhibit. | 192.50 |
| | | 1.60 | Review and evaluate fee entries and classify tasks into multiple attendance at events category. | 440.00 |
| 06/23/2010 | TZM | 0.60 | Analysis of fee entries and classify tasks into administrative and clerical categories. | 165.00 |
| | | 4.40 | Analysis of fee entries for improper time increments. | 1,210.00 |
| | | 0.30 | Review and analysis of fee entries for potential double billing. | 82.50 |
| | | 0.40 | Review retention order. | 110.00 |
| | | 0.40 | Review and evaluate fee entries for attendance at events. | 110.00 |

# STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

**Invoice Date:** 07/23/2010
**Invoice Number:** R883 - 1026995
**Matter Number:** 1026995
**Firm:** McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/24/2010 | TZM | 1.40 | Draft chart summarizing billing issues. | 385.00 |
| | | 3.20 | Draft preliminary report. | 880.00 |
| | | 0.40 | Review and evaluate fee entries and classify tasks into legal research category. | 110.00 |
| | | 0.30 | Analysis of fee entries and classify tasks into administrative category. | 82.50 |
| | | 0.30 | Review and analysis of fee entries and classify tasks into intraoffice conference category. | 82.50 |
| | | 0.40 | Draft table of exhibits. | 110.00 |
| 06/25/2010 | TZM | 2.30 | Draft and edit preliminary report. | 632.50 |
| | | **45.90** | | **$12,622.50** |

## STUART⁄MAUE
### LEGAL COST ⁄ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1026995
Matter Number: 1026995
Firm: McDermott, Will & Emery

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Tami Z. Morrissey | TZM | 275.00 | x | 40.60 | = | $11,165.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 5.30 | = | $1,457.50 |
| **Total for Legal Auditors:** | | | | **45.90** | | **$12,622.50** |
| **Total Hours Worked:** | | | | **45.90** | | |
| **Total Hours Billed:** | | | | **45.90** | | **$12,622.50** |

# STUART/MAUE
### LEGAL COST ∨ MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1028395**
**Matter Number: 1028395**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| For Professional Services through 06/30/2010 | | | | |
| 06/15/2010 | PSS | 2.30 | Reconcile fees in database to amount requested in monthly fee applications. | 632.50 |
| 06/16/2010 | PSS | 1.10 | Continue to reconcile fees in database to amount requested in monthly fee applications. | 302.50 |
| | | **3.40** | | **$935.00** |

## STUART/MAUE
LEGAL COST ∨ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1028395
Matter Number: 1028395
Firm: McDermott, Will & Emery

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Pamela S. Snyder | PSS | 275.00 x | 3.40 = | $935.00 |
| | | **Total for Legal Auditors:** | **3.40** | **$935.00** |
| | | **Total Hours Worked:** | **3.40** | |
| | | **Total Hours Billed:** | **3.40** | **$935.00** |

## STUART/MAUE
LEGAL COST \/ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027155
Matter Number: 1027155
Firm: Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/08/2010 | WD | 0.10 | E-mail firm requesting electronic data for recent monthly fee applications. | 32.50 |
| 06/09/2010 | WD | 0.10 | Exchange e-mail with Devon Eggert regarding preliminary reports. | 32.50 |
| | | **0.20** | | **$65.00** |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027155
Matter Number: 1027155
Firm: Mercer (US) Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| W. Andrew Dalton | WD | 325.00 x | 0.20 = | $65.00 |
| | | Total for Legal Auditors: | 0.20 | $65.00 |
| | | Total Hours Worked: | 0.20 | |
| | | Total Hours Billed: | 0.20 | $65.00 |

## STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1028355
Matter Number: 1028355
Firm: Mercer (US) Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/09/2010 | PSS | 0.50 | Reconcile fees in database to fees requested on hard copy of interim application. | 137.50 |
| 06/10/2010 | PSS | 0.30 | Continue to reconcile fees in database to fees requested on hard copy of interim application. | 82.50 |
| 06/11/2010 | KH | 2.20 | Analyze and categorize fees submitted in connection with Fifth Quarterly Application. | 605.00 |
| 06/11/2010 | PSS | 1.50 | Review expenses requested in interim fee application. | 412.50 |
| | | 1.20 | Continue to reconcile fees in database to fees requested on hard copy of interim application. | 330.00 |
| 06/14/2010 | KH | 2.50 | Complete analysis and categorization of fees submitted in connection with Fifth Quarterly Application. | 687.50 |
| | | 4.60 | Begin drafting preliminary report. | 1,265.00 |
| 06/15/2010 | DB | 0.50 | Reviewed draft report. | 137.50 |
| 06/15/2010 | KH | 3.30 | Continue drafting Preliminary Report Regarding Fifth Quarterly Application. | 907.50 |
| | | **16.60** | | **$4,565.00** |

## STUART/MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1028355
Matter Number: 1028355
Firm: Mercer (US) Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| Dave Brown | DB | 275.00 x | | 0.50 = | | $137.50 |
| Kathryn Hough | KH | 275.00 x | | 12.60 = | | $3,465.00 |
| Pamela S. Snyder | PSS | 275.00 x | | 3.50 = | | $962.50 |
| **Total for Legal Auditors:** | | | | **16.60** | | **$4,565.00** |
| | | | | | | |
| **Total Hours Worked:** | | | | **16.60** | | |
| | | | | | | |
| **Total Hours Billed:** | | | | **16.60** | | **$4,565.00** |

### STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1026695**
**Matter Number: 1026695**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/24/2010 | DB | 1.00 | Analysis of fee and expense entries for purposes of drafting initial report. | 275.00 |
| | | 1.30 | Drafted preliminary report. | 357.50 |
| 06/24/2010 | WD | 0.60 | Revise and edit Fee Examiner's preliminary report. | 195.00 |
| | | **2.90** | | **$827.50** |

# STUART MAUE
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1026695
Matter Number: 1026695
Firm: Moelis & Company LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 06/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 2.30 | = | $632.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.60 | = | $195.00 |
| **Total for Legal Auditors:** | | | | **2.90** | | **$827.50** |
| **Total Hours Worked:** | | | | **2.90** | | |
| **Total Hours Billed:** | | | | **2.90** | | **$827.50** |

# STUART/MAUE
### LEGAL COST / MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027915
Matter Number: 1027915
Firm: Moelis & Company LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/04/2010 | PSS | 1.80 | Reconcile fees in database to fees requested in hard copy of interim application. | 495.00 |
| | | 0.60 | Review expenses requested in interim application. | 165.00 |
| 06/08/2010 | KH | 2.90 | Analyze and categorize fees submitted in Fifth Interim Application. | 797.50 |
| | | **5.30** | | **$1,457.50** |

# STUART/MAUE
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027915
Matter Number: 1027915
Firm: Moelis & Company LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 06/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 2.90 = | $797.50 |
| Pamela S. Snyder | PSS | 275.00 x | 2.40 = | $660.00 |
| **Total for Legal Auditors:** | | | **5.30** | **$1,457.50** |
| **Total Hours Worked:** | | | **5.30** | |
| **Total Hours Billed:** | | | **5.30** | **$1,457.50** |

*STUART MAUE*
LEGAL COST √ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1028335
Matter Number: 1028335
Firm: Official Committee of Unsecured
Creditors

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/08/2010 | PSS | 1.30 | Review expenses requested in application. | 357.50 |
| | | 0.30 | Draft preliminary report. | 82.50 |
| 06/08/2010 | WD | 0.10 | Discussion with PSS regarding expenses incurred by Committee members. | 32.50 |
| 06/23/2010 | WD | 0.20 | Revise and finalize preliminary report. | 65.00 |
| | | **1.90** | | **$537.50** |

# STUART\/MAUE
### LEGAL COST \/ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1028335
Matter Number: 1028335
Firm: Official Committee of Unsecured Creditors

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 0.30 | = | $97.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.60 | = | $440.00 |
| **Total for Legal Auditors:** | | | | **1.90** | | **$537.50** |
| **Total Hours Worked:** | | | | **1.90** | | |
| **Total Hours Billed:** | | | | **1.90** | | **$537.50** |

**STUART/MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027895
Matter Number: 1027895
Firm: Paul, Hastings, Janofsky & Walker LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/24/2010 | DB | 0.80 | Analysis of fee and expense entries for purposes of drafting initial report. | 220.00 |
| | | 1.50 | Drafted preliminary report. | 412.50 |
| 06/24/2010 | WD | 0.50 | Revise and finish preliminary report. | 162.50 |
| | | **2.80** | | **$795.00** |



**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027895
Matter Number: 1027895
Firm: Paul, Hastings, Janofsky & Walker
LLP

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 2.30 | = | $632.50 |
| W. Andrew Dalton | WD | 325.00 | x | 0.50 | = | $162.50 |
| **Total for Legal Auditors:** | | | | 2.80 | | $795.00 |
| **Total Hours Worked:** | | | | 2.80 | | |
| **Total Hours Billed:** | | | | 2.80 | | $795.00 |

STUART/MAUE
LEGAL COST ⋁ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027935
Matter Number: 1027935
Firm: PricewaterhouseCoopers LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/08/2010 | JEP | 3.40 | Drafted listing of categories reviewed and began drafting fee examiner's preliminary report regarding firm's fifth interim fee application. | 935.00 |
| | | 2.60 | Began the review of billing entries and the identification and classification of task decriptions referencing intraoffice and nonfirm conferences, multiple attendance, block-billed tasks, retention/compensation activities and transient timekeepers. | 715.00 |
| | | **6.00** | | **$1,650.00** |

# STUART MAUE
### LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1027935**
**Matter Number: 1027935**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Janet E. Papageorge | JEP | 275.00 | x | 6.00 | = | $1,650.00 |
| | **Total for Legal Auditors:** | | | **6.00** | | **$1,650.00** |
| | **Total Hours Worked:** | | | **6.00** | | |
| | **Total Hours Billed:** | | | **6.00** | | **$1,650.00** |

# STUART/MAUE
### LEGAL COST V MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1027936**
**Matter Number: 1027936**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/01/2010 | PSS | 0.50 | Review and revise reconciliation schedules. | 137.50 |
| 06/02/2010 | PSS | 0.80 | Continue to review and revise reconciliation schedules. | 220.00 |
| | | 2.80 | Review expenses requested in interim application. | 770.00 |
| | | **4.10** | | **$1,127.50** |

# STUART MAUE
LEGAL COST ∨ MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1027936**
**Matter Number: 1027936**
**Firm: PricewaterhouseCoopers LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 06/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 4.10 = | $1,127.50 |
| | | **Total for Legal Auditors:** | **4.10** | **$1,127.50** |
| | | **Total Hours Worked:** | **4.10** | |
| | | **Total Hours Billed:** | **4.10** | **$1,127.50** |

*STUART/MAUE*
LEGAL COST V MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1027815**
**Matter Number: 1027815**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/02/2010 | PSS | 2.00 | Review and revise reconciliation schedules. | 550.00 |
| 06/03/2010 | PSS | 2.40 | Review expenses requested in interim application. | 660.00 |
| | | 2.10 | Continue to review and revise reconciliation schedules. | 577.50 |
| 06/04/2010 | KH | 1.70 | Review retention documents and fee application. | 467.50 |
| | | 2.80 | Begin analysis and categorization of fees submitted with Second Quarterly Fee Application. | 770.00 |
| 06/07/2010 | KH | 4.20 | Complete line-by-line analysis and categorization of fees submitted in connection with the First Quarterly Fee Application. | 1,155.00 |
| | | **15.20** | | **$4,180.00** |

# STUART/MAUE
### LEGAL COST ✓ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027815
Matter Number: 1027815
Firm: Seyfarth Shaw LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 06/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 8.70 = | $2,392.50 |
| Pamela S. Snyder | PSS | 275.00 x | 6.50 = | $1,787.50 |
| **Total for Legal Auditors:** | | | 15.20 | $4,180.00 |
| **Total Hours Worked:** | | | 15.20 | |
| **Total Hours Billed:** | | | 15.20 | $4,180.00 |

# STUART MAUE
### LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1027397**
**Matter Number: 1027397**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/01/2010 | KCT | 1.00 | Continue to review and analyze fee entries related to nonfirm conferences. | 275.00 |
| | | 1.70 | Begin review and analysis of fee entries related to intraoffice multiple attendance. | 467.50 |
| | | 3.10 | Review and analyze fee entries describing nonfirm conferences. | 852.50 |
| 06/02/2010 | KCT | 1.60 | Review and analyze fee entries related to intraoffice multiple attendance. | 440.00 |
| 06/07/2010 | KCT | 3.10 | Continue to review and analyze fee entries related to intraoffice conference attendance. | 852.50 |
| | | 2.70 | Review and analyze fee entries related to multiple attendance. | 742.50 |
| 06/08/2010 | KCT | 1.60 | Review and analyze fee entries related to intraoffice multiple attendance. | 440.00 |
| | | 4.60 | Review and analyze fee entries describing nonfirm multiple attendance. | 1,265.00 |
| 06/10/2010 | KCT | 4.20 | Review and analyze fee entries related to questioned multiple attendance. | 1,155.00 |
| | | 1.00 | Review and analyze fee entries describing administrative and clerical activity. | 275.00 |
| | | 0.20 | Review and analyze potential double billing. | 55.00 |
| 06/11/2010 | KCT | 1.30 | Review and analyze fee entries related to administrative/clerical activity. | 357.50 |
| 06/14/2010 | KCT | 1.30 | Review and analylze fee entries describing clerical activity. | 357.50 |
| | | 1.30 | Continue to review and analyze fee entries related to clerical activity with attention to particular timekeepers. | 357.50 |
| | | 0.70 | Review and analyze fee entries describing travel. | 192.50 |
| | | 0.50 | Review and analyze fee entries categorized as travel with particular attention to nonfirm multiple attendance. | 137.50 |
| | | 1.60 | Review and analyze fee entries related to legal research. | 440.00 |
| 06/15/2010 | KCT | 0.30 | Review and analyze fee entries related to other case professionals' retentions. | 82.50 |
| | | 0.50 | Review and analyze additional fee entries related to clerical activity with particular attention to specific timekeepers. | 137.50 |
| | | 0.80 | Review and analyze fee entries related to firm's professional retention. | 220.00 |
| | | 0.20 | Review and analyze fee entries containing vague communications. | 55.00 |
| 06/16/2010 | KCT | 1.20 | Review and analyze fee entries for timekeepers whose tasks appear to be of questionable utility to the case. | 330.00 |
| | | 0.70 | Review and analyze blocked billed time entries. | 192.50 |
| | | 3.80 | Review and analyze vaguely described conferences. | 1,045.00 |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027397
Matter Number: 1027397
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/18/2010 | KCT | 2.20 | Review and analyze fee entries related to specific timekeepers' roles. | 605.00 |
| | | 0.50 | Review and analyze fee entries related to potential research presumably familiar to experienced litigation and bankruptcy counsel. | 137.50 |
| | | 2.80 | Begin to review and analyze all uncategorized fee entries. | 770.00 |
| 06/22/2010 | KCT | 3.00 | Review and analyze uncategorized fee entries. | 825.00 |
| 06/23/2010 | KCT | 2.50 | Continue to review and analyze uncategorized fee entries with particular attention to vague activity and additional conferences. | 687.50 |
| 06/24/2010 | KCT | 0.20 | Review and analyze fee entries describing administrative activity with regard to the firm's fee applications. | 55.00 |
| | | 1.10 | Review and analyze fee entries categorized as clerical. | 302.50 |
| | | 0.10 | Review and analyze fee entries containing administrative activity. | 27.50 |
| | | 0.80 | Review and analyze improperly blocked fee entries. | 220.00 |
| 06/25/2010 | KCT | 0.60 | Review and analyze fee entries related to extended billing days with particular attention to disclosure statement. | 165.00 |
| | | 0.40 | Review and analyze fee entries categorized as multiple attendance as it relates to travel. | 110.00 |
| | | 4.30 | Review and verify fee entries categorized as intraoffice multiple attendance. | 1,182.50 |
| | | 0.10 | Review and analyze fee entries related to intraoffice multiple attendance with attention to timekeeper Neely's fee entries. | 27.50 |
| | | 0.70 | Continue review and verification of fee entries categorized as questioned multiple attendance. | 192.50 |
| 06/28/2010 | KCT | 1.50 | Review firm's fifth quarterly fee application and application for retention. | 412.50 |
| | | 3.60 | Begin drafting fee examiner's preliminary report regarding firm's fifth quarterly fee application | 990.00 |
| 06/29/2010 | KCT | 1.10 | Review and analyze fee entries regarding activity improperly combined by the firm. | 302.50 |
| | | 2.60 | Review and revise fee examiner's preliminary report. | 715.00 |
| | | **67.10** | | **$18,452.50** |

*STUART/MAUE*
LEGAL COST ⋁ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027397
Matter Number: 1027397
Firm: Sidley Austin LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 06/30/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathy C. Tahan | KCT | 275.00 x | 67.10 = | $18,452.50 |
| | | **Total for Legal Auditors:** | 67.10 | $18,452.50 |
| | | **Total Hours Worked:** | 67.10 | |
| | | **Total Hours Billed:** | 67.10 | $18,452.50 |

## STUART/MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/01/2010 | PSS | 0.20 | Review applications received recently. | 55.00 |
| 06/07/2010 | PSS | 1.60 | Review docket and applications recently filed. | 440.00 |
| 06/08/2010 | PSS | 0.90 | Continue to review docket and applications recently filed. | 247.50 |
| 06/21/2010 | WD | 0.10 | Draft Stuart Maue's Certificate of No Objection for the 13th Monthly Fee Application. | 32.50 |
| 06/23/2010 | WD | 1.50 | Prepare Stuart Maue's 14th monthly fee application and verify all figures therein. | 487.50 |
| 06/30/2010 | PSS | 0.50 | Review applications received recently. | 137.50 |
| | | **4.80** | | **$1,400.00** |

*STUART/MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| W. Andrew Dalton | WD | 325.00 | x | 1.60 | = | $520.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.20 | = | $880.00 |
| **Total for Legal Auditors:** | | | | **4.80** | | **$1,400.00** |
| **Total Hours Worked:** | | | | **4.80** | | |
| **Total Hours Billed:** | | | | **4.80** | | **$1,400.00** |

*STUART/MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 07/23/2010**
**Invoice Number: R883 - 1027495**
**Matter Number: 1027495**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/30/2010** | | | | |
| 06/24/2010 | DB | 0.20 | Drafting preliminary report background section. | 55.00 |
| | | 2.10 | Reviewed fee and expense entries in connection with drafting preliminary report. | 577.50 |
| 06/25/2010 | DB | 2.40 | Analysis of timekeeper roles. | 660.00 |
| | | 2.70 | Analysis of multiple attendance by timekeepers at conferences and events and identification of vaguely described tasks. | 742.50 |
| 06/29/2010 | DB | 1.70 | Performed analysis of time increments utilized by firm timekeepers for compliance with local rules. | 467.50 |
| | | 0.90 | Drafting preliminary report. | 247.50 |
| | | 0.70 | Revised expense section re NERA invoices and other categories. | 192.50 |
| | | 1.20 | Continued drafting preliminary report. | 330.00 |
| | | **11.90** | | **$3,272.50** |

## STUART⁄MAUE
### LEGAL COST ⁄ MANAGEMENT

**Tribune Company**

Invoice Date: 07/23/2010
Invoice Number: R883 - 1027495
Matter Number: 1027495
Firm: Zuckerman Spaeder

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 06/30/2010**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Dave Brown | DB | 275.00 x | 11.90 = | $3,272.50 |
| | | Total for Legal Auditors: | 11.90 | $3,272.50 |
| | | Total Hours Worked: | 11.90 | |
| | | Total Hours Billed: | 11.90 | $3,272.50 |

# STUART\MAUE
### LEGAL COST \ MANAGEMENT

**Tribune Company**

| Name | Initials | Rate | Hours | | Amount |
|------|----------|------|-------|---|--------|
| **Summary For Professional Services through 06/30/2010** | | | | | |
| **Legal Auditors** | | | | | |
| Dave Brown | DB | 275.00 X | 44.70 | = | $12,292.50 |
| W. Andrew Dalton | WD | 325.00 X | 4.70 | = | $1,527.50 |
| Kathryn Hough | KH | 275.00 X | 29.20 | = | $8,030.00 |
| Tami Z. Morrissey | **TZM** | 275.00 X | 40.60 | = | $11,165.00 |
| Janet E. Papageorge | JEP | 275.00 X | 6.00 | = | $1,650.00 |
| Pamela S. Snyder | PSS | 275.00 X | 37.50 | = | $10,312.50 |
| Kathy C. Tahan | KCT | 275.00 X | 67.10 | = | $18,452.50 |
| | **Total for Legal Auditors:** | | **229.80** | | **$63,430.00** |
| | **Total Hours Worked:** | | **229.80** | | |
| | **Total Hours Billed:** | | **229.80** | | **$63,430.00** |

**Exhibit C**

**EXPENSE SUMMARY**

TRIBUNE COMPANY, et al.

Invoice Date:  07/23/2010
Expenses

**TRIBUNE - JUNE 2010 EXPENSES**

PHOTOCOPIES:

|  |  |
|---|---|
| 585 at $0.10/Page | $58.50 |

POSTAGE:

|  |  |
|---|---|
| Postage Paid | 27.18 |
| **TOTAL EXPENSES:** | **$85.68** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the **Notice of Fifteenth Monthly Application** and **Fifteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 Through June 30, 2010,** has been served via First Class Mail to the Notice Parties on the attached service list on this 28th day of July, 2010.

**STUART MAUE**

By: _____

W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

**TRIBUNE COMPANY, et al.**

**SERVICE LIST RE 15TH MONTHLY FEE APPLICATION**

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)