# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors | : | |

## OBJECTION BY COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE TO DEBTORS' AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

The Commonwealth of Pennsylvania, Department of Revenue ("Commonwealth"), by and through the Pennsylvania Office of Attorney General, Thomas W. Corbett, Jr., its counsel, does hereby object as a party in interest to the Debtors' Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries ("Plan"), as follows:

1. The Commonwealth is a creditor of the Debtors and accordingly, filed its proofs of claim in the bankruptcy cases.

2. The Plan fails to acknowledge and provide for retention of the Commonwealth's prepetition liens in accordance with 11 U.S.C. § 1129(b)(2)(A)(i)(I).

3. Although the Plan provides for interest on priority tax claims, it is unclear whether the Commonwealth's priority tax claim will be receiving its statutory interest in accordance with 11 U.S.C. § 1129.

4. The Plan fails to provide that the Commonwealth's tax debts are not discharged until paid in full and that its tax liens remain in effect until the underlying tax claims are paid in full in accordance with 11 U.S.C. § 1129(b)(2)(A)(i)(I).

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue prays that this court enter an order denying confirmation of the Debtors' Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries.

Respectfully submitted,

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

DATED: July 29, 2010        BY:  /s/ Carol E. Momjian
Carol E. Momjian
Senior Deputy Attorney General
Attorney No. 49219
Office of Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA  19107
Tel: (215) 560-2128
Fax: (215) 560-2202
E-mail: cmomjian@attorneygeneral.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors | : | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Objection by Commonwealth of Pennsylvania, Department of Revenue to Debtors' Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries was served electronically and by First Class mail on July 29, 2010, upon the following:

**Sidley Austin LLP**
One South Dearborn Street
Chicago, Illinois  60603
Attn:  Jessica C. K. Boelter, Esquire

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Attn:  Norman L. Pernick, Esquire

**OFFICE OF THE UNITED STATES TRUSTEE**
J. Caleb Boggs Federal Bldg.
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, Delaware  19801
Attn:  Joseph J.  McMahon, Jr., Esquire

**CHADBOURNE & PARKE, LLP**
30 Rockefeller Plaza
New York, NY  10112
Attn:  Douglas E. Deutsch, Esquire

**LANDIS, RATH & COBB, LLC**
919 Market Street, Suite 1800
Wilmington, DE 19801
Attn: Adam G. Landis, Esquire

DATED: July 29, 2010          BY:   /s/ Carol E. Momjian
                                    Carol E. Momjian
                                    Senior Deputy Attorney General
                                    Attorney No. 49219
                                    Office of Attorney General
                                    21 South 12th Street, 3rd Floor
                                    Philadelphia, PA 19107
                                    Tel: (215) 560-2128
                                    Fax: (215) 560-2202
                                    E-mail: cmomjian@attorneygeneral.gov