# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** July 29, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rebecca Butcher | Landis Rath + Cobb | The Committee |
| David LeMay | Chadbourne + Parke | The Committee |
| Robert Stark | Brown Rudnick | Wilmington Trust |
| Kate Bromberg | Brown Rudnick | |
| Ray Lemisch | Benesch | |
| Jennifer Hoover | Benesch | |
| James O Johnston | Hennigan Bennett | Credit Agreement Lenders |
| Robert Brady | Young Conaway | " |
| David Hille | White & Case | Wells Fargo, as yet |
| Andrew Hammond | " | " |
| Scott Greissman | " | " |
| Jeffrey Schlerf | Fox Rothschild | " |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** July 29, 2010

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Donald Bernstein | Davis Polk + Wardwell | JP Morgan |
| Dennis Glazer | " | " |
| Elliot Moskowitz | " | " |
| Philip Dublin | Akin Gump Strauss Hauer & Feld | Cmtee bridge |
| Abo Qureshi | " | " |
| Mark Minuti | Saul Ewing LLP | Examiner |
| Robert Fiston | Klee Tuchin Bogdanoff & Stern | " |
| Mark Collins | Richards Layton | JP Morgan |
| David Powlen | Barnes & Thornburg | MORGAN STANLEY |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Merrill Lynch |
| Thomas Horan | Womble Carlyle Sandridge & Rice PLLC | Great Banc |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** July 29, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robin Greene & Andrew Glenn | Richards Gershon | Law Debenture Cos. Co. of NY |
| Norman Pernick | Cole Schotz | Debtors |
| Bryan Krakauer | Sidley | " |
| James Bendernagel | " | " |
| Don Liebentritt | Tribune | " |
| David Klauder | U.S. Trustee | U.S. Trustee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 07/29/2010
Calendar Time: 11:00 AM ET

Amended Calendar 07/29/2010 07:41 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3651539 | Steven Abramowitz | 212-237-0137 | Vinson & Elkins LLP | Creditor, Carlson Capital / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3651441 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3653218 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3655841 | Jeff Armstrong | 914-251-8264 | Grey Wolf Capital | Creditor, Grey Wolf Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3651302 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3653121 | Martin R. Barash | 310-407-4005 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3652006 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3653094 | Jon Berke | (212) 686-2741 | DebtWire | Interested Party, Jon Berke / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3652372 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3653085 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3652341 | Jessica Boelter | 312-853-7030 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3655858 | Justin Brass | 203-708-5847 | Jefferies & Company | Interested Party, Jefferies / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3654867 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3651410 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3653097 | Michael Ching | 212-339-2431 | Allen & Company | Third Party, Michael Ching / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3651253 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3650936 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3654642 | Andrew Dash | 212-209-4811 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |

Peggy Drasal                        CourtConfCal2009                        Page 1 of 5

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3651360 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3653055 | Neel Doshi | (203) 719-8723 | UBS Securities LLC | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3652257 | James Ducayet | 312-853-7000 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3652385 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3654657 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3651929 | Jeffrey Farkas | (614) 577-1120 | RBS Securities, Inc. | Interested Party, RBS Greenwich Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3653270 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3652449 | Arif Gangat | (212) 372-8938 | Arrowgrass | Interested Party, Arrowgrass Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3654776 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company | 08-13141 | Hearing | 3651355 | Andrew Goldfarb | (202) 778-1800 ext. 1822 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3651089 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3651385 | Andrew Gordon | 212-373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citigroup / LIVE |
| Tribune Company | 08-13141 | Hearing | 3651062 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3654310 | Sarah S. Johnson | (212) 478-0833 | DE Shaw | Creditor, DE Shaw / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3651421 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3653238 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3653129 | Steven Kalter | 212-259-4305 | Longacre Management Fund | Interested Party, Longacre Management Fund / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3651556 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3651397 | Kenneth N. Klee | (310) 407-4080 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| Tribune Company | 08-13141 | Hearing | 3652227 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3651331 | Adam G. Landis | (302) 467-4444 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors-Calling from outside the 302 area code / LIVE |
| Tribune Company | 08-13141 | Hearing | 3652358 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |

| Name | ID | Type | Case | Firm | Phone | Representing |
|---|---|---|---|---|---|---|
| Evan Lederman | 3651188 | Hearing | 08-13141 | Tribune Company | (212) 310-8948 Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Edgar Lee | 3653627 | Hearing | 08-13141 | Tribune Company | (213) 830-6415 Oaktree Capital Management | Creditor, Oaktree Capital Management / LISTEN ONLY |
| David LeMay | 3651363 | Hearing | 08-13141 | Tribune Company | (212) 408-5100 Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Andrew Levy | 3651393 | Hearing | 08-13141 | Tribune Company | (202) 223-7328 Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Don Liebentritt | 3652376 | Hearing | 08-13141 | Tribune Company | (312) 853-7778 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Jillian Ludwig | 3652237 | Hearing | 08-13141 | Tribune Company | (312) 853-7523 Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Scott T. McCabe | 3652486 | Hearing | 08-13141 | Tribune Company | 212-754-1613 Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| Matthew B. McGuire | 3651343 | Hearing | 08-13141 | Tribune Company | (302) 467-4431 Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors-Calling from outside the 302 area code / LIVE |
| Stuart C. McPhail | 3651414 | Hearing | 08-13141 | Tribune Company | 212-373-3000 Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Kerriann Mills | 3652360 | Hearing | 08-13141 | Tribune Company | 312-853-0036 Sidley Austin, LLP | Debtor, Tribune Company / LIVE |
| Shachar Minkove | 3653153 | Hearing | 08-13141 | Tribune Company | (212) 834-7174 JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Charles Monk | 3651381 | Hearing | 08-13141 | Tribune Company | (410) 332-8668 Saul Ewing LLP | Examiner, Ken Klee / LIVE |
| Michael D. Oneal | 3651194 | Hearing | 08-13141 | Tribune Company | (312) 222-3490 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Dennis A. Prieto | 3651898 | Hearing | 08-13141 | Tribune Company | 646-445-6516 Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Madlyn G. Primoff | 3651544 | Hearing | 08-13141 | Tribune Company | 212-836-7042 Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Jonathan T. Roiter | 3651432 | Hearing | 08-13141 | Tribune Company | 612-851-3014 TPG Credit Management | Interested Party, Jonathan Roiter, TPG Credit Management / LISTEN ONLY |
| Marc Roitman | 3651374 | Hearing | 08-13141 | Tribune Company | (212) 408-5271 Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| David Rosner | 3653150 | Hearing | 08-13141 | Tribune Company | (212) 506-1726 Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Mike J. Schott | 3653098 | Hearing | 08-13141 | Tribune Company | 212-593-4046 Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Howard Seife | 3651353 | Hearing | 08-13141 | Tribune Company | 212-408-5361 ext. 00 Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| K. John Shaffer | 3652949 | Hearing | 08-13141 | Tribune Company | 310-228-5690 Stutman, Treister & Glatt | Interested Party, Stutman, Treister & Glatt / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3654665 Martin Siegel | 212-209-4829 Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3651800 Michael L. Simes | (212) 506-2607 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3651786 Amit K. Trehan | (212) 506-2500 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3655840 Matthew J. Troy | 202-514-9038 U.S. Department of Justice - Civil | Interested Party, U.S. Department of Justice / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3651078 Joshua Trump | 203-862-8299 Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3651585 Andrew Vail | (312) 840-8688 Jenner & Block | Interested Party, EGI-TRB, L.L.C. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3652394 Gary Weitman | (312) 222-3394 Tribune Company | Debtor, Tribune Company And Tribune CNLBC, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3653675 Brian Whittman | (312) 601-4227 Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3651413 Matthew A Zloto | (646) 445-6518 Matthew A Zloto - In Pro Per/Pro Se | In Propria Persona, Matthew A Zloto / LISTEN ONLY |