UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

| | |
|---|---|
| In Re: | Case No. 08-13141-KJC |
| TRIBUNE COMPANY, | Chapter 11 |
| Debtor(s). | Honorable Kevin J. Carey |

## PROOF OF SERVICE

The undersigned certifies that on July 29, 2010, a copy of the Objection of the State of Michigan to the Disclosure Statement and Amended Joint Plan of Reorganization for the Tribune Cmopany and its Subsidiaries, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Norman L Pernick
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington DE  19801

/s/ Patricia A. Klein
Patricia A. Klein
Legal Secretary
Deborah B. Waldmeir (P60869)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone: (313) 456-0140
E-mail: waldmeird@michigan.gov

Dated: July 29, 2010