IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et</u> <u>al.</u>,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref Docket No. 5137, 5140 |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 27, 2010, I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

a) "Notice of Hearing on Authorization Motion," dated July 27, 2010 [Docket No. 5137], and

b) "Order Setting Expedited Hearing and Shorten Notice Period with Respect to Motion to Authorize the Disclosure of the Examiner's Report, Exhibits Cited in Report, and Professionally Transcribed, Sworn Transcripts of Witness Interviews to the Parties and Interviewees Pursuant to the Terms of the Document Depository Order," dated July 27, 2010 [Docket No. 5140]

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

_____
Diane Streany

Sworn to before me this
29th day of July, 2010

_____
Notary Public

Justina Marie Betro
Notary Public, State of New York
No. 01BE6221517
Qualified in Richmond County
Commission Expires May 3, 2014

-2-
T:\Clients\TRIBUNE\Affidavits\Hrg Ntc, Exp Hrg Ord_DI_5137,5140_AFF_7-27-10.doc

**EXHIBIT A**

EMAIL SERVICE LIST

aconway@taubman.com
adeglomi@harris.com
AGORDON@PAULWEISS.COM;
ahammer@freebornpeters.com;
ahiller@phw-law.com
ajongco@lewisfeinberg.com;
alipkin@willkie.com;
amuscovitz@dsfadvisors.com
anderson.frank@pbgc.gov
andrew.goldman@wilmerhale.com
atrehan@mayerbrown.com
bankruptcy@goodwin.com
BBUTWIN@OMM.COM
bceccotti@cwsny.com
BENNETTB@HBDLAWYERS.COM
besders@abato.com
bhshide@us.ibm.com
bkrakauer@sidley.com
bmd@gsrnh.com
btrust@mayerbrown.com
carolyn.adler@morganstanley.com
cbblac@acxiom.com
cbifferato@bifferato.com;
CDAVIDOW@PAULWEISS.COM
Charles.smith@klgates.com
claims@recoverycorp.com
cmcmanus@muchshelist.com
cmomjian@attorneygeneral.gov
cneff@ciardilaw.com
collins@rlf.com;
cowan@ask-attorneys.com
csbott@abato.com;
csimon@crosslaw.com;
dadler@mccarter.com;
DALLAS.BANKRUPTCY@PUBLICANS.COM
dastin@ciardilaw.com;
DAVE@BHDRL.COM
DAVID.POWLEN@BTLAW.COM
DBROWN@PAULWEISS.COM;
DCANTOR@OMM.COM
ddeutsch@chadbourne.com
deecf@dor.mo.gov
deggert@freebornpeters.com
denier@winston.com
dfeinberg@lewisfeinberg.com;
dgolden@akingump.com
dgonzales@wsh-law.com
dlemay@chadbourne.com
dneumann@beneschlaw.com
don@furmangregory.com
DPLON@SIRLINLAW.COM

dreimann@reimannlawgroup.com
dsaval@brownrudnick.com
efile@pbgc.gov
EJONES@OMM.COM
ELAINE_COLE@TAX.STATE.NY.US
ellen.slights@usdoj.gov
emseid@mstpartners.com
eobrien@sbchlaw.com
ES@callahan-law.com
etredinnick@greeneradovsky.com
faye.feinstein@quarles.com;
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fortune@rlf.com
fred.fellmeth@vitecgroup.com
frosner@mrs-law.com
gbush@zuckerman.com
george.mesires@bfkn.com
grmesires@uhlaw.com
gerson.leonard@dol.gov
goldberg.elizabeth@dol.gov;
guzzi@whitecase.com
heri.christine@dol.gov
houston_bankruptcy@publicans.com
hseife@chadbourne.com
isgreene@hhlaw.com
jatamian@mayerbrown.com
jberlage@ghsllp.com
jconlan@sidley.com;
jcp@pgslaw.com
JCRISWELL@TSMP.COM
jcrystal@willkie.com
JDT@JDTHOMPSONLAW.COM
jdthompson@poynerspruill.com
JEDMONSON@BAYARDLAW.COM
jfiorella@archerlaw.com
JFRANK@FGLLP.COM
jfungaroli@capitalsource.com
jlosardo@bbwg.com
jnimeroff@bsnlawyers.com
jodie.rea@fox.com
JOHNSTONJ@HBDLAWYERS.COM
joseph.mcmahon@usdoj.gov
jschlerf@foxrothschild.com;
jsdlaw@msn.com
jshickich@riddellwilliams.com;
jsorenson@wggdlaw.com
jstrock@foxrothschild.com
jteitelbaum@tblawllp.com
jtougas@mayerbrown.com;
jwisler@cblh.com;

EMAIL SERVICE LIST

kcollins@bifferato.com
kdinhrt@ssd.com
KDWBankruptcyDepartment@kelleydrye.com
kelkins@jmbm.com
kelkins@elkinskalt.com
ken.higman@hp.com
khill@svglaw.com
kklee@ktbslaw.com
klantry@sidley.com
kmayer@mccarter.com
kmiller@ecjlaw.com
rkbgwhw@aol.com
kstickles@coleschotz.com
l.cooper@smmj.com
landis@lrclaw.com;
lbogdanoff@ktbslaw.com;
leonard.shifflett@quarles.com
LESLIE@LESLIECOHENLAW.COM
linda.boyle@twtelecom.com
ljones@pszjlaw.com
LSHUMEJDA@PAULWEISS.COM;
lynn.simmons@bankofamerica.com
MAMATO@RMFPC.COM
MAMATO@RMFPC.COM
MARK.NITIKMAN@C2D2LAW.COM
matthew.troy@usdoj.gov
maureen.mcgreevey@sungard.com
mbarash@ktbslaw.com
MBCLEARY@YCST.COM
mbillion@pszjlaw.com
mblumenthal@crowell.com
MBRAZA@FOLEY.COM
mcguire@lrclaw.com
mengland@eckertseamans.com
mfelger@cozen.com
michelle.mcmahon@bryancave.com
mlastowski@duanemorris.com;
mmilano@riddellwilliams.com
mminuti@saul.com
mmmulder@mmmglaw.com
MORSEJ@HBDLAWYERS.COM
mphillips@cblh.com
mprimoff@kayescholer.com
MSMALL@FOLEY.COM
mzohn@proskauer.com
npernick@coleschotz.com
nwasow@lewisfeinberg.com
pcatanese@mcguirewoods.com
pdublin@akingump.com
pgregory@cpmlegal.com
prubin@herrick.com

psmoots@mcguirewoods.com;
pwebster@buchalter.com
ramona.neal@hp.com
raportl@pepperlaw.com
RBRADY@YCST.COM
RHANLEY@NOLANPLUMHOFF.COM
RMERSKY@MONLAW.COM
robert_cook@tax.state.ny.us
romero@mromerolawfirm.com
rpaul@zwerdling.com
rstark@brownrudnick.com;
rweinstein@cusa.canon.com
sagolden@hhlaw.com
sbrown@eapdlaw.com
SCHANNEJ@PEPPERLAW.COM
SCHLOSS.MICHAEL@DOL.GOV
schristianson@buchalter.com
sfallon@trplaw.com
Sfriedberg@Theseaportgroup.com
sgreissman@whitecase.com
skaufman@coochtaylor.com
SLAMB@PAULWEISS.COM;
slross@duanemorris.com
SMCPHAIL@PAULWEISS.COM
SSELBST@HERRICK.COM
SSHIMSHAK@PAULWEISS.COM;
strattond@pepperlaw.com;
STRATTOND@PEPPERLAW.COM;
taskounis@askounisdarcy.com
tcairns@pszjlaw.com
tdirocco@crosslaw.com
tlauria@whitecase.com
tmacauley@zuckerman.com
tmhoepker@yahoo.com
tribuneco.routing@dpw.com
trmeites@mmmglaw.com;
tscobb@vorys.com
Tscobb@vssp.com
WALDMEIRD@MICHIGAN.GOV
wayne.smith@warnerbros.com
WBOWDEN@ASHBY-GEDDES.COM
wmk@elliottgreenleaf.com
YONATAN.GELBLUM@USDOJ.GOV
zachary.bancroft@lowndes-law.com

SPECIAL EMAIL SERVICE LIST

alevy@paulweiss.com
ashish.gandhi@weil.com
bkrakauer@sidley.com
cgilman@cahill.com
charles.mulaney@skadden.com
damian.schaible@davispolk.com;
dbradford@jenner.com
dcantor@omm.com
dennis.glazer@davispolk.com
dhorowitz@cahill.com
dneier@winston.com
donald.bernstein@davispolk.com;
evan.lederman@weil.com
gdougherty@grippoelden.com
jbendernagel@sidley.com
jboelter@sidley.com
jdrayton@kayescholer.com
jducayet@sidley.com
jfeuer@gibsondunn.com
jhenderson@sidley.com
jonathan.polkes@weil.com
jschaffzin@cahill.com
jsell@alvarezandmarsal.com
klantry@sidley.com
mprimoff@kayescholer.com
msiegel@brownrudnick.com
rstark@brownrudnick.com
sarah.roberts@weil.com
sfeigenbaum@llf-law.com
shai.waisman@weil.com
sharon.katz@davispolk.com;
TimLandon@gmail.com
TimLandon@LandonCo.com