IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors.[1] ) | |
| ) | |

### REQUEST FOR REMOVAL FROM MAILING LIST

PLEASE REMOVE Tara M. DiRocco from the Court's ECF notification mailing list in the above-referenced bankruptcy matter.

Dated: July 29, 2010
Wilmington, Delaware

**CROSS & SIMON, LLC**

_____
Tara M. DiRocco (No. 4699)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: 302-777-4200
Facsimile: 302-777-4224
tdirocco@crosslaw.com

---

[1] The Debtors in these Chapter 11 cases are identified at D.I. No. 1800, pg.1, footnote1.