IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 29th day of July, 2010, copies of the *Supplemental Disclosure of Identity of Expert Witnesses and Summary of Topics by JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.* were served on the following counsel via e-mail:

| | |
|---|---|
| Jeffrey M. Schlerf<br>Eric M. Sutty<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center, Suite 1600<br>919 North Market Street<br>Wilmington, Delaware 19801 | Thomas E. Lauria<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131 |
| Laura Davis Jones<br>Timothy P. Cairns<br>Mark M. Billion<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | David G. Hille<br>Scott Greissman<br>Andrew W. Hammond<br>Gerard Uzzi<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036 |

| | |
|---|---|
| James F. Conlan<br>Bryan Krakauer<br>Janet E. Henderson<br>Kenneth P. Kansa<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Bruce Bennett<br>James O. Johnston<br>Joshua D. Morse<br>HENNIGAN, BENNETT &<br>DORMAN LLP<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, California 90017 |
| Kevin T. Lantry<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 | Daniel H. Golden<br>Philip C. Dublin<br>AKIN GUMP STRAUSS HAUER &<br>FELD LLP<br>One Bryant Park<br>New York, New York 10036 |
| Adam G. Landis<br>Daniel B. Rath<br>Matthew B. McGuire<br>Rebecca L. Butcher<br>LANDIS RATH & COBB LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 | J. Kate Stickles<br>Norman L. Pernick<br>COLE, SCHOTZ, MEISEL, FORMAN &<br>LEONARD<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |
| Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 | Howard Seife<br>David M. LeMay<br>Douglas E. Deutsch<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Robert J. Stark<br>Martin S. Siegel<br>Katherine S. Bromberg<br>BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036 | David S. Rosner<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019 |
| Raymond H. Lemisch<br>Jennifer R. Hoover<br>BENESCH, FRIEDLANDER, COPLAN &<br>ARONOFF LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801 | William M. Dolan III<br>BROWN RUDNICK LLP<br>121 South Main Street<br>Providence, RI 02903 |

RLF1 3591685v 1

| | |
|---|---|
| Joseph McMahon<br>UNITED STATES TRUSTEE<br>844 King Street, Room 2207<br>Wilmington, DE 19899-0035 | Andrew Goldman<br>Charles Platt<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>399 Park Avenue<br>New York, New York 10022 |
| Andrew Gordon<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019 | Madlyn Gleich Primoff<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, New York 10022 |
| Robert S. Brady<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building - 17th Floor<br>1000 West Street<br>Wilmington, DE 19899 | Daniel L. Cantor<br>O' MELVENY & MYERS LLP<br>Time Square Tower<br>Seven Times Square<br>New York, New York 10036 |

Dated: July 29, 2010
      Wilmington, Delaware

/s/ _____
Mark D. Collins (Bar No. 2981)
Robert J. Stearn, Jr. (Bar No. 2915)
Drew G. Sloan (Bar No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Donald S. Bernstein
Dennis Glazer
Sharon Katz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4500
Facsimile: (212) 701-5800

*Attorneys for JPMorgan Chase Bank, N.A.*

RLF1 3591685v.1