**Exhibit 5.2 – Restructuring Transactions**

**EXHIBIT 5.2**

Restructuring Transactions

Pursuant to Section 5.2 of the Plan[1], but subject to the limitations herein, on or prior to the Effective Date, any Debtor and, after the Effective Date, any Reorganized Debtor may enter into or undertake any Restructuring Transactions and may take such actions as may be determined by such Debtor or Reorganized Debtor to be necessary or appropriate to effect such Restructuring Transactions. This Exhibit 5.2 contains a list of the Restructuring Transactions to be consummated by the Debtors and their successors pursuant to Section 5.2 of the Plan for each of Tribune's primary business groups: (i) Broadcasting; (ii) Publishing; and (iii) Corporate/ Investments. The transaction lists are accompanied by (i) the current organizational chart for each business group and (ii) an organizational chart that sets forth the organizational structure of each business group after giving effect to the Restructuring Transactions. Parties should refer to Section 5.2 of the Plan, Section IX.E.1 of the Disclosure Statement and the Confirmation Order for additional terms and conditions relating to the Restructuring Transactions.

As permitted under the Plan, the Debtors presently anticipate that most, if not all, of the Restructuring Transactions described in this Exhibit 5.2 shall occur (1) subsequent to the entry of the Confirmation Order and the requisite FCC Approval of the Plan and Restructuring Transactions but (2) prior to the Effective Date. The consummation of any Restructuring Transactions prior to the Effective Date shall be conditioned upon the following, any of which may be waived by the Debtors with the consent of the Senior Lender Settlement Committee:

A.      The Confirmation Order shall provide (i) that all converted Debtors and successors to the Debtors pursuant to the Restructuring Transactions shall be obligated with respect to any and all Claims against such predecessor Debtors, including any Loan Guaranty Claims, to the same extent as such predecessor Debtors, (ii) that all such converted Debtors and successors to the Debtors pursuant to the Restructuring Transactions shall be subject to any and all applicable Plan provisions respecting the relevant predecessor Debtors (including the discharge, release and injunction provisions), and (iii) for such other provisions as may be necessary in the Senior Lender Settlement Committee's view to preserve the status quo of Loan Guaranty Claims through the Effective Date of the Plan, which provisions (i) through (iii) shall be acceptable to the Senior Lender Settlement Committee;

B.      the Confirmation Order shall not have been stayed or reversed on appeal; and

C.      the Debtors must reasonably believe that the Effective Date shall occur within seven (7) calendar days from the date on which any such transactions are to

---

[1] Capitalized terms used in this Exhibit 5.2 but not defined herein shall have the meanings ascribed to such terms in the Plan.

become effective, provided that the formation of new shell entities shall not be subject to this subsection (C).

   Subject to <u>Section 13.9</u> of the Plan, the Debtors reserve the right to supplement, modify or revise this <u>Exhibit 5.2</u> at any time prior to the conclusion of the Confirmation Hearing and may determine subsequent thereto not to pursue any or all of the Restructuring Transactions.

## BROADCASTING TRANSACTIONS LIST

| Entity | Transaction |
|---|---|
| **Mergers** | |
| 1.  Tribune Broadcasting Holdco, LLC | Merge with and into Tribune Broadcasting Company |
| 2.  ChicagoLand Microwave Licensee, Inc | Merge with and into Chicagoland Television News, Inc. |
| 3.  Tribune Network Holdings Company | Merge with and into Tribune Broadcasting Company |
| 4.  WATL, LLC | Merge with and into Tribune Broadcasting Company |
| 5.  WCWN LLC | Merge with and into WLVI Inc. |
| 6.  WLVI Inc. | Merge with and into Tribune Broadcasting Company |
| 7.  Channel 20, Inc. | Merge with and into Tribune Television Company |
| 8.  North Michigan Production Company | Merge with and into Tribune Entertainment Production Company |
| 9.  435 Production Company | Merge with and into Tribune Entertainment Production Company |
| 10. Chicago River Production Company | Merge with and into Tribune Entertainment Production Company |
| 11. 5800 Sunset Productions Inc. | Merge with and into Tribune Entertainment Production Company |
| 12.  Tribune Entertainment Production Company | Merge with and into Tribune Entertainment Company |
| **Conversions to Limited Liability Companies** | |
| 1.  Tribune Broadcasting Company | Convert into limited liability company named Tribune Broadcasting Company, LLC |
| 2.  Chicagoland Television News, Inc. | Convert into limited liability company named Chicagoland Television News, LLC |
| 3.  Tribune Entertainment Company | Convert into limited liability company named Tribune Entertainment Company, LLC |
| 4.  Towering T Music Publishing Company | Convert into limited liability company named Towering T Music Publishing Company, LLC |
| 5.  Magic T Music Publishing Company | Convert into limited liability company named Magic T Music Publishing Company, LLC |
| 6.  Oak Brook Productions, Inc. | Convert into limited liability company named Oak Brook Productions, LLC |
| 7.  Tribune Washington Bureau Inc. | Convert into limited liability company named Tribune Washington Bureau, LLC |
| 8.  Tower Distribution Company | Convert into limited liability company named Tower Distribution Company, LLC |
| 9.  KWGN Inc. | Convert into limited liability company named KWGN, LLC |
| 10. KIAH Inc. | Convert into limited liability company named KIAH, LLC |
| 11. WGN Continental Broadcasting Company | Convert into limited liability company named WGN Continental Broadcasting Company, LLC |
| 12. Tribune Television New Orleans, Inc. | Convert into limited liability company named Tribune Broadcasting New Orleans, LLC |
| 13. WPIX, Inc. | Convert into limited liability company named WPIX, LLC |
| 14. Tribune Television Northwest, Inc. | Convert into limited liability company named KCPQ, LLC |
| 15. WCCT, Inc. (f/k/a WTXX Inc.) | Convert into limited liability company named WCCT, LLC |
| 16. WDCW Broadcasting, Inc. | Convert into limited liability company named WDCW, LLC |
| 17. Channel 39, Inc. | Convert into limited liability company named WSFL, LLC |

| Entity | Transaction |
|---|---|
| **Formation of New Entities** | |
| 1. Tribune Broadcasting Company, LLC (f/k/a Tribune Broadcasting Company) | ➢ Form KTLA, LLC<br>➢ Form KSWB, LLC<br>➢ Form Tribune Broadcasting Hartford, LLC<br>➢ Form Tribune Broadcasting Indianapolis, LLC<br>➢ Form Tribune Broadcasting Seattle, LLC |
| 2. Tribune Broadcast Holdings, Inc. | ➢ Form WTTV, LLC<br>➢ Form KRCW, LLC |
| 3. Tribune Television Holdings, Inc. | ➢ Form KMYQ, LLC<br>➢ Form WXMI, LLC |
| 4. Tribune Television Company | ➢ Form KDAF, LLC<br>➢ Form WPHL, LLC<br>➢ Form WPMT, LLC<br>➢ Form WTIC, LLC<br>➢ Form WXIN, LLC<br>➢ Form KTXL, LLC |
| **Merger of Entities in lieu of Conversion to a Limited Liability Company[1]** | |
| 1. KTLA Inc. | Merge with and into KTLA, LLC |
| 2. KSWB Inc. | Merge with and into KSWB, LLC |
| 3. Channel 40, Inc. | Merge with and into KTXL, LLC |
| **Intercompany Conveyance of Assets and Liabilities in Businesses** | |
| 1. Tribune Broadcast Holdings, Inc. | ➢ Convey assets and liabilities of the WTTV television station to WTTV, LLC<br>➢ Convey assets and liabilities of the KRCW television station to KRCW, LLC |
| 2. Tribune Television Holdings, Inc. | ➢ Convey assets and liabilities of the WXMI television station to WXMI, LLC<br>➢ Convey assets and liabilities of the KMYQ television station to KMYQ, LLC |
| 3. Tribune Television Company | ➢ Convey assets and liabilities of the WTIC television station to WTIC, LLC<br>➢ Convey assets and liabilities of the WXIN television station to WXIN, LLC<br>➢ Convey assets and liabilities of the KDAF television station to KDAF, LLC<br>➢ Convey assets and liabilities of the WPHL television station to WPHL, LLC<br>➢ Convey assets and liabilities of WPMT television station to WPMT, LLC |
| **Intercompany Conveyance of Equity Interests** | |
| 1. Tribune Broadcasting Company, LLC | ➢ Convey equity interest in KCPQ, LLC (f/k/a Tribune Television Northwest, Inc.) to Tribune Broadcasting Seattle, LLC<br>➢ Convey equity interest in Tribune Washington Bureau, LLC to Tribune Publishing Company, LLC |

---

[1] The three entities listed are domiciled in jurisdictions that do not provide for conversion into a Delaware limited liability company. Each of these entities will be merged with and into a newly formed Delaware limited liability company.

| Entity | Transaction |
|---|---|
| 2.  Tribune Broadcast Holdings, Inc. | Convey equity interest in WTTV, LLC to Tribune Broadcasting Indianapolis, LLC |
| 3.  Tribune Television Holdings, Inc. | Convey equity interest in KMYQ, LLC to Tribune Broadcasting Seattle, LLC |
| 4.  Tribune Television Company | ➢ Convey equity interest in WTIC, LLC to Tribune Broadcasting Hartford, LLC<br>➢ Convey equity interest in WCCT, LLC to Tribune Broadcasting Hartford, LLC<br>➢ Convey equity interest in WXIN, LLC to Tribune Broadcasting Indianapolis, LLC |
| **Mergers of Television Entities Following Conveyances** | |
| 1.  Tribune Broadcast Holdings, Inc. | Merge with and into Tribune Broadcasting Company, LLC |
| 2.  Tribune Television Holdings, Inc. | Merge with and into Tribune Broadcasting Company, LLC |
| 3.  Tribune Television Company | Merge with and into Tribune Broadcasting Company, LLC |



## Tribune Broadcasting
### Pre-Emergence

**Legend**

- Represents LLC
- Represents Non-Debtor
- Corporation Converted to LLC
- Stayed as Publishing Group
- Corporation Converted to LLC

Tribune Company

Tribune Broadcasting Company

- Chicagoland Television News, Inc.
- Oak Brook Productions, Inc.
- Tribune Washington Bureau, Inc.
- Fairfax Media, Incorporated (72.4%)*
- Tower Distribution Company
- KPLR, Inc.
- KTLA Inc.
- KWGN Inc.
- KIAH Inc.
- WGN Continental Broadcasting Company
- Tribune Sports Network Holdings, LLC

- Tribune (FN) Cable Ventures, Inc.
- Television Food Network, G.P. (31.3%)

- WPIX, Inc.
- KSWB Inc.
- Tribune Television New Orleans, Inc.
- Tribune Television Northwest, Inc.

The Other Company LLC

Tribune Entertainment Company

- Towering T Music Publishing Company
- Magic T Music Publishing Company

- WCCT, Inc.
- WDCW Broadcasting, Inc.
- Channel 39, Inc.
- Channel 40, Inc.

*Entity in dissolution process



**Tribune Broadcasting**

**Post-Emergence**

**Legend**

Represents LLC

LLC Converted from a Corporation

Represents Non-Debtor

Tribune Company

Tribune Broadcasting Company, LLC

Tower Distribution Company, LLC

The Other Company LLC

Oak Brook Productions, LLC

Tribune Entertainment Company, LLC

Chicagoland Television News, LLC

Magic T Music Publishing Company, LLC

Towering T Music Publishing Company, LLC

Tribune (FN) Cable Ventures, LLC

Television Food Network, G.P. (31.3%)

KPLR, Inc.

KTLA, LLC

KWGN, LLC

KIAH, LLC

WGN Continental Broadcasting Company, LLC

Tribune Sports Network Holdings, LLC

WPIX, LLC

KSWB, LLC

Tribune Broadcasting New Orleans, LLC

WSFL, LLC (f/k/a Channel 39, Inc.)

WDCW, LLC

KTXL, LLC (f/k/a Channel 40, Inc.)

KCPQ, LLC (f/k/a Tribune Television Northwest, Inc.)

WCCT, LLC

## PUBLISHING TRANSACTIONS LIST

| Entity | Transaction |
|---|---|
| **Formation of New Entities to Receive Mastheads** | |
| 1.  Tribune Publishing Company | ➢ Form The Hartford Courant Company, LLC<br>➢ Form The Baltimore Sun Company, LLC<br>➢ Form The Morning Call, LLC |
| 2.  Los Angeles Times Communications, LLC | Form California Community News, LLC |
| **Intercompany Conveyance of Mastheads** | |
| 1.  Tribune License, Inc. | ➢ Distribute Los Angeles Times masthead to Los Angeles Times Communications LLC<br>➢ Convey Hartford Courant masthead to The Hartford Courant Company, LLC<br>➢ Convey Baltimore Sun masthead to The Baltimore Sun Company, LLC<br>➢ Convey Morning Call masthead to The Morning Call, LLC<br>➢ Convey California Community News masthead to California Community News, LLC |
| **Intercompany Conveyance of Chicago Magazine** | |
| 1.  Eagle New Media Investments, LLC | Convey assets and liabilities of Chicago Magazine to Chicagoland Publishing Company |
| **Mergers** | |
| 1.  Tribune License, Inc. | Merge with and into Tribune Publishing Company |
| 2.  Chicago Avenue Construction Company | Merge with and into Chicago Tribune Company |
| 3.  Chicago Tribune Newspapers, Inc. | Merge with and into Chicago Tribune Company |
| 4.  Newspaper Readers Agency, Inc. | Merge with and into Chicago Tribune Company |
| 5.  Chicago Tribune Press Service, Inc. | Merge with and into Chicago Tribune Company |
| 6.  Tribune Los Angeles, Inc. | Merge with and into Los Angeles Times Communications LLC |
| 7.  Los Angeles Times Newspapers, Inc. | Merge with and into Los Angeles Times Communications LLC |
| 8.  Sentinel Communications News Ventures, Inc. | Merge with and into Orlando Sentinel Communications Company |
| 9.  Neocomm, Inc. | Merge with and into Orlando Sentinel Communications Company |
| 10. North Orange Avenue Properties, Inc. | Merge with and into Orlando Sentinel Communications Company |
| 11. Gold Coast Publications, Inc. | Merge with and into Sun-Sentinel Company |
| 12. Forum Publishing Group, Inc. | Merge with and into Sun-Sentinel Company |
| 13. Signs of Distinction, Inc. | Merge with and into The Baltimore Sun Company |
| 14. Baltimore Newspaper Networks, Inc. | Merge with and into Patuxent Publishing Company |
| 15. Virginia Community Shoppers, LLC | Merge with and into The Daily Press, Inc. |
| 16. Tribune New York Newspaper Holdings, LLC | Merge with and into Tribune Manhattan Newspaper Holdings, Inc. |
| 17. Tribune Manhattan Newspaper Holdings, Inc. | Merge with and into Tribune ND, Inc. |
| 18. Hoy, LLC | Merge with and into Star Community Publishing Group, LLC |

| Entity | Transaction |
|---|---|
| 19. Star Community Publishing Group, LLC | Merge with and into Distribution Systems of America, Inc. |
| 20. Distribution Systems of America, Inc. | Merge with and into Tribune ND, Inc. |
| 21. Tribune NM, Inc. | Merge with and into Eagle New Media Investments, LLC |
| 22. ValuMail, Inc. | Merge with and into The Hartford Courant Company, LLC |
| 23. Direct Mail Associates, Inc. | Merge with and into The Morning Call, Inc. |
| 24. New Mass. Media, Inc. | Merge with and into Courant Specialty Products, Inc. |
| 25. Courant Specialty Products, Inc. | Merge with and into The Hartford Courant Company |
| 26. Heart & Crown Advertising, Inc. | Merge with and into The Hartford Courant Company |
| 27. TMLH 2, Inc. | Merge with and into The Hartford Courant Company |
| 28. TMLS I, Inc. | Merge with and into Southern Connecticut Newspapers, Inc. |
| 29. Southern Connecticut Newspapers, Inc. | Merge with and into Tribune Publishing Company |
| 30. InsertCo, Inc. | Merge with and into Tribune Media Net, Inc. |
| 31. Newscom Services, Inc. | Merge with and into Los Angeles Times International, Ltd. |
| 32. Los Angeles Times International, Ltd. | Merge with and into Tribune Publishing Company |
| 33. Homeowners Realty, Inc. | Merge with and into Stemweb, Inc. |
| 34. forsalebyowner.com corp. | Merge with and into Stemweb, Inc. |
| 35. Eagle New Media Investments, LLC | Merge with and into Tribune Publishing Company |
| **Conversions to Limited Liability Companies** | |
| 1.  Chicagoland Publishing Company | Convert into limited liability company named Chicagoland Publishing Company, LLC |
| 2.  Tribune Direct Marketing, Inc. | Convert into limited liability company named Tribune Direct Marketing, LLC |
| 3.  Sun-Sentinel Company | Convert into limited liability company named Sun-Sentinel Company, LLC |
| 4.  Orlando Sentinel Communications Company | Convert into limited liability company named Orlando Sentinel Communications Company, LLC |
| 5.  The Daily Press, Inc. | Convert into limited liability company named The Daily Press, LLC |
| 6.  Tribune Publishing Company | Convert into limited liability company named Tribune Publishing Company, LLC |
| 7.  Tribune Media Net, Inc. | Convert into limited liability company named Tribune 365, LLC |
| 8.  Tribune Media Services, Inc. | Convert into limited liability company named Tribune Media Services, LLC |
| 9.  TMS Entertainment Guides, Inc. | Convert into limited liability company named TMS Entertainment Guides, LLC |
| 10. ForSaleByOwner.com Referral Services LLC | Convert into Delaware limited liability company named ForSaleByOwner.com Referral Services LLC |
| **Formation of New Entities** | |
| 1.  Tribune Publishing Company, LLC | ➤ Form Chicago Tribune Company, LLC <br> ➤ Form forsalebyowner.com, LLC |
| 2.  The Baltimore Sun Company, LLC | Form Homestead Publishing Co., LLC |
| 3.  Homestead Publishing Co., LLC | Form Patuxent Publishing Company, LLC |

| Entity | Transaction |
|---|---|
| 4.  forsalebyowner.com, LLC | Form Internet Foreclosure Service, LLC |
| **Merger of Entities in lieu of Conversion to a Limited Liability Company[2]** | |
| 1.  Chicago Tribune Company | Merge with and into Chicago Tribune Company, LLC |
| 2.  Patuxent Publishing Company | Merge with and into Patuxent Publishing Company, LLC |
| 3.  Homestead Publishing Co. | Merge with and into Homestead Publishing Co., LLC |
| 4.  The Baltimore Sun Company | Merge with and into The Baltimore Sun Company, LLC |
| 5.  The Morning Call, Inc. | Merge with and into The Morning Call, LLC |
| 6.  The Hartford Courant Company | Merge with and into The Hartford Courant Company, LLC |
| 7.  Stemweb, Inc. | Merge with and into forsalebyowner.com, LLC |
| 8.  Internet Foreclosure Service, Inc. | Merge with and into Internet Foreclosure Service, LLC |
| 9.  California Community News Corporation | Merge with and into California Community News, LLC |
| **Intercompany Conveyance of Equity Interests** | |
| 1.  Tribune Company | ➢ Convey equity interest in Hoy Publications, LLC to Tribune Publishing Company, LLC<br>➢ Convey equity interest in The Daily Press, LLC to Tribune Publishing Company, LLC<br>➢ Convey equity interest in Los Angeles Times Communications LLC to Tribune Publishing Company, LLC<br>➢ Convey equity interest in Orlando Sentinel Communications Company, LLC to Tribune Publishing Company, LLC<br>➢ Convey equity interest in Sun-Sentinel Company, LLC to Tribune Publishing Company, LLC<br>➢ Convey equity interest in Tribune Media Services, LLC to Tribune Publishing Company, LLC<br>➢ Convey equity interest in Tribune Hong Kong, Ltd. to Tribune Media Services, LLC<br>➢ Convey equity interest in NBBF, LLC to Tribune ND, LLC<br>➢ Convey equity interest in Tribune 365, LLC (f/k/a Tribune Media Net, Inc.) to Tribune Publishing Company, LLC |

---

[2] The nine entities listed are domiciled in jurisdictions that do not provide for conversion into a Delaware limited liability company. Each of these entities will be merged with and into a newly formed Delaware limited liability company.





## CORPORATE/INVESTMENTS TRANSACTIONS LIST

| Entity | Transaction |
|---|---|
| **Formation of New Entities** | |
| 1.  Tribune Company | Form Tribune Investments, LLC |
| **Mergers** | |
| 1.  Tribune California Properties, Inc. | Merge with and into Tribune Investments, LLC |
| 2.  Candle Holdings Corporation | Merge with and into Tribune Investments, LLC |
| 3.  Fortify Holdings Corporation | Merge with and into Tribune Investments, LLC |
| 4.  Shepard's Inc. | Merge with and into Tribune Investments, LLC |
| 5.  JuliusAir Company LLC | Merge with and into Tribune Investments, LLC |
| 6.  GreenCo, Inc. | Merge with and into Tribune Investments, LLC |
| 7.  JuliusAir Company II, LLC | Merge with and into Tribune Investments, LLC |
| 8.  Eagle Publishing Investments, LLC | Merge with and into Tribune Investments, LLC |
| 9.  Tribune Finance, LLC | Merge with and into Tribune Investments, LLC |
| 10. Tribune Finance Service Center, Inc. | Merge with and into Tribune Investments, LLC |
| 11. Times Mirror Services Company, Inc. | Merge with and into Tribune Investments, LLC |
| 12. Times Mirror Payroll Processing Company, Inc. | Merge with and into Tribune Investments, LLC |
| 13. Times Mirror Land and Timber Company | Merge with and into Tribune Investments, LLC |
| 14. Publishers Forest Products Co. of Washington | Merge with and into Tribune Investments, LLC |
| **Intercompany Conveyance of Equity Interests** | |
| 1.  Tribune Company | Convey equity interests in Tribune National Marketing Company, LLC to Tribune Investments, LLC |



Tribune Corporate/Investments

Pre-Emergence

**Legend**

Represents LLC

Represents Non-Debtor

Corporation Converted to LLC

Tribune Company

Corporate

Tribune Receivables, LLC

Professional Education Publishers International (Alex)

Homefinder, LLC (18%)

quadrantONE LLC (25%)

Powered Center Joint Venture (33%)

Multimedia Insurance Company

Los Angeles Times – Washington Post News Service, Inc. (50%)

New River Center Maintenance Association, Inc. (2%)

Blue Lynx Media, LLC

Classified Ventures, LLC (13.3%)

McClatchy/ Tribune News Service (50%)

Legacy.com Inc. (42%)

Metromix LLC (15.5%)

Tribune National Marketing Company

Classified Ventures, LLC (1.6%)

CareerBuilder, LLC (30.8%)

HomeFinder, LLC (15.3%)

**Cubs**

Tribune CNLBC, LLC

Tribune WGFT, LLC

Tribune DB, LLC

Tribune DD, LLC

*Entity in dissolution process



Tribune Corporate/Investments

Post-Emergence