**Exhibit 5.10 -- Terms of Exit Facility Credit Agreement**

**Exhibit 5.10 to the Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (as amended, modified, or supplemented, the "Plan")[1]**

**SUMMARY OF TERMS AND CONDITIONS OF EXIT FACILITY**

Pursuant to Section 5.10 of the Plan, on the Effective Date,[2] the Reorganized Debtors may enter into an Exit Facility and execute any notes, documents, or agreements in connection therewith, including an Exit Facility Credit Agreement. The Reorganized Debtors' entry into the Exit Facility is discretionary and is not a condition to confirmation or effectiveness of the Plan. If the Reorganized Debtors were to enter into an Exit Facility, the Debtors currently contemplate that the material terms of such facility would be substantially as set forth below; however, the actual terms of the Exit Facility and Exit Facility Credit Agreement may differ from those set forth below based upon, among other things, changes in market conditions for loan facilities of this type and the Debtors' or Reorganized Debtors' business and financial needs at emergence from chapter 11.

| | |
|---|---|
| **BORROWER:** | Reorganized Tribune, a Delaware corporation (the "Borrower"). |
| **GUARANTORS:** | The Exit Facility will be guaranteed by all domestic direct and indirect subsidiaries of the Borrower other than Multimedia Insurance Company and such other entities specified in the loan documentation (collectively, the "Guarantors," together with the Borrower, the "Loan Parties"). All guarantees will be guarantees of payment and not of collection. The Guarantors will also guarantee the New Senior Secured Term Loan (or any replacement or alternative facility). |
| **ADMINISTRATIVE AND COLLATERAL AGENT:** | An agent or agents of national stature to be selected by the Debtors (the "Administrative Agent"). |
| **LENDERS:** | A syndicate of lenders to be determined (collectively, the "Lenders"). |
| **FACILITY TYPE AND AMOUNT:** | A new revolving credit facility providing for loans and other extensions of credit in an aggregate amount up to $300 million, with a letter of credit sub-facility of up to $100 million. |
| **CLOSING DATE:** | The execution of definitive loan documentation to occur concurrently with the effective date of the Plan (the "Closing Date"). |

---

[1] Subject to section 13.9 of the Plan, the Debtors reserve the right to supplement, modify or revise this Exhibit 5.10 at any time prior to the Effective Date.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

| | |
|---|---|
| **INTEREST AND FEES:** | Market rates and fees. |
| **MATURITY:** | Five (5) years from Closing Date. |
| **AVAILABILITY:** | The Exit Facility will be available for borrowings by the Borrower in U.S. dollars on a revolving basis during the period commencing on the Closing Date and ending on the termination date. |
| | Availability under the Exit Facility will be subject to a customary borrowing base. |
| **SECURITY:** | The obligations of each Loan Party in respect of the Exit Facility shall be secured, subject to customary exceptions, by (i) a perfected first priority security interest in all of its inventory and accounts receivable (to the extent included in the borrowing base) and (ii) a perfected second priority security interest in all of the assets in which the lenders under the New Senior Secured Term Loan (or any replacement or alternative facility) hold a first priority lien. |
| **DOCUMENTATION:** | Usual for facilities and transactions of this type and reasonably acceptable to Borrower, Administrative Agent, and Lenders. The documentation for the Exit Facility will include, among others, a credit agreement, guarantees and appropriate pledge, security interest, and other collateral documents. |
| **USE OF PROCEEDS:** | The proceeds of the Exit Facility shall be used to finance the working capital needs and general corporate purposes of the Borrower and its subsidiaries. |
| **REPRESENTATIONS, WARRANTIES, COVENANTS, EVENTS OF DEFAULT:** | Customary for facilities of this type, subject to customary exceptions, materiality qualifications, and, as applicable, grace periods. |
| **GOVERNING LAW:** | State of New York. |