# Exhibit 6.3 – Rejected Executory Contracts and Unexpired Leases

**EXHIBIT 6.3**

**(Rejected Executory Contracts and Unexpired Leases)**

**Pursuant to Section 6.3 of the Plan, each executory contract or unexpired lease listed on this Exhibit 6.3 shall be rejected pursuant to Section 365 of the Bankruptcy Code; provided that each contract or lease set forth below shall be rejected only to the extent that any such contract or lease constitutes an executory contract or unexpired lease. Any rejection of an executory contract or unexpired lease shall apply to any and all amendments, modifications, or supplements to the relevant executory contract or unexpired lease. The inclusion of a contract or lease on this Exhibit 6.3 shall not constitute an admission by a Debtor or a Reorganized Debtor that such contract or lease is an executory contract or unexpired lease or that such Debtor or Reorganized Debtor has any liability thereunder, and shall not entitle the non-Debtor party to said contract or lease to file a late claim for "rejection" damages if the applicable contract or lease is not executory or unexpired under applicable law. The Debtors expressly reserve the right, at any time prior to the Effective Date, to supplement, modify, or amend this Exhibit 6.3 to, among other things, add or remove any lease or contract.**

1. Agreement of Resignation, Appointment, and Acceptance by and among Tribune Company, The Bank of New York, and Citibank, N.A., dated September 4, 2002;

2. Amendment No. 2 to Rights Agreement between Tribune Company and Computershare Trust Company, dated September 21, 2006;

3. Tribune Employee Stock Ownership Plan, as Amended, effective as of January 1, 2007;

4. ESOP Pledge Agreement between Tribune Company and GreatBanc Trust Company, dated April 1, 2007;

5. ESOP Loan Agreement between Tribune Company and GreatBanc Trust Company, dated April 1, 2007;

6. ESOP Note between Tribune Company and GreatBanc Trust Company, dated April 1, 2007;

7. Agreement and Plan of Merger, by and among GreatBanc Trust Company, Tribune Employee Stock Ownership Trust, TESOP Corporation, Tribune Company, and EGI-TRB, LLC, dated as of April 1, 2007;

8. First Step Fee Letter by and among Merrill Lynch Capital Corporation, Citigroup Global Markets, Inc., JPMorgan Chase Bank, N.A. and Tribune Company, dated as of April 1, 2007;

9. First Step Engagement Letter by and among Tribune Company, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc. and J.P. Morgan Securities Inc., dated as of April 1, 2007;

10. First Step Commitment Letter by and among Tribune Company, Merrill Lynch Capital Corporation, Citigroup Global Markets Inc., J.P. Morgan Securities Inc. and JPMorgan Chase Bank, N.A., dated as of April 1, 2007;

11. Registration Rights Agreement by and among Tribune Company, EGI-TRB, L.L.C. and GreatBanc Trust Company, dated as of April 1, 2007;

12. Registration Rights Agreement by and between the Chandler Trusts and Tribune Company, dated as of April 1, 2007;

13. Amendment No. 3 to Rights Agreement between Tribune Company and Computershare Trust Company, N.A., dated April 1, 2007;

14. Investor Rights Agreement by and among Tribune Company, EGI-TRB, L.L.C. and GreatBanc Trust Company, dated as of April 1, 2007;

15. Amended and Restated First Step Commitment Letter, dated as of April 5, 2007;

16. Second Step Fee Letter by and among Merrill Lynch Capital Corporation, Citigroup Global Markets, Inc., JPMorgan Chase Bank, N.A. and Tribune Company, dated as of April 1, 2007;

17. Second Step Engagement Letter by and among Tribune Company, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc. and J.P. Morgan Securities Inc., dated as of April 1, 2007;

18. Second Step Engagement Letter by and among Tribune Company, Merrill Lynch Capital Corporation, Citigroup Global Markets Inc. and J.P. Morgan Securities Inc. and JPMorgan Chase Bank, N.A., dated as of April 1, 2007;

19. Project Tower – Notes Commitment Letter, by and among, Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Citigroup Global Markets Inc., on the one hand, and Tribune Company, on the other, dated February 2007;

20. Project Tower – Amended and Restated Second Step Commitment Letter dated April 5, 2007;

21. ESOP Purchase Agreement by and among Tribune Company and GreatBanc Trust Company, dated as of April 1, 2007;

22. Project Tower – Amended and Restated Second Step Engagement Letter between Merrill Lynch, Pierce, Fenner & Smith Incorporated, J.P. Morgan Securities Inc., Citigroup Global Markets Inc., and Banc of America Securities LLC, on the one hand, and Tribune Company, on the other, dated April 5, 2007;

23. Project Tower – Amended and Restated Second Step Fee Letter between J.P. Morgan Securities Inc. JPMorgan Chase Bank, N.A., Merrill Lynch Capital Corporation, Citigroup Global Markets, Inc., and Banc of America Securities LLC Banc of America

Bridge LLC Bank of America, N.A., on the one hand, and Tribune Company, on the other, dated April 5, 2007;

24. Project Tower – Amended and Restated First Step Fee Letter between J.P. Morgan Securities Inc., JPMorgan Chase Bank, N.A., Merrill Lynch Capital Corporation, Citigroup Global Markets Inc., and Banc of America Securities LLC, Bank of America, N.A., on the one hand, and Tribune Company, on the other, dated April 5, 2007;

25. Project Tower – Amended and Restated First Step Engagement Letter between J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Bank of America Securities, on the one hand, and Tribune Company, on the other, dated April 5, 2007;

26. Letter Agreement Revising Merger Agreement between Tribune Company and GreatBanc Trust Company, dated April 9, 2007;

27. Engagement Letter between Merrill Lynch and Tribune Company, dated October 17, 2005;

28. Engagement Letter between Morgan Stanley and Tribune Company, dated October 17, 2006;

29. Engagement Agreement between Valuation Research Corporation and Tribune Company, dated April 11, 2007;

30. Letter Agreement, dated April 23, 2007, among Tribune Company, EGI-TRB, L.L.C and Samuel Zell

31. Dealer Management Agreement by and among Tribune Company, Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., J.P. Morgan Securities Inc. and Banc of America Securities LLC, dated as of April 25, 2007;

32. First Amendment of Tribune Employee Stock Ownership Plan, dated as of September 4, 2007;

33. Tribune Employee Stock Ownership Trust, effective as of February 7, 2007;

34. Trustee Engagement Agreement between GreatBanc Trust Company and Tribune Company, dated February 26, 2007;

35. Trustee Engagement Agreement between GreatBanc Trust Company and Tribune Company, dated December 20, 2007;

36. Depositary Agreement between Computershare Shareholder Services, Inc. and Computershare Trust Company, on the one hand, and Tribune Company, on the other, dated April 2007;

37. Agreement between Innisfree M&A Incorporated and Tribune Company dated April 18, 2007;

38. Letter Agreement by and among Tribune Company, Greatbanc Trust Company, TESOP Corporation and EGI-TRB, L.L.C., dated as of April 9, 2007, amending the form and Bylaws of TESOP Corporation;

39. Letter Agreement between Duff & Phelps, LLC, and Tribune Company dated February 13, 2007;

40. Letter Agreement between Citigroup Global Markets, Inc., and Tribune Company dated October 27, 2006;

41. Application for Moody's Rating Assessment Service between Moody's Investor Services, Inc. and Tribune Company dated March 22, 2007;

42. Letter Agreement between Navigant Consulting Inc. and Tribune Company dated July 17, 2007;

43. Letter Agreement between PricewaterhouseCoopers, LLP and Tribune Company dated July 21, 2008;

44. Agreement between Standard & Poor's and Tribune Company dated March 21, 2007;

45. Underwriting Agreement, dated as of June 4, 2007, by and among Tribune Company, Goldman, Sachs & Co. and the selling stockholders named therein;

46. Agreement between Principal Financial Group and Tribune Company dated February 21, 2007;

47. Any and all executory contracts between any Debtor and another party concerning the retention and possible indemnification by a Debtor of a professional, including retained or proposed to be retained in connection with the Leveraged ESOP Transactions (as described in the Disclosure Statement), including, without limitation, all such contracts not listed on this Exhibit 6.3; and

48. Any and all executory contracts between any Debtor and another party concerning the ESOP, including, without limitation, all such contracts not listed on this Exhibit 6.3.

**For the avoidance of doubt, no executory contract relating to the indemnification of a current or former officer or director of the Debtor is being rejected pursuant to this Exhibit 6.3.**