**Exhibit 11.7.6 – Indemnification Claim Procedures**

## **Exhibit 11.7.6 – Indemnification Procedures**

Claims made by beneficiaries of the indemnities contained in <u>Section 11.7</u> of the Plan shall be submitted, resolved and reimbursed, if applicable, in accordance with the procedures set forth below.

1. The Indemnified Party shall give prompt notice in writing to the Reorganized Debtors (the "**Indemnifying Party**") of the assertion of any claim or the commencement of any suit, action or proceeding by any third party ("**Third Party Claim**") in respect of which indemnity may be sought under <u>Section 11.7</u> of the Plan. Such notice shall set forth in reasonable detail such Third Party Claim and the basis for indemnification (taking into account the information then available to the Indemnified Party). The failure to so notify the Indemnifying Party shall not relieve the Indemnifying Party of its obligations hereunder, except to the extent such failure shall have materially and adversely prejudiced the Indemnifying Party.

2. The Indemnified Party shall be entitled to select one counsel in connection with defending the Third Party Claim, and shall provide the Indemnifying Party with prompt notice of such selection. Such counsel's fees and expenses shall be paid by the Indemnifying Party to the extent provided by <u>Section 11.7</u> of the Plan.

3. Each party shall cooperate, and cause their respective affiliates to cooperate, in the defense or prosecution of any Third Party Claim and shall furnish or cause to be furnished such records, information and testimony, and attend such conferences, discovery proceedings, hearings, trials or appeals, as may be reasonably requested in connection therewith.

The Debtors reserve the right to supplement these procedures.