# EXHIBIT A

# Tribune Company:
# Restructuring Transactions

The following two column list provides information regarding the identity of each of the Debtors following the consummation of the Restructuring Transactions contemplated by the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries (as modified) (the "Plan"). The column titled "Pre-Emergence Entity" in the table below provides the current identity of each Debtor. Set forth opposite each such Debtor is the identity of its anticipated successor following the consummation of the Restructuring Transactions. Any row that lists multiple entities in the "Post-Emergence Entity" column indicates that the "Pre-Emergence Entity" is contributing its businesses among the entities set forth in the column titled "Post-Emergence Entity". The state of incorporation or formation for each entity is listed in parentheses in the "Pre-Emergence Entity" column, and unless otherwise noted, Delaware is the state of formation for all entities listed in the "Post-Emergence Entity" column. Capitalized terms not defined herein have the meaning given in the Plan. For more information regarding the Restructuring Transactions, please refer to Exhibit 5.2 of the Plan. The Debtors reserve the right to amend or modify the information set forth below without notice.

|  | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 1. | 435 Production Company (DE) | Tribune Entertainment Company, LLC |
| 2. | 5800 Sunset Productions Inc. (DE) | Tribune Entertainment Company, LLC |
| 3. | Baltimore Newspaper Networks, Inc. (MD) | Patuxent Publishing Company, LLC |
| 4. | The Baltimore Sun Company (MD) | The Baltimore Sun Company, LLC |
| 5. | California Community News Corporation (DE) | California Community News, LLC |
| 6. | Candle Holdings Corporation (DE) | Tribune Investments, LLC |
| 7. | Channel 20, Inc. (DE) | Tribune Broadcasting Company, LLC |
| 8. | Channel 39, Inc. (DE) | WSFL, LLC |
| 9. | Channel 40, Inc. (DE) | KTXL, LLC |
| 10. | Chicago Avenue Construction Company (IL) | Chicago Tribune Company, LLC |
| 11. | ChicagoLand Microwave Licensee, Inc. (DE) | ChicagoLand Television News, LLC |
| 12. | Chicagoland Publishing Company (DE) | Chicagoland Publishing Company, LLC |
| 13. | Chicagoland Television News, Inc. (DE) | Chicagoland Television News, LLC |
| 14. | Chicago River Production Company (DE) | Tribune Entertainment Company, LLC |
| 15. | Chicago Tribune Company (IL) | Chicago Tribune Company, LLC |
| 16. | Chicago Tribune Newspapers, Inc. (IL) | Chicago Tribune Company, LLC |
| 17. | Chicago Tribune Press Service, Inc. (IL) | Chicago Tribune Company, LLC |
| 18. | Courant Specialty Products, Inc. (CT) | The Hartford Courant Company, LLC |
| 19. | The Daily Press, Inc. (DE) | The Daily Press, LLC |
| 20. | Direct Mail Associates, Inc. (PA) | The Morning Call, LLC |
| 21. | Distribution Systems of America, Inc. (NY) | Tribune ND, LLC |
| 22. | Eagle New Media Investments, LLC (DE)† | Tribune Publishing Company, LLC<br>Chicagoland Publishing Company, LLC |
| 23. | Eagle Publishing Investments, LLC (DE) | Tribune Investments, LLC |
| 24. | forsalebyowner.com corp. (NY) | forsalebyowner.com, LLC |

---

† Eagle New Media Investments, LLC will convey the assets and liabilities of Chicago Magazine to Chicagoland Publishing Company, LLC and subsequently will merge into Tribune Publishing Company, LLC.

CH1 5397282v.1

|     | Pre-Emergence Entity | Post-Emergence Entity |
| --- | --- | --- |
| 25. | ForSaleByOwner.com Referral Services LLC (FL) | ForSaleByOwner.com Referral Services LLC |
| 26. | Fortify Holdings Corporation (DE) | Tribune Investments, LLC |
| 27. | Forum Publishing Group, Inc. (DE) | Sun-Sentinel Company, LLC |
| 28. | Gold Coast Publications, Inc. (DE) | Sun-Sentinel Company, LLC |
| 29. | GreenCo, Inc. (DE) | Tribune Investments, LLC |
| 30. | The Hartford Courant Company (CT) | The Hartford Courant Company, LLC |
| 31. | Heart & Crown Advertising, Inc. (CT) | The Hartford Courant Company, LLC |
| 32. | Homeowners Realty, Inc. (UT) | forsalebyowner.com, LLC |
| 33. | Homestead Publishing Co. (MD) | Homestead Publishing Co., LLC |
| 34. | Hoy, LLC (NY) | Tribune ND, LLC |
| 35. | Hoy Publications, LLC (DE) | Hoy Publications, LLC (no change) |
| 36. | InsertCo, Inc. (NY) | Tribune 365, LLC |
| 37. | Internet Foreclosure Service, Inc. (NY) | Internet Foreclosure Service, LLC |
| 38. | JuliusAir Company II, LLC (DE) | Tribune Investments, LLC |
| 39. | JuliusAir Company LLC (DE) | Tribune Investments, LLC |
| 40. | KIAH Inc. (DE) | KIAH, LLC |
| 41. | KPLR, Inc. (MO) | KPLR, Inc. (MO) (no change) |
| 42. | KSWB Inc. (DE) | KSWB, LLC |
| 43. | KTLA Inc. (CA) | KTLA, LLC |
| 44. | KWGN Inc. (DE) | KWGN, LLC |
| 45. | Los Angeles Times Communications LLC (DE) | Los Angeles Times Communications LLC (no change) |
| 46. | Los Angeles Times International, Ltd. (CA) | Tribune Publishing Company, LLC |
| 47. | Los Angeles Times Newspapers, Inc. (DE) | Los Angeles Times Communications LLC |
| 48. | Magic T Music Publishing Company (DE) | Magic T Music Publishing Company, LLC |
| 49. | The Morning Call, Inc. (PA) | The Morning Call, LLC |
| 50. | NBBF, LLC (DE) | NBBF, LLC (no change) |
| 51. | Neocomm, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 52. | New Mass. Media, Inc. (MA) | The Hartford Courant Company, LLC |
| 53. | Newscom Services, Inc. (DE) | Tribune Publishing Company, LLC |
| 54. | Newspaper Readers Agency, Inc. (IL) | Chicago Tribune Company, LLC |
| 55. | North Michigan Production Company (DE) | Tribune Entertainment Company, LLC |
| 56. | North Orange Avenue Properties, Inc. (FL) | Orlando Sentinel Communications Company, LLC |
| 57. | Oak Brook Productions, Inc. (DE) | Oak Brook Productions, LLC |
| 58. | Orlando Sentinel Communications Company (DE) | Orlando Sentinel Communications Company, LLC |
| 59. | The Other Company LLC (DE) | The Other Company LLC (no change) |
| 60. | Patuxent Publishing Company (MD) | Patuxent Publishing Company, LLC |
| 61. | Publishers Forest Products Co. of Washington (WA) | Tribune Investments, LLC |

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 62. | Sentinel Communications News Ventures, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 63. | Shepard's Inc. (DE) | Tribune Investments, LLC |
| 64. | Signs of Distinction, Inc. (MD) | The Baltimore Sun Company, LLC |
| 65. | Southern Connecticut Newspapers, Inc. (CT) | Tribune Publishing Company, LLC |
| 66. | Star Community Publishing Group, LLC (DE) | Tribune ND, LLC |
| 67. | Stemweb, Inc. (NY) | forsalebyowner.com, LLC |
| 68. | Sun-Sentinel Company (DE) | Sun-Sentinel Company, LLC |
| 69. | Times Mirror Land and Timber Company (OR) | Tribune Investments, LLC |
| 70. | Times Mirror Payroll Processing Company, Inc. (DE) | Tribune Investments, LLC |
| 71. | Times Mirror Services Company, Inc. (DE) | Tribune Investments, LLC |
| 72. | TMLH 2, Inc. (CA) | The Hartford Courant Company, LLC |
| 73. | TMLS I, Inc. (CA) | Tribune Publishing Company, LLC |
| 74. | TMS Entertainment Guides, Inc. (DE) | TMS Entertainment Guides, LLC |
| 75. | Tower Distribution Company (DE) | Tower Distribution Company, LLC |
| 76. | Towering T Music Publishing Company (DE) | Towering T Music Publishing Company, LLC |
| 77. | Tribune Broadcast Holdings, Inc. (DE)[‡] | WTTV, LLC<br>KRCW, LLC |
| 78. | Tribune Broadcasting Company (DE) | Tribune Broadcasting Company, LLC |
| 79. | Tribune Broadcasting Holdco, LLC (DE) | Tribune Broadcasting Company, LLC |
| 80. | Tribune California Properties, Inc. (DE) | Tribune Investments, LLC |
| 81. | Tribune CNLBC, LLC (DE) | Tribune CNLBC, LLC<br>(no change) |
| 82. | Tribune Company (DE) | Tribune Company<br>(no change) |
| 83. | Tribune Direct Marketing, Inc. (DE) | Tribune Direct Marketing, LLC |
| 84. | Tribune Entertainment Company (DE) | Tribune Entertainment Company, LLC |
| 85. | Tribune Entertainment Production Company (DE) | Tribune Entertainment Company, LLC |
| 86. | Tribune Finance, LLC (DE) | Tribune Investments, LLC |
| 87. | Tribune Finance Service Center, Inc. (DE) | Tribune Investments, LLC |
| 88. | Tribune License, Inc. (DE) | Tribune Publishing Company, LLC |
| 89. | Tribune Los Angeles, Inc. (DE) | Los Angeles Times Communications LLC |
| 90. | Tribune Manhattan Newspaper Holdings, Inc. (DE) | Tribune ND, LLC |
| 91. | Tribune Media Net, Inc. (DE) | Tribune 365, LLC |
| 92. | Tribune Media Services, Inc. (DE) | Tribune Media Services, LLC |
| 93. | Tribune Network Holdings Company (DE) | Tribune Broadcasting Company, LLC |
| 94. | Tribune New York Newspaper Holdings, LLC (DE) | Tribune ND, LLC |
| 95. | Tribune NM, Inc. (DE) | Tribune Publishing Company, LLC |

---

[‡] Tribune Broadcast Holdings, Inc. will (i) convey assets and liabilities of the WTTV television station to WTTV, LLC and (ii) convey assets and liabilities of the KRCW television station to KRCW, LLC.

3

|  | **Pre-Emergence Entity** | **Post-Emergence Entity** |
|---|---|---|
| 96. | Tribune Publishing Company (DE) | Tribune Publishing Company, LLC |
| 97. | Tribune Television Company (DE)[§] | WTIC, LLC<br>WXIN, LLC<br>KDAF, LLC<br>WPHL, LLC<br>WPMT, LLC |
| 98. | Tribune Television Holdings, Inc. (DE)[**] | WXMI, LLC<br>KMYQ, LLC |
| 99. | Tribune Television New Orleans, Inc. (DE) | Tribune Broadcasting New Orleans, LLC |
| 100. | Tribune Television Northwest, Inc. (DE) | KCPQ, LLC |
| 101. | Tribune Washington Bureau Inc. (DE) | Tribune Washington Bureau, LLC |
| 102. | ValuMail, Inc. (CT) | The Hartford Courant Company, LLC |
| 103. | Virginia Community Shoppers, LLC (DE) | The Daily Press, LLC |
| 104. | Virginia Gazette Companies, LLC (DE) | The Daily Press, LLC |
| 105. | WATL, LLC (DE) | Tribune Broadcasting Company, LLC |
| 106. | WCWN LLC (DE) | Tribune Broadcasting Company, LLC |
| 107. | WDCW Broadcasting, Inc. (DE) | WDCW, LLC |
| 108. | WGN Continental Broadcasting Company (DE) | WGN Continental Broadcasting Company, LLC |
| 109. | WLVI Inc. (DE) | Tribune Broadcasting Company, LLC |
| 110. | WPIX, Inc. (DE) | WPIX, LLC |
| 111. | WCCT, Inc. (f/k/a WTXX Inc.) (DE) | WCCT, LLC |

---

[§] Tribune Television Company will convey (i) the assets and liabilities of the WTIC television station to WTIC, LLC, (ii) the assets and liabilities of the WXIN television station to WXIN, LLC, (iii) the assets and liabilities of the KDAF television station to KDAF, LLC, (iv) the assets and liabilities of the WPHL television station to WPHL, LLC and (v) the assets and liabilities of the WPMT television station to WPMT, LLC.

[**] Tribune Television Holdings, Inc. will (i) convey the assets and liabilities of the WXMI television station to WXMI, LLC and (ii) convey the assets and liabilities of the KMYQ television station to KMYQ, LLC.