# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In Re:  
TRIBUNE Company et AL,  
Debtors

Chapter 11  
Case No. 08-13141 (KJC)

Patrick J. Simpson, movant  
Jonathan Lee Riches, movant  
Daniel Anthony Weymouth, movant

[Motion to Objection to Joint Plan of Reorganization]

[Motion to Intervene as Plaintiff & creditors under Rule 7024, Rule 24(A)², 24(B)]

Comes Now, the Plaintiff, creditors Patrick J. Simpson, Jonathan Lee Riches, Daniel Anthony Weymouth, moves this honorable court to object to the Joint Plan of reorganization and moves to intervene as creditors and Plaintiffs in this case under Fed. R. Bankruptcy P. rule 7024 and moves to intervene under Fed. R. of Civ. P rule 24(A)² as a unconditional matter of right.

Zuber v. Allen

Moves to intervene under rule 24(B) - permissive intervention

Nevilles v. EEOC

We have newly discovered evidence to submit to this court including documents, exhibits, and financial records.

We object to the Joint Plan of reorganization into this case as we need fair time to analyze and inspect the details of this Bankruptcy procedure.

We move for a teleconference to attend the August 13, 2010 meeting at 4pm as the movants are currently receiving medical and psychological treatment at the Federal medical center at Lexington Kentucky. The Debtors of the Tribune, the Los Angeles Times, WLVI TV, WTXX Inc, and the Daily Press continue to write and defame our characters writing fraudulent stories about the RDAP

Program held at FMC Lexington, the RDAP's financial ties with the Tribune and with DR. Amanda Hughes a/k/a DR. Amanda Leigh Hughes who is a BLS. Drug Treatment Specialist in the RDAP Program at FMC Lexington, 859-255-6812. DR. Hughes has been Treating the CFO and Corporate Executives of the tribune in the 1990s for outpatient drug abuse. One of the Tribune executives got DR. Hughes pregnant with a son. DR. Hughes Does Not Know which executive of the Tribune it is as she slept with a dozen of them a dozen Times. DR. Hughes son now does not know who the father is. DR. Hughes has contacted the tribune and demanded paternity tests and DNA from the corporate executives otherwise she is going to sell the story to the National Enquirer. DR. Hughes is in fear as her son grows up without a father he will become a Juvenile Delinquent and drug Addict. DR. Hughes is Blackmailing Tribune executives. Google "DR. Amanda Hughes" to see the details. DR. Hughes is frustrated that she takes her anger out at innocent inmates that are RDAP Participants and kicks them out of the Program. Harvey Logan, Jonathan Fend, Gerald Moreman, Edward Moore, Andre Cowley, Oscar Nunez all of them got kicked out of RDAP due to DR. Hughes mistreatment. All of them have been Saying on the record that they are contacting Private investigators and finding out where DR. Hughes Lives, her family, and where her son lives and everything about her son, once this information is revealed, these individuals along with Tribune newspaper reporters are going to create the official DR. Amanda Hughes website with everything about her. Movants are whistleblowing this information and are in fear that our primaries are going to find this out and kick us out of the RDAP Program for not revealing this information. The whole world wants to know who is the father to DR. Hughes child and why DR. Hughes is abusing her own child Physically, Mentally and Sexually. DR. Hughes has Pending Litigation Against her, other media outlets are curious to do a story on DR. Hughes as she also takes home perscription drugs that she smuggles from the FMC Pharmacy at Lexington and experiments with them with her son under the Debtors Direct orders.

Movants can be reached and contacted at the below Addresses and prays this court will grant their motions for relief.

respectfully,

_____
Patrick J. Simpson                5-1-10

Patrick J. Simpson
#05095036
P.O. Box 14500
Lexington, KY 40512


_____
                                  7-22-10

Jonathan Lee Riches
#40948018
P.O. Box 14500
Lexington, KY 40512


_____
Daniel A. Weymouth                5-1-10

Daniel Anthony Weymouth
P.O. Box 14500
Lexington, KY 40512