**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

In re:                                                    :    Chapter 11

TRIBUNE COMPANY., et al.,                                 :    Case No. 08-13141 (KJC)

                Debtors.                          :    (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x

**CERTIFICATE OF SERVICE**

    I, Amy D. Brown of Margolis Edelstein hereby certify that on July 30, 2010, service of the

**Joinder of Chicago Tribune Company in Motion of Court-Appointed Examiner for Order**

**Overruling Claims of Confidentiality With Respect to the Report and its Exhibits** was made

on the parties on the attached service list in the manner indicated therein via e-mail and or U.S.

Mail.

                        MARGOLIS EDELSTEIN

              By:   /s/ Amy D. Brown
                    Amy D. Brown (#4077)
                    750 Shipyard Drive
                    Wilmington, DE 19801
                    Tel:  (302) 888-1112
                    Fax:  (302) 888-1119

                    *Counsel for the Chicago Tribune Company*

Dated:  July 30, 2010