ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
(COUNSEL TO: TRUCK DRIVERS AND HELPERS
LOCAL 355
HEALTH AND WELFARE AND PENSION
FUNDS)809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN & PHILIP C.
DUBLIN, ESQS.
ONE BRYANT PARK
(COUNSEL TO CENTERBRIDGE CREDIT
ADVISORS LLC.)
NEW YORK, NY 10036

ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
(COUNSEL TO NAVISTAR FINANCIAL CORP. &
NAVISTARLEASING CO.)
WILMINGTON, DE 19801

BANC OF AMERICA BRIDGE LLC
LYNN D. SIMMONS, SR. VICE PRESIDENT
BANK OF AMERICA STRATEGIC SOLUTIONS
MAIL CODE: IL1-231-11-19231 SOUTH LASALLE
STREET
CHICAGO, IL 60604

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
(COUNSEL TO IRON MOUNTAIN INFORMATION
MGMT INC.)
BOSTON, MA 02110

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF, LLP
ATTN. DAVID M. NEUMANN, ESQUIRE
(COUNSEL TO WILMINGTON TRUST
COMPANY)
200 PUBLIC SQUARE SUITE 2300
CLEVELAND, OH 44114-2378

BLOOM HERGOTT DIEMER ROSENTHAL
LAVIOLETTE FELDMAN
& GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA 90212

BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. &
CERTAIN OF ITS
AFFILIATES INCLUDING UNIVERSAL CITY
STUDIOSPRODUCTIONS LLLP)
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801
BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
(COUNSEL TO ORACLE USA, INC.)
SAN FRANCISCO, CA 94105-2126

CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD 20815

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
(COUNSEL TO: TRUCK DRIVERS AND HELPERS
LOCAL 355
HEALTH AND WELFARE FUND AND PENSION
FUND)809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
(COUNSEL TO IAM LODGE NO. 126)
CHICAGO, IL 60606

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN, ESQ.
500 DELAWARE AVENUE, 8TH AVENUE
P.O. BOX 1150(COUNSEL TO RICKETTS
ACQUISITION LLC AND CHICAGO
BASEBALL HOLDINGS, LLC)
WILMINGTON, DE 19899

BARACK FERRAZZANO KIRSCHBAUM &
NAGELBERG LLP
ATTN. GEORGE R. MESIRES, ESQ.
(COUNSEL TO KTR SOUTH FLORIDA LLC)
200 WEST MADISON ST., SUITE 3900
CHICAGO, IL 60606

BAYARD, P.A.
ATTN: JAMIE L. EDMONSON, ESQ.
COUNSEL TO GBH INVESTMENTS, LLC
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE 19801

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF, LLP
ATTN. JENNIFER R. HOOVER, ESQ.
222 DELAWARE AVENUE, SUITE 801
(COUNSEL TO WILMINGTON TRUST
COMPANY)
WILMINGTON, DE 19801

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY
GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
(COUNSEL TO: CWA/ITV NEGOTIATED
PENSION PLAN)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

CALLAHAN & BLAINE
ATTN: EDWARD SUSOLIK, ESQUIRE
(COUNSEL TO JON VAN SEMUS BY AND THRU
NEALA OLSEN)
3 HUTTON DRIVE, NINTH FLOOR
SANTA ANA, CA 92707

CHADBOURNE & PARKE LLP
COUNSEL TO THE UNSECURED CREDITORS'
CO
ATTN HOWARD SEIFE, DAVID M LEMAY,
DOGULAS E
DEUTSCH30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III, CORPORATE
COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

ANDREW S. CONWAY, ESQUIRE
(COUSNEL TO TAUBMAN LANDLORDS)
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
(COUNSEL TO BANC OF AMERICA LEASING &
CAPITAL LLC)
CHICAGO, IL 60611

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
(COUNSEL TO MORGAN STANLEY & CO., INC.)
WILMINGTON, DE 19801

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
(COUNSEL TO: ENTERPRISE GARAGE CORP.)
270 MADISON AVENUE
NEW YORK, NY 10016

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN
COLLINS, ESQS.
(COUNSEL TO: D. NEIL, C. BROWN, H.
WEINSTEIN, W.
ROCHE, JR., M. LEVIN, & J. MAKINEN)800 N.
KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801
BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL,
ESQ.
(COUNSEL TO WILMINGTON TRUST
COMPANY)
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
(COUNSEL TO SONY PICTURES TELEVISION)
LOS ANGELES, CA 90017-2457

CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
NEW HYDE PARK, NY 11042

CHARLES E. DAVIDOW
2001 K. STREET, N.W.
(COUNSEL TO CITICORP NORTH AMERICA,
INC. AND
CITIGROUP GLOBAL MARKETS INC.)
WASHINGTON, DC 20006-1047

CHRISTINE Z. HERI
(COUNSEL TO HILDA L. SOLISI, SECRETARY OF
LABOR
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR230
SOUTH DEARBORN, ROOM 844
CHICAGO, IL 60604

COHEN WEISS & SIMON LLP
COUNSEL TO AMERICAN FEDERATION OF
TELEVISION &
RADIO ARTISTS
ATTN BABETTE A CECCOTI330 WEST 42ND
STREET
NEW YORK, NY 10036

CONNOLLY BOVE LODGE & HUTZ LLP
ATTN: JEFFREY C. WISLER, ESQ.
MARC J. PHILLIPS, ESQ.
THE NEMOURS BUILDING1007 NORTH
ORANGE STREET; PO BOX 2207
WILMINGTON, DE 19899

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
(COUNSEL TO TWENTIETH TELEVISION, INC.)
WILMINGTON, DE 19801

CROWELL & MORING LLP
ATTN: MICHAEL V. BLUMENTHAL, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. AND
CERTAIN OF ITS
AFFILIATES INCLUDING UNIVERSAL CITY
STUDIOSPRODUCTIONS LLLP
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022
DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. &
SOMMER L. ROSS
(COUNSEL TO SONY PICTURES TELEVISION,
INC.)
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801

ELLIOTT GREENLEAF
COUNSEL TO CORESTAFF SERVICES
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800(COUNSEL TO RICKETTS
ACQUISITION LLC AND CHICAGO
BASEBALL HOLDINGS, LLC)
CHICAGO, IL 60610-4500

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
(COUNSEL TO ANTON BAUER, INC, CAMERA
DYNAMICS,INC., NUCOMM, INC., AND RF
CENTRAL, LLC)
101 BILBY ROAD
HACKETTSTOWN. NJ 07840
FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
(COUNSEL TO COMCAST SPOTLIGHT &
COMCAST)
BOSTON, MA 02110

CIARDI CIARDI & ASTIN
DANIEL K. ASTIN, ESQ.; CARL D. NEFF, ESQ.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, STE
700(COUNSEL TO ROBERT R. MCCORMICK
FOUNDATION &
CANTIGNY FOUNDATION)
WILMINGTON, DE 19801
COLE SCHOTZ MEISEL FORMAN & LEONARD,
PA
NORMAN L PERNICK, ESQ/J KATE STICKLES,
ESQ
(LOCAL COUNSEL FOR THE DEBTORS)
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
(COUNSEL TO: AMERICAN FEDERATION OF
TELEVISION &
RADIO ARTISTS)1000 WEST STREET, 10TH
FLOOR
WILMINGTON, DE 19801

CROSS & SIMON LLC
COUNSEL TO WASHINGTON-BALTIMORE
NEWSPAPER GUILD,
LOCAL 32035, TNG-CWA
ATTN CHRISTOPHER P SIMON & TARA M
DIROCCO, ESQS919 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DE 19801
DANIEL SMIRLOCK, DEPUTY COMMISSIONER
AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
(COUNSEL TO THE NEW YORK STATE
DEPARTMENT OFTAXATION AND FINANCE)
ROCHESTER, NY 14604

ECKERT,SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
(COUNSEL TO THE NIELSEN COMPANY)
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
(COUNSEL TO K ASSOC. & CRENSHAW 3840
PARTNERS,LLC)
BEVERLY HILLS, CA 90212

FOX ROTHSCHILD LLP
ATTN:  JEFFREY M. SCHLERF, JOHN H.
STROCK, ESQS.
(COUNSEL TO: WELLS FARGO BANK, N.A.)
CITIZENS BANK CENTER919 NORTH MARKET
STREET, SUITE 1600
WILMINGTON, DE 19801

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. & DEVON J.
EGGERT,
ESQ.
(COUNSEL TO MERCER (US) INC.)311 SOUTH
WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

CITICORP NORTH AMERICA, INC
750 WASHINGTON BLVD.
STAMFORD, CT 06901-3722

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF
REVENUE, BUREAU OF ACCOUNTS
SETTLEMENT
THOMAS W. CORBETT, JR., ATTORNEY
GENERAL
CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY
GENERALPA I.D. NO. 049219
COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN,
ROCHE, LEVIN,
& MAKINEN)840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

CROUDACE & DIETRICH LLP
ATTN. MARK A NITIKMAN, ESQUIRE
(COUNSEL TO BKM 3128 REDHILL, LLC, A
CALIFORNIA
LIMITED LIABILITY COMPANY)4750 VON
KARMAN AVENUE
NEWPORT BEACH, CA 92660

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.450 LEXINGTON
AVENUE
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
NEW YORK, NY 10017

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
(COUNSEL TO BARCLAYS BANK PLC)
WILMINGTON, DE 19801

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
(COUNSEL TO RICKETTS ACQUISITION LLC
AND CHICAGOBASEBALL HOLDINGS, LLC)
MILWAUKEE, WI 53202-5306

FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
(COUNSEL TO JONES LANG LASALLE
AMERICAS (ILLINOIS)
L.P.)325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1900 AVENUE OF THE STARS, SUITE 1800
(COUNSEL TO ISAKSEN INVESTMENTS, LLC)
LOS ANGELES, CA 90067-4409

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS
CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120(SAM'S CLUB
BRC)
MIAMI, FL 33131-1605

GOHN HANKEY & STICHEL LLP
COUNSEL TO CORESTAFF SERVICES
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
BALTIMORE, MD 21201

HARRIS CORPORATION
ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL 32919

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT &
RECOVERY ANALY
2125 E. KATELLA AVE.
SUITE 400
ANAHEIM, CA 92806

HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN, COUNTY
SOLICITOR &
CAMELA J. SANDMANN, ASSISTANT COUNTY
SOLICITOR
GEORGE HOWARD BUILDING3430
COURTHOUSE DRIVE
ELLICOTT CITY. MD 21043

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326

JEFFER, MANGELS, BUTLER & MARMARO LLP
ATTN: KEITH D. ELKINS, ESQ.
1900 AVENUE OF THE STARS, 7TH FLOOR
(COUNSEL TO LIT FINANCE, LP)
LOS ANGELES, CA 90067

K&L GATES LLP
CHARLES R. SMITH, ESQ.
HENRY W. OLIVER BUILDING
535 SMITHFIELD ST(COUNSEL TO GREATBANC
TRUST COMPANY)
PITTSBURGH, PA 15222-2312

KELLEY DRYE & WARREN LLP
ERICK R. WILSON, ESQ.
HOWARD S.STEEL, ESQ.
101 PARK AVENUE(COUNSEL TO TELEREP,
LLC)
NEW YORK, NY 10178

LANDIS RATH & COBB LLP
COUNSEL FOR THE UNSECURED CREDITORS'
COMM
ATTN ADAM G LANDIS & MATTHEW B
MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE 19801

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC
AND HOFF, LTD.
ATTN. BRIAN M. DOUGHERTY
(COUNSEL TO NORTHLAKE PROPERTY, LLC,
MIDWEST
WAREHOUSE & DISTRIBUTION SYSTEM, INC.
AND BEDFORDMOTOR SERVICE, INC.)
835 MCCLINTOCK DRIVE. SECOND FLOOR
HENNIGAN, BENNETT & DORMAN, LLP
ATTN: BRUCE BENNETT, JAMES O. JOHNSON
AND JOSHUA
D. MORSE, ESQS.
865 SOUTH FIGUEROA STREET, SUITE
2900(COUNSEL TO VARIOUS PARTIES LISTED
IN NOA)
LOS ANGELES. CA 90017

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE
COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID 83714-0021

IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
VILLA PARK, IL 60181

J. SCOTT DOUGLASS
909 FANNIN, SUITE 1800
HOUSTON, TX 77010

JP MORGAN CHASE BANK, NA AS AGENT
1111 FANNIN, 10TH FLOOR
HOUSTON, TX 77002

KAMAKAZEE KIWI COPORATION
3835-R EAST
THOUSDAN OAKS BLVD. #343
THOUSAND OAKS, CA 91362

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN:  KENNETH N. KLEE, ESQ.
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

LESLIE A. COHEN, ESQUIRE
LESLIE COHEN LAW, PC
506 SANTA MONICA BLVD., SUITE 200
SANTA MONICA, CA 90401

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
COUNSEL TO HARRIS COUNTY
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX 77253-3064

GREENE RADOVSKY MALONEY SHARE &
HENNIGH LLP
EDWARD J. TREDINNICK, ESQ.
FOUR EMBARCARDERO CENTER, STE 4000
(COUNSEL TO CATELLUS DEVELOPMENT
CORP.)
SAN FRANCISCO, CA 94111

HERRICK FEINSTEIN LLP
COUNSEL TO CANON USA INC, INTELSAT
CORPORATION
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

HOGAN & HARTSON LLP
ATTN: SCOTT A. GOLDEN, IRA S. GREENE,
ESQS.
875 THIRD AVENUE
(COUNSEL TO ABITIBI BOWATER, INC.,
ABITBICONSOLIDATED SALES CORPORATON
AND BOWATER, INC.;
DOW JONES & COMPANY)

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD 21201

JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
(COUNSEL TO SODEXO, INC.)
CHARLOTTE, NC 28233

K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
599 LEXINGTON AVE
(COUNSEL TO GREATBANC TRUST COMPANY)
NEW YORK, NY 10022-6030

KAYE SCHOLER LLP
425 PARK AVE
MADLYN GLEICH PRIMOFF, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL CORP
AS ADMINAGENT)
NEW YORK, NY 10022

KLEE, TUCHIN, BOGDANOFF & STERN, LLP
ATTN: LEE R. BOGDANOFF, MARTIN R.
BARASH, ESQS.
(COUNSEL TO: EXAMINER-
DESIGNATE,KENNETH KLEE, ESQ)
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067-6049

LEWIS, FEINBERG, LEE, RENAKER & JACKSON,
P.C.
ATTN: DANIEL FEINBERG, ANGELICA K.
JONGCO, NINA
WASOW, ESQS.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN,
ROCHE, LEVIN,& MAKINEN)
1330 BROADWAY. SUITE 1800

LINEBARGER GOGGAN BLAIR & SAMPSON,
LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600(COUNSEL TO DALLAS COUNTY)
DALLAS, TX 75201

LOWNDES, DROSDICK, DOSTER, KANTOR AND
REED, P.A.
ATTN: ZACHARY J. BANCROFT, EST.
450 S. ORANGE AVE, SUITE 800
(COUNSEL TO ORLANDO MAGIC, LTD.)
ORLANDO, FL 32801

MCCARTER & ENGLISH, LLP
ATTN: DAVID ADLER, ESQ.
245 PARK AVE, 27TH FL
(COUNSEL TO DEUTSCHE BANK TRUST
COMPANY AMERICAS)
NEW YORK, NY 10167

MCPHARLIN SPRINKLES & THOMAS, LLP
ATTN. ELAIN M. SEID
(COUNSEL TO DIABLO INVESTMENT CO.)
10 ALMADEN BLVD., SUITE 1460
SAN JOSE, CA 95113

MICHAEL A. COX, ATTORNEY GENERAL AND
DEBORAH B.
WALDMEIR, ASSISTANT ATTORNEY GENERAL
STATE OF MICHIGAN, DEPT. OF TREASURY
CADILLAC PLACE, STE. 10-2003030 W. GRAND
BLVD.
DETROIT, MI 48202

MONZACK MERSKY MCLAUGHLIN AND
BROWDER, P.A.
ATTN. RACHEL B. MERSKY, ESQUIRE
(COUNSEL TO BKM 3128 REDHILL, LLC, A
CALIFORNIA
LIMITED LIABILITY COMPANY)1201 N.
ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

NAVISTAR LEASING COMPANY
425 N. MARTINGALE ROAD, 18TH FLOOR
SCHAUMBURG, IL 60173

OFFICE OF ATTORNEY GENERAL
ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY
ATTORNEY
GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603

O'MELVENY & MYERS LLP
ATTN: EVAN M. JONES, ESQ.
400 SOUTH HOPE STREET
(COUNSEL TO BANK OF AMERICA, N.A. AND
BANC OFAMERICA SECURITIES LLC)
LOS ANGELES, CA 90071

PAUL, WEISS, RIFKIND, WHARTON &
GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW
GORDON, DAVID W.
BROWN, LAUREN SHUMEJDA, & STUART
MCPHAIL
1285 AVENUE OF THE AMERICAS(COUNSEL TO
CITICORP NORTH AMERICA. INC. AND
PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H.
SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709(COUNSEL
TO BANK OF AMERICA, N.A. & BANC OF
AMERICA SECURITIES LLC)
WILMINGTON, DE 19899-1709

MAUREEN A. MCGREEVEY, ESQUIRE
SENIOR LITIGATION COUNSEL
SUNGARD
682 E. SWEDESFORD ROAD
WAYNE, PA 19087

MCCARTER & ENGLISH, LLP
ATTN: KATHARINE L. MAYER, ESQ.
RENAISSANCE CENTRE
405 N. MARKET STREET, 8TH FL(COUNSEL TO
DEUTSCHE BANK TRUST COMPANY
AMERICAS)
WILMINGTON, DE 19801

MEITES, MULDER, MOLLICA & GLINK
ATTN: THOMAS MEITES, MICHAEL MULDER,
ESQS.
(COUNSEL TO: NEIL, BROWN, WEINSTEIN,
ROCHE, LEVIN,
& MAKINEN)20 S. CLARK STREET, SUITE 1500
CHICAGO, IL 60603

MICHAEL SCHLOSS
(COUNSEL TO HILDA L. SOLIS, SECRETARY OF
LABOR)
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF
LABORPLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC 20013

MORGAN STANLEY FIXED INCOME
ATTN: CAROLYN ADLER
1585 BROADWAY, 2ND FLOOR
NEW YORK, NY 10036

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
ATTN. ROBERT L. COOK, DISTRICT TAX
ATTORNEY
333 EAST WASHINGTON ST., 3RD FLOOR
SYRACUSE, NY 13202

OFFICE OF THE UNITED STATES TRUSTEE
JOSEPH J. MCMAHON, JR., ESQ.
UNITED STATES DEPT OF JUSTICE
844 KING STREET, SUITE 2207LOCKBOX #35
WILMINGTON, DE 19899-0035

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, TIMOTHY P.
CAIRNS AND
MARK M. BILLION, ESQS.
919 N. MARKET STREET, 17TH FLOORP.O. BOX
8705
(COUNSEL TO CENTERBRIDGE CREDIT
ADVISORS LLC.)
PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R
BURTON, &
KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL1200 K
STREET, NW
WASHINGTON, DC 20005-4026

PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
(COUNSEL TO: VALUATION RESEARCH
CORPORATION)
WILMINGTON, DE 19806

MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G.
TOUGAS, ESQ.,
AMIT K. TREHAN, ESQ., JEAN-MARIE L.
ATAMIAN, ESQ.
(COUNSEL TO BARCLAYS)1675 BROADWAY
NEW YORK, NY 10019

MCGUIRE WOODS LLP
ATTN. PAUL J. CATANESE & PATRICIA K.
SMOOTS
(COUNSEL TO THE NIELSEN COMPANY (US)
LLC
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

MESSANA ROSNER & STERN, LLP
FREDERICK B. ROSNER, ESQ.
1000 N. WEST STREET, SUITE 1200
(COUNSEL TO INTELSAT CORPORATION)
WILMINGTON, DE 19801

MISSOURI DEPARTMENT OF REVENUE
ATTN: SHERYL L. MOREAU
SPECIAL ASSISTANT ATTORNEY GENERAL
GENERAL COUNSEL'S OFFICE301 W. HIGH
STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, PC
ATTN: COLLEEN E. MCMANUS
191 NORTH WACKER DRIVE, STE 1800
(COUNSEL TO CF 4242 BRYN MAWR LLC)
CHICAGO, IL 60606

NOLAN, PLUMHOFF & WILLIAMS, CHARTERED
ATTN. ROBERT L. HANLEY, JR. ESQUIRE
(COUNSEL TO ST. JOHN PROPERTIES, INC.)
SUITE 700, NOTTINGHAM CENTRE502
WASHINGTON AVENUE
TOWSON, MD 21204

O'MELVENY & MYERS LLP
ATTN: BRADLEY J. BUTWIN, DANIEL L.
CANTOR,
TIMES SQUARE TOWER
7 TIMES SQUARE(COUNSEL TO BANK OF
AMERICA, N.A. AND BANC OF
AMERICA SECURITIES LLC)
NEW YORK, NY 10036
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
ATTN: STEPHEN P. LAMB
1000 N. WEST STREET, SUITE 1200
(COUNSEL TO CITICORP NORTH AMERICA,
INC. ANDCITIGROUP GLOBAL MARKETS INC.)
WILMINGTON, DE 19801

PEPPER HAMILTON LLP
ATTN. DAVID B. STRATTON, LEIGH-ANNE M.
RAPORT,ESQ.
(COUNSEL TO PPF OFF TWO PARK AVENUE
OWNER)
HERCULES PLAZA, SUITE 51001313 MARKET
STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
(COUNSEL TO THE PARTIES REFERENCED IN
THE FIRST
AMENDED VERIFIED STATEMENT OF
TEITELBAUM & BASKINLLP)
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
(COUNSEL TO MERRILL LYNCH CAPITAL CORP
AS ADMIN
AGENT)HERCULES PLAZA
1313 N MARKET ST, PO BOX 951
WILMINGTON, DE 19899-0951

QUARLES & BRADY LLP
LEONARD S. SHIFFLETT, ESQ.; FAY B.
FEINSTEIN, ESQ.
300 NORTH LASALLE STREET, STE 400
(COUNSEL TO ROBERT R. MCCORMICK
FOUNDATION &CANTIGNY FOUNDATION)
CHICAGO, IL 60654-3422

ROBINSON BROG LEINWAND GREEN
GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
(COUNSEL TO GALLERIA OPERATING
COMPANY, LLC)
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
(COUNSEL TO BARRY AND MARIE
GOLDENBERG)
EAST TOWER, 15TH FLOOR1425 RXR PLAZA
UNIONDALE, NY 11556-1425

SECURITIES AND EXCHANGE COMMISSION
(SEC)
100 F STREET, NE
WASHINGTON, DC 20549

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
(COUNSEL TO THE DEBTORS)
ONE SOUTH DEARBORN
CHICAGO, IL 60603

SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
COUNSEL TO MARCIA WILLETTE
GUARDIAN TO ZACHARY MITZKOVITZ1010 N.
BANKCROFT PARKWAY, SUITE 22
WILMINGTON, DE 19805

STEMPEL BENNETT CLAMAN & HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER LLC AS
LANDLORD
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

THE DSF GROUP
ALLAN I. MUSCOVITZ, SR. ACCOUNTANT
950 WINTER STREET, STE 4300
WALTHAM, MA 02451-1486

TOOD M. HOEPKER, ESQ.
(COUNSEL TO : COP-HANGING MOSS, LLC)
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

POYNER SPRUILL LLP
JUDY D. THOMPSON, ESQ.
301 SOUTH COLLEGE STREET, STE 2300
(COUNSEL TO SODEXO, INC.)
CHARLOTTE, NC 28202

RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ.
920 NORTH KING STREET(COUNSEL TO
JPMORGAN CHASE BANK, N.A.)
WILMINGTON, DE 19801

ROMERO LAW FIRM
MARTHA E. ROMERO, ESQ.
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE(COUNSED TO SECURED
CREDITOR COUNTY OF SAN
BERNARDINO, CALIFORNIA, A CALIFORNIA
TAXING AUTH.)
WHITTIER, CA 90601
SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
(PROPOSED DELAWARE COUNSEL TO:
KENNETH N. KLEE,
THE EXAMINER-DESIGNATE (THE
"EXAMINER")222 DELAWARE AVENUE, SUITE
1200
P.O. BOX 1266
SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
PO BOX 68(COUNSEL TO ABITIBI BOWATER,
INC., ABITIBI
CONSOLIDATED SALES CORPORATION,
BOWATER, INC.,
DOW JONES & COMPANY)
SIDLEY AUSTIN LLP
JAMES F. CONLAN, ESQ.
BRYAN KRAKAUER, ESQ.
ONE SOUTH DEARBORN STREET(CO-COUNSEL
TO DEBTOR)
CHICAGO, IL 60603

SIRLIN GALLOGLY & LESSER, P.C.
123 S BROAD ST #2100
PHILADELPHIA, PA 191091029

STUART MAUE
ATTN: JOHN L. DECKER
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
(ATTORNEYS FOR MAJESTIC REALTY CO.
YORBA PARK I,
LLC, AND YORBA PARK SUB, LLC)1960 EAST
GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT 06183-4044

PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
(COUNSEL TO: TWENTIETH TELEVISION, INC.)
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN
MILANO
(COUNSEL TO MICROSOFT CORPORATION &
MIRCROSOFT
LICENSING, GP)1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
(COUNSEL TO ESTHER RHEIN)
EAST TOWER, 15TH FLOOR1425 RXR PLAZA
UNIONDALE, NY 11556-1425

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20020

SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
(COUNSEL TO UNITED HEALTHCARE
INSURANCE COMPANY)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SIDLEY AUSTIN LLP
KEVIN T. LANTRY, ESQ.
555 WEST FIFTH STREET
(CO-COUNSEL TO DEBTOR)
LOS ANGELES, CA 90013

SQUIRE, SANDERS & DEMPSEY LLP
ATTN: KELLY SINGER, ESQ.
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE, STE 2700(COUNSEL
TO PERSONAL PLUS, INC.)
PHOENIX, AZ 85004-4498

TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
(COUNSEL TO H.BERGMANN; R.ERBURU;
K.HORN; R.JANSENW.JOHNSON JR; W.NIESE;
R.SCHLOSBERG, III;
J.SIMPSON; M.WILLES; E.ZIMBALIST, III)
WHITE PLAINS. NY 10601

THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

TRESSLER SODERSTORM MALONEY & PRESS,
LLP
ATTN. JACQUELINE A. CRISWELL
(COUNSEL TO FISHER PRINTING, INC.)
SEARS TOWER, 22ND FLOOR233 SOUTH
WACKER DRIVE
CHICAGO, IL 60606-6314

TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
(COUNSEL TO: TWENTIETH TELEVISION, INC.)
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA 90067

UNISYS CORPORATION
ATTN. JANET FITZPATRICK, LEGAL
ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC 20220

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB
(COUNSEL TO: TURNER BROADCASTING
SYSTEM INC ET AL)
52 EAST GAY STREET
COLUMBUS, OH 43215

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA, GERARD H. UZZI,
SCOTT
GREISSMAN, ESQS.
(COUNSEL TO: WELLS FARGO BANK, N.A.)1155
AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WILMER CUTLER PICKERING HALE AND DORR
LLP
ATTN: ANDREW GOLDMAN, ESQ.
(COUNSEL TO: ANGELO GORDON & CO.)
399 PARK AVENUE
NEW YORK, NY 10022

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE
CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET, POST OFFICE BOX
391(COUNSEL TO VARIOUS PARTIES LISTED
ON NOA)
WILMINGTON, DE 19899-0391
ZWERDLKING PAUL KAHN & WOLLY PC
COUNSEL TO WASHINGTON-BALTIMORE
NEWSPAPER GUILD,
LOCAL 32035, TNG-CWA
ATTN ROBERT E PAUL ESQ1025 CONNECTICUT
AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420

TYBOUT REDFEARN AND PELL
ATTN. SHERRY RUGGIERO FALLON
(COUNSEL TO NORTHLAKE PROPERTY, LLC,
MIDWEST
WAREHOUSE & DISTRIBUTION SYSTEM, INC.
AND BEFORDMOTOR SERVICE, INC.)
750 SHIPYARD DRIVE, SUITE 400
P.O. BOX 2092

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
1100 L STREET, N.W.ROOM 10006
WASHINGTON, DC 20530

US ATTORNEY'S OFFICE
ELLEN W. SLIGHTS, ESQ.
1201 MARKET ST, SUITE 1100
PO BOX 2046
WILMINGTON, DE 19899-2046

WARNER BROS. TELEVISION DISTRIBUTION,
INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522

WILLIAMS GAUTIER GWYNN DELOACH &
SORENSON PA
COUNSEL FOR FLORIDA SELF-INSURERS
GUARANTY
ASSOCIATION INC
ATTN JAMES E SORENSON, D TYLER LEUVEN,
CHAD DHECKMAN, JARED S GARDNER, MARY
LINZEE VAN LEUVEN

WILMINGTON TRUST COMPANY
ATTN. PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000(SPECIAL
COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
WASHINGTON, DC 20036

U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL ATTY.,
TAX DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC 20044

UNITED STATES DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
ELIZABETH S. GOLDBERG, ESQUIRE
(COUNSEL TO HILDA L. SOLIS, SECRETARY OF
LABOR,UNITED STATES DEPARTMENT OF
LABOR)
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
VORYS SATER SEYMOUR & PEASE LLP
AS COUNSEL FOR AOL LLC & ITS RELATED
ENTITIES
ATTN TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH 43215

WEISS SEROTA HELFMAN PASTORIZA COLE &
BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
COUNSEL TO CITY OF MIRAMAR, FLORIDA &
DANIA BEACH
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL 33301

WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL,
ESQ.
(COUNSEL TO PPF OFF TWO PARK AVENUE
OWNER, LLC)
787 SEVENTH AVENUE
NEW YORK, NY 10019

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
(COUNSEL TO: VALUATION RESEARCH
CORPORATION)
NEW YORK, NY 10166

ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990(SPECIAL
COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
WILMINGTON, DE 19801