UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF DELAWARE</u>

TRIBUNE COMPANY ET AL.

                                                                                                    Ch.11
                                                                                                    08-13141

        DEBTORS

_____

## REQUEST FOR REMOVAL FROM SERVICE OF NOTICES

      PLEASE remove Elaine Z. Cole, Esq., of counsel, from the list of parties receiving notices in this case.

DATED: July 30, 2010

                                                                New York State
                                                                 Department of Taxation and Finance
                                                                Daniel Smirlock, Deputy
                                                                Commissioner and Counsel
                                                               By

                                                                _____/s/_____
                                                                Elaine Z. Cole, Esq. Of Counsel
                                                                340 E. Main St.
                                                                Rochester, NY  14604
                                                                (585) 530 8465
                                                                (585) 530 2017
                                                                elaine_cole@tax.state.ny.us