IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Brian K. Telfair, Esquire of The Telfair Law Firm, LLC to represent the Movant, Ivan J. Bates, Esquire, in the above-captioned action.

July 12, 2010

FOX ROTHSCHILD LLP

By: /s/ 
L. Jason Cornell (No. 3821)
Danielle S. Blount (No. 5135)
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 654-7444

Counsel to Ivan J. Bates

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia, along with admission to practice before the U.S. District Court for the Eastern District of Michigan, U.S. Court for the Eastern District of Virginia, the U.S. District Court for the Western District of Virginia, and the Fourth Circuit Court of Appeals and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

By: _____
Brian Telfair, Esquire
The Telfair Law Firm, LLC
3007 Brook Road
Richmond, VA 23227
Telephone: 804-339-0556
Facsimile: 888-814-8652

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: ~~July~~ August 2, 2010

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge