## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al. | ) Case No. 08-13141 (KJC) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Re: Docket Nos. 5219 |
| | ) |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                        : SS.
NEW CASTLE COUNTY   :

      Marisa DeCarli, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 30th day of July, 2010 she caused a copy of the following to be served on the attached list as indicated:

**Response of Certain Settlement Supporters (I) to the Objections of the Cross-Motion of the Debtors for Entry of a Preliminary Pretrial Scheduling Order for the Plan Confirmation Hearing Submitted by the Bridge Agents [Dkt. No. 4991], Wilmington Trust Company [Dkt. No. 4990] and the Credit Agreement Lenders [Dkt. No. 4992] and (II) in Further Support of the Debtors' Cross-Motion for Entry of a Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Haring [Dkt. No. 4943] [Docket No. 5219]**

                        *Marisa DeCarli*

Marisa DeCarli, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 2nd day of August, 2010.

                  *Lesley A. Morris*
                  LESLEY A. MORRIS
   Notary Public      Notary Public - State of Delaware
                My Comm. Expires April 17, 2011

## Service List

**VIA HAND DELIVERY**                          **VIA FIRST CLASS MAIL**


**Fox Rothschild LLP**                         **White & Case LLP**
Jeffrey Schlerf                                Thomas Lauria
Eric Sutty                                     Gerard Uzzi
John Strock                                    David Hille
919 N. Market St, Ste 1600                     Andrew Greissman
Wilmington, DE 19801                           1155 Avenue of the Americas
                                               New York, NY 10036


**Benesch Friedlander Coplan & Aronoff LLP**   **Brown Rudnick LLP**
Raymond Lemisch                                Robert Stark
Jennifer Hoover                                Martin Siegel
222 Delaware Ave, Ste 801                      William Dolan, III
Wilmington, DE 19801                           Katherine Bronberg
                                               Seven Times Square
                                               New York, NY 10036


**Young Conaway Stargatt & Taylor, LLP**       **Hennigan, Bennett & Dorman LLP**
Robert Brady                                   Bruce Bennett
M. Blake Cleary                                James Johnston
1000 West St, 17th Floor                       Joshua Morse
Wilmington, DE 19899                           865 South Figueroa St, Ste 2900
                                               Los Angeles, CA 90017

**Cole Schotz Meisel Forman & Leonard, P.A.**
Norman Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Ave
Wilmington, DE 19801

**Sidley Austin LLP**
James Conlan
Bryan Krakauer
Janet Henderson
Kevin Lantry
Kerriann Mills
One South Dearborn St
Chicago, IL 60603