UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the certification below, counsel moves the admission *pro hac vice* of Scott L. Baena, Esq. to represent Aurelius Capital Management, LP in this matter.

Dated: August 2, 2010                    FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
Wilmington, DE 19801
*Local Counsel for Aurelius Capital
Management, LP*

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standard Order for District Court Fund effective 1/1/10. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 2, 2010

Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Phone: (305) 374-7580
*Counsel for Aurelius Capital
Management, LP*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATED: _____                    _____
                                          United States Bankruptcy Judge