IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref Nos. 5156, 5181 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 29, 2010, I caused to be served:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

a. personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," ("Personalized Transfers (e)(2) or (4)"), a sample of which is annexed hereto as <u>Exhibit A</u>, and

b. personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(1) or (3)," ("Personalized Transfers (e)(1) or (3)"), a sample of which is annexed hereto as <u>Exhibit B</u>,

by causing true and correct copies to be served as follows:

(i) Personalized Transfers (e)(2) or (4), enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

(ii) Personalized Transfers (e)(1) or (3), enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Diane Streany* (signed)
Diane Streany

Sworn to before me this
2nd day of August, 2010

*(signed)*
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**<br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>**Jointly Administered**<br>**Ref. Docket No. 5156** |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)**

To:　　　　DACOR INSTALLATION SERVICES INC.
　　　　　　150 VANDERBILT AVE
　　　　　　WEST HARTFORD, CT  06110


Your claim, in the amount of **$25,981.86** has been transferred, unless previously expunged by Court Order, to:

　　　　　　LONGACRE OPPORTUNITY FUND, L.P.
　　　　　　ATTN: VLADIMIR JELISAVCIC
　　　　　　810 SEVENTH AVENUE, 33RD FLOOR
　　　　　　NEW YORK, NY  10019


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　DISTRICT OF DELAWARE
　　　　　　824 NORTH MARKET STREET, 3RD FLOOR
　　　　　　WILMINGTON, DE 19801

　　　　Send a copy of your objection to the transferee.

Refer to docket number 5156 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Diane Streany*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:　　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on July 29, 2010.

# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,** | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Ref. Docket No. 5181 |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (3)**

To:  INDUSTRIAL TECHNICAL SERVICES
1507 OUTRIGGER ST
WEST COVINA, CA  91790


Your claim, in the amount of **$1,870.43** has been transferred, unless previously expunged by Court Order, to:

CREDITOR LIQUIDITY, LP
200 BUSINESS PARK DRIVE, SUITE 200
ARMONK, NY  10504


No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number 5181 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Diane Streany*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on July 29, 2010.

EXHIBIT C

**TRB TRF NTC 7-29-10**
DACOR INSTALLATION SERVICES INC.
150 VANDERBILT AVE
WEST HARTFORD, CT  06110

**TRB TRF NTC 7-29-10**
LONGACRE OPPORTUNITY FUND, L.P.
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY  10019

**TRB TRF NTC 7-29-10**
**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801

# EXHIBIT D

**TRB TRF NTC 7-29-10**
INDUSTRIAL TECHNICAL SERVICES
1507 OUTRIGGER ST
WEST COVINA, CA  91790

**TRB TRF NTC 7-29-10**
CREDITOR LIQUIDITY, LP
200 BUSINESS PARK DRIVE, SUITE 200
ARMONK, NY  10504

**TRB TRF NTC 7-29-10**
**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801