**CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this *Motion and Order For Admission Pro Hac Vice of Matthew I. Kramer* was made on August 2, 2010, upon the following parties in the manner indicated:

| **BY HAND DELIVERY** | **BY FIRST-CLASS U.S. MAIL** |
|---|---|
| Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington, DE 19899 | Lee R. Bogdanoff, Esq.<br>Martin R. Barash, Esq.<br>Klee Tulchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067-6059 |
| Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | James F. Conlan, Esq.<br>Bryan Krakauer, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |

Under penalty of perjury, I declare that the foregoing is true and correct.

    /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)