# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING
## FOURTH INTERIM FEE APPLICATION OF LANDIS RATH & COBB LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Fourth Interim Fee Application of Landis Rath & Cobb LLP* [Docket No. 3102] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $229,766.75

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

and reimbursement of expenses that total $9,749.62 for the period from September 1, 2009 through November 30, 2009.   Landis Rath & Cobb LLP ("**LRC**") serves as co-counsel to the Official Committee of Unsecured Creditors (the "**Committee**").

## Background

1.       On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.   On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.       On January 15, 2009, the Committee filed the *Application to Employ and Retain Landis Rath & Cobb LLP as Co-Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to the Retention Date, Pursuant to Bankruptcy Code Section 1103(a)* [Docket No. 242] (the "**Retention Application**").   By order dated February 20, 2009, this Court approved the retention of LRC [Docket No. 322] (the "**Retention Order**").

3.       LRC submitted the Fee Application on January 14, 2010, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.       In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.       The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.    Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A).*  In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.    A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable

component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.      The Fee Examiner evaluated the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings, and then issued a Preliminary Report with accompanying exhibits to LRC. In response, LRC provided a detailed written response and discussed many of the issues directly with the Fee Examiner during a telephone call on May 10, 2010. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order* ¶5.

## DISCUSSION OF FINDINGS

### Technical Requirements

9.      **Reconciliation of Fees and Expenses.** The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**"). The reconciliation of fees revealed that the Fees Requested were $773.50 more than the Fees Computed. The discrepancy resulted from task hours within several entries that did not equal the time billed for the entry as a whole. The discrepancy and the related entries are displayed in **Exhibit A**.[2] In response to the Preliminary Report, LRC confirmed the computational error and agreed to reduce the fee request by $773.50.

---

[2] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

The recomputation of expenses revealed no difference between the Expenses Requested and the Expenses Computed. The figures in this report and the accompanying exhibits reflect the Fees Computed.

10. **Block Billing.** The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines ¶(b)(4)(v)*.[3] With minimal exceptions, LRC complied with the Local Rules and UST Guidelines regarding block billing.

11. **Firm Staffing.** The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*. The Fee Application provided the names, positions, and hourly rates of the 13 LRC professionals and paraprofessionals who billed to this matter, consisting of 2 partners, 7 associates, 3 paralegals, and 1 legal assistant. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit B**.

The firm billed a total of 655.70 hours with associated fees of $228,993.25.[4] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

---

[3] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

[4] This is the amount of Fees Computed.

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 133.30 | 20% | $ 71,951.25 | 31% |
| Associate | 432.60 | 66% | 139,630.50 | 61% |
| Paralegal | 82.70 | 13% | 16,524.00 | 7% |
| Legal Assistant | 7.10 | 1% | 887.50 | * |
| TOTAL | 655.70 | 100% | $228,993.25 | 100% |

* Less than 1%

The blended hourly rate for the LRC professionals is $373.89 and the blended hourly rate for professionals and paraprofessionals is $349.23.

12.    **Hourly Rate Increases.**  LRC did not increase the hourly rate of any timekeeper during the fourth interim period.

13.    **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*),  and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*.  While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified occasions where two or more LRC timekeepers attended the same meeting, conference, hearing, or other event.  Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.  The entries, totaling 36.20 hours with $17,350.00 in associated fees, were displayed in **Exhibit C** to the Preliminary Report.  In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the attorney leading rather than observing a nonfirm conference).  The potentially duplicative and unnecessary timekeepers' entries totaled 20.40 hours with $8,553.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the

exhibit. The Fee Examiner requested that the firm provide an explanation of the necessity of the multiple billers and their respective roles for each event attended by more than one timekeeper.

In response to the Preliminary Report, LRC provided a detailed explanation of the role and necessity of the two attorneys (one partner and one associate) who handled the majority of matters on behalf of the Committee. In addition, the firm offered additional information regarding the two litigation partners needed to perform work related to the Debtors' LBO transaction. After discussion with LRC and consideration of the supplemental material provided, the Fee Examiner makes no recommendation for a fee reduction resulting from more than one attorney attending the same meeting or conference. Exhibit C is omitted from this report.

14.   **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by LRC timekeepers describing intraoffice conferences totaling 29.20 hours with $11,619.50 in associated fees, or approximately 5% of the total Fees Computed, as displayed in **Exhibit D** to the Preliminary Report. The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel totaled 2.90 hours with $950.50 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested from LRC an explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the Preliminary Report, LRC provided additional detail regarding the complex issues addressed in the meetings, specifically the investigation of the Debtors' LBO transaction. After consideration of the additional information provided, coupled with the minimal fees invoiced by secondary timekeepers, the Fee Examiner makes no recommendation for a fee reduction resulting from intraoffice communication. Exhibit D is omitted from this report.

15.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."  The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*.  The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.  The Fee Examiner determined that LRC timekeepers described their billing activities with adequate and sufficient detail in compliance with the Local Rules and UST Guidelines.

16.    **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.  The Fee Examiner identified 17.00 hours with $3,311.50 in associated fees resulting from the apparently administrative/overhead function of editing and revising time entries.  The entries were displayed in **Exhibit E** to the Preliminary Report.

In both the written response to the Preliminary Report and in discussion between the Fee Examiner and LRC, the firm stated that the activity performed was more than editing time entries and consisted of ensuring the entries complied with the Local Rules an UST Guidelines and were properly identified by the required task code.  The Fee Examiner recommends no fee reduction as a result of the time entries in question, and the exhibit is omitted from this report.

17.    **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.[5]  The entries describing apparent clerical activity were displayed in **Exhibit F** to the Preliminary Report.

In response to the Preliminary Report, LRC provided a lengthy and detailed explanation of many of the activities that appeared clerical in nature.  Additional detail and context was provided during conversation between the Fee Examiner and the firm.  Without conceding that the time entries in Exhibit F to the Preliminary Report are appropriately compensable at $80.00 per hour, LRC agreed to a voluntary fee reduction in the amount of $74.00 resulting from reducing to $80.00 the hourly rate applied to the time entries displayed in the revised Exhibit F attached hereto.

18.    **LRC Retention/Compensation.**  LRC billed 38.80 hours with associated fees of $12,640.00 for activities related to firm's retention and applications for compensation, which computes to approximately 6% of the total fees billed by the firm.  The fee entries identified as retention/compensation activities are displayed in the attached **Exhibit G** for the Court's reference.

### Review of Expenses

19.    **Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the charge, if available." *Local Rule 2016-2(e)(i-ii)*.  The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant,

---

[5] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates).  These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.  LRC provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

20.    **Photocopies.**  Local Rule 2016-2 (e)(iii) states that copying charges shall not exceed $0.10 per page.  LRC stated that the firm rate for duplication is $0.10 per page.  The firm requested reimbursement for copying charges totaling $302.00.

21.    **Computer Assisted Legal Research.**    Local Rule 2016-2 (e)(iii) provides that computer assisted legal research charges shall not be more than the actual cost.  The Fee Application seeks "reimbursement for computer assisted research, which is the actual cost of such charges."  The firm requested reimbursement for computer assisted legal research charges totaling $152.13.

22.    **Working Meals.**  LRC requested reimbursement of $52.50 for one meal.  It was not possible to determine whether the charge was for a meal related to a meeting with people outside the firm or a meal solely for employees of LRC unrelated to travel.  Stuart Maue requests from the firm detail for the meal charge displayed in the following table:

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 10371 | 09/25/09 | $52.50 | Meals Sugarfoot Fine Food – Lunch (3) |

In response to the Preliminary Report, LRC stated that the meal identified above was a working meal attended by one LRC attorney and two attorneys from another law firm after the conclusion of a hearing on the Debtors' Management Incentive Program.  Given the additional information, the Fee Examiner makes no recommendation for an expense reduction.

**Conclusion**

The Fee Examiner Stuart Maue submits this Final Report regarding the Fee Application and the fees and expenses discussed above.  The Fee Examiner recommends the approval of fees in the amount

of $228,919.25 ($229,766.75 minus $847.50) and reimbursement of expenses in the amount of $9,749.62 for the period from September 1, 2009 through November 30, 2009. A summary of recommendations is attached as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____

John L. Decker
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## APPENDIX A

### LANDIS RATH & COBB LLP

#### SUMMARY OF FINDINGS

##### Fourth Interim Fee Application (September 1, 2009 through November 30, 2009)

**A.      Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $229,766.75 | |
| Expenses Requested | 9,749.62 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $239,516.37 |
| | | |
| Fees Computed | $228,993.25 | |
| Expenses Computed | 9,749.62 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $238,742.87 |
| | | |
| Discrepancy in Fees | $    773.50 | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $    773.50 |

**B.      Recommended Fee Allowance and Expense Reimbursement**

| | | |
|---|---|---|
| Fees Requested | $229,766.75 | |
| *Agreed Reduction for Discrepancy in Fees* | | *($773.50)* |
| *Agreed Reduction for Clerical Activities* | | *(74.00)* |
| Subtotal | | *($847.50)* |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $228,919.25 |
| | | |
| Expenses Requested | $9,749.62 | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 9,749.62 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $238,668.87 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 2nd day of August, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

John L. Decker, Esq.

# EXHIBIT A
## Discrepancy Schedule
## Landis Rath & Cobb LLP

| Invoice Number | Entry Number | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overcharges** | | | | | | | | | | |
| 10799 | 123 | Butcher | 11/05/09 | $375.00 | 5.90 | 5.20 | 2,212.50 | 1,950.00 | 0.70 | $ 262.50 |
| 10799 | 234 | Rath | 11/19/09 | $525.00 | 8.00 | 5.00 | 4,200.00 | 2,625.00 | 3.00 | 1,575.00 |
| | | | | | | | | **Total Overcharges** | **3.70** | **$ 1,837.50** |
| | | | | | | | | | | |
| **Undercharges** | | | | | | | | | | |
| 10640 | 130 | Brown | 10/15/09 | $260.00 | 0.20 | 2.30 | 52.00 | 598.00 | (2.10) | $ (546.00) |
| 10799 | 231 | Landis | 11/10/09 | $595.00 | 1.30 | 1.40 | 773.50 | 833.00 | (0.10) | (59.50) |
| 10799 | 167 | Ellis | 11/18/09 | $275.00 | 1.80 | 2.80 | 495.00 | 770.00 | (1.00) | (275.00) |
| 10799 | 165 | Rath | 11/20/09 | $525.00 | 1.70 | 2.00 | 892.50 | 1,050.00 | (0.30) | (157.50) |
| 10799 | 284 | Brown | 11/25/09 | $260.00 | 0.20 | 0.30 | 52.00 | 78.00 | (0.10) | (26.00) |
| | | | | | | | | **Total Undercharges** | **(3.60)** | **$ (1,064.00)** |
| | | | | | | | | | | |
| | | | | | | | | **Net Total Discrepancy** | **0.10** | **$ 773.50** |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Landis Rath & Cobb LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 3 | Rath, Daniel B. | PARTNER | $262.50 | $525.00 | 86.70 | $44,730.00 |
| 1 | Landis, Adam G. | PARTNER | $297.50 | $595.00 | 46.60 | $27,221.25 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $539.77 | | 133.30 | $71,951.25 |
| | | | | % of Total: | 20.33% | % of Total: 31.42% |
| 5 | Butcher, Rebecca L. | ASSOCIATE | $375.00 | $375.00 | 144.90 | $54,337.50 |
| 24 | Brown, Kimberly A. | ASSOCIATE | $260.00 | $260.00 | 137.60 | $35,776.00 |
| 10 | McGuire, Matthew B. | ASSOCIATE | $370.00 | $370.00 | 79.40 | $29,378.00 |
| 13 | Ellis, J. Landon | ASSOCIATE | $275.00 | $275.00 | 38.70 | $10,642.50 |
| 16 | Parikh, Mona A. | ASSOCIATE | $275.00 | $275.00 | 24.30 | $6,682.50 |
| 4 | Mumford, Kerri K. | ASSOCIATE | $370.00 | $370.00 | 7.20 | $2,664.00 |
| 14 | Green Jr., James S. | ASSOCIATE | $300.00 | $300.00 | 0.50 | $150.00 |
| | No. of Billers for Position: 7 | Blended Rate for Position: | $322.77 | | 432.60 | $139,630.50 |
| | | | | % of Total: | 65.98% | % of Total: 60.98% |
| 17 | Panchak, Frances A. | PARALEGAL | $200.00 | $200.00 | 80.30 | $16,060.00 |
| 6 | Dero, Michelle M. | PARALEGAL | $200.00 | $200.00 | 1.60 | $320.00 |
| 9 | Rogers, Linda M. | PARALEGAL | $180.00 | $180.00 | 0.80 | $144.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $199.81 | | 82.70 | $16,524.00 |
| | | | | % of Total: | 12.61% | % of Total: 7.22% |
| 15 | Lewicki, Cassandra | LEGAL ASSISTANT | $125.00 | $125.00 | 7.10 | $887.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $125.00 | | 7.10 | $887.50 |
| | | | | % of Total: | 1.08% | % of Total: 0.39% |
| | Total No. of Billers: 13 | Blended Rate for Report: | $349.23 | | 655.70 | $228,993.25 |

EXHIBIT F

CLERICAL ACTIVITIES

Landis Rath & Cobb LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Panchak, F | 0.20 | 40.00 | 16.00 | 24.00 |
| Rogers, L | 0.50 | 90.00 | 40.00 | 50.00 |
| | 0.70 | $130.00 | $56.00 | $74.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Tribune Company, et al. Bankruptcy | 0.70 | 130.00 | 56.00 | 74.00 |
| | 0.70 | $130.00 | $56.00 | $74.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

CLERICAL ACTIVITIES

Landis Rath & Cobb LLP

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Panchak, F | 09/22/09 10371/138 | Tue | 0.30 | | | | | F | | *MATTER NAME: Tribune Company, et al. Bankruptcy* |
| | | | | | | | | F | 1 | REVIEW NOTICE OF CHANGE OF CONTACT FOR FEE EXAMINER (.1): |
| | | | | | | | | F | 2 | UPDATE 2002 SERVICE LIST AND FEE SERVICE LIST (.1): |
| | | | | 0.10 | 20.00 | 8.00 | 12.00 | F | 3 | EMAIL GROUP WITH UPDATED CONTACT (.1) |
| | 09/29/09 10371/214 | Tue | 0.20 | | | | | | | *MATTER NAME: Tribune Company, et al. Bankruptcy* |
| | | | | | | | | F | 1 | FILE LETTER IN SUPPORT OF DEBTORS' LETTER REGARDING MIP MOTION (.1): |
| | | | | 0.10 | 20.00 | 8.00 | 12.00 | F | 2 | SUBMIT TO CHAMBERS (.1) |
| | TOTAL FOR TIMEKEEPER: | | | 0.20 | $40.00 | $16.00 | $24.00 | | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | | | |
| Rogers, L | 09/28/09 10371/206 | Mon | 0.10 | 0.10 | 18.00 | 8.00 | 10.00 | F | | *MATTER NAME: Tribune Company, et al. Bankruptcy* |
| | | | | | | | | F | 1 | PREPARE AND MAIL FEDEX PACKAGES TO D. SHARMA AND K. VITTOR RE: PRODUCTION FOR R. BUTCHER |
| | 10/26/09 10640/145 | Mon | 0.40 | 0.40 | 72.00 | 32.00 | 40.00 | F | | *MATTER NAME: Tribune Company, et al. Bankruptcy* |
| | | | | | | | | F | 1 | PREPARE LETTER AND DOCUMENTS FOR FEDEX PACKAGE TO BARCLAYS BANK AND BANK OF AMERICA'S GENERAL COUNSEL AND DIRECTORS RE: PRODUCTION DISCOVERY |
| | TOTAL FOR TIMEKEEPER: | | | 0.50 | $90.00 | $40.00 | $50.00 | | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | | | |
| TOTAL: | | | | 0.70 | $130.00 | $56.00 | $74.00 | | | |
| NUMBER OF ENTRIES | 4 | | | | | | | | | |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT F  PAGE 2 of 3

EXHIBIT F

CLERICAL ACTIVITIES

Landis Rath & Cobb LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Panchak, F | 0.20 | 40.00 | 16.00 | 24.00 |
| Rogers, L | 0.50 | 90.00 | 40.00 | 50.00 |
| | 0.70 | $130.00 | $56.00 | $74.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Tribune Company, et al. Bankruptcy | 0.70 | 130.00 | 56.00 | 74.00 |
| | 0.70 | $130.00 | $56.00 | $74.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT G

LANDIS RATH RETENTION/COMPENSATION

Landis Rath & Cobb LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Brown, K | 0.20 | 52.00 |
| Landis, A | 3.60 | 2,142.00 |
| McGuire, M | 11.00 | 4,070.00 |
| Panchak, F | 5.40 | 1,080.00 |
| Parikh, M | 17.60 | 4,840.00 |
| Rath, D | 0.80 | 420.00 |
| Rogers, L | 0.20 | 36.00 |
| | 38.80 | $12,640.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Tribune Company, et al. Bankruptcy | 38.80 | 12,640.00 |
| | 38.80 | $12,640.00 |

EXHIBIT G
LANDIS RATH RETENTION/COMPENSATION
Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| 09/08/09 Tue | Landis, A 10371/36 | 0.60 | 0.60 | 357.00 | 0.40<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>REVIEW AND ANALYZE FEE EXAMINER DRAFT FINAL REPORT (.4)<br>AND CALLS WITH DEUTSCH RE: RESPONSE, COMMON ISSUES (.2) |
| 09/15/09 Tue | Panchak, F 10371/68 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>EMAIL EXCHANGES WITH M. MCGUIRE AND A. LANDIS RE: RESPONSES TO LRC SEVENTH MONTHLY FEE APPLICATION |
| 09/16/09 Wed | Panchak, F 10371/83 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>DRAFT CERTIFICATE OF NO OBJECTION TO LRC SEVENTH MONTHLY FEE APPLICATION |
| 09/16/09 Wed | Panchak, F 10371/88 | 0.30 | 0.30 | 60.00 | 0.20<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>FINALIZE FOR FILING AND COORDINATE SERVICE OF CERTIFICATE OF NO OBJECTION TO LRC SEVENTH FEE APPLICATION (.2):<br>FOLLOW-UP WITH C. LEWICKI (.1) |
| 09/16/09 Wed | Panchak, F 10371/89 | 0.20 | 0.20 | 40.00 | 0.10<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>DISCUSSION WITH A. LANDIS RE: PREVIOUSLY INCURRED EXPENSES SOUGHT IN AUGUST FEE APPLICATION (.1):<br>EMAIL EXCHANGES WITH M. MCATEER RE: SAME (.1) |
| 09/17/09 Thu | Panchak, F 10371/96 | 0.20 | 0.10 | 20.00 | 0.10<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>PREPARE AFFIDAVIT OF SERVICE FOR CERTIFICATES OF NO OBJECTION TO CHADBOURNE, ALIXPARTNERS, LRC AND COMMITTEE MEMBERS APPLICATIONS (.1):<br>FILE SAME (.1) |
| 09/22/09 Tue | Landis, A 10371/153 | 0.30 | 0.30 | 178.50 | 0.10<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>CALLS WITH LINDA COOPER RE: FINAL REPORT ISSUES (.1):<br>CONFERENCES AND EMAILS TO AND FROM LRC GROUP RE: SAME AND PREPARATION OF RESPONSE (.2) |
| 09/22/09 Tue | Parikh, M 10371/207 | 0.10 | 0.10 | 27.50 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>EMAILS TO/FROM LANDIS RE: LRC RESPONSE TO STUART MAUE FINAL REPORT OF LRC FIRST INTERIM APPLICATION |
| 09/23/09 Wed | McGuire, M 10371/238 | 0.70 | 0.70 | 259.00 | 0.50<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>REVIEW FEE EXAMINER FINAL REPORT (.5):<br>EMAILS WITH PANCHAK AND LANDIS RE: SAME (.2) |
| 09/23/09 Wed | Panchak, F 10371/145 | 0.40 | 0.40 | 80.00 | 0.10<br>0.10<br>0.10<br>0.10 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>DISCUSSION WITH A. LANDIS RE: EXAMINER REPORT FOR LRC FIRST INTERIM (.1):<br>BRIEFLY REVIEW SAME (.1):<br>CONFIRM RESPONSE DEADLINE AND UPDATE CRITICAL DATES (.1):<br>EMAIL EXCHANGES WITH M. MCGUIRE AND M. PARIKH RE: SAME (.1) |
| 09/23/09 Wed | Parikh, M 10371/208 | 0.50 | 0.50 | 137.50 | 0.30<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>REVIEW AND ANALYZE FEE EXAMINER FINAL REPORT TO LRC 1ST INTERIM FEE APP (.3)<br>AND CHADBOURNE RESPONSE (.2). |
| 09/23/09 Wed | Rath, D 10371/262 | 0.80 | 0.80 | 420.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy<br>REVIEW EXAMINERS REPORT |

~ See the last page of exhibit for explanation

EXHIBIT G

LANDIS RATH RETENTION/COMPENSATION

Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 09/24/09 Thu | Panchak, F 10371/176 | 0.10 | 0.10 | 20.00 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> DISCUSSIONS WITH M.PARIKH RE: STATUS OF LRC EIGHTH MONTHLY FEE APP |
| 09/24/09 Thu | Parikh, M 10371/227 | 1.20 | 0.50 | 137.50 | 0.40 <br> 0.50 <br> 0.30 | F <br> F <br> F | 1 <br> 2 <br> 3 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> REVIEW AUGUST PREBILL AND REVISE SAME (.4); <br> BEGIN DRAFTING 8TH MONTHLY FEE APP (.5). <br> DISCUSSIONS WITH PANCHAK RE: REVISIONS TO AUGUST PREBILL ENTRIES (.3). |
| 09/25/09 Fri | Parikh, M 10371/209 | 0.80 | 0.30 | 82.50 | 0.20 <br> 0.30 <br> 0.30 | F <br> F <br> F | 1 <br> 2 <br> 3 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> FURTHER REVISIONS TO AUGUST PREBILL (.2); <br> DISCUSSIONS WITH LEWICKI, RATH AND PANCHACK RE: REVISIONS TO SAME (.3). <br> CONTINUE DRAFTING LRC 8TH MONTHLY FEE APP (.3). |
| 09/28/09 Mon | Parikh, M 10371/230 | 2.40 | 2.40 | 660.00 | 2.10 <br> 0.30 | F <br> F | 1 <br> 2 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> PREPARE DRAFT OF LRC RESPONSE TO FINAL REPORT OF FEE EXAMINER TO LRC 1ST INTERIM FEE APP (2.1); <br> REVIEW AND REVISE SAME (.3). |
| 09/29/09 Tue | Landis, A 10371/221 | 0.30 | 0.30 | 178.50 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> REVIEW AND REVISE INTERIM FEE APPLICATION |
| 09/29/09 Tue | Panchak, F 10371/216 | 0.10 | 0.10 | 20.00 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> DRAFT NOTICE OF LRC EIGHTH MONTHLY FEE APPLICATION |
| 09/29/09 Tue | Panchak, F 10371/217 | 0.20 | 0.20 | 40.00 | 0.10 <br> 0.10 | F <br> F | 1 <br> 2 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> EMAIL EXCHANGES WITH M. PARIKH RE: REVISED EXPENSES FOR LRC EIGHTH FEE APPLICATION (.1); <br> REVISE NOTICE FOR SAME (.1) |
| 09/29/09 Tue | Panchak, F 10371/220 | 0.60 | 0.10 | 20.00 | 0.10 <br> 0.50 | F <br> F | 1 <br> 2 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> PREPARE AFFIDAVIT OF SERVICE FOR LRC EIGHTH MONTHLY FEE APPLICATION (.1); <br> FILE AND COORDINATE SERVICE OF FEE APPLICATION (.5) |
| 09/29/09 Tue | Parikh, M 10371/228 | 0.20 | 0.20 | 55.00 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> EMAILS TO/FROM MCATEER, FICHTER, LEWICKI RE: DETAILS TO AUG. MONTHLY EXPENSE REPORT ENTRIES |
| 09/29/09 Tue | Parikh, M 10371/229 | 0.80 | 0.80 | 220.00 | 0.50 <br> 0.20 <br> 0.10 | F <br> F <br> F | 1 <br> 2 <br> 3 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> FINALIZE DRAFT FEE APP (.5); <br> REVISE SAME PER EDITS FROM MCGUIRE (.2); <br> DISCUSS SAME WITH LANDIS AND REVISE PER COMMENTS FROM LANDIS (.1). |
| 09/30/09 Wed | Panchak, F 10371/226 | 0.10 | 0.10 | 20.00 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> EMAIL TO S. SCHWENDEMANN RE: AUGUST FEE AND EXPENSE DETAIL |
| 10/01/09 Thu | McGuire, M 10640/210 | 1.60 | 1.60 | 592.00 | 0.90 <br> 0.30 <br> 0.40 | F <br> F <br> F | 1 <br> 2 <br> 3 | *MATTER NAME: Tribune Company, et al. Bankruptcy* <br> REVIEW FINAL REPORT FROM FEE EXAMINER RE: 1ST INTERIM (.9); <br> REVIEW OF CHADBOURNE RESPONSE RE: SAME (.3); <br> CONFERENCES AND EMAILS WITH PARIKH RE: SAME (.4) |

~ See the last page of exhibit for explanation

EXHIBIT G
LANDIS RATH RETENTION/COMPENSATION
Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 10/01/09 Thu | Parikh, M 10640/228 | 0.30 | 0.30 | 82.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy EMAILS TO/FROM MCGUIRE RE: LRC RESPONSE TO FEE EXAMINER REPORT (.2); EMAILS TO/FROM BECKER RE: SAME (.1). |
| 10/02/09 Fri | McGuire, M 10640/292 | 0.40 | 0.40 | 148.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy EMAILS WITH LANDIS AND DEUTSCH RE: FEE AUDITOR ISSUES |
| 10/05/09 Mon | Parikh, M 10640/191 | 2.70 | 2.70 | 742.50 | 0.20 0.30 0.50 1.60 0.10 | F F F F F | 1 2 3 4 5 | MATTER NAME: Tribune Company, et al. Bankruptcy EMAILS TO/FROM MCGUIRE AND DISCUSSIONS WITH MCGUIRE RE: REVISIONS TO LRC RESPONSE TO FEE EXAMINER FINAL REPORT (.2); REVIEW AND INCORPORATE REVISIONS TO SAME PER COMMENTS FROM MCGUIRE (.3); ADDITIONS TO LRC RESPONSE PER COMMENTS FROM MCGUIRE (.5); REVIEW AND MAKE ADDITIONAL REVISIONS TO SAME (1.6); EMAIL REVISED VERSION OF SAME TO MCGUIRE (.1). |
| 10/06/09 Tue | McGuire, M 10640/226 | 3.30 | 3.30 | 1,221.00 | 2.50 0.80 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy DRAFT AND REVISE RESPONSE TO FEE EXAMINER REPORT (2.5); RESEARCH RE: CLERICAL ACTIVITY CHARGES FOR RESPONSE (.8) |
| 10/06/09 Tue | Parikh, M 10640/190 | 1.00 | 1.00 | 275.00 | 0.70 0.30 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy REVIEW AND CONFIRM LANDIS AND MCGUIRE REVISIONS TO LRC RESPONSE TO FEE EXAMINER FINAL REPORT (.7); MAKE ADD'L REVISIONS TO SAME (.3). |
| 10/07/09 Wed | Panchak, F 10640/188 | 0.50 | 0.10 | 20.00 | 0.10 0.40 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy PREPARE AFFIDAVIT OF SERVICE FOR LRC RESPONSE TO EXAMINER REPORT FOR FIRST INTERIM FEE APPLICATION (.1); FILE AND SERVE RESPONSE (.4) |
| 10/07/09 Wed | Parikh, M 10640/189 | 0.80 | 0.80 | 220.00 | 0.10 0.70 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy DISCUSSION W/ LANDIS RE: REVISIONS TO LRC RESPONSE TO FEE EXAMINER FINAL REPORT (.1); REVIEW AND INCORPORATE REVISIONS TO SAME (.7). |
| 10/14/09 Wed | Panchak, F 10640/196 | 1.10 | 1.10 | 220.00 | 1.00 0.10 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy DRAFT LRC THIRD INTERIM FEE APPLICATION (1.0); DRAFT NOTICE FOR SAME (.1) |
| 10/15/09 Thu | McGuire, M 10640/230 | 0.90 | 0.90 | 333.00 | 0.60 0.30 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy REVIEW PRELIMINARY FEE AUDITOR REPORT RE: 2ND INTERIM FEE APP (.6); PREPARE RESPONSE TO SAME (.3) |
| 10/15/09 Thu | Panchak, F 10640/259 | 0.40 | 0.40 | 80.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy FILE AND COORDINATE SERVICE OF LRC THIRD INTERIM FEE APPLICATION |
| 10/15/09 Thu | Panchak, F 10640/262 | 0.20 | 0.10 | 20.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy PREPARE AFFIDAVIT OF SERVICE FOR CHADBOURNE, MOELIS AND LRC THIRD INTERIM FEE APPLICATION (.1); FILE SAME (.1) |
| 10/16/09 Fri | Landis, A 10640/218 | 0.50 | 0.50 | 297.50 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy REVIEW AND REVISE RESPONSE TO FEE AUDITOR 2ND INFORMAL REPORT |

~  See the last page of exhibit for explanation

EXHIBIT G
LANDIS RATH RETENTION/COMPENSATION
Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 10/16/09 Fri | McGuire, M 10640/227 | 2.70 | 2.70 | 999.00 | 1.10 1.60 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy CONTINUE REVIEW OF 2ND PRELIMINARY FEE EXAMINER REPORT (1.1); PREPARE RESPONSE TO SAME (1.6) |
| 10/19/09 Mon | Parikh, M 10640/200 | 0.20 | 0.20 | 55.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy EMAILS TO/FROM LEWICKI RE: CONFLICT CHECK RE: CUBS-RELATED PARTIES (.1); DISCUSSION OF SAME WITH LEWICKI (.1). |
| 10/20/09 Tue | Panchak, F 10640/203 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy EMAIL EXCHANGES WITH A. LANDIS AND M. MCGUIRE RE: RESPONSES TO LRC EIGHTH MONTHLY FEE APPLICATION |
| 10/20/09 Tue | Panchak, F 10640/204 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy DRAFT CERTIFICATE OF NO OBJECTION TO LRC EIGHTH MONTHLY FEE APPLICATION |
| 10/21/09 Wed | Panchak, F 10640/205 | 0.40 | 0.10 | 20.00 | 0.10 0.30 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy PREPARE AFFIDAVIT OF SERVICE FOR CERTIFICATE OF NO OBJECTION TO LRC EIGHTH MONTHLY FEE APPLICATION (.1); FILE AND SERVE CERTIFICATE OF NO OBJECTION (.3) |
| 10/21/09 Wed | Parikh, M 10640/208 | 1.00 | 1.00 | 275.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy DRAFT LRC NINTH MONTHLY FEE APP |
| 10/23/09 Fri | McGuire, M 10640/231 | 1.40 | 1.40 | 518.00 | 1.00 0.40 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy REVIEW AND REVISE MONTHLY FEE APPLICATION (1.0); CONFERENCES WITH PARIKH RE: SAME (.4) |
| 10/23/09 Fri | Panchak, F 10640/209 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy DRAFT NOTICE FOR LRC NINTH MONTHLY FEE APPLICATION |
| 10/23/09 Fri | Parikh, M 10640/214 | 0.90 | 0.40 | 110.00 | 0.20 0.20 0.10 0.30 0.10 | F F F F F | 1 2 3 4 5 | MATTER NAME: Tribune Company, et al. Bankruptcy REVISE PREBILL FOR LRC 9TH MONTHLY FEE APP (.2); DISCUSSIONS WITH IFILL, NUBLE, MCGUIRE AND PANCHAK RE: SAME (.2); EMAILS TO /FROM MCGUIRE RE: SAME (.1); CONTINUE DRAFTING LRC 9TH MONTHLY FEE APP (.3); REVISE SAME PER EDITS FROM MCGUIRE (.1). |
| 10/23/09 Fri | Rogers, L 10640/211 | 0.20 | 0.20 | 36.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy ASSIST M. PARIKH AND M. IFILL RE: FEE APPLICATION REPORTS AND INVOICE RE: SAME |
| 10/25/09 Sun | Parikh, M 10640/213 | 0.10 | 0.10 | 27.50 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy EMAILS TO/FROM LANDIS AND MCGUIRE RE: REVISIONS TO LRC 9TH MONTHLY FEE APP |
| 10/26/09 Mon | Parikh, M 10640/212 | 0.20 | 0.20 | 55.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy REVISE LRC 9TH MONTHLY FEE APP PER EDITS FROM LANDIS (.1); DISCUSSIONS WITH PANCHAK AND LEWICKI RE: FINALIZING AND FILING OF SAME (.1). |

~ See the last page of exhibit for explanation

EXHIBIT G

LANDIS RATH RETENTION/COMPENSATION

Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/26/09 Mon | Parikh, M 10640/215 | 1.90 | 1.90 | 522.50 | | | | *MATTER NAME: Tribune Company, et al. Bankruptcy* |
| | | | | | 0.10 | F | 1 | EMAILS TO/FROM MCGUIRE AND BECKER RE: LRC SUPPLEMENTAL AFFIDAVIT TO RETENTION APPLICATION (.1): |
| | | | | | 0.10 | F | 2 | REVIEW LIST OF ADDITIONAL PARTIES IN INTEREST (.1): |
| | | | | | 0.10 | F | 3 | REVIEW ORDER RE: JOINT ADMINISTRATION (.1): |
| | | | | | 0.20 | F | 4 | REVIEW INITIAL AFFIDAVIT (.2) |
| | | | | | 0.20 | F | 5 | AND LRC RETENTION APP (.2): |
| | | | | | 1.20 | F | 6 | BEGIN DRAFTING 2ND SUPPLEMENTAL LANDIS AFFIDAVIT (1.2). |
| 10/27/09 Tue | Landis, A 10640/219 | 0.40 | 0.30 | 178.50 | | | | *MATTER NAME: Tribune Company, et al. Bankruptcy* |
| | | | | | 0.10 | F | 1 | FINAL EDITS TO RESPONSE TO FEE EXAMINER REPORT (INFORMAL RE: 2ND APPLICATION) (.1) |
| | | | | | 0.10 | F | 2 | AND EMAIL SAME TO COOPER (.1) |
| | | | | | 0.20 | F | 3 | AND EMAILS TO AND FROM NEW ATTORNEY ON FEE EXAMINER ASSIGNMENT (.2) |
| 10/27/09 Tue | Landis, A 10640/223 | 0.90 | 0.90 | 535.50 | | | | *MATTER NAME: Tribune Company, et al. Bankruptcy* |
| | | | | | 0.70 | F | 1 | REVIEW AND REVISE SUPPLEMENTAL DISCLOSURE RE: CUBS FILING (.7): |
| | | | | | 0.10 | F | 2 | CONFERENCES WITH PARIKH (.1) |
| | | | | | 0.10 | F | 3 | AND MCGUIRE (.1) RE: SAME |
| 10/27/09 Tue | Panchak, F 10640/220 | 0.10 | 0.10 | 20.00 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy* EMAIL TO S. SCHWENDEMANN RE: SEPTEMBER FEE AND EXPENSE DETAIL |
| 10/27/09 Tue | Panchak, F 10640/221 | 0.20 | 0.10 | 20.00 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy* REVIEW LRC RESPONSE TO PRELIMINARY EXAMINER REPORT RE: SECOND INTERIM FEE APPLICATIONS: |
| | | | | | | | 2 | UPDATE CRITICAL DATES FOR FINAL REPORT (.1): |
| | | | | | 0.10 | F | 3 | FOLLOW-UP DISCUSSION WITH A. LANDIS RE: TRANSIENT TIMEKEEPER FEES (.1) |
| 10/27/09 Tue | Parikh, M 10640/222 | 1.50 | 1.50 | 412.50 | | | | *MATTER NAME: Tribune Company, et al. Bankruptcy* |
| | | | | | 0.30 | F | 1 | EMAILS TO/FROM AND DISCUSSIONS WITH MCGUIRE RE: REVISIONS / COMMENTS TO SECOND SUPPLEMENTAL AFFIDAVIT (.3): |
| | | | | | 0.60 | F | 2 | REVISE SAME (.6): |
| | | | | | 0.20 | F | 3 | EMAILS TO/FROM PANCKAK RE: SAME (.2): |
| | | | | | 0.10 | F | 4 | EMAILS TO/FROM AND DISCUSSION WITH LANDIS RE: COMMENTS TO SAME (.1): |
| | | | | | 0.20 | F | 5 | DISCUSSIONS WITH LEWICKI RE: FURTHER EDITS TO SAME (.2): |
| | | | | | 0.10 | F | 6 | DISCUSSION WITH MCGUIRE AND LANDIS RE: STATUS OF DRAFT OF SAME (.1). |
| 10/28/09 Wed | Landis, A 10640/229 | 0.70 | 0.70 | 416.50 | | | | *MATTER NAME: Tribune Company, et al. Bankruptcy* |
| | | | | | 0.50 | F | 1 | FINALIZE SUPPLEMENTAL DECLARATION RE: CUBS DISCLOSURES (.5): |
| | | | | | 0.20 | F | 2 | EMAILS TO AND FROM FEE EXAMINER RE: 2ND PRELIMINARY REPORT (.2) |
| 10/28/09 Wed | Parikh, M 10640/224 | 0.40 | 0.40 | 110.00 | | | | *MATTER NAME: Tribune Company, et al. Bankruptcy* |
| | | | | | 0.10 | F | 1 | REVIEW SECOND SUPPLEMENTAL AFFIDAVIT (.1): |
| | | | | | 0.20 | F | 2 | EDITS TO SAME (.2): |
| | | | | | 0.10 | F | 3 | DISCUSSION W/ LEWICKI AND LANDIS RE: SAME (.1). |
| 11/04/09 Wed | Brown, K 10799/218 | 0.10 | 0.10 | 26.00 | | F | 1 | *MATTER NAME: Tribune Company, et al. Bankruptcy* DISCUSS OCTOBER FEE APP WITH F. PANCHAK |

~  See the last page of exhibit for explanation

EXHIBIT G

LANDIS RATH RETENTION/COMPENSATION

Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| 11/10/09 Tue | Brown, K 10799/38 | 0.30 | 0.10 | 26.00 | 0.10 0.10 0.10 | F F F | 1 2 3 | MATTER NAME: Tribune Company, et al. Bankruptcy REVIEW AND SUMMARIZE DEBTORS NOTICE OF NAME CHANGE RE: CNLBC, LLC AND RELATION MOTION TO UPDATE CAPTIONS (.1); AND REVIEW AND SUMMARIZE MOTION FOR CONTACT CHANGE FOR STUART MAUE (.1) AND CIRCULATE ALL TO A. LANDIS, M. MCGUIRE AND M. PARIKH (.1) |
| 11/12/09 Thu | Panchak, F 10799/258 | 0.40 | 0.30 | 60.00 | 0.10 0.10 0.10 0.10 | F F F F | 1 2 3 4 | MATTER NAME: Tribune Company, et al. Bankruptcy REVIEW NOTICE OF CHANGE OF FEE EXAMINER CONTACT (.1); UPDATE CORE AND 2002 SERVICE LISTS (.1); CALL WITH FEE EXAMINER CLARIFYING SAME (.1): EMAIL TO LRC TEAM (.1) |
| 11/17/09 Tue | Panchak, F 10799/219 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy EMAIL EXCHANGES WITH A. LANDIS AND M. MCGUIRE RE: RESPONSES TO LRC'S NINTH FEE APPLICATION |
| 11/17/09 Tue | Panchak, F 10799/220 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy EMAIL EXCHANGES WITH C. ADAMS RE: CONFIRMATION OF FIRST INTERIM FEE HEARING AND EFFECTED MONTHS |
| 11/18/09 Wed | Panchak, F 10799/221 | 0.10 | 0.10 | 20.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy DRAFT CERTIFICATE OF NO OBJECTION TO LRC NINTH MONTHLY FEE APPLICATION |
| 11/18/09 Wed | Panchak, F 10799/222 | 0.30 | 0.30 | 60.00 | | F | 1 | MATTER NAME: Tribune Company, et al. Bankruptcy FILE AND SERVE CERTIFICATE OF NO OBJECTION TO LRC NINTH MONTHLY FEE APPLICATION |
| 11/20/09 Fri | Parikh, M 10799/224 | 2.80 | 2.00 | 550.00 | 0.80 2.00 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy REVISE DRAFT BILL FOR OCTOBER (.8): PREPARE LRC 10TH MONTHLY FEE APP (2.0). |
| 11/24/09 Tue | Panchak, F 10799/225 | 0.30 | 0.30 | 60.00 | 0.10 0.10 0.10 | F F F | 1 2 3 | MATTER NAME: Tribune Company, et al. Bankruptcy REVIEW/REVISE NOTICE OF LRC TENTH FEE APPLICATION (.1); REVIEW/REVISE LRC TENTH FEE APPLICATION (.1): DISCUSSIONS WITH M. PARIKH RE: SAME (.1) |
| 11/24/09 Tue | Parikh, M 10799/228 | 0.60 | 0.30 | 82.50 | 0.10 0.10 0.20 0.10 0.10 | F F F F F | 1 2 3 4 5 | MATTER NAME: Tribune Company, et al. Bankruptcy DISCUSSION W/ LEWICKI RE: OCTOBER INVOICE EDITS PER COMMENTS FROM MCGUIRE (.1); EDITS TO LRC 10TH MONTHLY FEE APP AND DISCUSSION WITH BECKER RE: SAME (.1); DISCUSSIONS WITH LEWICKI, PANCHAK AND MCGUIRE RE: UPDATED EXPENSES FOR OCTOBER (.2); DISCUSSION W/ BECKER RE: EDITS TO EXPENSES FOR LRC 10TH MONTHLY FEE APP (.1); DISCUSSION W/ PANCHAK RE: FEE EXAMINER CONTACT INFO (.1). |
| 11/25/09 Wed | Panchak, F 10799/227 | 0.50 | 0.10 | 20.00 | 0.40 0.10 | F F | 1 2 | MATTER NAME: Tribune Company, et al. Bankruptcy FILE AND COORDINATE SERVICE OF LRC TENTH MONTHLY FEE APPLICATION (.4): PREPARE AND FILE AFFIDAVIT OF SERVICE RE: SAME (.1) |

~  See the last page of exhibit for explanation

EXHIBIT G

LANDIS RATH RETENTION/COMPENSATION

Landis Rath & Cobb LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
|      |                 |             | 38.80 | $12,640.00 |      |   |             |

Total
Number of Entries:    67

EXHIBIT G

LANDIS RATH RETENTION/COMPENSATION

Landis Rath & Cobb LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Brown, K | 0.20 | 52.00 |
| Landis, A | 3.60 | 2,142.00 |
| McGuire, M | 11.00 | 4,070.00 |
| Panchak, F | 5.40 | 1,080.00 |
| Parikh, M | 17.60 | 4,840.00 |
| Rath, D | 0.80 | 420.00 |
| Rogers, L | 0.20 | 36.00 |
| | 38.80 | $12,640.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Tribune Company, et al. Bankruptcy | 38.80 | 12,640.00 |
| | 38.80 | $12,640.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL