**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **TRIBUNE COMPANY., et al.,** | : Case No. 08-13141 (KJC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Related Docket No. 5114 |
| | : |
---------------------------------------------------------------------X

**BANK OF AMERICA N.A.'S STATEMENT OF CLARIFICATION AND IN SUPPORT OF RELEASE OF THE EXAMINER'S REPORT**

Bank of America N.A. ("Bank of America"), through its undersigned counsel, submits this statement because it wishes to inform the Court that Bank of America and the Examiner have resolved all issues regarding confidentiality and accordingly to clarify its position with respect to certain confidentiality issues and to express the support of the release of the Examiner's Report (the "Report"). While Bank of America disagrees with some of the Examiner's conclusions regarding the circumstances surrounding the prepetition leveraged buy-out, Bank of America agrees that release of the Report in its entirety is appropriate. Bank of America submits this statement solely to clarify its position with respect to its confidentiality designations before the Report's release:

1. From the outset, Bank of America has been supportive of the Examiner's investigation and has endeavored to assist the Examiner in his investigation and be as cooperative as possible. To that end, Bank of America responded to all of the Examiner's inquiries and agreed to produce a witness, Daniel Petrik, for a transcribed interview. Bank of America did not designate any portion of Petrik's testimony as confidential.

NY1:1821091.1
#12958660 v1

2. On July 9 and then again on July 12, the Examiner wrote to Bank of America's counsel (as well as counsel for the other parties), identifying numerous documents that had been stamped confidential when originally produced and that the Examiner intended to rely upon in his Report, requesting that the parties reconsider the confidentiality designations. On July 16, counsel for Bank of America replied to the Examiner, identifying a small number of documents that it believed contained legitimately confidential and proprietary information.

3. Thereafter, on Friday evening, July 23, the Examiner filed a motion (the "Motion") seeking to have all of Bank of America's (and the other parties') confidentiality designations waived. Given Examiner's need to file the redacted Report and Motion promptly, unlike certain other parties, Bank of America and the Examiner were unable to discuss any of Bank of America's specific confidentiality concerns beforehand. Immediately upon receiving the Motion, however, counsel for Bank of America reached out to the Examiner in an attempt to resolve what disputes remained over confidentiality designations.

4. Within *hours*, the issues in dispute narrowed to only a handful of documents concerning a very limited number of issues, almost none of which concerned the substance of the Report. The Examiner and Bank of America were ultimately able to resolve their issues consensually without any need for the Court's intervention on the Motion, and Bank of America has agreed to unveil everything relating to the substance of the Report. As a result, Bank of America has no remaining confidentiality objections to the full release of the Report.

|  |  |
|---|---|
| Dated:  August 2, 2010<br>          Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br><br> /s/ David B. Stratton<br>David B. Stratton, Esq.<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone:  (302) 777-6500<br><br>-and-<br><br>O'MELVENY & MYERS LLP<br>Daniel L. Cantor, Esq.<br>Daniel S. Shamah, Esq.<br>Times Square Tower, Esq.<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br><br>-and-<br><br>Evan M. Jones, Esq.<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Telephone:  (213) 430-6236<br><br>*Attorney for Bank of America, N.A. and Banc of America Securities LLC* |