**CERTIFICATE OF SERVICE**

I, David B. Stratton, hereby certify that on the 2nd day of August, 2010, I caused the foregoing **Bank of America N.A.'s Statement of Clarification and in Support of Release of the Examiner's Report** to be served upon the following parties in the manner indicated.

| | |
|---|---|
| Mark Minuti, Esq. | Lee R. Bogdanoff, Esq. |
| Michael J. Farnan, Esq. | Martin R. Barash, Esq. |
| Saul Ewing LLP | Klee Tuchin Bogdanoff & Stern LLP |
| 222 Delaware Avenue | 1999 Avenue of the Stars |
| Suite 1200 | 39th Floor |
| Wilmington, DE 19801 | Los Angeles, CA 90067-6059 |
| **Hand Deliver** | **Fax: 305-407-9090** |

   /s/ David B. Stratton
David B. Stratton (DE No. 960)