# EXHIBIT A

# Fund Correspondences

# BLACKROCK

6/30/10

Barclays Wealth
Attn: Brian Finnegan
200 Park Avenue, 4th Floor
New York, NY 10166

Dear Brian,

As per the below requirements of rule 4001-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy court for the District of Delaware, the BlackRock Cash Funds: Treasury ("the Fund") adheres to the following:

(a) Invests exclusively in United States Treasury bills and United States Treasury Notes owned directly or through repurchase agreements;

The following is an excerpt from the attached prospectus:

The Fund seeks to achieve its investment objective by investing in high-quality, short-term money market instruments that, at the time of investment, have remaining maturities of 397 calendar days or less from the date of acquisition. The Fund's portfolio will maintain an average weighted maturity of 90 days or less. In general, the Fund expects to maintain an average weighted maturity of 60 days or less. Under normal circumstances, at least 80% of the Fund's assets will be invested in U.S. Treasury obligations, in repurchase agreements with regard to U.S. Treasury obligations and in other money market funds that have substantially the same investment objective and strategies as the Fund. It is further intended that under normal circumstances, 100% of the Fund's investments will be invested in such securities.

U.S. Treasury obligations are backed by the full faith and credit of the U.S. government. The principal and interest of all securities held by the Fund are payable in U.S. dollars.

(b) Has received the highest money market fund rating from a nationally recognized statistical rating organization, such as Standard & Poor's or Moody's;

The Fund is rated AAAm by Standard & Poor's and Aaa by Moody's.

(c) Has agreed to redeem funds shares in cash, with payment being made no later than the business day following a redemption request by a shareholder, except in the event of an unscheduled closing of Federal Reserve Banks or the New York Stock Exchange; and

The following is an excerpt from the attached prospectus:

You may sell Fund shares without paying a sales charge. Your order to sell shares must be received in proper form, as determined by the Transfer Agent or an intermediary pursuant to

55 E. 52nd Street
New York, NY 10055
Tel 212.810.5300
www.blackrock.com

# BLACKROCK

an appropriate agreement, by 5:00 p.m. Eastern time on any Business Day (or, if the Fund closes early, by such closing time) to sell shares at that day's NAV. Orders received after 5:00 p.m. Eastern time on any Business Day (or, if the Fund closes early, at such closing time) will be executed on the next Business Day. The Funds generally remit the proceeds from a sale the same Business Day after receiving a properly executed order to sell. Each Fund can delay payment for one Business Day. In addition, the Fund reserves the right to delay delivery of your redemption proceeds and to suspend your right of redemption for more than one Business Day under extraordinary circumstances and subject to applicable law. Generally, those extraordinary circumstances are when: (i) the NYSE is closed (other than customary weekend and holiday closings); (ii) trading on the NYSE is restricted; (iii) an emergency exists as a result of which disposal or valuation of a Fund's investment is not reasonably practicable; or (iv) for such other periods as the Securities and Exchange Commission ("SEC") by order may permit. Each Fund reserves the right to redeem your shares automatically and close your account for any reason, subject to applicable law, and send you the proceeds, which would reflect the NAV on the day the Fund automatically redeems your shares. For example, a Fund may redeem your shares automatically to reimburse the Fund for any losses sustained by reason of your failure to make full payment for shares purchased or to collect any charge relating to a transaction effected for your benefit that is applicable to the Fund's shares, as provided from time to time in this Prospectus.

In addition, each Fund reserves the right to send your redemption proceeds in the form of securities from its Master Portfolio.

Upon redemption, the identity of the holder of the account to which the proceeds are being sent may need to be verified.

(d)  Has adopted a policy that is will notify its shareholders sixty (60) days prior to any change in its investment or redemption policies under (a) and (c) above.

The following is an excerpt from the attached SAI:

BlackRock Cash Funds: Treasury has adopted the following investment restriction as an additional non-fundamental policy: Each Fund will provide shareholders with at least 60 days' notice of any change to the Fund's non-fundamental policy to invest at least 80% of the Fund's assets in the types of securities described in the Fund's principal investment strategies. The notice will be provided in plain English in a separate written document, and will contain the following prominent statement or similar statement in bold-face type: "Important Notice Regarding Change in Investment Policy." This statement will appear on both the notice and the envelope in which it is delivered, unless it is delivered separately from other communications to investors, in which case the statement will appear either on the notice or the envelope in which the notice is delivered.

Any change in redemption policy would require board approval.

55 E. 52nd Street
New York, NY 10055
Tel 212.810.5300
www.blackrock.com

# BLACKROCK

If we can be of further assistance please let us know.

Kind regards,

*[signature]*

Christopher P Cammuso
Vice President
BlackRock

Christopher.Cammuso@BlackRock.com
212-810-8809

For Use Only With Qualified Institutions and financial professionals. This material is provided for informational purposes only and does not constitute a solicitation in any jurisdiction in which such solicitation is unlawful or to any person to whom it is unlawful. Moreover, it neither constitutes an offer to enter into an investment agreement with the recipient of this document nor an invitation to respond to it by making an offer to enter into an investment agreement. This material is not intended to be relied upon as a forecast, research or investment advice, and is not a recommendation, offer or solicitation to buy or sell any securities or to adopt any investment strategy. The opinions expressed are as of May 1, 2010 and may change as subsequent conditions vary.

THIS MATERIAL IS HIGHLY CONFIDENTIAL AND IS NOT TO BE REPRODUCED OR DISTRIBUTED TO PERSONS OTHER THAN THE RECIPIENT.

©2010 BlackRock, Inc., All Rights Reserved.

55 E. 52nd Street
New York, NY 10055
Tel 212.810.5300
www.blackrock.com



200 Park Ave, 4th Floor
New York, NY 10166
Tel: +1 (212) 526 6434
Fax: +1 (646) 834 2563

June 30, 2010

At the close of business on June 30, 2010, Barclays Wealth records and statement shows Tribune Company balances as listed below.

This includes the BlackRock Fund Name, account number at Barclays Wealth, and account balance.

| Account Name | Fund Name | Account Number | Account Balance |
|---|---|---|---|
| Tribune Company | BlackRock Cash Funds: Treasury - Capital Shares Fund 1101 | 831-11811-1-2-979 | $16,275,687.27 |

Brian Finnegan- Barclays Wealth                                                                                            Date



June 30, 2010

Tribune Company
Attn: Jack Rodden
435 N. Michigan Ave.
Chicago, IL  60611

Mr. Rodden,

Tribune Company is currently invested in the Fidelity Institutional Money Market Fund: Treasury Portfolio (the "Fund"). This letter is in response to your inquiry regarding Rule 4001-3 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware.

(a)  (i) The Fund normally invests at least 80% of assets in U.S. Treasury securities and repurchase agreements for those securities.

(ii) The Fund intends to invest 100% of it's total assets in U.S. Treasury bills, notes, and bonds and repurchase agreements comprised of those obligations at all times.

(b)  The Fund is AAA rated from Standard & Poor's and is Aaa rated by Moody's.

(c)  Shares in the Fund will be sold at the next NAV calculated after a redemption order is received in proper form. Normally, Fidelity will process wire redemptions on the same business day, provided a redemption wire request is received in proper form by Fidelity before the NAV is calculated on that day. All other redemptions will normally be processed the next business day.

Redemptions will normally be processed on the same business day, under certain circumstances redemptions may be postponed or suspended as permitted pursuant to Section 22(e) of the Investment company Act of 1940 (1940 Act). Generally under that section, redemptions may be postponed or suspended if (i) the NYSE is closed for trading (other than weekends or holidays) or trading is restricted, (ii) an emergency exists which makes the dispatch of securities owned by the Fund or the fair determination of the value of the Fund's net assets not reasonably practical, or (iii) the SEC by order permits the suspension of the right of redemption.

Redemption proceeds may be paid in securities rather than in cash if Fidelity Management and Research Company, the Fund's manager, determines it is in the best interests of a fund .

(d)  The Fund has adopted a policy that it will notify its shareholders sixty (60) days' prior to any change in its investment policy listed in paragraph (a)(i) above. Both the Fund's operating policy and redemption policy as set forth above in paragraphs (a)(ii) and (c), respectively, may be changed only upon ninety (90) days' notice to shareholders.

(e)  At the close of business on June 30, 2010, Fidelity records show Chicago Tribune Company, WGN Continental Broadcasting Company, Tribune CNLBC, LLC balances as listed below. This includes the Fidelity Fund Name, account number, and account balance

**Fidelity Investments**          82 Devonshire Street
**Institutional Services Company, Inc.**   Boston, MA 02109

| Account Name | Fund Name | Account Number | Account Balance |
|---|---|---|---|
| Chicago Tribune Company | Fidelity Institutional Money Market Treasury Portfolio Class I | ******059 | $591,780,225.22 |
| WGN Continental Broadcasting Company | Fidelity Institutional Money Market Treasury Portfolio Class I | ******034 | $254,760,264.86 |
| Tribune CNLBC, LLC | Fidelity Institutional Money Market Treasury Portfolio Class I | ******042 | $110,016,805.93 |

If we can be of further assistance please do not hesitate to let us know.

Sincerely,

*[signature]*

John A. Hogan
Vice President, Premier Cash Management
Fidelity Investments

**An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.**

**Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity or visit advisor.fidelity.com for a prospectus containing this information. Read it carefully.**

1. May be subject to state or local taxes. Dividends may be subject to federal and state income taxes. Capital gains generally will be subject to taxation at each level. FMR may invest the fund's assets in municipal securities whose interest is subject to the federal alternative minimum tax.
2. Diversification does not guarantee against a loss.
3. Standard & Poor's and Moody's money market fund ratings rate the investment quality of the fund's shares and range from AAAm/Aaa (highest) to Dm/B (lowest). Independent rating agency fund ratings include, but are not limited to, a regular analysis of a fund's liquidity, diversification, operational policies, and internal controls; its management characteristics; and the creditworthiness of its assets. Ratings are not intended as a recommendation and are subject to change.
4. Investors are advised to place trades as early in the day as possible to provide Fidelity with advance notice of large redemptions.

**For institutional investors.**

**Fidelity Investments**     82 Devonshire Street
**Institutional Services Company, Inc.**    Boston, MA 02109



June 30, 2010

Tribune Company
Attn: Jack Rodden
435 N. Michigan Ave.
Chicago, IL 60611

Mr. Rodden,

Tribune Company is currently invested in the Fidelity Institutional Money Market Fund: Treasury Only Portfolio (the "Fund"). This letter is in response to your inquiry regarding Rule 4001-3 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware.

(a)  The Fund normally invests at least 80% of assets in U.S. Treasury securities.

(b)  The Fund is not rated by a nationally recognized statistical rating organization, such as Standard & Poor's or Moody's.

(c)  Shares in the Fund will be sold at the next NAV calculated after a redemption order is received in proper form. Normally, Fidelity will process wire redemptions on the same business day, provided a redemption wire request is received in proper form by Fidelity before the NAV is calculated on that day. All other redemptions will normally be processed the next business day.

Redemptions will normally be processed on the same business day, under certain circumstances redemptions may be postponed or suspended as permitted pursuant to Section 22(e) of the Investment company Act of 1940 (1940 Act). Generally under that section, redemptions may be postponed or suspended if (i) the NYSE is closed for trading (other than weekends or holidays) or trading is restricted, (ii) an emergency exists which makes the dispatch of securities owned by the Fund or the fair determination of the value of the Fund's net assets not reasonably practical, or (iii) the SEC by order permits the suspension of the right of redemption.

Redemption proceeds may be paid in securities rather than in cash if Fidelity Management and Research Company, the Fund's manager, determines it is in the best interests of a fund.

(d)  The Fund has adopted a policy that it will notify its shareholders sixty (60) days' prior to any change in its investment policy listed in paragraph (a) above. Both the Fund's operating policy and redemption policy as set forth above in paragraphs (a) and (c) respectively, may be changed only upon (90) days notice to shareholders.

(e)  At the close of business on June 30, 2010, Fidelity records show Tribune CNLBC, LLC balances as listed below. This includes the Fidelity Fund Name, account number, and account balance

| Account Name | Fund Name | Account Number | Account Balance |
|---|---|---|---|
| Tribune CNLBC, LLC | Fidelity Institutional Money Market Treasury Only Portfolio Class I | ******309 | $113,151.64 |

Fidelity Investments
Institutional Services Company, Inc.

82 Devonshire Street
Boston, MA 02109

If we can be of further assistance please do not hesitate to let us know.

Sincerely,

*John A. Hogan*

John A. Hogan
Vice President, Premier Cash Management
Fidelity Investments

**An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.**

**Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity or visit advisor.fidelity.com for a prospectus containing this information. Read it carefully.**

1. May be subject to state or local taxes. Dividends may be subject to federal and state income taxes. Capital gains generally will be subject to taxation at each level. FMR may invest the fund's assets in municipal securities whose interest is subject to the federal alternative minimum tax.
2. Diversification does not guarantee against a loss.
3. Standard & Poor's and Moody's money market fund ratings rate the investment quality of the fund's shares and range from AAAm/Aaa (highest) to Dm/B (lowest). Independent rating agency fund ratings include, but are not limited to, a regular analysis of a fund's liquidity, diversification, operational policies, and internal controls; its management characteristics; and the creditworthiness of its assets. Ratings are not intended as a recommendation and are subject to change.
4. Investors are advised to place trades as early in the day as possible to provide Fidelity with advance notice of large redemptions.

**For institutional investors.**

# J.P.Morgan
## Asset Management

George C. W. Gatch
C.E.O
JPMorgan Funds

June 30, 2010

Tribune Company
Attn: Dan Beezie
435 N. Michigan Ave
Chicago, IL 60611

Mr. Beezie,

Tribune Company is currently invested in the JPMorgan 100% Treasury Securities Money Market Fund (the "Fund"). This letter is in response to your inquiry regarding Rule 4001-3 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware.

(a) Under normal conditions, the Fund invests its assets exclusively in obligations of the U.S. Treasury, including Treasury bills, bonds and notes.

(b) The fund has received the highest money market fund rating from a nationally recognized statistical rating organization, such as Standard & Poor's or Moody's; The JPMorgan 100% Treasury Securities Money Market Fund has a Standard & Poors' rating of AAAM-G and a Moody's rating of Aaa.

(c) The fund has agreed to redeem funds shares in cash, with payment being made no later than the business day following a redemption request by a shareholder, except in the event of an unscheduled closing of Federal Reserve Banks or the New York Stock Exchange.

Under normal circumstances, if a Fund receives your order before the Fund's cut-off time, the Fund will make available to you the proceeds that same business day by wire. Otherwise, except as set forth in the section "Suspension of Redemptions" below, your redemption proceeds will be paid within seven days after the Fund receives the redemption order. "Suspension of Redemptions" from the July 1, 2010 Prospectus for the Funds the Funds may suspend your ability to redeem or may postpone payment for more than seven days when:

1. Trading on the NYSE is restricted;
2. The NYSE is closed (other than weekend and holiday closings);
3. Federal securities laws permit (with regard to JPMorgan Prime Money Market Fund and JPMorgan Liquid Assets Money Market Fund, upon the occurrence of any of the conditions set forth under Section 22(e) of the Investment Company Act of 1940);
4. The SEC has permitted a suspension; or
5. An emergency exists, as determined by the SEC.

If the Board of Trustees, including a majority of the Independent Trustees, determines that the deviation between a Fund's amortized cost price per share and the market based NAV per share may result in material dilution or other unfair results, the Board, subject to certain conditions, may suspend redemptions and payments in order to facilitate the permanent termination of the Fund in an orderly manner. If this were to occur, it would likely result in a delay in your receipt of your redemption proceeds.

245 Park Avenue, Floor 3, Mail: NY1-Q257, New York, NY 10167
JPMorgan Distribution Services, Inc.

Supervisory Office:
500 Stanton-Christiana Road, 2/CS, Mail: DE3-1720, Newark, DE 19713
Telephone: 302 634 4345 Facsimile: 302-634-4224

# J.P.Morgan
## Asset Management

George C. W. Gatch
C.E.O
JPMorgan Funds

(d)  At the close of business on June 30, 2010, JPMorgan records show Tribune Company balances as listed below. This includes the JPMorgan Fund Name, account number, and account balance

| Account Name | Fund Name | Account Number | Account Balance |
|---|---|---|---|
| Tribune CNLBC, LLC | JPMorgan 100% Treasury Securities Money Market Fund | *****070 | $110,000,000 |
| Tribune CNLBC, LLC | JPMorgan 100% Treasury Securities Money Market Fund | *****071 | $488,209,594 |
| Tribune Company | JPMorgan 100% Treasury Securities Money Market Fund | ****-480 | $2,044,728 |

Sincerely,

George C. W. Gatch

245 Park Avenue, Floor 3, Mail: NY1-Q257, New York, NY 10167
JPMorgan Distribution Services, Inc.

Supervisory Office:
500 Stanton-Christiana Road, 2/CS, Mail: DE3-1720, Newark, DE 19713
Telephone: 302 634 4345 Facsimile: 302-634-4224