# Supplement to the Fidelity® Institutional Money Market Funds – Class I May 29, 2010 Prospectus

*Treasury Only Portfolio*

*Treasury Portfolio*

After the close of business on Wednesday, June 30, 2010, shares of Treasury Only Portfolio and Treasury Portfolio are available to new accounts. Accordingly, the first paragraph in the "Fund Summary" sections under the heading "Purchase and Sale of Shares" on pages 21 and 25, the first paragraph in the "Shareholder Information" section on page 34 and the first paragraph under the heading "Buying Shares" on page 35 are no longer applicable.

June 25, 2010

# Fidelity Institutional Money Market Funds

## Government Portfolio
**Class**/Ticker
**I**/FIGXX

## Money Market Portfolio
**Class**/Ticker
**I**/FMPXX

## Prime Money Market Portfolio
**Class**/Ticker
**I**/FIDXX

## Tax-Exempt Portfolio
**Class**/Ticker
**I**/FTCXX

## Treasury Only Portfolio
**Class**/Ticker
**I**/FSIXX

## Treasury Portfolio
**Class**/Ticker
**I**/FISXX

# Prospectus

## May 29, 2010

Like securities of all mutual funds, these securities have not been approved or disapproved by the Securities and Exchange Commission, and the Securities and Exchange Commission has not determined if this prospectus is accurate or complete. Any representation to the contrary is a criminal offense.



82 Devonshire Street, Boston, MA 02109

# Contents

**Fund Summary**

3   Government Portfolio
7   Money Market Portfolio
11  Prime Money Market Portfolio
15  Tax-Exempt Portfolio
19  Treasury Only Portfolio
23  Treasury Portfolio

**Fund Basics**

27  Investment Details
32  Valuing Shares

**Shareholder Information**

34  Additional Information about the Purchase and Sale of Shares
37  Converting Shares
37  Exchanging Shares
38  Account Features and Policies
40  Dividends and Capital Gain Distributions
41  Tax Consequences

**Fund Services**

42  Fund Management
43  Fund Distribution

**Appendix**

45  Financial Highlights

# Fund Summary

**Fund**/Class:
**Government Portfolio**/I

## Investment Objective

The fund seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

## Fee Table

The following table describes the fees and expenses that may be incurred when you buy and hold shares of the fund.

### Shareholder fees (fees paid directly from your investment)          None

### Annual class operating expenses (expenses that you pay each year as a % of the value of your investment)

| | |
|---|---|
| Management fee | 0.14% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.07% |
| Total annual operating expenses | 0.21% |

This **example** helps compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the annual return for shares of the fund is 5% and that your shareholder fees and the annual operating expenses for shares of the fund are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| 1 year | $  22 |
| 3 years | $  68 |
| 5 years | $ 118 |
| 10 years | $ 268 |

## Principal Investment Strategies

• Normally investing at least 80% of assets in U.S. Government securities and repurchase agreements for those securities.

• Investing in U.S. Government securities issued by entities that are chartered or sponsored by Congress but whose securities are neither issued nor guaranteed by the U.S. Treasury.

*Prospectus*

## Fund Summary - continued

• Potentially entering into reverse re-purchase agreements.

• Investing in compliance with industry-standard regulatory requirements for money market funds for the quality, maturity, and diversification of investments.

# Principal Investment Risks

• *Interest Rate Changes.* Interest rate increases can cause the price of a money market security to decrease.

• *Issuer-Specific Changes.* A decline in the credit quality of an issuer or a provider of credit support or a maturity-shortening structure for a security can cause the price of a money market security to decrease.

An investment in the fund is not a deposit of a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.

# Performance

The following information is intended to help you understand the risks of investing in the fund. The information illustrates the changes in the performance of the fund's shares from year to year. Past performance is not necessarily an indication of future performance.

Visit www.fidelity.com or www.advisor.fidelity.com for updated return information.

## Year-by-Year Returns



| Calendar Years | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6.35% | 4.14% | 1.70% | 1.03% | 1.24% | 3.10% | 4.94% | 5.13% | 2.44% | 0.34% |

Percentage (%)
10
0
−10

*During the periods shown in the chart:*

| | Returns | Quarter ended |
|---|---|---|
| Highest Quarter Return | 1.63% | September 30, 2000 |
| Lowest Quarter Return | 0.02% | December 31, 2009 |
| Year-to-Date Return | 0.01% | March 31, 2010 |

## Average Annual Returns

| For the periods ended December 31, 2009 | Past 1 year | Past 5 years | Past 10 years |
|---|---|---|---|
| Government Portfolio | | | |
| Class I | 0.34% | 3.17% | 3.02% |

## Investment Advisers

Fidelity Management & Research Company (FMR) is the fund's manager. Fidelity Investments Money Management, Inc. (FIMM) and other affiliates of FMR serve as sub-advisers for the fund.

## Purchase and Sale of Shares

You may buy or sell Class I shares of the fund through a retirement account or through an investment professional. You may buy or sell shares in various ways:

### Internet
www.fidelity.com or www.advisor.fidelity.com

### Phone
To reach a Fidelity representative 1-877-297-2952

### Mail

| Fidelity Investments P.O. Box 770002 Cincinnati, OH 45277-0081 | *Overnight Express:* Fidelity Investments 100 Crosby Parkway Covington, KY 41015 |

The price to buy one share of Class I is its net asset value per share (NAV). Your shares will be bought at the NAV next calculated after your order is received in proper form.

The price to sell one share of Class I is its NAV. Your shares will be sold at the NAV next calculated after your order is received in proper form.

The fund is open for business each day the New York Stock Exchange (NYSE) is open. Even if the NYSE is closed, the fund will be open for business on those days on which the Federal Reserve Bank of New York (New York Fed) is open, the primary trading markets for the fund's portfolio instruments are open, and the fund's management believes there is an adequate market to meet purchase and redemption requests.

Fidelity normally calculates Class I's NAV each business day as of 4:00 p.m. Eastern time and, when the New York Fed and principal bond markets are open, as of 5:00 p.m. Eastern time. The fund's assets normally are valued as of these times for the purpose of computing the class's NAV.

The fund has a minimum initial investment of $1 million, which may be waived if your aggregate balance in the Fidelity Institutional Money Market Funds is greater than $10 million. The fund may waive or lower purchase minimums in other circumstances.

## Tax Information

Distributions you receive from the fund are subject to federal income tax and generally will be taxed as ordinary income or capital gains, and may also be subject to state or local taxes, unless you are investing through a tax-advantaged

*Prospectus*

## Fund Summary - continued

retirement account (in which case you may be taxed later, upon withdrawal of your investment from such account).

## Payments to Broker-Dealers and Other Financial Intermediaries

The fund, FMR, Fidelity Distributors Corporation (FDC), and/or their affiliates may pay intermediaries, including a bank, broker-dealer, or other service-provider (who may be affiliated with FMR or FDC), for the sale of fund shares and related services. These payments may create a conflict of interest by influencing your intermediary and your investment professional to recommend the fund over another investment. Ask your investment professional or visit your intermediary's web site for more information.

# Fund Summary

**Fund**/Class:
**Money Market Portfolio**/I

## Investment Objective

The fund seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

## Fee Table

The following table describes the fees and expenses that may be incurred when you buy and hold shares of the fund.

**Shareholder fees** (fees paid directly from your investment)          None

**Annual class operating expenses** (expenses that you pay each year as a % of the value of your investment)

| | |
|---|---|
| Management fee | 0.14% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.08% |
| Total annual operating expenses | 0.22% |

This **example** helps compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the annual return for shares of the fund is 5% and that your shareholder fees and the annual operating expenses for shares of the fund are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| 1 year | $    23 |
| 3 years | $    71 |
| 5 years | $  124 |
| 10 years | $  280 |

## Principal Investment Strategies

• Investing in U.S. dollar-denominated money market securities of domestic and foreign issuers rated in the highest category by at least two nationally recognized rating services or by one if only one rating service has rated a security, or, if unrated, determined to be of equivalent quality by Fidelity Management & Research Company (FMR), U.S.

*Prospectus*

## Fund Summary - continued

Government securities, and repurchase agreements.

• Potentially entering into reverse repurchase agreements.

• Investing more than 25% of total assets in the financial services industries.

• Investing in compliance with industry-standard regulatory requirements for money market funds for the quality, maturity, and diversification of investments.

## Principal Investment Risks

• *Interest Rate Changes.* Interest rate increases can cause the price of a money market security to decrease.

• *Foreign Exposure.* Entities located in foreign countries can be affected by adverse political, regulatory, market, or economic developments in those countries.

• *Financial Services Exposure.* Changes in government regulation and interest rates and economic downturns can have a significant negative effect on issuers in the financial services sector, including the price of their securities or their ability to meet their payment obligations.

• *Issuer-Specific Changes.* A decline in the credit quality of an issuer or a provider of credit support or a maturity-shortening structure for a security can cause the price of a money market security to decrease.

An investment in the fund is not a deposit of a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.

## Performance

The following information is intended to help you understand the risks of investing in the fund. The information illustrates the changes in the performance of the fund's shares from year to year. Past performance is not necessarily an indication of future performance.

Visit www.fidelity.com or www.advisor.fidelity.com for updated return information.

## Year-by-Year Returns



| Calendar Years | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6.48% | 4.19% | 1.78% | 1.08% | 1.28% | 3.13% | 5.03% | 5.32% | 3.05% | 0.73% |

| During the periods shown in the chart: | Returns | Quarter ended |
|---|---|---|
| Highest Quarter Return | 1.66% | September 30, 2000 |
| Lowest Quarter Return | 0.07% | December 31, 2009 |
| Year-to-Date Return | 0.06% | March 31, 2010 |

## Average Annual Returns

For the periods ended
December 31, 2009

**Money Market Portfolio**

| | Past 1 year | Past 5 years | Past 10 years |
|---|---|---|---|
| Class I | 0.73% | 3.44% | 3.19% |

# Investment Advisers

FMR is the fund's manager. Fidelity Investments Money Management, Inc. (FIMM) and other affiliates of FMR serve as sub-advisers for the fund.

# Purchase and Sale of Shares

You may buy or sell Class I shares of the fund through a retirement account or through an investment professional. You may buy or sell shares in various ways:

**Internet**
www.fidelity.com or www.advisor.fidelity.com

**Phone**
To reach a Fidelity representative 1-877-297-2952

**Mail**

| Fidelity Investments P.O. Box 770002 Cincinnati, OH 45277-0081 | Overnight Express: Fidelity Investments 100 Crosby Parkway Covington, KY 41015 |
|---|---|

The price to buy one share of Class I is its net asset value per share (NAV). Your shares will be bought at the NAV next calculated after your order is received in proper form.

The price to sell one share of Class I is its NAV. Your shares will be sold at the NAV next calculated after your order is received in proper form.

*Prospectus*

## Fund Summary - continued

The fund is open for business each day the New York Stock Exchange (NYSE) is open. Even if the NYSE is closed, the fund will be open for business on those days on which the Federal Reserve Bank of New York (New York Fed) is open, the primary trading markets for the fund's portfolio instruments are open, and the fund's management believes there is an adequate market to meet purchase and redemption requests.

Fidelity normally calculates Class I's NAV each business day as of 4:00 p.m. Eastern time and, when the New York Fed and principal bond markets are open, as of 5:00 p.m. Eastern time. The fund's assets normally are valued as of these times for the purpose of computing the class's NAV.

The fund has a minimum initial investment of $1 million, which may be waived if your aggregate balance in the Fidelity Institutional Money Market Funds is greater than $10 million. The fund may waive or lower purchase minimums in other circumstances.

## Tax Information

Distributions you receive from the fund are subject to federal income tax and generally will be taxed as ordinary income or capital gains, and may also be subject to state or local taxes, unless you are investing through a tax-advantaged retirement account (in which case you may be taxed later, upon withdrawal of your investment from such account).

## Payments to Broker-Dealers and Other Financial Intermediaries

The fund, FMR, Fidelity Distributors Corporation (FDC), and/or their affiliates may pay intermediaries, including a bank, broker-dealer, or other service-provider (who may be affiliated with FMR or FDC), for the sale of fund shares and related services. These payments may create a conflict of interest by influencing your intermediary and your investment professional to recommend the fund over another investment. Ask your investment professional or visit your intermediary's web site for more information.

# Fund Summary

**Fund**/Class:
**Prime Money Market Portfolio**/I

## Investment Objective

The fund seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

## Fee Table

The following table describes the fees and expenses that may be incurred when you buy and hold shares of the fund.

**Shareholder fees (fees paid directly from your investment)**                    None

**Annual class operating expenses (expenses that you pay each year as a % of the value of your investment)**

| | |
|---|---|
| Management fee | 0.14% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.08% |
| **Total annual operating expenses** | 0.22% |

This **example** helps compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the annual return for shares of the fund is 5% and that your shareholder fees and the annual operating expenses for shares of the fund are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| 1 year | $ 23 |
| 3 years | $ 71 |
| 5 years | $ 124 |
| 10 years | $ 280 |

## Principal Investment Strategies

• Investing in U.S. dollar-denominated money market securities of domestic and foreign issuers rated in the highest category by at least two nationally recognized rating services, U.S. Government securities, and repurchase agreements.

• Potentially entering into reverse repurchase agreements.

## Fund Summary - continued

• Investing more than 25% of total assets in the financial services industries.

• Investing in compliance with industry-standard regulatory requirements for money market funds for the quality, maturity, and diversification of investments.

## Principal Investment Risks

• *Interest Rate Changes.* Interest rate increases can cause the price of a money market security to decrease.

• *Foreign Exposure.* Entities located in foreign countries can be affected by adverse political, regulatory, market, or economic developments in those countries.

• *Financial Services Exposure.* Changes in government regulation and interest rates and economic downturns can have a significant negative effect on issuers in the financial services sector, including the price of their securities or their ability to meet their payment obligations.

• *Issuer-Specific Changes.* A decline in the credit quality of an issuer or a provider of credit support or a maturity-shortening structure for a security can cause the price of a money market security to decrease.

An investment in the fund is not a deposit of a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.

## Performance

The following information is intended to help you understand the risks of investing in the fund. The information illustrates the changes in the performance of the fund's shares from year to year. Past performance is not necessarily an indication of future performance.

Visit www.fidelity.com or www.advisor.fidelity.com for updated return information.

## Year-by-Year Returns



| Calendar Years | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6.45% | 4.16% | 1.74% | 1.06% | 1.27% | 3.16% | 5.01% | 5.28% | 2.95% | 0.58% |

| During the periods shown in the chart: | Returns | Quarter ended |
|---|---|---|
| Highest Quarter Return | 1.65% | September 30, 2000 |
| Lowest Quarter Return | 0.05% | December 31, 2009 |
| Year-to-Date Return | 0.03% | March 31, 2010 |

## Average Annual Returns

| For the periods ended December 31, 2009 | Past 1 year | Past 5 years | Past 10 years |
|---|---|---|---|
| **Prime Money Market Portfolio** | | | |
| Class I | 0.58% | 3.38% | 3.15% |

# Investment Advisers

Fidelity Management & Research Company (FMR) is the fund's manager. Fidelity Investments Money Management, Inc. (FIMM) and other affiliates of FMR serve as sub-advisers for the fund.

# Purchase and Sale of Shares

You may buy or sell Class I shares of the fund through a retirement account or through an investment professional. You may buy or sell shares in various ways:

### Internet
**www.fidelity.com or www.advisor.fidelity.com**

**Phone**

**To reach a Fidelity representative 1-877-297-2952**

**Mail**

| Fidelity Investments P.O. Box 770002 Cincinnati, OH 45277-0081 | *Overnight Express:* Fidelity Investments 100 Crosby Parkway Covington, KY 41015 |
|---|---|

The price to buy one share of Class I is its net asset value per share (NAV). Your shares will be bought at the NAV next calculated after your order is received in proper form.

The price to sell one share of Class I is its NAV. Your shares will be sold at the NAV next calculated after your order is received in proper form.

*Prospectus*

## Fund Summary - continued

The fund is open for business each day the New York Stock Exchange (NYSE) is open. Even if the NYSE is closed, the fund will be open for business on those days on which the Federal Reserve Bank of New York (New York Fed) is open, the primary trading markets for the fund's portfolio instruments are open, and the fund's management believes there is an adequate market to meet purchase and redemption requests.

Fidelity normally calculates Class I's NAV each business day as of 4:00 p.m. Eastern time and, when the New York Fed and principal bond markets are open, as of 5:00 p.m. Eastern time. The fund's assets normally are valued as of these times for the purpose of computing the class's NAV.

The fund has a minimum initial investment of $1 million, which may be waived if your aggregate balance in the Fidelity Institutional Money Market Funds is greater than $10 million. The fund may waive or lower purchase minimums in other circumstances.

## Tax Information

Distributions you receive from the fund are subject to federal income tax and generally will be taxed as ordinary income or capital gains, and may also be subject to state or local taxes, unless you are investing through a tax-advantaged retirement account (in which case you may be taxed later, upon withdrawal of your investment from such account).

## Payments to Broker-Dealers and Other Financial Intermediaries

The fund, FMR, Fidelity Distributors Corporation (FDC), and/or their affiliates may pay intermediaries, including a bank, broker-dealer, or other service-provider (who may be affiliated with FMR or FDC), for the sale of fund shares and related services. These payments may create a conflict of interest by influencing your intermediary and your investment professional to recommend the fund over another investment. Ask your investment professional or visit your intermediary's web site for more information.

# Fund Summary

**Fund**/Class:
**Tax-Exempt Portfolio**/I

## Investment Objective

The fund seeks to obtain as high a level of interest income exempt from federal income tax as is consistent with liquidity and stability of principal.

## Fee Table

The following table describes the fees and expenses that may be incurred when you buy and hold shares of the fund.

### Shareholder fees (fees paid directly from your investment)    None

### Annual class operating expenses (expenses that you pay each year as a % of the value of your investment)

| | |
|---|---:|
| Management fee | 0.14% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.11% |
| Total annual operating expenses | 0.25% |

This **example** helps compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the annual return for shares of the fund is 5% and that your shareholder fees and the annual operating expenses for shares of the fund are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---:|
| 1 year | $   26 |
| 3 years | $   80 |
| 5 years | $  141 |
| 10 years | $  318 |

## Principal Investment Strategies

• Normally investing in municipal money market securities rated in the highest category by at least one nationally recognized rating service or in one of the two highest categories by another rating service if rated by more than one, or, if unrated, determined to be of equivalent quality to the highest category by Fidelity Management & Research Company (FMR).

• Normally not investing in any rated security that is rated in the second

## Fund Summary - continued

highest short-term rating category by Standard & Poor's® (S&P®) or Moody's® Investors Service (Moody's).

• Normally investing at least 80% of assets in municipal securities whose interest is exempt from federal income tax.

• Normally not investing in municipal securities whose interest is subject to the federal alternative minimum tax.

• Potentially investing more than 25% of total assets in municipal securities that finance similar types of projects.

• Investing in compliance with industry-standard regulatory requirements for money market funds for the quality, maturity, and diversification of investments.

## Principal Investment Risks

• *Municipal Market Volatility.* The municipal market is volatile and can be significantly affected by adverse tax, legislative, or political changes and the financial condition of the issuers of municipal securities.

• *Interest Rate Changes.* Interest rate increases can cause the price of a money market security to decrease.

• *Foreign Exposure.* Entities providing credit support or a maturity-shortening structure that are located in foreign countries can be affected by adverse political, regulatory, market, or economic developments in those countries.

• *Issuer-Specific Changes.* A decline in the credit quality of an issuer or a provider of credit support or a maturity-shortening structure for a security can

cause the price of a money market security to decrease.

An investment in the fund is not a deposit of a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.

## Performance

The following information is intended to help you understand the risks of investing in the fund. The information illustrates the changes in the performance of the fund's shares from year to year. Past performance is not necessarily an indication of future performance.

Visit www.fidelity.com or www.advisor.fidelity.com for updated return information.

## Year-by-Year Returns



| Calendar Years | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4.07% | 2.71% | 1.38% | 0.95% | 1.09% | 2.29% | 3.31% | 3.53% | 2.05% | 0.25% |



| During the periods shown in the chart: | Returns | Quarter ended |
|---|---|---|
| Highest Quarter Return | 1.06% | June 30, 2000 |
| Lowest Quarter Return | 0.02% | December 31, 2009 |
| Year-to-Date Return | 0.01% | March 31, 2010 |

## Average Annual Returns

| For the periods ended December 31, 2009 | Past 1 year | Past 5 years | Past 10 years |
|---|---|---|---|
| **Tax-Exempt Portfolio** | | | |
| Class I | 0.25% | 2.28% | 2.16% |

# Investment Advisers

FMR is the fund's manager. Fidelity Investments Money Management, Inc. (FIMM) and other affiliates of FMR serve as sub-advisers for the fund.

# Purchase and Sale of Shares

You may buy or sell Class I shares of the fund through an investment professional. You may buy or sell shares in various ways:

### Internet

www.fidelity.com or www.advisor.fidelity.com

### Phone

To reach a Fidelity representative 1-877-297-2952

### Mail

**Fidelity Investments**
P.O. Box 770002
Cincinnati, OH
45277-0081

*Overnight Express:*
**Fidelity Investments**
100 Crosby Parkway
Covington, KY 41015

The price to buy one share of Class I is its net asset value per share (NAV). Your shares will be bought at the NAV next calculated after your order is received in proper form.

The price to sell one share of Class I is its NAV. Your shares will be sold at the NAV next calculated after your order is received in proper form.

*Prospectus*

## Fund Summary - continued

The fund is open for business each day the New York Stock Exchange (NYSE) is open. Even if the NYSE is closed, the fund will be open for business on those days on which the Federal Reserve Bank of New York (New York Fed) is open, the primary trading markets for the fund's portfolio instruments are open, and the fund's management believes there is an adequate market to meet purchase and redemption requests.

The fund has a minimum initial investment of $1 million, which may be waived if your aggregate balance in the Fidelity Institutional Money Market Funds is greater than $10 million. The fund may waive or lower purchase minimums in other circumstances.

## Tax Information

The fund seeks to earn income and pay dividends exempt from federal income tax. Income exempt from federal income tax may be subject to state or local tax. A portion of the dividends you receive may be subject to federal and state income taxes. You may also receive taxable distributions attributable to the fund's sale of municipal bonds.

## Payments to Broker-Dealers and Other Financial Intermediaries

The fund, FMR, Fidelity Distributors Corporation (FDC), and/or their affiliates may pay intermediaries, including a bank, broker-dealer, or other service-provider (who may be affiliated with FMR or FDC), for the sale of fund shares and related services. These payments may create a conflict of interest by influencing your intermediary and your investment professional to recommend the fund over another investment. Ask your investment professional or visit your intermediary's web site for more information.

# Fund Summary

**Fund**/Class:
**Treasury Only Portfolio**/I

## Investment Objective

The fund seeks as high a level of current income as is consistent with the security of principal and liquidity.

## Fee Table

The following table describes the fees and expenses that may be incurred when you buy and hold shares of the fund.

**Shareholder fees (fees paid directly from your investment)** None

**Annual class operating expenses (expenses that you pay each year as a % of the value of your investment)**

| | |
|---|---|
| Management fee | 0.14% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.07% |
| Total annual operating expenses | 0.21% |

This **example** helps compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the annual return for shares of the fund is 5% and that your shareholder fees and the annual operating expenses for shares of the fund are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| 1 year | $ 22 |
| 3 years | $ 68 |
| 5 years | $ 118 |
| 10 years | $ 268 |

## Principal Investment Strategies

• Normally investing at least 80% of assets in U.S. Treasury securities.

• Normally investing in securities whose interest is exempt from state and local income taxes.

• Investing in compliance with industry-standard regulatory requirements for money market funds for the quality, maturity, and diversification of investments.

## Fund Summary - continued

# Principal Investment Risks

• *Interest Rate Changes.* Interest rate increases can cause the price of a money market security to decrease.

• *Issuer-Specific Changes.* A decline in the credit quality of an issuer or a provider of credit support or a maturity-shortening structure for a security can cause the price of a money market security to decrease.

An investment in the fund is not a deposit of a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.

# Performance

The following information is intended to help you understand the risks of investing in the fund. The information illustrates the changes in the performance of the fund's shares from year to year. Past performance is not necessarily an indication of future performance.

Visit www.fidelity.com or www.advisor.fidelity.com for updated return information.

## Year-by-Year Returns

| Calendar Years | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6.00% | 4.09% | 1.67% | 0.97% | 1.14% | 2.85% | 4.64% | 4.59% | 1.66% | 0.16% |



| During the periods shown in the chart: | Returns | Quarter ended |
|---|---|---|
| Highest Quarter Return | 1.56% | December 31, 2000 |
| Lowest Quarter Return | 0.01% | December 31, 2009 |
| Year-to-Date Return | 0.00% | March 31, 2010 |

## Average Annual Returns

| For the periods ended December 31, 2009 | Past 1 year | Past 5 years | Past 10 years |
|---|---|---|---|
| **Treasury Only Portfolio** | | | |
| Class I | 0.16% | 2.76% | 2.76% |

# Investment Advisers

Fidelity Management & Research Company (FMR) is the fund's manager. Fidelity Investments Money Management, Inc. (FIMM) and other affiliates of FMR serve as sub-advisers for the fund.

# Purchase and Sale of Shares

**The fund is currently closed to new investors.** For more information, see the Additional Information about the Purchase and Sale of Shares section of the prospectus. Remember to keep shares in your fund position to be eligible to purchase additional shares of the fund.

You may buy or sell Class I shares of the fund through a retirement account or through an investment professional. You may buy or sell shares in various ways:

**Internet**
www.fidelity.com or www.advisor.fidelity.com

**Phone**
To reach a Fidelity representative 1-877-297-2952

**Mail**

| | *Overnight Express:* |
|---|---|
| **Fidelity Investments** | **Fidelity Investments** |
| **P.O. Box 770002** | **100 Crosby Parkway** |
| **Cincinnati, OH** | **Covington, KY 41015** |
| **45277-0081** | |

The price to buy one share of Class I is its net asset value per share (NAV). Your shares will be bought at the NAV next calculated after your order is received in proper form.

The price to sell one share of Class I is its NAV. Your shares will be sold at the NAV next calculated after your order is received in proper form.

The fund is open for business each day the New York Stock Exchange (NYSE) is open. Even if the NYSE is closed, the fund will be open for business on those days on which the Federal Reserve Bank of New York (New York Fed) is open, the primary trading markets for the fund's portfolio instruments are open, and the fund's management believes there is an adequate market to meet purchase and redemption requests.

The fund has a minimum initial investment of $1 million, which may be waived if your aggregate balance in the Fidelity Institutional Money Market Funds is greater than $10 million. The fund may waive or lower purchase minimums in other circumstances.

# Tax Information

Distributions you receive from the fund are subject to federal income tax and generally will be taxed as ordinary income or capital gains, and may also be subject to state or local taxes, unless you are investing through a tax-advantaged retirement account (in which case you may be taxed later, upon withdrawal of your investment from such account).

# Payments to Broker-Dealers and Other Financial Intermediaries

The fund, FMR, Fidelity Distributors Corporation (FDC), and/or their affiliates may pay intermediaries, including a

## Fund Summary - continued

bank, broker-dealer, or other service-
provider (who may be affiliated with
FMR or FDC), for the sale of fund
shares and related services. These pay-
ments may create a conflict of interest
by influencing your intermediary and
your investment professional to recom-
mend the fund over another investment.
Ask your investment professional or vis-
it your intermediary's web site for more
information.

# Fund Summary

**Fund**/Class:
**Treasury Portfolio**/I

## Investment Objective

The fund seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

## Fee Table

The following table describes the fees and expenses that may be incurred when you buy and hold shares of the fund.

**Shareholder fees (fees paid directly from your investment)**          None

**Annual class operating expenses (expenses that you pay each year as a % of the value of your investment)**

| | |
|---|---|
| Management fee | 0.14% |
| Distribution and/or Service (12b-1) fees | None |
| Other expenses | 0.07% |
| Total annual operating expenses | 0.21% |

This **example** helps compare the cost of investing in the fund with the cost of investing in other mutual funds.

Let's say, hypothetically, that the annual return for shares of the fund is 5% and that your shareholder fees and the annual operating expenses for shares of the fund are exactly as described in the fee table. This example illustrates the effect of fees and expenses, but is not meant to suggest actual or expected fees and expenses or returns, all of which may vary. For every $10,000 you invested, here's how much you would pay in total expenses if you sell all of your shares at the end of each time period indicated:

| | |
|---|---|
| 1 year | $    22 |
| 3 years | $    68 |
| 5 years | $  118 |
| 10 years | $  268 |

## Principal Investment Strategies

• Normally investing at least 80% of assets in U.S. Treasury securities and repurchase agreements for those securities.

• Investing in compliance with industry-standard regulatory requirements for money market funds for the quality, maturity, and diversification of investments.

## Fund Summary - continued

# Principal Investment Risks

• *Interest Rate Changes.* Interest rate increases can cause the price of a money market security to decrease.

• *Issuer-Specific Changes.* A decline in the credit quality of an issuer or a provider of credit support or a maturity-shortening structure for a security can cause the price of a money market security to decrease.

An investment in the fund is not a deposit of a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.

# Performance

The following information is intended to help you understand the risks of investing in the fund. The information illustrates the changes in the performance of the fund's shares from year to year. Past performance is not necessarily an indication of future performance.

Visit www.fidelity.com or www.advisor.fidelity.com for updated return information.

## Year-by-Year Returns



| Calendar Years | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6.21% | 3.96% | 1.63% | 0.97% | 1.17% | 3.03% | 4.89% | 4.85% | 1.66% | 0.18% |

Percentage (%)
10

0

−10

| During the periods shown in the chart: | Returns | Quarter ended |
|---|---|---|
| Highest Quarter Return | 1.60% | December 31, 2000 |
| Lowest Quarter Return | 0.01% | December 31, 2009 |
| Year-to-Date Return | 0.00% | March 31, 2010 |

## Average Annual Returns

| For the periods ended December 31, 2009 | Past 1 year | Past 5 years | Past 10 years |
|---|---|---|---|
| **Treasury Portfolio** | | | |
| Class I | 0.18% | 2.91% | 2.84% |

## Investment Advisers

Fidelity Management & Research Company (FMR) is the fund's manager. Fidelity Investments Money Management, Inc. (FIMM) and other affiliates of FMR serve as sub-advisers for the fund.

## Purchase and Sale of Shares

**The fund is currently closed to new investors.** For more information, see the Additional Information about the Purchase and Sale of Shares section of the prospectus. Remember to keep shares in your fund position to be eligible to purchase additional shares of the fund.

You may buy or sell Class I shares of the fund through a retirement account or through an investment professional. You may buy or sell shares in various ways:

**Internet**
www.fidelity.com or www.advisor.fidelity.com

**Phone**
To reach a Fidelity representative 1-877-297-2952

**Mail**

| Fidelity Investments | Overnight Express: |
|---|---|
| P.O. Box 770002 | Fidelity Investments |
| Cincinnati, OH | 100 Crosby Parkway |
| 45277-0081 | Covington, KY 41015 |

The price to buy one share of Class I is its net asset value per share (NAV). Your shares will be bought at the NAV next calculated after your order is received in proper form.

The price to sell one share of Class I is its NAV. Your shares will be sold at the NAV next calculated after your order is received in proper form.

The fund is open for business each day the New York Stock Exchange (NYSE) is open. Even if the NYSE is closed, the fund will be open for business on those days on which the Federal Reserve Bank of New York (New York Fed) is open, the primary trading markets for the fund's portfolio instruments are open, and the fund's management believes there is an adequate market to meet purchase and redemption requests.

Fidelity normally calculates Class I's NAV each business day as of 4:00 p.m. Eastern time and, when the New York Fed and principal bond markets are open, as of 5:00 p.m. Eastern time. The fund's assets normally are valued as of these times for the purpose of computing the class's NAV.

The fund has a minimum initial investment of $1 million, which may be waived if your aggregate balance in the Fidelity Institutional Money Market Funds is greater than $10 million. The fund may waive or lower purchase minimums in other circumstances.

## Tax Information

Distributions you receive from the fund are subject to federal income tax and generally will be taxed as ordinary income or capital gains, and may also be subject to state or local taxes, unless you are investing through a tax-advantaged retirement account (in which case you may be taxed later, upon withdrawal of your investment from such account).

## Fund Summary - continued

## Payments to Broker-Dealers and Other Financial Intermediaries

The fund, FMR, Fidelity Distributors Corporation (FDC), and/or their affiliates may pay intermediaries, including a bank, broker-dealer, or other service-provider (who may be affiliated with FMR or FDC), for the sale of fund shares and related services. These payments may create a conflict of interest by influencing your intermediary and your investment professional to recommend the fund over another investment. Ask your investment professional or visit your intermediary's web site for more information.

# Fund Basics

## Investment Details

### Investment Objective

**Government Portfolio** seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

### Principal Investment Strategies

FMR normally invests at least 80% of the fund's assets in U.S. Government securities and repurchase agreements for those securities. Certain issuers of U.S. Government securities are sponsored or chartered by Congress but their securities are neither issued nor guaranteed by the U.S. Treasury. FMR also may enter into reverse repurchase agreements for the fund.

In buying and selling securities for the fund, FMR complies with industry-standard regulatory requirements for money market funds regarding the quality, maturity, and diversification of the fund's investments. FMR stresses maintaining a stable $1.00 share price, liquidity, and income.

### Investment Objective

**Money Market Portfolio** seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

### Principal Investment Strategies

FMR invests the fund's assets in the highest-quality U.S. dollar-denominated money market securities of domestic and foreign issuers, U.S. Government securities, and repurchase agreements. FMR also may enter into reverse repurchase agreements for the fund. Securities are "highest-quality" if rated in the highest category by at least two nationally recognized rating services or by one if only one rating service has rated a security, or, if unrated, determined to be of equivalent quality by FMR.

FMR will invest more than 25% of the fund's total assets in the financial services industries.

In buying and selling securities for the fund, FMR complies with industry-standard regulatory requirements for money market funds regarding the quality, maturity, and diversification of the fund's investments. FMR stresses maintaining a stable $1.00 share price, liquidity, and income.

### Investment Objective

**Prime Money Market Portfolio** seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

### Principal Investment Strategies

FMR invests the fund's assets in U.S. dollar-denominated money market securities of domestic and foreign issuers rated in the highest category by at least two nationally recognized rating services, U.S. Government securities, and repurchase agreements. FMR also may enter into reverse repurchase agreements for the fund.

*Prospectus*

## Fund Basics - continued

FMR will invest more than 25% of the fund's total assets in the financial services industries.

In buying and selling securities for the fund, FMR complies with industry-standard regulatory requirements for money market funds regarding the quality, maturity, and diversification of the fund's investments. FMR stresses maintaining a stable $1.00 share price, liquidity, and income.

### Investment Objective

**Tax-Exempt Portfolio** seeks to obtain as high a level of interest income exempt from federal income tax as is consistent with liquidity and stability of principal.

### Principal Investment Strategies

FMR normally invests the fund's assets in the highest-quality municipal money market securities. Securities are "highest-quality" if rated in the highest category by at least one nationally recognized rating service and in one of the two highest categories by another rating service if rated by more than one, or, if unrated, determined to be of equivalent quality to the highest category by FMR. FMR does not currently intend to invest the fund's assets in any rated security that is rated in the second highest short-term rating category by S&P or Moody's.

FMR normally invests at least 80% of the fund's assets in municipal securities whose interest is exempt from federal income tax. FMR does not currently intend to invest the fund's assets in municipal securities whose interest is subject to the federal alternative minimum tax.

The supply of and demand for municipal money market securities can vary from time to time. When FMR believes that suitable municipal money market securities are not available, or during other unusual market conditions, FMR may leave a significant portion of the fund's assets uninvested, or may invest up to 20% of the fund's assets in securities subject to state and/or federal income tax.

FMR may invest more than 25% of the fund's total assets in municipal securities that finance similar projects, such as those relating to education, health care, transportation, and utilities.

In buying and selling securities for the fund, FMR complies with industry-standard regulatory requirements for money market funds regarding the quality, maturity, and diversification of the fund's investments. FMR may invest the fund's assets in municipal money market securities by investing in other funds. FMR stresses maintaining a stable $1.00 share price, liquidity, and income.

### Investment Objective

**Treasury Only Portfolio** seeks as high a level of current income as is consistent with the security of principal and liquidity.

### Principal Investment Strategies

FMR normally invests at least 80% of the fund's assets in U.S. Treasury securities. FMR does not enter into repurchase agreements or reverse repurchase agreements for the fund. FMR normally invests the fund's assets in securities whose interest is specifically exempt from state and local income taxes under

federal law; such interest is not exempt from federal income tax.

In buying and selling securities for the fund, FMR complies with industry-standard regulatory requirements for money market funds regarding the quality, maturity, and diversification of the fund's investments. FMR stresses maintaining a stable $1.00 share price, liquidity, and income.

### Investment Objective

**Treasury Portfolio** seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

### Principal Investment Strategies

FMR normally invests at least 80% of the fund's assets in U.S. Treasury securities and repurchase agreements for those securities. FMR does not enter into reverse repurchase agreements for the fund.

In buying and selling securities for the fund, FMR complies with industry-standard regulatory requirements for money market funds regarding the quality, maturity, and diversification of the fund's investments. FMR stresses maintaining a stable $1.00 share price, liquidity, and income.

### Description of Principal Security Types

*Money market securities* are high-quality, short-term securities that pay a fixed, variable, or floating interest rate. Securities are often specifically structured so that they are eligible investments for a money market fund. For example, in order to satisfy the maturity restrictions for a money market fund, some money market securities have demand or put features, which have the effect of shortening the security's maturity. Taxable money market securities include bank certificates of deposit, bankers' acceptances, bank time deposits, notes, commercial paper and U.S. Government securities. Municipal money market securities include variable rate demand notes, commercial paper, and municipal notes.

*U.S. Government securities* are high-quality securities issued or guaranteed by the U.S. Treasury or by an agency or instrumentality of the U.S. Government. U.S. Government securities may be backed by the full faith and credit of the U.S. Treasury, the right to borrow from the U.S. Treasury, or the agency or instrumentality issuing or guaranteeing the security. Certain issuers of U.S. Government securities, including Fannie Mae, Freddie Mac, and the Federal Home Loan Banks, are sponsored or chartered by Congress but their securities are neither issued nor guaranteed by the U.S. Treasury.

*Municipal securities* are issued to raise money for a variety of public and private purposes, including general financing for state and local governments, or financing for a specific project or public facility. Municipal securities may be fully or partially backed by the local government, by the credit of a private issuer, by the current or anticipated revenues from a specific project or specific assets, or by domestic or foreign entities providing credit support such

## Fund Basics - continued

as letters of credit, guarantees, or insurance.

A *repurchase agreement* is an agreement to buy a security at one price and a simultaneous agreement to sell it back at an agreed-upon price.

### Principal Investment Risks

Many factors affect each fund's performance. A fund's yield will change daily based on changes in interest rates and other market conditions. Although each fund is managed to maintain a stable $1.00 share price, there is no guarantee that the fund will be able to do so. For example, a major increase in interest rates or a decrease in the credit quality of the issuer of one of a fund's investments could cause the fund's share price to decrease. It is important to note that neither the funds' share prices nor their yields are guaranteed by the U.S. Government.

The following factors can significantly affect a fund's performance:

*Municipal Market Volatility.* Municipal securities can be significantly affected by political changes as well as uncertainties in the municipal market related to taxation, legislative changes, or the rights of municipal security holders. Because many municipal securities are issued to finance similar projects, especially those relating to education, health care, transportation, and utilities, conditions in those sectors can affect the overall municipal market. In addition, changes in the financial condition of an individual municipal insurer can affect the overall municipal market, and market conditions may

directly impact the liquidity and valuation of municipal securities.

*Interest Rate Changes.* Money market securities have varying levels of sensitivity to changes in interest rates. In general, the price of a money market security can fall when interest rates rise and can rise when interest rates fall. Securities with longer maturities and the securities of issuers in the financial services sector can be more sensitive to interest rate changes. Short-term securities tend to react to changes in short-term interest rates.

*Foreign Exposure.* Issuers located in foreign countries and entities providing credit support or a maturity-shortening structure that are located in foreign countries can involve increased risks. Extensive public information about the issuer or provider may not be available and unfavorable political, economic, or governmental developments could affect the value of the security.

*Financial Services Exposure.* Financial services companies are highly dependent on the supply of short-term financing and can be sensitive to changes in government regulation and interest rates and to economic downturns in the United States and abroad. These events can significantly affect the price of issuers' securities as well as their ability to make payments of principal or interest or otherwise meet obligations on securities or instruments for which they serve as guarantors or counterparties.

*Issuer-Specific Changes.* Changes in the financial condition of an issuer or

counterparty, changes in specific economic or political conditions that affect a particular type of issuer, and changes in general economic or political conditions can increase the risk of default by an issuer or counterparty, which can affect a security's or instrument's credit quality or value. Entities providing credit support or a maturity-shortening structure also can be affected by these types of changes. Municipal securities backed by current or anticipated revenues from a specific project or specific assets can be negatively affected by the discontinuance of the taxation supporting the project or assets or the inability to collect revenues for the project or from the assets. If the Internal Revenue Service (IRS) determines an issuer of a municipal security has not complied with applicable tax requirements, interest from the security could become taxable and the security could decline significantly in value. In addition, if the structure of a security fails to function as intended, interest from the security could become taxable or the security could decline in value.

Generally, Tax-Exempt Portfolio purchases municipal securities whose interest, in the opinion of bond counsel, is free from federal income tax and from the federal alternative minimum tax. Neither FMR nor Tax-Exempt Portfolio guarantees that this opinion is correct, and there is no assurance that the IRS will agree with bond counsel's opinion. Issuers or other parties generally enter into covenants requiring continuing compliance with federal tax requirements to preserve the tax-free status of interest payments over the life of the security. If at any time the covenants are not complied with, or if the IRS

otherwise determines that the issuer did not comply with relevant tax requirements, interest payments from a security could become federally taxable, possibly retroactively to the date the security was issued. For certain types of structured securities, the tax status of the pass-through of tax-free income may also be based on the federal tax treatment of the structure.

In response to market, economic, political, or other conditions, FMR may temporarily use a different investment strategy (including leaving a significant portion of a fund's assets uninvested) for defensive purposes. Uninvested assets do not earn income for a fund, which may have a significant negative impact on the fund's yield and may prevent the fund from achieving its investment objective. In addition, different factors could affect Tax-Exempt Portfolio's performance, and the fund could distribute income subject to federal income tax.

## Fundamental Investment Policies

The following policies are fundamental, that is, subject to change only by shareholder approval:

**Government Portfolio** seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

**Money Market Portfolio** seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

**Prime Money Market Portfolio** seeks to obtain as high a level of current

## Fund Basics - continued

income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

**Tax-Exempt Portfolio** seeks to obtain as high a level of interest income exempt from federal income tax as is consistent with liquidity and stability of principal. The fund normally invests at least 80% of its assets in municipal securities whose interest is exempt from federal income tax.

**Treasury Only Portfolio** seeks as high a level of current income as is consistent with the security of principal and liquidity, and to maintain a constant net asset value per share (NAV) of $1.00.

**Treasury Portfolio** seeks to obtain as high a level of current income as is consistent with the preservation of principal and liquidity within the limitations prescribed for the fund.

### Shareholder Notice

The following policies are subject to change only upon 60 days' prior notice to shareholders:

**Government Portfolio** normally invests at least 80% of its assets in U.S. Government securities and repurchase agreements for those securities.

**Treasury Only Portfolio** normally invests at least 80% of its assets in U.S. Treasury securities.

**Treasury Portfolio** normally invests at least 80% of its assets in U.S. Treasury securities and repurchase agreements for those securities.

# Valuing Shares

Each fund is open for business each day the NYSE is open. Even if the NYSE is closed, a fund will be open for business on those days on which the New York Fed is open, the primary trading markets for the fund's portfolio instruments are open, and the fund's management believes there is an adequate market to meet purchase and redemption requests.

A class's NAV is the value of a single share. Fidelity normally calculates each class's NAV each business day as of the times indicated in the following table. Each fund's assets normally are valued as of these times for the purpose of computing each class's NAV.

| Fund | NAV Calculation Times (Eastern Time) |
|---|---|
| Government Portfolio | 4:00 p.m. and 5:00 p.m.[A] |
| Money Market Portfolio | 4:00 p.m. and 5:00 p.m.[A] |
| Prime Money Market Portfolio | 4:00 p.m. and 5:00 p.m.[A] |
| Tax-Exempt Portfolio | 4:00 p.m. |
| Treasury Only Portfolio | 4:00 p.m. |
| Treasury Portfolio | 4:00 p.m. and 5:00 p.m.[A] |

[A] When the New York Fed and principal bond markets are open.

NAV is not calculated and a fund will not process purchase and redemption requests submitted on days when the fund is not open for business. The time at which shares are priced and until which purchase and redemption orders are accepted may be changed as permitted by the Securities and Exchange Commission (SEC).

To the extent that a fund's assets are traded in other markets on days when the fund is not open for business, the value of the fund's assets may be affected on those days. In addition, trading in some of a fund's assets may not occur on days when the fund is open for business.

Each fund's assets are valued on the basis of amortized cost.

# Shareholder Information

**Treasury Only Portfolio and Treasury Portfolio are currently closed to new investors.**

## Additional Information about the Purchase and Sale of Shares

### General Information

You may buy or sell Class I shares of the funds through a retirement account or an investment professional. When you invest through a retirement account or an investment professional, the procedures for buying, selling, and exchanging Class I shares of a fund and the account features and policies may differ. Additional fees may also apply to your investment in Class I shares of a fund, including a transaction fee if you buy or sell Class I shares of the fund through a broker or other investment professional.

If the fund is your Fidelity brokerage core, you will pay fees charged in connection with certain activity in your Fidelity brokerage account directly from your fund investment. Please see your Fidelity brokerage account materials for additional information.

**You should include the following information with any order to buy, sell, convert, or exchange shares:**

• Your name;

• Your account number;

• Name of fund and class whose shares you want to buy, sell, or convert; and

• Dollar amount or number of shares you want to buy, sell, or convert.

Certain methods of contacting Fidelity, such as by telephone, may be unavailable or delayed (for example, during periods of unusual market activity).

A fund may reject for any reason, or cancel as permitted or required by law, any purchase or exchange, including transactions deemed to represent excessive trading, at any time.

Excessive trading of fund shares can harm shareholders in various ways, including reducing the returns to long-term shareholders by increasing costs to a fund (such as spreads paid to dealers who sell money market instruments to a fund) and disrupting portfolio management strategies.

FMR anticipates that shareholders will purchase and sell shares of each fund frequently because a money market fund is designed to offer investors a liquid cash option. Accordingly, the Board of Trustees has not adopted policies and procedures designed to discourage excessive trading of money market fund shares and each fund accommodates frequent trading.

A fund may in its discretion restrict, reject, or cancel any purchases or exchanges that, in FMR's opinion, may be disruptive to the management of that fund or otherwise not be in the fund's interests.

Each fund has no limit on purchase or exchange transactions. Each fund reserves the right at any time to restrict purchases or exchanges or impose conditions that are more restrictive on excessive or disruptive trading than those stated in this prospectus.

## Buying Shares

Effective the close of business on December 23, 2008, new positions in Treasury Only Portfolio and Treasury Portfolio may no longer be opened. Shareholders of each fund on that date may continue to add to their fund positions existing on that date. Investors who did not own shares of the fund on December 23, 2008 generally will not be allowed to buy shares of the fund except that new fund positions may be opened: 1) by participants in most group employer retirement plans (and their successor plans) if the fund had been established as an investment option under the plans (or under another plan sponsored by the same employer) by December 23, 2008, 2) for accounts managed on a discretionary basis by certain registered investment advisers that have discretionary assets of at least $500 million invested in mutual funds and have included the fund in their discretionary account program since December 23, 2008, 3) by a mutual fund or a qualified tuition program for which FMR or an affiliate serves as investment manager, and 4) by a portfolio manager of the fund. These restrictions generally will apply to investments made directly with Fidelity and investments made through intermediaries. Investors may be required to demonstrate eligibility to buy shares of the fund before an investment is accepted.

The price to buy one share of Class I is its NAV. Class I shares are sold without a sales charge.

Your shares will be bought at the NAV next calculated after your order is received in proper form.

It is the responsibility of your investment professional to transmit your order to buy shares to Fidelity before the close of business on the day you place your order.

Each fund has authorized certain intermediaries to accept orders to buy shares on its behalf. When authorized intermediaries receive an order in proper form, the order is considered as being placed with the fund, and shares will be bought at the NAV next calculated after the order is received by the authorized intermediary. Orders by funds of funds for which FMR or an affiliate serves as investment manager will be treated as received by the fund at the same time that the corresponding orders are received in proper form by the funds of funds.

There is no minimum balance or purchase minimum for mutual funds, qualified tuition programs, or accounts for which FMR or an affiliate serves as investment manager.

Each fund may stop offering shares completely or may offer shares only on a limited basis, for a period of time or permanently.

If your payment is not received and collected, your purchase may be canceled and you could be liable for any losses or fees a fund or Fidelity has incurred.

If when you place your wire purchase order you indicate that Fidelity will receive your wire that day, your wire must be received in proper form by Fidelity at the applicable fund's designated wire bank before the close of the Federal Reserve Wire System on the day of purchase.

## Shareholder Information - continued

Class I shares can be bought or sold through investment professionals using an automated order placement and settlement system that guarantees payment for orders on a specified date.

Under applicable anti-money laundering regulations and other federal regulations, purchase orders may be suspended, restricted, or canceled and the monies may be withheld.

## Selling Shares

The price to sell one share of Class I is its NAV.

Your shares will be sold at the NAV next calculated after your order is received in proper form. Normally, Fidelity will process wire redemptions on the same business day, provided your redemption wire request is received in proper form by Fidelity before the NAV is calculated on that day. All other redemptions will normally be processed by the next business day.

It is the responsibility of your investment professional to transmit your order to sell shares to Fidelity before the close of business on the day you place your order.

Each fund has authorized certain intermediaries to accept orders to sell shares on its behalf. When authorized intermediaries receive an order in proper form, the order is considered as being placed with the fund, and shares will be sold at the NAV next calculated after the order is received by the authorized intermediary. Orders by funds of funds for which FMR or an affiliate serves as investment manager will be treated as received by the fund at the same time that the corresponding orders are received in proper form by the funds of funds.

A signature guarantee is designed to protect you and Fidelity from fraud. Fidelity may require that your request be made in writing and include a signature guarantee in certain circumstances, such as:

• When the address on your account (record address) has changed within the last 15 days or you are requesting that a check be mailed to an address different than the record address;

• In certain situations when the redemption proceeds are being transferred to a Fidelity account with a different registration.

You should be able to obtain a signature guarantee from a bank, broker-dealer, credit union (if authorized under state law), securities exchange or association, clearing agency, or savings association. A notary public cannot provide a signature guarantee.

When you place an order to sell shares, note the following:

• If you are selling some but not all of your shares, keep your fund balance above the required minimum to keep your fund position open, except fund positions not subject to balance minimums.

• You are advised to place your trades as early in the day as possible and to provide Fidelity with advance notice of large redemptions.

• Redemption proceeds (other than exchanges) may be delayed until money from prior purchases sufficient to cover your redemption has been received and collected.

• Although redemptions will normally be processed on the same business day, under certain circumstances redemptions may be postponed or suspended as permitted pursuant to Section 22(e) of the Investment Company Act of 1940 (1940 Act). Generally under that section, redemptions may be postponed or suspended if (i) the NYSE is closed for trading (other than weekends or holidays) or trading is restricted, (ii) an emergency exists which makes the dispatch of securities owned by a fund or the fair determination of the value of the fund's net assets not reasonably practicable, or (iii) the SEC by order permits the suspension of the right of redemption.

• Redemption proceeds may be paid in securities rather than in cash if FMR determines it is in the best interests of a fund.

• You will not receive interest on amounts represented by uncashed redemption checks.

• Under applicable anti-money laundering regulations and other federal regulations, redemption requests may be suspended, restricted, canceled, or processed and the proceeds may be withheld.

To sell shares issued with certificates, call Fidelity for instructions. Each fund no longer issues share certificates.

## Converting Shares

You may convert Class I shares of a Fidelity Institutional Money Market Fund to Institutional Class shares of the same fund at any time, provided that you meet the eligibility requirements for Institutional Class. You may contact Fidelity by telephone or by mail to request a conversion.

Conversions to Institutional Class shares may not be available if your account is held through an investment professional or other financial intermediary, such as a bank, broker-dealer, insurance company, third-party administrator, or registered investment adviser. Please contact your investment professional or financial intermediary to determine if Institutional Class shares are available and to learn about other rules that may apply.

If you no longer meet the minimum balance requirements for Institutional Class, for any reason, the fund may convert your Institutional Class shares to Class I shares. Investors will be notified in writing before any such conversion to Class I shares.

A conversion will be based on the respective NAVs of the two classes, without the imposition of any fees, on the trade date of the conversion. A conversion between share classes of the same fund is a non-taxable event.

## Exchanging Shares

An exchange involves the redemption of all or a portion of the shares of one fund and the purchase of shares of another fund.

As a Class I shareholder, you have the privilege of exchanging Class I shares of a fund for Class I shares of another fund offered through this prospectus or for shares of other Fidelity funds.

## Shareholder Information - continued

However, you should note the following policies and restrictions governing exchanges:

• Each fund may refuse any exchange purchase for any reason. For example, each fund may refuse exchange purchases by any person or group if, in FMR's judgment, the fund would be unable to invest the money effectively in accordance with its investment objective and policies, or would otherwise potentially be adversely affected.

• Before exchanging into a fund or class, read its prospectus.

• The fund or class you are exchanging into must be available for sale in your state.

• Exchanges may have tax consequences for you.

• If you are exchanging between accounts that are not registered in the same name, address, and taxpayer identification number (TIN), there may be additional requirements.

• Under applicable anti-money laundering regulations and other federal regulations, exchange requests may be suspended, restricted, canceled, or processed and the proceeds may be withheld.

The funds may terminate or modify exchange privileges in the future.

Other funds may have different exchange restrictions and minimums, and may impose redemption fees of up to 2.00% of the amount exchanged. Check each fund's prospectus for details.

# Account Features and Policies

## Features

The following features may be available to buy and sell shares of a fund. Visit www.fidelity.com or www.advisor.fidelity.com, or contact your investment professional for more information.

---

### Electronic Funds Transfer (Fidelity Money Line®): electronic money movement through the Automated Clearing House

• To transfer money between a bank account and your fund account.

• You can use electronic funds transfer to:

— Make periodic (automatic) purchases of shares.

— Make periodic (automatic) redemptions of shares.

---

### Wire: electronic money movement through the Federal Reserve wire system

• To transfer money between a bank account and your fund account.

## Policies

The following policies apply to you as a shareholder.

**Statements** that Fidelity sends to you include the following:

• Confirmation statements (after transactions affecting your fund balance except reinvestment of distributions in the fund).

• Monthly or quarterly account statements (detailing fund balances and all transactions completed during the prior month or quarter).

To reduce expenses, only one copy of most financial reports and prospectuses may be mailed, even if more than one person in a household holds shares of a fund. Call Fidelity at 1-877-297-2952 if you need additional copies of financial reports or prospectuses. If you do not want the mailing of these documents to be combined with those for other members of your household, call Fidelity at 1-877-297-2952.

You may initiate many **transactions by telephone or electronically.** Fidelity will not be responsible for any loss, cost, expense, or other liability resulting from unauthorized transactions if it follows reasonable security procedures designed to verify the identity of the investor. Fidelity will request personalized security codes or other information, and may also record calls. For transactions conducted through the Internet, Fidelity recommends the use of an Internet browser with 128-bit encryption. You should verify the accuracy of your confirmation statements upon receipt and notify Fidelity immediately of any discrepancies in your account activity. If you do not want the ability to sell and exchange by telephone, call Fidelity for instructions. Additional documentation may be required from corporations, associations, and certain fiduciaries.

When you sign your **account application,** you will be asked to certify that your social security or taxpayer identification number (TIN) is correct and that you are not subject to backup withholding for failing to report income to the IRS. If you violate IRS regulations, the IRS can require a fund to withhold an amount subject to the applicable backup withholding rate from your taxable distributions and redemptions.

You may also be asked to provide additional information in order for Fidelity to verify your identity in accordance with requirements under anti-money laundering regulations. Accounts may be restricted and/or closed, and the monies withheld, pending verification of this information or as otherwise required under these and other federal regulations.

If your **fund balance** falls below $1,000,000 worth of shares for any reason and you do not increase your balance, Fidelity may sell all of your shares and send the proceeds to you after providing you with at least 30 days' notice to reestablish the minimum balance. Your shares will be sold at the NAV on the day Fidelity closes your fund position. Certain fund positions are not subject to these balance requirements and will not be closed for failure to maintain a minimum balance.

## Shareholder Information - continued

Fidelity may charge a **fee for certain services,** such as providing historical account documents.

# Dividends and Capital Gain Distributions

Each fund earns interest, dividends, and other income from its investments, and distributes this income (less expenses) to shareholders as dividends. Each fund may also realize capital gains from its investments, and distributes these gains (less losses), if any, to shareholders as capital gain distributions.

Distributions you receive from each fund consist primarily of dividends. Each fund normally declares dividends daily and pays them monthly.

Dividends declared for each of Government Portfolio, Money Market Portfolio, Prime Money Market Portfolio, and Treasury Portfolio are based on estimates of income for the fund. Actual income may differ from estimates, and differences, if any, will be included in the calculation of subsequent dividends.

You may request to have dividends relating to Class I shares redeemed from an account closed during the month paid when the account is closed. Each fund reserves the right to limit this service.

## Earning Dividends

A fund processes purchase and redemption requests only on days it is open for business.

Class I shares purchased by a wire order prior to 12:00 noon Eastern time for Tax-Exempt Portfolio, or prior to 2:00 p.m. Eastern time for Treasury Only Portfolio, or prior to 5:00 p.m. Eastern time for

Government Portfolio, Money Market Portfolio, Prime Money Market Portfolio, and Treasury Portfolio, with receipt of the wire in proper form before the close of the Federal Reserve Wire System on that day, generally begin to earn dividends on the day of purchase.

Class I shares purchased by all other orders generally begin to earn dividends on the first business day following the day of purchase.

Class I shares redeemed by a wire order prior to 12:00 noon Eastern time for Tax-Exempt Portfolio, or prior to 2:00 p.m. Eastern time for Treasury Only Portfolio, or prior to 5:00 p.m. Eastern time for Government Portfolio, Money Market Portfolio, Prime Money Market Portfolio, and Treasury Portfolio, generally earn dividends through the day prior to the day of redemption.

Class I shares redeemed by all other orders generally earn dividends until, but not including, the next business day following the day of redemption.

Exchange requests will be processed only when both funds are open for business.

Each fund reserves the right to change the time of day by which wire purchase and redemption orders for Class I shares must be placed for purposes of earning dividends.

## Distribution Options

When you open an account, specify on your application how you want to receive your distributions. The following distribution options are available for Class I:

**1. Reinvestment Option.** Your dividends and capital gain distributions, if

any, will be automatically reinvested in additional Class I shares of the fund. If you do not indicate a choice on your application, you will be assigned this option.

**2. Cash Option.** Your dividends and capital gain distributions, if any, will be paid in cash.

Not all distribution options are available for every account. If the option you prefer is not listed on your account application, or if you want to change your current option, contact your investment professional directly or call Fidelity.

If you elect to receive distributions paid in cash by check and the U.S. Postal Service does not deliver your checks, your distribution option may be converted to the Reinvestment Option. You will not receive interest on amounts represented by uncashed distribution checks.

# Tax Consequences

As with any investment, your investment in a fund could have tax consequences for you. If you are not investing through a tax-advantaged retirement account, you should consider these tax consequences.

Distributions you receive from Government Portfolio, Money Market Portfolio, Prime Money Market Portfolio, Treasury Only Portfolio, and Treasury Portfolio are subject to federal income tax, and may also be subject to state or local taxes.

The municipal fund seeks to earn income and pay dividends exempt from federal income tax.

Income exempt from federal income tax may be subject to state or local tax. A portion of the dividends you receive from the municipal fund may be subject to federal and state income taxes. You may also receive taxable distributions attributable to the municipal fund's sale of municipal bonds.

For federal tax purposes, certain of each fund's distributions, including Government Portfolio's, Money Market Portfolio's, Prime Money Market Portfolio's, Treasury Only Portfolio's, and Treasury Portfolio's dividends and each fund's distributions of short-term capital gains and gains on the sale of bonds characterized as market discount, are taxable to you as ordinary income. Because each taxable fund's income is primarily derived from interest, dividends from each taxable fund generally will not qualify for the long-term capital gains tax rates available to individuals. Each fund's distributions of long-term capital gains, if any, are taxable to you generally as capital gains for federal tax purposes.

Any taxable distributions you receive from a fund will normally be taxable to you when you receive them, regardless of your distribution option. If you elect to receive distributions in cash, you will receive certain December distributions in January, but those distributions will be taxable as if you received them on December 31.

# Fund Services

## Fund Management

Each fund is a mutual fund, an investment that pools shareholders' money and invests it toward a specified goal.

FMR is each fund's manager. The address of FMR and its affiliates, unless otherwise indicated below, is 82 Devonshire Street, Boston, Massachusetts 02109.

As of December 31, 2009, FMR had approximately $1.3 billion in discretionary assets under management.

As the manager, FMR has overall responsibility for directing each fund's investments and handling its business affairs.

FIMM serves as a sub-adviser for each fund. FIMM has day-to-day responsibility for choosing investments for each fund.

FIMM is an affiliate of FMR. As of December 31, 2009, FIMM had approximately $639.1 billion in discretionary assets under management.

Fidelity Research & Analysis Company (FRAC), an affiliate of FMR, was organized in 1986. FRAC serves as a sub-adviser for each fund and may provide investment research and advice for each fund.

Affiliates assist FMR with foreign investments:

• Fidelity Management & Research (U.K.) Inc. (FMR U.K.), at 10 Paternoster Square, 4th Floor, London, EC4M 7DY, United Kingdom, serves as a sub-adviser for each fund. As of December 31, 2009, FMR U.K. had approximately $11.3 billion in discretionary assets under management. FMR U.K. may provide investment research and advice on issuers based outside the United States and may also provide investment advisory services for each fund.

• Fidelity Management & Research (Hong Kong) Limited (FMR H.K.), at Floor 19, 41 Connaught Road Central, Hong Kong, serves as a sub-adviser for each fund. As of December 31, 2009, FMR H.K. had approximately $1.8 billion in discretionary assets under management. FMR H.K. may provide investment research and advice on issuers based outside the United States and may also provide investment advisory services for each fund.

• Fidelity Management & Research (Japan) Inc. (FMR Japan), at Kamiyacho Prime Place, 1-17, Toranomon-4-Chome, Minato-ku, Tokyo 105-0001, Japan, serves as a sub-adviser for each fund. FMR Japan was organized in 2008 to provide investment research and advice on issuers based outside the United States. FMR Japan may provide investment research and advice on issuers based outside the United States and may also provide investment advisory services for each fund.

• FIL Investment Advisors (FIIA), at Pembroke Hall, 42 Crow Lane, Pembroke HM19, Bermuda, serves as a sub-adviser for each fund. As of June 30, 2009, FIIA had approximately $12.8 billion in discretionary assets under management. For each fund, FIIA may provide investment research and advice on issuers based outside the United States and, in particular, will make minimal credit risk and comparable quality determinations for foreign issuers that issue U.S. dollar-denominated securities.

• FIL Investment Advisors (U.K.) Ltd. (FIIA(U.K.)L), at Oakhill House, 130 Tonbridge Road, Hildenborough, TN11 9DZ, United Kingdom, serves as a sub-adviser for each fund. As of June 30, 2009, FIIA(U.K.)L had approximately $5.3 billion in discretionary assets under management. For each fund, FIIA(U.K.)L may provide investment research and advice on issuers based outside the United States and, in particular, will make minimal credit risk and comparable quality determinations for foreign issuers that issue U.S. dollar-denominated securities.

From time to time a manager, analyst, or other Fidelity employee may express views regarding a particular company, security, industry, or market sector. The views expressed by any such person are the views of only that individual as of the time expressed and do not necessarily represent the views of Fidelity or any other person in the Fidelity organization. Any such views are subject to change at any time based upon market or other conditions and Fidelity disclaims any responsibility to update such views. These views may not be relied on as investment advice and, because investment decisions for a Fidelity fund are based on numerous factors, may not be relied on as an indication of trading intent on behalf of any Fidelity fund.

Each fund pays a management fee to FMR. The management fee is calculated and paid to FMR every month.

Each fund's annual management fee rate is 0.14% of its average net assets.

FMR pays FIMM, FMR U.K., FMR H.K., and FMR Japan for providing sub-advisory services. FMR and its affiliates pay FRAC for providing sub-advisory services. FIMM pays FIIA for providing sub-advisory services, and FIIA in turn pays FIIA(U.K.)L.

The basis for the Board of Trustees approving the management contract and sub-advisory agreements for each fund is available in each fund's semi-annual report for the fiscal period ended September 30, 2009.

FMR may, from time to time, agree to reimburse a class for management fees and other expenses above a specified limit. FMR retains the ability to be repaid by a class if expenses fall below the specified limit prior to the end of the fiscal year. Reimbursement arrangements, which may be discontinued by FMR at any time, can decrease a class's expenses and boost its performance.

FMR has voluntarily agreed to reimburse Class I of Money Market Portfolio and Prime Money Market Portfolio to the extent that total operating expenses (excluding interest, taxes, brokerage commissions, extraordinary expenses, and acquired fund fees and expenses, if any), as a percentage of their respective average net assets, exceed 0.18% and 0.20%, respectively. These arrangements may be discontinued by FMR at any time.

## Fund Distribution

Each fund is composed of multiple classes of shares. All classes of a fund have a common investment objective and investment portfolio.

*Prospectus*

# Fund Services - continued

FDC distributes Class I's shares.

Intermediaries, including banks, broker-dealers, and other service-providers (who may be affiliated with FMR or FDC), may receive from FMR, FDC, and/or their affiliates compensation for their services intended to result in the sale of Class I shares. This compensation may take the form of payments for additional distribution-related activities and/or shareholder services and payments for educational seminars and training, including seminars sponsored by FMR or an affiliate, or by an intermediary. These payments are described in more detail in this section and in the statement of additional information (SAI).

Please speak with your investment professional to learn more about any payments his or her firm may receive from FMR, FDC, and/or their affiliates, as well as fees and/or commissions the investment professional charges. You should also consult disclosures made by your investment professional at the time of purchase.

Class I of each fund has adopted a Distribution and Service Plan pursuant to Rule 12b-1 under the 1940 Act that recognizes that FMR may use its management fee revenues, as well as its past profits or its resources from any other source, to pay FDC for expenses incurred in connection with providing services intended to result in the sale of Class I shares and/or shareholder support services. FMR, directly or through FDC, may pay significant amounts to intermediaries, such as banks, broker-dealers, and other service-providers, that provide those services. Currently,

the Board of Trustees of each fund has authorized such payments for Class I.

If payments made by FMR to FDC or to intermediaries under a Distribution and Service Plan were considered to be paid out of Class I's assets on an ongoing basis, they might increase the cost of your investment and might cost you more than paying other types of sales charges.

No dealer, sales representative, or any other person has been authorized to give any information or to make any representations, other than those contained in this prospectus and in the related SAI, in connection with the offer contained in this prospectus. If given or made, such other information or representations must not be relied upon as having been authorized by the funds or FDC. This prospectus and the related SAI do not constitute an offer by the funds or by FDC to sell shares of the funds to or to buy shares of the funds from any person to whom it is unlawful to make such offer.

# Appendix

## Financial Highlights

The financial highlights tables are intended to help you understand Class I's financial history for the past 5 years. Certain information reflects financial results for a single class share. The total returns in the table represent the rate that an investor would have earned (or lost) on an investment in the class

(assuming reinvestment of all dividends and distributions). This information has been audited by Deloitte & Touche LLP, independent registered public accounting firm, whose report, along with each fund's financial highlights and financial statements, is included in each fund's annual report. A free copy of the annual report is available upon request.

### Government Portfolio – Class I

| Years ended March 31, | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 |
| Income from Investment Operations | | | | | |
| Net investment income | .002 | .017 | .046 | .050 | .036 |
| Distributions from net investment income | (.002) | (.017) | (.046) | (.050) | (.036) |
| Net asset value, end of period | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 |
| **Total Return**[A] | .17% | 1.70% | 4.74% | 5.15% | 3.62% |
| **Ratios to Average Net Assets**[B] | | | | | |
| Expenses before reductions | .21% | .23% | .22% | .23% | .23% |
| Expenses net of fee waivers, if any | .21% | .23% | .20% | .20% | .20% |
| Expenses net of all reductions | .21% | .23% | .20% | .20% | .20% |
| Net investment income | .18% | 1.44% | 4.39% | 5.04% | 3.55% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) | $ 45,414 | $ 54,931 | $ 18,583 | $ 5,711 | $ 5,257 |

[A] Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B] Expense ratios reflect operating expenses of the class. Expenses before reductions do not reflect amounts reimbursed or waived or reductions from expense offset arrangements and do not represent the amount paid by the class during periods when reimbursements, waivers or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement and waivers but prior to reductions from expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the class.

# Appendix - continued

## Money Market Portfolio – Class I

| Years ended March 31, | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . . | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 |
| Income from Investment Operations | | | | | |
|    Net investment income . . . . . . . . . . . . | .005 | .023 | .049 | .051 | .036 |
| Distributions from net investment income . . . . | (.005) | (.023) | (.049) | (.051) | (.036) |
| Net asset value, end of period . . . . . . . . . . | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 |
| **Total Return**[A] . . . . . . . . . . . . . . . . . . | .47% | 2.37% | 5.01% | 5.24% | 3.69% |
| **Ratios to Average Net Assets**[B] | | | | | |
|   Expenses before reductions . . . . . . . . . . | .22% | .23% | .22% | .23% | .23% |
|   Expenses net of fee waivers, if any . . . . . . | .19% | .20% | .18% | .18% | .18% |
|   Expenses net of all reductions . . . . . . . . . | .19% | .20% | .18% | .18% | .18% |
|   Net investment income . . . . . . . . . . . . | .45% | 2.31% | 4.91% | 5.14% | 3.71% |
| **Supplemental Data** | | | | | |
|   Net assets, end of period (in millions) . . . . | $ 34,386 | $ 35,613 | $ 28,573 | $ 28,969 | $ 18,848 |

[A]  Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B]  Expense ratios reflect operating expenses of the class. Expenses before reductions do not reflect amounts reimbursed or waived or reductions from expense offset arrangements and do not represent the amount paid by the class during periods when reimbursements, waivers or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement and waivers but prior to reductions from expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the class.

## Prime Money Market Portfolio – Class I

| Years ended March 31, | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . . | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 |
| Income from Investment Operations | | | | | |
| Net investment income . . . . . . . . . . . . | .003 | .022 | .049 | .051 | .036 |
| Distributions from net investment income . . . . | (.003) | (.022) | (.049) | (.051) | (.036) |
| Net asset value, end of period . . . . . . . . . | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 |
| | | | | | |
| **Total Return**[A] . . . . . . . . . . . . . . . . . . | .33% | 2.23% | 4.96% | 5.22% | 3.67% |
| | | | | | |
| **Ratios to Average Net Assets**[B] | | | | | |
| Expenses before reductions . . . . . . . . . . | .22% | .23% | .22% | .23% | .23% |
| Expenses net of fee waivers, if any . . . . . . | .21% | .22% | .20% | .20% | .20% |
| Expenses net of all reductions . . . . . . . . | .21% | .22% | .20% | .20% | .20% |
| Net investment income . . . . . . . . . . . . | .29% | 2.14% | 4.84% | 5.09% | 3.70% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) . . . . | $ 30,823 | $ 11,953 | $ 7,810 | $ 9,075 | $ 8,819 |

[A]   Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B]   Expense ratios reflect operating expenses of the class. Expenses before reductions do not reflect amounts reimbursed or waived or reductions from expense offset arrangements and do not represent the amount paid by the class during periods when reimbursements, waivers or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement and waivers but prior to reductions from expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the class.

# Appendix - continued

## Tax-Exempt Portfolio – Class I

| Years ended March 31, | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . . | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 |
| Income from Investment Operations | | | | | |
| Net investment income . . . . . . . . . . . . | .001 | .015 | .033 | .034 | .026 |
| Net realized and unrealized gain (loss) [D] . . . | — | — | — | — | — |
| Total from investment operations . . . . . . | .001 | .015 | .033 | .034 | .026 |
| Distributions from net investment income . . . . | (.001) | (.015) | (.033) | (.034) | (.026) |
| Distributions from net realized gain . . . . . . . | — [D] | — [D] | — [D] | — | — |
| Total distributions . . . . . . . . . . . . . . . . | (.001) | (.015) | (.033) | (.034) | (.026) |
| Net asset value, end of period . . . . . . . . . . | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 |
| **Total Return** [A] . . . . . . . . . . . . . . . . . . . | .15% | 1.50% | 3.33% | 3.44% | 2.60% |
| **Ratios to Average Net Assets** [B, C] | | | | | |
| Expenses before reductions . . . . . . . . . . | .25% | .24% | .23% | .23% | .24% |
| Expenses net of fee waivers, if any . . . . . . | .23% | .22% | .20% | .20% | .20% |
| Expenses net of all reductions . . . . . . . . . | .23% | .20% | .17% | .18% | .18% |
| Net investment income . . . . . . . . . . . . | .16% | 1.55% | 3.27% | 3.39% | 2.61% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions) . . . . | $ 4,828 | $ 7,738 | $ 10,463 | $ 8,976 | $ 6,599 |

[A]  Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B]  Fees and expenses of the underlying Fidelity Central Funds are not included in the Fund's expense ratio. The Fund indirectly bears its proportionate share of the expenses of any underlying Fidelity Central Funds.

[C]  Expense ratios reflect operating expenses of the class. Expenses before reductions do not reflect amounts reimbursed or waived or reductions from expense offset arrangements and do not represent the amount paid by the class during periods when reimbursements, waivers or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement and waivers but prior to reductions from expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the class.

[D]  Amount represents less than $.001 per share.

## Treasury Only Portfolio – Class I

| Years ended March 31, | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . | $   1.00 | $   1.00 | $   1.00 | $   1.00 | $   1.00 |
| Income from Investment Operations | | | | | |
| Net investment income . . . . . . . . . . . . | .001 | .010 | .040 | .048 | .033 |
| Net realized and unrealized gain (loss) [C] . . . | — | — | — | — | — |
| Total from investment operations . . . . . . . . | .001 | .010 | .040 | .048 | .033 |
| Distributions from net investment income . . . . | (.001) | (.010) | (.040) | (.048) | (.033) |
| Distributions from net realized gain  . . . . . . . | — [C] | — | — | — | — |
| Total distributions . . . . . . . . . . . . . . . . | (.001) | (.010) | (.040) | (.048) | (.033) |
| Net asset value, end of period  . . . . . . . . . | $   1.00 | $   1.00 | $   1.00 | $   1.00 | $   1.00 |
| **Total Return** [A] . . . . . . . . . . . . . . . . . . . | .09% | 1.05% | 4.03% | 4.87% | 3.33% |
| **Ratios to Average Net Assets** [B] | | | | | |
| Expenses before reductions  . . . . . . . . . . | .21% | .24% | .24% | .24% | .24% |
| Expenses net of fee waivers, if any  . . . . . . | .20% | .23% | .20% | .20% | .20% |
| Expenses net of all reductions . . . . . . . . . | .20% | .23% | .20% | .20% | .20% |
| Net investment income  . . . . . . . . . . . . | .10% | .81% | 3.48% | 4.78% | 3.30% |
| **Supplemental Data** | | | | | |
| Net assets, end of period (in millions)  . . . . | $   8,371 | $  15,535 | $   6,775 | $   1,425 | $   1,055 |

[A]  Total returns would have been lower had certain expenses not been reduced during the periods shown.

[B]  Expense ratios reflect operating expenses of the class. Expenses before reductions do not reflect amounts reimbursed or waived or reductions from expense offset arrangements and do not represent the amount paid by the class during periods when reimbursements, waivers or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement and waivers but prior to reductions from expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the class.

[C]  Amount represents less than $.001 per share.

# Appendix - continued

## Treasury Portfolio – Class I

| Years ended March 31, | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|
| **Selected Per-Share Data** | | | | | |
| Net asset value, beginning of period . . . . . . . | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 |
| Income from Investment Operations | | | | | |
|   Net investment income . . . . . . . . . . . . | .001 | .011 | .041 | .050 | .035 |
|   Net realized and unrealized gain (loss)[C] . . . | — | — | — | — | — |
| Total from investment operations . . . . . . . . . | .001 | .011 | .041 | .050 | .035 |
| Distributions from net investment income . . . . | (.001) | (.011) | (.041) | (.050) | (.035) |
| Distributions from net realized gain . . . . . . . | —[C] | — | — | — | — |
|   Total distributions . . . . . . . . . . . . . . . . . | (.001) | (.011) | (.041) | (.050) | (.035) |
| Net asset value, end of period . . . . . . . . . . | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 | $ 1.00 |
| **Total Return**[A] . . . . . . . . . . . . . . . . . . . | .10% | 1.11% | 4.20% | 5.11% | 3.55% |
| **Ratios to Average Net Assets**[B] | | | | | |
|   Expenses before reductions . . . . . . . . . . | .21% | .23% | .22% | .23% | .23% |
|   Expenses net of fee waivers, if any . . . . . . | .21% | .22% | .20% | .20% | .20% |
|   Expenses net of all reductions . . . . . . . . | .21% | .22% | .20% | .20% | .20% |
|   Net investment income . . . . . . . . . . . . | .11% | 1.04% | 3.71% | 5.01% | 3.51% |
| **Supplemental Data** | | | | | |
|   Net assets, end of period (in millions) . . . . | $ 8,650 | $ 16,236 | $ 15,037 | $ 5,491 | $ 4,297 |

[A]  *Total returns would have been lower had certain expenses not been reduced during the periods shown.*

[B]  *Expense ratios reflect operating expenses of the class. Expenses before reductions do not reflect amounts reimbursed or waived or reductions from expense offset arrangements and do not represent the amount paid by the class during periods when reimbursements, waivers or reductions occur. Expenses net of fee waivers reflect expenses after reimbursement and waivers but prior to reductions from expense offset arrangements. Expenses net of all reductions represent the net expenses paid by the class.*

[C]  *Amount represents less than $.001 per share.*

**Notes**

**Notes**

**Notes**

**Notes**

**Notes**

---

**IMPORTANT INFORMATION ABOUT OPENING A NEW ACCOUNT**

To help the government fight the funding of terrorism and money laundering activities, the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT ACT), requires all financial institutions to obtain, verify, and record information that identifies each person or entity that opens an account.

**For individual investors opening an account:** When you open an account, you will be asked for your name, address, date of birth, and other information that will allow Fidelity to identify you. You may also be asked to provide documents that may help to establish your identity, such as your driver's license.

**For investors other than individuals:** When you open an account, you will be asked for the name of the entity, its principal place of business and taxpayer identification number (TIN) and may be requested to provide information on persons with authority or control over the account such as name, residential address, date of birth and social security number. You may also be asked to provide documents, such as drivers' licenses, articles of incorporation, trust instruments or partnership agreements and other information that will help Fidelity identify the entity.

---

You can obtain additional information about the funds. A description of each fund's policies and procedures for disclosing its holdings is available in the funds' SAI and on Fidelity's web sites. The SAI also includes more detailed information about each fund and its investments. The SAI is incorporated herein by reference (legally forms a part of the prospectus). Each fund's annual and semi-annual reports also include additional information.

For a free copy of any of these documents or to request other information or ask questions about a fund, call Fidelity at 1-877-297-2952. In addition, you may visit Fidelity's web site at www.fidelity.com or www.advisor.fidelity.com for a free copy of a prospectus, SAI, or annual or semi-annual report or to request other information.

---

The SAI, the funds' annual and semi-annual reports and other related materials are available from the Electronic Data Gathering, Analysis, and Retrieval (EDGAR) Database on the SEC's web site (http://www.sec.gov). You can obtain copies of this information, after paying a duplicating fee, by sending a request by e-mail to publicinfo@sec.gov or by writing the Public Reference Section of the SEC, Washington, D.C. 20549-1520. You can also review and copy information about the funds, including the funds' SAI, at the SEC's Public Reference Room in Washington, D.C. Call 1-202-551-8090 for information on the operation of the SEC's Public Reference Room.

*Investment Company Act of 1940, File Number, 811-03320*

---

FDC is a member of the Securities Investor Protection Corporation (SIPC). You may obtain information about SIPC, including the SIPC brochure, by visiting www.sipc.org or calling SIPC at 202-371-8300.

Fidelity, Fidelity Investments & (Pyramid) Design, and Fidelity Money Line are registered trademarks of FMR LLC.

The third party marks appearing above are the marks of their respective owners.

Prospectus

# J.P. Morgan Money Market Funds

Institutional Class Shares

July 1, 2009

JPMorgan Prime Money Market Fund
JPMorgan Liquid Assets Money Market Fund
JPMorgan U.S. Government Money Market Fund
JPMorgan U.S. Treasury Plus Money Market Fund
JPMorgan Federal Money Market Fund
JPMorgan 100% U.S. Treasury Securities Money Market Fund
JPMorgan Tax Free Money Market Fund
JPMorgan Municipal Money Market Fund

The Securities and Exchange Commission has not approved
or disapproved of these securities or determined if this
prospectus is truthful or complete. Any representation to
the contrary is a criminal offense.



## J.P. MORGAN INCOME FUNDS

**JPMorgan Core Bond Fund**
**JPMorgan Core Plus Bond Fund**
**JPMorgan Government Bond Fund**
**JPMorgan High Yield Fund**
**JPMorgan Limited Duration Bond Fund**
**JPMorgan Mortgage-Backed Securities Fund**
**JPMorgan Short Duration Bond Fund**
**JPMorgan Treasury & Agency Fund**
*(All Share Classes)*
*Prospectuses dated July 1, 2009*

## J.P. MORGAN MUNICIPAL BOND FUNDS

**JPMorgan Arizona Municipal Bond Fund**
**JPMorgan Michigan Municipal Bond Fund**
**JPMorgan Municipal Income Fund**
**JPMorgan Ohio Municipal Bond Fund**
**JPMorgan Short-Intermediate Municipal Bond Fund**
**JPMorgan Tax Free Bond Fund**
*(All Shares Classes)*
*Prospectuses dated July 1, 2009*

## J.P. MORGAN MONEY MARKET FUNDS

**JPMorgan Liquid Assets Money Market Fund**
**JPMorgan Michigan Municipal Money Market Fund**
**JPMorgan Municipal Money Market Fund**
**JPMorgan Ohio Municipal Money Market Fund**
**JPMorgan U.S. Government Money Market Fund**
**JPMorgan U.S. Treasury Plus Money Market Fund**
*(All Share Classes)*
*Prospectuses dated July 1, 2009*

## J.P. MORGAN U.S. EQUITY FUNDS

**JPMorgan Equity Income Fund**
**JPMorgan Equity Index Fund**
**JPMorgan Intrepid Mid Cap Fund**
**JPMorgan Large Cap Growth Fund**
**JPMorgan Large Cap Value Fund**
**JPMorgan Market Expansion Index Fund**
**JPMorgan Mid Cap Growth Fund**
**JPMorgan Multi-Cap Market Neutral Fund**
**JPMorgan Small Cap Growth Fund**
**JPMorgan Small Cap Value Fund**
*(All Shares Classes)*
*Prospectuses dated November 1, 2009*

# J.P. MORGAN INVESTOR FUNDS

**JPMorgan Investor Conservative Growth Fund**
**JPMorgan Investor Balanced Fund**
**JPMorgan Investor Growth Fund**
**JPMorgan Investor Growth & Income Fund**
*(All Shares Classes)*
*Prospectus dated November 1, 2009*

*(each, a series of JPMorgan Trust II)*

# JPMORGAN INSURANCE TRUST

**JPMorgan Insurance Trust Balanced Portfolio**
**JPMorgan Insurance Trust Diversified Mid Cap Growth Portfolio**
**JPMorgan Insurance Trust Equity Index Portfolio**
**JPMorgan Insurance Trust Intrepid Growth Portfolio**
**JPMorgan Insurance Trust Intrepid Mid Cap Portfolio**
**JPMorgan Insurance Trust Mid Cap Value Portfolio**
**JPMorgan Insurance Trust Core Bond Portfolio**
**JPMorgan Insurance Trust U.S. Equity Portfolio**
*(All Share Classes)*
*Prospectuses dated April 25, 2009*

*(each a "Fund" and collectively the "Funds")*

**Supplement dated January 11, 2010**
**to the Prospectuses dated as indicated above, as supplemented**

Effective January 1, 2010 (the "Effective Date"), the investment advisory business of JPMorgan Investment Advisors Inc. ("JPMIA") was transferred to J.P. Morgan Investment Management Inc. ("JPMIM") and JPMIM became the investment adviser for the Funds indicated above. Like JPMIM, JPMIA was a wholly owned subsidiary of JPMorgan Chase & Co. and the investment advisory businesses of JPMIA and JPMIM were consolidated to achieve greater operational efficiency and to simplify the organizational structure. All references to JPMIA in the prospectuses are hereby changed to reflect JPMIM as the investment adviser to these Funds. The appointment of JPMIM does not change the portfolio management team, the investment strategies, the investment advisory fees charged to the Funds or the terms of the investment advisory agreement (other than the identity of the investment adviser). Shareholder approval was not required for the change in investment adviser.

**INVESTORS SHOULD RETAIN THIS SUPPLEMENT WITH THE**
**PROSPECTUS FOR FUTURE REFERENCE**

## CONTENTS

JPMorgan Prime Money Market Fund . . . . . . . . . . . . . . . . . . . . .    1

JPMorgan Liquid Assets Money Market Fund . . . . . . . . . . . . . .    6

JPMorgan U.S. Government Money Market Fund . . . . . . . . . . .    11

JPMorgan U.S. Treasury Plus Money Market Fund . . . . . . . . .    15

JPMorgan Federal Money Market Fund . . . . . . . . . . . . . . . . . . .    19

JPMorgan 100% U.S. Treasury Securities
Money Market Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    23

JPMorgan Tax Free Money Market Fund . . . . . . . . . . . . . . . . . .    27

JPMorgan Municipal Money Market Fund . . . . . . . . . . . . . . . . .    32

The Funds' Management and Administration . . . . . . . . . . . . . .    37

How Your Account Works . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    39

    Buying Fund Shares . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    39

    Selling Fund Shares . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    41

Exchanging Fund Shares . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    42

    Other Information Concerning the Funds . . . . . . . . . . . . .    42

Shareholder Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    43

    Distributions and Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . .    43

    Shareholder Statements and Reports . . . . . . . . . . . . . . . .    43

    Availability of Proxy Voting Record . . . . . . . . . . . . . . . . . .    44

    Portfolio Holdings Disclosure . . . . . . . . . . . . . . . . . . . . . . .    44

What the Terms Mean . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    45

Financial Highlights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    46

Legal Proceedings and Additional Fee and Expense
Information Affecting the JPMTII Funds and Former One
Group Mutual Funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    50

How to Reach Us . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **Back cover**

# JPMorgan Prime Money Market Fund

## The Fund's Objective

The Fund aims to provide the highest possible level of current income while still maintaining liquidity and preserving capital.

## The Fund's Main Investment Strategy

The Fund invests in high quality, short-term money market instruments which are issued and payable in U.S. dollars. The Fund principally invests in:

- high quality commercial paper and other short-term debt securities, including floating and variable rate demand notes of U.S. and foreign corporations,
- debt securities issued or guaranteed by qualified U.S. and foreign banks, including certificates of deposit, time deposits and other short-term securities,
- securities issued or guaranteed by the U.S. government, its agencies or instrumentalities,
- asset-backed securities,
- repurchase agreements and reverse repurchase agreements,
- taxable municipal obligations, and
- funding agreements issued by banks and highly rated U.S. insurance companies, such as Guaranteed Investment Contracts (GICs) and Bank Investment Contracts (BICs).

The Fund is a money market fund managed to meet the requirements of Rule 2a-7 under the Investment Company Act of 1940. Within these requirements, the Fund is managed in the following manner:

- The Fund seeks to maintain a net asset value of $1.00 per share.
- The dollar-weighted average maturity of the Fund will generally be 60 days or less. For a discussion of dollar-weighted average maturity, please see page 45.
- The Fund will only buy securities that have remaining maturities of 397 days or less as determined under Rule 2a-7.
- The Fund invests only in U.S. dollar-denominated securities.
- The Fund will only buy securities that present minimal credit risk. These securities will:
  - have the highest possible short-term rating from at least two nationally recognized statistical rating organizations, or one such rating if only one organization rates that security;
  - have an additional third-party guarantee in order to meet the rating requirements; or
  - be considered of comparable quality by J.P. Morgan Investment Management Inc. (JPMIM), the Fund's adviser, if the security is not rated.

The Fund may invest significantly in securities with floating or variable rates of interest. Their yields will vary as interest rates change.

The Fund will concentrate its investments in the banking industry. Therefore, under normal conditions, the Fund will invest at least 25% of its total assets in securities issued by companies in the banking industry. The Fund may, however, invest less than 25% of its total assets in this industry if warranted due to adverse economic conditions or if investing less than 25% appears to be in the best interest of shareholders.

The Fund's adviser, JPMIM, seeks to develop an appropriate portfolio by considering the differences in yields among securities of different maturities, market sectors and issuers.

The Fund's Board of Trustees may change any of these investment policies (including its investment objective) without shareholder approval.

The Fund is diversified as defined in the Investment Company Act of 1940.

The Fund's Board of Trustees has approved the continued participation through September 18, 2009, by the Fund in the U.S. Department of the Treasury's Temporary Guarantee Program for Money Market Funds (the "Program"). Subject to certain conditions and limitations, in the event that the per share value of the Fund falls below $0.995 and the Fund liquidates its holdings, the Program will provide coverage to shareholders who held shares in the Fund on September 19, 2008 for up to $1.00 per share for the lesser of either the number of shares the investor held in the Fund at the close of business on September 19, 2008 or the number of shares the investor held the date the per share value fell below $0.995. Any increase in the number of shares an investor holds after the close of business on September 19, 2008 will not be covered by the Program. In addition, if an investor closes his or her account with the Fund or broker-dealer, any future investment in the Fund will not be guaranteed. Shares acquired by investors after September 19, 2008 generally are not eligible for protection under the Program.

The Program is funded from assets in the Exchange Stabilization Fund (the "ESF"). Payments to investors under the Program will depend on the availability of assets in the ESF. The U.S. Department of the Treasury and the Secretary of the Treasury have the authority to use assets from the ESF for purposes other than those of the Program. The U.S. Department of the Treasury does not currently have the authority to extend the Program beyond September 18, 2009.

For the continued participation in the Program from May 1, 2009 through September 18, 2009 ("Extension Period"), a non-refundable payment to the U.S. Department of the Treasury is required in the amount of 0.015% multiplied by the number of

# JPMorgan Prime Money Market Fund (continued)

outstanding shares of the Fund as of September 19, 2008. This expense, which will be amortized over the Extension Period, will be borne by the Fund without regard to any contractual expense limitations currently in effect for the Fund. All shareholders of the Fund will bear this cost without regard to the extent of their coverage under the Program.

---

### BEFORE YOU INVEST

**Investors considering the Fund should understand that:**
- There is no assurance that the Fund will meet its investment objective.
- The Fund does not represent a complete investment program.

Investments in the Fund are not deposits or obligations of, or guaranteed or endorsed by, any bank and are not insured or guaranteed by the FDIC, the Federal Reserve Board or any other government agency. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund.

---

### The Fund's Main Investment Risks

All mutual funds carry a certain amount of risk. You may lose money on your investment in the Fund. Here are some specific risks of investing in the Fund. The Fund may not achieve its objective if JPMIM's expectations regarding particular securities or interest rates are not met.

*Interest Rate Risk.* Although the Fund is generally less sensitive to interest rate changes than are funds that invest in longer-term securities, changes in short-term interest rates will cause changes to the Fund's yield. In addition, a low-interest rate environment may prevent the Fund from providing a positive yield, paying expenses out of Fund assets or maintaining a stable net asset value of $1.00 per share.

*Credit Risk.* There is a risk that the issuer of a security, or the counterparty to a contract, repurchase agreement or other investment, will default or otherwise become unable to honor a financial obligation. The price and liquidity of a security can also be adversely affected if either its credit status or the market environment generally deteriorates and the probability of default rises. The value of your investment could decline as a result of these events.

*Mortgage-Related and Other Asset-Backed Securities Risk.* Mortgage-related and asset-backed securities are subject to certain other risks. The value of these securities will be influenced by the factors affecting the housing market and the assets underlying such securities. As a result, during periods of

declining asset value, difficult or frozen credit markets, swings in interest rates, or deteriorating economic conditions, mortgage-related and asset-backed securities may decline in value, face valuation difficulties, become more volatile and/or become illiquid. Additionally, during such periods and also under normal conditions, these securities are also subject to prepayment and call risk. When mortgages and other obligations are prepaid and when securities are called, the Fund may have to reinvest in securities with a lower yield or fail to recover additional amounts (i.e., premiums) paid for securities with higher interest rates, resulting in an unexpected capital loss. Some of these securities may receive little or no collateral protection from the underlying assets and are thus subject to the risk of default described under *"Credit Risk".* The risk of such defaults is generally higher in the case of mortgage-backed investments that include so-called "sub-prime" mortgages. The structure of some of these securities may be complex and there may be less available information than other types of debt securities.

*Government Securities Risk.* The Fund invests in securities issued or guaranteed by the U.S. government or its agencies and instrumentalities (such as the Government National Mortgage Association (Ginnie Mae), the Federal National Mortgage Association (Fannie Mae), or the Federal Home Loan Mortgage Corporation (Freddie Mac) securities). Securities issued or guaranteed by Ginnie Mae, Fannie Mae or Freddie Mac are not issued directly by the U.S. government. Ginnie Mae is a wholly-owned U.S. corporation that is authorized to guarantee, with the full faith and credit of the U.S. government, the timely payment of principal and interest of its securities. By contrast, securities issued or guaranteed by U.S. government-related organizations such as Fannie Mae and Freddie Mac are not backed by the full faith and credit of the U.S. government. No assurance can be given that the U.S. government would provide financial support to its agencies and instrumentalities if not required to do so by law.

*Redemption Risk.* The Fund could experience a loss and the Fund's net asset value may be affected when selling securities to meet redemption requests if the redemption requests are large or frequent, occur in times of overall market turmoil or declining prices for the securities sold, or when the securities the Fund wishes to or is required to sell are illiquid. The Fund may be forced to sell its holdings when shareholders of the Fund make relatively large redemption requests. Furthermore, when markets are illiquid, the Fund may be unable to sell illiquid securities at its desired time or price. Illiquidity can be caused by a drop in overall market trading volume, an inability to find a ready buyer, or legal restrictions on the securities' resale. Certain securities that were liquid when purchased may later become illiquid, particularly in times of overall economic distress.

*Concentration Risk.* Because the Fund will invest a significant portion of its assets in securities of companies in the banking industry, developments affecting the banking industry will have a disproportionate impact on the Fund. These risks generally include interest rate risk, credit risk and risk associated with regulatory changes in the banking industry. The profitability of banks depends largely on the availability and cost of funds, which can change depending on economic conditions.

*Foreign Securities Risk.* To the extent that the Fund invests in foreign securities, these investments may be riskier than investments in U.S. securities. These risks include political and economic risks, greater volatility, currency fluctuations, higher transaction costs, delayed settlement, possible foreign controls on investment and less stringent investor protection and disclosure standards of some foreign markets, all of which could adversely affect the Fund's investments in a foreign country. The securities markets of many foreign countries are relatively small, with a limited number of companies representing a small number of industries.

*Net Asset Value Risk.* There is no assurance that the Fund will meet its investment objective of maintaining a net asset value of $1.00 per share on a continuous basis. Furthermore, there can be no assurance that the Fund's affiliates will purchase distressed assets from the Fund, make capital infusions, enter into capital support agreements or take other actions to ensure that the Fund maintains a net asset value of $1.00 per share. In the event any money market fund fails to maintain a stable net asset value, other money market funds, including the Fund, could face a universal risk of increased redemption pressures, potentially jeopardizing the stability of their net asset values. In general, certain other money market funds have in the past failed to maintain stable net asset values and there can be no assurance that such failures and resulting redemption pressures will not occur in the future.

*Risk Associated with the Fund Holding Cash.* Although the Fund seeks to be fully invested, it may at times hold some of its assets in cash, which may hurt the Fund's performance.

*Temporary Defensive Position Risk.* If the Fund departs from its investment policies during temporary defensive periods or to meet redemptions, it may not achieve its investment objective.

# JPMorgan Prime Money Market Fund (continued)

### The Fund's Past Performance

This section shows the Fund's performance record with respect to the Fund's shares. The bar chart shows how the performance of the Fund's Institutional Class Shares has varied from year to year over the past ten calendar years. This provides some indication of the risks of investing in the Fund. The table shows the average annual total returns for the past one year, five years and ten years.

To obtain current yield information call 1-800-766-7722. Past performance is not necessarily an indication of how any class of the Fund will perform in the future.

The calculations assume that all dividends and distributions are reinvested in the Fund. Some of the companies that provide services to the Fund have in the past agreed not to collect some expenses and to reimburse others. Without these agreements, the performance figures would have been lower than those shown.



| Best Quarter | 3rd quarter, 2000 | **1.64%** | Worst Quarter | 4th quarter, 2003 | **0.23%** |
| | | | | 1st quarter, 2004 | |
| | | | | 2nd quarter, 2004 | |

1  The Fund's fiscal year end is the last day of February.

2  Historical performance shown for Institutional Class Shares prior to 1/1/02 is based on the performance of the Fund's Agency Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Agency Shares.

The Fund's year-to-date total return as of 3/31/09 was 0.25%.

## AVERAGE ANNUAL TOTAL RETURNS (%)
### Shows performance over time, for periods ended December 31, 2008

|  | Past 1 Year | Past 5 Years | Past 10 Years |
|---|---|---|---|
| **INSTITUTIONAL CLASS SHARES**[1] | 2.91 | 3.49 | 3.58 |

1  The performance for the period before Institutional Class Shares were launched on 9/10/01 is based on the performance of Agency Shares of the Fund, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Agency Shares.

## Investor Expenses for Institutional Class Shares

The expenses of the Institutional Class Shares (including acquired fund fees and expenses) before and after reimbursement are shown below. The Total Annual Operating Expenses in the table below are based on the average net assets during the most recent fiscal year; this ratio will generally increase as Fund assets decline due to market movements, net redemptions, and other factors during the current fiscal year, but expenses will not increase beyond the level of any expense limitation in place for the Fund. The table below does not reflect charges or credits which you might incur if you invest through a Financial Intermediary.

## ANNUAL OPERATING EXPENSES (%)
### (Expenses that are deducted from Institutional Class Assets)

|  |  |
|---|---|
| **Management Fees** | 0.08 |
| **Shareholder Service Fees** | 0.10 |
| **Other Expenses**[1] | 0.07 |
| **Total Annual Operating Expenses** | 0.25 |
| **Fee Waiver and Expense Reimbursements**[2] | (0.04) |
| **Net Expenses**[2] | 0.21 |

1  "Other Expenses" have been calculated based on the actual expenses incurred in the most recent fiscal period and exclude payments by the Fund to participate in the U.S. Department of the Treasury's Temporary Guarantee Program (the "Program") during the most recent fiscal period. "Other Expenses" of the Institutional Class Shares would have been 0.09% of the value of the Fund's average net assets, if expenses incurred by the Fund to participate in the Program during the most recent fiscal period had been included.

2  JPMIM, the Administrator and the Distributor have contractually agreed to waive fees and/or reimburse expenses to the extent that Total Annual Operating Expenses of the Institutional Class Shares (excluding acquired fund fees and expenses, dividend expenses related to short sales, interest, taxes and extraordinary expenses and expenses related to the Board of Trustees' deferred compensation plan) exceed 0.21% of the average daily net assets through 6/30/10. In addition, the Fund's service providers may voluntarily waive or reimburse certain of their fees, as they may determine, from time to time.

## Example

The example below is intended to help you compare the cost of investing in the Institutional Class Shares with the cost of investing in other mutual funds. The example assumes:

- $10,000 initial investment,
- 5% return each year, and
- net expenses through 6/30/10 and total annual operating expenses thereafter.

This example is for comparison only; the actual returns of the Institutional Class Shares and your actual costs may be higher or lower.

## YOUR COST ($)
### (with or without redemption)

| 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|
| 22 | 76 | 137 | 314 |

# JPMorgan Liquid Assets Money Market Fund

## The Fund's Objective

The Fund seeks current income with liquidity and stability of principal.

## The Fund's Main Investment Strategy

The Fund invests in high quality, short-term money market instruments which are issued and payable in U.S. dollars. The Fund principally invests in:

- high quality commercial paper and other short-term debt securities, including floating and variable rate demand notes of U.S. and foreign corporations,
- debt securities issued or guaranteed by qualified U.S. and foreign banks, including certificates of deposit, time deposits and other short-term securities,
- securities issued or guaranteed by the U.S. government, its agencies or instrumentalities,
- asset-backed securities,
- repurchase agreements and reverse repurchase agreements,
- taxable municipal obligations, and
- funding agreements issued by banks and highly rated U.S. insurance companies, such as Guaranteed Investment Contracts (GICs) and Bank Investment Contracts (BICs).

The Fund is a money market fund managed to meet the requirements of Rule 2a-7 under the Investment Company Act of 1940. Within these requirements, the Fund is managed in the following manner:

- The Fund seeks to maintain a net asset value of $1.00 per share.
- The dollar-weighted average maturity of the Fund will generally be 75 days or less. For a discussion of dollar-weighted average maturity, please see page 45.
- The Fund will only buy securities that have remaining maturities of 397 days or less as determined under Rule 2a-7.
- The Fund invests only in U.S. dollar-denominated securities.
- The Fund will only buy securities that present minimal credit risk. These securities will:
  - have the highest possible short-term rating from at least two nationally recognized statistical rating organizations, or one such rating if only one organization rates that security;
  - have an additional third-party guarantee in order to meet the rating requirements; or
  - be considered of comparable quality by JPMorgan Investment Advisors Inc. (JPMIA), the Fund's adviser, if the security is not rated.

The Fund may invest significantly in securities with floating or variable rates of interest. Their yields will vary as interest rates change.

The Fund will concentrate its investments in the financial services industry, including asset-backed commercial paper programs. Therefore, under normal conditions, the Fund will invest at least 25% of its total assets in securities issued by companies in the financial services industry, which includes banks, broker-dealers, finance companies and other issuers of asset-backed securities. The Fund may, however, invest less than 25% of its total assets in this industry if warranted due to adverse economic conditions or if investing less than 25% appears to be in the best interest of shareholders.

The Fund's adviser, JPMIA, seeks to develop an appropriate portfolio by considering the differences in yields among securities of different maturities, market sectors and issuers.

The Fund's Board of Trustees may change any of these investment policies (except its investment objective) without shareholder approval.

The Fund is diversified as defined in the Investment Company Act of 1940.

The Fund's Board of Trustees has approved the continued participation through September 18, 2009, by the Fund in the U.S. Department of the Treasury's Temporary Guarantee Program for Money Market Funds (the "Program"). Subject to certain conditions and limitations, in the event that the per share value of the Fund falls below $0.995 and the Fund liquidates its holdings, the Program will provide coverage to shareholders who held shares in the Fund on September 19, 2008 for up to $1.00 per share for the lesser of either the number of shares the investor held in the Fund at the close of business on September 19, 2008 or the number of shares the investor held the date the per share value fell below $0.995. Any increase in the number of shares an investor holds after the close of business on September 19, 2008 will not be covered by the Program. In addition, if an investor closes his or her account with the Fund or broker-dealer, any future investment in the Fund will not be guaranteed. Shares acquired by investors after September 19, 2008 generally are not eligible for protection under the Program.

The Program is funded from assets in the Exchange Stabilization Fund (the "ESF"). Payments to investors under the Program will depend on the availability of assets in the ESF. The U.S. Department of the Treasury and the Secretary of the Treasury have the authority to use assets from the ESF for purposes other than those of the Program. The U.S. Department of the Treasury does not currently have the authority to extend the Program beyond September 18, 2009.

For the continued participation in the Program from May 1, 2009 through September 18, 2009 ("Extension Period"), a non-refundable payment to the U.S. Department of the Treasury is required in the amount of 0.015% multiplied by the number of outstanding shares of the Fund as of September 19, 2008. This expense, which will be amortized over the Extension Period, will be borne by the Fund without regard to any contractual expense limitations currently in effect for the Fund. All share-holders of the Fund will bear this cost without regard to the extent of their coverage under the Program.

---

**BEFORE YOU INVEST**

**Investors considering the Fund should understand that:**

- There is no assurance that the Fund will meet its invest-ment objective.
- The Fund does not represent a complete investment program.

Investments in the Fund are not deposits or obligations of, or guaranteed or endorsed by, any bank and are not insured or guaranteed by the FDIC, the Federal Reserve Board or any other government agency. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund.

---

## The Fund's Main Investment Risks

All mutual funds carry a certain amount of risk. You may lose money on your investment in the Fund. Here are some specific risks of investing in the Fund. The Fund may not achieve its objective if JPMIA's expectations regarding particular securities or interest rates are not met.

*Interest Rate Risk.* Although the Fund is generally less sensitive to interest rate changes than are funds that invest in longer-term securities, changes in short-term interest rates will cause changes to the Fund's yield. In addition, a low-interest rate environment may prevent the Fund from providing a positive yield, paying expenses out of Fund assets or maintaining a stable net asset value of $1.00 per share.

*Credit Risk.* There is a risk that the issuer of a security, or the counterparty to a contract, repurchase agreement or other investment, will default or otherwise become unable to honor a financial obligation. The price and liquidity of a security can also be adversely affected if either its credit status or the mar-ket environment generally deteriorates and the probability of default rises. The value of your investment could decline as a result of these events.

*Mortgage-Related and Other Asset-Backed Securities Risk.* Mortgage-related and asset-backed securities are subject to certain other risks. The value of these securities will be influ-enced by the factors affecting the housing market and the assets underlying such securities. As a result, during periods of declining asset value, difficult or frozen credit markets, swings in interest rates, or deteriorating economic conditions, mortgage-related and asset-backed securities may decline in value, face valuation difficulties, become more volatile and/or become illiquid. Additionally, during such periods and also under normal conditions, these securities are also subject to prepayment and call risk. When mortgages and other obliga-tions are prepaid and when securities are called, the Fund may have to reinvest in securities with a lower yield or fail to recover additional amounts (i.e., premiums) paid for securities with higher interest rates, resulting in an unexpected capital loss. Some of these securities may receive little or no collateral protection from the underlying assets and are thus subject to the risk of default described under *"Credit Risk".* The risk of such defaults is generally higher in the case of mortgage-backed investments that include so-called "sub-prime" mort-gages. The structure of some of these securities may be complex and there may be less available information than other types of debt securities.

*Government Securities Risk.* The Fund invests in securities issued or guaranteed by the U.S. government or its agencies and instrumentalities (such as Ginnie Mae, Fannie Mae, or Freddie Mac securities). Securities issued or guaranteed by Ginnie Mae, Fannie Mae or Freddie Mac are not issued directly by the U.S. government. Ginnie Mae is a wholly-owned U.S. cor-poration that is authorized to guarantee, with the full faith and credit of the U.S. government, the timely payment of principal and interest of its securities. By contrast, securities issued or guaranteed by U.S. government-related organizations such as Fannie Mae and Freddie Mac are not backed by the full faith and credit of the U.S. government. No assurance can be given that the U.S. government would provide financial support to its agencies and instrumentalities if not required to do so by law.

*Redemption Risk.* The Fund could experience a loss and the Fund's net asset value may be affected when selling securities to meet redemption requests if the redemption requests are large or frequent, occur in times of overall market turmoil or declining prices for the securities sold, or when the securities the Fund wishes to or is required to sell are illiquid. The Fund may be forced to sell its holdings when shareholders of the Fund make relatively large redemption requests. Furthermore, when markets are illiquid, the Fund may be unable to sell illiq-uid securities at its desired time or price. Illiquidity can be caused by a drop in overall market trading volume, an inability to find a ready buyer, or legal restrictions on the securities' resale. Certain securities that were liquid when purchased may

# JPMorgan Liquid Assets Money Market Fund (continued)

later become illiquid, particularly in times of overall economic distress.

*Concentration Risk.* Because the Fund will invest a significant portion of its assets in securities of companies in the financial services industry, developments affecting the financial services industry will have a disproportionate impact on the Fund. These risks generally include interest rate risk, credit risk and risk associated with regulatory changes in the financial services industry. In addition, financial services companies are highly dependent on the supply of short-term financing.

*Foreign Securities Risk.* To the extent that the Fund invests in foreign securities, these investments may be riskier than investments in U.S. securities. These risks include political and economic risks, greater volatility, currency fluctuations, higher transaction costs, delayed settlement, possible foreign controls on investment and less stringent investor protection and disclosure standards of some foreign markets, all of which could adversely affect the Fund's investments in a foreign country. The securities markets of many foreign countries are relatively small, with a limited number of companies representing a small number of industries.

*Net Asset Value Risk.* There is no assurance that the Fund will meet its investment objective of maintaining a net asset value of $1.00 per share on a continuous basis. Furthermore, there can be no assurance that the Fund's affiliates will purchase distressed assets from the Fund, make capital infusions, enter into capital support agreements or take other actions to ensure that the Fund maintains a net asset value of $1.00 per share. In the event any money market fund fails to maintain a stable net asset value, other money market funds, including the Fund, could face a universal risk of increased redemption pressures, potentially jeopardizing the stability of their net asset values. In general, certain other money market funds have in the past failed to maintain stable net asset values and there can be no assurance that such failures and resulting redemption pressures will not occur in the future.

*Risk Associated with the Fund Holding Cash.* Although the Fund seeks to be fully invested, it may at times hold some of its assets in cash, which may hurt the Fund's performance.

*Temporary Defensive Position Risk.* If the Fund departs from its investment policies during temporary defensive periods or to meet redemptions, it may not achieve its investment objective.

## The Fund's Past Performance

This section shows the Fund's performance record with respect to the Fund's shares. The bar chart shows how the performance of the Fund's Institutional Class Shares has varied from year to year over the past ten calendar years. This provides some indication of the risks of investing in the Fund. The table shows the average annual total returns for the past one year, five years and ten years.

To obtain current yield information call 1-800-766-7722. Past performance is not necessarily an indication of how any class of the Fund will perform in the future.

The calculations assume that all dividends and distributions are reinvested in the Fund. Some of the companies that provide services to the Fund have in the past agreed not to collect some expenses and to reimburse others. Without these agreements, the performance figures would have been lower than those shown.



YEAR-BY-YEAR RETURNS[1,2]

| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4.95% | 6.11% | 3.81% | 1.46% | 0.77% | 0.96% | 2.83% | 4.93% | 5.25% | 2.98% |

**Best Quarter**    4th quarter, 2000    **1.56%**          **Worst Quarter**    1st quarter, 2004    **0.16%**

1   The Fund's fiscal year end is the last day of February.

2   Historical performance shown for Institutional Class Shares prior to 1/1/06 is based on the performance of the Fund's Investor Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Investor Shares.

The Fund's year-to-date total return as of 3/31/09 was 0.27%.

# JPMorgan Liquid Assets Money Market Fund (continued)

## AVERAGE ANNUAL TOTAL RETURNS (%)
### Shows performance over time, for periods ended December 31, 2008

| | Past 1 Year | Past 5 Years | Past 10 Years |
|---|---|---|---|
| INSTITUTIONAL CLASS SHARES[1] | 2.98 | 3.43 | 3.42 |

1   The performance in the table for the period before Institutional Class Shares were launched on 2/19/05 is based on the Fund's Investor Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Investor Shares.

### Investor Expenses for Institutional Class Shares

The expenses of the Institutional Class Shares (including acquired fund fees and expenses) before and after reimbursement are shown below. The Total Annual Operating Expenses in the table below are based on the average net assets during the most recent fiscal year; this ratio will generally increase as Fund assets decline due to market movements, net redemptions, and other factors during the current fiscal year, but expenses will not increase beyond the level of any expense limitation in place for the Fund. The table below does not reflect charges or credits which you might incur if you invest through a Financial Intermediary.

## ANNUAL OPERATING EXPENSES (%)
### (Expenses that are deducted from Institutional Class assets)

| | |
|---|---|
| Management Fees | 0.08 |
| Shareholder Service Fees | 0.10 |
| Other Expenses[1] | 0.08 |
| Total Annual Operating Expenses | 0.26 |
| Fee Waiver and Expense Reimbursements[2] | (0.05) |
| Net Expenses[2] | 0.21 |

1   "Other Expenses" have been calculated based on the actual expenses incurred in the most recent fiscal period and exclude payments by the Fund to participate in the U.S. Department of the Treasury's Temporary Guarantee Program (the "Program") during the most recent fiscal period. "Other Expenses" of the Institutional Shares would have been 0.10% of the value of the Fund's average net assets, if expenses incurred by the Fund to participate in the Program during the most recent fiscal period had been included.

2   JPMIA, the Administrator and the Distributor have contractually agreed to waive fees and/or reimburse expenses to the extent that Total Annual Operating Expenses of the Institutional Class Shares (excluding acquired fund fees and expenses, dividend expenses related to short sales, interest, taxes and extraordinary expenses and expenses related to the Board of Trustees' deferred compensation plan) exceed 0.21% of the average daily net assets through 6/30/10. In addition, the Fund's service providers may voluntarily waive or reimburse certain of their fees, as they may determine, from time to time.

### Example

The example below is intended to help you compare the cost of investing in the Institutional Class Shares with the cost of investing in other mutual funds. The example assumes:

- $10,000 initial investment,
- 5% return each year, and
- net expenses through 6/30/10 and total annual operating expenses thereafter.

This example is for comparison only; the actual returns of the Institutional Class Shares and your actual costs may be higher or lower.

## YOUR COST ($)
### (with or without redemption)

| 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|
| 22 | 79 | 141 | 326 |

# JPMorgan U.S. Government Money Market Fund

## The Fund's Objective

The Fund seeks high current income with liquidity and stability of principal.

## The Fund's Main Investment Strategy

Under normal conditions, the Fund invests its assets exclusively in:

- debt securities issued or guaranteed by the U.S. government, or by U.S. government agencies or instrumentalities, and
- repurchase agreements fully collateralized by U.S. Treasury and U.S. government securities.

The Fund is a money market fund managed to meet the requirements of Rule 2a-7 under the Investment Company Act of 1940. Within these requirements, the Fund is managed in the following manner:

- The Fund seeks to maintain a net asset value of $1.00 per share.
- The dollar-weighted average maturity of the Fund will generally be 60 days or less. For a discussion of dollar-weighted average maturity, please see page 45.
- The Fund will only buy securities that have remaining maturities of 397 days or less as determined under Rule 2a-7.
- The Fund invests only in U.S. dollar-denominated securities.
- The Fund will only buy securities that present minimal credit risk.

The Fund may invest significantly in securities with floating or variable rates of interest. Their yields will vary as interest rates change.

The Fund may invest in securities guaranteed by the Federal Deposit Insurance Corporation (FDIC) under its Temporary Liquidity Guarantee Program (TLGP) announced on October 14, 2008. Under this program, the FDIC guarantees, with the full faith and credit of the U.S. government, the payment of principal and interest on the debt issued by private entities through the earlier of the maturity date of the debt or June 30, 2012. The interest on securities guaranteed by the FDIC under the TLGP may be subject to state and local income taxes.

The Fund's adviser, JPMIA, seeks to develop an appropriate portfolio by considering the differences in yields among securities of different maturities, market sectors and issuers.

The Fund's Board of Trustees may change any of these investment policies (except its investment objective) without shareholder approval.

The Fund is diversified as defined in the Investment Company Act of 1940.

---

**BEFORE YOU INVEST**

**Investors considering the Fund should understand that:**

- There is no assurance that the Fund will meet its investment objective.
- The Fund does not represent a complete investment program.

Investments in the Fund are not deposits or obligations of, or guaranteed or endorsed by, any bank and are not insured or guaranteed by the FDIC, the Federal Reserve Board or any other government agency. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund.

---

## The Fund's Main Investment Risks

All mutual funds carry a certain amount of risk. You may lose money on your investment in the Fund. Here are some specific risks of investing in the Fund. The Fund may not achieve its objective if JPMIA's expectations regarding particular securities or interest rates are not met.

*Interest Rate Risk.* Although the Fund is generally less sensitive to interest rate changes than are funds that invest in longer-term securities, changes in short-term interest rates will cause changes to the Fund's yield. In addition, a low-interest rate environment may prevent the Fund from providing a positive yield, paying expenses out of Fund assets or maintaining a stable net asset value of $1.00 per share.

*Mortgage-Related and Other Asset-Backed Securities Risk.* Mortgage-related and asset-backed securities are subject to certain other risks. The value of these securities will be influenced by the factors affecting the housing market and the assets underlying such securities. As a result, during periods of declining asset value, difficult or frozen credit markets, swings in interest rates, or deteriorating economic conditions, mortgage-related and asset-backed securities may decline in value, face valuation difficulties, become more volatile and/or become illiquid. Additionally, during such periods and also under normal conditions, these securities are also subject to prepayment and call risk. When mortgages and other obligations are prepaid and when securities are called, the Fund may have to reinvest in securities with a lower yield or fail to recover additional amounts (i.e., premiums) paid for securities with higher interest rates, resulting in an unexpected capital loss. Some of these securities may receive little or no collateral protection from the underlying assets and are thus subject to the risk of default. The risk of such defaults is generally higher in the case of mortgage-backed investments that include

# JPMorgan U.S. Government Money Market Fund (continued)

so-called "sub-prime" mortgages. The structure of some of these securities may be complex and there may be less available information than other types of debt securities.

*Government Securities Risk.* The Fund invests in securities issued or guaranteed by the U.S. government, including under the TLGP, or its agencies and instrumentalities (such as Ginnie Mae, Fannie Mae, or Freddie Mac securities). Securities issued or guaranteed by Ginnie Mae, Fannie Mae or Freddie Mac are not issued directly by the U.S. government. Ginnie Mae is a wholly-owned U.S. corporation that is authorized to guarantee, with the full faith and credit of the U.S. government, the timely payment of principal and interest of its securities. By contrast, securities issued or guaranteed by U.S. government-related organizations such as Fannie Mae and Freddie Mac are not backed by the full faith and credit of the U.S. government. No assurance can be given that the U.S. government would provide financial support to its agencies and instrumentalities if not required to do so by law.

*Redemption Risk.* The Fund could experience a loss and the Fund's net asset value may be affected when selling securities to meet redemption requests if the redemption requests are large or frequent, occur in times of overall market turmoil or declining prices for the securities sold, or when the securities the Fund wishes to or is required to sell are illiquid. The Fund may be forced to sell its holdings when shareholders of the Fund make relatively large redemption requests. Furthermore, when markets are illiquid, the Fund may be unable to sell illiquid securities at its desired time or price. Illiquidity can be caused by a drop in overall market trading volume, an inability to find a ready buyer, or legal restrictions on the securities' resale. Certain securities that were liquid when purchased may later become illiquid, particularly in times of overall economic distress.

*Net Asset Value Risk.* There is no assurance that the Fund will meet its investment objective of maintaining a net asset value of $1.00 per share on a continuous basis. Furthermore, there can be no assurance that the Fund's affiliates will purchase distressed assets from the Fund, make capital infusions, enter into capital support agreements or take other actions to ensure that the Fund maintains a net asset value of $1.00 per share. In the event any money market fund fails to maintain a stable net asset value, other money market funds, including the Fund, could face a universal risk of increased redemption pressures, potentially jeopardizing the stability of their net asset values. In general, certain other money market funds have in the past failed to maintain stable net asset values and there can be no assurance that such failures and resulting redemption pressures will not occur in the future.

*Repurchase Agreement Risk.* There is a risk that the counterparty to a repurchase agreement will default or otherwise become unable to honor a financial obligation and the value of your investment could decline as a result.

*Risk Associated with the Fund Holding Cash.* Although the Fund seeks to be fully invested, it may at times hold some of its assets in cash, which may hurt the Fund's performance.

*Temporary Defensive Position Risk.* If the Fund departs from its investment policies during temporary defensive periods or to meet redemptions, it may not achieve its investment objective.

*State and Local Taxation Risk.* The Fund may invest in securities whose interest is subject to state and local income taxes, such as the interest on securities guaranteed by the FDIC under the TLGP or securities issued under similar programs in the future. Consult your tax professional for more information.

## The Fund's Past Performance

This section shows the Fund's performance record with respect to the Fund's shares. The bar chart shows how the performance of the Fund's Institutional Class Shares has varied from year to year over the past ten calendar years. This provides some indication of the risks of investing in the Fund. The table shows the average annual total returns for the past one year, five years and ten years.

To obtain current yield information call 1-800-766-7722. Past performance is not necessarily an indication of how any class of the Fund will perform in the future.

The calculations assume that all dividends and distributions are reinvested in the Fund. Some of the companies that provide services to the Fund have in the past agreed not to collect some expenses and to reimburse others. Without these agreements, the performance figures would have been lower than those shown.



**YEAR-BY-YEAR RETURNS[1,2]**

| Year | Return |
|------|--------|
| 1999 | 5.14% |
| 2000 | 6.30% |
| 2001 | 4.08% |
| 2002 | 1.70% |
| 2003 | 1.04% |
| 2004 | 1.24% |
| 2005 | 3.05% |
| 2006 | 4.91% |
| 2007 | 5.09% |
| 2008 | 2.41% |

**Best Quarter**   3rd quarter, 2000   **1.65%**          **Worst Quarter**   2nd quarter, 2004   **0.23%**

1  The Fund's fiscal year end is the last day of February.

2  Historical performance shown for the Institutional Class Shares prior to their inception on 2/19/05 is based on the performance of the Fund's Capital Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. Prior class performance for the Capital Shares has been adjusted to reflect differences in expenses between Capital Shares and Institutional Class Shares.

The Fund's year-to-date total return as of 3/31/09 was 0.15%.

# JPMorgan U.S. Government Money Market Fund (continued)

| AVERAGE ANNUAL TOTAL RETURNS (%)<br>Shows performance over time, for periods ended December 31, 2008 | | | |
|---|---|---|---|
| | Past 1 Year | Past 5 Years | Past 10 Years |
| INSTITUTIONAL CLASS SHARES[1] | 2.41 | 3.33 | 3.48 |

1   The performance in the table for the period before Institutional Class Shares were launched on 2/19/05 is based on the Fund's Capital Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. Prior class performance for the Capital Shares has been adjusted to reflect differences in expenses between Capital Shares and Institutional Class Shares.

## Investor Expenses for Institutional Class Shares

The expenses of the Institutional Class Shares (including acquired fund fees and expenses) before and after reimbursement are shown below. The Total Annual Operating Expenses in the table below are based on the average net assets during the most recent fiscal year; this ratio will generally increase as Fund assets decline due to market movements, net redemptions, and other factors during the current fiscal year, but expenses will not increase beyond the level of any expense limitation in place for the Fund. The table below does not reflect charges or credits which you might incur if you invest through a Financial Intermediary.

| ANNUAL OPERATING EXPENSES (%)<br>(Expenses that are deducted from Institutional Class assets) | |
|---|---|
| Management Fees | 0.08 |
| Shareholder Service Fees | 0.10 |
| Other Expenses[1] | 0.07 |
| Total Annual Operating Expenses | 0.25 |
| Fee Waiver and Expense Reimbursements[2] | (0.04) |
| Net Expenses[2] | 0.21 |

1   "Other Expenses" have been calculated based on the actual expenses incurred in the most recent fiscal period and exclude payments by the Fund to participate in the U.S. Department of the Treasury's Temporary Guarantee Program (the "Program") during the most recent fiscal period. "Other Expenses" of the Institutional Class Shares would have been 0.09% of the value of the Fund's average net assets, if expenses incurred by the Fund to participate in the Program during the most recent fiscal period had been included.

2   JPMIA, the Administrator and the Distributor have contractually agreed to waive fees and/or reimburse expenses to the extent that Total Annual Operating Expenses of the Institutional Class Shares (excluding acquired fund fees and expenses, dividend expenses related to short sales, interest, taxes and extraordinary expenses and expenses related to the Board of Trustees' deferred compensation plan) exceed 0.21% of the average daily net assets through 6/30/10. In addition, the Fund's service providers may voluntarily waive or reimburse certain of their fees, as they may determine, from time to time.

## Example

The example below is intended to help you compare the cost of investing in the Institutional Class Shares with the cost of investing in other mutual funds. The example assumes:

- $10,000 initial investment,
- 5% return each year, and
- net expenses through 6/30/10 and total annual operating expenses thereafter.

This example is for comparison only; the actual returns of the Institutional Class Shares and your actual costs may be higher or lower.

| YOUR COST ($)<br>(with or without redemption) | | | |
|---|---|---|---|
| 1 Year | 3 Years | 5 Years | 10 Years |
| 22 | 76 | 137 | 314 |

# JPMorgan U.S. Treasury Plus Money Market Fund

## The Fund's Objective

The Fund seeks current income with liquidity and stability of principal.

## The Fund's Main Investment Strategy

Under normal conditions, the Fund invests its assets exclusively in:

- obligations of the U.S. Treasury, including Treasury bills, bonds and notes and other obligations issued or guaranteed by the U.S. Treasury, and
- repurchase agreements fully collateralized by U.S. Treasury securities.

The debt securities described above carry different interest rates, maturities and issue dates.

The Fund is a money market fund managed to meet the requirements of Rule 2a-7 under the Investment Company Act of 1940. Within these requirements, the Fund is managed in the following manner:

- The Fund seeks to maintain a net asset value of $1.00 per share.
- The dollar-weighted average maturity of the Fund will generally be 60 days or less. For a discussion of dollar-weighted average maturity, please see page 45.
- The Fund will only buy securities that have remaining maturities of 397 days or less as determined under Rule 2a-7.
- The Fund invests only in U.S. dollar-denominated securities.
- The Fund will only buy securities that present minimal credit risk.

The Fund's adviser, JPMIA, seeks to develop an appropriate portfolio by considering the differences in yields among securities of different maturities and issue dates.

As a temporary defensive measure, the Fund may also invest up to 20% of its total assets in (1) securities guaranteed by the FDIC under its Temporary Liquidity Guarantee Program (TLGP) (described below), (2) repurchase agreements that are secured with collateral guaranteed by the FDIC under the TLGP, (3) debt securities issued or guaranteed by the U.S. government or its agencies or instrumentalities, and (4) repurchase agreements that are secured with collateral issued or guaranteed by the U.S. government or its agencies or instrumentalities. Under the TLGP, announced on October 14, 2008, the FDIC guarantees, with the full faith and credit of the U.S. government, the payment of principal and interest on certain debt issued by private entities through the earlier of the maturity date of the debt or June 30, 2012. The interest on securities guaranteed by the FDIC under the TLGP may be subject to state and local income taxes.

The Fund's Board of Trustees may change any of these investment policies (except its investment objective) without shareholder approval.

The Fund is diversified as defined in the Investment Company Act of 1940.

---

### BEFORE YOU INVEST

**Investors considering the Fund should understand that:**

- There is no assurance that the Fund will meet its investment objective.
- The Fund does not represent a complete investment program.

Investments in the Fund are not deposits or obligations of, or guaranteed or endorsed by, any bank and are not insured or guaranteed by the FDIC, the Federal Reserve Board or any other government agency. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund.

---

## The Fund's Main Investment Risks

All mutual funds carry a certain amount of risk. You may lose money on your investment in the Fund. Here are some specific risks of investing in the Fund. The Fund may not achieve its objective if JPMIA's expectations regarding particular securities or interest rates are not met.

*Interest Rate Risk.* Although the Fund is generally less sensitive to interest rate changes than are funds that invest in longer-term securities, changes in short-term interest rates will cause changes to the Fund's yield. In addition, a low-interest rate environment may prevent the Fund from providing a positive yield, paying expenses out of Fund assets or maintaining a stable net asset value of $1.00 per share.

*Redemption Risk.* The Fund could experience a loss and the Fund's net asset value may be affected when selling securities to meet redemption requests if the redemption requests are large or frequent, occur in times of overall market turmoil or declining prices for the securities sold, or when the securities the Fund wishes to or is required to sell are illiquid. The Fund may be forced to sell its holdings when shareholders of the Fund make relatively large redemption requests. Furthermore, when markets are illiquid, the Fund may be unable to sell illiquid securities at its desired time or price. Illiquidity can be caused by a drop in overall market trading volume, an inability to find a ready buyer, or legal restrictions on the securities' resale. Certain securities that were liquid when purchased may

# JPMorgan U.S. Treasury Plus Money Market Fund (continued)

later become illiquid, particularly in times of overall economic distress.

*Net Asset Value Risk.* There is no assurance that the Fund will meet its investment objective of maintaining a net asset value of $1.00 per share on a continuous basis. Furthermore, there can be no assurance that the Fund's affiliates will purchase distressed assets from the Fund, make capital infusions, enter into capital support agreements or take other actions to ensure that the Fund maintains a net asset value of $1.00 per share. In the event any money market fund fails to maintain a stable net asset value, other money market funds, including the Fund, could face a universal risk of increased redemption pressures, potentially jeopardizing the stability of their net asset values. In general, certain other money market funds have in the past failed to maintain stable net asset values and there can be no assurance that such failures and resulting redemption pressures will not occur in the future.

*Repurchase Agreement Risk.* There is a risk that the counterparty to a repurchase agreement will default or otherwise become unable to honor a financial obligation and the value of your investment could decline as a result.

*Risk Associated with the Fund Holding Cash.* Although the Fund seeks to be fully invested, it may at times hold some of its assets in cash, which may hurt the Fund's performance.

*Temporary Defensive Position Risk.* If the Fund departs from its investment policies during temporary defensive periods or to meet redemptions, it may not achieve its investment objective.

Investments in the securities enumerated as investments permissible as a temporary defensive measure above pose additional risks. Investments in securities issued or guaranteed by the U.S. government or its agencies and instrumentalities may include Ginnie Mae, Fannie Mae, or Freddie Mac securities. Securities issued or guaranteed by Ginnie Mae, Fannie Mae or Freddie Mac are not issued directly by the U.S. government. Ginnie Mae is a wholly-owned U.S. corporation that is authorized to guarantee, with the full faith and credit of the U.S. government, the timely payment of principal and interest of

its securities. By contrast, securities issued or guaranteed by U.S. government-related organizations such as Fannie Mae and Freddie Mac are not backed by the full faith and credit of the U.S. government. No assurance can be given that the U.S. government would provide financial support to its agencies and instrumentalities if not required to do so by law.

Investments in securities issued by the U.S. government or its agencies and instrumentalities or guaranteed by the FDIC's TLGP may also be subject to prepayment and call risk. The issuers of mortgage-backed and asset-backed securities and other callable securities may be able to repay principal in advance, especially when interest rates fall. Changes in prepayment rates can affect the return on investment and yield of these securities. When mortgages and other obligations are prepaid and when securities are called, the Funds may have to reinvest in securities with a lower yield. Additionally, for securities issued by agencies and instrumentalities that are not backed by the full faith and credit of the U.S. government, the Funds may fail to recover additional amounts (i.e., premiums) paid for securities with higher interest rates, resulting in an unexpected capital loss. Mortgage-related and asset-backed securities are subject to certain other risks. The value of these securities will be influenced by the factors affecting the housing market and the assets underlying such securities. As a result, during periods of declining asset value, difficult or frozen credit markets, swings in interest rates, or deteriorating economic conditions, mortgage-related and asset-backed securities may decline in value, face valuation difficulties, become more volatile and/or become illiquid. Furthermore, some asset-backed securities may have additional risk because they may receive little or no collateral protection from the underlying assets, and are also subject to the risk of default. The risk of such defaults is generally higher in the case of mortgage-backed investments that include so-called "sub-prime" mortgages.

The addition of securities guaranteed by the FDIC's TLGP and repurchase agreements will cause additional state tax consequences to shareholders of the Fund. Consult your tax professional for more information.

**The Fund's Past Performance**

This section shows the Fund's performance record with respect to the Fund's shares. The bar chart shows how the performance of the Fund's Institutional Class Shares has varied from year to year over the past ten calendar years. This provides some indication of the risks of investing in the Fund. The table shows the average annual total returns for the past one year, five years and ten years.

To obtain current yield information call 1-800-766-7722. Past performance is not necessarily an indication of how any class of the Fund will perform in the future.

The calculations assume that all dividends and distributions are reinvested in the Fund. Some of the companies that provide services to the Fund have in the past agreed not to collect some expenses and to reimburse others. Without these agreements, the performance figures would have been lower than those shown.



**YEAR-BY-YEAR RETURNS[1,2]**

| | | |
|---|---|---|
| **Best Quarter** | 4th quarter, 2000 | **1.52%** |
| **Worst Quarter** | 4th quarter, 2008 | **0.07%** |

1  The Fund's fiscal year end is the last day of February.

2  Historical performance shown for the Institutional Class Shares prior to 1/1/06 is based on the performance of the Fund's Investor Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Investor Shares.

The Fund's year-to-date total return as of 3/31/09 was 0.06%.

# JPMorgan U.S. Treasury Plus Money Market Fund (continued)

| AVERAGE ANNUAL TOTAL RETURNS (%) Shows performance over time, for periods ended December 31, 2008 | | | |
|---|---|---|---|
| **INSTITUTIONAL CLASS SHARES**[1] | **Past 1 Year** | **Past 5 Years** | **Past 10 Years** |
| | 1.54 | 2.98 | 3.07 |

1   The performance in the table for the period before Institutional Class Shares were launched on 2/19/05 is based on the Fund's Investor Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Investor Shares.

## Investor Expenses for Institutional Class Shares

The expenses of the Institutional Class Shares (including acquired fund fees and expenses) before and after reimbursement are shown below. The Total Annual Operating Expenses in the table below are based on the average net assets during the most recent fiscal year; this ratio will generally increase as Fund assets decline due to market movements, net redemptions, and other factors during the current fiscal year, but expenses will not increase beyond the level of any expense limitation in place for the Fund. The table below does not reflect charges or credits which you might incur if you invest through a Financial Intermediary.

| ANNUAL OPERATING EXPENSES (%) (Expenses that are deducted from Institutional Class assets) | |
|---|---|
| **Management Fees** | 0.08 |
| **Shareholder Service Fees** | 0.10 |
| **Other Expenses**[1] | 0.08 |
| **Total Annual Operating Expenses** | 0.26 |
| **Fee Waiver and Expense Reimbursements**[2] | (0.05) |
| **Net Expenses**[2] | 0.21 |

1   "Other Expenses" have been calculated based on the actual expenses incurred in the most recent fiscal period and exclude payments by the Fund to participate in the U.S. Department of the Treasury's Temporary Guarantee Program (the "Program") during the most recent fiscal period. "Other Expenses" of the Institutional Shares would have been 0.10% of the value of the Fund's average net assets, if expenses incurred by the Fund to participate in the Program during the most recent fiscal period had been included.

2   JPMIA, the Administrator and the Distributor have contractually agreed to waive fees and/or reimburse expenses to the extent that Total Annual Operating Expenses of the Institutional Class Shares (excluding acquired fund fees and expenses, dividend expenses related to short sales, interest, taxes and extraordinary expenses and expenses related to the Board of Trustees' deferred compensation plan) exceed 0.21% of the average daily net assets through 6/30/10. In addition, the Fund's service providers may voluntarily waive or reimburse certain of their fees, as they may determine, from time to time.

## Example

The example below is intended to help you compare the cost of investing in the Institutional Class Shares with the cost of investing in other mutual funds. The example assumes:

- $10,000 initial investment,
- 5% return each year, and
- net expenses through 6/30/10 and total annual operating expenses thereafter.

This example is for comparison only; the actual returns of the Institutional Class Shares and your actual costs may be higher or lower.

| YOUR COST ($) (with or without redemption) | | | |
|---|---|---|---|
| **1 Year** | **3 Years** | **5 Years** | **10 Years** |
| 22 | 79 | 141 | 326 |

# JPMorgan Federal Money Market Fund

### The Fund's Objective

The Fund aims to provide current income while still preserving capital and maintaining liquidity.

### The Fund's Main Investment Strategy

Under normal conditions, the Fund invests its assets exclusively in:

- obligations of the U.S. Treasury, including Treasury bills, bonds and notes, and

- debt securities that certain U.S. government agencies or instrumentalities have either issued or guaranteed as to principal and interest.

The interest on these securities is generally exempt from state and local income taxes.

The Fund is a money market fund managed to meet the requirements of Rule 2a-7 under the Investment Company Act of 1940. Within these requirements, the Fund is managed in the following manner:

- The Fund seeks to maintain a net asset value of $1.00 per share.

- The dollar-weighted average maturity of the Fund will generally be 60 days or less. For a discussion of dollar-weighted average maturity, please see page 45.

- The Fund will only buy securities that have remaining maturities of 397 days or less as determined under Rule 2a-7.

- The Fund invests only in U.S. dollar-denominated securities.

- The Fund will only buy securities that present minimal credit risk.

The Fund may invest significantly in securities with floating or variable rates of interest. Their yields will vary as interest rates change.

The Fund may invest in securities guaranteed by the Federal Deposit Insurance Corporation (FDIC) under its Temporary Liquidity Guarantee Program (TLGP) announced on October 14, 2008. Under this program, the FDIC guarantees, with the full faith and credit of the U.S. government, the payment of principal and interest on the debt issued by private entities through the earlier of the maturity date of the debt or June 30, 2012. The interest on securities guaranteed by the FDIC under the TLGP may be subject to state and local income taxes.

The Fund's adviser, JPMIM, seeks to develop an appropriate portfolio by considering the differences in yields among securities of different maturities, market sectors and issuers.

As a temporary defensive measure, the Fund may also invest up to 20% of its total assets in (1) repurchase agreements that are secured with collateral guaranteed by the FDIC under the TLGP, (2) repurchase agreements that are secured by U.S.

Treasury securities, and (3) repurchase agreements that are secured with collateral issued or guaranteed by the U.S. government or its agencies or instrumentalities.

The Fund's Board of Trustees may change any of these investment policies (including its investment objective) without shareholder approval.

The Fund is diversified as defined in the Investment Company Act of 1940.

### BEFORE YOU INVEST

**Investors considering the Fund should understand that:**

- There is no assurance that the Fund will meet its investment objective.

- The Fund does not represent a complete investment program.

Investments in the Fund are not deposits or obligations of, or guaranteed or endorsed by, any bank and are not insured by or guaranteed by the FDIC, the Federal Reserve Board or any other government agency. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund.

### The Fund's Main Investment Risks

All mutual funds carry a certain amount of risk. You may lose money on your investment in the Fund. Here are some specific risks of investing in the Fund. The Fund may not achieve its objective if JPMIM's expectations regarding particular securities or interest rates are not met.

*Interest Rate Risk.* Although the Fund is generally less sensitive to interest rate changes than are funds that invest in longer-term securities, changes in short-term interest rates will cause changes to the Fund's yield. In addition, a low-interest rate environment may prevent the Fund from providing a positive yield, paying expenses out of Fund assets or maintaining a stable net asset value of $1.00 per share.

*Mortgage-Related and Other Asset-Backed Securities Risk.* Mortgage-related and asset-backed securities are subject to certain other risks. The value of these securities will be influenced by the factors affecting the housing market and the assets underlying such securities. As a result, during periods of declining asset value, difficult or frozen credit markets, swings in interest rates, or deteriorating economic conditions, mortgage-related and asset-backed securities may decline in value, face valuation difficulties, become more volatile and/or become illiquid. Additionally, during such periods and also

# JPMorgan Federal Money Market Fund (continued)

under normal conditions, these securities are also subject to prepayment and call risk. When mortgages and other obligations are prepaid and when securities are called, the Fund may have to reinvest in securities with a lower yield or fail to recover additional amounts (i.e., premiums) paid for securities with higher interest rates, resulting in an unexpected capital loss. Some of these securities may receive little or no collateral protection from the underlying assets and are thus subject to the risk of default. The risk of such defaults is generally higher in the case of mortgage-backed investments that include so-called "sub-prime" mortgages. The structure of some of these securities may be complex and there may be less available information than other types of debt securities.

*Government Securities Risk.* The Fund invests in securities issued or guaranteed by the U.S. government, including under the TLGP, or its agencies and instrumentalities (such as Ginnie Mae, Fannie Mae, or Freddie Mac securities). Securities issued or guaranteed by Ginnie Mae, Fannie Mae or Freddie Mac are not issued directly by the U.S. government. Ginnie Mae is a wholly-owned U.S. corporation that is authorized to guarantee, with the full faith and credit of the U.S. government, the timely payment of principal and interest of its securities. By contrast, securities issued or guaranteed by U.S. government-related organizations such as Fannie Mae and Freddie Mac are not backed by the full faith and credit of the U.S. government. No assurance can be given that the U.S. government would provide financial support to its agencies and instrumentalities if not required to do so by law.

*Redemption Risk.* The Fund could experience a loss and the Fund's net asset value may be affected when selling securities to meet redemption requests if the redemption requests are large or frequent, occur in times of overall market turmoil or declining prices for the securities sold, or when the securities the Fund wishes to or is required to sell are illiquid. The Fund may be forced to sell its holdings when shareholders of the Fund make relatively large redemption requests. Furthermore, when markets are illiquid, the Fund may be unable to sell illiquid securities at its desired time or price. Illiquidity can be caused by a drop in overall market trading volume, an inability to find a ready buyer, or legal restrictions on the securities' resale. Certain securities that were liquid when purchased may later become illiquid, particularly in times of overall economic distress.

*Net Asset Value Risk.* There is no assurance that the Fund will meet its investment objective of maintaining a net asset value of $1.00 per share on a continuous basis. Furthermore, there can be no assurance that the Fund's affiliates will purchase distressed assets from the Fund, make capital infusions, enter into capital support agreements or take other actions to ensure that the Fund maintains a net asset value of $1.00 per share. In the event any money market fund fails to maintain a stable net asset value, other money market funds, including the Fund, could face a universal risk of increased redemption pressures, potentially jeopardizing the stability of their net asset values. In general, certain other money market funds have in the past failed to maintain stable net asset values and there can be no assurance that such failures and resulting redemption pressures will not occur in the future.

*Risk Associated with the Fund Holding Cash.* Although the Fund seeks to be fully invested, it may at times hold some of its assets in cash, which may hurt the Fund's performance.

*Temporary Defensive Position Risk.* If the Fund departs from its investment policies during temporary defensive periods or to meet redemptions, it may not achieve its investment objective.

Investments in the securities enumerated as investments permissible as a temporary defensive measure above pose additional risks.

There is a risk that the counterparty to a repurchase agreement will default or otherwise become unable to honor a financial obligation and the value of your investment could decline as a result.

*State and Local Taxation Risk.* The Fund may invest in securities whose interest is subject to state and local income taxes, such as the interest on securities guaranteed by the FDIC under the TLGP or securities issued under similar programs in the future. Consult your tax professional for more information.

## The Fund's Past Performance

This section shows the Fund's performance record with respect to the Fund's shares. The bar chart shows how the performance of the Fund's Institutional Class Shares has varied from year to year over the past ten calendar years. This provides some indication of the risks of investing in the Fund. The table shows the average annual total returns for the past one year, five years and ten years.

To obtain current yield information call 1-800-766-7722. Past performance is not necessarily an indication of how any class of the Fund will perform in the future.

The calculations assume that all dividends and distributions are reinvested in the Fund. Some of the companies that provide services to the Fund have in the past agreed not to collect some expenses and to reimburse others. Without these agreements, the performance figures would have been lower than those shown.



**YEAR-BY-YEAR RETURNS[1,2]**

| Best Quarter | 3rd quarter, 2000 | **1.58%** | Worst Quarter | 4th quarter, 2003 | **0.21%** |
| | 4th quarter, 2000 | | | 1st quarter, 2004 | |

1   The Fund's fiscal year end is the last day of February.

2   Historical performance shown for the Institutional Class Shares prior to 1/1/02 is based on the performance of the Fund's Agency Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Agency Shares.

The Fund's year-to-date total return as of 3/31/09 was 0.12%.

# JPMorgan Federal Money Market Fund (continued)

## AVERAGE ANNUAL TOTAL RETURNS (%)
### Shows performance over time, for periods ended December 31, 2008

| | Past 1 Year | Past 5 Years | Past 10 Years |
|---|---|---|---|
| INSTITUTIONAL CLASS SHARES[1] | 2.36 | 3.29 | 3.41 |

1  The performance for the period before Institutional Class Shares were launched on 9/10/01 is based on the performance of Agency Shares of the Fund, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Agency Shares.

## Investor Expenses for Institutional Class Shares

The expenses of the Institutional Class Shares (including acquired fund fees and expenses) before and after reimbursement are shown below. The Total Annual Operating Expenses in the table below are based on the average net assets during the most recent fiscal year; this ratio will generally increase as Fund assets decline due to market movements, net redemptions, and other factors during the current fiscal year, but expenses will not increase beyond the level of any expense limitation in place for the Fund. The table below does not reflect charges or credits which you might incur if you invest through a Financial Intermediary.

## ANNUAL OPERATING EXPENSES (%)
### (Expenses that are deducted from Institutional Class assets)

| | |
|---|---|
| Management Fees | 0.08 |
| Shareholder Service Fees | 0.10 |
| Other Expenses[1] | 0.08 |
| Total Annual Operating Expenses | 0.26 |
| Fee Waiver and Expense Reimbursements[2] | (0.05) |
| Net Expenses[2] | 0.21 |

1  "Other Expenses" have been calculated based on the actual expenses incurred in the most recent fiscal period and exclude payments by the Fund to participate in the U.S. Department of the Treasury's Temporary Guarantee Program (the "Program") during the most recent fiscal period. "Other Expenses" of the Institutional Shares would have been 0.09% of the value of the Fund's average net assets, if expenses incurred by the Fund to participate in the Program during the most recent fiscal period had been included.

2  JPMIM, the Administrator and the Distributor have contractually agreed to waive fees and/or reimburse expenses to the extent that Total Annual Operating Expenses of the Institutional Class Shares (excluding acquired fund fees and expenses, dividend expenses related to short sales, interest, taxes and extraordinary expenses and expenses related to the Board of Trustees' deferred compensation plan) exceed 0.21% of the average daily net assets through 6/30/10. In addition, the Fund's service providers may voluntarily waive or reimburse certain of their fees, as they may determine, from time to time.

## Example

The example below is intended to help you compare the cost of investing in the Institutional Class Shares with the cost of investing in other mutual funds. The example assumes:

- $10,000 initial investment,
- 5% return each year, and
- net expenses through 6/30/10 and total annual operating expenses thereafter.

This example is for comparison only; the actual returns of the Institutional Class Shares and your actual costs may be higher or lower.

## YOUR COST ($)
### (with or without redemption)

| 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|
| 22 | 79 | 141 | 326 |

# JPMorgan 100% U.S. Treasury Securities Money Market Fund

## The Fund's Objective

The Fund aims to provide the highest possible level of current income while still maintaining liquidity and providing maximum safety of principal.

## The Fund's Main Investment Strategy

Under normal conditions, the Fund invests its assets exclusively in obligations of the U.S. Treasury, including Treasury bills, bonds and notes.

These investments carry different interest rates, maturities and issue dates. The interest on these securities is generally exempt from state and local income taxes. The Fund does not buy securities issued or guaranteed by agencies of the U.S. government.

The Fund is a money market fund managed to meet the requirements of Rule 2a-7 under the Investment Company Act of 1940. Within these requirements, the Fund is managed in the following manner:

- The Fund seeks to maintain a net asset value of $1.00 per share.
- The dollar-weighted average maturity of the Fund will generally be 60 days or less. For a discussion of dollar-weighted average maturity, please see page 45.
- The Fund will only buy securities that have remaining maturities of 397 days or less as determined under Rule 2a-7.
- The Fund will only buy securities that present minimal credit risk.

The Fund's adviser, JPMIM, seeks to develop an appropriate portfolio by considering the differences in yields among securities of different maturities and issue dates.

As a temporary defensive measure, the Fund may also invest up to 20% of its total assets in (1) securities guaranteed by the FDIC under its Temporary Liquidity Guarantee Program (TLGP) (described below), (2) repurchase agreements that are secured with collateral guaranteed by the FDIC under the TLGP, (3) repurchase agreements that are secured by U.S. Treasury securities, (4) debt securities issued or guaranteed by the U.S. government or its agencies or instrumentalities, and (5) repurchase agreements that are secured with collateral issued or guaranteed by the U.S. government or its agencies or instrumentalities. Under the TLGP, announced on October 14, 2008, the FDIC guarantees, with the full faith and credit of the U.S. government, the payment of principal and interest on certain debt issued by private entities through the earlier of the maturity date of the debt or June 30, 2012. The interest on securities guaranteed by the FDIC under the TLGP may be subject to state and local income taxes.

The Fund's Board of Trustees may change any of these investment policies (including its investment objective) without shareholder approval.

The Fund is diversified as defined in the Investment Company Act of 1940.

**BEFORE YOU INVEST**

**Investors considering the Fund should understand that:**

- There is no assurance that the Fund will meet its investment objective.
- The Fund does not represent a complete investment program.

Investments in the Fund are not deposits or obligations of, or guaranteed or endorsed by, any bank and are not insured or guaranteed by the FDIC, the Federal Reserve Board or any other government agency. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund.

## The Fund's Main Investment Risks

All mutual funds carry a certain amount of risk. You may lose money on your investment in the Fund. Here are some specific risks of investing in the Fund. The Fund may not achieve its objective if JPMIM's expectations regarding particular securities or interest rates are not met.

*Interest Rate Risk.* Although the Fund is generally less sensitive to interest rate changes than are funds that invest in longer-term securities, changes in short-term interest rates will cause changes to the Fund's yield. In addition, a low-interest rate environment may prevent the Fund from providing a positive yield, paying expenses out of Fund assets or maintaining a stable net asset value of $1.00 per share.

*Redemption Risk.* The Fund could experience a loss and the Fund's net asset value may be affected when selling securities to meet redemption requests if the redemption requests are large or frequent, occur in times of overall market turmoil or declining prices for the securities sold, or when the securities the Fund wishes to or is required to sell are illiquid. The Fund may be forced to sell its holdings when shareholders of the Fund make relatively large redemption requests. Furthermore, when markets are illiquid, the Fund may be unable to sell illiquid securities at its desired time or price. Illiquidity can be caused by a drop in overall market trading volume, an inability to find a ready buyer, or legal restrictions on the securities' resale. Certain securities that were liquid when purchased may later become illiquid, particularly in times of overall economic distress.

*Net Asset Value Risk.* There is no assurance that the Fund will meet its investment objective of maintaining a net asset value

# JPMorgan 100% U.S. Treasury Securities Money Market Fund (continued)

of $1.00 per share on a continuous basis. Furthermore, there can be no assurance that the Fund's affiliates will purchase distressed assets from the Fund, make capital infusions, enter into capital support agreements or take other actions to ensure that the Fund maintains a net asset value of $1.00 per share. In the event any money market fund fails to maintain a stable net asset value, other money market funds, including the Fund, could face a universal risk of increased redemption pressures, potentially jeopardizing the stability of their net asset values. In general, certain other money market funds have in the past failed to maintain stable net asset values and there can be no assurance that such failures and resulting redemption pressures will not occur in the future.

*Risk Associated with the Fund Holding Cash.* Although the Fund seeks to be fully invested, it may at times hold some of its assets in cash, which may hurt the Fund's performance.

*Temporary Defensive Position Risk.* If the Fund departs from its investment policies during temporary defensive periods or to meet redemptions, it may not achieve its investment objective.

Investments in the securities enumerated as investments permissible as a temporary defensive measure above pose additional risks. Investments in securities issued or guaranteed by the U.S. government or its agencies and instrumentalities may include Ginnie Mae, Fannie Mae, or Freddie Mac securities. Securities issued or guaranteed by Ginnie Mae, Fannie Mae or Freddie Mac are not issued directly by the U.S. government. Ginnie Mae is a wholly-owned U.S. corporation that is authorized to guarantee, with the full faith and credit of the U.S. government, the timely payment of principal and interest of its securities. By contrast, securities issued or guaranteed by U.S. government-related organizations such as Fannie Mae and Freddie Mac are not backed by the full faith and credit of the U.S. government. No assurance can be given that the U.S. government would provide financial support to its agencies and instrumentalities if not required to do so by law.

Investments in securities issued by the U.S. government or its agencies and instrumentalities or guaranteed by the FDIC's

TLGP may also be subject to prepayment and call risk. The issuers of mortgage-backed and asset-backed securities and other callable securities may be able to repay principal in advance, especially when interest rates fall. Changes in prepayment rates can affect the return on investment and yield of these securities. When mortgages and other obligations are prepaid and when securities are called, the Funds may have to reinvest in securities with a lower yield. Additionally, for securities issued by agencies and instrumentalities that are not backed by the full faith and credit of the U.S. government, the Funds may fail to recover additional amounts (i.e., premiums) paid for securities with higher interest rates, resulting in an unexpected capital loss. Mortgage-related and asset-backed securities are subject to certain other risks. The value of these securities will be influenced by the factors affecting the housing market and the assets underlying such securities. As a result, during periods of declining asset value, difficult or frozen credit markets, swings in interest rates, or deteriorating economic conditions, mortgage-related and asset-backed securities may decline in value, face valuation difficulties, become more volatile and/or become illiquid. Furthermore, some asset-backed securities may have additional risk because they may receive little or no collateral protection from the underlying assets, and are also subject to the risk of default. The risk of such defaults is generally higher in the case of mortgage-backed investments that include so-called "sub-prime" mortgages.

There is a risk that the counterparty to a repurchase agreement will default or otherwise become unable to honor a financial obligation and the value of your investment could decline as a result.

The addition of securities guaranteed by the FDIC's TLGP and repurchase agreements will cause additional state tax consequences to shareholders of the Fund. Consult your tax professional for more information.

## The Fund's Past Performance

This section shows the Fund's performance record with respect to the Fund's shares. The bar chart shows how the performance of the Fund's Institutional Class Shares has varied from year to year over the past ten calendar years. This provides some indication of the risks of investing in the Fund. The table shows the average annual total returns for the past one year, five years and ten years.

To obtain current yield information call 1-800-766-7722. Past performance is not necessarily an indication of how any class of the Fund will perform in the future.

The calculations assume that all dividends and distributions are reinvested in the Fund. Some of the companies that provide services to the Fund have in the past agreed not to collect some expenses and to reimburse others. Without these agreements, the performance figures would have been lower than those shown.



**YEAR-BY-YEAR RETURNS[1,2]**

| Year | Return |
|------|--------|
| 1999 | 4.62% |
| 2000 | 5.85% |
| 2001 | 3.82% |
| 2002 | 1.57% |
| 2003 | 0.93% |
| 2004 | 1.08% |
| 2005 | 2.79% |
| 2006 | 4.64% |
| 2007 | 4.51% |
| 2008 | 1.57% |

**Best Quarter**    4th quarter, 2000    **1.54%**          **Worst Quarter**    4th quarter, 2008    **0.16%**

1   The Fund's fiscal year end is the last day of February.

2   Historical performance shown for the Institutional Class Shares prior to 1/1/02 is based on the performance of the Fund's Agency Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Agency Shares.

The Fund's year-to-date total return as of 3/31/09 was 0.01%.

# JPMorgan 100% U.S. Treasury Securities Money Market Fund (continued)

| AVERAGE ANNUAL TOTAL RETURNS (%) Shows performance over time, for periods ended December 31, 2008 | | | |
|---|---|---|---|
| | Past 1 Year | Past 5 Years | Past 10 Years |
| INSTITUTIONAL CLASS SHARES[1] | 1.57 | 2.91 | 3.13 |

1  The performance for the period before Institutional Class Shares were launched on 9/10/01 is based on the performance of Agency Shares of the Fund, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Agency Shares.

## Investor Expenses for Institutional Class Shares

The expenses of the Institutional Class Shares (including acquired fund fees and expenses) before and after reimbursement are shown below. The Total Annual Operating Expenses in the table below are based on the average net assets during the most recent fiscal year; this ratio will generally increase as Fund assets decline due to market movements, net redemptions, and other factors during the current fiscal year, but expenses will not increase beyond the level of any expense limitation in place for the Fund. The table below does not reflect charges or credits which you might incur if you invest through a Financial Intermediary.

| ANNUAL OPERATING EXPENSES (%) (Expenses that are deducted from Institutional Class assets) | |
|---|---|
| Management Fees | 0.08 |
| Shareholder Service Fees | 0.10 |
| Other Expenses[1] | 0.08 |
| Total Annual Operating Expenses | 0.26 |
| Fee Waivers and Expense Reimbursements[2] | (0.05) |
| Net Expenses[2] | 0.21 |

1  "Other Expenses" have been calculated based on the actual other expenses incurred in the most recent fiscal period.

2  JPMIM, the Administrator and the Distributor have contractually agreed to waive fees and/or reimburse expenses to the extent that Total Annual Operating Expenses of the Institutional Class Shares (excluding acquired fund fees and expenses, dividend expenses related to short sales, interest, taxes and extraordinary expenses and expenses related to the Board of Trustees' deferred compensation plan) exceed 0.21% of the average daily net assets through 6/30/10. In addition, the Fund's service providers may voluntarily waive or reimburse certain of their fees, as they may determine, from time to time.

## Example

The example below is intended to help you compare the cost of investing in the Institutional Class Shares with the cost of investing in other mutual funds. The example assumes:

- $10,000 initial investment,
- 5% return each year, and
- net expenses through 6/30/10 and total annual operating expenses thereafter.

This example is for comparison only; the actual returns of the Institutional Class Shares and your actual costs may be higher or lower.

| YOUR COST ($) (with or without redemption) | | | |
|---|---|---|---|
| 1 Year | 3 Years | 5 Years | 10 Years |
| 22 | 79 | 141 | 326 |

# JPMorgan Tax Free Money Market Fund

## The Fund's Objective

The Fund aims to provide the highest possible level of current income which is excluded from gross income, while still preserving capital and maintaining liquidity.

## The Fund's Main Investment Strategy

Under normal conditions, the Fund will try to invest its assets exclusively in municipal obligations, the interest on which is excluded from federal income taxes. As a fundamental policy, the Fund will invest at least 80% of the value of its Assets in municipal obligations. For purposes of this policy, "Assets" means net assets, plus the amount of borrowings for investment purposes.

Municipal obligations are securities that:

- are issued by or on behalf of states, territories and possessions of the United States, including the District of Columbia, and their respective authorities, agencies and other groups with authority to act for the municipalities; and

- are short-term money market instruments such as private activity and industrial development bonds, tax anticipation notes, municipal lease obligations and participations in pools of municipal obligations.

The Fund will only purchase municipal obligations if the issuer receives assurances from legal counsel that the interest payable on the securities is exempt from federal income tax.

The remaining 20% of the Fund's total assets may be invested in securities subject to federal income tax or the federal alternative minimum tax. The Fund may exceed this 20% limit for temporary defensive purposes.

The Fund is a money market fund managed to meet the requirements of Rule 2a-7 under the Investment Company Act of 1940. Within these requirements, the Fund is managed in the following manner:

- The Fund seeks to maintain a net asset value of $1.00 per share.

- The dollar-weighted average maturity of the Fund will generally be 60 days or less. For a discussion of dollar-weighted average maturity, please see page 45.

- The Fund will only buy securities that have remaining maturities of 397 days or less as determined under Rule 2a-7.

- The Fund invests only in U.S. dollar-denominated securities.

- The Fund will only buy securities that present minimal credit risk. These securities will:
  - have the highest possible short-term rating from at least two nationally recognized statistical rating organizations, or one such rating if only one organization rates that security;

  - have an additional third-party guarantee in order to meet the rating requirements; or

  - be considered of comparable quality by JPMIM, the Fund's adviser, if the security is not rated.

The Fund may invest significantly in securities with floating or variable rates of interest. Their yields will vary as interest rates change.

The Fund's adviser, JPMIM, seeks to develop an appropriate portfolio by considering the differences in yields among securities of different maturities, market sectors and issuers.

The Fund's Board of Trustees may change any of these investment policies (including its investment objective and such policies that are designated as fundamental) without shareholder approval.

The Fund is diversified as defined in the Investment Company Act of 1940.

The Fund's Board of Trustees has approved the continued participation through September 18, 2009, by the Fund in the U.S. Department of the Treasury's Temporary Guarantee Program for Money Market Funds (the "Program"). Subject to certain conditions and limitations, in the event that the per share value of the Fund falls below $0.995 and the Fund liquidates its holdings, the Program will provide coverage to shareholders who held shares in the Fund on September 19, 2008 for up to $1.00 per share for the lesser of either the number of shares the investor held in the Fund at the close of business on September 19, 2008 or the number of shares the investor held the date the per share value fell below $0.995. Any increase in the number of shares an investor holds after the close of business on September 19, 2008 will not be covered by the Program. In addition, if an investor closes his or her account with the Fund or broker-dealer, any future investment in the Fund will not be guaranteed. Shares acquired by investors after September 19, 2008 generally are not eligible for protection under the Program.

The Program is funded from assets in the Exchange Stabilization Fund (the "ESF"). Payments to investors under the Program will depend on the availability of assets in the ESF. The U.S. Department of the Treasury and the Secretary of the Treasury have the authority to use assets from the ESF for purposes other than those of the Program. The U.S. Department of the Treasury does not currently have the authority to extend Program beyond September 18, 2009.

For the continued participation in the Program from May 1, 2009 through September 18, 2009 ("Extension Period"), a non-refundable payment to the U.S. Department of the Treasury is required in the amount of 0.015% multiplied by the number of outstanding shares of the Fund as of September 19, 2008. This expense, which will be amortized over the Extension Period, will be borne by the Fund without regard to any contractual

# JPMorgan Tax Free Money Market Fund (continued)

expense limitations currently in effect for the Fund. All share-holders of the Fund will bear this cost without regard to the extent of their coverage under the Program.

## BEFORE YOU INVEST

**Investors considering the Fund should understand that:**

- There is no assurance that the Fund will meet its invest-ment objective.
- The Fund does not represent a complete investment program.

Investments in the Fund are not deposits or obligations of, or guaranteed or endorsed by, any bank and are not insured or guaranteed by the FDIC, the Federal Reserve Board or any other government agency. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund.

## The Fund's Main Investment Risks

All mutual funds carry a certain amount of risk. You may lose money on your investment in the Fund. Here are some specific risks of investing in the Fund. The Fund may not achieve its objective if JPMIM's expectations regarding particular securities or interest rates are not met.

*Interest Rate Risk.* Although the Fund is generally less sensitive to interest rate changes than are funds that invest in longer-term securities, changes in short-term interest rates will cause changes to the Fund's yield. In addition, a low-interest rate environment may prevent the Fund from providing a positive yield, paying expenses out of Fund assets or maintaining a stable net asset value of $1.00 per share.

*Credit Risk.* There is a risk that the issuer of a security, or the counterparty to a contract, repurchase agreement or other investment, will default or otherwise become unable to honor a financial obligation. The price and liquidity of a security can also be adversely affected if either its credit status or the mar-ket environment generally deteriorates and the probability of default rises. The value of your investment could decline as a result of these events.

*Municipal Obligations Risk.* Municipal obligations are subject to the following risks:

- Changes in a municipality's financial health may make it diffi-cult for the municipality to make interest and principal pay-ments when due. A number of municipalities have had significant financial problems recently. This could decrease

the Fund's income or hurt the ability to preserve capital and liquidity.

- Under some circumstances, municipal obligations might not pay interest unless the state legislature or municipality authorizes money for that purpose. Some securities, includ-ing municipal lease obligations, carry additional risks. For example, they may be difficult to trade or interest payments may be tied only to a specific stream of revenue.

- Since some municipal obligations may be secured or guaran-teed by banks or other financial institutions, the risk to the Fund could increase if the credit quality of the financial insti-tution providing the backing declines or the banking or finan-cial sector suffers an economic downturn. In addition, to the extent that the financial institutions securing the municipal obligations are located outside the U.S., these securities could be riskier than those backed by U.S. institutions because of possible political, social or economic instability, higher trans-action costs, currency fluctuations, and possible delayed settlement.

- There may be times that, in the opinion of the adviser, munici-pal money market securities of sufficient quality are not avail-able for the Fund to be able to invest in accordance with its normal investment policies. During such times, or in response to other unusual market conditions, the adviser may invest any portion of the Fund's assets in securities subject to federal income tax, or may hold any portion of the Fund's assets in cash.

*Tax Risk.* The Fund may invest in securities whose interest is subject to federal income tax or the federal alternative mini-mum tax. Consult your tax professional for more information.

*Redemption Risk.* The Fund could experience a loss and the Fund's net asset value may be affected when selling securities to meet redemption requests if the redemption requests are large or frequent, occur in times of overall market turmoil or declining prices for the securities sold, or when the securities the Fund wishes to or is required to sell are illiquid. The Fund may be forced to sell its holdings when shareholders of the Fund make relatively large redemption requests. Furthermore, when markets are illiquid, the Fund may be unable to sell illiq-uid securities at its desired time or price. Illiquidity can be caused by a drop in overall market trading volume, an inability to find a ready buyer, or legal restrictions on the securities' resale. Certain securities that were liquid when purchased may later become illiquid, particularly in times of overall economic distress.

*Net Asset Value Risk.* There is no assurance that the Fund will meet its investment objective of maintaining a net asset value of $1.00 per share on a continuous basis. Furthermore, there can be no assurance that the Fund's affiliates will purchase distressed assets from the Fund, make capital infusions, enter

into capital support agreements or take other actions to ensure that the Fund maintains a net asset value of $1.00 per share. In the event any money market fund fails to maintain a stable net asset value, other money market funds, including the Fund, could face a universal risk of increased redemption pressures, potentially jeopardizing the stability of their net asset values. In general, certain other money market funds have in the past failed to maintain stable net asset values and there can be no assurance that such failures and resulting redemption pressures will not occur in the future.

*Risk Associated with the Fund Holding Cash.*  Although the Fund seeks to be fully invested, it may at times hold some of its assets in cash, which may hurt the Fund's performance.

*Temporary Defensive Position Risk.*  If the Fund departs from its investment policies during temporary defensive periods or to meet redemptions, it may not achieve its investment objective and may produce taxable income.

# JPMorgan Tax Free Money Market Fund (continued)

### The Fund's Past Performance

This section shows the Fund's performance record with respect to the Fund's shares. The bar chart shows how the performance of the Fund's Institutional Class Shares has varied from year to year over the past ten calendar years. This provides some indication of the risks of investing in the Fund. The table shows the average annual total returns for the past one year, five years and ten years.

To obtain current yield information call 1-800-766-7722. Past performance is not necessarily an indication of how any class of the Fund will perform in the future.

The calculations assume that all dividends and distributions are reinvested in the Fund. Some of the companies that provide services to the Fund have in the past agreed not to collect some expenses and to reimburse others. Without these agreements, the performance figures would have been lower than those shown.



**YEAR-BY-YEAR RETURNS[1,2]**

| Year | Return |
|------|--------|
| 1999 | 3.11% |
| 2000 | 3.99% |
| 2001 | 2.71% |
| 2002 | 1.38% |
| 2003 | 0.92% |
| 2004 | 1.05% |
| 2005 | 2.24% |
| 2006 | 3.28% |
| 2007 | 3.51% |
| 2008 | 2.01% |

**Best Quarter**  4th quarter, 2000  **1.04%**          **Worst Quarter**  3rd quarter, 2003  **0.19%**

1  The Fund's fiscal year end is the last day of February.

2  Historical performance shown for the Institutional Class Shares prior to 1/1/02 is based on the performance of the Fund's Agency Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Agency Shares.

The Fund's year-to-date total return as of 3/31/09 was 0.15%.

## AVERAGE ANNUAL TOTAL RETURNS (%)
### Shows performance over time, for periods ended December 31, 2008

|  | Past 1 Year | Past 5 Years | Past 10 Years |
|---|---|---|---|
| INSTITUTIONAL CLASS SHARES[1] | 2.01 | 2.42 | 2.42 |

1    The performance for the period before Institutional Class Shares were launched on 9/10/01 is based on the performance of Agency Shares of the Fund, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Agency Shares.

### Investor Expenses for Institutional Class Shares

The expenses of the Institutional Class Shares (including acquired fund fees and expenses) before and after reimbursement are shown below. The Total Annual Operating Expenses in the table below are based on the average net assets during the most recent fiscal year; this ratio will generally increase as Fund assets decline due to market movements, net redemptions, and other factors during the current fiscal year, but expenses will not increase beyond the level of any expense limitation in place for the Fund. The table below does not reflect charges or credits which you might incur if you invest through a Financial Intermediary.

## ANNUAL OPERATING EXPENSES (%)
### (Expenses that are deducted from Institutional Class assets)

| | |
|---|---|
| Management Fees | 0.08 |
| Shareholder Service Fees | 0.10 |
| Other Expenses[1] | 0.07 |
| Total Annual Operating Expenses | 0.25 |
| Fee Waivers and Expense Reimbursements[2] | (0.04) |
| Net Expenses[2] | 0.21 |

1    "Other Expenses" have been calculated based on the actual expenses incurred in the most recent fiscal period and exclude payments by the Fund to participate in the U.S. Department of the Treasury's Temporary Guarantee Program (the "Program") during the most recent fiscal period. "Other Expenses" of the Institutional Shares would have been 0.09% of the value of the Fund's average net assets, if expenses incurred by the Fund to participate in the Program during the most recent fiscal period had been included.

2    JPMIM, the Administrator and the Distributor have contractually agreed to waive fees and/or reimburse expenses to the extent that Total Annual Operating Expenses of the Institutional Class Shares (excluding acquired fund fees and expenses, dividend expenses related to short sales, interest, taxes and extraordinary expenses and expenses related to the Board of Trustees' deferred compensation plan) exceed 0.21% of the average daily net assets through 6/30/10. In addition, the Fund's service providers may voluntarily waive or reimburse certain of their fees, as they may determine, from time to time.

### Example

The example below is intended to help you compare the cost of investing in the Institutional Class Shares with the cost of investing in other mutual funds. The example assumes:

- $10,000 initial investment,
- 5% return each year, and
- net expenses through 6/30/10 and total annual operating expenses thereafter.

This example is for comparison only; the actual returns of the Institutional Class Shares and your actual costs may be higher or lower.

## YOUR COST ($)
### (with or without redemption)

| 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|
| 22 | 76 | 137 | 314 |

# JPMorgan Municipal Money Market Fund

## The Fund's Objective

The Fund seeks as high a level of current interest income exempt from federal income tax as is consistent with liquidity and stability of principal.

## The Fund's Main Investment Strategy

Under normal conditions, the Fund invests primarily in municipal obligations, the interest on which is excluded from federal income taxes. As a fundamental policy, the Fund will invest at least 80% of its net assets in such municipal securities. For purposes of this policy, the Fund's net assets include borrowings by the Fund for investment purposes.

Municipal obligations are securities that:

- are issued by or on behalf of states, territories and possessions of the United States, including the District of Columbia, and their respective authorities, agencies and other groups with authority to act for the municipalities; and
- are short-term money market instruments such as private activity and industrial development bonds, tax anticipation notes, municipal lease obligations and participations in pools of municipal obligations.

The Fund will only purchase municipal obligations if the issuer receives assurances from legal counsel that the interest payable on the securities is exempt from federal income tax.

The Fund may invest up to all of its assets in municipal obligations that produce income subject to the federal alternative minimum tax.

Up to 20% of the Fund's remaining net assets may be invested in securities subject to federal income tax, such as taxable money market instruments or repurchase agreements. The Fund may exceed this 20% limit for temporary defensive purposes.

The Fund is a money market fund managed to meet the requirements of Rule 2a-7 under the Investment Company Act of 1940. Within these requirements, the Fund is managed in the following manner:

- The Fund seeks to maintain a net asset value of $1.00 per share.
- The dollar-weighted average maturity of the Fund will generally be 75 days or less. For a discussion of dollar-weighted average maturity, please see page 45.
- The Fund will only buy securities that have remaining maturities of 397 days or less as determined under Rule 2a-7.
- The Fund invests only in U.S. dollar-denominated securities.
- The Fund will only buy securities that present minimal credit risk. These securities will:

- have the highest possible short-term rating from at least two nationally recognized statistical rating organizations, or one such rating if only one organization rates that security;
- have an additional third-party guarantee in order to meet the rating requirements; or
- be considered of comparable quality by JPMIA, the Fund's adviser, if the security is not rated.

The Fund may invest significantly in securities with floating or variable rates of interest. Their yields will vary as interest rates change.

The Fund's adviser, JPMIA, seeks to develop an appropriate portfolio by considering the differences in yields among securities of different maturities, market sectors and issuers.

The Fund's Board of Trustees may change any of these investment policies (except its investment objective and such policies that are designated as fundamental) without shareholder approval.

The Fund is diversified as defined in the Investment Company Act of 1940.

The Fund's Board of Trustees has approved the continued participation through September 18, 2009, by the Fund in the U.S. Department of the Treasury's Temporary Guarantee Program for Money Market Funds (the "Program"). Subject to certain conditions and limitations, in the event that the per share value of the Fund falls below $0.995 and the Fund liquidates its holdings, the Program will provide coverage to shareholders who held shares in the Fund on September 19, 2008 for up to $1.00 per share for the lesser of either the number of shares the investor held in the Fund at the close of business on September 19, 2008 or the number of shares the investor held the date the per share value fell below $0.995. Any increase in the number of shares an investor holds after the close of business on September 19, 2008 will not be covered by the Program. In addition, if an investor closes his or her account with the Fund or broker-dealer, any future investment in the Fund will not be guaranteed. Shares acquired by investors after September 19, 2008 generally are not eligible for protection under the Program.

The Program is funded from assets in the Exchange Stabilization Fund (the "ESF"). Payments to investors under the Program will depend on the availability of assets in the ESF. The U.S. Department of the Treasury and the Secretary of the Treasury have the authority to use assets from the ESF for purposes other than those of the Program. The U.S. Department of the Treasury does not currently have the authority to extend the Program beyond September 18, 2009.

For the continued participation in the Program from May 1, 2009 through September 18, 2009 ("Extension Period"), a non-refundable payment to the U.S. Department of the Treasury is

required in the amount of 0.015% multiplied by the number of outstanding shares of the Fund as of September 19, 2008. This expense, which will be amortized over the Extension Period, will be borne by the Fund without regard to any contractual expense limitations currently in effect for the Fund. All share-holders of the Fund will bear this cost without regard to the extent of their coverage under the Program.

---

**BEFORE YOU INVEST**

**Investors considering the Fund should understand that:**

- There is no assurance that the Fund will meet its invest-ment objective.
- The Fund does not represent a complete investment program.

Investments in the Fund are not deposits or obligations of, or guaranteed or endorsed by, any bank and are not insured or guaranteed by the FDIC, the Federal Reserve Board or any other government agency. Although the Fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the Fund.

---

## The Fund's Main Investment Risks

All mutual funds carry a certain amount of risk. You may lose money on your investment in the Fund. Here are some specific risks of investing in the Fund. The Fund may not achieve its objective if JPMIA's expectations regarding particular securities or interest rates are not met.

*Interest Rate Risk.* Although the Fund is generally less sensitive to interest rate changes than are funds that invest in longer-term securities, changes in short-term interest rates will cause changes to the Fund's yield. In addition, a low-interest rate environment may prevent the Fund from providing a positive yield, paying expenses out of Fund assets or maintaining a stable net asset value of $1.00 per share.

*Credit Risk.* There is a risk that the issuer of a security, or the counterparty to a contract, repurchase agreement or other investment, will default or otherwise become unable to honor a financial obligation. The price and liquidity of a security can also be adversely affected if either its credit status or the mar-ket environment generally deteriorates and the probability of default rises. The value of your investment could decline as a result of these events.

*Municipal Obligations Risk.* Municipal obligations are subject to the following risks:

- Changes in a municipality's financial health may make it difficult for the municipality to make interest and principal

payments when due. A number of municipalities have had significant financial problems recently. This could decrease the Fund's income or hurt the ability to preserve capital and liquidity.

- Under some circumstances, municipal obligations might not pay interest unless the state legislature or municipality authorizes money for that purpose. Some securities, includ-ing municipal lease obligations, carry additional risks. For example, they may be difficult to trade or interest payments may be tied only to a specific stream of revenue.

- Since some municipal obligations may be secured or guaran-teed by banks or other financial institutions, the risk to the Fund could increase if the credit quality of the financial insti-tution providing the backing declines or the banking or finan-cial sector suffers an economic downturn. In addition, to the extent that the financial institutions securing the municipal obligations are located outside the U.S., these securities could be riskier than those backed by U.S. institutions because of possible political, social or economic instability, higher transaction costs, currency fluctuations, and possible delayed settlement.

- There may be times that, in the opinion of the adviser, munici-pal money market securities of sufficient quality are not avail-able for the Fund to be able to invest in accordance with its normal investment policies. During such times, or in response to other unusual market conditions, the adviser may invest any portion of the Fund's assets in securities subject to federal income tax, or may hold any portion of the Fund's assets in cash.

*Tax Risk.* The Fund may invest in securities whose interest is subject to federal income tax or the federal alternative mini-mum tax. Consult your tax professional for more information.

*Redemption Risk.* The Fund could experience a loss and the Fund's net asset value may be affected when selling securities to meet redemption requests if the redemption requests are large or frequent, occur in times of overall market turmoil or declining prices for the securities sold, or when the securities the Fund wishes to or is required to sell are illiquid. The Fund may be forced to sell its holdings when shareholders of the Fund make relatively large redemption requests. Furthermore, when markets are illiquid, the Fund may be unable to sell illiq-uid securities at its desired time or price. Illiquidity can be caused by a drop in overall market trading volume, an inability to find a ready buyer, or legal restrictions on the securities' resale. Certain securities that were liquid when purchased may later become illiquid, particularly in times of overall economic distress.

*Net Asset Value Risk.* There is no assurance that the Fund will meet its investment objective of maintaining a net asset value of $1.00 per share on a continuous basis. Furthermore, there can be no assurance that the Fund's affiliates will purchase

# JPMorgan Municipal Money Market Fund (continued)

distressed assets from the Fund, make capital infusions, enter into capital support agreements or take other actions to ensure that the Fund maintains a net asset value of $1.00 per share. In the event any money market fund fails to maintain a stable net asset value, other money market funds, including the Fund, could face a universal risk of increased redemption pressures, potentially jeopardizing the stability of their net asset values. In general, certain other money market funds have in the past failed to maintain stable net asset values and there can be no assurance that such failures and resulting redemption pressures will not occur in the future.

*Risk Associated with the Fund Holding Cash.* Although the Fund seeks to be fully invested, it may at times hold some of its assets in cash, which may hurt the Fund's performance.

*Temporary Defensive Position Risk.* If the Fund departs from its investment policies during temporary defensive periods or to meet redemptions, it may not achieve its investment objective and may produce taxable income.

## The Fund's Past Performance

This section shows the Fund's performance record with respect to the Fund's shares. The bar chart shows how the performance of the Fund's Institutional Class Shares has varied from year to year over the past ten calendar years. This provides some indication of the risks of investing in the Fund. The table shows the average annual total returns for the past one year, five years and ten years.

To obtain current yield information call 1-800-766-7722. Past performance is not necessarily an indication of how any class of the Fund will perform in the future.

The calculations assume that all dividends and distributions are reinvested in the Fund. Some of the companies that provide services to the Fund have in the past agreed not to collect some expenses and to reimburse others. Without these agreements, the performance figures would have been lower than those shown.



**YEAR-BY-YEAR RETURNS[1,2]**

| Best Quarter | 4th quarter, 2000 | **0.99%** | | Worst Quarter | 3rd quarter, 2003 | **0.13%** |

1  The Fund's fiscal year end is the last day of February.

2  Historical performance shown for the Institutional Class Shares prior to 1/1/06 is based on the performance of the Fund's Premier Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Premier Shares.

The Fund's year-to-date total return as of 3/31/09 was 0.18%.

# JPMorgan Municipal Money Market Fund (continued)

## AVERAGE ANNUAL TOTAL RETURNS (%)
### Shows performance over time, for periods ended December 31, 2008

| | Past 1 Year | Past 5 Years | Past 10 Years |
|---|---|---|---|
| INSTITUTIONAL CLASS SHARES[1] | 2.15 | 2.42 | 2.30 |

1   The performance in the table for the period before Institutional Class Shares were launched on 2/19/05 is based on the Fund's Premier Shares, which invest in the same portfolio of securities, but whose shares are not offered in this prospectus. The actual returns of Institutional Class Shares would have been different than those shown because Institutional Class Shares have different expenses than Premier Shares.

## Investor Expenses for Institutional Class Shares

The expenses of the Institutional Class Shares (including acquired fund fees and expenses) before and after reimbursement are shown below. The Total Annual Operating Expenses in the table below are based on the average net assets during the most recent fiscal year; this ratio will generally increase as Fund assets decline due to market movements, net redemptions, and other factors during the current fiscal year, but expenses will not increase beyond the level of any expense limitation in place for the Fund. The table below does not reflect charges or credits which you might incur if you invest through a Financial Intermediary.

## ANNUAL OPERATING EXPENSES (%)
### (Expenses that are deducted from Institutional Class assets)

| | |
|---|---|
| Management Fees | 0.08 |
| Shareholder Service Fees | 0.10 |
| Other Expenses[1] | 0.09 |
| Total Annual Operating Expenses | 0.27 |
| Fee Waivers and Expense Reimbursements[2] | (0.06) |
| Net Expenses[2] | 0.21 |

1   "Other Expenses" have been calculated based on the actual expenses incurred in the most recent fiscal period and exclude payments by the Fund to participate in the U.S. Department of the Treasury's Temporary Guarantee Program (the "Program") during the most recent fiscal period. "Other Expenses" of the Institutional Shares would have been 0.11% of the value of the Fund's average net assets, if expenses incurred by the Fund to participate in the Program during the most recent fiscal period had been included.
2   JPMIA, the Administrator and the Distributor have contractually agreed to waive fees and/or reimburse expenses to the extent that Total Annual Operating Expenses of the Institutional Class Shares (excluding acquired fund fees and expenses, dividend expenses related to short sales, interest, taxes and extraordinary expenses and expenses related to the Board of Trustees' deferred compensation plan) exceed 0.21% of the average daily net assets through 6/30/10. In addition, the Fund's service providers may voluntarily waive or reimburse certain of their fees, as they may determine, from time to time.

## Example

The example below is intended to help you compare the cost of investing in the Institutional Class Shares with the cost of investing in other mutual funds. The example assumes:

- $10,000 initial investment,
- 5% return each year, and
- net expenses through 6/30/10 and total annual operating expenses thereafter.

This example is for comparison only; the actual return of the Institutional Class Shares and your actual costs may be higher or lower.

## YOUR COST ($)
### (with or without redemption)

| 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|
| 22 | 81 | 146 | 337 |

# The Funds' Management and Administration

The following Funds are series of JPMorgan Trust I (JPMT I), a Delaware statutory trust:

- Prime Money Market Fund
- Federal Money Market Fund
- 100% U.S. Treasury Securities Money Market Fund
- Tax Free Money Market Fund

Collectively, these are the JPMT I Funds.

The following Funds are series of JPMorgan Trust II (JPMT II), a Delaware statutory trust:

- Liquid Assets Money Market Fund
- U.S. Government Money Market Fund
- U.S. Treasury Plus Money Market Fund
- Municipal Money Market Fund

Collectively, these are the JPMT II Funds.

Each Trust is governed by Trustees who are responsible for overseeing all business activities of the Funds. In addition to the Funds, each Trust consists of other series representing separate investment funds (each, a "J.P. Morgan Fund").

Each of the Funds operates in a multiple class structure. A multiple class fund is an open-end investment company that issues two or more classes of shares representing interests in the same investment portfolio.

Each class in a multiple class fund can set its own transaction minimums and may vary with respect to expenses for distribution, administration and shareholder services. This means that one class could offer access to a Fund on different terms than another class. Certain classes may be more appropriate for a particular investor.

Each Fund may also issue other classes of shares that have different expense levels and performance and different requirements for who may invest. Call 1-800-766-7722 to obtain more information concerning all of the Funds' other share classes. A Financial Intermediary (as described below) who receives compensation for selling Fund shares may receive a different amount of compensation for sales of different classes of shares.

## The Funds' Investment Advisers

J.P. Morgan Investment Management Inc. (JPMIM) and JPMorgan Investment Advisors Inc. (JPMIA) each acts as investment adviser to several of the Funds and each makes day-to-day investment decisions for the Funds which it advises. JPMIM is the investment adviser to the JPMT I Funds, and JPMIA is the investment adviser to the JPMT II Funds.

JPMIM is a wholly-owned subsidiary of J.P. Morgan Asset Management Holdings Inc., which is a wholly-owned subsidiary of

JPMorgan Chase & Co. (JPMorgan Chase), a bank holding company. JPMIM is located at 245 Park Avenue, New York, NY 10167. JPMIA is an indirect, wholly-owned subsidiary of JPMorgan Chase. JPMIA is located at 1111 Polaris Parkway, Columbus, OH 43240.

During the most recent fiscal period ended 2/28/09, JPMIM or JPMIA were paid management fees (net of waivers, if any), as shown below, as a percentage of average daily net assets:

| | |
|---|---|
| Prime Money Market Fund | 0.08% |
| Liquid Assets Money Market Fund | 0.08 |
| U.S. Government Money Market Fund | 0.08 |
| U.S. Treasury Plus Money Market Fund | 0.08 |
| Federal Money Market Fund | 0.08 |
| 100% U.S. Treasury Securities Money Market Fund | 0.08 |
| Tax Free Money Market Fund | 0.08 |
| Municipal Money Market Fund | 0.08 |

A discussion of the basis the Boards of Trustees of JPMT I and JPMT II used in reapproving the investment advisory agreement for the Funds is available in the shareholder reports for the most recent period ended August 31.

## The Funds' Administrator

JPMorgan Funds Management, Inc. (the Administrator) provides administrative services and oversees each Fund's other service providers. The Administrator receives a pro-rata portion of the following annual fee on behalf of each Fund for administrative services: 0.10% of the first $100 billion of average daily net assets of all money market funds in the J.P. Morgan Funds Complex plus 0.05% of average daily net assets of such Funds over $100 billion.

## The Funds' Shareholder Servicing Agent

JPMT I and JPMT II, on behalf of the Funds, have entered into a shareholder servicing agreement with JPMorgan Distribution Services, Inc. (JPMDS) under which JPMDS has agreed to provide certain support services to the Funds' shareholders. For performing these services, JPMDS, as shareholder servicing agent, receives an annual fee of 0.10% of the average daily net assets of Institutional Class Shares of each Fund. JPMDS may enter into service agreements with Financial Intermediaries under which it will pay all or a portion of the 0.10% annual fees to such entities for performing shareholder and administrative services.

## The Funds' Distributor

JPMDS (the Distributor) is the distributor for the Funds. The Distributor is an affiliate of JPMIM, JPMIA and the Administrator.

# The Funds' Management and Administration (continued)

### Additional Compensation to Financial Intermediaries

JPMIM, JPMIA, JPMDS and, from time to time, other affiliates of JPMorgan Chase may also, at their own expense and out of their own legitimate profits, provide additional cash payments to Financial Intermediaries whose customers invest in shares of the J.P. Morgan Funds. For this purpose, Financial Intermediaries include financial advisors, investment advisers, brokers, financial planners, banks, insurance companies, retirement or 401(k) plan administrators and others, including various affiliates of JPMorgan Chase, that have entered into agreements with JPMDS. These additional cash payments are payments over and above any sales charges (including Rule 12b-1 fees), shareholder servicing, sub-transfer agency and/or networking fees that are paid to such Financial Intermediaries, as described elsewhere in this prospectus. These additional cash payments are generally made to Financial Intermediaries that provide shareholder, sub-transfer agency or administrative services or marketing support. Marketing support may include access to sales meetings, sales representatives and Financial Intermediary management representatives, inclusion of the J.P. Morgan Funds on a sales list, or other sales programs and/or for training and educating a Financial Intermediary's employees. These additional cash payments also may be made as an expense reimbursement in cases where the Financial Intermediary provides shareholder services to J.P. Morgan Fund shareholders. JPMIM, JPMIA and JPMDS may also pay cash compensation in the form of finders' fees that vary depending on the J.P. Morgan Fund and the dollar amount of shares sold. Such additional compensation may provide such Financial Intermediaries with an incentive to favor sales of shares of the J.P. Morgan Funds over other investment options they make available to their customers. See the Statement of Additional Information for more information.

# How Your Account Works

## BUYING FUND SHARES

You do not pay any sales charge (sometimes called a load) when you buy Institutional Class Shares of these Funds.

The price you pay for your shares is the net asset value (NAV) per share of the class. NAV is the value of everything a class of a Fund owns, minus everything the class owes, divided by the number of shares of that class held by investors. The Funds seek to maintain a stable NAV per share of $1.00. Each Fund uses the amortized cost method to value its portfolio of securities. This method provides more stability in valuations. However, it may also result in periods during which the stated value of a security is different than the price the Fund would receive if it sold the investment.

The NAV of each class of shares is generally calculated as of the cut-off time each day the Funds are accepting orders. You will pay the next NAV per share calculated after the J.P. Morgan Institutional Funds Service Center accepts your order.

Institutional Class Shares may be purchased by institutional investors such as corporations, pension and profit sharing plans, foundations, and any organization authorized to act in a fiduciary, advisory, custodial or agency capacity, including affiliates of JPMorgan Chase.

You may purchase Fund shares through your Financial Intermediary. Financial Intermediaries may include financial advisors, investment advisers, brokers, financial planners, banks, insurance companies, retirement or 401(k) plan administrators and others, including various affiliates of JPMorgan Chase, that have entered into agreements with JPMDS as Distributor and/or shareholder servicing agent. Shares purchased this way will typically be held for you by the Financial Intermediary. Financial Intermediaries or such other organizations may impose eligibility requirements for each of their clients or customers investing in the Funds, including investment minimum requirements, which may be the same as or different from the requirements for investors purchasing directly from the Funds. You may also purchase shares directly from the J.P. Morgan Institutional Funds Service Center.

Shares are available on any business day that the Federal Reserve Bank of New York (Federal Reserve) is open. In addition to weekends, the Federal Reserve is closed on the following national holidays: New Year's Day, Martin Luther King, Jr. Day, Presidents' Day, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day and Christmas Day. A Fund may close when the Federal Reserve is open and the New York Stock Exchange (NYSE) is closed, such as Good Friday. On any business day when the Securities Industry and Financial Markets Association (SIFMA) recommends that the securities markets close trading early, a Fund may close trading early.

On occasion, the NYSE closes before 4:00 p.m. Eastern Time (ET). When the NYSE closes early, purchase orders accepted by the Fund after the NYSE closes will be effective the following business day. Each Fund, however, may elect to remain open following an early close of the NYSE. If your purchase order is accepted by the Fund before the Fund's close on a day when the NYSE closes early but the Fund remains open, or on a day when the Fund is open but the NYSE is not, it will be effective the same business day. Purchase orders accepted after a Fund closes will be effective the following business day.

If the Fund accepts your order by the Fund's cut-off time listed below, we will process your purchase order at that day's price and you will be entitled to all dividends declared on that day. If the Fund accepts your purchase order after the cut-off time, we will process it at the next day's price.

Share ownership is electronically recorded; therefore, no certificate will be issued.

If a Financial Intermediary holds your shares, it is the responsibility of the Financial Intermediary to send your purchase order to the Fund. Your Financial Intermediary may have an earlier cut-off time for purchase orders. In addition, your Financial Intermediary may be closed at times when the Fund is open.

Normally, the cut-off time for each Fund is:

| | |
|---|---|
| **Prime Money Market Fund** | 5:00 P.M. ET |
| **Liquid Assets Money Market Fund** | 5:00 P.M. ET |
| **U.S. Government Money Market Fund** | 5:00 P.M. ET |
| **U.S. Treasury Plus Money Market Fund** | 5:00 P.M. ET |
| **Federal Money Market Fund** | 2:00 P.M. ET |
| **100% U.S. Treasury Securities Money Market Fund** | 2:00 P.M. ET |
| **Tax Free Money Market Fund** | NOON ET |
| **Municipal Money Market Fund** | NOON ET |

The Fund must receive "federal funds" by the close of the Federal Reserve wire transfer system (normally, 6:00 p.m. ET) on the same business day the purchase order is placed. In the event that an order is placed by the cut-off time specified above but the related wire payment is not received by the Fund by the close of the Federal Reserve wire transfer system that same day, then either your order may not be effective until the next business day on which federal funds are timely received by the Fund, or the Fund reserves the right to cancel your purchase order and you will be liable for any resulting losses or fees incurred by the Fund or the Fund's transfer agent. If you pay by check before the cut-off time, we will generally process your order the next business day the Fund is open for business.

The Funds have the right to refuse any purchase order or to stop offering shares for sale at any time.

# How Your Account Works (continued)

To open an account, buy or sell shares or get fund information, call:

**J.P. Morgan Institutional Funds Service Center**
**1-800-766-7722**

## Minimum Investments

Institutional Class Shares are subject to a $10,000,000 minimum investment requirement per Fund. There are no minimum levels for subsequent purchases.

The Funds reserve the right to waive any investment minimum. The SAI has additional information on investment minimum waivers for investors purchasing directly from JPMDS, such as when additional accounts of the investor may be aggregated together to meet the minimum requirement. For further information on investment minimum waivers, you can also call 1-800-766-7722.

## General

The J.P. Morgan money market funds (including the Funds in this prospectus) are intended for short-term investment horizons, and do not monitor for market timers or prohibit short-term trading activity. Although these Funds are managed in a manner that is consistent with their investment objectives, frequent trading by shareholders may disrupt their management and increase their expenses.

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. When you open an account, we will ask for your name, business street address and other information that will allow us to identify you, including your tax identification number or other identifying number. The Funds cannot waive these requirements. The Funds are required by law to reject your Account Application if the required identifying information is not provided.

We will attempt to collect any missing information required on the Account Application by contacting either you or your Financial Intermediary. If we cannot obtain this information within the established time frame, your Account Application will be rejected. Amounts received prior to receipt of the required information will be held uninvested and will be returned to you without interest if your Account Application is rejected. If the required information is obtained, your investment will be accepted and you will pay the NAV per share next calculated after all of the required information is received.

Once we have received all of the required information, federal law requires us to verify your identity. After an account is opened, we may restrict your ability to purchase additional shares until your identity is verified. If we are unable to verify your identity within a reasonable time, the Funds reserve the right to close your account at the current day's NAV per share. If your account is closed for this reason, your shares will be redeemed at the NAV per share next calculated after the account is closed.

Send the completed Account Application and a check to:

**J.P. Morgan Institutional Funds Service Center**
**500 Stanton Christiana Road, 3-OPS3**
**Newark, DE 19713**

All checks must be in U.S. dollars. The Funds do not accept credit cards, cash, starter checks, money orders or credit card checks. The Funds reserve the right to refuse "third-party" checks and checks drawn on non-U.S. financial institutions even if payment may be effected through a U.S. financial institution. Checks made payable to any individual or company and endorsed to the J.P. Morgan Funds or a Fund are considered third-party checks. The redemption of shares purchased through the J.P. Morgan Institutional Funds Service Center by check or an Automated Clearing House (ACH) transaction is subject to certain limitations. See "Selling Fund Shares."

**All checks must be made payable to one of the following:**

- J.P. Morgan Funds; or
- The specific Fund in which you are investing.

Your purchase may be canceled if your check does not clear and you will be responsible for any expenses and losses to the Funds.

If you choose to pay by wire, please call 1-800-766-7722 to notify the Funds of your purchase and authorize your financial institution to wire funds to:

JPMorgan Chase Bank, N.A.
ATTN: J.P. Morgan Institutional Funds Service Center
ABA 021 000 021
DDA 323 125 832
FBO Your J.P. Morgan Fund
  (EX: JPMORGAN ABC FUND-INSTITUTIONAL)
Your Fund Number & Account Number
  (EX: FUND 123-ACCOUNT 123456789)
Your Account Registration
  (EX: XYZ CORPORATION)

Orders by wire may be canceled if the J.P. Morgan Institutional Funds Service Center does not receive payment by the Fund's cut-off time on the day that you placed your order. You will be responsible for any expenses and losses to the Funds.

You can buy shares in one of two ways:

## Through Your Financial Intermediary

Tell your Financial Intermediary which Funds you want to buy and they will contact us. Your Financial Intermediary may charge you a fee and may offer additional services, such as special purchase and redemption programs, "sweep" programs,

cash advances and redemption checks. Some Financial Inter-mediaries charge a single fee that covers all services.

The Fund must accept your order from your Financial Interme-diary by the Fund's cut-off time in order for us to process your purchase order at that day's price. Your Financial Intermediary may impose different minimum investments and earlier cut-off times.

Your Financial Intermediary may be paid by JPMDS to assist you in establishing your account, executing transactions and moni-toring your investment. Financial Intermediaries may provide the following services in connection with their customers' invest-ments in the Funds:

- Acting directly or through an agent, as the sole shareholder of record
- Maintaining account records for customers
- Processing orders to purchase, redeem or exchange shares for customers
- Responding to inquiries from shareholders
- Assisting customers with investment procedures.

### Through the J.P. Morgan Institutional Funds Service Center

Call 1-800-766-7722
Or
Complete the Account Application and mail it along with a check for the amount you want to invest to:

**J.P. Morgan Institutional Funds Service Center**
**500 Stanton Christiana Road, 3-OPS3**
**Newark, DE 19713**

The J.P. Morgan Institutional Funds Service Center will accept your order when federal funds, a wire, a check or ACH trans-action is received together with a completed Account Applica-tion or other instructions in proper form.

If you purchase shares through a Financial Intermediary, you may be required to complete additional forms or follow addi-tional procedures. You should contact your Financial Intermedi-ary regarding purchases, exchanges and redemptions.

### SELLING FUND SHARES

You can sell your shares on any day that the Funds are open for business. You will receive the next NAV per share calculated after the Fund receives your order.

A sale order must be in good order and supported by all appro-priate documentation and information in proper form, including the name of the registered shareholder and your account num-ber. The Funds may refuse to honor incomplete orders.

Under normal circumstances, if a Fund receives your order before the Fund's cut-off time, the Fund will make available to you the proceeds that same business day by wire. Otherwise, except as permitted by the federal securities laws, your redemption pro-ceeds will be paid within seven days (one day for the JPMorgan Prime Money Market Fund and the JPMorgan Liquid Assets Money Market Fund) after the Fund receives the redemption order.

If you have changed your address of record within the previous 30 days, the Funds will not mail your proceeds, but rather will wire them or send them by ACH to a pre-existing bank account on record with the Funds.

The Funds may hold proceeds for shares purchased by ACH or check until the purchase amount has been collected, which may be as long as five business days.

You may also need to have medallion signature guarantees for all registered owners or their legal representatives if:

- You want to redeem shares with a value of $50,000 or more and you want to receive your proceeds in the form of a check; or
- You want your payment sent to an address, bank account or payee other than the one currently designated on your Fund account.

We may also need additional documents or a letter from a sur-viving joint owner before selling the shares. Contact the J.P. Morgan Institutional Funds Service Center for more details.

You can sell your shares in one of two ways:

### Through Your Financial Intermediary

Tell your Financial Intermediary which Fund's shares you want to sell. The Fund must receive your order in good order from your Financial Intermediary by the Fund's cut-off time in order for us to process your order at that day's price. Your Financial Intermediary will send the necessary documents to the J.P. Morgan Institutional Funds Service Center. Your Financial Intermediary may charge you for this service.

Your Financial Intermediary may have an earlier cut-off time for redemption orders.

### Through the J.P. Morgan Institutional Funds Service Center

Call 1-800-766-7722. We will mail you a check or send the pro-ceeds via electronic transfer or wire to the bank account on our records.
Or
Send a letter signed by an authorized signer with your instruc-tions to:

# How Your Account Works (continued)

**J.P. Morgan Institutional Funds Service Center
500 Stanton Christiana Road, 3-OPS3
Newark, DE 19713**

## Redemptions-In-Kind

Generally, all redemptions will be for cash. However, if you redeem shares worth $250,000 or more, the Fund reserves the right to pay part or all of your redemption proceeds in readily marketable securities instead of cash. If payment is made in securities, the Fund will value the securities selected in the same manner in which it computes its NAV. This process minimizes the effect of large redemptions on the Fund and its remaining shareholders.

## EXCHANGING FUND SHARES

Institutional Class Shares may be exchanged for Institutional Class Shares of other J.P. Morgan Funds, subject to any investment minimum and eligibility requirements.

The J.P. Morgan Funds do not charge a fee for this privilege. In addition, the J.P. Morgan Funds may change the terms and conditions of your exchange privileges upon 60 days' written notice.

Generally, an exchange between J.P. Morgan Funds is considered a sale of Fund shares. Carefully read the prospectus of the Fund you want to buy before making an exchange. You should consult your tax advisor before making an exchange.

We reserve the right to limit the number of exchanges or to refuse an exchange. Your exchange privilege will be revoked if the exchange activity is considered excessive.

You can exchange your shares in one of two ways:

## Through Your Financial Intermediary

Tell your Financial Intermediary which Fund's shares you want to exchange. They will send the necessary documents to the J.P. Morgan Institutional Funds Service Center. Your Financial Intermediary may charge you for this service.

## Through the J.P. Morgan Institutional Funds Service Center

Call 1-800-766-7722 to ask for details.

## OTHER INFORMATION CONCERNING THE FUNDS

The Funds use reasonable procedures to confirm that instructions given by telephone are genuine. These procedures include recording telephone instructions and asking for personal identification. If these procedures are followed, the Funds will not be responsible for any loss, liability, cost or expense of acting upon unauthorized or fraudulent instructions; you bear the risk of loss.

If your account value falls below the Funds' minimum investment requirement, the Funds reserve the right to redeem all of the remaining shares in your account and close your account. Before these actions are taken, you will be given 60 days' advance written notice in order to provide you with time to increase your account balance to the required minimum, by purchasing sufficient shares, in accordance with the terms of this prospectus.

You may not always reach the J.P. Morgan Institutional Funds Service Center by telephone. This may be true at times of unusual market changes and shareholder activity. You can mail us your instructions or contact your Financial Intermediary. We may modify or cancel the sale of shares by telephone without notice.

You may write to:

**J.P. Morgan Institutional Funds Service Center
500 Stanton Christiana Road, 3-OPS3
Newark, DE 19713**

Shares of the JPMorgan U.S. Government Money Market Fund are intended to qualify as eligible investments for federally chartered credit unions pursuant to Sections 107(7), 107(8) and 107(15) of the Federal Credit Union Act, Part 703 of the National Credit Union Administration (NCUA) Rules and Regulations and NCUA Letter Number 155. This Fund intends to review changes in the applicable laws, rules and regulations governing eligible investments for federally chartered credit unions, and to take such action as may be necessary so that the investments of this Fund qualify as eligible investments under the Federal Credit Union Act and the regulations thereunder.

The Funds may suspend your ability to redeem or postpone payment for more than seven days (more than one day for the JPMorgan Prime Money Market Fund and the JPMorgan Liquid Assets Money Market Fund) when:

1. Trading on the NYSE is restricted;

2. The NYSE is closed (other than weekend and holiday closings);

3. Federal securities laws permit;

4. The SEC has permitted a suspension; or

5. An emergency exists, as determined by the SEC.

See "Purchases, Redemptions and Exchanges" in the Statement of Additional Information for more details about this process.

# Shareholder Information

## DISTRIBUTIONS AND TAXES

Each Fund intends to elect to be treated and qualify each year as a regulated investment company. A regulated investment company is not subject to tax at the corporate level on income and gains from investments that are distributed to shareholders. A Fund's failure to qualify as a regulated investment company would result in corporate-level taxation and, consequently, a reduction in income available for distribution to shareholders.

Each Fund can earn income and realize capital gain. Each Fund deducts any expenses and then pays out the earnings, if any, to shareholders as distributions.

Each Fund declares dividends of net investment income, if any, daily, so your shares can start earning dividends on the day you buy them. Each Fund distributes such dividends monthly in the form of additional Fund shares of the same class, unless you tell us that you want distributions in cash or as a deposit in a pre-assigned bank account. The taxation of dividends will not be affected by the form in which you receive them. For each taxable year, each Fund will distribute substantially all of its net investment income and short-term capital gain. No Fund expects to realize long-term capital gain.

For federal income tax purposes, dividends of net investment income (other than "exempt-interest dividends" as described below) and any net short-term capital gain, generally are taxable as ordinary income. If, at the close of each quarter of its taxable year, at least 50% of the value of a Fund's total assets consists of tax-exempt interest obligations, the Fund will be eligible to designate distributions of interest derived from tax-exempt-interest obligations as "exempt-interest dividends." Properly designated exempt-interest dividends paid by the Tax Free Money Market Fund or Municipal Money Market Fund generally are not subject to federal income taxes, but may be subject to state and local taxes and may be subject to federal alternative minimum tax, both for individuals and corporate shareholders. It is unlikely that dividends from any of the Funds will qualify to any significant extent for the reduced 15% tax rate applicable to qualified dividend income. The state or municipality where you live might not charge you state and local taxes on properly designated exempt-interest dividends earned on certain bonds. You should consult your tax advisor concerning your own tax situation and the state and local tax consequences of investing in a Fund. Shareholders who receive social security or railroad retirement benefits should also consult their tax advisors to determine what effect, if any, an investment in any of the Funds may have on the federal taxation of their benefits. Exempt-interest dividends are generally included in income for purposes of determining the amount of benefits that are taxable.

Dividends of interest earned on bonds issued by the U.S. government and its agencies may also be exempt from some types of state and local taxes. The interest on securities guaranteed by the FDIC under the TLGP may be subject to state and local income taxes.

If you receive distributions that are properly designated capital gain dividends, the tax rate will be based on how long the Fund held a particular asset, not on how long you have owned your shares. Each Fund expects substantially all of its distributions of capital gain to be attributable to short-term capital gain which is taxed as ordinary income.

A Fund's investments in certain debt obligations and asset backed securities may require the Fund to accrue and distribute income not yet received. In order to generate sufficient cash to make the requisite distributions, a Fund may be required to liquidate other investments in its portfolio that it otherwise would have continued to hold, including when it is not advantageous to do so.

Regarding the Prime Money Market Fund and the Liquid Assets Money Market Fund, a Fund's investment in foreign securities may be subject to foreign withholding or other taxes. In that case, the Fund's yield would be decreased.

Please see the Statement of Additional Information for additional discussion of the tax consequences of these above-described and other investments to each Fund and its shareholders.

The dates on which dividends and capital gain, if any, will be distributed are available online at www.jpmorganfunds.com.

Early in each calendar year, each Fund will send you a notice showing the amount of distributions you received in the preceding year and the tax status of those distributions.

Any investor for whom a Fund does not have a valid Taxpayer Identification Number may be subject to backup withholding.

The tax considerations described in this section do not apply to tax-deferred accounts or other non-taxable entities.

The above is a general summary of the tax implications of investing in the Funds. Because each investor's tax consequences are unique, please consult your tax advisor to see how investing in the Funds will affect your own tax situation.

## SHAREHOLDER STATEMENTS AND REPORTS

The Funds or your Financial Intermediary will send you transaction confirmation statements and monthly account statements. Please review these statements carefully. The Funds will correct errors if notified within 10 days of the date printed on the transaction confirmation or account statement. Your Financial Intermediary may have a different cut-off time. J.P. Morgan Funds will charge a fee for requests for statements that are older than two years. Please retain all of your statements, as they could be needed for tax purposes.

# Shareholder Information (continued)

After each fiscal half-year, you will receive a financial report from the Funds. In addition, the Funds will periodically send you proxy statements and other reports.

If you have any questions or need additional information, please write to the J.P. Morgan Institutional Funds Service Center at 500 Stanton Christiana Road, 3-3750, Newark, DE 19713 or call 1-800-766-7722.

## AVAILABILITY OF PROXY VOTING RECORD

The Trustees have delegated the authority to vote proxies for securities owned by each Fund to JPMIM or JPMIA as applicable. A copy of each Fund's voting record for the most recent 12-month period ended June 30 is available on the SEC's web-site at www.sec.gov or on the J.P. Morgan Funds' website at www.jpmorganfunds.com no later than August 31 of each year. Each Fund's proxy voting record will include, among other things, a brief description of the matter voted on for each port-folio security, and will state how each vote was cast, for example, for or against the proposal.

## PORTFOLIO HOLDINGS DISCLOSURE

Each business day, each Fund will make available upon request an uncertified complete schedule of its portfolio holdings as of the prior business day. Not later than 60 days after the end of each fiscal quarter, each Fund will make available a certified complete schedule of its portfolio holdings as of the last day of that quarter. In addition to providing hard copies upon request, the Funds will post these quarterly schedules on the J.P. Morgan Funds' website at www.jpmorganfunds.com and on the SEC's website at www.sec.gov. In addition, from time to time, each Fund may post portfolio holdings on the J.P. Morgan external websites on a more timely basis.

Shareholders may request portfolio holdings schedules at no charge by calling 1-800-766-7722.

A description of the Funds' policies and procedures with respect to the disclosure of the Funds' portfolio holdings is available in the Statement of Additional Information.

# What the Terms Mean

**Asset-backed securities:** Interests in a stream of payments from specific assets, such as auto or credit card receivables.

**Commercial paper:** Short-term securities with maturities of 1 to 270 days which are issued by banks, corporations and others.

**Demand notes:** Debt securities with no set maturity date. The investor can generally demand payment of the principal at any time.

**Dollar-weighted average maturity:** The average maturity of the Fund is the average amount of time until the organizations that issued the debt securities in the Fund's portfolio must pay off the principal amount of the debt. "Dollar-weighted" means the larger the dollar value of debt security in the Fund, the more weight it gets in calculating this average.

**Floating rate securities:** Securities whose interest rates adjust automatically whenever a particular interest rate changes.

**Liquidity:** The ability to easily convert investments into cash without losing a significant amount of money in the process.

**Management fee:** A fee paid to the investment adviser to manage the Fund and make decisions about buying and selling the Fund's investments.

**Municipal lease obligations:** These provide participation in municipal lease agreements and installment purchase contracts, but are not part of general obligations of the municipality.

**Municipal obligations:** Debt securities issued by or on behalf of states, territories and possessions or by their agencies or other groups with authority to act for them. Interest on certain municipal obligations, generally issued as general obligation and revenue bonds, is exempt from federal taxation and state and/or local taxes in the state where issued.

**Other expenses:** Miscellaneous items, including transfer agency, administration, custody and registration fees.

**Qualified banks:** (i) U.S. banks with more than $1 billion in total assets, and foreign branches of these banks; or (ii) foreign banks with the equivalent of more than $1 billion in total assets and which have branches or agencies in the U.S. or (iii) other U.S. or foreign commercial banks which the Fund's adviser judges to have comparable credit standing.

**Repurchase agreement:** A special type of a short-term investment. A dealer sells securities to a Fund and agrees to buy them back later for a set price. This set price includes interest. In effect, the dealer is borrowing the Fund's money for a short time, using the securities as collateral.

**Reverse repurchase agreement:** Contract whereby the Fund sells a security and agrees to repurchase it from the buyer on a particular date and at a specific price. Considered a form of borrowing.

**Shareholder service fee:** A fee to cover the cost of paying Financial Intermediaries to provide certain support services for your account.

**U.S. government securities:** Debt instruments (Treasury bills, notes, and bonds) guaranteed by the U.S. government for the timely payment of principal and interest.

**Variable rate securities:** Securities whose interest rates are periodically adjusted.

# Financial Highlights

The financial highlights tables are intended to help you understand each Fund's financial performance for the past one through five fiscal years or periods, as applicable. Certain information reflects financial results for a single Fund share. The total returns in the tables represent the rate that an investor would have earned (or lost) on an investment in a Fund (assuming reinvestment of all dividends and distributions). This information has been audited by PricewaterhouseCoopers LLP, whose reports, along with each Fund's financial statements, are included in the respective Fund's annual report, which is available upon request.

## Institutional

| | | Per share operating performance | | | | |
| | | Investment operations | | | Distributions | |
| | Net asset value, beginning of period | Net investment income (loss) | Net realized gains (losses) on investments | Total from investment operations | Net investment income | Total distributions |
|---|---|---|---|---|---|---|
| **Prime Money Market Fund** | | | | | | |
| Year Ended February 28, 2009 | $1.00 | $0.02 | $–(g) | $0.02 | $(0.02) | $(0.02) |
| Year Ended February 29, 2008 | 1.00 | 0.05 | –(g) | 0.05 | (0.05) | (0.05) |
| Year Ended February 28, 2007 | 1.00 | 0.05 | –(g) | 0.05 | (0.05) | (0.05) |
| September 1, 2005 through February 28, 2006 (d) | 1.00 | 0.02 | –(g) | 0.02 | (0.02) | (0.02) |
| Year Ended August 31, 2005 | 1.00 | 0.03 | – | 0.03 | (0.03) | (0.03) |
| Year Ended August 31, 2004 | 1.00 | 0.01 | – | 0.01 | (0.01) | (0.01) |
| **Liquid Assets Money Market Fund** | | | | | | |
| Year Ended February 28, 2009 | 1.00 | 0.02 | –(g) | 0.02 | (0.02) | (0.02) |
| Year Ended February 29, 2008 | 1.00 | 0.05 | –(g) | 0.05 | (0.05) | (0.05) |
| Year Ended February 28, 2007 | 1.00 | 0.05 | –(g) | 0.05 | (0.05) | (0.05) |
| July 1, 2005 through February 28, 2006 (e) | 1.00 | 0.03 | –(g) | 0.03 | (0.03) | (0.03) |
| February 19, 2005 (f) through June 30, 2005 | 1.00 | 0.01 | – | 0.01 | (0.01) | (0.01) |
| **U.S. Government Money Market Fund** | | | | | | |
| Year Ended February 28, 2009 | 1.00 | 0.02 | –(g) | 0.02 | (0.02) | (0.02) |
| Year Ended February 29, 2008 | 1.00 | 0.05 | –(g) | 0.05 | (0.05) | (0.05) |
| Year Ended February 28, 2007 | 1.00 | 0.05 | –(g) | 0.05 | (0.05) | (0.05) |
| July 1, 2005 through February 28, 2006 (e) | 1.00 | 0.02 | – | 0.02 | (0.02) | (0.02) |
| February 19, 2005 (f) through June 30, 2005 | 1.00 | 0.01 | –(g) | 0.01 | (0.01) | (0.01) |
| **U.S. Treasury Plus Money Market Fund** | | | | | | |
| Year Ended February 28, 2009 | 1.00 | 0.01 | –(g) | 0.01 | (0.01) | (0.01) |
| Year Ended February 29, 2008 | 1.00 | 0.04 | –(g) | 0.04 | (0.04) | (0.04) |
| Year Ended February 28, 2007 | 1.00 | 0.05 | –(g) | 0.05 | (0.05) | (0.05) |
| July 1, 2005 through February 28, 2006 (e) | 1.00 | 0.02 | –(g) | 0.02 | (0.02) | (0.02) |
| February 19, 2005 (f) through June 30, 2005 | 1.00 | 0.01 | –(g) | 0.01 | (0.01) | (0.01) |
| **Federal Money Market Fund** | | | | | | |
| Year Ended February 28, 2009 | 1.00 | 0.02 | –(g) | 0.02 | (0.02) | (0.02) |
| Year Ended February 29, 2008 | 1.00 | 0.05 | –(g) | 0.05 | (0.05) | (0.05) |
| Year Ended February 28, 2007 | 1.00 | 0.05 | –(g) | 0.05 | (0.05) | (0.05) |
| September 1, 2005 through February 28, 2006 (d) | 1.00 | 0.02 | –(g) | 0.02 | (0.02) | (0.02) |
| Year Ended August 31, 2005 | 1.00 | 0.02 | – | 0.02 | (0.02) | (0.02) |
| Year Ended August 31, 2004 | 1.00 | 0.01 | – | 0.01 | (0.01) | (0.01) |

(a)  Annualized for periods less than one year.
(b)  Not annualized for periods less than one year.
(c)  Includes earnings credits and interest expense, each of which is less than 0.01%, if applicable.
(d)  The Fund changed its fiscal year end from August 31 to the last day of February.
(e)  The Fund changed its fiscal year end from June 30 to the last day of February.
(f)  Commencement of offering of class of shares.
(g)  Amount rounds to less than $0.01.
(h)  Includes a gain incurred resulting from a payment by affiliate. The effect is less than 0.01% on total return.
(i)  Includes insurance expense of 0.02%.
(j)  Includes insurance expense of 0.01%.

| | | | Ratios/Supplemental data | | |
|---|---|---|---|---|---|
| | | | | Ratios to average net assets (a) | |
| Net asset value, end of period | Total return (b) | Net assets end of period (000's) | Net expenses (c) | Net investment income (loss) | Expenses without waivers, reimbursements and earnings credits |
| $1.00 | 2.40% | $45,721,168 | 0.22%(i) | 2.28% | 0.27% |
| 1.00 | 5.08(h) | 28,355,614 | 0.20 | 4.95 | 0.27 |
| 1.00 | 5.11 | 25,408,596 | 0.20 | 5.01 | 0.28 |
| 1.00 | 1.96 | 21,099,369 | 0.20 | 3.91 | 0.28 |
| 1.00 | 2.43 | 21,516,192 | 0.20 | 2.36 | 0.30 |
| 1.00 | 0.99 | 26,513,965 | 0.20 | 0.99 | 0.32 |
| | | | | | |
| 1.00 | 2.49 | 2,047,234 | 0.22(i) | 2.36 | 0.28 |
| 1.00 | 5.10(h) | 1,211,750 | 0.20 | 5.01 | 0.28 |
| 1.00 | 5.10 | 1,670,013 | 0.20 | 4.96 | 0.29 |
| 1.00 | 2.53 | 1,882,903 | 0.20 | 3.77 | 0.29 |
| 1.00 | 0.98 | 1,452,881 | 0.20 | 2.76 | 0.32 |
| | | | | | |
| 1.00 | 1.88 | 24,864,451 | 0.22(i) | 1.56 | 0.27 |
| 1.00 | 4.88(h) | 7,023,964 | 0.20 | 4.58 | 0.26 |
| 1.00 | 5.06 | 2,065,993 | 0.20 | 4.94 | 0.28 |
| 1.00 | 2.50 | 2,314,372 | 0.20 | 3.76 | 0.28 |
| 1.00 | 0.94 | 2,017,162 | 0.20 | 2.66 | 0.28 |
| | | | | | |
| 1.00 | 1.12 | 12,044,908 | 0.22(i) | 0.73 | 0.28 |
| 1.00 | 4.43(h) | 6,073,940 | 0.20 | 3.92 | 0.27 |
| 1.00 | 5.03 | 1,009,749 | 0.20 | 4.87 | 0.28 |
| 1.00 | 2.42 | 4,151,409 | 0.20 | 3.72 | 0.29 |
| 1.00 | 0.92 | 1,705,565 | 0.20 | 2.61 | 0.27 |
| | | | | | |
| 1.00 | 1.82 | 18,216,366 | 0.21(j) | 1.70 | 0.27 |
| 1.00 | 4.83 | 13,536,697 | 0.20 | 4.64 | 0.27 |
| 1.00 | 5.02 | 5,692,265 | 0.20 | 4.95 | 0.28 |
| 1.00 | 1.92 | 2,266,888 | 0.20 | 3.86 | 0.23 |
| 1.00 | 2.34 | 1,817,800 | 0.20 | 2.36 | 0.31 |
| 1.00 | 0.91 | 1,271,387 | 0.20 | 0.90 | 0.32 |

# Financial Highlights (continued)

## Institutional (continued)

| | | Per share operating performance | | | | | |
| | | Investment operations | | | Distributions | | |
| | Net asset value, beginning of period | Net investment income (loss) | Net realized gains (losses) on investments | Total from investment operations | Net investment income | Net realized gains | Total distributions |
|---|---|---|---|---|---|---|---|
| **100% U.S. Treasury Securities Money Market Fund** | | | | | | | |
| Year Ended February 28, 2009 | $1.00 | $0.01 | $–(g) | $0.01 | $(0.01) | $– | $(0.01) |
| Year Ended February 29, 2008 | 1.00 | 0.04 | –(g) | 0.04 | (0.04) | – | (0.04) |
| Year Ended February 28, 2007 | 1.00 | 0.05 | –(g) | 0.05 | (0.05) | –(g) | (0.05) |
| September 1, 2005 through February 28, 2006 (d) | 1.00 | 0.02 | –(g) | 0.02 | (0.02) | – | (0.02) |
| Year Ended August 31, 2005 | 1.00 | 0.02 | – | 0.02 | (0.02) | – | (0.02) |
| Year Ended August 31, 2004 | 1.00 | 0.01 | – | 0.01 | (0.01) | – | (0.01) |
| **Tax Free Money Market Fund** | | | | | | | |
| Year Ended February 28, 2009 | 1.00 | 0.02 | –(g) | 0.02 | (0.02) | – | (0.02) |
| Year Ended February 29, 2008 | 1.00 | 0.03 | –(g) | 0.03 | (0.03) | – | (0.03) |
| Year Ended February 28, 2007 | 1.00 | 0.03 | –(g) | 0.03 | (0.03) | – | (0.03) |
| September 1, 2005 through February 28, 2006 (d) | 1.00 | 0.01 | –(g) | 0.01 | (0.01) | – | (0.01) |
| Year Ended August 31, 2005 | 1.00 | 0.02 | – | 0.02 | (0.02) | – | (0.02) |
| Year Ended August 31, 2004 | 1.00 | 0.01 | – | 0.01 | (0.01) | – | (0.01) |
| **Municipal Money Market Fund** | | | | | | | |
| Year Ended February 28, 2009 | 1.00 | 0.02 | –(g) | 0.02 | (0.02) | – | (0.02) |
| Year Ended February 29, 2008 | 1.00 | 0.03 | –(g) | 0.03 | (0.03) | –(g) | (0.03) |
| Year Ended February 28, 2007 | 1.00 | 0.03 | –(g) | 0.03 | (0.03) | –(g) | (0.03) |
| July 1, 2005 through February 28, 2006 (e) | 1.00 | 0.02 | –(g) | 0.02 | (0.02) | – | (0.02) |
| February 19, 2005 (f) through June 30, 2005 | 1.00 | 0.01 | –(g) | 0.01 | (0.01) | – | (0.01) |

(a)  Annualized for periods less than one year.
(b)  Not annualized for periods less than one year.
(c)  Includes earnings credits and interest expense, each of which is less than 0.01%, if applicable.
(d)  The Fund changed its fiscal year end from August 31 to the last day of February.
(e)  The Fund changed its fiscal year end from June 30 to the last day of February.
(f)  Commencement of offering of class of shares.
(g)  Amount rounds to less than $0.01.
(h)  Includes a gain incurred resulting from a payment by affiliate. The effect is less than 0.01% on total return.
(i)  Includes insurance expense of 0.02%.

| Net asset value, end of period | Total return (b) | Net assets end of period (000's) | Ratios/Supplemental data | | |
|---|---|---|---|---|---|
| | | | Ratios to average net assets (a) | | |
| | | | Net expenses (c) | Net investment income (loss) | Expenses without waivers, reimbursements and earnings credits |
| $1.00 | 1.09% | $12,766,575 | 0.20% | 1.06% | 0.26% |
| 1.00 | 4.20(h) | 13,006,895 | 0.20 | 3.75 | 0.27 |
| 1.00 | 4.80 | 2,784,927 | 0.20 | 4.72 | 0.28 |
| 1.00 | 1.79 | 1,579,514 | 0.20 | 3.59 | 0.29 |
| 1.00 | 2.14 | 1,318,264 | 0.20 | 2.07 | 0.30 |
| 1.00 | 0.84 | 1,976,796 | 0.20 | 0.84 | 0.31 |
| 1.00 | 1.70 | 13,741,504 | 0.22(i) | 1.72 | 0.27 |
| 1.00 | 3.37 | 12,493,562 | 0.20 | 3.27 | 0.27 |
| 1.00 | 3.37 | 8,255,381 | 0.20 | 3.32 | 0.27 |
| 1.00 | 1.34 | 9,465,973 | 0.20 | 2.69 | 0.28 |
| 1.00 | 1.83 | 8,973,878 | 0.20 | 1.81 | 0.30 |
| 1.00 | 0.87 | 8,684,334 | 0.20 | 0.87 | 0.31 |
| 1.00 | 1.84 | 465,898 | 0.22(i) | 1.83 | 0.29 |
| 1.00 | 3.39(h) | 647,885 | 0.20 | 3.37 | 0.29 |
| 1.00 | 3.41 | 236,421 | 0.20 | 3.36 | 0.28 |
| 1.00 | 1.75 | 249,762 | 0.20 | 2.71 | 0.29 |
| 1.00 | 0.77 | 84,755 | 0.20 | 2.27 | 0.28 |

# Legal Proceedings and Additional Fee and Expense Information Affecting the JPMTII Funds and Former One Group Mutual Funds

Prior to becoming an affiliate of JPMorgan Chase, on June 29, 2004, Banc One Investment Advisors Corporation (BOIA), now known as JPMorgan Investment Advisors Inc., entered into agreements with the Securities and Exchange Commission (the SEC) and the New York Attorney General (NYAG) in resolution of investigations conducted by the SEC and the NYAG into market timing of certain funds advised by BOIA which were series of One Group Mutual Funds, possible late trading of certain funds and related matters. In its settlement with the SEC, BOIA consented to the entry of an order by the SEC (the SEC Order) instituting and settling administrative and cease-and-desist proceedings against it. Under the terms of the SEC Order and the NYAG settlement agreement, BOIA agreed to pay disgorgement of $10 million and a civil money penalty of $40 million for a total payment of $50 million, which is being distributed to certain current and former shareholders of certain funds. Pursuant to the settlement agreement with the NYAG, BOIA reduced its management fee for certain funds which were series of One Group Mutual Funds (now known as JPMorgan Trust II) in the aggregate amount of approximately $8 million annually over a five-year period commencing September, 2004.

In addition to the matters involving the SEC and NYAG, various lawsuits were filed by private plaintiffs in connection with these circumstances in various state and federal courts. These actions were transferred to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings by the orders of the Judicial Panel on Multidistrict Litigation, a federal judicial body that assists in the administration of such actions. The plaintiffs filed consolidated amended complaints, naming as defendants, among others, BOIA, Bank One Corporation and JPMorgan Chase (the former and current corporate parent of BOIA), the Distributor, One Group Services Company (the former distributor of One Group Mutual Funds), certain officers of One Group Mutual Funds and BOIA, and certain current and former Trustees of One Group Mutual Funds. These complaints alleged, among other things, that various defendants (i) violated various antifraud and other provisions of federal securities laws, (ii) breached their fiduciary duties, (iii) unjustly enriched themselves, (iv) breached Fund-related contracts, and (v) conspired to commit unlawful acts.

As of June 14, 2006, all claims against One Group Mutual Funds and current and former Trustees were dismissed by the United States District Court in Maryland. Certain claims against BOIA and its affiliates have also been dismissed, and a settlement in principle has been reached for the purpose of resolving all remaining claims in the litigation in Maryland. The settlement is subject to court approval.

The foregoing speaks only as of the date of this prospectus. Additional lawsuits presenting allegations and requests for relief arising out of or in connection with any of the foregoing matters may be filed against these and related parties in the future.

## Annual and Cumulative Expense Examples

As noted above, the settlement agreement with the NYAG requires JPMorgan Investment Advisors to establish reduced "net management fee rates" for certain Funds ("Reduced Rate Funds"). "Net Management Fee Rates" means the percentage fee rates specified in contracts between JPMorgan Investment Advisors and its affiliates and the Reduced Rate Funds, less waivers and reimbursements by JPMorgan Investment Advisors and its affiliates, in effect as of June 30, 2004. The settlement agreement requires that the reduced Net Management Fee Rates must result in a reduction of $8 million annually based upon assets under management as of June 30, 2004, for a total reduction over five years of $40 million from that which would have been paid by the Reduced Rate Funds on the Net Management Fee Rates as of June 30, 2004. To the extent that JPMorgan Investment Advisors and its affiliates have agreed as part of the settlement with the NYAG to waive or reimburse expenses of a Fund in connection with the settlement with the NYAG, those reduced Net Management Fee Rates are referred to as "Reduced Rates." The Reduced Rates will remain in place at least through September 27, 2009. The Reduced Rate Funds are the JPMorgan Large Cap Value Fund, JPMorgan Equity Index Fund, the JPMorgan Equity Income Fund, the JPMorgan Government Bond Fund and the JPMorgan U.S. Equity Fund (the successor by merger to the One Group Diversified Equity Fund) and the Reduced Rates on various classes of those Funds were implemented September 27, 2004.

The required reductions may be made in the form of fee waivers or expense reimbursements in connection with the advisory agreement or administration agreement. Such reductions may also or instead be made in connection with the shareholder servicing agreement or other service agreements with affiliates. To the extent that such reductions are made in connection with class specific expenses in a manner consistent with applicable law, the Reduced Rates may affect different share classes of the same Reduced Rate Fund to differing degrees.

The "Gross Expense Ratio" includes the contractual expenses that make up the Net Management Fee Rates, Rule 12b-1 distribution fees, fees paid to vendors not affiliated with JPMorgan Investment Advisors that provide services to the Funds and other fees and expenses of the Funds. The "Net Expense Ratio" is Gross Expenses less any fee waivers or expense reimbursements to achieve the Reduced Rates or other fee waivers or expense reimbursements memorialized in a written contract between the Funds and JPMorgan Investment Advisors and its affiliates, as applicable. **The affected Funds offered in this prospectus are not subject to a Reduced Rate.**

| | Class | Net Expense Ratio | Gross Expense Ratio |
|---|---|---|---|
| JPMorgan Prime Money Market Fund | Institutional Class | 0.21% | 0.25% |
| JPMorgan Liquid Assets Money Market Fund | Institutional Class | 0.21 | 0.26 |
| JPMorgan U.S. Government Money Market Fund | Institutional Class | 0.21 | 0.25 |
| JPMorgan U.S. Treasury Plus Money Market Fund | Institutional Class | 0.21 | 0.26 |
| JPMorgan 100% U.S. Treasury Securities Money Market Fund | Institutional Class | 0.21 | 0.26 |
| JPMorgan Municipal Money Market Fund | Institutional Class | 0.21 | 0.27 |

A Fund's annual return is reduced by its fees and expenses for that year. The examples below are intended to help you understand the annual and cumulative impact of the Fund's fees and expenses on your investment through a hypothetical investment of $10,000 held for the next 10 years. The examples assume the following:

- On July 1, 2009, you invest $10,000 in the Fund and you will hold the shares for the entire 10 year period;
- Your investment has a 5% return each year;
- The Fund's operating expenses remain at the levels discussed below and are not affected by increases or decreases in Fund assets over time;
- At the time of purchase, any applicable initial sales charges (loads) are deducted; and
- There is no sales charge (load) on reinvested dividends.
- The annual costs are calculated using the Net Expense Ratios for the period through the expiration of any fee waivers or expense reimbursements memorialized in a written contract between the Funds and JPMorgan Investment Advisors and its affiliates; and the Gross Expense Ratios thereafter.

# Legal Proceedings and Additional Fee and Expense Information Affecting the JPMTII Funds and Former One Group Mutual Funds (continued)

"Gross Cumulative Return" shows what the cumulative return on your investment at the end of each 12-month period (year) ended June 30 would be if Fund expenses are not deducted. "Net Cumulative Return" shows what the cumulative return on your investment at the end of each year would be assuming Fund expenses are deducted each year in the amount shown under "Annual Costs." "Annual Net Return" shows what effect the "Annual Costs" will have on the assumed 5% annual return for each year.

**Your actual costs may be higher or lower than those shown.**

## JPMorgan Prime Money Market Fund

| | Institutional Shares | | | |
| Period Ended | Annual Costs | Gross Cumulative Return | Net Cumulative Return | Net Annual Return |
|---|---|---|---|---|
| June 30, 2010 | $22 | 5.00% | 4.79% | 4.79% |
| June 30, 2011 | 27 | 10.25 | 9.77 | 4.75 |
| June 30, 2012 | 28 | 15.76 | 14.98 | 4.75 |
| June 30, 2013 | 29 | 21.55 | 20.44 | 4.75 |
| June 30, 2014 | 31 | 27.63 | 26.16 | 4.75 |
| June 30, 2015 | 32 | 34.01 | 32.16 | 4.75 |
| June 30, 2016 | 34 | 40.71 | 38.43 | 4.75 |
| June 30, 2017 | 35 | 47.75 | 45.01 | 4.75 |
| June 30, 2018 | 37 | 55.13 | 51.90 | 4.75 |
| June 30, 2019 | 39 | 62.89 | 59.11 | 4.75 |

## JPMorgan Liquid Assets Money Market Fund

| | Institutional Shares | | | |
| Period Ended | Annual Costs | Gross Cumulative Return | Net Cumulative Return | Net Annual Return |
|---|---|---|---|---|
| June 30, 2010 | $22 | 5.00% | 4.79% | 4.79% |
| June 30, 2011 | 28 | 10.25 | 9.76 | 4.74 |
| June 30, 2012 | 29 | 15.76 | 14.96 | 4.74 |
| June 30, 2013 | 31 | 21.55 | 20.41 | 4.74 |
| June 30, 2014 | 32 | 27.63 | 26.12 | 4.74 |
| June 30, 2015 | 34 | 34.01 | 32.09 | 4.74 |
| June 30, 2016 | 35 | 40.71 | 38.36 | 4.74 |
| June 30, 2017 | 37 | 47.75 | 44.91 | 4.74 |
| June 30, 2018 | 39 | 55.13 | 51.78 | 4.74 |
| June 30, 2019 | 40 | 62.89 | 58.98 | 4.74 |

**JPMorgan U.S. Government Money Market Fund**

|  | Institutional Shares | | | |
| Period Ended | Annual Costs | Gross Cumulative Return | Net Cumulative Return | Net Annual Return |
|---|---|---|---|---|
| June 30, 2010 | $22 | 5.00% | 4.79% | 4.79% |
| June 30, 2011 | 27 | 10.25 | 9.77 | 4.75 |
| June 30, 2012 | 28 | 15.76 | 14.98 | 4.75 |
| June 30, 2013 | 29 | 21.55 | 20.44 | 4.75 |
| June 30, 2014 | 31 | 27.63 | 26.16 | 4.75 |
| June 30, 2015 | 32 | 34.01 | 32.16 | 4.75 |
| June 30, 2016 | 34 | 40.71 | 38.43 | 4.75 |
| June 30, 2017 | 35 | 47.75 | 45.01 | 4.75 |
| June 30, 2018 | 37 | 55.13 | 51.90 | 4.75 |
| June 30, 2019 | 39 | 62.89 | 59.11 | 4.75 |

**JPMorgan U.S. Treasury Plus Money Market Fund**

|  | Institutional Shares | | | |
| Period Ended | Annual Costs | Gross Cumulative Return | Net Cumulative Return | Net Annual Return |
|---|---|---|---|---|
| June 30, 2010 | $22 | 5.00% | 4.79% | 4.79% |
| June 30, 2011 | 28 | 10.25 | 9.76 | 4.74 |
| June 30, 2012 | 29 | 15.76 | 14.96 | 4.74 |
| June 30, 2013 | 31 | 21.55 | 20.41 | 4.74 |
| June 30, 2014 | 32 | 27.63 | 26.12 | 4.74 |
| June 30, 2015 | 34 | 34.01 | 32.09 | 4.74 |
| June 30, 2016 | 35 | 40.71 | 38.36 | 4.74 |
| June 30, 2017 | 37 | 47.75 | 44.91 | 4.74 |
| June 30, 2018 | 39 | 55.13 | 51.78 | 4.74 |
| June 30, 2019 | 40 | 62.89 | 58.98 | 4.74 |

# Legal Proceedings and Additional Fee and Expense Information
## Affecting the JPMTII Funds and Former One Group Mutual Funds (continued)

**JPMorgan 100% U.S. Treasury Securities Money Market Fund**

| | | Institutional Shares | | |
|---|---|---|---|---|
| Period Ended | Annual Costs | Gross Cumulative Return | Net Cumulative Return | Net Annual Return |
| June 30, 2010 | $22 | 5.00% | 4.79% | 4.79% |
| June 30, 2011 | 28 | 10.25 | 9.76 | 4.74 |
| June 30, 2012 | 29 | 15.76 | 14.96 | 4.74 |
| June 30, 2013 | 31 | 21.55 | 20.41 | 4.74 |
| June 30, 2014 | 32 | 27.63 | 26.12 | 4.74 |
| June 30, 2015 | 34 | 34.01 | 32.09 | 4.74 |
| June 30, 2016 | 35 | 40.71 | 38.36 | 4.74 |
| June 30, 2017 | 37 | 47.75 | 44.91 | 4.74 |
| June 30, 2018 | 39 | 55.13 | 51.78 | 4.74 |
| June 30, 2019 | 40 | 62.89 | 58.98 | 4.74 |

**JPMorgan Municipal Money Market Fund**

| | | Institutional Shares | | |
|---|---|---|---|---|
| Period Ended | Annual Costs | Gross Cumulative Return | Net Cumulative Return | Net Annual Return |
| June 30, 2010 | $22 | 5.00% | 4.79% | 4.79% |
| June 30, 2011 | 29 | 10.25 | 9.75 | 4.73 |
| June 30, 2012 | 30 | 15.76 | 14.94 | 4.73 |
| June 30, 2013 | 32 | 21.55 | 20.37 | 4.73 |
| June 30, 2014 | 33 | 27.63 | 26.02 | 4.73 |
| June 30, 2015 | 35 | 34.01 | 32.03 | 4.73 |
| June 30, 2016 | 36 | 40.71 | 38.28 | 4.73 |
| June 30, 2017 | 38 | 47.75 | 44.82 | 4.73 |
| June 30, 2018 | 40 | 55.13 | 51.67 | 4.73 |
| June 30, 2019 | 42 | 62.89 | 58.84 | 4.73 |

# Privacy Policy

Respecting and protecting customer privacy is vital to J.P. Morgan Funds and JPMorgan Distribution Services, Inc. (JPMDS). This Policy explains what J.P. Morgan Funds does to keep our customer information private and secure.

**Q. Who is covered by the Privacy Policy?**
**A.** This Privacy Policy applies to consumers who are customers or former customers of J.P. Morgan Funds through record ownership of Fund shares. Our Privacy Policy is provided to customers when they open a new account. We also send it to current customers yearly. We may change our Policy. We will send you a new privacy policy if we broaden our information sharing practices about you.

**Q. What information do you have about me?**
**A.** To provide services and to help meet your needs, we collect information about you from various sources.

- We get information from you on applications or other forms, on our website, or through other means.
- We get information from transactions, correspondence, or other communications with us.

**Q. How do you safeguard information about me?**
**A.** We take a number of steps to protect the privacy of information about you. Here are some examples:

- We keep information under physical, electronic and procedural controls that comply with or exceed governmental standards.
- We authorize our employees, agents and contractors to get information about you only when they need it to do their work for us.
- We require companies working for us to protect information. They agree to use it only to provide the services we ask them to perform for us.

**Q. Is information about me shared with others?**
**A.** We do not share personally identifiable information about you except as noted below.

**Q. Is information about me shared with service providers and other financial companies?**
**A.** Yes, as permitted by law. We may share information about you with outside companies that work for us. These may include firms that help us maintain and service accounts. For instance, we will share information with the transfer agent for J.P. Morgan Funds. The transfer agent needs this information to process your purchase, redemption and exchange transactions and to update your account. We may also share information about you with outside financial companies that have joint marketing agreements with us. However, we only provide information about you to that broker-dealer or financial intermediary from whom you purchased your Fund shares or who currently services your Fund account.

**Q. Is information about me shared in any other ways?**
**A.** Yes. We may also share information about you in other ways, as required or permitted by law. Here are some examples of ways that we share information.

- To protect against fraud.
- To protect against practices that may harm J.P. Morgan Funds or its shareholders.
- To respond to a subpoena.
- With regulatory authorities and law enforcement officials who have jurisdiction over us.
- To service your account.
- With your consent.

**JPMORGAN DISTRIBUTION SERVICES, INC. – (JPMDS)**
In general, JPMDS, as distributor for J.P. Morgan Funds, does not independently collect or retain nonpublic personal financial information relating to any past, present or prospective shareholders of the Funds. From time to time, the Funds or companies that provide services to the Funds may provide to JPMDS nonpublic personal financial information relating to shareholders or prospective shareholders as necessary for JPMDS to perform services for the Funds. In such circumstances, JPMDS adheres to the regulatory limitations on the use or disclosure of that information and its own obligations to the Funds to protect the security and confidentiality of the information.

**SPECIAL NOTICE FOR CALIFORNIA RESIDENTS.**
In order to comply with California law, if your account has a California mailing address, we will not share information about you with third parties unless we first provide you with further privacy choices or unless otherwise permitted by law such as servicing your account.

**SPECIAL NOTICE FOR VERMONT RESIDENTS.**
In order to comply with Vermont law, if we disclose information about you to other financial institutions with which we have joint marketing agreements, we will only disclose your name, contact information and information about your transactions.

**THE J.P. MORGAN FUNDS PRIVACY COMMITMENT.**
J.P. Morgan Funds are committed to protecting the privacy of our customers, but we understand that the best protection requires a partnership with you. We encourage you to find out how you can take steps to further protect your own privacy by visiting us online at www.jpmorganfunds.com.

**Effective March 25, 2008**

**This description of the J.P. Morgan Funds' Privacy Policy is not part of the prospectus.**

This Page Intentionally Left Blank.

This Page Intentionally Left Blank.

This Page Intentionally Left Blank.

This Page Intentionally Left Blank.

## HOW TO REACH US

**MORE INFORMATION**
For investors who want more information on these Funds the following documents are available free upon request:

**ANNUAL AND SEMI-ANNUAL REPORTS**
Our annual and semi-annual reports contain more information about each Fund's investments and performance.

**STATEMENT OF ADDITIONAL INFORMATION (SAI)**
The SAI contains more detailed information about the Funds and their policies. It is incorporated by reference into this prospectus. This means, by law, it is considered to be part of this prospectus.

You can get a free copy of these documents and other information, or ask us any questions, by calling us at 1-800-766-7722 or writing to:

**J.P. Morgan Institutional Funds Service Center**
**500 Stanton Christiana Road, 3-OPS3**
**Newark, DE 19713**

If you buy your shares through a Financial Intermediary, you should contact that Financial Intermediary directly for more information. You can also find information online at www.jpmorganfunds.com.

You can write or e-mail the SEC's Public Reference Room and ask them to mail you information about the Funds, including the SAI. They will charge you a copying fee for this service. You can also visit the Public Reference Room and copy the documents while you are there.

**Public Reference Room of the SEC**
**Washington, DC 20549-0102**
**1-202-551-8090**
**E-mail: publicinfo@sec.gov**

Reports, a copy of the SAI and other information about the Funds are also available on the EDGAR Database on the SEC's website at http://www.sec.gov.

Investors may obtain information about the Securities Investor Protection Corporation (SIPC), including the SIPC brochure, by visiting www.sipc.org or by calling SIPC at 202-371-8300.

Investment Company Act File Nos.
JPMorgan Trust I  . . . . . . . . . . . . . . . 811-21295
JPMorgan Trust II  . . . . . . . . . . . . . . 811-4236

©JPMorgan Chase & Co. 2009   All rights reserved. July 2009.

