## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on August 3, 2010, I caused a copy of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on August 3, 2010 at 1:00 p.m. Before the Honorable Kevin J. Carey** to be served on the following persons identified on the attached service list in the manner indicated:

_____
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Sworn to and subscribed before me
this 3rd day of August, 2010

_____
Notary Public

SUSAN L. WILLIAMS
NOTARY PUBLIC STATE OF DELAWARE
MY COMMISSION EXPIRES 7/21/2011

46429/0001-6905762v2

**Tribune Company, *et al.***
**Amended Agenda Service List regarding August 3, 2010 Hearing at 1:00 p.m.**

**Via Telecopy:**
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Thomas G. Macauley, Esquire
Virginia Whitehill Guldi, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE 19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Raymond H. Lemisch, Esquire
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan
 & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

R. Karl Hill, Esquire
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

William M. Kelleher, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

46429/0001-6905762v2

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St., PO Box 2207
Wilmington, DE 19899

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
John H. Schanne, II, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
& Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Adam Hiller, Esquire
Donna Harris, Esquire
Pinckney, Harris & Weidinger, LLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE 19899-2092

Ian Connor Bifferato, Esquire
Kevin Collins, Esquire
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Mary E. Augustine, Esquire
Carl D. Neff, Esquire
Ciardi Ciardi & Astin
919 North Market Street, Suite 700
Wilmington, DE 19801

William P. Bowden, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Mark M. Billion, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, P.O. Box 391
Wilmington, DE 19899-0391

David M. Powlen, Esquire
Barnes & Thornburg LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801

2

46429/0001-6905762v2

Stephen P. Lamb, Esquire
John P. DiTomo, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899

Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Garvan F. McDaniel, Esquire**
**Bifferato Gentilotti LLC**
**800 N. King Street, Plaza Level**
**Wilmington, DE  19801**

**Theodore J. Tacconelli, Esquire**
**Ferry, Joseph & Pearce. P.A.**
**824 Market Street, Suite 1000**
**P.O. Box 1351**
**Wilmington, DE  19899**

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Graeme W. Bush, Esquire
James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C.  20036

Dennis E. Glazer, Esquire
Karen E. Wagner, Esquire
Sharon Katz, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Kenneth N. Klee, Esquire
Lee R. Bogdanoff, Esquire
Martin R. Barash, Esquire
Klee, Tuchin, Bogdanoff & Stern, LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049

**Robert J. Stark, Esquire**
**Daniel J. Staval, Esquire**
**Brown Rudnick LLP**
**Seven Times Square**
**New York, NY  10036**

3

William M. Dolan, III, Esquire
Brown Rudnick LLP
121 South Main Street
Providence, RI 02903

Andrew Gordon, Esquire
David W. Brown, Esquire
Lauren Shumejda, Esquire
Stuart McPhail, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Charles E. Davidow, Esquire
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
2001 K. Street, N.W.
Washington, DC 20006-1047

Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua D. Morse, Esquire
Hennigan, Bennett & Dorman, LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

Bradley J. Butwin, Esquire
Daniel L. Cantor, Esquire
Steven A. Rosenstein, Esquire
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036

Evan M. Jones, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Scott L. Baena, Esquire
Matthew I. Kramer, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-2336

4