```
                 IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE



                                )
IN RE:                          ) Chapter 11
                                )
TRIBUNE COMPANY, et al.,        ) Case No. 08-13141 (KJC)
                                )
                                ) Courtroom 5
                                ) 824 Market Street
              Debtors.          ) Wilmington, Delaware

                                  July 29, 2010
                                  11:02 a.m.


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE KEVIN J. CAREY
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:


For Debtors:                    Sidley Austin LLP
                                BY: BRYAN KRAKAUER, ESQ.
                                BY: JAMES BENDERNAGEL, JR., ESQ.
                                One South Dearborn
                                Chicago, IL 60603
                                (213) 896-6022

                                Cole, Schotz, Meisel, Forman &
                                Leonard, PA
                                BY:  NORMAN PERNICK, ESQ.
                                1000 North West Street
                                Suite 1200
                                Wilmington, DE 19801
                                (302) 652-3131


ECRO:                           AL LUGANO

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664


Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

APPEARANCES:
(Continued)

For The Creditors Committee:    Landis Rath & Cobb
                                BY:   REBECCA L. BUTCHER, ESQ.
                                919 Market Street Suite 1800
                                P.O. Box 2087
                                Wilmington, DE 19899
                                (302) 467-4400


                                Chadbourne & Park LLP
                                BY:   DAVID LEMAY, ESQ.
                                30 Rockefeller Plaza
                                New York, NY 10112
                                (212) 408-5100


For U.S. Trustee:               Office of the U.S. Trustee
                                BY:   DAVID KLAUDER, ESQ.
                                844 King Street, Suite 2207
                                Lockbox 35
                                Wilmington, DE 19801
                                (302) 573-6491


For Great Banc:                 Womble Carlyle Sandridge & Rice
                                BY:   THOMAS M. HORAN, ESQ.
                                222 Delaware Avenue
                                Wilmington, DE 19801
                                (302) 252-4320


For JP Morgan Chase:            Richards Layton & Finger
                                BY:   MARK COLLINS, ESQ.
                                One Rodney King Square
                                920 North King Street
                                Wilmington, DE 19801
                                (302) 651-7612


                                Davis Polk & Wardwell
                                BY:   DONALD BERNSTEIN, ESQ.
                                BY:   DENNIS E. GLAZER, ESQ.
                                BY:   ELLIOT MOSKOWITZ, ESQ.
                                450 Lexington Avenue
                                New York, NY 10017
                                (212) 450-4000


For Morgan Stanley:             Barnes & Thornburg LLP
                                BY:   DAVID POWLEN, ESQ.
                                Suite 1200
                                1000 N. West Street
                                Wilmington, DE 19801-1058
                                (302) 888-4536

APPEARANCES:
(Continued)

For Law Debenture Trust          Bifferato Gentilotti
Company of New York:             BY:  ROBIN M. GROGAN, ESQ.
                                 BY:  ANDREW GLENN, ESQ.
                                 800 North King Street
                                 Plaza Level
                                 Wilmington, DE 19801
                                 (302) 429-1900

For The Examiner:                Saul Ewing LLP
                                 BY:  MARK MINUTI, ESQ.
                                 222 Delaware Avenue Suite 1200
                                 P.O. Box 1266
                                 Wilmington, DE 19899
                                 (302) 421-6840

                                 Klee Tuchin Bogdanoff & Stern
                                 1999 Avenue of the Stars
                                 Thirty-Ninth Floor
                                 Los Angeles, CA 90067-6049
                                 (310) 407-4000

For Merrill Lynch:               Potter Anderson & Corroon LLP
                                 BY: LAURIE SELBER SILVERSTEIN
                                 Hercules Plaza
                                 1313 North Market Street
                                 6th Floor
                                 Wilmington, DE 19801
                                 (302) 984-6000

For Wilmington Trust:            Brown Rudnick
                                 BY:  ROBERT J. STARK, ESQ.
                                 BY:  KATE S. BROMBERG, ESQ.
                                 Seven Times Square
                                 New York, NY 10036
                                 (212) 209-4800

                                 Benesch
                                 BY:  RAYMOND H. LEMISCH, ESQ.
                                 BY:  JENNIFER R. HOOVER, ESQ.
                                 222 Delaware Avenue Suite 801
                                 Wilmington, DE 19801
                                 (302) 442-7010

For Credit Agreement             Hennigan Bennett & Dorman LLP
Lenders:                         BY:  JAMES O. JOHNSTON, ESQ.
                                 865 South Figueroa Street
                                 Suite 2900
                                 Los Angeles, CA 90017
                                 (213) 694-1200

APPEARANCES:
(Continued)

For Credit Agreement          Young Conaway Stargatt & Taylor
Lenders:                      BY:   ROBERT S. BRADY, ESQ.
                              The Brandywine Building
                              1000 West Street 17th Floor
                              P.O. Box 391
                              Wilmington, DE 19801
                              (302) 571-6600

For Wells Fargo:              White & Case LLP
                              BY:   DAVID G. HILLE, ESQ.
                              BY:   ANDREW W. HAMMOND, ESQ.
                              BY:   SCOTT GREISSMAN, ESQ.
                              1155 Avenue of the Americas
                              New York, NY 10036-2787
                              (212) 819-8200

                              Fox Rothschild LLP
                              BY:   JEFFREY M. SCHLERF, ESQ.
                              Citizens Bank Center
                              919 North Market Street
                              Suite 1300
                              P.O. Box 2323
                              Wilmington, DE 19899-2323
                              (302) 654-7444

Also Present:                 Akin Gump Strauss Hauer & Feld
                              BY:   PHILIP DUBLIN, ESQ.
                              BY:   ABID QURESHI, ESQ.
                              One Bryant Park
                              New York, NY 10036
                              (212) 872-1000

TELEPHONIC APPEARANCES:

For Carlson Capital:          Vinson & Elkins LLP
                              BY:   STEVEN ABRAMOWITZ, ESQ.
                              (212) 237-0137

For Deutsche Bank National    McCarter & English
Trust Company:                BY:   DAVID J. ADLER, ESQ.
                              (212) 609-6800

For Tricadia Capital:         BY:   IMRAN AHMED
                              (212) 891-5013

For Grey Wolf Capital:        BY:   JEFF ARMSTRONG
                              (914) 251-8264

TELEPHONIC APPEARANCES:
(Continued)

For SuttonBrook Capital            BY:  CAROL L. BALE
Management LP:                     (212) 588-6640

For The Examiner:                  Klee Tuchin Bogdanoff & Stern
                                   BY:  MARTIN R. BARASH, ESQ.
                                   BY:  KENNETH N. KLEE, ESQ.
                                   (310) 407-4005

                                   Saul Ewing LLP
                                   BY:  CHARLES MONK, ESQ.
                                   (410) 332-8668

For Oaktree Capital                Hennigan Bennett & Dorman LLP
Management:                        BY:  BRUCE BENNETT, ESQ.
                                   (213) 694-1012

                                   BY:  EDGAR LEE
                                   (213) 830-6415

For Jon Berke:                     DebtWire
                                   BY:  JON BERKE
                                   (212) 686-2741

For Debtor:                        Tribune Company
                                   BY:  CHANDLER BIGELOW
                                   BY:  DAVID ELDERSVEID
                                   BY:  DON LIEBENTRITT
                                   BY:  MICHAEL D. O'NEAL
                                   (312) 853-7778

                                   Sidley Austin
                                   BY:  JESSICA BOELTER, ESQ.
                                   BY:  CANDICE KLINE, ESQ.
                                   BY:  KEVIN LANTRY, ESQ.
                                   BY:  JILLIAN LUDWIG, ESQ.
                                   BY:  GARY WEITMAN, ESQ.
                                   BY:  JAMES DUCAYET, ESQ.
                                   BY:  KERRIANN MILLS, ESQ.
                                   (312) 853-7030

For Solus LP:                      BY:  STEPHEN BLAUNER
                                   (212) 373-1562

For Jefferies & Company:           BY:  JUSTIN BRASS
                                   (203) 708-5847

For Dow Jones & Company:           BY:  PEG BRICKLEY
                                   (215) 462-0953

TELEPHONIC APPEARANCES:
(Continued)

For Michael Ching:              Allen & Company
                                BY:  MICHAEL CHING
                                (212) 339-2431

For Bank of America:            O'Melveny & Myers
                                BY:  DANIEL CANTOR, ESQ.
                                BY:  EVAN JONES, ESQ.
                                (212) 326-2000

                                Bank of America
                                BY:  ESTHER CHUNG
                                (646) 855-6705

For Kramer Levin:               BY:  KATHERINE CRUZ
                                (212) 715-9308

For Wilmington Trust            Brown Rudnick LLP
Company:                        BY:  ANDREW DASH, ESQ.
                                BY:  JARED ELLIAS, ESQ.
                                BY:  MARTIN SIEGEL, ESQ.
                                (212) 209-4811

For The Creditors Committee:    Chadbourne & Park LLP
                                BY:  DOUGLAS DEUTSCH, ESQ.
                                BY:  MARC ROITMAN, ESQ.
                                BY:  HOWARD SEIFE, ESQ.
                                (212) 408-5169

                                Zuckerman Spaeder LLP
                                BY:  ANDREW GOLDFARB, ESQ.
                                (202) 778-1800

                                Landis Rath & Cobb LLP
                                BY:  ADAM G. LANDIS, ESQ.
                                BY:  MATTHEW B. MCGUIRE, ESQ.
                                (302) 467-4444

For UBS Investment Bank:        UBS Securities LLC
                                BY:  NEEL DOSHI
                                (203) 719-8723

For RBS Greenwich Capital:      RBS Securities, Inc.
                                BY:  JEFFREY FARKAS
                                (614) 577-1120

For Perry Capital:              BY:  JAMES FREEMAN, ESQ.
                                (212) 583-4000

For Arrowgrass Management:      BY:  ARIF GANGAT
                                (212) 372-8938

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For U.S. Department of Labor: | BY:  LEONARD GERSON<br>(202) 693-5615 |
| For Angelo Gordon & Company: | Wilmer Cutler Pickering Hale & Dorr<br>BY:  ANDREW N. GOLDMAN, ESQ.<br>(212) 230-8836 |
| For Citigroup: | Paul Weiss Rifkind Wharton & Garrison LLP<br>BY:  ANDREW GORDON, ESQ.<br>BY:  ANDREW LEVY, ESQ.<br>BY:  STUART C. MCPHAIL, ESQ.<br>(212) 373-3543 |
| For DE Shaw: | BY:  SARAH S. JOHNSON<br>(212) 478-0833 |
| For Anna Kalenchits: | BY:  ANNA KALENCHITS<br>(212) 723-1808 |
| For Longacre Management Fund: | BY:  STEVEN KALTER<br>(212) 259-4305 |
| For JPMorgan Chase Bank: | BY:  KEVIN C. KELLEY<br>BY:  SHACHAR MINKOVE<br>(212) 648-0427 |
| For Morgan Stanley: | Weil Gotshal & Manges LLP<br>BY:  EVAN LEDERMAN, ESQ.<br>(212) 310-8948 |
| For Latigo Partners: | BY:  SCOTT T. MCCABE<br>(212) 754-1813 |
| For Dennis A. Prieto: | Aurelius Capital Management<br>BY:  DENNIS A. PRIETO<br>(646) 445-6516 |
| For Merrill Lynch: | Kaye Scholer LLP<br>BY:  MADLYN G. PRIMOFF, ESQ.<br>(212) 836-7042 |
| For TPG Credit Management: | BY:  JONATHAN T. ROITER<br>(612) 851-3014 |
| For Law Debenture Trust Company of New York: | Kasowitz Benson Torres & Friedman<br>BY:  DAVID ROSNER, ESQ.<br>(212) 506-1726 |

TELEPHONIC APPEARANCES:
(Continued)

For EOS Partners:                BY:  MIKE J. SCHOTT
                                 (212) 593-4046

For Stutman Treister             BY:  K. JOHN SHAFFER
& Glatt:                         (310) 228-5690

For Barclays:                    Mayer Brown LLP
                                 BY:  MICHAEL L. SIMES, ESQ.
                                 BY:  AMIT K. TREHAN, ESQ.
                                 (212) 506-2607

For U.S. Department of           BY:  MATTHEW J. TROY
Justice:                         (202) 514-9038

For Contrarian Capital           BY:  JOSHUA TRUMP
Management:                      (203) 862-8299

For EGI-TRB, LLC:                Jenner & Block
                                 BY:  ANDREW VAIL, ESQ.
                                 (312) 840-8688

For Alvarez & Marsal:            BY:  BRIAN WHITTMAN
                                 (312) 601-4227

For Matthew A. Zloto:            BY:  MATTHEW A. ZLOTO, PRO SE
                                 (646) 445-6518

1    WILMINGTON, DELAWARE, THURSDAY, JULY 29, 2010, 11:02 A.M.

2              THE CLERK:  All rise.

3              Please be seated.

4              THE COURT:  Good morning, everyone.  Let me -- this

5    is the debtor's motion, but let me hear from the debtor first

6    on overall status of what, if anything, has developed over the

7    last few days with respect to these issues concerning the

8    Examiner's report.

9              MR. KRAKAUER:  Your Honor, in terms of the principal

10   parties in the case, I think the one thing that's developed is

11   everybody wants to see the Examiner's report in connection with

12   the confirmation hearing.  We've -- we heard at the end of last

13   week that the Examiner was going to file the report, large

14   portions of it under seal.  When he told us very shortly before

15   he filed the motion to do that, we responded with our motion.

16   The first time we saw it was obviously when it was filed on

17   Monday and everybody has spent a lot of time, late Monday night

18   and Tuesday morning, reading what was filed, so that's been

19   assimilated very quick, but we're prepared to continue to go

20   forward at this point.

21             THE COURT:  All right.  Then let me ask first, at

22   least from the debtor's standpoint, based upon the filings that

23   I've seen, has a consensus yet been reached with respect to the

24   parties as it's discussed and defined in the papers?

25             MR. KRAKAUER:  I'm sorry, Your Honor, the?

1          THE COURT:  Has a consensus been reached with

2   respect to receipt of the report in its full form with respect

3   to the quote, "parties"?

4          MR. KRAKAUER:  None of the parties have -- who have

5   expressed any confidentiality concerns have opposed providing a

6   report to the principal parties.  I'm not aware of any party,

7   other than the U.S. Trustee, who said everybody should have it.

8          THE COURT:  Well, there's another -- I think the

9   Credit Lenders also made the same request or -- one of the

10  other parties did, but -- and that's an issue I would like to

11  talk about at least preliminarily in a moment, but I first want

12  to find out with respect specifically to the relief -- request

13  for relief that's before me today there is some consensus and

14  I'll ask others too.

15         MR. KRAKAUER:  I believe there is full consensus in

16  that, Your Honor, that everybody is in favor of that.

17         THE COURT:  Okay.  Does anyone have a contrary view?

18  All right.  I'll consider that to be some progress.

19         So I will -- unless there are further revisions to

20  the proposed form of order based, for example, on Merrill

21  Lynch's response if one is required, I'm prepared to grant that

22  relief that day.

23         MR. KRAKAUER:  There are minor revisions to the form

24  of order.  Things like we're making clear the individual

25  members of the creditor's committee can also review the report

1    and we're also making clear that the Examiner has informed us

2    there were some models that he used in connection with the

3    report where he's prepared to provide us and we would also

4    include that, but I have a revised form of order which I'm

5    prepared to hand up.

6             THE COURT:  Okay.  If you would do that, I'd

7    appreciate it.

8             MR. STARK:  Good morning, Your Honor.  Robert Stark

9    from Brown Rudnick on behalf of Wilmington.  We would just like

10   to see the order before it's ultimately handed up.

11            THE COURT:  Okay.  Let me ask that it be shared with

12   others who have not yet seen it.

13            MS. PRIMOFF:  It's Madlyn Primoff for Merrill Lynch.

14   We have not seen it either and would request a copy.

15            THE COURT:  Well, let me ask that copies be

16   distributed within the courtroom and then as we walk through

17   the blackline we'll try to make sure we cover whatever changes

18   have been made so the people on the telephone can make an

19   evaluation about whether they have any concerns about the

20   changes.

21            MR. KRAKAUER:  Thank you, Your Honor.

22            THE COURT:  Okay.

23            MR. KRAKAUER:  Your Honor, would it make sense for

24   me to hand out the order now, people can look at it and then we

25   can come back to it later in terms of reading it --

 1              THE COURT:  Yes, let's do it now.

 2              MR. KLAUDER:  Your Honor, if I may?

 3              THE COURT:  Go ahead.

 4              MR. KLAUDER:  David Klauder for United States

 5   Trustee's Office.  I didn't know if you wanted to address the

 6   issue, I know Mr. Krakauer mentioned our office and kind of our

 7   concern with getting the report out to everyone.  So I don't

 8   know if --

 9              THE COURT:  We are going to address that in a

10   moment.

11              MR. KLAUDER:  Okay.

12              THE COURT:  And -- well, we're going to address that

13   in a moment.

14              MR. KLAUDER:  And also the scheduling and all that.

15   I guess that's all subsumed in the same issue.

16              THE COURT:  I think -- well, put it this way,

17   whether or not I make a ruling on -- in this issues today, I

18   think we need to discuss them today.

19              MR. KLAUDER:  Okay.  Thank you.

20              THE COURT:  Thank you.

21              MR. KRAKAUER:  I don't know if there's anybody else.

22   Would it be helpful -- the form of order I had actually has the

23   changes, but I can read into the record the changes.

24              THE COURT:  All right.  Well, everyone -- has

25   everyone in the courtroom now who wants one received a copy of

1    the proposed revised order?

2              UNIDENTIFIED FEMALE:  No, not yet.

3              THE COURT:  Let's get that done first and when

4    that's done, then we can walk through the proposed changes.

5              All right.  Mr. Krakauer, may I have a copy of the

6    blackline?

7              MR. KRAKAUER:  Your Honor, the one I have though --

8    I crossed out the --

9              THE COURT:  Okay.  All right, let's walk through

10   this.

11             MR. KRAKAUER:  Okay.  On Page 1, minor change.  We

12   changed rather than order on motion, we put order approving

13   motion in the title.

14             THE COURT:  Yeah.  And it's struck out in the title.

15             MR. KRAKAUER:  Yeah, the strikeout was actually

16   added and is not in the original order, Your Honor.

17             THE COURT:  All right.

18             MR. KRAKAUER:  So that's done.  Oh and from what

19   people are looking at, it -- the title would end after the

20   words document depository and there would be not order and --

21   after document depository and there would be no order and no

22   part two.

23             THE COURT:  Okay.

24             MR. KRAKAUER:  In the body of the order on Page 2 we

25   have added an additional ordered that all objections to the

1   motion are overruled and it is further.  We've corrected the

2   spelling of the word capitalized and we've put shall have the

3   same meanings as set forth in the authorization order.

4           And then I think we no longer need to reference the

5   -- we don't need to reference the discovery scheduling order,

6   so actually that would come out, Your Honor.

7           THE COURT:  Okay.

8           MR. KRAKAUER:  Okay.  We've dropped footnotes here.

9   First, we've dropped a footnote to make clear that the

10  definition of Official Committee of Unsecured Creditors as a

11  party shall include each of its individual members who signed

12  an acknowledgment attached to the depository order, so that the

13  members of the committee can also review the material -- the

14  Examiner materials.

15          We've made clear that the term exhibits for this

16  purpose shall also include financial models used by the

17  Examiner in connection with the report.  The Examiner has

18  indicated he's willing to provide.

19          And we've also made clear that the term transcript

20  shall also include, in the case of each transcript, the errata

21  sheets showing all corrections made to the transcript, which

22  the Examiner says that he has and says we should define it that

23  way.

24          And then on Page 3, the blackline would not be

25  included, Your Honor.  That was in another version --

1          THE COURT:  Okay.

2          MR. KRAKAUER:  -- that we apologize for, but that

3  would be stricken.  And that was not in the original order

4  either.

5          THE COURT:  Okay.

6          MR. KRAKAUER:  And that's it.

7          THE COURT:  All right.  So let me ask then, for the

8  record, does anyone else wish to be heard in connection with

9  the debtors' motion and the proposed form of relief as been --

10  as it's been adjusted in the revised proposed form of order?

11          I hear no response.  Mr. Klauder?

12          MR. KLAUDER:  Sorry, Your Honor.  I'm reading here

13  and I -- on Page 3 of the order -- just one moment.  We'd like

14  an addition after about four or five lines down where it says,

15  "And are receiving access to such documents pursuant to, the

16  document depository order."  We'd also like added in there, "Or

17  Section 107 of the Bankruptcy Code."

18          THE COURT:  Mr. Krakauer, any problem with that?

19          MR. KRAKAUER:  Can I just --

20          MR. KLAUDER:  Yeah, one moment, Your Honor?

21          THE COURT:  Yes.

22      (Pause in proceedings)

23          MR. KRAKAUER:  Yeah, that's fine.

24          MR. KLAUDER:  I think we have agreement on that.

25  It's actually going to say to our office, so --

1           THE COURT:  Very well.

2           MR. KLAUDER:  -- I mean --

3           THE COURT:  Okay.  Any other comment on the proposed

4    form of order?

5           All right.  I hear no further response.  Okay.  When

6    can I have the final form of order?

7           MR. KRAKAUER:  We'll get it over to you very

8    shortly, Your Honor.

9           THE COURT:  Okay.

10          MR. KRAKAUER:  I'll have it redone.

11          THE COURT:  All right.  Now let's talk about other

12   issues that have been raised in response to the debtors'

13   request today concerning full disclosure of the entire report

14   and the respective parties' views on how, if at all, it should

15   affect voting deadlines.  And this frankly is precipitated

16   largely in my mind by the fact that, at least in the Examiner's

17   view, by virtue of the parties' claims of confidentiality, much

18   of which he considers to be meritless, he's been unable, he

19   says, to file a report in redacted form, such that it would be

20   meaningful to those reviewing it.

21          Now the Examiner also notes that, given -- to use

22   his phrase with respect to some of the issues, the density and

23   complexity that it's probably not very likely that many people

24   will read the full report anyway.  So I think that, as I look

25   at the matter, preliminarily while I have not changed my view

1    that the full report ultimately should be made publicly

2    available, the specific dynamic that I think the Court and the

3    parties need to address is, what is really necessary in the way

4    of any further filing by the examiner, if anything, which

5    should aide and which could aide in the voting process and

6    which may, depending upon the timing of that filing, result or

7    should result in an extension of the voting deadline.

8          The couple of preliminary thoughts I have about that

9    are, you know, in this case, even without the Examiner's

10   report, we have an extensive and had an extensive series of

11   hearings and arguments and disputes over what should go in the

12   disclosure statement.  And in partial resolution of those

13   issues, five or six parties -- I forget the exact number --

14   were permitted to add letters to the disclosure package -- to

15   the voting package, which set forth their respective positions.

16         So I'm not sure, for voting purposes, really what

17   else needs to be aired to enable people entitled to vote to

18   have a meaningful -- to have adequate information.  It's

19   really, in my mind, for confirmation -- for voting purposes a

20   disclosure issue concerning the Examiner's report, not really

21   an issue about whether ultimately it should be made available

22   to the public, which I think everybody understands in some form

23   or other this Court is going to order.  The -- but I'm not

24   convinced that needs to be done prior to the voting deadline.

25   It may need to be done prior to the confirmation objection

1  deadline.

2          So look, there are -- as I look at it, there are

3  issues and sub issues, but I think from my standpoint for our

4  immediate purposes, I'd like to frame it in terms of the

5  confirmation process not really in terms of whether ultimately

6  the full report should be made publicly available, which I

7  think it should, subject to what I hope will be boiled down to

8  a few, if any, meritorious concerns that some of the parties

9  may have respectively.

10          Okay.  Now with that having been said, let me hear

11  from others on those issues, which -- on which as I said

12  earlier, I may not rule today, but I have other thoughts about

13  what I might do with respect to scheduling of the Examiner's

14  motion, now set for the 9th, or confirmation schedule.  I'll

15  hear first from the debtor.

16          MR. KRAKAUER:  Your Honor, first we agree that the

17  full report ultimately should be made public.  We don't have

18  any dispute about that.  However quickly the Court does that,

19  that's fine with us.  And I think one of our newspapers filed

20  their own pleading on that that wasn't coordinated with it and

21  didn't read it, didn't know about it before it happened.

22          In terms of the disclosure for voting purposes,

23  there is -- we agree with the sense -- with the Court's

24  comments, there is the matter of disclosure out there.  There

25  is the very lengthy disclosure statement itself that provides a

1  lot of analysis in connection with the various causes of

2  action, such we did have -- we do have the position papers of

3  the parties that sets forth the various arguments and you have

4  an Examiner himself who has approximately a 20, 25 page

5  summary, which sets forth all the conclusions.

6          THE COURT:  It does, but I will tell you I'm

7  disappointed that the Examiner did not feel that he was in a

8  position to file at least a redacted report of some greater

9  length and detail, which I think was his intention and frankly

10 was the Court's expectation in time that the voting deadline

11 would not have to be moved out yet again.  So I -- that I'm

12 disappointed about.

13          MR. KRAKAUER:  Understand that, Your Honor, and --

14 but we are where we are on that.  And in terms of somebody

15 actually voting on the plan, looking at the conclusions that is

16 typical of what you would find in connection with a disclosure

17 statement.  That type of disclosure, what the conclusions are

18 and what the Examiner believes that he found.  So I think it is

19 -- it's typical of what you normally see.  It is not typical to

20 have in a disclosure thousands of pages of documents, a

21 thousand-page report and such to go out to the public and we

22 don't believe that's necessary to make a voting decision.

23          THE COURT:  All right.  Thank you.  I'll hear from

24 others.

25          MR. JOHNSTON:  Good morning, Your Honor.  Jim

1    Johnston of Hennigan Bennett and Dorman on behalf of the Credit

2    Agreement Lenders.  We did raise this issue in our papers.

3    Your Honor knows our goals here and I may be sounding like a

4    broken record by this point because we've argued it before.

5          I think we've been consistent from the beginning in

6    asserting that creditors, especially the Credit Agreement

7    Lenders who are being asked to give up $425 million to settle

8    these alleged LBO claims, should at least have a small window

9    of time to review the Examiner's report before voting on the

10   plan.  While we disagreed back at the beginning of the month

11   about just how long that window of time should be, I don't

12   think Your Honor or anyone else ever disputed that creditors

13   should have access to the full Examiner's report for at least

14   some time before the voting deadline.

15         And with respect to the disclosure statement --

16         THE COURT:  Well, at least a redacted version

17   anyway.

18         MR. JOHNSTON:  At least a redacted version.

19         With respect to the disclosure statement, I

20   distinctly recall discussion and argument from the debtors at

21   the time that the description of the claims and the settlement

22   in the disclosure statement, which we described as cursory and

23   inadequate, was okay because we were told creditors would have

24   access to the full independent judgment of the Examiner and

25   they can make up their own mind; they wouldn't need to take the

1    debtors' word for it.  So I do not think standing alone the

2    disclosure statement does provide adequate information with

3    respect to the claims.

4           The same thing with the parties' position

5    statements.  You'll recall that we submitted a much longer

6    position statement to go in and set our views forth and the

7    debtors and other settlement supporters said well, let's limit

8    it to three pages; originally they said two because you're

9    going to have this Examiner's report out there.  People will be

10   able to look to the Examiner's report, they don't need the

11   parties' advocacy.  So it is something of a catch-22 to now

12   stand here and rely on the disclosure documents, which were

13   limited at least in part because there was going to be an

14   Examiner report coming and now not have the full sum report

15   available.

16           THE COURT:  Well, the debtor's right, I think, when

17   it says the most important part of the Examiner's report has

18   been revealed already, and that is his assessment in a range of

19   what a Court is likely or not likely to find or to do.

20           MR. JOHNSTON:  Well, let's talk about that.  I think

21   what the -- what we have now is a hallow shell of the report.

22   And it's a shell that I would submit is minimally useful at

23   best for voting purposes and I think you can start -- or pick

24   up with what Your Honor noted earlier with what the Examiner

25   himself says.  In his motion to seal he states that the

1    redactions he was forced to make to the report "severely

2    impaired the substance and quality of the report rendering it

3    of little value to the reader."

4         THE COURT:  But he doesn't say it any way impacts on

5    the validity of his conclusions.

6         MR. JOHNSTON:  It does not impact the validity of

7    his conclusions, but it absolutely impacts the ability of

8    anybody standing on the outside reading the report to

9    understand the basis for the conclusions, which I think is the

10   fundamental purpose of the report.  Consider that every single

11   factual finding in the report has been redacted, there's a 630

12   page factual summary that's under seal in its entirety.

13   There's a 420-page legal analysis of the alleged LBO claims

14   where every single reference to every relevant fact is omitted.

15   What's left is a summary of the law and various legal

16   conclusions without application to any of the facts.  One of my

17   clients described it as like reading a Playboy magazine with

18   big black bars strategically placed over all the pictures.

19        THE COURT:  My, how frustrating.

20        MR. JOHNSTON:  Frustrating is a very good word for

21   it and believe me I've had a lot of people express a lot of

22   frustration in the last few days.  The summary in Volume 1,

23   which you heard about this morning, is just that; it's a

24   summary.  With respect to the claims at issue, it's actually an

25   18-page summary of the conclusions on the LBO claims.  It's an

1  18-page summary of an 1,100 page report.  We would submit that

2  an 18-page summary of an 1,100 page report is not remotely

3  adequate for purposes of informing creditors.  The summary is

4  simply a statement of what the Examiner ultimately concluded

5  without reference to the facts that underlie those conclusions

6  or any of the substantive analysis.

7        Creditors now know what the Examiner concluded, but

8  not why those conclusions were reached.  There's no references

9  to documents, testimony or evidence, there's no financial

10  analysis or any valuation numbers at all to support the

11  Examiner's conclusions regarding solvency and insolvency at

12  various points in time.  There's no evidence to support the

13  Examiner's conclusions with respect to the reasonableness or

14  unreasonableness of Tribune's projections at various points in

15  time.  There's no facts period.

16        I have no doubt that all of that information and

17  probably much, much more is contained in the report, but right

18  now it's simply impossible for any creditor to review the

19  actual facts as found by the Examiner in order to assess the

20  conclusions and draw their own judgments with respect to the

21  settlement.  And frankly, Your Honor, I'd venture to guess that

22  that is not what Your Honor expected would occur.  That's

23  certainly --

24        THE COURT:  It's certainly not.

25        MR. JOHNSTON:  It's certainly not what we expected

1 would occur.

2          I found it interesting that in the motion that was

3 up today, the debtors sought the relief they requested on seal

4 -- or not on sealing, but on delivery of the report to the

5 restricted parties because they say that those parties need the

6 report to prepare for confirmation.  Of course, we do, but the

7 far more fundamental and consequential objective has to be

8 getting adequate information out to creditors who are asked to

9 vote on this plan, which contains a settlement of the claims

10 that are at issue in the 1,100 page report.  And I will say,

11 Your Honor, there's no question that creditors are keenly

12 interested in the report.  I'm not exaggerating when I say that

13 in the last two days I've fielded 50 or more phone calls; some

14 from my clients, many from people who are not my clients

15 wanting to discuss the report, wanting to understand it and I

16 have to tell them I'm in the same position as you.  I only see

17 the conclusions.  I don't see the basis for the conclusions. I

18 can read the conclusions, but we don't know how Mr. Klee got

19 there.

20          Turning to I guess the other side of the question,

21 which hasn't been discussed yet, what is the harm in extending

22 the voting deadline?  I don't think there is one here.

23          THE COURT:  Well, we talked about that at the last

24 hearing and I guess the -- at least in my view, the biggest

25 possible harm is the lapse of the exclusive period, which may

1  inevitably result in the filing of other plans, although I will

2  tell you were that to occur I would not untrack the debtors

3  confirmation track awaiting the process of any other plans that

4  were filed to catch up.

5          MR. JOHNSTON:  And we wouldn't expect you to do

6  that.  The exclusivity issue is the boogeyman.  It's -- simply

7  because a plan is out there and doesn't have an approved

8  disclosure statement, is well behind the current plan, there

9  isn't harm to creditors resulting from that.

10         THE COURT:  Well, it wouldn't be the first time

11  recently for me in which a plan objector said oh, I've now

12  filed a plan.  You should not confirm the plan that's before

13  you and you should wait until you have a chance to consider

14  mine and creditors have a chance to vote on it.  So, you know,

15  in my mind based upon, especially my recent experience, that

16  possibility is real.

17         MR. JOHNSTON:  Understood.  And I can only approach

18  it from our perspective, we acknowledge there's a plan that's

19  approaching confirmation right now.  We tend to believe, in

20  light of the Examiner's conclusions, that that plan is dead,

21  that it's going to be voted down, but the schedule is what it

22  is.  And the fact that exclusivity has a hard stop coming up

23  here shouldn't impact on whether creditors actually have the

24  chance to receive the Examiner's report and vote on the plan

25  that's on the table.

1          And if you wanted to balance the equities, Your

2    Honor, on one hand alleged harm resulting from the termination

3    of exclusivity and the other hand getting adequate information

4    out to creditors, I'd ask you to think about the situation

5    we're in.  You have a plan being pushed forward under the

6    shelter of exclusivity by management that the Examiner has

7    found to have breached their fiduciary duties.  We don't know

8    the underlying basis for those conclusions, but that's the

9    conclusion.  Not coincidentally, that plan provides those very

10   same people with releases and indemnification.

11          At the same time you have the Examiner being forced

12   to file a severely redacted report, one that the Examiner

13   himself believes to be incomplete and misleading, as I

14   described earlier, due to the "absurd" claims of

15   confidentiality, the Examiner's word not mine, by the arranging

16   banks that the Examiner has also found to have acted in bad

17   faith.  Conclusions; we don't know the support.  Once again,

18   the plan now on the table provides for releases and indemnities

19   in favor of those bad faith banks who put forth absurd

20   confidentiality claims.

21          If you want to balance the equities I would submit

22   that they clearly favor giving parties here time to read the

23   full report before deciding that it's actually reasonable and

24   appropriate to accept the plan that releases and indemnifies

25   these parties.  If the current voting deadline stands, I don't

1    know how you ever could conclude that creditors actually knew

2    what they were voting on or the actual claims they were

3    releasing.

4              THE COURT:  Thank you.

5              MR. JOHNSTON:  Thanks.

6              MR. STARK:  Good morning, Your Honor.  Robert Stark

7    from Brown Rudnick on behalf of Wilmington Trust.  Ironically,

8    I agree with virtually everything the Credit Lenders group just

9    said.  I think -- Your Honor's heard me say this before in

10   connection with disclosure statement hearings.  Part of what

11   you're voting on is not just the tombstone ad at the front of

12   the disclosure statement, here's what your claim estimated and

13   here's what you're getting, it's you're voting to a process,

14   and what is that process that will lead us ultimately to a

15   confirmation hearing and a ruling one way or the other.  And at

16   times, in cases like this where the contention is this

17   aggressive, you're voting for a litigation in effect a big

18   trial on issues.

19             I think it's really important -- I know Your Honor

20   just came back from vacation and I think if only for the

21   record, if Your Honor will let me do this, I think it's really

22   important to understand and acknowledge the staggering

23   conclusions this Examiner reached in comparison to the

24   settlement embedded in the plan.  Mr. Klee concluded that the

25   second step of the LBO was a fraudulent conveyance.

1          THE COURT:  Intentional fraudulent conveyance.

2          MR. STARK:  And constructive.  He said on the

3    constructive side it's a no brainer, the intentional it's maybe

4    a little bit more subject to interpretation, but that's $3.6

5    billion of debt that he says should not be allowed by this

6    Court and is in their plan allowed and participating on a pro

7    rata basis under this plan.  Since it's an intentional

8    fraudulent conveyance, 546(e) does not shield payments that

9    were made to shareholders, including I understand at least one

10   big foundation who got one big, very large piece of that 3.6

11   billion.

12         THE COURT:  Yeah, and under Third Circuit law that's

13   probably a subordible (sic) position.

14         MR. STARK:  And going beyond that, following <u>Tusa</u>

15   (phonetic) down in Florida, but I'd like to think that's good

16   law in every jurisdiction, if your obligation is avoided as a

17   fraudulent conveyance, all those pre-petition interest payments

18   and all those fees to the advisors and the banks, also are

19   subject to discouragement.  Take their $6.6 billion of

20   enterprise value, add four-plus billion of now found legitimate

21   estate causes of action, remove out nearly four billion of debt

22   that's before my client's position in the case, lo and behold I

23   went from the bottom of the ladder to now being hopefully par

24   paper.

25         What this program that's being pressed forward, damn

1    the torpedo, damn what Mr. Klee said, is a trial on all of

2    that.   If you're a holder of this debt anywhere in the capital

3    structure, including particularly the senior notes, okay,

4    shouldn't you know what damn the torpedo and damn the trial

5    means because you're being -- your vote is to assent to that

6    trial and what the implications could be, both good and bad.

7    And I think, you know, it's a dense -- very, very dense summary

8    where even Mr. Klee says it doesn't do it justice.   You've got

9    to see the evidence.   And these are sophisticated people

10   represented by sophisticated counsel; they need to see the

11   evidence.   None of us today unfortunately can actually tell you

12   what the evidence is because none of us have even seen the

13   actual evidence itself.

14            THE COURT:   You'll see it shortly.

15            MR. STARK:   We will, but then it all -- it's an

16   interesting time to be having a conversation about should we

17   damn the torpedoes?   They don't even know what the evidence

18   says.   And I'll go one step further, Your Honor, okay, besides

19   the fact that the ladder has been upended, or should be so says

20   Mr. Klee, and since Third Circuit law says Your Honor asks the

21   Examiner to help you canvass all the issues to see whether or

22   not the settlement is appropriate, I think he's right.   The

23   settlement is dead.   It has to be dead.   And to damn the

24   torpedoes I think is wrongful -- very wrongful.   And I ask,

25   because there's so many different things that's sort of alluded

1  to, but we don't know, about management and their behavior, I

2  have to ask questions as to why.

3        Now, Your Honor, I appreciate, I completely

4  appreciate that if we pause and it delves into a litigation

5  morass it gets really heavily into a litigation morass and that

6  doesn't progress things and we want to get to a conclusion.

7  But certainly I think everybody could use a pause, read the

8  thing, think about what it means, and talk amongst ourselves

9  about what the next step is because the damn the torpedoes

10  makes no sense to me.

11        THE COURT:  Well, the discussion, I'm assuming, will

12  continue in a new phase immediately.

13        MR. STARK:  But let's get to the task at hand, which

14  is the voting deadline.

15        THE COURT:  That's what I'm most concerned with.

16        MR. STARK:  Okay.  It all -- it's all part and

17  parcel of the same because again, if we're going forward damn

18  the torpedoes and I'm going to vote and I don't know what the

19  litigation is and these are very sophisticated people holding

20  very large sums of debt here, shouldn't they know it?

21  Shouldn't they have the opportunity to adjust it?  Shouldn't

22  they have the opportunity to talk with their brethren creditors

23  and see what it means and then talk amongst ourselves?  I think

24  a voting deadline is needed -- extension is needed, it seems

25  obvious to me that it's needed.  It was always a predicate of

1    the dual track.   Sometimes dual tracks converge and you've got

2    to choose which track you want.   Going forward with the plan,

3    removing out the most salient point, the evidence leading to

4    conclusions that says their settlement makes no sense, I think

5    suggests the plan to -- the confirmation order, if it is

6    confirmed over that, to an independent reason for appeal, which

7    is that people didn't have the opportunity to actually know

8    what the underlying evidence is.   They need to know.   We all

9    need to talk about it.

10             THE COURT:   Appeals don't concern me, Mr. Stark.

11             MR. STARK:   I understand, Your Honor.   It wasn't

12    intended that way.   It's intended to get to surety.   I may not

13    be the one appealing it, but we need to get to surety.   Thank

14    you.

15             THE COURT:   Thank you.

16             MR. LEMAY:   Your Honor, good morning.   David LeMay

17    from Chadbourne and Park for the Official Committee of

18    Unsecured Creditors.   We are here, of course, having a

19    conversation about voting deadlines and voting, I'll note that

20    Mr. Stark's clients actually are statutorily deemed to have

21    voted no.   So his clients, in effect because of the way the

22    plan has constructed, have in effect been deemed to have cast

23    their vote no -- we know what their vote is.   I actually

24    represent the people who are supposed to be voting and do have

25    a vote on the plan.   Mr. Stark's clients don't because of the

1   subordinated nature of their claim and the fact that the plan,

2   if confirmed, just does not provide them with any recovery.

3          So let's talk about voting, Your Honor, and so here

4   it is, the Examiner's report.  I love being a lawyer.  I'm

5   always very happy and proud to be a lawyer, but Your Honor in

6   the real world the only people who would ever say that this is

7   skimpy or scant or insufficient are lawyers; real people don't

8   do that.  Now there is a very valid for lawyers and Your Honor

9   absolutely averted to it in connection with the trial and the

10  hearing on confirmation issues.  That's when the lawyers should

11  dig into all of these pages and there will be that hearing, but

12  honestly let's think about the voice of the United States

13  Congress when telling us all what we should be thinking about

14  here.

15         Disclosure statement has already been approved, so

16  this isn't literally a hearing under Section 1125, but I think

17  Your Honor might indulge me in thinking that 1125 is probably

18  the best and most reasonable template or standard in which the

19  Court should assess what to do with this voting deadline.  And

20  Congress was thinking about that, Congress was thinking about

21  what people should have in front of them, we all know it.  It's

22  what the -- the information is that which a hypothetical

23  investor typical of the holders of claims or interests in the

24  relevant class would need to make an informed judgment.

25  Typical investor, informed judgment.

1          Again, we are not having a Section 1125 hearing,

2     we've already had that, but I think Congress' intent speaks

3     very clear here.  And truly, Your Honor, from the point of view

4     of a typical investor, I think the Examiner's conclusions not

5     only can be adequately summed up in 15 or 20 pages, I actually

6     tried to do it and I think it can be done in about four

7     sentences.

8          Let's take Mr. Johnston's clients, for example.  The

9     issue for Mr. Johnston's clients is as follows from the

10    Examiner's point of view, to the extent that they hold step one

11    debt, they can either take 92.5 percent of the enterprise value

12    of the company and get on with life or they can alternatively

13    decide that perhaps some of these causes of action that the

14    Examiner identified with respect to selling shareholders and

15    with respect to possible officers are worth pursuing instead or

16    in lieu of.  And so it's a question for them, it's a question

17    they can decide, and I guess it's whether they feel lucky that

18    day or not, but I don't think that it's really the case that

19    anybody in that class has a difficult dilemma.

20         Let's look at the general unsecured creditors,

21    people like the ones I represent.  They've got a pretty --

22    they've got a choice and the Examiner tells them what to think

23    about.  And what the Examiner tells them is well, okay, you can

24    vote in favor of this plan and then get what we think is a very

25    good recovery and a very meaningful recovery to general

1  unsecured creditors, or you can roll the dice on the litigation

2  option pursuing the selling shareholders, pursuing the option -

3  - the officers and directors and you can get in line with $7

4  billion of senior debt that the Examiner has said is probably

5  unassailable.  We might disagree with that at a trial, but

6  basically the Examiner is telling the investor in my clients'

7  class well, take the plan, take the recovery or take the

8  litigation option, but if you take the litigation option you

9  might be sharing and share alike with $7 billion of senior debt

10  from step one.

11       Again, you could do the same thing with both step

12  two and the bridge lenders.  The Examiner's conclusions as to

13  those folks, and the reasons for those conclusions, are no

14  secret at all.  Basically I think the Examiner's report lays

15  out kind of a road map of where they stand.

16       So, Your Honor, I think that the Court identified at

17  the beginning of the hearing the very issue, the distinction

18  between voting and Congress' intention in setting up the voting

19  scheme in Section 1125 and typical investor on the one hand and

20  the lawyers work of having a confirmation hearing on the other.

21  There's no doubt no one in this case -- no one has held any

22  brief, we certainly don't hold any brief for secrecy.  We would

23  like to see the secrecy issue dismissed.  It is unfortunate

24  that we're at this turn, not much that we can do about it.  All

25  of that, I think though, will be resolved before confirmation

1   and I think it is important to keep the voting deadline where

2   it is.

3          Let me talk, Your Honor, about harm.  In addition to

4   the harm relating to competing plans, and I think that is a

5   very real harm, let's remember that, you know, while

6   professional investors here and there -- professional investors

7   in the senior loan category, professional investors in the sub

8   debt and even the professional investors who are bondholders,

9   while they essentially jostle and shove and do all the things

10  that are totally appropriate, there really are a bunch of

11  smaller and much less sophisticated people out there.  You've

12  heard from counsel representing one of the creditors' committee

13  members who represents a bunch of retirees whose retirement

14  payments are not being paid to them currently.

15         There are small creditors out there who are being

16  harmed by every day that they do not get their recovery.  Those

17  are the people that we represent.  Of course we represent the

18  bondholders as well, but I think it's very important while we

19  think about issues of harm to remember that the trade vendor,

20  the butcher, the baker, the candlestick maker, is sitting

21  waiting for his or her recovery and ought not to be made to sit

22  any longer.

23         So, Your Honor, with all that in mind, we would

24  strongly urge that the voting deadline be kept where it is.  I

25  think Your Honor hit right on the mark at the beginning when

1   the Court first addressed this issue.  And to the extent that

2   there's any validity at all to some of the things that have

3   been said, I think that validity rests in the need to get the

4   Examiner's report in connection with the confirmation hearing,

5   not in connection with the voting deadline, where I think

6   Congress has given us quite a roadmap of the level of

7   information that's needed.

8            Your Honor, unless you have questions, that's really

9   all I've got.

10            THE COURT:  I did not.  Thank you.

11            MR. MINUTI:  Good afternoon, Your Honor.  Mark

12  Minuti for Saul Ewing.  Your Honor, I represent the Examiner in

13  the case.  I want to point out that the Examiner is on the

14  phone and available to answer any questions that Your Honor may

15  have.

16            THE COURT:  Thank you.

17            MR. MINUTI:  Your Honor, the Examiner doesn't take a

18  position with respect to the voting deadline and pushing

19  deadlines back, but I thought it would be helpful if I sort of

20  told Your Honor where I think we are on the confidentiality

21  issue so Your Honor can have an idea of what those issues are

22  in the event Your Honor wants to deal with scheduling of those

23  issues as they impact upon the other question Your Honor is

24  being asked to decide right now.

25            Of course, as Your Honor well knows, the Examiner

1  feels very strongly that the entire report, the exhibits and

2  the transcripts should be publicly out there in the public and

3  that's the entire -- that's the relief we requested in the

4  motion that we filed on the 23rd that's going to be handled --

5  that's going to be addressed on the 9th.  That was --

6           THE COURT:  Or maybe sooner.

7           MR. MINUTI:  Or maybe sooner.  We set it up for the

8  9th, Your Honor, because based on prior conversations we had

9  with the Court, that's what we understood was the first day

10  that Your Honor could address those issues.  Now in the interim

11  we obviously supported the debtors' motion, it's our desire to

12  get the report out to everybody.  As Your Honor knows, because

13  Your Honor has seen the unredacted version that we filed on the

14  26th, the report is over 1,000 pages long --

15           THE COURT:  Well, I've seen it, but I haven't read

16  it.

17           MR. MINUTI:  Understood, Your Honor.  Probably not

18  the first thing you wanted to do when you got back from

19  vacation.  But my point, Your Honor, is there are over 1,100

20  exhibits to that report and those 1,100 exhibits amount to over

21  21,000 pages, just to give Your Honor an idea of the magnitude

22  of what we're talking about.  As Your Honor can imagine, and if

23  Your Honor did look at any portion of the report, a lot of

24  those exhibits, Your Honor, are email and correspondence

25  because that's how you figure out really what happened during

1  this period of time.

2          THE COURT:  Well, I did, I will tell you, review

3  Exhibit G.

4          MR. MINUTI:  Very well, Your Honor.  Well, let me

5  tell Your Honor about Exhibit G.  We put Exhibit G in our

6  motion to let Your Honor know where we were at the time that we

7  filed that motion and, as we said in the motion, our desire was

8  to continue to work with the parties to see if we could resolve

9  those issues.  We've taken a few steps forward, Your Honor, but

10 unfortunately we've taken a few steps back from those 47

11 exhibits that appear on Exhibit G to the Examiner's motion.

12         We've resolved most of the issues related to those

13 47 exhibits, but here are the issues that are remaining and

14 this is really why I rose at this particular time, so Your

15 Honor would understand this.  Literally at the last minute,

16 Your Honor, this week Merrill Lynch and Bank of America for the

17 first time, Your Honor, told the Examiner that they had a issue

18 -- a confidentiality issue regarding email addresses and

19 business addresses.  The universe of -- for Bank of America is

20 relatively small; the universe for Merrill Lynch is broader.

21 And so that's one of the issues, whether the Examiner needs to

22 go back in the report and the exhibits and redact all of that

23 information.  And I suspect if Your Honor is going to allow

24 that to happen, everybody else behind me in the courtroom is

25 going to stand up and say we want the same thing done and at

1    the appropriate time I'll tell Your Honor how difficult we

2    think that's going to be to do that, but that's one of the

3    issues.  We have business email addresses, business addresses.

4         I should point -- and let me make that point clear,

5    Your Honor.  There were some exhibits that we used that we saw

6    personal information, like a contact sheet that had somebody's

7    home phone number, we voluntarily redacted all that.  So we're

8    really only talking about business information.

9         Point number two, Your Honor, that I think is still

10   in dispute is there is a transcript of Todd Kaplan who is a

11   representative of Merrill Lynch.  As I understand it, Your

12   Honor, Merrill Lynch has objected to certain pages of that

13   transcript on the basis of confidentiality and they object to

14   the entire transcript being made publicly available on grounds

15   of fairness.  They argue that since there are transcripts of

16   only some but not all of the interviews, it is unfair that that

17   entire transcript is made available.  So that's issue number

18   two.

19         Issue number three, Your Honor -- and there's two

20   more, Your Honor.  Three and four are really due process

21   issues.  All of the Parties, Your Honor, with a capital P, we

22   gave the potential exhibits to and said let us know if there

23   are any confidentiality issues and that's what's addressed in

24   our motion.  What the parties have not seen, and will see after

25   today in light of Your Honor entering the order, they haven't

1  seen the report.  So it is possible, Your Honor, that when they

2  get the report they will have confidentiality issues relative

3  to information in the report.  They -- from a due process

4  standpoint, Your Honor, they haven't had an opportunity to read

5  the report, let us know that's an issue, and there's been no

6  opportunity to resolve it.  So while we don't think there's

7  anything in the report that is confidential, they haven't had

8  that opportunity.

9         The same goes, Your Honor, for the interviewees who

10 there aren't transcripts for.  If we had a transcript, Your

11 Honor, we provided the transcript and said, let us know if

12 anything in the transcript is confidential.  For those

13 interviewees where there are not transcripts, by entering the

14 order that Your Honor did today, we're going to be able to give

15 the report to those interviewees, they can then look at it and

16 they can, from a due process standpoint, tell us whether they

17 think anything is confidential.

18        So as we suggested in our motion, that process can

19 play out, we can come back on the 9th, but from -- I can tell

20 you from the Examiner's perspective, Your Honor, we don't think

21 anything in the report itself is confidential.

22        THE COURT:  Well, let me ask this.  Has the Examiner

23 prepared a -- any redacted version, other than the one he's

24 already filed, which -- in which he says I'll hold out, I'll

25 redact only those things I think that should be legitimately

1  redacted or is the position absolute that nothing should be

2  held back?

3         MR. MINUTI:  Well, I think, Your Honor, with respect

4  to the report itself, I think we've resolved all of the issues

5  except for the two that I mentioned.  And the two that I

6  mentioned I think more go to exhibits to the report than the

7  report itself.  Of course, what we don't know yet is if anybody

8  has a confidentiality concern about something in the report

9  because they haven't seen it.

10        THE COURT:  Well, here's why I ask, because I don't

11  -- again, focusing on the immediate process at hand,

12  specifically first voting then confirmation, I do not believe

13  that a full version of the report is needed for voting purposes

14  and I tend to agree with the Examiner who comments in the

15  publicly available summary that it's unlikely many or most will

16  read the thousands of pages that ultimately will consist of the

17  entire report.  What I am contemplating though is exploring

18  whether some meaningfully -- well, some meaningful version can

19  be filed immediately, whether or not I choose to extend the

20  voting deadline by a few days, and if I would do that I would

21  do it without disturbing the confirmation date, but in time

22  that meaningful information can be made available beyond the

23  summary conclusions.  And that's not to say that those aren't

24  meaningful, but they're obviously short of what I had hoped

25  would be available publicly.  And I'm wondering whether that's

1   something the Examiner is prepared to do in short order.

2           MR. MINUTI:  The answer, Your Honor, is whatever

3   Your Honor asks us to do we will do.  We have a practical issue

4   with that, Your Honor, in that if we try to come up with

5   something short of the full report, again we have the same

6   problem we have as we sit here today, which is we don't know if

7   the Capital P Parties or the interviewees have any claims of

8   confidentiality.

9           We also, Your Honor, have not -- in light of

10  resolving the objection to the 47 exhibits that were attached

11  to the motion, we have not gone back and attempted to redact

12  the report based on that information.  And I would submit that

13  that process, Your Honor, is going to take more than a couple

14  of days.

15          What I would suggest, Your Honor, is as follows.  I

16  really think we're down to some relatively narrow issues that

17  can be argued and decided by the Court very quickly.  I also

18  think, Your Honor, that in light of Your Honor's ruling today

19  on the debtors' motion, we can get the report to the Capital P

20  Parties and interviewees today -- we can post them today.  To

21  the extent people can't pull them from the electronic way we

22  post them, we can get it to them overnight, there is no reason,

23  Your Honor, why the parties and the interviewees can't look at

24  the report in the next day or so, let us know if there's

25  anything confidential in there, and we can come back before

1  Your Honor early next week and resolve the two specific issues

2  I mentioned and any lingering confidentiality issues.  I feel

3  confident in saying that, Your Honor, because again the

4  Examiner strongly believes that there is nothing in the report

5  that is confidential.  So to the extent anybody raises an issue

6  that we can't work out, my sense is we're going to be down to a

7  very small number of issues.

8            THE COURT:  Yeah, I'm thinking of advancing the

9  hearing on the Examiner's motion to Tuesday, August 3rd at 1:00

10 o'clock.

11           MR. MINUTI:  I will also say, Your Honor, that

12 between now and then we will certainly continue to work with

13 the parties that continue to assert objections to see if

14 there's one -- any way to compromise and resolve those issues,

15 but I really think that's the better way to go, Your Honor,

16 particularly in light of the due process issues that we're

17 going to deal with whether we try to redact some portion of the

18 report today or not.

19           THE COURT:  Okay.  Thank you.

20           MR. MINUTI:  Does Your Honor have any further

21 questions of me?

22           THE COURT:  I do not.

23           MR. MINUTI:  Thank you, Your Honor.

24           THE COURT:  Let me just take a two minute break and

25 we'll resume and I'll hear others who have yet to be heard.

1      MR. MINUTI:  Thank you.

2      THE COURT:  Short recess.

3      (Recess taken from 11:54 a.m. to 12:02 p.m.)

4      THE CLERK:  All rise.

5      THE COURT:  All right.

6      MR. BERNSTEIN:  Thank you, Your Honor.  Don

7 Bernstein from Davis Polk and Wardwell on behalf of JPMorgan

8 Chase.  We are not one of the parties who has confidentiality

9 objections to the report being released and so that is not our

10 issue.  The -- we do agree, however, that with the summary that

11 is already available, people have adequate information for

12 voting.  Our view is that this report, and especially the

13 summary, the conclusions that were reached, are something

14 that's going to be useful in the next few days or the next few

15 weeks in trying to get people to resolve some of the issues

16 that Mr. Klee has raised in his report on a negotiated basis.

17 And it's possible that people will do that and perhaps things

18 will change, but the one thing that is certain is that changing

19 deadlines and moving them out puts let pressure on people to do

20 that.

21      So we are actually, you know, we're concerned about

22 the competing plan risk that will change the dynamics.  We

23 think the report is out there.  The report creates a dynamic

24 and to the extent people know that the window is going to shut

25 very soon, is going to put pressure on people to get in a room

1  together and try to resolve issues.  And we think that that is

2  an exceedingly important thing here.  So, you know, I

3  understand, Your Honor, the thought of potentially moving

4  things a few days, but let's not move it out so far that it

5  reduces that pressure.  Thank you, Your Honor.

6          THE COURT:  Thank you.

7          MR. HAMMOND:  Good morning, Your Honor.  Andrew

8  Hammond on behalf of Wilmington Trust -- excuse me, Wells Fargo

9  as Agent.  Your Honor, we support everything that Wilmington

10  Trust and the Credit Agreement Lenders here expressed today.

11  We support the extension of the voting deadline here.

12          As Your Honor notes and mentioned earlier today,

13  there was a significant discussion of the disclosure statement

14  and much back and forth in that regard, but what the disclosure

15  statement didn't discuss was this concept of bad faith on the

16  part of the Agent banks or intentional fraud on the part of the

17  debtors.  We think that the creditors should have an

18  opportunity to evaluate the facts on which the Examiner reached

19  those conclusions that are expressed in his report.  We think

20  all of the creditors have a serious interest in understanding

21  those facts and how they relate to their positions in this case

22  and should have an opportunity to evaluate them before they're

23  required to vote on the plan.

24          And in that regard, Your Honor, we also believe that

25  the fact that the Examiner found fraud on the part of the

1  debtor, merits slowing down the process, rather than speeding

2  it up.  And in that regard, we also understood that in any

3  event the company probably won't emerge until the end of the

4  year, in light of the need for FCC approval.  So there should

5  be room in the schedule to accommodate a slowdown of the

6  process.  So to that end, Your Honor, we just wanted to advise

7  you, consistent with your prior direction, that we intend to

8  file a motion to adjourn the schedule tomorrow.  Thank you,

9  Your Honor.

10        MR. KLAUDER:  Good afternoon, Your Honor.  David

11  Klauder for the United States Trustee's Office.  We filed a

12  response to the debtors' motion and we are generally in support

13  of the arguments made with regard to the scheduling and

14  extending the voting deadline -- extending some of the

15  deadlines here.  Your Honor, I would note that in his report,

16  the Examiner -- in the report that -- the part that was

17  publicly filed, the Examiner did comment that prior

18  investigations with regard to the transaction were not

19  complete, which hampered his ability to -- hampered his

20  investigation also made it more complex.  So obviously there's

21  new information that's in this report and we think it's

22  critical that it be out there for all creditors to review, have

23  ability to access, review and be able to use to vote upon.

24        The fact that it is possible or even probable that

25  not all creditors will review the entire report doesn't change

1  that due process issue and that creditors should have the

2  ability to access and review the entire report before voting.

3  So, Your Honor, you have to balance the issue, the debtors and

4  other parties who do not support the continuation, say the real

5  harm of another plan is out there, balance that issue with the

6  due process and the ability of creditors to access and review

7  this very, very long, very complex report.  And we would say

8  that when balancing that, it should go in favor of creditors

9  having the ability to review, and therefore the schedule should

10  be extended.

11          And what we're talking about here -- there's room in

12  the schedule.  I think everyone agrees with that.  Confirmation

13  hearing doesn't start until August 30.  August 6 is the voting

14  deadline.  That's certainly a big gap and I don't think we see

15  that in many cases that are on -- that are in front of this

16  Court.  Therefore, there is room in the schedule.  The

17  objection deadline is out, that's August 13th.  I'm not sure --

18  I haven't been involved in this case, I'm not sure why those

19  deadlines are different, but there is room in the schedule and

20  we don't see why it shouldn't be extended because that due

21  process issue is real and creditors and all should have the

22  ability to review that -- should have the ability to review

23  that report prior to the voting deadline.

24          The debtors' argument, they make the position in

25  their papers that the restricted parties should get access and

1    should have access to the report immediately because they have

2    to prepare for confirmation, but all parties -- I mean, that

3    should apply to all parties.  Everyone should have the ability

4    to get the report so they can be adequately prepared for

5    confirmation.  So again, we think that the arguments in favor

6    of -- the arguments to continue the scheduling, continue the

7    voting deadline, are the correct arguments.  We agree with

8    those.  We think there's time in the schedule.  Your Honor hit

9    on the other issue, by bumping up the Examiner's motion and we

10   supported that and we are happy that that has happened.  So

11   that helps out the schedule, but again, we think that that

12   voting deadline should be extended and the schedule allows for

13   it to be extended and that this report should be out there and

14   made public as soon as possible.  Thank you.

15          THE COURT:  Thank you.  All right, Mr. Minuti,

16   before I hear from you again, let me ask if anyone else on the

17   telephone connection would like to be heard?

18          MS. PRIMOFF:  Yes, Your Honor, it's Madlyn Primoff

19   of Kaye Scholer for Merrill Lynch.

20          THE COURT:  Okay.

21          MS. PRIMOFF:  Merrill Lynch has no intention of

22   standing in the way of the prompt release of the Examiner's

23   report.  We have been engaged in continual discussions with the

24   Examiner and his counsel over the last several days regarding

25   legitimate confidentiality issues.  We have agreed upon a set

1   of redactions.  Mr. Minuti may not be privy to the latest

2   discussions that we've had with his colleagues.  There's no

3   remaining issue over our witnesses transcripts and in view of

4   the Examiner's representation on the record before the Court

5   today that personal home contact information will be redacted,

6   we have no further issues.

7           THE COURT:  Thank you.  Anyone else wish to be

8   heard?

9           MR. CANTOR:  Yes, Your Honor.  This is Daniel

10  Cantor, O'Melveny and Myers, on behalf of Bank of America.  We

11  too do not wish to in any way stand in the way of the release

12  of the report.  The confidentiality issues that we've been

13  trying to work out with the Examiner over the last couple of

14  days are extremely minor and go only to documents that would be

15  in the record part of the report.  It wouldn't go to the text

16  of the report in any way.  Mr. Minuti's representation about

17  home addresses and phone numbers resolves a major issue we had.

18  Really at this point, Your Honor, we only have an issue with a

19  single paragraph in a single email that contains sensitive Bank

20  of America business information completely and totally

21  unrelated to Tribune.  We would redact that information for the

22  Examiner, so he could just slip it right into his report and

23  really that's the only issue we have with respect to the

24  document portion.  We have zero issues with respect to the

25  report itself.

1          THE COURT:  Thank you.  Anyone else wish to be

2    heard?  Hello?  Anyone else wish to be heard.  Okay, Mr. LeMay.

3          MR. LEMAY:  Your Honor, sorry, if I could just have

4    two sentences.  It has been reported to me that somebody heard

5    me to say that I had conceded that the $7 billion of first

6    stage debt held by the LBO lenders was unassailable.  I, of

7    course, did not say that.  I think I said that we would

8    certainly dispute that.  I think the Examiner's report

9    basically says that that $7 billion, in his view, is -- I

10   forget which level of probability he assigns, but he basically,

11   you know, puts it more in the win for them than the lose.  We

12   disagree with that.  To the extent that anybody thought that

13   they heard otherwise, I apologize.  We certainly wouldn't

14   accept or agree with that.

15         THE COURT:  All right.  Thank you.  Mr. Minuti?

16         MR. MINUTI:  Your Honor, I have two quick issues.

17   If I could just have one moment with debtors' counsel?

18         THE COURT:  Go ahead.

19      (Counsel confer)

20         MR. MINUTI:  Your Honor, I had two issues, one of

21   which is resolved based on my discussion with the debtors.

22   Your Honor, the other issue I wanted to bring up and ask Your

23   Honor is, in addition to filing the seal motion, we also did

24   file the motion seeking relief discharging the Examiner,

25   granting him relief from third-party discovery.  I know Your

1    Honor has moved the seal motion up to the 3rd, would Your Honor

2    be inclined to move the other motion up as well?

3            THE COURT:  No.  In fact, I may end up moving it

4    back from the 9th.

5            MR. MINUTI:  Very well.

6            THE COURT:  If it's scheduled for that.

7            MR. MINUTI:  Thank you, Your Honor.

8            THE COURT:  I'd like -- I just -- and the reason is,

9    while I understand why the Examiner is requesting that, I kind

10   of like to see the dust settle before I let him go.

11           MR. MINUTI:  I appreciate -- no, I appreciate that,

12   Your Honor.  I think -- you know, the other cases involving

13   examiners that at least I've been involved in or have seen, you

14   know, to the extent there was going to be litigation that came

15   out of the examiner report or companion litigation, it tended

16   to be off into the future.  Because this is immediate, some of

17   the relief that we have sought, I think could come into play

18   much sooner in this case.  That's why we're anxious to have

19   Your Honor order that, but I hear what Your Honor said.  Thank

20   you very much.

21           THE COURT:  Okay.  Thank you.

22           MR. KRAKAUER:  Just very, very quickly.  There's

23   been a couple of people who have said that the report

24   conclusions have found fraud and I just wanted to clarify there

25   is no finding of fraud in that report.

 1              THE COURT:  Yeah, that's, you know, many years ago

 2    the unfortunate choice of use of the word fraudulent transfer,

 3    which maybe should be called other things, but I understand

 4    your comment.

 5              MR. KRAKAUER:  And also, the Examiner speaks even in

 6    his own view in terms of probabilities and not absolute

 7    conclusions.

 8              THE COURT:  Understood.  Okay.  All right, I will

 9    advance the time for hearing on the Examiner's motion to

10    Tuesday, August 3rd at 1:00 p.m.  I'll leave the response date

11    where it had earlier set, which I think is at the close of

12    business on the 2nd.  I know that doesn't leave much time

13    between the two, but under the circumstances we'll follow that

14    schedule.

15              I'd like you to include that provision in the form

16    of order, Mr. Krakauer, that grants the relief the debtor has

17    requested today.

18              MR. KRAKAUER:  We will do that, Your Honor.

19              THE COURT:  Okay.  Are there any other questions

20    about what should go in the order?  Okay.

21              MR. BENDERNAGEL:  Your Honor?

22              THE COURT:  Yes.

23              MR. BENDERNAGEL:  Not to jump in --

24              THE COURT:  But to jump in.

25         (Laughter)

1          MR. BENDERNAGEL:  Just a quick question to Mr.

2     Minuti and to Professor Klee.  It's not clear to me listening

3     that there are any confidentiality issues left?

4          THE COURT:  Well, it sounds to me as if there are

5     few based upon -- if any, on the present circumstances, but

6     that Mr. Minuti, as I understood it, was saying that upon

7     distribution of the full report, he thinks maybe there will be

8     some others raised.

9          MR. BENDERNAGEL:  No, and one of the reasons we

10    filed the motion when we talked last week, was to try to bring

11    those issues to the fore, because as Mr. Krakauer indicated,

12    we're interested in getting the report out and it's not clear

13    to me, you know, that there are -- listening to the parties

14    today, that most of the untranscribed interviews were with

15    parties that have sort of indicated they're not going to

16    oppose.  So there's some hope that by Monday we'll have a sense

17    that Tuesday isn't even necessary and just want to get the --

18    whether the Examiner shares that view.  That's a sense I have

19    of where this is coming out.

20          THE COURT:  Mr. Minuti?

21          MR. MINUTI:  Your Honor, with respect to the current

22    pending issues that I was aware of before coming into court

23    today, I can't answer that until I talk with my colleagues and

24    see exactly where we are.  If it is represent -- if it is as

25    represented by counsel on the phone, then it sounds to me like

1  we may be down to just the -- you know just sort of the future

2  issues that may come up when the Capital P Parties and the

3  interviewees see the report.  I share the optimism, in light of

4  the fact that we don't think that anything in the report is

5  confidential, that come Monday we'll know that there are no

6  further objections, we can alert chambers and make the report

7  public.

8          THE COURT:  Well, and that's -- that would be fine

9  and welcome as far as it goes, but so the parties are clear, I

10 still am considering whether certain deadlines, including the

11 voting deadline, should be extended.  I'm not saying I will or

12 I won't, but that still in my mind is an open issue and ripe

13 for consideration I think on Tuesday.

14         MR. MINUTI:  Thank you, Your Honor.

15         THE COURT:  Okay.  Any other questions?  Okay.

16 Anything further for today?

17         Thank you all very much.  That concludes this

18 hearing.  Court will stand in recess.

19     (Whereupon at 12:18 p.m., the hearing was adjourned)

20

21

22

23

24

25

1                         CERTIFICATION

2          I   certify   that   the   foregoing   is   a   correct

3    transcript   from   the   electronic   sound   recording   of   the

4    proceedings in the above-entitled matter.

5

6

7    _____        July 29, 2010

8    Stephanie McMeel

9    AAERT Cert. No. 452

10   Certified Court Transcriptionist

11

| Word | Page:Line |
| --- | --- |

18-page(3) 22:25 23:1 23:2
420-page(1) 22:13
a.m(3) 1:16 9:1 44:3
abid(1) 4:31
ability(9) 22:7 46:19 46:23 47:2 47:6 47:9 47:22 47:22 48:3
able(3) 21:10 40:14 46:23
about(40) 10:11 11:19 11:19 15:14 16:11 17:8 17:21 18:12 18:18 18:21 19:12 20:11 21:20 22:23 24:23 26:4 29:16 30:1 30:8 30:9 31:9 31:19 32:3 32:12 32:13 32:20 32:20 33:6 33:23 34:24 35:3 35:19 37:22 38:5 39:8 41:8 44:21 47:11 49:16 52:20
above-entitled(1) 55:4
abramowitz(1) 4:40
absolute(2) 41:1 52:6
absolutely(2) 22:7 32:9
absurd(2) 26:14 26:19
accept(2) 26:24 50:14
access(8) 15:15 20:13 20:24 46:23 47:2 47:6 47:25 48:1
accommodat(1) 46:5
acknowledge(2) 25:18 27:22
acknowledgment(1) 14:12
acted(1) 26:16
action(3) 19:2 28:21 33:13
actual(3) 23:19 27:2 29:13
actually(15) 12:22 13:15 14:6 15:25 19:15 22:24 25:23 26:23 27:1 29:11 31:7 31:20 31:23 33:5 44:21
adam(1) 6:37
add(2) 17:14 28:20
added(3) 13:16 13:25 15:16
addition(3) 15:14 35:3 50:23
additional(1) 13:25
address(5) 12:5 12:19 12:12 17:3 37:10
addressed(3) 36:1 37:5 39:23
addresses(5) 38:18 38:19 39:3 39:3 49:17
adequate(6) 17:18 21:2 22:3 24:8 26:3 44:11
adequately(2) 33:5 48:4
adjourn(1) 46:8
adjourned(1) 54:19
adjust(1) 30:21
adjusted(1) 15:10
adler(1) 4:44
advance(1) 52:9
advancing(1) 43:8
advise(1) 46:6
advisors(1) 28:18
advocacy(1) 21:11
aert(1) 55:9
affect(1) 16:15
after(4) 13:19 13:21 15:14 39:24
afternoon(2) 36:11 46:10
again(11) 19:11 26:17 30:17 33:1 34:11 41:11 42:5 43:3 48:5 48:11 48:16
agent(4) 45:9 45:16
aggressive(1) 27:17
ago(1) 52:1
agree(7) 18:16 18:23 27:8 41:14 44:10 48:7 50:14
agreed(1) 48:25
agreement(6) 3:47 4:4 15:24 20:2 20:6 45:10
agrees(1) 47:12
ahead(2) 12:3 50:18
ahmed(1) 4:47
aide(2) 17:5 17:5
aired(1) 17:17
akin(1) 4:29

alert(1) 54:6
alike(1) 34:9
all(54) 9:2 9:21 10:18 12:14 12:15 12:24 13:5 13:9 13:17 13:25 14:21 15:7 16:5 16:11 16:14 19:5 19:23 22:18 23:10 23:14 28:17 28:18 29:1 29:15 29:21 30:16 30:21 31:8 32:11 32:13 32:21 34:14 34:24 35:9 35:23 36:2 36:9 38:22 39:7 39:16 39:21 41:4 44:4 44:5 45:20 46:22 46:25 47:21 48:2 48:3 48:15 50:15 52:8 54:17
alleged(2) 20:8 22:13 26:2
allen(1) 6:4
allow(1) 38:23
allowed(2) 28:5 28:6
allows(1) 48:12
alluded(1) 29:25
alone(1) 21:1
already(5) 21:18 32:15 33:2 40:24 44:11 44:13 14:16 14:19 14:20 15:16 16:21 26:16 28:18 42:9 42:17 43:15 44:25 44:2 46:20 50:23 52:5
alternatively(1) 37:20
although(1) 25:1
alvarez(1) 8:25
always(3) 30:25 32:5
america(6) 6:8 6:13 38:16 38:19 49:10 49:20
americas(1) 4:16
amit(1) 8:12
amongst(2) 30:8 30:23
amount(1) 37:20
analysis(4) 19:1 22:13 23:6 23:10
and(272) 9:17 9:18 9:24 10:10 10:13 11:1 11:3 11:14 11:16 11:24 12:6 12:12 12:14 12:14 13:3 13:14 13:16 13:18 13:20 13:24 13:21 13:21 14:1 14:2 14:14 14:19 14:22 14:24 15:3 15:6 15:9 15:13 15:15 16:14 16:15 16:22 17:2 17:5 17:5 17:10 17:11 17:11 17:12 18:3 18:19 18:20 19:3 19:9 19:9 19:13 19:14 19:18 19:21 19:21 20:1 20:3 20:15 20:20 20:21 20:22 20:24 21:6 21:7 21:12 21:14 21:18 21:22 21:23 22:2 22:15 22:21 23:11 23:16 23:20 23:2 24:7 24:10 24:15 24:24 25:5 25:7 25:13 25:14 25:17 25:22 25:24 26:1 26:3 26:10 26:13 26:18 26:23 26:24 27:12 27:14 27:15 27:15 27:20 27:22 28:2 28:8 28:12 28:14 28:18 28:18 28:22 29:4 29:6 29:6 29:7 29:9 29:18 29:20 29:23 29:24 30:1 30:4 30:5 30:6 30:8 30:16 30:18 30:18 30:19 30:23 30:23 31:1 31:17 31:19 31:24 32:1 32:3 32:5 32:8 32:9 32:11 32:18 32:19 33:3 33:6 33:12 33:14 33:16 33:17 33:22 33:23 33:24 33:25 34:3 34:3 34:9 34:12 34:13 34:18 34:19 34:19 35:1 35:4 35:6 35:8 35:9 35:9 35:11 35:21 36:1 36:14 36:18 37:1 37:2 37:20 37:22 37:24 38:7 38:13 38:16 38:18 38:21 38:22 38:23 38:25 38:25 39:3 39:11 39:20 39:22 39:23 39:24 40:5 40:11 40:11 41:5 41:14 41:20 41:23 41:25 42:11 42:17 42:20 42:23 42:25 43:1 43:2 43:12 43:14 43:24 43:25 44:7 44:9 44:12 44:17 44:19 44:24 45:1 45:1 45:10 45:12 45:14 45:15 45:21 45:22 45:24 46:2 46:13 46:21 46:23 47:1 47:2 47:3 47:6 47:6 47:7 47:9 47:11 47:14 47:19 47:21 47:21 47:25 48:9 48:10 48:12 48:13 48:1 48:24 49:3 49:10 49:14 49:17 49:20 49:22 50:22 51:8 51:24 52:5 52:6 53:2 53:9 53:12 53:17 53:23 54:2 54:6 54:8 54:9 54:12
anderson(1) 3:25

andrew(3) 3:6 4:14 6:21 6:33 7:9 7:14 7:15 8:22 45:7
angeles(3) 3:22 3:51
angelo(1) 7:7
anna(2) 7:22 7:22
another(3) 10:8 14:25 47:5
answer(3) 36:14 42:2 53:23
anxious(1) 51:18
any(34) 10:5 10:6 11:19 15:18 16:3 17:4 18:8 18:18 22:4 22:16 23:6 23:10 23:18 25:3 32:2 34:21 34:22 35:22 36:2 36:14 37:23 39:23 40:23 42:7 43:2 43:14 43:20 46:2 49:11 49:16 52:19 53:3 53:5 54:15
anybody(6) 12:21 22:8 33:19 41:7 43:5 50:1 50:2
anyone(7) 10:17 15:8 20:12 48:16 49:7 50:1 50:2
anything(9) 9:6 17:4 40:7 40:12 40:17 40:21 42:25 54:4 54:16
anyway(2) 16:24 20:17
anywhere(1) 29:2
apologize(2) 15:2 50:13
appeal(1) 31:6
appealing(1) 31:13
appeals(1) 31:10
appear(1) 38:11
appearances(5) 4:37 5:1 6:1 7:1 8:1
application(2) 22:16
apply(1) 48:3
appreciate(5) 11:7 30:3 30:4 51:11 51:11
approach(1) 25:17
approaching(1) 25:19
appropriate(4) 26:24 29:22 35:10 39:1
approval(1) 46:4
approved(2) 25:7 32:15
approving(1) 13:12
approximately(1) 19:4
are(62) 10:19 10:23 12:9 13:19 14:1 15:11 15:16 17:9 18:2 18:22 19:14 19:14 19:17 20:7 20:8 24:10 24:11 24:14 28:18 29:9 30:19 31:18 31:20 31:24 32:7 33:1 33:15 34:13 35:8 35:10 35:10 35:14 35:15 35:15 35:17 36:20 36:21 37:19 37:24 38:13 38:13 39:15 39:20 39:23 40:13 44:8 44:13 44:22 45:19 46:12 47:15 47:15 47:19 48:7 48:23 54:12 52:19 53:3 53:4 53:13 53:24 54:5 54:9
aren't(2) 40:10 41:23
argue(1) 39:15
argued(2) 20:4 42:17
argument(2) 20:20 47:24
arguments(6) 17:11 19:3 46:13 48:5 48:6 48:7
arif(1) 6:52
armstrong(1) 4:50
arranging(1) 26:15
arrowgrass(1) 6:52
ask(12) 9:21 10:14 11:11 11:15 15:7 26:4 29:24 30:22 40:22 41:10 48:16 50:22
asked(3) 20:7 24:8 36:24
asks(2) 29:20 42:3
assent(1) 29:5
assert(1) 43:13
asserting(1) 20:6
assess(2) 23:19 32:19
assessment(1) 21:18
assigns(1) 50:10
assimilated(1) 9:19
assuming(1) 30:11
attached(2) 14:12 42:10
attempted(1) 42:11

august(5) 43:9 47:13 47:13 47:17 52:10
aurelius(1) 7:39
austin(2) 1:26 5:34
authorization(1) 14:3
available(11) 17:2 17:21 18:6 21:15 36:14 39:14 39:17 41:15 41:22 41:25 44:11
avenue(6) 2:27 2:42 3:14 3:20 3:43 4:16
averted(1) 32:9
avoided(1) 28:16
awaiting(1) 25:3
aware(2) 10:6 53:22
back(13) 11:25 20:10 27:20 36:19 37:18 38:10 38:22 40:19 41:2 42:11 42:25 45:14 54:18
bad(4) 26:16 26:19 29:6 45:15
baker(1) 35:20
balance(4) 26:1 26:21 47:3 47:5
balancing(1) 47:8
bale(1) 5:4
banc(1) 2:25
bank(10) 4:22 4:43 6:8 6:41 7:28 38:16 38:19 49:10 49:19
bankruptcy(3) 1:1 1:21 15:17
banks(4) 26:16 26:19 28:18 45:16
barash(1) 5:8
barclays(1) 7:39
barnes(1) 2:46
bars(1) 22:18
based(7) 9:22 10:20 25:15 37:8 42:12 50:21 53:5
basically(4) 34:6 34:14 50:9 50:10
basis(4) 22:9 24:17 26:8 28:7 39:13 44:16
because(23) 20:4 20:23 21:8 21:13 24:5 25:7 29:5 29:12 29:25 30:9 30:17 31:21 31:25 37:8 37:12 37:25 41:9 41:10 43:3 47:20 48:1 51:16 53:11
been(24) 9:18 9:23 10:1 11:18 15:9 15:10 15:12 16:16 18:10 20:5 21:18 22:11 24:21 29:19 31:22 32:15 36:3 40:5 47:18 48:23 49:12 50:4 51:13 51:23
before(20) 1:20 9:14 10:13 11:10 18:21 20:4 20:9 21:04 25:12 26:23 27:9 28:22 34:25 42:25 45:22 47:2 48:16 49:4 51:10 53:22
beginning(4) 20:5 20:10 34:17 35:25
behalf(6) 11:19 20:1 27:7 44:7 45:8 49:10
behavior(1) 30:1
behind(2) 25:8 38:24
behold(1) 28:22
being(12) 20:7 26:5 26:11 28:23 28:25 29:5 32:14 35:14 35:15 36:24 39:14 44:9
believe(6) 10:15 19:22 22:21 25:19 41:12 45:24
believes(3) 19:18 26:13 43:4
bendernagel(5) 1:28 52:21 52:23 53:1 53:9
benesch(1) 3:40
bennett(3) 3:47 5:16 5:17 20:1
benson(1) 7:50
berke(2) 5:23 5:24
bernstein(3) 2:39 44:6 44:7
besides(1) 29:18
best(2) 21:23 32:18
better(1) 43:15
between(3) 34:18 43:12 52:13
beyond(2) 28:14 41:22
bifferato(1) 3:4
big(5) 22:18 27:17 28:10 28:10 47:14
bigelow(1) 5:28
biggest(1) 24:24

| Word | Page:Line |
| --- | --- |

**billion**(9) 28:5 28:11 28:19 28:20 28:21 34:4 34:9 50:5 50:9

**bit**(1) 28:4

**black**(1) 22:18
**blackline**(3) 11:17 13:6 14:24
**blauner**(1) 5:44
**block**(1) 8:21
**body**(1) 13:24
**boelter**(1) 5:35
**bogdanoff**(2) 3:19 5:7
**boiled**(1) 18:7
**bondholders**(2) 35:8 35:18
**boogeyman**(1) 25:6
**both**(2) 29:6 34:11
**bottom**(1) 28:23
**box**(4) 2:7 3:15 4:8 4:25
**brady**(1) 4:5
**brainer**(1) 28:3
**brandywine**(1) 4:6
**brass**(1) 5:47
**breached**(1) 26:7
**break**(1) 43:24
**brethren**(1) 30:22
**brian**(1) 8:25
**brickley**(1) 5:50
**bridge**(1) 34:12
**brief**(2) 34:22 34:22
**bring**(2) 50:22 53:10
**broader**(1) 38:20
**broken**(1) 20:4
**bromberg**(1) 3:35
**brown**(5) 3:33 6:20 8:10 11:9 27:7
**bruce**(1) 5:17
**bryan**(1) 1:27
**bryant**(1) 4:32
**building**(1) 4:6
**bumping**(1) 48:9
**bunch**(2) 35:10 35:13
**business**(6) 38:19 39:3 39:3 39:8 49:20 52:12

**but**(61) 9:5 9:19 10:10 10:11 11:4 12:23 15:2 17:23 18:3 18:12 19:6 19:14 22:4 22:7 23:7 23:17 24:4 24:6 24:18 25:21 26:8 28:4 28:15 29:15 30:1 30:7 30:13 31:13 32:5 32:11 32:16 33:2 33:18 34:5 34:8 35:18 36:19 37:15 37:19 38:9 38:13 39:2 39:16 40:19 41:21 41:24 43:15 44:18 45:4 45:14 47:9 48:1 48:11 50:10 51:19 52:3 52:13 52:24 53:5 54:9 54:12

**butcher**(2) 2:5 35:20
**called**(1) 52:3
**calls**(1) 24:13
**came**(2) 27:20 51:14
**can**(39) 10:25 11:18 11:24 11:25 12:23 13:4 14:13 15:19 16:6 20:25 21:23 24:18 25:17 29:11 33:5 33:6 33:11 33:12 33:17 33:23 34:1 34:3 34:24 36:21 37:22 40:15 40:16 40:18 40:19 41:18 41:22 42:17 42:19 42:20 42:22 42:25 48:4 54:6

**can't**(4) 42:21 42:23 43:6 53:23
**candice**(1) 5:36
**candlestick**(1) 35:20
**cantor**(3) 6:9 49:9 49:10
**canvass**(1) 29:21
**capital**(14) 4:39 4:47 4:50 5:4 5:16 6:45 6:49 7:39 8:18 29:2 39:21 42:7 42:19 54:2
**capitalized**(1) 14:2
**carey**(1) 1:20
**carlson**(1) 4:39
**carlyle**(1) 2:25
**carol**(1) 5:4
**case**(12) 1:9 4:12 9:10 14:20 17:9 28:22 33:18 34:21 36:13 45:21 47:18 51:18

**cases**(3) 27:16 47:15 51:12
**cast**(1) 31:22
**catch**(1) 25:4
**catch-22**(1) 21:11
**category**(1) 35:7
**causes**(3) 19:1 28:21 33:13
**center**(1) 4:22
**cert**(1) 55:9
**certain**(3) 39:12 44:18 54:10

**certification**(1) 55:1
**certified**(1) 55:10
**certify**(1) 55:2
**chadbourne**(3) 2:11 6:26 31:17
**chambers**(1) 54:6
**chance**(3) 25:13 25:14 25:24
**chandler**(1) 5:28
**change**(3) 13:11 44:18 44:22 46:25
**changed**(2) 13:12 16:25
**changes**(5) 11:17 11:20 12:23 12:23 13:4
**changing**(1) 44:18
**chapter**(1) 1:7
**charles**(1) 5:13
**chase**(3) 2:31 7:28 44:8
**chicago**(1) 1:10
**ching**(2) 6:4 6:5
**choice**(2) 33:22 52:2
**choose**(2) 31:2 41:19
**chung**(1) 6:14
**circuit**(2) 28:12 29:20
**circumstances**(2) 52:13 53:5
**citigroup**(1) 7:12
**citizens**(1) 4:22
**claim**(2) 27:12 32:1
**claims**(13) 16:17 20:8 20:21 21:3 22:13 22:24 22:25 24:9 26:14 26:20 27:2 32:23 42:7
**clarify**(1) 51:24
**class**(3) 32:24 33:19 34:7
**clear**(10) 10:24 11:1 14:9 14:15 14:19 33:3 39:4 53:2 53:12 54:9

**clearly**(1) 26:22
**clerk**(2) 9:2 44:4
**client's**(1) 28:22
**clients**(9) 22:17 24:14 24:14 31:20 31:21 31:25 33:8 33:9 34:6

**close**(1) 52:11
**cobb**(2) 2:4 6:36
**code**(1) 15:17
**coincidentally**(1) 26:9
**cole**(1) 1:33
**colleagues**(2) 49:2 53:23
**collins**(1) 2:32
**come**(8) 11:25 14:6 40:19 42:4 42:25 51:17 54:2 54:5

**coming**(4) 21:14 25:22 53:19 53:22
**comment**(3) 16:3 46:17 52:4
**comments**(1) 18:24 41:14
**committee**(7) 2:4 6:26 10:25 14:10 14:13 31:17 35:12

**companion**(1) 51:15
**company**(11) 1:9 3:5 4:44 5:27 5:47 5:50 6:4 6:21 7:7 7:51 33:12 46:3
**comparison**(1) 27:23
**competing**(2) 35:4 44:22
**complete**(1) 46:19
**completely**(2) 30:3 49:20
**complex**(2) 46:20 47:7
**complexity**(1) 16:23
**compromise**(1) 43:14
**conaway**(1) 4:4
**conceded**(1) 50:5

**concept**(1) 45:15
**concern**(3) 12:7 31:10 41:8
**concerned**(2) 30:15 44:21
**concerning**(3) 9:7 16:13 17:20
**concerns**(3) 10:5 11:19 18:8
**conclude**(1) 27:1
**concluded**(3) 23:4 23:7 27:24
**concludes**(1) 54:17
**conclusion**(2) 26:9 30:6
**conclusions**(29) 19:5 19:16 19:17 22:5 22:7 22:9 22:16 22:25 23:5 23:8 23:11 23:13 23:20 24:17 24:17 24:18 25:20 26:17 27:23 31:4 33:4 34:12 34:13 41:23 44:13 45:19 51:24 52:7

**confer**(1) 50:19
**confident**(1) 43:3
**confidential**(7) 40:7 40:12 40:17 40:21 42:25 43:5 54:5

**confidentiality**(16) 10:5 16:17 26:15 26:20 36:20 38:18 39:13 39:23 40:2 41:8 42:8 43:2 44:8 48:5 49:12 53:3

**confirm**(1) 25:12
**confirmation**(19) 9:12 17:19 17:25 18:5 18:14 24:6 25:3 25:19 27:15 31:5 32:10 34:20 34:25 36:4 41:12 41:21 47:12 48:2 48:5
**confirmed**(2) 31:6 32:2
**congress**(6) 32:13 32:20 32:20 33:2 34:18 36:6

**connection**(11) 9:11 11:2 14:17 15:8 19:1 19:16 27:10 32:9 36:4 36:5 48:17
**consensus**(4) 9:23 10:1 10:13 10:15
**consequential**(1) 24:7
**consider**(3) 10:18 22:10 25:13
**consideration**(1) 54:13
**considering**(1) 54:10
**considers**(1) 16:18
**consist**(1) 41:16
**consistent**(2) 20:5 46:7
**constructed**(1) 31:22
**constructive**(2) 28:2 28:3
**contact**(2) 39:6 49:5
**contained**(1) 23:17
**contains**(2) 24:9 49:19
**contemplating**(1) 41:17
**contention**(1) 27:16
**continual**(1) 48:23
**continuation**(1) 47:4
**continue**(7) 9:19 30:12 38:8 43:12 43:13 48:6 48:6

**continued**(7) 2:2 3:2 4:2 5:2 6:2 7:2 8:2
**contrarian**(1) 8:18
**contrary**(1) 10:17
**converge**(1) 31:1
**conversation**(2) 29:16 31:19
**conversations**(1) 37:8
**conveyance**(4) 27:25 28:1 28:8 28:17
**convinced**(1) 17:24
**coordinated**(1) 18:20
**copies**(1) 11:15
**copy**(3) 11:14 12:25 13:5
**correct**(2) 48:7 55:2
**corrected**(1) 14:1
**corrections**(1) 14:21
**correspondence**(1) 37:24
**corroon**(1) 3:25
**could**(11) 17:5 27:1 29:6 30:7 34:11 37:10 38:8 49:22 50:3 50:17 51:17

**counsel**(6) 29:10 35:12 48:24 50:17 50:19 53:25

**couple**(4) 17:8 42:13 49:13 51:23

**course**(6) 24:6 31:18 35:17 36:25 41:7
**court**(97) 1:1 9:4 9:21 10:1 10:8 10:17 11:6 11:11 11:15 11:22 12:1 12:3 12:9 12:12 12:16 12:20 12:24 13:9 13:14 13:17 13:23 14:7 15:1 15:5 15:7 15:18 15:21 16:1 16:3 16:9 16:11 17:2 17:23 18:18 19:6 19:20 20:16 21:16 21:19 22:4 22:19 23:24 24:23 25:10 27:4 28:1 28:6 28:12 29:14 30:11 30:15 31:10 31:15 32:19 34:16 36:1 36:10 36:16 37:6 37:9 37:15 38:2 40:22 41:10 42:17 43:8 43:19 43:22 43:24 44:2 44:5 45:6 47:16 48:15 48:20 49:4 49:7 50:1 50:15 50:18 51:3 51:6 51:8 51:21 52:1 52:8 52:19 52:22 52:24 53:4 53:20 53:22 54:8 54:15 54:18 55:10

**court's**(2) 18:23 19:10
**courtroom**(4) 1:11 11:16 12:25 38:24
**cover**(1) 11:17
**creates**(1) 44:23
**credit**(8) 3:47 4:4 7:47 10:9 20:1 20:6 27:8 45:10

**creditor**(1) 23:18
**creditor's**(1) 10:25
**creditors**(29) 2:4 6:26 14:10 20:6 20:12 20:23 23:3 23:7 24:8 24:11 25:9 25:14 25:23 26:4 27:1 30:22 31:18 33:20 34:1 35:12 35:15 45:17 45:20 46:22 46:25 47:1 47:6 47:8 47:21

**critical**(1) 46:22
**crossed**(1) 13:8
**cruz**(1) 6:17
**current**(3) 25:8 26:25 53:21
**currently**(1) 35:14
**cursory**(1) 10:22
**cutler**(1) 7:7
**damn**(8) 28:25 29:1 29:4 29:4 29:17 29:23 30:9 30:17

**daniel**(2) 6:9 49:9
**dash**(1) 6:21
**data**(1) 1:44
**date**(2) 41:21 52:10
**david**(10) 2:12 2:19 2:47 4:13 4:44 5:29 7:52 11:14 16:10 46:10

**davis**(2) 2:38 44:7
**day**(5) 10:22 33:18 35:16 37:9 42:24
**days**(9) 9:7 22:22 24:13 41:20 42:14 44:14 45:4 48:9 49:14

**dead**(3) 25:20 29:23 29:23
**deadline**(23) 17:7 17:24 18:1 19:10 20:14 24:22 26:12 30:14 32:24 32:19 35:1 35:24 36:5 36:18 41:20 45:11 46:14 47:14 47:17 47:23 48:7 48:12 54:11

**deadlines**(7) 16:15 31:19 36:19 44:19 46:15 47:19 54:10

**deal**(2) 36:22 43:17
**dearborn**(1) 1:29
**debenture**(2) 3:4 7:50
**debt**(9) 28:5 28:21 29:2 30:20 33:11 34:4 34:9 35:8 50:6

**debtor**(5) 5:27 9:5 18:15 46:1 52:16
**debtor's**(3) 9:5 9:22 21:16
**debtors**(17) 1:13 1:26 15:9 16:12 20:20 21:1 21:7 24:3 25:2 37:11 42:19 45:17 46:12 47:3 47:24 50:17 50:21

**debtwire**(1) 5:23
**decide**(3) 33:13 33:17 36:24
**decided**(1) 42:17
**deciding**(1) 26:23
**decision**(1) 19:22
**deemed**(2) 31:20 31:22

| Word | Page:Line |
|---|---|
| define(1) 14:22 | |
| defined(1) 9:24 | |
| definition(1) 14:10 | |
| delaware(6) 1:2 1:13 2:27 3:14 3:43 9:1 | |
| delivery(2) 24:4 | |
| delves(1) 30:4 | |
| dennis(3) 2:40 7:39 7:40 | |
| dense(2) 29:7 29:7 | |
| density(1) 16:22 | |
| department(2) 7:4 8:15 | |
| depending(1) 17:6 | |
| depository(4) 13:20 13:21 14:12 15:16 | |
| described(3) 20:22 22:17 26:14 | |
| description(1) 20:21 | |
| desire(2) 37:11 38:7 | |
| detail(1) 19:9 | |
| deutsch(1) 6:27 | |
| deutsche(1) 4:43 | |
| developed(2) 9:6 9:10 | |
| diaz(1) 1:44 | |
| dice(1) 34:1 | |
| did(11) 10:10 19:2 19:7 20:2 36:10 37:23 38:2 40:14 46:17 50:7 50:23 | |
| didn't(5) 12:5 18:21 18:21 31:7 45:15 | |
| different(2) 29:25 47:19 | |
| difficult(2) 33:19 39:1 | |
| dig(1) 32:11 | |
| dilemma(1) 33:19 | |
| direction(1) 46:7 | |
| directors(1) 34:3 | |
| disagree(2) 34:5 50:12 | |
| disagreed(1) 20:10 | |
| disappointed(2) 19:7 19:12 | |
| discharging(1) 50:24 | |
| disclosure(21) 16:13 17:12 17:14 17:20 18:22 18:24 18:25 19:16 19:17 19:20 20:15 20:19 20:22 21:2 21:12 25:8 27:10 27:12 32:15 45:13 45:14 | |
| discouragemen(1) 28:19 | |
| discovery(2) 14:5 50:25 | |
| discuss(3) 12:18 24:15 45:15 | |
| discussed(2) 9:24 24:21 | |
| discussion(4) 20:20 30:11 45:13 50:21 | |
| discussions(2) 48:23 49:2 | |
| dismissed(1) 34:23 | |
| dispute(3) 18:18 39:10 50:8 | |
| disputed(1) 20:12 | |
| disputes(1) 17:11 | |
| distinction(1) 34:17 | |
| distinctly(1) 20:20 | |
| distributed(1) 11:16 | |
| distribution(1) 53:7 | |
| district(1) 1:2 | |
| disturbing(1) 41:21 | |
| document(4) 13:20 13:21 15:16 49:24 | |
| documents(5) 15:15 19:20 21:12 23:9 | |
| does(9) 10:17 15:8 18:18 19:6 21:2 22:6 28:8 32:2 43:20 | |
| doesn't(8) 22:4 25:7 29:8 30:6 36:17 46:25 47:13 52:12 | |
| don(2) 5:30 44:6 | |
| don't(29) 12:7 12:21 14:5 18:17 19:22 20:11 21:10 24:17 24:18 24:22 26:7 26:17 26:25 29:17 30:1 30:18 31:10 31:25 32:7 33:18 34:22 40:6 40:20 41:7 41:10 42:6 47:14 47:20 54:4 | |
| donald(1) 2:39 | |
| done(7) 13:3 13:4 13:18 17:24 17:25 33:6 38:25 | |
| dorman(3) 3:47 5:16 20:1 | |
| dorr(1) 7:8 | |
| doshi(1) 6:42 | |
| doubt(1) 23:16 34:21 | |

| Word | Page:Line |
|---|---|
| douglas(1) 6:27 | |
| dow(1) 5:50 | |
| down(8) 15:14 18:7 25:21 28:15 42:16 43:6 46:1 54:1 | |
| draw(1) 23:20 | |
| dropped(2) 14:8 14:9 | |
| dual(2) 31:1 31:1 | |
| dublin(1) 4:30 | |
| ducayet(1) 5:40 | |
| due(8) 5:24 16:24 39:20 40:3 40:16 43:16 47:1 47:6 47:20 | |
| during(1) 37:25 | |
| dust(1) 51:10 | |
| duties(1) 26:7 | |
| dynamic(2) 17:2 44:23 | |
| dynamics(1) 44:22 | |
| each(2) 14:11 14:20 | |
| earlier(5) 18:12 21:24 26:14 45:12 52:11 | |
| early(1) 43:1 | |
| ecro(1) 1:42 | |
| edgar(1) 5:20 | |
| effect(3) 27:17 31:21 31:22 | |
| egi-trb(1) 8:21 | |
| either(3) 11:14 15:4 33:11 | |
| eldersveid(1) 5:29 | |
| electronic(3) 1:50 42:21 55:3 | |
| elkins(1) 4:39 | |
| ellias(1) 6:22 | |
| elliot(1) 2:41 | |
| else(9) 12:21 15:8 17:17 20:12 38:24 48:16 49:7 50:1 50:2 | |
| email(4) 37:24 38:18 39:3 49:19 | |
| embedded(1) 27:24 | |
| emerge(1) 46:3 | |
| enable(1) 17:17 | |
| end(5) 9:12 13:19 46:3 46:6 51:3 | |
| engaged(1) 48:23 | |
| english(1) 4:43 | |
| entering(2) 39:25 40:13 | |
| enterprise(2) 28:20 33:11 | |
| entire(8) 16:13 37:1 37:3 39:14 39:17 41:17 46:25 47:2 | |
| entirety(1) 22:12 | |
| entitled(1) 17:17 | |
| eos(1) 8:4 | |
| equities(2) 26:1 26:21 | |
| errata(1) 14:20 | |
| especially(2) 20:6 25:15 44:12 | |
| esq(62) 1:27 1:28 1:35 2:5 2:12 2:19 2:26 2:32 2:39 2:40 2:41 2:47 3:5 3:6 3:13 3:34 3:35 3:41 3:42 3:48 4:5 4:13 4:14 4:15 4:21 4:30 4:31 4:40 4:43 5:4 5:9 5:13 5:17 5:35 5:36 5:37 5:38 5:39 5:40 5:41 6:9 6:10 6:21 6:22 6:23 6:27 6:28 6:29 6:31 6:38 6:49 7:9 7:14 7:15 7:16 7:33 7:44 7:52 8:11 8:12 8:22 | |
| essentially(1) 35:9 | |
| estate(1) 28:21 | |
| esther(1) 6:14 | |
| estimated(1) 27:12 | |
| evaluate(2) 45:18 45:22 | |
| evaluation(1) 11:19 | |
| evan(1) 6:10 7:33 | |
| even(8) 17:9 29:8 29:12 29:17 35:8 46:24 52:5 53:17 | |
| event(2) 36:22 46:3 | |
| ever(3) 20:12 27:1 32:6 | |
| every(5) 22:10 22:14 22:14 28:16 35:16 | |
| everybody(5) 9:11 9:17 10:7 10:16 17:22 30:7 37:12 38:24 | |

| Word | Page:Line |
|---|---|
| everyone(6) 9:4 12:7 12:24 12:25 47:12 48:3 | |
| everything(2) 27:8 45:9 | |
| evidence(9) 23:9 23:12 29:9 29:11 29:12 29:13 29:17 31:3 31:8 | |
| ewing(3) 3:12 5:12 36:12 | |
| exact(1) 17:13 | |
| exactly(1) 53:24 | |
| exaggerating(1) 24:12 | |
| examiner(52) 3:12 5:7 9:13 11:1 14:6 14:17 14:17 14:22 16:21 17:4 19:4 19:7 19:18 20:24 21:14 21:24 23:2 23:7 23:19 26:6 26:11 26:12 26:16 27:23 29:21 33:14 33:22 33:23 34:4 34:6 36:12 36:13 36:17 36:25 38:17 38:21 40:22 41:14 42:1 43:4 45:18 45:25 46:16 46:17 48:24 49:13 49:22 50:24 51:9 51:15 52:5 53:18 | |
| examiner's(30) 9:8 9:11 16:16 17:9 17:20 18:13 20:9 20:13 21:9 21:10 21:17 23:11 23:13 25:20 25:24 26:15 32:4 33:4 33:10 34:12 34:14 36:4 38:11 40:20 43:9 46:9 48:22 49:4 50:8 52:9 | |
| examiners(1) 51:13 | |
| example(2) 10:20 33:8 | |
| exceedingly(1) 45:2 | |
| except(1) 41:5 | |
| exclusive(1) 24:25 | |
| exclusivity(4) 25:6 25:22 26:3 26:6 | |
| excuse(1) 41:19 | |
| exhibit(4) 38:3 38:5 38:5 38:11 | |
| exhibits(12) 14:15 37:1 37:20 37:24 38:11 38:13 38:22 39:5 39:22 41:6 42:10 | |
| expect(1) 25:5 | |
| expectation(1) 19:10 | |
| expected(2) 23:22 23:25 | |
| experience(1) 25:15 | |
| exploring(1) 41:17 | |
| express(1) 22:21 | |
| expressed(1) 10:5 45:10 45:19 | |
| extend(1) 41:19 | |
| extended(5) 47:10 47:20 48:12 48:13 54:1 | |
| extending(3) 24:21 46:14 46:14 | |
| extension(1) 17:7 30:24 45:11 | |
| extensive(2) 17:10 17:10 | |
| extent(7) 33:10 36:1 42:21 43:5 44:24 50:12 51:14 | |
| extremely(1) 49:14 | |
| fact(9) 16:16 22:14 25:22 29:19 32:1 45:25 46:24 51:3 54:4 | |
| facts(6) 22:16 23:5 23:15 23:19 45:18 | |
| factual(2) 22:11 22:12 | |
| fairness(1) 39:15 | |
| faith(3) 26:17 26:19 45:15 | |
| far(3) 24:7 45:4 54:9 | |
| fargo(2) 4:12 45:8 | |
| farkas(1) 6:46 | |
| favor(6) 10:16 26:19 26:22 33:24 47:8 | |
| fcc(1) 46:4 | |
| feel(3) 19:7 33:17 43:2 | |
| feels(1) 37:1 | |
| fees(1) 28:18 | |
| feld(1) 4:29 | |
| female(1) 1:42 | |
| few(10) 9:7 18:8 22:22 38:9 38:10 41:20 44:14 44:14 45:4 53:5 | |
| fiduciary(1) 26:7 | |
| fielded(1) 24:13 | |
| figueroa(1) 3:49 | |
| figure(1) 37:25 | |
| file(6) 9:13 16:19 19:8 26:12 46:8 50:24 | |

| Word | Page:Line |
|---|---|
| filed(14) 9:15 9:16 9:18 18:19 25:4 25:12 37:4 37:13 38:7 40:24 41:19 46:11 46:17 53:10 | |
| filing(4) 17:4 17:6 25:1 50:23 | |
| filings(1) 11:6 | |
| final(1) 16:6 | |
| financial(2) 14:16 23:9 | |
| find(3) 10:12 19:16 21:19 | |
| finding(2) 22:11 51:25 | |
| fine(3) 15:23 18:19 54:8 | |
| finger(1) 2:31 | |
| first(15) 9:5 9:16 9:21 10:11 13:3 14:9 18:15 18:16 25:10 36:1 37:9 37:18 38:17 41:12 50:5 | |
| five(2) 15:14 17:13 | |
| floor(3) 3:21 3:29 4:7 | |
| florida(1) 28:15 | |
| focusing(1) 41:11 | |
| folks(1) 34:13 | |
| follow(1) 52:13 | |
| following(1) 28:14 | |
| follows(2) 33:9 42:15 | |
| footnote(1) 14:9 | |
| footnotes(1) 14:8 | |
| for(117) 1:2 1:26 2:4 2:18 2:25 2:31 2:46 3:4 3:12 3:25 3:33 3:47 4:4 4:12 4:39 4:43 4:47 4:50 5:4 5:7 5:16 5:23 5:27 5:44 5:47 5:50 6:4 6:8 6:17 6:20 6:26 6:41 6:45 6:49 6:52 7:4 7:7 7:12 7:19 7:22 7:25 7:28 7:32 7:36 7:39 7:43 7:47 7:50 8:4 8:7 8:10 8:15 8:18 8:21 8:25 8:28 10:13 10:20 11:13 11:23 12:4 14:15 15:2 15:7 17:16 17:19 17:19 18:3 18:14 18:22 20:13 21:5 21:20 22:9 22:20 23:3 23:18 24:6 24:17 25:11 26:8 26:18 27:17 27:20 31:6 31:17 32:8 33:8 33:9 33:16 34:13 34:22 35:21 36:12 37:7 38:16 38:19 38:20 40:9 40:10 40:12 41:5 41:13 44:11 46:4 46:11 46:22 48:2 48:4 48:12 48:19 49:21 50:11 51:6 52:9 54:13 54:16 | |
| forced(2) 22:1 26:11 | |
| fore(1) 53:11 | |
| foregoing(1) 55:2 | |
| forget(1) 17:13 50:10 | |
| form(12) 10:2 10:20 10:23 11:4 12:22 15:9 15:10 16:4 16:6 16:9 17:22 52:15 | |
| forman(1) 1:33 | |
| forth(7) 14:3 17:15 19:3 19:5 21:6 26:19 45:14 | |
| forward(6) 9:20 26:5 28:25 30:17 31:2 52:17 | |
| found(8) 9:18 23:19 24:2 26:7 26:16 28:20 45:25 51:24 | |
| foundation(1) 28:10 | |
| four(4) 15:14 28:21 33:6 39:20 | |
| four-plus(1) 28:20 | |
| fox(1) 4:20 | |
| frame(1) 18:4 | |
| frankly(3) 16:15 19:9 23:21 | |
| fraud(4) 45:16 45:25 51:24 51:25 | |
| fraudulent(5) 27:25 28:1 28:8 28:17 52:2 | |
| freeman(1) 6:49 | |
| friedman(1) 7:51 | |
| from(36) 9:5 9:22 11:9 13:18 18:3 18:11 18:15 19:23 20:5 20:20 24:14 24:14 25:9 25:18 26:2 27:7 27:20 28:23 31:17 33:3 33:9 34:10 35:12 37:18 38:10 40:3 40:16 40:19 40:20 42:21 44:3 44:7 48:16 50:25 51:4 55:3 | |
| front(3) 27:11 32:21 47:15 | |
| frustrating(2) 22:19 22:20 | |
| frustration(1) 22:22 | |

| Word | Page:Line |
|---|---|
| full(14) 10:2 10:15 16:13 16:24 17:1 18:6 18:17 20:13 20:24 21:14 26:23 41:13 42:15 53:7 | |
| fund(1) 7:25 | |
| fundamental(2) 22:10 24:7 | |
| further(9) 10:19 14:1 16:5 17:4 29:18 43:20 49:6 54:6 54:16 | |
| future(2) 51:16 54:1 | |
| gangat(1) 6:52 | |
| gap(1) 47:14 | |
| garrison(1) 7:13 | |
| gary(1) 5:39 | |
| gave(1) 39:22 | |
| general(2) 33:20 33:25 | |
| generally(1) 46:12 | |
| gentilotti(1) 3:4 | |
| gerson(1) 7:7 | |
| get(20) 13:3 16:7 30:6 30:13 31:12 31:13 33:12 33:24 34:3 35:16 36:3 37:4 40:22 42:19 42:22 44:15 44:25 47:25 48:4 53:17 | |
| gets(1) 30:5 | |
| getting(5) 12:7 24:8 26:3 27:13 53:12 | |
| give(3) 20:7 37:21 40:14 | |
| given(2) 16:21 36:6 | |
| giving(1) 26:22 | |
| glatt(1) 8:8 | |
| glazer(1) 2:40 | |
| glenn(1) 3:6 | |
| goals(1) 20:3 | |
| goes(2) 40:9 54:9 | |
| going(26) 9:13 12:9 12:12 15:25 17:23 21:9 21:13 25:21 28:14 30:17 30:18 31:2 37:4 37:5 38:23 38:25 39:2 40:14 42:13 43:6 43:17 44:14 44:24 44:25 51:14 53:15 | |
| goldfarb(1) 6:33 | |
| goldman(1) 7:9 | |
| gone(1) 42:11 | |
| good(12) 9:4 11:8 19:25 22:20 27:6 28:15 29:6 31:16 33:25 36:11 45:7 46:10 | |
| gordon(2) 7:7 7:14 | |
| got(8) 24:18 28:10 29:8 31:1 33:21 33:22 36:9 37:18 | |
| gotshal(1) 7:32 | |
| grant(1) 10:21 | |
| granting(1) 50:25 | |
| grants(1) 52:16 | |
| great(1) 2:25 | |
| greater(1) 19:8 | |
| greenwich(1) 6:45 | |
| greissman(1) 4:15 | |
| grey(1) 4:50 | |
| grogan(1) 3:5 | |
| grounds(1) 39:14 | |
| group(1) 27:8 | |
| guess(5) 12:15 23:21 24:20 24:24 33:17 | |
| gump(1) 4:29 | |
| had(16) 12:2 17:10 22:21 33:2 37:8 38:17 39:6 40:4 40:7 40:10 41:24 49:2 49:17 50:5 50:20 52:1 | |
| hale(1) 7:7 | |
| hallow(1) 21:21 | |
| hammond(3) 4:14 45:7 45:8 | |
| hampered(2) 46:19 46:19 | |
| hand(7) 11:5 11:24 26:2 26:3 30:13 34:19 41:11 | |
| handed(1) 11:10 | |
| handled(1) 37:4 | |
| happen(1) 38:24 | |
| happened(3) 18:21 37:25 48:10 | |
| happy(2) 32:5 48:10 | |
| hard(1) 15:22 | |

| Word | Page:Line |
|---|---|
| harm(9) 24:21 24:25 25:9 26:2 35:3 35:4 35:5 35:19 47:5 | |
| harmed(1) 35:16 | |
| harrisburg(1) 1:46 | |
| has(35) 9:6 9:17 9:23 10:1 11:1 12:22 12:24 14:17 14:22 19:4 21:17 22:11 24:7 25:22 26:6 26:16 29:19 29:23 31:22 32:15 33:19 34:4 34:21 36:6 37:13 39:12 40:22 41:8 44:8 44:16 48:10 48:21 50:4 51:1 52:16 | |
| hasn't(1) 24:21 | |
| hauer(1) 4:29 | |
| have(101) 10:4 10:14 10:15 10:7 10:17 11:4 11:12 11:14 11:18 11:19 13:5 13:7 13:25 14:2 15:24 16:6 16:10 16:12 16:17 17:8 17:10 17:18 17:18 18:9 18:12 18:17 19:2 19:2 19:3 19:11 19:20 20:8 21:3 20:23 21:9 21:14 21:21 23:16 24:16 25:7 25:13 25:14 25:23 26:5 26:7 26:11 26:16 29:12 30:2 30:21 30:22 31:7 31:20 31:22 31:22 31:24 32:21 36:2 36:8 36:15 36:21 39:3 39:24 40:2 42:3 42:5 42:6 42:7 42:9 42:11 43:20 43:25 44:11 45:17 45:20 45:22 46:22 47:1 47:3 47:21 47:22 48:1 48:1 48:3 48:23 48:25 49:6 49:18 49:23 49:24 50:3 50:16 50:17 51:13 51:17 51:18 51:23 51:24 53:15 53:16 53:18 | |
| haven't(6) 37:15 39:25 40:4 40:7 41:9 47:18 | |
| having(6) 18:10 29:16 31:18 33:1 34:20 47:9 | |
| he's(5) 11:3 14:18 16:18 19:22 40:23 | |
| hear(9) 9:5 15:11 16:5 18:10 18:15 19:23 43:25 48:16 51:19 | |
| heard(12) 9:12 15:8 22:23 27:9 35:12 35:23 48:17 49:8 50:2 50:2 50:4 50:13 | |
| hearing(15) 9:12 24:24 27:15 32:10 32:11 32:16 33:1 34:17 34:20 36:4 43:9 47:13 52:9 54:18 54:19 | |
| hearings(2) 17:11 27:10 | |
| heavily(1) 30:5 | |
| held(3) 34:21 41:2 50:6 | |
| hello(1) 50:2 | |
| help(1) 29:21 | |
| helpful(3) 12:22 36:19 | |
| helps(1) 48:11 | |
| hennigan(3) 3:47 5:16 20:1 | |
| her(1) 35:21 | |
| here(20) 14:8 15:12 20:3 21:12 24:22 25:23 26:22 30:20 31:18 32:3 32:14 33:3 35:6 38:13 42:6 45:2 45:10 45:11 46:15 47:11 | |
| here's(3) 27:12 27:13 41:10 | |
| hille(1) 4:13 | |
| him(2) 50:25 51:10 | |
| himself(3) 19:4 21:25 26:13 | |
| his(18) 16:22 19:9 21:18 21:25 22:5 22:7 31:21 35:21 44:16 45:19 46:15 46:19 46:19 48:24 49:2 49:22 50:9 52:6 | |
| hit(2) 35:25 48:8 | |
| hold(3) 33:10 34:22 40:24 | |
| holder(1) 29:2 | |
| holders(1) 32:23 | |
| holding(1) 30:19 | |
| home(3) 39:7 49:5 49:17 | |
| honestly(1) 32:12 | |

| Word | Page:Line |
|---|---|
| honor(129) 9:9 9:25 10:16 11:8 11:21 11:23 12:2 13:7 13:16 14:6 14:25 15:12 15:20 16:8 18:16 19:13 19:25 20:3 20:12 21:24 23:21 23:22 24:11 26:2 27:6 27:19 27:21 29:18 29:20 30:3 31:11 31:16 32:3 32:5 32:8 32:17 33:3 34:16 35:3 35:23 35:25 36:8 36:11 36:12 36:14 36:17 36:20 36:21 36:22 36:23 36:25 37:7 37:10 37:13 37:13 37:17 37:19 37:21 37:22 37:23 37:24 38:4 38:5 38:8 38:9 38:15 38:16 38:17 38:23 39:1 39:5 39:9 39:12 39:19 39:20 39:21 39:25 40:1 40:4 40:9 40:11 40:14 40:20 41:3 42:1 42:3 42:4 42:9 42:13 42:15 42:18 42:23 43:1 43:3 43:11 43:15 43:20 43:23 44:6 45:3 45:5 45:7 45:9 45:12 45:24 46:6 46:9 46:10 46:16 50:20 50:22 50:23 51:1 51:1 51:7 51:12 51:19 51:19 52:18 52:21 53:21 54:14 | |
| honor's(2) 27:9 42:18 | |
| honorable(1) 1:20 | |
| hoover(1) 3:42 | |
| hope(2) 18:7 53:16 | |
| hoped(1) 41:24 | |
| hopefully(1) 28:23 | |
| horan(1) 2:26 | |
| how(8) 16:14 20:11 22:19 24:18 27:1 37:25 39:1 45:21 | |
| howard(1) 6:29 | |
| however(2) 18:18 44:10 | |
| hypothetical(1) 33:22 | |
| i'd(7) 11:6 18:4 23:21 26:4 28:15 51:8 52:15 | |
| i'll(12) 10:14 10:18 16:10 18:14 19:23 29:18 31:19 39:1 40:24 40:24 43:25 52:10 | |
| i'm(20) 9:25 10:6 10:21 11:4 15:12 17:16 17:23 19:6 19:13 22:3 24:12 24:16 30:11 30:15 30:18 32:4 41:25 43:8 47:17 47:18 54:11 | |
| i've(7) 9:23 22:21 24:13 25:11 36:9 37:15 51:13 | |
| idea(2) 36:21 37:21 | |
| identified(2) 33:14 34:16 | |
| imagine(1) 37:22 | |
| immediate(2) 18:4 41:11 51:16 | |
| immediately(3) 30:12 41:19 48:1 | |
| impact(3) 22:6 25:23 36:23 | |
| impacts(2) 24:2 22:7 | |
| impaired(1) 22:2 | |
| implications(1) 29:6 | |
| important(6) 21:17 27:19 27:22 35:1 35:18 45:2 | |
| impossible(1) 23:18 | |
| imran(1) 4:47 | |
| inadequate(1) 20:23 | |
| inc(1) 6:45 | |
| inclined(1) 51:2 | |
| include(5) 11:4 14:11 14:16 14:20 52:15 | |
| included(1) 14:25 | |
| including(3) 28:9 29:3 54:10 | |
| incomplete(1) 26:13 | |
| indemnification(1) 26:10 | |
| indemnifies(1) 26:24 | |
| indemnities(1) 26:18 | |
| independent(2) 20:24 31:6 | |
| indicated(3) 14:18 53:11 53:15 | |
| individual(2) 10:24 14:11 | |
| indulge(1) 32:17 | |
| inevitably(1) 25:1 | |
| information(18) 17:18 21:2 23:16 24:8 26:3 32:22 36:7 38:23 39:6 39:8 40:3 41:22 42:12 44:11 46:21 49:5 49:20 49:21 | |
| informed(3) 11:1 32:24 32:25 | |

| Word | Page:Line |
|---|---|
| informing(1) 23:3 | |
| insolvency(1) 23:11 | |
| instead(1) 33:15 | |
| insufficient(1) 32:7 | |
| intend(1) 46:7 | |
| intended(2) 31:12 31:12 | |
| intent(1) 33:2 | |
| intention(3) 19:9 34:18 48:21 | |
| intentional(4) 28:1 28:3 28:7 45:16 | |
| interest(2) 28:17 45:20 | |
| interested(2) 24:12 53:12 | |
| interesting(3) 24:2 29:16 | |
| interests(1) 23:3 | |
| interim(1) 37:10 | |
| interpretation(1) 28:4 | |
| interviewees(7) 40:9 40:13 40:15 42:7 42:20 42:23 54:3 | |
| interviews(2) 39:16 53:14 | |
| into(8) 12:23 30:4 30:5 32:11 49:22 51:16 51:17 53:22 | |
| investigation(1) 46:20 | |
| investigations(1) 46:18 | |
| investment(1) 6:41 | |
| investor(5) 32:23 33:25 33:4 34:6 34:19 | |
| investors(4) 33:6 35:6 35:7 35:8 | |
| involved(2) 47:18 51:13 | |
| involving(1) 51:12 | |
| ironically(1) 27:7 | |
| isn't(3) 25:9 32:16 53:17 | |
| issue(33) 10:10 12:6 12:15 17:20 17:21 20:2 22:24 24:10 25:6 33:9 34:17 34:23 36:1 36:21 38:17 38:18 39:17 39:19 40:5 42:3 43:5 44:10 47:1 47:3 47:5 47:21 48:9 49:3 49:17 49:18 49:23 50:22 54:12 | |
| issues(42) 9:7 12:17 16:12 16:22 17:13 18:3 18:3 18:11 27:18 29:21 32:10 35:19 36:21 36:23 37:10 38:9 38:12 38:13 38:21 39:3 39:21 39:23 40:2 41:4 42:16 43:1 43:2 43:7 43:14 43:16 44:15 45:1 48:25 49:6 49:12 49:24 50:16 50:20 53:3 53:11 53:22 54:2 | |
| it's(44) 9:24 11:10 11:13 13:14 15:10 15:25 16:23 17:18 19:19 21:22 22:3 22:24 23:15 23:18 23:24 23:25 25:6 25:21 26:23 27:13 27:19 27:22 28:3 28:3 28:7 29:7 29:15 30:16 30:25 31:12 32:21 33:16 33:16 33:17 33:18 35:18 37:11 41:15 44:17 46:21 48:18 51:6 53:2 53:12 | |
| its(3) 10:2 14:11 22:12 | |
| itself(6) 18:25 29:13 40:21 41:4 41:7 49:25 | |
| james(4) 1:28 3:48 5:40 6:49 | |
| jared(1) 6:22 | |
| jeff(1) 4:50 | |
| jefferies(1) 5:47 | |
| jeffrey(2) 4:21 6:46 | |
| jenner(1) 8:21 | |
| jennifer(1) 3:42 | |
| jessica(1) 5:35 | |
| jillian(1) 5:38 | |
| jim(1) 19:25 | |
| john(1) 8:7 | |
| johnson(1) 7:19 | |
| johnston(11) 3:48 19:25 20:1 20:18 21:20 22:6 22:20 23:25 25:5 25:17 27:5 | |
| johnston's(2) 33:8 33:9 | |
| jon(2) 5:23 5:24 | |
| jonathan(1) 7:47 | |
| jones(2) 5:50 6:10 | |
| joshua(1) 8:18 | |
| jostle(1) 35:9 | |
| jpmorgan(2) 7:28 44:7 | |
| judge(1) 1:21 | |
| judgment(3) 20:24 32:24 32:25 | |

| Word | Page:Line |
|------|-----------|

judgments(1) 23:20
july(1) 1:15 9:1 55:7
jump(2) 52:23 52:24
jurisdiction(1) 28:16
just(22) 11:9 15:13 15:19 20:11 22:23 27:8 27:11 27:20 32:2 37:21 43:24 46:6 49:22 50:3 50:17 51:8 51:22 51:24 53:1 53:17 54:1 54:1

justice(2) 8:16 29:8
justin(1) 5:47
kalenchits(2) 7:22 7:22
kalter(1) 7:25
kaplan(1) 39:10
kasowitz(1) 7:50
kate(1) 3:35
katherine(1) 6:17
kaye(2) 7:43 48:19
keenly(1) 24:11
keep(1) 35:1
kelley(1) 7:28
kenneth(1) 5:9
kept(1) 35:24
kerriann(1) 5:41
kevin(3) 1:20 5:37 7:28
kind(3) 12:6 34:15 51:9
king(4) 2:20 2:33 2:34 3:7
kjc(1) 1:9
klauder(14) 2:19 12:2 12:4 12:4 12:11 12:14 12:11 15:11 15:12 15:20 15:24 16:7 46:10 46:11

klee(10) 3:19 5:7 5:9 24:18 27:24 29:1 29:8 29:20 44:16 53:2

kline(1) 5:36
knew(1) 27:1
know(43) 12:5 12:6 12:8 12:21 17:9 18:21 23:7 24:18 25:14 26:7 26:17 27:1 27:19 29:4 29:7 29:17 30:1 30:18 30:20 31:7 31:8 31:23 32:21 35:5 38:6 39:22 40:5 40:11 41:7 42:6 43:24 44:21 44:24 45:2 50:11 50:25 51:12 51:14 52:1 52:12 53:13 54:1 54:5

knows(3) 20:3 36:25 37:12
krakauer(31) 1:27 9:9 9:25 10:4 10:15 10:23 11:21 11:23 12:6 12:21 13:5 13:7 13:11 13:15 13:18 13:24 14:8 15:2 15:6 15:18 15:19 15:23 16:7 16:10 18:16 19:11 51:22 52:5 52:16 52:18 53:11

kramer(1) 6:17
labor(1) 7:5
ladder(2) 28:23 29:19
landis(3) 2:4 6:36 6:37
lantry(1) 5:37
lapse(1) 24:25
large(3) 9:13 28:10 30:20
largely(1) 16:16
last(9) 9:7 9:12 22:22 24:13 24:23 38:15 48:24 49:13 53:10

late(1) 9:17
later(1) 11:25
latest(1) 49:1
latigo(1) 7:36
laughter(1) 52:25
laurie(1) 3:26
law(6) 3:4 7:50 22:15 28:12 28:16 29:20
lawyer(2) 32:4 32:5
lawyers(4) 32:7 32:8 32:10 34:20
lays(1) 34:14
layton(1) 2:31
lbo(5) 20:8 22:13 22:25 27:25 50:6
lead(1) 27:14
leading(1) 31:3

least(12) 9:22 10:11 16:16 19:8 20:8 20:13 20:16 20:18 21:13 24:24 28:9 51:13

leave(2) 52:10 52:12
lederman(1) 7:33
lee(1) 5:20
left(2) 22:15 53:3
legal(2) 22:13 22:15
legitimate(1) 28:20 48:25
legitimately(1) 40:25
lemay(5) 2:12 31:16 31:16 50:2 50:3
lemisch(1) 3:41
lenders(5) 3:48 4:5 10:9 20:2 20:7 27:8 34:12 45:10 50:6

length(1) 19:9
lengthy(1) 18:25
leonard(2) 1:34 7:4
less(1) 35:11
let(21) 9:4 9:5 9:21 11:11 11:15 15:7 18:10 27:21 35:3 38:4 38:6 39:4 39:22 40:5 40:11 40:22 42:24 43:24 44:19 48:1 51:10

let's(13) 12:1 13:3 13:9 16:11 21:7 21:20 30:13 32:3 32:12 33:8 33:20 35:5 45:4

letters(1) 17:14
level(3) 3:8 36:6 50:10
levin(1) 6:17
levy(1) 7:15
lexington(1) 2:42
liebentritt(1) 5:30
lieu(1) 33:16
life(1) 33:12
light(5) 25:20 39:25 42:9 42:18 43:16 46:4 54:3

like(18) 10:10 10:24 11:9 15:13 15:16 18:4 20:3 22:17 27:16 28:15 33:21 34:23 39:6 48:17 51:8 51:10 52:15 53:25

likely(3) 16:23 21:19 21:19
limit(1) 21:7
limited(1) 21:13
line(1) 34:3
lines(1) 15:14
lingering(1) 43:2
listening(3) 53:2 53:13
literally(2) 32:16 38:15
little(2) 22:3 28:4
llc(2) 6:41 8:21
llp(19) 1:26 2:11 2:46 3:12 3:25 3:47 4:12 4:20 4:39 5:12 5:16 6:20 6:26 6:32 6:36 7:13 7:32 7:43 8:10

loan(1) 35:7
lockbox(1) 21:24
long(3) 20:11 37:14 47:7
longacre(1) 7:25
longer(3) 14:4 21:5 35:22
look(9) 11:24 16:24 18:2 18:2 21:10 33:20 37:23 40:15 42:23

looking(2) 13:19 19:15
los(2) 3:22 3:51
lose(1) 50:11
lot(5) 9:17 19:11 22:21 22:21 37:23
love(1) 32:4
lucky(1) 33:17
ludwig(1) 5:38
lugano(1) 1:42
lynch(9) 3:25 7:43 11:13 38:16 38:20 39:11 39:12 48:19 48:21

lynch's(1) 10:21

made(17) 10:9 11:18 14:15 14:19 14:21 17:1 17:21 18:6 18:17 28:9 35:21 39:14 39:17 41:22 46:13 46:13 46:20 48:14

madlyn(3) 7:44 11:13 48:18
magazine(1) 22:17
magnitude(1) 37:21
major(1) 49:17
make(12) 11:17 11:18 11:23 12:17 14:9 19:22 20:25 22:1 32:24 39:4 47:24 54:6

maker(1) 35:20
makes(2) 30:10 31:4
making(2) 10:24 11:1
managemen(5) 5:5 5:17 6:52 7:25 7:39 7:47 8:19 26:6 30:1

manges(1) 7:32
many(6) 16:23 24:14 29:25 41:15 47:15 52:1

map(1) 34:15
marc(1) 6:28
mark(4) 2:32 3:13 35:25 36:11
market(4) 1:12 2:6 3:28 4:23
marsal(1) 8:25
martin(2) 5:8 6:23
material(1) 14:13
materials(1) 14:14
matter(3) 16:25 18:24 55:4
matthew(4) 6:38 8:15 8:28 8:28
may(14) 12:2 13:5 17:6 17:25 18:9 18:12 20:3 24:25 31:12 36:14 49:1 51:3 54:1 54:2

maybe(5) 28:3 37:6 37:7 52:3 53:7
mayer(1) 8:10
mccabe(1) 7:36
mccarter(1) 4:43
mcguire(1) 6:38
mcmeel(1) 55:8
mcphail(1) 7:16
mean(2) 16:2 48:2
meaningfu(6) 16:20 17:18 33:25 41:18 41:22 41:24

meaningfully(1) 41:18
meanings(1) 14:3
means(3) 29:5 30:8 30:23
meisel(1) 1:33
members(4) 10:25 14:11 14:13 35:13
mentioned(5) 12:6 41:5 41:6 43:2 45:12
meritless(1) 16:18
meritorious(1) 18:8
merits(1) 46:1
merrill(10) 3:25 7:43 10:20 11:13 38:16 38:20 39:11 39:12 48:19 48:21

michael(4) 5:31 6:4 6:5 8:11
might(4) 18:13 32:17 34:5 34:9
mike(1) 8:4
million(1) 20:7
mills(1) 5:41
mind(6) 16:16 17:19 20:25 25:15 35:23 54:12

mine(2) 25:14 26:15
minimally(1) 21:22
minkove(1) 7:29
minor(1) 10:23 13:11 49:14
minute(2) 38:15 43:24
minuti(26) 3:13 36:11 36:12 36:17 37:7 37:17 38:4 41:3 42:2 43:10 43:20 43:23 44:1 48:15 49:1 50:15 50:16 50:20 51:5 51:7 51:11 53:2 53:6 53:20 53:21 54:14

minuti's(1) 49:16
misleading(1) 26:13
models(2) 11:2 14:16

moment(6) 10:11 12:10 12:13 15:13 15:20 50:17

monday(4) 9:17 9:17 53:16 54:5
monk(1) 5:13
month(1) 20:10
morass(2) 30:5 30:5
more(9) 23:17 24:7 24:13 28:4 39:20 41:6 42:13 46:20 50:11

morgan(3) 2:31 2:46 7:32
morning(8) 9:4 9:18 11:8 19:25 22:23 27:6 31:16 45:7

moskowitz(1) 2:41
most(7) 21:17 30:15 31:3 32:18 38:12 41:15 53:14

motion(30) 9:5 9:15 9:15 13:12 13:13 14:1 15:9 18:14 21:25 24:2 37:4 37:11 38:6 38:7 38:7 38:11 39:24 40:18 42:11 42:19 43:9 46:8 46:12 48:9 50:23 50:24 51:1 51:2 52:9 53:10

move(2) 45:4 51:2
moved(2) 19:11 51:1
moving(3) 44:19 45:3 51:3
much(11) 16:17 21:5 23:17 23:17 34:24 35:11 45:14 51:18 51:20 52:12 54:17

myers(2) 6:8 49:10
narrow(1) 42:16
national(1) 4:43
nature(1) 32:1
nearly(1) 28:21
necessary(3) 17:3 19:22 53:17
need(15) 12:18 14:4 14:5 17:3 17:25 20:25 21:10 24:5 29:10 31:8 31:9 31:13 32:24 36:3 46:4

needed(5) 30:24 30:24 30:25 36:7 41:13
needs(3) 17:17 17:24 38:21
neel(1) 6:42
negotiated(1) 44:16
new(9) 2:14 2:43 3:5 3:37 4:17 4:33 7:51 30:12 46:21

newspapers(1) 18:19
next(5) 30:9 42:24 43:1 44:14 44:14
night(1) 9:17
none(3) 10:4 29:11 29:12
normally(1) 19:19
norman(1) 1:35
north(5) 1:36 2:34 3:7 3:28 4:23
not(78) 10:6 11:12 11:14 12:17 13:2 13:16 13:20 14:24 15:13 16:23 16:25 17:16 17:20 17:23 18:5 18:12 19:7 19:11 19:19 21:1 21:14 21:19 22:6 23:2 23:8 23:22 23:24 23:25 24:4 24:12 24:14 25:2 25:12 26:9 26:15 27:11 28:5 28:8 29:22 31:12 32:2 33:1 33:4 33:18 34:24 35:14 35:16 35:21 36:5 36:10 37:7 39:16 39:24 40:13 41:12 41:19 41:23 42:9 42:11 43:18 43:22 44:8 44:9 45:4 46:18 46:25 47:4 47:17 47:18 49:1 49:11 50:7 52:6 52:23 53:2 53:12 53:15 54:11

note(2) 31:19 46:15
noted(1) 21:24
notes(3) 16:21 29:3 45:12
nothing(2) 41:1 43:4
now(22) 11:24 12:1 12:25 16:11 16:21 18:10 18:14 21:11 21:14 21:21 23:7 23:18 25:11 25:19 26:18 28:20 28:23 30:3 32:8 36:24 37:10 43:12

number(6) 17:13 39:7 39:9 39:17 39:19 43:7

numbers(2) 23:10 49:17

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| o'clock(1) 43:10 | | overall(1) 9:6 | | points(2) 23:12 23:14 | | pursuant(1) 15:15 | |
| o'melveny(2) 6:8 49:10 | | overnight(1) 42:22 | | polk(2) 2:38 44:7 | | pursuing(3) 3:15 34:2 34:2 | |
| o'neal(1) 5:31 | | overruled(1) 14:1 | | portion(3) 37:23 43:17 49:24 | | pushed(1) 26:5 | |
| oaktree(1) 5:16 | | own(4) 18:20 20:25 23:20 52:6 | | portions(1) 9:14 | | pushing(1) 36:18 | |
| object(1) 39:13 | | p.m(3) 44:3 52:10 54:19 | | position(10) 19:2 19:8 21:4 21:6 24:16 | | put(6) 12:16 13:12 14:2 26:19 38:5 44:25 | |
| objected(1) 39:13 | | p.o(4) 2:7 3:15 4:8 4:25 | | 28:13 28:22 36:18 41:1 47:24 | | puts(2) 44:19 50:11 | |
| objection(3) 17:25 42:10 47:17 | | package(2) 17:14 17:15 | | | | quality(1) 22:2 | |
| objections(4) 13:25 43:13 44:9 54:6 | | page(9) 13:11 13:24 14:24 15:13 19:4 | | positions(2) 17:15 45:21 | | question(6) 24:11 24:20 33:16 33:16 36:23 | |
| objective(1) 24:7 | | 22:12 23:1 23:2 24:10 | | possibility(1) 25:16 | | 53:1 | |
| objector(1) 25:11 | | | | possible(6) 24:25 33:15 40:1 44:17 46:24 | | | |
| obligation(1) 28:16 | | pages(8) 19:20 21:8 32:11 33:5 37:14 | | 48:14 | | questions(6) 30:2 36:8 36:14 43:21 52:19 | |
| obvious(1) 30:25 | | 37:21 39:12 41:16 | | | | 54:15 | |
| obviously(4) 9:16 37:11 41:24 46:20 | | | | post(2) 42:20 42:22 | | | |
| occur(3) 23:22 24:1 25:2 | | paid(1) 35:14 | | potential(1) 39:22 | | quick(3) 9:19 50:16 53:1 | |
| off(1) 51:16 | | paper(1) 28:24 | | potentially(1) 45:3 | | quickly(3) 18:18 42:17 51:22 | |
| office(5) 2:18 12:5 12:6 15:25 46:11 | | papers(4) 9:24 19:2 20:2 47:25 | | potter(1) 3:25 | | quite(1) 36:6 | |
| officers(2) 33:15 34:3 | | par(1) 28:23 | | powlen(1) 2:47 | | quote(1) 10:3 | |
| official(2) 14:10 31:17 | | paragraph(1) 49:19 | | ppearances(4) 1:23 2:1 3:1 4:1 | | qureshi(1) 4:31 | |
| okay(31) 10:17 11:6 11:11 11:22 12:11 | | parcel(1) 30:17 | | practical(1) 42:3 | | raise(1) 20:22 | |
| 12:19 13:9 13:11 13:23 14:7 14:8 15:1 | | park(4) 2:11 4:32 6:26 31:17 | | pre-petition(1) 28:17 | | raised(3) 16:12 44:16 53:8 | |
| 15:5 16:3 16:5 16:9 18:10 20:23 29:3 | | part(10) 13:22 21:13 21:17 27:10 30:16 | | precipitated(1) 16:15 | | raises(1) 43:5 | |
| 29:18 30:16 33:23 43:19 48:20 50:2 51:2 | | 45:16 45:16 45:25 46:16 49:15 | | predicate(1) 30:25 | | range(1) 21:18 | |
| 52:8 52:19 52:20 54:15 54:15 | | | | preliminarily(2) 10:11 16:25 | | rata(1) 28:7 | |
| | | partial(1) 17:12 | | preliminary(1) 17:8 | | rath(2) 2:4 6:36 | |
| omitted(1) 22:14 | | participating(1) 28:6 | | prepare(2) 24:6 48:2 | | rather(2) 13:12 46:1 | |
| once(1) 26:17 | | particular(1) 38:14 | | prepared(7) 9:19 10:21 11:3 11:5 40:23 | | raymond(1) 3:41 | |
| one(35) 1:29 2:33 4:32 9:10 10:9 10:21 | | particularly(2) 29:3 43:16 | | 42:1 48:4 | | rbs(2) 6:45 6:45 | |
| 12:25 13:7 15:13 15:20 18:19 22:16 24:2 | | parties(34) 9:10 9:24 10:3 10:4 10:6 | | | | reached(4) 9:23 10:1 23:8 27:23 44:13 | |
| 26:2 26:12 27:15 28:9 28:10 29:18 31:13 | | 10:10 16:14 16:17 17:3 17:13 18:8 19:3 | | present(2) 4:29 53:5 | | 45:18 | |
| 33:10 34:10 34:19 34:21 34:21 35:12 | | 21:4 21:11 24:5 24:5 26:22 26:25 38:8 | | pressed(1) 28:25 | | | |
| 38:21 39:2 40:23 43:14 44:8 44:18 50:17 | | 39:21 39:24 42:7 42:20 42:23 43:13 44:8 | | pressure(3) 44:19 44:25 45:5 | | read(9) 12:23 16:24 18:21 24:18 26:22 | |
| 50:20 53:9 | | 47:4 47:25 48:2 48:3 53:13 53:15 54:2 | | pretty(1) 33:21 | | 30:7 37:15 40:4 41:16 | |
| | | 54:9 | | prieto(2) 7:39 7:40 | | | |
| ones(1) 33:21 | | partners(2) 7:36 8:4 | | primoff(6) 7:44 11:13 11:13 48:18 48:18 | | reader(1) 22:3 | |
| only(11) 24:16 25:17 27:20 32:6 33:5 39:8 | | party(2) 10:6 14:11 | | 48:21 | | reading(5) 9:18 11:25 15:12 22:8 22:17 | |
| 39:16 40:25 49:14 49:18 49:23 | | paul(1) 7:12 | | | | real(6) 25:16 32:6 32:7 35:5 47:4 47:21 | |
| | | pause(3) 15:22 30:4 30:7 | | principal(2) 9:9 10:6 | | really(19) 17:3 17:16 17:19 17:20 18:5 | |
| open(1) 54:12 | | payments(3) 28:8 28:17 35:14 | | prior(6) 17:24 17:25 37:8 46:7 46:17 | | 27:19 27:21 30:5 33:18 35:10 36:8 37:25 | |
| opportunity(6) 30:21 30:22 31:7 40:4 40:6 | | peg(1) 5:50 | | privy(1) 49:1 | | 38:14 39:8 39:20 42:16 43:15 49:18 49:23 | |
| 40:8 45:18 45:22 | | pending(1) 53:22 | | pro(2) 8:28 28:6 | | | |
| | | pennsylvania(1) 1:46 | | probabilities(1) 52:6 | | reason(3) 31:6 42:22 51:8 | |
| oppose(1) 53:16 | | people(27) 11:18 11:24 13:19 16:23 17:17 | | probability(1) 50:10 | | reasonable(2) 26:23 32:18 | |
| opposed(1) 10:5 | | 21:9 22:21 24:14 26:10 29:9 30:19 31:7 | | probable(1) 46:24 | | reasonableness(2) 23:13 | |
| optimism(1) 54:3 | | 31:24 32:6 32:7 32:21 33:21 35:11 35:17 | | probably(7) 16:23 23:17 28:13 32:17 34:4 | | reasons(2) 34:13 53:9 | |
| option(4) 34:2 34:2 34:8 34:8 | | 42:21 44:11 44:15 44:17 44:19 44:24 | | 37:17 46:3 | | rebecca(1) 2:5 | |
| order(31) 10:20 10:24 11:4 11:10 11:24 | | 44:25 51:23 | | | | recall(2) 20:20 21:5 | |
| 12:22 13:1 13:12 13:16 13:20 13:21 | | | | problem(2) 15:18 42:6 | | receipt(1) 10:2 | |
| 13:24 14:3 14:5 14:12 15:3 15:10 15:13 | | percent(1) 33:11 | | proceedings(4) 1:19 1:50 15:22 55:4 | | receive(1) 25:24 | |
| 15:16 16:4 16:6 17:23 23:19 31:5 39:25 | | perhaps(2) 33:13 44:17 | | process(17) 17:5 18:5 25:3 27:13 27:14 | | received(1) 12:25 | |
| 40:14 42:1 51:19 52:16 52:20 | | period(3) 23:15 24:25 38:1 | | 39:20 40:3 40:16 40:18 41:11 42:13 43:10 | | receiving(1) 15:15 | |
| | | permitted(1) 17:14 | | 46:1 46:6 47:1 47:6 47:21 | | recent(1) 25:15 | |
| ordered(1) 13:25 | | pernick(1) 1:35 | | | | recently(1) 25:11 | |
| original(2) 13:16 15:3 | | perry(1) 6:49 | | produced(1) 1:51 | | recess(3) 44:2 44:3 54:18 | |
| originally(1) 21:8 | | personal(2) 39:6 49:5 | | professional(4) 35:6 35:6 35:7 35:8 | | record(6) 12:23 15:8 20:4 27:21 49:4 | |
| other(23) 10:7 10:10 11:6 16:11 17:23 | | perspective(2) 25:18 40:20 | | professor(1) 53:2 | | recorded(1) 1:50 | |
| 18:12 21:7 24:20 25:1 25:3 26:3 27:15 | | phase(1) 50:12 | | program(1) 28:25 | | recording(2) 1:50 55:3 | |
| 34:20 36:23 40:23 47:4 48:9 50:22 51:2 | | philip(1) 4:30 | | progress(2) 10:18 30:6 | | recovery(3) 32:2 33:25 33:25 34:7 35:16 | |
| 51:12 52:3 52:19 54:15 | | phone(5) 24:13 36:14 39:7 49:17 53:25 | | projections(1) 23:14 | | 35:21 | |
| | | phonetic(1) 28:15 | | prompt(1) 48:22 | | | |
| others(6) 10:14 11:12 18:11 19:24 43:25 | | phrase(1) 16:22 | | proposed(6) 10:20 13:1 13:4 15:9 15:10 | | redact(5) 38:22 40:25 42:11 43:17 49:21 | |
| 53:8 | | pick(1) 21:23 | | 16:3 | | redacted(10) 16:19 19:8 20:16 20:18 | |
| | | pickering(1) 7:7 | | | | 22:11 26:12 39:7 40:23 41:1 49:5 | |
| otherwise(1) 50:13 | | pictures(1) 22:18 | | proud(1) 32:5 | | | |
| ought(1) 35:21 | | piece(1) 28:10 | | provide(4) 11:3 14:18 21:2 32:2 | | redactions(2) 22:1 49:1 | |
| our(18) 9:15 12:6 12:6 15:25 18:3 18:19 | | placed(1) 22:18 | | provided(1) 40:11 | | redone(1) 16:10 | |
| 20:2 20:3 21:6 25:18 31:7 38:5 38:7 | | plan(28) 19:15 20:10 24:9 25:7 25:8 25:11 | | provides(3) 18:25 26:9 26:18 | | reduces(1) 45:5 | |
| 39:24 40:18 44:9 44:12 49:3 | | 25:12 25:12 25:18 25:20 25:24 26:5 26:9 | | providing(1) 10:5 | | reference(4) 14:4 14:5 22:14 23:5 | |
| | | 26:18 26:24 27:24 28:8 28:7 31:2 31:5 | | provision(1) 52:15 | | references(1) 23:8 | |
| ourselves(2) 30:8 30:23 | | 31:22 31:25 32:1 33:24 34:7 44:22 45:23 | | public(6) 17:22 18:17 19:21 37:2 48:14 | | regard(5) 45:14 45:24 46:2 46:13 46:18 | |
| out(37) 10:12 11:24 12:7 13:8 13:14 14:6 | | 47:5 | | 54:7 | | regarding(3) 23:11 38:18 48:24 | |
| 18:24 19:11 19:21 21:9 24:8 25:7 26:4 | | | | | | relate(1) 45:21 | |
| 28:21 31:1 34:15 35:11 35:15 36:13 37:2 | | plans(3) 25:1 25:3 35:4 | | publicly(7) 17:1 18:6 37:2 39:14 41:15 | | related(1) 38:12 | |
| 37:12 37:25 40:19 40:24 43:6 44:19 44:23 | | play(2) 40:19 51:17 | | 41:25 46:17 | | relating(1) 35:4 | |
| 45:4 46:22 47:5 47:17 48:11 48:13 49:13 | | playboy(1) 32:5 | | | | relative(1) 40:2 | |
| 51:15 53:12 53:19 | | plaza(3) 2:13 3:8 3:27 | | pull(1) 42:21 | | relatively(2) 38:20 42:16 | |
| | | pleading(1) 18:20 | | purpose(2) 14:16 22:10 | | release(2) 48:22 49:11 | |
| outside(1) 22:8 | | please(1) 9:3 | | purposes(7) 17:16 17:19 18:4 18:22 21:23 | | released(1) 44:9 | |
| over(11) 9:6 16:7 17:11 22:18 31:6 37:14 | | point(11) 9:20 20:4 31:3 33:3 33:10 36:13 | | 23:3 41:13 | | releases(3) 26:10 26:18 26:24 | |
| 37:19 37:20 48:24 49:3 49:13 | | 37:19 39:4 39:4 39:9 49:18 | | | | releasing(1) 27:3 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| relevant(2) 22:14 32:24 | | risk(1) 44:22 | | serious(1) 45:20 | | sophisticated(4) 29:9 29:10 30:19 35:11 | |

**relevant**(2) 22:14 32:24
**relief**(10) 10:12 10:13 10:22 15:9 24:3 37:3 50:24 50:25 51:17 52:16

**rely**(1) 21:12
**remaining**(2) 38:13 49:3
**remember**(1) 35:5 35:19
**remotely**(1) 23:2
**remove**(1) 28:21
**removing**(1) 31:3
**rendering**(1) 22:2
**report**(102) 9:8 9:11 9:13 10:2 10:6 10:25 11:3 12:7 14:17 16:13 16:19 16:24 17:1 17:10 17:20 18:6 18:17 19:8 19:21 20:9 20:13 21:9 21:10 21:14 21:14 21:17 21:21 22:1 22:2 22:8 22:10 22:11 23:1 23:2 23:17 24:4 24:6 24:10 24:12 24:15 25:24 26:12 26:23 32:4 34:14 36:4 37:1 37:12 37:14 37:20 37:23 38:22 40:1 40:2 40:3 40:5 40:7 40:15 40:21 41:4 41:6 41:7 41:8 41:13 41:17 42:5 42:12 42:19 42:24 43:4 43:18 44:9 44:12 44:16 44:23 44:23 45:19 46:15 46:16 46:21 46:25 47:2 47:7 47:23 48:1 48:4 48:13 48:23 49:12 49:15 49:16 49:22 49:25 50:8 51:15 51:23 51:25 53:7 53:12 54:3 54:4 54:6

**reported**(1) 50:4
**represent**(6) 31:24 33:21 35:17 35:17 36:12 53:24

**representation**(2) 49:4 49:16
**representativ**(1) 39:11
**represented**(2) 29:10 53:25
**representing**(1) 35:12
**represents**(1) 35:13
**request**(4) 10:9 10:12 11:14 16:13
**requested**(3) 24:3 37:3 52:17
**requesting**(1) 51:9
**required**(2) 10:21 45:23
**resolution**(1) 17:12
**resolve**(6) 38:8 40:6 43:1 43:14 44:15 45: ...
**resolved**(4) 34:25 38:12 41:4 50:21
**resolves**(1) 49:17
**resolving**(1) 42:10
**respect**(20) 9:7 9:23 10:2 10:2 10:12 16:22 18:13 20:15 20:19 21:3 22:24 23:13 23:20 33:14 33:15 36:18 41:3 49:24 53:21
**respective**(2) 16:14 17:15
**respectively**(1) 18:9
**responded**(1) 9:15
**response**(6) 10:21 15:11 16:5 16:12 46:12 52:10

**restricted**(2) 24:5 47:25
**rests**(1) 36:3
**result**(3) 17:6 17:7 25:1
**resulting**(2) 25:9 26:2
**resume**(1) 43:25
**retirees**(1) 35:13
**retirement**(1) 35:13
**revealed**(1) 21:18
**review**(11) 10:25 14:13 20:9 23:18 38:2 46:22 46:23 46:25 47:2 47:6 47:9 47:22 47:22
**reviewing**(1) 16:20
**revised**(3) 11:4 13:1 15:10
**revisions**(2) 10:19 10:23
**rice**(1) 2:25
**richards**(1) 2:31
**rifkind**(1) 7:12
**right**(21) 9:21 10:18 12:24 13:5 13:9 13:17 15:7 16:5 16:11 19:23 21:16 23:17 25:19 29:22 35:25 36:24 44:5 48:15 49:22 50:15 52:8
**ripe**(1) 54:12
**rise**(2) 9:2 44:4

**risk**(1) 44:22
**road**(1) 34:15
**roadmap**(1) 36:6
**robert**(4) 3:34 4:5 11:8 27:6
**robin**(1) 3:5
**rockefeller**(1) 2:13
**rodney**(1) 2:33
**roiter**(1) 7:47
**roitman**(1) 6:28
**roll**(1) 34:1
**room**(5) 44:25 46:5 47:11 47:16 47:19
**rose**(1) 38:14
**rosner**(1) 7:52
**rothschild**(1) 4:20
**rudnick**(4) 3:33 6:20 11:9 27:7
**rule**(1) 18:12
**ruling**(3) 12:17 27:15 42:18
**said**(17) 10:7 18:10 18:11 21:7 21:8 25:11 27:9 28:2 29:1 34:4 36:3 38:7 39:22 40:11 50:7 51:19 51:23

**salient**(1) 31:3
**same**(12) 10:9 12:15 14:3 21:4 24:16 26:10 26:11 30:17 34:11 38:25 40:9 42:5

**sandridge**(1) 2:25
**sarah**(1) 7:19
**saul**(3) 3:12 5:12 36:12
**saw**(2) 9:16 39:5
**say**(14) 15:25 22:4 24:5 24:10 24:12 27:9 32:6 38:25 41:23 43:11 47:4 47:7 50:5 50:7
**saying**(3) 43:3 53:6 54:11
**says**(14) 14:22 14:22 15:14 16:19 21:17 21:25 28:5 29:8 29:18 29:19 29:20 31:4 40:24 50:9

**scant**(1) 32:7
**schedule**(12) 18:14 25:21 46:5 46:8 47:9 47:12 47:16 47:19 48:8 48:11 48:12 52:1
**scheduled**(1) 51:6
**scheduling**(6) 12:14 14:5 18:13 36:22 46:13 48:6

**scheme**(1) 34:19
**schlerf**(1) 4:21
**scholer**(2) 7:43 48:19
**schott**(1) 8:4
**schotz**(1) 1:33
**schuylkill**(1) 1:45
**scott**(2) 4:15 7:36
**seal**(6) 9:14 21:25 22:12 24:3 50:23 51:1
**sealing**(1) 24:4
**seated**(1) 9:3
**second**(1) 27:25
**secrecy**(3) 34:22 34:23
**secret**(1) 34:14
**section**(4) 15:17 32:16 33:1 34:19
**securities**(2) 6:41 6:45
**see**(19) 9:11 11:10 19:19 24:16 24:17 29:5 29:10 29:14 29:21 33:17 34:23 38:8 39:2 43:13 47:14 47:20 51:10 53:24 54:3
**seeking**(1) 50:24
**seems**(1) 30:24
**seen**(10) 9:23 11:12 11:14 29:12 37:13 37:15 39:24 40:1 41:9 51:13

**seife**(1) 6:29
**selber**(1) 3:26
**selling**(3) 33:14 34:2
**senior**(4) 29:3 34:4 34:9 35:7
**sense**(7) 11:23 18:23 30:10 31:4 43:6 53:16 53:18

**sensitive**(1) 49:19
**sentences**(2) 33:7 50:4
**series**(1) 17:10

**serious**(1) 45:20
**service**(2) 1:44 1:51
**services**(1) 1:44
**set**(7) 14:3 17:15 18:14 21:6 37:7 48:25 52:11

**sets**(2) 19:3 19:5
**setting**(1) 34:18
**settle**(2) 20:7 51:10
**settlement**(8) 20:21 21:7 23:21 24:9 27:24 29:22 29:23 31:4

**seven**(1) 3:36
**several**(1) 48:24
**severely**(2) 22:1 26:12
**shachar**(1) 7:29
**shaffer**(1) 8:7
**shall**(4) 14:2 14:11 14:16 14:20
**share**(2) 34:9 54:3
**shared**(1) 11:11
**shareholders**(3) 28:9 33:14 34:2
**shares**(1) 53:18
**sharing**(1) 34:9
**shaw**(1) 7:19
**sheet**(1) 39:6
**sheets**(1) 14:21
**shell**(2) 21:21 21:22
**shelter**(1) 26:6
**shield**(1) 28:8
**short**(4) 41:24 42:1 42:5 44:2
**shortly**(3) 9:14 16:8 29:14
**should**(44) 10:7 14:22 16:14 17:1 17:5 17:7 17:11 17:21 18:6 18:7 18:17 20:8 20:11 20:13 25:12 25:13 28:5 29:16 29:17 32:10 32:13 32:19 32:21 37:2 39:4 40:25 41:1 45:17 45:22 46:4 47:1 48:1 48:3 48:3 48:12 48:13 52:3 52:20 54:11
**shouldn't**(6) 25:23 29:4 30:20 30:21 30:21 47:20

**shove**(1) 35:9
**showing**(1) 14:21
**shut**(1) 44:24
**sic**(1) 28:13
**side**(2) 24:20 28:3
**sidley**(1) 1:26 5:34
**siegel**(1) 6:23
**signed**(1) 17:13
**significant**(1) 45:13
**silverstein**(1) 3:26
**simes**(1) 8:11
**simply**(3) 23:4 23:18 25:6
**since**(3) 28:7 29:20 39:15
**single**(4) 22:10 22:14 49:19 49:19
**sit**(2) 35:21 42:6
**sitting**(1) 35:20
**situation**(1) 26:4
**six**(1) 17:13
**skimpy**(1) 32:7
**slip**(1) 49:22
**slowdown**(1) 46:5
**slowing**(1) 46:1
**small**(4) 20:8 35:15 38:20 43:7
**smaller**(1) 35:11
**solus**(1) 5:44
**solvency**(1) 23:11
**some**(22) 10:13 10:18 11:2 16:22 17:22 18:8 19:8 20:14 24:13 33:13 36:2 39:5 39:16 41:18 41:18 42:16 43:17 44:15 46:14 51:16 53:8 53:16

**somebody**(2) 19:14 50:4
**somebody's**(1) 39:6
**something**(5) 21:11 41:8 42:1 42:5 44:13
**sometimes**(1) 31:1
**soon**(2) 44:25 48:14
**sooner**(3) 37:6 37:7 51:18

**sophisticated**(4) 29:9 29:10 30:19 35:11
**sorry**(3) 9:25 15:12 50:3
**sort**(4) 29:25 36:19 53:15 54:1
**sought**(2) 24:3 51:17
**sound**(2) 1:50 55:3
**sounding**(1) 20:3
**sounds**(2) 53:4 53:25
**south**(2) 1:29 3:49
**spaeder**(1) 6:32
**speaks**(2) 33:2 52:5
**specific**(2) 17:2 43:1
**specifically**(2) 10:12 41:12
**speeding**(1) 46:1
**spelling**(1) 14:2
**spent**(1) 9:17
**square**(2) 2:33 3:36
**stage**(1) 50:6
**staggering**(1) 27:22
**stand**(5) 21:12 34:15 38:25 49:11 54:18
**standard**(1) 32:18
**standing**(3) 21:1 22:8 48:22
**standpoint**(4) 9:22 18:3 40:4 40:16
**stands**(1) 26:25
**stanley**(2) 2:46 7:32
**stargatt**(1) 4:4
**stark**(12) 3:34 11:8 11:8 27:6 27:6 28:2 28:14 29:15 30:13 30:16 31:10 31:11

**stark's**(2) 31:20 31:25
**stars**(1) 3:20
**start**(2) 21:23 47:13
**statement**(15) 17:12 18:25 19:17 20:15 20:19 20:22 21:2 21:6 23:4 25:8 27:10 27:12 32:15 45:13 45:15

**statements**(1) 21:5
**states**(6) 1:1 1:21 12:4 21:25 32:12 46:11
**status**(1) 9:6
**statutorily**(1) 31:20
**step**(6) 27:25 29:18 30:9 33:10 34:10
**stephanie**(1) 55:8
**stephen**(1) 5:44
**steps**(2) 38:9 38:10
**stern**(2) 3:19 5:7
**steven**(2) 4:40 7:25
**still**(3) 39:9 54:10 54:12
**stop**(1) 55:22
**strategically**(1) 22:18
**strauss**(1) 4:29
**street**(12) 1:12 1:36 1:45 2:6 2:20 2:34 2:49 3:7 3:38 3:49 4:7 4:23

**stricken**(1) 15:3
**strikeout**(1) 13:15
**strongly**(3) 35:24 37:1 43:4
**struck**(1) 13:14
**structure**(1) 29:3
**stuart**(1) 7:16
**stutman**(1) 8:7
**sub**(2) 18:3 35:7
**subject**(3) 18:7 28:4 28:19
**submit**(4) 21:22 23:1 26:21 42:12
**submitted**(1) 21:5
**subordible**(1) 28:13
**subordinated**(1) 32:1
**substance**(1) 22:2
**substantive**(1) 23:6
**subsumed**(1) 12:15
**such**(4) 15:15 16:19 19:2 19:21
**suggest**(1) 42:15
**suggested**(1) 40:18
**suggests**(1) 31:5
**suite**(6) 1:37 2:6 2:20 2:48 3:14 3:43 3:50 4:24

**sum**(1) 21:14

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **summary**(14) 19:5 22:12 22:15 22:22 22:24 22:25 23:1 23:2 23:3 29:7 41:15 41:23 44:10 44:13 | | **that**(301) 9:13 9:15 9:22 10:16 10:16 10:16 10:18 10:21 10:22 11:1 11:2 11:4 11:6 11:11 11:15 12:9 12:12 12:14 13:3 13:25 14:6 14:9 14:12 14:15 14:19 14:22 14:22 14:25 15:2 15:2 15:15 15:18 15:24 16:12 16:16 16:19 16:21 16:23 16:23 16:24 17:1 17:2 17:6 17:8 17:24 18:8 18:10 18:16 18:18 18:18 18:20 18:20 18:25 19:3 19:7 19:7 19:10 19:11 19:13 19:14 19:15 19:17 19:18 20:6 20:11 20:12 20:21 21:5 21:18 21:20 21:21 21:25 22:10 22:23 23:1 23:5 23:16 23:16 23:21 23:22 24:2 24:2 24:5 24:10 24:11 24:12 24:23 25:2 25:3 25:6 25:9 25:15 25:20 25:20 25:21 25:22 26:6 26:9 26:12 26:16 26:22 26:23 26:24 27:1 27:14 27:14 27:24 28:5 28:8 28:10 28:14 29:2 29:5 29:19 30:4 30:5 30:25 31:4 31:6 31:7 31:12 31:19 32:1 32:6 32:8 32:11 32:17 32:20 32:22 33:3 33:10 33:13 33:13 33:17 33:18 33:18 33:19 34:4 34:5 34:16 34:24 34:24 34:25 35:4 35:5 35:10 35:16 35:17 35:19 35:23 35:24 36:1 36:2 36:3 36:13 36:14 37:1 37:4 37:5 37:10 37:13 37:20 38:6 38:7 38:11 38:13 38:17 38:22 38:24 39:2 39:4 39:5 39:5 39:6 39:7 39:9 39:12 39:15 39:16 39:16 40:1 40:7 40:8 40:14 40:18 40:25 41:1 41:5 41:5 41:13 41:15 41:16 41:20 41:22 41:23 42:4 42:4 42:10 42:12 42:12 42:13 42:16 42:18 43:3 43:4 43:5 43:6 43:11 43:13 43:16 44:9 44:10 44:10 44:12 44:13 44:16 44:17 44:17 44:18 44:18 44:20 44:22 44:24 45:1 45:1 45:4 45:5 45:9 45:15 45:19 45:24 45:24 45:25 46:2 46:2 46:6 46:7 46:15 46:16 46:16 46:17 46:22 46:24 46:24 47:1 47:1 47:5 47:8 47:8 47:12 47:15 47:15 47:15 47:20 47:22 47:23 47:25 48:2 48:5 48:10 48:10 48:10 48:11 48:11 48:11 48:13 49:1 49:5 49:12 49:14 49:19 49:21 50:4 50:5 50:5 50:7 50:7 50:8 50:9 50:9 50:12 50:12 50:12 50:14 51:6 51:9 51:11 51:13 51:14 51:17 51:19 51:23 51:25 52:12 52:13 52:15 52:16 52:18 53:3 53:6 | | **the**(301) 1:1 1:2 1:20 2:4 2:18 3:12 3:20 4:6 4:16 5:7 6:26 9:2 9:4 9:5 9:5 9:6 9:7 9:9 9:10 9:10 9:11 9:12 9:12 9:13 9:13 9:15 9:16 9:21 9:22 9:22 9:23 9:24 9:25 10:1 10:2 10:3 10:4 10:6 10:7 10:8 10:8 10:9 10:9 10:12 10:17 10:20 10:23 10:24 10:25 10:25 11:1 11:2 11:6 11:10 11:11 11:15 11:16 11:17 11:18 11:18 11:19 11:22 11:24 12:1 12:3 12:5 12:7 12:9 12:22 12:23 12:23 12:24 12:25 13:1 13:3 13:4 13:5 13:7 13:8 13:9 13:13 13:14 13:14 13:15 13:16 13:17 13:19 13:19 14:3 14:4 14:5 14:7 14:9 14:12 14:12 14:13 14:13 14:13 14:15 14:16 14:17 14:17 14:19 14:20 14:20 14:21 14:22 14:24 15:1 15:3 15:5 15:7 15:7 15:9 15:9 15:10 15:13 15:15 15:15 15:17 15:18 15:21 16:2 16:3 16:3 16:6 16:9 16:11 16:12 16:13 16:14 16:16 16:16 16:17 16:21 16:22 17:2 17:2 17:3 17:4 17:5 17:6 17:7 17:8 17:9 17:11 17:13 17:14 17:15 17:20 17:22 17:23 17:24 17:25 18:4 18:6 18:8 18:13 18:14 18:15 18:16 18:18 18:22 18:23 18:23 18:24 18:25 19:1 19:2 19:3 19:3 19:5 19:6 19:7 19:10 19:10 19:15 19:15 19:17 19:18 19:21 19:23 20:1 20:5 20:6 20:9 20:9 20:10 20:10 20:13 20:14 20:15 20:16 20:19 20:20 20:21 20:21 20:21 20:22 20:24 20:24 20:25 21:1 21:3 21:4 21:6 21:10 21:10 21:12 21:14 21:16 21:16 21:17 21:17 21:21 21:21 21:24 21:25 22:1 22:2 22:2 22:3 22:4 22:5 22:6 22:7 22:8 22:8 22:9 22:9 22:9 22:10 22:11 22:13 22:15 22:16 22:18 22:19 22:22 22:22 22:24 22:25 22:25 23:3 23:4 23:6 23:6 23:7 23:10 23:12 23:13 23:17 23:18 23:19 23:19 23:20 23:24 24:2 24:3 24:3 24:4 24:4 24:5 24:6 24:9 24:10 24:12 24:13 24:15 24:16 24:17 24:17 24:17 24:18 24:20 24:20 24:21 24:22 24:23 24:23 24:24 24:24 | | **the**(301) 24:25 24:25 25:1 25:2 25:3 25:6 25:6 25:8 25:10 25:10 25:12 25:20 25:21 25:22 25:23 25:24 25:24 25:25 26:1 26:2 26:3 26:4 26:5 26:6 26:8 26:8 26:11 26:11 26:12 26:14 26:15 26:16 26:16 26:17 26:18 26:18 26:21 26:22 26:24 26:25 27:2 27:4 27:8 27:11 27:11 27:12 27:15 27:16 27:20 27:22 27:23 27:24 27:24 27:25 28:1 28:2 28:3 28:12 28:18 28:18 28:22 28:23 28:23 29:1 29:2 29:3 29:4 29:4 29:6 29:9 29:10 29:12 29:12 29:14 29:17 29:17 29:19 29:19 29:20 29:21 29:22 29:22 29:23 30:7 30:9 30:9 30:9 30:11 30:11 30:14 30:15 30:17 30:18 30:18 30:21 30:22 31:1 31:2 31:3 31:3 31:5 31:5 31:7 31:8 31:10 31:13 31:15 31:17 31:21 31:21 31:24 31:25 32:1 32:1 32:1 32:4 32:6 32:6 32:9 32:9 32:10 32:12 32:12 32:18 32:18 32:22 32:22 32:23 32:23 33:3 33:4 33:8 33:9 33:10 33:11 33:12 33:13 33:18 33:20 33:21 33:22 33:23 34:1 34:1 34:2 34:2 34:3 34:4 34:6 34:6 34:7 34:7 34:8 34:11 34:12 34:12 34:13 34:14 34:16 34:17 34:17 34:17 34:17 34:18 34:19 34:20 34:20 34:23 35:1 35:4 35:7 35:7 35:8 35:9 35:12 35:17 35:17 35:19 35:20 35:20 35:20 35:24 35:25 35:25 36:1 36:1 36:2 36:3 36:3 36:4 36:5 36:6 36:10 36:12 36:16 36:13 36:16 36:16 36:18 36:20 36:22 36:23 36:25 37:1 37:1 37:2 37:2 37:3 37:3 37:3 37:4 37:5 37:6 37:7 37:9 37:9 37:10 37:11 37:12 37:13 37:13 37:14 37:15 37:18 37:21 37:23 38:2 38:6 38:7 38:8 38:11 38:12 38:13 38:15 38:16 38:17 38:19 38:20 38:21 38:21 38:22 38:22 38:24 38:25 39:1 39:2 39:13 39:14 39:16 39:21 39:22 39:24 39:25 40:1 40:2 40:3 40:5 40:7 40:9 40:9 40:11 40:12 40:13 40:15 40:19 40:20 40:21 40:22 40:22 40:23 41:1 41:4 41:4 41:5 41:5 41:6 41:6 41:8 41:10 41:11 41:13 41:14 41:14 41:16 41:16 41:19 41:21 41:22 42:1 42:2 42:5 42:5 42:7 42:7 42:10 42:10 42:11 42:12 |
| **summed**(1) 33:5 | | | | | | | |
| **sums**(1) 30:20 | | | | | | | |
| **support**(7) 23:10 23:12 26:17 45:9 45:11 46:12 47:4 | | | | | | | |
| **supported**(2) 37:11 48:10 | | | | | | | |
| **supporters**(1) 21:7 | | | | | | | |
| **supposed**(1) 31:24 | | | | | | | |
| **sure**(4) 11:17 17:16 47:17 47:18 | | | | | | | |
| **surety**(2) 31:12 31:13 | | | | | | | |
| **suspect**(1) 38:23 | | | | | | | |
| **suttonbrook**(1) 5:4 | | | | | | | |
| **table**(2) 25:25 26:18 | | | | | | | |
| **take**(11) 20:25 28:19 33:8 33:11 34:7 34:7 34:7 34:8 36:17 42:13 43:24 | | | | | | | |
| **taken**(3) 38:9 38:10 44:3 | | | | | | | |
| **talk**(10) 10:11 16:11 21:20 30:8 30:22 30:23 31:9 32:3 35:3 53:23 | | | | | | | |
| **talked**(2) 24:23 53:10 | | | | | | | |
| **talking**(3) 37:22 39:8 47:11 | | | | | | | |
| **task**(1) 30:13 | | | | | | | |
| **taylor**(1) 4:4 | | | | | | | |
| **telephone**(2) 11:18 48:17 | | | | | | | |
| **telephonic**(5) 4:37 5:1 6:1 7:1 8:1 | | | | | | | |
| **tell**(9) 19:6 24:16 25:2 29:11 38:2 38:5 39:1 40:16 40:19 | | | | | | | |
| **telling**(2) 32:13 34:6 | | | | | | | |
| **tells**(2) 33:22 33:23 | | | | | | | |
| **template**(1) 32:18 | | | | | | | |
| **tend**(2) 25:19 41:14 | | | | | | | |
| **tended**(1) 51:15 | | | | | | | |
| **term**(2) 14:15 14:19 | | | | | | | |
| **termination**(1) 26:2 | | | | | | | |
| **terms**(7) 9:9 11:25 18:4 18:5 18:22 19:14 52:6 | | | | | | | |
| **testimony**(1) 23:9 | | | | | | | |
| **text**(1) 49:15 | | | | | | | |
| **than**(7) 10:7 13:12 40:23 41:6 42:13 46:1 50:11 | | **that**(18) 53:6 53:13 53:14 53:15 53:16 53:17 53:18 53:22 53:23 54:2 54:4 54:4 54:5 54:5 54:8 54:12 54:17 55:2 | | | | **the**(227) 42:17 42:19 42:19 42:19 42:21 42:21 42:23 42:23 42:24 42:24 43:1 43:3 43:4 43:5 43:8 43:8 43:9 43:13 43:15 43:16 43:17 43:19 43:22 43:24 44:2 44:4 44:5 44:8 44:9 44:10 44:10 44:12 44:13 44:14 44:14 44:15 44:18 44:22 44:22 44:23 44:23 44:24 44:24 45:3 45:6 45:10 45:11 45:11 45:13 45:14 45:15 45:16 45:16 45:16 45:17 45:18 45:18 45:20 45:23 45:25 45:25 45:25 45:25 46:1 46:3 46:3 46:3 46:4 46:4 46:5 46:5 46:8 46:11 46:12 46:13 46:14 46:14 46:14 46:16 46:16 46:16 46:17 46:18 46:24 46:25 47:1 47:2 47:3 47:3 47:4 47:4 47:5 47:6 47:9 47:9 47:12 47:13 47:16 47:16 47:19 47:21 47:22 47:23 47:24 47:24 47:25 48:1 48:3 48:4 48:5 48:6 48:6 48:7 48:8 48:9 48:9 48:11 48:12 48:15 48:16 48:20 48:22 48:22 48:22 48:23 48:24 49:1 49:4 49:4 49:4 49:7 49:11 49:11 49:12 49:12 49:13 49:13 49:15 49:15 49:15 49:16 49:21 49:23 49:23 49:24 50:1 50:5 50:6 50:8 50:11 50:11 50:12 50:15 50:18 50:21 50:22 50:23 50:24 50:24 51:1 51:1 51:2 51:3 51:4 51:6 51:8 51:8 51:9 51:10 51:12 51:14 51:15 51:16 51:17 51:21 51:23 52:1 52:2 52:2 52:5 52:8 52:9 52:9 52:10 52:11 52:12 52:13 52:13 52:15 52:16 52:16 52:19 52:20 52:22 52:24 53:4 53:5 53:7 53:9 53:11 53:12 53:13 53:14 53:17 53:18 53:20 53:21 53:25 54:1 54:1 54:2 54:2 54:3 54:3 54:4 54:4 54:6 54:8 54:9 54:10 54:15 54:19 55:2 55:3 55:3 55:4 |
| **thank**(26) 11:21 12:19 12:20 19:23 27:4 31:13 31:15 36:10 36:16 43:19 43:23 44:1 44:6 45:5 45:6 46:8 48:14 48:15 49:7 50:1 50:15 51:7 51:19 51:21 54:14 54:17 | | **that's**(51) 9:10 9:18 10:10 10:13 12:15 13:4 13:18 15:6 15:23 18:19 19:22 22:12 23:22 25:12 25:18 25:25 26:8 28:4 28:12 28:15 28:22 28:25 29:25 30:15 32:10 36:7 36:8 37:3 37:3 37:4 37:5 37:9 37:25 38:21 39:2 39:2 39:17 39:23 40:5 41:23 41:25 43:15 44:14 46:21 47:14 47:17 49:23 51:18 52:1 53:18 54:8 | | | | | |
| **thanks**(1) 27:5 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**their**(16) 17:15 18:20 20:25 23:20 26:7 28:6 28:19 30:1 30:22 31:4 31:23 31:23 32:1 35:16 45:21 47:25

**them**(15) 12:18 24:16 32:2 32:21 33:16 33:22 33:23 35:14 42:20 42:21 42:22 42:22 44:19 45:22 50:11

**then**(14) 9:21 11:16 11:24 13:4 14:4 14:24 15:7 29:15 30:23 33:24 40:15 41:12 43:1 53:25

**there**(54) 10:13 10:15 10:19 10:23 11:2 13:20 13:21 15:16 18:2 18:2 18:23 18:24 18:24 18:24 21:9 21:13 24:19 24:22 25:7 25:8 32:8 32:11 35:6 35:10 35:11 35:15 35:15 37:2 37:19 39:5 39:10 39:15 39:22 40:10 40:13 42:22 42:25 43:4 44:23 45:13 46:4 46:22 47:5 47:16 47:19 48:13 51:14 51:24 52:19 53:3 53:4 53:7 53:13 54:5

**there's**(24) 10:8 12:21 22:11 22:13 23:8 23:9 23:12 23:15 24:11 25:18 29:25 34:2 36:2 39:19 40:5 40:6 42:24 43:14 46:20 47:11 48:8 49:2 51:22 53:16

**therefore**(2) 47:9 47:16

**these**(7) 9:7 20:8 26:25 29:9 30:19 32:11 33:13

**they**(43) 11:19 20:25 20:25 21:8 21:10 24:3 24:5 26:22 27:2 27:2 29:10 29:17 30:20 30:21 30:22 31:8 33:10 33:15 33:17 33:17 34:15 35:9 35:16 38:11 39:13 39:15 39:25 40:1 40:2 40:3 40:4 40:7 40:15 40:16 40:16 41:9 45:21 47:24 48:1 48:4 50:13

**they're**(3) 41:24 45:22 53:15
**they've**(2) 33:21 33:22
**thing**(8) 9:10 21:14 30:8 34:11 37:18 38:25 44:18 45:2

**things**(9) 10:24 29:25 30:6 35:9 36:2 40:25 44:17 45:4 52:3

**think**(83) 9:10 10:8 12:16 12:18 14:4 15:24 16:24 17:2 17:22 18:3 18:7 18:19 19:9 19:18 20:5 20:6 21:1 21:16 21:20 21:23 22:9 22:22 26:4 27:9 27:19 27:20 27:21 28:15 29:7 29:22 29:24 30:7 30:8 30:23 31:4 32:12 32:16 33:2 33:4 33:6 33:18 33:22 33:24 34:14 34:16 34:25 35:1 35:4 35:18 35:19 35:25 36:3 36:5 36:20 39:2 39:9 40:6 40:17 40:20 40:25 41:3 41:4 41:6 42:16 42:18 43:15 44:23 45:1 45:17 45:19 46:21 47:12 47:14 48:5 48:8 48:11 50:7 50:8 51:12 51:17 52:11 54:4 54:13

**thinking**(5) 32:13 32:17 32:20 32:20 43:8
**thinks**(1) 53:7
**third**(2) 28:12 29:20
**third-party**(1) 50:25
**thirty-ninth**(1) 3:21
**this**(50) 9:4 9:20 12:16 12:17 13:10 14:15 16:15 17:9 17:23 20:2 20:4 21:9 22:23 24:9 27:9 27:16 27:16 27:21 27:23 28:5 28:7 28:25 29:2 32:6 32:16 32:19 33:24 34:21 34:24 36:1 38:1 38:14 38:14 38:15 38:16 40:22 44:12 45:15 45:21 46:21 47:7 47:15 47:18 48:13 49:9 49:18 51:16 51:18 53:19 54:17

**thomas**(1) 2:26
**thornburg**(1) 2:46
**those**(32) 16:20 17:12 18:11 23:5 23:8 24:5 26:6 26:9 26:19 28:17 28:18 34:13 34:13 35:16 36:21 36:22 37:10 37:20 37:24 38:9 38:10 38:12 40:12 40:15 40:25 41:23 43:14 45:19 45:22 47:18 48:8 53:1

**though**(3) 13:7 34:25 41:17
**thought**(3) 36:19 45:3 50:12
**thoughts**(2) 17:8 18:12
**thousand-page**(1) 19:21
**thousands**(2) 19:20 41:16
**three**(3) 21:8 39:19 39:20
**through**(3) 11:16 13:4 13:9
**thursday**(1) 9:1
**time**(22) 9:16 9:17 19:10 20:9 20:11 20:11 20:21 23:12 23:15 25:10 26:11 26:22 29:16 38:1 38:6 38:14 38:17 39:1 41:21 48:8 52:9 52:12

**times**(2) 13:6 27:16
**timing**(1) 17:6
**title**(3) 13:13 13:14 13:19
**today**(21) 10:13 12:17 12:18 16:13 18:12 34:3 29:11 39:25 40:14 42:6 42:18 42:20 42:20 43:18 45:10 45:12 49:5 52:17 53:1 53:23 54:16

**todd**(1) 39:10
**together**(1) 45:1
**told**(4) 9:14 20:23 36:20 38:17
**tombstone**(1) 27:11
**tomorrow**(1) 46:8
**too**(2) 10:14 49:11
**torpedo**(2) 29:1 29:4
**torpedoes**(4) 29:17 29:24 30:9 30:18
**torres**(1) 7:50
**totally**(2) 35:10 49:20
**tpg**(1) 7:47
**track**(3) 25:3 31:1 31:2
**tracks**(1) 31:1
**trade**(1) 35:19
**transaction**(1) 46:18
**transcript**(13) 1:19 1:50 14:19 14:20 14:21 39:10 39:13 39:14 39:17 40:10 40:11 40:12 55:3

**transcription**(2) 1:44 1:51
**transcriptionist**(1) 55:10
**transcripts**(5) 37:2 39:15 40:10 40:13 49:3
**transfer**(1) 52:2
**trehan**(1) 8:12
**treister**(1) 8:7
**trial**(6) 27:18 29:1 29:4 29:6 32:9 34:5
**tribune**(3) 1:9 5:27 49:21
**tribune's**(1) 23:14
**tricadia**(1) 4:47
**tried**(1) 33:6
**troy**(1) 8:15
**truly**(1) 33:3
**trump**(1) 8:18
**trust**(8) 3:4 3:33 4:44 6:20 7:50 27:7 45:10

**trustee**(3) 2:18 2:18 10:7
**trustee's**(2) 12:5 46:11
**try**(5) 11:17 42:4 43:17 45:1 53:10
**trying**(2) 44:15 49:13
**tuchin**(2) 3:19 5:7
**tuesday**(5) 9:18 43:9 52:10 53:17 54:13
**turn**(1) 34:24
**turning**(1) 24:20
**tusa**(1) 28:14
**two**(15) 13:22 21:8 24:13 34:12 39:9 39:18 39:19 41:5 41:5 43:1 43:24 50:4 50:16 50:20 52:13

**type**(1) 19:17
**typical**(7) 19:16 19:19 19:19 32:23 32:25 33:4 34:19

**u.s**(5) 2:18 2:18 7:4 8:15 10:7
**ubs**(2) 6:41 6:41
**ultimately**(8) 11:10 17:1 17:21 18:5 18:17 23:4 27:14 41:16

**unable**(1) 16:18
**unassailable**(2) 34:5 50:6
**under**(7) 9:14 22:12 26:5 28:7 28:12 32:16 52:13

**underlie**(1) 23:5
**underlying**(2) 26:8 31:8
**understand**(11) 19:13 22:9 24:15 27:22 28:9 31:11 38:15 39:11 45:3 51:9 52:3

**understanding**(1) 45:20
**understands**(1) 17:22
**understood**(6) 25:17 37:9 37:17 46:2 52:8 53:6

**unfair**(1) 39:16
**unfortunate**(2) 34:23 52:2
**unfortunately**(2) 29:11 38:10
**unidentified**(1) 13:2
**united**(5) 1:1 1:21 12:4 32:12 46:11
**universe**(2) 38:19 38:20
**unless**(2) 10:19 36:8
**unlikely**(1) 41:15
**unreasonableness**(1) 23:14
**unredacted**(1) 37:13
**unrelated**(1) 49:21
**unsecured**(4) 14:10 31:18 33:20 34:1
**until**(4) 25:13 46:3 47:13 53:23
**untrack**(1) 25:2
**untranscribed**(1) 53:14
**upended**(1) 29:19
**upon**(8) 9:22 17:6 25:15 36:23 46:23 48:25 53:5 53:6

**urge**(1) 35:24
**use**(4) 16:21 30:7 46:23 52:2
**used**(3) 11:2 14:16 39:5
**useful**(2) 21:22 44:14
**vacation**(2) 27:20 37:19
**vail**(1) 8:22
**valid**(1) 32:8
**validity**(4) 22:5 22:6 36:2 36:3
**valuation**(1) 23:10
**value**(3) 22:3 28:20 33:11
**various**(5) 19:1 19:3 22:15 23:12 23:14
**vendor**(1) 35:19
**venture**(1) 23:21
**version**(7) 14:25 20:16 20:18 37:13 40:23 41:13 41:18

**very**(35) 9:14 9:19 16:1 16:7 16:23 18:25 22:20 26:9 28:10 29:7 29:9 29:24 30:20 30:22 32:5 32:8 33:3 33:24 33:25 34:17 35:5 35:18 37:1 38:4 42:17 43:7 44:25 46:17 47:7 47:7 51:5 51:20 51:22 51:22 54:17

**view**(11) 10:17 16:17 16:25 24:24 33:3 33:10 44:12 49:3 50:9 52:6 53:18

**views**(2) 16:14 21:6
**vinson**(1) 4:39
**virtually**(1) 27:8
**virtue**(1) 16:17
**voice**(1) 32:12
**volume**(1) 22:22
**voluntarily**(1) 39:7
**vote**(12) 17:17 24:9 25:14 25:24 29:5 30:18 31:23 31:23 31:25 33:24 45:23 46:23

**voted**(2) 25:21 31:21
**voting**(45) 16:15 17:5 17:7 17:15 17:16 17:19 17:24 18:22 19:10 19:12 20:9 20:14 21:23 24:22 26:25 27:2 27:11 27:11 27:17 30:14 30:24 31:19 31:19 31:24 32:2 32:19 34:18 34:18 35:1 35:4 35:6 36:18 41:12 41:13 41:20 44:12 45:11 46:14 47:2 47:13 47:23 47:48 48:12 54:11

**wait**(1) 25:13

**waiting**(1) 35:21
**walk**(3) 11:16 13:4 13:9
**want**(7) 10:11 26:21 30:6 31:2 36:13 38:25 53:17

**wanted**(6) 12:5 26:1 37:18 46:6 50:22 51:24

**wanting**(2) 24:15 24:15
**wants**(3) 9:11 12:25 36:22
**wardwell**(2) 2:38 44:7
**was**(30) 9:13 9:16 9:16 9:18 13:15 14:25 15:3 19:7 19:9 19:10 20:23 21:13 22:1 24:2 27:25 30:25 32:20 32:20 37:5 37:9 38:7 45:13 45:15 46:16 50:6 51:14 53:6 53:10 53:22 54:19

**wasn't**(2) 18:20 31:11
**way**(14) 12:16 14:23 17:3 22:4 27:15 31:12 31:21 42:21 43:14 43:15 48:22 49:11 49:11 49:16

**we'd**(2) 15:13 15:16
**we'll**(6) 11:17 16:7 43:25 52:13 53:16 54:5
**we're**(17) 9:19 10:24 11:1 12:12 26:5 30:17 34:24 37:22 39:7 40:14 42:16 43:6 45:17 45:18 51:18 53:12

**we've**(16) 9:12 14:1 14:2 14:8 14:9 14:15 14:19 20:4 20:5 33:2 38:9 38:10 38:12 41:4 49:2 49:12

**week**(4) 9:13 38:16 43:1 53:10
**weeks**(1) 44:15
**weil**(1) 7:32
**weiss**(1) 7:12
**weitman**(1) 5:39
**welcome**(1) 54:9
**well**(30) 10:8 11:15 12:12 12:16 12:24 16:1 20:16 21:7 21:16 21:20 24:23 25:8 25:10 30:11 33:23 34:7 35:18 36:25 37:15 38:2 38:4 38:4 40:22 41:3 41:10 41:18 51:2 51:5 53:4 54:8

**wells**(2) 4:12 45:8
**went**(1) 28:23
**were**(16) 11:2 17:14 20:23 21:12 23:8 25:2 25:4 27:2 27:2 28:9 38:6 39:5 42:10 44:13 46:18 53:14

**west**(3) 1:36 2:49 4:7
**wharton**(1) 7:12
**what**(61) 9:6 9:18 13:18 17:3 17:11 17:16 18:7 18:13 19:16 19:17 19:18 19:19 21:19 21:21 21:21 21:24 21:24 23:4 23:7 23:22 23:25 24:21 25:21 27:2 27:10 27:12 27:13 27:14 28:25 29:1 29:4 29:9 29:12 29:17 30:8 30:9 30:15 30:18 30:23 31:8 31:23 32:13 32:19 32:21 32:22 33:22 33:23 33:24 36:21 37:9 37:22 37:25 39:24 41:7 41:17 41:24 42:15 45:14 47:11 51:19 52:20

**what's**(2) 22:15 39:23
**whatever**(2) 11:17 42:2
**when**(14) 9:14 9:16 13:3 16:5 21:16 24:12 32:10 32:13 35:25 37:18 40:1 47:8 53:10 54:2

**where**(16) 11:3 15:14 19:14 22:14 27:16 29:8 34:15 35:1 35:24 36:5 36:20 38:6 40:13 52:11 53:19 53:24

**whereupon**(1) 54:19
**whether**(15) 11:19 12:17 17:21 15:23 29:21 33:17 38:21 40:16 41:18 41:19 41:25 43:17 53:18 54:10

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|

**which**(35) 11:4  14:21  16:18  17:4  17:5
17:6  17:15  17:22  18:6  18:11  18:11  19:5
19:9  20:22  21:12  22:9  22:23  24:9  24:21
24:25  25:11  30:13  31:2  31:6  32:18  32:22
40:24  40:24  42:6  45:18  46:19  50:10  50:2
52:3  52:11

**while**(7) 16:25  20:10  35:5  35:9  35:18  40:6
51:9

**white**(1) 4:12
**whittman**(1) 8:25
**who**(23) 10:4  10:7  11:12  12:25  14:11  19:4
20:7  24:8  24:14  26:19  28:10  31:24  32:6
35:8  35:13  35:15  39:10  40:9  41:14  43:25
44:8  47:4  51:23

**whose**(1) 35:13
**why**(9) 23:8  30:2  38:14  41:10  42:23  47:18
47:20  51:9  51:18

**will**(31) 10:19  16:24  18:7  19:6  21:9  24:10
25:1  27:14  27:21  29:15  30:11  32:11  34:2
38:2  39:24  40:2  41:15  41:16  42:3  43:11
43:12  44:17  44:18  44:22  46:25  49:5  52:8
52:18  53:7  54:11  54:18

**willing**(1) 14:18
**wilmer**(1) 7:7
**wilmington**(20) 1:13  1:38  2:8  2:22  2:28
2:35  2:50  3:9  3:16  3:30  3:33  3:44  4:9
4:26  6:20  9:1  11:9  27:7  45:8  45:9

**win**(1) 50:11
**window**(3) 20:8  20:11  44:24
**wish**(5) 15:8  49:7  49:11  50:1  50:2
**with**(82) 9:7  9:11  9:15  9:23  10:1  10:2
10:12  11:2  11:11  12:7  14:17  15:8  15:18
16:22  18:10  18:13  18:19  18:20  18:23
18:23  19:1  19:16  20:15  20:19  21:2  21:4
21:24  21:24  22:17  22:24  23:13  23:20
26:10  27:8  27:10  30:15  30:22  31:2  32:2
32:9  32:19  33:12  33:14  33:15  34:3  34:5
34:9  34:11  35:23  36:4  36:5  36:18  36:22
37:9  38:8  39:21  41:3  41:14  42:4  42:4
43:12  43:17  44:10  46:7  46:13  46:18  47:5
47:12  48:7  48:23  49:2  49:13  49:18  49:23
49:24  50:12  50:14  50:17  50:21  53:14
53:21  53:23

**within**(1) 11:16
**without**(4) 17:9  22:16  23:5  41:21
**witnesses**(1) 49:3
**wolf**(1) 4:50
**womble**(1) 2:25
**won't**(2) 46:3  54:12
**wondering**(1) 41:25
**word**(5) 14:2  21:1  22:20  26:15  52:2
**words**(1) 13:20
**work**(5) 34:20  38:8  43:6  43:12  49:13
**world**(1) 32:6
**worth**(1) 33:15
**would**(42) 10:10  11:3  11:6  11:9  11:14
11:23  12:22  13:19  13:20  13:21  14:6  14:24
15:3  16:19  19:11  19:16  20:23  21:22  23:1
23:22  24:1  25:2  26:21  32:6  32:24  34:22
35:23  36:19  38:15  41:20  41:20  41:25
42:12  42:15  46:15  47:7  48:17  49:14  49:21
50:7  51:1  54:8

**wouldn't**(5) 20:25  25:5  25:10  49:15  50:13
**wrongful**(2) 29:24  29:24
**yeah**(7) 13:14  13:15  15:20  15:23  28:12
43:8  52:1

**year**(1) 46:4
**years**(1) 52:1
**yes**(5) 12:1  15:21  48:18  49:9  52:22
**yet**(7) 9:23  11:12  13:2  19:11  24:21  41:7
43:25

**york**(7) 2:14  2:43  3:5  3:37  4:17  4:33  7:51

**you**(80) 11:6  11:21  12:5  12:19  12:20  16:7
17:9  19:3  19:6  19:16  19:19  19:23  21:23
22:23  24:16  25:2  25:5  25:12  25:13  25:13
25:13  25:14  26:1  26:4  26:5  26:11  26:21
27:1  27:4  29:4  29:7  29:11  29:21  31:2
31:14  31:15  33:23  34:1  34:3  34:8  34:8
34:11  35:5  36:8  36:10  36:16  37:18  37:18
37:25  38:2  40:20  43:19  43:23  44:1  44:6
44:21  45:2  45:5  45:6  46:7  46:8  47:3
48:14  48:15  48:16  49:7  50:1  50:11  50:15
51:7  51:12  51:13  51:20  51:21  52:1  52:15
53:13  54:1  54:14  54:17

**you'll**(2) 21:5  29:14
**you're**(7) 21:8  27:11  27:13  27:13  27:17
29:2  29:5

**you've**(3) 29:8  31:1  35:11
**young**(1) 4:4
**your**(136) 9:9  9:25  10:16  11:8  11:21
11:23  12:2  13:7  13:16  14:6  14:25  15:12
15:20  16:8  18:16  19:13  19:25  20:3  20:12
21:24  23:21  23:22  24:11  26:1  27:6  27:9
27:12  27:19  27:21  28:16  29:5  29:18  29:20
30:3  31:11  31:16  32:3  32:5  32:8  32:17
33:3  34:16  35:3  35:23  35:25  36:8  36:11
36:12  36:14  36:17  36:20  36:21  36:22
36:23  36:25  37:8  37:10  37:12  37:13  37:17
37:19  37:21  37:22  37:23  37:24  38:4  38:5
38:6  38:9  38:14  38:16  38:17  38:23  39:1
39:5  39:9  39:11  39:19  39:20  39:21  39:25
40:1  40:4  40:9  40:10  40:14  40:20  41:3
42:2  42:3  42:4  42:9  42:13  42:15  42:18
42:18  42:23  43:1  43:3  43:11  43:15  43:20
43:23  44:6  45:3  45:5  45:7  45:9  45:12
45:24  46:6  46:7  46:9  46:10  46:15  47:3
48:8  48:18  49:9  49:18  50:3  50:16  50:20
50:22  50:22  50:25  51:1  51:7  51:12  51:19
51:19  52:4  52:18  52:21  53:21  54:14

**zero**(1) 49:24
**zloto**(2) 8:28  8:28
**zuckerman**(1) 6:32