# Notice Recipients

District/Off: 0311−1  User: Al  Date Created: 8/3/2010
Case: 08−13141−KJC  Form ID: ntcBK  Total: 13

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV
aty   Bryan Krakauer   bkrakauer@sidley.com
aty   Michael A. Henry   mhenry@grossmcginley.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Tribune Company    435 N. Michigan Avenue    Chicago, IL 60611
aty   Amy D. Brown    Margolis Edelstein    750 Shipyard Drive    Suite 102    Wilmington, DE 19801
aty   Carl D. Neff    Ciardi Ciardi &Astin    919 N. Market Street    Suite 700    Wilmington, DE 19801    U.S.A.
aty   J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
aty   James F. Conlan    Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603
aty   Jared D. Zajac    McDermott Will &Emery LLP    340 Madison Avenue    New York, NY 10173−0002
aty   John H. Strock, III    Fox Rothschild LLP    919 N. Market St., Suite 1300    P.O Box 2323    Wilmington, DE 19899−2323
aty   Norman L. Pernick    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue,Suite 1410    Wilmington, DE 19801
aty   Patrick J. Reilley    Cole, Schotz, Meisel, Forman &Leonard,    500 Delaware Avenue, Suite 1410    Wilmington, DE 19801
aty   Patrick Theodore Garvey    Johnson &Bell, Ltd    33 W. Monroe, Suite 2700    Chicago, IL 60603

TOTAL: 10