IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et</u> <u>al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref Docket Nos. 5202-5204, 5206, 5209, 5211, 5221 & 5222 |

<u>**AFFIDAVIT OF MAILING**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Docket Nos. 5202 - 5206, 5209, 5211, 5221, 5222 & Cover Memo_AFF_7-29-10.doc

a) "Notice of Filing of Plan Supplement," dated July 29, 2010, related to Docket 5202, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "Plan Supplement"),

b) "Notice of Filing List of Rejected Executory and Unexpired Leases in Connection with the Plan Supplement," dated July 29, 2010 [Docket No. 5203], (the "Lease Rejection Notice"),

c) "Notice of Restructuring Transactions," dated July 29, 2010 [Docket No. 5204], (the "Notice of Transactions"),

d) "Notice of Filing of Certain Modifications to the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries," dated July 29, 2010 [Docket No. 5206], (the "Notice of Modifications to Amended Plan"),

e) "Notice of Filing of Certain Modifications to the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries," dated July 29, 2010, related to Docket No. 5206, a sample of which is annexed hereto as <u>Exhibit B</u>, (the "Modified Notice of Modifications to Amended Plan"),

f) "Order Scheduling Omnibus Hearing Dates," dated July 30, 2010 [Docket No. 5209], (the "Order Scheduling Hearing Dates")

g) "Notice of Third Filing of Lender Fee Payment Summary," dated July 29, 2010 [Docket No. 5211], (the "Fee Payment Summary Notice"),

h) "Debtors Supplement with Respect to their (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating Debtors' Obligations to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing," dated July 30, 2010 [Docket No. 5221], (the "Supplement to Opposition Motion"), and

i) "Notice of Motion," dated July 30, 2010, to which was attached the "Motion to Amend Discovery and Scheduling Order for Plan Confirmation," dated July 30, 2010 [Docket No. 5222], (the "Motion Amending Discovery and Scheduling Order"),

by causing true and correct copies of the:

i. Plan Supplement, Notice of Transactions, Notice of Modifications to Amended Plan, Order Scheduling Hearing Dates, Fee Payment Summary Notice, Fee Payment Summary Notice, Supplement to Opposition Motion, and Motion Amending Discovery and Scheduling Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, on July 30, 2010,

ii. Lease Rejection Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D, on July 30, 2010

iii. Plan Supplement, Notice of Transactions and Notice of Modifications to Amended Plan, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E, on July 30, 2010,

iv. Plan Supplement, Notice of Transactions and Modified Notice of Modifications to Amended Plan, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F, on July 31, 2010,

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT.

4. Additionally, on July 30, 2010, I caused to be delivered by next-day delivery to the brokerage firms, banks and agents (the "Nominees"), identified on the annexed Exhibit G, sufficient copies of the Plan Supplement, Notice of Transactions, Notice of Modifications to Amended Plan, as well as a Memorandum, annexed hereto as Exhibit H, (the "Memo"), instructing the Nominees to distribute the Notice to the beneficial owners of the Debtors' public securities referenced in the Memorandum.

_____
Eleni Kossivas

Sworn to before me this
2nd day of August, 2010

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```