**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Hearing Date: August 30, 2010 at 10:00 a.m. (ET)<br>Objection Deadline: August 13, 2010 at 4:00 p.m. (ET) |
| | Ref. Docket No. 4690 |

## NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that pursuant to the terms of the Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries [Docket No. 4690, Ex. A] (as may be amended, modified or supplemented from time to time, the "Plan"), the Plan Supplement[2] as amended, modified or supplemented from time to time, is to be filed with the Bankruptcy Court no later than fifteen (15) days prior to the deadline established for objecting to confirmation of the Plan, which is scheduled for August 13, 2010.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan, the Debtors file herewith the Plan Supplement, which consists of the following exhibits to the Plan:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

46429/0001-6906644v1

(a) Exhibit 1.1.124 – New Warrant Agreement; (b) Exhibit 5.2 – Restructuring Transactions; (c) Exhibit 5.3.1(1) – Certificate of Incorporation of Reorganized Tribune; (d) Exhibit 5.3.1(2) – By-Laws of Reorganized Tribune; (e) Exhibit 5.3.2 – Directors and Officers of Reorganized Tribune; (f) Exhibit 5.3.3 – Directors and Managers of Reorganized Debtors Other Than Reorganized Tribune; (g) Exhibit 5.6 – Terms of New Senior Secured Term Loan Agreement; (h) Exhibit 5.10 – Terms of Exit Facility Credit Agreement; (i) Exhibit 6.3 – Rejected Executory Contracts and Unexpired Leases; and (j) Exhibit 11.7.6 – Indemnification Claim Procedures.

**PLEASE TAKE FURTHER NOTICE** that you are advised and encouraged to read the documents and exhibits filed with the attached Plan Supplement in conjunction with the Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Plan Supplement is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors expressly reserve the right, at any time prior to the Effective Date, to supplement, modify or amend the Plan Supplement and any documents or exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan Supplement as well as the Plan and Disclosure Statement may be obtained (i) from the Debtors' website at **http://chapter11.epiqsystems.com/tribune** or (ii) by written request to the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, at Tribune Company, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017.

Dated: Wilmington, Delaware  
      July 29, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP  
Bryan Krakauer  
James F. Conlan  
Janet E. Henderson  
Kevin T. Lantry  
Jessica C.K. Boelter  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 507-0199  
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,  
FORMAN & LEONARD, P.A.

_____  
Norman L. Pernick (No. 2290)  
J. Kate Stickles (No. 2917)  
Patrick J. Reilley (No. 4451)  
500 Delaware Avenue, Suite 1410  
Wilmington, Delaware 19801  
Telephone: (302) 652-3131  
Facsimile: (302) 652-3117

Counsel for Debtors and Debtors in Possession and Certain Non-Debtor Affiliates

A copy of the Plan Supplement may be (i) obtained free of charge from the Debtors' website at **http://chapter11.epiqsystems.com/tribune**; (ii) obtained by written request to the Debtors' claims agent, Epiq Bankruptcy Solutions, LLC, at Tribune Company, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017; (iii) inspected during regular business hours at the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, DE 19801; or (iv) viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website.