**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ATTN: JOHN C. PHILLIPS | CITIGROUP GLOBAL MARKETS INC. 390 GREENWICH STREET, 5TH FLOOR ATTN: GENERAL COUNSEL NEW YORK NY 10013 |
| BANC OF AMERICA BRIDGE LLC | 231 SOUTH LASALLE ST. ATTN: LYNN D. SIMMONS CHICAGO IL 60604 |
| BANC OF AMERICA SECURITIES LLC | BANK OF AMERICA, N.A. 9 WEST 57TH ST. ATTN: WILLIAM PEGLER NEW YORK NY 10019 |
| BANC OF AMERICA SECURITIES LLC | 9 WEST 57TH ST. ATTN: JAMES G. ROSE NEW YORK NY 10019 |
| BANC OF AMERICA SECURITIES LLC | 9 WEST 57TH ST. ATTN: WILLIAM PEGLER NEW YORK NY 10019 |
| BANC OF AMERICA SECURITIES LLC | 9 WEST 57TH ST. ATTN: GENERAL COUNSEL NEW YORK NY 10019 |
| BANC OF AMERICA SECURITIES LLC BANC | OF AMERICA BRIDGE LLC BANK OF AMERICA, N.A. 9 WEST 57TH ST, ATTN: DAVID PETNIK NEW YORK NY 10019 |
| BARNES & THORNBURG LLP | 1000 NORTH WEST STREET, SUITE 1200 ATTN: DAVID M. POWLEN WILMINGTON DE 19801 |
| CAHILL GORDON & REINDEL LLP | ATTN: 212-269-5420 80 PINE ST. NEW YORK NY 10005 |
| CHANDLER TRUSTS | 350 WEST COLORADO BLVD. SUITE 230 ATTN: WILLIAM STINEHART, JR. PASADENA CA 91105 |
| CITIGROUP GLOBAL MARKETS INC. | 390 GREENWICH ST. ATTN: ROBERT CHEN NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | 390 GREENWICH ST. ATTN: JULIE PERSITY NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | 388 GREENWICH ST. ATTN: CHRISTINA MOHR NEW YORK NY 10013 |
| COMPUTERSHARE TRUST COMPANY, INC. | 350 INDIANA STREET, STE 800 GOLDEN CO 80401 |
| COMPUTERSHARE TRUST COMPANY, N.A. | C/O COMPUTERSHARE SHAREHOLDER SERVICES, INC. 150 ROYALL ST. CANTON MA 02021 |
| DAVIS POLK & WARDELL LLP | 450 LEXINGTON AVE. ATTN:DONALD S BERNSTEIN, JAMES A FLORACK AND DAMIAN S. SCHAIBLE NEW YORK NY 10017 |
| DUFF & PHELPS, LLC | 311 SOUTH WACKER DR. SUITE 4200 ATTN: ROBERT A. BARTELL CHICAGO IL 60606 |
| EGI-TRB, L.L.C | C/O EQUITY GROUP INVESTMENTS, L.L.C. TWO NORTH RIVERSIDE PLAZA, SUITE 600 ATTN: JOSEPH M PAOLUCCI & MARC D HAUSER CHICAGO IL 60606 |
| GIBSON, DUNN & CRUTCHER LLP | 333 S. GRAND AVE. ATTN: ANDREW E. BOGEN AND PETER W. WARDLE LOS ANGELES CA 90071 |
| GOLDMAN, SACHS & CO. | ATTN: LEGAL DEPARTMENT 200 WEST STREET, 29TH FLOOR NEW YORK NY 10282 |
| GREATBANC TRUST COMPANY | 1301 WEST 22ND ST., SUITE 702 ATTN: MARILYN MARCHETTI AND DANIELLE MONTESANO OAK BROOK IL 60523 |
| INNISFREE M&A INCORPORATED | 501 MADISON AVENUE, 20TH FLOOR ATTN: ALAN M. MILLER NEW YORK NY 10022 |
| J.P. MORGAN SECURITIES INC. | 270 PARK AVENUE ATTN: ROBERT ANASTASIO NEW YORK NY 10017 |
| J.P. MORGAN SECURITIES INC. | J.P. MORGAN CHASE BANK, N.A. 270 PARK AVENUE ATTN: RAJESH KAPADIA NEW YORK NY 10017 |
| J.P. MORGAN SECURITIES INC. | ATTN: GENERAL COUNSEL 277 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A. | 270 PARK AVENUE ATTN: ROBERT ANASTASIO NEW YORK NY 10017 |
| K&L GATES | 535 SMITHFIELD ST. ATTN: CHARLES R. SMITH PITTSBURGH PA 15222 |
| K&L GATES LLP | 599 LEXINGTON AVE. ATTN: JEFFREY N. RICH NEW YORK NY 10022 |
| KAYE SCHOLER LLP | 425 PARK AVENUE ATTN: MADLYN GLEICH PRIMOFF NEW YORK NY 10022 |
| MERRILL LYNCH | 4 WORLD FINANCIAL CENTER ATTN: MICHAEL COSTA NEW YORK NY 10080 |
| MERRILL LYNCH & CO. | 4 WORLD FINANCIAL CENTER ATTN: GENERAL COUNSEL NEW YORK NY 10080 |
| MERRILL LYNCH CAPITAL CORPORATION | 4 WORLD FINANCIAL CENTER ATTN: DAVID TUVLIN NEW YORK NY 10080 |
| MERRILL LYNCH CAPITAL CORPORATION | 4 WORLD FINANCIAL CENTER 250 VESEY ST. ATTN: MICHAEL O'BRIEN NEW YORK NY 10080 |
| MERRILL LYNCH, PIERCE, | FENNER & SMITH INCORPORATED 4 WORLD FINANCIAL CENTER ATTN: STEPHEN PARAS NEW YORK NY 10008 |
| MERRILL LYNCH, PIERCE, FENNER | & SMITH INC 4 WORLD FINANCIAL CENTER ATTN: DAVID TUVLIN NEW YORK NY 10080 |
| MOODY'S INVESTOR SERVICES, INC. | 99 CHURCH ST. ATTN: MARIE MENENDEZ NEW YORK NY 10007 |
| MORGAN STANLEY | 1585 BROADWAY ATTN: PAUL J. TRAUBMAN NEW YORK NY 10036 |
| NAVIGANT CONSULTING INC. | 30 SOUTH WACKER DR., SUITE 3100 ATTN: ROBERT REMIAN CHICAGO IL 60606 |
| PAUL, WEISS, RIFKIND, | WHARTON & GARRISON LLP 1000 N. WEST ST. SUITE 1200 ATTN: STEPHEN P. LAMB NEW YORK NY 10019 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | 1200 NORTH BROOM ST. WILMINGTON DE 19806 |
| PRICEWATERHOUSECOOPERS, LLP | 300 MADISON AVE. ATTN: SCOTT N. OLSEN NEW YORK NY 10017 |

| Claim Name | Address Information |
| --- | --- |
| PRINCIPAL FINANCIAL GROUP | 1025 E. SOUTH RIVER STREET ATTN: PETE PRODOEHL APPLETON WI 54915 |
| RICHARDS, LAYTON & FINGER, PA | 920 NORTH KING ST. ATTN: MARK D. COLLINS, KATISHA D. FORTUNE WILMINGTON DE 19801 |
| STANDARD & POOR'S | ONE MARKET STEUART TOWER, 15TH FLOOR ATTN: JULIE A. FORD SAN FRANCISCO CA 94105 |
| THE BANK OF NEW YORK MELLON | 101 BARCLAY ST. – 15E ATTN: KENNY RODRIGUEZ NEW YORK NY 10286 |
| VALUATION RESEARCH CORPORATION | 500 FIFTH AVENUE 39TH FLOOR ATTN: CHAD RUCKER NEW YORK NY 10110 |
| VALUATION RESEARCH CORPORATION | 200 WEST MADISON STREET SUITE 2850 ATTN: WILLIAM HUGHES CHICAGO IL 60606 |

**Total Creditor count  47**