**EXHIBIT H**

# Epiq Bankruptcy Solutions LLC

M E M O R A N D U M

| | |
|---|---|
| **TO:** | All Banks, Brokers and Other Intermediaries |
| **DATE:** | July 30, 2010 |
| **SUBJECT:** | Tribune Company, <u>et al</u>. |
| | Record Date: May 17, 2010 |
| | Voting Deadline: August 6, 2010 – 4:00 P.M Eastern |

| CUSIP | Broadridge Job |
|---|---|
| 89605H BY 9 | N34738 |
| 887364 AA 5<br>887364 AB 3<br>887364 AF 4 | N34739 |
| 887360 AT 2 | N34740 |
| 896047 AE 7<br>896047 AF 4<br>896047 30 5 | N34737 |
| 89604K AN 8 | N34741 |

Enclosed for immediate distribution to the beneficial holders of the above-referenced CUSIPs is the following material:

- **Notice of Filing of Plan Supplement - Docket No. 5202**
- **Notice of Restructuring Transactions - Docket No. 5204**
- **Notice of Filing of Certain Modifications to the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Plan Modifications - Docket No. 5206**

Please note, if you use Broadridge to distribute materials, we have provided them with hard copies to distribute on your behalf, and the enclosures are courtesy copies for your records.

Should you require additional copies of the enclosed materials, please contact tabulation@epiqsystems.com .

Invoices regarding distribution of the above materials should be directed to:

Epiq Bankruptcy Solutions, LLC,
757 Third Avenue, 3rd
Floor, New York, NY 10017,
Attn: Daniel Mathews