UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

TRIBUNE COMPANY, et al.,

Debtor.

_____ /

Case No. 08-13141(KJC)

Chapter 11

Jointly Administered

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1(e)(i) and the attached certification, I Heather L. Donald, Assistant Attorney General for the State of Michigan, move for admission pro hac vice to represent the State of Michigan, Department of Treasury in the above captioned matter.

/s/ Heather L. Donald
Heather L. Donald (MI 57351)
Assistant Attorney General
State of Michigan
Revenue and Collections Division
3030 W. Grand Blvd, Suite 10-200
Detroit, MI 48202
(313) 456-0140
E-mail: donaldh@michigan.gov

Dated: August 3, 2010

## ORDER GRANTION MOTION

*IT IS HEREBY ORDERD* that counsel's Motion for Admissions pro hac vice is granted.

Dated: August____, 2010

_____

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED RO HAC VICE

Pursuant to Local Rule 9010-1(e)(i) I certify that I am eligible for admission to this court, and that Association with Delaware Counsel is not required as I am a practicing attorney and in good standing as a member of the Bar of the State of Michigan and I am also admitted to the US District Court for the Eastern District of Michigan. Pursuant to Local Rule 9010-1, I submit to the disciplinary jurisdiction of this Court or any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and I further certify that the annual fee of $25.00 had been paid to the Clerk of the Court for the District of Delaware.

Dated: August 3, 2010

Heather L. Donald (MI 57351)
Assistant Attorney General
State of Michigan
Revenue and Collections Division
3030 W. Grand Blvd, Suite 10-200
Detroit, MI 48202
(313) 456-0140

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                    Case No. 08-13141-KJC

TRIBUNE COMPANY,                                          Chapter 11

      Debtor(s).                                         Honorable Kevin J. Carey
_____/

**PROOF OF SERVICE**                            Jointly Administered
                                                w/ #_____

    The undersigned certifies that on August 03, 2010, a copy of the Motion and Order for Admission Pro Hac Vice, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Norman L Pernick
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington DE  19801

EPIQ BANKRUPTCY SOLUTIONS
757 THIRD AVE, 3RD FLOOR
NEW YORK NY 10017

                                  */s/ Patricia A. Klein*
                                  Patricia A. Klein
                                  Legal Secretary
                                  Deborah B. Waldmeir  (P60869)
                                  Cadillac Place, Ste. 10-200
                                  3030 W. Grand Blvd.
                                  Detroit, MI  48202
                                  Telephone:  (313) 456-0140
                                  E-mail:  waldmeird@michigan.gov

Dated:  August 03, 2010