UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                                    Case No. 08-13141-KJC

TRIBUNE COMPANY,                                           Chapter 11

        Debtor(s).                                                    Honorable Kevin J. Carey
_____/

**PROOF OF SERVICE**                                     Jointly Administered
                                                                            u/ #

The undersigned certifies that on August 03, 2010, a copy of the Motion and Order for Admission Pro Hac Vice, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Norman L Pernick
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington DE  19801

**EPIQ BANKRUPTCY SOLUTIONS
757 THIRD AVE, 3RD FLOOR
NEW YORK NY 10017**

                                                 */s/ Patricia A. Klein*
                                                 Patricia A. Klein
                                                 Legal Secretary
                                                 Deborah B. Waldmeir  (P60869)
                                                 Cadillac Place, Ste. 10-200
                                               3030 W. Grand Blvd.
                                               Detroit, MI  48202
                                               Telephone:  (313) 456-0140
                                               E-mail:  waldmeird@michigan.gov

Dated: August 03, 2010