ANNEX C

| | | | PREPETITION LBO LENDER PAYMENTS | | | |
|---|---|---|---|---|---|---|
| Date Due (1) | Date Paid (2) | Days (Late) Early | Amount (3) | Facility | Purpose | Credit Agreement Reference |
| 6/29/2007 | 6/29/2007 | - | $ 100,000,000 | Term X | Principal | Section 2.10 (b) |
| 6/29/2007 | 6/29/2007 | - | 543,077 | Term X | Interest | Section 2.10 (b) |
| 7/2/2007 | 7/2/2007 | - | 281,250 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| | 7/5/2007 | | 39,513,383 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 7/5/2007 | 7/5/2007 | - | 9,427,818 | Term X | Interest | Section 2.07.(a)(ii) |
| 9/30/2007 | 9/28/2007 | 2 | 272,150 | Term B - Step 1 | Interest | Section 2.06 (b) |
| 9/30/2007 | 9/28/2007 | 2 | 13,787,500 | Term B - Step 1 | Principal | Section 2.06 (b) |
| 10/1/2007 | 10/1/2007 | - | 156,250 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 10/1/2007 | 10/1/2007 | - | 159,705 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 10/1/2007 | 10/1/2007 | - | 9,975 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 10/1/2007 | 10/1/2007 | - | 9,937 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 10/1/2007 | 10/1/2007 | - | 29,792 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 10/1/2007 | 10/1/2007 | - | 19,069 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 10/1/2007 | 10/1/2007 | - | 324,067 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 10/1/2007 | 10/1/2007 | - | 190,350 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 10/1/2007 | 10/1/2007 | - | 67,452 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 1,063 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 13,365 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 51,333 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 55,947 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 2,458 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 2,542 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 990 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 24,744 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 1,667 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 48,231 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 85,342 | Revolver | LOC Commission | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 2,811 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 44 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 557 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 2,139 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 2,331 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 102 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 106 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 41 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 1,031 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 69 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 2,010 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/1/2007 | 10/1/2007 | - | 3,556 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 10/5/2007 | 10/5/2007 | - | 108,587,822 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 10/5/2007 | 10/5/2007 | - | 8,942,527 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 10/5/2007 | 10/5/2007 | - | 28,121,333 | Term X | Interest | Section 2.07.(a)(ii) |
| 9/30/2007 | 10/16/2007 | (16) | 652,021 | Delayed Draw | Unutilized - Fee | Section 2 04.(a) |
| | 12/20/2007 | | 95,740,199 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 12/28/2007 | 12/28/2007 | - | 24,235 | Term B - Step 1 | Interest | Section 2.06 (b) |
| 12/28/2007 | 12/28/2007 | - | 9,250 | Term B - Step 2 | Interest | Section 2.06 (b) |
| 12/28/2007 | 12/28/2007 | - | 13,787,500 | Term B - Step 1 | Principal | Section 2.06 (b) |
| 12/28/2007 | 12/28/2007 | - | 5,262,500 | Term B - Step 2 | Principal | Section 2.06 (b) |
| 1/2/2008 | 1/2/2008 | - | 504,083 | Delayed Draw | Unutilized - Fee | Section 2 04.(a) |
| 1/2/2008 | 1/2/2008 | - | 428,287 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 1/2/2008 | 1/2/2008 | - | 249,834 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 1/2/2008 | 1/2/2008 | - | 114,210 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 1/2/2008 | 1/2/2008 | - | 39,420 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 854 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 10,024 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 41,250 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 44,957 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 1,875 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 1,875 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 825 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 19,884 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 3,750 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 28,187 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 49,875 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 27,448 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 595 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 6,980 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 28,722 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 31,304 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 1,306 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 1,306 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 574 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 13,845 | Revolver | LOC Commission | Section 2.04 (b) |

| PREPETITION LBO LENDER PAYMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Date Due (1) | Date Paid (2) | Days (Late) Early | Amount (3) | Facility | Purpose | Credit Agreement Reference |
| 1/2/2008 | 1/2/2008 | - | 2,611 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 19,626 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 34,728 | Revolver | LOC Commission | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 3,358 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 73 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 854 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 3,514 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 3,830 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 160 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 160 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 1,694 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 70 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 319 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 2,401 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/2/2008 | 1/2/2008 | - | 4,249 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 1/7/2008 | 1/7/2008 | - | 22,887,083 | Term X | Interest | Section 2.07.(a)(ii) |
| 1/7/2008 | 1/7/2008 | - | 3,730,417 | Term X | Interest | Section 2.07.(a)(ii) |
| 1/7/2008 | 1/7/2008 | - | 1,865,208 | Term X | Interest | Section 2.07.(a)(ii) |
| 1/23/2008 | 1/23/2008 | - | 53,836 | Term B | Breakage | Section 8 04.(c) |
| 3/20/2008 | 3/20/2008 | - | 9,645,674 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 3/20/2008 | 3/20/2008 | - | 4,822,837 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 3/20/2008 | 3/20/2008 | - | 95,251,028 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 3/20/2008 | 3/20/2008 | - | 3,690,872 | Term B - Step 2 | Interest | Section 2 07.(a)(i) |
| 3/20/2008 | 3/20/2008 | - | 1,845,436 | Term B - Step 2 | Interest | Section 2 07.(a)(i) |
| 3/20/2008 | 3/20/2008 | - | 36,447,360 | Term B - Step 2 | Interest | Section 2 07.(a)(i) |
| 3/20/2008 | 3/20/2008 | - | 5,027,333 | Snr. Bridge | Interest | Section 2.07.(a)(ii) |
| 3/20/2008 | 3/20/2008 | - | 33,096,611 | Snr. Bridge | Interest | Section 2.07.(a)(ii) |
| 3/30/2008 | 3/28/2008 | 2 | 607 | Delayed Draw | Interest | Section 2.06 (b) |
| 3/30/2008 | 3/28/2008 | 2 | 62,500 | Delayed Draw | Principal | Section 2.06 (b) |
| 3/28/2008 | 3/28/2008 | - | 16,980 | Term B - Step 1 | Interest | Section 2.06 (b) |
| 3/28/2008 | 3/28/2008 | - | 6,481 | Term B - Step 2 | Interest | Section 2.06 (b) |
| 3/28/2008 | 3/28/2008 | - | 13,787,500 | Term B - Step 1 | Principal | Section 2.06 (b) |
| 3/28/2008 | 3/28/2008 | - | 5,262,500 | Term B - Step 2 | Principal | Section 2.06 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 169,854 | Delayed Draw | Unutilized - Fee | Section 2 04.(a) |
| 4/1/2008 | 4/2/2008 | (1) | 297,500 | Delayed Draw | Unutilized - Fee | Section 2 04.(a) |
| 4/1/2008 | 4/2/2008 | (1) | 866,092 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 4/1/2008 | 4/2/2008 | (1) | 50,808 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 1,101 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 12,920 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 53,167 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 57,945 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 2,417 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 2,417 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 1,063 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 25,628 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 4,833 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 36,330 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 64,283 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 3,504 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 76 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 891 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 3,667 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 3,996 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 167 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 167 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 73 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 1,767 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 333 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 2,505 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 4,433 | Revolver | LOC Commission | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 3,322 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 72 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 845 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 3,476 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 3,788 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 158 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 158 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 70 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 1,675 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 316 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 2,375 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/1/2008 | 4/2/2008 | (1) | 4,202 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 4/7/2008 | 4/7/2008 | - | 26,174,507 | Term X | Interest | Section 2.07.(a)(ii) |
| 5/1/2008 | 5/1/2008 | - | 242,036 | Delayed Draw | Utilized - Interest | Section 2.07.(a)(ii) |
| 5/1/2008 | 5/1/2008 | - | 146,950 | Delayed Draw | Utilized - Interest | Section 2.07.(a)(ii) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **PREPETITION LBO LENDER PAYMENTS** | | | |
| Date Due (1) | Date Paid (2) | Days (Late) Early | Amount (3) | Facility | Purpose | Credit Agreement Reference |
| 6/20/2008 | 6/20/2008 | - | 6,740,943 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 6/20/2008 | 6/20/2008 | - | 70,779,898 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 6/20/2008 | 6/20/2008 | - | 2,579,406 | Term B - Step 2 | Interest | Section 2 07.(a)(i) |
| 6/20/2008 | 6/20/2008 | - | 27,083,768 | Term B - Step 2 | Interest | Section 2 07.(a)(i) |
| 6/20/2008 | 6/20/2008 | - | 30,837,909 | Snr. Bridge | Interest | Section 2.07.(a)(ii) |
| 6/30/2008 | 6/27/2008 | 3 | 581 | Delayed Draw | Interest | Section 2 07.(a)(i) |
| 6/30/2008 | 6/27/2008 | 3 | 62,500 | Delayed Draw | Principal | Section 2 07.(a)(i) |
| 6/27/2008 | 6/27/2008 | - | 14,696 | Term B - Step 1 | Interest | Section 2.06 (b) |
| 6/27/2008 | 6/27/2008 | - | 5,609 | Term B - Step 2 | Interest | Section 2.06 (b) |
| 6/27/2008 | 6/27/2008 | - | 13,787,500 | Term B - Step 1 | Principal | Section 2.06 (b) |
| 6/27/2008 | 6/27/2008 | - | 5,262,500 | Term B - Step 2 | Principal | Section 2.06 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 451,208 | Delayed Draw | Unutilized - Fee | Section 2 04.(a) |
| 7/1/2008 | 7/3/2008 | (2) | 76,140 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 7/1/2008 | 7/3/2008 | (2) | 287,515 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 7/1/2008 | 7/3/2008 | (2) | 200,677 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 7/1/2008 | 7/3/2008 | (2) | 38,113 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 7/1/2008 | 7/3/2008 | (2) | 276,059 | Revolver | Unutilized - Fee | Section 2 04.(a) |
| 7/1/2008 | 7/3/2008 | (2) | 8,867 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 34,833 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 22,750 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 79,716 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 1,727 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 20,270 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 40,000 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 90,914 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 3,792 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 3,792 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 1,668 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 40,209 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 7,583 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 1,517 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 57,000 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 58,952 | Revolver | LOC Commission | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 369 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 1,451 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 948 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 3,322 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 72 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 845 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 1,667 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 3,788 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 158 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 158 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 70 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 1,675 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 316 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 63 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 2,375 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| 7/1/2008 | 7/3/2008 | (2) | 2,456 | Revolver | LOC Issuer fee | Section 2.04 (b) |
| | 7/3/2008 | | 2,890,363 | Term X | Interest | Section 2.10 (b) |
| | 7/3/2008 | | 218,350,000 | Term X | Principal | Section 2.10 (b) |
| 7/7/2008 | 7/7/2008 | - | 16,361,011 | Term X | Interest | Section 2.07.(a)(ii) |
| 7/21/2008 | 7/21/2008 | - | 25,773,264 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 7/21/2008 | 7/21/2008 | - | 9,862,144 | Term B - Step 2 | Interest | Section 2 07.(a)(i) |
| 7/21/2008 | 7/21/2008 | - | 10,997,257 | Snr. Bridge | Interest | Section 2.07.(a)(ii) |
| 8/1/2008 | 8/1/2008 | - | 231,303 | Delayed Draw | Utilized - Interest | Section 2.07.(a)(ii) |
| 8/1/2008 | 8/1/2008 | - | 142,028 | Delayed Draw | Utilized - Interest | Section 2.07.(a)(ii) |
| | 8/1/2008 | | 2,267,102 | Term X | Interest | Section 2.10 (b) |
| | 8/1/2008 | | 589,150,000 | Term X | Principal | Section 2.10 (b) |
| 8/15/2008 | 8/15/2008 | - | 26,455 | Term X | Breakage | Section 8 04.(c) |
| | 9/5/2008 | | 309,771 | Term X | Interest | Section 2.10 (b) |
| | 9/5/2008 | | 433,680 | Term X | Interest | Section 2.10 (b) |
| | 9/5/2008 | | 80,500,000 | Term X | Principal | Section 2.10 (b) |

| PREPETITION LBO LENDER PAYMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Date Due (1) | Date Paid (2) | Days (Late) Early | Amount (3) | Facility | Purpose | Credit Agreement Reference |
| **START OF 90 DAYS BEFORE PETITION DATE** | | | | | | |
| 9/30/2008 | 9/26/2008 | 4 | 564 | Delayed Draw | Interest | Section 2.06.(b) |
| 9/30/2008 | 9/26/2008 | 4 | 62,500 | Delayed Draw | Principal | Section 2.06.(b) |
| 9/26/2008 | 9/26/2008 | - | 148,476 | Term B - Step 1 | Interest | Section 2.06.(b) |
| 9/26/2008 | 9/26/2008 | - | 56,671 | Term B - Step 2 | Interest | Section 2.06.(b) |
| 9/26/2008 | 9/26/2008 | - | 13,787,500 | Term B - Step 1 | Principal | Section 2.06.(b) |
| 9/26/2008 | 9/26/2008 | - | 5,262,500 | Term B - Step 2 | Principal | Section 2.06.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 456,167 | Delayed Draw | Unutilized - Fee | Section 2.04.(a) |
| 10/1/2008 | 10/3/2008 | (2) | 409,328 | Revolver | Unutilized - Fee | Section 2.04.(a) |
| 10/1/2008 | 10/3/2008 | (2) | 72,638 | Revolver | Unutilized - Fee | Section 2.04.(a) |
| 10/1/2008 | 10/3/2008 | (2) | 63,598 | Revolver | Unutilized - Fee | Section 2.04.(a) |
| 10/1/2008 | 10/3/2008 | (2) | 298,903 | Revolver | Unutilized - Fee | Section 2.04.(a) |
| 10/1/2008 | 10/3/2008 | (2) | 11,583 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 73,750 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 80,592 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 1,746 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 7,533 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 46,750 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 91,913 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 3,833 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 3,833 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 1,687 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 40,651 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 7,667 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 4,983 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 57,626 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 65,344 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 126,593 | Revolver | LOC Commission | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 483 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 3,073 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 3,358 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 73 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 314 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 1,948 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 3,830 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 160 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 160 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 70 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 1,694 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 319 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 208 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 2,401 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 2,723 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/1/2008 | 10/3/2008 | (2) | 5,275 | Revolver | LOC Issuer fee | Section 2.04.(b) |
| 10/7/2008 | 10/7/2008 | - | 1,536,542 | Term X | Interest | Section 2.07.(a)(ii) |
| 10/7/2008 | 10/7/2008 | - | 3,191,991 | Term X | Interest | Section 2.07.(a)(ii) |
| 10/7/2008 | 10/7/2008 | - | 2,521,884 | Term X | Interest | Section 2.07.(a)(ii) |
| 10/21/2008 | 10/21/2008 | - | 223,888 | Delayed Draw | Utilized - Interest | Section 2.07.(a)(ii) |
| 10/21/2008 | 10/21/2008 | - | 99,950 | Delayed Draw | Utilized - Interest | Section 2.07.(a)(ii) |
| 10/21/2008 | 10/21/2008 | - | 58,647,853 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 10/21/2008 | 10/21/2008 | - | 21,883,527 | Term B - Step 1 | Interest | Section 2.07.(a)(ii) |
| 10/21/2008 | 10/21/2008 | - | 22,441,754 | Term B - Step 2 | Interest | Section 2.07.(a)(i) |
| 10/21/2008 | 10/21/2008 | - | 8,373,789 | Term B - Step 2 | Interest | Section 2.07.(a)(i) |
| 10/21/2008 | 10/21/2008 | - | 22,464,944 | Snr. Bridge | Interest | Section 2.07.(a)(ii) |
| 10/21/2008 | 10/21/2008 | - | 12,105,500 | Snr. Bridge | Interest | Section 2.07.(a)(ii) |
| 10/30/2008 | 10/30/2008 | - | 938,525 | Delayed Draw | Unutilized - Fee | Section 2.04.(a) |

Notes:

(1) The payment due dates were established by reference to (a) the applicable payment due dates required under the Credit Agreement or Bridge Credit Agreement or (b) Tribune's election of the Interest Period payment due date as permitted under the Credit Agreement. Requests for additional information concerning the due dates for certain payments were outstanding at the time of submission of the Report, but the timing of such payments should not materially impact analysis of the regularity of payments made to the LBO Lenders.

(2) All payments were made by Tribune by wire transfer. Payment dates have been traced to bank statements that reflect the date the wire transfers were sent.

(3) Individual payment amounts may represent a portion of a larger single payment made on the same date