B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: _Tribune Company, et al., Jointly Administered,_          Case No. _08-13141_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Creditor Liquidity, LP_                       _ATLANTA GAS/VIRGINIA NATURAL GAS_

      Name of Transferee                            Name of Transferor

Name and Address where notices to transferee should be sent:               Name and Address where notices to transferor should be sent:

Creditor Liquidity, LP
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

Last Four Digits of Acct #:_____

ATLANTA GAS/VIRGINIA NATURAL GAS
150 W. MAIN ST.
NORFOLK, VA 23510
Phone: _____
Court Claim # (if known)___253____
Amount of Claim: $954.24_
Date Claim Filed: __1/8/2009_____

Phone: _____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Robert J. Tannor_____         Date: ___7/28/2010_____
       Transferee/Transferee's Agent

_Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571._

## Evidence of Transfer

ATLANTA GAS/VIRGINIA NATURAL GAS ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of $954.24 as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against Tribune Company, et al., Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), Case no. 08-13141 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 2 day of July, 2010

By: _____
       (Signature of Authorized Party)

Virginia Natural Gas
       (Company Name)

F Woodard
       (Print name of Authorized Party)

By: _____/s/ Robert J. Tanner_____
       Robert J. Tanner

       _____Creditor Liquidity, LP_____

       _____914-514-8300_____
       (Telephone Number)