# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** August 3, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Norman Pernick | Cole Schotz | Debtors |
| James Conlan | Sidley | Debtors |
| Bryan Krakaver | " | " |
| James Bendernagel | " | " |
| Don Liebentritt | Tribune | " |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Merrill Lynch |
| David Popken | Barnes & Thornburg | Morgan Stanley |
| David Rosner + Sharon Canyes | EBTF | Law Debenture |
| Robin Grogan + Andrew Glenn | B. Murata Centulshi | Law Debenture Cp Tst of NY |

# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: August 3, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Scott Greissman | White & Case LLP | " |
| Bruce Hoffer | " | " |
| Dennis Glazer | Davis Polk | JP Morgan |
| Damian Schaible | " | " |
| Elliot Moskowitz | " | " |
| Mark Collins | Richards Layton | " |
| Robert Stark | Brown Rudnick | Wilmington Trust |
| Martin Siegel | Brown Rudnick | |
| Jennifer Howe | Bench | |
| Dennis Gardner | | |
| Daniel Golden | Akin Gump | Centerbridge |
| David Klauder | U.S. Trustee | U.S. Trustee |
| R. Craig Martin | Edwards Angell Palmer & Dodge LLP | Barclays |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** August 3, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Landis | Landis Rath + Cobb | The Committee |
| Howard Seife | Chadbourne + Parke | The Committee |
| Marc Roitman | Chadbourne + Parke | The Committee |
| James Johnston | Jernigan Bennett | Credit Agreement Lenders |
| Robert Brady | Young Conaway | " |
| Amy Brown | Margulis Edelstein | Chicago Tribune Company |
| Gayle Sproul | Levine Sullivan Koch + Schulz | Chicago Tribune Co |
| Mark Minuti | Saul Ewing LLP | Examiner |
| Jim Sottile | Zuckerman Spaeder | The Committee |
| Matthew Kipnes | Bilzin Sumberg | Aurelius Capital Management LP |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | " |
| Eric Sutty | Fox Rothschild | Bridge Agent |
| Jeff Schlerf | | " |

# Court Conference
U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Kevin J. Carey #5
Case 08-13141-BLS    Doc 5258    Filed 08/03/10    Page 4 of 7

| Calendar Date: | 08/03/2010 |
| --- | --- |
| Calendar Time: | 01:00 PM ET |

2nd Revision 08/03/2010 06:43 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Tribune Company | 08-13141 | Hearing | 3659720 | Steven Abramowitz | 212-237-0137 | Vinson & Elkins LLP | Creditor, Carlson Capital / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3661236 | Imran Ahmed | (212) 891-5013 | Tricadia Capital | Interested Party, Tricadia Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3661362 | Jeff Armstrong | 914-251-8264 | Grey Wolf Capital | Creditor, Grey Wolf Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3661177 | Samire Arora | (212) 672-5000 | Centerbridge | Interested Party, Centerbridge / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3659251 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3656613 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3661116 | Martin R. Barash | 310-407-4005 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3661145 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3661456 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3661239 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3661118 | Lee R. Bogdanoff | (310) 407-4070 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3661147 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3661117 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3661092 | Katherine Cruz | 212-715-9308 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3661416 | Andrew Dash | 212-209-4811 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3659771 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3661428 | William Dolan | 401-276-2611 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |

Janeth Arguelles         CourtConfCal2009         Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 3658504 | Neel Doshi | (203) 719-8723 | UBS Securities LLC | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661444 | Jim Ducayet | (312) 853-7621 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3661476 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661443 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3659870 | Jeffrey Farkas | (614) 577-1120 | RBS Securities, Inc. | Interested Party, RBS Greenwich Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3658582 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3656949 | Lucy Galbraith | (203) 353-3101 | Lucy Galbraith - For Bennett | Creditor, Newstart Factors / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3655579 | Arif Gangat | (212) 372-8938 | Arrowgrass | Interested Party, Arrowgrass Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3662909 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company | 08-13141 | Hearing | 3656245 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3656642 | Andrew Gordon | 212-373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| Tribune Company | 08-13141 | Hearing | 3659393 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3661276 | Andrew Gu | (203) 413-7246 | Arrowhawk Capital Partners | Client, Arrowhawk Capital Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661139 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 3661140 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 3661129 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3659985 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3657655 | Kenneth N. Klee | (310) 407-4080 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| Tribune Company | 08-13141 | Hearing | 3661429 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3661434 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 3659519 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3661153 | Edgar Lee | (213) 830-6415 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 3659774 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3656649 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |

| Tribune Company | 08-13141 | Hearing | 3661150 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Creditor, Oaktree Capital Management / LIVE |
| Tribune Company | 08-13141 | Hearing | 3661471 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661252 | Neil S Losquadro | (212) 745-9758 | Neil S Losquadro - In Pro Per/Pro Se | In Propria Persona, Neil S Losquadro / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661450 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 3656657 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3656663 | Stuart C. McPhail | 212-373-3000 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661178 | Vivek Melwani | (212) 672-4622 | Centerbridge | Interested Party, Centerbridge / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3658490 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661127 | Charles Monk | (410) 332-8668 | Saul Ewing LLP | Examiner, Kenneth Klee / LIVE |
| Tribune Company | 08-13141 | Hearing | 3664242 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661126 | Robert Pfister | (310) 407-4000 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3656866 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3658735 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company | 08-13141 | Hearing | 3659780 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3661212 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3659960 | Jason D. Schauer | 310-275-5335 | Levine Leichtman Capital Partners | Creditor, Levine Leichtman Capital Partners / LIVE |
| Tribune Company | 08-13141 | Hearing | 3656212 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3659764 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 3659197 | K. John Shaffer | 310-228-5690 | Stutman, Treister & Glatt | Interested Party, Stutman, Treister & Glatt / LIVE |
| Tribune Company | 08-13141 | Hearing | 3659267 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company | 08-13141 | Hearing | 3657334 | Usman Tahir | (212) 527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661408 | David B. Thompson | (212) 688-7526 | Gruss & Company, LLC | Creditor, David Thompson / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3659282 | Amit Treham | (212) 506-2198 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |

| Tribune Company | 08-13141 | Hearing | 3661226 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661850 | Andrew Vail | (312) 840-8688 | Jenner & Block | Interested Party, EGI-TRB, L.L.C. / LIVE |
| Tribune Company | 08-13141 | Hearing | 3659848 | Lance Vitanza | (203) 569-4337 | CRT Capital Group, LLC | Other Prof., CRT Capital Group LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661128 | Rushabh Vora | (212) 231-6311 | Macquarie Capital | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661419 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company And Tribune CNLBC, LLC / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3658506 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Financial Advisor, for the Debtor Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661464 | Jennifer Wild | (212) 418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3661316 | Shane Wolford | 914-694-4170 | Troob Capital | Creditor, Troob Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 3658679 | Matthew A Zloto | (646) 445-6518 | Matthew A Zloto - In Pro Per/Pro Se | In Propria Persona, Matthew A Zloto / LISTEN ONLY |