```
                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE



                              )
IN RE:                        ) Chapter 11
                              )
TRIBUNE COMPANY, et al.,      ) Case No. 08-13141 (KJC)
                              )
                              ) Courtroom 5
                              ) 824 Market Street
_____Debtors._____ ) Wilmington, Delaware

                                 August 3, 2010
                                 1:04 p.m.


                       TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE KEVIN J. CAREY
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:


For Debtors:                    Sidley Austin LLP
                                BY: JAMES F. CONLAN, ESQ.
                                BY: BRYAN KRAKAUER, ESQ.
                                BY: JAMES BENDERNAGEL, JR., ESQ.
                                One South Dearborn
                                Chicago, IL 60603
                                (213) 896-6022

                                Cole, Schotz, Meisel, Forman &
                                Leonard, PA
                                BY:  NORMAN PERNICK, ESQ.
                                1000 North West Street
                                Suite 1200
                                Wilmington, DE 19801
                                (302) 652-3131


ECRO:                           AL LUGANO

Transcription Service:          DIAZ DATA SERVICES
                                331 Schuylkill Street
                                Harrisburg, Pennsylvania 17110
                                (717) 233-6664


Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

APPEARANCES:
(Continued)

For The Creditors Committee:    Landis Rath & Cobb
                                BY:   ADAM LANDIS, ESQ.
                                919 Market Street Suite 1800
                                P.O. Box 2087
                                Wilmington, DE 19899
                                (302) 467-4400

                                Chadbourne & Park LLP
                                BY:   HOWARD SEIFE, ESQ.
                                BY:   MARC ROITMAN, ESQ.
                                30 Rockefeller Plaza
                                New York, NY 10112
                                (212) 408-5100

                                Zuckerman Spaeder
                                BY:   JAMES SOTTILE, ESQ.
                                1800 M Street, NW
                                Suite 1000
                                Washington, DC 20036-5807
                                (202) 778-1800

For U.S. Trustee:               Office of the U.S. Trustee
                                BY:   DAVID KLAUDER, ESQ.
                                844 King Street, Suite 2207
                                Lockbox 35
                                Wilmington, DE 19801
                                (302) 573-6491

For JP Morgan Chase:            Richards Layton & Finger
                                BY:   MARK COLLINS, ESQ.
                                One Rodney King Square
                                920 North King Street
                                Wilmington, DE 19801
                                (302) 651-7612

                                Davis Polk & Wardwell
                                BY:   DAMIAN SCHAIBLE, ESQ.
                                BY:   DENNIS E. GLAZER, ESQ.
                                BY:   ELLIOT MOSKOWITZ, ESQ.
                                450 Lexington Avenue
                                New York, NY 10017
                                (212) 450-4000

For Morgan Stanley:             Barnes & Thornburg LLP
                                BY:   DAVID POWLEN, ESQ.
                                Suite 1200
                                1000 N. West Street
                                Wilmington, DE 19801-1058
                                (302) 888-4536

APPEARANCES:
(Continued)

For Law Debenture Trust        Bifferato Gentilotti
Company of New York:           BY:  ROBIN M. GROGAN, ESQ.
                               BY:  ANDREW GLENN, ESQ.
                               800 North King Street
                               Plaza Level
                               Wilmington, DE 19801
                               (302) 429-1900

                               Kasowitz Benson Torres &
                               Friedman LLP
                               BY:  DAVID POSNER, ESQ.
                               BY:  SHERON KORPUS, ESQ.
                               1633 Broadway
                               New York, NY 10019
                               (212) 506-1700

For Centerbridge:              Akin Gump Strauss Hauer & Feld
                               BY:  DANIEL H. GOLDEN, ESQ.
                               One Bryant Park
                               New York, NY 10036
                               (212) 872-1000

For The Examiner:              Saul Ewing LLP
                               BY:  MARK MINUTI, ESQ.
                               222 Delaware Avenue Suite 1200
                               P.O. Box 1266
                               Wilmington, DE 19899
                               (302) 421-6840

For Merrill Lynch:             Potter Anderson & Corroon LLP
                               BY: LAURIE SELBER SILVERSTEIN
                               Hercules Plaza
                               1313 North Market Street
                               6th Floor
                               Wilmington, DE 19801
                               (302) 984-6000

For Wilmington Trust:          Brown Rudnick
                               BY:  ROBERT J. STARK, ESQ.
                               BY:  MARTIN SIEGEL, ESQ.
                               Seven Times Square
                               New York, NY 10036
                               (212) 209-4800

                               Benesch
                               BY:  RAYMOND H. LEMISCH, ESQ.
                               BY:  JENNIFER R. HOOVER, ESQ.
                               222 Delaware Avenue Suite 801
                               Wilmington, DE 19801
                               (302) 442-7010

```
APPEARANCES:
(Continued)

For Credit Agreement          Hennigan Bennett & Dorman LLP
Lenders:                      BY:   JAMES O. JOHNSTON, ESQ.
                              865 South Figueroa Street
                              Suite 2900
                              Los Angeles, CA 90017
                              (213) 694-1200

                              Young Conaway Stargatt & Taylor
                              BY:  ROBERT S. BRADY, ESQ.
                              The Brandywine Building
                              1000 West Street 17th Floor
                              P.O. Box 391
                              Wilmington, DE 19801
                              (302) 571-6600

For Wells Fargo:              White & Case LLP
                              BY:   DAVID G. HILLE, ESQ.
                              BY:   SCOTT GREISSMAN, ESQ.
                              1155 Avenue of the Americas
                              New York, NY 10036-2787
                              (212) 819-8200

                              Fox Rothschild LLP
                              BY:   JEFFREY M. SCHLERF, ESQ.
                              BY:   ERIC M. SUTTY, ESQ.
                              Citizens Bank Center
                              919 North Market Street
                              Suite 1300
                              P.O. Box 2323
                              Wilmington, DE 19899-2323
                              (302) 654-7444

For Chicago Tribune Company:  Margolis Edelstein
                              BY:  AMY BROWN, ESQ.
                              750 Shipyard Drive
                              Suite 102
                              Wilmington, DE 19801
                              (302) 888-1112

                              Levine Sullivan Koch & Schulz
                              BY:   GAYLE C. SPROUL, ESQ.
                              2112 Walnut Street
                              Third Floor
                              Philadelphia, PA 19103
                              (215) 988-9778
```

APPEARANCES:
(Continued)

For Barclays:                      Edwards Angell Palmer & Dodge
                                   BY:  R. CRAIG MARTIN, ESQ.
                                   919 North Market Street
                                   15th Floor
                                   Wilmington, DE 19801
                                   (302) 777-7770

For Aurelius Capital               Bilzin Sumberg
Management LP:                     BY:  MATTHEW I. KRAMER, ESQ.
                                   200 S. Biscayne Boulevard
                                   Suite 2500
                                   Miami, FL 33131-5340
                                   (305) 374-7580

                                   Ferry Joseph & Pearce, P.A.
                                   BY: THEODORE J. TACCONELLI, ESQ.
                                   824 Market Street
                                   Suite 1000
                                   P.O. Box 1351
                                   Wilmington, DE 19899
                                   (302) 575-1555

TELEPHONIC APPEARANCES:

For Carlson Capital:               Vinson & Elkins LLP
                                   BY:  STEVEN ABRAMOWITZ, ESQ.
                                   (212) 237-0137

For Tricadia Capital:              BY:  IMRAN AHMED
                                   (212) 891-5013

For Grey Wolf Capital:             BY:  JEFF ARMSTRONG
                                   (914) 251-8264

For SuttonBrook Capital            BY:  CAROL L. BALE
Management LP:                     (212) 588-6640

For The Examiner:                  Klee Tuchin Bogdanoff & Stern
                                   BY:  MARTIN R. BARASH, ESQ.
                                   BY:  KENNETH N. KLEE, ESQ.
                                   BY:  LEE R. BOGDANOFF, ESQ.
                                   BY:  ROBERT PFISTER, ESQ.
                                   (310) 407-4005

                                   Saul Ewing LLP
                                   BY:  CHARLES MONK, ESQ.
                                   (410) 332-8668

```
TELEPHONIC APPEARANCES:
(Continued)

For Oaktree Capital              Hennigan Bennett & Dorman LLP
Management:                      BY:  BRUCE BENNETT, ESQ.
                                 (213) 694-1012

                                 BY:  EDGAR LEE
                                 (213) 830-6415

For Debtor:                      Tribune Company
                                 BY:  CHANDLER BIGELOW
                                 BY:  DAVID ELDERSVEID
                                 BY:  DON LIEBENTRITT
                                 BY:  MICHAEL D. O'NEAL
                                 (312) 853-7778

                                 Sidley Austin
                                 BY:  CANDICE KLINE, ESQ.
                                 BY:  JILLIAN LUDWIG, ESQ.
                                 BY:  GARY WEITMAN, ESQ.
                                 BY:  JAMES DUCAYET, ESQ.
                                 (312) 853-7030

For Solus LP:                    BY:  STEPHEN BLAUNER
                                 (212) 373-1562

For Bank of America:             O'Melveny & Myers
                                 BY:  DANIEL CANTOR, ESQ.
                                 BY:  EVAN JONES, ESQ.
                                 (212) 326-2000

                                 Bank of America
                                 BY:  ESTHER CHUNG
                                 (646) 855-6705

For Kramer Levin:                BY:  KATHERINE CRUZ
                                 (212) 715-9308

For Wilmington Trust             Brown Rudnick LLP
Company:                         BY:  ANDREW DASH, ESQ.
                                 BY:  JARED ELLIAS, ESQ.
                                 BY:  WILLIAM DOLAN, ESQ.
                                 (212) 209-4811

For The Creditors Committee:     Chadbourne & Park LLP
                                 BY:  DOUGLAS DEUTSCH, ESQ.
                                 BY:  DAVID LEMAY, ESQ.
                                 (212) 408-5169
```

TELEPHONIC APPEARANCES:
(Continued)


For UBS Investment Bank:          UBS Securities LLC
                                  BY:   NEEL DOSHI
                                  (203) 719-8723

For RBS Greenwich Capital:        RBS Securities, Inc.
                                  BY:   JEFFREY FARKAS
                                  (614) 577-1120

For Perry Capital:                BY:   JAMES FREEMAN, ESQ.
                                  (212) 583-4000

For Arrowgrass Management:        BY:   ARIF GANGAT
                                  (212) 372-8938

For U.S. Department of            BY:   LEONARD GERSON
Labor:                            (202) 693-5615

For Angelo Gordon & Company:      Wilmer Cutler Pickering Hale &
                                  Dorr
                                  BY:   ANDREW N. GOLDMAN, ESQ.
                                  (212) 230-8836

For Citigroup:                    Paul Weiss Rifkind Wharton &
                                  Garrison LLP
                                  BY:   ANDREW GORDON, ESQ.
                                  BY:   ANDREW LEVY, ESQ.
                                  BY:   STUART C. MCPHAIL, ESQ.
                                  BY:   ELIZABETH MCCOLM, ESQ.
                                  (212) 373-3543

For Anna Kalenchits:              BY:   ANNA KALENCHITS
                                  (212) 723-1808

For JPMorgan Chase Bank:          BY:   KEVIN C. KELLEY
                                  BY:   SHACHAR MINKOVE
                                  (212) 648-0427

For Morgan Stanley:               Weil Gotshal & Manges LLP
                                  BY:   EVAN LEDERMAN, ESQ.
                                  (212) 310-8948

For Dennis A. Prieto:             Aurelius Capital Management
                                  BY:   DENNIS A. PRIETO
                                  (646) 445-6516

For Merrill Lynch:                Kaye Scholer LLP
                                  BY:   MADLYN G. PRIMOFF, ESQ.
                                  (212) 836-7042

TELEPHONIC APPEARANCES:
(Continued)


For EOS Partners:              BY:  MIKE J. SCHOTT
                               (212) 593-4046

For Stutman Treister          BY:  K. JOHN SHAFFER
& Glatt:                       (310) 228-5690

For Barclays:                  Mayer Brown LLP
                               BY:  MICHAEL L. SIMES, ESQ.
                               BY:  AMIT K. TREHAN, ESQ.
                               BY:  JEAN-MARIE ATAMIAN, ESQ.
                               (212) 506-2607


For Contrarian Capital        BY:  JOSHUA TRUMP
Management:                    (203) 862-8299

For EGI-TRB, LLC:              Jenner & Block
                               BY:  ANDREW VAIL, ESQ.
                               (312) 840-8688

For Alvarez & Marsal:         BY:  BRIAN WHITTMAN
                               (312) 601-4227

For Matthew A. Zloto:         BY:  MATTHEW A. ZLOTO, PRO SE
                               (646) 445-6518

For Centerbridge:             BY:  SAMIRE ARORA
                               BY:  VIVEK MELWANI
                               (212) 672-4622

For Newstart Factors:         BY:  LUCY GALBRAITH
                               (203) 353-3101

For Arrowhawk Capital         BY:  ANDREW GU
Partners:                     (203) 413-7246

For Oaktree Capital           BY:  KENNETH C. LIANG
Management:                    (213) 830-6422

For Neil S. Losquadro:        BY:  NEIL S. LOSQUADRO, PRO SE
                               (212) 745-9758

For Levine Leichtman          BY:  JASON D. SCHAUER
Capital Partners:             (310) 275-5335

For Seneca Capital:           BY:  USMAN TAHIR
                               (212) 527-8137

TELEPHONIC APPEARANCES:
(Continued)


For David Thompson:          Gruss & Company LLC
                             BY:  DAVID B. THOMPSON
                             (212) 688-7526

For CRT Capital Group:       BY:  LANCE VITANZA
                             (203) 569-4337

For Macquarie Capital:       BY:  RUSHABH VORA
                             (212) 231-6311

For Smith Management:        BY:  JENNIFER WILD
                             (212) 418-6877

For Troob Capital:           BY:  SHANE WOLFORD
                             (914) 694-4170

1    WILMINGTON, DELAWARE, TUESDAY, AUGUST 3, 2010, 1:04 P.M.

2          THE CLERK:  All rise.

3          Be seated, please.

4          THE COURT:  Good afternoon, everyone.

5          MR. CONLAN:  Good morning -- or sorry, good

6    afternoon, Your Honor.  Jim Conlan on behalf of the debtor.  I

7    just spoke to Mr. Minuti and he graciously allowed me to just

8    step up and make some clarifying remarks about the schedule

9    first.

10          THE COURT:  Okay.

11          MR. CONLAN:  Your Honor, we are digesting the

12   Examiner's report and we've been meeting with stakeholders and

13   we're going to continue to meet with stakeholders.  We think

14   the most prudent course is to kick the plan related deadlines

15   back 10 business days, and I can go through those dates if

16   you'd like.  You can do the math, we can do the math, that

17   means that --

18          THE COURT:  Oh, like it when you do the math for me.

19          MR. CONLAN:  Okay.  We will be releasing those dates

20   in August for the confirmation hearing because you can't push

21   everything back 10 business days and make those work.  We are

22   likely to have amendments to the plan; likely is the operative

23   word.  We won't know what the procedural and timing

24   implications are in the wake of those amendments until we know

25   what those amendments are, but we think that's the prudent

1  course.

2          THE COURT:  Well, let me ask you to pause a minute

3  and answer a question, if you can, that occurs to me, and that

4  is do I hear the trickling in of good news?

5          MR. CONLAN:  Potentially.  There are still

6  substantial disagreements by and among the stakeholders, but we

7  are trying to bring those disagreements to closure and that

8  would be done through amendments to the plan.

9          THE COURT:  Okay.  So tell me what you propose.

10          MR. CONLAN:  What we propose is 10 business days

11  back, which would take the August 6th voting deadline to August

12  20.  It would take the August 13th objection deadline to August

13  27.  The tabulation report from August 13 to August 27.  The

14  objection response, findings of fact, conclusions of law, et

15  cetera from August 25 and push it back to September 8th.  It

16  would push the Examiner report from August 4th, and we

17  obviously have a motion on file relating to this, but it --

18  sorry expert reports, push them back from August 4th to August

19  18th.  And with respect to the expert deps, instead of

20  commencing on August 13th, we propose August 25.  The joint

21  pretrial memo would push back from August 25 to September 8th.

22          We don't see any reason why fact based depositions

23  couldn't go forward, so we're not proposing any change with

24  respect to deadlines and limitations there.

25          THE COURT:  Okay.  Now there are -- I know that at

1   the last hearing I did indicate I would be considering

2   extending the voting deadline today.  I know that there are

3   other motions on for next week, which they're directly on the

4   proposals that you're making now.  Tell me, just in terms of

5   process, how you think that works together or not and are you

6   asking that I order this relief today?

7            MR. CONLAN:  I --

8            THE COURT:  And do you have consensus?

9            MR. CONLAN:  I think I have consensus.  We've done a

10  fair amount of talking to people before the hearing.  With --

11  and I'll come back to that.  With respect to, I think it's

12  cross-motion to essentially establish the contours of the

13  confirmation hearing procedures that was up for the 9th, it

14  doesn't make sense for that to go forward on the 9th in light

15  of the fact that we're kicking the other dates back.  So we

16  would adjourn that cross-motion CNDA, and we would come back to

17  you at some time prior to August 20th, we'll back before you on

18  the 9th, I don't want to raise anyone's hopes too much with

19  respect to the 9th, but we'll certainly be back to you before

20  August 20th to tell you where we are at that juncture.

21           THE COURT:  I know we keep jumping around -- or I do

22  rather.  What is now set for the 9th beside the MIP hearing?

23           MR. CONLAN:  There is the cross-motion to which I

24  just referred by us to essentially establish the contours of

25  the confirmation hearing, which as I just mentioned we would

1    adjourn because it doesn't make sense if you grant us the

2    relief in kicking the dates back.  The Examiner's motion

3    relating to exculpation and walling off of certain docs I

4    believe is also up for the 9th.  Our own view is that that's

5    premature on the 9th, but I'll -- my view isn't as important as

6    yours obviously and others with respect to that.

7                Bryan, is there anything --

8                MR. KRAKAUER:  The bridge --

9                MR. CONLAN:  Yeah, the bridge -- and I won't speak

10   for Mr. Lauria (phonetic) and his colleagues, but the bridge

11   motion with respect to the determination of claims had been

12   carried to the 9th as well.

13               MR. KRAKAUER:  And to move the schedule.

14               MR. CONLAN:  And to move the schedule, but I'll let

15   Mr. Lauria and his colleagues speak to how they feel about

16   timing in light of what I said at the beginning.  I am hopeful

17   that they'll see the world the same way we do at least for now.

18               THE COURT:  Okay.  In terms of what remains, how

19   much time do you think you will require for the hearing now

20   scheduled for the 9th?

21               MR. CONLAN:  Can I caucus with my client --

22               THE COURT:  Sure.

23               MR. CONLAN:  -- for just a moment?

24               THE COURT:  Yes.

25           (Counsel confers)

1          MR. CONLAN:  Even with the adjournments to which I

2     just referred, two to three hours on the 9th, and most of that

3     is with respect to the MIP.

4          THE COURT:  Okay.  The reason I ask is that the 10th

5     has opened up for me and I'm not looking for the matters to

6     expand to fit the time available, but it sounds to me like you

7     don't need it, so I'm inclined to leave the hearing on the 9th

8     then.

9          MR. CONLAN:  Very good.

10          THE COURT:  Okay.  What next?

11          MR. CONLAN:  I purported to speak -- or at least

12     suggested what the views of others might be with respect to

13     pushing back the deadlines.  I didn't mean to suggest that I

14     speak for them, so I don't know if you'd like to hear from

15     others or --

16          THE COURT:  Well, let me hear from anyone else who

17     wishes to be heard with respect to the debtors' request and

18     that I act on it today.

19          MR. SEIFE:  Good afternoon, Your Honor.  Howard

20     Seife from Chadbourne and Parke for the Official Committee of

21     Unsecured Creditors.  We would support the debtors proposed

22     schedule.  We do feel that in light of the Examiner's report

23     and the size of it and the issues raised, we all need to take a

24     step back and see what the implications are for the plan.  The

25     debtor has initiated a series of discussions with all the

1  different parties and I think we need to see that play out.

2  And as Mr. Conlan suggested, in light of that, I think it would

3  be prudent to push things back a bit.  And unfortunately we had

4  hoped confirmation would proceed as scheduled, but in light of

5  all these moving pieces we would concur that that's no longer

6  going to be possible starting August 30th, but we would hope to

7  have it on for the earliest possible time thereafter.  Perhaps

8  it's premature to block out time available now, but I know Your

9  Honor has a very crowded calendar, so we may need to consider

10  that before too long.

11         THE COURT:  I think at least preliminarily we will

12  need to talk about that today, but let me hear from others.

13         MR. SEIFE:  Thank you, Your Honor.

14         THE COURT:  Thank you.

15         MR. ROSNER:  Good afternoon, Your Honor.  David

16  Rosner from Kasowitz Benson on behalf of Law Debenture.  We --

17  I generally agree with the schedule that's been outlined with

18  one exception, and that is the hearing on the contours of the

19  confirmation hearing.  I believe that was originally scheduled

20  for August 9th and I think that Mr. Conlan has suggested that

21  that get moved to the 20th.  That still leaves the issue of the

22  expert witnesses, whose reports would be due on the 18th.  So

23  we would suggest that that hearing go forward on the 9th or

24  someday earlier than the 18th so that the experts would not

25  need to submit reports and we would know actually how many

1  experts Your Honor would need to hear.

2          THE COURT:  All right.  Thank you.

3          MR. ROSNER:  Just to make a note on that.  I think

4  that the parties to date have identified 16 potential experts.

5          MR. STARK:  Good afternoon, Your Honor.  Robert

6  Stark from Brown Rudnick on behalf of Wilmington Trust.  Mr.

7  Conlan did ask me to get up and confirm that we are supportive

8  and I'm happy to do that.  We are supportive of the

9  adjournment.  I think as Mr. Seife said, a little bit of time

10 would do us all some good.

11         Mr. Rosner does make a very good point though and I

12 hadn't thought about it, so I'm doubly thankful that he did

13 rise on that, because we do have to make sure that the

14 conversation about what this confirmation hearing looks like,

15 if it does go along a path that's contested one as we're all

16 gearing up for trial and the expert, their reports need to be

17 lined up, I think we're going to need a little bit of help on

18 that, so he makes a very good point.  But generally speaking, a

19 little bit of time is a good idea.

20         THE COURT:  All right.

21         MR. STARK:  Thank you.

22         THE COURT:  Thank you.

23         MR. GREISSMAN:  Good afternoon, Your Honor.  Scott

24 Greissman, White and Case.  Mr. Conlan is correct, the bridge

25 agent does support this temporary pause in the schedule,

1   especially if, as they suggest, they will be redoubling their

2   efforts to pursue a fully consensual arrangement.  I would just

3   like to make clear on the record, to the extent a contested

4   proceeding does go forward, our -- we will press our

5   continuation motion and request for related relief.  Thank you,

6   Your Honor.

7            THE COURT:  Thank you.

8            MR. ROSNER:  Your Honor, I'm going to break

9   protocol, and I apologize for getting up again.  I'm trying --

10  I don't know who I'm trying to cut off, but a suggestion was

11  made along the lines of what I was talking about, about the

12  expert reports, and figuring out the contours of the hearing

13  for that purpose.  And I think maybe this even makes more

14  sense, and that would be instead of moving the expert reports

15  to the 18th, which I think is the suggested date, we could move

16  those to a date that would be later after whatever hearing Your

17  Honor would set on the contours motion and that would give the

18  parties some ability to deal with it.

19           Certainly expert work would need to be done, but you

20  know, given my druthers, I would say that we should have a

21  contours hearing earlier.  Again, I don't know and -- I don't

22  know if the Court has already thought about what a contours

23  hearing looks like and whether even at that hearing there's

24  going to be some relief.  We're certainly hoping that there's

25  going to be some relief in terms of the type of evidence that

1   Your Honor is going to be looking for at confirmation, given

2   what's in front of Your Honor and what will be in front of Your

3   Honor, but we continue to maintain the competing experts by

4   multiple parties on multiple issues is not necessary for

5   confirmation and we are going to be looking for that guidance.

6   And if that can be done before the expert reports are actually

7   having to be written and then expert testimony having to be

8   taken, I think it'd be helpful to the process and helpful to

9   Your Honor at confirmation.  So that's just another way to go

10  about it.

11            THE COURT:  All right.

12            MR. CONLAN:  Jim Conlan on behalf of the debtor.

13  We're fine with having the contours motion, cross-motion, go

14  forward before the expert reports are due.  Under the schedule

15  I outlined, the expert reports would now be due August 18th, so

16  it would be before that.  You know, we want to keep the

17  pressure on, quite frankly, with respect to these discussions,

18  but the notion of the contours motion being heard before the

19  expert reports are due, which we are asking be the 18th, is

20  fine with us.

21            THE COURT:  Well, how many days in advance of that?

22            MR. CONLAN:  Well, the litigators are talking in my

23  other ear here, so -- Mr. Bendernagel?

24            MR. BENDERNAGEL:  Your Honor, if you go back and

25  look at the motion we filed on Friday, you know, the whole

1    concept we had of kicking off the experts to the 11th was to

2    allow that contours hearing to go forward on the 9th.  The real

3    critical question is, how much time people need to make an

4    assessment of how the Examiner report affects what kind of

5    discovery they need, what kind of experts they need, and what

6    the hearing is going to look like.

7            And maybe the 9th is too soon for people to be in a

8    position to really articulate that, and it seems to me that it

9    would make sense, and we had proposed this, that in advance of

10   whatever date you set for that hearing that there be a meet and

11   confer among the parties so that they can try to work out some

12   sort of a joint proposal ahead of time.  So my sense is that

13   it'd be better to move that date a little further back in the

14   week if that means moving the 18th a little back -- further

15   back.

16           The real question is, when can you accommodate us

17   and how much time does the parties need to get in a position

18   where they can sit down and sort of talk about this in an

19   intelligent way?  And that, you know, requires them to have

20   read the Examiner's report and made some assessment of how that

21   impacts how much discovery they need and what their experts

22   need to say.  And, you know, we'll accommodate anything; if we

23   had to do it on the 9th, we'd do it on 9th.  It seems to me it

24   makes sense to do it a little bit later, but --

25           THE COURT:  I tend to agree with that.

1              MR. GLAZER:  Good afternoon, Your Honor.  Dennis

2    Glazer from Davis Polk for JPMorgan.  We support the debtors'

3    proposed schedule, provided that there is some accommodation

4    for a hearing on the contours before the expert reports are

5    due.

6              THE COURT:  Okay.

7              MR. GLAZER:  Thank you, Your Honor.

8              MR. KRAMER:  Good afternoon, Your Honor.  Matt

9    Kramer, Bilzin Sumberg, on behalf of Aurelius Capital Partners

10   LP, one of the senior noteholders in the case.  Your Honor, the

11   pressure that we're facing is the inadequacy of disclosure and

12   I want to address that with you because we do not consent to a

13   10-day extension of the voting and objection deadlines.  We

14   feel that that is woefully is insufficient time for us to

15   digest a, in essence, 2000-page report, which is really the

16   whole enchilada of this case, Your Honor.

17             This case was commenced because of that LBO

18   transactions, which as at the heart of the Examiner's report.

19   That's why we're before you today.  The disclosure statement

20   left as a placeholder the Examiner's report and representations

21   were made that parties would have adequate time to review and

22   digest that report.  No one expected the breadth of a report

23   that was actually accomplished by the Examiner and we simply

24   need sufficient time to review and digest that report before

25   making a judgment as to whether to vote yay or nay with respect

1    to the plan.

2             THE COURT:  So Aurelius is not among the parties

3    who've already received the report in total?

4             MR. KRAMER:  Correct.

5             THE COURT:  Okay.

6             MR. KRAMER:  Correct, Your Honor.  And to that

7    point, we are subject to a confidentiality agreement, however

8    that confidentiality agreement gave other parties who were

9    submitting purported confidential information to the Examiner

10   the right to prevent transmission of that information to

11   Aurelius.  Those parties exercised that right under the

12   confidentiality agreement for whatever reason, and so, for lack

13   of a better term, we have not been under the tent in terms of

14   the document depository, which Your Honor is familiar, or with

15   respect to the Examiner's report.  The only information that we

16   have seen to date is the summary of the report and what the

17   Examiner has filed relating to that summary.

18            THE COURT:  Well, let me ask -- stay there, but let

19   me ask Mr. Minuti to come forward.  Am I to understand

20   correctly from the submissions that number one, there's no

21   opposition to the relief requested in the Examiner's motion,

22   which is the matter actually listed today?  And secondly that

23   you've resolved all of the confidentiality concerns that had

24   previously been raised?  And if not, tell me where you stand.

25            MR. MINUTI:  Certainly, Your Honor.  Mark Minuti

1  from Saul Ewing on behalf of the Examiner.  I do want to note

2  for the Court the Examiner is on the phone.  To answer your

3  question, Your Honor, we believe there are no remaining issues

4  of confidentiality, and so that we believe both the report, the

5  exhibits to the report, as well as the transcripts of the

6  professionally transcribed witness interviews can be made

7  public.

8         When Your Honor moved up this hearing on the

9  Examiner's motion to today, we did renotice, Your Honor, the

10 motion and let people know the objection deadline of yesterday

11 still existed and that if they had any remaining issues to come

12 before Your Honor.  We also sent to all the parties an email --

13 when I say parties, I mean both the parties and the

14 interviewees.  At the same time that we gave them access to the

15 report based on your order of last week, we said to them,

16 please let us know as soon as possible if you have any

17 remaining confidentiality issues, with the idea that we would

18 try to work them out before today.  And to the extent we

19 couldn't work them out before today we would come before Your

20 Honor and Your Honor would resolve it.

21        As I sit here today, Your Honor, I am aware of no

22 issues.  There were three responses filed to the Examiner's

23 motion.  One was by the Chicago Tribune, one, Your Honor, was

24 by Bank of America, and one was by Aurelius.  All of those

25 responses, Your Honor, support the relief requested in the

1    Examiner's motion and so therefore, Your Honor, we don't

2    believe there's any opposition.  We think that Your Honor can

3    enter an order today that authorizes the public disclosure of

4    those documents.

5            THE COURT:  And if I were to do that, how quickly

6    would that get on file?

7            MR. MINUTI:  Your Honor, the answer is we will do it

8    as quickly as possible.  There is one mechanical issue I want

9    to raise with Your Honor, if I could do so now.  And, Your

10   Honor, we are fully prepared, and I think capable, of uploading

11   the four volumes of the report onto the Court's docket.  The

12   exhibits and the transcripts are a different story because you

13   have over 1,200 exhibits, you have 15, I believe, transcripts

14   plus exhibits to those transcripts.  The way ECF works, Your

15   Honor, that's a very time consuming and tedious process and it

16   will result, literally, in over 1,200 docket entries in the

17   case, which we don't think makes a lot of sense.

18           What we would propose, Your Honor, to do and we've

19   spoken to the debtors and they're on board with this and we've

20   spoken to Epiq Bankruptcy Solutions, who is the debtors' claim

21   agent.  What we would propose to do, Your Honor, is to provide

22   all of the exhibits and the transcripts and the exhibits to the

23   transcripts to Epiq.  Epiq can relatively quickly, Your Honor,

24   post those documents to the website that's dedicated to the

25   debtors' bankruptcy cases.  They would then be available to

1  anybody in the public to access, to look at and to download,

2  Your Honor.  We think that electronic transfer and the way

3  that's done mechanically can be done very quickly.

4         So the order that we've drafted, Your Honor, would

5  propose that in lieu of us clogging the docket with over 1,200

6  entries, we would simply file a notice on the docket that would

7  say if you want to see the exhibits and you want to see the

8  transcripts, here's where you go to get those, and we would

9  direct them to Epiq with instructions as to how they would get

10 those.  And the order would also provide, Your Honor, that

11 those items appearing on Epiq's website would be the equivalent

12 of filing those on the docket and we think there's authority

13 for that under 28 USC 156(c).

14        It's really no different than Epiq holding the

15 claims in the case, Your Honor.  It's almost as if they're

16 serving as an adjunct of the Clerk's Office for that purpose.

17 So we think mechanically that makes a lot of sense.  We think

18 that's what's going to allow us to get the documents into the

19 public domain a lot quicker.  And I haven't had the direct

20 contact with Epiq so I don't know how quickly the exhibits and

21 the transcripts will be made available, but assuming Your Honor

22 enters the order today and it hits the docket, my assistant in

23 my office is prepared to upload the report today so we think

24 that's going to be done today.

25        THE COURT:  And do you have a revised form of order

1  to present, which affects that?

2         MR. MINUTI:  I do, Your Honor.  If I may approach?

3         THE COURT:  You may.  Has this been shared with

4  others, Mr. Minuti?

5         MR. MINUTI:  Your Honor, before Your Honor took the

6  bench, I did provide copies of this proposed order to anybody

7  in the courtroom.  I also put a stack on the bench in the back

8  and made a public announcement that we had a revised order and

9  I also publicly announced what the changes were.

10         In the first paragraph, Your Honor, the only change

11  we've made was to note that Your Honor had the hearing last

12  week and that we provided the notice that I told Your Honor we

13  provided.  And then you'll see the last paragraph in the order,

14  Your Honor, is the provision that provides for us to send the

15  exhibits and the transcripts to Epiq.

16         I should note, Your Honor, that we did discuss this

17  with the United States Trustee's Office before coming over to

18  the hearing today.  I'll let Mr. Klauder address this, but I

19  know it's his preference that we also docket the exhibits and

20  the transcripts.  We can certainly do both, Your Honor.  Our

21  concern really is, Your Honor, it's really going to clog the

22  docket.  I think it actually will make it more cumbersome for

23  people to deal with, but if Your Honor wants us to do that, we

24  can do both.  Our preference would not be too, though, but why

25  don't I let Mr. Klauder raise the Trustee's position.

1          THE COURT:  Okay.  And at some point, Mr. Minuti,

2    before we're done, I am going to ask you to step out and make a

3    phone call to Epiq and see how long they say it would take to

4    have everything available on their site.

5          MR. MINUTI:  I will, Your Honor.  And before I cede

6    the podium, Your Honor, I would like at some point, and Your

7    Honor can tell me if now is the right time, to address the

8    scheduling of the Examiner's discharge motion, if for no other

9    reason than to deal with schedules.  The Examiner, Your Honor,

10   goes, you know, is a professor.  He goes back to school on the

11   18th, so I'm aware of his schedule and I just want to let Your

12   Honor be aware of that.

13         THE COURT:  Has he done all his back to school

14   shopping yet?

15      (Laughter)

16         MR. MINUTI:  I'm not sure, Your Honor.  One moment.

17      (Counsel confer)

18         MR. MINUTI:  Your Honor, Mr. Bendernagel asked me if

19   -- could we make information available to Aurelius, for

20   example, much quicker by giving him access to our website.  The

21   answer is mechanically we can, Your Honor.  We will not -- the

22   Examiner, however -- if Your Honor is going to allow that to

23   happen we would want a court order.  The order Your Honor

24   entered last week does not cover Aurelius.  So we would want

25   the comfort of an order that says we can give them access

1    before giving them access.

2                THE COURT:  Okay.

3                MR. MINUTI:  Thank you, Your Honor.

4                THE COURT:  Mr. Klauder?

5                MR. BOGDANOFF:  Your Honor, this is Lee Bogdanoff

6    with Klee Tuchin on behalf of the Examiner.  We have had

7    discussions with Epiq personnel.  Since they do not yet have

8    access to the share file, they do not know how quickly or how

9    long it will take them to upload the documents onto their

10   website.  They'll be able to give us an assessment once we give

11   them access, but we have not been able to give them access yet

12   without a court order.  They do understand that this is

13   something that needs to be done expeditiously.

14               THE COURT:  Well, are we -- is there any notion of

15   whether we're talking two hours or 24 hours or 48 hours?

16               MR. BOGDANOFF:  My supposition is that it's between

17   two and 24 and not longer than that.

18               THE COURT:  All right.  Thank you.  Mr. Klauder?

19               MR. KLAUDER:  Yes, Your Honor.  David Klauder for

20   the United States Trustee.  Briefly, agree with everything that

21   Mr. Minuti said.  The only issue is that we believe that the

22   exhibits and transcripts at some point should be docketed.  I

23   disagree that it would be 1,200 docket entries.  I don't think

24   that's how it has to be done.  We've spoken to the Clerk's

25   Office, from an administrative sense, it's not a problem.  I

1  mean, it's not going to crash the system or anything.  I think

2  it's all a matter of how you break it up, so you can lump

3  exhibits and put -- I don't know, maybe 100 exhibits at one

4  docket entry or whatever it would be.  So we think at some

5  point it should be done.  We have no problem with the Epiq

6  procedure, that's a good idea, and if that gets it up as quick

7  as possible, that's fine, but we also think the exhibits and

8  transcripts should be docketed at some point in a reasonable

9  period of time and I don't think it's going to be too much -- I

10  don't think it's an administrative burden for the clerk and I

11  don't think it's going to create a -- such a problem on the

12  docket that it's just unmanageable.

13       THE COURT:  It's not the docketing, it's the

14  reviewing that will clog the system.  Well, let's -- and the

15  Examiner doesn't oppose that, it sounds to me like, so if we

16  ultimately go forward with granting the relief then what I

17  would suggest is that there will be consultations with the

18  Clerk's Office and everyone will figure out the best way to get

19  the documents onto the docket.

20       MR. KLAUDER:  Yeah, it -- just on the order.  The

21  order says, Paragraph 4, "The Examiner shall promptly file

22  publicly the report without the exhibits and transcripts."  I

23  don't know if we want to play around with that based on what

24  Your Honor says.  I mean, that doesn't contemplate that we try

25  to figure this out later on, but --

1          THE COURT:  Well, I could order that from the bench

2   too.

3          MR. KLAUDER:  Okay.

4          THE COURT:  Thank you.

5          MR. KLAUDER:  Thank you.

6          THE COURT:  All right.  Thank you.  All right, well

7   thanks for standing by patiently while we took that little side

8   trip.

9          MR. KRAMER:  Oh, my pleasure, Your Honor.  Thank

10  you.  I think it's important to note, Your Honor, that we have

11  not -- my client, Aurelius Capital Management, hasn't appeared

12  before you, Your Honor, and we felt compelled to appear before

13  you because of the disclosure issue.  We're not trying to be

14  obstructionists to the process, but we do feel that we are

15  being short changed in terms of being adequately informed of

16  the Examiner's report.

17         THE COURT:  Well, that's going to change --

18         MR. KRAMER:  Let me --

19         THE COURT:  -- virtually immediately, okay?  So

20  let's assume that's going to occur soon.

21         MR. KRAMER:  Okay.  Well, let's assume that the

22  report is made publicly available today.  We still have a

23  problem with the voting deadline and let me explain to you why.

24         First, let me talk to you briefly about real world

25  mechanical issues.  As -- and I'm sure you're aware of this,

1   Your Honor, but just to flesh it out a bit, as a noteholder we

2   are required to send our vote to our prime broker who then

3   sends the vote to the agent who then sends it to Epiq or

4   whoever that will be recording the vote.  That process in and

5   of itself takes several days.  So in essence a 10-day extension

6   of the voting deadline really only gives us a few days to

7   analyze and digest the 1,000-page report and 1,100 exhibits.

8              THE COURT:  As I understand it, the proposed

9   extension is 14 days.

10             MR. KRAMER:  It's a 10 business day -- right, but

11  the process for us to get the vote finally to the voting agent

12  takes no less than three to four days we are told.  So we only

13  have 10, 12 days to review 1,000 page report --

14             THE COURT:  Well, let's say you have starting from

15  tomorrow, just as a practical matter --

16             MR. KRAMER:  Right.

17             THE COURT:  -- which is August 4th.  That's 16 days.

18             MR. KRAMER:  Well, I will note that the first order

19  entered by the Court approving the disclosure statement I

20  believe had 18 days.  And, Your Honor, we feel that because the

21  report is so central to the case and its disclosure is so

22  central to the case, that we need as much time as if this were

23  a disclosure statement.  Rule 2002 provides a 28-day window,

24  increased from 25 days recently.  Again, Your Honor, this is

25  the crux of the case and we're not sure what the justification

1  is for why the process needs to be so truncated where parties

2  are not provided, we believe, a meaningful opportunity to

3  review and digest the report.

4          Your Honor, I read the transcript from the July 29th

5  hearing and I think what wasn't expressed in that hearing was

6  the linkage between voting and 1125 of the code.  I think all

7  the parties were in agreement, including the Court, that the

8  litmus test here really is 1125.  It just so happens that this

9  report is being published after the disclosure statement, but

10  no one made any bones about it that the report was part of the

11  disclosure statement that parties were supposed to have an

12  adequate opportunity to review that report.  And I think if

13  that report was issued just a few days prior to the disclosure

14  statement hearing parties would have been in unanimity that

15  they needed more time to review that report in detail before

16  the disclosure statement hearing.

17          Here, the anomalous situation is we have a report, a

18  1,000-page report, the most important document in this case

19  that will undoubtedly affect how parties are going to view this

20  plan and we are simply asking for in our -- excuse me, in our

21  response we were asking for a 30-day period to review that

22  report.  And just to underscore the issue of disclosure, you

23  know, in Colliers (phonetic), they say that disclosure is the

24  pivotal concept in reorganization practice under the bankruptcy

25  code.  And the House Report, if I can briefly quote from it,

1  from 1977 states that if adequate disclosure is provided to all

2  creditors and stockholders whose rights are to be affected,

3  then they should be able to make an informed judgment of their

4  own rather than having a Court or the Securities and Exchange

5  Commission inform them in advance whether the proposed plan is

6  a good plan.

7          Therefore, the key to the consolidated chapter is

8  the disclosure statement.  And if you look at 1125, Your Honor,

9  it ties disclosure to voting.  It does not tie disclosure to

10 objecting to the plan; that's under 1128.  So the threshold for

11 voting is do you have adequate information to make an informed

12 judgment?  Do you have enough time to review the plan, to

13 review the disclosure statement and now in this case a 1,000-

14 page report.

15         An additional 10 business days, Your Honor, we

16 respectfully submit just doesn't cut the adequate disclosure to

17 find in 1125 of the plans -- excuse me, 1125 of the code.

18         THE COURT:  Actually, I can say with pretty sound

19 assurance that Congress did not suggest that any disclosure

20 statement should be 1,000 pages.  So, you know, I tend to agree

21 with you, and I think I said so at one of the hearings, that

22 whether, and how far to extend the voting deadline, was an

23 issue of disclosure.  I also said that I think a fair argument

24 can be made that public disclosure of the summary from the

25 report, given the contents of the disclosure statement itself,

1   plus the additional letters which accompanied disclosure

2   statement was sufficient in and of itself.

3           Now I haven't decided that, but you know, there are

4   -- there's a view that what's been done is enough.  Although I

5   will tell you the suggestion -- I was prepared to extend the

6   voting deadline today, as I think the parties kind of figured

7   out from the last hearing, and I think the suggestion that's

8   been made generally is a good one.

9           I also know Aurelius.  They appear in the courtroom

10  here a lot.  They're not unsophisticated.  I bet you they could

11  do it less than 10 business days if they needed to, but I

12  understand your position.  Would you address for a moment the

13  request that you make in your response to reset the record

14  date?

15          MR. KRAMER:  Yeah, our concern with respect to that,

16  Your Honor, and thank you for bringing that up, is the May 17th

17  record date, we believe, may not adequately reflect the true

18  economic interest holders in these cases.  We know for instance

19  that the senior notes are being actively traded.  And our

20  concern, Your Honor, is that those who have either cast votes

21  in respect to this plan or will cast votes in respect to this

22  plan may not be the true economic interest holders.

23          THE COURT:  You know, and I accept that proposition,

24  but here's the practical problem.  In cases like this, and I've

25  had the situation recently, trading occurs constantly and it

1  ebbs and flows sometimes depending upon the outcome of a

2  hearing or a statement that counsel or the Court has made, and

3  in one recent case I was asked to adjust the confirmation

4  process as a result of trading, not for the reason that you've

5  articulated, but for a different reason.  I don't know how in a

6  principled way you'd ever get anything finished in a case in

7  which there's active trading if I were to continue to reset

8  dates.  Tell me -- address that if you will.

9          MR. KRAMER:  Yeah, sure.  Thank you, Your Honor.  I

10  think the specific issue here is that we have had some

11  extension of dates.  We have had the Examiner's report, which I

12  believe was due on the 12th of July extended to July 26.  We

13  are, of course, in favor of extending voting and confirmation

14  dates, which are being proposed here as well.  We wish they

15  were for an extended period longer than what's being proposed.

16          And so as we push out dates the record date becomes

17  less meaningful.  And so what we propose is in connection with

18  extending dates today if Your Honor is so inclined, that you

19  reset that date much closer to the actual date in which votes

20  are due, so that, in fact, the true economic interest holders

21  in these cases are having their voices heard in this case, if

22  you will.  Now May 17th, we're talking now over two-and-a-half

23  months, we're extending out dates at a minimum 10 days, and so

24  our concern again, Your Honor, is simply that we think that

25  there's a huge disconnect between the current record date and

1  when objections and voting is due.

2            Unless Your Honor has any further questions --

3            THE COURT:  I do not.  Thank you.

4            MR. KRAMER:  Thank you.

5            THE COURT:  I will go back to the debtor for a

6  response once I've heard from everyone who wishes to be heard,

7  but let me ask, is there anyone else who wishes to be heard in

8  connection with the proposed timeline?

9            MR. KRAMER:  Your Honor, if I may?  I just had one

10 follow up.  I apologize.

11           THE COURT:  It's okay.

12           MR. KRAMER:  One thing perhaps I'd like

13 clarification on, if possible, is expert reports are due August

14 18th, expert depositions start August 25th.  I'm not sure how

15 long the expert deposition schedule is for, if it extends a

16 week, longer, but plan objections are proposed to be due August

17 27th and I'm just concerned how we're supposed to file

18 objections with the Court prior to the conclusion of plan

19 confirmation related discovery.  Seems to me that discovery

20 needs to conclude and parties need to have a sufficient time to

21 analyze that discovery prior to submitting objections to the

22 Court.

23           THE COURT:  Well, I acknowledge the timeframe that's

24 been proposed is a tight one, but it's always been tight and I

25 know that's been routinely the subject of discussion as well.

1  So I get the point.

2           MR. JONES:  Your Honor, Evan Jones from O'Melveny

3  and Myers on behalf of Bank of America.

4           THE COURT:  Go ahead.

5           MR. JONES:  Your Honor has noted that there's a

6  difference between the information that's necessary to have an

7  adequate disclosure statement and voting and all of the

8  information that may become available as a contested plan heads

9  toward confirmation.  And we certainly agree that those are two

10 very distinct questions.

11          Your Honor, I wanted to speak just to the question

12 of the record date.  As Your Honor has observed, the Court sets

13 that date and people act based upon that.  Trades are either

14 made or delayed based upon the record date that the Court has

15 set.  And so we would certainly -- we would urge Your Honor not

16 to change the record date and if the Court is considering that,

17 we would request that that be brought up by a proper motion as

18 opposed to simply brought in a response to a motion regarding

19 timing of confirmation.

20          THE COURT:  All right.

21          MR. JONES:  Thank you, Your Honor.

22          THE COURT:  Thank you.  Anyone else wish to be

23 heard?

24          All right.  Let me go back to the debtor at this

25 point.  And before you respond to what others have said, let's

1  just, in a preliminary way, explore based on the proposal what

2  confirmation date you're looking for.  Give me a week.

3            MR. CONLAN:  Your Honor, the reason I hesitate to do

4  that, although I'll always throw out a date if you'd like me

5  to, is that the nature of the amendments, which we're talking

6  with the parties about now will, in many respects, drive the

7  process in the wake of those amendments.  If the amendments are

8  relatively modest, and depending upon whom they affect, we may

9  be able to deal with it through a supplemental disclosure.  If

10  they are wholesale changes then it is conceivable that we would

11  have to have a full disclosure statement hearing.  It's just

12  difficult to tell you at this juncture what the dates would be

13  that would follow any such amendment.

14            I can tell you that if there were not meaningful

15  amendments, then you can imagine that we would be talking about

16  September, early October.  It's also possible, depending on the

17  nature of the amendments, that it would be much later.  I

18  hesitate to ask you to block a place in your calendar right now

19  given how vague that is.

20            THE COURT:  Well --

21            MR. CONLAN:  If you would -- I can give you -- I can

22  make a request for dates.

23            THE COURT:  I think even if ultimately that might

24  change for whatever reason, just given the current state of the

25  calendar, I just -- I think it would be better for you if we

1   did that.  That's what I'm thinking.

2              MR. CONLAN:  Okay.  Could you give us just a couple

3   minutes?

4              THE COURT:  Yes.

5              MR. CONLAN:  Thank you.

6        (Pause in proceedings)

7              THE COURT:  You can go off the record.

8              THE CLERK:  We're off record.

9              THE COURT:  Thank you.

10        (Recess taken from 1:50 p.m. to 1:51 p.m.)

11             MR. CONLAN:  Thank you, Your Honor.  Sorry about

12   that.

13             THE COURT:  That's okay.

14             MR. CONLAN:  That was easy.  The week of September

15   27th looks like the date -- the week that we would like you to

16   hold.

17             THE COURT:  And I'm -- that's why I wanted to have

18   this discussion now because I will be in Washington four of

19   those five days of that week.

20             MR. CONLAN:  How about the week of the 20th and

21   there are Jewish holidays there that will make that difficult,

22   but --

23             MR. MINUTI:  Your Honor, we --

24             THE COURT:  No, that --

25             MR. MINUTI:  That's right after Yom Kippur.  That

1  would be very difficult.

2            THE COURT:  No, we're in October.  Okay.  Now, I

3  will tell you --

4            MR. CONLAN:  October 4?

5            THE COURT:  Well -- well, I can give you October

6  4th, but as things presently stand, nothing else.  If you want

7  consecutive days, I can give you the 12th, 13th and 14th of

8  October.  I could give you -- well, I mean, that's it.

9            MR. CONLAN:  Yeah, we'd like to -- even if they're

10 not consecutive, Your Honor, we'd like to start on the 4th.

11           THE COURT:  Well --

12           MR. CONLAN:  And then perhaps we could -- if you

13 don't have the 5th, go to the 12th, 13th and 14th.

14           THE COURT:  Okay.  Let me ask this and I know this

15 is a difficult, maybe impossible question to answer.  When will

16 you know whether you'll need -- when you'll need and whether

17 you'll need more than a day for confirmation?  I mean, as of

18 today, you would tell me you need it.

19           MR. CONLAN:  I'd like to be able to tell you that

20 we'll develop consensus in the next 10 days, but that would be

21 very optimistic and I think, unless we have all of the major

22 stakeholders in line, we're going to need more than a day and I

23 think Your Honor is suggesting that.  So, I would -- I

24 certainly would like to be able -- it certainly is our

25 objective to be able to tell you that sooner rather than later,

1  but I don't want to make promises I can't keep.

2          THE COURT:  Okay.  We'll schedule the 4th and the

3  12th and the 13th and the 14th.

4          MR. CONLAN:  Thank you.

5          THE COURT:  Now, I don't know -- if that should

6  change, let me know.  What I did was, to give you the 14th,

7  shaved a day off NCBJ.  I'd like to get it back.  If you have

8  it, give it back to me.  But --

9          MR. CONLAN:  Certainly.

10          THE COURT:  -- you know, your confirmation comes

11  first.

12          MR. CONLAN:  Thank you.

13          THE COURT:  Okay.  Now, would you like to respond to

14  what others have said --

15          MR. CONLAN:  Sure, with respect to --

16          THE COURT:  -- in the way of the expert schedule and

17  record date?

18          MR. CONLAN:  What Mr. Rosner and others said about

19  the -- having the contours hearing before the expert reports

20  are due makes sense to us.  So what we thought might make sense

21  is to have that.  We'll call it contours hearing on Friday the

22  13th or Monday the 16th.  That would allow us to continue with

23  the suggested deadline of the 18th for the expert reports,

24  obviously more comfortably if it's the 13th.

25      (Court and Clerk confer)

1          THE COURT:  Yeah, I have an all-day evidentiary

2   hearing scheduled for -- for that day.

3          MR. CONLAN:  We can make the 12th work also.

4          THE COURT:  Yeah.  And you don't think that's too

5   soon?  I mean, I guess in light of the -- let me put it this

6   way -- of the earliest that you're going to get the

7   confirmation, maybe there's a little more room in the schedule

8   that you've proposed now.  I understand, completely, the

9   sentiment that you expressed that the tighter the deadlines,

10  the more progress you expect might be made in the face of

11  those, but I'm wondering whether there couldn't be a little

12  more room, in that respect anyway.

13         Tell you what, I'm going to take a short break in a

14  little bit and give counsel a chance to talk about that, but

15  why don't you address other issues that you'd like to address

16  with respect to what others have said?

17         MR. CONLAN:  The only other issue that came up was

18  the issue that was raised by Aurelius.  We think we've already

19  dealt with the issue of how to deal with the schedule.  We're

20  already building in some time here and we'll come back to the

21  Court so we think that's adequately addressed.

22         With respect to the record date, given where we are

23  at this juncture, it would really make a mess out of it to

24  change the record date.  We can revisit that depending on what

25  the nature of amendments are and what the procedures are that

1   are in the wake of it, but doesn't seem to us very sensible to

2   do it at this juncture.

3          THE COURT:  All right.  I guess technically we

4   should address the Examiner's motion separately.  I think we've

5   pretty much covered it, but just in case, Mr. Minuti, anything

6   to add?

7          MR. MINUTI:  Again -- Your Honor, nothing to add.

8   Again, we're not aware of any objections.  Your Honor has the

9   form of order.  With regard to the Trustee's comments, Your

10  Honor, perhaps we can just make it clear on the record that

11  Your Honor hasn't made a final determination in terms of

12  whether we will be or will not be filing on the docket.  That

13  will give us an opportunity to talk to the Clerk's Office and

14  figure out mechanically how difficult or how easy it will be

15  done and then we can report back to Your Honor.

16         THE COURT:  Well, let's put it this way, I agree

17  with the U.S. Trustee that it should be, but that's a -- for a

18  later type of thing.  So assuming for the moment that I sign

19  the order that's been presented, I would supplement that by a

20  bench direction that the parties confer with the Clerk's Office

21  and see what the least burdensome way is and least cumbersome

22  way is to accomplish the filing on the docket.

23         MR. MINUTI:  Very well.

24         THE COURT:  Okay.  But for the immediate needs, I

25  think the suggestion that the Examiner has made here is a good

1   one.

2            MR. MINUTI:   Thank you, Your Honor.

3            THE COURT: Okay.   Does anyone else care to be heard

4   in connection with the Examiner's motion?

5            MR. KLEE:   Your Honor, this is Ken Klee, the

6   Examiner.   We also have the issue on the scheduling of the

7   discharge motion.

8            THE COURT:   Well, it's presently scheduled for the

9   9th.

10           MR. MINUTI:   That's correct, Your Honor.

11           THE COURT:   Okay.   And I'd indicated previously that

12  I thought that was premature understanding the Examiner's

13  legitimate desire to be relieved since his task is completed.

14  I think the words I'd used were, I'd like to see the dust

15  settle a little bit before we let you go, and I have not

16  changed my mind about that.

17           MR. KLEE:   Well, that's okay, Your Honor.   I was

18  hoping we could just get a date other than the 9th rather than

19  have me fly across the country just to have an adjournment.

20           THE COURT:   Oh, we wouldn't ask you to do that,

21  Mr. Klee.

22           MR. KLEE:   Thank you.

23           THE COURT:   I don't think we ask anybody to do that

24  actually.

25           MR. KLEE:   Thank you, Your Honor.

1          MR. MINUTI:  Your Honor, the Examiner, Your Honor,

2    is unavailable August 12th through the 17th.  He returns to

3    classes beginning on August 18 which would -- what would be

4    most convenient for the Examiner would be -- really be a

5    hearing on a Friday, that way he could fly out Thursday to do

6    whatever preparation needs to be done for hearing on a Friday.

7          THE COURT:  Well -- okay, let's -- the hearing dates

8    presently scheduled in this case are August 9th at 1:00.  They

9    are the 19th at 4:00, although we could move that to the 20th.

10   So maybe that would be the date for the Examiner's motion.

11         MR. KLEE:  Which month, Your Honor?

12         THE COURT:  August 20th.

13         MR. KLEE:  That would be fine.

14         MR. MINUTI:  That would be a 4:00, Your Honor?

15         THE COURT:  No, that would be a 10:00, but let's

16   just leave that tentatively for a moment until we figure out

17   the rest of the schedule, but let's just say that's when we'll

18   have it.

19         MR. MINUTI:  Very well.

20         THE COURT:  Okay.  Anyone else wish to be heard in

21   connection with the Examiner's motion?

22         MS. SPROUL:  Good afternoon, Your Honor.  Gail

23   Sproul for the Chicago Tribune, and thank you very much for

24   letting me address the Court today.  I am here representing the

25   Tribune's independent and unique interest as a newspaper.

1          We agree, as we said in the joinder, with the

2   Examiner's motion and the only reason that I rise to speak to

3   you today is just to make sure that silence is not, in the

4   future, construed as a waiver.  If there are any redactions or

5   other removals from the report, I don't know.  It's obviously

6   very voluminous and of course very important and the newspaper

7   would like the opportunity to review it to determine whether

8   there needs to be any further motion or discussion regarding

9   any redactions that have been made.

10          THE COURT:  Thank you.  Does anyone else wish to be

11   heard?

12          Okay.  I'm going to take a short break, give counsel

13   a chance to confer a little bit about tweaking the schedule

14   particularly with respect to experts a bit in light of the

15   dates we've set for confirmation and then we'll figure out a

16   hearing date on the contours motion.

17          MR. BOGDANOFF:  Your Honor, this is Lee Bogdanoff.

18   Are you ordering from the bench that we can go ahead and file

19   the report immediately with ECF?

20          THE COURT:  Yes.

21          MR. BOGDANOFF:  We will do so.

22          THE COURT:  All right.  Thank you.  We'll take a

23   short recess.

24      (Recess taken from 2:03 p.m. to 2:14 p.m.)

25          THE CLERK:  All rise.

1          Be seated please.

2          MR. CONLAN:  Good afternoon, again, Your Honor.

3          Here is where we landed and I think this represents

4   a consensus and I'll take it from the top.

5          THE COURT:  Go ahead.

6          MR. CONLAN:  The voting deadline would be August

7   20th, same as what we discussed before.

8          THE COURT:  Okay.

9          MR. CONLAN:  The objection deadline would be August

10  27th, same as discussed before.  Tabulation report, August 27,

11  same as before.  Objection, response, findings of fact,

12  conclusions of law, September 8th as we discussed before.

13          Now the changes.  The expert report would be due

14  August 30th.

15          THE COURT:  Okay.

16          MR. CONLAN:  The expert depositions would commence

17  on September 7th.  The joint pretrial memo would be due

18  September 22nd.  The hearing on the contours motion would be --

19  and we weren't sure which date you landed on, but the 19th or

20  the 20th, whichever works for you.

21          THE COURT:  Of?

22          MR. CONLAN:  Of August.

23          THE COURT:  Yeah, the 20th.  Let's --

24          MR. CONLAN:  Okay.  Let's say the 20th.

25          THE COURT:  Yeah.

1          MR. CONLAN:  And replies due August 15th.  Again, I

2     think that represents a consensus.

3          UNKNOWN SPEAKER:  Hey Jim.

4          MR. CONLAN:  Yes, sir.

5          UNKNOWN SPEAKER:  August 15 is a Sunday.

6          MR. CONLAN:  Oh, sorry about that.

7          Let's -- one mistake there.  We'll go to August 16th

8     for the reply.

9          THE COURT:  Okay.  For the hearing on the 20th.

10         MR. CONLAN:  Correct.

11         THE COURT:  Okay.  All right.  Any comments on the

12    revised, proposed schedule?

13         MR. KRAMER:  Your Honor, if I may, Matt Kramer again

14    for Aurelius.  Your Honor, I heard you to say that you were

15    going to hold October 4th if there were no substantive changes

16    to the plan.

17         THE COURT:  No, I --

18         MR. KRAMER:  If the amendments --

19         THE COURT:  -- said I was going to hold October 4th.

20         MR. KRAMER:  Okay.  Okay.

21         THE COURT:  And we'll see what develops.

22         MR. KRAMER:  Okay.  Well, we would note, Your Honor,

23    that with hearings in mid-October, we fail to see why voting

24    and objections to the plan are required approximately a

25    month-and-a-half prior to the confirmation hearing.

1          THE COURT:  Okay.  The answer is, I think so that

2     the parties' positions have been lodged with the Court

3     understanding that it's likely discussions will continue if

4     arrangements haven't been made at that point.

5          In any event, just to put an end to your issue, I am

6     prepared to approve the proposed revisions and will overrule

7     your objections to the extent they haven't been satisfied, at

8     least in part, by the extension of the deadlines.  And frankly,

9     they were in advance of what I had contemplated extending them

10    myself, anyway, had there continued to be disputes about it.

11    But I think under the proposed schedule there's certainly

12    adequate time and it seems all but one party agree to make

13    whatever review of the -- what will now be the publically

14    available report in connection with the voting and

15    confirmation.

16          MR. KRAMER:  My one suggestion, if I may Court -- if

17    I may, Your Honor, is if parties are holding creditors such as

18    Aurelius' feet to the fire and requiring a vote in August,

19    perhaps we can have a deadline by which any amendments to the

20    plan can be filed as well.

21          THE COURT:  Well, of course that's difficult to set

22    when we don't know whether there are to be amendments but look,

23    as things develop, to the extent there are material changes, it

24    may be that other schedules will have to be set and/or this one

25    revised.

1          MR. KRAMER:  Thank you, Your Honor.

2          THE COURT:  And I don't mean to foreclose that.

3   Okay.

4          MR. KRAMER:  Thank you.

5          THE COURT:  All right.  So that we're clear,

6   everything or anything that was scheduled for the 19th at 4:00

7   will be pushed to August 20th at 10:00 and in addition to the

8   contour motion that we've added today.

9          MR. CONLAN:  Yes, Your Honor.

10         MR. PERNICK:  And Your Honor, we'll take care of

11  sending out a renotice of that hearing.

12         THE COURT:  Thank you, Mr. Pernick.

13         MR. CONLAN:  Your Honor, I do have an order that

14  reflects the dates we just discussed which I could tender.

15         THE COURT:  Very well.

16         MR. CONLAN:  May I approach?

17         THE COURT:  You may.  I take it this has been shared

18  with others.

19         MR. CONLAN:  Your Honor, the draft, other than the

20  hand markup was and I believe it reflects what I just said out

21  loud in Court and it represented the consensus.  I can hand it

22  around to everyone, if you wish.

23         THE COURT:  Well, only if someone asks.

24         MR. STARK:  Wilmington Trust asks.

25         THE COURT:  All right.

1             MR. CONLAN:  Okay.

2             THE COURT:  Do you want to take it -- why don't you

3  do that now?

4             MR. CONLAN:  Okay.

5             THE COURT:  I did fill in the time of 10:00 for

6  commencement of the confirmation hearing on October 4th.

7             MR. CONLAN:  Very well.

8             THE COURT:  That was the only blank.

9             MR. CONLAN:  We're doing this by hand so we're -- it

10 will just take us a moment --

11            THE COURT:  Okay.

12            MR. CONLAN:  -- to hand it around to people.

13            It doesn't have the time with respect to the

14 contours hearing.  We will notice that out separately.

15            THE COURT:  Okay.  That's 10:00 as well.

16            MR. CONLAN:  Right.

17            THE COURT:  Mr. Stark, let me know when you're

18 finished review.

19            MR. STARK:  Thank you, Your Honor.

20         (Pause in proceeding)

21            MR. STARK:  Thank you, Your Honor for accommodating

22 us.  We're accepting of the order.

23            THE COURT:  Very well.  Thank you.

24            MR. BENDERNAGEL:  Just a point of clarification,

25 Your Honor, if the -- you sign the motion that -- I mean, the

1  new schedule, it seems to me that suggests that, for purposes

2  of Monday, there's no need to have what was going to be a

3  status conference on this issue.  The MIP issue may still be

4  up, but it seems to me that the discussion of the contours is

5  going to be on the 20th now.  It seems to me that both our

6  motion, which has been superseded by essentially what we did

7  today, as well as the bridge's motion ought to be just kicked

8  into the future so that there's just no confusion in that

9  regard.  I think that's right.

10         MR. GREISSMAN:  Your Honor, Scott Greissman, White

11 and Case.  Our continuation motion is scheduled for Monday.

12 That assumed a continuation of the contested process.  It looks

13 like that consensual discussions will be continuing.  We have

14 no problem pushing it to the next day which, I guess, is the

15 20th, but as I said earlier, we're reserving our rights to

16 press that in the event negotiations fall apart and things

17 went --

18         THE COURT:  I assumed that you were.

19         MR. GREISSMAN:  Okay.  Thanks.

20         THE COURT:  All right.  So no need for status on

21 confirmation on Monday.

22         MR. BENDERNAGEL:  That's correct, Your Honor.

23         THE COURT:  Okay.  I've signed the revised

24 scheduling order.  I have also, just for the record, signed the

25 form of order handed up by the Examiner, again, with the bench

1  direction that the parties confer with the Clerk's Office to

2  determine the best and most efficient way to get the exhibits

3  on the CMECF docket.

4          MR. CONLAN:  Your Honor, I rise only to say that

5  with the magic of technology, I can report to the Court that

6  the report itself is now on the docket.

7          THE COURT:  Wonderful.

8          MR. CONLAN:  Thank you, Your Honor.

9          THE COURT:  Okay.  Anything further for today?

10          MR. CONLAN:  No, Your Honor.  Thank you very much.

11          THE COURT:  Thank you all very much.  That concludes

12  this hearing.  Court stands adjourned.

13      (Whereupon at 2:29 p.m., the hearing was adjourned)

14

15                          CERTIFICATION

16          I  certify  that  the  foregoing  is  a  correct

17  transcript  from  the  electronic  sound  recording  of  the

18  proceedings in the above-entitled matter.

19

20

21  _____            August 4, 2010

22  Stephanie McMeel

23  AAERT Cert. No. 452

24  Certified Court Transcriptionist

| Word | Page:Line |
|---|---|

**1,000-page**(2) 30:7  31:18
**10-day**(2) 20:13  30:5
**2000-page**(1) 20:15
**28-day**(1) 30:23
**30-day**(1) 31:21

_____debtors.___  1:13

**ability**(1) 17:18
**able**(6) 27:10  27:11  32:3  37:9  39:19  39:25
**able __**(1) 39:24
**about**(22) 10:8  13:15  15:12  16:12  16:14  17:11  17:11  17:22  18:10  19:18  29:24  31:10  37:6  37:15  38:11  38:20  40:18  41:14  43:16  45:13  47:6  48:10

**above-entitled**(1) 52:18
**abramowitz**(1) 5:30
**accept**(1) 33:23
**accepting**(1) 50:22
**access**(8) 22:14  24:1  26:20  26:25  27:1  27:8  27:11  27:11

**accommodate**(2) 19:16  19:22
**accommodating**(1) 50:21
**accommodation**(1) 20:3
**accompanied**(1) 33:1
**accomplish**(1) 42:22
**accomplished**(1) 20:23
**acknowledge**(1) 35:23
**across**(1) 43:19
**act**(2) 14:18  36:13

**active**(1) 34:7
**actively**(1) 33:19
**actual**(1) 34:19
**actually**(7) 15:25  18:6  20:23  21:22  25:22  32:18  43:24

**adam**(1) 2:5
**add**(2) 42:6  42:7
**added**(1) 49:8
**addition**(1) 49:7
**additional**(2) 32:15  33:1
**address**(9) 20:12  25:18  26:7  33:12  34:8  41:15  41:15  42:4  44:24

**addressed**(1) 41:21
**adequate**(7) 20:21  31:12  32:1  32:11  32:16  36:7  48:12

**adequately**(3) 29:15  33:17  41:21
**adjourn**(2) 12:16  13:1
**adjourned**(2) 52:12  52:13
**adjournment**(2) 16:9  43:19
**adjournments**(1) 14:1
**adjunct**(1) 24:16
**adjust**(1) 34:3
**administrative**(2) 27:25  28:10
**advance**(4) 18:21  19:9  32:5  48:9
**aert**(1) 52:23
**affect**(2) 31:19  37:8
**affected**(1) 32:2
**affects**(2) 19:4  25:1
**after**(3) 17:16  31:9  38:25
**afternoon**(10) 10:4  10:6  14:19  15:15  16:5  16:23  21:0  20:8  44:22  46:2

**again**(9) 17:9  17:21  30:24  34:24  42:8  46:2  47:1  47:13  51:25

**again __**(1) 42:7
**agent**(4) 16:25  23:21  30:3  30:11
**agree**(8) 15:17  19:25  27:20  32:20  36:9  42:16  45:1  48:12

**agreement**(5) 4:4  21:7  21:8  21:12  31:7
**ahead**(4) 19:12  36:4  45:18  46:5
**ahmed**(1) 5:33
**akin**(1) 3:20

**all**(33) 10:2  14:23  14:25  15:5  16:2  16:10  16:15  16:20  18:11  21:23  22:12  22:24  23:22  26:13  27:18  28:2  29:6  29:6  31:6  32:1  36:7  36:20  36:24  39:24  42:3  45:22  45:25  47:11  48:12  49:5  49:25  51:20  52:1

**allday  **(1) 41:1
**allow**(4) 19:2  24:18  26:22  40:22
**allowed**(1) 10:7
**almost**(1) 24:15
**along**(2) 16:15  17:11
**already**(4) 17:22  21:3  41:18  41:20
**also**(13) 13:4  22:12  24:10  25:7  25:9  25:19  28:7  32:23  33:9  37:16  41:3  43:6  51:24

**although**(3) 33:4  37:4  44:9
**alvarez**(1) 8:24
**always**(2) 35:24  37:4
**amendment**(1) 37:13
**amendments**(12) 10:22  10:24  10:25  11:8  37:5  37:7  37:7  37:15  37:17  41:25  48:19  48:22
**amendments__**(1) 47:18
**america**(4) 6:29  6:34  22:24  36:3
**americas**(1) 4:22
**amit**(1) 8:13
**among**(3) 11:16  19:11  21:2
**amount**(1) 12:10
**amy**(1) 4:37
**analyze**(2) 30:7  35:21
**and**(232) 10:7  10:8  10:12  10:12  10:15  10:21  10:23  11:3  11:3  11:6  11:7  11:15  11:16  11:19  11:24  12:5  12:8  12:11  12:16  13:3  13:6  13:9  13:10  13:13  13:14  13:15  14:2  14:5  14:17  14:20  14:23  14:23  14:24  15:1  15:2  15:3  15:18  15:20  15:25  16:7  16:8  16:11  16:16  16:24  17:5  17:9  17:12  17:13  17:14  17:17  17:21  17:23  18:2  18:5  18:6  18:7  18:8  18:24  19:5  19:7  19:8  19:9  19:10  19:17  19:18  19:19  19:20  19:21  19:22  20:11  20:13  20:20  20:21  20:23  20:24  21:6  21:12  21:16  21:21  21:24  22:4  22:10  22:11  22:13  22:18  22:20  23:4  23:5  23:9  23:10  23:12  23:15  23:15  23:18  23:19  23:19  23:22  23:22  24:1  24:2  24:7  24:8  24:10  24:12  24:19  24:20  24:22  24:25  25:8  25:25  25:12  25:13  25:15  25:19  26:1  26:2  26:3  26:5  26:6  26:11  27:17  27:17  27:22  28:3  28:6  28:7  28:9  28:10  28:14  28:18  28:22  29:12  29:23  29:25  30:4  30:7  30:7  30:20  30:21  30:25  31:3  31:5  31:6  31:12  31:20  31:22  31:25  32:2  32:4  32:8  32:13  32:21  32:22  33:2  33:7  33:16  33:19  33:23  33:24  33:25  34:1  34:2  34:13  34:16  34:17  34:23  34:25  35:1  35:17  35:20  35:25  36:3  36:7  36:7  36:9  36:13  36:15  36:16  36:25  37:8  38:17  38:20  39:7  39:12  39:13  39:14  39:16  39:21  39:22  40:2  40:3  40:13  40:16  40:18  40:25  41:4  41:14  41:20  41:22  42:13  42:15  42:21  42:21  43:11  43:15  44:23  44:25  45:2  45:6  45:15  45:18  46:3  46:4  46:19  47:1  47:21  47:24  48:6  48:8  48:12  48:14  48:18  49:2  49:7  49:10  49:20  49:21  51:11  51:16  52:2

**and/or**(1) 48:24
**anderson**(1) 3:33
**andrew**(7) 3:6  6:42  7:25  7:30  7:31  8:21  8:37

**angeles**(1) 4:8
**angell**(1) 5:4
**angelo**(1) 7:23
**anna**(2) 7:36  7:36
**announced**(1) 25:9
**announcemen**(1) 25:8
**anomalous**(1) 31:17
**another**(1) 18:9
**answer**(6) 11:3  22:2  23:7  26:21  39:15  48:

**any**(17) 11:22  11:23  22:11  22:16  23:2  27:14  31:10  32:19  35:2  37:13  42:8  45:4  45:8  45:9  47:11  48:5  48:19

**anybody**(3) 24:1  25:6  43:23
**anyone**(6) 14:16  35:7  36:22  43:3  44:20  45:10

**anyone's**(1) 12:18
**anything**(7) 13:7  19:22  28:1  34:6  42:5  49:6  52:9

**anyway**(2) 41:12  48:10
**apart**(1) 51:16
**apologize**(2) 17:9  35:10
**appear**(2) 29:12  33:9
**appearances**(5) 5:27  6:2  7:1  8:1  9:1
**appeared**(1) 29:11
**appearing**(1) 24:11
**approach**(2) 25:2  49:16
**approve**(1) 48:6
**approving**(1) 30:19
**approximately**(1) 47:24
**are**(58) 10:11  10:21  10:24  10:25  11:5  11:7  11:25  12:2  12:5  12:20  14:24  16:7  16:8  18:5  18:6  18:14  18:19  18:19  18:22  20:4  21:7  22:3  23:10  23:12  27:14  29:14  30:2  30:12  31:2  31:19  31:20  32:2  33:3  33:19  34:13  34:14  34:20  34:21  35:3  35:16  36:36:13  37:7  37:10  38:21  40:20  41:22  41:25  41:25  42:1  44:8  44:9  45:4  45:18  47:24  48:17  48:22  48:23

**argument**(1) 32:23
**arif**(1) 7:17
**armstrong**(1) 5:36
**arora**(1) 8:30
**around**(4) 12:21  28:23  49:22  50:12
**arrangement**(1) 17:2
**arrangements**(1) 48:4
**arrowgrass**(1) 7:17
**arrowhawk**(1) 8:37
**articulate**(1) 19:8
**articulated**(1) 34:5
**ask**(11) 11:2  14:4  16:7  21:18  21:19  26:2  37:5  37:18  39:14  43:20  43:23

**asked**(2) 26:18  34:3
**asking**(4) 12:6  18:19  31:20  31:21
**asks**(2) 49:23  49:24
**assessment**(3) 19:4  19:20  27:10
**assistant**(1) 24:22
**assume**(2) 29:20  29:21
**assumed**(2) 51:12  51:18
**assuming**(2) 24:21  42:18
**assurance**(1) 32:19
**atamian**(1) 8:14
**august**(40) 1:15  10:1  10:20  11:11  11:11  11:12  11:12  11:13  11:13  11:15  11:16  11:18  11:18  11:20  11:20  11:21  12:17  12:20  15:6  15:20  18:15  30:17  35:13  35:14  35:16  44:2  44:3  44:8  44:12  46:6  46:9  46:10  46:14  46:22  47:1  47:5  47:7  48:9  49:7  52:21

**aurelius**(13) 5:11  7:47  20:9  21:2  21:11  22:24  26:19  26:24  29:11  33:9  41:18  47:14  48:18

**austin**(1) 1:26  6:19
**authority**(1) 24:12
**authorizes**(1) 23:3
**available**(9) 14:6  15:8  23:25  24:21  26:4  26:19  29:22  36:8  48:14

**avenue**(4) 2:44  3:28  3:51  4:22
**aware**(5) 22:21  26:11  26:12  29:25  42:8
**a __**(1) 42:17

**back**(28) 10:15  10:21  11:11  11:15  11:18  11:21  12:11  12:15  12:16  12:17  12:19  13:2  14:13  14:24  15:3  18:24  19:13  19:14  19:15  25:7  26:10  26:13  35:5  36:24  40:7  40:8  41:20  42:15

**bale**(1) 5:39
**bank**(7) 4:29  6:29  6:34  7:6  7:39  22:24
**bankruptcy**(5) 1:1  1:21  23:20  23:25  31:24
**barash**(1) 5:43
**barclays**(2) 5:4  8:11
**barnes**(1) 2:48
**based**(6) 11:22  22:15  28:23  36:13  36:14  37:1

**because**(9) 10:20  13:1  16:13  20:12  20:17  23:12  29:13  30:20  38:18

**become**(1) 36:8
**becomes**(1) 34:16
**been**(20) 10:12  13:11  15:17  21:13  21:24  25:3  27:11  31:14  33:4  33:8  35:24  35:24  35:25  42:19  45:9  48:2  48:4  48:7  49:17  51:6

**before**(31) 1:20  12:10  12:17  12:19  15:10  18:6  18:14  18:16  18:18  20:4  20:19  20:24  22:12  22:18  22:19  22:19  25:5  25:17  26:2  26:5  27:1  29:12  29:12  31:15  36:25  40:19  43:15  46:7  46:10  46:11  46:12

**beginning**(2) 13:16  44:3
**behalf**(8) 10:6  15:16  16:6  18:12  20:9  22:1  27:6  36:3

**being**(7) 18:18  29:15  29:15  31:9  33:19  34:14  34:15

**believe**(12) 13:4  15:19  22:3  22:4  23:2  23:13  27:21  30:20  31:2  33:17  34:12  49:20

**bench**(6) 25:6  25:7  29:1  42:20  45:18  51:25
**bendernagel**(6) 1:29  18:23  18:24  26:18  50:24  51:22

**benesch**(1) 3:48
**bennett**(3) 4:4  6:5  6:6
**benson**(2) 3:12  15:16
**beside**(1) 12:22
**best**(2) 28:18  52:2
**bet**(1) 33:10
**better**(3) 19:13  21:13  37:25
**between**(4) 27:16  31:6  34:25  36:6
**be __**(2) 44:4  46:18
**bifferato**(1) 3:4
**bigelow**(1) 6:13
**bilzin**(2) 5:11  20:9
**biscayne**(1) 5:13
**bit**(10) 15:3  16:9  16:17  16:19  19:24  30:1  41:14  43:15  45:13  45:14

**blank**(1) 50:8
**blauner**(1) 6:26
**block**(3) 8:20  15:8  37:18
**board**(1) 23:19
**bogdanoff**(8) 5:42  5:45  27:5  27:5  27:16  45:17  45:17  45:24

**bones**(1) 31:10
**both**(5) 22:4  22:13  25:20  25:24  51:5
**boulevard**(1) 4:13
**box**(5) 2:7  3:29  4:15  4:32  5:22
**brady**(1) 4:12
**brandywine**(1) 4:13
**breadth**(1) 20:22
**break**(4) 17:8  28:2  41:13  45:12
**brian**(1) 8:24
**bridge**(4) 13:8  13:9  13:10  16:24
**bridge's**(1) 51:7
**briefly**(3) 27:20  29:24  31:25

| Word | Page:Line |
|------|-----------|

**bring**(1) 11:7

**bringing**(1) 33:16

**broadway**(1) 3:16

**broker**(1) 30:2

**brought**(2) 36:17 36:18

**brown**(5) 3:41 4:37 6:41 8:11 16:6

**bruce**(1) 6:6

**bryan**(2) 1:28 13:7

**bryant**(1) 3:22

**building**(2) 4:13 41:20

**burden**(1) 28:10

**burdensome**(1) 42:21

**business**(6) 10:15 10:21 11:10 30:10 32:15 33:11

**but**(54) 10:25 11:6 11:17 12:19 13:5 13:10 13:14 14:6 15:4 15:6 15:8 15:12 16:18 17:10 17:19 18:3 18:18 19:24 21:18 24:21 25:18 25:23 25:24 27:11 28:7 28:25 29:14 30:1 30:10 31:9 33:3 33:11 33:24 34:5 35:7 35:16 35:24 39:6 39:20 40:1 41:11 41:14 42:1 42:5 42:17 42:24 44:15 44:17 44:18 48:11 48:18 48:22 51:4 51:15

**but** __(2) 38:22 40:8

**calendar**(3) 15:9 37:18 37:25

**call**(2) 26:3 40:21

**came**(1) 41:17

**can**(38) 10:15 10:16 10:16 11:3 13:21 18:6 19:11 19:16 19:18 22:6 23:2 23:23 24:3 25:20 25:24 26:7 26:21 26:25 28:2 31:25 32:18 32:24 37:14 37:15 37:21 37:21 38:7 39:5 39:7 41:3 41:24 42:10 42:15 45:18 48:19 48:20 49:21 52:5

**can't**(2) 10:20 40:1

**candice**(1) 6:20

**cantor**(1) 6:30

**capable**(1) 23:10

**capital**(19) 5:11 5:29 5:33 5:36 5:39 6:5 7:10 7:14 7:17 8:17 8:37 8:40 8:47 8:49 9:9 9:12 9:18 20:9 20:11

**care**(2) 43:3 49:10

**carey**(1) 1:20

**carlson**(1) 5:29

**carol**(1) 5:39

**carried**(1) 13:12

**case**(19) 1:9 4:19 16:24 20:10 20:16 20:17 23:17 24:15 30:21 30:22 30:25 31:18 32:13 34:3 34:6 34:21 42:5 44:8 51:11

**cases**(4) 23:25 33:18 33:24 34:21

**cast**(2) 33:20 33:21

**caucus**(1) 13:21

**cede**(1) 26:5

**center**(1) 4:29

**centerbridge**(2) 3:20 8:30

**central**(2) 30:21 30:22

**cert**(1) 52:23

**certain**(1) 13:3

**certainly**(11) 12:19 17:19 17:24 21:25 25:20 36:9 36:15 39:24 39:24 40:9 48:11

**certification**(1) 52:15

**certify**(1) 52:16

**cetera**(1) 11:15

**chadbourne**(3) 2:11 6:47 14:20

**chance**(2) 41:14 45:13

**chandler**(1) 6:13

**change**(7) 11:23 25:10 29:17 36:16 37:24 40:6 41:24

**changed**(2) 29:15 43:16

**changes**(5) 25:9 37:10 46:13 47:15 48:23

**chapter**(2) 1:7 32:7

**charles**(1) 5:50

**chase**(2) 2:33 7:39

**chicago**(4) 1:31 4:36 22:23 44:23

**chung**(1) 6:35

**citigroup**(1) 7:28

**citizens**(1) 4:29

**claim**(1) 23:20

**claims**(2) 13:11 24:15

**clarification**(2) 35:13 50:24

**clarifying**(1) 10:8

**classes**(1) 44:3

**clear**(3) 17:3 42:10 49:5

**clerk**(5) 10:2 28:10 38:8 40:25 45:25

**clerk's**(6) 24:16 27:24 28:18 42:13 42:20 52:1

**client**(2) 13:21 29:11

**clog**(2) 25:21 28:14

**clogging**(1) 24:5

**closure**(1) 11:7

**closer**(1) 34:19

**closure**(1) 11:7

**cmecf**(1) 52:3

**cnda**(1) 12:16

**cobb**(1) 2:4

**code**(3) 31:6 31:25 32:17

**cole**(1) 1:34

**colleagues**(2) 13:10 13:15

**colliers**(1) 31:23

**collins**(1) 2:34

**come**(6) 12:11 12:16 21:19 22:11 22:19 41:20

**comes**(1) 40:10

**comfort**(1) 26:25

**comfortably**(1) 40:24

**coming**(1) 25:17

**commence**(1) 46:16

**commenced**(1) 20:17

**commencement**(1) 50:6

**commencing**(1) 17:20

**comments**(2) 42:9 47:11

**commission**(1) 32:5

**committee**(5) 2:4 6:47 14:20

**company**(7) 1:9 3:5 4:36 6:12 6:42 7:23 9:5

**compelled**(1) 29:12

**competing**(1) 18:3

**completed**(1) 43:13

**completely**(1) 41:8

**conaway**(1) 4:11

**conceivable**(1) 37:10

**concept**(2) 19:1 31:24

**concern**(4) 25:21 33:15 33:20 34:24

**concerned**(1) 35:17

**concerns**(1) 21:23

**conclude**(1) 35:20

**concludes**(1) 52:11

**conclusion**(1) 35:18

**conclusions**(2) 11:14 46:12

**concur**(1) 15:5

**confer**(6) 19:11 26:17 40:25 42:20 45:13 52:1

**conference**(1) 51:3

**confers**(1) 13:25

**confidential**(1) 21:9

**confidentiality**(6) 21:7 21:8 21:12 21:23 22:4 22:17

**confirm**(1) 16:7

**confirmation**(23) 10:20 12:13 12:25 15:4 15:19 16:14 18:1 18:5 18:9 34:3 34:13 35:19 36:9 36:19 37:2 39:17 40:10 41:7 45:15 47:25 48:15 50:6 51:21

**confusion**(1) 51:8

**congress**(1) 32:19

**conlan**(65) 1:27 10:5 10:6 10:11 10:19 11:5 11:10 12:7 12:9 12:23 13:9 13:14 13:21 13:23 14:1 14:9 14:11 15:2 15:20 16:7 16:24 18:12 18:12 18:22 37:3 37:21 38:2 38:5 38:11 38:14 38:20 39:4 39:9 39:12 39:19 40:4 40:9 40:12 40:15 41:8 41:3 41:17 46:2 46:6 46:9 46:16 46:22 46:24 47:1 47:4 47:6 47:10 49:9 49:13 49:16 49:19 50:1 50:4 50:7 50:9 50:12 50:16 52:4 52:8 52:10

**connection**(5) 34:17 35:8 43:4 44:21 48:14

**consecutive**(2) 39:7 39:10

**consensual**(1) 17:2 51:13

**consensus**(6) 12:8 12:9 39:20 46:4 47:2 49:21

**consent**(1) 20:12

**consider**(1) 15:9

**considering**(2) 12:1 36:16

**consolidated**(1) 32:7

**constantly**(1) 33:25

**construed**(1) 45:4

**consultations**(1) 28:17

**consuming**(1) 23:15

**contact**(1) 24:20

**contemplate**(1) 28:24

**contemplated**(1) 48:9

**contents**(1) 32:25

**contested**(4) 16:15 17:3 36:8 51:12

**continuation**(3) 17:5 51:11 51:12

**continue**(3) 10:13 13:4 34:7 40:22 48:3

**continued**(9) 2:2 3:2 4:2 5:2 6:3 7:2 8:2 9:2 48:10

**continuing**(1) 51:13

**contour**(1) 49:8

**contours**(17) 12:12 12:24 15:18 17:12 17:17 17:21 17:22 18:13 18:18 19:2 20:4 40:19 40:21 45:16 46:18 50:14 51:4

**contrarian**(1) 8:17

**convenient**(1) 44:4

**conversation**(1) 16:14

**copies**(1) 25:6

**correct**(7) 16:24 21:4 21:6 43:10 47:10 51:22 52:16

**correctly**(1) 21:20

**corroon**(1) 3:33

**could**(11) 17:15 23:9 26:19 29:1 33:10 38:2 39:8 43:18 44:5 44:9 49:14

**couldn't**(3) 11:23 22:19 41:11

**could** __(1) 39:12

**counsel**(5) 13:25 26:17 34:2 41:14 45:12

**country**(1) 43:19

**couple**(1) 38:2

**course**(5) 10:14 11:1 34:13 45:6 48:21

**court**(142) 1:1 10:4 10:10 10:18 11:2 11:9 11:25 12:8 12:21 13:18 13:22 13:24 14:4 14:10 14:16 15:11 15:14 16:2 16:20 16:22 17:7 17:22 18:11 18:21 19:25 20:6 21:2 21:5 21:18 22:2 23:5 24:25 25:3 26:1 26:13 26:23 27:2 27:4 27:12 27:14 27:18 28:13 29:1 29:4 29:6 29:17 29:19 30:8 30:14 30:17 30:19 31:7 32:4 32:18 33:23 34:2 35:3 35:5 35:11 35:18 35:22 35:23 36:4 36:12 36:14 36:16 36:20 36:22 37:20 37:23 38:4 38:7 38:9 38:13 38:17 38:24 39:2 39:5 39:11 39:14 40:2 40:5 40:10 40:13 40:16 40:25 41:1 41:4 41:21 42:3 42:16 42:24 42:3 43:3 43:8 43:11 43:20 43:23 44:7 44:12 44:15 44:20 44:24 45:10 45:20 45:22 46:5 46:8 46:15 46:21 46:23 46:25 47:9 47:11 47:17 47:19 47:21 48:1 48:2 48:21 49:2 49:9 49:12 49:15 49:17 49:21 49:23 49:25 50:2 50:9 50:8 50:11 50:15 50:17 50:23 51:18 51:20 51:23 52:5 52:7 52:9 52:11 52:12

**court's**(1) 23:11

**courtroom**(3) 1:11 25:7 33:9

**court** __(1) 48:16

**cover**(1) 26:24

**covered**(1) 42:5

**craig**(1) 5:5

**crash**(1) 28:1

**create**(1) 28:11

**credit**(1) 4:4

**creditors**(5) 2:4 6:47 14:21 32:2 48:17

**critical**(1) 19:3

**cross-motion**(4) 12:12 12:16 12:23 18:13

**crowded**(1) 15:9

**crt**(1) 9:9

**crux**(1) 30:25

**cruz**(1) 6:38

**cumbersome**(2) 25:22 42:21

**current**(2) 34:25 37:24

**cut**(2) 17:10 32:16

**cutler**(1) 7:23

**damian**(1) 2:41

**daniel**(3) 2:21 6:30

**dash**(1) 6:42

**data**(1) 1:45

**date**(25) 16:4 17:15 17:16 19:10 19:13 34:25 36:12 36:13 36:14 36:16 37:2 37:4 40:17 41:22 41:24 43:18 44:10 45:16 46:19

**dates**(5) 10:15 10:19 12:15 13:2 34:8 34:11 34:14 34:16 34:18 34:23 37:12 37:22 44:7 45:15 49:14

**date** __(1) 38:15

**david**(10) 2:26 2:49 3:14 4:20 6:14 6:49 9:5 9:6 15:25 27:19

**davis**(2) 2:40 20:2

**day**(6) 30:10 39:17 39:22 40:7 41:2 51:14

**days**(19) 10:15 10:21 11:10 18:21 30:5 30:6 30:9 30:12 30:13 30:17 30:20 30:24 31:13 32:15 33:11 34:23 38:19 39:7 39:20

**deadline**(12) 11:11 11:12 12:2 12:10 29:23 30:6 32:22 33:6 40:23 46:6 46:9 48:19

**deadlines**(6) 10:14 11:24 14:13 20:13 41:9 48:8

**deal**(5) 17:18 25:23 26:9 37:9 41:19

**dealt**(1) 41:19

**dearborn**(1) 1:30

**debenture**(2) 3:4 15:16

**debtor**(6) 6:12 10:6 14:25 18:12 35:5

**debtors**(7) 1:26 14:17 14:21 20:2 23:19 23:20 23:25

**decided**(1) 33:3

| Word | Page:Line |
| --- | --- |

dedicated(1) 23:24
delaware(5) 1:2  1:13  3:28  3:51  10:1
delayed(1) 36:14
dennis(4) 2:42  7:47  7:48  20:1
department(1) 7:20
depending(4) 34:1  37:8  37:16  41:24
deposition(1) 35:15
depositions(3) 11:22  35:14  46:16
depository(1) 21:14
deps(1) 11:19
desire(1) 43:13
detail(1) 31:15
determination(2) 13:11  42:11
determine(2) 45:7  52:2
deutsch(1) 6:48
develop(2) 39:20  48:23
develops(1) 47:21
diaz(1) 1:45
did(11) 12:1  16:7  16:12  22:9  25:6  25:16  32:19  38:1  40:6  50:5  51:6

didn't(1) 14:13
difference(1) 36:6
different(4) 15:1  23:12  24:14  34:5
difficult(6) 37:12  38:21  39:1  39:15  42:14  48:21

digest(5) 20:15  20:22  20:24  30:7  31:3
digesting(1) 10:11
direct(2) 24:9  24:19
direction(2) 42:20  52:1
directly(1) 12:3
disagree(1) 27:23
disagreements(2) 11:6  11:7
discharge(2) 36:8  43:7
disclosure(27) 20:11  20:19  23:3  29:13  30:19  30:21  30:23  31:9  31:11  31:13  31:16  31:22  31:23  32:1  32:8  32:9  32:9  32:13  32:16  32:19  32:23  32:24  32:25  33:1  36:7  37:9  37:11
disconnect(1) 34:25
discovery(5) 19:5  19:21  35:19  35:19  35:21
discuss(1) 25:16
discussed(4) 35:7  46:10  46:12  49:14
discussion(4) 35:25  38:18  45:8  51:4
discussions(5) 14:25  18:17  27:7  48:3  51:13
disputes(1) 48:10
distinct(1) 36:10
district(1) 1:2
docket(16) 23:11  23:16  24:5  24:6  24:12  24:22  25:19  25:22  27:23  28:4  28:12  28:19  42:12  42:22  52:3  52:6

docketed(2) 27:22  28:8
docketing(1) 28:13
docs(1) 13:3
document(2) 21:14  31:18
documents(5) 23:4  23:24  24:18  27:9  28:19
dodge(1) 5:4
does(9) 16:11  16:15  16:25  17:4  19:17  26:24  32:9  43:3  45:10

doesn't(7) 12:14  13:1  28:15  28:24  32:16  42:1  50:13

doing(1) 50:9
dolan(1) 6:44
domain(1) 24:19
don(1) 6:15
don't(28) 11:22  12:18  14:7  14:14  17:10  17:21  17:21  23:1  23:17  24:20  25:25  27:23  28:3  28:9  28:10  28:11  28:23  34:5  39:13  40:1  40:5  41:4  41:15  43:23  45:5  48:22  49:2  50:2
done(15) 11:8  12:9  17:9  17:19  18:6  24:3  24:3  24:24  26:2  26:13  27:13  27:24  28:5  33:4  42:15  44:6

dorman(2) 4:4  6:5
dorr(1) 7:24
doshi(1) 7:7
doubly(1) 16:15
douglas(1) 6:48
down(1) 19:18
download(1) 24:1
draft(1) 49:19
drafted(1) 24:4
drive(2) 4:38  37:6
druthers(1) 17:20
ducayet(1) 6:23
due(14) 15:22  18:14  18:15  18:19  20:5  34:12  34:20  35:1  35:13  35:16  40:20  46:13  46:17  47:1

dust(1) 43:14
ear(1) 18:23
earlier(3) 15:24  17:21  51:15
earliest(1) 15:7  41:6
early(1) 37:16
easy(3) 38:14  42:14
ebbs(1) 34:1
ecf(2) 23:14  45:19
economic(3) 33:18  33:22  34:20
ecro(1) 1:43
edelstein(1) 4:36
edgar(1) 6:9
edwards(1) 5:4
efficient(1) 52:2
efforts(1) 17:2
egi-trb(1) 8:20
either(2) 33:20  36:13
eldersveid(1) 6:14
electronic(3) 1:51  24:2  52:17
elizabeth(1) 7:33
elkins(1) 5:29
ellias(1) 6:43
elliot(1) 2:43
else(7) 14:16  35:7  36:22  39:6  43:3  44:20  45:10

email(1) 22:12
enchilada(1) 20:16
end(1) 48:5
enough(2) 32:12  33:4
enter(1) 23:3
entered(2) 26:24  30:19
enters(1) 24:22
entries(3) 23:16  24:6  27:23
entry(1) 28:4
eos(1) 8:5
epiq(11) 23:20  23:23  23:23  24:9  24:14  24:20  25:15  26:3  27:7  28:5  30:3

epiq's(1) 24:11
equivalent(1) 24:11
eric(1) 4:28
especially(1) 17:1
esq(65) 1:27  1:28  1:29  1:36  2:5  2:12  2:13  2:19  2:26  2:34  2:41  2:42  2:43  2:49  3:5  3:6  3:14  3:15  3:21  3:27  3:42  3:43  3:49  3:50  4:5  4:12  4:20  4:21  4:27  4:38  4:37  4:44  5:5  5:12  5:19  5:30  5:43  5:44  5:45  5:46  5:50  6:6  6:20  6:21  6:22  6:23  6:30  6:31  6:42  6:43  6:44  6:48  6:49  7:14  7:25  7:30  7:31  7:32  7:33  7:44  7:52  8:12  8:13  8:14  8:21
essence(2) 20:15  30:5
essentially(3) 12:12  12:24  51:6
establish(2) 12:12  12:24
esther(1) 6:35
evan(3) 6:31  7:44  36:2
even(5) 14:1  17:13  17:23  37:23  39:9
event(2) 48:5  51:16
ever(1) 34:6
everyone(4) 10:4  28:18  35:6  49:22
everything(4) 10:21  26:4  27:20  49:6

evidence(1) 17:25
evidentiary(1) 41:1
ewing(3) 3:26  5:49  22:1
examiner(19) 3:26  5:42  11:16  19:4  20:23  21:9  21:17  22:1  22:2  26:9  26:22  27:6  28:15  28:21  42:25  43:6  44:1  44:4  51:25

examiner's(20) 10:12  13:2  14:22  19:20  20:18  20:20  21:15  21:21  22:9  22:22  23:1  26:8  29:16  34:11  42:4  43:4  43:12  44:10  44:21  45:2

example(1) 26:20
exception(1) 15:18
exchange(1) 32:4
exculpation(1) 13:3
excuse(2) 31:20  32:17
exercised(1) 21:11
exhibits(17) 22:5  23:12  23:13  23:14  23:22  23:22  24:7  24:20  25:15  25:19  27:22  28:3  28:3  28:7  28:22  30:7  52:2

existed(1) 22:11
expand(1) 14:6
expect(1) 41:10
expected(1) 20:22
expeditiously(1) 27:13
expert(21) 11:18  11:19  15:22  16:16  17:12  17:14  17:19  18:6  18:7  18:14  18:15  18:19  20:4  35:13  35:14  35:15  40:16  40:19  40:23  46:13  46:16

experts(8) 15:24  16:1  16:4  18:3  19:1  19:5  19:21  45:14

explain(1) 29:23
explore(1) 37:1
expressed(2) 31:5  41:9
extend(2) 32:22  33:5
extended(2) 34:12  34:15
extending(5) 12:2  34:13  34:18  34:23  48:9
extends(1) 35:15
extension(5) 20:13  30:5  30:9  34:11  48:8
extent(4) 17:3  22:18  48:7  48:23
face(1) 41:10
facing(1) 20:11
fact(5) 11:14  11:22  12:15  34:20  46:11
factors(1) 8:34
fail(1) 47:23
fair(2) 12:10  32:23
fall(1) 51:16
familiar(1) 21:14
far(1) 32:22
fargo(1) 4:19
farkas(1) 7:11
favor(1) 34:13
feel(5) 13:15  14:22  20:14  29:14  30:20
feet(1) 48:18
feld(1) 3:20
felt(1) 29:12
ferry(1) 5:18
few(2) 30:6  31:13
figueroa(1) 4:6
figure(5) 28:18  28:25  42:14  44:16  45:15
figured(1) 33:6
figuring(1) 17:12
file(7) 11:17  23:16  24:6  27:8  28:21  35:17  45:18

filed(4) 18:25  21:17  22:22  48:20
filing(3) 24:12  42:12  42:22
fill(1) 50:5
final(1) 42:11
finally(1) 30:11
find(1) 32:17
findings(2) 11:14  46:11
fine(4) 18:13  18:20  28:7  44:13
finger(1) 2:33
finished(2) 34:6  50:18

fire(1) 48:18
first(5) 10:9  25:10  29:24  30:18  40:11
fit(1) 14:6
five(1) 38:19
flesh(1) 30:1
floor(4) 3:37  4:14  4:46  5:7
flows(1) 34:1
fly(2) 43:19  44:5
follow(2) 35:10  37:13
for(145) 1:2  1:26  2:4  2:25  2:33  2:48  3:4  3:20  3:26  3:33  3:41  4:4  4:19  4:36  5:4  5:11  5:29  5:33  5:36  5:39  5:42  6:5  6:12  6:26  6:29  6:38  6:41  6:47  7:6  7:10  7:14  7:17  7:20  7:23  7:28  7:36  7:39  7:43  7:47  7:51  8:5  8:8  8:11  8:17  8:20  8:24  8:27  8:30  8:34  8:37  8:40  8:43  8:46  8:49  9:5  9:9  9:12  9:15  9:18  10:18  10:20  12:3  12:13  12:14  12:22  13:4  13:10  13:17  13:19  13:20  13:23  14:5  14:5  14:14  14:24  14:24  15:7  15:20  16:16  17:5  17:9  17:13  18:1  18:4  18:5  19:7  19:10  20:2  20:4  20:14  21:12  21:12  22:2  24:13  24:16  25:14  25:22  26:8  26:19  27:19  28:10  29:7  30:11  31:1  31:20  31:21  32:10  33:12  33:16  33:18  34:4  34:5  34:15  35:5  35:15  37:2  37:22  37:24  37:25  39:17  40:23  41:2  42:17  42:18  42:24  43:8  44:4  44:6  44:10  44:16  44:23  44:23  45:15  46:20  47:8  47:9  47:14  49:6  50:5  50:21  51:1  51:11  51:20  51:24  52:9

foreclose(1) 49:2
foregoing(1) 52:16
form(3) 24:25  42:9  51:25
forman(1) 1:34
forward(8) 11:23  12:14  15:23  17:4  18:14  19:2  21:19  28:16

for __(1) 41:2
four(3) 23:11  30:12  38:18
fox(1) 4:26
frankly(2) 18:17  48:8
freeman(1) 7:14
friday(4) 18:25  40:21  44:5  44:6
friedman(1) 3:13
from(31) 11:13  11:15  11:16  11:18  11:21  14:14  14:16  14:20  15:12  15:16  16:6  20:2  21:20  22:1  27:25  29:1  30:14  30:24  31:4  31:25  32:1  32:24  33:7  35:6  36:2  38:10  45:5  45:18  45:24  46:4  52:17

front(2) 18:2  18:2
full(1) 37:11
fully(2) 17:2  23:10
further(5) 19:13  19:14  35:2  45:8  52:9
future(2) 45:4  51:8
gail(1) 44:22
galbraith(1) 8:34
gangat(1) 7:17
garrison(1) 7:29
gary(1) 6:22
gave(2) 21:8  22:14
gayle(1) 4:44
gearing(1) 16:16
generally(3) 15:17  16:18  33:8
gentilotti(1) 3:4
gerson(1) 7:20
get(15) 15:21  16:7  19:17  23:6  24:8  24:9  24:18  28:18  30:11  34:6  36:1  40:7  41:6  43:18  52:2

gets(1) 28:6
getting(1) 17:9
give(16) 17:17  26:25  27:10  27:10  27:11  37:2  37:21  38:2  39:5  39:7  39:8  40:6  40:8  41:14  42:13  45:12

given(6) 17:20  18:1  32:25  37:19  37:24  41:22

gives(1) 30:6

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**giving**(2) 26:20 27:1

**glatt**(1) 8:9

**glazer**(4) 2:42 20:1 20:2 20:7

**glenn**(1) 3:6

**goes**(2) 26:10 26:10

**going**(28) 10:13 15:6 16:17 17:8 17:24 17:25 18:1 18:5 19:6 24:18 24:24 25:21 26:2 26:22 28:1 28:9 28:11 29:17 29:20 31:19 39:22 41:6 41:13 45:12 47:15 47:19 51:2 51:5

**golden**(1) 3:21

**goldman**(1) 7:25

**good**(21) 10:4 10:5 10:5 11:4 14:9 14:19 15:15 16:5 16:10 16:11 16:18 16:19 16:23 20:1 20:8 28:6 32:6 33:8 42:25 44:22 46:2

**gordon**(2) 7:23 7:30

**gotshal**(1) 7:43

**graciously**(1) 10:7

**grant**(1) 13:1

**granting**(1) 28:16

**greenwich**(1) 7:10

**greissman**(6) 4:21 16:23 16:24 51:10 51:10 51:19

**grey**(1) 5:36

**grogan**(1) 3:5

**group**(1) 9:9

**gruss**(1) 9:5

**guess**(3) 41:5 42:3 51:14

**guidance**(1) 18:5

**gump**(1) 3:20

**had**(13) 11:3 15:3 19:1 19:9 19:23 21:23 22:11 24:19 25:8 25:11 27:6 30:20 33:25 34:10 34:11 35:9 48:9 48:10

**hadn't**(1) 16:12

**hale**(1) 7:23

**hand**(4) 49:20 49:21 50:9 50:12

**handed**(1) 51:25

**happen**(1) 26:23

**happens**(1) 31:8

**happy**(1) 16:8

**harrisburg**(1) 1:47

**has**(18) 14:5 14:25 15:9 15:20 17:22 21:17 25:3 26:13 27:24 34:2 35:2 36:5 36:12 36:14 42:8 42:25 49:17 51:6

**hasn't**(2) 29:11 42:11

**hauer**(1) 3:20

**have**(60) 10:22 11:17 12:8 12:9 15:7 16:4 16:13 17:20 19:19 20:21 21:13 21:16 22:16 23:13 23:13 24:25 26:4 27:6 27:7 27:11 28:5 29:10 29:22 30:13 30:14 31:1 31:14 31:17 32:11 32:12 33:20 34:10 34:11 35:20 36:6 36:25 37:11 37:11 38:1 39:13 39:21 40:7 40:14 40:21 41:1 41:16 43:6 43:15 43:19 43:19 44:18 45:9 48:2 48:19 48:24 49:13 50:13 51:2 51:13 51:24

**haven't**(4) 24:19 33:3 48:4 48:7

**having**(6) 18:7 18:7 18:13 32:4 34:21

**heads**(1) 36:8

**hear**(5) 11:4 14:14 14:16 15:12 16:1

**heard**(11) 14:17 18:18 34:21 35:6 35:6 35:7 36:23 43:3 44:20 45:11 47:14

**hearing**(46) 10:20 12:1 12:10 12:13 12:22 12:25 13:19 14:7 15:18 15:19 15:23 16:12 17:12 17:16 17:23 17:23 17:23 19:2 19:6 19:10 20:4 22:8 25:11 25:18 31:5 31:5 31:14 31:16 33:7 34:2 37:11 40:10 40:21 41:2 44:5 44:6 44:7 45:16 46:18 47:9 47:25 49:11 50:6 50:14 52:12 52:13

**hearings**(3) 32:21 47:23

**heart**(1) 20:18

**help**(1) 16:17

**helpful**(2) 18:8 18:8

**hennigan**(2) 4:4 6:5

**hercules**(1) 3:35

**here**(11) 18:23 22:21 31:8 31:17 33:10 34:10 34:14 41:20 42:25 44:24 46:3

**here's**(2) 24:8 33:24

**hesitate**(2) 37:3 37:18

**hey**(1) 47:3

**hille**(1) 4:20

**him**(1) 26:20

**his**(6) 13:10 13:15 25:19 26:11 26:13

**hits**(1) 24:22

**hold**(3) 38:16 47:15 47:19

**holders**(3) 33:18 33:22 34:20

**holding**(2) 24:14 48:17

**holidays**(1) 38:21

**honor**(134) 10:6 10:11 14:19 15:9 15:13 15:15 16:1 16:5 16:23 17:6 17:8 17:17 18:1 18:2 18:3 18:9 18:24 20:1 20:7 20:35 20:10 20:16 21:6 21:14 21:25 22:3 22:8 22:9 22:12 22:20 22:20 22:21 22:23 22:25 23:1 23:2 23:7 23:9 23:10 23:15 23:18 23:21 23:23 24:2 24:4 24:10 24:15 24:21 25:2 25:5 25:5 25:10 25:11 25:12 25:15 25:16 25:20 25:21 25:23 26:5 26:6 26:7 26:9 26:12 26:16 26:18 26:21 26:22 26:22 27:3 27:5 27:19 28:24 29:9 29:10 29:12 30:1 30:20 30:24 31:4 32:8 32:5 33:16 33:20 34:9 34:18 34:24 35:2 35:9 36:2 36:5 36:11 36:12 36:15 36:21 37:3 38:11 38:23 39:10 39:23 42:7 42:8 42:10 42:11 42:15 43:2 43:5 43:10 43:17 43:25 44:1 44:1 44:11 44:14 44:22 45:17 46:2 47:13 47:14 47:22 48:17 49:1 49:9 49:10 49:13 49:19 50:19 50:21 50:25 51:10 51:22 52:5 52:8 52:10

**honorable**(1) 1:20

**hoover**(1) 3:50

**hope**(1) 15:6

**hoped**(1) 15:4

**hopeful**(1) 13:16

**hopes**(1) 12:18

**hoping**(2) 17:24 43:18

**hours**(4) 14:2 27:15 27:15 27:15

**house**(1) 31:25

**how**(28) 12:5 13:15 13:18 15:25 18:21 19:3 19:4 19:17 19:20 19:21 23:5 24:9 24:20 26:3 27:8 27:8 27:24 28:2 31:19 32:22 34:5 35:14 35:17 37:19 38:20 41:16 42:14 42:14

**howard**(2) 2:12 14:19

**however**(2) 21:7 26:22

**huge**(1) 34:25

**i'd**(6) 35:12 35:12 39:19 40:7 43:11 43:14 43:18

**i'll**(6) 12:11 13:5 13:14 25:18 37:4 46:4

**i'm**(16) 14:5 14:7 16:8 16:12 17:8 17:9 17:10 26:11 26:16 29:25 35:14 35:17 38:1 41:11 41:13 45:12

**i'm __**(1) 38:17

**i've**(3) 33:24 35:6 51:23

**idea**(3) 16:19 22:17 28:6

**identified**(1) 16:4

**imagine**(1) 37:15

**immediate**(1) 42:24

**immediately**(2) 29:19 45:19

**impacts**(1) 19:21

**implications**(2) 10:24 14:24

**important**(4) 13:5 29:10 31:18 45:6

**impossible**(1) 39:15

**imran**(1) 5:33

**inadequacy**(1) 20:11

**inc**(1) 7:10

**inclined**(2) 14:7 34:18

**including**(1) 31:7

**increased**(1) 30:24

**independent**(1) 44:25

**indicate**(1) 12:1

**indicated**(1) 43:11

**inform**(1) 32:5

**information**(7) 21:9 21:10 21:15 26:19 32:11 36:6 36:8

**informed**(3) 29:15 32:3 32:11

**initiated**(1) 14:25

**instance**(1) 33:18

**instead**(2) 11:19 17:14

**instructions**(1) 24:9

**insufficient**(1) 20:14

**intelligent**(1) 19:19

**interest**(4) 31:18 33:22 34:20 44:25

**interviewees**(1) 22:14

**interviews**(1) 22:14

**into**(2) 24:18 51:8

**investment**(1) 7:6

**isn't**(1) 13:5

**issue**(14) 15:21 23:8 27:21 29:13 31:22 32:23 34:10 41:17 41:18 41:19 43:6 48:5 51:3 51:3

**issued**(1) 31:13

**issues**(8) 14:23 18:4 22:3 22:11 22:17 22:22 29:25 41:15

**it'd**(2) 38:8 19:13

**it's**(26) 12:11 15:8 24:14 24:15 25:19 25:21 27:16 27:25 28:1 28:2 28:9 28:10 28:11 28:12 28:13 28:13 29:10 30:10 35:11 35:24 37:11 37:16 40:24 43:8 45:5 48:3

**items**(1) 24:11

**its**(1) 30:21

**itself**(4) 30:5 32:25 33:2 52:6

**it __**(1) 50:2

**i __**(1) 47:17

**james**(6) 1:27 1:29 2:19 4:5 6:23 7:14

**jared**(1) 6:43

**jason**(1) 8:46

**jean-marie**(1) 8:14

**jeff**(1) 5:36

**jeffrey**(2) 4:27 7:11

**jenner**(1) 8:20

**jennifer**(2) 3:50 9:15

**jewish**(1) 38:21

**jillian**(1) 6:21

**jim**(3) 10:6 18:12 47:3

**john**(1) 8:8

**johnston**(1) 4:5

**joinder**(1) 45:1

**joint**(3) 11:20 19:12 46:17

**jones**(5) 6:31 36:2 36:2 36:5 36:21

**joseph**(1) 5:18

**joshua**(1) 8:17

**jpmorgan**(2) 7:39 20:2

**judge**(1) 1:21

**judgment**(5) 20:25 32:3 32:12

**july**(3) 31:4 34:12 34:12

**jumping**(1) 12:20

**juncture**(4) 12:20 37:12 41:23 42:2

**just**(41) 10:7 10:7 12:4 12:24 12:25 13:23 14:2 16:3 17:12 18:9 26:11 28:12 28:20 30:1 30:15 31:8 31:13 31:22 35:9 35:19 35:17 36:11 37:1 37:11 37:24 38:2 42:5 42:10 43:18 43:19 44:16 44:17 45:3 48:5 49:14 49:20 50:10 50:24 51:7 51:8 51:24

**justification**(1) 30:25

**just __**(1) 37:25

**kalenchits**(2) 7:36 7:36

**kasowitz**(2) 3:12 15:16

**katherine**(1) 6:38

**kaye**(1) 7:51

**keep**(3) 12:21 18:16 40:1

**kelley**(1) 7:39

**ken**(1) 43:5

**kenneth**(2) 5:44 8:40

**kevin**(2) 1:20 7:39

**key**(1) 32:7

**kick**(1) 10:14

**kicked**(1) 51:7

**kicking**(3) 12:15 13:2 19:1

**kind**(3) 19:4 19:5 33:6

**king**(4) 2:27 2:35 2:36 3:7

**kippur**(1) 38:25

**kje**(1) 1:9

**klauder**(10) 2:26 25:18 25:25 27:4 27:18 27:19 27:19 28:20 29:3 29:5

**klee**(10) 5:42 5:44 27:6 43:5 43:5 43:17 43:22 43:25 44:11 44:13

**kline**(1) 6:20

**know**(39) 10:23 10:24 11:25 12:2 12:21 14:14 15:8 15:25 17:10 17:20 17:21 17:22 18:16 18:25 19:19 19:22 22:10 22:16 24:20 25:19 26:10 27:8 28:3 28:23 31:23 32:20 33:3 33:9 33:18 33:23 34:5 35:25 39:14 39:16 40:6 40:10 45:5 48:22 50:17

**know __**(1) 40:5

**koch**(1) 4:43

**korpus**(1) 3:15

**krakauer**(3) 1:28 13:8 13:13

**kramer**(25) 5:12 6:38 20:8 20:9 21:4 21:6 29:9 29:18 29:21 30:10 30:16 30:18 33:15 34:9 35:4 35:9 35:12 47:13 47:13 47:18 47:20 47:22 48:16 49:1 49:4

**labor**(1) 7:21

**lack**(1) 21:12

**lance**(1) 9:9

**landed**(2) 46:3 46:19

**landis**(2) 2:4 2:5

**last**(6) 12:1 12:15 25:11 25:13 26:24 33:7

**later**(6) 17:16 19:24 28:25 37:17 39:25 42:18

**laughter**(1) 26:15

**lauria**(2) 13:10 13:15

**laurie**(1) 3:34

**law**(4) 3:4 11:14 15:16 46:12

**layton**(1) 2:33

**lbo**(1) 20:17

**least**(6) 13:17 14:11 15:11 42:21 42:21

**leave**(2) 14:7 44:16

**leaves**(1) 15:21

**lederman**(1) 7:44

**lee**(4) 5:45 6:9 27:5 45:17

**left**(1) 20:20

**legitimate**(1) 43:13

**leichtman**(1) 8:46

**lemay**(1) 6:49

**lemisch**(1) 3:49

**lenders**(1) 4:5

**leonard**(2) 1:35 7:20

**less**(3) 30:12 33:11 34:17

**let**(21) 11:2 13:14 14:16 15:12 21:18 21:18 22:10 22:16 25:18 25:25 26:11 29:18 29:23 29:24 35:7 36:24 39:14 40:6 41:5 43:15 50:17

**let's**(9) 28:14 29:20 29:21 30:14 36:25 42:16 44:15 44:17 46:24

**let's __**(3) 44:7 46:23 47:7

**letters**(1) 33:1

**letting**(1) 44:24

**level**(1) 3:8

**levin**(1) 6:38

**levine**(2) 4:43 8:46

**levy**(1) 7:31

**lexington**(1) 2:44

**liang**(1) 8:46

**liebentritt**(1) 6:15

**lieu**(1) 24:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**light**(7) 12:14  13:16  14:22  15:2  15:4  41:5  45:14

**like**(25) 10:16  10:18  14:6  14:14  16:14  17:3  17:23  19:6  26:6  28:15  33:24  35:12  37:4  38:15  38:15  39:9  39:10  39:19  39:24  40:7  40:13  41:15  43:14  45:7  51:13

**likely**(3) 10:22  10:22  48:3
**limitations**(1) 11:24
**line**(1) 39:22
**lined**(1) 16:17
**lines**(1) 17:11
**linkage**(1) 31:6
**listed**(1) 21:22
**literally**(1) 23:16
**litigators**(1) 18:22
**litmus**(1) 31:8
**little**(12) 16:9  16:17  16:19  19:13  19:14  19:24  29:7  41:7  41:11  41:14  41:15  45:13
**llc**(3) 7:6  8:20  9:5
**llp**(18) 1:26  2:11  2:48  3:13  3:26  3:33  4:4  4:19  4:26  5:29  5:49  6:5  6:41  6:47  7:29  7:43  7:51  8:11

**lockbox**(1) 2:28
**lodged**(1) 48:2
**long**(4) 15:10  26:3  27:9  35:15
**longer**(4) 15:5  27:17  34:15  35:16
**look**(5) 18:25  19:6  24:1  32:8  48:22
**looking**(4) 14:5  18:1  18:5  37:2
**looks**(4) 16:14  17:23  38:15  51:12
**los**(1) 4:8
**losquadro**(2) 8:43  8:43
**lot**(4) 23:17  24:17  24:19  33:10
**loud**(1) 49:21
**lucy**(1) 8:34
**ludwig**(1) 6:21
**lugano**(1) 1:43
**lump**(1) 28:2
**lynch**(2) 3:33  7:51
**macquarie**(1) 9:12
**made**(18) 17:11  19:20  20:21  22:6  24:21  25:8  25:11  29:22  31:10  32:24  33:8  34:2  36:14  41:10  42:11  42:25  45:9  48:4
**madlyn**(1) 7:52
**magic**(1) 52:5
**maintain**(1) 18:3
**major**(1) 39:21
**make**(25) 10:8  10:21  12:14  13:1  16:3  16:11  16:13  17:3  19:3  19:9  25:22  26:2  26:19  32:3  32:11  33:13  37:22  38:21  40:1  40:20  41:3  41:23  42:10  45:3  48:12
**makes**(6) 16:18  17:13  19:24  23:17  24:17  40:20
**making**(2) 12:4  20:25
**management**(9) 5:12  5:40  6:6  7:17  7:47  8:18  8:41  9:15  29:11
**manges**(1) 7:43
**many**(3) 15:25  18:21  37:6
**marc**(1) 2:13
**margolis**(1) 4:36
**mark**(3) 2:34  3:27  21:25
**market**(6) 1:12  2:6  3:36  4:30  5:6  5:20
**markup**(1) 49:20
**marsal**(1) 8:24
**martin**(3) 3:43  5:5  5:43
**material**(1) 48:23
**math**(3) 10:16  10:16  10:18
**matt**(2) 20:8  47:13
**matter**(4) 21:22  28:2  30:15  52:18
**matters**(1) 14:5
**matthew**(3) 5:12  8:27  8:27

**may**(17) 15:9  25:2  25:3  33:16  33:17  33:22  34:22  35:9  36:8  37:8  47:13  48:16  48:17  48:24  49:16  49:17  51:3
**maybe**(6) 17:13  19:7  28:3  39:15  41:7
**mayer**(1) 8:11
**mccolm**(1) 7:33
**mcmeel**(1) 52:22
**mcphail**(1) 7:32
**mean**(9) 14:13  22:13  28:1  28:24  39:8  39:17  41:5  49:2  50:25
**meaningful**(3) 31:2  34:17  37:14
**means**(2) 10:17  19:14
**mechanical**(2) 23:8  29:25
**mechanically**(4) 24:3  24:17  26:21  42:14
**meet**(2) 10:13  19:10
**meeting**(1) 10:12
**meisel**(1) 1:34
**melwani**(1) 8:31
**memo**(2) 11:21  46:17
**mentioned**(1) 12:25
**merrill**(2) 3:33  7:51
**mess**(1) 41:23
**miami**(1) 5:15
**michael**(2) 6:16  8:12
**midoctober**(1) 47:23
**might**(4) 14:12  37:23  40:20  41:10
**mike**(1) 8:5
**mind**(1) 43:16
**minimum**(1) 34:23
**minkove**(1) 7:40
**minute**(1) 11:2
**minutes**(1) 38:3
**minuti**(24) 3:27  10:7  21:19  21:25  21:25  23:7  25:2  25:4  25:5  26:1  26:5  26:16  26:18  27:3  27:21  38:23  38:25  42:7  42:23  43:2  43:10  44:1  44:14  44:19
**mip**(3) 12:22  14:3  51:3
**mistake**(1) 47:7
**modest**(1) 37:8
**moment**(5) 13:23  26:16  33:12  42:18  44:16
**moment __**(1) 50:10
**monday**(4) 40:22  51:2  51:11  51:21
**monk**(1) 5:50
**month**(1) 44:11
**monthandahalf**    (1) 47:25
**months**(1) 34:23
**more**(9) 17:13  25:22  31:15  39:17  39:22  40:24  41:7  41:10  41:12
**morgan**(3) 2:33  2:48  7:43
**morning**(1) 10:5
**moskowitz**(1) 2:43
**most**(5) 10:14  14:2  31:18  44:4  52:2
**motion**(30) 11:17  13:2  13:11  17:5  17:17  18:13  18:18  18:25  21:21  22:9  22:10  22:22  23:1  26:8  36:17  36:18  42:4  43:4  43:7  44:10  44:21  45:2  45:8  45:16  46:18  49:8  50:25  51:6  51:7  51:11
**motions**(1) 12:3
**move**(5) 13:13  13:14  17:15  19:13  44:9
**moved**(2) 15:21  22:8
**moving**(3) 15:5  17:14  19:14
**mr. klee**(1) 43:21
**mr. minuti**(1) 42:5
**mr. pernick**(1) 49:12
**mr. rosner**(1) 40:18
**mr. stark**(1) 50:17
**much**(14) 12:18  13:19  19:2  19:17  19:21  26:20  28:9  30:22  34:19  37:17  42:25  44:23  52:10  52:11
**multiple**(2) 18:4  18:4
**myers**(2) 6:29  36:3
**myself**(1) 48:10
**nature**(3) 37:5  37:17  41:25

**nay**(1) 20:25
**ncbj**(1) 40:7
**necessary**(2) 18:4  36:6
**need**(25) 14:7  14:23  15:1  15:9  15:12  15:25  16:1  16:16  16:17  17:19  19:3  19:5  19:5  19:17  19:21  19:22  20:24  30:22  35:20  39:16  39:17  39:18  39:22  51:2  51:20
**needed**(2) 31:15  33:11
**needs**(6) 27:13  31:1  35:20  42:24  44:6  45:8
**need __**(1) 39:16
**neel**(1) 7:7
**negotiations**(1) 51:16
**neil**(2) 8:43  8:43
**new**(8) 2:15  2:45  3:5  3:17  3:23  3:45  4:23  51:1
**news**(1) 11:4
**newspaper**(2) 44:25  45:6
**newstart**(1) 8:34
**next**(4) 12:3  14:10  39:20  51:14
**norman**(1) 1:36
**north**(6) 1:37  2:36  3:7  3:36  4:30  5:6
**not**(39) 11:23  12:5  14:5  15:24  18:4  20:12  21:2  21:13  21:24  25:24  26:16  26:21  26:24  27:7  27:8  27:11  27:17  27:25  28:1  28:13  29:11  29:13  30:25  31:2  32:9  32:19  33:10  33:17  33:22  34:4  35:3  36:15  37:14  39:10  42:8  42:12  43:15  45:3
**note**(7) 16:3  22:1  25:11  25:16  29:10  30:18  47:22
**noted**(1) 36:5
**noteholder**(1) 30:1
**noteholders**(1) 20:10
**notes**(1) 33:19
**nothing**(2) 39:6  42:7
**notice**(3) 24:6  25:12  50:14
**notion**(2) 18:18  27:14
**now**(25) 11:25  12:4  12:22  13:17  13:19  15:8  18:15  23:9  26:7  32:13  33:3  34:22  34:22  37:6  37:18  38:18  39:2  40:5  40:13  41:8  46:13  48:13  50:3  51:5  52:6
**number**(1) 21:20
**o'melveny**(2) 6:29  36:2
**o'neal**(1) 6:16
**oaktree**(2) 6:5  8:40
**objecting**(1) 32:10
**objection**(6) 11:12  11:14  20:13  22:10  46:9  46:11
**objections**(7) 35:1  35:16  35:18  35:21  42:8  47:24  48:7
**objective**(1) 39:25
**observed**(1) 36:12
**obstructionists**(1) 29:14
**obviously**(4) 11:17  13:6  40:24  45:5
**occur**(1) 29:20
**occurs**(2) 11:3  33:25
**october**(8) 37:16  39:2  39:4  39:5  39:8  47:15  47:19  50:6
**off**(6) 13:3  17:10  19:1  38:7  38:8  40:7
**office**(9) 2:25  24:16  24:23  25:17  27:25  28:18  42:13  42:20  52:1
**official**(1) 14:20
**okay**(45) 10:10  10:19  11:9  11:25  13:18  14:4  14:10  20:6  21:5  26:1  27:24  29:2  29:19  29:21  35:11  38:2  38:13  39:2  39:14  40:2  40:13  42:24  43:4  45:17  46:46  46:15  46:24  47:9  47:11  47:20  47:20  47:22  48:1  49:3  50:1  50:4  50:11  50:15  51:19  51:23  52:9
**once**(2) 27:10  35:6

**one**(26) 1:30  2:35  3:22  15:18  16:15  20:10  20:22  21:20  22:23  22:23  22:24  23:8  26:16  28:3  31:10  32:21  33:8  34:3  35:9  35:12  35:24  43:1  47:7  48:12  48:16  48:24
**only**(10) 21:15  25:10  27:21  30:6  30:12  41:17  45:2  49:23  50:8  52:4
**onto**(3) 23:11  27:9  28:19
**opened**(1) 14:5
**operative**(1) 10:22
**opportunity**(4) 31:2  31:12  42:13  45:7
**oppose**(1) 28:15
**opposed**(1) 36:18
**opposition**(2) 21:21  23:2
**optimistic**(1) 39:21
**order**(24) 12:6  22:15  23:3  24:4  24:10  24:22  24:25  25:6  25:8  25:13  26:23  26:23  26:25  27:12  28:20  28:21  29:1  30:18  42:9  42:19  49:13  50:22  51:24  51:25
**ordering**(1) 45:18
**originally**(1) 15:19
**other**(11) 12:3  12:15  18:23  21:8  26:8  41:15  41:17  43:18  45:5  48:24  49:19
**others**(10) 13:6  14:12  14:15  15:12  25:4  36:25  40:14  40:18  41:16  49:18
**ought**(1) 51:7
**our**(17) 13:4  17:4  17:4  25:20  25:24  26:20  30:6  30:22  31:20  31:20  33:15  33:19  34:24  39:24  51:5  51:11  51:15
**out**(22) 15:1  15:8  17:12  19:11  22:18  22:19  26:2  28:18  28:25  30:1  33:7  34:16  34:23  37:4  41:23  42:14  44:5  44:16  45:15  49:11  49:20  50:14
**outcome**(1) 34:1
**outlined**(2) 15:17  18:15
**over**(5) 23:13  23:16  24:5  25:17  34:22
**overrule**(1) 48:6
**own**(2) 13:4  32:4
**p.a**(1) 5:18
**p.m**(7) 1:16  10:1  38:10  38:10  45:24  45:24  52:13
**p.o**(5) 2:7  3:29  4:15  4:32  5:22
**page**(2) 30:13  32:14
**pages**(1) 32:20
**palmer**(1) 5:4
**paragraph**(3) 25:10  25:13  28:21
**park**(3) 2:11  3:22  6:47
**parke**(1) 14:20
**part**(2) 31:10  48:8
**particularly**(1) 45:14
**parties**(25) 15:1  16:4  17:18  18:4  19:11  19:17  20:21  21:2  21:8  21:11  22:12  22:13  22:13  31:1  31:7  31:12  31:14  31:19  33:6  35:20  37:6  42:20  48:2  48:17  52:1
**partners**(4) 8:5  8:38  8:47  20:9
**party**(1) 48:12
**path**(1) 16:15
**patiently**(1) 29:7
**paul**(1) 7:28
**pause**(4) 11:2  16:25  38:6  50:20
**pearce**(1) 5:18
**pennsylvania**(1) 1:47
**people**(7) 12:10  19:3  19:7  22:10  25:23  36:13  50:12
**perhaps**(5) 15:7  35:12  39:12  42:10  48:19
**period**(3) 28:9  31:21  34:15
**pernick**(2) 1:36  49:10
**perry**(1) 7:14
**personnel**(1) 27:7
**pfister**(1) 5:46

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| philadelphia(1) 4:47 | | propose(7) 11:9 11:10 11:20 23:18 23:21 24:5 34:17 | | remains(1) 13:18 | | said(13) 13:16 16:9 22:15 27:21 32:21 32:23 36:25 40:18 41:16 45:1 47:19 49:20 51:15 | |
| phone(2) 22:2 26:3 | | | | remarks(1) 10:8 | | | |
| phonetic(2) 13:10 31:23 | | proposed(15) 14:21 19:9 20:3 25:6 30:8 32:5 34:14 34:15 35:8 35:16 35:24 41:8 47:12 48:6 48:11 | | removals(1) 45:5 | | said __(1) 40:14 | |
| pickering(1) 7:23 | | | | renotice(2) 22:9 49:11 | | same(5) 13:17 22:14 46:7 46:10 46:11 | |
| pieces(1) 15:5 | | | | reorganization(1) 31:24 | | samire(1) 8:30 | |
| pivotal(1) 31:24 | | proposing(1) 11:23 | | replies(1) 47:1 | | satisfied(1) 48:7 | |
| place(1) 37:18 | | proposition(1) 33:23 | | reply(1) 47:8 | | saul(3) 3:26 5:49 22:1 | |
| placeholder(1) 20:20 | | protocol(1) 17:9 | | report(47) 10:12 11:13 11:16 14:22 19:4 19:20 20:15 20:18 20:20 20:22 20:22 20:24 21:3 21:15 21:16 22:24 22:5 22:15 23:11 24:23 28:22 29:16 29:22 30:7 30:13 30:21 31:3 31:9 31:12 31:13 31:15 31:17 31:18 31:22 31:25 32:14 32:25 34:11 42:15 45:5 45:19 46:10 46:13 48:14 52:5 52:6 | | say(12) 17:20 19:22 22:13 24:7 26:3 30:14 31:23 32:18 44:17 46:24 47:14 52:4 | |
| plan(18) 10:14 10:22 11:8 14:24 21:1 31:20 32:5 32:6 32:10 32:12 33:21 33:22 35:16 35:18 36:8 47:16 47:24 48:20 | | provide(3) 23:21 24:10 25:6 | | | | says(3) 26:25 28:21 28:24 | |
| | | provided(5) 20:3 25:12 25:13 31:2 32:1 | | | | schaible(1) 2:41 | |
| | | provides(2) 25:14 30:23 | | | | schauer(1) 8:46 | |
| plans(1) 32:17 | | provision(1) 25:14 | | | | schedule(19) 10:8 13:13 13:14 14:22 15:17 16:25 18:14 20:3 26:11 35:15 40:2 40:16 41:7 41:19 44:17 45:13 47:12 48:11 51:1 | |
| play(2) 15:1 28:23 | | prudent(3) 10:14 10:25 15:3 | | | | | |
| plaza(3) 2:14 3:8 3:35 | | public(6) 22:7 23:3 24:1 24:19 25:8 32:24 | | reports(14) 11:18 15:22 15:25 16:16 17:12 17:14 18:6 18:14 18:15 18:19 20:4 35:13 40:19 40:23 | | | |
| please(3) 10:3 22:16 46:1 | | | | | | scheduled(8) 13:20 15:4 15:19 41:2 43:8 44:8 49:6 51:11 | |
| pleasure(1) 29:9 | | publically(1) 48:13 | | | | | |
| plus(2) 23:14 33:1 | | publicly(3) 25:9 28:22 29:22 | | | | schedules(2) 26:9 48:24 | |
| podium(1) 26:6 | | published(1) 31:9 | | representations(1) 20:20 | | scheduling(3) 26:8 43:6 51:24 | |
| point(12) 16:11 16:18 21:7 26:1 26:6 27:22 28:5 28:8 36:1 36:25 48:4 50:24 | | purported(2) 14:11 21:9 | | represented(1) 49:21 | | schlerf(1) 4:27 | |
| | | purpose(2) 17:13 24:16 | | representing(1) 44:24 | | scholer(1) 7:51 | |
| | | purposes(1) 51:1 | | represents(2) 46:3 47:2 | | school(2) 26:10 26:13 | |
| polk(2) 2:40 20:2 | | pursue(1) 17:2 | | request(5) 14:17 17:5 33:13 36:17 37:22 | | schott(1) 8:5 | |
| position(4) 19:8 19:17 25:25 33:12 | | push(7) 10:20 11:15 11:16 11:18 21:1 15:3 34:16 | | requested(2) 21:21 22:25 | | schotz(1) 1:34 | |
| positions(1) 48:2 | | | | require(1) 13:19 | | schulz(1) 4:43 | |
| posner(1) 3:14 | | | | required(2) 30:2 47:24 | | schuylkill(1) 1:46 | |
| possible(7) 15:6 15:7 22:16 23:8 28:7 35:13 37:16 | | pushed(1) 49:7 | | requires(1) 19:19 | | scott(3) 4:21 16:23 51:10 | |
| | | pushing(2) 14:13 51:14 | | requiring(1) 48:18 | | seated(2) 10:3 46:1 | |
| | | put(5) 25:7 28:3 41:5 42:16 48:5 | | reserving(1) 51:15 | | secondly(1) 21:22 | |
| post(1) 23:24 | | question(6) 11:3 19:3 19:16 22:3 36:11 39:15 | | reset(3) 33:13 34:7 34:19 | | securities(3) 7:6 7:10 32:4 | |
| potential(1) 16:4 | | | | resolve(1) 22:20 | | see(12) 11:22 13:17 14:24 15:1 24:7 24:7 25:13 26:3 42:21 43:14 47:21 47:23 | |
| potentially(1) 11:5 | | | | resolved(1) 21:23 | | | |
| potter(1) 3:33 | | questions(2) 35:2 36:10 | | respect(21) 11:19 11:24 12:11 12:19 13:6 13:11 14:3 14:12 14:17 18:17 20:25 21:15 33:15 33:21 33:21 40:15 41:12 41:16 41:22 45:14 50:13 | | | |
| powlen(1) 2:49 | | quick(1) 28:6 | | | | seem(1) 42:1 | |
| ppearances(1) 1:23 2:1 3:1 4:1 5:1 | | quicker(2) 24:19 26:20 | | | | seems(7) 19:8 19:23 35:19 48:12 51:1 51:4 51:5 | |
| practical(2) 30:15 33:24 | | quickly(6) 23:5 23:8 23:23 24:3 24:20 | | | | | |
| practice(1) 31:24 | | quite(1) 18:17 | | respectfully(1) 32:16 | | | |
| preference(2) 25:19 25:24 | | quote(1) 31:25 | | respects(1) 37:6 | | seen(1) 21:16 | |
| preliminarily(1) 15:11 | | raise(3) 12:18 23:9 25:25 | | respond(2) 36:25 40:13 | | seife(5) 2:12 14:19 14:20 15:13 16:9 | |
| preliminary(1) 37:1 | | raised(3) 14:23 21:24 41:18 | | response(6) 11:14 31:21 33:13 35:6 36:18 46:11 | | selber(1) 3:34 | |
| premature(3) 13:5 15:8 43:12 | | rath(1) 2:4 | | | | send(2) 25:14 30:2 | |
| preparation(1) 44:6 | | rather(4) 12:22 32:4 39:25 43:18 | | | | sending(1) 49:11 | |
| prepared(4) 23:10 24:23 33:5 48:6 | | raymond(1) 3:49 | | responses(2) 22:22 22:25 | | sends(2) 30:3 30:3 | |
| present(1) 25:1 | | rbs(2) 7:10 7:10 | | result(1) 44:17 | | seneca(1) 8:49 | |
| presented(1) 42:19 | | read(1) 19:20 31:4 | | result(2) 23:16 34:4 | | senior(2) 20:10 33:19 | |
| presently(3) 39:6 43:8 44:8 | | real(3) 19:2 19:16 29:24 | | returns(1) 44:2 | | sense(11) 12:14 13:1 17:14 19:9 19:12 19:24 23:17 24:17 27:25 40:20 40:20 | |
| press(1) 17:4 51:16 | | really(9) 19:8 20:15 24:14 25:21 25:21 30:6 31:8 41:23 44:4 | | review(12) 20:21 20:24 30:13 31:3 31:12 31:21 32:12 32:13 45:7 48:13 50:18 | | | |
| pressure(2) 18:17 20:11 | | | | | | | |
| pretrial(2) 11:21 46:17 | | | | reviewing(1) 28:14 | | sensible(1) 42:1 | |
| pretty(2) 32:18 42:5 | | reason(9) 11:22 14:4 21:12 26:9 34:4 34:3 37:3 37:24 45:2 | | revised(5) 24:25 25:8 47:12 48:25 51:23 | | sent(1) 22:12 | |
| prevent(1) 21:10 | | | | revisions(1) 48:6 | | sentiment(1) 41:9 | |
| previously(2) 21:24 43:11 | | | | revisit(1) 41:24 | | separately(2) 42:4 50:14 | |
| prieto(2) 7:47 7:48 | | reasonable(1) 28:8 | | richards(1) 2:33 | | september(7) 11:15 11:21 37:16 38:14 46:12 46:17 46:18 | |
| prime(1) 30:2 | | received(1) 21:3 | | rifkind(1) 7:28 | | | |
| primofi(1) 7:52 | | recent(1) 34:3 | | right(23) 16:2 16:20 18:11 21:10 21:11 26:7 27:18 29:6 29:6 30:10 30:16 36:20 36:24 37:18 38:25 42:3 45:22 47:11 49:5 49:25 50:16 51:9 51:20 | | | |
| principled(1) 34:6 | | recently(3) 30:24 33:25 | | | | series(1) 14:25 | |
| prior(5) 12:17 31:13 35:18 35:21 47:25 | | recess(3) 38:10 45:23 45:24 | | | | service(2) 1:45 1:52 | |
| pro(2) 8:27 8:43 | | record(15) 17:3 33:13 33:17 34:16 34:25 36:12 36:14 36:16 38:7 38:8 40:17 41:22 41:24 42:10 51:24 | | | | services(1) 1:45 | |
| problem(6) 27:25 28:5 28:11 29:23 33:24 51:14 | | | | rights(2) 32:2 51:15 | | serving(1) 24:16 | |
| | | | | rise(5) 10:2 16:13 45:2 45:25 52:4 | | set(7) 12:22 17:17 19:10 36:15 45:15 48:21 48:24 | |
| procedural(1) 10:23 | | recorded(1) 1:51 | | robert(4) 3:42 4:12 5:46 16:5 | | | |
| procedure(1) 28:6 | | recording(1) 1:51 30:4 52:17 | | robin(1) 3:5 | | sets(1) 36:12 | |
| procedures(2) 12:13 41:25 | | redactions(2) 45:4 45:9 | | rockefeller(1) 2:14 | | settle(1) 43:15 | |
| proceed(1) 15:4 | | redoubling(1) 17:1 | | rodney(1) 2:35 | | seven(1) 3:44 | |
| proceeding(2) 14:7 50:20 | | referred(2) 12:24 14:2 | | roitman(1) 2:13 | | several(1) 30:5 | |
| proceedings(4) 1:19 1:51 38:6 52:18 | | reflect(1) 33:17 | | room(2) 41:7 41:12 | | shachar(1) 7:40 | |
| process(10) 12:5 18:8 23:15 29:14 30:4 30:11 31:1 34:4 49:7 50:17 51:12 | | reflects(2) 49:14 49:20 | | rosner(5) 15:15 15:16 16:3 16:11 17:8 | | shaffer(1) 8:8 | |
| | | regard(2) 42:9 51:9 | | rothschild(1) 4:26 | | shall(1) 28:21 | |
| produced(1) 1:52 | | regarding(2) 36:18 45:8 | | routinely(1) 35:25 | | shane(1) 9:18 | |
| professionally(1) 22:6 | | related(3) 10:14 17:5 35:19 | | rudnick(3) 3:41 6:41 16:6 | | share(1) 27:8 | |
| professor(1) 26:10 | | relating(3) 11:17 13:3 21:17 | | rule(1) 30:23 | | shared(2) 25:3 49:17 | |
| progress(1) 41:10 | | relatively(2) 23:23 37:8 | | rushabh(1) 9:12 | | shaved(1) 40:7 | |
| promises(1) 40:1 | | releasing(1) 10:19 | | | | sheron(1) 3:15 | |
| promptly(1) 28:21 | | relief(8) 12:6 13:2 17:5 17:24 17:25 21:21 22:25 28:16 | | | | shipyard(1) 4:38 | |
| proper(1) 36:17 | | | | | | | |
| proposal(2) 19:12 37:1 | | | | | | | |
| proposals(1) 12:4 | | relieved(1) 43:13 | | | | | |
|  | | remaining(3) 22:3 22:11 22:17 | | | | | |

| Word | Page:Line |
|------|-----------|
| shopping(1) 26:14 | |
| short(4) 29:15 41:13 45:12 45:23 | |
| should(10) 17:20 25:16 27:22 28:5 28:8 | |
| 32:3 32:20 40:5 42:4 42:17 | |
| | |
| side(1) 29:7 | |
| sidley(2) 1:26 6:19 | |
| siegel(1) 3:43 | |
| sign(2) 42:18 50:25 | |
| signed(2) 51:23 51:24 | |
| silence(1) 45:3 | |
| silverstein(1) 3:34 | |
| simes(1) 8:12 | |
| simply(5) 20:23 24:6 31:20 34:24 36:18 | |
| since(2) 27:7 43:13 | |
| sir(1) 47:4 | |
| sit(2) 19:18 22:21 | |
| site(1) 26:4 | |
| situation(2) 31:17 33:25 | |
| size(1) 14:23 | |
| smith(1) 9:15 | |
| solus(1) 6:26 | |
| solutions(1) 23:20 | |
| some(16) 10:8 12:17 16:10 17:18 17:24 | |
| 17:25 19:11 19:20 20:3 26:1 26:6 27:22 | |
| 28:4 28:8 34:10 41:20 | |
| | |
| someday(1) 15:24 | |
| someone(1) 49:23 | |
| something(1) 27:13 | |
| sometimes(1) 34:1 | |
| soon(4) 19:7 22:16 29:20 41:5 | |
| sooner(1) 39:25 | |
| sorry(4) 10:5 11:18 38:11 47:6 | |
| sort(2) 19:12 19:18 | |
| sottile(1) 2:19 | |
| sound(3) 1:51 32:18 52:17 | |
| sounds(2) 14:6 28:15 | |
| south(2) 1:30 4:6 | |
| spaeder(1) 2:18 | |
| speak(6) 13:9 13:15 14:11 14:14 36:11 | |
| speaker(2) 47:3 47:5 | |
| speaking(1) 16:18 | |
| specific(1) 34:10 | |
| spoke(1) 10:7 | |
| spoken(3) 23:19 23:20 27:24 | |
| sproul(3) 4:44 44:22 44:23 | |
| square(2) 2:35 3:44 | |
| stack(1) 25:7 | |
| stakeholders(4) 10:12 10:13 11:6 39:22 | |
| stand(2) 21:24 39:6 | |
| standing(1) 29:7 | |
| stands(1) 52:12 | |
| stanley(2) 2:48 7:43 | |
| stargatt(1) 4:11 | |
| stark(7) 3:42 16:5 16:6 16:21 49:24 50:19 | |
| 50:21 | |
| | |
| start(2) 35:14 39:10 | |
| starting(2) 15:6 30:14 | |
| state(1) 37:24 | |
| statement(15) 20:19 30:19 30:23 31:9 | |
| 31:11 31:14 31:16 32:8 32:13 32:20 32:22 | |
| 33:2 34:2 36:7 37:11 | |
| | |
| states(5) 1:1 1:21 25:17 27:20 32:1 | |
| status(2) 51:3 51:20 | |
| stay(1) 21:18 | |
| step(3) 10:8 14:24 26:2 | |
| stephanie(1) 52:22 | |
| stephen(1) 6:26 | |
| stern(1) 5:42 | |
| steven(1) 5:30 | |
| still(5) 11:5 15:21 22:11 29:22 51:3 | |
| stockholders(1) 32:2 | |
| story(1) 23:12 | |
| strauss(1) 3:20 | |

| Word | Page:Line |
|------|-----------|
| street(16) 1:12 1:37 1:46 2:6 2:20 2:27 | |
| 2:36 2:51 3:7 3:36 4:6 4:14 4:30 4:45 5:5 | |
| 5:20 | |
| stuart(1) 7:32 | |
| stutman(1) 8:8 | |
| subject(2) 21:7 35:25 | |
| submissions(1) 21:20 | |
| submit(2) 15:25 32:16 | |
| submitting(2) 21:9 35:21 | |
| substantial(1) 11:6 | |
| substantive(1) 47:15 | |
| such(3) 28:11 37:13 48:17 | |
| sufficient(3) 20:24 33:2 35:20 | |
| suggest(5) 14:13 15:23 17:1 28:17 32:19 | |
| suggested(5) 14:12 15:2 15:20 17:15 40:23 | |
| suggesting(1) 39:23 | |
| suggestion(5) 17:10 33:5 33:7 42:25 48:16 | |
| suggests(1) 51:1 | |
| suite(12) 1:38 2:6 2:21 2:27 2:50 3:28 | |
| 3:51 4:7 4:31 4:39 5:14 5:21 | |
| | |
| sullivan(1) 4:43 | |
| sumberg(2) 5:11 20:9 | |
| summary(3) 21:16 21:17 32:24 | |
| sunday(1) 47:5 | |
| superseded(1) 51:6 | |
| supplement(1) 42:19 | |
| supplemental(1) 37:9 | |
| support(4) 14:21 16:25 20:2 22:25 | |
| supportive(2) 16:7 16:8 | |
| supposed(2) 31:11 35:17 | |
| supposition(1) 27:16 | |
| sure(10) 13:22 16:13 26:16 29:25 30:25 | |
| 34:9 35:14 40:15 45:3 46:19 | |
| | |
| suttonbrook(1) 5:39 | |
| sutty(1) 4:28 | |
| system(2) 28:1 28:14 | |
| tabulation(1) 11:13 46:10 | |
| tacconelli(1) 5:19 | |
| tahir(1) 8:49 | |
| take(13) 11:11 11:12 14:23 26:3 27:9 | |
| 41:13 45:12 45:22 46:4 49:10 49:17 50:2 | |
| 50:10 | |
| taken(3) 18:8 38:10 45:24 | |
| takes(2) 30:5 30:12 | |
| talk(5) 15:12 19:18 29:24 41:14 42:13 | |
| talking(7) 12:10 17:11 18:22 27:15 34:22 | |
| 37:5 37:15 | |
| | |
| task(1) 43:13 | |
| taylor(1) 4:11 | |
| technically(1) 42:3 | |
| technology(1) 51:5 | |
| tedious(1) 23:15 | |
| telephonic(5) 5:27 6:2 7:1 8:1 9:1 | |
| tell(14) 11:9 12:4 12:20 21:24 26:7 33:5 | |
| 34:8 37:12 37:14 39:3 39:18 39:19 39:25 | |
| 41:13 | |
| temporary(1) 16:25 | |
| tend(2) 19:25 32:20 | |
| tender(1) 49:14 | |
| tent(1) 21:13 | |
| tentatively(1) 44:16 | |
| term(1) 21:13 | |
| terms(6) 12:4 13:18 17:25 21:13 29:15 | |
| 42:11 | |
| | |
| test(1) 31:8 | |
| testimony(1) 18:7 | |
| than(14) 15:24 24:14 26:9 27:17 30:12 | |
| 32:4 33:11 34:15 39:17 39:22 39:25 43:18 | |
| 43:18 49:19 | |

| Word | Page:Line |
|------|-----------|
| thank(40) 15:13 15:14 16:2 16:21 16:22 | |
| 17:5 17:7 20:7 27:3 27:18 29:4 29:5 29:6 | |
| 29:9 33:16 34:9 35:3 35:4 36:21 36:22 | |
| 38:5 38:9 38:11 40:4 40:12 43:2 43:22 | |
| 43:25 44:23 45:10 45:22 49:1 49:4 49:12 | |
| 50:19 50:21 50:23 52:8 52:10 52:11 | |
| | |
| thankful(1) 16:12 | |
| thanks(2) 29:7 51:19 | |
| that(281) 10:16 10:17 11:3 11:3 11:7 | |
| 11:25 12:12 12:4 12:5 12:6 12:11 12:13 | |
| 12:14 12:15 12:16 12:20 13:4 13:6 13:17 | |
| 14:2 14:4 14:13 14:18 14:22 15:1 15:2 | |
| 15:5 15:10 15:21 15:18 15:19 15:20 15:20 | |
| 15:21 15:21 15:23 15:23 15:24 16:3 16:4 | |
| 16:7 16:8 16:12 16:12 16:13 16:18 17:13 | |
| 17:14 17:16 17:17 17:20 17:23 17:24 | |
| 17:25 18:5 18:6 18:16 18:21 19:2 19:8 | |
| 19:8 19:9 19:10 19:10 19:11 19:12 19:13 | |
| 19:14 19:19 19:20 19:25 20:3 20:11 20:11 | |
| 20:14 20:14 20:17 20:21 20:22 20:23 | |
| 20:24 21:6 21:8 21:10 21:11 21:15 21:17 | |
| 21:20 21:22 21:23 22:4 22:11 22:14 22:14 | |
| 23:2 23:3 23:5 23:6 24:2 24:4 24:5 24:6 | |
| 24:10 24:13 24:16 24:17 25:1 25:8 25:11 | |
| 25:12 25:12 25:14 25:16 25:19 25:23 | |
| 26:12 26:22 26:25 27:12 27:13 27:16 | |
| 27:17 27:20 27:21 27:21 27:23 28:6 28:11 | |
| 28:14 28:15 28:17 28:23 28:24 28:24 29:7 | |
| 29:7 29:10 29:14 29:21 30:4 30:4 30:18 | |
| 30:20 30:22 31:5 31:7 31:8 31:10 31:11 | |
| 31:12 31:13 31:14 31:15 31:19 31:21 | |
| 31:23 32:1 32:19 32:19 32:21 32:23 32:24 | |
| 33:3 33:4 33:13 33:15 33:16 33:19 33:20 | |
| 33:23 34:2 34:4 34:8 34:10 34:18 34:19 | |
| 34:20 34:24 34:24 35:19 35:21 36:5 36:8 | |
| 36:9 36:13 36:13 36:14 36:16 36:17 36:17 | |
| 37:4 37:5 37:10 37:13 37:14 37:15 37:17 | |
| 37:19 37:23 38:1 38:12 38:14 38:15 38:19 | |
| 38:21 38:21 38:25 39:14 39:20 39:23 | |
| 39:25 40:5 40:21 40:22 41:2 41:6 41:8 | |
| 41:9 41:9 41:12 41:14 41:15 41:17 41:18 | |
| 41:24 41:25 42:10 42:12 42:17 42:18 | |
| 42:19 42:20 42:25 43:11 43:12 43:16 | |
| 43:20 43:23 44:5 44:9 44:10 44:13 44:14 | |
| 44:15 44:16 45:2 45:3 45:9 45:18 47:2 | |
| 47:6 47:14 47:23 48:1 48:3 48:4 48:24 | |
| 49:2 49:5 49:6 49:8 49:11 49:13 50:3 | |
| 50:8 50:14 51:1 51:1 51:4 51:5 51:8 51:8 | |
| 51:13 51:16 51:18 52:1 52:4 52:5 | |
| 52:11 52:16 | |
| | |
| that's(39) 10:25 13:4 15:5 15:17 16:15 | |
| 18:9 20:19 23:15 23:24 24:3 24:18 24:24 | |
| 27:24 28:6 28:7 29:17 29:20 30:17 32:10 | |
| 33:7 35:23 35:25 36:6 38:1 38:13 38:17 | |
| 38:25 39:8 41:4 41:21 42:17 42:19 43:10 | |
| 43:17 44:17 48:21 50:15 51:9 51:22 | |
| | |
| that __(2) 38:24 50:25 | |

| Word | Page:Line |
|------|-----------|
| the(301) 1:1 1:2 1:20 2:4 2:25 3:26 4:13 | |
| 4:22 5:42 6:47 10:2 10:4 10:6 10:8 10:10 | |
| 10:11 10:14 10:16 10:16 10:16 10:18 | |
| 10:18 10:20 10:22 10:22 10:23 10:24 | |
| 10:25 11:2 11:4 11:6 11:8 11:9 11:11 | |
| 11:12 11:13 11:13 11:16 11:19 11:20 | |
| 11:25 12:1 12:2 12:3 12:8 12:10 12:12 | |
| 12:12 12:13 12:14 12:15 12:15 12:18 | |
| 12:19 12:21 12:22 12:22 12:23 12:24 | |
| 12:25 13:1 13:2 13:2 13:4 13:5 13:8 13:9 | |
| 13:10 13:11 13:12 13:13 13:14 13:16 | |
| 13:17 13:17 13:18 13:19 13:20 13:22 | |
| 13:24 14:1 14:2 14:3 14:4 14:4 14:4 14:5 | |
| 14:6 14:7 14:7 14:10 14:12 14:13 14:16 | |
| 14:17 14:20 14:21 14:22 14:23 14:23 | |
| 14:24 14:24 14:24 14:25 15:7 15:11 15:14 | |
| 15:17 15:18 15:18 15:18 15:21 15:21 | |
| 15:21 15:22 15:23 15:23 15:24 16:2 16:4 | |
| 16:8 16:13 16:16 16:20 16:22 16:24 16:25 | |
| 17:3 17:3 17:7 17:11 17:11 17:12 17:12 | |
| 17:14 17:15 17:15 17:17 17:17 17:22 | |
| 17:25 18:3 18:6 18:8 18:11 18:12 18:13 | |
| 18:14 18:14 18:15 18:16 18:18 18:18 | |
| 18:18 18:19 18:21 18:22 18:25 18:25 19:1 | |
| 19:1 19:2 19:2 19:4 19:6 19:7 19:11 | |
| 19:13 19:14 19:16 19:17 19:20 19:23 | |
| 19:25 20:2 20:4 20:4 20:6 20:10 20:10 | |
| 20:10 20:11 20:13 20:15 20:18 20:18 | |
| 20:19 20:20 20:22 20:23 21:1 21:2 21:2 | |
| 21:3 21:5 21:9 21:10 21:11 21:13 21:14 | |
| 21:15 21:15 21:16 21:16 21:16 21:18 | |
| 22:2 22:2 22:4 22:4 22:5 22:5 22:5 22:8 | |
| 22:9 22:10 22:12 22:13 22:13 22:14 22:14 | |
| 22:17 22:18 22:22 22:23 22:25 22:25 23:3 | |
| 23:5 23:7 23:11 23:11 23:11 23:11 23:12 | |
| 23:14 23:16 23:19 23:20 23:22 23:22 | |
| 23:22 23:22 23:24 23:24 24:1 24:2 24:4 | |
| 24:5 24:6 24:7 24:7 24:10 24:11 24:12 | |
| 24:14 24:15 24:16 24:18 24:18 24:19 | |
| 24:20 24:21 24:22 24:22 24:23 24:25 25:3 | |
| 25:5 25:7 25:7 25:7 25:9 25:10 25:10 | |
| 25:11 25:12 25:13 25:13 25:14 25:14 | |
| 25:15 25:17 25:18 25:19 25:20 25:21 | |
| 25:25 26:1 26:6 26:7 26:7 26:8 26:9 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(301) | 26:10 26:13 26:20 26:21 26:23 26:25 27:2 27:4 27:6 27:8 27:9 27:14 27:18 27:20 27:21 27:21 27:24 28:1 28:5 28:7 28:10 28:11 28:13 28:13 28:13 28:14 28:14 28:16 28:17 28:18 28:19 28:19 28:20 28:20 28:21 28:22 28:22 29:1 29:1 29:4 29:6 29:13 29:14 29:16 29:17 29:19 29:21 29:23 30:3 30:3 30:4 30:6 30:7 30:8 30:8 30:11 30:11 30:11 30:14 30:17 30:18 30:19 30:19 30:20 30:21 30:22 30:25 30:25 30:25 31:1 31:3 31:4 31:4 31:6 31:6 31:7 31:7 31:7 31:9 31:10 31:13 31:16 31:17 31:18 31:22 31:23 31:24 31:25 32:4 32:5 32:7 32:7 32:8 32:10 32:10 32:12 32:13 32:16 32:17 32:17 32:18 32:21 32:22 32:24 32:24 32:25 32:25 33:1 33:5 33:5 33:6 33:7 33:7 33:9 33:12 33:13 33:16 33:17 33:19 33:22 33:23 33:24 33:25 34:1 34:2 34:3 34:4 34:10 34:11 34:12 34:16 34:19 34:20 34:25 35:3 35:5 35:5 35:8 35:11 35:15 35:18 35:18 35:21 35:23 35:23 35:25 36:1 36:4 36:6 36:7 36:11 36:12 36:12 36:14 36:14 36:16 36:16 36:20 36:22 36:24 37:3 37:3 37:5 37:5 37:6 37:6 37:7 37:12 37:16 37:17 37:20 37:23 37:24 37:24 38:4 38:7 38:7 38:8 38:9 38:13 38:14 38:15 38:15 38:17 38:20 38:20 38:24 39:2 39:5 39:7 39:10 39:11 39:13 39:13 39:14 39:20 39:21 40:2 40:2 40:2 40:3 40:3 40:5 40:6 40:10 40:13 40:16 40:16 40:16 40:19 40:19 40:21 40:22 40:23 40:23 40:23 40:24 41:1 41:3 41:4 41:6 41:6 41:7 41:8 41:9 41:9 41:10 41:10 41:17 41:18 41:19 41:19 41:20 41:22 41:24 41:25 41:25 42:3 42:4 42:8 42:9 42:10 42:12 42:13 42:16 42:17 42:18 42:19 42:20 42:20 42:21 42:22 42:22 42:24 42:24 42:25 42:25 42:25 43:4 43:5 43:6 43:6 43:6 43:8 43:8 43:11 43:12 43:15 43:18 43:19 43:20 43:23 44:1 44:2 44:4 44:7 44:7 44:9 44:9 44:10 44:10 44:12 44:15 44:17 44:17 44:20 44:21 44:23 44:24 44:24 45:1 45:2 45:3 45:5 45:6 45:7 | there's(13) | 17:23 17:24 21:20 23:2 24:12 33:4 34:7 34:25 36:5 41:7 48:11 51:2 51:8 | traded(1) | 33:19 |
| | | thereafter(1) | 15:7 | trades(1) | 36:13 | vote(6) | 20:25 30:2 30:3 30:4 30:11 48:18 |
| | | therefore(2) | 23:1 32:7 | trading(3) | 33:25 34:4 34:7 | votes(3) | 33:20 33:21 34:19 |
| | | these(4) | 15:5 18:17 33:18 34:21 | transactions(1) | 20:18 | voting(17) | 11:11 12:2 20:13 29:23 30:6 30:11 31:6 32:9 32:11 32:22 33:6 34:13 35:1 36:7 46:6 47:23 48:14 |
| | | they(27) | 15:11 17:1 17:1 19:5 19:5 19:11 19:18 19:21 22:11 23:25 24:9 26:3 27:7 27:8 27:12 31:15 31:23 32:3 33:9 33:10 33:11 34:14 37:8 37:10 44:8 48:7 48:9 | transcribed(1) | 22:6 | | |
| | | | | transcript(4) | 1:19 1:51 31:4 52:17 | waiver(1) | 45:4 |
| | | | | transcription(2) | 1:45 1:52 | wake(3) | 10:24 37:7 42:1 |
| | | | | transcripts(13) | 22:5 23:12 23:13 23:14 23:22 23:23 24:8 24:21 25:15 25:20 27:2 28:8 28:22 | walling(1) | 13:3 |
| | | | | | | walnut(1) | 4:45 |
| | | they'll(2) | 13:17 27:10 | | | want(14) | 12:18 18:16 20:12 22:1 23:8 24:7 24:7 26:11 26:23 26:24 28:23 39:6 40:1 50:2 |
| | | they're(5) | 12:3 23:19 24:15 33:10 39:9 | transfer(1) | 24:2 | | |
| | | the __(4) | 40:19 41:5 48:13 50:25 | transmission(1) | 21:10 | | |
| | | thing(2) | 35:12 42:18 | trehan(1) | 8:13 | wanted(2) | 36:11 38:17 |
| | | things(4) | 15:3 39:6 48:23 51:16 | treister(1) | 8:8 | wants(1) | 25:23 |
| | | think(58) | 10:13 10:25 12:5 12:9 12:11 13:19 15:1 15:2 15:20 16:3 16:9 16:17 17:13 17:15 18:8 23:2 23:10 23:17 24:2 24:12 24:17 24:17 24:23 25:22 27:2 28:1 28:4 28:7 28:9 28:10 28:11 29:10 31:5 31:6 31:12 32:21 32:23 33:6 33:7 34:10 34:24 37:23 37:25 39:21 39:23 41:1 41:18 41:21 42:4 42:25 43:1 43:23 46:3 47:2 48:1 48:11 51:9 | trial(1) | 16:16 | wardwell(1) | 2:40 |
| | | | | tribune(5) | 1:9 4:36 6:12 22:23 44:23 | was(31) | 12:13 15:19 17:10 17:11 19:1 20:17 20:23 22:23 22:23 22:24 25:11 31:5 31:10 31:13 32:22 33:2 33:5 34:3 34:12 38:14 40:6 41:17 41:18 43:12 43:17 47:19 49:6 49:20 50:8 51:2 52:13 |
| | | | | tribune's(1) | 44:25 | | |
| | | | | tricadia(1) | 5:33 | | |
| | | | | trickling(1) | 11:4 | | |
| | | | | trip(1) | 29:8 | | |
| | | | | troob(1) | 9:18 | washington(2) | 2:22 38:18 |
| | | | | true(3) | 33:17 33:22 34:20 | wasn't(1) | 31:5 |
| | | | | trump(1) | 8:17 | way(14) | 13:17 18:9 19:19 23:14 24:2 28:18 34:6 37:1 40:16 42:16 42:21 42:22 44:5 52:2 |
| | | thinking(1) | 38:1 | truncated(1) | 31:1 | | |
| | | third(1) | 4:46 | trust(5) | 3:4 3:41 6:41 16:6 49:24 | | |
| | | this(47) | 11:17 12:6 16:14 16:25 17:13 19:9 19:18 20:16 20:17 22:8 23:19 25:3 25:6 25:16 25:18 27:5 27:12 28:25 29:25 30:22 30:24 31:8 31:18 31:19 32:13 33:2 33:21 33:24 34:21 36:24 37:12 38:18 39:14 39:14 41:5 41:23 42:2 42:16 43:5 44:8 45:17 46:3 48:24 49:17 50:9 51:3 52:12 | trustee(4) | 2:25 2:25 27:20 42:17 | way __(1) | 41:6 |
| | | | | trustee's(3) | 25:17 25:25 42:9 | we'd(3) | 19:23 39:9 39:10 |
| | | | | try(3) | 19:11 22:18 28:24 | we'll(12) | 12:17 12:19 19:22 39:20 40:2 40:21 41:20 44:17 45:15 45:22 47:7 47:21 49:10 |
| | | | | trying(4) | 11:7 17:9 17:10 29:13 | | |
| | | | | tuchin(2) | 5:42 27:6 | | |
| | | | | tuesday(1) | 10:1 | | |
| | | | | tweaking(1) | 45:13 | we're(26) | 10:13 11:23 12:15 16:15 16:17 17:24 18:13 20:11 20:19 26:2 27:15 29:13 30:25 34:22 34:23 35:17 37:5 38:8 39:2 39:22 41:19 42:8 49:5 50:9 50:22 51:15 |
| | | thompson(2) | 9:5 9:6 | two(4) | 14:2 27:15 27:17 36:9 | | |
| | | thornburg(1) | 2:48 | two-and-a-half(1) | 34:22 | | |
| | | those(21) | 10:15 10:19 10:21 10:24 10:25 11:7 17:16 21:11 22:24 23:14 23:24 24:8 24:10 24:11 24:12 33:20 36:9 37:7 38:19 41:11 | type(2) | 17:25 42:18 | | |
| | | | | u.s.(4) | 2:25 2:25 7:20 42:17 | we're __(1) | 50:9 |
| | | | | ubs(2) | 7:6 7:6 | we've(11) | 10:12 12:9 23:18 23:19 24:4 25:11 27:24 41:18 42:4 45:15 49:8 |
| | | | | ultimately(2) | 28:16 37:23 | | |
| | | though(2) | 16:11 25:24 | unanimity(1) | 31:14 | | |
| | | thought(6) | 16:12 17:22 40:20 43:12 | unavailable(1) | 44:2 | website(4) | 23:24 24:11 26:20 27:10 |
| | | three(3) | 14:2 22:22 30:12 | under(7) | 18:14 21:11 21:13 24:13 31:24 32:10 48:11 | week(11) | 12:3 19:14 22:15 25:12 26:24 35:16 37:2 38:14 38:15 38:19 38:20 |
| | | threshold(1) | 32:10 | | | | |
| | | through(4) | 10:15 11:8 37:9 44:2 | | | | |
| | | throw(1) | 37:4 | underscore(1) | 31:22 | weil(1) | 7:43 |
| | | thursday(1) | 44:5 | understand(5) | 21:19 27:12 30:8 33:12 41:8 | weiss(1) | 7:28 |
| | | tie(1) | 32:9 | understanding(2) | 43:12 48:3 | weitman(1) | 6:22 |
| | | ties(1) | 32:9 | undoubtedly(1) | 31:19 | well(35) | 11:2 13:12 13:12 14:16 18:21 18:22 21:18 22:25 27:14 28:14 29:1 29:6 29:17 29:21 30:14 30:18 34:14 35:23 35:25 37:20 39:5 39:8 42:16 42:23 43:8 43:17 44:19 47:22 48:20 48:21 49:15 49:23 50:7 50:15 50:23 51:7 |
| | | tight(2) | 35:24 35:24 | unfortunately(1) | 15:3 | | |
| | | tighter(1) | 41:9 | unique(1) | 44:25 | | |
| | | time(25) | 12:17 13:19 14:6 15:7 15:8 16:9 16:19 19:3 19:12 19:17 20:14 20:21 20:25 21:3 21:15 26:7 28:9 30:22 31:15 32:12 35:20 41:20 48:12 50:5 50:13 | united(4) | 1:1 1:21 25:17 27:20 | | |
| | | | | unknown(2) | 47:3 47:5 | | |
| | | | | unless(2) | 35:2 39:21 | wells(1) | 4:19 |
| | | | | unmanageable(1) | 28:12 | well __(3) | 39:5 39:11 44:7 |
| | | | | unsecured(1) | 14:21 | went __(1) | 51:17 |
| | | | | unsophisticated(1) | 33:10 | were(17) | 20:21 21:8 22:22 23:5 25:9 30:22 31:7 31:11 31:21 34:7 34:15 37:14 43:14 47:14 47:15 48:9 51:18 |
| | | | | until(2) | 10:24 44:16 | | |
| | | timeframe(1) | 35:23 | upload(2) | 24:23 27:9 | | |
| | | timeline(1) | 35:8 | uploading(1) | 23:10 | | |
| | | times(1) | 3:44 | upon(34) | 34:1 36:13 36:14 37:8 | weren't(1) | 46:19 |
| | | timing(3) | 10:23 13:16 36:19 | urge(1) | 36:15 | west(3) | 1:37 2:51 4:14 |
| | | today(24) | 12:2 12:6 14:18 15:12 20:19 21:22 22:9 22:18 22:19 22:21 23:3 24:22 24:23 24:24 25:18 29:22 33:6 34:18 39:18 44:24 45:3 49:8 51:7 52:9 | usc(1) | 24:13 | we __(1) | 38:23 |
| | | | | used(1) | 43:14 | wharton(1) | 7:28 |
| | | | | usman(1) | 8:49 | what(48) | 10:23 10:25 11:9 11:10 12:22 13:16 13:18 14:10 14:12 14:24 16:14 17:11 17:22 18:2 19:4 19:5 19:5 19:21 21:16 23:18 23:21 29:3 30:15 30:25 31:5 34:17 36:25 37:1 37:12 38:1 40:6 40:14 40:18 40:23 41:3 41:16 41:24 41:25 42:21 44:3 46:7 47:21 48:9 48:13 49:20 51:2 51:6 |
| | | | | vague(1) | 37:19 | | |
| | | | | vail(1) | 8:21 | | |
| | | together(1) | 12:5 | very(20) | 14:9 15:9 16:11 16:18 23:15 24:3 36:10 39:1 39:21 42:1 42:23 44:19 44:23 45:6 45:6 49:15 50:7 50:23 52:10 52:11 | | |
| | | told(2) | 25:12 30:12 | | | | |
| | | tomorrow(1) | 30:15 | | | | |
| | | too(7) | 12:18 15:10 19:7 25:24 28:9 29:2 41:4 | view(4) | 13:4 13:5 31:19 33:4 | | |
| | | | | views(1) | 14:12 | | |
| | | | | vinson(1) | 5:29 | | |
| | | took(2) | 25:5 29:7 | virtually(1) | 29:19 | | |
| | | top(1) | 46:4 | vitanza(1) | 9:9 | | |
| | | torres(1) | 3:12 | vivek(1) | 8:31 | | |
| | | total(1) | 21:3 | voices(1) | 34:21 | | |
| | | toward(1) | 36:9 | volumes(1) | 23:11 | | |
| | | to __(2) | 39:9 40:15 | voluminous(1) | 45:6 | what's(4) | 18:2 24:18 33:4 34:15 |
| the(119) | 45:10 45:13 45:14 45:16 45:18 45:19 45:20 45:22 45:25 46:4 46:5 46:6 46:8 46:9 46:13 46:13 46:15 46:16 46:17 46:18 46:18 46:19 46:20 46:21 46:23 46:24 46:25 47:8 47:9 47:9 47:9 47:11 47:11 47:16 47:17 47:18 47:19 47:21 47:24 47:25 48:1 48:1 48:1 48:2 48:6 48:7 48:8 48:8 48:11 48:13 48:14 48:18 48:19 48:21 48:23 49:2 49:5 49:6 49:7 49:12 49:14 49:15 49:17 49:19 49:19 49:21 49:23 49:25 50:2 50:5 50:5 50:6 50:8 50:8 50:11 50:13 50:13 50:15 50:17 50:22 50:23 50:25 51:3 51:4 51:4 51:5 51:7 51:8 51:12 51:14 51:14 51:16 51:18 51:20 51:23 51:23 51:24 51:24 51:25 51:25 52:1 52:1 52:2 52:2 52:5 52:5 52:6 52:6 52:7 52:9 52:11 52:13 52:16 52:17 52:17 52:18 | | | | | | | |
| their(7) | 16:16 17:1 19:21 26:4 27:9 32:3 34:21 | | | | | | |
| them(15) | 11:18 14:14 14:19 22:14 22:15 22:18 22:19 24:9 26:25 27:1 27:9 27:11 27:11 32:5 48:9 | | | | | | |
| then(13) | 14:8 18:7 23:25 25:13 28:16 30:3 30:3 32:3 37:10 37:15 39:12 42:15 45:15 | | | | | | |
| theodore(1) | 5:19 | | | | | | |
| there(27) | 11:5 11:24 11:25 12:2 12:23 13:7 19:10 20:3 21:18 22:3 22:22 23:8 27:14 28:17 33:3 35:7 37:14 38:21 38:21 41:15 45:4 45:8 47:7 47:15 48:10 48:22 48:23 | | | | | | |

| Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|
| **whatever**(7) 17:16 19:10 21:12 28:4 37:24 44:6 48:13 | | **would**(88) 11:8 11:11 11:12 11:16 11:21 12:1 12:16 12:16 12:25 14:21 15:2 15:4 15:5 15:6 15:22 15:23 15:24 15:25 16:1 16:10 17:2 17:14 17:16 17:17 17:17 17:19 17:20 18:15 18:16 19:9 20:21 22:17 22:19 22:20 23:6 23:18 23:21 23:25 24:4 24:6 24:6 24:8 24:9 24:10 24:11 25:24 26:3 26:6 26:23 26:24 27:23 28:4 28:17 31:14 33:12 36:15 36:15 36:17 37:10 37:12 37:13 37:15 37:17 37:21 37:25 38:15 39:1 39:18 39:20 39:24 40:13 40:22 41:23 42:19 44:3 44:4 44:10 44:13 44:14 44:15 45:7 46:6 46:9 46:13 46:16 46:17 46:18 47:22 | |
| **when**(10) 10:18 19:16 22:8 22:13 35:1 39:15 39:16 44:17 48:22 50:17 | | | |
| **where**(7) 12:20 19:18 21:24 24:8 31:1 41:22 46:3 | | | |
| **whereupon**(1) 52:13 | | | |
| **whether**(11) 17:23 20:25 27:15 32:5 32:22 39:16 39:16 41:11 42:12 45:7 48:22 | | | |
| **which**(27) 11:11 12:3 12:23 12:25 14:1 17:15 18:19 20:15 20:18 21:14 21:22 23:17 25:1 30:17 33:1 34:7 34:11 34:14 34:19 37:5 44:3 44:11 46:19 48:19 49:14 51:6 51:14 | | **wouldn't**(1) 43:20 | |
| | | **would _**(2) 39:23 44:3 | |
| | | **written**(1) 18:7 | |
| | | **yay**(1) 20:25 | |
| **whichever**(1) 46:20 | | **yeah**(9) 13:9 28:20 33:15 34:9 39:9 41:1 41:4 46:23 46:25 | |
| **while**(1) 29:7 | | | |
| **white**(3) 4:19 16:24 51:10 | | | |
| **whittman**(1) 8:24 | | **yes**(6) 13:24 27:19 38:4 45:20 47:4 49:9 | |
| **who**(9) 14:16 17:10 21:8 23:20 30:2 30:3 33:20 35:6 35:7 | | **yesterday**(1) 22:10 | |
| | | **yet**(3) 26:14 27:7 27:11 | |
| | | **yom**(1) 38:25 | |
| **who've**(1) 21:3 | | **york**(7) 2:15 2:45 3:5 3:17 3:23 3:45 4:23 | |
| **whoever**(1) 30:4 | | **you**(143) 10:16 10:18 10:20 11:2 11:3 11:9 12:5 12:5 12:8 12:17 12:17 12:19 12:20 13:1 13:19 13:19 14:6 15:13 15:14 16:2 16:21 16:22 17:5 17:7 17:19 18:16 18:24 18:25 19:10 19:16 19:19 19:22 20:7 20:12 20:19 21:24 22:16 23:12 23:13 24:7 24:7 24:8 24:25 25:3 26:2 26:10 27:3 27:18 28:2 28:2 29:4 29:5 29:6 29:10 29:12 29:13 29:23 29:24 30:14 31:22 32:8 32:11 32:12 32:20 32:21 33:3 33:5 33:10 33:12 33:13 33:16 33:23 34:8 34:9 34:18 34:22 35:3 35:4 36:21 36:22 36:25 37:12 37:14 37:15 37:18 37:21 37:21 37:25 38:2 38:5 38:7 38:9 38:11 38:15 39:5 39:6 39:7 39:12 39:16 39:18 39:18 39:19 39:25 40:4 40:6 40:7 40:10 40:12 40:13 41:4 41:9 41:10 41:13 41:15 43:2 43:15 43:20 43:22 43:25 44:23 45:3 45:10 45:18 45:22 46:19 46:20 47:14 47:14 49:1 49:4 49:12 49:17 49:22 50:2 50:2 50:19 50:21 50:23 50:25 51:18 52:8 52:10 52:11 | |
| **whole**(2) 18:25 20:16 | | | |
| **wholesale**(1) 37:10 | | | |
| **whom**(1) 37:8 | | | |
| **whose**(2) 15:22 32:2 | | | |
| **why**(9) 11:22 20:19 25:24 29:23 31:1 38:17 41:15 47:23 50:2 | | | |
| **wild**(1) 9:15 | | | |
| **will**(42) 10:19 13:19 13:19 15:11 17:1 17:4 18:2 23:7 23:16 24:21 25:22 26:5 26:21 27:9 28:14 28:17 28:18 30:4 30:18 31:19 33:5 33:21 34:8 34:22 35:5 37:6 38:18 38:21 39:3 39:15 42:12 42:12 42:13 42:14 45:2 48:3 48:6 48:13 48:24 49:7 50:10 50:14 51:13 | | | |
| **william**(1) 6:44 | | **you'd**(5) 10:16 14:14 34:6 37:4 41:15 | |
| **wilmer**(1) 7:23 | | **you'll**(4) 25:13 39:16 39:16 39:17 | |
| **wilmington**(20) 1:13 1:39 2:8 2:29 2:37 2:52 3:9 3:30 3:38 3:41 3:52 4:16 4:33 4:40 5:8 5:23 6:41 10:1 16:6 49:24 | | **you're**(5) 12:4 29:25 37:2 41:6 50:17 | |
| | | **you've**(3) 21:23 34:4 41:8 | |
| | | **young**(1) 4:11 | |
| | | **your**(142) 10:6 10:11 14:19 15:8 15:13 15:15 16:1 16:5 16:23 17:6 17:8 17:16 18:1 18:2 18:2 18:9 18:24 20:1 20:7 20:8 20:10 20:16 21:6 21:14 21:25 22:2 22:3 22:8 22:9 22:12 22:15 22:19 22:20 22:21 22:23 22:25 23:1 23:2 23:7 23:9 23:9 23:14 23:18 23:21 23:23 24:2 24:4 24:10 24:15 24:21 25:2 25:5 25:5 25:10 25:11 25:12 25:14 25:16 25:20 25:21 25:23 26:5 26:6 26:6 26:9 26:11 26:16 26:18 26:21 26:22 26:23 27:3 27:5 27:19 28:24 29:9 29:10 29:12 30:1 30:20 30:24 31:4 32:8 32:15 33:12 33:13 33:16 33:20 34:9 34:18 34:24 35:2 35:9 36:2 36:5 36:11 36:12 36:15 36:21 37:3 37:18 38:11 38:23 39:10 39:23 40:10 42:7 42:8 42:9 42:11 42:15 43:2 43:5 43:10 43:17 43:25 44:1 44:1 44:11 44:14 44:22 45:17 46:2 47:13 47:14 47:22 48:5 48:7 48:17 49:1 49:9 49:10 49:13 49:19 50:19 50:21 50:25 51:10 51:22 52:4 52:8 52:10 | |
| **window**(1) 30:23 | | | |
| **wish**(5) 34:14 36:22 44:20 45:10 49:22 | | | |
| **wishes**(3) 14:17 35:6 35:7 | | | |
| **with**(73) 10:12 10:13 11:19 11:23 12:10 12:11 12:18 13:6 13:11 13:21 14:1 14:3 14:12 14:17 14:25 15:17 15:17 17:18 18:13 18:17 18:20 19:25 20:12 20:25 21:14 22:17 23:9 23:19 24:5 24:9 24:20 25:3 25:17 25:23 26:9 27:6 27:7 27:20 28:5 28:16 28:17 28:23 29:23 32:18 32:2 33:15 34:17 35:8 35:18 37:6 37:9 40:15 40:22 41:16 41:19 41:19 41:22 42:9 42:17 42:20 43:4 44:21 45:1 45:14 45:19 47:23 48:2 48:14 49:18 50:13 51:25 52:1 52:5 | | | |
| **without**(2) 27:12 28:22 | | **yours**(1) 13:6 | |
| **witness**(1) 22:6 | | **you _**(2) 39:3 39:8 | |
| **witnesses**(1) 15:22 | | **zloto**(2) 8:27 8:27 | |
| **woefully**(1) 20:14 | | **zuckerman**(1) 2:18 | |
| **wolf**(1) 5:36 | | | |
| **wolford**(1) 9:18 | | | |
| **won't**(2) 10:23 13:9 | | | |
| **wonderful**(1) 52:7 | | | |
| **wondering**(1) 41:11 | | | |
| **word**(1) 10:23 | | | |
| **words**(1) 43:14 | | | |
| **work**(6) 10:21 17:19 19:11 22:18 22:19 41:3 | | | |
| **works**(3) 12:5 23:14 46:20 | | | |
| **world**(2) 13:17 29:24 | | | |