# Notice Recipients

District/Off: 0311−1          User: Brandon          Date Created: 8/4/2010
Case: 08−13141−KJC          Form ID: ntcBK          Total: 13

**Recipients of Notice of Electronic Filing:**
ust          United States Trustee          USTPREGION03.WL.ECF@USDOJ.GOV
aty          Bryan Krakauer          bkrakauer@sidley.com
aty          Michael A. Henry          mhenry@grossmcginley.com

                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Tribune Company          435 N. Michigan Avenue          Chicago, IL 60611
aty          Amy D. Brown          Margolis Edelstein          750 Shipyard Drive          Suite 102          Wilmington, DE 19801
aty          Carl D. Neff          Ciardi Ciardi &Astin          919 N. Market Street          Suite 700          Wilmington, DE 19801          U.S.A.
aty          J. Kate Stickles          Cole, Schotz, Meisel, Forman &Leonard,          500 Delaware Avenue, Suite 1410          Wilmington, DE 19801
aty          James F. Conlan          Sidley Austin LLP          One South Dearborn Street          Chicago, IL 60603
aty          Jared D. Zajac          McDermott Will &Emery LLP          340 Madison Avenue          New York, NY 10173−0002
aty          John H. Strock, III          Fox Rothschild LLP          919 N. Market St., Suite 1300          P.O Box 2323          Wilmington, DE 19899−2323
aty          Norman L. Pernick          Cole, Schotz, Meisel, Forman &Leonard,          500 Delaware Avenue,Suite 1410          Wilmington, DE 19801
aty          Patrick J. Reilley          Cole, Schotz, Meisel, Forman &Leonard,          500 Delaware Avenue, Suite 1410          Wilmington, DE 19801
aty          Patrick Theodore Garvey          Johnson &Bell, Ltd          33 W. Monroe, Suite 2700          Chicago, IL 60603

                                                                                                TOTAL: 10