# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THIRD INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Third Interim Fee Application of Alvarez & Marsal North America, LLC* [Docket No. 2356] (the "**Fee Application**"). The Fee Application seeks approval of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K.IAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., a, n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

fees that total $1,946,213.50 and reimbursement of expenses in the amount of $16,148.81 for the period from June 1, 2009 through August 31, 2009.    Alvarez & Marsal North America, LLC ("**A&M**") serves as Restructuring Advisors to the Debtors and Debtors-in-Possession.

## Background

1.    On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.    On December 26, 2008, the Debtors filed the *Application of the Debtors Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors, Nunc Pro Tunc to the Petition Date* [Docket No. 140] (the "**Retention Application**").  By order dated February 11, 2009, this Court approved the Retention Application (see Docket No. 362) (the "**Retention Order**").

3.    A&M filed the Fee Application on October 15, 2009, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.    In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.    The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of

Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications

for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58,

Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for

general compliance with legal precedent established by the United States Bankruptcy Court for the

District of Delaware, the United States District Court for the District of Delaware, the Third Circuit

Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

      6.     Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals

"reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*.  In evaluating the

amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and

the value of such services, taking into account all relevant factors, including (A) the time spent on such

services; (B) the rates charged for such services; (C) whether the services were necessary to the

administration of, or beneficial at the time at which the service was rendered toward the completion of,

a case under this title; (D) whether the services were performed within a reasonable amount of time

commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has

demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is

reasonable based on the customary compensation charged by comparably skilled practitioners in cases

other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

      7.     A fee applicant bears the burden of proof on all of the elements of a fee application,

including proving that the services provided were necessary and reasonable and that the billed expenses

were necessary, reasonable, and actually incurred.  A fee application must comply with the format and

content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the

exercise of billing judgment is an inherent and unavoidable component of every fee application.  A fee

applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.      The Fee Examiner evaluated the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings, and then issued a Preliminary Report with accompanying exhibits to A&M.  In response, A&M provided a detailed written response and the firm and Fee Examiner engaged in a telephone discussion.  After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Technical Requirements

9.      **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").  The recomputation of fees revealed that the Fees Requested were $392.50 less than the Fees Computed.  The discrepancy was the result of task hours within several entries that did not equal the time billed for the entry as a whole.  The discrepancy and the related entries are displayed in **Exhibit A**.[2]  In response to the Preliminary Report, A&M stated the firm will adjust the hours and fees to reflect the Fees Computed by the Fee Examiner.

---

[2] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

The recomputation of expenses confirmed the Expenses Requested equaled the Expenses Computed. The figures in this report and the accompanying exhibits reflect the Fees Computed.

10. **Block Billing.** The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[3] The Fee Application contains 305.90 hours of block-billed time which represents $111,997.00 in fees as displayed in **Exhibit F** to the Preliminary Report. While this represents an improvement from A&M's prior interim fee applications, a large number of time entries remain non-compliant with the Local Rules and UST Guidelines. The Fee Examiner requested from A&M an explanation as to why the firm has not eliminated block billing.

In response to the Preliminary Report, A&M offered an explanation for the significant amount of block billed time invoiced by one timekeeper. Of more significance, the firm noted that internal efforts reduced the amount of block billed entries from prior fee applications and A&M asserted that the firm will continue to reduce the occurrence of this prohibited practice. Since issuing the Preliminary Report, the Fee Examiner received and reviewed A&M's fourth interim fee application and noted a significant reduction in block billed time. In light of the firm's continued improvement, the Fee Examiner does not recommend a fee reduction at this time but may revisit the block billed fees in their entirety once all of A&M's fee applications are filed. Exhibit F is omitted from this report.

---

[3] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

11.  **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv).*  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v).*  A&M complied with the applicable rules regarding time increments.

**Review of Fees**

12.  **Firm Staffing.**  The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii).*  The Fee Application provided the names, positions, and hourly rates of the 32 A&M professionals and paraprofessionals who billed to this matter consisting of 4 managing directors, 2 senior directors, 3 directors, 1 manager, 6 senior associates, 3 associates, 8 consultants, 4 analysts, and 1 paraprofessional.  A summary of hours and fees billed by each timekeeper is displayed in **Exhibit B**.

The firm billed a total of 4,987.00 hours with associated fees of $1,946,606.00.[4]  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Managing Director | 753.40 | 15% | $    483,732.50 | 25% |
| Senior Director | 30.60 | * | 17,083.50 | * |
| Director | 813.10 | 16% | 303,547.50 | 16% |
| Manager | 33.50 | * | 13,400.00 | * |
| Senior Associate | 1,222.20 | 25% | 482,390.00 | 25% |
| Associate | 737.60 | 15% | 249,692.50 | 13% |
| Consultant | 454.60 | 9% | 123,482.50 | 6% |
| Analyst | 871.50 | 17% | 260,235.00 | 13% |
| Paraprofessional | 70.50 | 1% | 13,042.50 | * |
| **TOTAL** | 4,987.00 | 100% | $1,946,606.00 | 100% |

\* Less than 1%

---

[4] This amount reflects the Fees Computed.

The blended hourly rate for the A&M professionals is $393.28 and the blended hourly rate for the professionals and the paraprofessional is $390.34.

13.    **Hourly Rate Increases.**   A&M did not increase the hourly rate of any timekeeper during the third interim period.

14.    **Potential Double Billing.**   The Fee Examiner reviewed the Fee Application for billing entries or entry activities that appear to be duplicated (i.e., on the same date by the same timekeeper with identical or nearly identical descriptions and time increments).   Three entries appear to have been inadvertently duplicated in the Fee Application, as displayed in **Exhibit C** to the Preliminary Report. The questioned tasks, totaling 3.20 hours with $1,170.00 in associated fees, were highlighted in bold and marked with an ampersand [&] in the exhibit.   The Fee Examiner requested that the firm review the entries and confirm whether they were inadvertently included in the Fee Application.

In response to the Preliminary Report, A&M reviewed the time entries in question and stated that in two instances the timekeeper was working on the same task for an extended period of time and split the work into two entries.   The firm stated than in the third instance, however, there was an inadvertent second entry of the same description.   A&M agreed to a voluntary fee reduction in the amount of $120.00 resulting from the duplicative time entry displayed in the revised Exhibit C attached hereto.

15.    **Transient Timekeepers.**   A court may not allow compensation of fees for duplicative or unnecessary services.   *See 11 U.S.C. § 330(4).*   With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts.   With limited exceptions, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. However, the limited and sporadic contributions of two A&M professionals, Anthony Alvizu and

Al Lakhani, appeared questionable. The related billing entries were displayed in **Exhibit D** to the Preliminary Report and totaled 3.00 hours with $1,762.50 in associated fees. The Fee Examiner requested from A&M additional information regarding the necessity of the timekeepers and their contribution.

In response to the Preliminary Report, A&M stated that while there is a core team dedicated to work on behalf of the Debtors, from time to time additional individuals are necessary to respond to specific specialized needs/requests of the Debtors. The firm provided a detailed explanation of the role and purpose of each of the two timekeepers in question. After consideration of the additional information, the Fee Examiner makes no recommendation for a fee reduction. Exhibit D is omitted from this report.

16.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*. With limited exceptions, A&M sufficiently described their activities.

a.    **Vaguely Described Conferences.** The Fee Examiner identified only a few billing entries for conferences that did not include the name of the person(s) with whom the

communication was held and/or the subject or purpose of the communication. The Fee Examiner requested that A&M continue to provide sufficiently detailed billing narratives.

   **b.**   <u>**Vaguely Described Activities.**</u> Billing entries must adequately describe the services actually performed to allow the client to determine whether the task was staffed appropriately, whether the task involved the exercise of legal judgment, and/or whether the task was duplicated by other timekeepers. Vague activity descriptions such as "work on" or "work related to" fail to sufficiently describe the activity performed, and frustrate a reviewer's ability to fully evaluate necessity of the effort. **Exhibit E** to the Preliminary Report displayed the insufficiently described activities which totaled 10.60 hours with $3,879.00 in associated fees. The Fee Examiner requested that the firm provide sufficient detail for each billing entry, as failure to comply with the Local Rules and the Guidelines may result in a recommendation for a fee reduction.

   In response, A&M provided an exhibit containing the requisite detail for each of the time entries in question. In light of the additional information, the Fee Examiner makes no recommendation for a fee reduction, and Exhibit E is omitted from this report.

   17.   <u>**Conferences, Hearings, and Other Events.**</u> The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings, or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

   **a.**   <u>**Nonfirm Conferences, Hearings, and Events.**</u> The Fee Examiner identified numerous occasions when two or more (and as many as six) timekeepers billed to attend the same nonfirm conference, hearing, or other event. Contrary to the Local Rules, neither the Fee Application

nor the activity descriptions explained the role of each participant and/or the need for multiple attendees. The entries, totaling 176.00 hours with $77,022.50 in associated fees, were displayed in **Exhibit G** to the Preliminary Report. In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (*i.e.*, the individual leading rather than observing a nonfirm conference). The potentially duplicative and unnecessary timekeepers' entries total 116.70 hours with $47,347.50 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested from A&M an explanation of the necessity of each of the multiple billers and their respective roles.

In response to the Preliminary Report, A&M stated the firm endeavors to minimize the number of attendees at any meeting, but balances that with factors including the scope of the meeting (which may cover multiple issues), the requests of Debtor's management that certain firm personnel attend a meeting, and the need for certain personnel to have a firsthand understanding of certain issues. The firm then provided a detailed description of the various multiple attendees, including the role or purpose of each. After consideration of the additional information provided, the Fee Examiner makes no recommendation for a fee reduction resulting from multiple attendance at meetings. Exhibit G is omitted from this report.

The Fee Examiner noted in the Preliminary Report that, in the subsequent fourth interim period billing, A&M submitted billing entries for Managing Director Steve Kotarba which include billing to attend nonfirm conferences which occurred during the third interim period. The billing entries will be discussed and questioned in the preliminary report for the fourth interim period.

      **b.**    **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The fees billed by A&M for intraoffice conferences total 272.80 hours with $110,894.25 in associated fees,

which represents approximately 6% of the total fees requested in the Fee Application. The entries were displayed in **Exhibit H** to the Preliminary Report. In many instances, two or more firm professionals and/or paraprofessionals billed to attend the same internal conference, totaling 147.40 hours with $64,263.50 in associated fees. The entries describing intraoffice conferences attended by two or more firm personnel were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that A&M provide an explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the Preliminary Report, A&M provided specific detail regarding the complexities of the bankruptcy cases and the number of separate financial advisory firms representing the Debtors' senior lenders, all of which required internal communication and coordination. The firm also stated that there are typically members of Tribune corporate, publishing, and broadcast management involved in key meetings; the Fee Examiner asks A&M to indicate in the time entries when Tribune management is present in future fee applications. Given the additional information and context provided, the Fee Examiner makes no recommendation for a fee reduction resulting from intraoffice communication. Exhibit H is omitted from this report.

In the subsequent fourth interim period billing, A&M submitted billing entries for Managing Director Steve Kotarba which include billing to attend intraoffice conferences which occurred during the third interim period. The billing entries will be discussed and questioned in the preliminary report for the fourth interim period.

18.    **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. Likewise, activities related to training firm personnel, assignment of tasks to staff members, or the supervision of any administrative functions is a cost of doing business and a factor considered in establishing the firm's hourly rates. Also included in administrative tasks is time expended to review and edit time entries and invoices. The Fee Examiner identified tasks, totaling 24.10 hours with

$4,705.50 in associated fees that describe what appear to be administrative activities. The entries were displayed in **Exhibit I** to the Preliminary Report.

In response, A&M stated the firm will not seek payment for fees resulting from editing time detail, and accordingly agreed to a voluntary fee reduction in the amount of $4,705.50 resulting from the time entries displayed in the attached Exhibit I.

19.    **Clerical Activities.**  Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries or support personnel.[5]  In this Court, there has been a practice of recommending that clerical activities be paid at the rate of $80.00 per hour and the Fee Examiner intends to follow that practice in this case.  The entries describing what appear to be clerical activities were displayed in **Exhibit J** to the Preliminary Report and total 29.70 hours with $10,095.00 in associated fees.

In A&M's written response to the Preliminary Report and in discussion with the Fee Examiner, the firm explained how certain questioned activities required a level of knowledge of the case and specialized skills/technical expertise, and agreed to better describe such tasks in future applications.  A&M agreed to reduce the remaining time entries to the $80.00 hourly rate, resulting in a voluntary fee reduction in the amount of $4,223.00 as displayed in the revised Exhibit J attached hereto.

20.    **Travel.**  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. The Fee Application included 16 time entries describing non-working travel activities, all of which were billed at either one-half of the timekeepers' regular hourly rate or one-half of the travel time.

---

[5] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates).  These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

21.    **A&M Retention/Compensation.**    A&M billed 97.80 hours with associated fees of $25,252.50 to prepare the firm's retention documents and applications for compensation, which represents approximately 1% of the Fees Computed.    The fee entries describing A&M's retention/compensation activities are displayed in **Exhibit K** for the Court's reference.

### Review of Expenses

22.    **Complete and Detailed Itemization of Expenses.**    The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.    The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.    Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.    A&M provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

23.    **Hard Drive Purchase.**    A&M requested reimbursement for the purchase of a hard drive for the UCC Discovery Project in the amount of $763.93.    The purchase of equipment is a firm overhead expense unless the equipment will eventually belong to the party paying for the purchase. The Fee Examiner requested that A&M confirm that the hard drive will be turned over to the client at the end of the engagement.    In response, the firm stated that while A&M believes the expense would not be considered firm overhead, A&M nonetheless agreed to a voluntary expense reduction in the amount of $763.93.

24.    **Overhead Expenses.**    The UST Guidelines state that nonreimbursable overhead "includes word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephone and monthly car phone charges, lighting, heating and cooling, and library and publication charges." A&M requested reimbursement of wireless usage charges totaling $1,338.41. The firm requested reimbursement for wireless costs in previous applications, and though A&M believes such charges are appropriate the firm eventually waived the request. For the same reasons as in past applications, the Fee Examiner requested A&M waive the request for reimbursement of wireless costs.

In response to the Preliminary Report, A&M stated that, consistent with the firm's responses to previous preliminary reports, A&M believes the wireless charges are appropriate. However, A&M nonetheless voluntarily agreed to an expense reduction in the amount of $1,338.41.

25.    **Working Meals.**    A&M requested reimbursement of $3,747.25 for working meals. The descriptions for $1,587.82 of the charges indicated that the meal charges were incurred at the client site. The descriptions for the remaining charges, totaling $2,159.43, did not indicate the location of the meal or whether the meal related to a meeting with people outside the firm or a meal solely for A&M personnel. The Fee Examiner requested from A&M the purpose of the meal charges displayed in **Exhibit L** to the Preliminary Report. In response, the firm stated that all meals identified in the exhibit occurred at the client site. In light of the additional information provided, the Fee Examiner makes no recommendation for an expense reduction and Exhibit L is omitted from this report.

In addition, in the firm's response to the Fee Examiner's preliminary report for the second interim application, A&M noted several miscellaneous charges for soft drinks, coffee, or snacks that should not be charged to the Debtors' estates. The Fee Examiner identified similar charges in this Fee Application totaling $58.66 and displayed in **Exhibit M** to the Preliminary Report. In response, A&M stated that while the costs were incurred while firm personnel were working on behalf of the

Debtors, A&M nonetheless believes they should not be charged to the Debtors and agreed to a voluntary expense reduction of $58.66.

26.    **Overtime Meals.**  A&M requested reimbursement for one dinner charge incurred while working late.  Although a firm may have a policy that personnel may be reimbursed for meals when working late, such charges are generally considered part of the firm's overhead.  The overtime meal charge, in the amount of $23.88, is displayed in the following table:

| Entry Date | Amount | Description |
|---|---|---|
| 08/06/09 | $23.88 | Working late dinner (Hough). |

In response, A&M stated the meal was at the client site.  The Fee Examiner makes no recommendation for an expense reduction.

27.    **Vaguely Described Transportation.**  While most of the descriptions for the transportation charges indicated whether the transportation related to out-of-town travel or trips to and from the client site, the descriptions for charges totaling $42.45 were not sufficiently detailed.  The Fee Examiner requested from A&M additional information regarding the transportation expenses displayed in **Exhibit N** to the Preliminary Report, including both the origination and destination of the trip and the purpose of the charge.

In response, the firm provided a spreadsheet of the entries in question that provided additional context for the various charges.  Four entries related to evening taxi service from the client site to public transportation, and the Fee Examiner recommends no reduction for such charges.  A&M voluntarily waived the costs of the remaining two charges, resulting in a voluntary expense reduction in the amount of $12.35.  Exhibit N is omitted from this report.

28.    **Overtime Transportation.**  A&M requested reimbursement for transportation charges incurred by firm personnel working after hours.  The expense descriptions do not indicate the origination and destination of the charges, and it appeared that the travel may related to working late at the firm office.  Although a firm may have a policy that personnel may be reimbursed for travel home

when working late, such charges are generally considered part of the firm's overhead.  The overtime transportation charges, totaling $57.60, were itemized in **Exhibit O** to the Preliminary Report.

In response, A&M stated that all charges related to transportation from the client site late in the evening.  Given that the charges were not the result of travel to or from the firm office, the Fee Examiner makes no recommendation for an expense reduction.  Exhibit O is omitted from this report.

**Conclusion**

The Fee Examiner submits this Final Report regarding the Fee Application and the fees and expenses discussed above.  The Fee Examiner recommends the approval of fees in the amount of $1,937,557.50 ($1,946,213.50 minus $8,656.00) and reimbursement of expenses in the amount of $13,975.46 ($16,148.81 minus $2,173.35) for the period from June 1, 2009 through August 31, 2009. A summary of recommendations is attached as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____
John L. Decker
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:   (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

# APPENDIX A

## ALVAREZ & MARSAL NORTH AMERICA, LLC

### SUMMARY OF FINDINGS

#### Third Interim Fee Application (June 1, 2009 through August 31, 2009)

**A.    Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $1,946,213.50 | |
| Expenses Requested | 16,148.81 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,962,362.31 |
| | | |
| Fees Computed | $1,946,606.00 | |
| Expenses Computed | 16,148.81 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,962,754.81 |
| | | |
| Discrepancy in Fees | ($     392.50) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($     392.50) |

**B.    Recommended Fee Allowance and Expense Reimbursement**

| | | | |
|---|---|---|---|
| Fees Requested | $1,946,213.50 | | |
| *Discrepancy in Fees* | | *$     392.50* | |
| *Agreed Reduction for Potential Double Billing* | | *(120.00)* | |
| *Agreed Reduction for Administrative Activities* | | *(4,705.50)* | |
| *Agreed Reduction for Clerical Activities* | | *(4,223.00)* | |
| | Subtotal | *($8,656.00)* | |
| | | | |
| RECOMMENDED FEE ALLOWANCE | | | $1,937,557.50 |
| | | | |
| Expenses Requested | $16,148.81 | | |
| *Agreed Reduction for Hard Drive Purchase* | | *($     763.93)* | |
| *Agreed Reduction for Overhead Expenses (Wireless Charges)* | | *(1,338.41)* | |
| *Agreed Reduction for Soft Drinks and Snacks* | | *(58.66)* | |
| *Agreed Reduction for Transportation Charges* | | *(12.35)* | |
| | Subtotal | *($ 2,173.35)* | |
| | | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 13,975.46 |
| | | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $1,951,532.96 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 4th day of August, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Thomas E. Hill, Esq.
Alvarez & Marsal North America, LLC
55 West Monroe Street, Suite 4000
Chicago, IL  60603

John L. Decker

**EXHIBIT A**
**DISCREPANCY SCHEDULE**
**Alvarez & Marsal North America, LLC**

| Invoice Number | Entry Number | Matter | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overcharges** | | | | | | | | | | | |
| 063009-60 | 555 | Claims | Hoeflich | 06/01/09 | $275.00 | 4.40 | 4.30 | 1,210.00 | 1,182.50 | 0.10 | 27.50 |
| 073109-190 | 1758 | Status Meetings | Whittman | 07/10/09 | $650.00 | 0.80 | 0.70 | 520.00 | 455.00 | 0.10 | 65.00 |
| | | | | | | | | **Total Overcharges** | | **0.20** | **$ 92.50** |
| | | | | | | | | | | | |
| **Undercharges** | | | | | | | | | | | |
| 063009-250 | 436 | Liquidation Analysis | Frank | 06/29/09 | $350.00 | 1.80 | 2.50 | 630.00 | 875.00 | (0.70) | (245.00) |
| 083109-150 | 740 | Monthly Operating Report | Kaufman | 08/26/09 | $400.00 | 1.60 | 2.20 | 640.00 | 880.00 | (0.60) | (240.00) |
| | | | | | | | | **Total Undercharges** | | **(1.30)** | **$ (485.00)** |
| | | | | | | | | | | | |
| | | | | | | | | **Net Total Discrepancy** | | **(1.10)** | **$ (392.50)** |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

**Alvarez & Marsal North America, LLC**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|-------------|-------------|----------------|---------------|
| BWHI | Whittman, Brian | MANAG DIRECTOR | $650.00 | $650.00 | 490.30 | $318,695.00 |
| THIL | Hill, Tom | MANAG DIRECTOR | $700.00 | $700.00 | 176.90 | $123,830.00 |
| SKOT | Kotarba, Steve | MANAG DIRECTOR | $475.00 | $475.00 | 84.70 | $40,232.50 |
| ALAK | Lakhani, Al | MANAG DIRECTOR | $650.00 | $650.00 | 1.50 | $975.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $642.07 | | 753.40 | $483,732.50 |
| | | | | % of Total: | 15.11% | % of Total: 24.85% |
| DAUL | Aulabaugh, Dirk | SENIOR DIRECTOR | $560.00 | $560.00 | 29.10 | $16,296.00 |
| AALV | Alvizu, Anthony | SENIOR DIRECTOR | $525.00 | $525.00 | 1.50 | $787.50 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $558.28 | | 30.60 | $17,083.50 |
| | | | | % of Total: | 0.61% | % of Total: 0.88% |
| PKIN | Kinealy, Paul | DIRECTOR | $375.00 | $375.00 | 408.10 | $153,037.50 |
| JEHR | Ehrenhofer, Jodi | DIRECTOR | $375.00 | $375.00 | 350.40 | $131,400.00 |
| MZEI | Zeiss, Mark | DIRECTOR | $350.00 | $350.00 | 54.60 | $19,110.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $373.32 | | 813.10 | $303,547.50 |
| | | | | % of Total: | 16.30% | % of Total: 15.59% |
| JSCH | Scheffrahn, Jonathan | MANAGER | $400.00 | $400.00 | 33.50 | $13,400.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $400.00 | | 33.50 | $13,400.00 |
| | | | | % of Total: | 0.67% | % of Total: 0.69% |
| RSTO | Stone, Richard | SR. ASSOCIATE | $400.00 | $400.00 | 544.00 | $217,600.00 |
| SKAU | Kaufman, Stuart | SR. ASSOCIATE | $400.00 | $400.00 | 527.60 | $211,040.00 |
| NROT | Rothrock, Nicholas | SR. ASSOCIATE | $350.00 | $350.00 | 119.50 | $41,825.00 |
| RSAL | Sallman, Robert | SR. ASSOCIATE | $400.00 | $400.00 | 18.00 | $7,200.00 |
| JDEC | DeCraen, John | SR. ASSOCIATE | $350.00 | $350.00 | 10.30 | $3,605.00 |
| RNOV | Novak, Robert | SR. ASSOCIATE | $400.00 | $400.00 | 2.80 | $1,120.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Alvarez & Marsal North America, LLC

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 6 | Blended Rate for Position: | $394.69 | | 1,222.20 | $482,390.00 |
| | | | | | % of Total: 24.51% | % of Total: 24.78% |
| MFRA | Frank, Matt | ASSOCIATE | $350.00 | $350.00 | 566.40 | $198,240.00 |
| KGIB | Gibson, Kyle | ASSOCIATE | $275.00 | $275.00 | 112.90 | $31,047.50 |
| RARC | Archavaleta, Richard | ASSOCIATE | $350.00 | $350.00 | 58.30 | $20,405.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $338.52 | | 737.60 | $249,692.50 |
| | | | | | % of Total: 14.79% | % of Total: 12.83% |
| AWHI | Whitney, Andrew | CONSULTANT | $250.00 | $250.00 | 135.70 | $33,925.00 |
| RNIE | Niemerg, Richard | CONSULTANT | $300.00 | $300.00 | 112.90 | $33,870.00 |
| RESP | Esposito, Robert | CONSULTANT | $300.00 | $300.00 | 69.30 | $20,790.00 |
| ABER | Bergman, Angela | CONSULTANT | $250.00 | $250.00 | 47.40 | $11,850.00 |
| EDRO | de Roziere, Elizabeth | CONSULTANT | $250.00 | $250.00 | 33.00 | $8,250.00 |
| JGIL | Gilleland, Jeff | CONSULTANT | $250.00 | $250.00 | 27.40 | $6,850.00 |
| JSTR | Strohl, Jamie | CONSULTANT | $275.00 | $275.00 | 15.80 | $4,345.00 |
| LHOE | Hoeflich, Lauren | CONSULTANT | $275.00 | $275.00 | 13.10 | $3,602.50 |
| | No. of Billers for Position: 8 | Blended Rate for Position: | $271.63 | | 454.60 | $123,482.50 |
| | | | | | % of Total: 9.12% | % of Total: 6.34% |
| SHOU | Hough, Sean | ANALYST | $300.00 | $300.00 | 501.60 | $150,480.00 |
| MBER | Berger, Mark | ANALYST | $300.00 | $300.00 | 345.60 | $103,680.00 |
| EJOH | Johnston, Elizabeth | ANALYST | $250.00 | $250.00 | 12.90 | $3,225.00 |
| KFEL | Feldman, Kate | ANALYST | $250.00 | $250.00 | 11.40 | $2,850.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $298.61 | | 871.50 | $260,235.00 |
| | | | | | % of Total: 17.48% | % of Total: 13.37% |
| MNAP | Napoliello, Mary | PARAPROFESSIONA | $185.00 | $185.00 | 70.50 | $13,042.50 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Alvarez & Marsal North America, LLC**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| | No. of Billers for Position: 1 | Blended Rate for Position: | $185.00 | | 70.50 | $13,042.50 |
| | | | | % of Total: | 1.41% | % of Total: 0.67% |
| | Total No. of Billers: 32 | Blended Rate for Report: | $390.34 | | 4,987.00 | $1,946,606.00 |

EXHIBIT C

POTENTIAL DOUBLE BILLING

Alvarez & Marsal North America, LLC

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berger, M | 0.80 | 240.00 |
| | 0.80 | $240.00 |

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berger, M | 0.40 | 120.00 |
| | 0.40 | $120.00 |

Exhibit C   Page 1 of 5

EXHIBIT C

POTENTIAL DOUBLE BILLING

Alvarez & Marsal North America, LLC

## POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| AP/Vendor Issues | 0.80 | 240.00 |
| | 0.80 | $240.00 |

## POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| AP/Vendor Issues | 0.40 | 120.00 |
| | 0.40 | $120.00 |

Exhibit C   Page 2 of 5

EXHIBIT C

POTENTIAL DOUBLE BILLING

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 08/18/09 | Berger, M | 0.40 | 0.40 | 120.00 | | *MATTER NAME: AP/Vendor Issues* |
| Tue | 083109-30/65 | | | | | 1  UPDATE VENDORS TO BE RECONCILED TRACKING SCHEDULE WITH RECENT PROGRESS; |
| | | | | | | 2  COMMUNICATE SAME TO WORKING GROUP. |
| | | | | | | |
| 08/18/09 | Berger, M | 0.40 | 0.40 | 120.00 | & | *MATTER NAME: AP/Vendor Issues* |
| Tue | 083109-30/71 | | | | & | 1  UPDATE VENDORS TO BE RECONCILED TRACKING SCHEDULE WITH RECENT PROGRESS; |
| | | | | | & | 2  COMMUNICATE SAME TO WORKING GROUP. |

|  | | | | |
|---|---|---|---|---|
| TOTAL OF ALL ENTRIES | | 0.80 | $240.00 |
| TOTAL ENTRY COUNT: | 2 | | |
| TOTAL TASK COUNT: | 4 | | |
| TOTAL OF & ENTRIES | | 0.40 | $120.00 |
| TOTAL ENTRY COUNT: | 1 | | |
| TOTAL TASK COUNT: | 2 | | |

& POTENTIAL DOUBLE BILLING - QUESTIONED

Exhibit C   Page 3 of 5

EXHIBIT C

POTENTIAL DOUBLE BILLING

Alvarez & Marsal North America, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berger, M | 0.80 | 240.00 |
| | 0.80 | $240.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berger, M | 0.40 | 120.00 |
| | 0.40 | $120.00 |

Exhibit C    Page 4 of 5

EXHIBIT C

POTENTIAL DOUBLE BILLING

Alvarez & Marsal North America, LLC

SUMMARY OF HOURS AND FEES BY MATTER FOR

POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| AP/Vendor Issues | 0.80 | 240.00 |
| | 0.80 | $240.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR

POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| AP/Vendor Issues | 0.40 | 120.00 |
| | 0.40 | $120.00 |

Exhibit C   Page 5 of 5

EXHIBIT I

ADMINISTRATIVE ACTIVITIES

Alvarez & Marsal North America, LLC

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Kinealy, P | 1.30 | 487.50 |
| Napoliello, M | 22.80 | 4,218.00 |
| | 24.10 | $4,705.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Claims | 1.30 | 487.50 |
| Fee Application | 22.80 | 4,218.00 |
| | 24.10 | $4,705.50 |

EXHIBIT I  PAGE 1 of 4

EXHIBIT I

ADMINISTRATIVE ACTIVITIES

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 06/01/09 Mon | Napoliello, M 063009-130/1053 | 0.80 | 0.80 | 148.00 | MATTER NAME: Fee Application<br>1  COMPILE AND EDIT TIME DETAIL FOR APRIL STATEMENT. |
| 06/02/09 Tue | Napoliello, M 063009-130/1054 | 1.60 | 1.60 | 296.00 | MATTER NAME: Fee Application<br>1  REVIEW AND EDIT TIME DETAIL FOR APRIL STATEMENT. |
| 06/02/09 Tue | Napoliello, M 063009-130/1056 | 2.90 | 2.90 | 536.50 | MATTER NAME: Fee Application<br>1  REVIEW AND EDITS EXPENSE DATA FOR APRIL EXHIBITS. |
| 06/26/09 Fri | Napoliello, M 063009-130/1067 | 2.60 | 1.30 | 240.50 | MATTER NAME: Fee Application<br>1  REVIEW DETAILED TIME RECORDS FOR MAY STATEMENT;<br>2  COMMUNICATE WITH STAFF REGARDING MISSING DATA. |
| 06/30/09 Tue | Napoliello, M 063009-130/1068 | 3.20 | 3.20 | 592.00 | MATTER NAME: Fee Application<br>1  REVIEW AND EDIT TIME DETAIL FOR MAY STATEMENT. |
| 06/30/09 Tue | Napoliello, M 063009-130/1069 | 2.80 | 2.80 | 518.00 | MATTER NAME: Fee Application<br>1  REVIEW AND EDIT EXPENSE DETAIL FOR MAY STATEMENT. |
| 07/01/09 Wed | Napoliello, M 073109-130/1189 | 1.80 | 1.80 | 333.00 | MATTER NAME: Fee Application<br>1  REVIEW AND EDIT TIME DETAIL FOR MAY FEE STATEMENT. |
| 07/28/09 Tue | Kinealy, P 073109-60/1119 | 1.30 | 1.30 | 487.50 | MATTER NAME: Claims<br>1  REVIEW AND APPROVE JUNE TIME DETAIL FOR CMS TEAM. |
| 08/04/09 Tue | Napoliello, M 083109-130/899 | 3.20 | 3.20 | 592.00 | MATTER NAME: Fee Application<br>1  REVIEW AND EDIT TIME DESCRIPTION FOR PREPARATION OF JUNE FEE EXHIBITS. |
| 08/04/09 Tue | Napoliello, M 083109-130/900 | 3.30 | 3.30 | 610.50 | MATTER NAME: Fee Application<br>1  REVIEW AND EDIT EXPENSE DETAIL FOR COMPLETION OF FEE EXHIBITS. |
| 08/10/09 Mon | Napoliello, M 083109-130/904 | 0.30 | 0.30 | 55.50 | MATTER NAME: Fee Application<br>1  PRINT AND REVIEW EDITS OF B. WHITTMAN (A&M) TO JUNE STATEMENT. |
| 08/14/09 Fri | Napoliello, M 083109-130/907 | 0.50 | 0.50 | 92.50 | MATTER NAME: Fee Application<br>1  WORK ON ADDITIONAL EDITS TO JUNE STATEMENT. |
| 08/29/09 Sat | Napoliello, M 083109-130/911 | 1.10 | 1.10 | 203.50 | MATTER NAME: Fee Application<br>1  REVIEW TIME DETAIL FOR PREPARATION OF EXHIBITS FOR JULY STATEMENT. |

EXHIBIT I  PAGE 2 of 4

EXHIBIT I

ADMINISTRATIVE ACTIVITIES

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| | | | 24.10 | $4,705.50 | |
| Total | | | | | |
| Number of Entries: | 13 | | | | |

EXHIBIT I  PAGE 3 of 4

EXHIBIT I

ADMINISTRATIVE ACTIVITIES

Alvarez & Marsal North America, LLC

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Kinealy, P | 1.30 | 487.50 |
| Napoliello, M | 22.80 | 4,218.00 |
| | 24.10 | $4,705.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Claims | 1.30 | 487.50 |
| Fee Application | 22.80 | 4,218.00 |
| | 24.10 | $4,705.50 |

EXHIBIT I  PAGE 4 of 4

EXHIBIT

CLERICAL ACTIVITIES

Alvarez & Marsal North America, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Archavaleta, R | 0.20 | 70.00 | 16.00 | 54.00 |
| DeCraen, J | 3.70 | 1,295.00 | 296.00 | 999.00 |
| Scheffrahn, J | 4.70 | 1,880.00 | 376.00 | 1,504.00 |
| de Roziere, E | 9.80 | 2,450.00 | 784.00 | 1,666.00 |
| | 18.40 | $5,695.00 | $1,472.00 | $4,223.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Electronic Discovery | 8.40 | 3,175.00 | 672.00 | 2,503.00 |
| Leases and Real Estate | 0.20 | 70.00 | 16.00 | 54.00 |
| Statements/Schedules | 9.80 | 2,450.00 | 784.00 | 1,666.00 |
| | 18.40 | $5,695.00 | $1,472.00 | $4,223.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

CLERICAL ACTIVITIES

Alvarez & Marsal North America, LLC

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Archavaleta, R | 06/26/09   Fri<br>063009-140/3 | 0.20 | 0.20 | 70.00 | 16.00 | 54.00 | *MATTER NAME: Leases and Real Estate*<br>1 ORGANIZE CONTACT INFORMATION FOR PROMINENT COMMERCIAL REAL ESTATE BROKERS. |
| | TOTAL FOR TIMEKEEPER: | | 0.20 | $70.00 | $16.00 | $54.00 | |
| | NUMBER OF ENTRIES: | 1 | | | | | |
| DeCraen, J | 07/24/09   Fri<br>073109-260/119 | 1.30 | 1.30 | 455.00 | 104.00 | 351.00 | *MATTER NAME: Electronic Discovery*<br>1 RELOAD EVIDENCE FROM SHANAHAN, MELGAREJO, SACHS, LITMAN, AND HIANIK INTO A FRESH DATABASE TO RECTIFY ACCOUNTING ISSUES IN OTHER PROCESSING DATABASE. |
| | 07/24/09   Fri<br>073109-260/120 | 4.80 | | | | | *MATTER NAME: Electronic Discovery*<br>1 PREPARE PROCESSED EMAILS AND ATTACHMENTS INTO CONCORDANCE LOAD FILE AND DATABASE WITH METADATA FIELDS SPECIFIED BY SIDLEY AUSTIN; |
| | | | 2.40 | 840.00 | 192.00 | 648.00 | 2 PACK, ENCRYPT AND VERIFY SAME IN ORDER TO ENSURE SECURE DELIVERY. |
| | TOTAL FOR TIMEKEEPER: | | 3.70 | $1,295.00 | $296.00 | $999.00 | |
| | NUMBER OF ENTRIES: | 2 | | | | | |
| Scheffrahn, J | 07/27/09   Mon<br>073109-260/1232 | 1.50 | 1.50 | 600.00 | 120.00 | 480.00 | *MATTER NAME: Electronic Discovery*<br>1 ASSIST WITH THE TIFFING OF PDF EXTRACTION ERRORS TO RENDER PROBLEMATIC FILES SEARCHABLE. |
| | 07/29/09   Wed<br>073109-260/1233 | 1.70 | 1.70 | 680.00 | 136.00 | 544.00 | *MATTER NAME: Electronic Discovery*<br>1 MIGRATE THE TRIBUNE LAW CASE FROM THE TEMPORARY NETWORK LOCATION TO THE PERMANENT NETWORK LOCATION FOR FUTURE WORK. |
| | 07/31/09   Fri<br>073109-260/1237 | 3.00 | | | | | *MATTER NAME: Electronic Discovery*<br>1 CREATE A CONCORDANCE LOAD FILE FOR THE CLIENT; |
| | | | 1.50 | 600.00 | 120.00 | 480.00 | 2 PREPARE, ENCRYPT, BURN, AND VERIFY DVD AND NETWORK DELIVERABLES FOR SIDLEY AUSTIN. |
| | TOTAL FOR TIMEKEEPER: | | 4.70 | $1,880.00 | $376.00 | $1,504.00 | |
| | NUMBER OF ENTRIES: | 3 | | | | | |
| de Roziere, E | 06/01/09   Mon<br>063009-200/161 | 2.50 | 2.50 | 625.00 | 200.00 | 425.00 | *MATTER NAME: Statements/Schedules*<br>1 ASSIST WITH ADDRESS LOOKUP TO SUPPLEMENT DEFICIENT MASTER VENDOR FILE. |
| | 06/02/09   Tue<br>063009-200/162 | 3.80 | 3.80 | 950.00 | 304.00 | 646.00 | *MATTER NAME: Statements/Schedules*<br>1 ASSIST WITH ADDRESS LOOKUP TO SUPPLEMENT DEFICIENT MASTER VENDOR FILE. |

EXHIBIT J

CLERICAL ACTIVITIES

Alvarez & Marsal North America, LLC

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | MATTER NAME: Statements/Schedules |
| de Roziere, E | 06/02/09   Tue 063009-200/163 | 2.50 | 2.50 | 625.00 | 200.00 | 425.00 | 1 ASSIST WITH ADDRESS LOOKUP TO SUPPLEMENT DEFICIENT MASTER VENDOR FILE. |
| | | | | | | | MATTER NAME: Statements/Schedules |
| | 06/03/09   Wed 063009-200/164 | 1.00 | 1.00 | 250.00 | 80.00 | 170.00 | 1 REVISE AND SUPPLEMENT CONTRACT COUNTERPARTY ADDRESS DATA. |
| | TOTAL FOR TIMEKEEPER: | | 9.80 | $2,450.00 | $784.00 | $1,666.00 | |
| | NUMBER OF ENTRIES: | 4 | | | | | |
| TOTAL: | | | 18.40 | $5,695.00 | $1,472.00 | $4,223.00 | |
| NUMBER OF ENTRIES | 10 | | | | | | |

EXHIBIT J

CLERICAL ACTIVITIES

Alvarez & Marsal North America, LLC

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Archavaleta, R | 0.20 | 70.00 | 16.00 | 54.00 |
| DeCraen, J | 3.70 | 1,295.00 | 296.00 | 999.00 |
| Scheffrahn, J | 4.70 | 1,880.00 | 376.00 | 1,504.00 |
| de Roziere, E | 9.80 | 2,450.00 | 784.00 | 1,666.00 |
| | 18.40 | $5,695.00 | $1,472.00 | $4,223.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Electronic Discovery | 8.40 | 3,175.00 | 672.00 | 2,503.00 |
| Leases and Real Estate | 0.20 | 70.00 | 16.00 | 54.00 |
| Statements/Schedules | 9.80 | 2,450.00 | 784.00 | 1,666.00 |
| | 18.40 | $5,695.00 | $1,472.00 | $4,223.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT K

ALVAREZ MARSAL RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bergman, A | 3.00 | 750.00 |
| Feldman, K | 0.50 | 125.00 |
| Hill, T | 2.10 | 1,470.00 |
| Kaufman, S | 1.50 | 600.00 |
| Kinealy, P | 5.50 | 2,062.50 |
| Kotarba, S | 1.10 | 522.50 |
| Napoliello, M | 70.50 | 13,042.50 |
| Whitney, A | 1.80 | 450.00 |
| Whittman, B | 8.20 | 5,330.00 |
| de Roziere, E | 3.60 | 900.00 |
| | 97.80 | $25,252.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Application | 97.80 | 25,252.50 |
| | 97.80 | $25,252.50 |

EXHIBIT K

ALVAREZ MARSAL RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|----------------|-------------|-------|------|-------------|
| 06/01/09 Mon | Napoliello, M 063009-130/1052 | 2.30 | 2.30 | 425.50 | MATTER NAME: *Fee Application*<br>1  WORK ON DRAFTING EXHIBITS FOR APRIL STATEMENT. |
| 06/01/09 Mon | Napoliello, M 063009-130/1053 | 0.80 | 0.80 | 148.00 | MATTER NAME: *Fee Application*<br>1  COMPILE AND EDIT TIME DETAIL FOR APRIL STATEMENT. |
| 06/02/09 Tue | Napoliello, M 063009-130/1054 | 1.60 | 1.60 | 296.00 | MATTER NAME: *Fee Application*<br>1  REVIEW AND EDIT TIME DETAIL FOR APRIL STATEMENT. |
| 06/02/09 Tue | Napoliello, M 063009-130/1055 | 1.10 | 1.10 | 203.50 | MATTER NAME: *Fee Application*<br>1  REVIEW AND UPDATE RECONCILIATION FOR APRIL STATEMENT. |
| 06/02/09 Tue | Napoliello, M 063009-130/1056 | 2.90 | 2.90 | 536.50 | MATTER NAME: *Fee Application*<br>1  REVIEW AND EDITS EXPENSE DATA FOR APRIL EXHIBITS. |
| 06/02/09 Tue | Napoliello, M 063009-130/1057 | 2.80 | 2.80 | 518.00 | MATTER NAME: *Fee Application*<br>1  DRAFT APPLICATION FOR APRIL STATEMENT. |
| 06/02/09 Tue | Napoliello, M 063009-130/1058 | 0.90 | 0.90 | 166.50 | MATTER NAME: *Fee Application*<br>1  DRAFT COVER SHEET FOR APRIL STATEMENT. |
| 06/02/09 Tue | Napoliello, M 063009-130/1059 | 0.40 | 0.40 | 74.00 | MATTER NAME: *Fee Application*<br>1  REVIEW AND RESEARCH CASE DOCKET;<br>2  DOWNLOAD CNO'S FOR FEB AND MARCH FOR INCLUSION IN APPLICATION. |
| 06/03/09 Wed | Napoliello, M 063009-130/1060 | 0.80 | 0.80 | 148.00 | MATTER NAME: *Fee Application*<br>1  PREPARE MARCH DATA IN FORMAT FOR EXAMINER;<br>2  FORWARD TO EXAMINER. |
| 06/03/09 Wed | Napoliello, M 063009-130/1061 | 1.70 | 1.70 | 314.50 | MATTER NAME: *Fee Application*<br>1  INCORPORATE EDITS OF B. WHITTMAN (A&M) TO APRIL EXHIBITS AND FEE APPLICATION. |
| 06/03/09 Wed | Whittman, B 063009-130/1488 | 0.40 | 0.40 | 260.00 | MATTER NAME: *Fee Application*<br>1  REVIEW DRAFT OF APRIL FEE STATEMENT AND PROVIDE CORRECTIONS TO M. NAPOLIELLO. |
| 06/04/09 Thu | Hill, T 063009-130/454 | 0.80 | 0.80 | 560.00 | MATTER NAME: *Fee Application*<br>1  REVIEW OF PRELIMINARY FEE EXAMINER FINDINGS. |
| 06/04/09 Thu | Kaufman, S 063009-130/786 | 0.90 | 0.90 | 360.00 | MATTER NAME: *Fee Application*<br>1  REVIEW OF A&M 4TH FEE APPLICATION FOR SUBMISSION TO THE COURT AS PROVIDED BY B. WHITTMAN. |

EXHIBIT K

ALVAREZ MARSAL RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 06/04/09 Thu | Kaufman, S 063009-130/787 | 0.20 | 0.20 | 80.00 | *MATTER NAME: Fee Application*<br>1 COMMUNICATION OF ERRORS FOUND IN A&M 4TH FEE APPLICATION TO B. WHITTMAN. |
| 06/04/09 Thu | Kinealy, P 063009-130/965 | 0.40 | 0.40 | 150.00 | *MATTER NAME: Fee Application*<br>1 DRAFT PARAGRAPH RELATED TO CMS ACTIVITIES FOR FEE APPLICATION. |
| 06/04/09 Thu | Napoliello, M 063009-130/1062 | 1.30 | 1.30 | 240.50 | *MATTER NAME: Fee Application*<br>1 REVIEW EXAMINER'S PRELIMINARY REPORT:<br>2 SUMMARIZE ISSUES:<br>3 SEND EMAIL TO STAFF REQUESTING ADDITIONAL DATA. |
| 06/05/09 Fri | Kaufman, S 063009-130/788 | 0.40 | 0.40 | 160.00 | *MATTER NAME: Fee Application*<br>1 REVIEW OF FINAL A&M 4TH FEE APPLICATION. |
| 06/05/09 Fri | Whittman, B 063009-130/1489 | 0.40 | 0.40 | 260.00 | *MATTER NAME: Fee Application*<br>1 REVIEW AND APPROVE APRIL FEE STATEMENT. |
| 06/08/09 Mon | Kinealy, P 063009-130/966 | 0.40 | 0.40 | 150.00 | *MATTER NAME: Fee Application*<br>1 REVIEW OF FEE EXAMINER'S REPORT AND PROVIDE COMMENTS AND COPIES OF CITED OPINIONS RE SAME TO S. KOTARBA. |
| 06/08/09 Mon | Kotarba, S 063009-130/1040 | 1.10 | 1.10 | 522.50 | *MATTER NAME: Fee Application*<br>1 REVIEW FEE AUDITOR REPORT, DISCUSS INTERNALLY AND BEGIN PREPARATION OF RESPONSE." |
| 06/09/09 Tue | Bergman, A 063009-130/148 | 1.50 | 1.50 | 375.00 | *MATTER NAME: Fee Application*<br>1 WORK WITH P. KINEALY TO PREPARE RESPONSE TO FEE EXAMINER REQUEST. |
| 06/09/09 Tue | Feldman, K 063009-130/235 | 0.50 | 0.50 | 125.00 | *MATTER NAME: Fee Application*<br>1 WORK WITH P. KINEALY TO COLLATE REQUIRED DATA FOR RESPONSE TO FEE EXAMINER REQUEST. |
| 06/09/09 Tue | Kinealy, P 063009-130/967 | 0.30 | 0.30 | 112.50 | *MATTER NAME: Fee Application*<br>1 MANAGE EXTRACT OF DATA FROM FEE EXAMINER EXHIBITS FOR INTERNAL REVIEW. |
| 06/09/09 Tue | Napoliello, M 063009-130/1063 | 0.20 | 0.20 | 37.00 | *MATTER NAME: Fee Application*<br>1 RESPOND TO QUESTIONS FROM P. KINEALY REGARDING EXAMINER ISSUES:<br>2 FORWARD PRELIMINARY REPORT. |
| 06/09/09 Tue | de Roziere, E 063009-130/158 | 1.50 | 1.50 | 375.00 | *MATTER NAME: Fee Application*<br>1 REVIEW AND COMPILE DATA FOR RESPONSE TO FEE AUDITOR. |

EXHIBIT K

ALVAREZ MARSAL RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 06/10/09 Wed | Bergman, A 063009-130/149 | 1.50 | 1.50 | 375.00 | 1 | MATTER NAME: *Fee Application*<br>WORK WITH P. KINEALY TO PREPARE RESPONSE TO FEE EXAMINER REQUEST. |
| 06/10/09 Wed | Kinealy, P 063009-130/968 | 1.20 | 1.20 | 450.00 | 1 | MATTER NAME: *Fee Application*<br>REVIEW OF FEE EXAMINER REPORT AND PROVIDE REQUESTED SUPPLEMENTAL DETAIL FOR IDENTIFIED TIME ENTRIES. |
| 06/10/09 Wed | de Roziere, E 063009-130/159 | 1.00 | 1.00 | 250.00 | 1 | MATTER NAME: *Fee Application*<br>REVIEW AND COMPILE DATA FOR RESPONSE TO FEE AUDITOR. |
| 06/10/09 Wed | de Roziere, E 063009-130/160 | 1.10 | 1.10 | 275.00 | 1 | MATTER NAME: *Fee Application*<br>REVIEW AND COMPILE DATA FOR RESPONSE TO FEE AUDITOR. |
| 06/11/09 Thu | Napoliello, M 063009-130/1064 | 0.30 | 0.30 | 55.50 | 1 | MATTER NAME: *Fee Application*<br>REVIEW INVOICE DATA FOR MAY 1-31. |
| 06/13/09 Sat | Kinealy, P 063009-130/970 | 1.80 | 1.80 | 675.00 | 1 | MATTER NAME: *Fee Application*<br>REVIEW AND SUPPLEMENT CERTAIN TIME ENTRIES PER REQUEST FROM FEE EXAMINER. |
| 06/17/09 Wed | Whitney, A 063009-130/1292 | 1.80 | 1.80 | 450.00 | 1 | MATTER NAME: *Fee Application*<br>PREPARE PRESENTATION DOCUMENTS AND RE: FEE AUDIT REPORT AND REFERENCED CASES. |
| 06/19/09 Fri | Napoliello, M 063009-130/1065 | 0.20 | 0.20 | 37.00 | 1 | MATTER NAME: *Fee Application*<br>COMMUNICATE WITH STAFF REGARDING MAY EXHIBITS. |
| 06/25/09 Thu | Napoliello, M 063009-130/1066 | 1.30 | 1.30 | 240.50 | 1 | MATTER NAME: *Fee Application*<br>REVIEW AND COMPILE DETAILED TIME RECORDS FOR MAY APPLICATION. |
| 06/26/09 Fri | Napoliello, M 063009-130/1067 | 2.60 | 2.60 | 481.00 | 1<br>2 | MATTER NAME: *Fee Application*<br>REVIEW DETAILED TIME RECORDS FOR MAY STATEMENT;<br>COMMUNICATE WITH STAFF REGARDING MISSING DATA. |
| 06/26/09 Fri | Whittman, B 063009-130/1490 | 0.70 | 0.70 | 455.00 | 1 | MATTER NAME: *Fee Application*<br>CALL WITH L. COOPER (STUART MAUE) RE: FEE EXAMINER REPORT. |
| 06/29/09 Mon | Whittman, B 063009-130/1491 | 2.40 | 2.40 | 1,560.00 | 1 | MATTER NAME: *Fee Application*<br>DRAFT LETTER TO L. COOPER RESPONDING TO PRELIMINARY FEE EXAMINER REPORT FOR FIRST QUARTERLY APPLICATION. |
| 06/30/09 Tue | Napoliello, M 063009-130/1068 | 3.20 | 3.20 | 592.00 | 1 | MATTER NAME: *Fee Application*<br>REVIEW AND EDIT TIME DETAIL FOR MAY STATEMENT. |

EXHIBIT K

ALVAREZ MARSAL RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 06/30/09 Tue | Napoliello, M 063009-130/1069 | 2.80 | 2.80 | 518.00 | 1 | MATTER NAME: Fee Application<br>REVIEW AND EDIT EXPENSE DETAIL FOR MAY STATEMENT. |
| 06/30/09 Tue | Napoliello, M 063009-130/1070 | 2.70 | 2.70 | 499.50 | 1 | MATTER NAME: Fee Application<br>BEGIN DRAFTING COVER SHEET AND APPLICATION FOR MAY STATEMENT. |
| 07/01/09 Wed | Napoliello, M 073109-130/1188 | 3.40 | 3.40 | 629.00 | 1 | MATTER NAME: Fee Application<br>WORK ON DRAFTING EXHIBITS FOR MAY FEE STATEMENT. |
| 07/01/09 Wed | Napoliello, M 073109-130/1189 | 1.80 | 1.80 | 333.00 | 1 | MATTER NAME: Fee Application<br>REVIEW AND EDIT TIME DETAIL FOR MAY FEE STATEMENT. |
| 07/01/09 Wed | Napoliello, M 073109-130/1190 | 2.60 | 2.60 | 481.00 | 1 | MATTER NAME: Fee Application<br>FINALIZE FIRST DRAFT OF MAY FEE STATEMENT, COVER SHEET AND EXHIBITS AND FORWARD TO B. WHITTMAN (A&M) FOR REVIEW. |
| 07/05/09 Sun | Whittman, B 073109-130/1659 | 0.60 | 0.60 | 390.00 | 1 | MATTER NAME: Fee Application<br>UPDATE MAY FEE STATEMENT WITH COMMENTS. |
| 07/06/09 Mon | Hill, T 073109-130/605 | 0.60 | 0.60 | 420.00 | 1 | MATTER NAME: Fee Application<br>REVIEW RESPONSE TO FEE EXAMINER. |
| 07/06/09 Mon | Hill, T 073109-130/606 | 0.70 | 0.70 | 490.00 | 1 | MATTER NAME: Fee Application<br>REVIEW OF 2ND INTERIM FEE APPLICATION. |
| 07/06/09 Mon | Napoliello, M 073109-130/1191 | 1.70 | 1.70 | 314.50 | 1 | MATTER NAME: Fee Application<br>INCORPORATE B. WHITTMAN'S (A&M) EDITS TO MAY FEE APPLICATION AND EXHIBITS AND RESEND. |
| 07/07/09 Tue | Napoliello, M 073109-130/1192 | 2.60 | 2.60 | 481.00 | 1 | MATTER NAME: Fee Application<br>BEGIN DRAFTING APPLICATION AND EXHIBITS FOR 2ND INTERIM APPLICATION. |
| 07/07/09 Tue | Whittman, B 073109-130/1660 | 0.20 | 0.20 | 130.00 | 1 | MATTER NAME: Fee Application<br>FINALIZE LETTER TO FEE EXAMINER ON Q1 FEE APPLICATION. |
| 07/07/09 Tue | Whittman, B 073109-130/1661 | 0.40 | 0.40 | 260.00 | 1 | MATTER NAME: Fee Application<br>REVIEW MAY FEE STATEMENT FOR COURT SUBMISSION. |
| 07/08/09 Wed | Napoliello, M 073109-130/1193 | 0.80 | 0.80 | 148.00 | 1 | MATTER NAME: Fee Application<br>FINALIZE DRAFT APPLICATION AND EXHIBITS AND FORWARD TO B. WHITTMAN (A&M) FOR REVIEW. |

EXHIBIT K

ALVAREZ MARSAL RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 07/08/09 Wed | Whittman, B 073109-130/1662 | 0.30 | 0.30 | 195.00 | MATTER NAME: Fee Application<br>1 REVIEW DRAFT OF 2ND QUARTERLY FEE APPLICATION. |
| 08/03/09 Mon | Napoliello, M 083109-130/898 | 2.60 | 2.60 | 481.00 | MATTER NAME: Fee Application<br>1 WORK ON EXHIBITS FOR JUNE FEE STATEMENT. |
| 08/04/09 Tue | Napoliello, M 083109-130/899 | 3.20 | 3.20 | 592.00 | MATTER NAME: Fee Application<br>1 REVIEW AND EDIT TIME DESCRIPTION FOR PREPARATION OF JUNE FEE EXHIBITS. |
| 08/04/09 Tue | Napoliello, M 083109-130/900 | 3.30 | 3.30 | 610.50 | MATTER NAME: Fee Application<br>1 REVIEW AND EDIT EXPENSE DETAIL FOR COMPLETION OF FEE EXHIBITS. |
| 08/04/09 Tue | Napoliello, M 083109-130/901 | 0.10 | 0.10 | 18.50 | MATTER NAME: Fee Application<br>1 CORRESPOND WITH B. WHITTMAN (A&M) REGARDING BILLING QUESTIONS. |
| 08/04/09 Tue | Napoliello, M 083109-130/902 | 0.20 | 0.20 | 37.00 | MATTER NAME: Fee Application<br>1 SEND EMAIL TO STAFF REGARDING JUNE DATA. |
| 08/06/09 Thu | Napoliello, M 083109-130/903 | 3.60 | 3.60 | 666.00 | MATTER NAME: Fee Application<br>1 FINALIZE FIRST DRAFT OF COVER SHEET, APPLICATION AND EXHIBITS FOR JUNE STATEMENT AND FORWARD TO B. WHITTMAN (A&M) FOR REVIEW. |
| 08/09/09 Sun | Whittman, B 083109-130/1423 | 1.30 | 1.30 | 845.00 | MATTER NAME: Fee Application<br>1 REVIEW DRAFT OF JUNE FEE STATEMENT. |
| 08/10/09 Mon | Kinealy, P 083109-130/881 | 1.40 | 1.40 | 525.00 | MATTER NAME: Fee Application<br>1 REVIEW AND RESPOND TO EXAMINER QUESTIONS. |
| 08/10/09 Mon | Napoliello, M 083109-130/904 | 0.30 | 0.30 | 55.50 | MATTER NAME: Fee Application<br>1 PRINT AND REVIEW EDITS OF B. WHITTMAN (A&M) TO JUNE STATEMENT. |
| 08/11/09 Tue | Napoliello, M 083109-130/905 | 0.10 | 0.10 | 18.50 | MATTER NAME: Fee Application<br>1 CORRESPOND WITH P. KINEALY (A&M) REGARDING EDITS TO JUNE APPLICATION. |
| 08/12/09 Wed | Napoliello, M 083109-130/906 | 2.40 | 2.40 | 444.00 | MATTER NAME: Fee Application<br>1 WORK ON EDITS OF PAUL KINEALY AND BRIAN WHITTMAN;<br>2 UPDATE EXHIBIT;<br>3 COVER SHEET;<br>4 APPLICATION - RESEND NEW INFO TO B. WHITTMAN (A&M). |

EXHIBIT K

ALVAREZ MARSAL RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 08/13/09 Thu | Whittman, B 083109-130/1424 | 0.30 | 0.30 | 195.00 | 1 | MATTER NAME: *Fee Application*<br>REVIEW CORRESPONDENCE FROM L. COOPER (STUART MAUE) RE: FEE EXAMINER REPORT. |
| 08/14/09 Fri | Napoliello, M 083109-130/907 | 0.50 | 0.50 | 92.50 | 1 | MATTER NAME: *Fee Application*<br>WORK ON ADDITIONAL EDITS TO JUNE STATEMENT. |
| 08/14/09 Fri | Whittman, B 083109-130/1425 | 0.30 | 0.30 | 195.00 | 1 | MATTER NAME: *Fee Application*<br>REVIEW FINAL DRAFT OF A&M JUNE FEE APPLICATION. |
| 08/16/09 Sun | Whittman, B 083109-130/1426 | 0.20 | 0.20 | 130.00 | 1 | MATTER NAME: *Fee Application*<br>REVIEW AND APPROVE FINAL JUNE FEE STATEMENT. |
| 08/18/09 Tue | Whittman, B 083109-130/1427 | 0.30 | 0.30 | 195.00 | 1 | MATTER NAME: *Fee Application*<br>CALL WITH L. COOPER (STUART MAUE) RE: FINAL FEE EXAMINER REPORT. |
| 08/21/09 Fri | Napoliello, M 083109-130/908 | 0.20 | 0.20 | 37.00 | 1 | MATTER NAME: *Fee Application*<br>COMMUNICATE WITH B. WHITTMAN (A&M) REGARDING REPORTING REQUIREMENTS FOR FEE STATEMENT. |
| 08/27/09 Thu | Napoliello, M 083109-130/909 | 0.10 | 0.10 | 18.50 | 1 | MATTER NAME: *Fee Application*<br>COMMUNICATE WITH B. WHITTMAN (A&M) RE: FEE APP ISSUES. |
| 08/28/09 Fri | Napoliello, M 083109-130/910 | 0.50 | 0.50 | 92.50 | 1 | MATTER NAME: *Fee Application*<br>BEGIN REVIEW OF DATA FOR JULY FEE STATEMENT EXHIBITS. |
| 08/29/09 Sat | Napoliello, M 083109-130/911 | 1.10 | 1.10 | 203.50 | 1 | MATTER NAME: *Fee Application*<br>REVIEW TIME DETAIL FOR PREPARATION OF EXHIBITS FOR JULY STATEMENT. |
| 08/30/09 Sun | Napoliello, M 083109-130/912 | 3.20 | 3.20 | 592.00 | 1 | MATTER NAME: *Fee Application*<br>REVIEW DETAIL FOR PREPARATION OF JULY FEE EXHIBITS. |
| 08/30/09 Sun | Napoliello, M 083109-130/913 | 0.30 | 0.30 | 55.50 | 1 | MATTER NAME: *Fee Application*<br>REVIEW CASE DOCKET AND DOWNLOAD CNO INFORMATION FOR INCLUSION IN JULY STATEMENT. |
| 08/30/09 Sun | Napoliello, M 083109-130/914 | 2.70 | 2.70 | 499.50 | 1 | MATTER NAME: *Fee Application*<br>CONTINUE PREPARING EXHIBITS FOR JULY FEE STATEMENT. |
| 08/31/09 Mon | Napoliello, M 083109-130/915 | 0.20 | 0.20 | 37.00 | 1 | MATTER NAME: *Fee Application*<br>COMMUNICATE WITH B. WHITTMAN (A&M) REGARDING BILLING LOGISTICS. |

EXHIBIT K

ALVAREZ MARSAL RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|--|-------------|
| 08/31/09 Mon | Napoliello, M 083109-130/916 | 3.10 | 3.10 | 573.50 | | *MATTER NAME: Fee Application*<br>1  FINALIZE FIRST DRAFT OF JULY EXHIBITS, COVER SHEET AND APPLICATION AND FORWARD TO B. WHITTMAN (A&M) FOR REVIEW. |
| 08/31/09 Mon | Whittman, B 083109-130/1428 | 0.40 | 0.40 | 260.00 | | *MATTER NAME: Fee Application*<br>1  REVIEW JULY FEE APPLICATION. |
| Total | | | 97.80 | $25,252.50 | | |
| Number of Entries: | 78 | | | | | |

EXHIBIT K

ALVAREZ MARSAL RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bergman, A | 3.00 | 750.00 |
| Feldman, K | 0.50 | 125.00 |
| Hill, T | 2.10 | 1,470.00 |
| Kaufman, S | 1.50 | 600.00 |
| Kinealy, P | 5.50 | 2,062.50 |
| Kotarba, S | 1.10 | 522.50 |
| Napoliello, M | 70.50 | 13,042.50 |
| Whitney, A | 1.80 | 450.00 |
| Whittman, B | 8.20 | 5,330.00 |
| de Roziere, E | 3.60 | 900.00 |
| | 97.80 | $25,252.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Application | 97.80 | 25,252.50 |
| | 97.80 | $25,252.50 |

EXHIBIT M

Soft Drinks and Snacks

Alvarez & Marsal North America, LLC

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 06/02/09 | 063009/17 | 11.13 | | 11.13 | SOFT DRINKS FOR WORKING LUNCH AT CLIENT SITE. - MEALS - BERGER |
| 06/10/09 | 063009/40 | 2.88 | | 2.88 | WORKING SNACK AT CLIENT SITE (BERGER). - MEALS - BERGER |
| 06/15/09 | 063009/2 | 16.94 | | 16.94 | SOFT DRINKS FOR WORKING MEAL AT CLIENT SITE. - MEALS - BERGER |
| 06/17/09 | 063009/44 | 5.80 | | 5.80 | SOFT DRINKS FOR WORKING MEAL AT CLIENT SITE. - MEALS - BERGER |
| 06/23/09 | 063009/35 | 3.10 | | 3.10 | WORKING SNACK AT CLIENT SITE (BERGER). - MEALS - BERGER |
| 06/23/09 | 063009/61 | 10.82 | | 10.82 | SNACKS AT CLIENT SITE (FRANK). - MEALS - FRANK |
| 06/25/09 | 063009/62 | 7.99 | | 7.99 | SNACKS AT CLIENT SITE (FRANK). - MEALS - FRANK |
| | | $58.66 | | $58.66 | |