# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.<br><br>Debtors. | Case No. 08-13141 (KJC)<br><br>Chapter 11 |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS

TO THE HONORABLE KEVIN J. CAREY, THE UNITED STATES TRUSTEE, DEBTOR AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Friedman Law Group, Attorneys for Landlord Creditor Isaksen Investments, LLC ("Isaksen"), hereby changes its address for service of notices and documents in the above-captioned action, effective immediately.

Isaksen requests that all counsel of record forward copies of notices, pleadings, other filings and all other written or telephonic correspondence as follows:

J. Bennett Friedman, Esq.
FRIEDMAN LAW GROUP
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

///

///

///

Dated:   August 4, 2010            Respectfully Submitted,

/s/J. Bennett Friedman
J. Bennett Friedman, Esq., CA SBN 147056
Friedman Law Group
1901 Avenue of the Stars, Ste 1700
Los Angeles, CA 90067
T: (310) 552-8210
F: (310) 733-5442
jfriedman@jbflawfirm.com

*Attorneys for Landlord Creditor,*
*Isaksen Investments, LLC*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

    On August 4, 2010, I served the foregoing document described as NOTICE OF ATTORNEY CHANGE OF ADDRESS on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

*<u>See attached list</u>*

BY MAIL:

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on August 4, 2010, at Los Angeles, California.

☐    (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    /s/Jackeline Martinez
    Jackeline Martinez

## Service List

**Debtor**

Tribune Company, *et al.*
435 N. Michigan Avenue
Chicago, IL 60611

**Debtor's Counsel**

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street , Suite 700
Wilmington, DE 19801

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Jared D. Zajac
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-0002

John H. Strock, III
Fox Rothschild LLP
919 N. Market St., Suite 1300
P.O Box 2323
Wilmington, DE 19899-2323

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue,Suite 1410
Wilmington, DE 19801

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Chicago Tribune Company
c/o Amy D. Brown
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE 19801
888-1112
Fax : 888-1119
Email: abrown@margolisedelstein.com

**U.S. Trustee**

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

**Judge**

The Honorable Kevin J. Carey
United States Bankruptcy Court
District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801