IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 1, 2010 @ 4 p.m. |
| | : | Hearing Date: September 15, 2010 @ 11 a.m. |
| | | *(Only if objections are filed)* |

**FIRST AND FINAL FEE APPLICATION OF DAY PITNEY LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM OCTOBER 13, 2009 TO JANUARY 28, 2010**

| | |
|---|---|
| Name of Applicant: | **Day Pitney LLP** |
| Authorized to Provide Professional Services to: | **The Tribune Company** |
| Date of Retention: | **In or about August, 2009[1]** |
| Period for which compensation and reimbursement is sought: | **October 13, 2009 to January 28, 2010** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$50,182.50** |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary | **$1,637.63** |

This is a: ___ monthly ___ quarterly interim __X__ final application

Day Pitney is not requesting compensation for the preparation of this fee application.

This is the first fee application filed by Day Pitney LLP.

---

[1] As more fully discussed herein, Day Pitney's Affidavit of Ordinary Course Professional was filed on April 16, 2010.

83392515.1                                        1

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## OCTOBER 13, 2009 TO JANUARY 28, 2010

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Victoria Woodin Chavey | 1992 | $405.00 | 79.4 | $32,157.00 |
| **ASSOCIATES** | | | | |
| David C. Salazar-Austin | 2003 | $305.00 | 59.1 | $18,025.50 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period October 13, 2009 to January 28, 2010.** | | | 138.5 | $50,182.50 |
| **Blended Rate:** | | | | $362.33 |

## COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
## OCTOBER 13, 2009 TO JANUARY 28, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Advice Regarding Sindland Complaint (480054-057000) | 60.5 | $22,082.50 |
| George Gombossy Matter (480054-057010) | 78.0 | $28,100.00 |
| **TOTALS:** | **138.5** | **$50,182.50** |

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## OCTOBER 13, 2009 TO JANUARY 28, 2010

| | |
|---|---:|
| Photocopying ($0.10 per page) | $182.60 |
| Postage | $22.29 |
| UPS | $28.86 |
| PACER Charges | $6.64 |
| Deposition Transcripts | $1,397.24 |
| | |
| **Grand Total Expenses for the Fee Period October 13, 2009 to January 28, 2010.** | **$1,637.63** |
| | |

**NARRATIVE**

Day Pitney LLP ("Day Pitney" or "Applicant"), as counsel to the Tribune Company (the "Debtor"), by and for its first and final fee application (the "Application"), which covers the period from October 13, 2009 through and including January 28, 2010, respectfully represents as follows:

**BACKGROUND**

1. On December 8, 2008 (the "Petition Date"), the Debtor and certain of its affiliates filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Prior to the Debtor's filing of the aforesaid petition, the Debtor hired Day Pitney as special labor and employment counsel with respect to certain aspects of the Debtor's business operations. The Debtor requested, and Day Pitney agreed, that Day Pitney continue to provide such services to the Debtor on a post-petition basis during the course of these chapter 11 cases (the "Bankruptcy Cases"), pursuant to the Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business, entered by this court on January 15, 2009 (the "Ordinary-Course Professional Order").

3. The Ordinary-Course Professional Order was served upon Day Pitney in December, 2009, after Day Pitney had commenced its representation of the Debtor. At that time, Day Pitney received from the Debtor's counsel a list of parties for disclosure of connections and conflicts, which list included more than 1000 entities. It took a substantial amount of time to review the conflict search results for such entities, because: (a) hundreds of the entities listed were entities with which the firm had historical dealings; and (b) the primary attorney representing the Debtor left the firm in January, 2010. Day Pitney filed its Affidavit of Ordinary Course Professional as soon as was practicable, on April 16, 2010.

4. The Ordinary-Course Professional Order sets a monthly cap of $10,000 for fees and expenses incurred by Day Pitney. This Application reflects fees and expenses incurred during the period from October 13, 2009 through and including January 28, 2010 (the "<u>Fee Application Period</u>"), during which the fees and expenses incurred by the Debtor with respect to Day Pitney's services exceeded the monthly cap.[2]

5. This is the first fee application filed by Day Pitney in these Bankruptcy Cases.

6. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**RELIEF REQUESTED**

7. By this Application, Day Pitney seeks: (i) allowance of compensation for professional services rendered by Day Pitney as attorneys for the Debtor during the Fee Application Period, in the aggregate amount of $50,182.50, representing 138.5 hours of professional services; and (ii) reimbursement of actual and necessary costs and expenses incurred by Day Pitney in the amount of $1,637.63. Day Pitney respectfully submits that: (a) the professional services rendered for and on behalf of the Debtor were necessary and have contributed to the effective administration of the Debtor's estate, and (b) Day Pitney has received payment from the Debtor of the fees, costs and expenses for which it seeks approval.

**SUMMARY DESCRIPTION OF
SERVICES PROVIDED TO THE DEBTOR**

8. During the Fee Application Period, Day Pitney performed a series of tasks in connection with the Debtor's defense of certain lawsuits brought by certain current or former employees for improper terminations or demotions, and related causes of action, as set forth below:

---

[2] Additional invoices for fees and expenses incurred after the Petition Date that did not exceed the monthly cap have been presented, or are being presented concurrently with this Application, to the Debtor for payment, pursuant to the Ordinary-Course Professional Order.

83392515.1                                          5

a) **Advice Regarding Sindland Complaint (Matter Number 057000)**: Activities performed by Day Pitney during the Fee Application Period included preparation of B. Rockstroh affidavit and draft answer, meetings and communications with the Debtor regarding same, review of additional complaints and witness affidavits, and meetings and communications to arrange for a fact-finding conference with the Debtor and pertinent witnesses.

b) **George Gombossy (Matter Number 057010)**: Activities performed by Day Pitney during the Fee Application Period included review of complaint and client documents regarding background of termination of employee, preparation of motion to strike, review of plaintiff's web blog regarding allegations contained in complaint, interview of pertinent witnesses, review of plaintiff's discovery responses, deposition of plaintiff over a two-day period, and advice to Debtor regarding the staffing of a new consumer reporter position.

9. More detailed itemization of the services performed, time spent and expenses incurred in connection with Day Pitney's representation of the Debtor during the Fee Application Period is provided in the invoices generated by Day Pitney with respect to these matters. Copies of the remittance portions of the invoices that are the subject of this Application are attached hereto as Exhibit "A." Complete copies of Day Pitney's invoices are being served upon the Debtor and Debtor's counsel, and may be made available upon request and upon the execution by the Debtor of an appropriate waiver and release with respect to any privileged information contained therein.

10. All of the professional services for which Day Pitney requests compensation have been rendered solely on behalf of the Debtor in discharging Day Pitney's professional responsibilities.

11. Day Pitney has received no promise of payment for the services rendered during the Fee Application Period, other than pursuant to this Application and this Court's previous orders.

12. No prior application has been made to this or any other Court for allowance of fees and costs to Day Pitney for the Fee Application Period.

13. Payment was received by Day Pitney with respect to the legal services and expenses incurred during the Fee Application Period, on or about June 21, 2010. This Application is being filed to request an order approving fees and costs already paid by the Debtor, per the terms of the Ordinary-Course Professional Order.

14. There is no agreement or understanding between Day Pitney and any other person, other than members of this law firm, for the sharing of compensation to be received for services rendered in these proceedings.

15. Applicant believes that it does not hold or represent any interest adverse to the estate.

16. The undersigned has reviewed the requirements of D. Del. LBR 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with the requirements of D. Del. LBR 2016-2.

WHEREFORE, Day Pitney respectfully requests an order:

    a)     approving the final allowance of $50,182.50 for compensation for professional services rendered by Day Pitney in connection with its representation of the Debtor during the Bankruptcy Cases;

    b)     approving the reimbursement of Day Pitney's actual, out-of-pocket expenses incurred during the Bankruptcy Cases in the amount of $1,637.63; and

    c)     granting such other or further relief as this Court deems just and proper.

Dated:  August 5, 2010    DAY PITNEY LLP

By: /s/ Scott A. Zuber
    Scott A. Zuber
    One Jefferson Road
    Parsippany, NJ 07054-2891
    Tel:  (973) 966-6300
    Fax:  (973) 966-1015
    szuber@daypitney.com