# Exhibit A

# DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL  
THE TRIBUNE COMPANY  
ALISSA B. LIPSON  
HUMAN RESOURCES COUNSEL  
435 NORTH MICHIGAN AVENUE  
CHICAGO, IL 60611-4001

December 10, 2009

RE:  480054 - 057010  GEORGE GOMBOSSY

Tax Identification No. 06-0317480

**REMITTANCE COPY – PAYABLE UPON RECEIPT**

| | |
|---|---:|
| Total For Professional Services Rendered | 11,776.00 |
| Total Disbursements | 67.07 |
| **Current Balance Invoice # 33575998** | **$ 11,843.07** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 480054 – TRIBUNE COMPANY, THE<br>057010 - GEORGE GOMBOSSY | $ 13,132.79 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 24,975.86** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.  
Additional matters may have unpaid balances.  
Please disregard if payment has already been sent.*

Amount Enclosed: $ _____

Please return this Remittance Copy with your  
check made payable to:  
Day Pitney LLP  
P.O. Box 33300  
Hartford, CT 06150-3300

Wire Instructions:  
Please reference Bill # and/or Client/Matter number  
Bank of America, NA  Hartford, CT  ABA#026009593  
Day Pitney Account #9409142259

Questions regarding past due invoices, call: (973) 966-8186

# DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL  
THE TRIBUNE COMPANY  
ALISSA B. LIPSON  
HUMAN RESOURCES COUNSEL  
435 NORTH MICHIGAN AVENUE  
CHICAGO, IL 60611-4001

December 10, 2009

RE:   480054 - 057000   ADVICE REGARDING SINDLAND COMPLAINT

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 8,086.50 |
| Total Disbursements | 13.80 |
| **Current Balance Invoice # 33575996** | **$ 8,100.30** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 480054 – TRIBUNE COMPANY, THE | |
| 057000 - ADVICE REGARDING SINDLAND COMPLAINT | $ 3,078.00 |
| **TOTAL AMOUNT DUE (Current Invoice plus unpaid balances)** | **$ 11,178.30** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.*  
*Additional matters may have unpaid balances.*  
*Please disregard if payment has already been sent.*

Amount Enclosed: $ _____

Please return this Remittance Copy with your  
check made payable to:  
Day Pitney LLP  
P.O. Box 33300  
Hartford, CT 06150-3300

Wire Instructions:  
Please reference Bill # and/or Client/Matter number  
Bank of America, NA  Hartford, CT   ABA#026009593  
Day Pitney Account #9409142259

Questions regarding past due invoices, call: (973) 966-8186

# DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611-4001

January 14, 2010

RE:   480054 - 057000  ADVICE REGARDING SINDLAND COMPLAINT

Tax Identification No. 06-0317480

**REMITTANCE COPY – PAYABLE UPON RECEIPT**

| | |
|---|---:|
| Total For Professional Services Rendered | 933.50 |
| Total Disbursements | 156.60 |
| **Current Balance Invoice # 33579685** | **$ 1,090.10** |

| | |
|---|---:|
| Unpaid Balances as of Invoice Date: | |
| 480054 – TRIBUNE COMPANY, THE | |
| 057000 - ADVICE REGARDING SINDLAND COMPLAINT | $ 11,178.30 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 12,268.40** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.
Additional matters may have unpaid balances.
Please disregard if payment has already been sent.*

Amount Enclosed: $ _____

Please return this Remittance Copy with your
check made payable to:
**Day Pitney LLP**
P.O. Box 33300
Hartford, CT  06150-3300

Wire Instructions:
Please reference Bill # and/or Client/Matter number
Bank of America, NA  Hartford, CT   ABA#026009593
Day Pitney Account #9409142259

Questions regarding past due invoices, call: (973) 966-8186

# DAY PITNEY LLP

NEW YORK   NEW JERSEY   CONNECTICUT   BOSTON   WASHINGTON, DC   WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611-4001

January 14, 2010

RE:   480054 - 057010   GEORGE GOMBOSSY

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 15,412.50 |
| Total Disbursements | 72.54 |
| **Current Balance Invoice # 33579686** | **$ 15,485.04** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 480054 – TRIBUNE COMPANY, THE  057010 - GEORGE GOMBOSSY | $ 24,975.86 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 40,460.90** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.
Additional matters may have unpaid balances.
Please disregard if payment has already been sent.*

Amount Enclosed: $ _____

Please return this Remittance Copy with your
check made payable to:
Day Pitney LLP
P.O. Box 33300
Hartford, CT 06150-3300

Wire Instructions:
Please reference Bill # and/or Client/Matter number
Bank of America, NA   Hartford, CT   ABA#026009593
Day Pitney Account #9409142259

Questions regarding past due invoices, call: (973) 966-8186

# ᴅᴘ DAY PITNEY ʟʟᴘ

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

February 8, 2010

PERSONAL & CONFIDENTIAL
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO, IL  60611-4001

RE:   480054 - 057000  ADVICE REGARDING SINDLAND COMPLAINT

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 13,062.50 |
| Total Disbursements | 80.80 |
| **Current Balance Invoice # 33582626** | **$ 13,143.30** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 480054 – TRIBUNE COMPANY, THE | |
|    057000 - ADVICE REGARDING SINDLAND COMPLAINT | $ 12,268.40 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 25,411.70** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.
Additional matters may have unpaid balances.
Please disregard if payment has already been sent.*

Amount Enclosed: $ _____

| | |
|---|---|
| Please return this Remittance Copy with your check made payable to: **Day Pitney LLP** P.O. Box 33300 Hartford, CT  06150-3300 | Wire Instructions: Please reference Bill # and/or Client/Matter number Bank of America, NA  Hartford, CT   ABA#026009593 Day Pitney Account #9409142259 |

Questions regarding past due invoices, call: (973) 966-8186

# DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL  
THE TRIBUNE COMPANY  
ALISSA B. LIPSON  
HUMAN RESOURCES COUNSEL  
435 NORTH MICHIGAN AVENUE  
CHICAGO, IL 60611-4001

February 8, 2010

RE:   480054 - 057010  GEORGE GOMBOSSY

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 911.50 |
| Total Disbursements | 1,429.42 |
| **Current Balance Invoice # 33582627** | **$ 2,340.92** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 480054 – TRIBUNE COMPANY, THE | |
| 057010 - GEORGE GOMBOSSY | $ 40,460.90 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 42,801.82** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.  
Additional matters may have unpaid balances.  
Please disregard if payment has already been sent.*

Amount Enclosed: $ _____

Please return this Remittance Copy with your  
check made payable to:  
Day Pitney LLP  
P.O. Box 33300  
Hartford, CT 06150-3300

Wire Instructions:  
Please reference Bill # and/or Client/Matter number  
Bank of America, NA  Hartford, CT   ABA#026009593  
Day Pitney Account #9409142259

Questions regarding past due invoices, call: (973) 966-8186