# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 1, 2010 @ 4 p.m. |
| | : | Hearing Date: September 15, 2010 @ 11 a.m. |
| | | *(Only if objections are filed)* |

## NOTICE OF FIRST AND FINAL FEE APPLICATION OF DAY PITNEY LLP

**TO:**

Joseph J. McMahon, Jr., Esq.
Office of the U.S. Trustee
844 King St., Suite 2207
Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)

Cynthia Baldwin, Esq.
Edwards Angell Palmer & Dodge
919 North Market St., Suite 1500
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market St., Suite 1800
Wilmington DE 19801
(Counsel to Creditors' Committee)

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899
(Counsel to Creditors' Committee)

Bryan Krakauer
James F. Conlan
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
(Debtors' Counsel)

Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE 19801
(Debtors' Counsel)

J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Debtors' Counsel)

Jared D. Zajac
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-0002
(Debtors' Counsel)

John H. Strock, III
Fox Rothschild LLP
919 N. Market St., Suite 1300
P.O Box 2323
Wilmington, DE 19899-2323
(Debtors' Counsel)

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060
(Debtors' Counsel)

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603
(Debtors' Counsel)

Amy D. Brown
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE 19801
(Debtors' Counsel)

42137407.1

| | | |
|---|---|---|
| Tribune Company, *et al.*<br>435 N. Michigan Avenue<br>Chicago, IL 60611<br>(Debtor) | Patrick M. Brannigan<br>Cross and Simon<br>913 N. Market Steet<br>P.O. Box 1380<br>11th Floor<br>Wilmington, DE 19899<br>(Counsel to Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Mark D. Collins<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899<br>(Counsel to Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) |
| Katisha D. Fortune<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(Counsel to Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Benjamin S. Kaminetzky<br>Elliot Moskowitz<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>(Counsel to Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Jean-Marie L. Atamian<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019<br>(Counsel to Barclays Capital) |
| Katharine L. Mayer<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(Counsel to Deutsche Bank) | Wayne M. Smith<br>Warner Bros. Entertainment Inc.<br>4000 Warner Blvd.<br>Bldg. 156, Room 5158<br>Burbank, CA 91522<br>(Counsel to Warner Bros. Television) | Jay Teitelbaum<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue<br>Third Floor<br>White Plains, NY 10601<br>(Counsel to Mark Willes) |
| Mark E. Felger<br>Cozen O'Connor<br>1201 N. Market Street, Ste 1400<br>Wilmington, DE 19801<br>(Counsel to Twentieth Television) | Buena Vista Entertainment Inc.<br>c/o Disney / ABC Domestic Television<br>2300 Riverside Dr.<br>Burbank, CA 91506 | SP Newsprint Company<br>c/o White Birch Paper Company<br>80 Field Point Rd.<br>Greenwich, Ct 06830 |
| Jami B. Nimeroff<br>Brown Stone Nimeroff LLC<br>4 East 8th Street<br>Suite 400<br>Wilmington, DE 19801<br>(Counsel to NBC Universal) | Robert Erburu<br>1518 Blue Jay Way<br>Los Angeles, CA 90069 | Scott Golden<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022<br>(Counsel to Abitibi Consolidated) |
| Tower JK, LLC<br>c/o Equity Group Investments<br>Two North Riverside Plaza<br>Chicago, IL 60606 | Raymond Jansen, Jr.<br>24 Dockside Ln.<br>Box 422<br>Key Largo, FL 33037 | Horst Bergman<br>4261 Preserve Parkway South<br>Greenwood, CO 80121 |
| Sommer Leigh Ross<br>Duane Morris, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>(Counsel to Sony Pictures Television) | Pamela K. Webster<br>Buchalter Nemer<br>1000 Welshire Blvd.<br>Suite 1500<br>Los Angeles, CA 90017<br>(Counsel Sony Pictures Television) | Paul J. Catanese<br>Patricia K. Smoots<br>McGuireWoods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br>(Counsel to Nielsen Media Research Inc.) |

| | | |
|---|---|---|
| Margaret Fleming England<br>Ronald S. Gellert<br>Eckert Seamans Cherin & Mellot, LLC<br>300 Delaware Avenue<br>Suite 1360<br>Wilmington, DE 19801<br>(Counsel to Nielsen Media Research Inc.) | Paramount Pictures Corp.<br>5555 Melrose Ave., Suite 121<br>Hollywood, CA 90038 | John L. Decker, Esq.<br>Stuart Maue<br>3840 McKelvey Rd.<br>St. Louis, MO  63044<br>(Fee Auditor) |

PLEASE TAKE NOTICE that on August 5, 2010, Day Pitney LLP filed the First and Final Fee Application of Day Pitney LLP for Compensation and Reimbursement of Expenses for the Period From October 13, 2009 to January 28, 2010 (the "Application"), which seeks approval of a monthly fee application for professional services rendered to the Debtors in the amount of $50,182.50, together with reimbursement of expenses in the amount of $1,637.63.

You are required to file a response, if any, to the Application on or before **September 1, 2010 at 4 p.m.** (Eastern Time).

At the same time, you must also serve a copy of the response upon movant's counsel so that it is received by 4:00 p.m. on September 1, 2010:

>Scott A. Zuber, Esq.
>Day Pitney LLP
>One Jefferson Road
>Parsippany, NJ 07054-2891
>szuber@daypitney.com

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED, OR THE COURT DIRECTS OTHERWISE, AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  August 5, 2010 DAY PITNEY LLP

By: /s/ Scott A. Zuber
    Scott A. Zuber
    One Jefferson Road
    Parsippany, NJ 07054-2891
    Tel:  (973) 966-6300
    Fax:  (973) 966-1015
    szuber@daypitney.com