# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON AUGUST 9, 2010 AT 1:00 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Participants must notify CourtCall by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

## ADJOURNED MATTERS

1. Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full (Filed June 22, 2010) (Docket No. 4852)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-6841129v2

Objection Deadline: July 7, 2010 at 4:00 p.m.

Responses Received:

(a) Debtors' (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 6, 2010) (Docket No. 4943)

(b) Official Committee of Unsecured Creditors' Objection to Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full (Filed July 7, 2010) (Docket No. 4946)

(c) Objection of Certain Settlement Supporters to Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full [Dkt. No. 4852] and Joinder to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Dkt. No. 4943] (Filed July 7, 2010) (Docket No. 4949)

(d) Bridge Agent's (I) Response to Objections to the Motion for Entry of Orders (A) Establishing Procedures for Adjudicating Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Objection to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 12, 2010) (Docket No. 4991)

(e) Response of Certain Settlement Supporters (I) to the Objections to the Cross-Motion of the Debtors for Entry of a Preliminary Pretrial Scheduling Order for the Plan Confirmation Hearing Submitted by the Bridge Agents [Dkt. No. 4991], Wilmington Trust Company [Dkt. No. 4990] and the Credit Agreement Lenders [Dkt. No. 4992] and (II) in Further Support of the Debtors' Cross-Motion for Entry of a Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Dkt. No. 4943] (Filed July 30, 2010) (Docket No. 5219)

    (f)    Debtors' Supplement with Respect to their (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating Debtors' Obligations to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 30, 2010) (Docket No. 5221)

Status:    This matter is adjourned to the August 20, 2010 hearing. This matter will not be going forward.

2. Debtors' (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 6, 2010) (Docket No. 4943)

Related Document(s):

    (a)    Order Setting Expedited Hearing and Shortening Notice Period with Respect to Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order of the Plan Confirmation Hearing (Entered July 7, 2010) (Docket No. 4948)

    (b)    Notice of Hearing on Cross Motion (Filed July 8, 2010) (Docket No. 4961)

    (c)    Debtors' Supplement with Respect to their (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating Debtors' Obligations to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 30, 2010) (Docket No. 5221)

Objection Deadline: July 12, 2010 at 4:00 p.m.

Responses Received:

    (a)    Objection of Certain Settlement Supporters to Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full [Dkt. No. 4852] and Joinder to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Dkt. No. 4943] (Filed July 7, 2010) (Docket No. 4949)

(b) Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 12, 2010) (Docket No. 4989)

(c) Wilmington Trust Company's Objection to the Cross-Motion of the Debtors for Entry of a Preliminary Pretrial Scheduling Order for the Plan Confirmation Hearing (Filed July 12, 2010) (Docket No. 4990)

(d) Bridge Agent's (I) Response to Objections to the Motion for Entry of Orders (A) Establishing Procedures for Adjudicating Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Objection to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 12, 2010) (Docket No. 4991)

(e) Credit Agreement Lenders' Objection to the Debtors' Cross-Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 12, 2010) (Docket No. 4992)

(f) Response of Certain Settlement Supporters (I) to the Objections to the Cross-Motion of the Debtors for Entry of a Preliminary Pretrial Scheduling Order for the Plan Confirmation Hearing Submitted by the Bridge Agents [Dkt. No. 4991], Wilmington Trust Company [Dkt. No. 4990] and the Credit Agreement Lenders [Dkt. No. 4992] and (II) in Further Support of the Debtors' Cross-Motion for Entry of a Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Dkt. No. 4943] (Filed July 30, 2010) (Docket No. 5219)

Status: This matter is adjourned to the August 20, 2010 hearing. This matter will not be going forward.

3. Motion of the Court-Appointed Examiner, Kenneth N. Klee, Esq., for Order (I) Discharging Examiner; (II) Granting Relief from Third-Party Discovery; (III) Approving Disposition of Certain Documents and Information; and (IV) Granting Certain Ancillary Relief (Filed July 23, 2010) (Docket No. 5115)

Related Document(s):

(a) Re-Notice of Hearing (Filed August 4, 2010) (Docket No. 5270)

Objection Deadline: August 2, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended to August 13, 2010 for the Debtors.

Responses Received: None.

Status: This matter is adjourned to the August 20, 2010 hearing. This matter will not be going forward.

4. The Bridge Agent's Motion to Continue (A) the August 30, 2010 Hearing on Confirmation of the Debtors' Proposed Plan of Reorganization and (B) the August 9, 2010 Hearing on the Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed July 30, 2010) (Docket No. 5220)

    Objection Deadline: August 5, 2010 at 5:00 p.m.

    Responses Received: None at this time.

    Status: This matter is adjourned to the August 20, 2010 hearing. This matter will not be going forward.

5. Motion to Amend Discovery and Scheduling Order for Plan Confirmation (Filed July 30, 2010) (Docket No. 5222)

    Related Document(s):

    (a) Order Further Amending Certain Deadlines in (A) Discovery and Scheduling Order and (B) Solicitation Order (Entered August 3, 2010) (Docket No. 5251)

    Objection Deadline: August 5, 2010 at 4:00 p.m.

    Responses Received: None at this time.

    Status: The relief sought in this Motion was addressed at the August 3, 2010 hearing and the Court entered the Order Further Amending Certain Deadlines in (A) Discovery and Scheduling Order and (B) Solicitation Order (Docket No. 5251). This matter will not be going forward.

**CONTESTED MATTERS GOING FORWARD**

6. Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed May 26, 2010) (Docket No. 4620)

    Related Document(s):

    (a) Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed May 26, 2010) (Docket No. 4621)

    (b) Notice of Rescheduled Hearing (Filed June 30, 2010) (Docket No. 4908)

46429/0001-6841129v2

    (c)    Debtors' Notice of Revision to 2010 Management Incentive Plan (Filed July 23, 2010) (Docket No. 5112)

    (d)    Joint Pretrial Memorandum Regarding Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 Pre-Trial Memo (Filed August 4, 2010) (Docket No. 5275)

Objection Deadline: June 9, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on June 10, 2010 for the United States Trustee, until 5:00 p.m. on June 10, 2010 for the Bridge Agent and until an unspecified date for the Official Committee of Unsecured Creditors and the Washington-Baltimore Newspaper Guild.

Responses Received:

    (a)    Preliminary Objection of the United States Trustee to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010, Cross-Motion to Continue the Hearing on the Motion, and Objection to the Related Motion to Seal Part of the Mercer Report (Related to Docket Entry # 4620, 4621) (Filed June 10, 2010) (Docket No. 4736)

    (b)    Bridge Agent's Objection to Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010) (Filed June 10, 2010) (Docket No. 4745)

    (c)    Motion to Limit and Shorten Notice of the United States Trustee's Cross-Motion to Continue the Hearing on the Debtors' Motion to Continue the Hearing on Debtors' Motion for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Related to Docket Entry #4736) (Filed June 11, 2010) (Docket No. 4752)

    (d)    Response by Ron Clemment (Filed June 29, 2010) (Docket No. 4893)

Status:    This matter will be going forward.

Dated: August 5, 2010

                          SIDLEY AUSTIN LLP
                          Bryan Krakauer
                          James F. Conlan
                          One South Dearborn Street
                          Chicago, IL 60603
                          Telephone: (312) 853-7000

                          -and-

46429/0001-6841129v2

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ [signature]
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION