## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x   Chapter 11

In re:                                                  :

                                                        :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                :   Jointly Administered

                                                        :
            Debtors.                                    :   Hearing Date:  (Negative Notice)
------------------------------------------------------- X   Objections Due:  08/03/10 @ 4:00 p.m.


## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 5008

The undersigned hereby certifies that he has received no objection or other response to

the **Tenth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of**

**Compensation and Reimbursement of Expenses** (D.I. No. 5008) dated July 14, 2010 (the

"Application").  The undersigned further certifies that he has reviewed the court's docket in this

case and no objection or other response to the Application appears thereon.  Pursuant to the

notice, objections to the application were to be served no later than 4:00 p.m. on August 3, 2010.

Dated: Wilmington, Delaware
      August 5, 2010

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone:  (302) 427-0400
Facsimile:  (302) 427-8242

Special Counsel to Official Committee
of Unsecured Creditors

2632514.1