IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

SUZANNE P. MICKLICH, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Day Pitney LLP. My business address is 242 Trumbull Street, Hartford, Connecticut.

2. On August 5, 2010, I electronically filed the following documents with the United States Bankruptcy Court for the District of Delaware, thereby causing all parties entitled to receive electronic noticing in this case to be served:

   a. First and Final Fee Application of Day Pitney LLP For Compensation and Reimbursement of Expenses For The Period From October 13, 2009 to January 28, 2010; and

   b. Notice of Fee Application.

3. Also on August 5, 2010, in accordance with Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and Rules 2002-1(b) and 9006-1(c)(i) of the Local Rules of Bankruptcy Procedure, I caused copies of the aforementioned documents to be served upon the parties listed on the attached service list via electronic mail.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Suzanne P. Micklich
SUZANNE P. MICKLICH

Dated: August 6, 2010

42139404.1

## **SERVICE LIST**

**SERVED VIA ELECTRONIC MAIL ON 8/5/10:**

Debtor

Robin Mariella
Email:  rmariella@tribune.com


Counsel to the Unsecured Creditors' Committee

Howard Seife -  Email:  hseife@chadbourne.com
David LeMay – Email:  dlemay@chadbourne.com
Douglas Deutsch – Email:  ddeutsch@chadbourne.com
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112