IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  §
                   §   SS:
NEW CASTLE COUNTY  §

*Judith B. Wray*, being duly sworn according to law, deposes and says that she is employed by Fox Rothschild LLP, counsel for the Bridge Agent in the chapter 11 cases of the above-captioned debtors and debtors in possession and that on the 6th day of August, 2010, she caused a copy of the following document to be served upon the parties listed on Exhibit A attached hereto *via* electronic mail:

1. Notice of Cancellation of Deposition of Corporate Representative(s) of the Chandler Trusts [Docket No. 5289].

_____
Judith B. Wray

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: August 6, 2010

_____
Notary Public

MARY ANNA RUTKOWSKI
NOTARY PUBLIC - STATE OF DELAWARE
MY COMMISSION EXPIRES
August 21, 2011

WM1A 960708v1 08/06/10

# EXHIBIT A

EXHIBIT A
TRIBUNE COMPANY (CASE NO. 08-13141)
ELECTRONIC MAIL SERVICE LIST

Office Of The United States Trustee
For The District Of Delaware
Joseph Mcmahon, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19899-0035

Email: joseph.mcmahon@usdoj.gov

Sidley Austin LLP
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Jonathan D. Lotsoff, Esq.
One South Dearborn Street
Chicago, IL 60603

Email: jconlan@sidley.com;
bkrakauer@sidley.com; jlotsoff@sidley.com

Potter Anderson & Corroon LLP
Laurie Selber Silverstein, Esq.
R. Stephen McNeill, Esq.
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

Email: lsilverstein@potteranderson.com;
rmcneill@potteranderson.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Charles E. Davidow, Esq.
2001 K Street, NW
Washington, DC 20006-1047

Email: cdavidow@paulweiss.com

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, De 19801

Email: npernick@coleschotz.com;
kstickles@coleschotz.com

Chadbourne & Parke, LLP
Douglas E. Deutsch, Esq.
Howard Seife, Esq.
David M. Lemay, Esq.
30 Rockefeller Plaza
New York, NY 10112

Email: hseife@chadbourne.com;
dlemay@chadbourne.com;
ddeutsch@chadbourne.com

Kaye Scholer LLP
Madlyn Primoff, Esq.
425 Park Avenue
New York, NY 10022-3598

Email: mprimoff@kayescholer.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP
David W. Brown, Esq.
1285 Avenue of the Americas
New York, New York 10019-6064

Email: dbrown@paulweiss.com

EXHIBIT A
TRIBUNE COMPANY (CASE NO. 08-13141)
ELECTRONIC MAIL SERVICE LIST

Hennigan, Bennett & Dorman LLP
Bruce Bennett, Esq.
James O. Johnston, Esq.
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Email: bennettb@hbdlawyers.com;
johnstonj@hbdlawyers.com

Kasowitz, Benson, Torres & Friedman LLP
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
1633 Broadway
New York, New York 10019

Email: drosner@kasowitz.com;
aglenn@kasowitz.com

Zuckerman Spaeder LLP
Thomas G. Macauley, Esq.
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19801

Email: tmacauley@zuckerman.com

Benesch, Friedlander, Coplan & Aronoff LLP
Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esq.
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801-1611

Email: rlemisch@beneschlaw.com;
jhoover@Beneschlaw.com

Davis Polk & Wardwell LLP
Donald S. Bernstein, Esq.
Damian S. Schaible, Esq.
Dennis E. Glazer, Esq.
450 Lexington Avenue
New York, New York 10017

Email: donald.bernstein@davispolk.com;
damian.schaible@davispolk.com;
dennis.glazer@davispolk.com

Akin Gump Strauss Hauer Feld LLP
Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
One Bryant Park
New York, NY 10036

Email: dgolden@akingump.com;
pdublin@akingump.com

Zuckerman Spaeder LLP
Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew Goldfarb, Esq.
1800 M Street, NW, Suite 1000
Washington, DC 20036

Email: gbush@zuckerman.com;
jsottile@zuckerman.com;
agoldfarb@zuckerman.com

Brown Rudnick
Robert Stark, Esq.
Martin S. Siegel, Esq.
Seven Times Square
New York, NY 10036

Email: rstark@brownrudnick.com;
msiegel@brownrudnick.com

EXHIBIT A
TRIBUNE COMPANY (CASE NO. 08-13141)
ELECTRONIC MAIL SERVICE LIST

Landis, Rath & Cobb, LLP
Adam G. Landis, Esq.
919 Market Street
Suite 1800
Wilmington, DE 19801

Email: landis@lrclaw.com

O'Melveny & Myers LLP
Daniel L. Cantor, Esq.
Times Square Tower
7 Times Square
New York, NY 10036

Email: dcantor@omm.com

Bifferato Gentilotti
Garvan F. McDaniel, Esq.
800 North King Street, Plaza Level
Wilmington, DE 19801

Email: gmcdaniel@bglawde.com

Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esq.
Mark M. Billion, Esq.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Email: ljones@pszjlaw.com;
mbillion@pszjlaw.com

Richards, Layton & Finger, PA
Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
920 North King Street
Wilmington, DE 19801

Email: mfcollins@rlf.com;
stearn@rlf.com

Teitelbaum & Baskin, LLP
Jay Teitelbaum, Esq.
3 Barker Avenue, Third Floor
White Plains, NY 10601

Email: jteitelbaum@tblawllp.com

Young Conaway Stargatt & Taylor, LLP
Robert S. Brady, Esq.
M. Blake Cleary, Esq.
The Bradywine Building - 17th Floor
1000 West Street, Post Office Box 391
Wilmington, DE 19899-0391

Email: rbrady@ycst.com;
mbcleary@ycst.com

Gibson, Dunn & Crutcher LLP
Joel A. Feuer, Esq.
2029 Century Park East
Los Angeles, CA 90067-3026

Email: jfeuer@gibsondunn.com

EXHIBIT A
TRIBUNE COMPANY (CASE NO. 08-13141)
ELECTRONIC MAIL SERVICE LIST

Wilmer Cutler Pickering Hale and Dorr LLP
Andrew Goldman, Esq.
390 Park Avenue
New York, New York 10022

Email: andrew.goldman@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP
Lisa Jack, Esq.
60 State Street
Boston, Massachusetts 02109

Email: lisa.jack@wilmerhale.com

Klee, Tuchin, Bogdanoff & Stern LLP
Kenneth N. Klee, Esq.
Martin R. Barash, Esq.
Lee R. Bogdanoff, Esq.
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA  90067-5061

Email: kklee@ktbslaw.com;
mbarash@ktbslaw.com;
lbogdanoff@ktbslaw.com

Jenner & Block LLP
David J. Bradford, Eq.
353 N. Clark Street
Chicago, IL 60654-3456

Email: dbradford@jenner.com

Saul Ewing, LLP
Mark Minuti, Esq.
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

Email: mminuti@saul.com