IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | : | Jointly Administered |
| Debtors. | : | **Objection Date: August 26, 2010 at 4:00 p.m.** |
| | : | **Hearing Date:** ***Only if Objections are filed*** |

**NOTICE OF FEE APPLICATION**

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Kenneth P. Kansa, Esquire
Jillian K. Ludwig, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.)

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.)

John L. Decker, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044
(Fee Auditor)

PLEASE TAKE NOTICE that on August 6, 2010, Alvarez & Marsal North America, LLC filed the **Eighteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2010 through June 30, 2010** (the "Application"), which seeks approval of a monthly fee application for professional services rendered to the Debtors in the amount of $490,411.00, together with reimbursement of disbursements in the amount of $98.19.

You are required to file a response, if any, to the Application on or before **August 26, 2010 at 4:00 p.m.** (Eastern Time).

At the same time, you must also serve a copy of the response upon Applicant and Debtors' counsel so that it is received by **4:00 p.m. on August 26, 2010**:

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com

Kenneth Kansa, Esquire
Jillian K. Ludwig, Esquire
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
kkansa@sidley.com

Thomas E. Hill
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
55 Monroe Street, Suite 4000
Chicago, IL 60603
tjhill@alvarezandmarsal.com

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED, OR THE COURT DIRECTS OTHERWISE, AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 6, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ______________________
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION