IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 5291** |

## NOTICE OF WITHDRAWAL REGARDING DOCKET NUMBER 5291

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that on August 6, 2010, Alvarez & Marsal North America, LLC filed the Eighteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2010 through June 30, 2010 [Docket No. 5291].

PLEASE TAKE FURTHER NOTICE that Docket Number 5291 is hereby withdrawn.

Dated: August 6, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-6922537v1