# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
 **EIN:** 36–1880355
Times Mirror Corporation
Chicago Tribune Company

**Chapter:** 11

*Case No*.: 08–13141–KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 8/3/2010 was filed on 8/4/2010 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 8/25/2010 .

If a request for redaction is filed, the redacted transcript is due 9/7/2010 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/2/2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 8/4/10

(ntc)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: Brandon                 Page 1 of 1                  Date Rcvd: Aug 04, 2010
Case: 08-13141                 Form ID: ntcBK                Total Noticed: 10

The following entities were noticed by first class mail on Aug 06, 2010.
db           +Tribune Company,    435 N. Michigan Avenue,    Chicago, IL 60611-4024
aty          +Amy D. Brown,    Margolis Edelstein,    750 Shipyard Drive,    Suite 102,
               Wilmington, DE 19801-5161
aty          +Carl D. Neff,    Ciardi Ciardi & Astin,    919 N. Market Street,    Suite 700,
               Wilmington, DE 19801-3044,    U.S.A.
aty          +J. Kate Stickles,    Cole, Schotz, Meisel, Forman & Leonard,,    500 Delaware Avenue, Suite 1410,
               Wilmington, DE 19801-1496
aty          +James F. Conlan,    Sidley Austin LLP,    One South Dearborn Street,    Chicago, IL 60603-2323
aty           Jared D. Zajac,    McDermott Will & Emery LLP,    340 Madison Avenue,    New York, NY 10173-0002
aty           John H. Strock, III,    Fox Rothschild LLP,    919 N. Market St., Suite 1300,    P.O Box 2323,
               Wilmington, DE 19899-2323
aty          +Norman L. Pernick,    Cole, Schotz, Meisel, Forman & Leonard,,    500 Delaware Avenue,Suite 1410,
               Wilmington, DE 19801-1496
aty          +Patrick J. Reilley,    Cole, Schotz, Meisel, Forman & Leonard,,    500 Delaware Avenue, Suite 1410,
               Wilmington, DE 19801-1496
aty          +Patrick Theodore Garvey,    Johnson & Bell, Ltd,    33 W. Monroe, Suite 2700,
               Chicago, IL 60603-5404

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2010**               **Signature:**     *Joseph Speetjens*