# EXHIBIT A

***STIPULATION***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

**STIPULATION BY AND AMONG DEBTORS, WILMINGTON TRUST CO., WELLS FARGO BANK, JPMORGAN CHASE BANK, LAW DEBENTURE TRUST CO., CENTERBRIDGE CREDIT ADVISORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CREDIT AGREEMENT LENDERS, AGREEING TO APPLY TO EXPERT DISCOVERY FEDERAL RULE OF CIVIL PROCEDURE 26 AS AMENDED EFFECTIVE DECEMBER 1, 2010**

This stipulation (the "Stipulation") is entered into by and among the above captioned debtors and debtors in possession (collectively, the "Debtors"), Wilmington Trust Co., Wells Fargo Bank, JPMorgan Chase Bank, Law Debenture Trust Co., Centerbridge Credit Advisors,

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

the Official Committee of Unsecured Creditors, and Credit Agreement Lenders (the "Stipulation Parties").

**RECITALS**

A. WHEREAS, this Court has entered an order providing for the disclosure of experts and allowing and scheduling discovery of any disclosed expert witnesses in connection with the upcoming hearing on confirmation of the Plan of Reorganization (Dkt. 4928), as amended by Order dated August 3, 2010 (Dkt. 5251) ("Scheduling Order").

B. WHEREAS, pursuant to the Scheduling Order, each of the Stipulation Parties have identified expert witnesses, whose reports are due to be served on August 30, 2010.

C. WHEREAS, pursuant to Federal Rule of Bankruptcy Procedure 7026, Federal Rule of Civil Procedure 26 ("Rule 26") applies to discovery relating to any proposed expert witnesses.

D. WHEREAS, on April 28, 2010, the Supreme Court of the United States approved amendments to Rule 26 to be effective as of December 1, 2010, that extend work-product protection to the discovery of draft reports by testifying expert witnesses and, with certain limited exceptions, to communications between those witnesses and retaining counsel.

E. WHEREAS, as amended effective December 1, 2010, Rule 26(b)(4)(B) will state:

> *Trial-Preparation Protection for Draft Reports or Disclosures.* Rules 26(b)(3)(A) and (B) protect drafts of any report or disclosure required under Rule 26(a)(2), regardless of the form in which the draft is recorded.

F. WHEREAS, as amended effective December 1, 2010, Rule 26(b)(4)(C) will state:

> *Trial-Preparation Protection for Communications Between a Party's Attorney and Expert Witnesses.* Rules 26(b)(3)(A) and (B) protect communications between the party's attorney and any witnesses required to provide a report under Rule 26(a)(2)(B), regardless of the form of the communications, except to the extent that the communications: (i) relate to

        > compensation for the expert's study or testimony; (ii) identify facts or data that the party's attorney provided and that the expert considered in forming the opinions to be expressed; or (iii) identify assumptions that the party's attorney provided and that the expert relied on in forming the opinions to be expressed.

G. WHEREAS, the Stipulation Parties have agreed that they will proceed with the expert discovery authorized by the Scheduling Order in connection with the confirmation hearing as if Rule 26 as amended effective December 1, 2010 were in full force and effect.

**STIPULATION**

NOW, THEREFORE, based on the foregoing, the Stipulation Parties hereby stipulate and agree as follows:

1. Any expert discovery in connection with the Confirmation Hearing shall be conducted as if Rule 26 as amended effective December 1, 2010 were in full force and effect.

Dated: Wilmington, Delaware
August 5, 2010

SIGNATURE PAGE FOR STIPULATION BY AND AMONG DEBTORS, WILMINGTON TRUST CO., WELLS FARGO BANK, JPMORGAN CHASE BANK, LAW DEBENTURE TRUST CO., CENTERBRIDGE CREDIT ADVISORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CREDIT AGREEMENT LENDERS, AGREEING TO APPLY TO EXPERT DISCOVERY FEDERAL RULE OF CIVIL PROCEDURE 26 AS AMENDED EFFECTIVE DECEMBER 1, 2010

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
James F. Bendernagel, Jr.
James W. Ducayet
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: [signature] / Sidley Austin
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

BROWN RUDNICK LLP
Robert J. Stark
Martin S. Siegel
William M. Dolan III
Katherine S. Bromberg
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801

-and-

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

By: */s/ Raymond H. Lemisch*
Raymond H. Lemisch (No. 4204)
Jennifer R. Hoover (No. 5111)
222 Delaware Ave, Suite 801
Wilmington, DE 19801
Tel: (302) 442-7010
Fax: (302) 442-7012

ATTORNEYS FOR WILMINGTON TRUST CO.

SIGNATURE PAGE FOR STIPULATION BY AND AMONG DEBTORS, WILMINGTON TRUST CO., WELLS FARGO BANK, JPMORGAN CHASE BANK, LAW DEBENTURE TRUST CO., CENTERBRIDGE CREDIT ADVISORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CREDIT AGREEMENT LENDERS, AGREEING TO APPLY TO EXPERT DISCOVERY FEDERAL RULE OF CIVIL PROCEDURE 26 AS AMENDED EFFECTIVE DECEMBER 1, 2010.

WHITE & CASE LLP
Thomas E. Lauria
Gerard Uzzi
David Hille
Andrew Hammond
Scott Greissman
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200

-and-

FOX ROTHSCHILD LLP

By: ____________________
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Tel: (302) 654-7444

ATTORNEYS FOR WELLS FARGO BANK

DAVIS POLK & WARDWELL LLP
Dennis E. Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4019

-and-

RICHARDS, LAYTON & FINGER, P.A.

By: Robert J. Stearn
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701

ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.

SIGNATURE PAGE FOR STIPULATION BY AND AMONG DEBTORS, WILMINGTON TRUST CO., WELLS FARGO BANK, JPMORGAN CHASE BANK, LAW DEBENTURE TRUST CO., CENTERBRIDGE CREDIT ADVISORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CREDIT AGREEMENT LENDERS, AGREEING TO APPLY TO EXPERT DISCOVERY FEDERAL RULE OF CIVIL PROCEDURE 26 AS AMENDED EFFECTIVE DECEMBER 1, 2010.

WHITE & CASE LLP
Thomas E. Lauria
Gerard Uzzi
David Hille
Andrew Hammond
Scott Greissman
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200

-and-

FOX ROTHSCHILD LLP

By: ______________________
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Tel: (302) 654-7444

ATTORNEYS FOR WELLS FARGO BANK

DAVIS POLK & WARDWELL LLP
Dennis E. Glazer
Karen E. Wagner
Sharon Katz
Michael Russano
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4019

-and-

RICHARDS, LAYTON & FINGER, P.A.

By: ______________________
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701

ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.

SIGNATURE PAGE FOR STIPULATION BY AND AMONG DEBTORS, WILMINGTON TRUST CO., WELLS FARGO BANK, JPMORGAN CHASE BANK, LAW DEBENTURE TRUST CO., CENTERBRIDGE CREDIT ADVISORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CREDIT AGREEMENT LENDERS, AGREEING TO APPLY TO EXPERT DISCOVERY FEDERAL RULE OF CIVIL PROCEDURE 26 AS AMENDED EFFECTIVE DECEMBER 1, 2010.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner
Andrew K. Glenn
Sheron Korpus
Daniel A. Fliman
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700

-and-

BIFFERATO GENTILOTTI LLC

By: [signature]
Garvan F. McDaniel (No. 4167)
Mary E. Augustine (No. 4477)
800 North King Street, Plaza Level
Wilmington, DE 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

ATTORNEYS FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
Philip C. Dublin
One Bryant Park
New York, NY 10036
Tel: (212) 872-7481

-and-

PACHULSKI STANG ZIEHL & JONES LLP

By: ______________________
Laura Davis Jones
Timothy P. Cairns
Mark M. Billion
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
Tel: (302) 652-4100
Fax: (302) 652-4400

ATTORNEYS FOR CENTERBRIDGE CREDIT ADVISORS LLC

SIGNATURE PAGE FOR STIPULATION BY AND AMONG DEBTORS, WILMINGTON TRUST CO., WELLS FARGO BANK, JPMORGAN CHASE BANK, LAW DEBENTURE TRUST CO., CENTERBRIDGE CREDIT ADVISORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CREDIT AGREEMENT LENDERS, AGREEING TO APPLY TO EXPERT DISCOVERY FEDERAL RULE OF CIVIL PROCEDURE 26 AS AMENDED EFFECTIVE DECEMBER 1, 2010.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David S. Rosner
Andrew K. Glenn
Sheron Korpus
Daniel A. Fliman
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700

-and-

BIFFERATO GENTILOTTI LLC

By: ______________________
Garvan F. McDaniel (No. 4167)
800 North King Street, Plaza Level
Wilmington, DE 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

ATTORNEYS FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK

AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
Philip C. Dublin
One Bryant Park
New York, NY 10036
Tel: (212) 872-7481

-and-

PACHULSKI STANG ZIEHL & JONES LLP

By: ______________________
Laura Davis Jones
Timothy P. Cairns
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
Tel: (302) 652-4100
Fax: (302) 652-4400

ATTORNEYS FOR CENTERBRIDGE CREDIT ADVISORS LLC

SIGNATURE PAGE FOR STIPULATION BY AND AMONG DEBTORS, WILMINGTON TRUST CO., WELLS FARGO BANK, JPMORGAN CHASE BANK, LAW DEBENTURE TRUST CO., CENTERBRIDGE CREDIT ADVISORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CREDIT AGREEMENT LENDERS, AGREEING TO APPLY TO EXPERT DISCOVERY FEDERAL RULE OF CIVIL PROCEDURE 26 AS AMENDED EFFECTIVE DECEMBER 1, 2010.

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
Douglas E. Deutsch
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-5100

-and-

LANDIS RATH & COBB LLP

By: Adam G. Landis
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Tel: (302) 467-4400
Fax: (302) 467-4450

ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
James O. Johnston
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Tel: (213) 694-1200

-and-

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

By: ____________________
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899
Tel: (302) 571-6600
Fax: (302) 571-1253

ATTORNEYS FOR THE CREDIT AGREEMENT LENDERS

**SIGNATURE PAGE FOR STIPULATION BY AND AMONG DEBTORS, WILMINGTON TRUST CO., WELLS FARGO BANK, JPMORGAN CHASE BANK, LAW DEBENTURE TRUST CO., CENTERBRIDGE CREDIT ADVISORS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CREDIT AGREEMENT LENDERS, AGREEING TO APPLY TO EXPERT DISCOVERY FEDERAL RULE OF CIVIL PROCEDURE 26 AS AMENDED EFFECTIVE DECEMBER 1, 2010.**

CHADBOURNE & PARKE LLP
Howard Seife
David M. LeMay
Douglas E. Deutsch
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-5100

-and-

LANDIS RATH & COBB LLP

By: ______________________
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Tel: (302) 467-4400
Fax: (302) 467-4450

ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
James O. Johnston
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Tel: (213) 694-1200

-and-

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

By: ______________________ RSD
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE 19899
Tel: (302) 571-6600
Fax: (302) 571-1253

ATTORNEYS FOR THE CREDIT AGREEMENT LENDERS