UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
|  | ) |  |
| **TRIBUNE COMPANY,** *et al.,* | ) | **Case. No. 08-13141 (KJC)** |
|  | ) |  |
|  | ) |  |
| **Debtors** | ) | **Jointly Administered** |
|  | ) |  |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

     PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., a Landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

                    Simon Property Group, Inc.
                    Attn: Ronald M. Tucker, Esq.
                    225 West Washington Street
                    Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

                    Respectfully submitted,

                    */s/ Ronald M. Tucker*
                    Ronald M. Tucker, Esq., Attorney for
                    Simon Property Group, Inc. and its related entities
                    Indiana Bar #11428-49
                    (317) 263-2346
                    (317) 263-7901 (FAX)
                    E-mail address: rtucker@simon.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served this 9th day of August, 2010, via regular U.S. Mail prepaid, facsimile and/or ECF Noticing to each of the persons on the annexed Service List.

By: /s/ Ronald M. Tucker
Ronald M. Tucker, Esq.

Sidley Austin LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kerriann S. Mills
One South Dearborn Street
Chicago, IL 60603

Cole, Schotz, Meisel,
Foreman & Leonard, P.A.
Norman L. Pernick
J. Kate Stickles
Patrick J. Reilley
500 Delaware Avenue, Ste 1410
Wilmington, DE 19801