# EXHIBIT A

 **ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

July 29, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:273848
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through June 30, 2010.

| | | |
|---|---|---|
| By Graeme W. Bush<br>57.00  hours at  $765.00  per hour | $ | 43,605.00 |
| By James Sottile<br>60.80  hours at  $675.00  per hour | $ | 41,040.00 |
| By Thomas G. Macauley<br>19.60  hours at  $580.00  per hour | $ | 11,368.00 |
| By Andrew N. Goldfarb<br>50.00  hours at  $550.00  per hour | $ | 27,500.00 |
| By Lisa J. Stevenson<br>3.70  hours at  $525.00  per hour | $ | 1,942.50 |
| By Jonathan M. Watkins<br>1.50  hours at  $370.00  per hour | $ | 555.00 |
| By John B. Timmer<br>1.60  hours at  $295.00  per hour | $ | 472.00 |
| By Benjamin L. Krein<br>19.40  hours at  $370.00  per hour | $ | 7,178.00 |
| By Scott A. Hanna<br>3.90  hours at  $300.00  per hour | $ | 1,170.00 |

BALTIMORE    NEW YORK    TAMPA    WASHINGTON, DC    WILMINGTON

2659564.1

July 29, 2010                                                                                     Page 2

By Lisa Medoro
   6.00  hours at  $240.00  per hour                $      1,440.00

By Rey Caling
   4.50  hours at  $195.00  per hour                $       877.50

By Jeanne Trahan Faubell
   1.00  hours at  $165.00  per hour                $       165.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 137,313.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 137,313.00 |

2659564.1

DESCRIPTION OF SERVICES                                                      CLIENT: 12464
                                                                                           MATTER: 0001


James Sottile

| 06/01/10 | 0.70 | Meeting with G. Bush, A. Goldfarb and T. Macauley (by phone) regarding issues on and work needed on reply submission to examiner regarding lender claims. |
| 06/01/10 | 4.50 | Draft/edit reply submission to examiner regarding lender claims. |
| 06/02/10 | 0.30 | Review Graeme Bush edits to reply submission and e-mail exchange with Graeme Bush regarding same. |
| 06/03/10 | 5.40 | Draft/edit reply submission to examiner regarding claims against lenders. |
| 06/03/10 | 1.60 | Review/analyze all LBO collapse cases cited by JP Morgan in examiner submission. |
| 06/03/10 | 0.40 | Discussions with Graeme Bush regarding key issues on reply submission to examiner regarding claims against lenders. |
| 06/03/10 | 0.40 | Teleconference with M. Rule (Alix Partners) regarding solvency issues implicated by reply submission to examiner regarding claims against lenders. |
| 06/04/10 | 2.90 | Edit reply submission to examiner regarding lender claims. |
| 06/04/10 | 0.30 | E-mail correspondence with M. Rule (Alix) regarding financial and solvency issues for reply submission to examiner regarding lender claims. |
| 06/04/10 | 0.40 | Review reply submission to examiner concerning third-party claims. |
| 06/04/10 | 0.70 | Further work on analysis of solvency issues for reply submission to examiner regarding lender claims. |
| 06/04/10 | 0.80 | Further review of other examiner submissions regarding lender claims to identify any potential remaining issues to address in reply submission. |
| 06/06/10 | 0.60 | Edit reply submission to examiner regarding lender claims. |
| 06/08/10 | 0.60 | Prepare for litigation expert call with examiner's adviser and counsel by review key presentations regarding solvency issues. |

| | | |
|---|---|---|
| 06/08/10 | 0.30 | Participate in weekly Tribune professionals call regarding status of bankruptcy, examiner process and confirmation discovery. |
| 06/08/10 | 0.70 | Participate in call with litigation expert, D. Fidler (Klee Tuchin) and C. Elson (LECG). |
| 06/08/10 | 0.50 | Teleconference with litigation expert to prepare for call with examiner. |
| 06/09/10 | 0.30 | Edit letter to examiner regarding choice of law and ordinary course of business issues. |
| 06/09/10 | 0.30 | Meeting with G. Bush, A. Goldfarb and T. Macauley regarding letter to examiner regarding choice of law and ordinary course of business issues. |
| 06/10/10 | 0.30 | Teleconference with T. Zink (Chadbourne) regarding choice of law and ordinary course of business issues for examiner inquiry. |
| 06/10/10 | 2.40 | Review reply submissions to examiner from various parties. |
| 06/11/10 | 2.10 | Continue review/analysis of reply submissions to examiner and implications for confirmation hearing. |
| 06/14/10 | 0.30 | Review settlement-related documents to be produced by other parties. |
| 06/14/10 | 1.40 | Begin review of settlement-related e-mails and other communications from Zuckerman Spaeder files to prepare for issues that may arise at confirmation hearing regarding settlement process. |
| 06/15/10 | 0.40 | Participate in Tribune professionals call regarding status of bankruptcy, confirmation issues. |
| 06/15/10 | 2.40 | Work on developing outline of potential expert testimony for confirmation hearing, identifying key issues and facts; review/analysis of valuation and solvency opinions relevant to same. |
| 06/16/10 | 0.50 | Teleconference with T. Zink and M. Ashley (Chadbourne) and A. Goldfarb regarding plan confirmation discovery and expert disclosures. |
| 06/17/10 | 0.30 | Teleconference with M. Rule (Alix) regarding testimony at confirmation hearing. |
| 06/17/10 | 0.80 | Prepare for and participate in telephonic meeting of Unsecured Creditors Committee. |

| 06/18/10 | 1.40 | Teleconference with M. Ashley, T. Zink and T. McCormack (Chadbourne) and A. Goldfarb regarding confirmation depositions and strategy for confirmation hearing. |
| 06/18/10 | 0.10 | Teleconference with A. Goldfarb regarding plan confirmation depositions. |
| 06/21/10 | 1.80 | Identify and review documents for potential use in noticed depositions regarding solvency issues. |
| 06/21/10 | 1.00 | Prepare for meeting with counsel for plan proponents regarding strategy for plan confirmation hearing by review key documents and relevant cases on plan confirmation issues. |
| 06/21/10 | 0.80 | Outline topics for potential expert testimony regarding solvency issues at confirmation hearing. |
| 06/22/10 | 0.70 | Prepare for meeting with counsel for plan proponents regarding planning for confirmation hearing by review key documents. |
| 06/22/10 | 0.80 | Meeting with H. Seife, T. McCormack, M. Ashley and T. Zink to prepare for meeting with counsel for plan proponents regarding planning for confirmation hearing. |
| 06/22/10 | 2.30 | Participate in meeting with counsel for plan proponents regarding planning for confirmation hearing. |
| 06/22/10 | 0.10 | Teleconference with litigation expert regarding potential testimony regarding solvency issues. |
| 06/22/10 | 0.20 | Participate in call with examiner's counsel regarding extension of time for report. |
| 06/23/10 | 0.20 | Teleconference with S. Korpus (Kasowitz) regarding plan confirmation discovery and hearing. |
| 06/23/10 | 0.50 | Teleconference with G. Bush, A. Goldfarb and T. Macauley regarding scheduling for plan confirmation discovery and hearing and strategy for hearing. |
| 06/23/10 | 0.30 | Review draft order extending dates regarding plan confirmation and consider effect on voting on plan and confirmation discovery. |
| 06/23/10 | 0.80 | Research key law concerning and analyze conflict issues arising from expert's change of firms. |
| 06/23/10 | 2.70 | Prepare for upcoming depositions of JPM and Debtors' witnesses by review key documents and prior relevant depositions. |

| 06/24/10 | 0.80 | Participate in conference call with counsel for plan proponents regarding plans for confirmation hearing. |
| 06/24/10 | 0.10 | Review and comment on draft memo of call with counsel for plan proponents regarding plans for confirmation hearing. |
| 06/24/10 | 1.70 | Draft outline of key issues, facts, witnesses for confirmation hearing. |
| 06/24/10 | 1.90 | Continued review/analysis of examiner submissions to identify key issues for confirmation hearing. |
| 06/25/10 | 0.50 | Teleconference with H. Seife (Chadbourne) and Z. Jamal and T. Carlston (Moelis) regarding plan confirmation voting issues. |
| 06/25/10 | 2.20 | Further review/analysis of examiner briefing to identify arguments and issues for plan confirmation. |
| 06/28/10 | 0.40 | Teleconference with litigation expert and G. Bush regarding plan confirmation issues. |
| 06/28/10 | 0.40 | Meeting with G. Bush regarding issues on plan confirmation discovery and witnesses. |
| 06/28/10 | 1.80 | Work on outline of potential expert testimony for confirmation hearing and review key solvency documents in connection with same. |
| 06/29/10 | 0.30 | Review and analyze memo regarding conflict issues with litigation expert. |
| 06/29/10 | 0.40 | Review pleadings regarding examiner motion to extend time for report, debtors' response and analyze arguments regarding timing on voting deadline. |
| 06/29/10 | 0.40 | Review Wells Fargo motion regarding allowance of claims and Wilmington Trust motion regarding claim for counsel fees. |
| 06/29/10 | 1.10 | Outline key issues for confirmation depositions. |
| 06/30/10 | 0.20 | Teleconference with A. Landis (Landis, Rath) regarding witnesses at confirmation hearing. |
| 06/30/10 | 0.40 | Teleconference with G. Bush regarding confirmation discovery and witnesses including expert testimony. |
| 06/30/10 | 1.90 | Continued outlining key issues and other evidence needed for confirmation hearing. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 06/01/10 | 2.40 | Revise draft reply to Examiner. |
| 06/01/10 | 0.50 | Review J. Timmer research on imputation of bad faith to subsequent transferees and obligees, cases re same. |
| 06/01/10 | 0.40 | Draft paragraph for reply to Examiner on imputation. |
| 06/01/10 | 0.20 | E-mails to L. Stevenson, J. Timmer and J. Watkins regarding research follow up. |
| 06/01/10 | 0.20 | Review L. Stevenson's and J. Watkins's research. |
| 06/01/10 | 0.90 | Meet with G. Bush, J. Sottile and T. Macauley regarding substance and strategy for Examiner reply. |
| 06/01/10 | 0.30 | Meet with G. Bush and T. Macauley regarding assignments for reply to Examiner. |
| 06/01/10 | 0.10 | E-mails with Examiner counsel regarding conference call scheduling. |
| 06/02/10 | 0.60 | Participate in weekly professionals call. |
| 06/02/10 | 0.30 | E-mails to G. Bush and J. Sottile regarding legal and logistical issues for Examiner reply submission. |
| 06/02/10 | 0.40 | Research 546(e) and recent decision. |
| 06/02/10 | 1.00 | Review Merrill documents. |
| 06/02/10 | 0.60 | Prepare outline for call regarding discovery, financial advisors and lenders. |
| 06/03/10 | 0.60 | Call regarding Examiner investigation with Saul Ewing. |
| 06/03/10 | 0.20 | Email to Zuckerman Spaeder team summarizing call on Examiner investigation. |
| 06/03/10 | 0.40 | E-mails in connection with Examiner investigation. |
| 06/03/10 | 0.50 | Review documents in connection with Examiner investigation. |
| 06/03/10 | 0.10 | Call with M. Ashley regarding same. |
| 06/03/10 | 0.10 | Email to Moody's counsel regarding Rule 2004 Examination. |
| 06/03/10 | 3.50 | Revise and research reply for Examiner. |
| 06/04/10 | 6.80 | Revise reply for Examiner. |
| 06/04/10 | 0.30 | E-mails with Chadbourne & Parke regarding posting draft reply to UCC. |
| 06/05/10 | 0.50 | Edit reply submission to Examiner. |

| 06/06/10 | 4.20 | Revise, edit, and finalize reply submission to Examiner. |
| 06/08/10 | 0.50 | Participate in UCC weekly professionals' call. |
| 06/08/10 | 0.10 | Confer with G. Bush and J. Sottile regarding examiner submissions. |
| 06/08/10 | 0.30 | Review June 6 submissions to Examiner. |
| 06/08/10 | 0.80 | Draft and circulate letter to Examiner on legal issues. |
| 06/08/10 | 0.20 | Review JPM discovery responses to Wilmington Trust. |
| 06/08/10 | 1.10 | Participate in call with expert, J. Sottile. |
| 06/08/10 | 0.30 | Confer with J. Sottile, expert. |
| 06/09/10 | 0.10 | Participate in call regarding draft letter to Examiner on legal issues. |
| 06/09/10 | 0.20 | Review revised draft letter to Examiner on legal issues. |
| 06/09/10 | 1.00 | Review Law Debenture and JPMorgan replies to Examiner. |
| 06/09/10 | 0.30 | Review and send e-mails regarding confirmation-related discovery with Zuckerman Spaeder team, Chadbourne & Parke. |
| 06/09/10 | 0.10 | Attention to depository indices. |
| 06/10/10 | 2.20 | Research choice of law issues for letter to Examiner. |
| 06/10/10 | 0.20 | E-mails within Zuckerman Spaeder on letter to Examiner. |
| 06/10/10 | 0.10 | Review suggested changes to letter to Examiner. |
| 06/10/10 | 0.40 | Revise letter to Examiner. |
| 06/11/10 | 1.00 | Call with Chadbourne & Parke regarding confirmation planning strategy and planning. |
| 06/11/10 | 0.20 | Confer with G. Bush and J. Sottile. |
| 06/11/10 | 0.60 | Review Examiner submissions. |
| 06/11/10 | 0.20 | Review Credit Agreement Lenders' motion. |
| 06/11/10 | 0.30 | Revise draft letter to Examiner on legal issues. |
| 06/11/10 | 0.20 | Respond to request for deposition exhibits. |
| 06/11/10 | 0.20 | Respond to T. Zink inquiry regarding LBO Complaint. |
| 06/14/10 | 0.30 | Revise, finalize, and send letter to Examiner. |
| 06/14/10 | 0.30 | Review materials for potential production in confirmation discovery. |

| 06/15/10 | 0.20 | Finalize and send letter to Examiner. |
| 06/15/10 | 0.40 | Participate in weekly UCC professionals' call. |
| 06/15/10 | 0.60 | Prepare draft agreement between UCC and Moody's regarding 2004 requests. |
| 06/15/10 | 0.20 | Review Committee materials from M. Ashley regarding settlement production and e-mails regarding same. |
| 06/16/10 | 0.40 | Call with S. Korpus regarding confirmation hearing planning. |
| 06/16/10 | 0.50 | Call with C&P, J. Sottile regarding confirmation strategy and planning. |
| 06/16/10 | 0.10 | Send draft production agreement to Moody's counsel. |
| 06/17/10 | 0.40 | Participate in UCC Committee call. |
| 06/17/10 | 0.20 | Attention to deposition schedule. |
| 06/18/10 | 1.50 | Call with Chadbourne & Parke (T. McCormack, Zink, Ashley) regarding depositions, confirmation hearing. |
| 06/18/10 | 0.30 | Revise confirmation discovery deposition chart with additional information. |
| 06/21/10 | 0.10 | Email A. Griffiths regarding Moody's Rule 2004 production. |
| 06/22/10 | 0.50 | Review materials related to role of Creditors' Committees in confirmation hearings. |
| 06/22/10 | 0.20 | Participate in weekly professionals' call. |
| 06/22/10 | 0.10 | Email to Examiner regarding scheduling of conference call in connection with examiner's investigation. |
| 06/23/10 | 0.30 | Call with G. Bush, J. Sottile and T. Macauley regarding case status and strategy. |
| 06/24/10 | 1.00 | Participate in call regarding confirmation hearing strategy. |
| 06/24/10 | 1.70 | Prepare for call with Examiner staff. |
| 06/24/10 | 1.00 | Call with Examiner staff. |
| 06/24/10 | 0.80 | Research, review, and circulate  caselaw on 3rd Circuit confirmation standards. |
| 06/24/10 | 0.20 | E-mails on call with Examiner team. |
| 06/25/10 | 0.20 | Confer with B. Krein regarding research project. |
| 06/25/10 | 0.10 | Attention to confirmation discovery deposition scheduling. |
| 06/25/10 | 0.70 | Review docs produced by JPM in confirmation discovery. |

| 06/29/10 | 0.30 | Review numerous e-mails regarding confirmation issues, including depositions and deadlines. |
| 06/30/10 | 0.80 | Attention to confirmation logistics and discovery. |
| 06/30/10 | 0.20 | Confer with J. Sottile regarding confirmation issues. |
| 06/30/10 | 0.40 | Review papers for 7/1 hearing, including Examiner's, Debtors', and plan supporters submissions. |
| 06/30/10 | 0.20 | Review Wells Fargo submission. |
| 06/30/10 | 0.10 | Email Moody's counsel. |

Lisa J. Stevenson

| 06/01/10 | 1.00 | Review draft brief and legal research regarding collapsing transactions and provide comments and citations. |
| 06/02/10 | 0.20 | Confer with Graeme Bush regarding legal research on collapsing transactions. |
| 06/04/10 | 1.30 | Legal research regarding same. |
| 06/04/10 | 1.20 | Review draft reply brief to examiner on LBO claims and provide comments and edits to Andrew Goldfarb. |

Thomas G. Macauley

| 06/01/10 | 0.80 | Review draft reply submission. |
| 06/01/10 | 0.60 | Review and analyze issues regarding questions not yet addressed by reply submission. |
| 06/01/10 | 0.80 | Review original submissions to examiner. |
| 06/01/10 | 1.00 | Participate on call with G. Bush, J. Sottile and A. Goldfarb regarding examiner submission draft. |
| 06/01/10 | 0.30 | Continue call with G. Bush and A. Goldfarb. |
| 06/01/10 | 1.90 | Draft section of submission responding to JPM arguments. |
| 06/01/10 | 0.10 | Review agenda for call of committee professionals tomorrow. |
| 06/02/10 | 1.80 | Continue work on section of examiner submission. |
| 06/02/10 | 0.10 | Review Wells Fargo's continued objection to disclosure statement. |
| 06/02/10 | 0.20 | Draft note to A. Holtz regarding examiner question about ordinary course of business defense. |
| 06/02/10 | 1.40 | Research and draft response regarding examiner's ordinary course of business defense question. |

| 06/02/10 | 0.10 | Analyze issues regarding lack of good faith. |
| 06/02/10 | 0.10 | Review exchange of emails between G. Bush and M. Ashley regarding coordination of submission. |
| 06/02/10 | 0.90 | Review draft submission to examiner. |
| 06/03/10 | 0.20 | Review responses from Alix regarding ordinary course of business inquiry. |
| 06/03/10 | 0.10 | Review 6/4 hearing agenda. |
| 06/03/10 | 0.40 | Draft comments to draft examiner submission. |
| 06/03/10 | 0.20 | Review Debtors' reply to Wells Fargo objection and Wells Fargo's response. |
| 06/03/10 | 0.10 | Review summary of call with examiner counsel. |
| 06/03/10 | 0.50 | Research and comment regarding good faith standard. |
| 06/04/10 | 0.20 | Review revised draft of examiner submission. |
| 06/04/10 | 0.10 | Review report on hearing today. |
| 06/09/10 | 0.60 | Review and analyze issues regarding draft letter to examiner. |
| 06/09/10 | 0.30 | Speak with G. Bush, A. Goldfarb and J. Sottile regarding letter to examiner. |
| 06/09/10 | 1.30 | Research and analyze choice of law issues raised by examiner. |
| 06/09/10 | 0.60 | Review reply submissions to examiner by other parties. |
| 06/10/10 | 0.40 | Review and edit draft letter to examiner. |
| 06/14/10 | 0.20 | Review latest draft of letter to examiner. |
| 06/15/10 | 0.10 | Review final letter to examiner. |
| 06/15/10 | 0.10 | Review letter to JPM and Debtors to examiner regarding confidentiality of produced information. |
| 06/17/10 | 0.20 | Review memorandum on FCC petitions. |
| 06/17/10 | 0.10 | Review Examiner's supplement to work plan. |
| 06/17/10 | 0.20 | Review lists of depositions noticed by Wilmington Trust and Wells Fargo and deposition schedule. |
| 06/17/10 | 0.50 | Review and analyze issues regarding memorandum on reply submissions. |
| 06/18/10 | 0.30 | Review examiner submissions regarding intercompany issues. |

| 06/21/10 | 0.10 | Review emails between counsel regarding deposition scheduling. |
| 06/21/10 | 0.20 | Review outline of evidentiary presentations at confirmation hearing. |
| 06/22/10 | 0.20 | Review motion for bridge lenders regarding setting procedures regarding objections to their claims. |
| 06/22/10 | 0.30 | Review emails from examiner counsel, Debtors' counsel and co-counsel regarding call with examiner. |
| 06/23/10 | 0.60 | Speak with G. Bush, A. Goldfarb and J. Sottile regarding examiner request, recent meeting and confirmation hearing preparation. |
| 06/23/10 | 0.10 | Analyze issues regarding meeting on plan tomorrow. |
| 06/23/10 | 0.10 | Review articles on Tribune dispute and examiner adjournment request. |
| 06/23/10 | 0.20 | Review summaries of meeting with Debtors regarding plan dates and hearing presentation. |
| 06/23/10 | 0.10 | Review chambers procedures. |
| 06/25/10 | 0.10 | Review scheduled JPM depositions by Wilmington Trust. |
| 06/28/10 | 0.10 | Analyze issues regarding service of papers on firm. |
| 06/29/10 | 0.20 | Review examiner motion for extension of time and summary of same to Committee. |
| 06/29/10 | 0.20 | Review exchange of emails among adversary counsel and summary to committee regarding dispute regarding extension of voting deadline. |
| 06/30/10 | 0.10 | Review notice regarding Lee deposition. |
| 06/30/10 | 0.20 | Analyze issues regarding hearing tomorrow. |

Graeme W. Bush

| 06/01/10 | 0.80 | Review draft brief and prepare for meeting with Zuckerman Spaeder team. |
| 06/01/10 | 1.00 | Meeting with Messrs. Sottile, Goldfarb and Macauley regarding projects to complete examiner reply brief. |
| 06/01/10 | 0.60 | Conferences with James Sottile regarding status of briefing and research responsibilities. |
| 06/01/10 | 3.20 | Work on, review and revised draft reply submission and e-mail to Chadbourne & Parke. |

2659564.1

| 06/02/10 | 0.40 | Telephone call with Lisa Stevenson regarding legal issue. |
| 06/02/10 | 0.40 | E-mails regarding legal issues. |
| 06/02/10 | 0.80 | Review comment on draft reply submission on third party claims. |
| 06/02/10 | 0.60 | Telephone call with financial expert and e-mails regarding meeting with same and examiner. |
| 06/02/10 | 2.70 | Review, revise and edit draft reply submission. |
| 06/03/10 | 0.80 | UCC telephone conference. |
| 06/03/10 | 2.40 | Review and edit reply submission and discuss with James Sottile. |
| 06/03/10 | 0.30 | E-mail and confer with Andrew Goldfarb regarding discussion with Saul Ewing. |
| 06/03/10 | 1.60 | Research cases on collapse. |
| 06/04/10 | 1.70 | Review and revise final draft of examiner reply submission. |
| 06/04/10 | 0.40 | Conferences and e-mail with James Sottile regarding final reply submission. |
| 06/04/10 | 0.60 | E-mails and review draft of third party reply submission. |
| 06/04/10 | 0.30 | E-mails with James Sottile and examiner regarding conference with financial adviser. |
| 06/04/10 | 0.20 | E-mails with Marc Ashley regarding posting brief to UCC. |
| 06/05/10 | 0.30 | E-mails regarding finalizing submission. |
| 06/05/10 | 0.20 | E-mails regarding citations in submission. |
| 06/06/10 | 0.60 | E-mails regarding comments from UCC. |
| 06/06/10 | 0.80 | Review and revise edits to submission. |
| 06/07/10 | 0.90 | E-mails regarding UCC comments and review and revise draft reply submission. |
| 06/07/10 | 0.30 | E-mails regarding conference with examiner's Financial Advisor. |
| 06/07/10 | 0.20 | E-mails regarding UCC Professionals telephone conference. |
| 06/08/10 | 1.80 | Begin review of reply submissions. |
| 06/08/10 | 0.40 | UCC professionals telephone conference. |
| 06/08/10 | 0.50 | Confer with Messrs. Sottile and Goldfarb regarding response to examiner requests, confirmation discovery and hearing. |

| 06/09/10 | 2.30 | Review reply submissions and draft memorandum regarding same. |
| 06/09/10 | 1.10 | Work on response to examiner inquiries and e-mails Messrs. Sottile, Goldfarb and Macauley regarding same. |
| 06/09/10 | 0.40 | E-mails Marc Ashley et al. regarding requests for production of Committee materials. |
| 06/09/10 | 0.70 | Work on and research choice of law issue and e-mail with Thomas Macauley regarding same. |
| 06/10/10 | 0.60 | E-mails regarding production of Committee materials. |
| 06/10/10 | 0.80 | UCC telephone conference. |
| 06/10/10 | 2.30 | Draft memorandum based on review and analysis of reply submissions. |
| 06/10/10 | 0.40 | E-mails regarding telephone conference to prepare for confirmation hearing. |
| 06/10/10 | 0.60 | Evaluate needs for confirmation hearing and e-mail with Messrs. Sottile, Goldfarb and Macauley regarding same. |
| 06/11/10 | 1.40 | Prepare for and telephone conference with Chadbourne & Parke, Messrs. Landis, Sottile and Goldfarb regarding preparation for confirmation hearing. |
| 06/11/10 | 0.80 | Review and revise memorandum regarding issues in reply submissions. |
| 06/11/10 | 1.20 | Review, revise and finalize correspondence to Examiner staff regarding open inquiries. |
| 06/13/10 | 1.20 | Review debtors' reply submission. |
| 06/13/10 | 0.20 | E-mails with Chadbourne & Parke regarding review of confidential UCC material. |
| 06/14/10 | 0.30 | E-mails with Chadbourne & Parke and Andrew Goldfarb regarding third party production of confidential UCC documents. |
| 06/14/10 | 0.30 | Review scheduling order and e-mails with Cole Shotz regarding same. |
| 06/14/10 | 0.40 | E-mail regarding and review of draft response to Examiner inquiries. |
| 06/14/10 | 0.40 | Review e-mails and correspondence from JPMorgan and Debtor regarding confidential documents provided to Examiner. |

| 06/15/10 | 0.20 | E-mail with Andrew Goldfarb regarding Moody's document production agreement. |
| 06/15/10 | 0.40 | E-mails with Chadbourne & Parke and Zuckerman Spaeder regarding confidential documents to be produced by Davis Polk. |
| 06/15/10 | 0.20 | E-mail regarding UCC confidential documents subject to production by Debtor. |
| 06/16/10 | 0.60 | E-mails and pleadings regarding deposition notices and scheduling. |
| 06/17/10 | 0.30 | E-mails Messrs. Rule and Sottile regarding testimony. |
| 06/17/10 | 0.30 | E-mails with James Sottile and Chadbourne & Parke regarding confirmation discovery and depositions. |
| 06/18/10 | 0.40 | Review e-mail and correspondence from Examiner regarding confidential documents and forward to Messrs. Goldfarb, Sottile and Macauley. |
| 06/18/10 | 0.20 | E-mails and schedule regarding confirmation depositions. |
| 06/21/10 | 0.50 | Review e-mail and draft from Marc Ashley regarding presentations at confirmation hearing. |
| 06/22/10 | 0.20 | Review and attend to e-mail regarding Moody's document production. |
| 06/22/10 | 0.20 | E-mail regarding meeting with parties regarding confirmation hearing. |
| 06/22/10 | 0.20 | E-mail with Bryan Krakauer regarding impact on confirmation schedule of Examiner request for additional time. |
| 06/22/10 | 0.40 | E-mails with Messrs. Sottile, Roitman and Macauley regarding Examiner request for additional time and telephone conference with Lee Bogdanoff regarding same. |
| 06/23/10 | 0.40 | Review e-mails from Examiner and Messrs. Sottile and Roitman e-mail to UCC regarding Examiner request for more time. |
| 06/23/10 | 0.20 | Review e-mail and pleadings regarding Examiner motion for more time. |
| 06/23/10 | 0.60 | E-mails and telephone conference with Messrs. Sottile, Goldfarb and Macauley regarding status of pending matters, discovery, and confirmation hearing responsibilities. |

| | | |
|---|---|---|
| 06/23/10 | 0.30 | E-mails with Bryan Krakauer regarding plan confirmation scheduling and proposed Amended Solicitation Order. |
| 06/23/10 | 0.50 | E-mails with James Sottile regarding expert testimony. |
| 06/24/10 | 0.20 | E-mail with Andrew Goldfarb regarding telephone conference with Examiner counsel. |
| 06/24/10 | 0.40 | E-mails with James Sottile and Chadbourne & Parke regarding meeting with parties concerning confirmation hearing. |
| 06/24/10 | 0.20 | Attend to e-mail from Thane Carlston regarding confirmation information. |
| 06/24/10 | 0.30 | E-mails with Theodore Zink regarding Debtors' proposed confirmation hearing procedure and responsibilities. |
| 06/25/10 | 0.40 | E-mails and report regarding conversation on Oaktree strategy. |
| 06/27/10 | 0.20 | Review Dennis Glazer correspondence to Kenneth Klee. |
| 06/28/10 | 0.60 | Telephone conference with James Sottile and financial expert. |
| 06/28/10 | 0.50 | Confer with James Sottile regarding status of preparation for confirmation hearing and discovery in connection with hearing. |
| 06/28/10 | 0.40 | Review pleadings regarding confirmation hearing. |
| 06/28/10 | 0.50 | Review e-mails regarding parties' positions on amendment to solicitation order. |
| 06/28/10 | 0.70 | Plan discovery and work for confirmation. |
| 06/28/10 | 0.20 | Review Marc Roitman e-mail regarding Professions telephone conference agenda and e-mail regarding same. |
| 06/29/10 | 0.50 | Review e-mails from Chadbourne & Parke regarding expert issues. |
| 06/29/10 | 0.30 | Review e-mails from Sidley, Kasowitz, and Chadbourne & Parke and draft pleadings regarding scheduling and solicitation order. |
| 06/30/10 | 0.30 | Telephone call with James Sottile regarding Thursday hearing. |
| 06/30/10 | 0.30 | Review e-mails from Sidley and Chadbourne and pleadings regarding scheduling and solicitation order. |
| 06/30/10 | 0.40 | Review e-mails and deposition notices and confer with Messrs. Sottile and Goldfarb regarding coverage. |

| 06/30/10 | 0.70 | Review pleadings and filings in case. |
| 06/30/10 | 0.30 | E-mail with Marc Ashley and plan proponents regarding proponent. |
| 06/30/10 | 2.90 | Review case law and analyze confirmation issues. |
| 06/30/10 | 0.40 | Telephone call with James Sottile regarding planning for confirmation hearing and discovery. |

Jonathan M. Watkins

| 06/01/10 | 1.50 | Read, edit, and comment on portion of draft reply submission relating to determination of value and related legal research |

John B. Timmer

| 06/01/10 | 0.90 | Complete draft and editing of memo regarding avoidance and potential recovery of debtor's assets after multiple transfers. |
| 06/02/10 | 0.70 | Additional research and sumamrize findings on cases dealing with avoidance and/or removal of transfers incurring debts or other obligations on the debtor. |

Benjamin L. Krein

| 06/25/10 | 0.10 | Meet with Andrew Goldfarb to discuss legal research regarding the standard for confirmation of settlements. |
| 06/25/10 | 4.00 | Analyze caselaw regarding the standard for confirmation of settlements. |
| 06/25/10 | 0.50 | Begin preparing outline of same. |
| 06/27/10 | 2.10 | Analyze caselaw regarding the standard for confirmation of settlements. |
| 06/27/10 | 0.20 | Draft e-mail to Andrew Goldfarb regarding status of legal research. |
| 06/27/10 | 2.60 | Prepare outline of same. |
| 06/28/10 | 2.90 | Continue to review and analyze caselaw regarding the standard for confirmation of settlements. |
| 06/28/10 | 3.00 | Prepare outline of same. |
| 06/29/10 | 3.80 | Continue to analyze caselaw regarding the standard for confirmation of settlements, and prepare outline of same. |
| 06/29/10 | 0.20 | Draft e-mail to Andrew Goldfarb regarding status of legal research. |

Scott A. Hanna

| 06/08/10 | 3.90 | Organize reply submissions and exhibits to examiner from the Citigroup, Credit Agreement Lenders, Creditors Committee, Debtors, JPMorgan, Law Debenture-Centerbridge, Merrill Lynch, Wells Fargo, and Wilmington Trust and assemble review binders containing reply briefs of same. |

Rey Caling

| 06/08/10 | 0.50 | Per Andrew Goldfarb's request, prepare and attend telephone conference. |
| 06/08/10 | 4.00 | Provide document review support. |

Lisa Medoro

| 06/04/10 | 4.00 | Cite check of reply submission. |
| 06/06/10 | 2.00 | Create edit and finalize table of contents and table of authorities for reply submission. |

Jeanne Trahan Faubell

| 06/02/10 | 1.00 | Research regarding history of Adelphia Recovery Trust v. Bank of America N.A., et al. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

July 29, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:273849
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

### STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through June 30, 2010.

By Thomas G. Macauley
   0.60  hours at  $580.00  per hour             $       348.00

By Diana Gillig
   2.90  hours at  $160.00  per hour             $       464.00

      TOTAL FEES                   $       812.00

      TOTAL EXPENSES             $         0.00

      TOTAL FEES AND EXPENSES THIS PERIOD     $       812.00

July 29, 2010                                                                                     Page 2

DESCRIPTION OF SERVICES                                        CLIENT: 12464
                                                              MATTER: 0002


Thomas G. Macauley

| 06/02/10 | 0.30 | Review and edit 9th monthly fee application. |
| 06/23/10 | 0.10 | Review CNO for 9th monthly fee application. |
| 06/24/10 | 0.20 | Draft note to V. Garlati regarding 9th monthly fee application. |

Diana Gillig

| 06/01/10 | 1.50 | Prepare cost itemization regarding 8th monthly fee application. |
| 06/01/10 | 0.90 | Draft 9th monthly fee application. |
| 06/01/10 | 0.20 | Draft notice of application and certificate of service regarding same. |
| 06/02/10 | 0.20 | Electronically file 9th monthly fee application. |
| 06/24/10 | 0.10 | Draft CNO regarding 9th monthly fee application. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802

July 29, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:273850
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

　For professional services rendered as set forth in the attached itemization and expenses incurred through June 30, 2010.

By James Sottile
　6.50  hours at  $675.00  per hour                        $　　4,387.50

| | | |
|---|---|---|
| TOTAL FEES | $ | 4,387.50 |
| Less Professional Courtesy | $ | -2,193.75 |
| TOTAL FEES | $ | 2,193.75 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 2,193.75 |

July 29, 2010                                                                                    Page 2

DESCRIPTION OF SERVICES                                          CLIENT: 12464
                                                                MATTER: 0003

James Sottile

06/22/10        6.50    Travel to/from New York for meeting with counsel for plan
                        proponents regarding planning for confirmation hearing.

# EXHIBIT B

416453.1

Tribune Company, 08-13141 (KJC)
Zuckerman Spaeder LLP
11th Monthly Fee Application
Period 6/1/10-6/30/10

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | | | |
| LITIGATION EXPERT | $ 31,167.80 | 6/30/2010 | |
| | | | |
| Total | $ 31,167.80 | | $ 31,167.80 |
| TRAIN / AIR TRAVEL        train | $ 89.00 | 6/9/2010 | |
| | $ 609.00 | 6/29/2010 | |
| | | | |
| Total | $ 698.00 | | $ 698.00 |
| | | | |
| TAXI / PARKING | $ 17.00 | 6/29/2010 | |
| Total | $ 17.00 | | $ 17.00 |
| MISCELLANEOUS EXPENSE | $ 2.25 | 6/29/2010 | |
| Total | $ 2.25 | | $ 2.25 |
| OUTSOURCED COPY - IKON | $ 55.50 | 6/9/2010 | |
| Total | $ 55.50 | | $ 55.50 |
| CONFERENCING - SOUND PATH | $ 62.11 | 6/29/2010 | |
| Total | $ 62.11 | | $ 62.11 |
| LEXIS/NEXIS RESEARCH | $ 884.26 | 6/30/2010 | |
| Total | $ 884.26 | | $ 884.26 |
| WESTLAW RESEARCH | $ 2,416.75 | 5/31/2010 | |
| Total | $ 2,416.75 | | $ 2,416.75 |
| INHOUSE COPY | $ 13.00 | 6/2/2010 | |
| | $ 0.30 | 6/15/2010 | |
| Total | $ 13.30 | | $ 13.30 |
| LONG DISTANCE CALLS | $ 0.24 | 6/2/2010 | |
| | $ 0.36 | 6/3/2010 | |
| | $ 0.84 | 6/4/2010 | |
| | $ 0.12 | 6/8/2010 | |
| | $ 2.64 | 6/10/2010 | |
| | $ 1.44 | 6/16/2010 | |
| | $ 0.12 | 6/18/2010 | |
| | $ 0.36 | 6/29/2010 | |
| | $ 0.12 | 6/30/2010 | |
| | | | |
| Total | $ 6.24 | | $ 6.24 |
| GRAND TOTAL | | | $ 35,323.21 |