UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                     :   Jointly Administered
                                                             :
             Debtors.                                        :   Hearing Date: (Negative Notice)
------------------------------------------------------------ x   Objections Due: 08/04/10 @ 4:00 p.m.


## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 5044

The undersigned hereby certifies that he has received no objection or other response to the **Third Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses** (D.I. No. 5044) dated July 15, 2010 (the "Application"). The undersigned further certifies that he has reviewed the court's docket in this case and no objection or other response to the Application appears thereon. Pursuant to the notice, objections to the application were to be served no later than 4:00 p.m. on August 4, 2010.

Dated: Wilmington, Delaware
       August 9, 2010

                                                ZUCKERMAN SPAEDER LLP

                                                _____
                                                Thomas G. Macauley (ID No. 3411)
                                                919 Market Street, Suite 990
                                                Wilmington, DE 19801
                                                Telephone: (302) 427-0400
                                                Facsimile: (302) 427-8242

                                                Special Counsel to Official Committee
                                                of Unsecured Creditors

2676837.1