# EXHIBIT B

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars, 39th Fl.
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Taxpayer I.D. No. 95-4744518

Tribune Co.                                                                                                         August 10, 2010

For Services Rendered Through April 30, 2010

In Reference To: Tribune Examiner
File No.: 1999

Professional Services

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 4/30/2010 | BMM | Meet with M. Barash, D. Brown and S. Pearson re preparation of examiner employment application/notice of appearance, examination procedures and issues | 0.50 | 312.50 |
| | DB | Meet with M. Barash, B. Metcalf and S. Pearson re preparation of examiner employment application/notice of appearance, examination procedures and issues | 0.50 | 245.00 |
| | DB | Research re previously filed examiners reports, issues for Examiner | 6.60 | 3,234.00 |
| | DB | Research re protective orders, conduct of other examinations | 4.10 | 2,009.00 |
| | MCH | Telephone conference with D. Brown re protective orders for examiner; analyze same | 0.10 | 55.00 |
| | MRB | Research re examination procedures; memo to D. Brown re same | 1.10 | 786.50 |

010 - Case Administration

Tribune Co. Page 2
File No.: 1999

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 4/30/2010 | MRB | Review K. Klee appointment notice and motion to approve | 0.10 | 71.50 |
| | SDP | Meet with M. Barash, B. Metcalf and D. Brown re preparation of examiner employment application/notice of appearance, examination procedures and issues | 0.50 | 125.00 |
| | SDP | Prepare Notice of Appearance and Request for Service of Papers | 0.20 | 50.00 |
| | SDP | Research re administrative order for team | 0.30 | 75.00 |
| | SDP | Coordinate administrative procedures | 0.60 | NO CHARGE |
| | SDP | Prepare Notice of Appearance and Request for Service of Papers | 0.30 | NO CHARGE |
| | | SUBTOTAL: 010 - Case Administration | 14.90 | 6,963.50 |

040 - Fee/Employment Applications

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 4/30/2010 | BMM | Conference call with F. Schmid, M. Barash re retention of LECG by examiner, preparation of employment application, correspondence re same | 0.20 | 125.00 |
| | BMM | Draft and prepare employment applications for KTB&S and LECG, correspondence re same | 1.60 | 1,000.00 |
| | LRB | Analyze conflict search, affidavits | 0.80 | 716.00 |
| | MRB | Work on declaration of disinterestedness | 2.10 | 1,501.50 |
| | MRB | Work on Klee verified statement revisions | 1.20 | 858.00 |
| | MRB | Telephone conference with J. McMahon re Klee statement and affidavit | 0.10 | 71.50 |
| | MRB | Exchange correspondence with K. Klee re statement revisions | 0.10 | 71.50 |

Tribune Co.  Page 3
File No.: 1999

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 4/30/2010 | MRB | Follow up telephone conference with J. McMahon re K. Klee appointment | 0.10 | 71.50 |
| | MRB | Exchange correspondence to J. McMahon re Klee verified statement | 0.10 | 71.50 |
| | MRB | Revise and supplement examiner retention letter | 0.10 | 71.50 |
| | MRB | Telephone conference with F. Schmid re LECG retention | 0.20 | 143.00 |
| | | SUBTOTAL: 040 - Fee/Employment Applications | 6.60 | 4,701.00 |

080 - Asset Analysis and Recovery

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 4/30/2010 | BMM | Analyze Tribune LBO transaction allegations and related pleadings filed in case | 1.80 | 1,125.00 |
| | LRB | Continue review of documents re issues, disputes; prepare memo to Examiner re same | 6.30 | 5,638.50 |
| | MCH | Prepare correspondence to investigation team re Special Committee investigation | 0.20 | 110.00 |
| | | SUBTOTAL: 080 - Asset Analysis and Recovery | 8.30 | 6,873.50 |
| | | Professional Services Rendered | 29.80 | $18,538.00 |
| | | Professional Services Rendered | 29.80 | $18,538.00 |

Timekeeper Summary

| Name | Hours | Rate | |
|------|-------|------|---|
| Lee R. Bogdanoff - Partner | 7.10 | 895.00 | $6,354.50 |
| Martin R. Barash - Partner | 5.20 | 715.00 | $3,718.00 |
| Brian M. Metcalf - Of Counsel | 4.10 | 625.00 | $2,562.50 |
| Danielle Brown - Associate | 11.20 | 490.00 | $5,488.00 |
| Matthew C. Heyn - Partner | 0.30 | 550.00 | $165.00 |
| Shanda D. Pearson - Paralegal | 1.00 | 250.00 | $250.00 |
| Shanda D. Pearson - Paralegal | 0.90 | 0.00 | $0.00 |