# EXHIBIT C

**EXHIBIT C**

**Summary of Expenses**
**(May 1, 2010 through May 31, 2010)**

| | |
|---|---:|
| Duplicating | $9,798.80 |
| Parking | $167.22 |
| Travel - Meals | $696.76 |
| Travel - Hotel | $3,885.05 |
| Travel - Airefare | $9,232.80 |
| Travel - Cabs, etc. | $799.65 |
| Total | $24,580.28 |

**EXHIBIT C**

**List of Itemized Expenses**
**(May 1, 2010 through May 31, 2010)**

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 499197 | 5/31/2010 | 97988 | $0.10 | $9,798.80 | Dup10 | Duplicating May 2010 |
| 497459 | 5/20/2010 | 1 | $44.96 | $44.96 | Meals | Meals - M. Barash's meal at Le Parker Meridien during trip to New York re: initial meet/confer with client, 5/3/10 |
| 497460 | 5/20/2010 | 1 | $33.56 | $33.56 | Meals | Meals - M. Barash's meal at Le Parker Meridien during trip to New York re: initial meet/confer with client, 5/4/10 |
| 497461 | 5/20/2010 | 1 | $67.62 | $67.62 | Meals | Meals - M. Barash's meal at Le Parker Meridien during trip to New York re: initial meet/confer with client, 5/5/10 |
| 498283 | 5/26/2010 | 1 | $479.70 | $479.70 | Meals | Meals - M. Barash's hotel (Hotel Dupont) in Philadelphia re examiner confirmation, 5/9/10 |
| 498286 | 5/26/2010 | 1 | $31.80 | $31.80 | Meals | Meals - M. Barash's meal at Hotel Dupont during trip to Philadelphia re Tribune, 5/10/10 |
| 498432 | 5/27/2010 | 1 | $39.12 | $39.12 | Meals | Meals - dinner for D. Fidler in Chicago for trip re Tribune, 5/10/10 |
| 497537 | 5/18/2010 | 1 | $1,263.53 | $1,263.53 | Other travel | L. Bogdanoff Hotel stay at Le Parker Meridien in New York, 5/5/10 |
| 497452 | 5/20/2010 | 1 | $1,630.00 | $1,630.00 | Other travel | Roundtrip coach fare L. Bogdanoff LAX to New York re: initial meet/confer with client, 5/2/10 |
| 497454 | 5/20/2010 | 1 | $1,630.00 | $1,630.00 | Other travel | Roundtrip coach fare M. Barash's LAX to New York re: initial meet/confer with client, 5/2/10 |
| 497456 | 5/20/2010 | 1 | $1,079.00 | $1,079.00 | Other travel | M. Barash Hotel Le Parker Meridien in New York re: initial meet/confer with client, 5/5/10 |
| 498241 | 5/26/2010 | 1 | $1,539.40 | $1,539.40 | Other travel | Roundtrip flight L. Bogdanoff from Los Angeles to Philadelphia re Tribune, 5/9/10 |
| 498242 | 5/26/2010 | 1 | $1,539.40 | $1,539.40 | Other travel | Roundtrip flight M. Barash from Los Angeles to Philadelphia re Tribune, 5/9/10 |
| 498431 | 5/27/2010 | 1 | $793.00 | $793.00 | Other travel | D. Fidler roundtrip, coach airfare on American Airlines, LAX/ORD/LAX, 5/7/10 |
| 498433 | 5/27/2010 | 1 | $483.89 | $483.89 | Other travel | Park Hyatt Chicago hotel for D. Fidler for trip re Tribune, 5/11/10 |
| 498434 | 5/27/2010 | 1 | $10.00 | $10.00 | Other travel | Transportation for D. Fidler from hotel to 1 S. Dearborn, 5/11/10 |
| 498435 | 5/27/2010 | 1 | $48.00 | $48.00 | Other travel | Taxi from 1 S. Dearborn to airport in Chicago re Tribune, 5/11/10 |
| 498437 | 5/27/2010 | 1 | $793.00 | $793.00 | Other travel | American Airlines coach, roundtrip flight for D. Fidler re Tribune, 5/13/10 |
| 498438 | 5/27/2010 | 1 | $487.23 | $487.23 | Other travel | D. Fidler's stay at Park Hyatt Chicago for trip re Tribune, 5/17/10 |
| 498439 | 5/27/2010 | 1 | $8.00 | $8.00 | Other travel | D. Fidler's taxi from hotel to 300 N. LaSalle re Tribune, 5/17/10 |
| 498440 | 5/27/2010 | 1 | $43.00 | $43.00 | Other travel | D. Fidler's taxi from 33 W. Monroe to airport in Chicago re Tribune, 5/17/10 |
| 498243 | 5/28/2010 | 1 | $186.40 | $186.40 | Other travel | D. Fidler - car transportation from O'Hare Airport to Park Hyatt hotel, 5/10/10 |
| 498244 | 5/28/2010 | 1 | $187.00 | $187.00 | Other travel | Car transportation from JFK Airport to Le Parker Meridien hotel for L. Bogdanoff, K. Klee and M. Barash, 5/3/10 |

**EXHIBIT C**

**List of Itemized Expenses**
**(May 1, 2010 through May 31, 2010)**

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 498261 | 5/28/2010 | 1 | $186.40 | $186.40 | Other travel | D. Fidler car transportation from O'Hare Airport to Park Hyatt Hotel, 5/16/10 |
| 499896 | 5/31/2010 | 1 | $1,308.00 | $1,308.00 | Other travel | M. Barash travel to Philadelphia re examiner hearing (roundtrip coach fare on United Airlines), 5/19-5/20/10 |
| 499897 | 5/31/2010 | 1 | $571.40 | $571.40 | Other travel | Mr. Barash hotel stay in Philadelphia re examiner hearing including breakfast, 5/20/10 |
| 499898 | 5/31/2010 | 1 | $130.85 | $130.85 | Other travel | M. Barash car rental re examiner hearing in Delaware, 5/20/10 |
| 497536 | 5/18/2010 | 1 | $90.00 | $90.00 | Parking | Parking for L. Bogdanoff at LAX, 5/5/10 |
| 498436 | 5/27/2010 | 1 | $38.61 | $38.61 | Parking | Parking for D. Fidler at LAX for trip to Chicago re Tribune, 5/11/10 |
| 498441 | 5/27/2010 | 1 | $38.61 | $38.61 | Parking | D. Fidler's parking at LAX for trip to Chicago re Tribune, 5/17/10 |
| | | | | $24,580.28 | | |