# EXHIBIT C

**EXHIBIT C**

**Summary of Expenses**
**(June 1, 2010 through June 30, 2010)**

| | |
|---|---|
| Duplicating | $5,220.70 |
| Messenger Costs | $510.24 |
| Online Research - Lexis Nexis | $3,599.01 |
| Parking | $309.00 |
| Telephone including Conference Calls | $265.29 |
| Travel - Meals | $31.80 |
| Travel - Hotel | $3,836.37 |
| Travel - Airefare | $6,293.10 |
| Travel - Cabs, etc. | $166.85 |
| Travel - Other | $60.65 |
| Room Fee for J. Shenson witness interviews on 6/1/2010 | $522.65 |
| Total | $20,815.66 |

**EXHIBIT C**

**List of Itemized Expenses**
**(June 1, 2010 through June 30, 2010)**

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 503678 | 6/30/2010 | 52207 | $0.10 | $5,220.70 | Dup20 | Duplicating June 2010 |
| 500256 | 6/9/2010 | 1 | $499.82 | $499.82 | Legal Research | Online Research - LexisNexis for M. Barash, May 2010 |
| 500258 | 6/9/2010 | 1 | $531.17 | $531.17 | Legal Research | Online Research - LexisNexis for L. Bogdanoff, May 2010 |
| 500260 | 6/9/2010 | 1 | $55.88 | $55.88 | Legal Research | Online Research - LexisNexis for A. Bond, May 2010 |
| 500261 | 6/9/2010 | 1 | $196.85 | $196.85 | Legal Research | Online Research - LexisNexis for D. Brown, May 2010 |
| 500262 | 6/9/2010 | 1 | $114.40 | $114.40 | Legal Research | Online Research - LexisNexis for R. Davids, May 2010 |
| 500264 | 6/9/2010 | 1 | $29.74 | $29.74 | Legal Research | Online Research - LexisNexis for D. Fidler, May 2010 |
| 500270 | 6/9/2010 | 1 | $50.85 | $50.85 | Legal Research | Online Research - LexisNexis for M. Heyn, May 2010 |
| 500271 | 6/9/2010 | 1 | $30.08 | $30.08 | Legal Research | Online Research - LexisNexis for J. Kaczmarek, May 2010 |
| 500273 | 6/9/2010 | 1 | $892.05 | $892.05 | Legal Research | Online Research - LexisNexis for B. Metcalf, May 2010 |
| 500274 | 6/9/2010 | 1 | $48.71 | $48.71 | Legal Research | Online Research - LexisNexis for J. Nadeau, May 2010 |
| 500277 | 6/9/2010 | 1 | $393.65 | $393.65 | Legal Research | Online Research - LexisNexis for R. Pfister, May 2010 |
| 500278 | 6/9/2010 | 1 | $32.73 | $32.73 | Legal Research | Online Research - LexisNexis for J. Shenson, May 2010 |
| 500285 | 6/9/2010 | 1 | $303.49 | $303.49 | Legal Research | Online Research - LexisNexis for D. Stern, May 2010 |
| 500287 | 6/9/2010 | 1 | $270.86 | $270.86 | Legal Research | Online Research - LexisNexis for E. Zisblatt, May 2010 |
| 500289 | 6/9/2010 | 1 | $148.73 | $148.73 | Legal Research | Online Research - LexisNexis for K. Zwicker, May 2010 |
| 501671 | 6/18/2010 | 1 | $31.80 | $31.80 | Meals | Meals - L. Bogdanoff meal at Hotel Dupont during trip to Delaware re Tribune, 5/11/10 |
| 500996 | 6/17/2010 | 1 | $22.41 | $22.41 | Messenger | Outside Messenger Service - Federal Express from KTBS to K. Klee residence, 5/13/2010 |
| 501005 | 6/17/2010 | 1 | $92.94 | $92.94 | Messenger | Outside Messenger Service - Federal Express from KTBS to C. Elson, 6/1/2010 |
| 501006 | 6/17/2010 | 1 | $100.01 | $100.01 | Messenger | Outside Messenger Service - Federal Express from KTBS to N. Nastasi, 6/1/2010 |
| 501007 | 6/17/2010 | 1 | $69.11 | $69.11 | Messenger | Outside Messenger Service - Federal Express from K. Klee in New York to KTBS, 6/3/2010 |
| 501952 | 6/23/2010 | 1 | $225.77 | $225.77 | Messenger | Outside Messenger Service - FedEx for R. Pfister from KTBS to Grand Hyatt New York, 6/13/2010 |

**EXHIBIT C**

**List of Itemized Expenses**
**(June 1, 2010 through June 30, 2010)**

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 500037 | 6/8/2010 | 1 | $522.65 | $522.65 | Other | Room Fees - J. Shenson room bookings at New York Marriott Marquis for witness interviews re Tribune, 6/1/2010 |
| 500038 | 6/8/2010 | 1 | $12.95 | $12.95 | Other travel | On-air internet fee for J. Shenson during trip to New York re Tribune, 6/1/10 |
| 500053 | 6/8/2010 | 1 | $595.00 | $595.00 | Other travel | J. Shenson roundtrip coach fare, LAX/JFK/LAX, 6/1-6/2/10 |
| 501052 | 6/17/2010 | 1 | $1,619.40 | $1,619.40 | Other travel | Roundtrip coach fare on Delta Airlines, LAX/NYC/LAX, for R Pfister re Tribune interviews, 5/27/10 |
| 501053 | 6/17/2010 | 1 | $12.45 | $12.45 | Other travel | Mileage from home to LAX for R. Pfister (24.9 miles) |
| 501054 | 6/17/2010 | 1 | $1,014.50 | $1,014.50 | Other travel | Hotel stay for R. Pfister at the Grand Hyatt in New York re Tribune interviews, 6/4/10 |
| 501055 | 6/17/2010 | 1 | $45.00 | $45.00 | Other travel | Cab fare for R. Pfister from Kaye Scholer to JFK Airport in New York, 6/4/10 |
| 501056 | 6/17/2010 | 1 | $10.35 | $10.35 | Other travel | Mileage for R. Pfister from LAX to residence (20.7 miles), 6/4/10 |
| 501657 | 6/18/2010 | 1 | $471.24 | $471.24 | Other travel | L. Bogdanoff stay at Hotel Dupont in Delaware re Tribune, 5/9/10 |
| 501672 | 6/18/2010 | 1 | $509.55 | $509.55 | Other travel | L. Bogdanoff stay at Hotel Dupont in Delaware re Tribune, 5/10/10 |
| 501732 | 6/22/2010 | 1 | $566.70 | $566.70 | Other travel | Delta Airlines, R. Pfister's one-way coach fare from LAX to NYC re Tribune, 6/7/10 |
| 501733 | 6/22/2010 | 1 | $368.70 | $368.70 | Other travel | Delta Airlines, R. Pfister's one-way coach fare from NYC to Chicago re Tribune interviews, 6/7/10 |
| 501734 | 6/22/2010 | 1 | $12.45 | $12.45 | Other travel | Mileage for R. Pfister from home to LAX, 24.9 miles, 6/10/10 |
| 501735 | 6/22/2010 | 1 | $598.21 | $598.21 | Other travel | R. Pfister's stay at the Grand Hyatt Hotel in NYC re Tribune interviews, 6/10-6/11/10 |
| 501736 | 6/22/2010 | 1 | $1,242.87 | $1,242.87 | Other travel | R. Pfister's stay at the W Chicago Hotel, 6/13-6/16/10 re Tribune interviews |
| 501737 | 6/22/2010 | 1 | $26.50 | $26.50 | Other travel | R. Pfister's cab fare from airport to hotel in Chicago, 6/13/10 |
| 501738 | 6/22/2010 | 1 | $8.00 | $8.00 | Other travel | R. Pfister's cab fare from hotel to Tribune interviews in Chicago, 6/13/10 |
| 501739 | 6/22/2010 | 1 | $8.00 | $8.00 | Other travel | R. Pfister's cab fare from Tribune interviews to hotel in Chicago, 6/13/10 |
| 501740 | 6/22/2010 | 1 | $7.35 | $7.35 | Other travel | R. Pfister's cab fare from hotel to Tribune interviews in Chicago, 6/14/10 |
| 501741 | 6/22/2010 | 1 | $9.00 | $9.00 | Other travel | R. Pfister's cab fare from Tribune interviews back to hotel in Chicago, 6/14/10 |
| 501742 | 6/22/2010 | 1 | $8.00 | $8.00 | Other travel | R. Pfister's cab fare from hotel to Tribune interviews in Chicago, 6/15/10 |
| 501743 | 6/22/2010 | 1 | $10.00 | $10.00 | Other travel | R. Pfister's cab fare from hotel to Tribune interviews in Chicago, 6/16/10 |

**EXHIBIT C**

**List of Itemized Expenses**
**(June 1, 2010 through June 30, 2010)**

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 501744 | 6/22/2010 | 1 | $45.00 | $45.00 | Other travel | R. Pfister's cab fare from Tribune interviews to Chicago O'Hare Airport, 6/16/10 |
| 501746 | 6/22/2010 | 1 | $545.70 | $545.70 | Other travel | American Airlines, R. Pfister's one-way coach fare from Chicago to Los Angeles re Tribune interviews, 6/16/10 |
| 501749 | 6/22/2010 | 1 | $12.45 | $12.45 | Other travel | R. Pfister's mileage from LAX to residence, 24.9 miles, 6/16/10 |
| 501810 | 6/23/2010 | 1 | $1,298.80 | $1,298.80 | Other travel | L. Bogdanoff roundtrip coach fare on United Airlines for trip to Delaware re Tribune, LAX/PHL/LAX, 6/17/10 |
| 501812 | 6/23/2010 | 1 | $1,298.80 | $1,298.80 | Other travel | M. Barash roundtrip coach fare on United Airlines for trip to Delaware re Tribune, LAX/PHL/LAX, 6/17/10 |
| 500040 | 6/8/2010 | 1 | $60.00 | $60.00 | Parking | Parking - J. Shenson parking at LAX for trip to New York re Tribune |
| 501673 | 6/18/2010 | 1 | $69.00 | $69.00 | Parking | Parking for L. Bogdanoff at LAX for trip to Philadelphia/Delaware re Tribune, 5/11/10 |
| 501747 | 6/22/2010 | 1 | $180.00 | $180.00 | Parking | Parking at LAX for R. Pfister for trip to Chicago re Tribune, 6/16/10 |
| 501073 | 6/16/2010 | 1 | $44.74 | $44.74 | TelCC | Telephone Conference Call - Premiere Global for L. Bogdanoff, April 2010 |
| 501062 | 6/17/2010 | 1 | $179.98 | $179.98 | TelCC | Telephone Conference Call - Premiere Global for L. Bogdanoff and M. Barash, May 2010 |
| 501559 | 6/17/2010 | 1 | $34.63 | $34.63 | TelCC | Telephone Conference Call - Premiere Global for M. Tuchin, May 2010 |
| 500063 | 6/8/2010 | 1 | $5.94 | $5.94 | Telephone | Telephone - AT&T phone calls, 4/29-5/10/10 |
| | | | | $20,815.66 | | |