IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: August 30, 2010 at 4:00 p.m. ET<br>Hearing Date: Scheduled Only If Necessary |

## NOTICE OF FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF KENNETH N. KLEE, THE EXAMINER, FOR THE PERIOD OF APRIL 30, 2010

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8655); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago National League Ball Club n/k/a Tribune CNLBC, LLC (0347); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH, Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxnet Publishing Company (4223); Publishers Forest Brook Productions, Inc. (2598); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, Inc. (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc. f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611

TO:

| | | |
|---|---|---|
| Counsel to the Debtors<br>Kenneth P. Kansa, Esq.<br>Jillian K. Ludwig, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Fee Examiner<br>John L. Decker, Esq.<br>c/o Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO 63044 | United States Trustee<br>Joseph J. McMahon, Jr., Esq.<br>Office of the United States Trustee<br>844 N. King Street, Room 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.<br>Mark D. Collins, Esq.<br>Katisha D. Fortune, Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899 | Counsel to Barclays Bank PLC<br>Stuart M. Brown, Esq.<br>Edwards Angell Palmer & Dodge<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801 | Counsel to Barclays Bank PLC<br>Brian Trust, Esq.<br>Amit K. Trehan, Esq.<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |
| Counsel to the Creditors' Committee<br>Howard Seife, Esq.<br>David M. LeMay, Esq.<br>Douglas E. Deutsch, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.<br>Donald S. Bernstein, Esq.<br>James A. Florack, Esq.<br>Damian S. Schaible, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Counsel to the Creditors' Committee<br>Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| Counsel to the Debtors<br>Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | | |

**PLEASE TAKE NOTICE** that Kenneth N. Klee, Esq., the examiner appointed in the above-captioned chapter 11 cases of Tribune Company and its affiliates, has filed his *First Monthly Application for Compensation and Reimbursement of Expenses of Kenneth N. Klee, the Examiner, for the Period of April 30, 2010* (the "Application"). The Application seeks approval and payment of interim monthly compensation for professional services rendered for the period of April 30, 2010 (the "Period") in an amount equal to $5,538.00 (an amount equal to 80% of $6,922.50, the total amount of fees for services rendered for the Period).[2]

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, served so as to be received on or before **August 30, 2010 at 4:00 p.m. ET** on the

---

[2] The Examiner is not seeking reimbursement of any expenses for the Period.

following parties: (i) Counsel to the Debtors, Sidley Austin LLP, Attn: Kenneth P. Kansa, Esq., Jillian K. Ludwig, Esq., One South Dearborn Street, Chicago, IL 60603, and Cole, Schotz, Meisel, Forman & Leonard, Attn: Norman L. Pernick, Esq., J. Kate Stickles, Esq., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801; (ii) Counsel to the Creditors' Committee, Chadbourne & Parke LLP, Attn: Howard Seife, Esq., David M. LeMay, Esq., Douglas E. Deutsch, Esq., 30 Rockefeller Plaza, New York, NY 10112, and Landis Rath & Cobb LLP, Attn: Adam G. Landis, Esq., Matthew B. McGuire, Esq., 919 Market Street, Suite 1800, Wilmington, DE 19801; (iii) Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A., Richards, Layton & Finger, P.A., Attn: Mark D. Collins, Esq., Katisha D. Fortune, Esq., 920 N. King Street, P.O. Box 551, Wilmington, DE 19899, and Davis Polk & Wardwell, Attn: Donald S. Bernstein, Esq., James A. Florack, Esq., Damian S. Schaible, Esq., 450 Lexington Avenue, New York, NY 10017; (iv) Counsel to Barclays Bank PLC, Edwards Angell Palmer & Dodge LLP, Attn: Stuart M. Brown, Esq., 919 N. Market Street, Suite 1500, Wilmington, DE 19801, and Mayer Brown LLP, Attn: Brian Trust, Esq., Amit K. Trehan, Esq., 1675 Broadway, New York, NY 10019; (v) Fee Examiner, John L. Decker, Esq., c/o Stuart Maue, 3840 McKelvey Road, St. Louis, MO 63044; and (vi) Office of the United States Trustee, Attn: Joseph J. McMahon, Jr., Esq., 844 N. King Street, Room 2207, Lockbox 35, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAPTER 11 PROFESSIONALS, IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED

AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION.

Dated: August 10, 2010
Wilmington, Delaware

SAUL EWING LLP

_____
Mark Minuti (Bar No. 2659)
Michael J. Farnan (Bar No. 5165)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone:    (302) 421-6840
Facsimile:    (302) 421-5873

*Delaware Counsel to the Examiner*