# EXHIBIT B

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars, 39th Fl.
Los Angeles, California  90067
Telephone:  (310) 407-4000
Facsimile:   (310) 407-9090
Taxpayer I.D. No. 95-4744518

KNK Tribune Examiner Account                                                                                       August 09, 2010

For Services Rendered Through April 30, 2010

File No.:        2000

Professional Services

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 010 - Case Administration | | | | |
| 4/30/2010 | KNK | Prepare correspondence to M. Barash re creditor lists | 0.10 | 97.50 |
| | KNK | Analyze correspondence from W. Elggren re budget | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. McMahon re master contact list | 0.10 | 97.50 |
| | | SUBTOTAL: 010 - Case Administration | 0.30 | 292.50 |
| 020 - Meetings and Communications | | | | |
| 4/21/2010 | KNK | Telephone conference with W. Harrington re Tribune examiner | 0.10 | NO CHARGE |
| | KNK | Prepare correspondence to W. Harrington re Tribune examiner | 0.10 | NO CHARGE |
| 4/23/2010 | KNK | Telephone conference with M. Tuchin re Tribune examiner | 0.10 | NO CHARGE |

KNK Tribune Examiner Account                                                                     Page   2
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 4/23/2010 | KNK | Telephone conference with M. Barash re Tribune examiner | 0.10 | NO CHARGE |
| | KNK | Telephone conference with R. DeAngelis re Tribune examiner | 0.10 | NO CHARGE |
| 4/24/2010 | KNK | Conference call with W. Elggren and M. Tuchin re examiner | 0.50 | NO CHARGE |
| | KNK | Telephone conference with W. Elggren re examiner work | 0.20 | NO CHARGE |
| 4/27/2010 | KNK | Conference call with R. DeAngelis and B. Harrington re Tribune | 0.50 | NO CHARGE |
| | KNK | Telephone conference with W. Elggren re examiner | 0.10 | NO CHARGE |
| 4/29/2010 | KNK | Telephone conference with R. DeAngelis re examiner | 0.10 | NO CHARGE |
| | KNK | Conference call with M. Barash and J. McMahon re examiner | 0.30 | NO CHARGE |
| | KNK | Conference call with L. Bogdanoff, M. Barash and J. McMahon re examiner | 0.80 | NO CHARGE |
| | KNK | Conference call with L. Bogdanoff and M. Barash re examiner issues | 0.50 | NO CHARGE |
| | KNK | Attend meeting with W. Elggren, L. Bogdanoff and M. Barash re examiner | 1.50 | NO CHARGE |
| 4/30/2010 | KNK | Telephone conference with L. Bogdanoff re examiner meeting issues | 0.30 | NO CHARGE |
| | KNK | Analyze correspondence from D. Bernstein re examiner meeting | 0.10 | 97.50 |
| | KNK | Prepare correspondence to D. Bernstein re examiner meeting | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Johnston re examiner meeting | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                                           Page   3
File No.:  2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 4/30/2010 | KNK | Prepare correspondence to J. Johnston re examiner meeting | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re conference with Sidley | 0.10 | 97.50 |
| | KNK | Analyze correspondence from K. Lantry re conference with Sidley | 0.10 | 97.50 |
| | KNK | Analyze correspondence from W. Elggren re New York meeting | 0.10 | 97.50 |
| | KNK | Prepare correspondence to W. Elggren re New York meeting | 0.10 | 97.50 |
| | | SUBTOTAL: 020 - Meetings and Communications | 6.10 | 780.00 |

040 - Fee/Employment Applications

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 4/27/2010 | KNK | Prepare correspondence to firm re conflict check | 0.20 | NO CHARGE |
| 4/29/2010 | KNK | Prepare correspondence to UST re verified statement | 0.70 | NO CHARGE |
| | KNK | Prepare correspondence to UST re Klee affidavit | 0.70 | NO CHARGE |
| 4/30/2010 | KNK | Revise Klee verified statement | 0.20 | 195.00 |
| | KNK | Prepare correspondence to M. Barash re verified statement | 0.10 | 97.50 |
| | KNK | Analyze pleadings re notice of examiner | 0.10 | 97.50 |
| | KNK | Analyze pleadings re application to employ examiner | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re employment of professionals | 0.10 | 97.50 |
| | KNK | Analyze KTBS engagement letter | 0.20 | NO CHARGE |
| | KNK | Prepare correspondence to L. Bogdanoff re engagement letter | 0.10 | 97.50 |

KNK Tribune Examiner Account  Page   4
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---:|---:|
| 4/30/2010 | KNK | Analyze correspondence from interested party re financial advisory services | 0.10 | NO CHARGE |
| | KNK | Prepare correspondence to L. Bogdanoff re financial advisor | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re revision to verified statement | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Barash re revision to verified statement | 0.10 | 97.50 |
| | | SUBTOTAL: 040 - Fee/Employment Applications | 2.90 | 975.00 |

080 - Asset Analysis and Recovery

| Date | Init. | Description | Hours | |
|---|---|---|---:|---:|
| 4/24/2010 | KNK | Analyze documents re Tribune investigation | 1.20 | NO CHARGE |
| | KNK | Analyze documents re Tribune investigation | 0.70 | NO CHARGE |
| 4/29/2010 | KNK | Analyze pleadings re complaint and case documents | 1.30 | NO CHARGE |
| 4/30/2010 | KNK | Analyze pleadings re creditor names list | 0.30 | 292.50 |
| | KNK | Analyze pleadings re complaint for equitable subordination (in part) | 0.40 | 390.00 |
| | KNK | Analyze pleadings re disclosure statement (in part) | 3.70 | 3,607.50 |
| | KNK | Analyze correspondence re pre-LBO debt summary | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Stern re LBO analysis and issues | 0.30 | 292.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re legal issues and disclosure statement | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re creditors and claims | 0.10 | 97.50 |

KNK Tribune Examiner Account    Page  5
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| | | SUBTOTAL: 080 - Asset Analysis and Recovery | 8.20 | 4,875.00 |
| | | Professional Services Rendered | 17.50 | $6,922.50 |
| | | Professional Services Rendered | 17.50 | $6,922.50 |

Timekeeper Summary

| Name | Hours | Rate | |
|---|---|---|---|
| Kenneth N. Klee - Partner | 7.10 | 975.00 | $6,922.50 |
| Kenneth N. Klee - Partner | 10.40 | 0.00 | $0.00 |