# EXHIBIT B

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
**1999 Avenue of the Stars, 39th Fl.**
**Los Angeles, California  90067**
Telephone:  (310) 407-4000
Facsimile:   (310) 407-9090
Taxpayer I.D. No. 95-4744518

KNK Tribune Examiner Account                                           August 09, 2010

For Services Rendered Through May 31, 2010

File No.:          2000

Professional Services

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|

010 - Case Administration

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/1/2010 | KNK | Prepare correspondence to L. Bogdanoff re examiner brief issues | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re examiner brief issues | 0.10 | 97.50 |
| | KNK | Analyze memo re work and organization | 0.10 | 97.50 |
| | KNK | Analyze examiner best practices letter, comments | 0.30 | 292.50 |
| | KNK | Prepare correspondence to KTB&S team re best practices | 0.10 | 97.50 |
| 5/2/2010 | KNK | Prepare correspondence to M. Barash re master calendar | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re Tribune work plan | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Barash re work plan and budget | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                  Page    2
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/3/2010 | KNK | Analyze memo re work plan and budget | 0.30 | 292.50 |
| 5/4/2010 | KNK | Analyze correspondence from D. Brown re stipulations re cooperation | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re examiner orders and report | 0.10 | 97.50 |
| 5/6/2010 | KNK | Analyze pleadings re discovery and scheduling order | 0.10 | 97.50 |
| | KNK | Analyze pleadings re motion to extend exclusivity and exhibits | 0.20 | 195.00 |
| | KNK | Revise work and expense plan | 0.40 | 390.00 |
| | KNK | Prepare correspondence to M. Barash and L. Bogdanoff re expense plan | 0.20 | 195.00 |
| | KNK | Confer with M. Barash re examiner work and expense plan | 0.10 | NO CHARGE |
| | KNK | Analyze correspondence from M. Barash re revision to examiner work and expense plan | 0.10 | 97.50 |
| 5/7/2010 | KNK | Analyze LECG work plan | 0.10 | 97.50 |
| | KNK | Analyze KTBS comments re LECG work plan | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Stern re format for briefs | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re changes to examiner order | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Russano re proposed supplemental order | 0.10 | 97.50 |
| | KNK | Analyze pleadings re proposed supplemental order | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re revisions to proposed supplemental order | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                    Page    3
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/7/2010 | KNK | Analyze correspondence from J. Johnston re revisions to proposed supplemental order | 0.10 | 97.50 |
| | KNK | Analyze contact list | 0.10 | 97.50 |
| | KNK | Analyze pleadings re work plan final version | 0.20 | 195.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re preparation for hearing | 0.10 | 97.50 |
| 5/8/2010 | KNK | Analyze correspondence from L. Bogdanoff re case administration and tasks | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re case administration and tasks | 0.10 | 97.50 |
| 5/9/2010 | KNK | Prepare correspondence to B. Albeno, M. Barash et al. re document log | 0.10 | 97.50 |
| | KNK | Analyze correspondence from B. Albeno, M. Barash et al. re document log | 0.10 | 97.50 |
| | KNK | Prepare for hearing re status conference and review work plan and budget | 0.50 | 487.50 |
| | KNK | Confer with L. Bogdanoff re preparation for status conference | 0.50 | 487.50 |
| 5/10/2010 | KNK | Prepare for hearing re examiner status conference | 0.60 | 585.00 |
| | KNK | Appear at hearing re examiner status conference | 3.30 | 3,217.50 |
| | KNK | Analyze pleadings re agreed order re examiner | 0.10 | 97.50 |
| | KNK | Conference call with J. Johnston re agreed order re examiner | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re agreed order re examiner | 0.10 | 97.50 |
| 5/11/2010 | KNK | Analyze pleadings re order approving work plan | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                    Page    4
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 5/11/2010 | KNK | Analyze pleadings re entered order for work plan | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re allocation of tasks | 0.10 | 97.50 |
| 5/12/2010 | KNK | Prepare correspondence to L. Bogdanoff re confidentiality letter | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re confidentiality letter | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re confidentiality measures | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re confidentiality measures | 0.10 | 97.50 |
| 5/13/2010 | KNK | Analyze correspondence from J. Kaczmarek re fingerprinting | 0.10 | 97.50 |
| | KNK | Telephone conference with D. Diaz re fingerprinting | 0.10 | 97.50 |
| 5/14/2010 | KNK | Analyze (revised) LECG work plan and revise | 0.20 | 195.00 |
| | KNK | Attend meeting with U.S. Marshall re U.S. Trustee fingerprints | 0.40 | 390.00 |
| | KNK | Analyze master calendar | 0.10 | 97.50 |
| 5/17/2010 | KNK | Analyze correspondence from L. Bogdanoff re examiner report meetings | 0.10 | 97.50 |
| 5/19/2010 | KNK | Analyze correspondence from D. Dugan re U.S. Trustee forms | 0.10 | 97.50 |
| 5/20/2010 | KNK | Prepare U.S. Trustee forms and email U.S. Trustee | 0.70 | 682.50 |
| 5/21/2010 | KNK | Confer with M. Barash re 5/20 hearing update | 0.20 | NO CHARGE |
| | KNK | Confer with S. Pearson and M. Barash re document management | 0.20 | NO CHARGE |

KNK Tribune Examiner Account                                                    Page   5
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|-----|
| 5/21/2010 | KNK | Analyze correspondence from D. Dugan re U.S. Trustee forms | 0.10 | 97.50 |
| 5/24/2010 | KNK | Telephone conference with J. McMahon re status report | 0.20 | 195.00 |
| 5/25/2010 | KNK | Analyze correspondence from D. Wensel re LECG work | 0.10 | 97.50 |
| | KNK | Analyze pleadings re exclusivity order | 0.10 | 97.50 |
| | KNK | Analyze memo re reply brief page limits and procedure | 0.10 | 97.50 |
| | KNK | Revise correspondence to parties re brief page limits and procedure | 0.20 | 195.00 |
| | KNK | Analyze pleadings re order approving work plan, etc. | 0.10 | 97.50 |
| 5/28/2010 | KNK | Analyze correspondence from M. Minuti re status conference | 0.10 | 97.50 |
| | | SUBTOTAL: 010 - Case Administration | 13.30 | 12,480.00 |

020 - Meetings and Communications

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|-----|
| 5/1/2010 | KNK | Analyze correspondence from W. Elggren re New York meet and confer | 0.10 | 97.50 |
| | KNK | Conference call with J. Conlan, K. Lantry, L. Bogdanoff, D. Stern and M. Barash re meet and confer and examination | 1.00 | 975.00 |
| | KNK | Analyze agenda for Sidley Austin call | 0.10 | 97.50 |
| | KNK | Prepare correspondence to D. Bernstein re examiner meet and confer | 0.10 | 97.50 |
| | KNK | Prepare correspondence to D. Golden re examiner meet and confer | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re New York meet and confer meeting | 0.10 | 97.50 |

KNK Tribune Examiner Account                                          Page   6
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|-----|
| 5/1/2010 | KNK | Analyze correspondence from D. Golden re meet and confer | 0.10 | 97.50 |
| | KNK | Prepare correspondence to D. Golden re meet and confer | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Chadbourne meet and confer | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re R. Stark and phones | 0.20 | 195.00 |
| | KNK | Analyze correspondence from M. Barash re New York meet and confer | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Bernstein re meet and confer | 0.10 | 97.50 |
| 5/2/2010 | KNK | Conference call with L. Bogdanoff and D. Bernstein re meet and confer | 0.50 | 487.50 |
| | KNK | Prepare correspondence to M. Barash and L. Bogdanoff re logistics of New York meet and confer | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re logistics of New York meet and confer | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Bernstein call | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re notice re meet and confer | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Barash re revisions to notice re meet and confer | 0.10 | 97.50 |
| | KNK | Telephone conference with D. Golden re meet and confer | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Boelter re meet and confer | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                          Page    7
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/2/2010 | KNK | Analyze correspondence from L. Bogdanoff re meet and confer | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re D. Golden meet and confer | 0.10 | 97.50 |
| | KNK | Analyze correspondence from K. Lantry re New York meet and confer and document deposition | 0.10 | 97.50 |
| | KNK | Conference call with L. Bogdanoff, M. Barash, B. Bennett and J. Johnston re meet and confer | 0.60 | 585.00 |
| | KNK | Analyze memo re issues for meet and confer meeting | 0.30 | 292.50 |
| | KNK | Analyze correspondence from M. Barash re breakout meeting | 0.10 | 97.50 |
| | KNK | Prepare correspondence to D. Golden re breakout meeting | 0.10 | 97.50 |
| 5/3/2010 | KNK | Analyze correspondence from D. Bernstein re JPMorgan presentation | 0.10 | 97.50 |
| | KNK | Prepare correspondence to D. Bernstein and L. Bogdanoff re JPMorgan presentation | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re JPMorgan meet and confer | 0.10 | 97.50 |
| | KNK | Analyze Klee remarks re meet and confer | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re remarks re meet and confer | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Johnston re Oak Tree meet and confer | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re meet and confer and work plan | 0.30 | NO CHARGE |
| | KNK | Analyze correspondence from M. Barash re finalization of meet and confer | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                          Page    8
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/4/2010 | KNK | Prepare for all hands re meet and confer and review order | 2.10 | 2,047.50 |
| | KNK | Attend all hands re meet and confer and review order | 1.00 | 975.00 |
| | KNK | Attend meeting with case constituencies | 9.00 | 8,775.00 |
| 5/5/2010 | KNK | Prepare for meeting with case constituents re examiner issues | 0.80 | 780.00 |
| | KNK | Attend meeting with case constituencies | 7.10 | 6,922.50 |
| 5/6/2010 | KNK | Prepare correspondence to M. Barash re meeting with U.S. Trustee | 0.10 | 97.50 |
| 5/7/2010 | KNK | Conference call with L. Bogdanoff and White & Case re bridge | 0.40 | 390.00 |
| | KNK | Analyze correspondence from T. Lauria re bridge lenders | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re meeting with U.S. Trustee and reply | 0.10 | 97.50 |
| 5/10/2010 | KNK | Attend meeting with L. Bogdanoff, M. Barash, Saul Ewing and LECG re Tribune | 1.40 | 1,365.00 |
| | KNK | Meet with L. Bogdanoff, D. Bernstein and D. Glazer re status conference | 0.20 | 195.00 |
| | KNK | Confer with J. McMahon re U.S. Trustee meeting | 0.90 | 877.50 |
| | KNK | Attend meeting with R. DeAngelis, W. Harrington and J. McMahon | 1.20 | 1,170.00 |
| | KNK | Telephone conference with L. Bogdanoff re U.S. Trustee meeting and communications | 0.10 | 97.50 |
| 5/11/2010 | KNK | Analyze correspondence from M. Minuti re Kasowitz meeting | 0.10 | 97.50 |

KNK Tribune Examiner Account                                    Page    9
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/11/2010 | KNK | Analyze correspondence from L. Bogdanoff re Kasowitz meeting | 0.10 | 97.50 |
| 5/12/2010 | KNK | Analyze correspondence from L. Bogdanoff re venue for all hands meeting | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re venue for all hands meeting | 0.10 | 97.50 |
| 5/18/2010 | KNK | Analyze correspondence from J. Parver re Merrill Lynch brief | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Russano re responses to questions | 0.20 | 195.00 |
| 5/21/2010 | KNK | Weekly conference call with Examiner team | 0.50 | 487.50 |
| 5/24/2010 | KNK | Analyze correspondence from D. Fidler re agenda for LECG 5/25 call | 0.10 | 97.50 |
| 5/25/2010 | KNK | Conference call with LECG and L. Bogdanoff et al. re financial issues | 2.00 | 1,950.00 |
| 5/27/2010 | KNK | Prepare correspondence to J. McMahon re U.S. Trustee meeting | 0.10 | 97.50 |
| 5/28/2010 | KNK | Conference call with Examiner team re Examiner report | 0.50 | 487.50 |
| 5/30/2010 | KNK | Attend meeting with Examiner team at KTB&S | 8.00 | 7,800.00 |
| 5/31/2010 | KNK | Prepare for meeting with Examiner team and review briefs | 1.60 | 1,560.00 |
| | KNK | Attend meeting with Examiner team at KTB&S re tasks, analysis | 3.10 | 3,022.50 |
| | | SUBTOTAL: 020 - Meetings and Communications | 46.90 | 45,435.00 |

KNK Tribune Examiner Account                                                    Page  10
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| | | **040 - Fee/Employment Applications** | | |
| 5/1/2010 | KNK | Analyze correspondence from L. Bogdanoff re revised engagement letter | 0.10 | NO CHARGE |
| | KNK | Prepare correspondence to L. Bogdanoff re revised engagement letter | 0.10 | NO CHARGE |
| | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re applications to employ professionals | 0.10 | 97.50 |
| 5/3/2010 | KNK | Analyze correspondence from M. Barash re conflict waivers and disclosure | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Gumport re examiner work plan | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Minuti re local counsel | 0.10 | 97.50 |
| | KNK | Confer with M. Barash re employment application disclosures | 0.10 | 97.50 |
| 5/5/2010 | KNK | Analyze correspondence from D. Dugan re examiner security forms | 0.10 | 97.50 |
| 5/6/2010 | KNK | Prepare correspondence to D. Dugan re examiner appointment | 0.10 | 97.50 |
| 5/7/2010 | KNK | Analyze correspondence from D. Dugan re security documents and reply | 0.10 | 97.50 |
| | KNK | Prepare form data for U.S. Trustee | 1.00 | 975.00 |
| 5/8/2010 | KNK | Analyze correspondence from M. Barash re revised verified statement | 0.20 | 195.00 |
| | KNK | Prepare correspondence to M. Barash and L. Bogdanoff re revised verified statement | 0.10 | 97.50 |
| 5/9/2010 | KNK | Prepare U.S. government and security information | 0.50 | 487.50 |

KNK Tribune Examiner Account                                                                    Page  11
File No.:  2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 5/9/2010 | KNK | Analyze correspondence from J. McMahon re revised verified statement | 0.10 | 97.50 |
| 5/11/2010 | KNK | Analyze pleadings re application to employ KTB&S and affidavit | 0.20 | 195.00 |
| | KNK | Analyze correspondence from M. Barash re application to employ KTB&S and affidavit | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re application to employ KTB&S and affidavit | 0.10 | 97.50 |
| | KNK | Analyze pleadings re LECG draft employment application | 0.10 | 97.50 |
| | KNK | Analyze pleadings re LECG Elggren declaration | 0.10 | 97.50 |
| | KNK | Prepare U.S. Trustee questionnaire | 0.40 | 390.00 |
| 5/12/2010 | KNK | Analyze correspondence from L. Bogdanoff re revisions to LECG application to employ | 0.10 | 97.50 |
| | KNK | Revise application to employ KTB&S | 0.20 | NO CHARGE |
| | KNK | Revise KTB&S engagement letter | 0.10 | NO CHARGE |
| | KNK | Revise application to employ LECG | 0.20 | NO CHARGE |
| | KNK | Analyze pleadings re Saul Ewing application to employ and order | 0.10 | 97.50 |
| | KNK | Analyze Saul Ewing employment letter | 0.10 | 97.50 |
| | KNK | Analyze pleadings re Minuti declaration | 0.10 | 97.50 |
| | KNK | Prepare U.S. Trustee security forms | 2.10 | 2,047.50 |
| | KNK | Confer with M. Barash and D. Brown re revisions to applications to employ | 0.30 | 292.50 |
| 5/21/2010 | KNK | Prepare U.S. Trustee security forms | 0.20 | 195.00 |

KNK Tribune Examiner Account                                                Page  12
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/25/2010 | KNK | Confer with L. Bogdanoff re interim fee order and procedures | 0.10 | 97.50 |
| 5/27/2010 | KNK | Analyze correspondence from D. Dugan re U.S. Trustee security documents | 0.10 | 97.50 |
| | | SUBTOTAL: 040 - Fee/Employment Applications | 7.60 | 6,727.50 |

080 - Asset Analysis and Recovery

| | | | | |
|------|-------|-------------|-------|---|
| 5/1/2010 | KNK | Analyze memo re master outline of issues and documents | 0.20 | 195.00 |
| | KNK | Analyze correspondence from D. Stern re examination methodology | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re examination methodology | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re master outline of issues and documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re access to documents under seal | 0.10 | 97.50 |
| | KNK | Conference call with L. Bogdanoff and M. Barash re creditors' committee issues | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re confidentiality of memos | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re revisions to master issues outline | 0.10 | 97.50 |
| 5/2/2010 | KNK | Prepare correspondence to M. Barash and L. Bogdanoff re form of examiner brief | 0.10 | 97.50 |
| 5/3/2010 | KNK | Analyze correspondence from L. Bogdanoff re research issues | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                              Page  13
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/3/2010 | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re research topics | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re unredacted amended complaint | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Stark re Extended Stay report | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re amended complaint and examiner report | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re revised research agenda | 0.10 | 97.50 |
| | KNK | Analyze pleadings re unredacted Wilmington Trust amended complaint | 1.10 | 1,072.50 |
| | KNK | Analyze correspondence from J. Werbalowski re valuation | 0.10 | 97.50 |
| | KNK | Prepare correspondence to interested party re investigation | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re memo on legal issues in examiner report | 1.20 | 1,170.00 |
| 5/4/2010 | KNK | Analyze transcript of 4/13 hearing | 0.40 | 390.00 |
| 5/5/2010 | KNK | Analyze pleadings re creditors' committee draft complaint | 0.80 | 780.00 |
| | KNK | Confer with L. Bogdanoff re examiner litigation issues, tasks, timetables | 0.40 | 390.00 |
| | KNK | Confer with L. Bogdanoff re confidentiality issues | 0.30 | 292.50 |
| 5/6/2010 | KNK | Prepare correspondence to L. Bogdanoff re examination re confidentiality | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re examination re confidentiality | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                      Page  14
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/6/2010 | KNK | Analyze correspondence from L. Bogdanoff re committee complaint | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re committee complaint | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re bridge lenders | 0.10 | 97.50 |
| | KNK | Analyze correspondence from S. Rothschild re creditors' committee | 0.10 | 97.50 |
| 5/7/2010 | KNK | Analyze correspondence from L. Bogdanoff re examiner request letter | 0.40 | 390.00 |
| | KNK | Prepare correspondence to L. Bogdanoff et al. re revised request letter | 0.10 | 97.50 |
| | KNK | Revise correspondence to parties re examiner request letter | 0.50 | 487.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re subject matter waiver | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re format of examiner submissions | 0.10 | 97.50 |
| | KNK | Analyze request for briefs | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re ESOP and document request | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Stern re examiner request letter | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and D. Stern re revisions to examiner request letter | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re subject matter privilege | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                                Page  15
File No.:  2000

| Date | Init. | Description | Hours | |
|------|------|-------------|-------|------|
| 5/7/2010 | KNK | Analyze correspondence from M. Barash re proposed supplemental order | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re confidentiality | 0.10 | NO CHARGE |
| | KNK | Confer with L. Bogdanoff re bridge | 0.10 | NO CHARGE |
| | KNK | Analyze correspondence from M. Houghton re notice of adjournment | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Barash re interview list | 0.10 | 97.50 |
| | KNK | Meet with L. Bogdanoff re privilege issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from K. Bromberg re waiver of privilege | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Johnston re scope of investigation | 0.10 | 97.50 |
| 5/8/2010 | KNK | Analyze correspondence from L. Bogdanoff re unreasonably small capital | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Stern re unreasonably small capital | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and D. Stern re unreasonably small capital | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Barash and L. Bogdanoff re unreasonably small capital standard | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re unreasonably small capital standard | 0.10 | 97.50 |
| | KNK | Analyze correspondence from W. Elggren re organizational chart | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re examiner investigation, issues and tables | 0.20 | 195.00 |

KNK Tribune Examiner Account                                      Page 16
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/9/2010 | KNK | Analyze Alvarez & Marsal analysis | 0.20 | 195.00 |
| | KNK | Prepare correspondence to examiner team re Alvarez & Marsal analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Alvarez & Marsal analysis | 0.10 | 97.50 |
| | KNK | Analyze Lazard LBO analysis | 0.70 | 682.50 |
| | KNK | Analyze PHONES indenture, notes and direction for team | 0.80 | 780.00 |
| | KNK | Analyze correspondence from J. Dinkleman re LBO debt | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Stern re LBO debt | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re LBO debt | 0.10 | 97.50 |
| | KNK | Analyze correspondence from Wayne Elggren re solvency analysis | 0.10 | 97.50 |
| 5/10/2010 | KNK | Analyze correspondence from L. Bogdanoff re legal issues and meetings | 0.10 | 97.50 |
| 5/11/2010 | KNK | Meet with D. Stern re insolvency and unreasonably small capital | 0.40 | 390.00 |
| | KNK | Telephone conference with L. Bogdanoff re DPW page request | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Glazer re DPW page request | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re response to DPW | 0.10 | 97.50 |
| 5/12/2010 | KNK | Analyze correspondence from L. Bogdanoff re fraudulent transfer research | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re creditor committee information | 0.10 | 97.50 |

KNK Tribune Examiner Account
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/12/2010 | KNK | Confer with D. Fidler re LECG meeting with Lazard and A&M | 0.30 | 292.50 |
| | KNK | Meet with R. Pfister re common law actions | 0.20 | 195.00 |
| | KNK | Prepare correspondence to R. Pfister re fraudulent transfer law | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Dinkelman re savings clauses | 0.10 | 97.50 |
| 5/13/2010 | KNK | Analyze correspondence from L. Bogdanoff re common law complaint | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re confidentiality | 0.10 | 97.50 |
| | KNK | Analyze JPM outline of key documents | 1.00 | 975.00 |
| | KNK | Analyze correspondence from R. Pfister re common law complaint | 0.10 | 97.50 |
| | KNK | Prepare correspondence to R. Pfister et al. re common law complaint | 0.10 | 97.50 |
| | KNK | Analyze committee common law complaint | 1.20 | 1,170.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re common law complaint | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff et al. re common law complaint | 0.10 | 97.50 |
| | KNK | Prepare correspondence to R. Pfister re common law complaint | 0.10 | 97.50 |
| | KNK | Analyze transcript of 5/12 hearing (in part) | 0.40 | 390.00 |
| 5/14/2010 | KNK | Analyze correspondence from L. Bogdanoff re equity incentives | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                Page  18
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/14/2010 | KNK | Analyze correspondence from C. Monk re subsidiary guarantees | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re breach of fiduciary duty | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Boelter re ESOP tax benefits | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re phantom stock | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re phantom stock | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re JPM memo and analysis | 0.10 | 97.50 |
| | KNK | Analyze memo re analysis of JPM submission (in part) | 0.20 | 195.00 |
| | KNK | Analyze transcript of 5/10 hearing (in part) | 1.00 | 975.00 |
| | KNK | Prepare correspondence to L. Bogdanoff re valuation issues | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re choice of forum issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re choice of forum | 0.10 | 97.50 |
| 5/15/2010 | KNK | Telephone conference with L. Bogdanoff re fraudulent transfer theories and examiner's report | 0.40 | 390.00 |
| | KNK | Telephone conference with M. Barash re fraudulent transfer theories and examiner's report | 0.20 | 195.00 |
| | KNK | Analyze correspondence from M. Barash re fraudulent transfer research | 0.20 | 195.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re fraudulent transfer research | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                    Page  19
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/16/2010 | KNK | Analyze correspondence from L. Bogdanoff re report statement of facts | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re insolvency valuation | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re insolvency valuation | 0.10 | 97.50 |
| 5/17/2010 | KNK | Analyze spreadsheet of interviewees | 0.10 | 97.50 |
| | KNK | Analyze correspondence from K. Bromberg re brief links | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re hyper-linked complaint | 0.10 | 97.50 |
| | KNK | Analyze documents re Broadcasting Holdco structure | 0.20 | 195.00 |
| | KNK | Analyze memo re constructive fraudulent transfer insolvency | 0.40 | 390.00 |
| | KNK | Telephone conference with L. Bogdanoff re valuation memo | 0.30 | 292.50 |
| 5/18/2010 | KNK | Analyze correspondence from L. Bogdanoff re Merrill Lynch brief | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re privilege waiver | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re privilege waiver | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Morgan Stanley | 0.10 | 97.50 |
| | KNK | Analyze outline re Examiner Report | 0.70 | 682.50 |
| | KNK | Revise outline re Examiner Report | 2.20 | 2,145.00 |
| 5/19/2010 | KNK | Analyze documents re financial advisory agreements | 0.30 | 292.50 |

KNK Tribune Examiner Account                                                    Page  20
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 5/19/2010 | KNK | Analyze correspondence from L. Bogdanoff and J. Dinkelman re solvency in Step 1 | 0.10 | 97.50 |
| | KNK | Analyze documents re LA Times notes transaction | 0.40 | 390.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re LA Times notes transaction | 0.10 | 97.50 |
| | KNK | Analyze correspondence from W. Elggren re LA Times notes transaction | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Dinkelman re term loan financing | 0.10 | 97.50 |
| | KNK | Analyze memo re benefits to insiders | 0.20 | 195.00 |
| | KNK | Telephone conference with D. Fidler re LECG team and work | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re credit agreement | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re JPM memo inquiry | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re agenda for 5/21 meeting | 0.10 | 97.50 |
| | KNK | Analyze updated Examiner Report outline | 0.60 | 585.00 |
| | KNK | Prepare correspondence to L. Bogdanoff re revisions to Examiner Report | 0.10 | 97.50 |
| 5/20/2010 | KNK | Analyze correspondence from D. Stern re valuation date | 0.10 | 97.50 |
| | KNK | Analyze documents re JPM documents (in part) | 2.60 | 2,535.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re revised examiner report and agenda | 0.10 | 97.50 |
| | KNK | Analyze correspondence from C. Elson re liabilities | 0.20 | 195.00 |

KNK Tribune Examiner Account                                          Page  21
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/20/2010 | KNK | Analyze correspondence from L. Bogdanoff re liabilities | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re liabilities | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Wilmington Trust complaint | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re creditors' committee complaint | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and D. Stern re valuation date | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and D. Stern re unreasonably small capital | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re change of control provision | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re change of control provision | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re LA Times notes issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re LA Times notes issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Stern re collapsing Steps 1 and 2 | 0.10 | 97.50 |
| | KNK | Prepare correspondence to D. Stern and L. Bogdanoff re collapse issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Johnston re confidentiality | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re confidentiality | 0.10 | 97.50 |
| 5/21/2010 | KNK | Telephone conference with L. Bogdanoff re confidentiality of letter and valuation | 0.20 | 195.00 |

KNK Tribune Examiner Account                                                          Page  22
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/21/2010 | KNK | Meet with L. Bogdanoff et al. re analysis of key issues, issue direction re same to team | 1.40 | 1,365.00 |
| | KNK | Meet with R. Davids and J. Dinkelman re credit agreement issues | 0.10 | 97.50 |
| | KNK | Analyze deposition summaries | 0.70 | 682.50 |
| | KNK | Analyze statement of facts from debtors | 0.90 | 877.50 |
| | KNK | Analyze correspondence from J. Dinkelman re representations and warranties | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re representations and warranties | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re LA Times note structuring | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Fidler re LA Times note structuring | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re collapse issues | 0.10 | 97.50 |
| 5/22/2010 | KNK | Telephone conference with M. Barash re submission of briefs | 0.10 | 97.50 |
| | KNK | Analyze deposition summaries (in part) | 0.50 | 487.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re unreasonably small capital | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re LECG analysis | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re LECG analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Stern re LECG analysis | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                    Page  23
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/22/2010 | KNK | Analyze correspondence from M. Barash re JP Morgan brief | 0.10 | 97.50 |
| 5/23/2010 | KNK | Analyze correspondence re reply briefs | 0.10 | 97.50 |
| | KNK | Revise correspondence to parties re reply briefs | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re reply brief letter | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re indemnity, subrogation and contribution agreement | 0.10 | 97.50 |
| | KNK | Confer with M. Barash re indemnity, subrogation and contribution agreement | 0.10 | 97.50 |
| | KNK | Analyze documents re exhibits to statement of facts (in part) | 1.30 | 1,267.50 |
| | KNK | Analyze memo from L. Bogdanoff re indemnity, subrogation and contribution agreement | 0.10 | 97.50 |
| 5/24/2010 | KNK | Meet with L. Bogdanoff re briefs and outline | 0.30 | 292.50 |
| | KNK | Analyze correspondence from M. Barash re late filing of Wilmington briefs | 0.10 | 97.50 |
| 5/25/2010 | KNK | Prepare for meeting with LECG re financial issues | 0.40 | 390.00 |
| | KNK | Meet with D. Fidler and L. Bogdanoff re LATI transaction, issue directions | 0.20 | 195.00 |
| | KNK | Meet with D. Fidler re financial aspects of report | 0.40 | 390.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re JPM reply brief | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re JPMorgan page request | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re JPMorgan page request | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                      Page  24
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/25/2010 | KNK | Confer with L. Bogdanoff re Wilmington Trust request | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Wilmington Trust request | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re narrative and legal issues | 0.20 | 195.00 |
| | KNK | Analyze correspondence from R. Stark re Wilmington Trust request | 0.10 | 97.50 |
| | KNK | Analyze brief re 2007 LBO from various parties | 1.30 | 1,267.50 |
| | KNK | Analyze presentations to financial advisors | 0.70 | 682.50 |
| 5/26/2010 | KNK | Analyze memo re narrative preparation | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Siegel re 546(e) briefs | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re reply brief issues | 0.50 | 487.50 |
| | KNK | Analyze correspondence from N. Nastasi re attorney client privilege issues | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re attorney client privilege issues | 0.10 | 97.50 |
| | KNK | Analyze brief re 2007 LBO and documents (in part) | 1.20 | 1,170.00 |
| 5/27/2010 | KNK | Analyze correspondence from L. Bogdanoff re representation in credit agreement | 0.10 | 97.50 |
| | KNK | Analyze memo re work plan to compile report | 0.20 | 195.00 |
| | KNK | Revise memo re work plan to compile report | 0.20 | 195.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re intercompany debt outline | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re intercompany debt and 544(b) | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                    Page  25
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/27/2010 | KNK | Analyze correspondence from L. Bogdanoff re reply briefs, analysis | 0.10 | 97.50 |
| | KNK | Analyze brief re 2007 LBO and supporting documents (in part) | 2.60 | 2,535.00 |
| | KNK | Analyze brief re 546(e) defense | 1.70 | 1,657.50 |
| | KNK | Telephone conference with L. Bogdanoff re 546(e) defense (voicemail message) | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Russ and re representation 4.01(l)(ii) | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff, R. Davids, J. Dinkelman re representation 4.01(i) | 0.10 | 97.50 |
| | KNK | Confer with J. Dinkelman re representation 4.01(l)(ii) | 0.20 | 195.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re representation 4.01(l)(ii) | 0.10 | 97.50 |
| 5/28/2010 | KNK | Meet with L. Bogdanoff re 546(e) defense | 0.10 | 97.50 |
| | KNK | Analyze brief re 2007 LBO and exhibits (in part) | 8.60 | 8,385.00 |
| | KNK | Confer with S. Pearson re indemnity, subrogation agreement | 0.10 | NO CHARGE |
| | KNK | Analyze correspondence from L. Bogdanoff re analysis of fiduciary duties | 0.10 | 97.50 |
| | KNK | Prepare correspondence to Examiner team re aiding and abetting | 0.10 | 97.50 |
| | KNK | Meet with L. Bogdanoff and M. Barash re Examiner Report and legal issues | 0.50 | 487.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re 546(e) defense issues | 0.10 | 97.50 |

KNK Tribune Examiner Account                                              Page  26
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/28/2010 | KNK | Analyze memo re financial advisor entities | 0.10 | 97.50 |
| | KNK | Analyze documents re indemnity, subrogation and contribution | 0.10 | 97.50 |
| | KNK | Analyze documents re guarantee agreement | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff and N. Nastasi re templates | 0.10 | 97.50 |
| 5/29/2010 | KNK | Analyze brief re 2007 LBO and exhibits (in part) | 3.80 | 3,705.00 |
| 5/30/2010 | KNK | Prepare for meeting with Examiner team and review file | 1.70 | 1,657.50 |
| 5/31/2010 | KNK | Confer with L. Bogdanoff re claims and transfers | 0.20 | 195.00 |
| | KNK | Confer with L. Bogdanoff re reasonable equivalent value and good faith | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re Examiner Report issues | 0.20 | 195.00 |
| | KNK | Revise draft Examiner Report (first sections) | 1.30 | 1,267.50 |
| | | SUBTOTAL: 080 - Asset Analysis and Recovery | 68.00 | 66,007.50 |

095- Legal Research re Investigation (Tribune)

| | | | | |
|------|-------|-------------|-------|---|
| 5/3/2010 | KNK | Analyze Extended Stay examiner report (in part) | 1.20 | 1,170.00 |
| 5/4/2010 | KNK | Analyze pleadings re New Century examiner orders and report (in part) | 0.70 | 682.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re New Century legal issues | 0.10 | 97.50 |
| 5/5/2010 | KNK | Analyze New Century examiner disclosure order | 0.20 | 195.00 |
| 5/8/2010 | KNK | Research re standard of care | 0.10 | 97.50 |
| 5/9/2010 | KNK | Research re LBO avoidance theories, issues | 0.90 | 877.50 |

KNK Tribune Examiner Account                                                              Page  27
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/12/2010 | KNK | Prepare correspondence to R. Pfister re fraudulent transfer research | 0.10 | 97.50 |
| 5/14/2010 | KNK | Research re fraudulent transfer issues, issue directions to team re same | 2.80 | 2,730.00 |
| 5/16/2010 | KNK | Research re avoidance theory | 0.10 | 97.50 |
| 5/21/2010 | KNK | Research re prong 2 and 3 questions, review isuses | 0.20 | 195.00 |
| 5/26/2010 | KNK | Research re inadvertence and Question 3 | 0.20 | 195.00 |
| | KNK | Research re 546(e) settlement defense, propose email re directions on same | 0.20 | 195.00 |
| 5/28/2010 | KNK | Additional research re 546(e) defense issues | 0.20 | 195.00 |
| 5/29/2010 | KNK | Research re 2007 LBO legal issues, avoidance and 548(c) issues | 1.60 | 1,560.00 |
| 5/30/2010 | KNK | Research re LBO breach of fiduciary duty | 0.80 | 780.00 |
| 5/31/2010 | KNK | Research re 2007 LBO legal issues, financial advisor fees | 0.80 | 780.00 |
| | | SUBTOTAL: 095- Legal Research re Investigation (Tribune) | 10.20 | 9,945.00 |

096- Questions 2 & 3 (Tribune)

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/3/2010 | KNK | Analyze pleadings re objection of Wilmington Trust re automatic stay | 0.60 | 585.00 |
| 5/6/2010 | KNK | Analyze pleadings re response of WTC re standing motion | 0.40 | 390.00 |
| 5/11/2010 | KNK | Telephone conference with J. Shenson re stay and confidentiality | 0.10 | 97.50 |
| | KNK | Confer with B. Metcalf re stay and confidentiality | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                    Page  28
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 5/11/2010 | KNK | Prepare correspondence to J. Shenson re meeting on stay and confidentiality | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re meeting on stay and confidentiality | 0.10 | 97.50 |
| | KNK | Attend meeting with L. Bogdanoff, J. Shenson and B. Metcalf re automatic stay and confidentiality | 0.60 | 585.00 |
| 5/17/2010 | KNK | Analyze correspondence from J. Shenson re prong 2 and 3 interviews | 0.10 | 97.50 |
| 5/18/2010 | KNK | Analyze correspondence from J. Shenson re outline for Question 2 | 0.20 | 195.00 |
| | KNK | Analyze correspondence from J. Shenson re outline for Question 3 | 0.20 | 195.00 |
| 5/19/2010 | KNK | Prepare correspondence to B. Metcalf re committee bylaws and other Question 2 and 3 documents | 0.10 | 97.50 |
| 5/20/2010 | KNK | Analyze memo re Wilmington Trust complaint analysis | 0.60 | 585.00 |
| 5/21/2010 | KNK | Meet with B. Metcalf re prong 2 and 3 questions, direction re same | 0.40 | 390.00 |
| 5/25/2010 | KNK | Analyze brief re sanctions motion and exhibits | 2.40 | 2,340.00 |
| 5/26/2010 | KNK | Analyze memo re Question No. 2 analysis | 0.20 | 195.00 |
| | KNK | Prepare correspondence to J. Shenson and B. Metcalf re inadvertence | 0.10 | 97.50 |
| 5/27/2010 | KNK | Analyze brief re sanctions motion and automatic stay (in part) | 0.80 | 780.00 |
| | KNK | Analyze correspondence from J. Shenson re Question 2 and 3 interviews | 0.10 | 97.50 |
| | KNK | Prepare correspondence to J. Shenson re Question 2 and 3 interviews | 0.10 | 97.50 |

KNK Tribune Examiner Account                                          Page 29
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 5/27/2010 | KNK | Analyze correspondence from J. Shenson re prong 3 issue | 0.10 | 97.50 |
| 5/31/2010 | KNK | Confer with M. Minuti re Questions 2 and 3 issues | 0.20 | 195.00 |
| | KNK | Analyze correspondence from B. Metcalf re step 2 analysis | 0.20 | 195.00 |
| | | SUBTOTAL: 096- Questions 2 & 3 (Tribune) | 7.80 | 7,605.00 |

097- Witness interviews/discovery

| | | | | |
|------|-------|-------------|-------|--|
| 5/1/2010 | KNK | Analyze memo re witness interview process | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re witness interview process | 0.10 | 97.50 |
| 5/3/2010 | KNK | Analyze correspondence from K. Lantry re document production | 0.10 | 97.50 |
| 5/11/2010 | KNK | Analyze correspondence from D. Stern re document request | 0.10 | 97.50 |
| 5/12/2010 | KNK | Meet with L. Bogdanoff re JPM discovery documents | 0.20 | 195.00 |
| 5/13/2010 | KNK | Analyze correspondence from L. Bogdanoff re VRC production and committee expert | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re common law witnesses and documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Barash re witness interviews | 0.10 | 97.50 |
| | KNK | Analyze correspondence from S. Pearson re documents and memo | 0.10 | 97.50 |
| 5/14/2010 | KNK | Analyze correspondence from G. Bush re potential witnesses | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                  Page  30
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 5/14/2010 | KNK | Analyze pleadings re Wells Fargo discovery request | 0.20 | 195.00 |
| | KNK | Analyze pleadings re Wilmington Trust discovery request | 0.20 | 195.00 |
| 5/16/2010 | KNK | Analyze memo re parties to be interviewed | 0.10 | 97.50 |
| 5/17/2010 | KNK | Analyze correspondence from N. Nastasi re witness interviews | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re conference call re interviews | 0.10 | 97.50 |
| | KNK | Conference call with L. Bogdanoff and Saul Ewing re interviews | 0.40 | 390.00 |
| | KNK | Conference call with J. Shenson and B. Metcalf re interviews | 0.20 | 195.00 |
| 5/18/2010 | KNK | Analyze correspondence from J. Shenson re New York interview schedule | 0.10 | 97.50 |
| | KNK | Prepare correspondence to J. Shenson re New York interview schedule | 0.10 | 97.50 |
| | KNK | Analyze documents re JPM Production (in part) | 3.10 | 3,022.50 |
| | KNK | Analyze pleadings re redline of order re subpoenas | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Shenson re New York interview schedule | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re New York interview schedule | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re witness examination list | 0.10 | 97.50 |
| | KNK | Analyze correspondence from F. Vazquez re Tribune documents | 0.10 | 97.50 |

KNK Tribune Examiner Account                                    Page  31
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 5/19/2010 | KNK | Analyze correspondence from B. Metcalf re New York interviews | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re New York interview order | 0.10 | 97.50 |
| 5/20/2010 | KNK | Prepare correspondence to R. Pfister re New York interview ground rules | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister and J. Shenson re New York interview ground rules | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re Question 1 interviews | 0.10 | 97.50 |
| 5/21/2010 | KNK | Analyze correspondence from L. Bogdanoff re New York interview issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re New York interview issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re confidential interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re Stinehart deposition | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re confidential  interview | 0.10 | 97.50 |
| 5/22/2010 | KNK | Analyze correspondence from N. Nastasi re interviews | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re interviews | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi et al. re interviews | 0.10 | 97.50 |
| 5/23/2010 | KNK | Analyze correspondence from N. Nastasi re interviews | 0.20 | 195.00 |
| | KNK | Prepare correspondence to N. Nastasi re interviews | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                Page  32
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/23/2010 | KNK | Prepare correspondence to R. Pfister re New York interview schedule | 0.10 | 97.50 |
| 5/24/2010 | KNK | Analyze correspondence from L. Bogdanoff re confidential subpoena | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re confidential subpoena | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re attendance at interviews | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re attendance at interviews | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and N. Nastasi re attendance at interviews | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Merrill Lynch exam | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re Merrill Lynch exam | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Citibank interviews | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re Citibank interviews | 0.10 | 97.50 |
| 5/25/2010 | KNK | Analyze correspondence from N. Nastasi re draft subpoena | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi et al. re draft subpoena | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re draft subpoena | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re draft subpoena | 0.10 | NO CHARGE |

KNK Tribune Examiner Account                                                Page  33
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/25/2010 | KNK | Analyze correspondence from D. Stern re draft subpoena | 0.10 | 97.50 |
| | KNK | Analyze pleadings re order re subpoenas | 0.10 | 97.50 |
| | KNK | Analyze correspondence from F. Vazquez re production of documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re subpoena | 0.10 | 97.50 |
| | KNK | Analyze subpoena and cover letter | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Zell interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Sell interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Larsen interview | 0.10 | 97.50 |
| 5/26/2010 | KNK | Analyze correspondence from N. Nastasi re Stinehart interview | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re Stinehart interview | 0.10 | 97.50 |
| | KNK | Analyze Sell interview outline | 0.30 | 292.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Jamie Dimon interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Jamie Dimon interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Stinehart interview | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re Jamie Dimon interview | 0.10 | 97.50 |
| 5/27/2010 | KNK | Analyze correspondence from J. Shenson re interview outline | 0.10 | 97.50 |

KNK Tribune Examiner Account                                               Page  34
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 5/27/2010 | KNK | Prepare correspondence to J. Shenson et al. re interview outline | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re video interviews | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi et al. re video interviews | 0.10 | 97.50 |
| | KNK | Telephone conference with M. Barash re video interviews | 0.10 | 97.50 |
| | KNK | Analyze memo re L. Bogdanoff comments on interview outlines | 0.20 | 195.00 |
| | KNK | Analyze correspondence from N. Nastasi re subpoena | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re subpoena | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re subpoena | 0.10 | 97.50 |
| | KNK | Analyze correspondence from S. Pearson re interview dates and locations | 0.10 | 97.50 |
| | KNK | Meet with J. Shenson re Question 2 and 3 interviews | 0.30 | 292.50 |
| | KNK | Confer with M. Barash re video interviews | 0.10 | NO CHARGE |
| 5/28/2010 | KNK | Analyze correspondence from N. Nastasi re Costa interview outline | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Costa interview outline | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Costa interview outline revisions | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re witness interview | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re witness interview | 0.10 | 97.50 |

KNK Tribune Examiner Account                                        Page  35
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 5/28/2010 | KNK | Analyze correspondence from R. Pfister re interview list and agenda | 0.10 | 97.50 |
| | KNK | Analyze correspondence from C. Monk re telephonic interview | 0.10 | 97.50 |
| 5/30/2010 | KNK | Analyze Sell interview notebook (in part) | 2.20 | 2,145.00 |
| 5/31/2010 | KNK | Confer with J. Shenson re Questions 2 and 3 interviews | 0.20 | 195.00 |
| | KNK | Analyze Sell interview notebook (in part) | 0.40 | 390.00 |
| | KNK | Analyze Costa interview outline | 0.20 | 195.00 |
| | | SUBTOTAL: 097- Witness interviews/discovery | 16.10 | 15,502.50 |

900 - Non-Working Travel (50% Rate)

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 5/3/2010 | KNK | Travel to New York for meet and confer | 3.00 | 1,462.50 |
| 5/5/2010 | KNK | Travel to Los Angeles | 8.30 | 4,046.25 |
| 5/9/2010 | KNK | Travel to Wilmington for status conference | 5.70 | 2,778.75 |
| 5/10/2010 | KNK | Travel to Los Angeles (non-working) | 9.10 | 4,436.25 |
| | | SUBTOTAL: 900 - Non-Working Travel (50% Rate) | 26.10 | 12,723.75 |
| | | Professional Services Rendered | 196.00 | $176,426.25 |
| | | Professional Services Rendered | 196.00 | $176,426.25 |

Timekeeper Summary

| Name | Hours | Rate | |
|---|---|---|---|
| Kenneth N. Klee - Partner | 194.00 | 975.00 | $176,426.25 |
| Kenneth N. Klee - Partner | 2.00 | 0.00 | $0.00 |