# EXHIBIT C

**EXHIBIT C**

**Summary of Expenses**
**(May 1, 2010 through May 31, 2010)**

| | | |
|---|---|---:|
| **Travel - Airfare** | $ | 3,768.40 |
| **Travel - Cabs, etc.** | $ | 23.00 |
| **Total** | $ | 3,791.40 |

**EXHIBIT C**

**List of Itemized Expenses**
**(May 1, 2010 through May 31, 2010)**

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 497451 | 5/20/2010 | 1 | $1,630.00 | $1,630.00 | Other travel | Roundtrip coach fare K. Klee from LAX to New York re: initial meet/confer with client 5/2/10 |
| 497535 | 5/18/2010 | 1 | $1,368.70 | $1,368.70 | Other travel | K. Klee one-way coach airfare from LAX to Philadelphia re Tribune, 4/30/10 |
| 498238 | 5/26/2010 | 1 | $14.00 | $14.00 | Other travel | Transportation to meet and confer in New York re Tribune, 5/4/10 |
| 498239 | 5/26/2010 | 1 | $9.00 | $9.00 | Other travel | Transportation to Examiner status conference, 5/9/10 |
| 498240 | 5/26/2010 | 1 | $769.70 | $769.70 | Other travel | K. Klee one-way coach airfare from Philadelphia to Los Angeles re Tribune, 5/9/10 |
| | | | | $3,791.40 | | |