# EXHIBIT B

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
**1999 Avenue of the Stars, 39th Fl.**
**Los Angeles, California  90067**
Telephone:  (310) 407-4000
Facsimile:   (310) 407-9090
Taxpayer I.D. No. 95-4744518

KNK Tribune Examiner Account                                      August 09, 2010

For Services Rendered Through June 30, 2010

_____

File No.:        2000

_____

Professional Services

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|------|
| 010 - Case Administration | | | | |
| 6/10/2010 | KNK | Analyze pleadings re Bar Date Order | 0.10 | 97.50 |
| 6/11/2010 | KNK | Confer with L. Bogdanoff re modification to Work Plan | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re fee budget | 0.10 | 97.50 |
| | KNK | Analyze pleadings re supplement re Examiner Work Plan | 0.10 | 97.50 |
| | KNK | Revise supplement re Examiner Work Plan | 0.20 | 195.00 |
| 6/12/2010 | KNK | Prepare correspondence to M. Barash re report to Delaware hearing | 0.10 | 97.50 |
| 6/16/2010 | KNK | Analyze correspondence from M. Barash re style | 0.10 | 97.50 |
| 6/17/2010 | KNK | Conference call with R. Davids and M. Barash re style and report preparation | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                    Page   2
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 6/18/2010 | KNK | Telephone conference with N. Nastasi re examination logistics | 0.20 | 195.00 |
| 6/19/2010 | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re report style | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re depository issues | 0.10 | 97.50 |
| 6/20/2010 | KNK | Analyze correspondence from L. Bogdanoff re extension of Examiner Report | 0.10 | 97.50 |
| 6/21/2010 | KNK | Telephone conference with M. Barash re motion to extend report deadline | 0.10 | 97.50 |
| | KNK | Analyze pleadings re motion to extend report deadline | 0.10 | 97.50 |
| | KNK | Revise motion to extend report deadline | 0.20 | 195.00 |
| | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re motion to extend report | 0.10 | 97.50 |
| 6/22/2010 | KNK | Analyze correspondence from M. Barash re motion to extend time | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re examiner report and motion | 0.20 | 195.00 |
| | KNK | Telephone conference with L. Bogdanoff re examiner extension | 0.20 | 195.00 |
| | KNK | Analyze pleadings re motion to extend report deadline and shorten time | 0.30 | 292.50 |
| | KNK | Revise motion to extend report deadline and shorten time | 0.20 | 195.00 |
| | KNK | Conference call with M. Barash and M. Minuti re motion to extend report deadline and shorten time | 0.10 | 97.50 |
| | KNK | Analyze correspondence from B. Krakauer re extension of confirmation | 0.10 | 97.50 |

KNK Tribune Examiner Account                                     Page    3
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/23/2010 | KNK | Analyze correspondence from M. Minuti re motion to extend deadline | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Minuti et al. re motion to extend deadline | 0.10 | 97.50 |
| | | SUBTOTAL: 010 - Case Administration | 3.30 | 3,217.50 |

020 - Meetings and Communications

| | | | | |
|------|-------|-------------|-------|---|
| 6/1/2010 | KNK | Analyze correspondence from J. McMahon re U.S. Trustee attorney | 0.10 | 97.50 |
| 6/2/2010 | KNK | Analyze correspondence from J. McMahon re U. S. Trustee meeting and reply | 0.10 | 97.50 |
| 6/4/2010 | KNK | Conference call with examiner team (weekly call) | 0.50 | 487.50 |
| 6/7/2010 | KNK | Analyze correspondence from N. Nastasi re meeting with U.S. Trustee | 0.10 | 97.50 |
| 6/13/2010 | KNK | Attend meeting with Examiner Team re Zell interview | 1.00 | 975.00 |
| 6/16/2010 | KNK | Prepare correspondence to J. Kaczmarek and N. Nastasi re logistics | 0.10 | 97.50 |
| 6/18/2010 | KNK | Conference call with Examiner Team - weekly call | 0.30 | 292.50 |
| | KNK | Attend meeting with J. Bendernagle et al. re process | 1.60 | 1,560.00 |
| | KNK | Telephone conference with L. Bogdanoff re Bendergale et al. re process | 0.50 | 487.50 |
| 6/20/2010 | KNK | Analyze correspondence from N. Nastasi re United States Trustee meeting | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re United States Trustee meeting | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re J. Bendernagle response | 0.10 | 97.50 |

KNK Tribune Examiner Account                                      Page    4
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/21/2010 | KNK | Conference call with L. Bogdanoff and Joe McMahon re U.S. Trustee meeting | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re U.S. Trustee meeting | 0.10 | 97.50 |
| | KNK | Telephone conference with J. Kaczmarek re meeting logistics | 0.10 | 97.50 |
| 6/23/2010 | KNK | Prepare for meeting with U.S. Trustee | 1.30 | 1,267.50 |
| | KNK | Attend meeting with U.S. Trustee | 1.50 | 1,462.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re all hands meeting | 0.10 | 97.50 |
| 6/29/2010 | KNK | Telephone conference with N. Nastasi re interview schedule | 0.10 | 97.50 |
| | | **SUBTOTAL: 020 - Meetings and Communications** | 7.90 | 7,702.50 |

040 - Fee/Employment Applications

| | | | | |
|------|-------|-------------|-------|---|
| 6/7/2010 | KNK | Analyze correspondence from D. Dugan re U. S. Trustee forms | 0.10 | 97.50 |
| 6/9/2010 | KNK | Analyze correspondence from D. Dugan re U.S. Trustee forms | 0.10 | 97.50 |
| 6/22/2010 | KNK | Prepare correspondence to M. Barash and L. Bogdanoff re fee applications | 0.10 | NO CHARGE |
| | | **SUBTOTAL: 040 - Fee/Employment Applications** | 0.30 | 195.00 |

080 - Asset Analysis and Recovery

| | | | | |
|------|-------|-------------|-------|---|
| 6/4/2010 | KNK | Analyze correspondence from L. Bogdanoff re good faith and reply | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                                          Page    5
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/4/2010 | KNK | Analyze correspondence from S. Katz re Choi representation | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re insolvency and good faith | 0.20 | 195.00 |
| | KNK | Analyze Kowakzuk deposition transcript | 2.50 | 2,437.50 |
| | KNK | Revise Examiner Report (in part) | 0.70 | 682.50 |
| 6/5/2010 | KNK | Telephone conference with L. Bogdanoff re choice of law, good faith, collapse and Murray Devine | 0.40 | 390.00 |
| | KNK | Analyze correspondence from T. Callahan and L. Bogdanoff re negative inference and privilege | 0.10 | 97.50 |
| | KNK | Prepare correspondence to T. Callahan and L. Bogdanoff re negative inference and privilege | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re avoidance of guarantees | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re avoidance of guarantees, analysis | 0.20 | 195.00 |
| | KNK | Analyze correspondence from N. Nastasi re letter re Murray Devine | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re letter re Murray Devine | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Stark re issues in investigations | 0.20 | 195.00 |
| | KNK | Analyze emails re Morgan Stanley participants | 0.20 | 195.00 |
| | KNK | Analyze JPM submission (in part) | 2.60 | 2,535.00 |
| 6/6/2010 | KNK | Analyze correspondence from N. Nastasi re adverse inference | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                Page   6
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 6/6/2010 | KNK | Analyze correspondence from T. Callahan re adverse inference | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Rule of Explicitness | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re Rule of Explicitness | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Siegel re ordinary course defense | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re ordinary course defense | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff, et al. re ordinary course defense | 0.10 | 97.50 |
| 6/7/2010 | KNK | Analyze correspondence from N. Nastasi re auction | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re auction | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Murray Devine | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re Rule of Explicitness | 0.20 | 195.00 |
| | KNK | Analyze subordination agreement (guarantee) | 0.20 | 195.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re subordination agreement | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re subordination agreement | 0.10 | 97.50 |
| | KNK | Analyze correspondence from S. Katz re Murray Devine request | 0.10 | 97.50 |
| 6/8/2010 | KNK | Conference call with D. Glazer and L. Bogdanoff re Murray Devine | 0.20 | 195.00 |

KNK Tribune Examiner Account                                                                 Page    7
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 6/8/2010 | KNK | Meet with L. Bogdanoff re Examiner Report, open issues, guidance on issues | 0.80 | 780.00 |
| | KNK | Confer with L. Bogdanoff re agent as conduit issues, his analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re preparation of report | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Barash re preparation of report | 0.10 | 97.50 |
| 6/9/2010 | KNK | Telephone conference with L. Bogdanoff re legal issues in Examiner Report | 0.20 | 195.00 |
| | KNK | Research re fraudulent transfers, intent issues | 1.40 | 1,365.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re fraudulent transfers | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re fraudulent transfers | 0.20 | 195.00 |
| | KNK | Analyze emails re video interview | 0.10 | 97.50 |
| 6/10/2010 | KNK | Analyze correspondence from L. Bogdanoff re avoidance of obligations | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re avoidance of obligations | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Bernstein re Question 1 issue | 0.10 | 97.50 |
| | KNK | Telephone conference with D. Bernstein re Murray Devine | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re Examiner Report issues | 0.60 | 585.00 |
| 6/11/2010 | KNK | Confer with L. Bogdanoff re interview results and quotes | 0.30 | 292.50 |

KNK Tribune Examiner Account                                        Page   8
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/11/2010 | KNK | Analyze correspondence from M. Barash re Examiner Report preparation issues | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re Examiner Report | 0.40 | 390.00 |
| | KNK | Analyze Reply Briefs (in part) submitted by Parties | 2.60 | 2,535.00 |
| 6/12/2010 | KNK | Prepare correspondence to Examiner Team re VRC Report | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Murray Devine | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re VRC Report | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re VRC Report | 0.10 | 97.50 |
| | KNK | Analyze memo re waiver of privilege from T. Callahan | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Davids re timing of board of Special Committee | 0.10 | 97.50 |
| | KNK | Analyze memo re imputation issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re breach of fiduciary duty | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re interviews under oath | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re VRC issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Examiner Report issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re solvency opinion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re common law fraud | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                Page    9
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/12/2010 | KNK | Analyze correspondence from M. Barash re report background | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re issues raised by debtor | 0.10 | 97.50 |
| | KNK | Revise Examiner Report | 2.00 | 1,950.00 |
| 6/13/2010 | KNK | Confer with L. Bogdanoff re draft Examiner Report, progress, issues | 0.20 | 195.00 |
| | KNK | Revise Examiner Report draft statement of facts | 3.40 | 3,315.00 |
| | KNK | Prepare correspondence to M. Barash re Examiner Report | 0.10 | 97.50 |
| 6/14/2010 | KNK | Attend meeting with C. Elson, N. Nastasi and R. Pfister re valuation and VRC | 0.50 | 487.50 |
| | KNK | Attend meeting with N. Nastasi and R. Pfister re Murray Devine | 1.70 | 1,657.50 |
| | KNK | Conference call with E. Moskowitz of DPW re Murray Devine (2 calls) | 0.40 | 390.00 |
| | KNK | Attend meeting with Examiner Team re recap on Zell | 0.20 | 195.00 |
| | KNK | Analyze correspondence from C. Monk re Murray Devine | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Murray Devine | 0.10 | 97.50 |
| | KNK | Prepare correspondence to C. Mohr re Murray Devine | 0.10 | 97.50 |
| | KNK | Analyze correspondence from S. McPhail re confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Murray Devine | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                    Page  10
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 6/14/2010 | KNK | Analyze correspondence from E. Moskowitz re Murray Devine | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Ducayet re privileged documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re document designation and confidentiality issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Drayton re Merrill Lynch confidential document designation | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff et al re JPM Murray Devine documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re unredacted Board Minutes | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Ducayet re unredacted Board Minutes | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Glazer re Murray Devine documents | 0.10 | 97.50 |
| 6/15/2010 | KNK | Analyze Larsen exhibits and prepare for interview | 0.50 | 487.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re LECG analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re solvency issues, analysis | 0.20 | 195.00 |
| | KNK | Prepare correspondence to L. Bogdanoff re solvency | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re solvency | 0.20 | 195.00 |
| | KNK | Meet with R. Pfister re solvency issues and Murray Devine | 0.30 | 292.50 |
| | KNK | Analyze correspondence from J. Ducayet re Bigelow deposition | 0.10 | 97.50 |

KNK Tribune Examiner Account                                              Page  11
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 6/15/2010 | KNK | Analyze correspondence from C. Piccarello re Bigelow deposition | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re actual fraudulent intent issues | 0.70 | 682.50 |
| | KNK | Analyze correspondence from M. Barash re Murray Devine documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Murray Devine privilege | 0.10 | 97.50 |
| | KNK | Revise statement of facts in draft examiner report | 2.60 | 2,535.00 |
| | KNK | Analyze Murray Devine documents | 0.40 | 390.00 |
| | KNK | Analyze correspondence from C. Monk re Murray Devine documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to C. Monk re Murray Devine documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to C. Elson re Duff & Phelps opinion | 0.10 | 97.50 |
| 6/16/2010 | KNK | Revise examiner report facts | 1.70 | 1,657.50 |
| | KNK | Analyze correspondence from C. Monk re Bendernagle | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Bendernagle | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Bendernagle | 0.10 | 97.50 |
| | KNK | Conference call with J. Bendernagle and N. Nastasi re FitzSimon | 0.30 | 292.50 |
| | KNK | Telephone conference with L. Bogdanoff re refinancing rep. | 0.20 | 195.00 |
| | KNK | Attend meeting with T. Callahan re Kazan | 4.40 | 4,290.00 |

KNK Tribune Examiner Account                                          Page  12
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|-----|
| 6/16/2010 | KNK | Attend meeting with J. Becnel-Guzzo and J. Taylor re Bigelow | 1.70 | 1,657.50 |
| | KNK | Analyze correspondence from D. Glazer re Murray Devine | 0.30 | 292.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re refinancing representation | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Natasi re Whayne notes | 0.10 | 97.50 |
| | KNK | Attend meeting with N. Nastasi, C. Monk, T. Callahan re case strategy | 1.70 | 1,657.50 |
| | KNK | Attend meeting with C. Elson and N. Nastasi re Bigelow | 0.80 | 780.00 |
| 6/17/2010 | KNK | Analyze correspondence from N. Nastasi and M. Barash re Murray Devine | 0.10 | 97.50 |
| | KNK | Telephone conference with M. Barash re Examiner Report and update | 0.20 | 195.00 |
| 6/18/2010 | KNK | Revise draft examiner report | 4.70 | 4,582.50 |
| 6/19/2010 | KNK | Analyze correspondence from L. Bogdanoff re actual intent fraud | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re actual intent fraud | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Morgan Stanley | 0.10 | 97.50 |
| | KNK | Analyze Morgan Stanley emails | 0.10 | 97.50 |
| | KNK | Analyze Morgan Stanley role in Tribune | 0.20 | 195.00 |

KNK Tribune Examiner Account                                                                    Page  13
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|-----|
| 6/19/2010 | KNK | Analyze correspondence from L. Bogdanoff re Whayne testimony | 0.10 | 97.50 |
| | KNK | Analyze correspondence from C. Monk re Williams testimony | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re duties of board at Step 2 | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Bendernagle re special committee meeting | 0.10 | 97.50 |
| 6/20/2010 | KNK | Meet with L. Bogdanoff re Examiner Report and process, discuss issues, direction | 1.40 | 1,365.00 |
| | KNK | Confer with R. Pfister re Murray Devine documents | 0.10 | 97.50 |
| | KNK | Revise Examiner Report sections on Question 1 (in part) | 1.20 | 1,170.00 |
| 6/21/2010 | KNK | Analyze correspondence from L. Bogdanoff re Examiner Report | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and R. Davids re solvency certificate | 0.10 | 97.50 |
| | KNK | Prepare correspondence to C. Monk and N. Nastasi re solvency certificate | 0.10 | 97.50 |
| | KNK | Prepare correspondence to C. Monk and N. Nastasi re Osborn | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Osborn and VRC | 0.10 | 97.50 |
| | KNK | Telephone conference with N. Nastasi re Stinehart | 0.10 | 97.50 |
| | KNK | Analyze correspondence from E. Moskovitz re Murray Devine | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re Bigelow solvency representation | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                          Page  14
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/21/2010 | KNK | Revise Examiner Report (Question 1 in part) | 2.10 | 2,047.50 |
| | KNK | Analyze correspondence from C. Monk re management incentives | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re management incentives | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re management incentives | 0.10 | 97.50 |
| 6/22/2010 | KNK | Analyze correspondence from T. Callahan re confidentiality | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Minuti re confidentiality and U.S. Trustee | 0.10 | 97.50 |
| | KNK | Analyze Bigelow email re refinancing representation | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re examiner report narrative | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re examiner report narrative | 0.10 | 97.50 |
| | KNK | Revise Examiner Report (in part) | 1.40 | 1,365.00 |
| | KNK | Analyze correspondence from J. Bendernagle re C. Mulaney | 0.10 | 97.50 |
| | KNK | Attend meeting with M. Minuti re case status and strategy | 0.50 | 487.50 |
| | KNK | Analyze correspondence from N. Nastasi re Bigelow email Morgan Stanley | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Bigelow email Morgan Stanley | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re Bigelow email Morgan Stanley | 0.10 | 97.50 |

KNK Tribune Examiner Account                                              Page  15
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/23/2010 | KNK | Revise draft Examiner Report | 6.20 | 6,045.00 |
| | KNK | Prepare correspondence to L. Bogdanoff and M. Barash re volumes of report | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash and L. Bogdanoff re glossary | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Barash and L. Bogdanoff re glossary | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re Step 2 opinion and public disclosure | 0.10 | 97.50 |
| | KNK | Analyze press release re Step 2 opinion | 0.10 | 97.50 |
| | KNK | Analyze Kapadia email re insolvency | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Bonniwell re Kapadia | 0.10 | 97.50 |
| 6/24/2010 | KNK | Analyze correspondence from L. Bogdanoff re Murray Devine solvency analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Russano re Murray Devine solvency analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re T. Kaplan | 0.10 | 97.50 |
| | KNK | Conference call with N. Nastasi and L. Bogdanoff re Murray Devine | 0.20 | 195.00 |
| | KNK | Conference call with M. Primoff and Nastasi re Murray Devine | 0.10 | 97.50 |
| | KNK | Attend meeting with N. Nastasi re FitzSimons prep | 1.40 | 1,365.00 |
| | KNK | Analyze correspondence from M. Barash re Citi solvency analysis | 0.10 | 97.50 |
| | KNK | Analyze Citi internal solvency analysis | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                          Page  16
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/24/2010 | KNK | Attend meeting with N. Nastasi re Osborn and Mulaney | 1.10 | 1,072.50 |
| 6/25/2010 | KNK | Analyze correspondence from D. Glazer re references to Choi | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re references to Choi | 0.10 | 97.50 |
| | KNK | Revise draft examiner report | 3.70 | 3,607.50 |
| | KNK | Analyze memo re revisions to narrative re Osborn | 0.10 | 97.50 |
| 6/26/2010 | KNK | Analyze J. Dimon interview notes | 0.20 | 195.00 |
| | KNK | Analyze R. Kapadia interview notes (in part) | 0.40 | 390.00 |
| | KNK | Prepare correspondence to L. Bogdanoff re Kapadia interview notes | 0.10 | 97.50 |
| 6/28/2010 | KNK | Attend meeting with L. Bogdanoff re examiner report | 0.70 | 682.50 |
| | KNK | Analyze correspondence from R. Davids and L. Bogdanoff re Examiner Report facts | 0.10 | 97.50 |
| | KNK | Analyze pleadings re declaration of counsel re Choi | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Zell solvency analysis | 0.10 | 97.50 |
| | KNK | Analyze Choi insert re report | 0.10 | 97.50 |
| | KNK | Analyze emails re CRA issues | 0.10 | 97.50 |
| | KNK | Analyze emails re Murray Devine privilege | 0.10 | 97.50 |
| | KNK | Analyze emails re Citi valuation analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Russano re Murray Devine | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Russano re Sell interview | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                    Page  17
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/29/2010 | KNK | Confer with M. Barash re Step 2 facts | 0.10 | NO CHARGE |
| | KNK | Confer with R. Davids re report facts | 0.10 | NO CHARGE |
| | KNK | Revise draft Examiner Report | 3.80 | 3,705.00 |
| 6/30/2010 | KNK | Revise draft Examiner Report (Question 1) | 3.40 | 3,315.00 |
| | | SUBTOTAL: 080 - Asset Analysis and Recovery | 84.50 | 82,192.50 |

095- Legal Research re Investigation (Tribune)

| | | | | |
|------|-------|-------------|-------|---|
| 6/6/2010 | KNK | Research re Rule of Explicitness, furnish analysis to L. Bogdanoff | 0.60 | 585.00 |
| 6/8/2010 | KNK | Research re fraudulent transfer issues, transfer and 548(c) | 1.00 | 975.00 |
| | | SUBTOTAL: 095- Legal Research re Investigation (Tribune) | 1.60 | 1,560.00 |

096- Questions 2 & 3 (Tribune)

| | | | | |
|------|-------|-------------|-------|---|
| 6/1/2010 | KNK | Revise Examiner Report (in part) | 2.40 | 2,340.00 |
| | KNK | Analyze memo re Question 2 from B. Metcalf | 0.50 | 487.50 |
| | KNK | Prepare correspondence to B. Metcalf re Question 2 | 0.10 | 97.50 |
| 6/2/2010 | KNK | Telephone conference with B. Metcalf re Question 2 conclusions | 0.20 | 195.00 |
| | KNK | Telephone conference with B. Metcalf re Question 3 conclusions | 0.20 | 195.00 |
| 6/5/2010 | KNK | Analyze correspondence from B. Metcalf re Questions 2 and 3 | 0.10 | 97.50 |
| 6/7/2010 | KNK | Analyze briefs re Questions 2 and 3 | 0.60 | 585.00 |

KNK Tribune Examiner Account                                                                    Page  18
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 6/7/2010 | KNK | Revise report re Questions 2 and 3 (in part) | 0.80 | 780.00 |
| 6/8/2010 | KNK | Revise sections re Questions 2 and 3 in Examiner report | 1.20 | 1,170.00 |
| 6/11/2010 | KNK | Revise Question 2 sections in Examiner Report | 1.30 | 1,267.50 |
| 6/14/2010 | KNK | Conference call with M. Barash and B. Metcalf re Question 2 issues | 0.40 | 390.00 |
| 6/16/2010 | KNK | Telephone conference with B. Metcalf re Question 3 brief | 0.10 | 97.50 |
| 6/19/2010 | KNK | Revise Question 3 of Examiner's Report (in part) | 1.50 | 1,462.50 |
| 6/20/2010 | KNK | Revise Examiner Report Question 3 (in part) | 2.50 | 2,437.50 |
| | | SUBTOTAL: 096- Questions 2 & 3 (Tribune) | 11.90 | 11,602.50 |

097- Witness interviews/discovery

| | | | | |
|------|-------|-------------|-------|--|
| 6/1/2010 | KNK | Prepare for Kate Bromberg interview | 3.30 | 3,217.50 |
| | KNK | Attend meeting with J. Shenson, B. Borger and S. O'Neill re Kate Bromberg interview | 1.00 | 975.00 |
| | KNK | Appear at interview of Kate Bromberg | 2.60 | 2,535.00 |
| | KNK | Analyze correspondence from R. Pfister re Sell and Costa attorneys | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff et al. re Bromberg interview documents | 0.10 | 97.50 |
| | KNK | Travel from Los Angeles to New York to conduct Examiner interviews/ Prepare for interviews | 3.20 | 3,120.00 |
| 6/2/2010 | KNK | Prepare for Questions 2 and 3 interviews | 0.80 | 780.00 |
| | KNK | Appear at Hoover, Dolan, Stark & Siegel interviews | 6.70 | 6,532.50 |

KNK Tribune Examiner Account                                                          Page  19
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/2/2010 | KNK | Prepare for Sell interview and review exhibits | 1.30 | 1,267.50 |
| | KNK | Prepare for Sell interview prep meeting | 0.40 | 390.00 |
| | KNK | Attend meeting with R. Pfister, C. Monk et al. re Sell interview | 3.20 | 3,120.00 |
| | KNK | Analyze correspondence from K. Bromberg re document request | 0.10 | 97.50 |
| 6/3/2010 | KNK | Prepare for Sell interview | 1.10 | 1,072.50 |
| | KNK | Appear at Sell interview | 7.00 | 6,825.00 |
| | KNK | Analyze correspondence from N. Nastasi re document requests | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re document requests and interview schedule | 0.10 | 97.50 |
| | KNK | Attend meeting with N. Nastasi, R. Pfister, et al. re Costa | 5.70 | 5,557.50 |
| | KNK | Prepare for Costa prep meeting | 0.40 | 390.00 |
| 6/4/2010 | KNK | Prepare Costa interview and review new outline | 1.20 | 1,170.00 |
| | KNK | Appear at Costa interview and review new outline (in part) | 3.80 | 3,705.00 |
| 6/5/2010 | KNK | Analyze correspondence from E. Lederman re T. Whayne interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re T. Whayne interview | 0.10 | 97.50 |
| | KNK | Telephone conference with N. Nastasi re T. Whayne interview | 0.20 | 195.00 |
| | KNK | Prepare correspondence to N. Nastasi re T. Whayne interview | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                                          Page  20
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/5/2010 | KNK | Prepare correspondence to N. Nastasi and R. Pfister re interview logistics | 0.10 | 97.50 |
| 6/6/2010 | KNK | Analyze correspondence from E. Lederman re T. Whayne interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re T. Whayne interview | 0.10 | 97.50 |
| 6/7/2010 | KNK | Analyze T. Whayne interview | 0.30 | 292.50 |
| | KNK | Analyze correspondence from S. Zima re Larsen interview | 0.10 | 97.50 |
| | KNK | Prepare correspondence to S. Zima re Larsen interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Zell and Larsen Interviews | 0.10 | 97.50 |
| 6/9/2010 | KNK | Analyze correspondence from E. Lederman re T. Whayne interview | 0.10 | 97.50 |
| | KNK | Prepare for T. Whayne interview | 2.30 | 2,242.50 |
| 6/10/2010 | KNK | Prepare for interview of T. Whayne | 2.70 | 2,632.50 |
| | KNK | Conference call with N. Nastasi and S. Zima re Whayne interview | 1.80 | 1,755.00 |
| 6/11/2010 | KNK | Prepare for Whayne interview | 0.70 | 682.50 |
| | KNK | Appear at Whayne interview | 5.50 | 5,362.50 |
| | KNK | Analyze Zell interview outline | 0.40 | 390.00 |
| | KNK | Telephone conference with N. Nastasi re Whayne interview | 0.10 | 97.50 |
| 6/12/2010 | KNK | Analyze correspondence from D. Bernstein re JPM documents | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                    Page  21
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/12/2010 | KNK | Telephone conference with D. Bernstein re JPM documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to Examiner Team re JPM documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re JPM document production | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re D. Bernstein call | 0.10 | 97.50 |
| | KNK | Analyze correspondence from E. Lederman re Whayne interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Whayne interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Grenesco exam | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re Grenesco exam | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re JPM documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re Bigelow exam | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Bigelow exam | 0.10 | 97.50 |
| 6/13/2010 | KNK | Prepare correspondence to L. Bogdanoff, R. Pfister and N. Nastasi re subpoena | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re subpoena | 0.10 | 97.50 |
| | KNK | Prepare for Zell interview and review file | 1.30 | 1,267.50 |
| | KNK | Telephone conference with N. Nastasi re Zell interview | 0.10 | 97.50 |
| 6/14/2010 | KNK | Prepare for interview of S. Zell | 1.10 | 1,072.50 |

KNK Tribune Examiner Account                                               Page  22
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 6/14/2010 | KNK | Appear at interview of S. Zell | 2.50 | 2,437.50 |
| | KNK | Conference call with R. Pfister, L. Bogdanoff and N. Nastasi re Murray Devine issues | 0.20 | 195.00 |
| | KNK | Attend meeting with R. Pfister and N. Nastasi re Hianik preparation | 0.50 | 487.50 |
| | KNK | Conference call with L. Bogdanoff re Zell interviews and Examiner Report | 0.30 | 292.50 |
| | KNK | Attend meeting with R. Pfister, N. Nastasi and S. Zima re Larsen interview | 2.80 | 2,730.00 |
| 6/15/2010 | KNK | Appear at Larsen interview | 4.60 | 4,485.00 |
| | KNK | Prepare correspondence to L. Bogdanoff re Larsen exhibits and solvency | 0.10 | 97.50 |
| | KNK | Appear at Hianik interview | 0.80 | 780.00 |
| | KNK | Telephone conference with N. Nastasi re Bartter preparation and interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from T. Callahan re Kazan and Landon interviews | 0.10 | 97.50 |
| | KNK | Attend meeting with R. Pfister et al. re Bartter interview | 2.10 | 2,047.50 |
| | KNK | Telephone conference with N. Nastasi re FitzSimons interview | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re FitzSimons subpoena | 0.10 | 97.50 |
| 6/16/2010 | KNK | Prepare for Bartter interview and review file | 0.80 | 780.00 |
| | KNK | Appear at Bartter interview | 2.40 | 2,340.00 |
| | KNK | Analyze correspondence from N. Nastasi re subpoena | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                      Page  23
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/16/2010 | KNK | Analyze correspondence from N. Nastasi re FitzSimon interview | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re FitzSimon interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Raj Kapadia interview | 0.10 | 97.50 |
| 6/17/2010 | KNK | Prepare for interview D. Kazan | 0.80 | 780.00 |
| | KNK | Appear at interview of D. Kazan | 3.80 | 3,705.00 |
| | KNK | Prepare for examination of C. Bigelow | 1.00 | 975.00 |
| | KNK | Appear at examination of C. Bigelow | 5.70 | 5,557.50 |
| | KNK | Conference call with C. Monk, J. Becnel-Guzzo and J. Taylor re Bigelow examination | 0.20 | 195.00 |
| | KNK | Prepare for interview of D. Williams | 0.90 | 877.50 |
| 6/18/2010 | KNK | Prepare for D. Williams interview | 0.60 | 585.00 |
| | KNK | Appear at D. Williams interview | 2.40 | 2,340.00 |
| 6/19/2010 | KNK | Analyze correspondence from M. Barash re depositions from schedule | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Daugherty re 6/25 interviews | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re Stinehart interview | 0.10 | 97.50 |
| 6/21/2010 | KNK | Telephone conference with L. Bogdanoff re interviews and examiner report | 0.20 | 195.00 |
| | KNK | Analyze correspondence from parties re depositions | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re interviews | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                     Page  24
File No.:  2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/21/2010 | KNK | Telephone conference with L. Bogdanoff re reschedule interviews | 0.10 | 97.50 |
| | KNK | Analyze interview outline of Timothy Landon | 0.30 | 292.50 |
| | KNK | Telephone conference with N. Nastasi re Taubman and Whayne exams | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Kaplan interview | 0.10 | 97.50 |
| | KNK | Attend meeting with T. Callahan to prepare for Landon interview | 0.80 | 780.00 |
| | KNK | Analyze revised Landon outline | 0.20 | 195.00 |
| | KNK | Analyze correspondence from T. Callahan re Landon interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Ducayet re Landon interviews | 0.10 | 97.50 |
| 6/22/2010 | KNK | Prepare for interview of T. Landon | 0.60 | 585.00 |
| | KNK | Appear at interview of T. Landon | 4.20 | 4,095.00 |
| | KNK | Prepare correspondence to N. Nastasi and C. Monk re Skadden interview | 0.10 | 97.50 |
| | KNK | Telephone conference with N. Nastasi re Taubman interview | 0.10 | 97.50 |
| | KNK | Analyze correspondence from S. Pearson re interview schedule | 0.10 | 97.50 |
| | KNK | Prepare correspondence to S. Pearson re revisions to interview schedule | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re New York interviews | 0.10 | 97.50 |

KNK Tribune Examiner Account                                          Page  25
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/22/2010 | KNK | Analyze correspondence from N. Nastasi re C. Mulaney interview | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re C. Mulaney interview | 0.10 | 97.50 |
| 6/23/2010 | KNK | Analyze correspondence from N. Nastasi re Murray Devine subpoena | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re Murray Devine subpoena | 0.10 | 97.50 |
| | KNK | Prepare correspondence to J. Bonniwell re questions for Kapadia | 0.10 | 97.50 |
| 6/24/2010 | KNK | Attend meeting with N. Nastasi re Osborn and Mulaney | 1.10 | 1,072.50 |
| | KNK | Prepare C. Mulaney interview | 1.20 | 1,170.00 |
| | KNK | Appear at C. Mulaney interview | 2.10 | 2,047.50 |
| | KNK | Prepare W. Osborn examination | 1.80 | 1,755.00 |
| | KNK | Appear at W. Osborn examination | 3.30 | 3,217.50 |
| | KNK | Analyze Kapadia and J. Dimon outlines | 0.80 | 780.00 |
| | KNK | Telephone conference with T. Callahan re Grenesko preparation | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Gleich  Primoff re T. Kaplan interview | 0.10 | 97.50 |
| | KNK | Attend meeting with T. Callahan re Grenesko prep | 0.80 | 780.00 |
| 6/25/2010 | KNK | Prepare for examinations of Grenesko and FitzSimons | 1.30 | 1,267.50 |
| | KNK | Appear at examination of Grenesko | 4.80 | 4,680.00 |
| | KNK | Appear at examination of FitzSimons | 3.20 | 3,120.00 |

KNK Tribune Examiner Account                                              Page  26
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/25/2010 | KNK | Analyze correspondence from R. Pfister re Kapadia interview | 0.20 | 195.00 |
| | KNK | Prepare correspondence to R. Pfister re Kapadia interview | 0.10 | 97.50 |
| 6/26/2010 | KNK | Analyze correspondence from N. Nastasi and T. Callahan re 30(b)(6) request for models | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi and T. Callahan re 30(b)(6) request for models | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Grenesko exam | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re Grenesko exam | 0.10 | 97.50 |
| 6/27/2010 | KNK | Analyze correspondence from M. Heyn re Stinehart interview | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Heyn re Stinehart interview | 0.10 | 97.50 |
| | KNK | Analyze Stinehart interview outline | 0.20 | 195.00 |
| | KNK | Prepare for Stinehart interview | 0.80 | 780.00 |
| | KNK | Analyze R. Kapadia interview outline (in part) | 0.20 | 195.00 |
| 6/28/2010 | KNK | Attend meeting with R. Pfister, M. Heyn, et al. re Stinehart interview | 0.50 | 487.50 |
| | KNK | Prepare for interview of Stinehart and review file | 1.60 | 1,560.00 |
| | KNK | Appear at Stinehart interview | 2.50 | 2,437.50 |
| | KNK | Analyze C. Mohr interview outline | 0.90 | 877.50 |
| | KNK | Conference call with C. Monk et al. re C. Mohr interview outline | 0.80 | 780.00 |

KNK Tribune Examiner Account                                                    Page  27
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 6/29/2010 | KNK | Prepare for Christina Mohr interview | 0.80 | 780.00 |
| | KNK | Appear at Christina Mohr interview (by video) | 3.20 | 3,120.00 |
| | KNK | Revise Examiner Report sections on Question 3 | 1.20 | 1,170.00 |
| | KNK | Analyze correspondence from J. Ducayet re Kenney exam | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Murray Devine exam | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re Mohr interview and report | 0.30 | 292.50 |
| 6/30/2010 | KNK | Attend meeting with C. Monk and N. Nastasi re VRC | 3.50 | 3,412.50 |
| | KNK | Appear at Browning and Rucker examinations | 6.00 | 5,850.00 |
| | KNK | Attend meeting with C. Piccorello and N. Nastasi re Taubman interview | 0.80 | 780.00 |
| | | SUBTOTAL: 097- Witness interviews/discovery | 147.70 | 144,007.50 |

900 - Non-Working Travel (50% Rate)

| | | | | |
|------|-------|-------------|-------|--|
| 6/1/2010 | KNK | Travel from Los Angeles, CA to New York | 1.60 | 780.00 |
| 6/4/2010 | KNK | Travel from New York to Los Angeles following Examiner interviews | 5.60 | 2,730.00 |
| 6/13/2010 | KNK | Travel from LAX to Chicago re interviews | 3.20 | 1,560.00 |
| 6/18/2010 | KNK | Travel from Chicago to Los Angeles | 5.60 | 2,730.00 |
| 6/21/2010 | KNK | Travel from Los Angeles to Chicago for interviews | 4.60 | 2,242.50 |
| 6/22/2010 | KNK | Travel from Chicago to Wilmington | 4.80 | 2,340.00 |
| 6/23/2010 | KNK | Travel to Chicago from Wilmington | 3.60 | 1,755.00 |

KNK Tribune Examiner Account                                          Page  28
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 6/25/2010 | KNK | Chicago to Los Angeles | 3.10 | 1,511.25 |
| 6/29/2010 | KNK | Travel from Los Angeles to New York for interviews | 3.10 | 1,511.25 |
| | | SUBTOTAL: 900 - Non-Working Travel (50% Rate) | 35.20 | 17,160.00 |
| | | Professional Services Rendered | 292.40 | $267,637.50 |
| | | Professional Services Rendered | 292.40 | $267,637.50 |

Timekeeper Summary

| Name | Hours | Rate | |
|------|-------|------|---|
| Kenneth N. Klee - Partner | 292.10 | 975.00 | $267,637.50 |
| Kenneth N. Klee - Partner | 0.30 | 0.00 | $0.00 |