# EXHIBIT C

## EXHIBIT C

## Summary of Expenses
### (June 1, 2010 through June 30, 2010)

| | | |
|---|---|---:|
| **Messenger/Overnight Services** | $ | 199.86 |
| **Parking** | $ | 84.65 |
| **Travel - Meals** | $ | 161.83 |
| **Travel - Hotel** | $ | 7,872.88 |
| **Travel - Airfare** | $ | 4,285.60 |
| **Travel - Cabs, etc.** | $ | 228.00 |
| **Travel - Other** | $ | 34.00 |
| **Total** | **$** | **12,866.82** |

**EXHIBIT C**

**List of Itemized Expenses**
**(June 1, 2010 through June 30, 2010)**

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 500648 | 6/11/2010 | 1 | $46.04 | $46.04 | Parking | Parking for K. Klee at LAX for trip to New York, 5/5/10 |
| 500649 | 6/11/2010 | 1 | $1,200.14 | $1,200.14 | Other travel | K. Klee's stay at Le Parker Meridien in New York, 5/5/10 |
| 500650 | 6/11/2010 | 1 | $2.25 | $2.25 | Meals | Meals - K. Klee meal during trip to New York re Tribune, 5/10/10 |
| 500651 | 6/11/2010 | 1 | $3.07 | $3.07 | Meals | Meals - K. Klee lunch during trip to New York re Tribune, 5/10/10 |
| 500652 | 6/11/2010 | 1 | $38.61 | $38.61 | Parking | Parking for K. Klee for trip to Delaware re Tribune, 5/10/10 |
| 500653 | 6/11/2010 | 1 | $471.24 | $471.24 | Other travel | K. Klee's stay at Hotel Dupont in Delaware re Tribune, 5/11/10 |
| 500657 | 6/11/2010 | 1 | $1,483.40 | $1,483.40 | Other travel | K. Klee coach fare for roundtrip flight, LAX/JFK/LAX, 6/1-6/4/10 re Tribune |
| 500662 | 6/11/2010 | 1 | $1,503.40 | $1,503.40 | Other travel | K. Klee coach fare for roundtrip flight, LAX/ORD/LAX, on American Airlines re Tribune, 6/13-6/18/10 |
| 500995 | 6/17/2010 | 1 | $57.78 | $57.78 | Messenger | Outside Messenger Service - Federal Express from KTBS to D. Dugan, US Department of Justice, 5/13/2010 |
| 500997 | 6/17/2010 | 1 | $54.68 | $54.68 | Messenger | Outside Messenger Service - Federal Express from KTBS to D. Dugan, US Department of Justice, 5/14/2010 |
| 501004 | 6/17/2010 | 1 | $87.40 | $87.40 | Messenger | Outside Messenger Service - Federal Express from KTBS to K. Klee in New York, 6/1/2010 |
| 501731 | 6/22/2010 | 1 | $4,266.23 | $4,266.23 | Other travel | K. Klee's stay at the Renaissance Chicago Downtown Hotel, 6/13-6/18/10 re Tribune |
| 501748 | 6/21/2010 | 1 | $44.00 | $44.00 | Other travel | Taxi & Tip related to travel for Interviews - K. Klee June 13, 2010 |
| 501750 | 6/21/2010 | 1 | $9.00 | $9.00 | Other travel | Taxi related to travel for Interviews - K. Klee June 16, 2010 |
| 501751 | 6/21/2010 | 1 | $50.00 | $50.00 | Other travel | Taxis related to travel for Interviews - K. Klee June 18, 2010 |
| 501752 | 6/21/2010 | 1 | $23.00 | $23.00 | Other travel | Tips related to travel expenses for interviews - K. Klee June 18, 2010 |
| 501811 | 6/23/2010 | 1 | $1,298.80 | $1,298.80 | Other travel | K. Klee roundtrip coach fare on United Airlines for trip to Delaware re Tribune, LAX/PHL/LAX, 6/17/10 |
| 502190 | 6/24/2010 | 1 | $645.09 | $645.09 | Other travel | K. Klee's stay at the Renaissance Hotel in Chicago re Tribune, 6/21-6/22/10 |
| 502191 | 6/24/2010 | 1 | $39.13 | $39.13 | Meals | Meal for K. Klee at the Renaissance Hotel in Chicago re Tribune, 6/21/2010 |
| 502192 | 6/24/2010 | 1 | $29.76 | $29.76 | Meals | Meal for K. Klee at the Renaissance Hotel in Chicago re Tribune, 6/22/2010 |
| 502611 | 6/29/2010 | 1 | $1,290.18 | $1,290.18 | Other travel | K. Klee's stay at the Renaissance Chicago Downtown hotel re Tribune, 6/23-6/25/10 |
| 502612 | 6/29/2010 | 1 | $41.80 | $41.80 | Meals | Meal for K. Klee at the Renaissance Chicago Downtown Hotel re Tribune, 6/23/10 |
| 502613 | 6/29/2010 | 1 | $45.82 | $45.82 | Meals | Meal for K. Klee at the Renaissance Chicago Downtown Hotel re Tribune, 6/24/10 |
| 503095 | 6/30/2010 | 1 | $2.00 | $2.00 | Other travel | K. Klee's tip related to travel expenses for Tribune interviews, 6/21/10 |
| 503098 | 6/30/2010 | 1 | $9.00 | $9.00 | Other travel | K. Klee's tip related to travel expenses for Tribune interviews, 6/22/10 |
| 503099 | 6/30/2010 | 1 | $50.00 | $50.00 | Other travel | K. Klee's cab fare and tip related to travel for Tribune interviews, 6/22/10 |
| 503100 | 6/30/2010 | 1 | $54.00 | $54.00 | Other travel | K. Klee's cab fare and tip related to travel expenses for Tribune interviews, 6/23/10 |
| 503101 | 6/30/2010 | 1 | $21.00 | $21.00 | Other travel | K. Klee's cab fare and tip related to travel expenses for Tribune interviews, 6/25/10 |
| | | | | $12,866.82 | | |