

| | | |
|---|---|---|
| **SIDLEY AUSTIN LLP**<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, DC |
| | **FOUNDED 1866** | |

FEDERAL ID 36-4474078

July 19, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30036319
Client Matter 90795-30570

For professional services rendered and expenses incurred through April 30, 2010 re Creditor Communications

Fees                                                                                          $2,842.50

**Total Due This Bill**                                                          **$2,842.50**

---

Remit Check Payments To:                                    Remit Wire Payments To:
Sidley Austin LLP                                                      Sidley Austin LLP
P.O. Box 0642                                                            JP Morgan Chase Bank, NA
Chicago, Illinois 60690                                             Account Number: 5519624
                                                                                       ABA Number: 071000013
                                                                                       Swift Code: CHASUS33XXX

**SIDLEY AUSTIN LLP**

Invoice Number: 30036319
Tribune Company

RE: Creditor Communications

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 04/01/10 | KP Kansa | Email B. Krakauer re: Tribune status inquiry (.1); t/c A. Gordon re: same (.1) | .20 |
| 04/01/10 | JK Ludwig | Respond to creditor inquiry re: case status (0.2) | .20 |
| 04/12/10 | JK Ludwig | Respond to creditor inquiry regarding certain financial information in disclosure statement (0.9) | .90 |
| 04/15/10 | CL Kline | Research claim and discuss plan treatment w/Westwood One Metro Networks | .30 |
| 04/18/10 | JE Henderson | Review correspondence/emails from counsel to certain Bridge lenders | .20 |
| 04/19/10 | JE Henderson | Review emails re: bridge lenders' correspondence | .20 |
| 04/26/10 | JK Ludwig | Telephone call with creditor re: questions about disclosure statement notice (0.1) | .10 |
| 04/29/10 | B Krakauer | Call with Noteholder re: public case issues | .40 |
| 04/30/10 | B Krakauer | Respond to info requests from Bridge | 1.40 |
| | | **Total Hours** | **3.90** |

SIDLEY AUSTIN LLP

Invoice Number: 30036319
Tribune Company

RE: Creditor Communications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| B Krakauer | 1.80 | $925.00 | $1,665.00 |
| JE Henderson | .40 | 850.00 | 340.00 |
| KP Kansa | .20 | 700.00 | 140.00 |
| JK Ludwig | 1.20 | 475.00 | 570.00 |
| CL Kline | .30 | 425.00 | 127.50 |
| **Total Hours and Fees** | **3.90** | | **$2,842.50** |



| | | |
|---|---|---|
| **SIDLEY AUSTIN LLP**<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, DC |
| | **FOUNDED 1866** | |

FEDERAL ID 36-4474078

July 19, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30036320
Client Matter 90795-30580

For professional services rendered and expenses incurred through April 30, 2010 re Bankruptcy Schedules

Fees                                                                                                    $977.50

**Total Due This Bill**                                                                       **$977.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

SIDLEY AUSTIN LLP

Invoice Number: 30036320
Tribune Company

RE: Bankruptcy Schedules

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 04/05/10 | CL Kline | Review client and Sidley updates on shareholder matter (0.1); Respond to A&M inquiry re: schedules amendment for shareholders (0.1) | .20 |
| 04/14/10 | CL Kline | Discuss shareholder scheduling matter and other claims revisions for schedules amendment w/R. Stone (0.4) | .40 |
| 04/15/10 | CL Kline | Verify scheduling preferences w/K. Kansa and R. Stone | .60 |
| 04/16/10 | CL Kline | Discuss schedules approach w/R. Stone (0.3) and provide instructions re: schedule F (0.1) | .40 |
| 04/19/10 | CL Kline | Discuss w/R. Stone additional unclaimed checks issued 2004-2005 re: schedules and escheat matter (0.2) | .20 |
| 04/21/10 | CL Kline | Discuss schedules matters and carryover items from past amendment w/R. Stone | .30 |
| 04/23/10 | CL Kline | Review R. Stone update on schedules and escheat matters re: shareholders, Cubs, and unclaimed checks (0.2) | .20 |
| | | **Total Hours** | **2.30** |

SIDLEY AUSTIN LLP

Invoice Number: 30036320
Tribune Company

RE: Bankruptcy Schedules

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CL Kline | 2.30 | $425.00 | $977.50 |
| **Total Hours and Fees** | **2.30** | | **$977.50** |



| | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, DC |
|---|---|---|---|
| | | FOUNDED 1866 | |

FEDERAL ID 36-4474078

July 19, 2010

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30036321
Client Matter 90795-30590

For professional services rendered and expenses incurred through April 30, 2010 re Employee Issues

Fees                                                                                    $80,154.00

**Total Due This Bill**                                                     **$80,154.00**

Remit Check Payments To:                    Remit Wire Payments To:
Sidley Austin LLP                                     Sidley Austin LLP
P.O. Box 0642                                          JP Morgan Chase Bank, NA
Chicago, Illinois 60690                            Account Number: 5519624
                                                                ABA Number: 071000013
                                                                Swift Code: CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN LLP**

Invoice Number: 30036321
Tribune Company

RE: Employee Issues

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 04/01/10 | BA Rosemergy | Emails to J. Lotsoff re: comments on equity plan and severance plan (0.8); phone call to D. Eldersveld re: distribution of plans (0.7); revise drafts per J. Lotsoff comments and discuss same with P. Ryan (3.6); provide drafts to K. Lantry with comments (0.8) | 5.90 |
| 04/01/10 | PE Ryan | Review and revise draft equity incentive plan (1.8); review and revise draft severance plan (1.8); conference call with B. Rosemergy regarding revisions to plans (.4) | 4.00 |
| 04/02/10 | KT Lantry | E-mails with B. Rosemergy re: review of equity and severance plans | .20 |
| 04/02/10 | BA Rosemergy | Email with K. Lantry re: severance and equity plans | .10 |
| 04/05/10 | KT Lantry | E-mails with D. Eldersveld re: severance issues | .30 |
| 04/05/10 | JD Lotsoff | Draft motion to approve 2010 MIP (3.4); telephone call with K. Mills re: disclosure statement (0.2) | 3.60 |
| 04/05/10 | BA Rosemergy | Emails with K. Lantry re: bankruptcy provisions of plan and discuss plans with M. Johnson | .50 |
| 04/06/10 | SE Adamczyk | Telephone call with K. Lantry re: statutory indemnification obligations (.2); research and analysis re: same (1.6) | 1.80 |
| 04/06/10 | B Krakauer | Analyze compensation issues | .90 |
| 04/07/10 | SE Adamczyk | Research and analysis re: statutory indemnification obligations (1.8); draft summary analysis re: statutory indemnification obligations (.9) | 2.70 |
| 04/07/10 | JD Lotsoff | Draft motion to approve 2010 MIP | 4.80 |
| 04/07/10 | BA Rosemergy | Draft cover email re: severance plan and equity plan | .80 |
| 04/08/10 | SE Adamczyk | Meeting with K. Lantry re: statutory indemnification obligations and Neuman litigation (.2); research and analysis of case law re: statutory indemnification (1.6) | 1.80 |
| 04/08/10 | KT Lantry | E-mails with J. Lotsoff re: 2010 MIP | .20 |
| 04/09/10 | BJ Gold | Review emails from J. Lotsoff re 2010 MIP (0.3); conference with J. Lotsoff re: same (0.3) | .60 |
| 04/09/10 | KT Lantry | E-mails with J. Lotsoff and B. Krakauer re: 2010 MIP | .30 |
| 04/09/10 | JD Lotsoff | Conference call with C. Bigelow, N. Larsen and D. Liebentritt re: 2010 MIP motion (0.5); analyze related issues and email to K. Lantry re: same (0.5); telephone calls with B. Krakauer, J. Boelter and K. Mills re: 2010 MIP motion and plan of reorganization (0.7); office conference with B. Gold re: 2010 | 5.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: 30036321
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | MIP motion and filing issues (0.3); draft 2010 MIP motion (0.9); review email from C. Bigelow re: executive contract and claim issues; review documents re: same (0.9); telephone calls with C. Bigelow and K. Lantry re: same (0.6); email to K. Lantry re: same (0.6) | |
| 04/10/10 | KT Lantry | Telephone call with C. Bigelow re: employment contract | .30 |
| 04/11/10 | JD Lotsoff | Review draft plan of reorganization (0.8); emails with J. Boelter re: comments on same (0.2); draft motion to approve 2010 MIP (1.5) | 2.50 |
| 04/12/10 | SE Adamczyk | Research and analysis of case law and secondary sources re: statutory indemnification | 1.30 |
| 04/12/10 | JD Lotsoff | Draft and revise 2010 MIP motion | 6.50 |
| 04/12/10 | PE Ryan | E-mails regarding MIP issues | .30 |
| 04/13/10 | SE Adamczyk | Research and analysis of case law and secondary sources re: statutory indemnification | 1.40 |
| 04/13/10 | KT Lantry | E-mails with J. Lotsoff re: equity and severance plans (.2); report outcome of hearing to J. Lotsoff (.2) | .40 |
| 04/13/10 | JD Lotsoff | Draft 2010 MIP motion (5.2); review Mercer proxy analysis (0.9) | 6.10 |
| 04/14/10 | B Krakauer | Analyze compensation issues | .70 |
| 04/14/10 | KT Lantry | Review and edit equity and severance plans | 1.30 |
| 04/14/10 | JD Lotsoff | Review Spansion confirmation opinion and analyze equity and bonus program issues | 1.90 |
| 04/15/10 | KT Lantry | Conference call with J. Lotsoff and B. Rosemery re: edits to equity and severance plan documents | .70 |
| 04/15/10 | JD Lotsoff | Telephone calls with K. Lantry and B. Rosemergy re: management severance and equity plan (0.6); reviewed plans (0.4); telephone call with J. Dempsey re: 2010 motion (0.4) | 1.40 |
| 04/15/10 | SC Luna | Meeting with K. Lantry re: executive compensation memo | .20 |
| 04/15/10 | BA Rosemergy | Phone call with J. Lotsoff and K. Lantry re: comments on equity and severance plans (0.6); revise plan documents and distribute to client (1.7) | 2.30 |
| 04/16/10 | KT Lantry | E-mails with H. Flores and A. Jubelirer re: stipulation (.3); numerous e-mails and telephone calls with A. Jubelirer re: severance issues (.9); e-mail with J. Osick re: severance (.2); telephone call with J. Lotsoff re: employment contract (.3); telephone call with J. Lotsoff re: TMIP and KOB (.2) | 1.90 |
| 04/16/10 | JD Lotsoff | Telephone call with M. Long re: 2010 MIP (0.5); telephone calls with D. Eldersveld and K. Lantry re: employment | 1.50 |

SIDLEY AUSTIN LLP

Invoice Number: 30036321
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | agreement and release issues (1.0) | |
| 04/16/10 | SC Luna | Research re: executive compensation | 1.80 |
| 04/16/10 | PE Ryan | Review of changes to Equity Plan and Severance Plan | 1.00 |
| 04/17/10 | KT Lantry | E-mails with J. Lotsoff and clients re: employment agreement | .30 |
| 04/17/10 | JD Lotsoff | Draft executive employment agreement (4.8); emails with D. Eldersveld and M. Johnson re: same (0.4) | 5.20 |
| 04/18/10 | ME Johnson | Review draft employment agreement for compliance with Section 409A | .80 |
| 04/18/10 | KT Lantry | Review employment contract and e-mails and telephone call with J. Lotsoff re: same | .80 |
| 04/18/10 | JD Lotsoff | Draft and revise executive employment agreement | 4.30 |
| 04/19/10 | MC Fischer | Review employment agreement and release | .40 |
| 04/19/10 | ML Kaufmann | Review and comment upon IP provisions of employment agreement (0.5); telephone call with J. Lotsoff regarding same (0.3) | .80 |
| 04/19/10 | KT Lantry | E-mails and telephone calls with J. Lotsoff and B. Krakauer re: employment agreement (.4); e-mails with G. Mazzaferri and A. Jubelirer re: severance (.3) | .70 |
| 04/19/10 | JD Lotsoff | Draft and revise employee agreement and release and addenda (8.1); emails to D. Eldersveld re: same (0.3); telephone calls with D. Eldersveld, M. Kaufmann and K. Lantry re: same (0.5); telephone calls with M. Long and B. Whittman re: 2010 MIP (0.5); review draft Mercer report re: 2010 MIP (1.5) | 10.90 |
| 04/20/10 | KT Lantry | E-mails and telephone calls with J. Lotsoff and B. Krakauer re: employment contract and review same (.5); e-mails with J. Osick re: same (.1) | .60 |
| 04/20/10 | JD Lotsoff | Telephone call with M. Long re: 2010 MIP (0.9); revise employment agreement and release (0.2) | 1.10 |
| 04/21/10 | KT Lantry | Telephone call with J. Osick re: various employee issues | .50 |
| 04/21/10 | JD Lotsoff | Telephone calls with D. Eldersveld and employee attorney re: employment agreement (0.4); telephone call with M. Long re: 2010 MIP (0.1) | .50 |
| 04/22/10 | KT Lantry | E-mails with J. Osick re: termination of employee and documentation of same | .40 |
| 04/22/10 | PE Ryan | Analyze 409A question raised by unsecured creditors committee (0.5); e-mail bankruptcy lawyers re: same (0.3) | .80 |
| 04/23/10 | KT Lantry | Review and edit separation contract, and e-mails with J. Osick re: changes to same (.3); review letters re: severance and | 1.30 |

SIDLEY AUSTIN LLP

Invoice Number: 30036321
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | numerous e-mails and telephone calls with clients and B. Whittman re: same (.6); discuss research re: equity plan structure with S. Luna (.4) | |
| 04/23/10 | JD Lotsoff | Telephone call with D. Eldersveld re: employee agreement | .10 |
| 04/23/10 | PE Ryan | Review Chadborne 409A question (.3); e-mail to bankruptcy lawyers regarding same (.2) | .50 |
| 04/26/10 | BJ Gold | Review emails from J. Lotsoff re: 2010 MIP | .30 |
| 04/26/10 | KT Lantry | Telephone call with J. Lotsoff re: TMIP and KOB (0.2); draft e-mails re: same to clients (0.9) | 1.10 |
| 04/26/10 | JD Lotsoff | Telephone call with K. Lantry re: TMIP/KOB disclosure issues (0.2); review email from K. Lantry re: same (0.1); telephone call with J. Langdon re: CD&A preparation (0.4); review and compile information for CD&A preparation and emails to J. Langdon re: same (1.0); review Spansion confirmation opinion and order as relates to compensation programs, analyze equity incentive plan, email to K. Lantry re: information needed on Spansion equity program (1.6); telephone call with D. Eldersveld re: employee agreement and release (0.1) | 3.40 |
| 04/27/10 | KT Lantry | E-mails and telephone calls with J. Lotsoff and B. Krakauer re: employee benefit issues, and follow-up e-mails with clients re: scheduling call (.9); e-mails and telephone calls with J. Boelter and K. Stickles re: Spansion research (.2) | 1.10 |
| 04/27/10 | JD Lotsoff | Telephone calls with K. Lantry and B. Krakauer re: disclosure statement and incentive plan issues (0.5); draft issues list re: incentive plan (0.3) | .80 |
| 04/28/10 | B Krakauer | Analyze management compensation issues | 1.50 |
| 04/28/10 | KT Lantry | E-mails with B. Krakauer re: transition arrangements for employees | .20 |
| 04/28/10 | JD Lotsoff | Telephone call with D. Eldersveld re: employee contract and release (0.3); conference call with B. Krakauer, C. Bigelow, N. Larsen, D. Liebentritt and D. Eldersveld re: incentive plan issues (1.0); telephone call with B. Krakauer re: same (0.1); review emails from J. Boelter re: Spansion opinion and telephone call with J. Boelter re: same (0.7); telephone call with J. Dempsey re: incentive plan issues (0.2) | 2.30 |
| 04/28/10 | SC Luna | Research re: executive incentive plan | .60 |
| 04/29/10 | BJ Gold | Review employment agreement issues | .30 |
| 04/29/10 | ME Johnson | Office conference with J. Lotsoff re: employment agreement and 409A issues | .30 |

SIDLEY AUSTIN LLP

Invoice Number: 30036321
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 04/29/10 | B Krakauer | Review management comp materials and related creditor concerns | 2.30 |
| 04/29/10 | KT Lantry | Telephone calls and e-mails with J. Lotsoff re: transitional arrangements for certain employees (.3); telephone calls and e-mails with M. Bourgon re: employee termination (.3); e-mails with K. Stickles and J. Lotsoff re: research on employee benefits (.2); e-mails with clients and J. Lotsoff re: employment agreement (.2) | 1.00 |
| 04/29/10 | JD Lotsoff | Telephone calls with D. Eldersveld re: comments on employee agreement (0.4); revise employee agreement and review comments on same (3.3); emails with B. Krakauer and K. Lantry re: same (0.2) | 3.90 |
| 04/29/10 | SC Luna | Research re: executive incentive plan (.8); draft summary of In re Journal incentive plan for K. Lantry (1.3) | 2.10 |
| 04/29/10 | PE Ryan | Telephone conference with J. Ducayet regarding allocation of ESOP (.5); read section 570(b) subordination article (.3) | .80 |
| 04/30/10 | HB Boran | Office conference with J. Lotsoff re: employment agreement | .30 |
| 04/30/10 | KT Lantry | E-mails and telephone calls with D. Liebentritt, M. Bourgon and B. Whittman re: employee termination issues (.3); e-mails and telephone calls with J. Lotsoff and J. Conlan re: TMIP/and KOB (.4); e-mails with local Delaware counsel and J. Lotsoff re: research involving employee benefits (.2) | .90 |
| 04/30/10 | JD Lotsoff | Telephone calls with J. Dempsey, B. Krakauer and K. Lantry re: TMIP/KOB benchmarking (0.4); review benchmarking issues (0.2); telephone calls with D. Eldersveld re: employee agreement and release (0.2); review terms re: same and revise agreement (1.9) | 2.70 |
| | | **Total Hours** | **122.90** |

SIDLEY AUSTIN LLP

Invoice Number: 30036321
Tribune Company

RE: Employee Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| B Krakauer | 5.40 | $925.00 | $4,995.00 |
| KT Lantry | 14.50 | 850.00 | 12,325.00 |
| PE Ryan | 7.40 | 735.00 | 5,439.00 |
| BJ Gold | 1.20 | 725.00 | 870.00 |
| ME Johnson | 1.10 | 685.00 | 753.50 |
| ML Kaufmann | .80 | 660.00 | 528.00 |
| JD Lotsoff | 68.50 | 650.00 | 44,525.00 |
| MC Fischer | .40 | 625.00 | 250.00 |
| BA Rosemergy | 9.60 | 495.00 | 4,752.00 |
| HB Boran | .30 | 430.00 | 129.00 |
| SE Adamczyk | 9.00 | 425.00 | 3,825.00 |
| SC Luna | 4.70 | 375.00 | 1,762.50 |
| **Total Hours and Fees** | **122.90** | | **$80,154.00** |



# SIDLEY

| SIDLEY AUSTIN LLP<br>1501 K STREET, N.W.<br>WASHINGTON, D.C. 20005<br>(202) 736 8000<br>(202) 736 8711 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-2158694

July 19, 2010

William Lanesey, General Manager
KPLR-TV
10829 Olive Blvd., Suite 202
St. Louis, MO 63141

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30036322
BNSF Reference # 0000000922
Client Matter 90788-20680

FOR PROFESSIONAL SERVICES RENDERED - and expenses
incurred through April 30, 2010 re KPLR-TV

Fees                                                                $1,961.00

**Total Due This Bill**                                             **$1,961.00**

---

Remit Check Payments To:                    Remit Wire Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois 60690                     Account Number: 5519624
                                            ABA Number: 071000013
                                            Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 30036322
Tribune Broadcasting Company

RE: KPLR-TV

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 04/05/10 | LJ McCarty | KPLR - Submit amendment to pending application for new auxiliary (.50); provide FCC staff with copy of same (.20); prepare instructions to client regarding placement of filing in station's public inspection file (.30); check status of pending application (.20); telephone discussion with FCC staff regarding same (.70) | 1.90 |
| 04/06/10 | LJ McCarty | KPLR - Check status of pending auxiliary application (.50) | .50 |
| 04/08/10 | LJ McCarty | KPLR - Check status of pending application with FCC staff (.50); circulate return notice regarding same (.30); discuss technical discrepancy with client and consulting engineer (1.00); discussion with frequency coordinator regarding same (.50); begin draft amendment in ULS (.80); finalize and submit amendment (.80); prepare instructions to station manager regarding placement of filing in public inspection file (.30); provide date stamped copy of filing to FCC staff for processing of same (.80) | 5.00 |

**Total Hours**     **7.40**

**SIDLEY AUSTIN LLP**

Invoice Number: 30036322
Tribune Broadcasting Company

RE: KPLR-TV

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| LJ McCarty | 7.40 | $265.00 | $1,961.00 |
| **Total Hours and Fees** | **7.40** | | **$1,961.00** |



| | | | |
|---|---|---|---|
| **SIDLEY AUSTIN LLP**<br>1501 K STREET, N.W.<br>WASHINGTON, D.C. 20005<br>(202) 736 8000<br>(202) 736 8711 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, DC | |
| | FOUNDED 1866 | | |

FEDERAL ID 36-2158694

July 19, 2010

Donald J. Liebentritt
Tribune Company/D.C.
435 N. Michigan Avenue
Chicago, IL 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 30036323
BNSF Reference # 0000000952
Client Matter 16379-20050

For professional services rendered and expenses incurred through April 30, 2010 re Newspaper Crossownership

Fees                                                                                    $27,657.50

**Total Due This Bill**                                                      **$27,657.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: 30036323
Tribune Company/D.C.

RE: Newspaper Crossownership

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 04/01/10 | MD Schneider | Meeting with J. Young on briefing Third Circuit media ownership case (0.80); research and outlining of Brief arguments for Third Circuit (1.50) | 2.30 |
| 04/01/10 | JP Young | Preparing outline of opening brief | 1.80 |
| 04/02/10 | MD Schneider | Review FCC docket on cross-ownership for Tribune filing | 1.50 |
| 04/02/10 | JP Young | Preparing outline of opening brief | 2.90 |
| 04/05/10 | JP Young | Preparing outline of opening brief | 2.10 |
| 04/08/10 | JP Young | Preparing outline of opening brief | 1.70 |
| 04/09/10 | MD Schneider | Call on briefing with Media Parties and outline of brief - parties addressing issues | 1.50 |
| 04/09/10 | JP Young | Preparing outline of opening brief | 2.00 |
| 04/12/10 | JP Young | Preparing outline of opening brief | 3.70 |
| 04/15/10 | MD Schneider | Review and assess record in FCC rulemaking on media ownership issues for brief before Third Circuit | 2.00 |
| 04/19/10 | MD Schneider | Confer and outline Third Circuit brief issues | 1.60 |
| 04/19/10 | JP Young | Preparing outline of opening brief | 2.60 |
| 04/20/10 | MD Schneider | Outline research and confer on Third Circuit media ownership brief arguments | 1.20 |
| 04/20/10 | JP Young | Preparing outline of opening brief | 2.70 |
| 04/21/10 | MD Schneider | Calls on outline of appeal issues for Third Circuit brief | .50 |
| 04/23/10 | JP Young | Preparing for opening brief | 1.50 |
| 04/26/10 | MD Schneider | Edits to outline of brief for Third Circuit on media ownership | 1.30 |
| 04/26/10 | JP Young | Preparing outline of opening brief | 2.10 |
| 04/27/10 | MD Schneider | Draft/research media ownership Third Circuit brief | 1.00 |
| 04/28/10 | JP Young | Draft opening brief | 1.40 |
| 04/29/10 | RC Morris | Meet with J. Young regarding opening brief in appeal to Third Circuit challenging cross ownership rules; review Third Circuit's previous decision; review Third Circuit's rules | 1.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: 30036323
Tribune Company/D.C.

RE: Newspaper Crossownership

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 04/29/10 | MD Schneider | Draft materials for media ownership brief at Third Circuit (0.70); process joint stipulation on joint appendix and motion for certification of record (0.60) | 1.30 |
| 04/29/10 | JP Young | Drafting opening brief | 4.00 |
| | | **Total Hours** | 43.70 |

**SIDLEY AUSTIN LLP**

Invoice Number: 30036323
Tribune Company/D.C.

RE: Newspaper Crossownership

## TIME SUMMARY

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| MD Schneider | 14.20 | $700.00 | $9,940.00 |
| JP Young | 28.50 | 605.00 | 17,242.50 |
| RC Morris | 1.00 | 475.00 | 475.00 |
| **Total Hours and Fees** | **43.70** | | **$27,657.50** |