## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on August 11, 2010, I caused a copy of the following document to be served on the parties listed on the attached service list in the manner indicated.

**EGI-TRB LLC's Conditional Objection to Confirmation of the Debtors' Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (As Modified)**

*/s/ David W. Carickhoff*
David W. Carickhoff

<b><u>Service List</u></b>

**<u>Via Hand Delivery</u>**
Norman L. Pernick, Esq.
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to the Debtors)

David M. Klauder, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to the OCUC)

**<u>Via First Class Mail</u>**
Jessica C. K. Boelter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Counsel to the Debtors)

Douglas A. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to the OCUC)