# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2119080 |
| Invoice Date: | 04/29/2010 |

## Remittance Copy
**Billing for services rendered through 03/31/2010**

0016 Project Fastball Benefits
Client/Reference Number: 0000001792

| | |
|---|---:|
| Total Services | $ 3,213.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 3,213.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2119080 |
| Invoice Date: | 04/29/2010 |

---

## Client Copy
### Billing for services rendered through 03/31/2010

---

0016 Project Fastball Benefits
Client/Reference Number: 0000001792

| | |
|---|---:|
| Total Services | $ 3,213.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 3,213.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox -- Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

04/29/2010

Invoice: 2119080
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0016        Project Fastball Benefits
                    Client/Reference Number: 0000001792

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/10 | P. Compernolle | 0.80 | Review requirements and status of bond for MLB pension plan and withdrawal liability issues. |
| 03/02/10 | R. Fernando | 0.20 | Consult with P. Compernolle regarding PBGC 4204 waiver. |
| 03/10/10 | P. Compernolle | 0.30 | Review status of major league baseball player pension plan bond. |
| 03/24/10 | P. Compernolle | 0.80 | Review status of multiemployer plan bond (.20); review IRS request for Form 5500 (.20); telephone conference with K. Dansart regarding same (.40). |
| 03/26/10 | P. Compernolle | 1.00 | Review status of major league baseball pension plan ERISA bond and multiemployer plan liability (.60); review IRS request for Form 5500 (.40). |
| 03/30/10 | R. Fernando | 1.50 | Attention to matters relating to 4204 escrow (.70); consult with opposing counsel regarding same (.80). |
| 03/31/10 | R. Fernando | 0.30 | Draft emails to Tribune and opposing counsel regarding status of 4204 escrow. |

|  | **Total Hours** | **4.90** | **Total For Services** | **$3,213.50** |
|--|-----------------|----------|------------------------|---------------|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 2.90 | 2,073.50 |

U.S. practice conducted through McDermott Will & Emery LLP.                    1

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2119080
Invoice Date: 04/29/2010

| Name | Hours | Amount |
|------|-------|--------|
| R. Fernando | 2.00 | 1,140.00 |
| **Totals** | **4.90** | **$3,213.50** |
| | Total This Invoice | $3,213.50 |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2119080

04/29/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 2.90 | 2,073.50 |
| R. Fernando | 2.00 | 1,140.00 |
| **Totals** | **4.90** | **$3,213.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2119083 |
| Invoice Date: | 04/29/2010 |

## Remittance Copy
### Billing for services rendered through 03/31/2010

0021 Post Closing Matters

| | |
|---|---|
| Total Services | $ 17,334.00 |
| Total Costs and Other Charges Posted Through Billing Period | 183.74 |
| **Total This Invoice** | **$ 17,517.74** |

| Invoice | Date | |
|---|---|---|
| 2097977 | 02/26/2010 | 10,994.50 |
| 2105415 | 03/18/2010 | 1,087.00 |
| Total Outstanding Balance | | 12,081.50 |
| Total Balance Due | | $ 29,599.24 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2119083 |
| Invoice Date: | 04/29/2010 |

---

## Client Copy
### Billing for services rendered through 03/31/2010

---

0021 Post Closing Matters

| | |
|---|---|
| Total Services | $ 17,334.00 |
| Total Costs and Other Charges Posted Through Billing Period | 183.74 |
| **Total This Invoice** | **$ 17,517.74** |

| Invoice | Date | |
|---|---|---|
| 2097977 | 02/26/2010 | 10,994.50 |
| 2105415 | 03/18/2010 | 1,087.00 |
| Total Outstanding Balance | | 12,081.50 |
| Total Balance Due | | $ 29,599.24 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

04/29/2010

Invoice: 2119083
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0021      Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/10 | B. Gruemmer | 0.20 | Reviewing financials (.10); comments to R. Harris regarding same (.10). |
| 03/01/10 | R. Harris | 0.70 | Review Formation Agreement regarding process for submitting Notice of Disagreement to Statement (.30); review draft Tribune Financial Statements regarding description of Cubs transaction (.40). |
| 03/01/10 | A. Whiteway | 1.00 | Review correspondence regarding deferred revenue and Ricketts disagreement notice. |
| 03/02/10 | B. Gruemmer | 0.30 | Reviewing and responding to Fields email on working capital issues. |
| 03/05/10 | B. Gruemmer | 1.00 | Reviewing Notice of Disagreement (.40); conference call with Tribune to review same (.60). |
| 03/05/10 | R. Harris | 1.10 | Review draft of items of disagreement regarding Closing Statement (.40); telephone conference with N. Larsen, B. Eldersveld, B. Fields and B. Gruemmer regarding same (.70). |
| 03/08/10 | B. Gruemmer | 1.00 | Conference with R. Harris and call with D. Eldersveld on Notice of Disagreement (.40); reviewing and revising draft of Notice of Disagreement (.60). |
| 03/08/10 | D. Meyer | 0.30 | Review and revise language in cover letter describing items at issue (.10); telephone conference with R. Harris regarding same (.20). |
| 03/08/10 | R. Harris | 2.60 | Draft Notice of Disagreement (2.10); confer with B. Gruemmer regarding same (.20); telephone conference with B. Fields regarding back-up support to Notice of Disagreement (.30). |
| 03/09/10 | B. Gruemmer | 1.30 | Reviewing and revising Notice of Disagreement (.40); calls on same with P. McCurry (.20); finalizing |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:      022182
Invoice:     2119083
Invoice Date:  04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | submission (.20); call with D. Eldersveld to review additional changes to submission (.10); reviewing final version of Notice of Disagreement (.40). |
| 03/09/10 | K. Edwards | 1.30 | Office conferences with Brooks Gruemmer re: Notice of Disagreement (.30); telephone conferences with Brian Fields regarding same (.40); Revise Notice of Disagreement (.60). |
| 03/15/10 | K. Edwards | 0.30 | Review Disclosure Schedules regarding agreements with Diana-Quentin, LLC. |
| 03/15/10 | B. Rubin | 3.60 | Respond to client inquiry regarding questions raised by PWC (.6); correspondence with clients regarding same (.3); preparation for and conference call with PWC personnel (1.4); review and analyze PWC cash flow statement (.6); research correct cash flows (.7). |
| 03/15/10 | A. Whiteway | 2.30 | Telephone conference with PWC regarding opinion (.30); respond to factual inquiry by PWC (.80); review PWC spreadsheet (1.20). |
| 03/16/10 | B. Rubin | 1.90 | Review PWC sources and uses of funds (.4); reconcile with transaction documents (1.3); correspondence with PWC regarding same (.2). |
| 03/16/10 | A. Whiteway | 1.20 | Review flow of funds and correspond with PWC. |
| 03/17/10 | A. Whiteway | 2.10 | Telephone conference with Sidley and PWC regarding opinion (1.70); correspond with PWC regarding same (.40). |
| 03/19/10 | R. Harris | 2.00 | Prepare for and participate in telephone conference with D. O'Brien, M. Lufrano, D. Eldersveld, B. Fields and others regarding calculation of Final Special Distribution Amount (1.70); follow-up with same regarding same (.30). |
| 03/22/10 | B. Gruemmer | 0.80 | Call with D. Eldersveld reviewing open positions on working capital dispute. |
| 03/22/10 | R. Harris | 0.20 | Review file regarding treatment of Prepayment Items (.10); email memorandum to D. Eldersveld regarding same (.10). |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2119083
Invoice Date: 04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/30/10 | D. Fuchs | 0.30 | Review documentation regarding circulation claim (.20); correspondence regarding same with Dave Eldersveld (.10). |

| | **Total Hours** | **25.50** | **Total For Services** | **$17,334.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| K. Edwards | 1.60 | 480.00 |
| D. Fuchs | 0.30 | 94.50 |
| B. Gruemmer | 4.60 | 3,174.00 |
| R. Harris | 6.60 | 3,399.00 |
| D. Meyer | 0.30 | 204.00 |
| B. Rubin | 5.50 | 5,032.50 |
| A. Whiteway | 6.60 | 4,950.00 |
| **Totals** | **25.50** | **$17,334.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Express Mail FedEx #700702430 - 798411785987, CHICAGO | 45.94 |
| Express Mail FedEx #700702430 - 793290410252, CHICAGO | 28.91 |
| Express Mail FedEx #700702430 - 798411804677, CHICAGO | 45.94 |
| Express Mail FedEx #700702430 - 798411813086, CHICAGO | 42.53 |
| Express Mail FedEx #700702430 - 798411822562, CHICAGO | 20.42 |
| **Total Costs and Other Charges** | **$183.74** |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2119083 |
| Invoice Date: | 04/29/2010 |

**Total This Invoice**   **$17,517.74**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2119083

04/29/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| K. Edwards | 1.60 | 480.00 |
| D. Fuchs | 0.30 | 94.50 |
| B. Gruemmer | 4.60 | 3,174.00 |
| R. Harris | 6.60 | 3,399.00 |
| D. Meyer | 0.30 | 204.00 |
| B. Rubin | 5.50 | 5,032.50 |
| A. Whiteway | 6.60 | 4,950.00 |
| **Totals** | **25.50** | **$17,334.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119072 |
| Invoice Date: | 04/29/2010 |

## Remittance Copy
### Billing for services rendered through 03/31/2010

Total by Matter
    0041 Welfare Plans                                              $ 3,251.00
    Client/Reference Number: 0000000848

Total Services                                                              $ 3,251.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**                                                **$ 3,251.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 8,635.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2119072 |
| Invoice Date: | 04/29/2010 |

| Invoice | Date | |
|---|---|---|
| 2076388 | 12/09/2009 | 5,948.50 |
| 2088346 | 01/01/2010 | 6,192.50 |
| 2097371 | 02/26/2010 | 4,517.49 |
| 2105402 | 03/18/2010 | 976.00 |

Total Outstanding Balance                              82,896.79

Total Balance Due                                    $ 86,147.79

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119072 |
| Invoice Date: | 04/29/2010 |

## Client Copy
### Billing for services rendered through 03/31/2010

Total by Matter
    0041 Welfare Plans                                   $ 3,251.00
    Client/Reference Number: 0000000848

Total Services                                         $ 3,251.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**                                  **$ 3,251.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 8,635.50 |
| 2076388 | 12/09/2009 | 5,948.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2119072
Invoice Date:  04/29/2010

| Invoice | Date | |
|---|---|---|
| 2088346 | 01/01/2010 | 6,192.50 |
| 2097371 | 02/26/2010 | 4,517.49 |
| 2105402 | 03/18/2010 | 976.00 |

Total Outstanding Balance                82,896.79

Total Balance Due                      $ 86,147.79

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/29/2010

Invoice: 2119072
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041         Welfare Plans
                     Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/02/10 | A. Gordon | 0.30 | Review signature copy of the United HealthCare ASA. |
| 03/02/10 | A. Gordon | 0.20 | Draft email to R. Debour and S. O'Connor regarding status of our review of the UHC ASA. |
| 03/02/10 | A. Gordon | 0.20 | Review additional revisions to the ASA. |
| 03/15/10 | S. Nash | 0.50 | Review and edit BAA with Hewitt (.30); draft email to client regarding same (.20). |
| 03/23/10 | S. Nash | 0.50 | Prepare summary of new health care reform legislation for client. |
| 03/23/10 | A. Gordon | 0.30 | Draft outline of HR 3590 for S. O'Connor. |
| 03/24/10 | K. Kemp | 1.60 | Begin review of Hewitt BAA for compliance with HITECH requirements. |
| 03/24/10 | S. Nash | 0.20 | Office conference with Amy Gordon regarding dependent definition in new health care reform legislation. |
| 03/24/10 | A. Gordon | 0.50 | Draft responses to K. Dansart's e-mails regarding dependent age requirements under the new health law bill. |
| 03/25/10 | K. Kemp | 0.90 | Draft proposed revised to BAA with Hewitt. |
| 03/25/10 | S. Nash | 0.50 | Review comments made by Key Kemp on Tribune BAA with Hewitt. |
| 03/27/10 | S. Nash | 0.20 | Draft email to Kay Kemp regarding review of BAA for Hewitt. |

| | Total Hours | 5.90 | Total For Services | $3,251.00 |
|--|-------------|------|--------------------|-----------|

# McDermott
# Will & Emery

Tribune Company

Client:     020336
Invoice:    2119072
Invoice Date:  04/29/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| A. Gordon | 1.50 | 915.00 |
| K. Kemp | 2.50 | 1,025.00 |
| S. Nash | 1.90 | 1,311.00 |
| **Totals** | **5.90** | **$3,251.00** |
| | **Total This Invoice** | **$3,251.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2119072

04/29/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| A. Gordon | 1.50 | 915.00 |
| K. Kemp | 2.50 | 1,025.00 |
| S. Nash | 1.90 | 1,311.00 |
| **Totals** | **5.90** | **$3,251.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119073 |
| Invoice Date: | 04/29/2010 |

## Remittance Copy
### Billing for services rendered through 03/31/2010

Total by Matter
    0047 ESOP                                    $ 40,489.25
    Client/Reference Number: 0000001574

Total Services                                           $ 40,461.00

Total Costs and Other Charges Posted Through Billing Period       28.25

**Total This Invoice**                                   **$ 40,489.25**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119073 |
| Invoice Date: | 04/29/2010 |

---

## Client Copy
### Billing for services rendered through 03/31/2010

---

Total by Matter
    0047 ESOP                                                  $ 40,489.25
    Client/Reference Number: 0000001574

Total Services                                                                    $ 40,461.00

Total Costs and Other Charges Posted Through Billing Period                           28.25

**Total This Invoice**                                                          **$ 40,489.25**

---

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox -- Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

04/29/2010

Invoice: 2119073
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047      ESOP
              Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/02/10 | P. Compernolle | 0.50 | Review motion to discuss equitable claims. |
| 03/02/10 | W. Merten | 2.20 | Review e-mail from Don Liebentritt regarding motion to dismiss (.20). Review draft of motion (.60). Meet with Paul Compernolle regarding same (.20). Correspondences to Don Liebentritt regading same (.30). Telephone call to Jim Ducayet regarding Motion to Dismiss (.20). Continue review as to plan of reorganization draft (.60). Review and respond to audit letter request (.10). |
| 03/03/10 | A. Nesburg, P.C. | 0.20 | Discuss with Bill Merten steps to "freeze" contributions to ESOP. |
| 03/03/10 | P. Compernolle | 0.80 | Conference with W. Merten regarding freezing of plan benefits and necessary actions (.60); telephone conference with M. Bourgon regarding notice to participants (.20). |
| 03/03/10 | W. Merten | 4.20 | Continue review of plan of reorganization (1.40). Review e-mails from Blake Rubin regarding conversation with Don Liebentritt (.30). Telephone call from Blake Rubin regarding same (.40). Call with Blake Rubin and Andrea Whiteway regarding same (.40). Discussion with Susan Schaefer and Luis Granados regarding (1) whether more shares can be allocated (under any scenario) in an ESOP "freeze" as opposed to an ESOP "termination"; and (2) whether an ESOP will still be an ESOP for S Corporation purposes after an ESOP "freeze" (.40). Telephone call to Luis Granados regarding research pertaining to same (.20). Call with Don Liebentritt |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2119073
Invoice Date:  04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | regarding freeze issues (including, without limitation, jurisdiction of bankruptcy court regarding contractual rights of trustee for ESOP) (.30). Call to Jim Ducayet (Sidley & Austin) regarding bankruptcy court jurisdiction as to whether ESOP contractual right can be nullified (.80). |
| 03/03/10 | S. Schaefer | 3.80 | Discussion with Bill Merten regarding issues related to freezing the plan (.40). Review plan loan documents related to terms of the contribution commitment made by the company (1.20). Begin work on resolutions approving freeze of plan (2.20). |
| 03/04/10 | P. Compernolle | 0.80 | Review Plan of Reorganization and proposed treatment of ESOP. |
| 03/04/10 | W. Merten | 1.50 | Follow-up regarding comments regarding plan of reorganization with Paul Compernolle (.40). Related follow-up with Luis Granados (.60). Review e-mail from Jim Ducayet regarding review of issue by Sidley bankruptcy attorneys (.20). Meet with Susan Schaefer regarding freeze resolutions (.20). Draft e-mail to Blake Rubin regarding same (.10). |
| 03/04/10 | S. Schaefer | 3.00 | Assess the ESOP loan documents for issues raised by bankruptcy and freeze of the plan (1.60). Work on resolutions regarding the same (1.40). |
| 03/05/10 | D. Zucker | 0.30 | Discussion with B. Merten regarding whether proposed "freeze" of ESOP adversely affects S corporation election. |
| 03/05/10 | P. Compernolle | 1.00 | Conference with B. Merten regarding ESOP allocations (.70); telephone conference with P. Shanahan and others regarding same (.30). |
| 03/05/10 | W. Merten | 3.30 | Analysis as to whether ESOP in frozen plan scenario is an ESOP for S Corporation purposes (.60). Related research (.80). Review e-mail from Andrea Whiteway regarding our comments with regard to plan of reorganization (.30). Related follow-up to A. Whiteway pertaining to same (.10). Telephone call from Blake Rubin and Andrea Whiteway regarding concerns of Company's tax group with regard to free scenario (.20). Discussions with Blake and Andrea regarding February |

# McDermott
# Will & Emery

Tribune Company

| | | | Client: | 020336 |
|---|---|---|---|---|
| | | | Invoice: | 2119073 |
| | | | Invoice Date: | 04/29/2010 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | 12, 2010 freeze memo (.40). Telephone call from Luis Granados regarding freeze issues (.10). Telephone call to Blake and Andrea regarding call with Pat Shanahan (.10). Related follow-up conversations with Luis Granados and Paul Compernolle (.10). Preparations with regard to conference call (.20). Review e-mail from Blake Rubin regarding call (.10). Engage in conference call with client regarding freeze out issue (.30). |
| 03/08/10 | W. Merten | 0.40 | Review email from Monica Melgarejo regarding call (.10). Review emails from Monica Melgarejo and Blake Rubin regarding same (.30). |
| 03/08/10 | S. Schaefer | 2.80 | Review loan documents (1.30). Draft resolution regarding freeze of the plan (1.30). Discussions regarding treatment of outstanding loan payments and debt forgiveness related thereto with W. Merten (.20). |
| 03/09/10 | P. Compernolle | 2.00 | Telephone conference with Jenner and others regarding ESOP, loan repayments and potential freeze (.80); research regarding same (1.20). |
| 03/09/10 | W. Merten | 3.00 | Modifying comments to plan of reorganization (.40). Review as to loan documents for resolutions (.80). Prepare for and call with Paul Compernolle, Blake Ruben, attorneys from Sidley and Jenner, and Don Liebentritt regarding plan (.60). Conversations with Susan Schaefer and Paul Compernolle regarding same (.40). Review as to Henry case (.80). |
| 03/09/10 | S. Schaefer | 3.30 | Discussions with Bill Merten regarding freeze of ESOP (.80). Follow-up email with additional considerations after discussions with litigation counsel (.10). Review cases discussed with Bill Merten and Paul Compernolle (2.40). |
| 03/09/10 | M. Graham | 0.50 | Review case law on ESOP damages regarding Henry decision in second circuit (.30); conference with P. Compernolle regarding same (.20). |
| 03/10/10 | P. Compernolle | 1.50 | Research regarding ESOP allocations and debt reductions (1.10); conference with W. Merten regarding same (.40).. |
| 03/10/10 | W. Merten | 4.30 | Preliminary discussion with Paul Compernolle regarding Henry case (.40). Review as to Henry case and IRS directory of employed planned guidance (.30). |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2119073
Invoice Date: 04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Telephone call to Don Liebentritt regarding same (.20). Meet with Michael Graham regarding Henry case (.20). Draft e-mail to Blake Rubin regarding case (.20). Telephone call to Paul Compernolle regarding same (.10). Meet with Susan regarding Henry case and directory of employed planned guidance (1.30). Drafting comments as to plan of reorganization to send to Jim Ducayet (1.30). Call with Jim Ducayet regarding regarding modifications to plan of reorganization (.20). Leave message with Paul Compernolle (.10). |
| 03/10/10 | S. Schaefer | 2.70 | Discussions with Bill Merten regarding case law for loan payment versus forgiveness (1.30). Follow-up discussions with Paul Compernolle and Bill Merten regarding the same (1.40). |
| 03/10/10 | M. Graham | 1.50 | Conference with P. Compernolle regarding damages issues in ESOP transactions (.30); review Henry decisions in 2nd Circuit regarding same (.60); research additional case law regarding same (.40); conference with B. Merten regarding same (.20). |
| 03/11/10 | P. Compernolle | 1.00 | Review plan of reorganization regarding ESOP and treatment of ESOP loan (.40); research regarding Henry case (.20); conference with Merten regarding same (.40). |
| 03/11/10 | W. Merten | 1.20 | Discussion with Paul Compernolle regarding recent conversations with Don Liebentritt (.40). Modify comments for plan of reorganization (.80). |
| 03/12/10 | W. Merten | 0.80 | Modify comments with regard to plan of reorganization (.50). Review e-mail from James Ducayet regarding same (.30). |
| 03/15/10 | P. Compernolle | 1.00 | Review revised plan of reorganization and provisions relating to disposition of ESOP. |
| 03/15/10 | J. Holdvogt | 0.30 | Review issues related to IRS determination letter filing (.20); conference with B. Tiemann reviewing issues related to filing (.10). |
| 03/17/10 | P. Compernolle | 0.50 | Telephone conference with L. Hammond regarding disclosure relating to ESOP in financial statement (.30); review indemnification provisions relating to trustee (.20). |
| 03/17/10 | W. Merten | 0.60 | Received message from Don Liebentritt regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2119073
Invoice Date:  04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | whether an ERISA fiduciary can be indemnified by a plan sponsor for a finding or an allegation of breach of fiduciary duty (.10). Engage in related analysis (.50). |
| 03/17/10 | S. Schaefer | 1.00 | Discussions with Bill Merten regarding interpretation of freeze of plan (.70); discussions regarding changed strategy with respect to the documentation (.30). |
| 03/18/10 | W. Merten | 1.00 | Review email from Andrea Whiteway regarding ESOP plan (.10). Review ESOP trust and related analysis for call with Don Libientritt as to issues raised in his voice message (as to whether a ERISA fiduciary can be indemnified by a plan sponsor for a finding or allegation of breach of fiduciary duty) (.30). Related conversation with Mike Graham regarding same (.20). Prepare for and call on 9th Circuit cases with Susan Schaefer (.40). |
| 03/19/10 | P. Compernolle | 0.30 | Email to M. Bourgon re financials and description of ESOP distributions. |
| 03/19/10 | W. Merten | 0.60 | Review email from Paul Compernolle regarding ESOP question posed by Mike Bourgon (.10). Draft related email to Paul Compernolle (.20). Review email from Andrea Whiteway regarding whether ESOP plan is to be frozen (.20). Review email from Andrea regarding our conclusion as to not freezing the plan (.10). |
| 03/22/10 | P. Compernolle | 0.50 | Review materials relating to IRS determination letters. |
| 03/22/10 | B. Tiemann | 1.50 | Review files and organize documents needed for determination letter filing (.40); draft inventory of documents to be included in filing and email to Kevin Dansart regarding missing documents (1.10). |
| 03/23/10 | W. Merten | 0.40 | Review email from James Ducayet (as to my comments with regard plan reorganization) (.10). Review follow up email from Jim regarding same (.10). Correspondence with Jim regarding getting together to discuss issues (.10). Review email from Jessica Boelter regarding call with James Ducayet (.10). |
| 03/23/10 | J. Holdvogt | 0.30 | Review and send list of plan documents needed for IRS determination letter filing for plan. |
| 03/23/10 | B. Tiemann | 0.30 | Revise email to Kevin Dansart regarding documents needed for IRS filing (.10); conference with Jeff Holdvogt regarding same (.20). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2119073
Invoice Date:  04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/24/10 | P. Compernolle | 0.30 | Conference with W. Merten regarding treatment of ESOP in bankruptcy. |
| 03/24/10 | W. Merten | 2.30 | Review as to plan of reorganization in preparation for call with Jim Ducayat and other Sidley attorney (1.10); engage in call regarding same (.70); meet with P. Compernolle regarding same (.30); draft e-mail to Andrea Whiteway regarding comments given to Sidley (.20). |
| 03/25/10 | W. Merten | 0.20 | Review email from Paul Compernolle regarding whether Principal Financial should be doing Section 409(p) trusting (.10); discussion with Paul regarding same (.10). |
| 03/25/10 | J. Holdvogt | 0.20 | Research and review issues for upcoming plan determination letter filing. |
| 03/31/10 | W. Merten | 0.50 | Receive call from Bryan Krakauer (.30).  Telephone call from Don Liebentritt regarding call from Charlie Smith asking for April contribution to not be made (.20). |

|  | **Total Hours** | **58.40** | **Total For Services** | **$40,461.00** |
|--|------|------|------|------|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| P. Compernolle | 10.20 | 7,293.00 |
| M. Graham | 2.00 | 1,130.00 |
| J. Holdvogt | 0.80 | 336.00 |
| W. Merten | 26.50 | 18,947.50 |
| A. Nesburg, P.C. | 0.20 | 143.00 |
| S. Schaefer | 16.60 | 11,869.00 |
| B. Tiemann | 1.80 | 504.00 |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2119073 | |
| Invoice Date: | 04/29/2010 | |

| Name | Hours | Amount |
|---|---|---|
| D. Zucker | 0.30 | 238.50 |
| **Totals** | **58.40** | **$40,461.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 02/17/10 | Telecommunications<br>Ext. 47594 called NEW YORK, (212) 408-5491. | 1.50 |
| 03/01/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 0.15 |
| 03/01/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 0.15 |
| 03/02/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 3.45 |
| 03/03/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3233. | 0.15 |
| 03/05/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3233. | 0.15 |
| 03/08/10 | Telecommunications<br>Ext. 68425 called NEW YORK, (212) 837-6315. | 0.15 |
| 03/08/10 | Telecommunications<br>Ext. 68425 called NEW YORK, (212) 837-6315. | 2.85 |
| 03/08/10 | Telecommunications<br>Ext. 68425 called NEW YORK, (212) 837-6315. | 0.30 |
| 03/11/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 3.15 |
| 03/21/10 | Photocopy<br>Device 01CHI27C. 09945 | 0.20 |
| 03/22/10 | Photocopy<br>Device 01CHI13C. 09945 | 8.40 |
| 03/23/10 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 6.90 |
| 03/23/10 | Telecommunications | 0.15 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2119073
Invoice Date:  04/29/2010

| Date | Description | Amount |
|------|-------------|--------|
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |
| 03/23/10 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 451-6910. | |
| 03/23/10 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |
| 03/31/10 | Telecommunications | 0.30 |
| | Ext. 47197 called PTSTLUCIES, (772) 335-5338. | |

**Total Costs and Other Charges**    **$28.25**

**Total This Invoice**    **$40,489.25**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2119073

04/29/2010

### Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| P. Compernolle | 10.20 | 7,293.00 |
| M. Graham | 2.00 | 1,130.00 |
| J. Holdvogt | 0.80 | 336.00 |
| W. Merten | 26.50 | 18,947.50 |
| A. Nesburg, P.C. | 0.20 | 143.00 |
| S. Schaefer | 16.60 | 11,869.00 |
| B. Tiemann | 1.80 | 504.00 |
| D. Zucker | 0.30 | 238.50 |
| **Totals** | **58.40** | **$40,461.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119084 |
| Invoice Date: | 04/29/2010 |

## Remittance Copy
### Billing for services rendered through 03/31/2010

Total by Matter
    0507 Newsday                          $ 57,543.47
    Client/Reference Number: 0000001849

Total Services                                           $ 57,520.50

Total Costs and Other Charges Posted Through Billing Period        22.97

**Total This Invoice**                                      **$ 57,543.47**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119084 |
| Invoice Date: | 04/29/2010 |

## Client Copy
### Billing for services rendered through 03/31/2010

Total by Matter
    0507 Newsday            $ 57,543.47
    Client/Reference Number: 0000001849

Total Services                              $ 57,520.50

Total Costs and Other Charges Posted Through Billing Period      22.97

**Total This Invoice**                       **$ 57,543.47**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/29/2010

Invoice: 2119084
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/10 | P. McCurry | 0.40 | Call with Nils Larsen, Dave Eldersveld, Blake Rubin, Andrea Whiteway, Brooks Gruemmer and Chris Hochschild re Newsday tax issue. |
| 03/02/10 | M. Bilut | 0.30 | Review and respond to S. Pater's e-mails regarding call with Cablevision. |
| 03/04/10 | M. Bilut | 0.10 | Review D. Eldersveld's e-mail re conversation with CVC and 3/5 call. |
| 03/05/10 | M. Bilut | 1.20 | Prepare for and conference call with D. Eldersveld, S. Pater, and M. Anderson regarding options for CVC tank dispute (.40); review e-mails from D. Eldersveld and N. Larsen regarding call with CVC (.30); review and respond to e-mails from D. Eldersveld and M. Anderson regarding ERM proposal (.30); review M. Anderson's e-mail regarding timing of tank pull (.20). |
| 03/05/10 | A. Whiteway | 3.50 | Analysis of present value of remedial allocations (2.90); conference with Mr. Rubin regarding same (.40); correspond with Mr. Braiterman regarding same (.20). |
| 03/08/10 | M. Bilut | 1.70 | Review e-mail from D. Eldersveld regarding Newsday indemnity obligations (.20); review Newsday lease (.60); draft e-mail to D. Eldersveld regarding indemnification issue under lease (.20); review D. Eldersveld's e-mail regarding call with J. Verscaj at CVC (.30); review M. Anderson's e-mails regarding CVC response (.10); review e-mails from  S. Pater and N. Larsen regarding latest response from CVC (.30). |
| 03/08/10 | B. Rubin | 2.00 | Preparation for and conference call with CVC representatives regarding possible changes (.7); review |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2119084
Invoice Date:  04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | memo to clients regarding same (.7); review and comment on spreadsheet (.6). |
| 03/08/10 | A. Whiteway | 3.20 | Tax Analysis of readily traded issue (1.40); telephone conference with Mr. Braiterman regarding same (.60); review tax IDRs (1.20). |
| 03/09/10 | B. Rubin | 3.80 | Preparation for and conference call with CVC personnel regarding possible modifications (.7); research and analysis regarding possible modifications (1.1); correspondence with client regarding open issues (.8); review and edit spreadsheet (.6); review IDRs and other materials received from CVC regarding Newsday audit (.6). |
| 03/09/10 | A. Whiteway | 2.40 | Preparation for and telephone conference with Mr. Braiterman (.60); analysis of readily traded issue (.50); prepare and revise PV spreadsheets (.70); review IRS Audit Notice and IDR (.60). |
| 03/10/10 | B. Rubin | 3.70 | Preparation for and conference call with clients regarding possible changes to documents (.6); revise spreadsheet (.4); correspondence with CVC regarding assumptions underlying PV analysis (.4); review and analyze Newsday LLC Agreement and Tax Matters Agreement regarding handling of tax audit (.8); review and analyze IRS documents relating to commencement of audit (.8); memo to clients regarding same (.7). |
| 03/10/10 | A. Whiteway | 1.70 | Telephone conference with Mr. Larsen regarding trade issue (.40); analysis of tax opinion readily traded issue (.60); research SEC rules (.70). |
| 03/11/10 | B. Rubin | 3.20 | Review and analyze materials from CVC regarding IRS audit (.9) preparation for and conference call with clients regarding 2008 audit (.8); correspondence with CVC regarding audit (.3); research and analysis regarding Rule 144 and Rule 144A issues relevant to proposed modifications of documents (1.2). |
| 03/11/10 | A. Whiteway | 4.30 | Preparation for and telephone conference with client regarding IRS Audit process (.90); review IDRs (1.20); research 144A rules and pronouncements (1.80); review tax basis information (.40). |
| 03/12/10 | M. Bilut | 0.30 | Review and respond to D. Eldersveld's e-mails regarding |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2119084
Invoice Date: 04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | settlement with Newsday (.20); review J. Pater's e-mail regarding settlement with Newsday (.10). |
| 03/12/10 | B. Rubin | 3.80 | Review materials regarding IRS audit (.8); preparation for and conference call with clients and CVC personnel (.7); preparation for and conference call with CVC and Hughes Hubbard regarding possible changes to documents (1.2); research and analysis regarding SEC Rule 144A and 144 changes (1.1). |
| 03/12/10 | A. Whiteway | 6.80 | Analysis of Rule 144A (2.60); research regarding same (2.30); telephone conference with CVC regarding IRS audit (.70); telephone conference with CVC counsel regarding partnership agreement 144A issues (1.20). |
| 03/13/10 | M. Bilut | 0.10 | Review M. Anderson's e-mail regarding issues for settlement agreement. |
| 03/15/10 | J. Tamisiea | 1.50 | Research regarding rule 144 and debt securities to be issued by cablevision (1.10); phone call with B. Rubin regarding the foregoing (.40). |
| 03/15/10 | B. Rubin | 2.80 | Review and comment on draft letter to CVC regarding 2008 audit process (.9); correspondence with clients regarding same (.4); review and analyze spreadsheet regarding financing benefit (.6); research and analysis regarding Rule 144 and 144A (.9). |
| 03/15/10 | A. Whiteway | 3.70 | SEC issue research (1.30); analysis telephone conference regarding audit (.60); draft letter regarding IRS audit to client (.90); review Newsday tax return (.90). |
| 03/16/10 | B. Rubin | 1.50 | Review and comment on request for change in audit location (.8); preparation for and conference call with Mr. Tamisiea regarding Rule 144 and 144A issues (.7). |
| 03/16/10 | A. Whiteway | 3.50 | Review IDR documents (2.10); correspondence with Hughes Hubbard and CVC regarding same (.60); analysis of public debt issue (.80). |
| 03/17/10 | B. Rubin | 2.80 | Preparation for and conference call with CVC representatives regarding possible changes to documents (1.1); memo to clients regarding same (.7); review and comment on CVC computations (.6); correspondence with clients regarding same (.4). |
| 03/17/10 | A. Whiteway | 7.50 | Telephone conference with Mr. Hochschild regarding PV analysis (.70); review PV analysis (2.30); review IDR |

# McDermott
# Will&Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 2119084 |
| Invoice Date: | 04/29/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | documents (3.70); telephone conference with Hughes Hubbard and CVC regarding same (.80). |
| 03/19/10 | B. Rubin | 2.10 | Conference with Ms. Whiteway regarding IDRs and Tax return (.7); review and analyze tax return presentation and 704(c) schedules (.8); review CVC 10K regarding effective tax rate used in PV computation (.6). |
| 03/19/10 | A. Whiteway | 1.90 | Conference with Mr. Rubin regarding IDRs and Tax return (.70); review tax return presentation and 704(c) schedules (1.20). |
| 03/22/10 | B. Rubin | 0.40 | Correspondence with client regarding response to IDRs. |
| 03/26/10 | B. Rubin | 0.60 | Correspondence with client and Hughes Hubbard regarding deal issues (.6). |
| 03/30/10 | B. Rubin | 0.60 | Email with CVC regarding open IDRS (.3); correspondence with Hughes Hubbard regarding same (.3). |
| 03/30/10 | A. Whiteway | 0.40 | Correspondence with CVC regarding IDRs. |

| | **Total Hours** | **71.80** | **Total For Services** | **$57,520.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| M. Bilut | 3.70 | 2,201.50 |
| P. McCurry | 0.40 | 122.00 |
| B. Rubin | 27.30 | 24,979.50 |
| J. Tamisiea | 1.50 | 1,042.50 |
| A. Whiteway | 38.90 | 29,175.00 |
| **Totals** | **71.80** | **$57,520.50** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Messenger/Courier | 5.25 |
| US Messenger & Logistics, Inc., Invoice# 1618-7314, dated 2/27/2010, 435 N Michigan | |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:     2119084
Invoice Date:  04/29/2010

**Description**                                                      **Amount**

Ave.
Messenger/Courier                                                      14.62
US Messenger & Logistics, Inc., Invoice# 1618-7446, dated 3/13/2010, 435 N Michigan
Ave.
Photocopy                                                               0.40
Device 01CHI08C. 08466
Telecommunications                                                      2.70
Ext. 68425 called CHICAGO, (312) 222-5736.

**Total Costs and Other Charges**        **$22.97**

**Total This Invoice**        **$57,543.47**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2119084

04/29/2010

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| M. Bilut | 3.70 | 2,201.50 |
| P. McCurry | 0.40 | 122.00 |
| B. Rubin | 27.30 | 24,979.50 |
| J. Tamisiea | 1.50 | 1,042.50 |
| A. Whiteway | 38.90 | 29,175.00 |
| **Totals** | **71.80** | **$57,520.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119085 |
| Invoice Date: | 04/29/2010 |

## Remittance Copy
### Billing for services rendered through 03/31/2010

Total by Matter
    0509 Newsday/Benefits                        $ 3,264.00
    Client/Reference Number: 0000001851

Total Services                                             $ 3,264.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                                    **$ 3,264.00**

| **Invoice** | **Date** | |
|---|---|---|
| 2028661 | 07/31/2009 | 103.00 |

Total Outstanding Balance                                 103.00

Total Balance Due                                       $ 3,367.00

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119085 |
| Invoice Date: | 04/29/2010 |

## Client Copy
### Billing for services rendered through 03/31/2010

| | | |
|---|---|---|
| Total by Matter | | |
| 0509 Newsday/Benefits | $ 3,264.00 | |
| Client/Reference Number: 0000001851 | | |
| Total Services | | $ 3,264.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 3,264.00** |

| Invoice | Date | | |
|---|---|---|---|
| 2028661 | 07/31/2009 | 103.00 | |
| Total Outstanding Balance | | | 103.00 |
| Total Balance Due | | | $ 3,367.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/29/2010

Invoice: 2119085
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0509          Newsday/Benefits
                      Client/Reference Number: 0000001851

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/10 | B. Rubin | 0.90 | Preparation for and conference call with clients (.9). |
| 03/01/10 | A. Whiteway | 2.40 | Review tax documents and prepare for call with client (1.60); telephone conference with client regarding remedial allocation impact of acceleration (.80). |
| 03/05/10 | B. Rubin | 0.70 | Conf call with clients re possible changes to documents. |

|  | **Total Hours** | **4.00** | **Total For Services** | **$3,264.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| B. Rubin | 1.60 | 1,464.00 |
| A. Whiteway | 2.40 | 1,800.00 |
| **Totals** | **4.00** | **$3,264.00** |
|  | **Total This Invoice** | **$3,264.00** |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119079 |
| Invoice Date: | 04/29/2010 |

---

## Remittance Copy
### Billing for services rendered through 03/31/2010

---

Total by Matter
  0515 Chapter 11 Restructuring                                   $ 44,974.45

Total Services                                                              $ 44,805.00

Total Costs and Other Charges Posted Through Billing Period                      169.45

**Total This Invoice**                                                    **$ 44,974.45**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |
| 2076400 | 12/09/2009 | 114,381.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2119079
Invoice Date: 04/29/2010

| Invoice | Date | |
|---------|------|---|
| 2096277 | 01/26/2010 | 135,295.52 |
| 2096742 | 02/26/2010 | 263,459.65 |
| 2105410 | 03/18/2010 | 177,469.12 |

Total Outstanding Balance                     1,082,722.03

Total Balance Due                          $ 1,127,696.48

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119079 |
| Invoice Date: | 04/29/2010 |

## Client Copy
### Billing for services rendered through 03/31/2010

Total by Matter
    0515 Chapter 11 Restructuring          $ 44,974.45

Total Services                     $ 44,805.00

Total Costs and Other Charges Posted Through Billing Period      169.45

**Total This Invoice**             **$ 44,974.45**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |
| 2076400 | 12/09/2009 | 114,381.90 |
| 2096277 | 01/26/2010 | 135,295.52 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2119079
Invoice Date:  04/29/2010

| Invoice | Date | |
|---------|------|---|
| 2096742 | 02/26/2010 | 263,459.65 |
| 2105410 | 03/18/2010 | 177,469.12 |

Total Outstanding Balance                                    1,082,722.03

Total Balance Due                                      $ 1,127,696.48

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

04/29/2010

Invoice: 2119079
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/10 | B. Rubin | 1.20 | Review and comment on financial statements (.6); coordinate comment with co-counsel (.6). |
| 03/01/10 | A. Whiteway | 1.70 | Review and comment on financial statements (1.4); conference with co-counsel regarding same (.2); circulate comments to B. Rubin (.1) |
| 03/01/10 | J. Finkelstein | 1.50 | Review and comment on financial statements. |
| 03/02/10 | G. Ravert | 0.60 | Review email and attachments from M. Simons and B. Rubin concern Tribune fee statements. |
| 03/02/10 | J. Zajac | 2.00 | Draft December fee statement (1.2); email to M. Simons regarding November fee statement (.1); review email and attachments from M. Simons regarding November fee statement (.6); review email from B. Rubin regarding January fee statement (.1). |
| 03/02/10 | M. Bloom | 0.30 | Generate audit letter response request and send to attorneys. |
| 03/03/10 | M. Bloom | 0.30 | Draft audit letter response. |
| 03/03/10 | B. Rubin | 2.30 | Correspondence with client and Davis Polk regarding basis issues (.3); conference call with client regarding possibility of freezing ESOP (.4); review and analyze memo regarding freezing ESOP (.7); conference call with Mr. Merten regarding same (.3); review TMA provisions regarding impact of subsidiary only plan (.6). |
| 03/03/10 | A. Whiteway | 1.50 | Review ESOP freeze memo (.60); conference with co-counsel regarding same (.30); analysis of issues from conference (.20); review Newsday and Cubs POR indemnity assumption issue (.40). |
| 03/04/10 | J. Zajac | 4.30 | Draft October fee statement (1.8); revise response to fee examiner's preliminary report (.6); review email from M. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2119079
Invoice Date:  04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Simons regarding January fee statement (.2); meeting with G. Ravert regarding Tribune bankruptcy case (.4); Begin drafting January fee statement (1.3). |
| 03/04/10 | G. Chan | 1.10 | Receive new assignment from A. Whiteway regarding freezing ESOP and valuation issue (0.5); preliminary review of research regarding same (0.6). |
| 03/04/10 | M. Bloom | 0.10 | Contact B. Rubin regarding audit letter disclosure. |
| 03/04/10 | B. Rubin | 1.70 | Preparation for and conference call with clients regarding freezing ESOP (.7); review and comment on memo (.6); correspondence with Mr. Merten regarding PoR comments (.4). |
| 03/04/10 | A. Whiteway | 1.20 | Telephone conference re ESOP Freeze issues with Mr. Shanahan |
| 03/05/10 | J. Zajac | 1.80 | Review February prebills for compliance with Bankruptcy and Local Rules for upcoming fee statements. |
| 03/05/10 | G. Chan | 0.80 | Research S election and freezing ESOP and valuation issue (0.8). |
| 03/05/10 | B. Rubin | 1.20 | Preparation for and conf call re possible ESOP freeze (.9); review and comment on memo (.3). |
| 03/05/10 | A. Whiteway | 1.30 | Correspondence with B. Rubin regarding ESOP issues (.40); telephone conference regarding ESOP freeze issues (.90). |
| 03/08/10 | J. Zajac | 1.60 | Revise fee examiner preliminary response (.2); revise February prebills to ensure compliance with Bankruptcy Rules for upcoming fee statements. |
| 03/08/10 | G. Chan | 3.70 | Research S election and freezing ESOP and valuation issue (3.7). |
| 03/08/10 | M. Bloom | 0.20 | Finalize audit letter. |
| 03/08/10 | B. Rubin | 0.40 | Correspondence with client regarding possible ESOP freeze (.4). |
| 03/08/10 | A. Whiteway | 2.70 | ESOP Freeze analysis (1.60); conference with Mr. Merten and Mr. Compernolle regarding same (.40); telephone conference with client regarding litigation issues (.70). |
| 03/09/10 | G. Ravert | 0.30 | Telephone call with B. Rubin regarding status. |
| 03/09/10 | G. Chan | 2.30 | Research regarding freezing ESOP and valuation issues (2.3). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2119079
Invoice Date:  04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/09/10 | B. Rubin | 1.40 | Preparation for and conference call with clients and Jenner personnel regarding ESOP freeze (.8); memo regarding same (.6). |
| 03/09/10 | A. Whiteway | 0.90 | Preparation for and telephone conference with Ms. Melgarejo. |
| 03/10/10 | G. Ravert | 0.70 | Telephone call with B. Rubin, G. Raicht, J. Zajac and N. Hazan about status and transition of matters (.5); follow-up email with B. Rubin regarding same (.2). |
| 03/10/10 | N. Hazan | 0.50 | Conference call with B. Rubin and G. Ravert status of matter to effectuate transition from G. Ravert |
| 03/10/10 | J. Zajac | 1.00 | Revise response to fee examiner's preliminary report (.3); prepare for and call with G. Raicht and B. Rubin regarding upcoming fee statements (.7). |
| 03/10/10 | G. Chan | 1.80 | Research regarding freezing ESOP and valuation issues (1.6); discuss issue regarding same with A. Whiteway (0.2). |
| 03/10/10 | B. Rubin | 0.80 | Correspondence with clients regarding ESOP issues in connection with PoR. |
| 03/10/10 | A. Whiteway | 0.40 | Correspond with Mr. Merten regarding ESOP freeze issue. |
| 03/11/10 | G. Ravert | 0.70 | Telephone call with J. Decker, N. Hazan, and J. Zajac regarding Examiner's preliminary report concerning third interim fee application (.4); follow-up with fee examiner regarding same (.3). |
| 03/11/10 | N. Hazan | 0.20 | Conference call with G. Ravert and John Dechert re various questions of examiner. |
| 03/11/10 | J. Zajac | 0.50 | Call with G. Ravert, N. Hazan and J. Decker regarding fee examiners' response. |
| 03/11/10 | G. Chan | 1.70 | Research regarding freezing ESOP and valuation issue (1.7). |
| 03/12/10 | G. Chan | 0.80 | Discuss research results regarding freezing ESOP and valuation issue with A. Whiteway (0.3); draft email summarizing research to A. Whiteway (0.5). |
| 03/12/10 | B. Rubin | 1.10 | Review and comment on revised draft PoR (1.1). |
| 03/12/10 | A. Whiteway | 2.60 | Correspondence from Sidley regarding plan (.2); review plan (1.2); conference with Ms. Chan regarding ESOP S termination issues (.8); review case law on termination issue (.4). |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2119079
Invoice Date:   04/29/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/15/10 | N. Hazan | 1.00 | Review and correct October fee application. |
| 03/15/10 | J. Zajac | 2.90 | Draft and revise October fee statements (1.2); draft and revise November fee statements (1.2); meeting with N. Hazan regarding same (.5). |
| 03/15/10 | B. Rubin | 0.40 | Correspondence with Ms. Hazan regarding response to fee examiner (.4). |
| 03/16/10 | N. Hazan | 0.80 | Review and correct November fee application. |
| 03/16/10 | J. Zajac | 0.30 | Draft email to B. Rubin regarding fee examiner's preliminary report response. |
| 03/17/10 | P. Compernolle | 1.00 | Telephone conference with M. Bourgon regarding benefits and pension provisions on disclosure statement (.60); review and revise statement (.40). |
| 03/17/10 | J. Zajac | 0.40 | Draft email to B. Rubin regarding fee statements and fee examiner's response. |
| 03/17/10 | B. Rubin | 1.10 | Review and comment on revised plan (1.1). |
| 03/18/10 | J. Zajac | 0.20 | Emails to M. Simons regarding fee statement and fee examiner response. |
| 03/19/10 | A. Whiteway | 1.60 | Correspond with Mr. Merten regarding plan (.2); review POR (1.2); correspond with Sidley regarding same (.2). |
| 03/22/10 | J. Zajac | 0.50 | Email to B. Rubin regarding fee statements for October and November. |
| 03/23/10 | N. Hazan | 0.10 | Correct email to be sent to fee examiner in response to report. |
| 03/23/10 | J. Zajac | 0.80 | Draft fee examiner response email for B. Rubin. |
| 03/25/10 | J. Zajac | 0.20 | Email to B. rubin regarding fee statements (.1); email to fee examiner regarding preliminary report (.1). |
| 03/25/10 | B. Rubin | 0.90 | Review and comment on response to fee examiner (.2); review and comment on fee application (.7). |
| 03/29/10 | B. Rubin | 2.10 | Correspondence with Sidley regarding meeting with expert (.4); preparation for meeting (1.4); correspondence with client regarding NY sales and use tax (.3). |
| 03/29/10 | A. Whiteway | 1.90 | Review Lazard preparation from going private transaction (1.1); preparation for telephone conference with Mr. Decayat and expert regarding same (.8). |
| 03/30/10 | J. Zajac | 0.60 | Revise October and November fee statements. |
| 03/30/10 | B. Rubin | 2.40 | Preparation for and conference call with Sidley and expert regarding valuation issues (2.4). |
| 03/30/10 | A. Whiteway | 3.10 | ESOP analysis (.7); telephone conference with valuation |

# McDermott
# Will & Emery

| Tribune Company | | | | Client: | 020336 |
| --- | --- | --- | --- | --- | --- |
| | | | | Invoice: | 2119079 |
| | | | | Invoice Date: | 04/29/2010 |

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| | | | expert regarding ESOP valuation (2.4). |
| 03/31/10 | J. Zajac | 1.30 | Draft email to B. Rubin regarding Tribune proceeding and upcoming fee statements and quarterly applications (.7); call with B. Rubin regarding same (.1); review supplemental declaration for MWE retention (.1); email same to B. Rubin (.1); email to local counsel regarding fee statements (.3). |
| 03/31/10 | B. Rubin | 0.60 | Memo to client regarding conference call regarding valuation (.6). |

| | **Total Hours** | **75.40** | **Total For Services** | **$44,805.00** |
| --- | --- | --- | --- | --- |

## Timekeeper Summary

| Name | Hours | Amount |
| --- | --- | --- |
| M. Bloom | 0.90 | 229.50 |
| G. Chan | 12.20 | 3,904.00 |
| P. Compernolle | 1.00 | 715.00 |
| J. Finkelstein | 1.50 | 870.00 |
| N. Hazan | 2.60 | 1,482.00 |
| G. Ravert | 2.30 | 1,345.50 |
| B. Rubin | 17.60 | 16,104.00 |
| A. Whiteway | 18.90 | 14,175.00 |
| J. Zajac | 18.40 | 5,980.00 |
| **Totals** | **75.40** | **$44,805.00** |

## Costs and Other Charges

| Date | Description | Amount |
| --- | --- | --- |
| 02/01/10 | Telecommunications | 74.78 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #25022572; INVOICE DATE: 03/01/10; Call Date: 02/01/10; Order #26326774; Host NAME: Andrea Whiteway | |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2119079 |
| Invoice Date: | 04/29/2010 |

| Date | Description | Amount |
|---|---|---|
| 02/19/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25160991; INVOICE DATE: 03/01/10; Call Date: 02/19/10; Order #26467853; Host NAME: Andrea Whiteway | 36.76 |
| 03/04/10 | Telecommunications<br>Ext. 68425 called CLEVELAND, (216) 861-7497. | 1.35 |
| 03/07/10 | Business Meal<br>VENDOR: SeamlessWeb Professional Solutions, Inc.; INVOICE#: 648437; DATE: 3/7/2010 - Catering Purchases - Chi Nat'l League Ball Club LLC Blake Rubin - 10342 | 53.73 |
| 03/11/10 | Telecommunications<br>Ext. 75460 called LADUE, (314) 291-3030. | 1.95 |
| 03/15/10 | Postage | 0.88 |

|  |  |
|---|---|
| **Total Costs and Other Charges** | **$169.45** |
| **Total This Invoice** | **$44,974.45** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2119079

04/29/2010

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| M. Bloom | 0.90 | 229.50 |
| G. Chan | 12.20 | 3,904.00 |
| P. Compernolle | 1.00 | 715.00 |
| J. Finkelstein | 1.50 | 870.00 |
| N. Hazan | 2.60 | 1,482.00 |
| G. Ravert | 2.30 | 1,345.50 |
| B. Rubin | 17.60 | 16,104.00 |
| A. Whiteway | 18.90 | 14,175.00 |
| J. Zajac | 18.40 | 5,980.00 |
| **Totals** | **75.40** | **$44,805.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119082 |
| Invoice Date: | 04/29/2010 |

## Remittance Copy
## Billing for services rendered through 03/31/2010

0517 BuzzDash

| | |
|---|---:|
| Total Services | $ 3,199.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 3,199.50** |

| Invoice | Date | |
|---|---|---:|
| 2096744 | 02/26/2010 | 5,406.50 |
| 2105413 | 03/18/2010 | 8,760.70 |

| | |
|---|---:|
| Total Outstanding Balance | 14,167.20 |
| Total Balance Due | $ 17,366.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2119082 |
| Invoice Date: | 04/29/2010 |

## Client Copy
### Billing for services rendered through 03/31/2010

0517 BuzzDash

| | |
|---|---|
| Total Services | $ 3,199.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 3,199.50** |

| Invoice | Date | | |
|---|---|---|---|
| 2096744 | 02/26/2010 | 5,406.50 | |
| 2105413 | 03/18/2010 | 8,760.70 | |
| | | | |
| Total Outstanding Balance | | | 14,167.20 |
| | | | |
| Total Balance Due | | | $ 17,366.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/29/2010

Invoice: 2119082
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0517          BuzzDash

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/10 | D. Fuchs | 2.50 | Review and revise Asset Purchase Agreement (1.90); correspondence and phone conversations regarding same with B. Fields (.60). |
| 03/02/10 | D. Fuchs | 0.50 | Revise purchase agreement (.30); correspondence with Brian Fields regarding same (.20). |
| 03/09/10 | D. Fuchs | 0.30 | Review schedule of exceptions (.20); correspondence to B. Fields regarding same (.10). |
| 03/11/10 | B. Gruemmer | 0.30 | Conference with D. Fuchs on open issues regarding Buzzdash. |
| 03/11/10 | D. Fuchs | 0.40 | Review Seller Disclosure Schedules and correspondence regarding same. |
| 03/12/10 | D. Fuchs | 1.00 | Draft letter to Sonic Wall regarding Bulgarian website (.70); revise and circulate same to MWE team (.20); correspondence with Tribune regarding same (.10). |
| 03/16/10 | D. Fuchs | 1.40 | Draft and revise ancillary documents (.70); circulate same to Reed Smith (.20); phone conversation with Brian Fields regarding documents (.50). |
| 03/17/10 | D. Fuchs | 0.30 | Phone conversation with Brian Fields regarding BuzzDash asset purchase agreement (.10); revise same (.20). |
| 03/18/10 | D. Fuchs | 1.30 | Finalize all transaction documents and prepare signature pages (1.10); correspondence with Brian Fields regarding same (.20). |
| 03/22/10 | D. Fuchs | 0.50 | Review changes to transaction documents (.30); correspondence with Brian Fields regarding same (.20). |
| 03/26/10 | D. Fuchs | 0.30 | Review documents in connection with Closing. |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2119082 |
| Invoice Date: | 04/29/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/30/10 | D. Fuchs | 1.00 | Review signature pages, exchange same and close transaction. |

| | Total Hours | 9.80 | Total For Services | $3,199.50 |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| D. Fuchs | 9.50 | 2,992.50 |
| B. Gruemmer | 0.30 | 207.00 |
| **Totals** | **9.80** | **$3,199.50** |
| | Total This Invoice | **$3,199.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2119082

04/29/2010

### Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| D. Fuchs | 9.50 | 2,992.50 |
| B. Gruemmer | 0.30 | 207.00 |
| **Totals** | **9.80** | **$3,199.50** |

U.S. practice conducted through McDermott Will & Emery LLP.