## **EXHIBIT A**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2129485 |
| Invoice Date: | 05/27/2010 |

## Remittance Copy
### Billing for services rendered through 04/30/2010

0021 Post Closing Matters

| | | |
|---|---|---|
| Total Services | | $ 22,605.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 1,017.11 |
| **Total This Invoice** | | **$ 23,622.61** |

| Invoice | Date | |
|---|---|---|
| 2097977 | 02/26/2010 | 10,994.50 |
| 2124264 | 03/18/2010 | 2,368.00 |
| 2119083 | 04/29/2010 | 17,517.74 |
| Total Outstanding Balance | | 30,880.24 |
| Total Balance Due | | $ 54,502.85 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2129485 |
| Invoice Date: | 05/27/2010 |

## Client Copy
### Billing for services rendered through 04/30/2010

0021 Post Closing Matters

| | |
|---|---:|
| Total Services | $ 22,605.50 |
| Total Costs and Other Charges Posted Through Billing Period | 1,017.11 |
| **Total This Invoice** | **$ 23,622.61** |

| Invoice | Date | |
|---|---|---:|
| 2097977 | 02/26/2010 | 10,994.50 |
| 2124264 | 03/18/2010 | 2,368.00 |
| 2119083 | 04/29/2010 | 17,517.74 |
| Total Outstanding Balance | | 30,880.24 |
| Total Balance Due | | $ 54,502.85 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/27/2010

Invoice: 2129485
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/01/10 | R. Harris | 1.20 | Prepare for and participate in conference call with N. Larsen, B. Fields and D. Eldersveld regarding dispute re final calculation of special distribution amount. |
| 04/05/10 | J. Mikulina | 0.50 | Review correspondence from U.S. Copyright Office regarding corrected certificates of registration/Supplementary Registrations for Chicago National League Ball Club (.20); discuss same with J. Bisbikis (.20); review prior correspondence with Foley and client regarding same (.10). |
| 04/07/10 | B. Gruemmer | 0.50 | Conference with R. Harris to review working capital process and issues. |
| 04/08/10 | B. Gruemmer | 1.30 | Reviewing Formation Agreement (.50); preparing for and participating in conference call regarding working capital dispute (.80). |
| 04/08/10 | R. Harris | 1.00 | Prepare for and participate in telephone conference with N. Larsen, D. Eldersveld, B. Fields and B. Gruemmer regarding dispute with Ricketts regarding final calculation of Special Distribution Amount. |
| 04/09/10 | B. Gruemmer | 0.50 | Beginning to work on working capital analysis. |
| 04/09/10 | R. Harris | 0.30 | Prepare submission to arbitrator regarding dispute regarding calculation of Final Special Distribution Amount. |
| 04/10/10 | B. Gruemmer | 2.00 | Draft Arbitration Submission for working capital dispute. |
| 04/12/10 | R. Harris | 0.20 | Prepare submission to Arbitrator. |
| 04/15/10 | R. Harris | 1.50 | Draft submission to accountant regarding dispute regarding calculation of Final Distribution Amount. |
| 04/16/10 | B. Gruemmer | 0.30 | Calls with Foley on engaging arbitrator. |
| 04/16/10 | J. Mikulina | 0.40 | Draft correspondence to S. Karrotki regarding |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:      022182
Invoice:    2129485
Invoice Date:  05/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Supplemental Registrations for Cubs copyright works (previously in the name of non-existent Cubs entities) (.20); review prior correspondence with client regarding same (.20). |
| 04/16/10 | R. Harris | 1.50 | Draft submission to accountant regarding dispute with Ricketts regarding calculation of Final Special Distribution Amount. |
| 04/18/10 | B. Gruemmer | 1.00 | Beginning to review and revise Working Capital Arbitration brief. |
| 04/18/10 | R. Harris | 1.90 | Draft memorandum regarding submission to Accounting Firm of items in dispute regarding calculation of Final Special Distribution Amount. |
| 04/19/10 | B. Gruemmer | 1.50 | Call with D. Eldersveld on process (.20); revising submission (1.00); emails to D. Eldersveld on same (.30). |
| 04/19/10 | J. Mikulina | 0.30 | Discuss recordation of merger documents for Cubs copyright registrations (corrected registration certificates) with K. Walsh (.20); follow up discussion with K. Walsh regarding registration certificates that were not corrected (.10). |
| 04/19/10 | R. Harris | 1.70 | Draft submission memorandum to accounting firm. |
| 04/19/10 | K. Walsh | 1.00 | Review Supplementary Registrations for accuracy and compare to schedule (.300; review Copyright Office website (.20); confer with J. Mikulina regarding corrections (.20); prepare correspondence to Copyright Office regarding same (.30). |
| 04/19/10 | B. Rubin | 0.60 | Review and comment on submission (.4); correspondence with clients regarding same (.2). |
| 04/20/10 | B. Gruemmer | 1.80 | Reviewing and revising current draft of Accounting Submission (.90); conference call with E&Y to review proposed process and next steps (.40); calls with Tribune on same (.50). |
| 04/20/10 | R. Harris | 1.00 | Draft Submission to Accountant. |
| 04/20/10 | D. Fuchs | 1.00 | Draft and revise letter regarding extension of submission deadline to auditors (.80); office conference with R. Harris regarding same (.20). |
| 04/20/10 | B. Rubin | 0.40 | Correspondence with client and co-counsel regarding Amusement Tax issues (.4). |
| 04/21/10 | R. Harris | 3.50 | Review and revise submission to accountant (2.70); |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2129485
Invoice Date: 05/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | meeting with B. Fields, D. Eldersveld and N. Larsen regarding position statements for each item of Final Special Distribution Amount in dispute (.80). |
| 04/21/10 | D. Fuchs | 0.40 | Review LLC Agreement and financing documents regarding rights to audited statements thereunder. |
| 04/21/10 | B. Rubin | 1.00 | Review and comment on draft submission (.80); correspondence with client regarding amusement tax issue (.20). |
| 04/22/10 | J. Jung | 0.40 | Reviewed final note and credit agreements relative to timing for financials in light of question from N. Johanson regarding the same |
| 04/22/10 | R. Harris | 0.80 | Attend to issues regarding engaging accountant (.40); review and revise Submission to Accountant (.40). |
| 04/22/10 | D. Fuchs | 0.50 | Correspondence with R. Harris regarding right to audited financials of Cubs LLC (.30); coordinate execution of auditor extension (.20). |
| 04/23/10 | K. Walsh | 0.50 | Telephone con with United States Copyright Office regarding status of Supplemental Registrations (.40); confer with J. Mikulina regarding same (.10). |
| 04/24/10 | R. Harris | 0.30 | Draft Assignment Agreement regarding transfer of amusement tax refund. |
| 04/26/10 | B. Gruemmer | 1.50 | Multiple calls and emails related to engagement of accountant with MWE team (.30); review engagement letter (.80); call with client on bankruptcy process (.40). |
| 04/26/10 | R. Harris | 1.30 | Draft Assignment Agreement regarding transfer of Amusement Tax Receivable (.70); draft Submission to Accounting Firm (.60). |
| 04/26/10 | K. Walsh | 2.50 | Prepare schedule of new supplementary copyright registrations to be submitted with request for recordal (1.20); prepare transmittals for same (.90); prepare correspondence to Landon IP regarding hand delivery request for same (.40). |
| 04/27/10 | B. Gruemmer | 1.00 | Conference call with E&Y regarding necessity to approve E&Y engagement letter (.80); follow-up calls with Sidley and Tribune reviewing options for arbitrator (.20). |
| 04/27/10 | R. Harris | 1.00 | Telephone conference with E&Y, K. Kansa, B. Gruemmer and P. Quick regarding issues regarding E&Y |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2129485
Invoice Date: 05/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Engagement (.70); confer with K. Kansa and B. Gruemmer regarding same (.30). |
| 04/27/10 | K. Edwards | 0.30 | Assemble documents related to indemnification of DQ LLC. |
| 04/28/10 | B. Gruemmer | 1.00 | Multiple calls and emails with Tribune, Sidley and Foley on working capital process and potential engagement of accountant (.60); call with Tribune on Drews insurance (.40). |
| 04/28/10 | R. Harris | 0.40 | Confer with  B. Gruemmer regarding issues regarding arbitration (.20); attend to matters regarding arbitration (.20). |
| 04/29/10 | B. Gruemmer | 0.50 | Call with Foley regarding extension of auditor period and potential choices on audit given conflicts. |
| 04/30/10 | J. Mikulina | 0.50 | Review request to U.S. Copyright Office to record merger of Chicago National League Ball Club, Inc. into Chicago National League Ball Club, LLC for all corrected copyright registrations (.30); review all supporting documentation in connection with same (.20). |

| | Total Hours | 40.80 | Total For Services | $22,605.50 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| K. Edwards | 0.30 | 300.00 | 90.00 |
| D. Fuchs | 1.90 | 315.00 | 598.50 |
| B. Gruemmer | 12.90 | 690.00 | 8,901.00 |
| R. Harris | 17.60 | 515.00 | 9,064.00 |
| J. Jung | 0.40 | 680.00 | 272.00 |
| J. Mikulina | 1.70 | 500.00 | 850.00 |
| B. Rubin | 2.00 | 915.00 | 1,830.00 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:    022182
Invoice:    2129485
Invoice Date:    05/27/2010

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| K. Walsh | 4.00 | 250.00 | 1,000.00 |
| **Totals** | **40.80** | | **$22,605.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Filing/Registration Fee<br>VENDOR: Register of Copyrights; INVOICE#: 042210; DATE: 4/22/2010 - Copyright Office Filing Fee | 100.00 |
| Filing/Registration Fee<br>VENDOR: Register of Copyrights; INVOICE#: 042910; DATE: 4/29/2010 - Copyright Office Fee - Copyright recordation of certification of merger | 675.00 |
| Photocopy<br>Device 01CHI29C. 05705 | 1.20 |
| Telecommunications<br>Ext. 43261 called WASHINGTON, (202) 707-0600. | 1.95 |
| Transportation/Parking<br>VENDOR: Boston Coach; INVOICE#: 210644; DATE: 3/14/2010 - transportation | 238.96 |

**Total Costs and Other Charges**     **$1,017.11**

**Total This Invoice**     **$23,622.61**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC                          05/27/2010
Invoice: 2129485

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| K. Edwards | 0.30 | 300.00 | 90.00 |
| D. Fuchs | 1.90 | 315.00 | 598.50 |
| B. Gruemmer | 12.90 | 690.00 | 8,901.00 |
| R. Harris | 17.60 | 515.00 | 9,064.00 |
| J. Jung | 0.40 | 680.00 | 272.00 |
| J. Mikulina | 1.70 | 500.00 | 850.00 |
| B. Rubin | 2.00 | 915.00 | 1,830.00 |
| K. Walsh | 4.00 | 250.00 | 1,000.00 |
| **Totals** | **40.80** | | **$22,605.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2128403 |
| Invoice Date: | 05/24/2010 |

---

## Remittance Copy
### Billing for services rendered through 04/30/2010

---

Total by Matter
    0041 Welfare Plans                           $ 1,163.75
    Client/Reference Number: 0000000848

Total Services                                           $ 1,158.50

Total Costs and Other Charges Posted Through Billing Period      5.25

**Total This Invoice**                                    **$ 1,163.75**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:       2128403
Invoice Date:  05/24/2010

| Invoice | Date | |
|---------|------|---|
| 2068574 | 11/30/2009 | 8,635.50 |
| 2076388 | 12/09/2009 | 5,948.50 |
| 2088346 | 01/01/2010 | 6,192.50 |
| 2097371 | 02/26/2010 | 4,517.49 |
| 2105402 | 03/18/2010 | 976.00 |
| 2119072 | 04/29/2010 | 3,251.00 |

Total Outstanding Balance                                    86,147.79

Total Balance Due                                          $ 87,311.54

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2128403 |
| Invoice Date: | 05/24/2010 |

---

## Client Copy
### Billing for services rendered through 04/30/2010

---

Total by Matter
  0041 Welfare Plans                                                    $ 1,163.75
  Client/Reference Number: 0000000848

Total Services                                                                      $ 1,158.50

Total Costs and Other Charges Posted Through Billing Period                          5.25

**Total This Invoice**                                                        **$ 1,163.75**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 8,635.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2128403
Invoice Date:  05/24/2010

| Invoice | Date | |
|---------|------|-----|
| 2076388 | 12/09/2009 | 5,948.50 |
| 2088346 | 01/01/2010 | 6,192.50 |
| 2097371 | 02/26/2010 | 4,517.49 |
| 2105402 | 03/18/2010 | 976.00 |
| 2119072 | 04/29/2010 | 3,251.00 |

Total Outstanding Balance                          86,147.79

Total Balance Due                               $ 87,311.54

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

05/24/2010

Invoice: 2128403
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0041        Welfare Plans
                    Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/20/10 | P. Compernolle | 0.50 | Review email from M. Bourgon regarding severance (.20); telephone conference with M. Bourgon regarding same (.30). |
| 04/20/10 | R. Fernando | 0.80 | Attention to 409A issues in connection with executive employment agreement (.60); consult with P. Compernolle regarding same (.20). |
| 04/28/10 | S. Nash | 0.50 | Review and edit BAA with Hewitt (.40); draft email to V. Parks regarding same (.10). |

| | **Total Hours** | **1.80** | **Total For Services** | **$1,158.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.50 | 715.00 | 357.50 |
| R. Fernando | 0.80 | 570.00 | 456.00 |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2128403
Invoice Date: 05/24/2010

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| S. Nash | 0.50 | 690.00 | 345.00 |
| **Totals** | **1.80** | | **$1,158.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 03/30/10 | Messenger/Courier<br>US Messenger & Logistics, Inc., Invoice# 1618-7590, dated<br>4/3/2010, 435 N Michigan Ave. | 5.25 |

**Total Costs and Other Charges**     **$5.25**

**Total This Invoice**     **$1,163.75**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2128403

05/24/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.50 | 715.00 | 357.50 |
| R. Fernando | 0.80 | 570.00 | 456.00 |
| S. Nash | 0.50 | 690.00 | 345.00 |
| **Totals** | **1.80** | | **$1,158.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2129483 |
| Invoice Date: | 05/27/2010 |

## Remittance Copy
### Billing for services rendered through 04/30/2010

Total by Matter
    0047 ESOP                                          $ 7,368.17
    Client/Reference Number: 0000001574

Total Services                                                 $ 7,279.50

Total Costs and Other Charges Posted Through Billing Period     88.67

**Total This Invoice**                                          **$ 7,368.17**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2129483 |
| Invoice Date: | 05/27/2010 |

---

## Client Copy
### Billing for services rendered through 04/30/2010

---

Total by Matter
    0047 ESOP                                  $ 7,368.17
    Client/Reference Number: 0000001574

Total Services                                          $ 7,279.50

Total Costs and Other Charges Posted Through Billing Period    88.67

**Total This Invoice**                                  **$ 7,368.17**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/27/2010

Invoice: 2129483
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/01/10 | W. Merten | 2.00 | Telephone call from Blake Rubin regarding suspending obligation to make payment (.20).  Review email from Chandler Bigelow to Marilyn Marchetti regarding insuring proper loan payment (.10).  Review related email from Marilyn Marchetti regarding same (.20).  Review email from Don Liebentritt regarding loan agreement (.10).  Review email from Marilyn Marchetti regarding Chandler Bigelow's call to Marilyn (.10).  Review email from Marilyn regarding legal fees owing (.10).  Review email from Chandler Bigelow regarding promissory note to be sent to GreatBanc (.10).  Review email from Don Liebentritt regarding proposed side agreement language (.10).  Review email from Don Liebentritt regarding suspension agreement (.10).  Review email from Chandler Bigelow authorizing loan forgiveness (.20).  Review follow-up email from Marilyn Marchetti regarding same (.10).  Review follow-up email from John Marino regarding posting payment on GreatBanc's system (.10).  Review email from Don Liebentritt regarding agreement (.10).  Telephone call from Blake Rubin regarding Tax Department concerns (.10).  Follow-up call with Susan Schaefer regarding same (.10).  Telephone conversations with Don Liebentritt and Andrea Miller regarding same (.20). |
| 04/05/10 | J. Holdvogt | 0.30 | Review documents and issues for plan determination letter application. |
| 04/07/10 | W. Merten | 0.10 | Analysis regarding discussions pertaining to April |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2129483
Invoice Date:  05/27/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | contribution. |
| 04/23/10 | W. Merten | 0.10 | Review email from Brian Litman regarding inquiry from Department of Labor.  Telephone call to Don Liebentritt regarding same. |
| 04/26/10 | W. Merten | 0.20 | Review e-mail from Jim Ducayet regarding letter from Department of Labor and review letter. |
| 04/27/10 | P. Compernolle | 0.50 | Review issues in reorganization and liability in lawsuit. |
| 04/27/10 | W. Merten | 2.50 | Review attachment to email from James Ducayet (1.20). Review as to Department of Labor letter and emails (together with related attachments) sent by James Ducayet (1.30). |
| 04/28/10 | W. Merten | 1.10 | Conversation with Luis Granados to follow-up regarding communication from Department of Labor (.60).  Review Department letter (.50). |
| 04/29/10 | W. Merten | 0.50 | Review email from Don Liebentritt (together with attached email from Sidley as to Department of Labor conversations) (.30). Engage in conversation with L. Granados regarding same (.20).. |
| 04/29/10 | L. Granados | 0.80 | Review DOL objection to Tribune reorganization plan (.20); telephone conference with B. Merten (.60). |
| 04/30/10 | W. Merten | 2.30 | Telephone call from Jim Ducayet regarding DOL letter (.20).  Review as to email from Jessica Boeller (at Sidley) sent by Don Liebentritt (.30).  Related analysis (.60). Discussion with Susan Schaefer regarding "loan forgiveness" aspects of analysis (.30).  Telephone call to Don Liebentritt regarding DOL letter (.40).  Phone call (based on call with Jim) to Elyse Bluth as to procedures pursuant to which State Street became the initial ESOP Trustee Candidate (.20).  Related call to Jim Ducayet regarding same (.30). |

| | **Total Hours** | **10.40** | **Total For Services** | **$7,279.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.50 | 715.00 | 357.50 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2129483
Invoice Date:  05/27/2010

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| L. Granados | 0.80 | 630.00 | 504.00 |
| J. Holdvogt | 0.30 | 420.00 | 126.00 |
| W. Merten | 8.80 | 715.00 | 6,292.00 |
| **Totals** | **10.40** | | **$7,279.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 03/04/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25255507; INVOICE DATE: 04/01/10; Call Date: 03/04/10; Order #26564049; Host NAME: Blake Rubin | 8.52 |
| 03/05/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25265712; INVOICE DATE: 04/01/10; Call Date: 03/05/10; Order #26574342; Host NAME: Blake Rubin | 7.79 |
| 03/09/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25286913; INVOICE DATE: 04/01/10; Call Date: 03/09/10; Order #26595927; Host NAME: Andrea Whiteway | 16.93 |
| 03/10/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25296297; INVOICE DATE: 04/01/10; Call Date: 03/10/10; Order #26605419; Host NAME: Blake Rubin | 4.88 |
| 03/12/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25315732; INVOICE DATE: 04/01/10; Call Date: 03/12/10; Order #26625156; Host NAME: Blake Rubin | 9.45 |
| 03/12/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25315733; INVOICE DATE: 04/01/10; Call Date: 03/12/10; Order #26625157; Host NAME: Blake Rubin | 8.10 |
| 04/01/10 | Telecommunications | 0.75 |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2129483
Invoice Date: 05/27/2010

| Date | Description | Amount |
|------|-------------|-------:|
| | Ext. 47197 called LA GRANGE, (630) 399-7847. | |
| 04/01/10 | Telecommunications | 2.10 |
| | Ext. 68424 called CHICAGO, (312) 222-3638. | |
| 04/01/10 | Telecommunications | 2.25 |
| | Ext. 68424 called CHICAGO, (312) 222-3233. | |
| 04/01/10 | Telecommunications | 1.20 |
| | Ext. 68425 called CHICAGO, (312) 222-3638. | |
| 04/01/10 | Telecommunications | 0.45 |
| | Ext. 68425 called CHICAGO, (312) 222-3638. | |
| 04/07/10 | Telecommunications | 0.15 |
| | Ext. 68424 called HICKSVILLE, (516) 803-1681. | |
| 04/12/10 | Telecommunications | 19.20 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #25521782; INVOICE DATE: 05/03/10; Call Date: 04/12/10; Order #26834727; Host NAME: Andrea Whiteway | |
| 04/30/10 | Telecommunications | 6.75 |
| | Ext. 68424 called CHICAGO, (312) 222-3017. | |
| 04/30/10 | Telecommunications | 0.15 |
| | Ext. 68424 called CHICAGO, (312) 222-3233. | |

**Total Costs and Other Charges**      **$88.67**

**Total This Invoice**      **$7,368.17**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2129483

05/27/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.50 | 715.00 | 357.50 |
| L. Granados | 0.80 | 630.00 | 504.00 |
| J. Holdvogt | 0.30 | 420.00 | 126.00 |
| W. Merten | 8.80 | 715.00 | 6,292.00 |
| **Totals** | **10.40** | | **$7,279.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2128650 |
| Invoice Date: | 05/24/2010 |

## Remittance Copy
### Billing for services rendered through 04/30/2010

Total by Matter
    0507 Newsday
    Client/Reference Number: 0000001849            $ 34,812.95

Total Services    $ 34,577.50

Total Costs and Other Charges Posted Through Billing Period    235.45

**Total This Invoice**    **$ 34,812.95**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2128650 |
| Invoice Date: | 05/24/2010 |

---

## Client Copy
**Billing for services rendered through 04/30/2010**

---

Total by Matter
    0507 Newsday                                 $ 34,812.95
    Client/Reference Number: 0000001849

Total Services                                          $ 34,577.50

Total Costs and Other Charges Posted Through Billing Period    235.45

**Total This Invoice**                                   **$ 34,812.95**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/24/2010

Invoice: 2128650
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/01/10 | B. Rubin | 2.30 | IRS Audit - Review and comment on draft IDR responses (1.1); conference calls with client regarding same (.6); correspondence with client regarding same (.3) ; review and analysis underlying spreadsheets (.3). |
| 04/01/10 | A. Whiteway | 0.60 | Correspond with Ms. Melgarejo regarding IDRs. |
| 04/02/10 | B. Rubin | 1.50 | Review IDRs and prepare responses (1.5). |
| 04/02/10 | A. Whiteway | 2.70 | Review IDRs and prepare responses. |
| 04/07/10 | B. Gruemmer | 0.50 | Reviewing Newsday transaction documents related to various issues necessary to complete tax returns (.30); email to A. Whiteway on same (.20). |
| 04/07/10 | D. Fuchs | 0.20 | Review release provided by David Bralow and correspondence to D. Bralow regarding same. |
| 04/07/10 | B. Rubin | 2.20 | Review IDRs and develop responses. |
| 04/07/10 | A. Whiteway | 7.50 | Prepare IDRs. |
| 04/08/10 | B. Rubin | 2.70 | Prepare IDR responses (.40); analysis to reconcile tax return entries (1.9); correspondence with CVC personnel (.4). |
| 04/08/10 | A. Whiteway | 4.50 | Conference with Mr. Rubin regarding IDRs (.60); correspond with Cablevision regarding IDRs (.20); revise IDR response (3.80). |
| 04/09/10 | A. Whiteway | 4.20 | Conference with Mr. Rubin regarding IDRs (.60); correspond with Cablevision regarding same (.30); revise IDR response (3.30). |
| 04/12/10 | B. Rubin | 1.70 | Preparation for and conference call with clients and CVC regarding draft response to IDRs (1.7). |
| 04/12/10 | A. Whiteway | 2.00 | Preparation for and telephone conference with Mr. Focella regarding IDRs (1.60); correspond with |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2128650
Invoice Date:   05/24/2010

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/13/10 | D. Fuchs | 0.80 | Cablevision regarding same (.40). Review correspondence from Dave Eldersveld and David Bralow regarding retention of monetary award and default judgment (.30); review Formation Agreement and related documents regarding same (.30); correspondence to B. Rubin regarding same (.20). |
| 04/16/10 | D. Fuchs | 1.30 | Draft and revise correspondence with CVC regarding indemnification claim (.90); correspondence with David Bralow and Dave Eldersveld regarding same (.40). |
| 04/19/10 | M. Bilut | 0.30 | Review and respond to e-mails from M. Anderson regarding update on tank removal. |
| 04/21/10 | A. Whiteway | 0.20 | Correspond with Mr. Focella regarding IDRs. |
| 04/28/10 | M. Bilut | 1.20 | Review and respond to D. Eldersveld's e-mails regarding draft tank allocation agreement (.20); review and revise draft tank allocations agreement (.50); review and respond to M. Anderson's e-mail regarding draft agreement (.20); edit draft agreement with M. Anderson's comments (.20); draft revised versions of allocation agreement in response to D. Eldersveld's comments (.10). |
| 04/29/10 | M. Bilut | 0.30 | Review M. Anderson's e-mail regarding draft allocation agreement (.20); review M. Anderson's e-mail regarding update on tank removal (.10). |
| 04/29/10 | B. Rubin | 1.20 | Conference call with client regarding proposed changes to structure. |
| 04/29/10 | A. Whiteway | 3.40 | Telephone conference with Mr. Larsen regarding lease issue (.40); review lease (1.10); review PV computation (.80); legal analysis of lease revisions (1.10). |
| 04/30/10 | M. Bilut | 0.10 | Review M. Anderson's e-mail re update on tank removal status. |
| 04/30/10 | B. Rubin | 1.90 | Analysis regarding proposed deal changes (.8); preparation for and conference call with clients (.8); correspondence with clients (.3). |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2128650
Invoice Date: 05/24/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/30/10 | A. Whiteway | 1.60 | Conference with Mr. Rubin regarding lease revisions and tax impact to Tribune (1.20); telephone conference with Mr. Shanahan and Ms. Melgarejo regarding lease revisions (.40). |

| | **Total Hours** | **44.90** | **Total For Services** | **$34,577.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Bilut | 1.90 | 595.00 | 1,130.50 |
| D. Fuchs | 2.30 | 315.00 | 724.50 |
| B. Gruemmer | 0.50 | 690.00 | 345.00 |
| B. Rubin | 13.50 | 915.00 | 12,352.50 |
| A. Whiteway | 26.70 | 750.00 | 20,025.00 |
| **Totals** | **44.90** | | **$34,577.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Express Mail<br>FedEx #707072629 - 973157669744, BETHPAGE | 18.22 |
| Facsimile<br>Fax sent to (516) 803-2577. 08466 | 67.00 |
| Facsimile<br>Fax sent to (212) 422-4726. 08466 | 67.00 |
| Facsimile<br>Fax sent to (212) 558-3588. 08466 | 67.00 |
| Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25347121; INVOICE DATE: 04/01/10; Call Date: 03/17/10; Order #26657016; Host NAME: Andrea Whiteway | 9.03 |
| Telecommunications<br>Ext. 46140 called NEW YORK, (212) 422-4726. | 2.55 |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2128650
Invoice Date: 05/24/2010

| **Description** | **Amount** |
| --- | --- |
| Telecommunications | 2.25 |
| Ext. 46140 called NEW YORK, (212) 558-3588. | |
| Telecommunications | 2.40 |
| Ext. 46140 called HICKSVILLE, (516) 803-2577. | |

| | |
| --- | --- |
| **Total Costs and Other Charges** | **$235.45** |
| **Total This Invoice** | **$34,812.95** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2128650

05/24/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| M. Bilut | 1.90 | 595.00 | 1,130.50 |
| D. Fuchs | 2.30 | 315.00 | 724.50 |
| B. Gruemmer | 0.50 | 690.00 | 345.00 |
| B. Rubin | 13.50 | 915.00 | 12,352.50 |
| A. Whiteway | 26.70 | 750.00 | 20,025.00 |
| **Totals** | **44.90** | | **$34,577.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2128651 |
| Invoice Date: | 05/24/2010 |

## Remittance Copy
### Billing for services rendered through 04/30/2010

Total by Matter
    0509 Newsday/Benefits                               $ 640.50
    Client/Reference Number: 0000001851

Total Services                                             $ 640.50

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                                      **$ 640.50**

| Invoice | Date | | |
|---|---|---|---|
| 2028661 | 07/31/2009 | 103.00 | |
| 2119085 | 04/29/2010 | 3,264.00 | |

Total Outstanding Balance                                   3,367.00

Total Balance Due                                         $ 4,007.50

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2128651 |
| Invoice Date: | 05/24/2010 |

## Client Copy
### Billing for services rendered through 04/30/2010

| | | |
|---|---|---|
| Total by Matter | | |
| 0509 Newsday/Benefits | $ 640.50 | |
| Client/Reference Number: 0000001851 | | |
| Total Services | | $ 640.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 640.50** |

| Invoice | Date | | |
|---|---|---|---|
| 2028661 | 07/31/2009 | 103.00 | |
| 2119085 | 04/29/2010 | 3,264.00 | |
| Total Outstanding Balance | | | 3,367.00 |
| Total Balance Due | | | $ 4,007.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/24/2010

Invoice: 2128651
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0509　　　Newsday/Benefits
　　　　　　　　　Client/Reference Number: 0000001851

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/27/10 | B. Rubin | 0.70 | Draft correspondence with client regarding audit (.7). |

| | **Total Hours** | **0.70** | **Total For Services** | **$640.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Rubin | 0.70 | 915.00 | 640.50 |
| **Totals** | **0.70** | | **$640.50** |
| | | **Total This Invoice** | **$640.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2128651

05/24/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Rubin | 0.70 | 915.00 | 640.50 |
| **Totals** | **0.70** | | **$640.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2128648 |
| Invoice Date: | 05/24/2010 |

## Remittance Copy
### Billing for services rendered through 04/30/2010

Total by Matter
    0515 Chapter 11 Restructuring          $ 42,069.51

Total Services          $ 41,997.00

Total Costs and Other Charges Posted Through Billing Period      72.51

**Total This Invoice**          **$ 42,069.51**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2128648
Invoice Date:  05/24/2010

| Invoice | Date | |
|---------|------|---|
| 2076400 | 12/09/2009 | 114,381.90 |
| 2096277 | 01/26/2010 | 135,295.52 |
| 2096742 | 02/26/2010 | 263,459.65 |
| 2105410 | 03/18/2010 | 177,469.12 |
| 2119079 | 04/29/2010 | 44,974.45 |

Total Outstanding Balance                1,127,696.48

Total Balance Due                      $ 1,169,765.99

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2128648 |
| Invoice Date: | 05/24/2010 |

---

## Client Copy
### Billing for services rendered through 04/30/2010

---

Total by Matter
      0515 Chapter 11 Restructuring                 $ 42,069.51

Total Services             $ 41,997.00

Total Costs and Other Charges Posted Through Billing Period        72.51

**Total This Invoice**             **$ 42,069.51**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,965.53 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |
| 2076400 | 12/09/2009 | 114,381.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2128648 |
| | | Invoice Date: | 05/24/2010 |

| Invoice | Date | | |
|---------|------|--------|--------|
| 2096277 | 01/26/2010 | 135,295.52 | |
| 2096742 | 02/26/2010 | 263,459.65 | |
| 2105410 | 03/18/2010 | 177,469.12 | |
| 2119079 | 04/29/2010 | 44,974.45 | |

Total Outstanding Balance                          1,127,696.48

Total Balance Due                                $ 1,169,765.99

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

05/24/2010

Invoice: 2128648
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/01/10 | B. Rubin | 1.80 | Review and analyze proposed suspension of ESOP contribution (.4); preparation for and conference calls with clients (.7); correspondence with W. Merten regarding same (.3); conference call with client regarding Prof Black call (.4). |
| 04/01/10 | A. Whiteway | 3.20 | Telephone conference regarding ESOP funding with Mr. Merten (2.20); correspondence with B. Rubin regarding same (.40); telephone conference with Ms. Melgarejo regarding same (.60). |
| 04/06/10 | B. Rubin | 1.70 | Preparation for and conference call with Prof. Black regarding valuation issues. |
| 04/06/10 | A. Whiteway | 1.10 | Preparation for (.3) and telephone conference with Mr. Black regarding valuation issues (.8). |
| 04/09/10 | B. Rubin | 0.80 | Correspondence with Prof. Black and client regarding valuation (.8). |
| 04/13/10 | J. Zajac | 1.90 | Review March prebills for Tribune to ensure compliance with Local Rules for upcoming fee statements. |
| 04/14/10 | J. Zajac | 0.30 | Emails to M. Simons regarding fee statements (.2); email to fee examiner regarding same (.1). |
| 04/20/10 | J. Zajac | 0.20 | Email to M. Simons regarding revisions to invoices for upcoming fee statements. |
| 04/21/10 | A. Whiteway | 3.20 | Review plan of reorganization (1.2); analysis of post-emergence tax issues (2.0). |
| 04/23/10 | J. Zajac | 0.30 | Review march prebills for compliance with bankruptcy rules for upcoming fee statements. |
| 04/26/10 | B. Rubin | 3.10 | Develop list of open issues regarding emergence (1.4); research and analysis regarding post-emergence tax issues (1.7). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2128648
Invoice Date:  05/24/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/27/10 | J. Zajac | 0.20 | Meeting with N. Hazan regarding upcoming fee statements (.10); review notice of upcoming hearing (.10). |
| 04/27/10 | B. Rubin | 2.30 | Research and analysis regarding possible post-emergence transaction planning (2.3). |
| 04/27/10 | A. Whiteway | 3.20 | Conference with Mr. Rubin and Mr. Finkelstein regarding potential tax planning related to emergence (.4); research and analysis regarding post-restructuring tax issues (2.8). |
| 04/27/10 | J. Finkelstein | 3.50 | Research and analysis regarding emergence planning. |
| 04/28/10 | G. Chan | 0.80 | Conference with B. Rubin, A. Whiteway, and M. Wilder regarding section 1017 liabilities issue (0.8). |
| 04/28/10 | B. Rubin | 4.10 | Preparation for and conference with Mr. Wilder, Ms. Whiteway and Ms. Chan regarding emergence tax planning issues (1.7); research and analysis regarding post-emergence tax planning issues (2.4). |
| 04/28/10 | A. Whiteway | 4.40 | Preparation for and conference with Mr. Wilder, Mr. Rubin and Ms. Chan regarding Section 752 and 1017 interplay and basis reductions resulting from emergence (1.7); legal research of sale/leaseback structures (1.4); legal research of Section 704(c) impact of transfer structures (1.3). |
| 04/28/10 | J. Finkelstein | 2.70 | Research regarding post-emergence tax planning. |
| 04/28/10 | M. Wilder | 0.50 | Discussion of 1017(b)(2) issue regarding the effect of a guarantee on the liability floor with B. Rubin, A. Whiteway and G. Chan. |
| 04/28/10 | M. Wilder | 0.30 | Review emails regarding 1017(b)(2) issue. |
| 04/29/10 | C. Zochowski | 2.40 | Review and revise NDA terms (1.40); review precedent forms relating to revision (.70); emails and call with J. Eig re: same (.30). |
| 04/29/10 | J. Zajac | 2.90 | Review Cubs bills re omissions from the October fee statement (.2); draft October fee statement for Cubs (1.3); review fee examiner's final report re 3rd quarterly fee application (.5); begin drafting 4th quarterly fee application (.9). |
| 04/29/10 | G. Chan | 0.60 | Review prior research regarding section 1017 liabilities issue (0.6). |
| 04/29/10 | J. Eig | 0.00 | |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2128648
Invoice Date:  05/24/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/29/10 | B. Rubin | 2.20 | Research and analysis regarding emergence and post-emergence tax issues. |
| 04/29/10 | A. Whiteway | 1.10 | Research 752 issues (1.1). |
| 04/29/10 | J. Finkelstein | 3.00 | Research regarding post-emergence tax planning. |
| 04/29/10 | B. Delany | 1.00 | Review of NDA form documents (.60); confer with B. Rubin and C. Zochowski regarding the same (.40). |
| 04/30/10 | N. Hazan | 0.40 | Review and correct monthly fee application for Tribune CNLBC. |
| 04/30/10 | J. Zajac | 1.10 | Review email from local counsel regarding omnibus order (.10); continue to draft fourth quarterly fee application (.8); email to B. Rubin regarding upcoming Tribune hearing (.2). |
| 04/30/10 | J. Eig | 1.00 | Review and comment on NDA form documents (.80); confer with C. Zochowski regarding the same (.20). |
| 04/30/10 | B. Rubin | 2.20 | Research and analysis regarding emergence and post-emergence tax issues. |
| 04/30/10 | A. Whiteway | 0.90 | Research emergence tax issues (.9). |
| 04/30/10 | B. Delany | 1.50 | Review transaction document drafts (1.10); confer with R. Stephens, J. Eig and B. Hanzl regarding the same (.40). |
| 04/30/10 | M. Wilder | 1.20 | Research into liability floor issue and guarantees. |

| | **Total Hours** | **61.10** | **Total For Services** | **$41,997.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| G. Chan | 1.40 | 320.00 | 448.00 |
| B. Delany | 2.50 | 345.00 | 862.50 |
| J. Eig | 1.00 | 570.00 | 570.00 |
| J. Finkelstein | 9.20 | 580.00 | 5,336.00 |
| N. Hazan | 0.40 | 570.00 | 228.00 |
| B. Rubin | 18.20 | 915.00 | 16,653.00 |
| A. Whiteway | 17.10 | 750.00 | 12,825.00 |
| M. Wilder | 2.00 | 690.00 | 1,380.00 |
| J. Zajac | 6.90 | 325.00 | 2,242.50 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2128648
Invoice Date:  05/24/2010

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C. Zochowski | 2.40 | 605.00 | 1,452.00 |
| **Totals** | **61.10** | | **$41,997.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 03/10/10 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25289647; INVOICE DATE: 04/01/10; Call Date: 03/10/10; Order #26598850; Host NAME: Nava Hazan | 15.17 |
| 04/13/10 | Photocopy<br>Device 09NYK15C. | 7.80 |
| 04/20/10 | Computer Research<br>Pacer Quarterly Billing Cycle: 1/01/10 - 3/31/10 | 27.44 |
| 04/29/10 | Photocopy<br>Device 03WDC03C. | 22.10 |

**Total Costs and Other Charges**        **$72.51**

**Total This Invoice**        **$42,069.51**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2128648

05/24/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| G. Chan | 1.40 | 320.00 | 448.00 |
| B. Delany | 2.50 | 345.00 | 862.50 |
| J. Eig | 1.00 | 570.00 | 570.00 |
| J. Finkelstein | 9.20 | 580.00 | 5,336.00 |
| N. Hazan | 0.40 | 570.00 | 228.00 |
| B. Rubin | 18.20 | 915.00 | 16,653.00 |
| A. Whiteway | 17.10 | 750.00 | 12,825.00 |
| M. Wilder | 2.00 | 690.00 | 1,380.00 |
| J. Zajac | 6.90 | 325.00 | 2,242.50 |
| C. Zochowski | 2.40 | 605.00 | 1,452.00 |
| **Totals** | **61.10** | | **$41,997.00** |