# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2133211 |
| Invoice Date: | 06/10/2010 |

## Remittance Copy
### Billing for services rendered through 05/31/2010

0016 Project Fastball Benefits
Client/Reference Number: 0000001792

| | |
|---|---|
| Total Services | $ 1,072.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,072.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2133211 |
| Invoice Date: | 06/10/2010 |

## Client Copy
### Billing for services rendered through 05/31/2010

0016 Project Fastball Benefits
Client/Reference Number: 0000001792

| | |
|---|---|
| Total Services | $ 1,072.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,072.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/10/2010

Invoice: 2133211
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0016          Project Fastball Benefits
                      Client/Reference Number: 0000001792

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/13/10 | P. Compernolle | 1.00 | Review reportable event filing documents. |
| 05/13/10 | P. Compernolle | 0.50 | Telephone conference with D. Fuchs, B. Field regarding payroll liability (.30); review contract (.20). |

|  | **Total Hours** | **1.50** | **Total For Services** | **$1,072.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 1.50 | 715.00 | 1,072.50 |
| **Totals** | **1.50** | | **$1,072.50** |
|  | **Total This Invoice** | | **$1,072.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC                06/10/2010
Invoice: 2133211

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 1.50 | 715.00 | 1,072.50 |
| **Totals** | **1.50** | | **$1,072.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2133212 |
| Invoice Date: | 06/10/2010 |

## Remittance Copy
## Billing for services rendered through 05/31/2010

0020 Drews Litigation

| | |
|---|---:|
| Total Services | $ 1,445.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,445.00** |

| Invoice | Date | | |
|---|---|---:|---:|
| 2122373 | 02/26/2010 | 4,133.00 | |
| 2124263 | 03/18/2010 | 1,358.50 | |
| Total Outstanding Balance | | | 5,491.50 |
| Total Balance Due | | | $ 6,936.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2133212 |
| Invoice Date: | 06/10/2010 |

## Client Copy
### Billing for services rendered through 05/31/2010

0020 Drews Litigation

| | |
|---|---:|
| Total Services | $ 1,445.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,445.00** |

| Invoice | Date | | |
|---|---|---:|---:|
| 2122373 | 02/26/2010 | 4,133.00 | |
| 2124263 | 03/18/2010 | 1,358.50 | |
| Total Outstanding Balance | | | 5,491.50 |
| Total Balance Due | | | $ 6,936.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/10/2010

Invoice: 2133212
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0020        Drews Litigation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/08/10 | R. Harris | 0.60 | Review counterclaim regarding Drews matter. |
| 05/11/10 | R. Harris | 0.60 | Draft Indemnity Notice regarding Drews matter (.40); confer with P. Quick of Foley regarding arbitration process (.20). |
| 05/12/10 | R. Harris | 0.50 | Conference call with J. Katz of BDO and P. Quick of Foley regarding arbitration process. |
| 05/13/10 | R. Harris | 0.60 | Prepare Indemnity Claim regarding Drews matter (.40); attend to issues regarding arbitration (.20). |
| 05/14/10 | R. Harris | 0.20 | Attend to matters regarding arbitration. |
| 05/18/10 | D. Fuchs | 0.50 | Finalize and fax notice regarding Drews invoices. |

|  | **Total Hours** | **3.00** | **Total For Services** | **$1,445.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Fuchs | 0.50 | 315.00 | 157.50 |
| R. Harris | 2.50 | 515.00 | 1,287.50 |
| **Totals** | **3.00** | | **$1,445.00** |
| | | **Total This Invoice** | **$1,445.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2133212

06/10/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Fuchs | 0.50 | 315.00 | 157.50 |
| R. Harris | 2.50 | 515.00 | 1,287.50 |
| **Totals** | **3.00** | | **$1,445.00** |

# McDermott
# Will&Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2133213 |
| Invoice Date: | 06/10/2010 |

## Remittance Copy
### Billing for services rendered through 05/31/2010

0021 Post Closing Matters

| | |
|---|---:|
| Total Services | $ 4,955.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 4,955.00** |

| Invoice | Date | | |
|---|---|---:|---|
| 2097977 | 02/26/2010 | 10,994.50 | |
| 2124264 | 03/18/2010 | 2,368.00 | |
| 2119083 | 04/29/2010 | 17,517.74 | |
| 2129485 | 05/27/2010 | 23,622.61 | |

| | |
|---|---:|
| Total Outstanding Balance | 54,502.85 |
| Total Balance Due | $ 59,457.85 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2133213 |
| Invoice Date: | 06/10/2010 |

## Client Copy
### Billing for services rendered through 05/31/2010

0021 Post Closing Matters

| | |
|---|---|
| Total Services | $ 4,955.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 4,955.00** |

| Invoice | Date | |
|---|---|---|
| 2097977 | 02/26/2010 | 10,994.50 |
| 2124264 | 03/18/2010 | 2,368.00 |
| 2119083 | 04/29/2010 | 17,517.74 |
| 2129485 | 05/27/2010 | 23,622.61 |

| | |
|---|---|
| Total Outstanding Balance | 54,502.85 |
| Total Balance Due | $ 59,457.85 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/10/2010

Invoice: 2133213
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/03/10 | J. Mikulina | 0.20 | Review correspondence from Y. Pimenov (Landon IP) regarding confirmation of receipt of merger recordation request for Chicago National League Ball Club Inc. to Chicago National League Ball Club LLC at U.S. Copyright Office - for corrected certificates of registration. |
| 05/03/10 | D. Fuchs | 1.00 | Review officer indemnification provisions for Chicago National League Ball Club, Inc. and LLC and Diana-Quentin, Inc. and LLC and summarize same. |
| 05/05/10 | B. Gruemmer | 0.50 | Call with Foley on process and potential arbitration (.30); email to Tribune with update (.20). |
| 05/06/10 | D. Fuchs | 2.50 | Correspondence with B. Gruemmer regarding LLC Agreement (.10); review Formation Agreement and LLC Agreement regarding Tribune's contemplated acquisition of a rooftop (2.40). |
| 05/11/10 | R. Harris | 0.50 | Telephone conference with N. Larsen, D. Eldersveld and B. Fields regarding open issues regarding dispute regarding calculation of Final Special Distribution Amount. |
| 05/11/10 | D. Fuchs | 0.50 | Draft and revise indemnification claim notice. |
| 05/13/10 | D. Fuchs | 2.30 | Correspondence with Dave Eldersveld regarding Missouri employment form (.30); correspondence and conversations with Sidley Austin, Dave Eldersveld, Brian Fields and Rick Stone regarding the treatment of uncashed payroll checks in the Cubs bankruptcy (1.60); office conference with B. Gruemmer regarding same (.40). |
| 05/13/10 | A. Whiteway | 1.10 | Correspondence regarding tax liabilities and creditor |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:       022182
Invoice:      2133213
Invoice Date: 06/10/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | disclosure statement with Sidley. |
| 05/14/10 | A. Whiteway | 0.50 | Correspondence regarding disclosure statement with Sidley. |
| 05/17/10 | B. Gruemmer | 1.00 | Reviewing and revising BDO engagement letter. |
| 05/19/10 | D. Fuchs | 1.20 | Forward invoice delivery to Mike Lufrano and correspondence regarding same (.2 hours); review media agreements for rooftop restrictions (1.0). |

| | **Total Hours** | **11.30** | **Total For Services** | **$4,955.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Fuchs | 7.50 | 315.00 | 2,362.50 |
| B. Gruemmer | 1.50 | 690.00 | 1,035.00 |
| R. Harris | 0.50 | 515.00 | 257.50 |
| J. Mikulina | 0.20 | 500.00 | 100.00 |
| A. Whiteway | 1.60 | 750.00 | 1,200.00 |
| **Totals** | **11.30** | | **$4,955.00** |
| | **Total This Invoice** | | **$4,955.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC                     06/10/2010
Invoice: 2133213

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| D. Fuchs | 7.50 | 315.00 | 2,362.50 |
| B. Gruemmer | 1.50 | 690.00 | 1,035.00 |
| R. Harris | 0.50 | 515.00 | 257.50 |
| J. Mikulina | 0.20 | 500.00 | 100.00 |
| A. Whiteway | 1.60 | 750.00 | 1,200.00 |
| **Totals** | **11.30** | | **$4,955.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2133205 |
| Invoice Date: | 06/10/2010 |

## Remittance Copy
### Billing for services rendered through 05/31/2010

Total by Matter
    0041 Welfare Plans                              $ 7,038.05
    Client/Reference Number: 0000000848

Total Services                                         $ 7,035.50

Total Costs and Other Charges Posted Through Billing Period      2.55

**Total This Invoice**                               **$ 7,038.05**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2133205
Invoice Date:  06/10/2010

| Invoice | Date | | |
|---------|------|---|---|
| 2068574 | 11/30/2009 | 8,635.50 | |
| 2076388 | 12/09/2009 | 5,948.50 | |
| 2088346 | 01/01/2010 | 6,192.50 | |
| 2097371 | 02/26/2010 | 4,517.49 | |
| 2105402 | 03/18/2010 | 976.00 | |
| 2119072 | 04/29/2010 | 3,251.00 | |
| 2128403 | 05/24/2010 | 1,163.75 | |

Total Outstanding Balance                                        87,311.54

Total Balance Due                                             $ 94,349.59

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2133205 |
| Invoice Date: | 06/10/2010 |

## Client Copy
### Billing for services rendered through 05/31/2010

Total by Matter
    0041 Welfare Plans                                     $ 7,038.05
    Client/Reference Number: 0000000848

Total Services                                                     $ 7,035.50

Total Costs and Other Charges Posted Through Billing Period          2.55

**Total This Invoice**                                            **$ 7,038.05**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025150 | 04/22/2009 | 6,131.90 |
| 2025154 | 05/22/2009 | 461.40 |
| 2025158 | 06/30/2009 | 11,068.50 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 8,635.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2133205
Invoice Date:    06/10/2010

| Invoice | Date | |
|---------|------|---|
| 2076388 | 12/09/2009 | 5,948.50 |
| 2088346 | 01/01/2010 | 6,192.50 |
| 2097371 | 02/26/2010 | 4,517.49 |
| 2105402 | 03/18/2010 | 976.00 |
| 2119072 | 04/29/2010 | 3,251.00 |
| 2128403 | 05/24/2010 | 1,163.75 |

Total Outstanding Balance                    87,311.54

Total Balance Due                         $ 94,349.59

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/10/2010

Invoice: 2133205
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/04/10 | A. Gordon | 0.80 | Review Spectera agreement. |
| 05/04/10 | A. Gordon | 1.00 | Revise Spectera agreement. |
| 05/06/10 | A. Gordon | 0.80 | Revise Spectera agreement. |
| 05/07/10 | A. Gordon | 4.30 | Finalize edits to Spectera agreement. |
| 05/11/10 | S. Nash | 0.70 | Conference call with Hewitt and Tribune regarding HIPAA BAA comments (.30); review Hewitt comments on draft agreement (.20); follow up email with Hewitt regarding same (.20). |
| 05/11/10 | S. Nash | 0.20 | Draft email to V. Parks regarding HIPAA BAA with Hewitt. |
| 05/11/10 | J. Holdvogt | 2.00 | Research and review DOL guidance re: issues related to preemption of state law requirements to escheat funds from Tribune LTD plan (1.20); research and review state law requirements related to same (.80). |
| 05/11/10 | A. Gordon | 0.30 | Discuss HIPAA firewall with S. Nash. |
| 05/12/10 | P. Compernolle | 0.50 | E-mail, telephone conference with K. Dansart regarding application of state escheat laws to LTD and deferred compensation plan. |
| 05/12/10 | J. Holdvogt | 1.20 | Conference with P. Compernolle reviewing DOL guidance related to state escheat laws for Tribune LTD plan funds (.30); continue researching and reviewing DOL guidance and case law related to same (.90). |
| 05/13/10 | S. Nash | 0.20 | Review email from Vanessa Parks regarding HIPAA BAA with Hewitt. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2133205
Invoice Date:  06/10/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/18/10 | A. Gordon | 0.30 | Conference call with M. Bourgon regarding age 26 dependents. |

| | **Total Hours** | **12.30** | **Total For Services** | **$7,035.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.50 | 715.00 | 357.50 |
| A. Gordon | 7.50 | 610.00 | 4,575.00 |
| J. Holdvogt | 3.20 | 420.00 | 1,344.00 |
| S. Nash | 1.10 | 690.00 | 759.00 |
| **Totals** | **12.30** | | **$7,035.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 05/11/10 | Telecommunications Ext. 47660 called CHARLES CY, (641) 715-3300. | 2.55 |

| | **Total Costs and Other Charges** | **$2.55** |
|---|---|---|
| | **Total This Invoice** | **$7,038.05** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2133205

06/10/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.50 | 715.00 | 357.50 |
| A. Gordon | 7.50 | 610.00 | 4,575.00 |
| J. Holdvogt | 3.20 | 420.00 | 1,344.00 |
| S. Nash | 1.10 | 690.00 | 759.00 |
| **Totals** | **12.30** | | **$7,035.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2133206 |
| Invoice Date: | 06/10/2010 |

## Remittance Copy
**Billing for services rendered through 05/31/2010**

Total by Matter
    0047 ESOP                              $ 30,638.50
    Client/Reference Number: 0000001574

Total Services                                         $ 30,638.50

Total Costs and Other Charges Posted Through Billing Period         0.00

**Total This Invoice**                          **$ 30,638.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2133206 |
| Invoice Date: | 06/10/2010 |

## Client Copy
### Billing for services rendered through 05/31/2010

| | | |
|---|---|---|
| Total by Matter | | |
| 0047 ESOP | $ 30,638.50 | |
| Client/Reference Number: 0000001574 | | |
| | | |
| Total Services | | $ 30,638.50 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| | | |
| **Total This Invoice** | | **$ 30,638.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

06/10/2010

Invoice: 2133206
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/03/10 | P. Compernolle | 1.50 | Review issues in ESOP opinion, lawsuit and disclosing opinion to Great Banc. |
| 05/03/10 | W. Merten | 3.60 | Review e-mail from Don Liebentritt regarding opinion as to Section 409(l) and whether it is privileged (.30). Meeting with Paul Compernolle regarding same (.20). Review amended complaint and memo written to Crane Kenney (1.30). Send related e-mail to Paul Compernolle and Michael Graham regarding same (.40). Draft e-mail to Don Liebentritt regarding opinion not being confidential and regarding waiver (.30). Review as to waiver materials sent by Bernard Kramer (.70). Review as to amended complaint (.40). |
| 05/03/10 | M. Graham | 0.70 | Conference with W. Merten regarding issues in amended complaint in ESOP litigation (.20); review amended complaint regarding new issues raised by plaintiffs (.20); conference with P. Compernolle regarding release on opinion to ESOP lenders (.30). |
| 05/04/10 | P. Compernolle | 2.00 | Review materials regarding ESOP memo and amended complaint in Neil lawsuit (.60); draft waiver for release of opinion (1.40). |
| 05/04/10 | W. Merten | 3.90 | Continue review and analysis regarding amended complaint (1.60). Telephone call from Jim Ducayet regarding DoL (.30). Meet with Mike Graham and Paul Compernolle regarding waiver (.20). Modify draft of waiver (.70). Meet with Paul Compernolle with regard to same (.30). Meet with Michael Graham regarding his review of modified complaint and with regard to waiver |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2133206
Invoice Date:  06/10/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.20).  Draft related cover letter for waiver (.60). |
| 05/04/10 | M. Graham | 4.20 | Conference with W. Merten and P. Compernolle regarding waiver on production of opinion letter (.40); review documents regarding same (1.80); prepare draft waiver letter to GreatBanc regarding production of opinion letter to ESOP trustee (1.10); review opinion letter (.40); review ESOP litigation amended complaint regarding potential new issues (.30); conference with W. Merten regarding same (.20). |
| 05/05/10 | W. Merten | 0.50 | Telephone conversations with Jim Ducayet regarding call to Department of Labor (.20); continue review of documents previously sent by Jim Ducayet (.30). |
| 05/06/10 | J. Holdvogt | 0.30 | Prepare list of issues for plan determination letter application with IRS. |
| 05/07/10 | W. Merten | 0.50 | Review email from Jim Ducayet regarding call with DOL on Monday afternoon (.10); send reply regarding same (.10);  review email from Ms. Pricilla Ryan regarding Monday call with DOL (.10); correspondence regarding call with DOL (.20). |
| 05/10/10 | P. Compernolle | 0.50 | Telephone conference with M. Bourgon regarding participant request in bankruptcy court for benefit explanation. |
| 05/10/10 | W. Merten | 4.40 | Review correspondence regarding Department of Labor call (as to comments as to disclosure statements) (.30). Prepare for Department of Labor call (.40); review email from Jim Ducayet regarding Department of Labor (.20); telephone call from Jim Ducayet and Priscilla Ryan preparing for Department of Labor call (.40); telephone conversation with Jim, Priscilla and Department of Labor (.60); follow up conversations with Susan Schaefer regarding same (.30); review email from Jim Ducayet to Don Liebentritt regarding same (.10); conversation with Don Liebentritt regarding Department of Labor (.10); drafting inserts as to Department of Labor response letter (.80); draft email to John Mariano regarding stock certificates (.30); review email response from John Mariano regarding same (.10); telephone conversation to Luis Granados regarding Jenner's letter to Department of |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2133206
Invoice Date:   06/10/2010

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Labor (.20); review plan and ESOP loan documents in connection with proposed Jenner response to Department of Labor (.60). |
| 05/10/10 | S. Schaefer | 1.30 | Discussions with Bill Merten regarding series for termination of plan (.40). Discussions with Bill Merten regarding new points in the Third Amended Complaint (.70). Follow-up with Bill Merten to discuss analysis of plan document (.20). |
| 05/11/10 | P. Compernolle | 1.00 | Review response to Dept. of Labor (.60); telephone conference with Dansart, Monica regarding history of ESOP (.40). |
| 05/11/10 | W. Merten | 4.20 | Review emails from Paul Compernolle and Mike Bourgon regarding Department of Labor (.20). Respond to same (.10). Telephone conversation with Paul Compernolle regarding same (.10). Draft email to John Marino regarding share certificates (.20). Review email from Luis Granados regarding Tribune plan provisions (.30). Modify inserts to be sent to Don Liebentritt (.90). Telephone call from Paul Compernolle regarding Department of Labor (.20). Review related email from P. Compernolle regarding termination of plan (.30). Conversation with John Marino regarding share certificates in trustee's possession (.20). Review plan provision in connection with same (1.30). Modify inserts and mark up pursuant to new information from Paul Compernolle (.20). Continue analysis regarding issues pertaining to termination of ESOP (.20). |
| 05/11/10 | S. Schaefer | 1.00 | Discussion with Bill Merten regarding freezing and terminating the ESOP and related issues. |
| 05/11/10 | L. Granados | 1.00 | Review plan document (.50); email B. Merten regarding share release procedures (.20); review response to DOL (.30). |
| 05/11/10 | J. Holdvogt | 0.30 | Conference with P. Compernolle reviewing requirements for IRS determination letter application in connection with ESOP termination (.10); reviewing IRS guidance re: timing requirements for application (.20). |
| 05/12/10 | P. Compernolle | 0.50 | Review motion for summary judgment. |
| 05/12/10 | W. Merten | 1.40 | Meet with Susan Schaeffer regarding possible |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2133206
Invoice Date:  06/10/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | termination of ESOP (.50); related analysis (.20); review e-mail from Don Liebentritt regarding plaintiffs (.10); motion for summary judgment against GreatBanc (.20); begin review of same (.30); draft e-mail to Don regarding same (.10). |
| 05/12/10 | S. Schaefer | 0.50 | Discussion with Bill Merten regarding issues regarding termination of the plan. |
| 05/13/10 | P. Compernolle | 1.50 | Telephone conference with K. Dansart regarding Plan (.20), draft email to K. Dansart regarding plan termination procedures (.30); review opinion (.40); review complaint in lawsuit (.60). |
| 05/13/10 | W. Merten | 2.80 | Analysis regarding possible termination of plan (.40); follow up review and analysis regarding motion seeking summary judgment (.30); call with Paul Compernolle regarding same and regarding possible termination of plan (.20); call with P. Compernolle and Company regarding possible termination of ESOP plan (.40); continue review of motion for summary judgment (.40); review and follow up regarding arguments against motion for summary judgment (.60); review email from Paul Compernolle regarding opinion given by McDermott with regard to Section 409(l) (.20); review original McDermott opinion against authorities sited in motion for summary judgment (.30). |
| 05/13/10 | L. Granados | 1.00 | Review motion for partial summary judgment (.80); email initial comments to B. Merten (.20). |
| 05/14/10 | P. Compernolle | 0.30 | Review and revise email on plan termination. |
| 05/14/10 | W. Merten | 2.40 | Review as to e-mail from Paul Compernolle regarding steps to terminating ESOP (.10). Discussions with P. Compernolle regarding same (.20). Follow-up to e-mail to Don Liebentritt regarding filing by plaintiffs in Neil litigation (seeking summary judgment against GreatBanc) (.30). Draft to e-mail to Don Liebentritt regarding motion for summary judgment (.80). Review e-mail from Paul Compernolle regarding ESOP (.60). Draft e-mail to D. Liebentritt regarding motion (.40). |
| 05/14/10 | L. Granados | 0.30 | Telephone conference with B. Merten regarding prohibited transaction summary judgment motion. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2133206
Invoice Date:  06/10/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/15/10 | W. Merten | 0.80 | Conversation with Luis Granados regarding Motion issues (.30). Modifying email to D. Liebentritt regarding Motion for Summary Judgment (.50). |
| 05/16/10 | W. Merten | 0.40 | Continue analysis regarding Motion for Summary Judgment. |
| 05/17/10 | P. Compernolle | 0.50 | Review emails from B. Merten on issues in lawsuit relating to stock registration. |
| 05/18/10 | W. Merten | 0.10 | Telephone call from Elyse Bluth regarding termination question. |
| 05/18/10 | S. Schaefer | 1.00 | Discussion with Bill Merten regarding plan termination (.20); review issues raised by possibility of terminating the ESOP (.80). |

|  |  |  |  |
|--|--|--|--|
| **Total Hours** | **44.40** | **Total For Services** | **$30,638.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 7.80 | 715.00 | 5,577.00 |
| M. Graham | 4.90 | 565.00 | 2,768.50 |
| L. Granados | 2.30 | 630.00 | 1,449.00 |
| J. Holdvogt | 0.60 | 420.00 | 252.00 |
| W. Merten | 25.00 | 715.00 | 17,875.00 |
| S. Schaefer | 3.80 | 715.00 | 2,717.00 |
| **Totals** | **44.40** |  | **$30,638.50** |
|  |  | **Total This Invoice** | **$30,638.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2133206

06/10/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 7.80 | 715.00 | 5,577.00 |
| M. Graham | 4.90 | 565.00 | 2,768.50 |
| L. Granados | 2.30 | 630.00 | 1,449.00 |
| J. Holdvogt | 0.60 | 420.00 | 252.00 |
| W. Merten | 25.00 | 715.00 | 17,875.00 |
| S. Schaefer | 3.80 | 715.00 | 2,717.00 |
| **Totals** | **44.40** | | **$30,638.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Donald J. Liebentritt, Esq.
Executive Vice President and General Counsel
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2133208 |
| Invoice Date: | 06/10/2010 |

---

## Remittance Copy
### Billing for services rendered through 05/31/2010

---

Total by Matter
    0500 General Tax                      $ 34,685.74
    Client/Reference Number: 0000001842

Total Services                                          $ 34,632.00

Total Costs and Other Charges Posted Through Billing Period          53.74

**Total This Invoice**                               **$ 34,685.74**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Donald J. Liebentritt, Esq.
Executive Vice President and General Counsel
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2133208 |
| Invoice Date: | 06/10/2010 |

---

## Client Copy
### Billing for services rendered through 05/31/2010

---

| | | |
|---|---|---|
| Total by Matter | | |
| 0500 General Tax | $ 34,685.74 | |
| Client/Reference Number: 0000001842 | | |
| | | |
| Total Services | | $ 34,632.00 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 53.74 |
| | | |
| **Total This Invoice** | | **$ 34,685.74** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/10/2010

Invoice: 2133208
Client: 020336

Tribune Company
Donald J. Liebentritt, Esq.
Executive Vice President and General Counsel
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0500        General Tax
                    Client/Reference Number: 0000001842

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/14/10 | A. Whiteway | 2.50 | TMCT - Telephone conference with Ms. Melgarejo and Mr. Shanahan regarding agents report (.30); review agents report (1.40); draft protest (.80). |
| 05/17/10 | A. Whiteway | 1.80 | TMCT - Review agents report (.60); draft protest (1.20). |
| 05/20/10 | B. Rubin | 4.00 | TMCT-Review Revenue Agent's Report regarding TMCT audit (1.6); review and comment on Protest (1.3); research and analysis; (.9);  correspondence with client regarding Agent's Report(.2). |
| 05/20/10 | A. Whiteway | 6.00 | TMCT - Review protest (2.10); analysis of argument (1.20); research legal theories (2.70). |
| 05/21/10 | B. Rubin | 1.70 | TMCT - Review and analyze Revenue Agent's Report and Protest (1.3); preparation for and conference call with clients regarding same (.4). |
| 05/21/10 | A. Whiteway | 7.00 | TMCT - Review and analysis of protest (6.70); telephone conference with Mr. Shanahan and Ms. Melgarejo regarding same (.30). |
| 05/24/10 | A. Whiteway | 4.70 | TMCT - Review protest (1.10); analysis of argument (1.90); research legal theories (1.70). |
| 05/25/10 | B. Rubin | 1.80 | Review and comment on Protest. |
| 05/26/10 | B. Rubin | 3.30 | TMCT - Review and comment on Protest (2.2); coordinate comments with Ms. Whiteway (.9); correspondence with client regarding same (.3). |
| 05/26/10 | A. Whiteway | 3.50 | TMCT - Draft summary of issues raised by protest and agent's report. |
| 05/27/10 | B. Rubin | 1.40 | Review and comment on memo to client (.8); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2133208
Invoice Date:  06/10/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | correspondence with client regarding same (.3); correspondence with Ms. Greenhouse referencing privilege question (.3). |
| 05/27/10 | A. Whiteway | 5.50 | TMCT - Prepare summary of issues (4.40); conference with Mr. Rubin regarding same (.80); circulate summary to clients (.30). |
| 05/28/10 | R. Greenhouse | 0.30 | Provide A. Whiteway with a Model Common Interest Agreement and discuss by phone. |

**Total Hours**      **43.50**          **Total For Services**      **$34,632.00**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Greenhouse | 0.30 | 730.00 | 219.00 |
| B. Rubin | 12.20 | 915.00 | 11,163.00 |
| A. Whiteway | 31.00 | 750.00 | 23,250.00 |
| **Totals** | **43.50** | | **$34,632.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25686800; INVOICE DATE: 06/01/10; Call Date: 05/04/10; Order #27002528; Host NAME: Blake Rubin | 18.47 |
| Telecommunications<br>Ext. 68425 called CHICAGO, (312) 222-3017. | 5.10 |
| Telecommunications<br>Ext. 68424 called NEW YORK, (212) 450-5999. | 9.60 |
| Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #25868106; INVOICE DATE: 06/01/10; Call Date: 05/30/10; Order #27187431; Host NAME: Blake Rubin | 20.57 |

**Total Costs and Other Charges**      **$53.74**

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2133208
Invoice Date:  06/10/2010

**Total This Invoice        $34,685.74**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2133208

06/10/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Greenhouse | 0.30 | 730.00 | 219.00 |
| B. Rubin | 12.20 | 915.00 | 11,163.00 |
| A. Whiteway | 31.00 | 750.00 | 23,250.00 |
| **Totals** | **43.50** | | **$34,632.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2133214 |
| Invoice Date: | 06/10/2010 |

## Remittance Copy
### Billing for services rendered through 05/31/2010

Total by Matter
    0507 Newsday                                    $ 11,514.09
    Client/Reference Number: 0000001849

Total Services                                                 $ 11,501.50

Total Costs and Other Charges Posted Through Billing Period           12.59

**Total This Invoice**                                      **$ 11,514.09**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2133214 |
| Invoice Date: | 06/10/2010 |

## Client Copy
## Billing for services rendered through 05/31/2010

Total by Matter
    0507 Newsday                                  $ 11,514.09
    Client/Reference Number: 0000001849

Total Services                                            $ 11,501.50

Total Costs and Other Charges Posted Through Billing Period         12.59

**Total This Invoice**                                 **$ 11,514.09**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/10/2010

Invoice: 2133214
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/05/10 | M. Bilut | 0.20 | Review M. Anderson's e-mails regarding update on tank removal activities. |
| 05/05/10 | A. Whiteway | 0.40 | Correspondence with Mr. Focella regarding Cablevision issue. |
| 05/07/10 | M. Bilut | 0.20 | Review M. Anderson's e-mail regarding update on new soil contamination found. |
| 05/11/10 | A. Whiteway | 0.40 | Conference with Mr. Rubin regarding Cablevision (.20); correspond with Mr. Focella regarding same (.20). |
| 05/12/10 | B. Rubin | 2.90 | Review and comment on letter and exhibits (2.1); coordinate comments from co-counsel (.6); correspondence with client regarding same (.2). |
| 05/12/10 | A. Whiteway | 1.50 | Review and comment on Cablevision letter. |
| 05/12/10 | J. Finkelstein | 1.50 | Review and comment on letter to Cablevision (1.20); discuss same with Blake Rubin (.30). |
| 05/13/10 | B. Rubin | 0.20 | Review and comment on letter. |
| 05/17/10 | B. Rubin | 0.70 | Correspondence regarding revisions to deal documents (.4); correspondence to A. Whiteway regarding audit (.3). |
| 05/17/10 | A. Whiteway | 1.30 | Review correspondence from Mr. Rubin regarding revisions to partnership agreement (.40); correspondence with Mr. Rubin regarding audit IDRs (.30); review IDR responses (.60). |
| 05/18/10 | K. Edwards | 0.10 | Email correspondence with Dave Eldersveld re: Non-Prosecution Agreement. |
| 05/19/10 | B. Rubin | 3.10 | Preparation for and conference call with CVC and Tribune personnel regarding audit issues and responses to IDRs (1.2); review and comment on draft IDR responses (1.9). |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2133214
Invoice Date: 06/10/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/19/10 | A. Whiteway | 1.80 | Preparation for and telephone conference with Mr. Shanahan and Mr. D'Ambrosio regarding audt. |

| | **Total Hours** | **14.30** | **Total For Services** | **$11,501.50** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Bilut | 0.40 | 595.00 | 238.00 |
| K. Edwards | 0.10 | 300.00 | 30.00 |
| J. Finkelstein | 1.50 | 580.00 | 870.00 |
| B. Rubin | 6.90 | 915.00 | 6,313.50 |
| A. Whiteway | 5.40 | 750.00 | 4,050.00 |
| **Totals** | **14.30** | | **$11,501.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Telecommunications | 12.59 |
| VENDOR: Conference Plus, Incorporated; INVOICE #25798128; INVOICE DATE: 06/01/10; Call Date: 05/19/10; Order #27116356; Host NAME: Andrea Whiteway | |

| | **Total Costs and Other Charges** | **$12.59** |
|---|---|---|

| | **Total This Invoice** | **$11,514.09** |
|---|---|---|

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2133214

06/10/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| M. Bilut | 0.40 | 595.00 | 238.00 |
| K. Edwards | 0.10 | 300.00 | 30.00 |
| J. Finkelstein | 1.50 | 580.00 | 870.00 |
| B. Rubin | 6.90 | 915.00 | 6,313.50 |
| A. Whiteway | 5.40 | 750.00 | 4,050.00 |
| **Totals** | **14.30** | | **$11,501.50** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2133210 |
| Invoice Date: | 06/10/2010 |

## Remittance Copy
### Billing for services rendered through 05/31/2010

Total by Matter
       0515 Chapter 11 Restructuring                 $ 66,903.95

Total Services                              $ 66,903.50

Total Costs and Other Charges Posted Through Billing Period     0.45

**Total This Invoice**                          **$ 66,903.95**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,074.43 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
| --- | --- | --- |
| | Invoice: | 2133210 |
| | Invoice Date: | 06/10/2010 |

| Invoice | Date | |
| --- | --- | --- |
| 2076400 | 12/09/2009 | 114,381.90 |
| 2096277 | 01/26/2010 | 135,295.52 |
| 2096742 | 02/26/2010 | 263,459.65 |
| 2105410 | 03/18/2010 | 177,469.12 |
| 2119079 | 04/29/2010 | 44,974.45 |
| 2128648 | 05/24/2010 | 42,069.51 |

Total Outstanding Balance                                    1,168,874.89

Total Balance Due                                        $ 1,235,778.84

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2133210 |
| Invoice Date: | 06/10/2010 |

---

## Client Copy
### Billing for services rendered through 05/31/2010

---

Total by Matter
      0515 Chapter 11 Restructuring        $ 66,903.95

Total Services        $ 66,903.50

Total Costs and Other Charges Posted Through Billing Period        0.45

**Total This Invoice**        **$ 66,903.95**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 1987656 | 04/22/2009 | 45,572.60 |
| 2006377 | 05/22/2009 | 46,191.20 |
| 2049463 | 06/30/2009 | 168,074.43 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 103,599.01 |
| 2076400 | 12/09/2009 | 114,381.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

Tribune Company

| | | | Client: | 020336 |
| | | | Invoice: | 2133210 |
| | | | Invoice Date: | 06/10/2010 |

| Invoice | Date | | |
|---------|------|--|--|
| 2096277 | 01/26/2010 | 135,295.52 | |
| 2096742 | 02/26/2010 | 263,459.65 | |
| 2105410 | 03/18/2010 | 177,469.12 | |
| 2119079 | 04/29/2010 | 44,974.45 | |
| 2128648 | 05/24/2010 | 42,069.51 | |

Total Outstanding Balance                              1,168,874.89

Total Balance Due                                  $ 1,235,778.84

U.S. practice conducted through McDermott Will & Emery LLP.

Boston   Brussels   Chicago   Düsseldorf   Houston   London   Los Angeles   Miami   Milan   Munich   New York   Orange County   Rome   San Diego   Silicon Valley   Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

06/10/2010

Invoice: 2133210
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/02/10 | M. Wilder | 1.80 | Continued review of materials located by G. Chan on liability floor issue and guarantee of partnership deck. |
| 05/03/10 | J. Zajac | 1.20 | Draft November fee statement (1.1); email with B. Rubin regarding same (.1). |
| 05/03/10 | G. Chan | 0.40 | Discuss section 1017 "liabilities" issue with M. Wilder (0.4). |
| 05/03/10 | J. Eig | 0.50 | Review and comment on form NDA and related documents (.30); confer with C. Zochowski regarding the same (.20). |
| 05/03/10 | B. Rubin | 0.40 | Correspondence with counsel regarding client request to share opinion letter. |
| 05/03/10 | J. Finkelstein | 1.50 | Analysis regarding post-emergence tax issues. |
| 05/03/10 | M. Wilder | 1.40 | Continued review of research materials regarding 1017(b)(2) and partnership liabilities (1.0); discussed same with G. Chan (.40). |
| 05/04/10 | M. Wilder | 0.70 | Continued review of research materials for 1017(b)(2) issue. |
| 05/05/10 | C. Zochowski | 0.30 | Review email and final draft of mark-up of NDA forms. |
| 05/05/10 | J. Zajac | 0.10 | Email from B. Rubin regarding fee statement. |
| 05/05/10 | B. Rubin | 3.10 | Review and comment on NDAs and transmit to client (.8); research and analysis regarding post-emergence tax planning (2.3). |
| 05/05/10 | J. Finkelstein | 2.10 | Research regarding post-emergence tax issues. |
| 05/06/10 | M. Wilder | 1.30 | Continued research and analysis of 1017(b)(2) issue in preparation for determining comfort level that a guarantee of partnership debt is a liability for 1017(b)(2) purposes. |
| 05/07/10 | J. Zajac | 0.20 | Email to M. Simons regarding November fee statements |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2133210 |
| Invoice Date: | 06/10/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | (.1); email from local counsel regarding omnibus order (.1). |
| 05/07/10 | G. Chan | 1.30 | Additional research regarding liabilities under section 1017 (1.1); draft summary outline regarding same (0.2). |
| 05/07/10 | B. Rubin | 1.80 | Research and analysis regarding Code section 1017 issue (1.60); correspondence to client regarding same (.20). |
| 05/09/10 | M. Wilder | 2.70 | Analysis of 1017(b)(2) and 108(d)(6) issues (1.0); continue research regarding guarantees nonrecourse debt, Merkel case on contingent liabilities and partnership workouts (1.7). |
| 05/10/10 | B. Rubin | 3.20 | Review and comment on memo regarding section 1017 issue (1.4); research and analysis regarding same (1.8). |
| 05/10/10 | M. Wilder | 0.80 | Create examples illustrating economics of debt cancellation and liability floor under section 1017(b)(2). |
| 05/11/10 | J. Zajac | 0.50 | Review omnibus order (.3); email to B. Rubin regarding upcoming hearing (.2). |
| 05/11/10 | G. Chan | 1.80 | Prepare outline of section 1017 "liabilities" issue (0.8); conference with B. Rubin, A. Whiteway, and M. Wilder regarding section 1017 issues (0.7); review section 1017 issues with M. Wilder (0.3). |
| 05/11/10 | B. Rubin | 3.70 | Review and edit memo regarding section 1017 issues (1.2); conference with co-counsel regarding same (.8) research and analysis regarding post-emergence issues (1.7). |
| 05/11/10 | A. Whiteway | 2.70 | Analysis of emergence issues in 1017 and 752 context (.9); analysis and research regarding loss trigger and gain deferral mechanics (1.8). |
| 05/11/10 | J. Finkelstein | 2.00 | Meet with co-counsel regarding emergence planning (.60); research regarding emergence planning (1.40). |
| 05/11/10 | M. Wilder | 3.10 | Complete initial research on 1017(b)(2) and allocation of COD income provisions (1.7); discuss results with G. Chan (.3); review G. Chan outline (.3); meet with B. Rubin, A. Whiteway and G. Chan to discuss issues for opinion (.8). |
| 05/12/10 | N. Hazan | 0.40 | Review and correct fee statement. |
| 05/12/10 | J. Zajac | 1.20 | Draft and revise November fee statement (1.0); emails with B. Rubin re same (.20). |
| 05/12/10 | G. Chan | 0.80 | Revise outline regarding section 1017 liabilities issue |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2133210
Invoice Date:  06/10/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (0.8). |
| 05/12/10 | A. Whiteway | 1.00 | Research emergence tax issues. |
| 05/12/10 | J. Finkelstein | 1.00 | Research regarding emergence issues. |
| 05/13/10 | B. Rubin | 0.60 | Correspondence with client regarding disclosure issues (.6). |
| 05/14/10 | G. Chan | 0.30 | Research section 1017 liabilities issue (0.3). |
| 05/14/10 | B. Rubin | 2.90 | Correspondence with client regarding response to questions from U.S. Trustee and prepare responses (1.4); conference call with clients regarding TMCT protest (.4); review and comment on protest (1.1). |
| 05/14/10 | A. Whiteway | 4.40 | Research emergence tax planning issues. |
| 05/17/10 | J. Zajac | 2.30 | Review April prebills for compliance with Bankruptcy and Local Rules for upcoming fee statements (.90); email to M. Simons re same (.2); review hearing agenda for 5/18 hearing (.1); draft pro hac motions for myself and N. Hazan (.3); email local counsel re same (.1); email from B. Rubin re comments to fee statements (.3); review Cubs joint admin istration order re extending MWE retention to new debtor (.4). |
| 05/17/10 | G. Chan | 2.70 | Research section 1017 liabilities issue (2.1); revise outline regarding same (0.6). |
| 05/17/10 | B. Rubin | 2.30 | Correspondence with Sidley and clients regarding Disclosure Statement (.6); research and analysis regarding tax issues relating to emergence (1.7). |
| 05/17/10 | A. Whiteway | 0.90 | Review and analysis of financial projections and impact on emergence tax planning issues. |
| 05/18/10 | J. Zajac | 0.20 | Call with local counsel re hearing (.1);email to B. Rubin and N. Hazan re same (.1). |
| 05/18/10 | G. Chan | 5.80 | Revise outline regarding section 1017 liabilities issue (0.7); research section 1017 liabilities issue (3.3); draft memorandum regarding same (1.8). |
| 05/18/10 | B. Rubin | 0.60 | Review and comment on Disclosure Statement language (.3); correspondence with clients and Sidley (.3). |
| 05/18/10 | A. Whiteway | 2.60 | Analysis of emergence tax issues (2.1); review and comment on disclosure language (.5). |
| 05/19/10 | J. Zajac | 2.10 | Draft and revise December fee statement (1.8); draft January fee statement (.3). |
| 05/19/10 | G. Chan | 6.70 | Research section 1017 liabilities issue (3.1); draft |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2133210
Invoice Date: 06/10/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | memorandum regarding same (3.6). |
| 05/19/10 | B. Rubin | 3.90 | Correspondence with Sidley and clients regarding Disclosure Statement (.7); draft disclosure(1.4); research regarding financial statement disclosure (1.1); conference calls with Sidley personnel (.7). |
| 05/19/10 | A. Whiteway | 2.60 | Research emergence tax issues (1.9). |
| 05/20/10 | J. Zajac | 3.70 | Email M. Simons re fee statements (.1); draft and revise January fee statement (3.6). |
| 05/20/10 | G. Chan | 5.10 | Draft short form opinion regarding section 1017 liabilities issue (1.7); draft supporting memorandum regarding section 1017 liabilities issue (2.7); revise outline regarding section 1017 liabilities issue (0.7). |
| 05/20/10 | M. Wilder | 0.50 | Begin review of short-form opinion and other documents prepared by G. Chan. |
| 05/21/10 | J. Zajac | 1.10 | Review fee order (.1); email to B. Ruin re same (.1); Review email from M. Simons re fee statements (.1); revise December fee statement (.4); email to B. Rubin re fee statements (.2); email from local counsel re same (.1); revise January fee statement (.1). |
| 05/21/10 | G. Chan | 3.10 | Review M. Wilder's comments regarding short form opinion and supporting memorandum for section 1017 liability issue (0.4); consider possible representations regarding opinion and memorandum (0.8); revise supporting memorandum and opinion (1.9). |
| 05/21/10 | M. Wilder | 1.00 | Complete review of and suggest revisions to documents prepared by G. Chan regarding 1017(b)(2) issue. |
| 05/24/10 | B. Rubin | 1.20 | Research and analysis regarding post-emergence issues. |
| 05/26/10 | J. Zajac | 2.80 | Draft Fourth Quarterly Fee Application. |
| 05/26/10 | G. Chan | 1.60 | Research section 1017 liabilities issue (1.6). |
| 05/27/10 | N. Hazan | 0.60 | Review and correct fourth Quarterly fee Application. |
| 05/27/10 | J. Zajac | 2.60 | Email to M. Simons re January fee statement (.1); draft and revise fourth quarterly fee application (.9); revise December fee statement (.2); draft and revise January fee statement (1.4). |
| 05/27/10 | G. Chan | 3.80 | Draft supporting memorandum regarding section 1017 liability issue (2.9); additional research regarding same (0.9). |
| 05/27/10 | M. Wilder | 0.40 | Review 1992 ABA Bar report on partnership liabilities |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:    2133210
Invoice Date:  06/10/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | and COD. |
| 05/28/10 | J. Zajac | 0.30 | Revise Fourth Quarterly Fee application. |
| 05/28/10 | G. Chan | 7.10 | Draft supporting memorandum regarding section 1017 liability issue (4.9); research and review additional authorities regarding same (2.2). |
| 05/29/10 | M. Wilder | 1.50 | Review cases addressing discharge of partner guarantor's obligations on partnership debt. |
| 05/29/10 | M. Wilder | 0.40 | Compose email to G. Chan regarding discharge of partner guarantor's obligations on partnership debt. |
| 05/31/10 | G. Chan | 0.10 | Read and respond to email from M. Wilder regarding section 1017 liability issue (0.10). |

**Total Hours**    **120.80**         **Total For Services**      **$66,903.50**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| G. Chan | 40.60 | 320.00 | 12,992.00 |
| J. Eig | 0.50 | 570.00 | 285.00 |
| J. Finkelstein | 6.60 | 580.00 | 3,828.00 |
| N. Hazan | 1.00 | 570.00 | 570.00 |
| B. Rubin | 23.70 | 915.00 | 21,685.50 |
| A. Whiteway | 14.20 | 750.00 | 10,650.00 |
| M. Wilder | 15.60 | 690.00 | 10,764.00 |
| J. Zajac | 18.30 | 325.00 | 5,947.50 |
| C. Zochowski | 0.30 | 605.00 | 181.50 |
| **Totals** | **120.80** | | **$66,903.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 05/18/10 | Telecommunications Ext. 75639 called WILMINGTON, (302) 252-2900. | 0.15 |
| 05/18/10 | Telecommunications | 0.15 |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2133210 |
| Invoice Date: | 06/10/2010 |

| Date | Description | Amount |
|------|-------------|--------|
| 05/21/10 | Ext. 75639 called WILMINGTON, (302) 651-2010.<br>Telecommunications<br>Ext. 75639 called WILMINGTON, (302) 651-2010. | 0.15 |

| | |
|---|---|
| **Total Costs and Other Charges** | **$0.45** |
| **Total This Invoice** | **$66,903.95** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2133210

06/10/2010

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| G. Chan | 40.60 | 320.00 | 12,992.00 |
| J. Eig | 0.50 | 570.00 | 285.00 |
| J. Finkelstein | 6.60 | 580.00 | 3,828.00 |
| N. Hazan | 1.00 | 570.00 | 570.00 |
| B. Rubin | 23.70 | 915.00 | 21,685.50 |
| A. Whiteway | 14.20 | 750.00 | 10,650.00 |
| M. Wilder | 15.60 | 690.00 | 10,764.00 |
| J. Zajac | 18.30 | 325.00 | 5,947.50 |
| C. Zochowski | 0.30 | 605.00 | 181.50 |
| **Totals** | **120.80** | | **$66,903.50** |