# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2146477 |
| Invoice Date: | 07/21/2010 |

## Remittance Copy
### Billing for services rendered through 06/30/2010

0021 Post Closing Matters

| | |
|---|---:|
| Total Services | $ 50.00 |
| Total Costs and Other Charges Posted Through Billing Period | 104.79 |
| **Total This Invoice** | **$ 154.79** |

| Invoice | Date | |
|---|---|---:|
| 2097977 | 02/26/2010 | 2,198.90 |
| 2124264 | 03/18/2010 | 2,368.00 |
| 2119083 | 04/29/2010 | 17,517.74 |
| 2129485 | 05/27/2010 | 23,622.61 |
| 2133213 | 06/10/2010 | 4,955.00 |
| Total Outstanding Balance | | 50,662.25 |
| Total Balance Due | | $ 50,817.04 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2146477 |
| Invoice Date: | 07/21/2010 |

## Client Copy
### Billing for services rendered through 06/30/2010

0021 Post Closing Matters

| | |
|---|---|
| Total Services | $ 50.00 |
| Total Costs and Other Charges Posted Through Billing Period | 104.79 |
| **Total This Invoice** | **$ 154.79** |

| Invoice | Date | |
|---|---|---|
| 2097977 | 02/26/2010 | 2,198.90 |
| 2124264 | 03/18/2010 | 2,368.00 |
| 2119083 | 04/29/2010 | 17,517.74 |
| 2129485 | 05/27/2010 | 23,622.61 |
| 2133213 | 06/10/2010 | 4,955.00 |

| | |
|---|---|
| Total Outstanding Balance | 50,662.25 |
| Total Balance Due | $ 50,817.04 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/21/2010

Invoice: 2146477
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/19/10 | K. Walsh | 0.20 | Confer with J. Mikulina regarding new copyright assignment recordals. |

| | **Total Hours** | **0.20** | **Total For Services** | **$50.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| K. Walsh | 0.20 | 250.00 | 50.00 |
| **Totals** | **0.20** | | **$50.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Express Mail<br>FedEx #708596783 - 973157673449, ALEXANDRIA | 16.39 |
| Filing/Registration Fee<br>Cancellation of: VENDOR: Register of Copyrights; INVOICE#: 042210; DATE: 4/22/2010  -  Copyright Office Filing Fee | -100.00 |
| Professional Services<br>VENDOR: Landon IP, Inc.; INVOICE#: 162476; DATE: 5/11/2010  -  Service fees for special handling of certificate of merger | 188.40 |

| **Total Costs and Other Charges** | **$104.79** |
|---|---|

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:       2146477
Invoice Date:  07/21/2010

**Total This Invoice**        **$154.79**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2146477

07/21/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| K. Walsh | 0.20 | 250.00 | 50.00 |
| **Totals** | **0.20** | | **$50.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146467 |
| Invoice Date: | 07/21/2010 |

## Remittance Copy
### Billing for services rendered through 06/30/2010

Total by Matter
    0040 General Employee Benefits Matters               $ 3,181.00
    Client/Reference Number: 0000000847

Total Services                       $ 3,181.00

Total Costs and Other Charges Posted Through Billing Period    0.00

**Total This Invoice**          **$ 3,181.00**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2028654 | 07/31/2009 | 463.10 |
| 2038849 | 08/31/2009 | 71.50 |
| 2076387 | 12/09/2009 | 42.90 |
| 2088345 | 01/01/2010 | 214.50 |
| 2097370 | 02/26/2010 | 1,025.00 |
| 2105401 | 03/18/2010 | 1,547.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

| Tribune Company | | Client: | 020336 |
| --- | --- | --- | --- |
| | | Invoice: | 2146467 |
| | | Invoice Date: | 07/21/2010 |

| Total Outstanding Balance | 6,184.00 |
| --- | --- |
| **Total Balance Due** | **$ 9,365.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146467 |
| Invoice Date: | 07/21/2010 |

## Client Copy
### Billing for services rendered through 06/30/2010

Total by Matter
    0040 General Employee Benefits Matters         $ 3,181.00
    Client/Reference Number: 0000000847

Total Services                                     $ 3,181.00

Total Costs and Other Charges Posted Through Billing Period           0.00

## Total This Invoice                        **$ 3,181.00**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2028654 | 07/31/2009 | 463.10 |
| 2038849 | 08/31/2009 | 71.50 |
| 2076387 | 12/09/2009 | 42.90 |
| 2088345 | 01/01/2010 | 214.50 |
| 2097370 | 02/26/2010 | 1,025.00 |
| 2105401 | 03/18/2010 | 1,547.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2146467
Invoice Date:   07/21/2010

Total Outstanding Balance                                    6,184.00

Total Balance Due                                          $ 9,365.00

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/21/2010

Invoice: 2146467
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040        General Employee Benefits Matters
                    Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/09/10 | P. Compernolle | 0.50 | Telephone conference with K. Dansart regarding Insertco 5500 (.20; review IRS forms, voluntary delinquent filer rules (.30). |
| 06/09/10 | B. Tiemann | 1.80 | Research Form 5500 filings for Shuttle Printing/Insertco, Inc. 401(k) Plan (1.10); research employer responsibility for filing annual Form 5500 and whether the Delinquent Filer Voluntary Compliance Program is available to correct missed filings (.70). |
| 06/10/10 | B. Tiemann | 0.80 | Draft Form 2848 and transmit to Kevin Dansart (.50); conference with Paul Compernolle regarding same (.30). |
| 06/11/10 | P. Compernolle | 0.50 | Review materials in Insertco plan and IRS penalties for late 5500 filing. |
| 06/15/10 | P. Compernolle | 0.50 | Review acquisition documents for Insertco to determine liability for IRS penalty. |
| 06/16/10 | P. Compernolle | 0.50 | Review Insertco acquisition agreement (.30); E-mail to K. Dansart regarding same (.20). |
| 06/17/10 | P. Compernolle | 0.50 | Telephone conference with K. Dansart regarding Insertco issues (.30); review issues on escheat (.20). |
| 06/18/10 | P. Compernolle | 0.50 | Review NY escheat law and related issues and forms (.40); telephone conference with K. Dansart regarding same (.10). |
| 06/18/10 | J. Skelton | 1.10 | Research regarding statutory dormancy period for retirement plans under the New York unclaimed property law (.80); Draft email to K. Dansart reporting results (.30). |

| **Total Hours** | **6.70** | **Total For Services** | **$3,181.00** |
|-----------------|----------|------------------------|---------------|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2146467
Invoice Date:  07/21/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| P. Compernolle | 3.00 | 715.00 | 2,145.00 |
| J. Skelton | 1.10 | 280.00 | 308.00 |
| B. Tiemann | 2.60 | 280.00 | 728.00 |
| **Totals** | **6.70** | | **$3,181.00** |
| | | **Total This Invoice** | **$3,181.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2146467

07/21/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 3.00 | 715.00 | 2,145.00 |
| J. Skelton | 1.10 | 280.00 | 308.00 |
| B. Tiemann | 2.60 | 280.00 | 728.00 |
| **Totals** | **6.70** | | **$3,181.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146468 |
| Invoice Date: | 07/21/2010 |

---

## Remittance Copy
### Billing for services rendered through 06/30/2010

---

Total by Matter
    0041 Welfare Plans                                    $ 20,446.45
    Client/Reference Number: 0000000848

Total Services                                                         $ 20,446.00

Total Costs and Other Charges Posted Through Billing Period              0.45

## Total This Invoice                                                  **$ 20,446.45**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 1,727.10 |
| 2076388 | 12/09/2009 | 1,189.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2146468
Invoice Date:  07/21/2010

| Invoice | Date | |
|---------|------|--|
| 2088346 | 01/01/2010 | 6,192.50 |
| 2097371 | 02/26/2010 | 902.80 |
| 2105402 | 03/18/2010 | 976.00 |
| 2119072 | 04/29/2010 | 3,251.00 |
| 2128403 | 05/24/2010 | 1,163.75 |
| 2133205 | 06/10/2010 | 7,038.05 |

Total Outstanding Balance                              70,260.70

Total Balance Due                                    $ 90,707.15

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146468 |
| Invoice Date: | 07/21/2010 |

---

### Client Copy
### Billing for services rendered through 06/30/2010

---

Total by Matter
    0041 Welfare Plans                              $ 20,446.45
    Client/Reference Number: 0000000848

Total Services                                        $ 20,446.00

Total Costs and Other Charges Posted Through Billing Period            0.45

**Total This Invoice**                                **$ 20,446.45**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2058659 | 07/31/2009 | 1,924.30 |
| 2038850 | 08/31/2009 | 5,574.40 |
| 2048076 | 09/28/2009 | 3,427.00 |
| 2058205 | 10/29/2009 | 2,246.80 |
| 2068574 | 11/30/2009 | 1,727.10 |
| 2076388 | 12/09/2009 | 1,189.70 |
| 2088346 | 01/01/2010 | 6,192.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2146468
Invoice Date:   07/21/2010

| Invoice | Date |  |
|---------|------|--|
| 2097371 | 02/26/2010 | 902.80 |
| 2105402 | 03/18/2010 | 976.00 |
| 2119072 | 04/29/2010 | 3,251.00 |
| 2128403 | 05/24/2010 | 1,163.75 |
| 2133205 | 06/10/2010 | 7,038.05 |

Total Outstanding Balance                    70,260.70

Total Balance Due                          $ 90,707.15

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

07/21/2010

Invoice: 2146468
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/02/10 | A. Gordon | 1.30 | Prepare business associate agreement. |
| 06/02/10 | A. Gordon | 0.50 | Respond to e-mails from V. Parks regarding early retiree application. |
| 06/02/10 | A. Gordon | 0.20 | Conference call with V. Parks regarding early retiree application. |
| 06/02/10 | A. Gordon | 1.80 | Prepare Early Retiree application for V. Parks. |
| 06/03/10 | A. Gordon | 0.50 | Draft e-mail to V. Parks regarding draft early retiree agreement. |
| 06/03/10 | A. Gordon | 0.30 | Conference call with V. Parks and S. O'Conner regarding early retiree subsidy. |
| 06/08/10 | P. Compernolle | 1.00 | Review materials in Snelling claim for documents relating to retiree medical and Pacificare medicare advantage. |
| 06/08/10 | M. Graham | 1.30 | Review correspondence from V. Parks regarding requests for plan documents of H. Snelling (.20); review request for plan documents and federal court complaint filed by H. Snelling (.30); review Form 5500 for Tribune Company Benefit Program regarding Pacific Care (.50); conferences with P. Compernolle and A. Gordon regarding same (.30). |
| 06/08/10 | A. Gordon | 0.30 | Draft response to e-mail from V. Parks regarding Spectera Business Associate Agreement. |
| 06/08/10 | A. Gordon | 0.20 | Review e-mail from V. Parks regarding Harold Snelling class action. |
| 06/08/10 | A. Gordon | 0.80 | Review class action materials. |
| 06/08/10 | A. Gordon | 0.50 | Discuss class action with P. Compernolle and M. Graham. |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2146468
Invoice Date: 07/21/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/09/10 | P. Compernolle | 0.50 | Review emails on early retiree reinsurance and application of funds. |
| 06/09/10 | P. Compernolle | 1.00 | Telephone conference with K. Dansart regarding Snelling request for documents in retiree medical plan (.30); research regarding same (.70). |
| 06/09/10 | M. Graham | 0.50 | Conference with P. Compernolle regarding ERISA right to request plan information (.10); research case law regarding propriety of requests for plan documents from former participants (.40). |
| 06/09/10 | A. Gordon | 0.20 | Review ERRP application e-mail from V. Parks. |
| 06/09/10 | A. Gordon | 0.50 | Draft response to ERRP e-mail from V. Parks. |
| 06/09/10 | A. Gordon | 0.50 | Review application for ERRP funds. |
| 06/09/10 | A. Gordon | 2.80 | Review and revise Spectera Business Associate Agreement consistent with the UHC agreement. |
| 06/10/10 | M. Graham | 2.80 | Research case law regarding propriety of requests for plan documents from former participants (2.40); conferences with P. Compernolle regarding response to Snelling request for plan documents (.40). |
| 06/10/10 | A. Gordon | 0.30 | Forward revised Spectera Business Associate Agreement to Spectera's counsel. |
| 06/11/10 | A. Gordon | 0.30 | Calls with V. Parks and S. O'Conner regarding early retiree application. |
| 06/15/10 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding response to Snelling request for retiree medical documents. |
| 06/15/10 | M. Graham | 1.00 | Conference with P. Compernolle regarding H. Snelling request for plan documents (.40); review documents from Tribune regarding response to same (.30); review correspondence from K. Dansart regarding same (.30). |
| 06/16/10 | P. Compernolle | 0.50 | Review response to Snelling request for documents. |
| 06/16/10 | M. Graham | 2.00 | Review plan documents to be produced to Snelling (.90); prepare draft correspondence to Snelling regarding production of plan documents (.40); conferences with P. Compernolle regarding same (.30); review SPD regarding claims procedures (.40). |
| 06/17/10 | M. Graham | 1.50 | Review status of Snelling lawsuit against Secure Horizons Group Retiree Medicare Advantage Plan (.40); conference with P. Compernolle regarding same (.20); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2146468
Invoice Date:  07/21/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review court order dismissing Snelling lawsuit (.60); telephone calls to J. Romano regarding status of Snelling lawsuit and coordination on Snelling request for plan documents (.30). |
| 06/21/10 | M. Graham | 1.30 | Telephone calls with J. Romano regarding Snelling lawsuit and request for plan documents (.30); conference with P. Compernolle regarding same (.20); review briefing in Snelling case regarding exhaustion of remedies and proper party defendants (.40); review claims procedures regarding potential for amended complaint naming Tribune Benefit Program (.40). |
| 06/22/10 | M. Graham | 1.30 | Conferences with P. Compernolle regarding strategy for response to Snelling request for plan documents (.30); review arguments in Snelling lawsuit regarding same (.60); telephone call with K. Dansart and V. Parks regarding same (.40). |
| 06/25/10 | A. Gordon | 0.30 | Discuss PWC Business Associate Agreement with J. Weyeneth. |
| 06/28/10 | M. Graham | 1.00 | Prepare revised response letter to E. Doyle regarding Snelling request for plan documents (.70); conferences with P. Compernolle regarding same (.10); prepare correspondence to K. Dansart regarding same (.20). |
| 06/28/10 | A. Gordon | 0.20 | Left response to V. Parks' question regarding Health Care Reform. |
| 06/29/10 | P. Compernolle | 0.50 | Review emails from R. DeBoer on retiree medical plan reinsurance. |
| 06/29/10 | A. Gordon | 0.20 | Forward Early Retiree Subsidy information to V. Parks. |
| 06/29/10 | A. Gordon | 0.80 | Conference calls with V. Parks regarding Early Retiree application for subsidy, essential health benefits and fertility treatments. |
| 06/29/10 | A. Gordon | 0.50 | Review Tribune application for ERPP. |
| 06/29/10 | A. Gordon | 0.80 | Suggest revisions to Tribune's ERPP application. |
| 06/29/10 | A. Gordon | 0.30 | Conference call with R. DeBoer regarding direct mailing. |
| 06/29/10 | A. Gordon | 0.50 | Draft and send e-mail to R. DeBoer regarding marketing. |
| 06/30/10 | A. Gordon | 0.50 | Review Q&As on ERRP. |
| 06/30/10 | A. Gordon | 0.50 | Conference calls with V. Parks regarding answer to II.C. of the application. |
| 06/30/10 | A. Gordon | 0.50 | Review final application for V. Parks. |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146468 |
| Invoice Date: | 07/21/2010 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/30/10 | J. Kerpen | 0.50 | Review correspondence for ERRP application filing and file ERRP application. |
| 06/30/10 | M. O'Brien | 1.00 | Revise HIPAA agreement for Early Retiree Reinsurance Program. |

| | **Total Hours** | **34.10** | **Total For Services** | **$20,446.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| P. Compernolle | 3.80 | 715.00 | 2,717.00 |
| A. Gordon | 16.10 | 610.00 | 9,821.00 |
| M. Graham | 12.70 | 565.00 | 7,175.50 |
| J. Kerpen | 0.50 | 345.00 | 172.50 |
| M. O'Brien | 1.00 | 560.00 | 560.00 |
| **Totals** | **34.10** | | **$20,446.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 06/17/10 | Telecommunications<br>Ext. 43606 called LOSANGELES, (213) 622-4750. | 0.30 |
| 06/21/10 | Telecommunications<br>Ext. 43606 called LOSANGELES, (213) 443-5552. | 0.15 |

| | **Total Costs and Other Charges** | **$0.45** |
|---|---|---|
| | **Total This Invoice** | **$20,446.45** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2146468

07/21/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| P. Compernolle | 3.80 | 715.00 | 2,717.00 |
| A. Gordon | 16.10 | 610.00 | 9,821.00 |
| M. Graham | 12.70 | 565.00 | 7,175.50 |
| J. Kerpen | 0.50 | 345.00 | 172.50 |
| M. O'Brien | 1.00 | 560.00 | 560.00 |
| **Totals** | **34.10** | | **$20,446.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146469 |
| Invoice Date: | 07/21/2010 |

## Remittance Copy
### Billing for services rendered through 06/30/2010

Total by Matter
    0047 ESOP                                    $ 16,398.50
    Client/Reference Number: 0000001574

Total Services                                               $ 16,398.50

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                                    **$ 16,398.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146469 |
| Invoice Date: | 07/21/2010 |

---

## Client Copy
### Billing for services rendered through 06/30/2010

---

Total by Matter
    0047 ESOP                                    $ 16,398.50
    Client/Reference Number: 0000001574

Total Services                                              $ 16,398.50

Total Costs and Other Charges Posted Through Billing Period         0.00

**Total This Invoice**                                    **$ 16,398.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

07/21/2010

Invoice: 2146469
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047         ESOP
                     Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/02/10 | J. Holdvogt | 0.30 | Conference with B. Tiemann re: issues related to IRS determination letter application for plan (.20); review IRS guidance for issues related to same (.10). |
| 06/02/10 | B. Tiemann | 0.30 | Conference with Jeff Holdvogt regarding determination letter filing. |
| 06/03/10 | P. Compernolle | 0.50 | Telephone conference with K. Dansart regarding eligibility for allocation and hours of service during FMLA (.10); review plan, review Department of Labor regulations (.40). |
| 06/03/10 | W. Merten | 0.40 | Review email from Don Liebentritt regarding contacting Department of Labor (.10). Review follow-up email from David Bradford regarding DoL (.10). Discussion with Paul Compernolle regarding correspondence with Department of Labor and regarding meeting in Washington, DC (.20). |
| 06/04/10 | W. Merten | 0.20 | Review emails from James Ducayet and David Bradford regarding correspondence with Department of Labor and Washington DC meeting. |
| 06/07/10 | W. Merten | 0.40 | Review further emails from David Bradford, James Ducayet and Don Liebentritt regarding Department of Labor (.10). Send reply email regarding same (.30). |
| 06/08/10 | W. Merten | 1.30 | Telephone call from James Ducayet regarding Chuck Jackson's references to McDermott opinion in his response (.30). Review related email from David Bradford (.20). Telephone conversation with James Ducayet regarding June 24th date in Washington, DC (.40). Review file for waiver letter sent to Don |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2146469
Invoice Date:  07/21/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Liebentritt (.40). |
| 06/09/10 | P. Compernolle | 0.50 | Review status of issues in Neal lawsuit and ESOP opinion. |
| 06/10/10 | W. Merten | 0.10 | Review email from Sidley regarding meeting with department of labor; respond to same. |
| 06/11/10 | W. Merten | 0.20 | Call Don Liebentritt regarding trip to DC to meet with Department of Labor (.10).  Send related email to Don Liebentritt (.10). |
| 06/14/10 | J. Holdvogt | 0.30 | Review plan documents for issues for upcoming IRS determination letter application. |
| 06/16/10 | J. Holdvogt | 0.20 | Review issues for controlled group list for plan determination letter application. |
| 06/17/10 | W. Merten | 0.30 | Review and reply to email from Don Liebentritt regarding Department of Labor. |
| 06/18/10 | P. Compernolle | 0.30 | Review open issues in determination letter filing. |
| 06/18/10 | W. Merten | 0.20 | Review email regarding meeting Wednesday morning with Department of Labor (.10).  Send return email to Don Liebentritt and Sidley (.10). |
| 06/18/10 | J. Holdvogt | 0.30 | Review issues for controlled group list for plan IRS determination letter application. |
| 06/22/10 | W. Merten | 0.10 | Prepare for call with Department of Labor. |
| 06/23/10 | W. Merten | 3.20 | Prepare for Department of Labor meeting and pre-meeting with Tribune attorneys (1.20).  Engage in conference call with Tribune attorneys (.40).  Related follow as to documents and preparation for meeting with Department of Labor (1.40).  Review email from Bryan Krakauer regarding rescheduling trip Washington, D.C. (.20). |
| 06/24/10 | W. Merten | 0.10 | Correspondence to Tribune regarding Department of Labor meeting. |
| 06/25/10 | J. Holdvogt | 0.30 | Review IRS guidance re: accrual rule other other requirements for plan determination letter application. |
| 06/29/10 | P. Compernolle | 0.50 | Review employee communications (.30); email to K. Dansart regarding same (.20). |
| 06/29/10 | W. Merten | 2.80 | Review abd resoibd ti email from David Bradford regarding Wednesday meeting (.60). Review and respond to email from Paul Compernolle regarding ESOP statement (.40).  Preparations for meeting with Tribune |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2146469
Invoice Date:   07/21/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (1.80). |
| 06/29/10 | S. Schaefer | 0.80 | Discussions with Bill Merten in preparation for meeting with Department of Labor (.20). Follow-up analysis on the 409(l) issue (.60). |
| 06/30/10 | W. Merten | 8.70 | Additional preparations for meeting with Department of Labor (2.30). Attend meeting at David Bradford's Washington, DC office (.90). Meet with Department of Labor (1.70). Post-meeting follow-up discussions with Jim Ducayet and David Bradford (.80). Call with Susan Schaefer regarding follow-up based on statements from Michael Schloss (.70). Review email from Paul Compernolle regarding meeting (.20). Leave message with Paul regarding same (.10). Return to Chicago (2.0). |
| 06/30/10 | S. Schaefer | 1.00 | Various discussions in cooperation with Department of Labor meeting (.30). Review Neal litigation complaint (.40). Review 409(l) issues (.30). |
| 06/30/10 | M. Graham | 0.50 | Conference with S. Schaefer regarding amended complaint in ESOP litigation (.20); review same (.30). |

| | **Total Hours** | **23.80** | **Total For Services** | **$16,398.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 1.80 | 715.00 | 1,287.00 |
| M. Graham | 0.50 | 565.00 | 282.50 |
| J. Holdvogt | 1.40 | 420.00 | 588.00 |
| W. Merten | 18.00 | 715.00 | 12,870.00 |
| S. Schaefer | 1.80 | 715.00 | 1,287.00 |
| B. Tiemann | 0.30 | 280.00 | 84.00 |
| **Totals** | **23.80** | | **$16,398.50** |
| | | **Total This Invoice** | **$16,398.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2146469

07/21/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| P. Compernolle | 1.80 | 715.00 | 1,287.00 |
| M. Graham | 0.50 | 565.00 | 282.50 |
| J. Holdvogt | 1.40 | 420.00 | 588.00 |
| W. Merten | 18.00 | 715.00 | 12,870.00 |
| S. Schaefer | 1.80 | 715.00 | 1,287.00 |
| B. Tiemann | 0.30 | 280.00 | 84.00 |
| **Totals** | **23.80** | | **$16,398.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Donald J. Liebentritt, Esq.
Executive Vice President and General Counsel
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146474 |
| Invoice Date: | 07/21/2010 |

---

## Remittance Copy
### Billing for services rendered through 06/30/2010

---

Total by Matter
    0500 General Tax                             $ 14,928.05
    Client/Reference Number: 0000001842

Total Services                                          $ 14,904.50

Total Costs and Other Charges Posted Through Billing Period         23.55

**Total This Invoice**                                 **$ 14,928.05**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
Donald J. Liebentritt, Esq.
Executive Vice President and General Counsel
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146474 |
| Invoice Date: | 07/21/2010 |

---

## Client Copy
### Billing for services rendered through 06/30/2010

---

Total by Matter
    0500 General Tax
    Client/Reference Number: 0000001842                 $ 14,928.05

Total Services                    $ 14,904.50

Total Costs and Other Charges Posted Through Billing Period       23.55

**Total This Invoice**        **$ 14,928.05**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

07/21/2010

Invoice: 2146474
Client: 020336

Tribune Company
Donald J. Liebentritt, Esq.
Executive Vice President and General Counsel
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0500        General Tax
                    Client/Reference Number: 0000001842

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/02/10 | A. Whiteway | 1.00 | TMCT - Review protest (.30); review agreement (.30); correspondence with Gibson Dunn regarding same (.40). |
| 06/04/10 | R. Greenhouse | 0.50 | Review draft Common Interest Agreement (.20); telephone call with B. Rubin and H. Behnia regarding same (.30). |
| 06/04/10 | B. Rubin | 0.80 | TMCT - Review and comment on Common Interest Agreement (.4); preparation for and conference call with Gibson Dunn regarding same (.4). |
| 06/04/10 | A. Whiteway | 0.50 | TMCT - Correspondence with Gibson Dunn regarding protest. |
| 06/07/10 | R. Greenhouse | 0.30 | Review revised common interest agreement. |
| 06/07/10 | B. Rubin | 2.20 | Review and respond to Gibson Dunn mark-up (.3); preparation of and conference call with clients and Gibson Dunn regarding TMCT protest (1.4); review and respond to memo from client (.5). |
| 06/07/10 | A. Whiteway | 2.00 | TMCT - Preparation for and telephone conference with Gibson Dunn regarding protest comments. |
| 06/10/10 | B. Rubin | 1.30 | Review and analyze TMCT II 60 day letter (1.10); correspondence with client regarding same (.20). |
| 06/10/10 | A. Whiteway | 1.30 | TMCT - Review and analyze TMCT 60 day letter and correspondence from client. |
| 06/14/10 | B. Rubin | 1.10 | Review and comment on revised draft Protest. |
| 06/14/10 | A. Whiteway | 1.10 | TMCT - Review and comment on protest (.80); legal research regarding same (.30). |
| 06/15/10 | B. Rubin | 1.20 | TMCT - Review and comment on revised Protest (.8); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2146474
Invoice Date:  07/21/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | coordinate comments with co-counsel (.4). |
| 06/15/10 | A. Whiteway | 1.30 | TMCT - Review and comment on protest (.9); coordinate comments with co-counsel (.4). |
| 06/16/10 | B. Rubin | 1.10 | TMCT - Review and comment on Protest (.8); correspondence with client regarding same (.3). |
| 06/16/10 | A. Whiteway | 1.50 | TMCT - Correspondence with Mr. Behnia regarding protest (.20); review and comment on protest (.90); legal research on Section 731 (.40). |
| 06/22/10 | A. Whiteway | 1.00 | TMCT - review and comment on draft protest (.70); correspond with Ms. Melgarejo regarding same (.30). |

|  |  |  |  |  |
|--|--|--|--|--|
| **Total Hours** | **18.20** | | **Total For Services** | **$14,904.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Greenhouse | 0.80 | 730.00 | 584.00 |
| B. Rubin | 7.70 | 915.00 | 7,045.50 |
| A. Whiteway | 9.70 | 750.00 | 7,275.00 |
| **Totals** | **18.20** | | **$14,904.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Telecommunications Ext. 68425 called CHICAGO, (312) 222-3638. | 1.80 |
| Telecommunications Ext. 68424 called BALTIMORE, (410) 499-2181. | 0.15 |
| Telecommunications Ext. 68424 called LOSANGELES, (213) 229-7534. | 3.15 |
| Telecommunications Ext. 47705 called NEW YORK, (212) 210-2893. | 1.20 |
| Telecommunications Ext. 68425 called NEW YORK, (212) 450-5999. | 15.00 |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2146474
Invoice Date:    07/21/2010

| Description | Amount |
|---|---|
| Telecommunications<br>Ext. 68425 called HICKSVILLE, (516) 803-2300. | 0.45 |
| Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3638. | 1.80 |

**Total Costs and Other Charges**            **$23.55**

**Total This Invoice**            **$14,928.05**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2146474

07/21/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Greenhouse | 0.80 | 730.00 | 584.00 |
| B. Rubin | 7.70 | 915.00 | 7,045.50 |
| A. Whiteway | 9.70 | 750.00 | 7,275.00 |
| **Totals** | **18.20** | | **$14,904.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146478 |
| Invoice Date: | 07/21/2010 |

## Remittance Copy
### Billing for services rendered through 06/30/2010

Total by Matter
    0504 Corporate/Credit Agreement/PHONES            $ 1,725.30
    Client/Reference Number: 0000001846

Total Services                                        $ 1,725.00

Total Costs and Other Charges Posted Through Billing Period      0.30

**Total This Invoice**                                **$ 1,725.30**

| Invoice | Date | |
|---|---|---|
| 2058660 | 07/31/2009 | 10,039.90 |
| 2058658 | 08/31/2009 | 21,150.10 |
| 2048086 | 09/28/2009 | 1,479.40 |
| 2068590 | 11/30/2009 | 1,024.80 |
| 2076404 | 12/09/2009 | 573.47 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2146478 |
| Invoice Date: | 07/21/2010 |

Total Outstanding Balance                                           34,267.67

Total Balance Due                                              $ 35,992.97

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146478 |
| Invoice Date: | 07/21/2010 |

## Client Copy
### Billing for services rendered through 06/30/2010

Total by Matter
    0504 Corporate/Credit Agreement/PHONES                         $ 1,725.30
    Client/Reference Number: 0000001846

Total Services                                         $ 1,725.00

Total Costs and Other Charges Posted Through Billing Period      0.30

**Total This Invoice**                                  **$ 1,725.30**

| Invoice | Date | |
|---|---|---|
| 2058660 | 07/31/2009 | 10,039.90 |
| 2058658 | 08/31/2009 | 21,150.10 |
| 2048086 | 09/28/2009 | 1,479.40 |
| 2068590 | 11/30/2009 | 1,024.80 |
| 2076404 | 12/09/2009 | 573.47 |

Total Outstanding Balance                         34,267.67

Total Balance Due                               $ 35,992.97

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/21/2010

Invoice: 2146478
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0504        Corporate/Credit Agreement/PHONES
                    Client/Reference Number: 0000001846

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/16/10 | A. Whiteway | 0.50 | Telephone conference with client regarding IDRs. |
| 06/23/10 | A. Whiteway | 1.80 | Review Phones IDR response (1.30); conference with Mr. Rubin regarding same (.20); telephone conference with Ms. Melgarejo regarding same (.30). |

| | **Total Hours** | **2.30** | **Total For Services** | **$1,725.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Whiteway | 2.30 | 750.00 | 1,725.00 |
| **Totals** | **2.30** | | **$1,725.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/01/10 | Telecommunications Ext. 47594 called LOSANGELES, (213) 694-1012. | 0.30 |

| **Total Costs and Other Charges** | **$0.30** |
|--|--|

| **Total This Invoice** | **$1,725.30** |
|--|--|

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2146478

07/21/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Whiteway | 2.30 | 750.00 | 1,725.00 |
| **Totals** | **2.30** | | **$1,725.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146479 |
| Invoice Date: | 07/21/2010 |

## Remittance Copy
### Billing for services rendered through 06/30/2010

Total by Matter
    0507 Newsday                                $ 35,346.90
    Client/Reference Number: 0000001849

Total Services                                                $ 35,329.50

Total Costs and Other Charges Posted Through Billing Period       17.40

**Total This Invoice**          **$ 35,346.90**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146479 |
| Invoice Date: | 07/21/2010 |

## Client Copy
### Billing for services rendered through 06/30/2010

Total by Matter
    0507 Newsday                                 $ 35,346.90
    Client/Reference Number: 0000001849

Total Services                                            $ 35,329.50

Total Costs and Other Charges Posted Through Billing Period         17.40

**Total This Invoice**                                   **$ 35,346.90**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/21/2010

Invoice: 2146479
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/01/10 | B. Rubin | 1.20 | Review IDRs (.9); correspondence with clients and CVC regarding same (.3). |
| 06/01/10 | A. Whiteway | 1.10 | Review IDR (.90); correspondence with clients regarding same (.20). |
| 06/02/10 | J. Pawlow | 0.50 | Conversation with B. Rubin and A. Whiteway regarding IRS audit (.10); review IDR and letter from IRS regarding relocating audit (.40). |
| 06/02/10 | B. Rubin | 1.90 | Review and analyze new IDRs and draft responses (1.3); preparation for and conference call with CVC and clients regarding same (.6). |
| 06/02/10 | A. Whiteway | 1.90 | Review IDRs (.80); review revised IDR responses (.40); preparation for and telephone conference with Mr. Focella and Ms. Melgarejo regarding same (.70). |
| 06/03/10 | M. Bilut | 0.80 | Review D. Eldersveld's e-mail re Newsday comments on release (.10); review Newsday's comments to allocation agreement (.30); draft e-mail to D. Eldersveld re Newsday's comments (.40). |
| 06/04/10 | M. Bilut | 0.10 | Review M. Anderson's e-mail re Newsday's comments. |
| 06/08/10 | J. Pawlow | 2.00 | Draft letter regarding request to move place of audit (1.20); related research (.80). |
| 06/08/10 | B. Rubin | 1.60 | Review and edit letter regarding change of venue for IRS audit (.9); research and analysis regarding same (.7). |
| 06/08/10 | A. Whiteway | 1.50 | Correspond with Mr. Focella regarding IDR (.60); conference with Ms. Pawlow regarding same (.90). |
| 06/09/10 | D. Fuchs | 0.50 | Phone conversation with David Bralow regarding indemnification claims (.30); follow up with Dave Eldersveld regarding same (.20). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2146479
Invoice Date:  07/21/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/09/10 | A. Whiteway | 2.40 | Review and revise letter requesting reconsideration (.80); research partnership audit provisions and Internal Revenue Manual (1.60). |
| 06/10/10 | B. Rubin | 1.70 | Review and edit letter regarding audit venue (.9); coordinate comments on same (.4); response to client inquiry regarding same (.3). |
| 06/10/10 | A. Whiteway | 2.40 | Revise letter per comments from Ms. Melgarejo (.60); research IRM (1.80). |
| 06/11/10 | J. Pawlow | 1.50 | Conference call with team to discuss letter to IRS and redraft letter (.70); meeting with B. Rubin and A. Whiteway regarding same (.80). |
| 06/11/10 | B. Rubin | 1.60 | Preparation for and conference call with clients and CVC regarding change of venue (.6); review and edit letter to IRS (.7); correspondence with clients regarding response to IDRs (.3). |
| 06/11/10 | A. Whiteway | 2.30 | Telephone conference with client regarding letter (.90); revise and circulate letter for execution (1.40). |
| 06/14/10 | A. Whiteway | 0.30 | Correspondence with Mr. Shanahan regarding IDRs. |
| 06/15/10 | J. Pawlow | 0.30 | Emails to A. Whiteway regarding letter to IRS. |
| 06/15/10 | B. Rubin | 1.90 | Preparation for and conference call with CVC regarding change of venue and IDR responses (1.1); review and analyze IDRs and develop response (.8). |
| 06/15/10 | A. Whiteway | 1.00 | Telephone conference with Mr. Focella regarding IDRs (.60); telephone conference with Ms. Melgarejo regarding same (.40). |
| 06/16/10 | J. Pawlow | 1.30 | Conference call with client regarding IDR, place of audit, etc. (.80); conversation with B. Rubin and A. Whiteway regarding same (.50). |
| 06/16/10 | T. Spencer | 0.30 | Telephone call with A. Whiteway regarding new LMSB directive (.10); perform research regarding new LMSB directive (.20). |
| 06/16/10 | B. Rubin | 1.90 | Preparation for and conference call with clients regarding response to IDRs and change of venue (.8); revise letter to IRS (.7); correspondence with clients regarding IDRs (.4). |
| 06/16/10 | A. Whiteway | 2.50 | Telephone conference with Mr. Shanahan and Ms. Melgarejo regarding IDRs (.30); review One-Case directive (.30); research regarding same (.40); revise |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2146479
Invoice Date:  07/21/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | letter (.50); circulate to client (.20); telephone conference with client regarding Tribune's IDR responses (.80). |
| 06/17/10 | B. Rubin | 1.10 | Review and comment on IDR responses (.9); correspondence with client regarding same (.2). |
| 06/17/10 | A. Whiteway | 0.50 | Revise letter and circulate to client (.10); correspond with Mr. Focella regarding IDR (.20); telephone conference with Mr. Focella regarding same (.20). |
| 06/18/10 | B. Rubin | 0.40 | Review and comment on letter to IRS and correspondence with client regarding same (.4). |
| 06/18/10 | A. Whiteway | 0.70 | Review and comment on letter to IRS and correspondence with client re IDRs. |
| 06/22/10 | D. Fuchs | 0.50 | Locate and circulate final Bill of Sale and Assumption Agreement to David Bralow regarding Carey matter (.40); correspondence with D. Eldersveld regarding same (.10). |
| 06/22/10 | B. Rubin | 0.60 | 2008 - Audit - Review and comment on proposed response to IDRs. |
| 06/23/10 | B. Rubin | 1.60 | Review and comment on draft IDR responses (1.3); correspondence with CVC regarding same (.3). |
| 06/23/10 | A. Whiteway | 1.60 | Review and comment on IDR responses (1.10); analysis of New York venue issue (.50). |
| 06/24/10 | A. Whiteway | 1.50 | Correspond with CVC regarding IDR issue (.30); review and comment on IDR responses (1.20). |
| 06/25/10 | B. Rubin | 1.10 | Review and comment on IDR responses (1.1). |

| | Total Hours | 44.10 | Total For Services | $35,329.50 |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Bilut | 0.90 | 595.00 | 535.50 |
| D. Fuchs | 1.00 | 315.00 | 315.00 |
| J. Pawlow | 5.60 | 780.00 | 4,368.00 |
| B. Rubin | 16.60 | 915.00 | 15,189.00 |
| T. Spencer | 0.30 | 490.00 | 147.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2146479
Invoice Date:  07/21/2010

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| A. Whiteway | 19.70 | 750.00 | 14,775.00 |
| **Totals** | **44.10** | | **$35,329.50** |

**Costs and Other Charges**

| Description | Amount |
|-------------|-------:|
| Photocopy<br>Device 01CHI11C. 01551 | 17.40 |

| | |
|---|---:|
| **Total Costs and Other Charges** | **$17.40** |
| **Total This Invoice** | **$35,346.90** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2146479

07/21/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Bilut | 0.90 | 595.00 | 535.50 |
| D. Fuchs | 1.00 | 315.00 | 315.00 |
| J. Pawlow | 5.60 | 780.00 | 4,368.00 |
| B. Rubin | 16.60 | 915.00 | 15,189.00 |
| T. Spencer | 0.30 | 490.00 | 147.00 |
| A. Whiteway | 19.70 | 750.00 | 14,775.00 |
| **Totals** | **44.10** | | **$35,329.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146476 |
| Invoice Date: | 07/21/2010 |

## Remittance Copy
### Billing for services rendered through 06/30/2010

Total by Matter
    0515 Chapter 11 Restructuring          $ 110,678.50

Total Services          $ 110,651.50

Total Costs and Other Charges Posted Through Billing Period      27.00

**Total This Invoice**          **$ 110,678.50**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 2049463 | 06/30/2009 | 135,250.03 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 20,445.05 |
| 2076400 | 12/09/2009 | 22,878.30 |
| 2096277 | 01/26/2010 | 135,295.52 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2146476
Invoice Date:  07/21/2010

| Invoice | Date | | |
|---------|------|---|---|
| 2096742 | 02/26/2010 | 52,568.00 | |
| 2105410 | 03/18/2010 | 177,469.12 | |
| 2119079 | 04/29/2010 | 44,974.45 | |
| 2128648 | 05/24/2010 | 42,069.51 | |
| 2133210 | 06/10/2010 | 66,903.95 | |

Total Outstanding Balance                                 725,641.43

Total Balance Due                                        $ 836,319.93

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2146476 |
| Invoice Date: | 07/21/2010 |

---

## Client Copy
### Billing for services rendered through 06/30/2010

---

Total by Matter
    0515 Chapter 11 Restructuring         $ 110,678.50

Total Services      $ 110,651.50

Total Costs and Other Charges Posted Through Billing Period      27.00

**Total This Invoice**      **$ 110,678.50**

| Invoice | Date | |
|---|---|---|
| 1987660 | 04/13/2009 | 8,878.50 |
| 2049463 | 06/30/2009 | 135,250.03 |
| 2058656 | 07/31/2009 | 7,134.40 |
| 2038862 | 08/31/2009 | 4,429.00 |
| 2048085 | 09/28/2009 | 1,803.80 |
| 2058215 | 10/29/2009 | 5,541.80 |
| 2068587 | 11/30/2009 | 20,445.05 |
| 2076400 | 12/09/2009 | 22,878.30 |
| 2096277 | 01/26/2010 | 135,295.52 |
| 2096742 | 02/26/2010 | 52,568.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2146476 |
| Invoice Date: | 07/21/2010 |

| Invoice | Date | |
|---|---|---|
| 2105410 | 03/18/2010 | 177,469.12 |
| 2119079 | 04/29/2010 | 44,974.45 |
| 2128648 | 05/24/2010 | 42,069.51 |
| 2133210 | 06/10/2010 | 66,903.95 |

Total Outstanding Balance                                          725,641.43

Total Balance Due                                              $ 836,319.93

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

07/21/2010

Invoice: 2146476
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/01/10 | G. Chan | 3.90 | Review and analyze additional authorities regarding section 752 and section 1017 (2.7); draft supporting memorandum regarding same (1.2). |
| 06/02/10 | N. Hazan | 0.40 | review and correct monthly application for December |
| 06/02/10 | J. Zajac | 5.00 | Revisions to January fee statement (.9); Draft February fee statement (3.4); revisions to December fee statement (.7). |
| 06/02/10 | G. Chan | 3.70 | Draft supporting memorandum regarding section 752 and section 1017 "liability" issue (3.6); correspond with M. Wilder regarding same (0.2). |
| 06/02/10 | B. Rubin | 0.30 | Correspondence with Davis Polk and client regarding tax issues (.3). |
| 06/02/10 | A. Whiteway | 0.30 | Correspond with Davis Polk re tax issues. |
| 06/03/10 | N. Hazan | 1.20 | Review and revise December fee statement (.40); review and revise January fee statement (.40); review and correct February fee statement (.40). |
| 06/03/10 | J. Zajac | 2.80 | Emails to M. Simons re January through February fee statements (.3); revisions to December, January and February fee statements (1.2); draft March fee statement (1.3). |
| 06/03/10 | G. Chan | 5.70 | Draft supporting memorandum regarding section 752 liabilities and section 1017(b)(2) limitation (3.7); conference with M. Wilder regarding same (0.4); review and analyze additional research regarding same (1.6). |
| 06/03/10 | B. Rubin | 0.20 | Correspondence with client regarding built-in gains issues (.2). |
| 06/03/10 | A. Whiteway | 0.20 | Correspond with client re built in gain issues. |
| 06/03/10 | M. Wilder | 0.40 | Discuss outline of opinion and LRM with G. Chan. |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:       2146476
Invoice Date:  07/21/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/10 | J. Zajac | 3.40 | Emails with B. Rubin re December - February fee statements (.3); revisions regarding same (.4); execute Fourth Quarterly Fee Application (.1); review May prebills to ensure compliance with bankruptcy and local rules for upcoming fee statements (2.6). |
| 06/04/10 | G. Chan | 3.30 | Draft supporting memorandum regarding section 752 liabilities and section 1017(b)(2) limitation (3.3). |
| 06/04/10 | B. Rubin | 2.10 | Review and comment on memo regarding emergence tax issues (2.1). |
| 06/04/10 | A. Whiteway | 1.90 | Review and comment on memo regarding emergence (1.9). |
| 06/05/10 | M. Wilder | 1.70 | Review of G. Chan drafts of opinion letter and LRM. |
| 06/05/10 | M. Wilder | 1.60 | Circulate detailed comments and suggested outline to G. Chan regarding opinion letter and LRM. |
| 06/06/10 | G. Chan | 0.30 | Review M. Wilder's comments regarding section 1017 supporting memo (0.3). |
| 06/06/10 | B. Rubin | 0.20 | Correspondence with Davis Polk regarding tax issues (.2). |
| 06/07/10 | J. Zajac | 2.70 | Emails with M. Simons re May invoices for fee statement (.3); email to M. Simons re LEDES files (.2); revisions to fourth quarterly application (.20: emails with B. Rubin re Dec - Feb fee statements (.2); draft fifth quarterly fee application (1.8). |
| 06/07/10 | G. Chan | 7.30 | Research and review additional authorities regarding section 1017 liabilities issue (2.9); revise supporting memorandum regarding same (4.4). |
| 06/07/10 | B. Rubin | 2.20 | Review and edit memo regarding emergence tax issues (2.2). |
| 06/07/10 | A. Whiteway | 0.40 | Correspondence with Davis Polk regarding tax basis issues. |
| 06/07/10 | A. Whiteway | 2.40 | Review and edit memo regarding emergence tax issues (2.4). |
| 06/08/10 | N. Hazan | 0.60 | Review and correct fifth fee application. |
| 06/08/10 | J. Zajac | 2.60 | Draft and revise 5th quarterly fee statement (2.2); draft March fee statement (.4). |
| 06/08/10 | G. Chan | 5.20 | Research and review additional authorities regarding section 1017 liabilities issue (.4); revise supporting memorandum regarding same (4.8). |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2146476
Invoice Date:   07/21/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/08/10 | B. Rubin | 2.10 | Research and analysis regarding emergence tax issues (2.1). |
| 06/08/10 | A. Whiteway | 2.20 | Research and analysis regarding bankruptcy emergence tax issues (2.2). |
| 06/08/10 | M. Wilder | 1.00 | Review David Levy article on bankruptcy and partnerships in tax deals. |
| 06/13/10 | M. Wilder | 1.70 | Review latest G. Chan draft CPM. |
| 06/13/10 | M. Wilder | 1.50 | Summarize revisions in email to G. Chan. |
| 06/14/10 | G. Chan | 7.70 | Review M. Wilder's comments regarding section 1017 liability memo (2.4); revise memo (5.3). |
| 06/16/10 | G. Chan | 2.30 | Revise section 1017 liability memo (1.9); discuss memo with M. Wilder (0.4). |
| 06/16/10 | M. Wilder | 0.30 | Discuss changes to draft LRM with G. Chan. |
| 06/17/10 | G. Chan | 7.80 | Revise section 1017 liability memo (7.8). |
| 06/17/10 | B. Rubin | 1.40 | Correspondence with client and Sidley regarding exit financing (.3); research and analysis regarding emergence tax planning (1.1). |
| 06/17/10 | A. Whiteway | 1.20 | Correspondence with client and Sidley regarding exit financing (.3); research and analysis of tax issues from emergence plan (.9). |
| 06/17/10 | J. Finkelstein | 0.20 | Review correspondence from Sidley regarding exit financing. |
| 06/18/10 | G. Chan | 3.30 | Revise section 1017 liability memo (3.3). |
| 06/18/10 | M. Wilder | 1.20 | Revisions to latest draft of G. Chan LRMs. |
| 06/21/10 | J. Zajac | 0.60 | Emails with M. Simons re October payments from debtors re fee statement reduction (.2); revisions to 5th quarterly fee application (.4). |
| 06/21/10 | B. Rubin | 1.90 | Preparation for and conference call with Simpson Thacher regarding exit financing issues (1.7); correspondence with client regarding same (.2). |
| 06/21/10 | A. Whiteway | 2.10 | Telephone conference with Simpson Thatcher re debt post emergence issues (1.2); review guarantee documents in preparation for telephone conference (.9). |
| 06/21/10 | J. Finkelstein | 1.00 | Review guarantees and indemnity (.40); participate in conference call with Simpson Thacher regarding same (.40); correspondence with Sidley regarding same (.20). |
| 06/21/10 | M. Wilder | 3.30 | Input revisions to G. Chan memo. |
| 06/21/10 | M. Wilder | 1.40 | Research into implications of 1.752-7 regulations for |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2146476
Invoice Date:  07/21/2010

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | 1017(b)(2). |
| 06/22/10 | G. Chan | 3.40 | Discuss section 1017 memo with M. Wilder (0.3); revise section 1017 memo (3.1). |
| 06/22/10 | A. Whiteway | 3.60 | Review and comment on QSub liquidation plan (1.7); correspondence with Sidley regarding same (.4); conference with co-counsel regarding same (.1); research tax issues regarding emergence (1.4). |
| 06/22/10 | M. Wilder | 4.80 | Continue inputting changes into G. Chan draft LRM. |
| 06/22/10 | M. Wilder | 0.60 | Discuss changes with G. Chan (.50); emails regarding same to G. Chan (.10). |
| 06/23/10 | G. Chan | 9.40 | Review M. Wilder's comments regarding section 1017 memo (1.3); research additional authorities regarding section 1017 memo (2.4); revise section 1017 memo (5.7). |
| 06/23/10 | A. Whiteway | 2.40 | Review loan description (1.1); review and analysis of LLC restructuring (.9); telephone conference with client re emergence tax planning (.4) |
| 06/23/10 | M. Wilder | 1.30 | Review first 3 sections of G. Chan draft LRM. |
| 06/23/10 | M. Wilder | 1.40 | Outline further revisions to LRM in detailed email to G. Chan. |
| 06/24/10 | J. Zajac | 0.20 | Email M. Simons re past fee statements |
| 06/24/10 | G. Chan | 4.30 | Discuss revisions to section 1017 memo with M. Wilder (0.7); review M. Wilder's comments (0.4); revise section 1017 memo (3.2). |
| 06/24/10 | B. Rubin | 3.80 | Review and comment on proposed subsidiary restructuring plan (1.4); correspondence with Sidley regarding same (.2); research and analysis regarding emergence tax issues (2.2). |
| 06/24/10 | A. Whiteway | 1.50 | Review and comment on restructuring transactions (.9); correspondence with Sidley regarding same (.6) |
| 06/24/10 | J. Finkelstein | 1.00 | Review draft reorganization description. |
| 06/24/10 | M. Wilder | 1.40 | Review of liabilities section of draft LRM (.70); discuss comments with G. Chan (.70). |
| 06/25/10 | G. Chan | 9.70 | Review M. Wilder's comments to section 1017 memo (0.7); discuss section 1017 memo with M. Wilder (1.1); revise section 1017 memo (7.9). |
| 06/25/10 | B. Rubin | 2.30 | Review and edit memorandum regarding emergence tax issues. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2146476
Invoice Date:  07/21/2010

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/25/10 | M. Wilder | 0.80 | Further comments on second half of LRM. |
| 06/25/10 | M. Wilder | 1.30 | Discuss changes with G. Chan. |
| 06/26/10 | M. Wilder | 6.30 | Revisions to G. Chan memo. |
| 06/26/10 | M. Wilder | 0.40 | Email lengthy instructions to G. Chan regarding policy distinctions between 108(d)(3) and 1017(b)(2). |
| 06/27/10 | G. Chan | 0.20 | Review M. Wilder's comments regarding section 1017 memo (0.2). |
| 06/28/10 | G. Chan | 4.80 | Review M. Wilder's comments to section 1017 memo (0.6); revise memo (4.2). |
| 06/28/10 | B. Rubin | 4.20 | Review and comment on memorandum regarding subsidiary restructuring (1.3); correspondence with Sidley regarding same (.3); research and analysis regarding emergence tax planning issues (2.60). |
| 06/28/10 | A. Whiteway | 1.70 | Review and analysis of LLC emergence (1.5); correspond with Sidley regarding same (.2) |
| 06/29/10 | J. Zajac | 0.20 | Execute fee application (.1); call with local counsel re same (.1). |
| 06/29/10 | G. Chan | 6.10 | Review M. Wilder's comments on section 1017 memo (1.3); discuss revisions with M. Wilder (0.4); revise memo (4.4). |
| 06/29/10 | B. Rubin | 3.60 | Review and edit memorandum regarding emergence tax issues (2.2); research and analysis regarding same (1.4). |
| 06/29/10 | M. Wilder | 0.40 | Revisions to last section of G. Chan memo. |
| 06/29/10 | M. Wilder | 0.70 | Discuss last section of memo with G. Chan. |
| 06/29/10 | M. Wilder | 1.60 | Input changes to revised draft. |
| 06/30/10 | G. Chan | 0.10 | Correspond with M. Wilder regarding section 1017 memo (0.1). |
| 06/30/10 | B. Rubin | 4.30 | Develop list of emergence tax planning issues and status (2.4); correspondence with client regarding same (.3); review and comment on exit financing term sheet (1.60). |
| 06/30/10 | A. Whiteway | 3.60 | Consider issues for emergence workplan (1.4); correspond with client regarding same (.4); correspond with Sidley re exit financing terms (.2); review and comment on exit financing (1.6) |
| 06/30/10 | J. Finkelstein | 3.50 | Research and analysis regarding emergence tax issues and discuss with co-counsel (2.5 hours); review exit financing term sheet (1 hour). |
| 06/30/10 | M. Wilder | 1.40 | Review articles, reports and history of pre-1980 law on |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2146476
Invoice Date: 07/21/2010

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/30/10 | M. Wilder | 4.50 | fair market value liability floor.<br>Input changes to entire G. Chan LRM. |

| | **Total Hours** | **207.00** | **Total For Services** | **$110,651.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| G. Chan | 88.50 | 320.00 | 28,320.00 |
| J. Finkelstein | 5.70 | 580.00 | 3,306.00 |
| N. Hazan | 2.20 | 570.00 | 1,254.00 |
| B. Rubin | 28.60 | 915.00 | 26,169.00 |
| A. Whiteway | 23.50 | 750.00 | 17,625.00 |
| M. Wilder | 41.00 | 690.00 | 28,290.00 |
| J. Zajac | 17.50 | 325.00 | 5,687.50 |
| **Totals** | **207.00** | | **$110,651.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 06/04/10 | Photocopy<br>Device 09NYK13C. | 13.00 |
| 06/22/10 | Photocopy<br>Device 03WDC14C. | 14.00 |

| | **Total Costs and Other Charges** | **$27.00** |
|--|--|--|
| | **Total This Invoice** | **$110,678.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2146476

07/21/2010

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| G. Chan | 88.50 | 320.00 | 28,320.00 |
| J. Finkelstein | 5.70 | 580.00 | 3,306.00 |
| N. Hazan | 2.20 | 570.00 | 1,254.00 |
| B. Rubin | 28.60 | 915.00 | 26,169.00 |
| A. Whiteway | 23.50 | 750.00 | 17,625.00 |
| M. Wilder | 41.00 | 690.00 | 28,290.00 |
| J. Zajac | 17.50 | 325.00 | 5,687.50 |
| **Totals** | **207.00** | | **$110,651.50** |