MasterCard Worldwide
Law Department
2000 Purchase Street
Purchase, NY 10577-2509

tel 1-914-249-2000
fax 1-914-249-4262

www.mastercard.com



**MasterCard Worldwide**

August 3, 2010

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Attention: Bankruptcy Clerk

Re: Tribune Company, et al.,
Case Number: 08-13141 (KJC)

Dear Sir or Madam:

MasterCard International Incorporated ("MasterCard") is in receipt of the notice of commencement of Chapter 11 Bankruptcy in connection with the above referenced debtor(s).

Please be advised that MasterCard does not maintain accounts or have individual customer relationships with cardholders who hold MasterCard-branded cards issued by banks. Account information is solely maintained by the bank or financial institution that issues the MasterCard-branded card. Such entities issue cards branded with the MasterCard name and mark under license from MasterCard, but the actual relationship with a cardholder is solely that of the issuing institution, which is responsible for providing statements and disclosures to the cardholder as well as collection notices.

Accordingly, MasterCard is not the appropriate entity to be notified of this bankruptcy filing. Kindly direct your notice to the issuing bank and remove MasterCard International from the list of creditors.

Should you have any questions or require any additional information, I may be reached at 914-249-1327.

Very truly yours,

Toni Rogers

198663.1