

**R·M·S**

RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite. 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

August 11, 2010

Clerk
U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Fl
Wilmington, DE 19801

      Response to Debtors Thirty-Fourth Omnibus Objection to Claims
            In re: Tribune Company, *et al.* ("Debtors")
        Case No. 08-13141-(KJC) (Jointly Administered) (Chapter 11)
          Claimant – EMC Corporation, Claim No. 2236 @$235,449.15

Dear Clerk:

     As agent for the creditor, EMC Corporation ("EMC"), we agree that the claim filed on EMC's behalf should be reduced, but we disagree with the proposed amount of $16,784.07. We have removed charges from our original claim for contractual services cancelled from their inception and propose the claim be reduced to $27,459.97 ($26,985.21 – pre-petition & $474.76 – Post Petition). Attached is a copy of our revised Claim Analysis along with invoice copies to support the reduced claim amount.

     In that regard, we ask that the claim be evaluated on its merits in the amount of $26,985.21 as general unsecured AND $474.76 as administrative priority for a total of $27,459.97.

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for EMC Corporation

Enclosures

cc:
James F. Conlan, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

*Counsel to the Debtors and Debtors in Possession*

J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Av., Ste. 1410
Wilmington, DE 19801

*Counsel to the Debtors and Debtors in Possession*

8/11/2010

EMC CORPORATION
CHICAGO TRIBUNE - CLAIM ANALYSIS - 08
INVOICE DETAIL

| COMPANY | CUST# | INVOICE NUMBER | INVOICE DATE | EMC REF NO. | INVOICE AMOUNT | AMOUNT OWED | SERVICE PERIOD BEGINS | SERVICE PERIOD ENDS | TYPE | CLAIM TOTAL | PRE-PETITION | POST-PETITION | EXECUTORY CONTRACT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chicago Tribune Co. | US87188_42144843 | 5207097020 | 05/16/07 | 62033549 | $ 5,400.00 | $ 5,400.00 | | | Services | $ 5,400.00 | $ 5,400.00 | $ - | $ - |
| Chicago Tribune Co. | US87188_42144843 | 5201802401 | 10/18/07 | 62306188 | $ 2,662.95 | $ 2,662.95 | | | Services | $ 2,662.95 | $ 2,662.95 | $ - | $ - |
| Chicago Tribune Co. | US87188_42140319 | 5212158909 | 07/19/08 | Q60414126 | $ 7,554.93 | $ 7,554.93 | 01/01/08 | 12/31/08 | Services | $ 7,554.93 | $ 7,080.17 | $ 474.76 | $ - |
| LA Times | US120593_42212124 | 5202077491 | 10/15/08 | 60006994 | $ 2,662.95 | $ 2,662.95 | | | Services | $ 2,662.95 | $ 2,662.95 | $ - | $ - |
| LA Times | US120593_42212124 | 5216002815 | 12/10/08 | 26230180 | $ 3,235.14 | $ 3,235.14 | | | Services | $ 3,235.14 | $ 3,235.14 | | $ - |
| Los Angeles Times | US120618_42208464 | 5207142514 | 12/10/08 | 62900566 | $ 5,944.00 | $ 5,944.00 | | | Services | $ 5,944.00 | $ 5,944.00 | | |
| Grand Total | | | | | $ 27,459.97 | $ 27,459.97 | | | | $ 27,459.97 | $ 26,985.21 | $ 474.76 | |

SUMMARY:
General Unsecured - Non-Priority    $ 26,985.21
General Unsecured - Priority        $    474.76
Total:                              $ 27,459.97

PAGE 1 OF 1

7/30/2010 <> 3:48 PM

**EMC CORPORATION**
**CHICAGO TRIBUNE - CLAIM ANALYSIS - 07**

BANKRUPTCY DATE: 12/08/08
CONTRACT REJECTION DATE:

| INVOICE NO. | INVOICE AMOUNT | SERVICE PERIOD ||| RATE PER DAY | PRE-PETITION |||| POST-PETITION |||| EXECUTORY CONTRACT ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BEGINS | ENDS | NO. OF DAYS | | BEGINS | ENDS | NO. OF DAYS | AMOUNT | BEGINS | ENDS | NO. OF DAYS | AMOUNT | BEGINS | ENDS | NO. OF DAYS | AMOUNT |
| 5212158909 | $ 7,554.93 | 01/01/08 | 12/31/08 | 366 | $ 20.64 | 01/01/08 | 12/08/08 | 343 | $ 7,080.17 | 12/09/08 | 12/31/08 | 23 | $ 474.76 | | | | $ - |

INVOICE SPLITS

Page 1 of 1

# POC SUPPORT DOCS

# EMC² EMC Corporation
**176 South Street**
where information lives™ Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
04-268009

# Invoice
Page 1

| EMC Sales Order No. | EMC Sales Contact | Payment Terms | Document No. |
|---|---|---|---|
| 62033549 | David Navratil | NET 30 | 5207097020 |
| Waybill No. | Customer PO | Due Date | Document Date |
| | Signed SOW dated 02/01/07 | 06-15-07 | 05/16/07 |

**Bill To:**
CHICAGO TRIBUNE CO
777 WEST CHICAGO AVE
CHICAGO IL 60610
UNITED STATES

**Ship To:**
CHICAGO TRIBUNE CO
777 WEST CHICAGO AVE
CHICAGO IL 60610
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPQO257527 | US87188_42144843 | | | | | 702088.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| PS-CUS-EMC | GENERIC CUSTOM SERVICES | 1.0 | 5400.0 | 5,400.00 |

| | |
|---|---|
| Tax | |
| Total | $ 5,400.00 |

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

All prices are in USD

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693

Past Due Amounts will bear interest at rate of 1.5% per month

Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

# EMC²

**EMC Corporation**
176 South Street
Hopkinton, MA 01748-9103
(508) 435-1000

EMC Tax Code:
04-268009

| EMC Sales Order No. | EMC Sales Contact | Payment Terms | Document No. |
|---|---|---|---|
| 62306188 | Michele Gallello | IMMEDIATE | 5201802401 |
| Waybill No. | Customer PO | Due Date | Document Date |
| 2313179 | Credit card | 10-18-07 | 10/18/07 |

# Invoice
Page 1

**Bill To:**
CHICAGO TRIBUNE CO
777 WEST CHICAGO AVE
CHICAGO IL 60610
UNITED STATES

**ShipTo:**
CHICAGO TRIBUNE CO
777 WEST CHICAGO AVE
CHICAGO IL 60610
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPQO312196 | US87188_42144843 | | SHIPPING POINT | TRANSACTION ONLY | 10-18-07 | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| CE-DIRREG01 | DIRECT REGISTRATION (EMC) | 1.0 | 2690.0 | 2,690.00 |
| | | | Tax: | |
| | | | Total: | $ 2,690.00 |

| The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited. | All prices are in USD |
|---|---|
| | Remit To: |
| | EMC Corporation |
| | 4246 Collections Center Drive |
| | Chicago, IL 60693 |

Past Due Amounts will bear interest at rate of 1.5% per month

Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

# EMC²

*EMC Corporation*
*176 South Street*
*where information lives® Hopkinton, MA 01748-9103*
(508) 435-1000

**EMC Tax Code:**
04-268009

| Document No. |
|---|
| 5212158909 |
| **Document Date** |
| 07/19/08 |

## Invoice

Page 1

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| Q60414126 | David Navratil | NET 30 |
| Waybill No. | Customer PO | Due Date |
| | JHON MARTE | 08-18-08 |

**Bill To:**
CHICAGO TRIBUNE CO
FREEDOM CTR
560 W GRAND AVE
CHICAGO IL 60610
UNITED STATES

**ShipTo:**
CHICAGO TRIBUNE CO
560 W GRAND AVE
CHICAGO IL 60610
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| 118120 | US87188_42140319 | | | | | 0.0 |
| Item | Description | | | Qty | Unit Price | Extended Price |
| DL700 | PREMIUM HARDWARE SUPPORT FROM 01-Jan-2008 TO 31-Dec-2008 | | | 1.0 | 7554.93 | 7,554.93 |
| | | | | Tax: | | |
| | | | | Total: | | $ 7,554.93 |

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

All prices are in USD

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

**EMC²** **EMC Corporation**
**176 South Street**
where information lives® *Hopkinton, MA 01748-9103*
*(508) 435-1000*

EMC Tax Code:
04-268009

| Document No. |
|---|
| 5202077491 |
| Document Date |
| 10/15/08 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 60006994 | North Ameri Misc | NET 30 |
| Waybill No. | Customer PO | Due Date |
| | IR# 23803392 | 11-14-08 |

# Invoice
Page 1

**Bill To:** L A TIMES
202 W 1ST ST

LOS ANGELES CA 90012
UNITED STATES

**ShipTo:** L A TIMES
202 W 1ST ST

LOS ANGELES CA 90012
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| | US120593_42212124 | | SHIPPING POINT | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| T&M LABOR | CUSTOMER SERVICE T&M LABOR | 1.0 | 2460.0 | 2,460.00 |
| | | Tax: | | 202.95 |
| | | Total: | | $ 2,662.95 |

| | |
|---|---|
| All prices are in USD | Remit To: |
| The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited. | EMC Corporation |
| | 4246 Collections Center Drive |
| | Chicago, IL  60693 |

Past Due Amounts will bear interest at rate of 1.5% per month

Comments:  If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

# EMC² EMC Corporation
*176 South Street*
*where information lives® Hopkinton, MA 01748-9103*

(508) 435-1000

EMC Tax Code:
04-268009

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 62900566 | John Burke | NET 30 |
| Waybill No. | Customer PO | Due Date |
| | Visa CC Pymt dated 09/22/08 Alan Pitcher | 01-09-09 |

| Document No. |
|---|
| 5207142514 |
| Document Date |
| 12/10/08 |

# Invoice
Page 1

Bill To: LOS ANGELES TIMES
202 W 1ST ST

LOS ANGELES CA 90012
UNITED STATES

ShipTo: LOS ANGELES TIMES
202 W 1ST ST

LOS ANGELES CA 90012
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPQO434778 | US120618_42208464 | | | | | 924185.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| PS-CUS-EMC | GENERIC CUSTOM SERVICES | 1.0 | 5944.0 | 5,944.00 |

Tax:
Total: $ 5,944.00

| | |
|---|---|
| All prices are in USD | Remit To: EMC Corporation |
| | 4246 Collections Center Drive |
| | Chicago, IL  60693 |

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

**EMC²** *EMC Corporation*
*176 South Street*
*where information lives® Hopkinton, MA 01748-9103*
*(508) 435-1000*

*EMC Tax Code:*
*04-268009*

| EMC Sales Order No. | EMC Sales Contact | Payment Terms | Document No. |
|---|---|---|---|
| 26230180 | North Ameri Quota House | NET 30 | 5216002815 |
| Waybill No. | Customer PO | Due Date | Document Date |
| | CC Payment | 01-09-09 | 12/10/08 |

# Invoice
Page 1

Bill To: L A TIMES
202 W 1ST ST
LOS ANGELES CA 90012
UNITED STATES

ShipTo: L A TIMES
202 W 1ST ST
LOS ANGELES CA 90012
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| | US120593_42212124 | | | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| CE-STD-LBR | CE STANDARD LABOR | 1.0 | 2223.0 | 2,223.00 |
| 078-000-021 | SPS FOR RMS, PROVIDES 200VDC OUTPUT POWER FOR TWO 90 SECOND POWER | 1.0 | 935.0 | 935.00 |
| | | | Tax: | 77.14 |
| | | | Total: | $ 3,235.14 |

| Past Due Amounts will bear interest at rate of 1.5% per month | The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited. | All prices are in USD | Remit To: EMC Corporation 4246 Collections Center Drive Chicago, IL 60693 |
|---|---|---|---|

Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.