# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|------|--------|---------------|-------|-----------------|-------------|
| 6/21/2010 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Telephone call with G. Weitman to discuss corporate visibility for Tribune Company .25 |
| 6/22/2010 | Tribune | Zilka, Jeffrey R. | 1.25 | 875 | In-person meeting with G. Weitman to discuss calendar for emergence, traditional media and speaking platforms for Tribune Company executives 1.25 |
| 6/23/2010 | Tribune | Zilka, Jeffrey R. | 0.75 | 525 | Brief Rebecca Neufeld on speaking platforms research, review initial opportunities .75 |
| 6/23/2010 | Tribune | Neufeld, Rebecca J | 0.75 | 153.75 | .75 Briefing meeting with Jeff Zilka (client background and current speaking opportunity assignment) |
| 6/24/2010 | Tribune | Zilka, Jeffrey R. | 0.75 | 525 | Read, send comments/counsel re: WSJ article on Tribune BK .25 Review and edit list of conferences. Discuss further research with R. Neufeld. Forward to G. Weitman .5 |
| 6/24/2010 | Tribune | Neufeld, Rebecca J | 3.25 | 666.25 | 2.5 - conference/speaking opportunities research online and phone calls; .75 - speaking opportunities recommendation memo development and email to Jeff Zilka |
| 6/25/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Send G. Weitman email with additional conferences for which Tribune CEO would be an appropriate speaker .5 |
| 6/25/2010 | Tribune | Neufeld, Rebecca J | 2 | 410 | 1 - additional conference research; .5 memo addendum and email to Jeff; .25 Gary email review; .25 Jeff edits |
| 6/28/2010 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | F/up with Gary re: speaking opportunities for Tribune operating improvement story. Discuss how social media can be used to communicate operating improvement story; discuss parameters of assignment to identify bloggers .5 |
| | | **JUNE 2010 TOTAL** | **10** | **$    4,030.00** | |