UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141(KJC) |
| Debtor. | Chapter 11 |
| _____/ | Jointly Administered<br>D.I. 5244 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1(e)(i) and the attached certification, I Heather L. Donald, Assistant Attorney General for the State of Michigan, move for admission pro hac vice to represent the State of Michigan, Department of Treasury in the above captioned matter.

/s/ Heather L. Donald
Heather L. Donald (MI 57351)
Assistant Attorney General
State of Michigan
Revenue and Collections Division
3030 W. Grand Blvd, Suite 10-200
Detroit, MI 48202
(313) 456-0140
E-mail: donaldh@michigan.gov

Dated: August 3, 2010

## ORDER GRANTION MOTION

*IT IS HEREBY ORDERD* that counsel's Motion for Admissions pro hac vice is granted.

Dated: August 12, 2010

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED RO HAC VICE

Pursuant to Local Rule 9010-1(e)(i) I certify that I am eligible for admission to this court, and that Association with Delaware Counsel is not required as I am a practicing attorney and in good standing as a member of the Bar of the State of Michigan and I am also admitted to the US District Court for the Eastern District of Michigan. Pursuant to Local Rule 9010-1, I submit to the disciplinary jurisdiction of this Court or any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and I further certify that the annual fee of $25.00 had been paid to the Clerk of the Court for the District of Delaware.

Dated: August 3, 2010

Heather L. Donald (MI 57351)
Assistant Attorney General
State of Michigan
Revenue and Collections Division
3030 W. Grand Blvd, Suite 10-200
Detroit, MI 48202
(313) 456-0140