IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | Related to Docket No. 2142 |

**NOTICE OF WITHDRAWAL OF RESERVATION OF RIGHTS OF DMD SPECIAL SITUATIONS FUNDING LLC WITH RESPECT TO MOTION FOR ORDERS PURSUANT TO 11 U.S.C. §§ 105(A), 363 AND 365 (I) AUTHORIZING TRIBUNE DEBTORS AND CNLBC TO (A) ENTER INTO AND PERFORM OBLIGATIONS UNDER FORMATION AGREEMENT AND ANCILLARY AGREEMENTS, (B) EFFECT PROPOSED BUSINESS COMBINATION RESPECTING CUBS-RELATED ASSETS, INCLUDING INTERESTS IN WRIGLEY FIELD, COMCAST SPORTS NETWORK AND RELATED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, RIGHTS, INTERESTS AND ENCUMBRANCES, AND (C) ASSUME AND ASSIGN EXECUTORY CONTRACTS; (II) AUTHORIZING THE DEBTOR TRIBUNE COMPANY TO ENTER INTO GUARANTEES OF DEBT FINANCING; (III) AUTHORIZING DEBTORS WGN CONTINENTAL BROADCAST COMPANY AND TRIBUNE COMPANY TO ENTER INTO AND PERFORM OBLIGATIONS UNDER RADIO AND TELEVISION BROADCAST AGREEMENTS; AND (IV) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that DMD Special Situations Funding LLC hereby withdraws its *Reservation of Rights of DMD Special Situations Funding, LLC with Respect to, Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I) Authorizing Tribune Debtors and CNLBC to (A) Enter into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Including Interests in Wrigley Field, Comcast Sports Network and Related Assets Free and Clear of all Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume and Assign Executory Contract; (II) Authorizing the Debtor Tribune Company to Enter into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcast Company and Tribune Company to Enter into and Perform Obligations Under Radio and Television Broadcast Agreements; and (IV) Granting Related Relief* [Docket No. 2142], without prejudice.

Dated: August 12, 2010

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ 
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3796)
N. Christopher Griffiths (No. 5180)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
302-658-9141

*Attorneys for DMD Special Situations Funding LLC*

#799104

2