IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tribune Company, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWL OF APPEARANCE

PLEASE TAKE NOTICE that **CapitalSource Finance LLC** and **DMD Special Situations Funding LLC** hereby withdraw their appearance in the above-captioned jointly administered cases.

Dated: August 12, 2010

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Jeffrey C. Wisler (#2795)
Christina M. Thompson (#3976)
1007 North Orange (19801)
P.O. Box 2207
Wilmington, Delaware  19899
Telephone: (302) 658-9141
Telecopy:   (302) 658-0380

Attorneys for CapitalSource Finance LLC and
DMD Special Situations Funding LLC

#799096