**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| | : | |
| | : | **Hearing Date: September 15, 2010 at 11:00 a.m.** |
| Debtors. | : | **Objection Deadline: September 8, 2010 at 4:00 p.m.** |
| | : | |
| | : | **Re: Docket No. 4886 and 4932** |

## NOTICE OF ADJOURNED HEARING

On June 25, 2010, Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures due 2029, Generally Referred to as the PHONES ("Wilmington Trust"), by and through its undersigned counsel, filed its *Motion for Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018* [Docket No. 4886] (the "Motion"). **You were previously served with a copy of the Motion.**

THE HEARING ON THIS MATTER CURRENTLY SCHEDULED FOR AUGUST 20, 2010 AT 10:00 A.M. HAS BEEN ADJOURNED TO **SEPTEMBER 15, 2010 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE, COURTROOM NO. 5.

Dated: August 12, 2010

                                              **BENESCH, FRIEDLANDER, COPLAN
                                                 & ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
          Raymond H. Lemisch, Esquire (No. 4204)
          Jennifer R. Hoover, Esquire (No. 5111)
          222 Delaware Avenue, Suite 801
          Wilmington, DE 19801
          (302) 442-7010 (telephone)
          (302) 442-7012 (facsimile)
          rlemisch@beneschlaw.com
          jhoover@beneschlaw.com

          -and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*