**Exhibit 5**

**Rejecting Class Notice**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF NON-VOTING STATUS FOR
### IMPAIRED CLASSES DEEMED TO REJECT THE PLAN

TO: ALL HOLDERS OF CLAIMS AND INTERESTS IN CLASS 1I (EGI-TRB LLC NOTES CLAIMS AGAINST TRIBUNE COMPANY), CLASS 1J (PHONES NOTES CLAIMS AGAINST TRIBUNE COMPANY), CLASS 1L (SECURITIES LITIGATION CLAIMS AGAINST TRIBUNE COMPANY), CLASS 1M (TRIBUNE INTERESTS), CLASSES 50D THROUGH 111D (BRIDGE LOAN GUARANTY CLAIMS), <u>AND</u>

CLASSES 2L THROUGH 111L (SECURITIES LITIGATION CLAIMS AGAINST THE FILED SUBSIDIARY DEBTORS) AND ANY HOLDERS OF SECURITIES LITIGATION CLAIMS AGAINST (I) TRIBUNE NATIONAL MARKETING COMPANY, (II) TRIBUNE ND, INC., (III) TRIBUNE INTERACTIVE, INC., AND (IV) TRIBUNE (FN) CABLE VENTURES, INC.

1. On June 4, 2010, the debtors and debtors in possession in the above-captioned chapter 11 cases (each a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>") filed the Amended Joint Plan of Reorganization for Tribune Company and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Its Subsidiaries (as may be amended or supplemented from time to time, the "Plan").  Capitalized terms not defined herein have the meanings given to them in the Plan.

2. On June 7, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Solicitation Order") approving the Disclosure Statement with respect to the Plan (as may be amended or supplemented from time to time, the "Disclosure Statement") and the Debtors' procedures for soliciting votes on the Plan.

3. You have been sent this notice because you have been identified as a Holder of a Claim or Interest in certain Classes under the Plan in which Claims or Interests are Impaired by the Plan and in which the Holders of such Claims or Interests will not receive or retain any property under the Plan on account of their Claims or Interests.  This applies to Holders of (i) Claims in Class 1I (EGI-TRB Notes Claims against Tribune Company), (ii) Claims in Class 1J (PHONES Notes Claims against Tribune Company), (iii) Claims in Class 1L (Securities Litigation Claims against Tribune Company), (iv) Interests in Class 1M (Tribune Interests), (v) Claims in Classes 50D through 111D (Bridge Loan Guaranty Claims), and (vi) Claims in Classes 2L through 111L (Securities Litigation Claims against Filed Subsidiary Debtors).  As a result, in accordance with the terms of the Plan and Section 1126(g) of the Bankruptcy Code, Holders of Claims and Interests in those Classes are conclusively presumed to reject the Plan and are not entitled to vote on the Plan.

4. The Plan also constitutes a Prepackaged Plan of Reorganization (a "Prepackaged Plan") for any Guarantor Non-Debtors that may commence chapter 11 cases, including (i) Tribune National Marketing Company, (ii) Tribune ND, Inc., (iii) Tribune Interactive, Inc., and (iv) Tribune (FN) Cable Ventures, Inc.  You may also have received this notice because the Debtors have identified you as a Holder of a Securities Litigation Claim against one of those entities.  The Prepackaged Plan provides that such Securities Litigation Claims will not receive or retain any property under the Prepackaged Plan on account of such Claims and, in accordance with the terms of the Prepackaged Plan and Section 1126(g) of the Bankruptcy Code, Holders of such Claims are conclusively presumed to reject the Prepackaged Plan and are not entitled to vote on the Prepackaged Plan.

5. This notice and the Confirmation Hearing Notice are provided to you for informational purposes only.  If you have any questions regarding the status of your Claim(s) and/or Interest(s) or wish to obtain copies of the Disclosure Statement, the Plan, or the Solicitation Order, you may request such information by contacting the Voting Agent (i) by first-class mail addressed to: Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to: Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; or (iii) by telephone at (646) 282-2400. Copies of the Disclosure Statement, the Plan, and the Solicitation Order are also available on the Internet at http://chapter11.epiqsystems.com/tribune or from the Bankruptcy Court's website at http://www.deb.uscourts.gov.

Dated:   June [16], 2010

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE SCHOTZ MEISEL FORMAN & LEONARD, P.A. |
| James F. Conlan | Norman L. Pernick (No. 2290) |
| Bryan Krakauer | J. Kate Stickles (No. 2917) |
| Janet E. Henderson | Patrick J. Reilley (No. 4451) |
| Kenneth P. Kansa | 500 Delaware Avenue, Suite 1410 |
| D'Lisia E. Bergeron | Wilmington, Delaware 19801 |
| One South Dearborn Street | Telephone:  (302) 652-3131 |
| Chicago, Illinois 60603 | Facsimile:   (302) 652-3117 |
| Telephone:  (312) 853-0199 | |
| Facsimile:   (312) 853-7036 | |

Counsel for Debtors and Debtors In Possession