**Exhibit 14**

| Claim Name | Address Information |
|---|---|
| AIG ANNUITY INSURANCE COMPANY | C/O AIG ASSET MGMT GROUP ATTN: TOKI SHAW 2929 ALLEN PARKWAY, A36-10 HOUSTON TX 77019 |
| BANK OF AMERICA, N.A. | SERVICE TEAM TLC004 101 NORTH TRYON STREET 15TH FLOOR, NC1-001-15-01 CHARLOTTE NC 28255 |
| BARCLAYS BANK PLC | JOSEPH LO/MYLES KASSIN 70 HUDSON STREET JERSEY CITY NJ 07302 |
| BLUE RIDGE INVESTMENTS LLC | SERVICE TEAM TLC004 101 NORTH TRYON STREET 15TH FLOOR, NC1-001-15-01 CHARLOTTE NC 28255 |
| CFIP MASTER FUND LTD | ATTN: RON KLIPSTEIN 71 SOUTH WACKER DRIVE SUITE 3495 CHICAGO IL 60606 |
| CITICORP NORTH AMERICA INC | JUSIN ROBINSON/JULIO VELASCO 1615 BRETT ROAD NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC | KENNETH KEELEY/BRIAN BLESSING 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| COMMERZBANK AG LONDON BRANCH | SILVIA GERGS BOITE POSTALE 265, L-2012 LUXEMBOURG 6A, ROUTE DE TREVES, L-2633, 213319-75 SENNINGBERG 119317 LUXEMBOURG |
| CORPORATE DEBT OPPORTUNITIES FUND LP | PRASHANTH BOBBA C/O MARATHON ASSET MANAGEMENT 1 BRYANT PARK, 38TH FLOOR NEW YORK NY 10017 |
| DEUTSCHE BANK AG LONDON BRANCH | ATTN: CHAD VALERIO 60 WALL ST. 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG NEW YORK BRANCH | ATTN: CHAD VALERIO 60 WALL ST. 3RD FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS LLC | ATTN: ANDREW CADITZ 85 BROAD ST NEW YORK NY 10004-2434 |
| JPMORGAN CHASE BANK NATIONAL ASSOCIATION | JEFFREY L. PANZO/RYAN J. HANKS 4 NY PLAZA 16TH FLOOR NEW YORK NY 10004 |
| KELTS LLC | C/O THE ROYAL BANK OF SCOTLAND ATTN: HARRY POOL 600 WASHINGTON BLVD STAMFORD CT 06901 |
| KING STREET CAPITAL LP | NICK RENWICK 65 EAST 55TH STREET 30TH FLOOR NEW YORK NY 10022 |
| KINGSTREET ACQUISITION COMPANY LLC | NICK RENWICK 65 EAST 55TH STREET 30TH FLOOR NEW YORK NY 10022 |
| LISPENARD STREET CREDIT MASTER LTD | HOLLY SANTORO/JAVELLE HOUSTON 277 PARK AVENUE 48TH FLOOR NEW YORK NY 10167 |
| MARATHON CREDIT DISLOCATION FUND LP | PRASHANTH BOBBA C/O MARATHON ASSET MANAGEMENT 1 BRYANT PARK, 38TH FLOOR NEW YORK NY 10017 |
| MARATHON CREDIT MASTER FUND LTD | PRASHANTH BOBBA C/O MARATHON ASSET MANAGEMENT 1 BRYANT PARK, 38TH FLOOR NEW YORK NY 10017 |
| MARATHON CREDIT OPPORTUNITY | MASTER FUND LTD, PRASHANTH BOBBA C/O MARATHON ASSET MANAGEMENT 1 BRYANT PARK, 38TH FLOOR NEW YORK NY 10017 |
| MARATHON SPECIAL OPPORTUNITY | MASTER FUND LTD, PRASHANTH BOBBA C/O MARATHON ASSET MANAGEMENT 1 BRYANT PARK, 38TH FLOOR NEW YORK NY 10017 |
| MCDONNELL LOAN OPPORTUNITY LTD | ATTN: KATHLEEN ZARN/SANDRA KING 1515 WEST 22ND STREET, 11TH FLOOR OAK BROOK IL 60523 |
| MERRILL LYNCH CAPITAL SERVICES INC | MICHAEL O'BRIEN/LOAN SERVICING 4 WORLD FINANCIAL CENTER NEW YORK NY 10080 |
| MORGAN STANLEY PRIME INCOME TRUST | ATTN: ROBERT DROBNY/FILICIA BLOOM ONE PARKVIEW PLAZA, SUITE 100 OAK TERRACE IL 60181 |
| PENTELI MASTER FUND LTD | PRASHANTH BOBBA C/O MARATHON ASSET MANAGEMENT 1 BRYANT PARK, 38TH FLOOR NEW YORK NY 10017 |
| PERRY PRINCIPALS LLC | STEVEN M. GOLUB/ JAMES SORRENTINO 767 FIFTH AVENUE 20TH FLOOR NEW YORK NY 10153 |
| SCOGGIN CAPITAL MANAGEMENT II LLC | BD TRADES 660 MADISON AVENUE 20TH FLOOR; ATTENTION BD TRADES NEW YORK NY 10065 |
| SCOGGIN INTERNATIONAL FUND, LTD | BD TRADES 660 MADISON AVENUE 20TH FLOOR; ATTENTION BD TRADES NEW YORK NY 10065 |
| SCOGGIN WORLDWIDE FUND LTD | BD TRADES 660 MADISON AVENUE 20TH FLOOR; ATTENTION BD TRADES NEW YORK NY 10065 |
| STONEHILL INSTITUTIONAL PARTNERS LP | MICHAEL STERN/STEVEN NELSON C/O STONEHILL CAPITAL MANAGEMENT, LLC 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL OFFSHORE PARTNERS LIMITED | MICHAEL STERN/STEVEN NELSON C/O STONEHILL CAPITAL MANAGEMENT, LLC 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| SWISS RE FINANCIAL PRODUCTS CORP | MARK MCCATHY/DAVE STARR 55 EAST 52ND STREET NEW YORK NY 10055 |
| VAN KAMPEN DYNAMIC CREDIT OPPORTUNITIES | FUND ATTN: ROBERT DROBNY/FILICIA BLOOM ONE PARKVIEW PLAZA, SUITE 100 OAK TERRACE IL 60181 |
| VAN KAMPEN SENIOR INCOME TRUST | ATTN: ROBERT DROBNY/FILICIA BLOOM ONE PARKVIEW PLAZA, SUITE 100 OAK TERRACE IL |

| Claim Name | Address Information |
|---|---|
| VAN KAMPEN SENIOR INCOME TRUST | 60181 |
| VAN KAMPEN SENIOR LOAN FUND | ATTN: ROBERT DROBNY/FILICIA BLOOM ONE PARKVIEW PLAZA, SUITE 100 OAK TERRACE IL 60181 |
| WATERSTONE MARKET NEUTRAL MASTER FUND | VINCENT CONLEY/KEVIN CAVANAUGH 2 CARLSON PARKWAY SUITE 260 PLYMOUTH MN 55447 |
| WOODLANDS COMMERCIAL BANK | RANDALL BRAUNFELD C/O LEGACY ASSET MANAGEMENT COMPANY 1271AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| ZODIAC FUND MORGAN STANLEY US SENIOR | LOAN FUND ROBERT DROBNY/FILICIA BLOOM ONE PARKVIEW PLAZA, SUITE 100 OAK TERRACE IL 60181 |

**Total Creditor count  38**