**Exhibit 19**

| Claim Name | Address Information |
| --- | --- |
| NATIONAL FARM LIFE INSURANCE COMPANY | ATTN: JD DAVID JR BOX 1486 FORTH WORTH TX 76101-1486 |
| RITA BOUDREAU | PO BOX # 441 VINELAND NJ 08362-0441 |

**Total Creditor count  2**