**Exhibit 21**

| Claim Name | Address Information |
|---|---|
| CAGNEY, MONICA | 10 FOREST ST BAYVILLE NY 11709-1948 |
| DALMAU, BARBARA A | 12 TILDEN DR NOVATO CA 94947-4625 |
| EGI-TRB, L.L.C | ATTENTION: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| FITZSIMONS, DENNIS | MCCORMICK TRIBUNE FOUNDATION 435 N. MICHIGAN AVENUE CHICAGO IL 60601 |
| GARY, JESSE M | 330 FIELD COURT SUN PRAIRIE WI 53590 |
| GRENESKO, DONALD C | 130 THORN TREE LANE WINNETKA IL 60093 |
| HURT, ALBERT L | 6536 S MARYLAND 2ND FLOOR CHICAGO IL 60637 |
| INNES, MICHAEL A & DEBRA JT TEN | 50 REDBUD RIDGE PL THE WOODLANDS TX 77380-3411 |
| LYLE, JOHN | 361 E 50TH ST APT 3H NEW YORK NY 10022-7953 |
| MCCORMICK TRIBUNE FOUNDATION | C/O DENNIS FITZSIMONS 435 N. MICHIGAN AVENUE CHICAGO IL 60611 |
| MERRILL LYNCH CAPITAL CORP., AS AGENT | ATTN: SHARON HAWKINS LOAN OPERATIONS 600 E. LAS COLINAS BLVD., SUITE 1300 IRVING TX 75039 |
| PENNINGTON, STEPHEN | 3005B HIRTER RD ST JOSEPH MO 64506-1552 |
| TIGHE, JAMES H | 2120 SPRINGFIELD AVE FORT WAYNE IN 46805-1540 |
| TOWER CH, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER DC, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER DL, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER EH, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER GREENSPUN DGSPT, LLC | 901 GREEN VALLEY PARKWAY, SUITE 210 HENDERSON NV 89074 |
| TOWER GREENSPUN JGGSTP, LLC | 901 GREEN VALLEY PARKWAY, SUITE 210 HENDERSON NV 89074 |
| TOWER GREENSPUN SGFFT, LLC | 901 GREEN VALLEY PARKWAY, SUITE 210 HENDERSON NV 89074 |
| TOWER GREENSPUN, L.L.C. | 901 GREEN VALLEY PARKWAY, SUITE 210 HENDERSON NV 89074 |
| TOWER HZ, LLC | ATTN: MARC D. HAUSER C/O EGI-TRB, LLC, AS AUTHORIZED AGENT 2 NORTH RIVERSIDE PLAZA, STE 600 CHICAGO IL 60606 |
| TOWER JB, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER JK, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER JP, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER JS, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER KS, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER LL, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER LM, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER LZ, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER MH, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER MS, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER MZ, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER NL, L.L.C. | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| TOWER PH, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER PT, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER SF, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER TT, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER VC, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TOWER WP, L.L.C. | C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO IL 60606 |
| TREASURER, OKLAHOMA STATE | UNCLAIMED PROPERTY DIVISION 4545 N. LINCOLN BLVD., STE. 106 OKLAHOMA CITY OK 73105 |
| TRIBUNE EMPLOYEE STOCK OWNERSHIP PLAN | C/O GREATBANC TRUST COMPANY 801 WARRENVILLE ROAD SUITE 500 LISLE IL 60532 |
| U.S. DEPARTMENT OF LABOR | ELIZABETH GOLDBERG, OFC OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVENUE, N.W. STE N-4611 WASHINGTON DC 20210 |
| VALUATION RESEARCH CORPORATION | 500 5TH AVE 39TH FL NEW YORK NY 10110 |

**Total Creditor count  44**