**Exhibit 22**

| Claim Name | Address Information |
|---|---|
| AMERIPRISE  (0216) | MARY WALKER OR PROXY DEPT. 2178 AXP FINANCIAL CENTER MINNEAPOLIS MN 55474 |
| ASSENT   (0442) | JOHN HOFFMAN OR PROXY DEPT. 5 MARINE PLAZA SUITE 102 HOBOKEN NJ 07030 |
| BANK OF AMERICA NA/GWIM   (0955) | SHARON BROWN OR PROXY DEPT. 1201 MAIN DALLAS TX 75202 |
| BROADRIDGE | JOB N33213 50 EMJAY BLVD. BRENTWOOD NY 11717 |
| CHARLES SCHWAB & CO.   (0164) | EVA FLORES OR PROXY DEPT. 211 MAIN STREET SAN FRANCISCO CA 94105 |
| CIBC WORLD MARKETS  /CDS (5030) | JERRY NICASTRO OR PROXY DEPT. 161 BAY STREET 10TH FLOOR TORONTO ON M5J 2S8 CAN |
| CITIGROUP GLOBAL MARKETS    (0418) | PAT HALLER OR PROXY DEPT. 111 WALL ST 6TH FLOOR NEW YORK NY 10005 |
| COMERICA  (2108) | GLORIA IMHOFF OR PROXY MGR 411 WEST LAFAYETTE MAIL CODE 3530 DETROIT MI 48226 |
| CREDIT SUISSE SECURITIES (USA)    (0355) | EMILY CONNORS OR PROXY DEPT. 7200 KIT CREEK ROAD BUILDING 11, 2ND FLOOR RESEARCH TRIANGLE PARK NC 27709 |
| CUSTODIAL TRUST COMPANY (2424) | MARGARET AKO-ADO OR PROXY DEPT. MAIL CODE TX1-J165 14201 DALLAS PKWY 2ND FLOOR DALLAS TX 75254-2916 |
| DEPOSITORY TRUST CO | ED HAIDUK 55 WATER ST 25TH FLOOR NEW YORK NY 10041 |
| DEPOSITORY TRUST CO | HORACE DALEY 55 WATER ST 25TH FLOOR NEW YORK NY 10041 |
| E*TRADE CAP MKTS (3550) | ERIKA DILIBERTO OR PROXY MGR ONE FINANCIAL PLACE STE 3030 440 S. LASALLE STREET CHICAGO IL 60605 |
| E*TRADE CLEARING   (0385) | M. FREIFIELD OR PROXY DEPT. 1981 MARCUS AVENUE 1ST FLOOR LAKE SUCCESS NY 11042 |
| EDWARD JONES (0057) | STEPHANIE VOLZ OR PROXY MGR CORPORATE ACTIONS & DISTRIBUTION 12555 MANCHESTER ROAD ST. LOUIS MO 63131 |
| FIRST CLEARING   (0141) | MICHELE URESH OR PROXY DEPT. 2801 MARKET STREET MO 3540 ST. LOUIS MO 63103 |
| GOLDMAN  SACHS (0005 & 0501) | VANESSA CAMARDO OR PROXY MGR 30 HUDSON STREET PROXY DEPARTMENT JERSEY CITY NJ 07302 |
| INTERACTIVE BRKRS (0534) & TIMBER HILL (0549) | MARIA TARDIO OR PROXY MGR 1 PICKWICK PLAZA GREENWICH CT 06830 |
| LEGENT CLEARING   (0052) | AMBRA STRAIGHT OR PROXY DEPT. 9300 UNDERWOOD AVENUE SUITE 400 OMAHA NE 68114 |
| MEDIANT COMMUNICATIONS | VINNY MISIANO 109 N. FIFTH STREET SADDLEBROOK NJ 07663 |
| MERRILL LYNCH   (0161) | ROBERT BURKE OR PROXY DEPT. C/O TRITECH SERVICES 4 CORPORATE PLACE CORPORATE PARK 287 PISCATAWAY NJ 08854 |
| MERRILL LYNCH (5198) | VERONICA O'NEILL OR PROXY MGR 101 HUDSON STREET 8TH FLOOR JERSEY CITY NJ 07302 |
| MORGAN STANLEY & CO.    (0050) | JONATHAN GOLDMAN OR PROXY DEPT. ONE NEW YORK PLAZA 7TH FLOOR NEW YORK NY 10004 |
| MORGAN STANLEY SMITH BARNEY    (0015) | DAVID SAFRAN OR PROXY DEPT. 601 HARBORSIDE FINANCIAL CENTER PLAZA 3, 6TH FLOOR JERSEY CITY NJ 07311 |
| NATIONAL FINANCIAL SERVICES    (0226) | PAUL GALENO OR PROXY DEPT. 1 WORLD FINANCIAL CENTER 200 LIBERTY STREET, 5TH FLOOR NEW YORK NY 10004 |
| PENSON FINANCIAL SERVICES    (0234) | HEATHER BEASLEY OR PROXY DEPT. 1700 PACIFIC AVENUE SUITE 1400 DALLAS TX 75201 |
| PERSHING   (0443) | EDDIE ORLANDO OR PROXY DEPT. 1 PERSHING PLAZA 7TH FLOOR - REORG. JERSEY CITY NJ 07399 |
| RBC CAPITAL MARKETS   (0235) | TARA OLMANSON OR PROXY DEPT. 510 MARQUETTE AVE SOUTH MINNEAPOLIS MN 55402 |
| RBC DOMINION SECURITIES  /CDS (5002) | DESIREE D'MELLO OR PROXY DEPT. ROYAL BANK PLAZA 200 BAY ST 6TH FL, NORTH TOWER TORONTO ON M5J 2W7 CAN |
| RIDGE CLEARING (0158) | MINA ROBERTSON OR PROXY DEPT. 1981 MARCUS AVENUE 1ST FLOOR LAKE SUCCESS NY 11042 |
| SCOTTRADE   (0705) | SONJA BRADLEY-WADLEY OR PROXY DEPT. 12855 FLUSHING MEADOWS DRIVE ST. LOUIS MO 63131 |
| TD AMERITRADE CLEARING    (0188) | GARY SWAIN OR PROXY DEPT. 1005 NORTH AMERITRADE PLACE BELLVIEW NE 68005 |
| TIMBER HILL (0549) | MARIA TARDIO OR PROXY MGR 1 PICKWICK PLAZA GREENWICH CT 06830 |
| UBS FINANCIAL SERVICES    (0221) | SALVATORE SCHIAVONE OR PROXY DEPT. 1000 HARBOR BLVD WEEHAWKEN NJ 07086 |
| UBS SECURITIES   (0642) | JEFF LAZARUS OR PROXY DEPT. 480 WASHINGTON BLVD. 12TH FLOOR JERSEY CITY NJ 07310 |
| USAA INVESTMENT (0367) | JOSEPH BALLESTEROS OR PROXY DEPT. 9800 FREDRICKBURG ROAD SAN ANTONIO TX 78211 |
| VANGUARD MARKETING    (0062) | PAUL NONNON OR PROXY DEPT. 525 WASHINGTON BLVD. NEW PORT TOWERS JERSEY CITY NJ 07310-1607 |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WELLS FARGO INVESTMENT (0733) | MARGARET KLASEN OR PROXY DEPT. 625 MARQUETTE AVENUE 13TH FLOOR MINNEAPOLIS MN 55402-2308 |

**Total Creditor count  38**