**Exhibit 25**

| Claim Name | Address Information |
|---|---|
| 6400-6500 PARK OF COMMERCE BOULEVARD, LLC | JONES DAY ATTN: BRETT BERLIN, ESQ. 1420 PEACHTREE STREET, N.E. SUITE 800 ATLANTA GA 30309 |
| ABATEMARCO, FRED A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ACE AMERICAN INSURANCE COMPANY | C/O ACE USA 436 WALNUT STREET ATTN: COLLATERAL MANAGER PHILADELPHIA PA 19106 |
| AFFILIATED MEDIA, INC. ET AL | ATTN: KATHRYN A. COLEMAN, ESQ. AND ERIC J. FROMME, ESQ. HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| ALCANTA, GERALD J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ALFANO, RICHARD S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| AMERICAN FEDERATION OF TELEVISION AND | BABETTER A CECCOTTI COHEN, WEISS AND SIMON LLP 330 WEST 42ND STREET, 25TH FLOOR NEW YORK NY 10036 |
| AMERICAN FEDERATION OF TELEVISION AND | BABETTE A. CECCOTTI COHEN,WEISS AND SIMON LLP 330 WEST 42ND STREET, 25TH FLOOR NEW YORK NY 10036 |
| AMERICAN FEDERATION OF TELEVISION AND | BABETTE A. CECCOTTI COHEN, WEISS AND SIMON LLP 330 WEST 42D STREET, 25TH FLOOR NEW YORK NY 10036 |
| AMERICAN FEDERATION OF TELEVISION AND | BABETTE A. CECOTTI COHEN, WEISS AND SIMON LLP 330 WEST 42ND STREET, 25TH FLOOR NEW YORK NY 10036 |
| AMERICAN FEDERATION OF TELEVISION AND | BABETTE A. CECOTTI COHEN, WEISS AND SIMON LLP 330 WEST 42ND STREET, 25T FL NEW YORK NY 10036 |
| ARMSTRONG, MICHAEL C. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ARNOLD, GARY M. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ARTHUR, JOHN M. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BANK OF AMERICA PENSION PLAN | BANK OF AMERICA PENSION PLAN C/O MAUREEN OCAMPO, CCO CAMDEN ASSET MANAGEMENT, LP 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067 |
| BARCLAYS BANK PLC | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| BARCLAYS BANK PLC | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1674 BROADWAY NEW YORK NY 10019 |
| BARCLAYS BANK PLC | MAYER BROWN ATTN: BRIAN TRUST, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| BARLOW, WILLIAM H. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BARRETT, DAVID S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BARTZ, JAROLD M. | VANGUARD BROKERAGE SERVICES JAROLD M. BARTZ TRAD IRA VITCAS CUSTODIAN ACCT # 7497809 |
| BARWICK, BRUCE E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BECKER, TODD A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BELAND, DAVID C | DAVID C. BELAND 1934 FAIRBURN AVE. LOS ANGELES CA 90025 |
| BELL, GEORGE | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BELL, SUSAN P. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BERGMANN, HORST A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BLOOD, EDWARD L. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BOWEN, SHARON M. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BOWLIN, GREGORY L. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BRANDT, ROBERT F. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BRAUER, ALAN L. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BRENNAN, LEO | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BRIEF, KENNETH H. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BRISCO, ROBERT N. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| BROADSPIRE SERVICES INC. | CRAWFORD & COMPANY 4680 NORTH ROYAL ATLANTA DRIVE TUCKER GA 30084-3001 |
| BRYSON, JOHN E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CAMPBELL, PATRICIA . | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CARPENTER, DIAN S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CARROLL, JOHN S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CASEY, KATHLEEN M. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CCI EUROPE INTERNATIONAL INC | JONES DAY ATTN WILLIAM J. HINE, ESQ AND ROSS BARR, ESQ 222 EAST 41ST STREET |

| Claim Name | Address Information |
|---|---|
| CCI EUROPE INTERNATIONAL INC | NEW YORK NY 10017 |
| CCI EUROPE INTERNATIONAL INC | JONES DAY 222 EAST 41ST STREET ATTN: WILLIAM J HINE & ROSS BARR, ESQS. NEW YORK NY 10017 |
| CHANDHOK, RAJENDER K. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CHANDLER, BETTINA W. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CHARLES, RANDOLPH R. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CHASE BANK USA, N.A. | DAVIS POLK & WARDWELL ATTN: DONALD S. BERNSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CLAYTON, JANET T. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CLEAR CHANNEL BROADCASTING INC | CLEAR CHANNEL BROADCASTING INC. ATTN: KATIE HOLLOWAY, CONTROLLER - RADIO DIVISION 112 EAST PECAN STREET, SUITE 1800 SAN ANTONIO TX 78209 |
| CLIFFORD, PATRICK A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CLURMAN, ANDREW W. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| COAPSTICK, LOUISE G. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| COFFEY, SHELBY C. III | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| COLLINS, ROBERT | COLLINS, ROBERT 17223 VALENCIA BLV LOXAHATCHEE FL 33470 |
| COLSTON, JAMES WILLARD | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| COPPENS, STUART K. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| COTLIAR, GEORGE J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CROWDER, GRACE E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| CSC HOLDINGS, INC., ET AL | HUGHES HUBBARD & REED LLP ATTENTION: MICHAEL LUSKIN, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| DARNALL, JOHN | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| DAVIS, KENNETH | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA PA 19114 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | MCCARTER & ENGLISH, LLP ATTN: DAVID J. ADLER, ESQ. 245 PARK AVENUE 27TH FLOOR NEW YORK NY 10167 |
| DEYOUNG, BARBARA R. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| DILL, JOHN F. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| DILWORTH, ANN E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| DOWNES, MARY M. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| DOWNING, KATHRYN M. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| DREHER, BEVERLY A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| DREWRY, ELIZABETH V. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| DUBESTER, MICHAEL S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| DYER, JOHN | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| EGAN, PAUL H. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| EL SHADDAI TEMPLE OF JESUS CHRIST | EL SHADDAI TEMPLE OF JESUS CHRIST PO BOX 396 WHITE MARSH MD 21162 |
| EQUITY OVERLAY FUND, LLC | EQUITY OVERLAY FUND LLC C/O MAUREEN OCAMPO, CCO CAMDEN ASSET MANAGEMENT, LP 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067 |
| ERBURU, ROBERT F. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ESGRO, DAVID A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ESTATE OF EUGENE L. FALK | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ETHICS & EXCELLENCE IN JOURNALISM | SIMPSEN, KRISTIN, ESQ. MCAFEE & TAFT 10TH FL, 2 LEADERSHIP SQ 211 N ROBINSON OKLAHOMA CITY OK 73102 |
| FALK, JOANNE K. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| FERNALD, PETER J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| FITZGERALD, JAMES E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| FLICK, JOHN E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| FORGIONE, MICHAEL J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |

| Claim Name | Address Information |
|---|---|
| FORST, DONALD | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| FOX, DOUGLAS B. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| FREMANTLEMEDIA NORTH AMERICA, INC. | STROOCK & STROOCK & LAVAN LLP 2029 CENTURY PARK EAST, SUITE 1800 ATTN: SCHUYLER MOORE ERIC F. HARBERT LOS ANGELES CA 90067 |
| FROST, DANIEL F. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| GASTLER, DEBRA A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| GOLDSTEIN, GARY P. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| GRAHAM, KENNETH | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| GRANT, ROBERT T. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| GUERRERO, RICHARD | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| GUITTAR, LEE J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| GUTHRIE, JAMES F. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| GUTTRY, DELYNN | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HALAJIAN, KENNETH L. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HALL, CHARLOTTE H. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HALLE, JEAN | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HAUGH, MICHAEL J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HEAPHY, JANIS | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HELIN, JAMES D. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HENSON, PAMELA D. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HERNANDEZ, IRENE | BERNSTEIN LAW P.C. 16000 VENTURA BLVD #1000 ENCINO CA 91436 |
| HESSLER, CURTIS A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HIGBY, JAMES H. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HIGBY, LAWRENCE M. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HOLTON, RAYMOND | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HORN, KAREN LAUKKA | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HOWARD, LESLIE M. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HOWE, MARK E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| HUGHES, JOSEPH M. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| IDEAL SIGNS | THOMAS & ASSOCIATES, LLC 6502 BANDERA RD #211 SAN ANTONIO TX 78238 |
| IMBRIACO, JAMES | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| INASMUCH FOUNDATION | SIMPSEN, KRISTEN, ESQ. MCAFEE & TAFT 10TH FL, 2 LEADERSHIP SQ. 211 N. ROBINSON OKLAHOMA CITY OK 73102 |
| INDIANAPOLIS POWER & LIGHT COMPANY | LACHELLE D. STEPP 8520 ALLISON POINTE BLVD. SUITE 200 INDIANAPOLIS IN 46250 |
| INTELSAT CORPORATION | STEPHEN A. CHERNOW, ASST. GEN. COUNSEL 3400 INT'L DR., N.W. WASHINGTON DC 20008 |
| INTERNAP NETWORK SERVICES CORPORATION | PO BOX 200111 PITTSBURGH PA 15251-0111 |
| ISAKSEN INVESTMENTS LLC | J. BENNETT FRIEDMAN, ESQ FRAIDMAN LAW GROUP 1900 AVENUE OF THE STARS, SUITE 1800 LOS ANGELES CA 90067-4409 |
| ISENBERG, STEVEN L. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ISINGER, WILLIAM R. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| JANSEN, RAYMOND A. JR. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| JOHNSON, EDWARD E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| JOHNSON, ROBERT M. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| JOHNSON, W. THOMAS, JR. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| JPMORGAN CHASE BANK, N.A. | DAVIS POLK & WARDWELL ATTENTION: DONALD S. BERNSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A. | DAVIS POLK & WARDWELL ATTN: DONALD S. BERNSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A. | DAVIS POLK & WARDWELL ATTN: DONALD S. BERSTEIN 450 LEXINGTON AVENUE NEW YORK |

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | NY 10017 |
| JPMORGAN CHASE BANK, N.A. | DAVIS POLK WARDWELL ATTN: DONALD S. BERNSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A. | DONALD S. BERNSTEIN DAVIS POLK & WARDWELL 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A., ET AL. | DAVIS POLK & WARDWELL ATTN: DONALD S. BERNSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A., ET AL. | DAVIS POLK & WARDWELL 4ATTN: DONALD S. BERNSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| JUNCK, MARY E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KABAK, SCOTT W. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KALLET, JUDITH S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KCCL 92.1 KHITS | KCCL92.1 KHITS 298 COMMERCE CIRCLE SACRAMENTO CA 95815 |
| KELLER, WILLIAM | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KELLERMANN, DONALD S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KING, VICTORIA | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KLEIN, JASON E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KLEIN, JEFFREY S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KLEINER, ARNOLD J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KLUTNICK, SUSAN K. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KOPPER, JAMES L. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KUCERA, PHILIP E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KUEKES, SALLY | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| KURTICH, MARK H. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| LAFRANCE, KIMBERLY MCCLEARY | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| LANKEY, JEFFREY W. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| LAVENTHOL, DAVID A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| LEESCHNEIDER, R. MARILYN | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| LEVIN, MARTIN P. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| LEVINE, JESSE E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| LINDSAY, JOHN P. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| LOBDELL, NANCY | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MAGNUSON, ROBERT G. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MARIMOW, WILLIAMK. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MARRO, ANTHONY J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MAXWELL, DONALD S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MCGUINNESS, KATHLEEN G. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MCKEON, JOHN C. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MEADOWS, JACK E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MEIER, STEPHEN C. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MERRILL LYNCH CAPITAL CORPORATION | KAYE SCHOLER LLP ATTN: MADLYN GLEICH PRIMOFF, ESQ. 425 PARK AVENUE NEW YORK NY 10022-3598 |
| MOLVAR, JANIE | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MOLVAR, ROGER H. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MONSMA, DURHAM J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| MORGAN STANLEY & CO., INC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J MOLONEY/SETH GROSSHANDLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MORGAN STANLEY CAPITAL SERVICES, INC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J MOLONEY ESQ SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MURPHY, JOHN R. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |

| Claim Name | Address Information |
|---|---|
| NASH, JOHN T. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| NEELY, JACK W | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| NEWSPAPER GUILD OF NEW YORK | HANAN B. KOLKO, ESQ. MEYER, SUOZZI, ENGLISH & KLEIN, P.C. 1350 BROADWAY, SUITE 501 NEW YORK NY 10018 |
| NEWSPAPER GUILD OF NEW YORK | HANAN B.KOLKO, ESQ. MEYER, SUOZZI, ENGLSIH & KLEIN, P.C. 1350 BROADWAY, SUITE 501 NEW YORK NY 10018 |
| NIESE, WILLIAM A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| NILES, NICHOLAS H. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| NORRIS, JAMES | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| NUCKOLS, JAMES | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| O'NEILL, NANCY | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| O'SULLIVAN, ROBERT | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| OGLESBY, ROGER D | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| OHIO DEPARTMENT OF TAXATION | ATTORNEY GENERAL OF THE STATE OF OHIO C/O REBECCA DAUM 150 E. GAY STREET, 21ST FLOOR COLUMBUS OH 43215 |
| OHIO DEPARTMENT OF TAXATION | CHARLES W. RHILINGER JR. EXECUTIVE ADMIN./OFFICE OF CHIEF COUNSEL OHIO DEPARTMENT OF TAXATION PO BOX 530 COLUMBUS OH 43216-0530 |
| OMNITURE, INC. | BENJAMIN J. KOTTER DORSEY & WHITNEY LLP 136 SOUTH MAIN STREET, SUITE 1000 SALT LAKE CITY UT 84101 |
| PARKS, MICHAEL | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| PARO, JEFFREY N. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| PATINELLA, JOHN F. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| PAYNE, JANETTE O. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| PELIZZA, ELLEN | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| PERRUSO, CAROL | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| PERRY, VICTOR A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| PETERSON, MAUREEN G. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| PETTY, MARTHA A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| PLANK, JACK L. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| PPF OFF TWO PARK AVE OWNER, LLC | ALAN J. LIPKIN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVE NEW YORK NY 10019-6373 |
| PPF OFF TWO PARK AVENUE OWNER, LLC | ALAN J. LIPKIN, ESQ WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019-6373 |
| REDBOURN PARTNERS, LTD | REDBOURN PARTNERS, LTD C/O MAUREEN OCAMPO, CCO CAMDEN ASSET MANAGEMENT, LP 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067 |
| REDMOND, ELIZABETH | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| RHOADS, S. KEATING | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| RILEY, MICHAEL | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ROSE, MICHAEL G. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ROWE, WILLIAM J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| RUBIN, JEROME S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SANN, ALEXANDER | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SCALLY, GERALDINE | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SCHLOSBERG, RICHARD T. III | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SCHNALL, HERBERT K. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SCHNEIDER, CHARLES | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SCHNEIDER, HILARY A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SCHNEIDER, HOWARD | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SELLSTROM, BRIAN | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SELZER, CAROLYN | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |

| Claim Name | Address Information |
|---|---|
| SHAW, JAMES D | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SHIRLEY, DENNIS | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SHORTS, GARY K. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SIMPSON, JAMES R. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SITO, LOUIS | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | STATE OF FLORIDA - DEPARTMENT OF REVENUE CLAIMANTS ATTORNEY FREDERICK F. RUDZIK P.O. BOX 6668 TALLAHASSEE FL 32314-6668 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | C/O CLAIMANTS ATTORNEY FREDERICK F. RUDZIK PO BOS 6668 TALLAHASSEE FL 32314-6668 |
| STATE OF NEW YORK DEPARTMENT OF LABOR | NYS DEPARTMENT OF LABOR, INSOLVENCY UNIT GOVENOR W AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS BUILDING 12, ROOM 256 ALBANY NY 12240 |
| STEEL CITY CORPORATION | LINDA MINDRUTIU SCHOTTENSTEIN, ZOX & DUNN CP., LPA 250 WEST STREET, SUITE 700 COLUMBUS OH 43215 |
| SWEENEY, JUDITH | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| SWEENEY, STENDER E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| TATA AMERICA INTERNATIONAL CORP | KELLEY DRYE & WARREN LLP ATTN: ERIC R. WILSON/ KRISTIN S. ELLIOTT 101 PARK AVENUE, 28TH FLOOR NEW YORK NY 10178 |
| TAYLOR FRANCIS/ROUTLEDGE | TAYLOR & FRANCIS GROUP, LLC 7625 EMPIRE DRIVE FLORENCE KY 41042 |
| TELEREP, LLC | KELLEY DRYE & WARREN LLP ATTN: ERIC R. WILSON, ESQ. JENNIFER A. CHRISTIAN, ESQ. 101 PARK AVNEUE NEW YORK NY 10178 |
| TERPSTRA, JAMES E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| THOMAS, WILLIAM | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| THOMAS, WILLIAM F. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| THORPE, CAROLINE | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| TOEDTMAN, JAMES | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| TRAINOR, ROBERT E | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| TUNSTALL, SHARON S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE OF CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARTS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE RES, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TWENTIETH TELEVISION | JODIE REA, SVP SALE & CREDIT ADMIN TWENTIETH TELEVISION 2121 AVNEUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| UDOVIC, MICHAEL S. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| UNITED STATES ENVIRONMENTAL PROTECTION | STREET, DAVID E. ENV. ENFORCEMENT SECTION, U.S. DOJ P.O. BOX 7611 WASHINGTON DC 20044 |
| UNITED STATES ENVIRONMENTAL PROTECTION | STEPHEN K. DEXTER LATHROP & GAGE LLP 370 17TH STREET, SUITE 4650 DENVER CO 80202-5607 |
| UNTERMAN, E. THOMAS | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| VALENTI, MICHAEL | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| VIDA, HERBERT | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| VIDA, HERBERT J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WADA, KAREN | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WADE, CLAUDIA A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WALLACE, JAMES W. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WALLER, MICHAEL E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WANGBERG, LARRY | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WEINSTEIN, HOWARD | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WIEGAND, WILLIAM | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |

| Claim Name | Address Information |
|---|---|
| WILD, MARY A. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WILLCOX & SAVAGE PC | |
| WILLES, MARK H. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WILLIAMS, PHILLIP L. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WILMINGTON TRUST CORPORATION, | BROWN RUDNICK LLP ATTN: DANIEL J. SAVAL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| WILSON, HAZEL E. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WILSON, JULIA C. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WOLDT, HAROLD F. JR. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WOLINSKY, LEO | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| WRIGHT, DONALD F. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| YANKEE CLIPPING SERVICE | BURRELLESLUCE 5 EAST NORTHFIELD ROAD LIVINGSTON NJ 07039 |
| YIELD STRATEGIES FUND I, LP | YIELD STRATEGIES FUND I, LP C/O MAUREEN OCAMPO, CCO CAMDEN ASSET MANAGEMENT, LP 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067 |
| YIELD STRATEGIES FUND II, LP | YIELD STRATEGIES FUND II, LP C/O MAUREEN OCAMPO, CCO CAMDEN ASSET MANAGEMENT, LP 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067 |
| YOUNG, JOHN W. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| YOUNGE, KEITH | DANIEL HETZNECKER, ESQUIRE 1900 SPRUCE STREET, PHILADELPHIA PA 19103 |
| ZAKARIAN, JOHN J. | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ZAPANTA, NORENE | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |
| ZIMBALIST, EFREM III | TEITELBAUM & BASKIN LLP 3 BARKER AVE 3RD FLOOR WHITE PLAINS NY 10601 |

**Total Creditor count  269**