**Exhibit 27**

| Claim Name | Address Information |
|---|---|
| $49.95 SEWER AND DRAIN | P.O. BOX 140219 HOWARD BEACH NY 11414 |
| ACCIDENT HELPLINE | 940 WADSWORTH BOULEVARD LAKEWOOD CO 80214 |
| ADAMS, BRENDA | 22482 GUADILAMAR DR SAUGUS CA 91350 |
| ADLER, BERNICE | 673 W 19TH ST UPLAND CA 91784 |
| AFFILIATED MEDIA GROUP | 8133 BAYMEADOWS WAY JACKSONWILLE FL 32256 |
| ALLENWOOD ADVERTISING | 1501 DAHLIA STREET DENVER CO 80220-1230 |
| ALTSHERSANTOS, JOHN | 1011 NELSON PL OXNARD CA 93033 |
| ALVAREZ SR, LUIS | 150 S BEACH BLVD #230 LA HABRA CA 90631 |
| ANDERSON3, JOHAN | 1525 GRAVES AV #107 EL CAJON CA 92021 |
| ARAUJO, TIM, | 1670 E MADISON AVE EL CAJON CA 92019 |
| ARCE, ANNETTE | 532 SCOTT ST PORT HUENEME CA 93041 |
| ARMADA MEDICAL | 4840 W. 29TH AVENUE DENVER CO 80212 |
| ART SHOWS INTERNATIONAL II, LLC | 915 NORTH 52ND STREET PHOENIX AZ 85008 |
| BABY TIME EXPO | 6865 SOUTH EASTERN LAS VEGAS NV 89119 |
| BANG, MIN | 1013 PACIFIC COAST HWY SEAL BEACH CA 90740 |
| BART BARTON, BONNE | 2119 N BEACHWOOD DR #7 LOS ANGELES CA 90068 |
| BARTLE, JAIME | 801 AURORA ST ANAHEIM CA 92801 |
| BAUMAN, VIRGIL | 11183 APPLE CANYON LN RIVERSIDE CA 92503 |
| BELLIDO, YADIRA | 131 S BARRANCA WEST COVINA CA 91791 |
| BERDUGO, BETTIE | 4352 FIG CIR LA VERNE CA 91750 |
| BOLE MARKETING GROUP | 5689 50TH ST WEST WEBSTER MN 55088 |
| BOSTON CONCESSIONS THEATRE | 55 CAMBRIDGE PARKWAY CAMBRIDGE MA 02145 |
| BOTTORFF, SANDRA | 1085 W 24TH ST # 4 SAN PEDRO CA 90731 |
| BRADY, CAROL | 37850 DE PORTOLA RD TEMECULA CA 92592 |
| BRAGANZA, LAURA | 6415 ROSEMEAD BLVD # 33 SAN GABRIEL CA 91775 |
| BROWN, MARY | 1835 PIN OAK LN EASTON PA 18040 |
| BRYANT, KELLY | 4511 DON DIEGO DR LOS ANGELES CA 90008 |
| C MEDIA | PROGRAM 207 NW PARK AVENUE PORTLAND OR 97209 |
| CALVARIO, RYAN | 9082 MOODY ST CYPRESS CA 90630 |
| CASIMIRO, ARLENE | 39314 MEMORY DR MURRIETA CA 92563 |
| CASTAGNA, GERALD | 23236 SHOOTING STAR DR MURRIETA CA 92562 |
| CESENA, DIVINA | 18275 MARIPOSA AVE RIVERSIDE CA 92508 |
| CHARLIE CROSSE | C/O WALDREP MEDIA ARVADA CO 80004 |
| CHAVIRA, STEVEN | 869 W MONTERY AVE 869REA POMONA CA 91768 |
| CHICOA, REMEDIOS | 2131 BARCLAY CT SANTA ANA CA 92701 |
| CHILDRENS HOSPITAL | 13123 E 16TH AVE AURORA CO 80045 |
| CINCINNATI BELL | PO BOX 2301 CINCINNATI OH 45201 |
| CITIZENS FOR A STRONG SENATE | 100 FIFTH AVENUE NEW YORK NY 10011 |
| CITIZENS FOR BILL OWENS | P.O. BOX 25991 ALEXANDRIA VA 22313 |
| COLLEGE AMERICA | 7399 NORTH SHADELAND AVE #131 INDIANAPOLIS IN 46250 |
| COLORADANS FOR RESPONSIBLE REFORM | 600 17TH STREET DENVER CO 80202 |
| COMPLETELY BARE | 764 MADISON AVENUE NEW YORK NY 10021 |
| CONDE, SHANA | 1601 1/2 SINALOA AV PASADENA CA 91104 |
| COUNTRY WORLD PRODUCTIONS | 2079B LAWRENCE DRVE DE PERE WI 54115 |
| CRAIN, ELDA | 4716 BERRYMAN AVE APT G CULVER CITY CA 90230 |
| CRAWFORD, BRENDA | 1855 HAWTHORNE ST SAN JACINTO CA 92583 |
| CROSS ROADS MEDIA | 66 CANAL CENTER PLAZA ALEXANDRIA VA 22314 |
| DARAN, ROSA | 1304 N FRIES AVE WILMINGTON CA 90744 |
| DENT, SHEILA | 19431 COPPER RIDGE ST PERRIS CA 92570 |

| Claim Name | Address Information |
|---|---|
| DIEHL, SUE | 517 N MUHLENBERG ST ALLENTOWN PA 18104 |
| DIJON PUBLICATIONS | 1800 INDIANA AVENUE LAPORTE IN 46350 |
| DIRECT BUY | 8400 WOLF LAKE DRIVE BARTLETT TN 38133 |
| DON MASSEY MOTORS | C/O MEDIA SALES MANAGEMENT LITTLETON CO 80122 |
| DONOFRIO, PHIL | 313 VALLEY PARK S BETHLEHEM PA 18018 |
| DOWDEN, JEFFREY | 29 BEACH DR NEWPORT BEACH CA 92663 |
| DR HORTON HOMES | C/O RENEGADE MARKETING ENGLEWOOD CO 80111 |
| DRAGON MARKETING | 650 METROPOLITAN AVENUE BROOKLYN NY 11211 |
| DRM PARTNERS INC. | PROGRAM 50 HARRISON ST, SUITE 208 HOBOKEN NJ 07030 |
| EBERHARDT, MERLIN | 33778 KEITH AV HEMET CA 92545 |
| ELLIS, DAVE | 1884 FELICITY LN HELLERTOWN PA 18055 |
| ENTERCOM DENVER LLC | 2422 MICHELLE DRIVE TUSTIN CA 92680 |
| ESHAGHIAN, LILIAN | 18945 SYLVAN ST TARZANA CA 91335 |
| ESTILL, DON | 1933 N BRONSON AVE # 111 LOS ANGELES CA 90068 |
| EURO RSCG DRTV | 2800 N. DALLAS PRKWY PLANO TX 75093 |
| EVENING NEWS | P.O. BOX 867 JEFFERSONVILLE IN 47130 |
| FATTA, LINDSAY | 13949 VENTURA BLVD # 304 SHERMAN OAKS CA 91423 |
| FILDES, STEPHANIE | 195 S WAKE FOREST AVE VENTURA CA 93003 |
| FIRST MEDIA | 530 KIPLING AVE TORONTO ON M8Z 5E3 CANADA |
| FLORES, MARLENE | 35564 RAMADA LN YUCAIPA CA 92399 |
| FLOYD, DOROTHY | 7001 S LA CIENEGA LOS ANGELES CA 90045 |
| FURNICO | 7367 S. REVERE PARKWAY CENTENNIAL CO 80112 |
| GANDARA, ERIN | 1479 REMEMBRANCE DR PERRIS CA 92571 |
| GARY WILLIAMS ENERGY CORP | 950 17TH ST #1750 DENVER CO 80202 |
| GEMINI AGENCY INC. | UNIVERSOUL CIRCUS 317 W. WIEUCA ROAD ATLANTA GA 30342 |
| GENERAL MILLS LNA | % RE: SOURCES NEW YORK NY 10016 |
| GMR MARKETING | 2725 S. MOORLAND NEW BERLIN WI 53151 |
| GODINEZ, ALEX | 216 N DE LAY COVINA CA 91723 |
| GOLD MOUNTAIN MEDIA INC. | 16830 VENTURA BOULEVARD ENCINO CA 91436 |
| GOLDEN HILLS BROADCASTING | 777 GRANT DENVER CO 80203 |
| GOMEZ, JACQUEZ | 17210 GARDENLAND AVE BELLFLOWER CA 90706 |
| GOMEZ, MARIETTA | 4346 STANBRIDGE AVE LONG BEACH CA 90808 |
| GONZALAS, REGIE | 275 E GREEN ST # 1351 PASADENA CA 91101 |
| GOODWIN, BRIAN | 1093 FERNLEAF LN CORONA CA 92881 |
| GREAT CRATES | C/O ANN KLEVE CHANHASSEN MN 55317 |
| GREENSTONE/FONTANA | 111 GARY WAY RONKONKOMA NY 11779 |
| GREY ADVERTISING/MEDIA | BARILLA PASTA P.O. BOX 4307 NEW YORK NY 10163 |
| GUSS, ANNELLE | 484 E. CALIFORNIA BLVD #14 PASADENA CA 91106 |
| HALL, DEAN | 11022 CRENSHAW BLVD # 5 INGLEWOOD CA 90303 |
| HALOGEN RESPONSE MEDIA | 1675 BROADWAY NEW YORK NY 10019 |
| HEMSTAD, REBECCA | 33740 CANYON RANCH RD WILDOMAR CA 92595 |
| HENRY, GRACE | 2490 S OLA VISTA #15 SAN CLEMENTE CA 92672 |
| HILL, ROD | 543 W 101ST ST LOS ANGELES CA 90044 |
| HIROTO, GREG | 602 W WALNUT AVE MONROVIA CA 91016 |
| HO, STACEY | 22 CHICKORY WY IRVINE CA 92612 |
| HORIZON MEDIA | PHARMACEUTICAL RESEARCH 630 THIRD AVENUE NEW YORK NY 10017 |
| HOTEL , ANGELINA CAFE | 170 N. CHURCH LN LOS ANGELES CA 90049 |
| HOUSEVALUES LLC | 11332 NE 122ND WAY KIRKLAND WA 98034 |
| HOWERTON, SANDRA J. | 9108 RICHARDS DRIVE RAYTOWN MO 64133 |

| Claim Name | Address Information |
|---|---|
| HUAYMATE, ANGELA | 4497 BIDWELL ST SIMI VALLEY CA 93063 |
| ICON | 5910 LEMONA AVE VAN NUYS CA 91411 |
| ID MEDIA | P.O. BOX 542035 OMAHA NE 68154 |
| IMETRICS MEDIA | 32836 WOLF STORE ROAD TEMECULA CA 92592 |
| INDIA'S CASTLE RESTAURANT | 6160 S WABASH WAY GREENWOOD VILLAGE CO 80111 |
| INIGARIDA, KATHY | 1295 S CAWSTON AVE #309 HEMET CA 92545 |
| INTEGRATED MEDIA SOLUTIONS | LIPPINCOTT INC. 650 FIFTH AVENUE NEW YORK NY 10019 |
| INTERVISION TV | 14175 ICOT BLVD. STE 100 CLEARWATER FL 33760 |
| JACKSON, DARRELL | 16628 WOODRUFF AVE # 8 BELLFLOWER CA 90706 |
| JAUREGUIMACIK, NANETTE | 12523 3RD ST YUCAIPA CA 92399 |
| JIMENEZ, NADINE | 72502 EDGEHILL DR #2 PALM DESERT CA 92260 |
| JONES, WILLIAM | 11190 PINE AVE LYNWOOD CA 90262 |
| JOYCE, VIKKI | 852 LORRAINE BLVD #11 LOS ANGELES CA 90005 |
| KALC - ENTERCOM DENVER LLC | 4700 S SYRACUSE ST DENVER CO 80237 |
| KAMAT, SUNEETA | 6110 HERRING CT NEW TRIPOLI PA 18066 |
| KAPLAN UNIVERSITY | 4041 MACARTHUR BLVD NEWPORT BEACH CA 92660 |
| KELLY SCOTT MADISON | HILCO 35 EAST WACKER DRIVE CHICAGO IL 60601-2193 |
| KENOSHA NEWS | P.O. BOX 0190 ATTN: BULLENTIN KENOSHA WI 53141 |
| KENT ADVERTISING | 6600 NORTH ANDREWS AVENUE FT. LAUDERDALE FL 33309 |
| KIDS AUTO | PO BOX 38280 COLORADO SPRINGS CO 80937 |
| KLUS, JOHN | 4805 GRAVEL PIKE PERKIOMENVILLE PA 18074 |
| KREMERS URBAN INC | 650 5TH AVENUE NEW YORK NY 10019 |
| KUCHARSKI, AMY | 3222 VERANO PL IRVINE CA 92617 |
| LA BARBA, CELESTE | 4751 LOWELL LA CRESCENTA CA 91214 |
| LAVA LIFE | 20 N. WACKER DRIVE CHICAGO IL 60606 |
| LEASE, LISA | 5312 CORTEEN PL #7 VALLEY VILLAGE CA 91607 |
| LEEPER, TOM | 3054 SYCAMORE LA CRESCENTA CA 91214 |
| LEMUS, DAVID | 11783 BIRCHWOOD AVE VICTORVILLE CA 92392 |
| LEON, LUIS | 7807 ORCHARD ST RIVERSIDE CA 92504 |
| LFM MEDIA | 30520 RANCO CALIFORNIA ROAD TEMECULA CA 92591 |
| LIFEBRIDGE CHRISTIAN CHURCH | 10345 UTE HIGHWAY LONGMONT CO 80504 |
| LITTLE HOLLY'S RESTAURANT | 9232 PARK MEADOWS DRIVE LONE TREE CO 80124 |
| LUNA, LINDA | 9854 ALONDRA BLVD # 21 BELLFLOWER CA 90706 |
| MAGDALENO, MELISSA | 435 E CAMDEN ST GLENDORA CA 91740 |
| MALDONADO, DARLENE | 483 GRAY ST COLTON CA 92324 |
| MANIQUIS, KIMMY | 2500 COTA AVE LONG BEACH CA 90810 |
| MANTELLINO, MICHAEL | 4440 LOS SERRANOS BLVD CHINO HILLS CA 91709 |
| MARKETING CENTER | KLEIN WAGNER & MORRIS ATTORNEY P.O. BOX 53445 NEW ORLEANS LA 70153 |
| MARQUEZ, ABRAHAM | 35860 NONNIE DR WILDOMAR CA 92595 |
| MARTINEZ, JENNIFER | 1113 N MARENGO AVE PASADENA CA 91103 |
| MASSAGE THERAPY INSTITUTE | 1441 YORK STREET DENVER CO 80206 |
| MAURER, GLORIA | 52 PROSPECT ST OAK VIEW CA 93022 |
| MCDERMOTT, JOHN | 234 WINGED FOOT DR BLUE BELL PA 19422 |
| MCKELLIN, RICHARD | 1434 HIGH ST BETHLEHEM PA 18018 |
| MEDIA ADVANTAGE | 24711 RIVERCHASE DRIVE VALENCIA CA 91355 |
| MEDIA MARKETING MANAGEMENT | 77 FREE STREET PORTLAND ME 04101 |
| MEDIA RESULTS CO | 4025 CALLE SONORA OESTE LAGUNA WOODS CA 92637 |
| MERCADO, MARICEL | 2402 NINA ST #4 WEST COVINA CA 91792 |
| MIDDLESBORO DAILY NEWS | 120 NORTH 11TH STREET MIDDLESBORO KY 40965 |

| Claim Name | Address Information |
|---|---|
| MILAM RESULTS MARKETING | 5141 VIRGINIA WAY NASHVILLE TN 37027 |
| MILE HIGH AQUARIUM | 7421 W BOWLES AVE STE 12 LITTLETON CO 80123 |
| MILLSTONE COFFEE | E 76TH AVE UNIT C DENVER CO 80229 |
| MONTGOMERY, SHEILA | 579 E 13TH ST # 205 UPLAND CA 91786 |
| MORRIS, ADAM | 13600 ADDISON ST SHERMAN OAKS CA 91423 |
| MOTOYASU, STEVE | 16915 HOBART BLVD APT B GARDENA CA 90247 |
| MOUNT, RACHAEL | 3416 TRINITY CT RIVERSIDE CA 92506 |
| MUSCULAR DYSTROPHY ASSOCIATION | 3300 EAST SUNRISE DRIVE TUCSON AZ -3208 |
| MY MEDIA WORKS | 255 S. ORANGE AVENUE ORLANDO FL 32801 |
| NATIONAL MORTGAGE CENTER | C/O CP&I LAKEWOOD CO 80228 |
| NEELY, MARK | 521 S GERTRUDA REDONDO BEACH CA 90277 |
| NEW DAY MARKETING | 510 S CONGRESS AVENUE AUSTIN TX 78704 |
| NEW ERA DENTAL | 5730 WARK ROAD STE 205 ARVADA CO 80002 |
| NEWSDAY | 235 PINELAWN ROAD MELVILLE NY 11747-4250 |
| NEWSDAY (TRINIDAD AND TOBAGO) | DAILY NEWS LIMITED 23A CHACON ST. PORT OF SPAIN, TTO TRINIDAD AND TOBAGO |
| NICK'S LONG FORM | 3450 PENROSE PLACE BOULDER CO 80301 |
| NIETO , NAIDA | 26068 AMABLE CT VALENCIA CA 91355 |
| NISSAN | 950 HERNDON, STE 370 HERNDON VA 20170 |
| NUTRI SYSTEMS INC | 300 WELSH RD. HORSHAM PA 19044 |
| OAKWOOD HOMES | C/O FIRST STORY MARKETING DENVER CO 80210 |
| OCHOA, AURA | 2646 GLEN AV ALTADENA CA 91001 |
| OMG DIRECT | 16211 N SCOTTSDALE RD SCOTTSDALE AZ 85254 |
| OVATION | 2800 28TH ST SUITE 240 SANTA MONICA CA 90405 |
| OVERBY, MELINDA | BOX 01752724 SIOUX FALLS SD 57186 |
| PACIFIC STEEL PRODUCTS | 6160 S WABASH WAY GREENWOOD VILLAGE CO 80111 |
| PADILLA, PATRICIA | 2921 S CENTER ST SANTA ANA CA 92704 |
| PANOSH, AMBER | 7550 DESERT HOLLY ST # 523 CHINO CA 91708 |
| PAREDES, DIANA | 2043 ASTOR CT LANCASTER CA 93536 |
| PARENT, MARY | 42043 HUMBER DR TEMECULA CA 92591 |
| PATTERSON, ROBERT | 1501 BROOKSIDE AVE OXNARD CA 93035 |
| PEREZ, MARICELA | 760 N. GRAND ST ORANGE CA 92867 |
| PHD USA | 830 W. LONG LAKE ROAD 6TH FLOOR TROY MI 48098 |
| PHD USA TROY | 900 TOWER DRIVE TROY MI 48098 |
| PLANET HONDA | C/O RCK ADVERTISING LAKEWOOD CO 80227 |
| POLLACK, KATHIE | 2553 PROSPECT AV MONTROSE CA 91020 |
| PRZBESKI, VIRGINIA | 521 FRANCES ST VENTURA CA 93009 |
| RAGINS, L | 10645 LE CONTE LOS ANGELES CA 90024 |
| REBEKAH, GUTIERREZ | 5585 E PACIFIC COAST HWY # 253 LONG BEACH CA 90804 |
| RESULTS MEDIA | 725 W MCDOWELL RD PHOENIX AZ 85007 |
| RICHARDSON, CHELSEA | 55 FAIR DR # 1433 COSTA MESA CA 92626 |
| ROB CAREY | 940 WADSWORTH BLVD LAKEWOOD CO 80214 |
| ROBERTSON, RONAE | 3303 S ARCHIBALD AV #244 ONTARIO CA 91761 |
| RODRIGUEZ, LUZ | 441 MAPLE WY # 4 PASADENA CA 91101 |
| ROLLE, DENCIL | 2146 W 12TH APT 11 JACKSONVILLE FL 32209 |
| ROTH, MICHAEL | 27175 NORWOOD ST HIGHLAND CA 92346 |
| RUTLEDGE, ROSEMARY | P.O. 5322 NEWPORT BEACH CA 92262 |
| SANCHEZ, RITA | 7423 WHITSETT AV LOS ANGELES CA 90001 |
| SANDOMIRE & SCHWARTZ | 662 GRANT STREET DENVER CO 80203 |
| SANDOVAL, GLORIA | 9145 ADMIRALTY AVE RIVERSIDE CA 92503 |

| Claim Name | Address Information |
|---|---|
| SAWAYA LAW FIRM | 1600 OGDEN STREET DENVER CO 80218 |
| SERAPIO, MARIA | 2647 W SUNRISE DR RIALTO CA 92377 |
| SEYMOUR, ALLAN | 121 W HALTERN AV GLENDORA CA 91740 |
| SHAWANO EVENING LEADER | 1464 E. EAST GREEN BAY ST. SHAWANO WI 54166 |
| SHELWICK, GREGORY | 205 15TH ST # 16 HUNTINGTON BEACH CA 92648 |
| SHORTLINE KIA | C/O FOX MEDIA & MARKETING ENGLEWOOD CO 80112 |
| SILVA, CONNIE | 27145 PINEHURST RD SUN CITY CA 92586 |
| SIMENTAL, ANTHONY | 1988 NORWALK AVE LOS ANGELES CA 90041 |
| SIMMONS, SEMONE | 8783 HARPER CT RIVERSIDE CA 92503 |
| SINGH, VINOO | 47 WALBERT LN LADERA RANCH CA 92694 |
| SMITH, ERIC | 5343 W 127TH PL HAWTHORNE CA 90250 |
| SMITH, WALLACE T | 834 SENECA PL CHARLOTTE NC 28210 |
| SONG, LINDA | 5249 GLENWOOD CIR LA PALMA CA 90623 |
| SOUTH TEXAS BUSINESS | 4721 COTTON BELT SAN ANTONIO TX 78218 |
| STARCOM WORLDWIDE | ALLSTATE 79 MADISON AVENUE NEW YORK NY 10016-7802 |
| SUDNICK, MARIA | 3240 PINTO DR KISSIMMEE FL 34746 |
| SUTTON , JOYCE | 16 GENOA LAGUNA NIGUEL CA 92677 |
| SYED, IMRAN | 2034 BATSON AV #1 ROWLAND HEIGHTS CA 91748 |
| TALK CHEAP (ATIYEH PRINTING) | 850 3RD ST. WHITEHALL PA 18052 |
| TASSEW, ALEMESH | 3942 LOS OLIVOS LN LA CRESCENTA CA 91214 |
| TASTE OF CHINA | 152 W RAFFERTY GARDENS LITTLETON CO 80120 |
| TAX CUT 2000 | 15 DORAL LANE LITTLETON CO 80123 |
| TELECEL MARKETING | 205 PARKWAY, STE 1 GAITHERSBURG MD 20877 |
| TERRACINA, ANGELO | 527 E CENTER ST # 166 ANAHEIM CA 92805 |
| THE INDEPENDENCE DECLARAT | 106 WEST MAIN ST. INDEPENDENCE VA 24348 |
| THE UWM POST/UNIV. | P.O. BOX 413 MILWAUKEE WI 53201 |
| TIME LIFE | 8280 WILLOW OAK CORPORATE DRIVE FAIRFAX VA 22031 |
| TIME WARNER CABLE | METRO CABLE/1800-OKCABLE 1 TIME WARNER CENTER NEW YORK NY 10019 |
| TONY PIZZA | 3219 CHERRYVILLE RD. NORTHAMPTON PA 18067 |
| TOTAL LONGTERM CARE | C/O THAYER MEDIA CENTENNIAL CO 80112 |
| UNIVERSOUL CIRCUS. | 3835 R EAST THOUSAND OAKS BLVD THOUSAND OAKS CA 91362 |
| VARGES, DIANE | 24722 CALLE EL TORO GRANDE LAKE FOREST CA 92630 |
| VILES, ANDREW | 5612 AMHERST ST VENTURA CA 93003 |
| VILLAGE INN | 2450 COLORADO AVENUE SANTA MONICA CA 90404 |
| VIVA MUSIC | 2200 NORTHAMPTON ST. EASTON PA 18042 |
| WALKER, JAMES | 1734 NALDO AVENUE #2 JACKSONVILLE FL 32207 |
| WALKER, WANDA | 43 CINDY AVE NEWBURY PARK CA 91320 |
| WALLACE, JOLLAN | 20864 BAKAL DR RIVERSIDE CA 92508 |
| WALMART | 4600 MADISON KANSAS CITY MO 64112 |
| WARREN, JEANNE | 13598 BEGONIA RD VICTORVILLE CA 92392 |
| WASHBURN, DOROTHY | 12901 DALE ST # 5 GARDEN GROVE CA 92841 |
| WAYNE, JARI | 2030 N GAREY AVE # 119 POMONA CA 91767 |
| WCTV | 1412 10TH STREET SYDNEY NE 69162 |
| WEISS VENTURES | PO BOX 3879 EASTON PA 18043 |
| WESTERN DAIRY ASSOCIATION | 12000 NORTH WASHINGTON THORNTON CO 80241 |
| WILLIAMS, JOSIAH | 2620 SILVERSPUR LN LA HABRA CA 90631 |
| WOLFE, KELLY | 213 AVENIDA SERRA APT C SAN CLEMENTE CA 92672 |
| WORLD DISCOUNT CLUB | 3171 NORTH REPUBLIC TOLEDO OH 43615 |
| WORLD WIDE ANTIQUE SHOW | 1422 DELGANY ST DENVER CO 80202 |

| Claim Name | Address Information |
|---|---|
| WORLDWIDE MEDIA COMMUNICATIONS | 1970 RAWHIDE DRIVE ROUND ROCK TX 78681 |
| WRIGHT, DEBORAH | 6805 SOUTHPOINT PARKWAY JACKSONVILLE FL 32216 |
| ZAKAR, HEATHER | 25672 ALMENDRA DR VALENCIA CA 91355 |
| ZELAYA, ALMA | 816 N CORONADO ST # 4 LOS ANGELES CA 90026 |
| ZUNIGA, MIREYA | 440 SHASTA AVE OXNARD CA 93033 |
| ZWEIG, ROBERTA | 15 LEDGESTONE LN RANCHO MIRAGE CA 92270 |

**Total Creditor count  251**