**Exhibit 28**

| Claim Name | Address Information |
|---|---|
| AMALGAMATED (2567) | IRWIN ROTH OR PROXY DEPT. 275 7TH AVENUE NEW YORK NY 10001 |
| AMERIPRISE (0216) | MARY WALKER OR PROXY DEPT. 2178 AXP FINANCIAL CENTER MINNEAPOLIS MN 55474 |
| AMERIPRISE (0756) | MIKE KOHLER OR PROXY DEPT. 751 GRISWOLD STREET DETROIT MI 48226 |
| BAIRD & CO (0547) | SARA BLANKENHEIM OR PROXY DEPT. 777 EAST WISCONSIN AVE MILWAUKEE WI 53202 |
| BANC OF AMERICA SECURITIES  (0773) | PHIL GATTO OR PROXY DEPT. 100 W. 33RD STREET 3RD FLOOR NEW YORK NY 10001 |
| BANK OF AMERICA/GWIM (0955) | SHARON BROWN OR PROXY DEPT. 1201 MAIN DALLAS TX 75202 |
| BANK OF NEW YORK (0901) | MICKEY JIMENEZ OR PROXY DEPT. ONE WALL STREET 6TH FLOOR NEW YORK NY 10286 |
| BARCLAY/LE (0229) | GIOVANNA LAURELLA OR PROXY DEPT. 70 HUDSON ST. 7TH FLOOR JERSEY CITY NJ 07302 |
| BARCLAYS CAPITAL   (5101) | LARRY HAMMOND OR PROXY DEPT. 222 BROADWAY NEW YORK NY 10038 |
| BARCLAYS FIXED (7256) | NELLIE FOO OR REORG DEPT. 200 CEDAR KNOLLS ROAD WHIPPANY NJ 07981 |
| BNY  MELLON /FMSBONDS   (2023) | SCOTT HABURA OR PROXY DEPT. 16 WALL STREET 5TH FLOOR NEW YORK NY 10005 |
| BNY MELLON (0954) | SUSAN KARAFA OR PROXY DEPT. 525 WILLIAM PENN PLACE SUITE 3418 PITTSBURGH PA 15259 |
| BNY MELLON / BARCLAYS (2103) | RAY CESTARO OR PROXY DEPT. ONE WALL STREET NEW YORK NY 10286 |
| BRANCH BANKING (5385) | TANJI BASS OR PROXY DEPT. 223 W. NASH STREET 3RD FLOOR WILSON NC 27893 |
| BROADRIDGE | Y63007  TO Y63011 50 EMJAY BLVD. BRENTWOOD NY 11717 |
| BROWN BROTHERS   (0010) | PAUL NONNON OR PROXY DEPT. 525 WASHINGTON BLVD. NEW PORT TOWERS JERSEY CITY NJ 07310-1607 |
| CANACCORD GENUITY CORP./CDS (5046) | ALMA GOCO OR PROXY DEPT. PACIFIC CENTER 2200-609 GRANVILLE STREET VANCOUVER BC V7Y 1H2 CAN |
| CHARLES SCHWAB & CO.   (0164) | EVA FLORES OR PROXY DEPT. 211 MAIN STREET SAN FRANCISCO CA 94105 |
| CIBC WORLD MKTS.  /CDS (5030) | JERRY NICASTRO OR PROXY DEPT. 161 BAY STREET 10TH FLOOR TORONTO ON M5J 2S8 CANADA |
| CITADEL SECURITIES (0395) | MARCIA BANKS OR PROXY DEPT. 131 SOUTH DEARBORN ST CHICAGO IL 60603 |
| CITIBANK (2032) | OLGA MOLINA OR PROXY DEPT. 111 WALL ST 6TH FLOOR NEW YORK NY 10005 |
| CITIBANK N.A. (0908) | CAROLYN TREBUS OR PROXY DEPT. 3800 CITIBANK CENTER B3-12 TAMPA FL 33610 |
| CITIGROUP GLOBAL MKTS.   (0418) | PAT HALLER OR PROXY DEPT. 111 WALL ST 6TH FLOOR NEW YORK NY 10005 |
| CITIGROUP GLOBAL MKTS.  /SALOMON (0274) | CHRIS MORALES OR PROXY DEPT. 111 WALL ST. 4TH FLOOR NEW YORK NY 10005 |
| CLEARVIEW CORRESPONDENT (0702) | GLORIA LIO OR PROXY DEPT. 30 HUDSON STREET 16TH FLOOR JERSEY CITY NJ 07302 |
| COMERICA (2108) | GLORIA IMHOFF OR PROXY DEPT. 411 WEST LAFAYETTE MAIL CODE 3530 DETROIT MI 48226 |
| CREDIT SUISSE   (0355) | EMILY CONNORS OR PROXY DEPT. 7200 KIT CREEK ROAD BLDG 11, 2ND FL RESEARCH TRIANGLE PARK NC 27709 |
| CROWELL WEEDON & CO. (0574) | LARRY SCHILT OR PROXY DEPT. 624 S. GRAND AVENUE 25TH FLOOR LOS ANGELES CA 90017 |
| CUSTODIAL TRUST CO. (2424) | MARGARET AKO-ADO OR PROXY DEPT. MAIL CODE TX1-J165 14201 DALLAS PKWY 2ND FLOOR DALLAS TX 75254-2916 |
| D.A. DAVIDSON & CO. (0361) | DENISE WEGNER OR PROXY DEPT. 8 THIRD STREET NORTH P.O. BOX 5015 GREAT FALLS MT 59403 |
| DAVENPORT & CO.   (0715) | KIM NIEDING OR PROXY DEPT. 901 EAST CARY STREET 11TH FLOOR RICHMOND VA 23219 |
| DAVID LERNER ASSOCIATES   (5144) | JOSEPH F. WEST OR PROXY DEPT. 477 JERICHO TURNPIKE 25TH FLOOR SYOSSET NY 11791-9006 |
| DEPOSITORY TRUST CO | ED HAIDUK 55 WATER ST 25TH FLOOR NEW YORK NY 10041 |
| DEPOSITORY TRUST CO | HORACE DALEY 55 WATER ST 25TH FLOOR NEW YORK NY 10041 |
| DEUTSCHE BANK SECURITIES    (0573) | STEVE PACELLA OR PROXY DEPT. 5022 GATE PARKWAY SUITE 100 JACKSONVILLE FL 32256 |
| E*TRADE CLEARING   (0385) | MINA ROBERTSON OR PROXY DEPT. 1981 MARCUS AVENUE 1ST FLOOR LAKE SUCCESS NY 11042 |
| EDWARD JONES (0057) | STEPHANIE VOLZ OR PROXY DEPT. CORPORATE ACTIONS & DISTRIBUTION 12555 MANCHESTER ROAD ST. LOUIS MO 63131 |
| FIDUCIARY (0987) | STEPHEN M MORAN OR PROXY DEPT. 225 FRANKLIN ST MAO-3 BOSTON MA 02210 |
| FIFTH THIRD BANK THE (2116) | CARRIE POTTER OR PROXY DEPT. 5001 KINGSLEY DRIVE MAIL DROP 1M0B2D CINCINNATI |

| Claim Name | Address Information |
|---|---|
| FIFTH THIRD BANK THE (2116) | OH 45227 |
| FIRST CLEARING   (0141) | MICHELE URESH OR PROXY DEPT. 2801 MARKET STREET MO 3540 ST. LOUIS MO 63103 |
| FIRST NATIONAL BANK OF OMAHA (2254) | JULIE GERDES OR PROXY DEPT. 1620 DODGE STREET OMAHA NE 68102 |
| FIRST SOUTHWEST CO. (0309) | BRETT WEAVER OR PROXY DEPT. 911 W LOOP 281 STE. 411 LONGVIEW TX 75604 |
| GOLDMAN  SACHS (0005 & 0501) | VANESSA CAMARDO OR PROXY DEPT. 30 HUDSON STREET PROXY DEPARTMENT JERSEY CITY NJ 07302 |
| GOLDMAN 2941 | PATRICIA BALDWIN  OR PROXY DEPT. ONE NEW YORK PLAZA 45TH FL NEW YORK NY 10004 |
| HARRIS NA (2697) | MINA GARCIA OR PROXY DEPT. 111 WEST MONROE CHICAGO IL 60603 |
| HSBC BANK USA N.A.-IPB (2122) | ED FREITAS OR PROXY DEPT. 452 5TH AVENUE 2ND FLOOR NEW YORK NY 10018 |
| INGALLS & SNYDER L.L.C. (0124) | LES BIANCO OR PROXY DEPT. 61 BROADWAY 31ST FLOOR NEW YORK NY 10006 |
| INTERACTIVE BROKERS (0534) & TIMBER HILL (0549) | MARIA TARDIO OR PROXY DEPT. 1 PICKWICK PLAZA GREENWICH CT 06830 |
| J.J.B. HILLIARD W.L. LYONS   (0768) | RICH GELLES OR PROXY DEPT. 500 WEST JEFFERSON ST. 6TH FLOOR LOUISVILLE KY 40202 |
| J.P. MORGAN CLEARING CORP. (0352) | STEVE GEOGHEGAN OR PROXY DEPT. ONE METROTECH CENTER NORTH REORG DEPT 4TH FLOOR BROOKLYN NY 11201-3862 |
| JANNEY MONTGOMERY SCOTT   (0374) | BOB MARTIN OR PROXY DEPT. 1801 MARKET STREET 9TH FLOOR PHILADELPHIA PA 19103-1675 |
| JPM / RBS (2230) | NORE SCARLETT OR PROXY DEPT. 4 NEW YORK PLAZA 11TH FLOOR NEW YORK NY 10004 |
| JPMORGAN CHASE (0902 2164 2517) | JACOB BACK OR PROXY DEPT. 14201 DALLAS PARKWAY 12TH FLOOR DALLAS TX 75254 |
| LEGENT CLEARING   (0052) | AMBRA STRAIGHT OR PROXY DEPT. 9300 UNDERWOOD AVENUE SUITE 400 OMAHA NE 68114 |
| LPL FINANCIAL CORPORATION (0075) | CARISSA BURGOA OR PROXY DEPT. 9785 TOWNE CENTRE DRIVE SAN DIEGO CA 92121-1968 |
| M&I MARSHALL & ILSLEY BANK (0992) | CYNTHIA HAMMERELL OR PROXY DEPT. 1000 N. WATER STREET -TR 14 MILWAUKEE WI 53202 |
| MANULIFE SECURITIES  CDS (5047) | JOSEPH CHAU OR PROXY MGR 85 RICHMOND STREET WEST TORONTO ON M5H 3K6 CAN |
| MEDIANT COMMUNICATIONS | VINNY MISIANO 109 N. FIFTH STREET SADDLEBROOK NJ 07663 |
| MERRILL LYNCH (0161) | ROBERT BURKE OR PROXY DEPT. C/O TRITECH SERVICES 4 CORP PLACE CORPORATE PARK 287 PISCATAWAY NJ 08854 |
| MERRILL LYNCH (5198) | VERONICA O'NEILL OR PROXY DEPT. 101 HUDSON STREET 8TH FLOOR JERSEY CITY NJ 07302 |
| MESIROW FINANCIAL   (0727) | ANNA SOLUS OR PROXY DEPT. 350 NORTH CLARK 2ND FLOOR CHICAGO IL 60610 |
| MF GLOBAL (0650) | JAMES ARNELLA OR PROXY DEPT. 717 FIFTH AVE NEW YORK NY 10022 |
| MORGAN KEEGAN & CO.   (0780) | JOHN CAMPBELL OR PROXY DEPT. 50 NORTH FRONT STREET 4TH FLOOR MEMPHIS TN 38103 |
| MORGAN STANLEY & CO.   (0050) | JONATHAN GOLDMAN OR PROXY DEPT. ONE NEW YORK PLAZA 7TH FLOOR NEW YORK NY 10004 |
| MORGAN STANLEY SMITH BARNEY   (0015) | DAVID SAFRAN OR PROXY DEPT. 601 HARBORSIDE FINANCIAL CENTER PLAZA 3, 6TH FLOOR JERSEY CITY NJ 07311 |
| MURPHY & DURIEU (0041) | JAMES GOLDIN OR PROXY DEPT. 120 BROADWAY 17TH FLOOR PROXY DEPT. NEW YORK NY 10271 |
| NATIONAL FINANCIAL SVCS.   (0226) | PAUL GALENO OR PROXY DEPT. 1 WORLD FINANCIAL CENTER 200 LIBERTY STREET, 5TH FLOOR NEW YORK NY 10004 |
| NBCN  /CDS (5008) | BENOIT HENAULT OR PROXY DEPT. 1010 RUE DE LA GAUCHETIERE ST. WEST SUITE 1925 MONTREAL QC H3B 5J2 CAN |
| NORTHERN TRUST CO. THE (2669) | ROBERT VALENTIN OR PROXY DEPT. 801 S. CANAL STREET REORG DEPT. FLOOR C1N CHICAGO IL 60607 |
| NORTHERN TRUST SAFEKEEPING (2684) | SUE STIMAC OR PROXY DEPT. 50 SOUTH LASALLE STREET, LEVEL A CHICAGO IL 60675 |
| OPPENHEIMER & CO.   (0571) | COLIN SANDY OR PROXY DEPT. 125 BROAD STREET 15TH FLOOR NEW YORK NY 10004 |
| OPTIONXPRESS   (0338) | SCOTT JOHNSON OR PROXY DEPT. 311 W. MONROE STREET CHICAGO IL 60606 |
| PENSON FINANCIAL SVCS.   (0234) | HEATHER BEASLEY OR PROXY DEPT. 1700 PACIFIC AVENUE SUITE 1400 DALLAS TX 75201 |
| PENSON FINANCIAL SVCS.   /CDS (5063) | ROBERT MCPHEARSON OR PROXY DEPT. 330 BAY STREET SUITE 711 TORONTO ON M5H 2S8 CAN |
| PERSHING (0443) | AL HERNANDEZ OR PROXY DEPT. 1 PERSHING PLAZA JERSEY CITY NJ 07399 |

| Claim Name | Address Information |
|---|---|
| PNC BANK NATIONAL ASSN. (2616) | MARIE ROCHE OR PROXY DEPT. 8800 TINICUM BLVD MS F6-F266-02-2 PHILADELPHIA PA 19153 |
| PRIMEVEST FINANCIAL SVCS. (0701) | MARK SCHOUVILLER OR PROXY DEPT. 400 1ST STREET SOUTH ST. CLOUD MN 56301 |
| RAYMOND JAMES (0725) | MIKE DILLARD OR PROXY DEPT. 880 CARILION PKWY ST PETERSBURG FL 33716 |
| RBC (4801) | PETER DRUMM OR PROXY DEPT. 200 BAY ST ROYAL BK PLAZA NORTH TOWER 6TH FL TORONTO ON M5J 2W7 CAN |
| RBC CAPITAL MKTS. CORPORATION (0235) | TARA OLMANSON OR PROXY DEPT. 510 MARQUETTE AVE SOUTH 0 MINNEAPOLIS MN 55402 |
| RELIANCE TRUST (2042) | ANN ECKER OR PROXY DEPT. 7650 MAGNA DRIVE BELLEVILLE IL 62223 |
| RIDGE CLEARING (0158) | M. FRIEFELD OR PROXY DEPT. 1981 MARCUS AVENUE 1ST FLOOR LAKE SUCCESS NY 11042 |
| SCOTIA CAPITAL /CDS (5011) | EVELYN PANDE OR PROXY DEPT. SCOTIA PLAZA P.O. BOX 4085 TORONTO ON M5W 2X6 CAN |
| SCOTTRADE (0705) | SONJA BRADLEY-WADLEY OR PROXY DEPT. 12855 FLUSHING MEADOWS DRIVE 0 ST. LOUIS MO 63131 |
| SEI PRIVATE TRUST CO. (2039) | MICHAEL BONENBERGER OR PROXY DEPT. ONE FREEDOM VALLEY DRIVE OAKS PA 19456 |
| SOUTHWEST SECURITIES (0279) | DORIS KRAJC OR PROXY DEPT. 1201 ELM STREET SUITE 3700 DALLAS TX 75270 |
| SSB - TRUST CUSTODY (2319) | ED CHANEY OR PROXY DEPT. 1200 CROWN COLONY DRIVE QUINCY MA 02169 |
| STATE STREET (2399) | MICHAL KANIA OR PROXY DEPT. 525 WILLIAM PENN PLACE PITTSBURGH PA 15259 |
| STATE STREET BANK AND TRUST CO. (0997) | AMANDA BANTA OR PROXY DEPT. CORP ACTIONS - JAB5E 1776 HERITAGE DRIVE NORTH QUINCY MA 02171 |
| STEPHENS (0419) | LINDA THOMPSON OR PROXY DEPT. 111 CENTER STREET 4TH FLOOR LITTLE ROCK AR 72201-4402 |
| STERNE AGEE & LEACH (0750) | WENDY FLETCHER OR PROXY DEPT. 813 SHADES CREEK PARKWAY SUITE 100-B BIRMINGHAM AL 35242 |
| STIFEL NICOLAUS & CO. (0793) | CHRIS WIEGAND OR PROXY DEPT. 501 N. BROADWAY 7TH FLOOR STOCK RECORD DEPT ST. LOUIS MO 63102 |
| SUNTRUST BANK (2971) | JULIA COLANTUONO OR PROXY DEPT. 25 PARK PLACE NE ATLANTA GA 30303 |
| TD AMERITRADE CLEARING (0188) | GARY SWAIN OR PROXY DEPT. 1005 NORTH AMERITRADE PLACE 0 BELLVIEW NE 68005 |
| TD WATERHOUSE CANADA /CDS (5036) | ROHIT SANDHU OR PROXY DEPT. 60 NORTH WINDPLACE SCARBOROUGH ON M1S 5L4 CAN |
| TIMBER HILL (0549) | MILTON OTERO OR PROXY DEPT. 1 PICKWICK PLAZA GREENWICH CT 06830 |
| TIMBER HILL (0549) | MARIA TARDIO OR PROXY DEPT. 1 PICKWICK PLAZA GREENWICH CT 06830 |
| TRADESTATION (0271) | PROXY DEPT. 8050 SW 10TH ST PLANTATION FL 33324 |
| U.S. BANK N.A. (2803) | PAUL KUXHAUS OR PROXY DEPT. 1555 N. RIVER CENTER DRIVE SUITE 302 MILWAUKEE WI 53212 |
| UBS FINANCIAL SVCS. (0221) | SALVATORE SCHIAVONE OR PROXY DEPT. 1000 HARBOR BLVD 0 WEEHAWKEN NJ 07086 |
| UBS SECURITIES (0642) | JEFF LAZARUS OR PROXY DEPT. 480 WASHINGTON BLVD. 12TH FLOOR JERSEY CITY NJ 07310 |
| UNION BANK OF CALIFORNIA N.A. (2145) | JOYCE LEE OR PROXY DEPT. 530 B STREET SUITE 242 SAN DIEGO CA 92101 |
| US BANCORP (0280) | KATHY DABRUZZI OR PROXY DEPT. 60 LIVINGSTON AVE EP-MN-WN2H ST. PAUL MN 55107-1419 |
| USAA INVESTMENT MANAGEMENT CO. (0367) | JOSEPH BALLESTEROS OR PROXY DEPT. 9800 FREDRICKBURG ROAD 0 SAN ANTONIO TX 78211 |
| VANGUARD MARKETING CORP. (0062) | PAUL NONNON OR PROXY DEPT. 525 WASHINGTON BLVD. NEW PORT TOWERS JERSEY CITY NJ 07310-1607 |
| WACHOVIA BANK (0929) | VICTORIA STEWART OR PROXY DEPT. 1525 W WT HARRIS BLVD CHARLOTTE NC 28262-8522 |
| WEDBUSH MORGAN SECURITIES (0103) | ALAN P. FERREIRA OR PROXY DEPT. 1000 WILSHIRE BLVD LOS ANGELES CA 90017 |
| WELLS FARGO BANK NATIONAL ASSN. (2027) | LORA DAHLE OR PROXY DEPT. 733 MARQUETTE AVENUE 5TH FL. MAC N9306-057 MINNEAPOLIS MN 55479 |
| WELLS FARGO INVESTMENT (0733) | MARGARET KLASEN OR PROXY DEPT. 625 MARQUETTE AVENUE 13TH FLOOR MINNEAPOLIS MN 55402-2308 |
| WILLIAM BLAIR & CO. L.L.C. (0771) | SARAH AHRENS OR PROXY DEPT. 222 WEST ADAMS STREET CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|

**Total Creditor count  110**