IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, effective August 13, 2010, Friedman Kaplan Seiler & Adelman LLP, and Ashby & Geddes, P.A., hereby enter their appearance on behalf of Aurelius Capital Management, LP ("Aurelius"), and Bilzin Sumberg Baena Price & Axelrod, LLP and Ferry, Joseph & Pearce, P.A. hereby withdraw their appearance as counsel for Aurelius

PLEASE TAKE FURTHER NOTICE that Aurelius hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and §1109 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following person at the address, telephone number and e-mail address indicated below:

| | |
|---|---|
| Edward A. Friedman | William P. Bowden |
| William P. Weintraub | Amanda M. Winfree |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | ASHBY & GEDDES, P.A. |
| 1633 Broadway | 500 Delaware Avenue, 8th Floor |
| New York, NY 10019-6708 | P.O. Box 1150 |
| Tel: (212) 833-1100 | Wilmington, Delaware 19899 |
| Fax: (212) 833-1250 | Telephone: (302) 654-1888 |
| efriedman@fklaw.com | Facsimile: (302) 654-2067 |
| wweintraub@fklaw.com | wbowden@ashby-geddes.com |
| | awinfree@ashby-geddes.com |

*[Signature Page to Follow]*

{00431456;v1}

Dated: August 13, 2010
Wilmington, DE

| **ASHBY & GEDDES, P.A.** | **FERRY, JOSEPH & PEARCE, P.A.** |

/s/ *Amanda M. Winfree*
William P. Bowden (No. 2553)
Amanda M. Winfree (No. 4615)
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Fax: (302) 654-2067

and

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
Edward A. Friedman
William P. Weintraub
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 833-1100
Fax: (212) 833-1250

*Counsel to Aurelius Capital Management, LP*

/s/ *Theodore J. Tacconelli*
Theodore J. Tacconelli (No. 2678)
824 Market St. Suite 1000
Wilmington, DE 19801
Telephone (302) 575-1555
Fax (302) 575-1714

and

BILZIN SUMBERG BAENA PRICE &
AXELROD, LLP
Scott L. Baena
Matthew I. Kramer
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340
Telephone (305) 374-7580
Fax (305) 374-7593

*Withdrawing Counsel to Aurelius Capital Management, LP*