IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Hearing Date: August 17, 2010 at 5:00 p.m. (ET)**<br>**Objection Deadline: August 17, 2010 at 5:00 p.m. (ET)**<br>**Related Docket Nos: 4707, 4366, 4928, 4943 and 5251** |

## MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN ORDER EXTENDING CERTAIN DEADLINES RELATED TO CONFIRMATION OF THE PLAN OF REORGANIZATION

The above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") hereby file this motion (the "Motion") seeking entry of an order extending the deadlines set forth in the Order Further Amending Certain Deadlines in (A)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-6941548v1

Discovery and Scheduling Order and (B) Solicitation Order [Docket No. 5251] (the "Second Amended Deadline Order"). In support of this Motion, the Debtors respectfully state as follows:

1. At the request of the Debtors at the August 3, 2010 hearing, the Court extended various deadlines in connection with confirmation of the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries to enable the Debtors and other stakeholders to continue discussions concerning the contours of a plan of reorganization that would maximize consensus. Since the hearing, vigorous negotiations have occurred between the Debtors and other principal stakeholders.

2. The Court has entered four orders governing plan confirmation deadlines in these cases:

> (i) Order (I) Approving Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Amended Joint Plan of Reorganization For Tribune Company and Its Subsidiaries; (III) Establishing Deadline for Return of Media Ownership Certifications; (IV) Scheduling Confirmation Hearing; (V) Establishing Notice and Objection Procedures in Respect of Confirmation of Amended Joint Plan of Reorganization; and (VI) Granting Related Relief [Docket No. 4707] (the "Solicitation Order");
>
> (ii) Discovery and Scheduling Order for Plan Confirmation [Docket No. 4366] (the "Scheduling Order");
>
> (iii) Order (I) Amended Certain Deadlines in (A) Discovery and Scheduling Order and (B) Solicitation Order, and (II) Approving Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Extension of Report Deadline [Docket No. 4928] (the "Amended Deadline Order"); and
>
> (iv) Second Amended Deadline Order.

These orders set forth various deadlines relating to confirmation discovery, confirmation filings and voting. In addition to the scheduling orders, the Debtors filed the Debtors' (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation

Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Docket No. 4943] (the "Contours Motion").

3. There are a series of deadlines related to confirmation of the Plan that commence on August 16, 2010 at 4:00 p.m. (Eastern), which is the deadline for objections to the Contours Motion, and continue through the confirmation hearing scheduled in early October. Given the state of the negotiations, the Debtors believe that it would be imprudent to hold these dates currently scheduled for confirmation-related matters. Consequently, the Debtors request that each of the deadlines set forth in the Second Amended Deadline Order and the dates related to the Contours Motion be extended to dates to be determined by the Court. Attached hereto as Exhibit A is a form of order with respect to such relief.

4. As the Court is well-aware, pursuant to the Second Amended Deadline Order, the voting deadline for the Plan is August 20, 2010. In order to avoid confusion among the parties entitled to vote on the Plan, concurrently with the filing of this Motion, the Debtors are serving the notice in the form attached hereto as Exhibit B on all voting parties. The notice informs such parties that the voting deadline shall be extended and that there is no need to cast their ballots by the previously established deadline of August 20, 2010.

46429/0001-6941548v1

WHEREFORE, the Debtors respectfully request that the Court enter an order in substantially in the form attached hereto as <u>Exhibit A</u> and granting such other and further relief as is just and proper under the circumstances.

Dated: Wilmington, Delaware
August 13, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-6941548v1