IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>D.I. 5379 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Kizzy L. Jarashow to represent Aurelius Capital Management, LP in the above-captioned matter.

Dated: August 13, 2010

**ASHBY & GEDDES, P.A.**

*/s/ Amanda Winfree*

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Co-Counsel to Aurelius Capital Management, LP*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: August 16, 2010

*/s/ Kevin J. Carey*

The Honorable Kevin J. Carey
Chief Judge United States Bankruptcy Court

{00431403;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the U.S. District Court, Southern and Eastern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court, or, if not paid previously, the fee payment will be submitted to the District Court Clerk's Office upon the filing of this motion.

Kizzy L. Jarashow
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
1633 Broadway
New York, NY 10019-6708
Telephone: (212) 833-1100
Facsimile: (212) 833-1250
E-mail: kjarashow@fklaw.com

{00431403;v1}