IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                             :       Chapter 11 Cases
                                                   :       Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                           :       (Jointly Administered)
                                                   :
    Debtors.                                       :       Hearing Date and Time: August 17, 2010
                                                   :                              @ 5:00 PM EST
                                                   :
---------------------------------------------------------X   Related to Docket Nos. 4943, 5383

### THE WILMINGTON TRUST COMPANY'S RESPONSE TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING CERTAIN DEADLINES RELATED TO CONFIRMATION OF THE PLAN OF REORGANIZATION

Wilmington Trust Company ("Wilmington Trust"), Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of $1.2 billion (generally referred to as the "PHONES") issued in April 1999 by Tribune Company ("Tribune" and, together with its Chapter 11 affiliates, the "Debtors" or the "Company"), by and through its undersigned counsel, hereby responds to the *Debtors' Motion for Entry of an Order Extending Certain Deadlines Related to Confirmation of the Plan of Reorganization* (the "Extension Motion"). In support of this response, Wilmington Trust respectfully submits as follows:

### RESPONSE

1.  Wilmington Trust did not have advance knowledge of the Debtors' Extension Motion and, therefore, prepared a lengthy pleading in anticipation of the scheduled "contours" hearing on August 20, 2010. Wilmington Trust does, however, support the relief requested in the Extension Motion. Accordingly, Wilmington Trust will not today (by the objection deadline set for the Contours Motion) file the substantive responsive it had prepared so as not to disrupt

fruitful settlement discussions. If the Court is not inclined to grant the relief requested in the Extension Motion, Wilmington Trust respectfully requests that it be given an opportunity to file its previously prepared responsive pleading to the Contours Motion.

Dated: Wilmington, Delaware
August 16, 2010

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ Raymond H. Lemisch
Raymond H. Lemisch, Esq. (Del. Bar No. 4204)
Jennifer R. Hoover, Esq. (Del. Bar No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: rlemisch@beneschlaw.com
Email: jhoover@beneschlaw.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*