IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, *et al.*, | : Case No. 08-13141 (KJC) |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on August 16, 2010, a true and correct copy of the foregoing was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via hand delivery or regular mail upon the following parties:

| | |
|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Patrick J. Reilley, Esquire<br>COLE, SCHOTZ, MEISEL, FORMAN<br>  & LEONARD, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>*Counsel to the Debtors* | James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>Janet E. Henderson, Esquire<br>Kevin T. Lantry, Esquire<br>Kerriann S. Mills, Esquire<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>*Counsel to the Debtors* |
| Jeffrey M. Schlerf, Esquire<br>Eric M. Sutty, Esquire<br>John H. Strock, Esquire<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>*Attorneys for the Bridge Agent* | Thomas E. Lauria, Esquire<br>Gerard Uzzi, Esquire<br>David Hille, Esquire<br>Andrew Hammond, Esquire<br>Scott Greissman, Esquire<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>*Attorneys for the Bridge Agent* |

Dated: August 16, 2010

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ Raymond H. Lemisch
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

- and -

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*