## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.: 08-13141(KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 16th day of August, 2010, I electronically filed and served **Objection by the New York State Department of Taxation and Finance to Confirmation of Debtors' Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries (as Modified)** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via regular first class mail the following:

**Sidley Austin, LLP**
**One South Dearborn Street**
**Chicago, Illinois 60603**

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
**500 Delaware Avenue, Suite 1410**
**Wilmington, DE 19801**

**J. Caleb Boggs Federal Building**
**844 King Street, Suite 2207**
**Lock Box 35**
**Wilmington, DE 19801**

**Chadbourne & Park, LLP**
**30 Rockefeller Plaza**
**New York, NY 10112**

**Landis, Rath & Cobb, LLP**
**919 Market Place, Suite 1800**
**Wilmington, DE 19801**

Executed on August 16, 2010

/s/Norman P. Fivel
Norman P. Fivel

"Printed on Recycled Paper"