# EXHIBIT 1

## Tribune Sixteenth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Thomas K. Maurer<br>Foley & Lardner LLP<br>111 N. Orange Ave. Suite 1800<br>Orlando, FL 32801<br>Email: TMaurer@foley.com | Florida Environmental Counsel | $20,000 |