# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 7, 2010 @ 4:00 p.m.**<br>**Hearing Date:** *Only if Objection(s) are filed* |

## FIRST MONTHLY FEE APPLICATION OF SAUL EWING LLP, COUNSEL TO KENNETH N. KLEE, ESQ., THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2010 THROUGH MAY 31, 2010

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); FOIUM Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Name of Applicant:                          **SAUL EWING LLP**

Authorized to Provide Professional
Services to:                                **Kenneth N. Klee, Esq., the Examiner**

Date of Retention:                          **May 19, 2010 *nunc pro tunc* to April 30, 2010**

Period for which Compensation
and Reimbursement is sought:                **May 1, 2010 through May 31, 2010**

Amount of Compensation sought as
actual, reasonable and necessary:           **$636,503.75**

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:                                  **$1,842.11**

Prior Applications:  None

# SUMMARY OF BILLING BY ATTORNEY

## MAY 1, 2010 THROUGH MAY 31, 2010

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes and 10% discount)* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Charles O. Monk II | 1974 | Partner (since 1998) | $700.00 | 113.50 | $79,450.00 |
| Timothy W. Callahan II | 1980 | Partner (since 1989) | $580.00 | 53.00 | $30,740.00 |
| Mark Minuti | 1988 | Partner (since 1997) | $560.00 | 86.95 | $48,692.00 |
| Christopher R. Hall | 1986 | Partner (since 2006) | $490.00 | 47.40 | $23,226.00 |
| Cathleen M. Devlin | 1994 | Partner (since 2003) | $440.00 | 38.30 | $16,852.00 |
| Joseph C. Monahan | 1993 | Partner (since 2008) | $430.00 | 59.60 | $25,628.00 |
| Nicholas J. Nastasi | 2010 | Partner (since 2010) | $425.00 | 255.40 | $108,545.00 |
| Susan M. Zima | 1998 | Contract Attorney | $375.00 | 87.90 | $32,962.50 |
| James D. Taylor, Jr. | 2000 | Special Counsel (since 2009) | $345.00 | 29.70 | $10,246.50 |
| Gregory G. Schwab | 2004 | Associate (since 2006) | $300.00 | 78.70 | $23,610.00 |
| Jennifer Morgan Becnel-Guzzo | 2004 | Associate (since 2009) | $295.00 | 34.30 | $10,118.50 |
| Jennifer B. Bonniwell | 2004 | Associate (since 2004) | $285.00 | 77.70 | $22,144.50 |
| Branden A. Borger | 2005 | Associate (since 2006) | $285.00 | 1.4 | $0.00 |
| Lucian Murley | 2005 | Associate (since 2008) | $275.00 | 15.00 | $4,125.00 |
|  |  |  |  | 1.50 | $0.00 |
| Caitlin M. Piccarello | 2006 | Associate (since 2006) | $275.00 | 107.30 | $29,507.50 |

| Whitney Deeney | 2008 | Associate (since 2008) | $255.00 | 14.80 | $3,774.00 |
|---|---|---|---|---|---|
| Michael J. Farnan | 2008 | Associate (since 2009) | $255.00 | 80.70 | $20,578.50 |
| Sarah F. Lacey | 2008 | Associate (since 2008) | $255.00 | 141.25 | $36,018.75 |
| Sean T. O'Neilll | 2007 | Associate (since 2007) | $255.00 | 99.80 | $25,449.00 |
| Monique A. Bair | 2009 | Associate (since 2010) | $225.00 | 31.30 | $7,042.50 |
| Larry K. Miller | N/A | Litigation Support Specialist | $225.00 | 64.50 | $14,512.50 |
| Lucy H. Lane | N/A | Paralegal | $215.00 | 56.70 | $12,190.50 |
| Betsy F. Liberato | N/A | Paralegal | $215.00 | 56.90 | $12,233.50 |
| Julie A. Himbert | N/A | Paralegal | $210.00 | 47.80 | $10,038.00 |
| J. Gregory Bale | N/A | Paralegal | $195.00 | 25.60 | $4,992.00 |
| Paul J. Stumpt | N/A | Paralegal | $195.00 | 28.20 | $5,499.00 |
| Peter J. Coolbaugh | N/A | Paralegal | $185.00 | 15.90 | $2,941.50 |
| Jill J. Woodlon | N/A | Litigation Support Specialist | $155.00 | 92.30 | $14,306.50 |
| Corey A. Mears | N/A | Litigation Support Specialist | $150.00 | 7.20 | $1,080.00 |
| **TOTAL** | | | | **1,850.6** | **$636,503.75** |

**Blended Rate:  $343.94**

- This rate is Saul Ewing LLP's regular hourly rate for legal services.  All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustments occurred on July 1, 2010 with respect to the Bankruptcy and Reorganization Department, and on January 1, 2010 with respect to all other firm departments)

## COMPENSATION BY PROJECT CATEGORY

## MAY 1, 2010 THROUGH MAY 31, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Investigation | 1,616.6 | $571,823.50 |
| Case Administration | 172.7 | $35,251.00 |
| Fee Applications and Matters | 0.5 | $280.00 |
| Non-Working Travel (billed at 50%) | 18.4 | $9,653.75 |
| Preparation for and Attendance at Hearing | 26.7 | $13,454.50 |
| Retention Matters | 15.7 | $6,041.00 |
| **TOTAL** | **1,850.6** | **$636,503.75** |

596518.1 8/17/10

## EXPENSE SUMMARY

## MAY 1, 2010 THROUGH MAY 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (9,260 pages @ $0.10/page) | | $926.00 |
| Telephone | | $55.11 |
| Cab Fare and Parking | *Sarah Lacey; Charles Monk* | $107.00 |
| Train Fare | *Sarah Lacey; Charles Monk* | $754.00 |
| **TOTAL** | | **$1,842.11** |

596518.1 8/17/10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 7, 2010 @ 4:00 p.m.**<br>**Hearing Date:** *Only if Objection(s) are filed* |

## FIRST MONTHLY FEE APPLICATION OF SAUL EWING LLP, COUNSEL TO KENNETH N. KLEE, ESQ., THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2010 THROUGH MAY 31, 2010

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); FORUM Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Saul Ewing LLP ("Saul Ewing" or "Applicant"), Delaware counsel to Kenneth N. Klee, Esq., the Examiner (the "Examiner") approved in the above-captioned chapter 11 cases of Tribune Company and its affiliates (collectively, the "Debtors" or "Tribune"), hereby submits this application (the "Application") for allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the United States Trustee's Guidelines for Reviewing Applications- for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996, and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Interim Compensation Procedures Order"), for the period May 1, 2010 through May 31, 2010 (the "Application Period"). For the Application Period, Saul Ewing seeks an allowance of interim compensation in the amount of $636,503.75 and reimbursement of actual and necessary expenses in the amount of $1,842.11. In support of this Application, Saul Ewing represents as follows:

## JURISDICTION

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## INTRODUCTION

3.     On December 8, 2008, the Debtors commenced the Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  On December 10, 2008, the Court entered an order providing for the joint administration of the Chapter 11 Cases.

4.     On April 20, 2010, the Court entered that certain *Agreed Order Directing the Appointment of an Examiner entered April 20, 2010* [Docket No. 4120] (the "Examiner Order") which, among other things, directed the Office of the United States Trustee (the "United States Trustee") to appoint an examiner in these cases pursuant to section 1104(c)(1) of the Bankruptcy Code.

5.     Pursuant to the Examiner Order, the Court ordered that an examiner be appointed to conduct an investigation (as defined therein, the "Investigation") and prepare a report in respect thereof (the "Report") evaluating: (i) potential claims, causes of action, and defenses asserted in respect of the leveraged buy-out of Tribune that occurred in 2007, (ii) whether Wilmington Trust Company ("WTC") violated the automatic stay by filing the complaint in Adversary Proceeding No. 10-50732, and (iii) the assertions and defenses made in connection with a certain motion of JPMorgan Chase Bank, N.A. for sanctions against WTC based on the alleged disclosure of confidential information.

6.     On April 30, 2010, the United States Trustee filed that certain *Notice of Appointment of Examiner* [Docket No. 4212] appointing Kenneth N. Klee, Esq. as the Examiner. Contemporaneously therewith, the United States Trustee filed that certain *Application of the United States Trustee for Order Approving Appointment of Examiner* [Docket No. 4213].

7.     On May 7, 2010, the Examiner filed that certain *Work and Expense Plan of Examiner-Designate Kenneth N. Klee, Esq.* [Docket No. 42611 (the "Work Plan").  On May 10,

2010, the Court held a status conference regarding the appointment of the Examiner and adopted the Work Plan.

8.      On May 11, 2010, the Court entered that certain *Order Approving Appointment of Examiner* [Docket No. 4320] and that certain *Order Approving Work and Expense Plan and Modifying Examiner Order* [Docket No. 4321].

9.      On May 12, 2010, the Examiner filed that certain *Application of the Examiner for an Order Authorizing the Retention of Saul Ewing LLP as Delaware Counsel to the Examiner Nunc Pro Tunc to April 30, 2010* [Docket No. 4358]. On May 19, 2010, the Court entered that certain *Order Pursuant to Section 327 of the Bankruptcy Code Authorizing Employment of Saul Ewing LLP as Delaware Counsel to the Examiner Nunc Pro Tunc to April 30, 2010* [Docket No. 4499].

10.     This Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The statutory predicates for relief requested herein are sections 105(a) and 330 of the Bankruptcy Code, as well as Rules 2016 and 2016-2 of the Bankruptcy Rules and Local Rules, respectively.

## PROFESSIONAL SERVICES RENDERED

11.     During the Application Period, Saul Ewing partners, associates and paraprofessionals rendered a total of 1,850.6 hours of professional services to the Debtors. The blended hourly rate for the hours included in this Application is equal to $343.94 per hour, calculated as to both attorneys and paraprofessionals. At all times, work was assigned to the attorney or paraprofessional with the lowest billing rate possible commensurate with the skill, background, responsibility and expertise needed to do the work efficiently.

12.     Attached hereto as **Exhibit "A"** is an Affidavit of Applicant with respect to the compensation requested.

13.     Attached as **Exhibit "B"** is a detailed, chronological itemization covering all the services performed by Applicant with respect to these matters from May 1, 2010 through May 31, 2010.  This detailed itemization complies with Del.Bankr.LR 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.  Attached hereto as **Exhibit "C"** is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from May 1, 2010 through May 31, 2010.  Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

14.     Attached hereto as **Exhibit "D"** is a description of the costs actually expended by the Applicant in the performance of services rendered as counsel to the Examiner.  These costs for which reimbursement is requested total $1,842.11.  The breakdown of costs includes the rate for copying charges ($.10/page) and the basis for each rate, facsimile charges ($1.00/page – outgoing transmission only), telephone charges, postage, messenger service, outside photocopying, teleconferencing and legal research.  By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

15.     No prior request for the relief sought by this Application has been made to this or any other court.

WHEREFORE, Saul Ewing respectfully requests that the Court enter an Order (i) allowing, authorizing and directing payment of interim compensation in the amount of $509,203.00 (80% of which is $636,503.75) for legal services rendered on behalf of the

Examiner during the Application Period and reimbursement of expenses incurred during the same period in the amount of $1,842.11; and, (ii) granting such other and further relief as the Court deems just and proper.

Dated:  August 17, 2010                    Respectfully Submitted,

                                           SAUL EWING LLP

                                           _____
                                           Mark Minuti (Bar No. 2659)
                                           222 Delaware Avenue, Suite 1200
                                           P.O. Box 1266
                                           Wilmington, DE 19899
                                           Telephone:     (302) 421-6840
                                           Facsimile:     (302) 421-5873
                                           Email: mminuti@saul.com

                                           *Counsel to the Examiner*