# Exhibit D

Expense Summary

## EXHIBIT "D"

## EXPENSE SUMMARY

## MAY 1, 2010 THROUGH MAY 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (9,260 pages @ $0.10/page) | | $926.00 |
| Telephone | | $55.11 |
| Cab Fare and Parking | *Sarah Lacey; Charles Monk* | $107.00 |
| Train Fare | *Sarah Lacey; Charles Monk* | $754.00 |
| **TOTAL** | | **$1,842.11** |



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

KLEE, KENNETH, Examiner for Tribune Company
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

| | |
|---|---|
| Invoice Number | 2104169 |
| Invoice Date | 08/12/10 |
| Client Number | 360412 |
| Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 05/24/10 | Photocopying | 1.00 |
| 05/25/10 | Photocopying | 0.20 |
| 05/25/10 | Photocopying | 23.10 |
| 05/25/10 | Photocopying | 6.80 |
| 05/25/10 | Photocopying | 37.10 |
| 05/25/10 | Photocopying | 6.00 |
| 05/26/10 | Photocopying | 0.90 |
| 05/26/10 | Photocopying | 63.30 |
| 05/27/10 | Photocopying | 74.00 |
| 05/27/10 | Photocopying | 146.20 |
| 05/27/10 | Photocopying | 284.00 |
| 05/27/10 | Photocopying | 20.00 |
| 05/27/10 | Photocopying | 8.70 |
| 05/27/10 | Photocopying | 1.50 |
| 05/27/10 | Photocopying | 2.40 |
| 05/27/10 | Photocopying | 22.40 |
| 05/27/10 | Photocopying | 0.10 |
| 05/27/10 | Photocopying | 13.40 |
| 05/27/10 | Photocopying | 0.40 |
| 05/27/10 | Photocopying | 92.70 |
| 05/27/10 | Photocopying | 3.70 |
| 05/27/10 | Photocopying | 34.20 |
| 05/28/10 | Photocopying | 18.60 |
| 05/28/10 | Photocopying | 12.10 |
| 05/28/10 | Photocopying | 12.10 |
| 05/28/10 | Photocopying | 40.90 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

596654.1 8/17/10

| | | | |
|---|---|---|---|
| 360412 | KLEE, KENNETH, Examiner for Tribune Company | Invoice Number 2104169 | |
| 00002 | Expenses | Page 2 | |
| 08/12/10 | | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/28/10 | Photocopying | 0.20 | |
| | Total Photocopying | | 926.00 |
| 05/05/10 | Telephone | 0.29 | |
| 05/10/10 | Telephone | 2.05 | |
| 05/10/10 | Telephone | 0.26 | |
| 05/10/10 | Telephone | 0.42 | |
| 05/10/10 | Telephone | 5.35 | |
| 05/11/10 | Telephone | 0.22 | |
| 05/12/10 | Telephone | 0.99 | |
| 05/13/10 | Telephone | 0.20 | |
| 05/13/10 | Telephone | 4.49 | |
| 05/17/10 | Telephone | 0.97 | |
| 05/18/10 | Telephone | 0.26 | |
| 05/18/10 | Telephone | 1.23 | |
| 05/18/10 | Telephone | 0.68 | |
| 05/18/10 | Telephone | 0.40 | |
| 05/18/10 | Telephone | 1.06 | |
| 05/18/10 | Telephone | 0.20 | |
| 05/19/10 | Telephone | 0.22 | |
| 05/19/10 | Telephone | 0.26 | |
| 05/19/10 | Telephone | 4.77 | |
| 05/20/10 | Telephone | 2.86 | |
| 05/20/10 | Telephone | 0.97 | |
| 05/20/10 | Telephone | 0.55 | |
| 05/20/10 | Telephone | 1.54 | |
| 05/20/10 | Telephone | 1.94 | |
| 05/20/10 | Telephone | 2.24 | |
| 05/21/10 | Telephone | 1.74 | |
| 05/21/10 | Telephone | 0.24 | |
| 05/21/10 | Telephone | 0.26 | |
| 05/24/10 | Telephone | 0.20 | |
| 05/24/10 | Telephone | 1.52 | |
| 05/24/10 | Telephone | 0.70 | |
| 05/24/10 | Telephone | 1.21 | |
| 05/24/10 | Telephone | 0.20 | |
| 05/24/10 | Telephone | 5.59 | |
| 05/25/10 | Telephone | 0.53 | |
| 05/25/10 | Telephone | 0.22 | |
| 05/25/10 | Telephone | 0.75 | |
| 05/25/10 | Telephone | 0.20 | |
| 05/26/10 | Telephone | 0.48 | |
| 05/27/10 | Telephone | 0.24 | |
| 05/27/10 | Telephone | 0.18 | |
| 05/28/10 | Telephone | 1.32 | |

| | | | |
|---|---|---|---|
| 360412 | KLEE, KENNETH, Examiner for Tribune Company | Invoice Number 2104169 | |
| 00002 | Expenses | Page 3 | |
| 08/12/10 | | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/28/10 | Telephone | 0.35 | |
| 05/28/10 | Telephone | 1.83 | |
| 05/28/10 | Telephone | 0.75 | |
| 05/28/10 | Telephone | 2.18 | |
| | Total Telephone | | 55.11 |
| 05/21/10 | Cab Fare - - VENDOR: Sarah F Lacey 19MAY2010 Phila Taxi Fee Re: Tribune Internal Kick-Off Meeting in Phila / S. Lacey<br>Bank ID: 9 Check Number: 228715 | 7.00 | |
| 05/25/10 | Cab Fare - - VENDOR: Charles O. Monk, II 04MAY2010 Taxi in New York City from Train Station to Meeting Re: Meeting of All Counsel in New York City / C. Monk<br>Bank ID: 9 Check Number: 228751 | 8.00 | |
| 05/25/10 | Cab Fare - - VENDOR: Charles O. Monk, II 19MAY2010 Taxi from 30th Street Station to Meeting of All Counsel Re: SE Team Meeting in Phila / C. Monk<br>Bank ID: 9 Check Number: 228751 | 9.00 | |
| 05/25/10 | Cab Fare - - VENDOR: Charles O. Monk, II 19MAY2010 Taxi from SE Phila Office to Train Station for Team Meeting / C. Monk<br>Bank ID: 9 Check Number: 228755 | 10.00 | |
| 05/25/10 | Cab Fare - - VENDOR: Charles O. Monk, II 10MAY2010 Taxi to/from Wilmington Train Station Re: Hearing in Wilmington / C. Monk<br>Bank ID: 9 Check Number: 228751 | 18.00 | |
| | Total Cab Fare | | 52.00 |
| 05/21/10 | Parking - VENDOR: Sarah F Lacey 19MAY2010 Parking/Marc Station Re: Tribune Internal Kick-Off Meeting in Phila / S. Lacey<br>Bank ID: 9 Check Number: 228715 | 7.00 | |
| 05/25/10 | Parking - - VENDOR: Charles O. Monk, II 10MAY2010 Parking at Balt Penn Station Re: Hearing in Wilmington / C. Monk<br>Bank ID: 9 Check Number: 228751 | 14.00 | |
| 05/25/10 | Parking - - VENDOR: Charles O. Monk, II 19MAY2010 Parking at Balt Penn Station Re: SE Team Meeting in Phila / C. Monk<br>Bank ID: 9 Check Number: 228751 | 14.00 | |

596654.1 8/17/10

| | | |
|---|---|---|
| 360412 | KLEE, KENNETH, Examiner for Tribune Company | Invoice Number 2104169 |
| 00002 | Expenses | Page 4 |
| 08/12/10 | | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/25/10 | Parking - - VENDOR: Charles O. Monk, II 04MAY2010 Parking at Balt Penn Station Re: Meeting of All Counsel in New York City / C. Monk<br>Bank ID: 9 Check Number: 228751 | 20.00 | |
| | Total Parking | | 55.00 |
| 05/21/10 | Transportation-Amtrak - - VENDOR: Sarah F Lacey 19MAY2010 For Earlier Train - Change Ticket Fee Re: Tribune Internal Kick-Off Meeting in Phila / S. Lacey<br>Bank ID: 9 Check Number: 228715 | 11.00 | |
| 05/25/10 | Transportation-Amtrak - - VENDOR: Charles O. Monk, II 10MAY2010 Train to/from Wilmington Re: Hearing / C. Monk<br>Bank ID: 9 Check Number: 228751 | 130.00 | |
| 05/25/10 | Transportation-Amtrak - - VENDOR: Charles O. Monk, II 19MAY2010 Train to/from Phila Re: SE Team Meeting / C. Monk<br>Bank ID: 9 Check Number: 228751 | 203.00 | |
| 05/25/10 | Transportation-Amtrak - - VENDOR: Charles O. Monk, II 04MAY2010 Train to/from New York City Re: Meeting of All Counsel / C. Monk<br>Bank ID: 9 Check Number: 228751 | 410.00 | |
| | Total Transportation-Amtrak | | 754.00 |
| | CURRENT EXPENSES | | 1,842.11 |
| | **TOTAL AMOUNT OF THIS INVOICE** | | 1,842.11 |