# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** August 17, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matt Maguire | Landis Rath + Cobb | The Committee |
| David LeMay | Chadbourne + Parke | The Committee |
| [illegible] | Chadbourne + Parke | [illegible] |
| Bill Bowden | Ashby & Geddes | Aurelius Capital |
| Edward Friedman | Friedman Kaplan | " |
| William Weintraub | " | " |
| Daniel Golden | Akin Gump | Centerbridge Capital |
| Michael Russano | Davis Polk | JPMorgan |
| Drew Sloan | Richards Layton | JPMorgan |
| Tom Horan | Womble Carlyle | Great Banc |
| Andrew Glenn | Kasowitz Benson | Law Debenture |
| Garvan McDaniel | Bifferato Gentilotti | " |
| David Klauder | U.S. Trustee | U.S. Trustee |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** August 17, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Conlon | Sidley | Debtors |
| James Bendernagel | " | " |
| Kevin Lantry | " | " |
| Jessica Boelter | " | " |
| Norman Pernick | Cole Schotz | " |
| Don Liebentritt | Tribune | " |
| Laurie Selber Silverstein | Potter Anderson Corroon | Merrill Lynch |
| Thomas Lauria | White & Case | Wells Fargo |
| Andrew Hammond | " | " |
| Jeffrey Schlerf | For Rothschild | " |
| Kaycnd | Beresch | Wilmington Trust |
| Randy Sage | Brown Rudnick | " |
| Robert Stark | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 08/17/2010
Calendar Time: 05:00 PM ET

Amended Calendar 08/17/2010 01:15 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687339 | Michael D. Adamski | (212) 230-4513 | One East Partners | Interested Party, Michael D. Adamski / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687574 | Jonathan Agudelo | (212) 836-8369 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687485 | Samire Arora | (212) 672-5000 | Centerbridge | Interested Party, Centerbridge / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687575 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687950 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687755 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689918 | D'Lisia Bergeron | 312-853-3351 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3690137 | Jon Berke | (212) 686-2741 | DebtWire | Interested Party, Jon Berke / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688965 | Donald S. Bernstein | 212-450-4092 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689930 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687435 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689888 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687761 | Robert S. Brady | (302) 571-5713 | Young, Conaway Stargatt & Taylor, | Creditor, Credit Lenders / LIVE |

Peggy Drasal                      CourtConfCal2009                      Page 1 of 6

| Case Name | Case # | Proceeding | App ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688297 | Peg Brickley | Dow Jones & Co. | 215-462-0953 | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688195 | Scott Bynum | Goldman Sachs & Co. | 212-902-8060 | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687804 | Daniel Cantor | O'Melveny & Myers (New York Office) | (212) 326-2000 | Creditor, Bank of America / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687426 | Michael Ching | Allen & Company | 212-339-2431 | Third Party, Michael Ching / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687154 | Esther Chung | Bank of America | (646) 855-6705 | Interested Party, Bank of America / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688811 | Blake Cleary | Young, Conaway Stargatt & Taylor | 302-571-6714 | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688794 | Andrew Dash | Brown Rudnick LLP | 212-209-4811 | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687775 | Douglas Deutsch | Chadbourne & Park, LLP | 212-408-5169 | Creditor, Official Committee of Unsercured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687338 | Amy Dieterich | Paul Weiss Rifkind Wharton & | (212) 373-3688 | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688812 | William Dolan | Brown Rudnick LLP | 401-276-2611 | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687173 | Neel Doshi | UBS Securities LLC | (203) 719-8723 | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689934 | Dave Eldersveld | Tribune Company | (312) 222-4707 | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688783 | Jared Ellias | Brown Rudnick LLP | 212-209-4889 | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689507 | Gregory W. Fox | Friedman Kaplan Seiler & Adelman | (212) 833-1115 | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687222 | James Freeman | Perry Capital | (212) 583-4000 | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687200 | Arif Gangat | Arrowgrass Capital Services UK | (212) 372-8938 | Interested Party, Arrowgrass Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687492 | Leonard Gerson | U.S. Department of Labor | (202) 693-5615 ext. 000 | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687450 | Andrew Glenn | Kasowitz Benson Torres & Friedman | (212) 506-1747 | Interested Party, Law Debenture Trust Company of New York / LIVE |

| Debtor | Case | Type | Firm Name | First Name | Last Name | CourtID | Phone | Representing | Party / Status |
|---|---|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Wilmer Cutler Pickering Hale & Dorr, | Andrew N. | Goldman | 3687418 | (212) 230-8836 | Angelo, Gordon & Co. | Interested Party / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Paul Weiss Rifkind Wharton & | Andrew | Gordon | 3687313 | (212) 373-3543 | Citigroup | Creditor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | White & Case LLP | Scott | Greissman | 3689931 | (212) 819-8567 | Wells Fargo Bank | Client / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Arrowhawk Capital Partners | Andrew | Gu | 3687874 | (203) 413-7246 | Arrowhawk Capital Partners | Client / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | White & Case | David | Hille | 3690045 | 212-819-8357 | Wells Fargo Bank | Creditor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Friedman Kaplan Seiler & Adelman | Kizzy L. | Jarshow | 3689526 | (212) 833-1115 | Aurelius Capital Management | Creditor / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Citadel Investment Group | Nealesh | Jhaveri | 3689968 | (212) 651-7636 | Nealesh Jhaveri | Interested Party / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Hennigan Bennett & Dorman LLP | James O. | Johnston | 3687751 | 213-694-1030 | Credit Agreement Lenders | Creditor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | O'Melveny & Myers, LLP | Evan | Jones | 3687811 | 213-430-6236 | Bank of America | Creditor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Anna Kalenchits | Anna | Kalenchits | 3687554 | (212) 723-1808 | Anna Kalenchits | Interested Party / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Sidley Austin | Ken | Kansa | 3689914 | (312) 853-7163 | Tribune Company | Debtor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Arkin Kaplan LLp (New York) | Howard J. | Kaplan | 3691352 | 212-333-0200 | Creditors | Interested Party / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | JPMorgan Chase Bank, N.A. | Kevin C | Kelley | 3687434 | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Symphony Assets Management | James S. | Kim | 3690532 | 415-676-4094 | Symphony Assets Management | Interested Party / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Sidley Austin | Candice | Kline | 3689903 | (312) 853-7778 | Tribune Company | Debtor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Kasowitz Benson Torres & Friedman | Sheron | Korpus | 3687464 | (212) 506-1700 | Law Debenture Trust Company of the Americas | Creditor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Sidley Austin | Bryan | Krakauer | 3689912 | (312) 853-7515 | Tribune Company | Debtor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | Corre Partners | Stephen | Lam | 3687442 | (646) 863-7157 | Corre Partern | Creditor / LISTEN ONLY |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687317 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687895 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687780 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687331 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689932 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687471 | Seth H. Lieberman | 212-326-0819 | Pryor Cashman LLP | Interested Party, Wells Fargo Bank / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689890 | Neil S Losquadro | (212) 745-9758 | Neil S Losquadro - In Pro Per/Pro Se | In Propria Persona, Neil S Losquadro / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689922 | Jonathan D. Lotsoff | (312) 853-4602 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689908 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689902 | Lynne Marek | (312) 649-5328 | Crain's Chicago Business | Other Prof., Crain's Chicago Business / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688109 | Robert Craig Martin | 302-425-7116 | Edwards Angell Palmer Dodge, LLP | Interested Party, Barclays Capital / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687472 | Scott T. McCabe | 212-754-1613 | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687766 | Vivek Melwani | (212) 672-4622 | Centerbridge | Interested Party, Centerbridge / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688216 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689462 | Saquib R. Mirza | (212) 270-6000 | JP Morgan Proprietary (New York) | Interested Party, JP Morgan Proprietary / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689486 | Hal Neier | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688859 | Eamonn O'Hagan | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | | Michael D. Oneal | (312) 222-3490 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687428 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687559 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687570 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scottland | Creditor, Royal Bank of Scottland / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3690050 | Jonathan T. Roiter | 612-851-3014 | TPG Credit Management | Interested Party, Jonathan Roiter, TPG Credit Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687786 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687403 | Aaron Rosen | (212) 728-2528 | Archview Investment Group | In Propria Persona, Aaron Rosen / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689989 | Laura I. Rotter | (203) 930-7277 | Knight Libertas | Interested Party, Laura I. Rotter / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3691287 | Jason D. Schauer | 310-275-5335 | Levine Leichtman Capital Partners | Creditor, Levine Leichtman Capital Partners / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687350 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687759 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3691372 | Chaney M Shaffield | (310) 272-1062 | Canyon Partners LLC | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687585 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687237 | Douglas A. Sondgeroth | (312) 222-9350 | Jenner & Block, LLP | Interested Party, EGI-TRB / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688674 | Rebecca Song | (212) 559-9933 | Citi | Creditor, Citi / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687456 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688676 | Usman Tahir | (212) 527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689848 | David B. Thompson | (212) 688-7526 | Gruss & Company, LLC | Creditor, David Thompson / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687583 | Amit K. Trehan | (212) 506-2500 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689926 | Alison Triggs | (312) 853-7184 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687608 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688567 | Lance Vitanza | (203) 569-4337 | CRT Capital Group, LLC | Other Prof., CRT Capital Group LLC / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3690027 | Rushabh Vora | (212) 231-6311 | Macquarie Capital | Creditor, Macquarie Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3689938 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company And Tribune CNLBC, LLC / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688743 | Brian Whittman | (312) 601-4227 | Alvarez & Marsal Inc | Financial Advisor, for the Debtor Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3690004 | Jennifer Wild | (212) 418-6877 | Smith Management | Interested Party, Smith Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3687336 | Teck Wong | (952) 984-3292 | Carval Investors | Creditor, Carval Investors / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3688467 | Matthew A Zloto | (646) 445-6530 | Aurelius Capital Management | In Propria Persona, Matthew A Zloto / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13841 | Hearing | 3690284 | Gentry Klein | 203-552-3542 | Cetus Capital | Interested Party, Cetus Capital / LISTEN ONLY |