# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Tribune Company |
| **Case Number:** | 08-13141-KJC     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 17, 2010 05:00 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | SHERRY STILES |

### Matter:

Motion to Extend Deadlines

**R / M #:**   0 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Agenda Item #1 - Order Signed