IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 5081 and 5266** |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1.  On July 19, 2010, the Debtors filed the Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") [Docket No. 5081] with the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On August 4, 2010, the Debtors filed the Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5266].

3. Pursuant to the notice filed and served with the Objection, responses, if any, to the Objection were required to have been filed with the Court and served no later than 4:00 p.m. on August 12, 2010 (the "Response Deadline").

4. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the Objection. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answers, objections or other responsive pleadings to the Objection appears thereon. Counsel for the Debtors did, however, receive informal responses from the following claimants: (i) Albert Togut, Chapter 7 Trustee of PLVTZ, Inc.; (ii) the City of West Hollywood; and (iii) the City of Chicago. In addition, the Commonwealth of Massachusetts filed a notice of withdrawal of Claim No. 6241, which claim was subject to the Objection.

5. With respect to the claims of Albert Togut, Chapter 7 Trustee of PLVTZ, Inc., the Debtors and counsel for Mr. Togut have agreed to adjourn the hearing on the Objection, solely as to Claim No. 6344 against Los Angeles Times Communications LLC, to the Debtors' next scheduled omnibus hearing, or such other time as the parties agree or the Court directs, to pursue a consensual resolution of such claim. The parties have further agreed that Claim Nos. 6342, 6343, and 6345 shall remain on the Objection to be expunged; provided, however, that if either the Debtors or Mr. Togut later determine that Claim No. 6344 is properly asserted against a Debtor other that Los Angeles Times Communications LLC, the parties reserve all rights to seek modification of Claim No. 6344 to reflect the proper Debtor.

2

46429/0001-6948487v1

6.	With respect to the claim of the City of West Hollywood against KTLA Inc., the Debtors received a form letter, substantially identical to the letter attached to the City's Proof of Claim No. 2233, indicating that the City believed that the claim was non-dischargeable pursuant to section 523(a)(7).  Counsel for the Debtors spoke with a representative of the City of West Hollywood, who declined to provide further information in support of the claim.  Counsel for the Debtors requested that the City of West Hollywood file and serve a written response to the Objection on or before the Response Deadline.  The Debtors have received no such response.  The Debtors have modified Exhibit A to the Objection to clarify that the Debtors' basis for objecting to Claim No. 2233 is that section 523(a)(7) is inapplicable to KTLA Inc. because KTLA Inc. is not an individual debtor, the Proof of Claim fails to state the amount of the claim, the Proof of Claim is unsigned, and no documentation was submitted in support of the Proof of Claim.  For these cumulative reasons, the Debtors respectfully request that the Court enter the Order sustaining the Objection as to Claim No. 2233 of the City of West Hollywood.

7.	With respect to the claim of the City of Chicago, the Debtors and counsel for the City of Chicago have agreed to adjourn the hearing on the Objection to the Debtors' next scheduled omnibus hearing, or such other time as the parties agree or the Court directs, to pursue a consensual resolution of all of the City of Chicago's claims.

8.	Attached hereto as Exhibit A is a revised proposed order (the "Revised Order"), which (i) sustains the Objection as to those claimants who did not file or otherwise notify counsel to the Debtors of any response to the Objection; (ii) sustains the Objection as to Claim No. 2233 of City of West Hollywood for the modified reasons set forth on Exhibit A to the Objection; and (iii) continues the hearing solely with respect to the Objection to (a) Claim No. 6344 of Albert Togut, Chapter 7 Trustee of PLVTZ, Inc.; and (b) Claim No. 728 of the City of

3

Chicago. Attached hereto as <u>Exhibit B</u> is a black-line of the Revised Order which reflects all changes to the proposed order filed with the Objection.

9. The Debtors respectfully request the Court enter the Revised Order.

Dated: August 18, 2010

        SIDLEY AUSTIN LLP
        James F. Conlan
        Bryan Krakauer
        Kenneth P. Kansa
        Jillian K. Ludwig
        One South Dearborn Street
        Chicago, IL 60603
        Telephone: (312) 853-7000

        -and-

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By: /s/ *illegible signature*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 652-3131

        ATTORNEYS FOR DEBTORS
        AND DEBTORS IN POSSESSION

46429/0001-6948487v1