## EXHIBIT B

## Black Lined Revised Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket NoNos. ——5081 and 5266 |

## ORDER PARTIALLY SUSTAINING DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

### ("NO LIABILITY CLAIMS")

Upon consideration of the Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims (the "Objection"), by which the Debtors[2] request entry of an order pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

CH1 5424427v.1

3007-1, disallowing and expunging the No Liability Claims set forth on <u>Exhibit A</u> attached hereto; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained <u>as set forth herein</u>; and it is further

ORDERED that the No Liability Claims set forth on the attached <u>Exhibit A</u> are hereby disallowed and expunged in their entirety; and it is further

<u>ORDERED, that solely with respect to the Debtors' Objections to the following claims: (i) Claim No. 6344 of Albert Togut, Chapter 7 Trustee of PLVTZ, Inc.; and (ii) Claim No. 728 of the City of Chicago, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being September 15, 2010 at 11:00 a.m. (prevailing Eastern Time), or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such Claims and the Objections thereto; and it is further</u>

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

~~ORDERED that Local Rule 3007-1(f)(iii) is waived, and the Debtors may reserve the right to object in the future to any of the Proofs of Claim listed on Exhibit A attached hereto to on any ground; and it is further~~

ORDERED that notwithstanding anything contained in the Objection or the Exhibit attached to the Objection or this Order, the Debtors' rights to (a) bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to the Objection; or (b) exercise their rights of setoff against the holders of such claims relating to such avoidance actions are unaffected; and it is further

2

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       August _____, 2010

                                                                  _____
                                                                 The Honorable Kevin J. Carey
                                                                 Chief United States Bankruptcy Judge

Tribune Company, et al.

Omnibus Objection 33: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CITY OF CHICAGO DEPARTMENT OF REVENUE BUSINESS BANKRUPTCY UNIT 121 N. LASALLE STREET - ROOM 107A CHICAGO, IL 60602 | 08-13141 | Tribune Company | 03/13/2009 | 728 | $19,191.99 | Claimant indicated no amounts owed on claim. |
| 2 | CITY OF WEST HOLLYWOOD PO BOX 51852 LOS ANGELES, CA 90050-6152 | 08-13183 | KTLA Inc. | 05/01/2009 | 2233 | Undetermined | Claimant indicated no amounts owed on claim. Claimant indicated no amount owed on claim form. Claim form was unsigned. Claimant attached no supporting documentation reflecting any liability owed by the Debtor. 11 U.S.C. § 523(a)(7) is inapplicable to the Debtor. |
| 3 | COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON, MA 02114-9564 | 08-13254 | WPIX, Inc. | 09/16/2009 | 6241 | $649.87 | Claimant indicated no amounts owed on claim. |
| 4 | ELLINGTON, DEAN 582 LOWER LANE BERLIN, CT 06037 | 08-13241 | Tribune Television Company | 05/22/2009 | 3080 | $1,614.00 | No liability owed to claimant per Debtors books and records. |
| 5 | ENTRY MEDIA INC 127 W FAIRBANKS AVE   NO.417 WINTER PARK, FL 32789 | | No Debtor Asserted | 06/15/2009 | 5711 | $2,341.00 | Claim is a Newsday liability which was not controlled by Debtor at the time liability was incurred. |
| 6 | HICKMAN, ROBERT 40917 30TH ST. W PALMDALE, CA 93551 | 08-13183 | KTLA Inc. | 06/04/2009 | 3503 | $43,836.80 | No liability owed to claimant per Debtors books and records. |
| 7 | HITCHMAN, JAMES 130 MACK STREET PO BOX 5 BLENCOE, IA 51523 | 08-13240 | Tribune Publishing Company | 06/15/2009 | 5762 | $92,019.80 | Debtor allocated enhanced cash balance benefit to Claimant's account pursuant to separation agreement; distribution of account is subject to ERISA. No further liability to Claimant is reflected in Debtors' books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 33: Exhibit A - No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | MOORE, KEVIN<br>1705 MAUMEE AVE<br>ALLENTOWN, PA 18103 | 08-13212 | The Morning Call, Inc. | 06/29/2009 | 5999 | $752.08 | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 9 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 08-13254 | WPIX, Inc. | 12/29/2008 | 71 | $104.36 | No liability owed to claimant per Debtors books and records. |
| 10 | NOLLIE, YOLANDA<br>814 MARGARET SQUARE<br>WINTER PARK, FL 32789 | 08-13141 | Tribune Company | 04/23/2009 | 1580 | $26,750.00 | No liability owed to claimant per Debtors books and records. |
| 11 | SINGLA, VINITA<br>400 E 20TH ST NO. 5D<br>NEW YORK, NY 10009 | | No Debtor Asserted | 06/30/2009 | 6005 | $4,000.00 | No liability owed to claimant per Debtors books and records. |
| 12 | STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | 08-13152 | Chicago Tribune Company | 05/18/2009 | 2955 | $1,667.99 | No liability owed to claimant per Debtors books and records. |
| 13 | STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | 08-13235 | Tribune Media Net, Inc. | 05/18/2009 | 2956 | $823.03 | No liability owed to claimant per Debtors books and records. |
| 14 | STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | 08-13203 | Shepard's Inc. | 03/17/2009 | 879 | $1,903.18 | Liability is for McGraw-Hill Inc which is not a Tribune Company entity. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 4

Tribune Company, et al.

Omnibus Objection 33: Exhibit A - No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 08-13203 | Shepard's Inc. | 03/17/2009 | 880 | $9,515.89 | Liability is for McGraw-Hill Inc which is not a Tribune Company entity. |
| 16 | TALL OAKS KENNEL, LLC C/O ELAINE PERKINS PO BOX 53 ATTN: ELAINE PERKINS WHITMORE LAKE, MI 48189 | 08-13141 | Tribune Company | 07/27/2009 | 6133 | $181.60 | Liability is for Journal Register Heritage Newspapers which is not a Tribune Company entity. |
| 17 | ~~TOGUT, ALBERT CHAPTER 7 TRUSTEE OF PLVTZ, INC. TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL BERGER, ESQ., ONE PENN PLAZA, SUITE 3335 NEW YORK, NY 10119~~ | ~~08-13185~~ | ~~Los Angeles Times Communications LLC~~ | ~~12/17/2009~~ | ~~6344~~ | ~~$413,581.99~~ | ~~The underlying proceeding was dismissed with prejudice by the claimant on 1/8/2010.~~ |
| 18 | TOGUT, ALBERT CHAPTER 7 TRUSTEE OF PLVTZ, INC. TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL BERGER, ESQ., ONE PENN PLAZA, SUITE 3335 NEW YORK, NY 10119 | 08-13186 | Los Angeles Times International, Ltd. | 12/17/2009 | 6345 | $413,581.99 | The underlying proceeding was dismissed with prejudice by the claimant on 1/8/2010. |
| 19 | TOGUT, ALBERT CHAPTER 7 TRUSTEE OF PLVTZ, INC. TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL BERGER, ESQ., ONE PENN PLAZA, SUITE 3335 NEW YORK, NY 10119 | 08-13187 | Los Angeles Times Newspapers, Inc. | 12/17/2009 | 6342 | $413,581.90 | The underlying proceeding was dismissed with prejudice by the claimant on 1/8/2010. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 33: Exhibit A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | TOGUT, ALBERT CHAPTER 7 TRUSTEE OF PLVTZ, INC. TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL BERGER, ESQ., ONE PENN PLAZA, SUITE 3335 NEW YORK, NY 10119 | 08-13141 | Tribune Company | 12/17/2009 | 6343 | $413,581.99 | The underlying proceeding was dismissed with prejudice by the claimant on 1/8/2010. |
| 21 | TORRES, ISABEL 709 NORTH GLENMORE LOCKPORT, IL 60441 | | No Debtor Asserted | 06/19/2009 | 5905 | $25,000.00 | No liability owed to claimant per Debtors books and records. |
| 22 | WHITE, ROBERT 205 PEBBLE AVE BELVIDERE, IL 61008 | | No Debtor Asserted | 06/01/2009 | 3365 | $39.00 | No liability owed to claimant per Debtors books and records. |
| 23 | WILDRICK, CHRISTIAN 1051 BUTLER ST EASTON, PA 18042 | 08-13212 | The Morning Call, Inc. | 07/01/2009 | 6008 | Undetermined | Claimant was active carrier at time of filing and therefore not eligible for payment of bond. |
| 24 | WILSON, STEVIE 6915 SEASIDE WALK LONG BEACH, CA 90803 | 08-13187 | Los Angeles Times Newspapers, Inc. | 04/20/2009 | 1107 | $46.40 | No liability owed to claimant per Debtors books and records. |

\* - Indicates claim contains unliquidated and/or undetermined amounts