# EXHIBIT B

**Black Lined Revised Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket ~~No~~Nos. ——5083 and 5267 |

### ORDER ~~PARTIALLY~~ SUSTAINING DEBTORS' THIRTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Thirty-Fourth Omnibus (Substantive)

Objection to Claims, by which the Debtors[2] request entry of an order pursuant to Section 502(b)

of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, modifying

each of the Disputed Claims set forth on Schedule 1 attached hereto, as specified on Exhibit A,

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191); ~~and WTXX Inc. (1268)~~. The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2]  Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Exhibit G, and Exhibit H; and upon

consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over

this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection

having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the value of each of the Modified Amount Claims set forth on the

attached Exhibit A is fixed and allowed at the dollar value listed under the column heading

"Modified Amount;" and it is further

ORDERED that the value of each of the Modified Amount, Modified Debtor

Claims set forth on the attached Exhibit B is fixed and allowed at the dollar value listed under the

column heading "Modified Amount" and each such claim is reassigned to the Debtor specified

under the column heading "Modified Debtor;" and it is further

ORDERED that the value of each of the Modified Amount, Reclassified Claims

set forth on the attached Exhibit C is fixed and allowed at the dollar value listed under the

column heading "Modified Amount" and the classification of each of such claims is modified to

the classification specified under the column heading "Modified Classification Status;" and it is

further

ORDERED that the value of each of the Modified Amount, Modified Priority

Claims set forth on the attached Exhibit D is fixed and allowed at the dollar value listed under

the column heading "Modified Amount" and the priority of each of such claims is modified to

the priority as indicated under the column heading "Modified Priority Status;" and it is further

ORDERED that the value of each of the Modified Amount, Reclassified, Modified Priority Claims set forth on the attached Exhibit E is fixed and allowed at the dollar value listed under the column heading "Modified Amount," and the classification and the priority of each of such claims are modified to the classification and priority as indicated under the column heading "Modified Classification and Priority Status;" and it is further

ORDERED that the value of each of the Modified Amount, Modified Debtor, Reclassified Claims set forth on the attached Exhibit F is fixed and allowed at the dollar value listed under the column heading "Modified Amount," each of such claims is reassigned to the Debtor specified under the column heading "Modified Debtor," and the classification of each of such claims is modified to the classification specified under the column heading "Modified Classification Status;"and it is further

ORDERED that the value of each of the Modified Amount, Modified Debtor, Modified Priority Claims set forth on the attached Exhibit G is fixed and allowed at the dollar value listed under the column heading "Modified Amount," each of such claims is reassigned to the Debtor specified under the column heading "Modified Debtor," and the priority of each of such claims is modified to the priority specified under the column heading "Modified Priority Status;" and it is further

ORDERED that the value of each of the Modified Amount, Modified Debtor, Reclassified, Modified Priority Claims set forth on the attached Exhibit H is fixed and allowed at the dollar value listed under the column heading "Modified Amount," each of such claims is reassigned to the Debtor specified under the column heading "Modified Debtor," and the classification and the priority of each of such claims are modified to the classification and

priority as indicated under the column heading "Modified Classification and Priority Status;" and it is further

ORDERED, that solely with respect to the Debtors' Objections to the following claims: (i) Claim No. 2236 of EMC Corporation and (ii) Claim No. 810 of Google, Inc., the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being September 15, 2010 at 11:00 a.m. (prevailing Eastern Time), or such other date and time as the Court directs or the parties consent, and the parties reserve all rights with respect to such Claims and the Objections thereto; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      August _____, 2010

                                         _____
                                         The Honorable Kevin J. Carey
                                         Chief United States Bankruptcy Judge

## Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 1 | A RENT-A-BIN<br>901 S MAPLE AVE<br>MONTEBELLO, CA 90640-5411 | 1041 | B |
| 2 | ACCUWEATHER, INC.<br>385 SCIENCE PARK ROAD<br>STATE COLLEGE, PA 16803 | 91 | B |
| 3 | ACCUWEATHER, INC.<br>385 SCIENCE PARK ROAD<br>STATE COLLEGE, PA 16803 | 92 | B |
| 4 | AJILON PROFESSIONAL STAFFING,<br>LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | 369 | B |
| 5 | ANDREWS INTERNATIONAL, INC.<br>ATTN: TRICIA CORREA<br>27959 SMYTH DR.<br>VALENCIA, CA 91355 | 3017 | B |
| 6 | ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | 4116 | A |
| 7 | ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | 4118 | A |
| 8 | APPVAULT, LLC<br>1800 PARKWAY PLACE # 1000<br>MARIETTA, GA 30067 | 219 | B |
| 9 | ARC HOLDING LTD.<br>DBA SPORTS ACCESS<br>100 E. ROYAL LANE, SUITE 250<br>IRVING, TX 75039 | 4345 | A |
| 10 | ATLANTA GAS/VIRGINIA NATURAL<br>GAS<br>150 W. MAIN ST.<br>SUITE 1510<br>NORFOLK, VA 23510 | 531 | B |
| 11 | AUERBACH, ALEXANDER<br>C/O ALEXANDER AUEBACH & CO<br>INC<br>3887 DIXIE CANYON AVE<br>SHERMAN OAKS, CA 91423-4839 | 6487 | A |
| 12 | BARNETT, J.<br>100 CEDAR POINT LANE<br>LONGWOOD, FL 32779 | 2357 | E |
| 13 | BERLYN INC<br>T/A THE PRINCE GEORGE'S<br>SENTINEL<br>LYNN G KAPILOFF<br>5307 N CHARLES ST<br>BALTIMORE, MD 21210 | 565 | B |
| 14 | BERNARD LAPINSKY<br>C/O MOLLIE LAPINSKY, WIDOW<br>469 BARK CIRCLE<br>DELAND, FL 32725 | 2093 | A |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 15 | BEST, WARREN<br>1118 ADAMS ST<br>WAUCONDA, IL 60084 | 1685 | C |
| 16 | BGE<br>PO BOX 1475<br>BALTIMORE, MD 21201 | 958 | B |
| 17 | BISHOP, JUNE<br>1 DUNHAM ST<br>MIDDLETOWN, CT 06457 | 6199 | D |
| 18 | BLEIMAN, ANDREW & BLEIMAN JT<br>TEN<br>1610 MONTGOMERY RD<br>DEERFIELD, IL 60015-2631 | 6486 | A |
| 19 | BMC SOLUTIONS<br>P O BOX 1777<br>KENNESAW, GA 30156-1777 | 2256 | A |
| 20 | BON SECOURS EAP<br>110 KINGSLEY LN., SUITE 206<br>NORFOLK, VA 23505 | 944 | H |
| 21 | BROADVIEW NETWORKS<br>500 FASHION AVE FL 2<br>NEW YORK, NY 10018-4502 | 723 | G |
| 22 | CAGNEY, MONICA<br>10 FOREST ST<br>BAYVILLE, NY 11709-1948 | 6484 | D |
| 23 | CANON BUSINESS SOLUTIONS -<br>EAST<br>1250 VALLEY BROOK AVE<br>LYNDHURST, NJ 07071 | 942 | G |
| 24 | CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5304 | A |
| 25 | CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5305 | A |
| 26 | CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5306 | A |
| 27 | CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | 5307 | A |
| 28 | CHAS CITY PLANNING<br>10900 COURTHOUSE RD A<br>CHARLES CITY, VA 23030 | 2794 | A |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 29 | CINCINNATI BELL ANY DISTANCE<br>221 E. 4TH STREET<br>ML347-200<br>CINCINNATI, OH 45202 | 686 | B |
| 30 | CITY OF DALLAS<br>PO BOX 650302<br>DALLAS, TX 75265 | 2235 | A |
| 31 | COLORADO/DBA XCEL ENERGY<br>550 15TH STREET<br>DENVER, CO 80202 | 1645 | B |
| 32 | CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT &<br>COLLECTION<br>CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | 6188 | B |
| 33 | CORESTAFF SERVICES<br>JAN I. BERLAGE<br>201 N. CHARLES STREET, SUITE 2101<br>BALTIMORE, MD 21201 | 2489 | B |
| 34 | COURTNEY, GEORGE<br>103 OAKPOINT CIR<br>DAVENPORT, FL 33837-8687 | 3029 | A |
| 35 | CRILL HEAD<br>650 SHROPSHIRE LOOP<br>SANFORD, FL 32771 | 1913 | A |
| 36 | DALLAS WATER UTILITIES<br>1500 MARILLA, STE 3AS<br>DALLAS, TX 75201 | 3621 | B |
| 37 | DEAN ELECTRIC CONTRACTORS<br>INC<br>ELECTRICAL CONTRACTORS INC<br>PO BOX 4<br>GLENS FALLS, NY 12801 | 1114 | D |
| 38 | DELL, INC<br>ONE DELL WAY, RR1, MS 52<br>ROUND ROCK, TX 78682 | 186 | B |
| 39 | DOMINION DISTRIBUTION<br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | 3682 | A |
| 40 | DOMINION DISTRIBUTION<br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | 3683 | A |
| 41 | DOMINION-VIRGINIA POWER<br>ATTN: CUSTOMER CREDIT<br>SERVICES - 18TH FL<br>PO BOX 26666<br>RICHMOND, VA 23261 | 519 | B |

Tribune Company, et al

Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 42 | ~~EMC CORPORATION~~ ~~C/O RECEIVABLE MANAGEMENT~~ ~~SERVICES~~ ~~("RMS")~~ ~~P.O. BOX 4396~~ ~~TIMONIUM, MD 21094~~ | ~~2236~~ | ~~G~~ |
| 43 | EUROPEAN PRESSPHOTO AGENCY AM HAUPTBAHNHOF 16 FRANKFURT, BE, 60329 GERMANY | 2634 | G |
| 44 | EXPRESS MAID 1101 LAKE STREET NO. 403 OAK PARK, IL 60301 | 1158 | D |
| 45 | FARMINGTON RIVER WATERSHED ASSOCIATION SARAH HINCKS  PRESIDENT 749 HOPMEADOW STREET SIMSBURY, CT 06070 | 1102 | C |
| 46 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 4818 | B |
| 47 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 4819 | B |
| 48 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 4822 | B |
| 49 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | 4841 | B |
| 50 | FORD MODELS INC. PO BOX 29629 - GENERAL POST OFFICE NEW YORK, NY 10087-9629 | 285 | A |

## Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 51 | FRANKLIN, ISABEL<br>30 E. HAZEL ST.<br>ORLANDO, FL 32804 | 2382 | C |
| 52 | FREIMAN, JOSEPH<br>6106 IVYMOUNT ROAD<br>BALTIMORE, MD 21209-3402 | 1810 | E |
| 53 | GARY, KAMILLA M<br>1303 COOL MIST CT<br>FORT MILL, SC 29707-7736 | 6489 | A |
| 54 | GENESYS<br>ATTN: MELODY LOHR<br>11808 MIRACLE HILLS DR.<br>OMAHA, NE 68154 | 198 | B |
| 55 | GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1056 | D |
| 56 | GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1057 | D |
| 57 | GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1058 | D |
| 58 | ~~GOOGLE, INC.~~<br>~~BINDER & MALTER, LLP~~<br>~~C/O WENDY W. SMITH~~<br>~~2775 PARK AVENUE~~<br>~~SANTA CLARA, CA 95050~~ | ~~810~~ | ~~A~~ |
| 59 | GOTHIC GROUNDS MANAGEMENT,<br>INC.<br>28546 CONSTELLATION ROAD<br>VALENCIA, CA 91355 | 1232 | B |
| 60 | GREY, MICHAELA<br>625 PICO PLACE<br>SANTA MONICA, CA 90405 | 1856 | H |
| 61 | GUARANTEE RECORDS<br>MANAGEMENT<br>215 COLES ST<br>JERSEY CITY, NJ 07310 | 1972 | F |
| 62 | HALL, TRISHA<br>40140 VIA LOS ALTOS<br>RANCHO MIRAGE, CA 92270 | 3183 | C |
| 63 | IBM CORPORATION<br>B.H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | 365 | B |
| 64 | IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | 3678 | B |
| 65 | INDEL-DAVIS INC.<br>4401 S. JACKSON AVE<br>TULSA, OK 74107 | 933 | A |

Tribune Company, et al

Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 66 | INFINITE ENERGY, INC<br>7001 SW 24TH AVE<br>GAINESVILLE, FL 32607 | 2935 | A |
| 67 | INFOPRINT SOLUTIONS COMPANY<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | 465 | D |
| 68 | INTELSAT CORPORATION<br>HERRICK FEINSTEIN<br>ATTN: STEPHEN SELBST<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | 3510 | B |
| 69 | KABLE FULFILLMENT SERVICES,<br>INC.<br>C/O JULIE HOAK<br>16 S. WESLEY AVE.<br>MOUNT MORRIS, IL 61054 | 518 | C |
| 70 | KEISER<br>1710 TWIN OAKS DR<br>DELAND, FL 32720-4569 | 1519 | D |
| 71 | KELLY SERVICES INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI 48084 | 197 | B |
| 72 | KERRY FOR CANDIDATE<br>C/O DREWRY POLITICAL<br>3506 SPOTTSWOOD PL<br>HAMPTON, VA 23661-3535 | 2553 | A |
| 73 | KFORCE, INC.<br>ATTN: ANDREW LIENTZ<br>1001 E. PALM AVENUE<br>TAMPA, FL 33605 | 396 | B |
| 74 | KING FEATURES SYNDICATE<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL,<br>HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | 539 | B |
| 75 | KISSIMMEE UTILITY AUTHORITY<br>ATTN: LEEANN DORSEY<br>1701 W, CARROLL ST.<br>KISSIMMEE, FL 34741 | 533 | B |
| 76 | KONVISER, ESTELLE<br>1260 SAINT ALBANS LOOP<br>LAKE MARY, FL 32746 | 1998 | A |
| 77 | KPFF CONSULTING ENGINEERS<br>1601 FIFTH AVENUE<br>SUITE 1600<br>ATTN: RON RAPHAEL<br>SEATTLE, WA 98108 | 828 | B |
| 78 | KRUGER, ABRAHAM A<br>1451 SOUTH CANFIELD AVE<br>LOS ANGELES, CA 90035 | 3656 | A |

Tribune Company, et al

Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 79 | LANGERAK ROOF SYSTEMS INC<br>4266 CORPORATE EXCHANGE DR<br>PO BOX 85<br>HUDSONVILLE, MI 49426-0085 | 1204 | E |
| 80 | LAUGHLIN, JOAN MC<br>201 FIVE CITIES DR<br>SPACE # 62<br>PISMO BEACH, CA 93449-3085 | 6524 | A |
| 81 | LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | 370 | B |
| 82 | LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT<br>MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | 992 | B |
| 83 | LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT<br>MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | 993 | B |
| 84 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LS SIMS &<br>ASSOCIATES INC<br>ONE UNIVERSITY PLAZA. SUITE 312<br>HACKENSACK, NJ 07601 | 2440 | D |
| 85 | MAC PAPERS INC<br>3300 PHILIPS HWY/USI SOUTH<br>PO BOX 5369<br>JACKSONVILLE, FL 32247 | 488 | B |
| 86 | MARLENA AGENCY INC<br>322 EWING ST<br>PRINCETON, NJ 08540 | 1060 | D |
| 87 | MARSCH, CHRISTINE SHANEL CUST<br>WILLIAM<br>KENNETH MARSCH UGMA IL<br>596 WHARTON DR<br>LAKE FOREST, IL 60045-4827 | 6543 | C |
| 88 | MARTINEZ, ELIZABETH<br>95 VICTORIA RD<br>NEW BRITAIN, CT 06052-1535 | 2992 | A |
| 89 | MEADWESTVACO CONSUMER AND<br>OFFICE<br>PRODUCTS<br>4751 HEMPSTEAD STATION DRIVE<br>KETTERING, OH 45429 | 2151 | A |
| 90 | METRO EXPRESS OF BALTIMORE<br>INC<br>8 E SEMINARY AVE<br>LUTHERVILLE, MD 21093 | 1116 | B |
| 91 | MIRANDA MTI<br>195 MOUNTAIN AVE.<br>SPRINGFIELD, NJ 07081 | 3217 | B |

Tribune Company, et al

Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 92 | MIRANDA MTI INC<br>DEPT CH10965<br>PALATINE, IL 60055-0965 | 3220 | A |
| 93 | NATIONAL LIFT TRUCK SERVICE<br>1901 NW 2ND STREET<br>FORT LAUDERDALE, FL 33311 | 1997 | A |
| 94 | NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | 1246 | A |
| 95 | OCE NORTH AMERICA INC<br>ATTN: LEGAL DEPT<br>5600 BROKEN SOUND BLVD.<br>BOCA RATON, FL 33487 | 2432 | A |
| 96 | OLIVEIRA, GERZANI<br>5590 NW 61 STREET APT 828<br>COCONUT CREEK, FL 33073 | 1917 | A |
| 97 | PAETEC<br>ATTN: SHANNON SULLIVAN<br>PO BOX 3177<br>CEDAR RAPIDS, IA 52406-3177 | 471 | B |
| 98 | PALKA, EDWARD & KATHRYN E.<br>2893 SLEEPY HOLLOW DRIVE<br>GREEN BAY, WI 54311-6535 | 6535 | A |
| 99 | PARKINSON TYPE DESIGN<br>6170 BROADWAY TERRACE<br>OAKLAND, CA 94618 | 1383 | B |
| 100 | PECO<br>PECO ENERGY COMPANY<br>ATTN: MICHAEL P. MURPHY, S222-1<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103 | 312 | B |
| 101 | PENSKE TRUCK LEASING<br>RT 10 GREEN HILLS<br>READING, PA 19607 | 691 | B |
| 102 | PIPER PLASTICS, INC.<br>1840 ENTERPRISE COURT<br>LIBERTYVILLE, IL 60048 | 612 | D |
| 103 | PLATFORM-A INC., ET AL.<br>TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR & PEASE<br>LLP<br>52 EAST GAY STREET (P.O. BOX 1008)<br>COLUMBUS, OH 43216-1008 | 434 | A |
| 104 | POTOMAC ELECTRIC POWER<br>PEPCO<br>PO BOX 97274<br>WASHINGTON, DC 20090-7274 | 829 | B |
| 105 | PRESTIGE AUTO WASH &<br>AUTOMOTIVE<br>7860 OTHELLO AVE<br>SAN DIEGO, CA 92111 | 1030 | D |

## Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 106 | REED BRENNAN MEDIA ASSOCIATES, INC. ALAN LEWIS, ESQ. OFFICE OF GENERAL COUNSEL, HEARST CORP. 300 WEST 57TH STREET, 40TH FLOOR NEW YORK, NY 10019 | 530 | B |
| 107 | RELIANT ENERGY PO BOX 1409 HOUSTON, TX 77251-1409 | 439 | B |
| 108 | RF CENTRAL LLC 99 GARDEN PARKWAY CARLISLE, PA 17013 | 4114 | B |
| 109 | ROGERS, KARLENE 108 TRAFALGAR PL LONGWOOD, FL 32779-5628 | 3211 | C |
| 110 | RYDER TRUCK RENTAL, INC. ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA, GA 30005 | 4275 | B |
| 111 | SHORE BUILT CONSTRUCTION 613 JERICHO TPKE STE 1 NEW HYDE PARK, NY 11040 | 2251 | A |
| 112 | SMITH BARNEY CUST FBO RACHEL DONELSON IRA 1115 UNION ST SAN FRANCISCO, CA 94109 | 6537 | A |
| 113 | SOUTH FLORIDA STADIUM CORPORATION C/O TAREK KIEM, ESQ. AKERMAN SENTERFITT 350 EAST LAS OLAS BLVD., STE. 1600 FORT LAUDERDALE, FL 33301 | 6097 | F |
| 114 | SOUTHERN CALIFORNIA GAS COMPANY MASS MARKETS CREDIT & COLLECTIONS THE GAS COMPANY PO BOX 30337 LOS ANGELES, CA 90030-0337 | 474 | B |
| 115 | SYSTEM MAINTENANCE SERVICES, INC 9013 PERIMITER WOODS, SUITE E CHARLOTTE, NC 28216 | 3129 | B |
| 116 | TOLL ROADS, THE 125 PACIFICA  SUITE 100 IRVINE, CA 92618 | 1834 | G |
| 117 | TOPOREK, VIRGINIA W 106 AIMEE PL LONGWOOD, FL 32750-2763 | 6523 | A |
| 118 | TUTKO, THOMAS H 2814 JOHN ST EASTON, PA 180452536 | 2694 | A |

# Tribune Company, et al

## Omnibus Objection 34: Schedule 1

| | NAME | CLAIM # | EXHIBIT |
|---|---|---|---|
| 119 | UNIVERSITY OF ILLINOIS<br>162 HENRY ADMINISTRATION<br>BUILDING<br>506 SOUTH WRIGHT STREET<br>URBANA, IL 61801 | 1764 | B |
| 120 | USA MOBILITY<br>3000 TECHNOLOGY DR STE 400<br>PLANO, TX 75074 | 5663 | B |
| 121 | USG - USERS SIERRA GROUP INC<br>ATTN: CONTRACTS DEPT<br>P.O. BOX 2338<br>SAN ANTONIO, TX 78298-2338 | 3168 | B |
| 122 | VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 2454 | B |
| 123 | W.W. GRAINGER INC.<br>7300 N. MELVINA<br>NILES, IL 60714 | 572 | B |
| 124 | WALKER, GLORIA<br>420 LOGAN PL APT 13<br>NEWPORT NEWS, VA 23601 | 1868 | E |
| 125 | WALKER, GLORIA<br>420 LOGAN PL APT 13<br>NEWPORT NEWS, VA 23601 | 1869 | E |
| 126 | WALLACE SUPPLY CO INC<br>1434 ROUTE 9<br>FORT EDWARD, NY 12828 | 1279 | A |
| 127 | WEDGE, CHRIS<br>12832 VALLEY RIDGE RD<br>CLERMONT, FL 34711 | 2225 | D |
| 128 | WFTV INC<br>WRDQ<br>PO BOX 863324<br>ORLANDO, FL 32886 | 3687 | A |
| 129 | WHITMIRE, ALISON<br>EMERGENCE SERVICES<br>13913 SE 92ND ST<br>NEWCASTLE, WA 98059 | 4598 | D |
| 130 | WOLF COACH INC<br>21780 NETWORK PL<br>CHICAGO, IL 60673-1217 | 2372 | B |
| 131 | YORK, ROMAYNE<br>6550 NE 2ND PL<br>OCALA, FL 34470-2208 | 2986 | A |
| 132 | ZAKARIAN, KIMBERLIE<br>4616 OCEAN VIEW BLVD<br>LA CANADA, CA 91011 | 2394 | D |

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 1 ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | 4116 | WPIX, Inc. | $8,895.59 | $710.79 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in claim 4118 on the claim register. |
| 2 ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | 4118 | Tribune Television Company | $8,895.59 | $8,184.80 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in claim 4116 on the claim register. |
| 3 ARC HOLDING LTD.<br>DBA SPORTS ACCESS<br>100 E. ROYAL LANE, SUITE 250<br>IRVING, TX 75039 | 4345 | KTLA Inc. | $4,719.35 | $3,850.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 4 AUERBACH, ALEXANDER<br>C/O ALEXANDER AUEBACH & CO INC<br>3887 DIXIE CANYON AVE<br>SHERMAN OAKS,CA 91423-4839 | 6487 | Tribune Company | Undetermined | $952.00 | Liquidating claim to reflect Debtors' books and records. |
| 5 BERNARD LAPINSKY<br>C/O MOLLIE LAPINSKY, WIDOW<br>469 BARK CIRCLE<br>DELAND, FL 32725 | 2093 | Orlando Sentinel Communications Company | Undetermined | $55.28 | Liquidating claim to reflect Debtors' books and records. |
| 6 BLEIMAN, ANDREW & BLEIMAN JT TEN<br>1610 MONTGOMERY RD<br>DEERFIELD, IL 60015-2631 | 6486 | Tribune Company | Undetermined | $204.00 | Liquidating claim to reflect Debtors' books and records. |
| 7 BMC SOLUTIONS<br>P O BOX 1777<br>KENNESAW, GA 30156-1777 | 2256 | WPIX, Inc. | $1,023.97 | $773.85 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| CLAIM # | DEBTOR | NAME | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---------|--------|------|-----------------|-----------------|-------------------------|
| 8 CANON U.S.A. | | | | | |
| 5304 | Orlando Sentinel Communications Company | C/O HERRICK, FEINSTEIN LLP ATTN: PAUL RUBIN, ESQ. 2 PARK AVENUE NEW YORK, NY 10019 | $2,934.43* | $2,915.31 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 9 CANON U.S.A. | | | | | |
| 5305 | Tribune Media Net, Inc. | C/O HERRICK, FEINSTEIN LLP ATTN: PAUL RUBIN, ESQ. 2 PARK AVENUE NEW YORK, NY 10019 | $2,085.29* | $2,085.29 | Liquidating claim to reflect Debtors' books and records. |
| 10 CANON U.S.A. | | | | | |
| 5306 | The Morning Call, Inc. | C/O HERRICK, FEINSTEIN LLP ATTN: PAUL RUBIN, ESQ. 2 PARK AVENUE NEW YORK, NY 10019 | $4,796.82* | $4,796.82 | Liquidating claim to reflect Debtors' books and records. |
| 11 CANON U.S.A. | | | | | |
| 5307 | The Baltimore Sun Company | C/O HERRICK, FEINSTEIN LLP ATTN: PAUL RUBIN, ESQ. 2 PARK AVENUE NEW YORK, NY 10019 | $1,401.02* | $1,401.02 | Liquidating claim to reflect Debtors' books and records. |
| 12 CHAS CITY PLANNING | | | | | |
| 2794 | The Daily Press, Inc. | 10900 COURTHOUSE RD A CHARLES CITY, VA 23030 | Undetermined | $65.01 | Liquidating claim to reflect Debtors' books and records. |
| 13 CITY OF DALLAS | | | | | |
| 2235 | Tribune Television Company | PO BOX 650302 DALLAS, TX 75265 | Undetermined | $30.00 | Liquidating claim to reflect Debtors' books and records. |
| 14 COURTNEY, GEORGE | | | | | |
| 3029 | Orlando Sentinel Communications Company | 103 OAKPOINT CIR DAVENPORT, FL 33837-8687 | Undetermined | $7.12 | Liquidating claim to reflect Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| | | ASSERTED | MODIFIED | |
|---|---|---|---|---|
| NAME | CLAIM # DEBTOR | AMOUNT | AMOUNT | REASON FOR MODIFICATION |
| **15 CRILL HEAD**<br><br>650 SHROPSHIRE LOOP<br>SANFORD, FL 32771 | 1913 Orlando Sentinel<br>Communications Company | Undetermined | $39.78 | Liquidating claim to reflect Debtors' books and records. |
| **16 DOMINION DISTRIBUTION**<br><br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | 3682 Courant Specialty Products, Inc. | $456.76 | $84.12 | Claim previously satisfied in part.<br>Modified amount reflects Debtors' books and records. |
| **17 DOMINION DISTRIBUTION**<br><br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | 3683 Patuxent Publishing Company | $2,282.10 | $1,104.24 | Claim previously satisfied in part.<br>Modified amount reflects Debtors' books and records. |
| **18 FORD MODELS INC.**<br>PO BOX 29629 - GENERAL POST OFFICE<br>NEW YORK, NY 10087-9629 | 285 Chicago Tribune Company | $2,904.08 | $665.43 | Claim previously satisfied in part.<br>Modified amount reflects Debtors' books and records. |
| **19 GARY, KAMILLA M**<br>1303 COOL MIST CT<br>FORT MILL, SC 29707-7736 | 6489 Tribune Company | Undetermined | $204.00 | Liquidating claim to reflect Debtors' books and records. |
| ~~**20 GOOGLE, INC.**~~<br>~~BINDER & MALTER, LLP~~<br>~~C/O WENDY W. SMITH~~<br>~~2775 PARK AVENUE~~<br>~~SANTA CLARA, CA 95050~~ | ~~810~~ ~~Tribune Company~~ | ~~$167,362.00~~ | ~~$99,880.05~~ | ~~Claim previously satisfied in part.~~<br>~~Modified amount reflects Debtors' books and records.~~ |

\* - indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|------|---------|--------|-----------------|-----------------|--------------------------|
| 21 INDEL-DAVIS INC. 4401 S. JACKSON AVE TULSA, OK 74107 | 933 | KIAH Inc. | $380.00 | $85.81 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 22 INFINITE ENERGY, INC 7001 SW 24TH AVE GAINESVILLE, FL 32607 | 2935 | Orlando Sentinel Communications Company | $1,962.11 | $543.08 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 23 KERRY FOR CANDIDATE C/O DREWRY POLITICAL 3506 SPOTTSWOOD PL HAMPTON, VA 23661-3535 | 2553 | The Daily Press, Inc. | Undetermined | $43.68 | Liquidating claim to reflect Debtors' books and records. |
| 24 KONVISER, ESTELLE 1260 SAINT ALBANS LOOP LAKE MARY, FL 32746 | 1998 | Orlando Sentinel Communications Company | Undetermined | $32.58 | Liquidating claim to reflect Debtors' books and records. |
| 25 KRUGER, ABRAHAM A 1451 SOUTH CANFIELD AVE LOS ANGELES, CA 90035 | 3656 | Los Angeles Times Communications LLC | Undetermined | $44.30 | Liquidating claim to reflect Debtors' books and records. |
| 26 LAUGHLIN, JOAN MC 201 FIVE CITIES DR, SPACE # 62 PISMO BEACH, CA 93449-3085 | 6524 | Tribune Company | Undetermined | $3,230.00 | Liquidating claim to reflect Debtors' books and records. |
| 27 MARTINEZ, ELIZABETH 95 VICTORIA RD NEW BRITAIN, CT 06052-1535 | 2992 | The Hartford Courant Company | Undetermined | $3.34 | Liquidating claim to reflect Debtors' books and records. |
| 28 MEADWESTVACO CONSUMER AND OFFICE PRODUCTS 4751 HEMPSTEAD STATION DRIVE KETTERING, OH 45429 | 2151 | Chicago Tribune Company | $2,717.51 | $1,899.08 | Claimed amount was duplicated. Reduction to reflect actual pre-petition liability. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 29 MIRANDA MTI INC<br><br>DEPT CH10965<br>PALATINE, IL 60055-0965 | 3220 | WDCW Broadcasting, Inc. | $4,500.00 | $1,500.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 30 NATIONAL LIFT TRUCK SERVICE<br>1901 NW 2ND STREET<br>FORT LAUDERDALE, FL 33311 | 1997 | Sun-Sentinel Company | $800.46 | $472.28 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| 31 NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD STE A 300<br>VALENCIA, CA 91355 | 1246 | Tribune Company | $2,900.00 | $1,299.52 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 32 OCE NORTH AMERICA INC<br><br>ATTN: LEGAL DEPT<br>5600 BROKEN SOUND BLVD.<br>BOCA RATON, FL 33487 | 2432 | Orlando Sentinel Communications Company | $2,139.47 | $1,821.31 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 33 OLIVEIRA, GERZANI<br>5590 NW 61 STREET APT 828<br>COCONUT CREEK, FL 33073 | 1917 | Sun-Sentinel Company | Undetermined | $255.51 | Liquidating claim to reflect Debtors' books and records. |
| 34 PALKA, EDWARD & KATHRYN E.<br>2893 SLEEPY HOLLOW DRIVE<br>GREEN BAY, WI 54311-6535 | 6535 | Tribune Company | Undetermined | $170.00 | Liquidating claim to reflect Debtors' books and records. |
| 35 PLATFORM-A INC., ET AL.<br>TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR & PEASE LLP<br>52 EAST GAY STREET (P.O. BOX 1008)<br>COLUMBUS, OH 43216-1008 | 434 | forsalebyowner.com corp. | $86,325.20 | $27,851.60 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON FOR MODIFICATION |
|------|---------|--------|-----------------|-----------------|----------------------------------|
| 36 SHORE BUILT CONSTRUCTION<br><br>613 JERICHO TPKE STE 1<br>NEW HYDE PARK, NY 11040 | 2251 | Star Community Publishing Group, LLC | Undetermined | $52.00 | Liquidating claim to reflect Debtors' books and records. |
| 37 SMITH BARNEY CUST FBO RACHEL DONELSON<br>IRA<br>1115 UNION ST<br>SAN FRANCISCO, CA 94109 | 6537 | Tribune Company | Undetermined | $3,230.00 | Liquidating claim to reflect Debtors' books and records. |
| 38 TOFOREK, VIRGINIA W<br>106 AIMEE PL<br>LONGWOOD, FL 32750-2763 | 6523 | Tribune Company | Undetermined | $204.00 | Liquidating claim to reflect Debtors' books and records. |
| 39 TUTKO, THOMAS H<br>2814 JOHN ST<br>EASTON, PA 180452536 | 2694 | The Morning Call, Inc. | Undetermined | $57.29 | Liquidating claim to reflect Debtors' books and records. |
| 40 WALLACE SUPPLY CO INC<br>1434 ROUTE 9<br>FORT EDWARD, NY 12828 | 1279 | Tribune Media Services, Inc. | Undetermined | $256.04 | Liquidating claim to reflect Debtors' books and records. |
| 41 WFTV INC<br><br>WRDQ<br>PO BOX 863324<br>ORLANDO, FL 32886 | 3687 | Orlando Sentinel Communications Company | Undetermined | $7,267.50 | Liquidating claim to reflect Debtors' books and records. |
| 42 YORK, ROMAYNE<br>6550 NE 2ND PL<br>OCALA, FL 34470-2208 | 2986 | Orlando Sentinel Communications Company | Undetermined | $19.45 | Liquidating claim to reflect Debtors' books and records. |
| TOTAL | | | $309,481.75 | $178,347.28 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al

Omnibus Objection 34: Exhibit G - Modified Amount, Modified Debtor, Modified Priority Claims

| NAME | CLAIM # | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 BROADVIEW NETWORKS<br>500 FASHION AVE FL 2<br>NEW YORK, NY 10018-4502 | 723 | No Debtor Asserted | Priority<br>Unsecured<br>Subtotal | $2,749.50<br>$2,749.50<br>$5,499.00 | Tribune Television Company | Unsecured | $2,382.70 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. In addition, Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 2 CANON BUSINESS SOLUTIONS - EAST<br>1250 VALLEY BROOK AVE<br>LYNDHURST, NJ 07071 | 942 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $106.97<br>$106.97<br>$213.94 | WGN Continental Broadcasting Company | Unsecured | $106.97 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 3 EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>(RMS)<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | 2226 | Chicago Tribune Company | Administrative<br>Unsecured<br>Subtotal | $217,616.03<br>$17,883.12<br>$235,499.15 | Chicago Tribune Company | Unsecured<br><br>Subtotal | $7,654.03<br>$9,229.44<br>$16,784.00 | Claim reduced for (i) cancelled services, (ii) liabilities for Columbia Daily Tribune, which is not a Debtor entity, and (iii) invoices that were not supported. Claim asserted priority under 11 U.S.C. § 507 (a)(1). Remaining liability on claim is all pre-petition, therefore unsecured. |
| 4 EUROPEAN PRESSPHOTO AGENCY<br>AM HAUPTBAHNHOF 16<br>FRANKFURT, BE, 60329<br>GERMANY | 2654 | Los Angeles Times Newspapers, Inc. | Priority | $2,000.00 | Los Angeles Times Communications LLC | Unsecured | $451.61 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claimant asserted priority in Proof of Claim form without referencing Bankruptcy Code. No evidence of priority amount for claim. |
| 5 TOLL ROADS, THE<br>125 PACIFICA SUITE 100<br>IRVINE, CA 92618 | 1834 | No Debtor Asserted | Priority<br>Unsecured<br>Subtotal | $199.75<br>$199.75<br>$399.50 | KTLA Inc. | Unsecured | $199.75 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(8). Claimant is not a governmental entity entitled to tax priority. |
| | | | TOTAL | $243,561.59 | | TOTAL | $19,925.50 | |

*- Indicates claim contains unliquidated and/or undetermined amounts