## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### FEE EXAMINER'S FINAL REPORT REGARDING
### FOURTH INTERIM APPLICATION OF ALIXPARTNERS, LLP

Stuart Maue (the **"Fee Examiner"**) submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the **"Fee Examiner Order"**) in connection with the *Fourth Interim Application of AlixPartners, LLP* [Docket No. 3103] (the **"Fee Application"**). The Fee Application seeks approval of fees that total $1,157,436.00 and reimbursement of expenses that total $15,486.36 for the period from September 1, 2009 through

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

November 30, 2009. AlixPartners LLP ("**AlixPartners**") serves as the financial advisor to the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned cases.

## Background

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.      On January 16, 2009, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Tribune Company et al., Pursuant to 11. U.S.C. 327 and 1103 and Fed. R. Bankr. P. 2014, for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP, as Financial Advisor, Nunc Pro Tunc to December 19, 2008* [Docket No. 245] (the "**Retention Application**"). By order dated February 20, 2009, this Court approved the retention of AlixPartners [Docket No. 433] (the "**Retention Order**").

3.      On January 14, 2010, AlixPartners submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members under 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with sections 330 and

331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of

Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications

for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58,

Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for

general compliance with legal precedent established by the United States Bankruptcy Court for the

District of Delaware, the United States District Court for the District of Delaware, the Third Circuit

Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals

"reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*.  In evaluating the

amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and

the value of such services, taking into account all relevant factors, including (A) the time spent on such

services; (B) the rates charged for such services; (C) whether the services were necessary to the

administration of, or beneficial at the time at which the service was rendered toward the completion of,

a case under this title; (D) whether the services were performed within a reasonable amount of time

commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has

demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is

reasonable based on the customary compensation charged by comparably skilled practitioners in cases

other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

7.      A fee applicant bears the burden of proof on all of the elements of a fee application,

including proving that the services provided were necessary and reasonable and that the billed expenses

were necessary, reasonable, and actually incurred.  A fee application must comply with the format and

content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the

exercise of billing judgment is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.     The Fee Examiner completed the evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings, and issued to AlixPartners a Preliminary Report for review and comment. The firm provided a thorough and detailed written response to the Preliminary Report.   After evaluation and consideration of the additional information provided by AlixPartners, the Fee Examiner submits this Final Report for the Court's consideration. This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

## DISCUSSION OF FINDINGS

### Technical Requirements

9.     **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application (**"Fees Requested"** and **"Expenses Requested"**) to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm (**"Fees Computed"** and **"Expenses Computed"**). The Fee Examiner identified no discrepancies between the Fees Requested and the Fees Computed, nor any discrepancies between the Expenses Requested and the Expenses Computed.

10.     **Block Billing.**[2]  The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local*

---

[2] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an

*Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[3] The Fee Examiner identified numerous block billed time entries (79.50 hours and $42,431.00 in resulting fees) and provided the descriptions to AlixPartners in **Exhibit B** to the Preliminary Report. In response to the Fee Examiner's request that the firm segregate each individual activity and provide the related amount of time, AlixPartners provided an exhibit displaying each individual entry and the corresponding hours and fees. Given that the firm corrected the issue and by doing so complied with the Local Rules and UST Guidelines, the Fee Examiner makes no recommendation for a fee reduction. Exhibit B is omitted from this report.

11.     **Time Increments.** The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*. The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines* ¶(b)(4)(v). The Fee Examiner reviewed the fee application and determined that the firm recorded time entries in tenths of an hour increments.

### Review of Fees

12.     **Firm Staffing.** The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners

---

entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

[3] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*. The Fee Application provided the names, positions, and hourly rates of the 17 AlixPartners professionals and paraprofessionals who billed to this matter, consisting of 3 managing directors, 4 directors, 3 vice presidents, 5 associates, and 2 administrative. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit A**.[4]

The firm billed a total of 2,611.00 hours with associated fees of $1,157,436.00. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Managing Director | 173.90 | 7% | $ 142,700.00 | 12% |
| Director | 832.80 | 32% | 436,738.50 | 38% |
| Vice President | 802.80 | 31% | 342,829.00 | 30% |
| Associate | 787.50 | 30% | 232,788.50 | 20% |
| Administrative | 14.00 | * | 2,380.00 | * |
| **TOTAL** | 2,611.00 | 100% | $1,157,436.00 | 100% |

\* Less than 1%

The blended hourly rate for the AlixPartners professionals is $444.77 and the blended hourly rate for the professionals and the paraprofessionals is $443.29.

13.      **Hourly Rate Increases.** AlixPartners did not increase the hourly rate of any timekeeper during the fourth interim period.

14.      **Complete and Detailed Task Descriptions.** Local Rule 2016-2 (d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable, and necessary." With minimal exceptions, AlixPartners sufficiently described the activities performed.

15.      **Periods of Extraordinary Effort.** The Fee Examiner identified work performed by one firm timekeeper that involved extended periods of effort, where the need for the extended hours

---

[4] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

was not apparent from the time entries. Specifically, associate Adam M. Janovsky billed 254.95 hours during the month of September 2009. **Exhibit C** to the Preliminary Report displayed the 254.95 hours and associated fees of $75,210.25 for Mr. Janovsky's September 2009 efforts. The Fee Examiner requested from AlixPartners an explanation of the necessity and appropriateness of the large amount of hours invoiced by this timekeeper during this period.

In response to the Preliminary Report, AlixPartners provided a detailed explanation and justification for the hours invoiced by Mr. Janovsky. The firm described the significant work performed during September 2009, including analysis of hundreds of thousands of discovery documents, valuations/solvency analyses, and review of hundreds of versions of company projections. After consideration of the additional information provided, the Fee Examiner makes no recommendation for a fee reduction. Exhibit C is omitted from this report.

16.      **Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*), and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified numerous occasions where two or more timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 113.80 hours with $70,648.50 in associated fees, were displayed in **Exhibit D** to the Preliminary Report. The entries for all attendees, except the timekeeper who appear to be the most responsible (i.e., the timekeeper conducting rather

than observing a meeting), are highlighted in bold and marked with an ampersand [&] in the exhibit. The potentially duplicative and unnecessary timekeepers' entries total 63.40 hours with $34,309.50 in associated fees, and are highlighted in bold and marked with an ampersand [&] in the exhibit.  Most of the nonfirm conferences and events were attended by three or more firm professionals.  The entries describing travel to and from the meetings were also included in Exhibit D.  The Fee Examiner requested that AlixPartners provide an explanation of the role and necessity of the multiple billers attending the conferences and events.

In response to the Preliminary Report, AlixPartners provided both a general explanation and specific details regarding the categories of conferences identified by the Fee Examiner.  The firm stated that in very large and complex projects such as the present case, the project is divided into tasks and sub-tasks with different team members assigned to discreet portions of the larger project.  The firm's response explained that multiple firm personnel attended the same meeting to ensure the activities and tasks are properly completed, that sub-tasks are coordinated, and that the results are properly communicated to the client.  AlixPartners then divided the conferences in question into four categories and explained the purpose of such meetings and the necessity of multiple firm attendees.  The additional information provided brings AlixPartners in accord with the Local Rules and UST Guidelines, and accordingly the Fee Examiner makes no recommendation for a fee reduction.  Exhibit D is omitted from this report.

17.        **Intraoffice Conferences.**  Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The fees billed by AlixPartners for intraoffice conferences total 63.47 hours with $35,126.50 in associated fees, which computes to approximately 3% of the Fees Computed.  The entries were displayed in **Exhibit E** to the Preliminary Report.  In some instances, two or more firm timekeepers billed to attend the same internal conference.  The intraoffice conferences attended by more than one timekeeper total 48.87 hours with $26,126.50 in associated fees, and were highlighted in bold print and marked with an ampersand [&] in

the exhibit. The Fee Examiner requested from AlixPartners an explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the Preliminary Report, AlixPartners explained that the firm holds as few internal conferences as allowed given the complexity of the case, the need for quality and consistency, and other factors that contribute to providing the client with the best work product in the most efficient manner. Given the additional information provided and the relatively small percentage of fees resulting from intrafirm communication, the Fee Examiner makes no recommendation for a fee reduction. Exhibit E is omitted from this report.

18.      **Clerical Activities.**  Clerical activities are tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.[5]  The entries describing clerical activities were displayed in **Exhibit F** to the Preliminary Report and totaled 14.00 hours with $2,380.00 in associated fees.

In response to the Preliminary Report, AlixPartners agreed to reduce the hourly rate applied to the entries in question to $80.00. The voluntary reduction of $1,260.00 and the related time entries are displayed in Exhibit F attached hereto.

19.      **Travel.**  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. The Fee Examiner identified four billing entries describing travel billed by Director Mark F. Rule that were correctly billed at no more than 50% of his regular hourly rate.

20.      **AlixPartners Retention/Compensation.**  AlixPartners billed 104.60 hours with associated fees of $49,654.00 for activities related to firm's retention and applications for

---

[5] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate." *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates). These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

compensation, which computes to approximately 4% of the Fees Computed.   For informational

purposes, the fee entries describing retention/compensation activities are provided in **Exhibit G** for the

Court's reference.

Review of Expenses

21.        <u>Complete and Detailed Itemization of Expenses.</u>   The Local Rules provide that fee

applications "shall contain an expense summary by category for the entire period of the request" and

"shall itemize each expense within each category, including the date the expense was incurred, the

charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.   The UST

Guidelines further provide that expenses "must be actual and necessary and supported by documentation

as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a]

description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of

computation, and, where relevant, name of the person incurring the expense and purpose of the

expense.   Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy

costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines*

*¶(b)(5)(iii)*.   With the exception of four charges, AlixPartners provided an itemization for the firm

expenses that included the category, the date, the description, the amount, and the name of the

timekeeper who incurred the charge.   The four vaguely described charges total $42.86 and are

displayed in the following table:

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 2021900 | 09/03/09 | $9.00 | Other R. Bruce Den Uyl-Mtg |
| 2021900 | 09/16/09 | $7.00 | Other R. Bruce Den Uyl-Tribune Mtg. |
| 2021900 | 09/16/09 | $22.86 | Other R. Bruce Den Uyl-Tribune Mtg |
| 2021900 | 09/17/09 | $4.00 | Other R. Bruce Den Uyl-Tribune Mtg. |

The Fee Examiner requested from AlixPartners additional information for the foregoing

charges.   In response, the firm provided the missing detail that indicated all expenses related to out-of-

town travel for meetings with counsel for the Official Committee of Unsecured Creditors.

22.     **Computer Assisted Legal Research.**  The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2(e)(iii)*.  The firm billed $2,051.37 for computer assisted legal research, and the Fee Application stated that such charges were invoiced at actual cost.

23.     **Local Transportation.**  AlixPartners requested reimbursement of $921.72 for local transportation charges including parking, tolls, and cab fare home.  The Fee Examiner requested from the firm additional detail and an explanation for the purpose of the charges displayed in **Exhibit H** to the Preliminary Report.

In response, AlixPartners confirmed the charges resulted from in-town travel and stated that such costs were charged to the client in accordance with firm policy and industry practices.  In this matter, however, such costs are considered firm overhead and are not compensable absent unusual circumstances.  Accordingly, the Fee Examiner recommends an expense reduction in the amount of $921.72 resulting from the local transportation charges displayed in the attached Exhibit H.

24.     **Team/Working/Local Meals.**  AlixPartners requested reimbursement of $873.95 for in-town meals.  It was not possible to determine whether the meals related to meetings with people outside the firm or meals solely for employees of AlixPartners.  The Fee Examiner requested from AlixPartners additional detail and an explanation for the purpose of the meal charges displayed in **Exhibit I** to the Preliminary Report.

In response, AlixPartners confirmed the charges resulted from in-town meals and stated that such costs were charged to the client in accordance with firm policy and industry practices.  In this matter, however, such costs are considered firm overhead and are not compensable absent unusual circumstances.  Accordingly, the Fee Examiner recommends an expense reduction in the amount of $873.95 resulting from the in-town meal charges displayed in the attached Exhibit I.

25.        **Travel Expenses – Airfare and Related Expenses.**  AlixPartners requested reimbursement for airfare and related expenses in the amount of $6,829.85.  All of the descriptions for airfare charges requested by AlixPartners indicated that such costs related to coach fares.

26.        **Travel Meals.**  AlixPartners requested reimbursement for travel meals in the amount of $578.13.  The Court established a ceiling for breakfast of $15.00 per person, lunch of $25.00 per person, and dinner of $50.00 per person.  Several meal charges requested for reimbursement by AlixPartners appeared to exceed the ceiling amounts as displayed in the following table:

| Invoice Number | Entry Date | Amount | Description | Meal Type | Ceiling (Multiplied by Number of Attendees) | Amount in Excess of Ceiling |
|---|---|---|---|---|---|---|
| 2021900 | 09/02/09 | $88.44 | Meals & Tips Mark Rule-Dinner (Out of town) | Dinner | $50.00 | $50.44 |
| 2023080 | 09/02/09 | $12.00 | Meals & Tips Mark Rule-Dinner (Out of town) | | | |
| 2021900 | 09/03/09 | $64.26 | Meals – Engagement Team R. Bruce Den Uyl-Breakfast-Tribune – Rule and Den Uyl-Mtg.-Bruce Den Uyl; Marc Brown | Breakfast | $45.00 | $19.26 |
| 2021900 | 09/04/09 | $98.35 | Meals & Tips R. Bruce Den Uyl-Dinner (Out of town) | Dinner | $50.00 | $48.35 |
| 2021900 | 09/10/09 | $32.25 | Meals & Tips Mark Rule-Breakfast (Out of town) | Breakfast | $15.00 | $17.25 |
| 2021900 | 09/17/09 | $78.87 | Meals – Engagement Team R. Bruce Den Uyl-Breakfast-Tribune-Meeting-Bruce Den Uyl; Mark Rule (Out of town) | Breakfast | $30.00 | $48.87 |
| 2021900 | 09/18/09 | $95.96 | Meals & Tips Mark Rule-Dinner (Out of town) | Dinner | $50.00 | $45.96 |

In response, AlixPartners stated that the firm does not agree that such ceilings are necessarily appropriate, the firm nonetheless agreed to a voluntary expense reduction in the amount of $230.13.

27.        **Travel – Lodging.**  AlixPartners requested reimbursement for lodging costs in the amount of $2,500.00.  The Court established a ceiling for lodging is $350.00 per night (domestic).  The description for each of the lodging charges (displayed in **Exhibit J** to the Preliminary Report), which appear to be one night stays, stated the charge was voluntarily reduced to $500.00.  The Preliminary Report stated that, pending additional information, the Fee Examiner would recommend an expense reduction for any lodging charges in excess of the ceiling.

In response, AlixPartners stated that while the firm does not agree that $350.00 per night is a reasonable ceiling for such expenses, the firm nonetheless agreed to a voluntary expense

reduction of $750.00, the amount in excess of the ceiling.   The lodging charges are displayed in the attached Exhibit J.

### Conclusion

The Fee Examiner submits this Final Report regarding the Fee Application and the fees and expenses discussed above.   The Fee Examiner recommends the approval of fees in the amount of $1,156,176.00 ($1,157,436.00 minus $1,260.00) and reimbursement of expenses in the amount of $12,710.56 ($15,486.36 minus $2,775.80) for the interim period from September 1, 2009 through November 30, 2009.   A summary of the recommendations is attached as Appendix A.

Respectfully submitted,

**STUART MAUE**

By:

John L. Decker
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:   (314) 291-3030
Facsimile:   (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

APPENDIX A

**ALIXPARTNERS, LLP**

## SUMMARY OF FINDINGS

### Fourth Interim Application (September 1, 2009 through November 30, 2009)

#### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $1,157,436.00 | |
| Expenses Requested | 15,486.36 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,172,922.36 |
| | | |
| Fees Computed | $1,157,436.00 | |
| Expenses Computed | 15,486.36 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,172,922.36 |

#### B.    Recommended Fee Allowance and Expense Reimbursement

| | | | |
|---|---|---|---|
| Fees Requested | $1,157,436.00 | | |
| *Agreed Reduction for Clerical Activities* | | *($1,260.00)* | |
| Subtotal | | *($1,260.00)* | |
| | | | |
| RECOMMENDED FEE ALLOWANCE | | | $1,156,176.00 |
| | | | |
| Expenses Requested | $15,486.36 | | |
| *Recommended Reduction for Local Transportation* | | *($  921.72)* | |
| *Recommended Reduction for In-Town Meals* | | *(873.95)* | |
| *Agreed Reduction for Travel Meals* | | *(230.13)* | |
| *Agreed Reduction for Lodging* | | *(750.00)* | |
| Subtotal | | *($2,775.80)* | |
| | | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 12,710.56 |
| | | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $1,168,886.56 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 18th day of August, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Alan D. Holtz, Esq.
Managing Director
AlixPartners, LLP
9 West 57th Street, Suite 3420
New York, NY  10019

John L. Decker, Esq.

EXHIBIT A

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**AlixPartners, LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| RBD | Den Uyl, R. Bruce | MANAG DIRECTOR | $835.00 | $835.00 | 118.20 | $98,697.00 |
| 1211 | Holtz, Alan | MANAG DIRECTOR | $790.00 | $790.00 | 53.70 | $42,423.00 |
| ABL | Lee, Alan B. | MANAG DIRECTOR | $790.00 | $790.00 | 2.00 | $1,580.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: $820.59 | | | 173.90 | $142,700.00 |
| | | | | % of Total: | 6.66% | % of Total: 12.33% |
| MFR | Rule, Mark F. | DIRECTOR | $255.00 | $510.00 | 418.70 | $204,765.00 |
| 1244 | Hall, Brad | DIRECTOR | $595.00 | $595.00 | 230.80 | $137,326.00 |
| 1189 | Lee, Harold Y. | DIRECTOR | $510.00 | $510.00 | 169.60 | $86,496.00 |
| MJB | Brown, Marc J. | DIRECTOR | $595.00 | $595.00 | 13.70 | $8,151.50 |
| | No. of Billers for Position: 4 | Blended Rate for Position: $524.42 | | | 832.80 | $436,738.50 |
| | | | | % of Total: | 31.90% | % of Total: 37.73% |
| 398 | Leung, Albert | VICE PRESIDENT | $450.00 | $450.00 | 342.90 | $154,305.00 |
| JLL | Lack, Jeff L. | VICE PRESIDENT | $380.00 | $380.00 | 263.30 | $100,054.00 |
| 1484 | Kim, Young | VICE PRESIDENT | $450.00 | $450.00 | 196.60 | $88,470.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: $427.04 | | | 802.80 | $342,829.00 |
| | | | | % of Total: | 30.75% | % of Total: 29.62% |
| CR | Rubel, Christopher | ASSOCIATE | $295.00 | $295.00 | 371.20 | $109,504.00 |
| AMJ | Janovsky, Adam M. | ASSOCIATE | $295.00 | $295.00 | 336.70 | $99,326.50 |
| TP | Peitz, Tristan | ASSOCIATE | $295.00 | $295.00 | 62.40 | $18,408.00 |
| SP | Piotrowski, Stefan | ASSOCIATE | $295.00 | $295.00 | 10.40 | $3,068.00 |
| GLW | Winkelman, Lute | ASSOCIATE | $365.00 | $365.00 | 6.80 | $2,482.00 |
| | No. of Billers for Position: 5 | Blended Rate for Position: $295.60 | | | 787.50 | $232,788.50 |
| | | | | % of Total: | 30.16% | % of Total: 20.11% |
| JB | Braverman, Jennifer | ADMINISTRATIVE | $170.00 | $170.00 | 8.25 | $1,402.50 |
| EG | Green, Erin | ADMINISTRATIVE | $170.00 | $170.00 | 5.75 | $977.50 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**AlixPartners, LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 2 | Blended Rate for Position: | $170.00 | | 14.00 | $2,380.00 |
| | | | | | % of Total: 0.54% | % of Total: 0.21% |
| | Total No. of Billers: 17 | Blended Rate for Report: | $443.29 | | 2,611.00 | $1,157,436.00 |

EXHIBIT F

CLERICAL ACTIVITIES

AlixPartners, LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Braverman, J | 8.25 | 1,402.50 | 660.00 | 742.50 |
| Green, E | 5.75 | 977.50 | 460.00 | 517.50 |
| | 14.00 | $2,380.00 | $1,120.00 | $1,260.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Avoidance Actions | 14.00 | 2,380.00 | 1,120.00 | 1,260.00 |
| | 14.00 | $2,380.00 | $1,120.00 | $1,260.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT F

CLERICAL ACTIVITIES

AlixPartners, LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Braverman, J | 10/13/09  Tue 2022399-14/713 | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED AND ORGANIZED SUPPORTING TRIBUNE DOCUMENTS. |
| | 10/21/09  Wed 2022399-14/771 | 0.75 | 0.75 | 127.50 | 60.00 | 67.50 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED AND ORGANIZED SUPPORTING DOCUMENTS FOR TRIBUNE. |
| | 10/27/09  Tue 2022399-14/833 | 2.50 | 2.50 | 425.00 | 200.00 | 225.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED AND ORGANIZED SUPPORTING DOCUMENTS FOR TRIBUNE. |
| | 10/28/09  Wed 2022399-14/834 | 4.00 | 4.00 | 680.00 | 320.00 | 360.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED AND ORGANIZED SUPPORTING TRIBUNE DOCUMENTS. |
| | TOTAL FOR TIMEKEEPER: | | 8.25 | $1,402.50 | $660.00 | $742.50 | |
| | NUMBER OF ENTRIES: | 4 | | | | | |
| Green, E | 10/06/09  Tue 2022399-14/648 | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED AND ORGANIZED TRIBUNE SUPPORTING MATERIAL BINDERS |
| | 10/14/09  Wed 2022399-14/728 | 1.25 | 1.25 | 212.50 | 100.00 | 112.50 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED TRIBUNE SUPPORTING MATERIAL BINDERS AND ORGANIZED WITH TABS. |
| | 10/21/09  Wed 2022399-14/788 | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED TRIBUNE SUPPORTING MATERIALS. |
| | 10/27/09  Tue 2022399-14/823 | 2.50 | 2.50 | 425.00 | 200.00 | 225.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED TRIBUNE SUPPORTING DOCUMENTS AND ORGANIZED WITH TABS. |
| | TOTAL FOR TIMEKEEPER: | | 5.75 | $977.50 | $460.00 | $517.50 | |
| | NUMBER OF ENTRIES: | 4 | | | | | |
| TOTAL: NUMBER OF ENTRIES  8 | | | 14.00 | $2,380.00 | $1,120.00 | $1,260.00 | |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT F

CLERICAL ACTIVITIES

AlixPartners, LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Braverman, J | 8.25 | 1,402.50 | 660.00 | 742.50 |
| Green, E | 5.75 | 977.50 | 460.00 | 517.50 |
| | 14.00 | $2,380.00 | $1,120.00 | $1,260.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Avoidance Actions | 14.00 | 2,380.00 | 1,120.00 | 1,260.00 |
| | 14.00 | $2,380.00 | $1,120.00 | $1,260.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Holtz, A | 7.60 | 6,004.00 |
| Kim, Y | 64.30 | 28,935.00 |
| Leung, A | 32.70 | 14,715.00 |
| | 104.60 | $49,654.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Billing and Retention | 104.60 | 49,654.00 |
| | 104.60 | $49,654.00 |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 09/03/09 Thu | Kim, Y 2021900-17/367 | 2.50 | 2.50 | 1,125.00 | 1 | MATTER NAME: Billing and Retention<br>ANALYZED AND FOLLOWED UP ON INVOICE AND REPORTING RELATED MATTERS. |
| 09/04/09 Fri | Kim, Y 2021900-17/368 | 0.50 | 0.50 | 225.00 | 1 | MATTER NAME: Billing and Retention<br>FOLLOWED UP ON INVOICE PREPARATION AND REPORTING MATTERS. |
| 09/08/09 Tue | Kim, Y 2021900-17/370 | 3.40 | 3.40 | 1,530.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED DATA FILE AND RESPONSES PER FEE EXAMINER'S REQUEST FOR THE 2ND INTERIM FEE APPLICATION. |
| 09/08/09 Tue | Leung, A 2021900-17/369 | 1.10 | 1.10 | 495.00 | 1 | MATTER NAME: Billing and Retention<br>REVIEWED AND ANALYZED DETAIL SUMMARIES OF SECOND INTERIM FEE APPLICATION FOR THE FEE EXAMINER. |
| 09/09/09 Wed | Kim, Y 2021900-17/371 | 2.20 | 2.20 | 990.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED AUGUST 2009 FEE APPLICATION INVOICE. |
| 09/10/09 Thu | Kim, Y 2021900-17/372 | 1.50 | 1.50 | 675.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED AUGUST 2009 FEE APPLICATION INVOICE. |
| 09/10/09 Thu | Leung, A 2021900-17/373 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention<br>REVIEWED AND ANALYZED AUGUST FEE APPLICATION AND EXHIBITS. |
| 09/11/09 Fri | Kim, Y 2021900-17/375 | 1.80 | 1.80 | 810.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/11/09 Fri | Leung, A 2021900-17/374 | 0.90 | 0.90 | 405.00 | 1 | MATTER NAME: Billing and Retention<br>REVIEWED AND ANALYZED AUGUST FEE APPLICATION AND EXHIBITS. |
| 09/14/09 Mon | Kim, Y 2021900-17/377 | 1.50 | 1.50 | 675.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/14/09 Mon | Leung, A 2021900-17/376 | 2.80 | 2.80 | 1,260.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED AUGUST FEE APPLICATION COURT DOCUMENT AND EXHIBITS. |
| 09/15/09 Tue | Kim, Y 2021900-17/378 | 1.60 | 1.60 | 720.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/16/09 Wed | Kim, Y 2021900-17/379 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED AUGUST 2009 FEE APPLICATION. |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 09/16/09 Wed | Leung, A 2021900-17/380 | 1.70 | 1.70 | 765.00 | MATTER NAME: Billing and Retention 1 REVIEWED AND REVISED AUGUST FEE APPLICATION AND EXHIBITS. |
| 09/17/09 Thu | Kim, Y 2021900-17/381 | 1.30 | 1.30 | 585.00 | MATTER NAME: Billing and Retention 1 PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/21/09 Mon | Holtz, A 2021900-17/382 | 2.00 | 2.00 | 1,580.00 | MATTER NAME: Billing and Retention 1 REVIEW AUGUST FEE APPLICATION |
| 09/21/09 Mon | Kim, Y 2021900-17/384 | 1.80 | 1.80 | 810.00 | MATTER NAME: Billing and Retention 1 PREPARED AND FORMATTED AUGUST 2009 FEE APPLICATION. |
| 09/21/09 Mon | Leung, A 2021900-17/383 | 1.60 | 1.60 | 720.00 | MATTER NAME: Billing and Retention 1 REVIEWED AND REVISED AUGUST FEE APPLICATION AND EXHIBITS. |
| 09/22/09 Tue | Kim, Y 2021900-17/385 | 1.50 | 1.50 | 675.00 | MATTER NAME: Billing and Retention 1 PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/22/09 Tue | Leung, A 2021900-17/386 | 1.20 | 1.20 | 540.00 | MATTER NAME: Billing and Retention 1 REVIEWED AND REVISED AUGUST FEE APPLICATION, COURT DOCUMENT AND EXHIBITS. |
| 09/23/09 Wed | Kim, Y 2021900-17/387 | 1.20 | 1.20 | 540.00 | MATTER NAME: Billing and Retention 1 PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/24/09 Thu | Kim, Y 2021900-17/388 | 1.10 | 1.10 | 495.00 | MATTER NAME: Billing and Retention 1 PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/25/09 Fri | Kim, Y 2021900-17/389 | 0.80 | 0.80 | 360.00 | MATTER NAME: Billing and Retention 1 PREPARED AUGUST 2009 FEE APPLICATION. |
| 10/01/09 Thu | Kim, Y 2022399-17/891 | 0.40 | 0.40 | 180.00 | MATTER NAME: Billing and Retention 1 PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/01/09 Thu | Leung, A 2022399-17/890 | 2.20 | 2.20 | 990.00 | MATTER NAME: Billing and Retention 1 PREPARED THIRD INTERIM FEE APPLICATION AND DATA FOR FEE EXAMINER. |
| 10/07/09 Wed | Leung, A 2022399-17/892 | 1.30 | 1.30 | 585.00 | MATTER NAME: Billing and Retention 1 PREPARED SEPTEMBER 2009 FEE APPLICATION. |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 10/08/09 Thu | Kim, Y 2022399-17/893 | 0.50 | 0.50 | 225.00 | 1 | MATTER NAME: Billing and Retention REVIEWED A DRAFT OF THIRD INTERIM FEE APPLICATION MOTION. |
| 10/08/09 Thu | Kim, Y 2022399-17/894 | 0.80 | 0.80 | 360.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/09/09 Fri | Holtz, A 2022399-17/896 | 0.40 | 0.40 | 316.00 | 1 | MATTER NAME: Billing and Retention REVIEW 3RD QUARTERLY FEE APPLICATION |
| 10/09/09 Fri | Kim, Y 2022399-17/895 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/09/09 Fri | Leung, A 2022399-17/897 | 1.60 | 1.60 | 720.00 | 1 | MATTER NAME: Billing and Retention PREPARED THIRD INTERIM FEE APPLICATION AND EXHIBITS. |
| 10/11/09 Sun | Kim, Y 2022399-17/898 | 1.40 | 1.40 | 630.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/12/09 Mon | Kim, Y 2022399-17/899 | 1.40 | 1.40 | 630.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/13/09 Tue | Kim, Y 2022399-17/900 | 0.50 | 0.50 | 225.00 | 1 | MATTER NAME: Billing and Retention REVIEWED AND REVISED 3RD INTERIM FEE APPLICATION MOTION. |
| 10/13/09 Tue | Kim, Y 2022399-17/901 | 1.10 | 1.10 | 495.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/14/09 Wed | Kim, Y 2022399-17/902 | 0.90 | 0.90 | 405.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/14/09 Wed | Kim, Y 2022399-17/903 | 1.50 | 1.50 | 675.00 | 1 | MATTER NAME: Billing and Retention PREPARED DATA FROM INTERIM FEE APPLICATION. |
| 10/14/09 Wed | Leung, A 2022399-17/904 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention REVIEWED AND ANALYZED SEPTEMBER FEE APPLICATION. |
| 10/15/09 Thu | Kim, Y 2022399-17/905 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 10/15/09 Thu | Leung, A 2022399-17/906 | 1.60 | 1.60 | 720.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER FEE APPLICATION AND EXHIBITS. |
| 10/16/09 Fri | Leung, A 2022399-17/907 | 1.10 | 1.10 | 495.00 | 1 | MATTER NAME: Billing and Retention REVIEWED AND REVISED SEPTEMBER FEE APPLICATION AND EXHIBITS. |
| 10/18/09 Sun | Kim, Y 2022399-17/908 | 1.50 | 1.50 | 675.00 | 1 | MATTER NAME: Billing and Retention PREPARED AND SUBMITTED DATA FILE FOR INTERIM FEE APPLICATION. |
| 10/19/09 Mon | Kim, Y 2022399-17/909 | 1.50 | 1.50 | 675.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/20/09 Tue | Kim, Y 2022399-17/910 | 0.50 | 0.50 | 225.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/21/09 Wed | Kim, Y 2022399-17/911 | 1.90 | 1.90 | 855.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/23/09 Fri | Holtz, A 2022399-17/913 | 2.20 | 2.20 | 1,738.00 | 1 | MATTER NAME: Billing and Retention REVIEW SEPTEMBER FEE APPLICATION |
| 10/23/09 Fri | Kim, Y 2022399-17/912 | 1.40 | 1.40 | 630.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/23/09 Fri | Leung, A 2022399-17/914 | 1.80 | 1.80 | 810.00 | 1 | MATTER NAME: Billing and Retention REVIEWED AND REVISED SEPTEMBER FEE APPLICATION, EXHIBITS AND MOTION. |
| 10/25/09 Sun | Kim, Y 2022399-17/915 | 1.50 | 1.50 | 675.00 | 1 | MATTER NAME: Billing and Retention PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/26/09 Mon | Leung, A 2022399-17/916 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention REVIEWED AND REVISED SEPTEMBER FEE APPLICATION AND MOTION. |
| 10/27/09 Tue | Holtz, A 2022399-17/917 | 0.90 | 0.90 | 711.00 | 1 | MATTER NAME: Billing and Retention WORK ON SUPPLEMENTAL DISCLOSURE AFFIDAVIT, INCLUDING DISCUSSIONS WITH ALIXPARTNERS GC |
| 11/04/09 Wed | Leung, A 2023080-17/1293 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER FEE APPLICATION. |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 11/06/09 Fri | Kim, Y 2023080-17/1294 | 1.50 | 1.50 | 675.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/09/09 Mon | Kim, Y 2023080-17/1295 | 1.60 | 1.60 | 720.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/10/09 Tue | Kim, Y 2023080-17/1296 | 1.10 | 1.10 | 495.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/10/09 Tue | Leung, A 2023080-17/1297 | 1.20 | 1.20 | 540.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER FEE APPLICATION. |
| 11/11/09 Wed | Kim, Y 2023080-17/1299 | 0.70 | 0.70 | 315.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/11/09 Wed | Leung, A 2023080-17/1298 | 1.10 | 1.10 | 495.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER FEE APPLICATION. |
| 11/12/09 Thu | Kim, Y 2023080-17/1300 | 1.70 | 1.70 | 765.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/13/09 Fri | Leung, A 2023080-17/1301 | 0.80 | 0.80 | 360.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER FEE APPLICATION AND EXHIBITS. |
| 11/16/09 Mon | Kim, Y 2023080-17/1302 | 1.20 | 1.20 | 540.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/17/09 Tue | Kim, Y 2023080-17/1303 | 1.80 | 1.80 | 810.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/17/09 Tue | Leung, A 2023080-17/1304 | 0.80 | 0.80 | 360.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED EXHIBITS FOR OCTOBER FEE APPLICATION. |
| 11/18/09 Wed | Kim, Y 2023080-17/1305 | 2.20 | 2.20 | 990.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/19/09 Thu | Kim, Y 2023080-17/1306 | 2.50 | 2.50 | 1,125.00 | 1 | *MATTER NAME: Billing and Retention*<br>PREPARED OCTOBER 2009 FEE APPLICATION. |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 11/19/09 Thu | Leung, A 2023080-17/1307 | 1.10 | 1.10 | 495.00 | 1 | MATTER NAME: Billing and Retention REVIEWED AND REVISED OCTOBER FEE APPLICATION AND EXHIBITS. |
| 11/20/09 Fri | Holtz, A 2023080-17/1308 | 1.00 | 1.00 | 790.00 | 1 | MATTER NAME: Billing and Retention REVIEW OCTOBER TIME DETAIL FOR FEE APPLICATION |
| 11/20/09 Fri | Kim, Y 2023080-17/1309 | 2.40 | 2.40 | 1,080.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/22/09 Sun | Kim, Y 2023080-17/1310 | 2.10 | 2.10 | 945.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/23/09 Mon | Holtz, A 2023080-17/1312 | 0.80 | 0.80 | 632.00 | 1 | MATTER NAME: Billing and Retention REVIEW OCTOBER FEE APPLICATION |
| 11/23/09 Mon | Kim, Y 2023080-17/1311 | 1.80 | 1.80 | 810.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/23/09 Mon | Leung, A 2023080-17/1313 | 2.20 | 2.20 | 990.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER FEE APPLICATION MOTION AND EXHIBITS FOR FILING. |
| 11/24/09 Tue | Holtz, A 2023080-17/1316 | 0.30 | 0.30 | 237.00 | 1 | MATTER NAME: Billing and Retention FINALIZE OCTOBER FEE APPLICATION AND SEND TO COUNSEL |
| 11/24/09 Tue | Kim, Y 2023080-17/1315 | 0.60 | 0.60 | 270.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/24/09 Tue | Leung, A 2023080-17/1314 | 1.80 | 1.80 | 810.00 | 1 | MATTER NAME: Billing and Retention REVIEWED AND REVISED OCTOBER MONTHLY FEE APPLICATION MOTION AND EXHIBITS. |
| Total Number of Entries: 75 | | | 104.60 | $49,654.00 | | |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP


SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Holtz, A | 7.60 | 6,004.00 |
| Kim, Y | 64.30 | 28,935.00 |
| Leung, A | 32.70 | 14,715.00 |
| | 104.60 | $49,654.00 |


SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Billing and Retention | 104.60 | 49,654.00 |
| | 104.60 | $49,654.00 |

EXHIBIT H

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 07/05/09 | 2021900/1 | 25.00 | | 25.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB FROM OFFICE (IN TOWN) |
| 07/06/09 | 2021900/2 | 25.00 | | 25.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/04/09 | 2021900/3 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/05/09 | 2021900/5 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/06/09 | 2021900/7 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/07/09 | 2021900/9 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/07/09 | 2021900/11 | 32.00 | | 32.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS ALBERT LEUNG- PARKING (IN TOWN) |
| 08/08/09 | 2021900/12 | 27.00 | | 27.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS MARK RULE (IN TOWN) |
| 08/09/09 | 2021900/13 | 24.00 | | 24.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS MARK RULE (IN TOWN) |
| 08/10/09 | 2021900/16 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/11/09 | 2021900/18 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/12/09 | 2021900/19 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/17/09 | 2021900/25 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/18/09 | 2021900/27 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/19/09 | 2021900/29 | 20.00 | | 20.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS ALBERT LEUNG- PARKING (IN TOWN) |
| 08/21/09 | 2021900/31 | 20.00 | | 20.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS ALBERT LEUNG- PARKING (IN TOWN) |
| 08/24/09 | 2021900/32 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/25/09 | 2021900/36 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG- TAXI HOME (IN TOWN) |

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|----------------|---------------|---------------|----------------|-------------|
| 08/27/09 | 2021900/38 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/28/09 | 2021900/42 | 20.00 | | 20.00 | *MATTER NAME: EXP - Expenses*<br>PARKING & TOLLS ALBERT LEUNG- PARKING (IN TOWN) |
| 08/31/09 | 2021900/46 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 09/01/09 | 2021900/51 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI FROM THE CHICAGO OFFICE TO MY HOME. (IN TOWN) |
| 09/01/09 | 2023080/152 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 09/02/09 | 2021900/54 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI FROM THE CHICAGO OFFICE TO MY HOME. |
| 09/03/09 | 2021900/67 | 7.00 | | 7.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION ALAN HOLTZ (IN TOWN) |
| 09/08/09 | 2021900/76 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI FROM THE CHICAGO OFFICE TO MY HOME. (IN TOWN) |
| 09/08/09 | 2022399/115 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN-TOWN) |
| 09/09/09 | 2022399/119 | 91.41 | | 91.41 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CAB FARE FOR RULE MARK (IN-TOWN) |
| 09/10/09 | 2022399/122 | 64.31 | | 64.31 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CAB FARE FOR RULE MARK (IN-TOWN) |
| 09/15/09 | 2022399/124 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN-TOWN) |
| 09/16/09 | 2021900/92 | 11.00 | | 11.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG (IN TOWN) |
| 09/16/09 | 2021900/90 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI FROM THE CHICAGO OFFICE TO MY HOME. (IN TOWN) |
| 09/23/09 | 2022399/131 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN-TOWN) |
| 09/23/09 | 2021900/113 | 12.00 | | 12.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG (IN TOWN) |
| 10/01/09 | 2022399/133 | 32.00 | | 32.00 | *MATTER NAME: EXP - Expenses*<br>PARKING & TOLLS ALBERT LEUNG |
| 10/08/09 | 2022399/135 | 20.00 | | 20.00 | *MATTER NAME: EXP - Expenses*<br>PARKING & TOLLS YOUNG KIM |

EXHIBIT H

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|----------------|---------------|---------------|----------------|-------------|
| 10/17/09 | 2022399/137 | 12.00 | | 12.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS YOUNG KIM |
| 10/19/09 | 2022399/139 | 12.00 | | 12.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME LATE (IN-TOWN) |
| 10/19/09 | 2022399/138 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG (IN-TOWN) |
| 10/20/09 | 2022399/141 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME LATE (IN-TOWN) |
| 10/21/09 | 2022399/143 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME LATE (IN-TOWN) |
| 10/21/09 | 2022399/144 | 15.00 | | 15.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI RIDE FROM THE CHICAGO OFF ICE TO MY HOME (IN-TOWN) |
| 10/22/09 | 2022399/147 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME LATE (IN-TOWN) |
| 10/28/09 | 2022399/148 | 15.00 | | 15.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI RIDE FROM THE CHICAGO OFF ICE TO MY HOME (IN-TOWN) |
| 11/07/09 | 2023080/162 | 15.00 | | 15.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI FROM THE CHICAGO OFFICE TO MY HOME (IN TOWN). |
| 11/09/09 | 2023080/163 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG (IN TOWN) |
| 11/18/09 | 2023080/166 | 12.00 | | 12.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME (IN TOWN) |
| 11/19/09 | 2023080/167 | 12.00 | | 12.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME (IN TOWN) |
| | | $921.72 | | $921.72 | |

EXHIBIT I

Team/Working/Local Meals

AlixPartners, LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Meeting Expenses | | | | | |
| 09/15/09 | 2021900/86 | 93.23 | | 93.23 | *MATTER NAME: EXP - Expenses*<br>MEETING EXPENSES - - VENDOR: CAFFE BACI TEAM |
| Meeting Expenses: | | $93.23 | | $93.23 | |
| Category: Team Meals | | | | | |
| 11/04/09 | 2023080/161 | 40.25 | | 40.25 | *MATTER NAME: EXP - Expenses*<br>MEALS - ENGAGEMENT TEAM HAROLD LEE-LUNCH-TRIBUNE-TRIBUNE TEAM LUNCH-HAROLD LEE: ALBERT LEUNG: YOUNG KIM (IN TOWN). |
| 11/17/09 | 2023080/165 | 15.26 | | 15.26 | *MATTER NAME: EXP - Expenses*<br>MEALS - ENGAGEMENT TEAM YOUNG KIM-LUNCH-TRIBUNE-TEAM LUNCH (IN-TOWN)-YOUNG KIM: BRAD HALL (IN TOWN). |
| Team Meals: | | $55.51 | | $55.51 | |
| Category: Working Meals | | | | | |
| 08/04/09 | 2021900/4 | 18.00 | | 18.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/05/09 | 2021900/6 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/06/09 | 2021900/8 | 26.00 | | 26.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/07/09 | 2021900/10 | 19.00 | | 19.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/10/09 | 2021900/17 | 18.00 | | 18.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/17/09 | 2021900/26 | 18.00 | | 18.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/18/09 | 2021900/28 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/21/09 | 2021900/30 | 16.00 | | 16.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS ALBERT LEUNG-DINNER-DINNER (IN TOWN) |
| 08/24/09 | 2021900/33 | 21.00 | | 21.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/25/09 | 2021900/37 | 9.00 | | 9.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS ALBERT LEUNG-DINNER- DINNER (IN TOWN) |

EXHIBIT I  PAGE 1 of 3

EXHIBIT I

Team/Working/Local Meals

AlixPartners, LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| Category: Working Meals | | | | | |
| 08/27/09 | 2021900/39 | 22.00 | | 22.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/27/09 | 2021900/40 | 11.70 | | 11.70 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS JEFFREY LACK-DINNER (IN TOWN) |
| 08/28/09 | 2021900/41 | 10.47 | | 10.47 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS JEFFREY LACK-DINNER (IN TOWN) |
| 08/29/09 | 2021900/43 | 10.00 | | 10.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS JEFFREY LACK-LUNCH (IN TOWN) |
| 08/30/09 | 2021900/44 | 10.00 | | 10.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS JEFFREY LACK-LUNCH (IN TOWN) |
| 08/30/09 | 2021900/45 | 11.29 | | 11.29 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS JEFFREY LACK-DINNER (IN TOWN) |
| 08/31/09 | 2021900/47 | 20.00 | | 20.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 09/01/09 | 2023080/153 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 09/08/09 | 2022399/116 | 20.00 | | 20.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS MARK RULE-DINNER (IN-TOWN) |
| 09/11/09 | 2021900/81 | 18.47 | | 18.47 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 09/15/09 | 2022399/125 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS MARK RULE-DINNER (IN-TOWN) |
| 09/16/09 | 2021900/96 | 15.00 | | 15.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS ALBERT LEUNG-DINNER (IN TOWN) |
| 09/16/09 | 2021900/95 | 98.35 | | 98.35 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS R. BRUCE DEN UYL-DINNER-TRIBUNE MTG (IN TOWN) |
| 09/23/09 | 2022399/132 | 18.00 | | 18.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS MARK RULE-DINNER (IN-TOWN) |
| 10/17/09 | 2022399/136 | 22.00 | | 22.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS YOUNG KIM-DINNER (IN-TOWN) |
| 10/19/09 | 2022399/140 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>MEALS & TIPS ALBERT LEUNG-DINNER (IN-TOWN) |

EXHIBIT I PAGE 2 of 3

EXHIBIT I

Team/Working/Local Meals

AlixPartners, LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Working Meals | | | | | |
| 10/20/09 | 2022399/142 | 29.29 | | 29.29 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS TRISTAN PEITZ-DINNER-LATE DINNER (IN-TOWN) |
| 10/21/09 | 2022399/146 | 17.66 | | 17.66 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS - - VENDOR: AMERICAN EXPRESS MEALS & TIPS - - VENDOR: AMERICAN EXPRESS MEALS & TIPS TRISTAN PEITZ-DINNER-LATE DINNER (IN-TOWN) |
| 10/21/09 | 2022399/145 | 12.84 | | 12.84 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS CHRISTOPHER RUBEL-DINNER (IN-TOWN) |
| 10/28/09 | 2022399/149 | 15.14 | | 15.14 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS TRISTAN PEITZ-DINNER-LATE DINNER (IN-TOWN) |
| 10/28/09 | 2022399/150 | 12.84 | | 12.84 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS CHRISTOPHER RUBEL-DINNER (IN-TOWN) |
| 10/28/09 | 2023080/158 | 19.00 | | 19.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS YOUNG KIM-DINNER (IN TOWN) |
| 10/29/09 | 2022399/151 | 43.16 | | 43.16 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS TRISTAN PEITZ-DINNER-DINNER LATE (IN-TOWN) |
| 10/30/09 | 2023080/159 | 26.00 | | 26.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS ALBERT LEUNG-DINNER (IN TOWN) |
| 11/09/09 | 2023080/164 | 16.00 | | 16.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS ALBERT LEUNG-DINNER (IN TOWN) |
| Working Meals: | | $725.21 | | $725.21 | |
| | | $873.95 | | $873.95 | |

EXHIBIT I  PAGE 3 of 3

EXHIBIT J

Travel - Lodging

AlixPartners, LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|----------------|---------------|---------------|----------------|-------------|
| | | | | | *MATTER NAME: EXP - Expenses* |
| 09/02/09 | 2021900/56 | 500.00 | | 500.00 | LODGING R. BRUCE DEN UYL - THE CARLYLE LLC-NEW YORK-09/02/2009-09/03/2009 (NOTE: ACTUAL EXPENSE INCURRED WAS $519.88 BUT REIMBURSEMENT SOUGHT IS VOLUNTARILY REDUCED TO $500.00) |
| | | | | | *MATTER NAME: EXP - Expenses* |
| 09/02/09 | 2021900/57 | 500.00 | | 500.00 | LODGING MARK RULE- THE CARLYLE LLC-NEW YORK-09/02/2009-09/03/2009 (NOTE: ACTUAL EXPENSE INCURRED WAS $519.88 BUT REIMBURSEMENT SOUGHT IS VOLUNTARILY REDUCED TO $500.00) |
| | | | | | *MATTER NAME: EXP - Expenses* |
| 09/09/09 | 2021900/78 | 500.00 | | 500.00 | LODGING MARK RULE-PARK CENTRAL HOTEL-NEW YORK-09/09/2009-09/10/2009 (NOTE: ACTUAL EXPENSE INCURRED WAS $690.85 BUT REIMBURSEMENT SOUGHT IS VOLUNTARILY REDUCED TO $500.00) |
| | | | | | *MATTER NAME: EXP - Expenses* |
| 09/16/09 | 2021900/93 | 500.00 | | 500.00 | LODGING R. BRUCE DEN UYL - THE CARLYLE-NEW YORK-09/16/2009-09/17/2009 (NOTE: ACTUAL EXPENSE INCURRED WAS $777.11 BUT REIMBURSEMENT SOUGHT IS VOLUNTARILY REDUCED TO $500.00) |
| | | | | | *MATTER NAME: EXP - Expenses* |
| 09/16/09 | 2021900/94 | 500.00 | | 500.00 | LODGING MARK RULE-THE CARLYLE LLC-NEW YORK-09/16/2009-09 /17/2009 (NOTE: ACTUAL EXPENSE INCURRED WAS $780.07 BUT REIMBURSEMENT SOUGHT IS VOLUNTARILY REDUCED TO $500.00) |
| | | $2,500.00 | | $2,500.00 | |