# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[1]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

## FEE EXAMINER'S FINAL REPORT REGARDING
## FOURTH INTERIM FEE APPLICATION OF REED SMITH LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Fourth Interim Fee Application of Reed Smith LLP* [Docket No. 3105] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $49,234.00 and reimbursement of expenses that total $747.49 for the period from September 1, 2009 through

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

November 30, 2009. Reed Smith LLP ("**Reed Smith**") serves as special counsel for certain insurance matters to the Debtors and Debtors-in-Possession.

## Background

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.      On December 26, 2008, the Debtors filed their *Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Reed Smith LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 145] (the "**Retention Application**"). By order dated February 3, 2009, this Court approved the retention of Reed Smith [Docket No. 326] (the "**Retention Order**").

3.      On May 3, 2010, Reed Smith submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members under 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.     The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.     Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A).* In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.     A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the

exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.    The Fee Examiner completed the evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings, and issued to Reed Smith a Preliminary Report for review and comment. The firm provided a written response to the Preliminary Report. After evaluation and consideration of the additional information provided by Reed Smith, the Fee Examiner submits this Final Report for the Court's consideration. This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

## DISCUSSION OF FINDINGS

### Technical Requirements

9.    **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**"). The recomputation of fees and expenses revealed no difference between the Fees Requested and Fees Computed or the Expenses Requested and Expenses Computed.

10.    **Block Billing.**[2]  The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment."    *Local*

---

[2] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an

*Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines ¶(b)(4)(v)*.[3] Reed Smith complied with the Local Rules and UST Guidelines.

11.    **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*. The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.  Reed Smith recorded time in tenths of an hour.

## Review of Fees

12.    **Firm Staffing.**  The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.  The Fee Application provided the names, positions, and hourly rates of the nine Reed Smith professionals and paraprofessionals who billed to this matter, consisting of five partners, two associates, one paralegal, and one practice group specialist. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit A**.[4]

---

entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

[3] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

[4] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

The firm billed a total of 122.10 hours with associated fees of $49,234.00. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 81.80 | 67% | $40,619.00 | 83% |
| Associate | 10.90 | 9% | 4,596.00 | 9% |
| Paralegal | 12.20 | 10% | 1,525.00 | 3% |
| Practice Group Specialist | 17.20 | 14% | 2,494.00 | 5% |
| **TOTAL** | 122.10 | 100% | $49,234.00 | 100% |

The blended hourly rate for the Reed Smith professionals is $487.76 and the blended hourly rate for professionals and paraprofessionals is $403.23.

13.    **Hourly Rate Increases.**  Reed Smith did not increase the hourly rate of any timekeeper during the fourth interim period.

14.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."  The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*.  The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.  With minimal exceptions, Reed Smith adequately described the billing activities.

15.    **Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the

meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*), and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified one occasion when two Reed Smith timekeepers billed to attend the same event. Contrary to Local Rule 2016-2, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 2.00 hours with $945.00 in associated fees, were displayed in **Exhibit B** to the Preliminary Report. The potentially duplicative and unnecessary timekeeper's entry totaled 1.00 hour with $430.00 in associated fees. The Fee Examiner requested from Reed Smith an explanation of the necessity of the multiple billers at the event.

In response to the Preliminary Report, Reed Smith explained that the call was a scheduling conference with opposing counsel and the court-appointed Referee in connection with the Reliance Liquidation proceeding in Pennsylvania. Firm partner John Shugrue of Reed Smith's Chicago office participated as lead counsel for Tribune while partner Tim Law of the Philadelphia office serves as local counsel. Reed Smith explained that Mr. Shugrue possessed greater background knowledge and experience in the matter, while Mr. Law had the greater knowledge of local proceedings. After consideration of the additional information provided, the Fee Examiner makes no recommendation for a fee reduction. Exhibit B is omitted from this report.

16.    **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. With minimal exceptions, Reed Smith did not invoice time entries describing intraoffice conferencing.

17.    <u>Clerical Activities.</u>  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.[5]  The entries describing clerical activities were displayed in **Exhibit C** to the Preliminary Report and totaled 12.20 hours with $1,525.00 in associated fees.  The Preliminary Report stated that, pending additional information from Reed Smith, the Fee Examiner intended to recommend in the final report that the clerical entries be paid at the rate of $80.00 per hour.

Reed Smith's response to the Preliminary Report did not address the clerical entries or Exhibit C.  Accordingly, the Fee Examiner recommends a fee reduction in the amount of $549.00 resulting from adjusting the time entries displayed in the attached Exhibit C to $80.00 per hour.

18.    <u>Travel.</u>  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates."  *Local Rule 2016-2(d)(viii).*  The Fee Examiner did not identify any billing entries describing travel.

19.    <u>Reed Smith Retention/Compensation.</u>  Reed Smith billed 27.40 hours with associated fees of $6,561.50 for activities related to firm's retention and applications for compensation, which computes to approximately 13% of the Fees Computed.  The time entries describing Reed Smith's retention/compensation activities are displayed in **Exhibit D**, which is included for the Court's reference.

<u>Review of Expenses</u>

20.    <u>Complete and Detailed Itemization of Expenses.</u>  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the

---

[5] "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate."  *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates).  These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing, organizing files, checking for docket updates, creating binders, and secretarial overtime.  *Fibermark*, 349 B.R. at 396-97.

charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*. The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*. Reed Smith provided an itemization for the firm expenses that includes the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

21.    **Photocopies.**  The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*. Reed Smith requested reimbursement of $29.30 for duplication charges, and the Fee Application stated the firm rate for duplication is $0.10 per page.

## Conclusion

The Fee Examiner submits this Final Report regarding the Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $48,685.00 ($49,234.00 minus $549.00) and reimbursement of expenses in the amount of $747.49 for the interim period from September 1, 2009 through November 30, 2009. A summary of the recommendations is attached as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: John L. Decker
John L. Decker
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## APPENDIX A

**REED SMITH LLP**

**SUMMARY OF FINDINGS**

**Fourth Interim Fee Application (September 1, 2009 through November 30, 2009)**

### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | | |
| Expenses Requested | $49,234.00 | |
| | 747.49 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $49,981.49 |
| Fees Computed | | |
| Expenses Computed | $49,234.00 | |
| | 747.49 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $49,981.49 |

### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $49,234.00 | |
| *Recommended Reduction for Clerical Activities* | | *($549.00)* |
| Subtotal | | *($549.00)* |
| RECOMMENDED FEE ALLOWANCE | | $48,685.00 |
| Expenses Requested | $747.49 | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | $   747.49 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $49,432.49 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 18th day of August, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

John D. Shugrue, Esq.
Partner
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507

John L. Decker, Esq.

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**AlixPartners, LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|-------------|-------------|----------------|---------------|
| RBD | Den Uyl, R. Bruce | MANAG DIRECTOR | $835.00 | $835.00 | 118.20 | $98,697.00 |
| 1211 | Holtz, Alan | MANAG DIRECTOR | $790.00 | $790.00 | 53.70 | $42,423.00 |
| ABL | Lee, Alan B. | MANAG DIRECTOR | $790.00 | $790.00 | 2.00 | $1,580.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: $820.59 | | | 173.90 | $142,700.00 |
| | | | | % of Total: 6.66% | % of Total: | 12.33% |
| MFR | Rule, Mark F. | DIRECTOR | $255.00 | $510.00 | 418.70 | $204,765.00 |
| 1244 | Hall, Brad | DIRECTOR | $595.00 | $595.00 | 230.80 | $137,326.00 |
| 1189 | Lee, Harold Y. | DIRECTOR | $510.00 | $510.00 | 169.60 | $86,496.00 |
| MJB | Brown, Marc J. | DIRECTOR | $595.00 | $595.00 | 13.70 | $8,151.50 |
| | No. of Billers for Position: 4 | Blended Rate for Position: $524.42 | | | 832.80 | $436,738.50 |
| | | | | % of Total: 31.90% | % of Total: | 37.73% |
| 398 | Leung, Albert | VICE PRESIDENT | $450.00 | $450.00 | 342.90 | $154,305.00 |
| JLL | Lack, Jeff L. | VICE PRESIDENT | $380.00 | $380.00 | 263.30 | $100,054.00 |
| 1484 | Kim, Young | VICE PRESIDENT | $450.00 | $450.00 | 196.60 | $88,470.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: $427.04 | | | 802.80 | $342,829.00 |
| | | | | % of Total: 30.75% | % of Total: | 29.62% |
| CR | Rubel, Christopher | ASSOCIATE | $295.00 | $295.00 | 371.20 | $109,504.00 |
| AMJ | Janovsky, Adam M. | ASSOCIATE | $295.00 | $295.00 | 336.70 | $99,326.50 |
| TP | Peitz, Tristan | ASSOCIATE | $295.00 | $295.00 | 62.40 | $18,408.00 |
| SP | Piotrowski, Stefan | ASSOCIATE | $295.00 | $295.00 | 10.40 | $3,068.00 |
| GLW | Winkelman, Lute | ASSOCIATE | $365.00 | $365.00 | 6.80 | $2,482.00 |
| | No. of Billers for Position: 5 | Blended Rate for Position: $295.60 | | | 787.50 | $232,788.50 |
| | | | | % of Total: 30.16% | % of Total: | 20.11% |
| JB | Braverman, Jennifer | ADMINISTRATIVE | $170.00 | $170.00 | 8.25 | $1,402.50 |
| EG | Green, Erin | ADMINISTRATIVE | $170.00 | $170.00 | 5.75 | $977.50 |

## EXHIBIT A

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

**AlixPartners, LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 2 | Blended Rate for Position: | $170.00 | | 14.00 | $2,380.00 |
| | | | | | % of Total: 0.54% | % of Total: 0.21% |
| | Total No. of Billers: 17 | Blended Rate for Report: | $443.29 | | 2,611.00 | $1,157,436.00 |

EXHIBIT F

CLERICAL ACTIVITIES

*AlixPartners, LLP*

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Braverman, J | 8.25 | 1,402.50 | 660.00 | 742.50 |
| Green, E | 5.75 | 977.50 | 460.00 | 517.50 |
| | 14.00 | $2,380.00 | $1,120.00 | $1,260.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Avoidance Actions | 14.00 | 2,380.00 | 1,120.00 | 1,260.00 |
| | 14.00 | $2,380.00 | $1,120.00 | $1,260.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT F

CLERICAL ACTIVITIES

AlixPartners, LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Braverman, J | 10/13/09    Tue 2022399-14/713 | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED AND ORGANIZED SUPPORTING TRIBUNE DOCUMENTS. |
| | 10/21/09    Wed 2022399-14/771 | 0.75 | 0.75 | 127.50 | 60.00 | 67.50 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED AND ORGANIZED SUPPORTING DOCUMENTS FOR TRIBUNE. |
| | 10/27/09    Tue 2022399-14/833 | 2.50 | 2.50 | 425.00 | 200.00 | 225.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED AND ORGANIZED SUPPORTING DOCUMENTS FOR TRIBUNE. |
| | 10/28/09    Wed 2022399-14/834 | 4.00 | 4.00 | 680.00 | 320.00 | 360.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED AND ORGANIZED SUPPORTING TRIBUNE DOCUMENTS. |
| | TOTAL FOR TIMEKEEPER: | | 8.25 | $1,402.50 | $660.00 | $742.50 | |
| | NUMBER OF ENTRIES:     4 | | | | | | |
| Green, E | 10/06/09    Tue 2022399-14/648 | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED AND ORGANIZED TRIBUNE SUPPORTING MATERIAL BINDERS |
| | 10/14/09    Wed 2022399-14/728 | 1.25 | 1.25 | 212.50 | 100.00 | 112.50 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED TRIBUNE SUPPORTING MATERIAL BINDERS AND ORGANIZED WITH TABS. |
| | 10/21/09    Wed 2022399-14/788 | 1.00 | 1.00 | 170.00 | 80.00 | 90.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED TRIBUNE SUPPORTING MATERIALS. |
| | 10/27/09    Tue 2022399-14/823 | 2.50 | 2.50 | 425.00 | 200.00 | 225.00 | *MATTER NAME: Avoidance Actions* 1 ASSEMBLED TRIBUNE SUPPORTING DOCUMENTS AND ORGANIZED WITH TABS. |
| | TOTAL FOR TIMEKEEPER: | | 5.75 | $977.50 | $460.00 | $517.50 | |
| | NUMBER OF ENTRIES:     4 | | | | | | |
| TOTAL: NUMBER OF ENTRIES     8 | | | 14.00 | $2,380.00 | $1,120.00 | $1,260.00 | |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT F

CLERICAL ACTIVITIES

*AlixPartners, LLP*

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Braverman, J | 8.25 | 1,402.50 | 660.00 | 742.50 |
| Green, E | 5.75 | 977.50 | 460.00 | 517.50 |
|  | 14.00 | $2,380.00 | $1,120.00 | $1,260.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Avoidance Actions | 14.00 | 2,380.00 | 1,120.00 | 1,260.00 |
|  | 14.00 | $2,380.00 | $1,120.00 | $1,260.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Holtz, A | 7.60 | 6,004.00 |
| Kim, Y | 64.30 | 28,935.00 |
| Leung, A | 32.70 | 14,715.00 |
| | 104.60 | $49,654.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Billing and Retention | 104.60 | 49,654.00 |
| | 104.60 | $49,654.00 |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 09/03/09 Thu | Kim, Y 2021900-17/367 | 2.50 | 2.50 | 1,125.00 | 1 | *MATTER NAME: Billing and Retention* <br> ANALYZED AND FOLLOWED UP ON INVOICE AND REPORTING RELATED MATTERS. |
| 09/04/09 Fri | Kim, Y 2021900-17/368 | 0.50 | 0.50 | 225.00 | 1 | *MATTER NAME: Billing and Retention* <br> FOLLOWED UP ON INVOICE PREPARATION AND REPORTING MATTERS. |
| 09/08/09 Tue | Kim, Y 2021900-17/370 | 3.40 | 3.40 | 1,530.00 | 1 | *MATTER NAME: Billing and Retention* <br> PREPARED DATA FILE AND RESPONSES PER FEE EXAMINER'S REQUEST FOR THE 2ND INTERIM FEE APPLICATION. |
| 09/08/09 Tue | Leung, A 2021900-17/369 | 1.10 | 1.10 | 495.00 | 1 | *MATTER NAME: Billing and Retention* <br> REVIEWED AND ANALYZED DETAIL SUMMARIES OF SECOND INTERIM FEE APPLICATION FOR THE FEE EXAMINER. |
| 09/09/09 Wed | Kim, Y 2021900-17/371 | 2.20 | 2.20 | 990.00 | 1 | *MATTER NAME: Billing and Retention* <br> PREPARED AUGUST 2009 FEE APPLICATION INVOICE. |
| 09/10/09 Thu | Kim, Y 2021900-17/372 | 1.50 | 1.50 | 675.00 | 1 | *MATTER NAME: Billing and Retention* <br> PREPARED AUGUST 2009 FEE APPLICATION INVOICE. |
| 09/10/09 Thu | Leung, A 2021900-17/373 | 1.20 | 1.20 | 540.00 | 1 | *MATTER NAME: Billing and Retention* <br> REVIEWED AND ANALYZED AUGUST FEE APPLICATION AND EXHIBITS. |
| 09/11/09 Fri | Kim, Y 2021900-17/375 | 1.80 | 1.80 | 810.00 | 1 | *MATTER NAME: Billing and Retention* <br> PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/11/09 Fri | Leung, A 2021900-17/374 | 0.90 | 0.90 | 405.00 | 1 | *MATTER NAME: Billing and Retention* <br> REVIEWED AND ANALYZED AUGUST FEE APPLICATION AND EXHIBITS. |
| 09/14/09 Mon | Kim, Y 2021900-17/377 | 1.50 | 1.50 | 675.00 | 1 | *MATTER NAME: Billing and Retention* <br> PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/14/09 Mon | Leung, A 2021900-17/376 | 2.80 | 2.80 | 1,260.00 | 1 | *MATTER NAME: Billing and Retention* <br> PREPARED AUGUST FEE APPLICATION COURT DOCUMENT AND EXHIBITS. |
| 09/15/09 Tue | Kim, Y 2021900-17/378 | 1.60 | 1.60 | 720.00 | 1 | *MATTER NAME: Billing and Retention* <br> PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/16/09 Wed | Kim, Y 2021900-17/379 | 1.20 | 1.20 | 540.00 | 1 | *MATTER NAME: Billing and Retention* <br> PREPARED AUGUST 2009 FEE APPLICATION. |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 09/16/09 Wed | Leung, A 2021900-17/380 | 1.70 | 1.70 | 765.00 | MATTER NAME: Billing and Retention<br>1 REVIEWED AND REVISED AUGUST FEE APPLICATION AND EXHIBITS. |
| 09/17/09 Thu | Kim, Y 2021900-17/381 | 1.30 | 1.30 | 585.00 | MATTER NAME: Billing and Retention<br>1 PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/21/09 Mon | Holtz, A 2021900-17/382 | 2.00 | 2.00 | 1,580.00 | MATTER NAME: Billing and Retention<br>1 REVIEW AUGUST FEE APPLICATION |
| 09/21/09 Mon | Kim, Y 2021900-17/384 | 1.80 | 1.80 | 810.00 | MATTER NAME: Billing and Retention<br>1 PREPARED AND FORMATTED AUGUST 2009 FEE APPLICATION. |
| 09/21/09 Mon | Leung, A 2021900-17/383 | 1.60 | 1.60 | 720.00 | MATTER NAME: Billing and Retention<br>1 REVIEWED AND REVISED AUGUST FEE APPLICATION AND EXHIBITS. |
| 09/22/09 Tue | Kim, Y 2021900-17/385 | 1.50 | 1.50 | 675.00 | MATTER NAME: Billing and Retention<br>1 PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/22/09 Tue | Leung, A 2021900-17/386 | 1.20 | 1.20 | 540.00 | MATTER NAME: Billing and Retention<br>1 REVIEWED AND REVISED AUGUST FEE APPLICATION, COURT DOCUMENT AND EXHIBITS. |
| 09/23/09 Wed | Kim, Y 2021900-17/387 | 1.20 | 1.20 | 540.00 | MATTER NAME: Billing and Retention<br>1 PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/24/09 Thu | Kim, Y 2021900-17/388 | 1.10 | 1.10 | 495.00 | MATTER NAME: Billing and Retention<br>1 PREPARED AUGUST 2009 FEE APPLICATION. |
| 09/25/09 Fri | Kim, Y 2021900-17/389 | 0.80 | 0.80 | 360.00 | MATTER NAME: Billing and Retention<br>1 PREPARED AUGUST 2009 FEE APPLICATION. |
| 10/01/09 Thu | Kim, Y 2022399-17/891 | 0.40 | 0.40 | 180.00 | MATTER NAME: Billing and Retention<br>1 PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/01/09 Thu | Leung, A 2022399-17/890 | 2.20 | 2.20 | 990.00 | MATTER NAME: Billing and Retention<br>1 PREPARED THIRD INTERIM FEE APPLICATION AND DATA FOR FEE EXAMINER. |
| 10/07/09 Wed | Leung, A 2022399-17/892 | 1.30 | 1.30 | 585.00 | MATTER NAME: Billing and Retention<br>1 PREPARED SEPTEMBER 2009 FEE APPLICATION. |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 10/08/09 Thu | Kim, Y 2022399-17/893 | 0.50 | 0.50 | 225.00 | 1 | MATTER NAME: Billing and Retention<br>REVIEWED A DRAFT OF THIRD INTERIM FEE APPLICATION MOTION. |
| 10/08/09 Thu | Kim, Y 2022399-17/894 | 0.80 | 0.80 | 360.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/09/09 Fri | Holtz, A 2022399-17/896 | 0.40 | 0.40 | 316.00 | 1 | MATTER NAME: Billing and Retention<br>REVIEW 3RD QUARTERLY FEE APPLICATION |
| 10/09/09 Fri | Kim, Y 2022399-17/895 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/09/09 Fri | Leung, A 2022399-17/897 | 1.60 | 1.60 | 720.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED THIRD INTERIM FEE APPLICATION AND EXHIBITS. |
| 10/11/09 Sun | Kim, Y 2022399-17/898 | 1.40 | 1.40 | 630.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/12/09 Mon | Kim, Y 2022399-17/899 | 1.40 | 1.40 | 630.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/13/09 Tue | Kim, Y 2022399-17/900 | 0.50 | 0.50 | 225.00 | 1 | MATTER NAME: Billing and Retention<br>REVIEWED AND REVISED 3RD INTERIM FEE APPLICATION MOTION. |
| 10/13/09 Tue | Kim, Y 2022399-17/901 | 1.10 | 1.10 | 495.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/14/09 Wed | Kim, Y 2022399-17/902 | 0.90 | 0.90 | 405.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/14/09 Wed | Kim, Y 2022399-17/903 | 1.50 | 1.50 | 675.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED DATA FROM INTERIM FEE APPLICATION. |
| 10/14/09 Wed | Leung, A 2022399-17/904 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention<br>REVIEWED AND ANALYZED SEPTEMBER FEE APPLICATION. |
| 10/15/09 Thu | Kim, Y 2022399-17/905 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention<br>PREPARED SEPTEMBER 2009 FEE APPLICATION. |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 10/15/09 Thu | Leung, A 2022399-17/906 | 1.60 | 1.60 | 720.00 | MATTER NAME: Billing and Retention<br>1 PREPARED SEPTEMBER FEE APPLICATION AND EXHIBITS. |
| 10/16/09 Fri | Leung, A 2022399-17/907 | 1.10 | 1.10 | 495.00 | MATTER NAME: Billing and Retention<br>1 REVIEWED AND REVISED SEPTEMBER FEE APPLICATION AND EXHIBITS. |
| 10/18/09 Sun | Kim, Y 2022399-17/908 | 1.50 | 1.50 | 675.00 | MATTER NAME: Billing and Retention<br>1 PREPARED AND SUBMITTED DATA FILE FOR INTERIM FEE APPLICATION. |
| 10/19/09 Mon | Kim, Y 2022399-17/909 | 1.50 | 1.50 | 675.00 | MATTER NAME: Billing and Retention<br>1 PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/20/09 Tue | Kim, Y 2022399-17/910 | 0.50 | 0.50 | 225.00 | MATTER NAME: Billing and Retention<br>1 PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/21/09 Wed | Kim, Y 2022399-17/911 | 1.90 | 1.90 | 855.00 | MATTER NAME: Billing and Retention<br>1 PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/23/09 Fri | Holtz, A 2022399-17/913 | 2.20 | 2.20 | 1,738.00 | MATTER NAME: Billing and Retention<br>1 REVIEW SEPTEMBER FEE APPLICATION |
| 10/23/09 Fri | Kim, Y 2022399-17/912 | 1.40 | 1.40 | 630.00 | MATTER NAME: Billing and Retention<br>1 PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/23/09 Fri | Leung, A 2022399-17/914 | 1.80 | 1.80 | 810.00 | MATTER NAME: Billing and Retention<br>1 REVIEWED AND REVISED SEPTEMBER FEE APPLICATION, EXHIBITS AND MOTION. |
| 10/25/09 Sun | Kim, Y 2022399-17/915 | 1.50 | 1.50 | 675.00 | MATTER NAME: Billing and Retention<br>1 PREPARED SEPTEMBER 2009 FEE APPLICATION. |
| 10/26/09 Mon | Leung, A 2022399-17/916 | 1.20 | 1.20 | 540.00 | MATTER NAME: Billing and Retention<br>1 REVIEWED AND REVISED SEPTEMBER FEE APPLICATION AND MOTION. |
| 10/27/09 Tue | Holtz, A 2022399-17/917 | 0.90 | 0.90 | 711.00 | MATTER NAME: Billing and Retention<br>1 WORK ON SUPPLEMENTAL DISCLOSURE AFFIDAVIT, INCLUDING DISCUSSIONS WITH ALIXPARTNERS GC |
| 11/04/09 Wed | Leung, A 2023080-17/1293 | 1.20 | 1.20 | 540.00 | MATTER NAME: Billing and Retention<br>1 PREPARED OCTOBER FEE APPLICATION. |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 11/06/09 Fri | Kim, Y 2023080-17/1294 | 1.50 | 1.50 | 675.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/09/09 Mon | Kim, Y 2023080-17/1295 | 1.60 | 1.60 | 720.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/10/09 Tue | Kim, Y 2023080-17/1296 | 1.10 | 1.10 | 495.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/10/09 Tue | Leung, A 2023080-17/1297 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER FEE APPLICATION. |
| 11/11/09 Wed | Kim, Y 2023080-17/1299 | 0.70 | 0.70 | 315.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/11/09 Wed | Leung, A 2023080-17/1298 | 1.10 | 1.10 | 495.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER FEE APPLICATION. |
| 11/12/09 Thu | Kim, Y 2023080-17/1300 | 1.70 | 1.70 | 765.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/13/09 Fri | Leung, A 2023080-17/1301 | 0.80 | 0.80 | 360.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER FEE APPLICATION AND EXHIBITS. |
| 11/16/09 Mon | Kim, Y 2023080-17/1302 | 1.20 | 1.20 | 540.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/17/09 Tue | Kim, Y 2023080-17/1303 | 1.80 | 1.80 | 810.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/17/09 Tue | Leung, A 2023080-17/1304 | 0.80 | 0.80 | 360.00 | 1 | MATTER NAME: Billing and Retention PREPARED EXHIBITS FOR OCTOBER FEE APPLICATION. |
| 11/18/09 Wed | Kim, Y 2023080-17/1305 | 2.20 | 2.20 | 990.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/19/09 Thu | Kim, Y 2023080-17/1306 | 2.50 | 2.50 | 1,125.00 | 1 | MATTER NAME: Billing and Retention PREPARED OCTOBER 2009 FEE APPLICATION. |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 11/19/09 Thu | Leung, A 2023080-17/1307 | 1.10 | 1.10 | 495.00 | 1 | *MATTER NAME: Billing and Retention* REVIEWED AND REVISED OCTOBER FEE APPLICATION AND EXHIBITS. |
| 11/20/09 Fri | Holtz, A 2023080-17/1308 | 1.00 | 1.00 | 790.00 | 1 | *MATTER NAME: Billing and Retention* REVIEW OCTOBER TIME DETAIL FOR FEE APPLICATION |
| 11/20/09 Fri | Kim, Y 2023080-17/1309 | 2.40 | 2.40 | 1,080.00 | 1 | *MATTER NAME: Billing and Retention* PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/22/09 Sun | Kim, Y 2023080-17/1310 | 2.10 | 2.10 | 945.00 | 1 | *MATTER NAME: Billing and Retention* PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/23/09 Mon | Holtz, A 2023080-17/1312 | 0.80 | 0.80 | 632.00 | 1 | *MATTER NAME: Billing and Retention* REVIEW OCTOBER FEE APPLICATION |
| 11/23/09 Mon | Kim, Y 2023080-17/1311 | 1.80 | 1.80 | 810.00 | 1 | *MATTER NAME: Billing and Retention* PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/23/09 Mon | Leung, A 2023080-17/1313 | 2.20 | 2.20 | 990.00 | 1 | *MATTER NAME: Billing and Retention* PREPARED OCTOBER FEE APPLICATION MOTION AND EXHIBITS FOR FILING. |
| 11/24/09 Tue | Holtz, A 2023080-17/1316 | 0.30 | 0.30 | 237.00 | 1 | *MATTER NAME: Billing and Retention* FINALIZE OCTOBER FEE APPLICATION AND SEND TO COUNSEL |
| 11/24/09 Tue | Kim, Y 2023080-17/1315 | 0.60 | 0.60 | 270.00 | 1 | *MATTER NAME: Billing and Retention* PREPARED OCTOBER 2009 FEE APPLICATION. |
| 11/24/09 Tue | Leung, A 2023080-17/1314 | 1.80 | 1.80 | 810.00 | 1 | *MATTER NAME: Billing and Retention* REVIEWED AND REVISED OCTOBER MONTHLY FEE APPLICATION MOTION AND EXHIBITS. |
| Total | | | 104.60 | $49,654.00 | | |
| Number of Entries: | 75 | | | | | |

EXHIBIT G

ALIXPARTNERS RETENTION/COMPENSATION

AlixPartners, LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Holtz, A | 7.60 | 6,004.00 |
| Kim, Y | 64.30 | 28,935.00 |
| Leung, A | 32.70 | 14,715.00 |
| | 104.60 | $49,654.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Billing and Retention | 104.60 | 49,654.00 |
| | 104.60 | $49,654.00 |

EXHIBIT H

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 07/05/09 | 2021900/1 | 25.00 | | 25.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB FROM OFFICE (IN TOWN) |
| 07/06/09 | 2021900/2 | 25.00 | | 25.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/04/09 | 2021900/3 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/05/09 | 2021900/5 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/06/09 | 2021900/7 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/07/09 | 2021900/9 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/07/09 | 2021900/11 | 32.00 | | 32.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS ALBERT LEUNG- PARKING (IN TOWN) |
| 08/08/09 | 2021900/12 | 27.00 | | 27.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS MARK RULE (IN TOWN) |
| 08/09/09 | 2021900/13 | 24.00 | | 24.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS MARK RULE (IN TOWN) |
| 08/10/09 | 2021900/16 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/11/09 | 2021900/18 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/12/09 | 2021900/19 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/17/09 | 2021900/25 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/18/09 | 2021900/27 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/19/09 | 2021900/29 | 20.00 | | 20.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS ALBERT LEUNG- PARKING (IN TOWN) |
| 08/21/09 | 2021900/31 | 20.00 | | 20.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS ALBERT LEUNG- PARKING (IN TOWN) |
| 08/24/09 | 2021900/32 | 17.00 | | 17.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/25/09 | 2021900/36 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG- TAXI HOME (IN TOWN) |

EXHIBIT H

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 08/27/09 | 2021900/38 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 08/28/09 | 2021900/42 | 20.00 | | 20.00 | *MATTER NAME: EXP - Expenses*<br>PARKING & TOLLS ALBERT LEUNG- PARKING (IN TOWN) |
| 08/31/09 | 2021900/46 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 09/01/09 | 2021900/51 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI FROM THE CHICAGO OFFICE TO MY HOME. (IN TOWN) |
| 09/01/09 | 2023080/152 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN TOWN) |
| 09/02/09 | 2021900/54 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI FROM THE CHICAGO OFFICE TO MY HOME. |
| 09/03/09 | 2021900/67 | 7.00 | | 7.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION ALAN HOLTZ (IN TOWN) |
| 09/08/09 | 2021900/76 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI FROM THE CHICAGO OFFICE TO MY HOME. (IN TOWN) |
| 09/08/09 | 2022399/115 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN-TOWN) |
| 09/09/09 | 2022399/119 | 91.41 | | 91.41 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CAB FARE FOR RULE MARK (IN-TOWN) |
| 09/10/09 | 2022399/122 | 64.31 | | 64.31 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CAB FARE FOR RULE MARK (IN-TOWN) |
| 09/15/09 | 2022399/124 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN-TOWN) |
| 09/16/09 | 2021900/92 | 11.00 | | 11.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG (IN TOWN) |
| 09/16/09 | 2021900/90 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI FROM THE CHICAGO OFFICE TO MY HOME. (IN TOWN) |
| 09/23/09 | 2022399/131 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION MARK RULE-CAB HOME (IN-TOWN) |
| 09/23/09 | 2021900/113 | 12.00 | | 12.00 | *MATTER NAME: EXP - Expenses*<br>CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG (IN TOWN) |
| 10/01/09 | 2022399/133 | 32.00 | | 32.00 | *MATTER NAME: EXP - Expenses*<br>PARKING & TOLLS ALBERT LEUNG |
| 10/08/09 | 2022399/135 | 20.00 | | 20.00 | *MATTER NAME: EXP - Expenses*<br>PARKING & TOLLS YOUNG KIM |

Local Transportation

AlixPartners, LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|--------------:|-------------:|--------------:|-------------|
| 10/17/09 | 2022399/137 | 12.00 | | 12.00 | MATTER NAME: EXP - Expenses<br>PARKING & TOLLS YOUNG KIM |
| 10/19/09 | 2022399/139 | 12.00 | | 12.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME LATE (IN-TOWN) |
| 10/19/09 | 2022399/138 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG (IN-TOWN) |
| 10/20/09 | 2022399/141 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME LATE (IN-TOWN) |
| 10/21/09 | 2022399/143 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME LATE (IN-TOWN) |
| 10/21/09 | 2022399/144 | 15.00 | | 15.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI RIDE FROM THE CHICAGO OFF ICE TO MY HOME (IN-TOWN) |
| 10/22/09 | 2022399/147 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME LATE (IN-TOWN) |
| 10/28/09 | 2022399/148 | 15.00 | | 15.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI RIDE FROM THE CHICAGO OFF ICE TO MY HOME (IN-TOWN) |
| 11/07/09 | 2023080/162 | 15.00 | | 15.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION CHRISTOPHER RUBEL-TAXI FROM THE CHICAGO OFFICE TO MY HOME (IN TOWN). |
| 11/09/09 | 2023080/163 | 11.00 | | 11.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION ALBERT LEUNG (IN TOWN) |
| 11/18/09 | 2023080/166 | 12.00 | | 12.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME (IN TOWN) |
| 11/19/09 | 2023080/167 | 12.00 | | 12.00 | MATTER NAME: EXP - Expenses<br>CAB FARE/GROUND TRANSPORTATION TRISTAN PEITZ-TAXI HOME (IN TOWN) |
| | | $921.72 | | $921.72 | |

EXHIBIT I

Team/Working/Local Meals

AlixPartners, LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| **Category: Meeting Expenses** | | | | | |
| 09/15/09 | 2021900/86 | 93.23 | | 93.23 | *MATTER NAME: EXP - Expenses*<br>MEETING EXPENSES - - VENDOR: CAFFE BACI TEAM |
| Meeting Expenses: | | $93.23 | | $93.23 | |
| **Category: Team Meals** | | | | | |
| 11/04/09 | 2023080/161 | 40.25 | | 40.25 | *MATTER NAME: EXP - Expenses*<br>MEALS - ENGAGEMENT TEAM HAROLD LEE-LUNCH-TRIBUNE-TRIBUNE TEAM LUNCH-HAROLD LEE: ALBERT LEUNG: YOUNG KIM (IN TOWN). |
| 11/17/09 | 2023080/165 | 15.26 | | 15.26 | *MATTER NAME: EXP - Expenses*<br>MEALS - ENGAGEMENT TEAM YOUNG KIM-LUNCH-TRIBUNE-TEAM LUNCH (IN-TOWN)-YOUNG KIM: BRAD HALL (IN TOWN). |
| Team Meals: | | $55.51 | | $55.51 | |
| **Category: Working Meals** | | | | | |
| 08/04/09 | 2021900/4 | 18.00 | | 18.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/05/09 | 2021900/6 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/06/09 | 2021900/8 | 26.00 | | 26.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/07/09 | 2021900/10 | 19.00 | | 19.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/10/09 | 2021900/17 | 18.00 | | 18.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/17/09 | 2021900/26 | 18.00 | | 18.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/18/09 | 2021900/28 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/21/09 | 2021900/30 | 16.00 | | 16.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS ALBERT LEUNG-DINNER-DINNER (IN TOWN) |
| 08/24/09 | 2021900/33 | 21.00 | | 21.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/25/09 | 2021900/37 | 9.00 | | 9.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS ALBERT LEUNG-DINNER- DINNER (IN TOWN) |

EXHIBIT I  PAGE 1 of 3

EXHIBIT I

Team/Working/Local Meals

AlixPartners, LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Working Meals | | | | | |
| 08/27/09 | 2021900/39 | 22.00 | | 22.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 08/27/09 | 2021900/40 | 11.70 | | 11.70 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS JEFFREY LACK-DINNER (IN TOWN) |
| 08/28/09 | 2021900/41 | 10.47 | | 10.47 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS JEFFREY LACK-DINNER (IN TOWN) |
| 08/29/09 | 2021900/43 | 10.00 | | 10.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS JEFFREY LACK-LUNCH (IN TOWN) |
| 08/30/09 | 2021900/44 | 10.00 | | 10.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS JEFFREY LACK-LUNCH (IN TOWN) |
| 08/30/09 | 2021900/45 | 11.29 | | 11.29 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS JEFFREY LACK-DINNER (IN TOWN) |
| 08/31/09 | 2021900/47 | 20.00 | | 20.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 09/01/09 | 2023080/153 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 09/08/09 | 2022399/116 | 20.00 | | 20.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS MARK RULE-DINNER (IN-TOWN) |
| 09/11/09 | 2021900/81 | 18.47 | | 18.47 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS MARK RULE-DINNER (IN TOWN) |
| 09/15/09 | 2022399/125 | 17.00 | | 17.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS MARK RULE-DINNER (IN-TOWN) |
| 09/16/09 | 2021900/96 | 15.00 | | 15.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS ALBERT LEUNG-DINNER (IN TOWN) |
| 09/16/09 | 2021900/95 | 98.35 | | 98.35 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS R. BRUCE DEN UYL-DINNER-TRIBUNE MTG (IN TOWN) |
| 09/23/09 | 2022399/132 | 18.00 | | 18.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS MARK RULE-DINNER (IN-TOWN) |
| 10/17/09 | 2022399/136 | 22.00 | | 22.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS YOUNG KIM-DINNER (IN-TOWN) |
| 10/19/09 | 2022399/140 | 35.00 | | 35.00 | *MATTER NAME: EXP - Expenses* <br> MEALS & TIPS ALBERT LEUNG-DINNER (IN-TOWN) |

EXHIBIT I  PAGE 2 of 3

EXHIBIT I

Team/Working/Local Meals

AlixPartners, LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Working Meals | | | | | |
| 10/20/09 | 2022399/142 | 29.29 | | 29.29 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS TRISTAN PEITZ-DINNER-LATE DINNER (IN-TOWN) |
| 10/21/09 | 2022399/146 | 17.66 | | 17.66 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS - - VENDOR: AMERICAN EXPRESS MEALS & TIPS - - VENDOR: AMERICAN EXPRESS MEALS & TIPS TRISTAN PEITZ-DINNER-LATE DINNER (IN-TOWN) |
| 10/21/09 | 2022399/145 | 12.84 | | 12.84 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS CHRISTOPHER RUBEL-DINNER (IN-TOWN) |
| 10/28/09 | 2022399/149 | 15.14 | | 15.14 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS TRISTAN PEITZ-DINNER-LATE DINNER (IN-TOWN) |
| 10/28/09 | 2022399/150 | 12.84 | | 12.84 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS CHRISTOPHER RUBEL-DINNER (IN-TOWN) |
| 10/28/09 | 2023080/158 | 19.00 | | 19.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS YOUNG KIM-DINNER (IN TOWN) |
| 10/29/09 | 2022399/151 | 43.16 | | 43.16 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS TRISTAN PEITZ-DINNER-DINNER LATE (IN-TOWN) |
| 10/30/09 | 2023080/159 | 26.00 | | 26.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS ALBERT LEUNG-DINNER (IN TOWN) |
| 11/09/09 | 2023080/164 | 16.00 | | 16.00 | *MATTER NAME: EXP - Expenses*<br>MEALS & TIPS ALBERT LEUNG-DINNER (IN TOWN) |
| Working Meals: | | $725.21 | | $725.21 | |
| | | $873.95 | | $873.95 | |

EXHIBIT I  PAGE 3 of 3

EXHIBIT J

Travel - Lodging

AlixPartners, LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|----------------|---------------|---------------|----------------|-------------|
| | | | | | *MATTER NAME: EXP - Expenses* |
| 09/02/09 | 2021900/56 | 500.00 | | 500.00 | LODGING R. BRUCE DEN UYL - THE CARLYLE LLC-NEW YORK-09/02/2009-09/03/2009 (NOTE: ACTUAL EXPENSE INCURRED WAS $519.88 BUT REIMBURSEMENT SOUGHT IS VOLUNTARILY REDUCED TO $500.00) |
| | | | | | *MATTER NAME: EXP - Expenses* |
| 09/02/09 | 2021900/57 | 500.00 | | 500.00 | LODGING MARK RULE- THE CARLYLE LLC-NEW YORK-09/02/2009-09/03/2009 (NOTE: ACTUAL EXPENSE INCURRED WAS $519.88 BUT REIMBURSEMENT SOUGHT IS VOLUNTARILY REDUCED TO $500.00) |
| | | | | | *MATTER NAME: EXP - Expenses* |
| 09/09/09 | 2021900/78 | 500.00 | | 500.00 | LODGING MARK RULE-PARK CENTRAL HOTEL-NEW YORK-09/09/2009-09/10/2009 (NOTE: ACTUAL EXPENSE INCURRED WAS $690.85 BUT REIMBURSEMENT SOUGHT IS VOLUNTARILY REDUCED TO $500.00) |
| | | | | | *MATTER NAME: EXP - Expenses* |
| 09/16/09 | 2021900/93 | 500.00 | | 500.00 | LODGING R. BRUCE DEN UYL - THE CARLYLE-NEW YORK-09/16/2009-09/17/2009 (NOTE: ACTUAL EXPENSE INCURRED WAS $777.11 BUT REIMBURSEMENT SOUGHT IS VOLUNTARILY REDUCED TO $500.00) |
| | | | | | *MATTER NAME: EXP - Expenses* |
| 09/16/09 | 2021900/94 | 500.00 | | 500.00 | LODGING MARK RULE-THE CARLYLE LLC-NEW YORK-09/16/2009-09/17/2009 (NOTE: ACTUAL EXPENSE INCURRED WAS $780.07 BUT REIMBURSEMENT SOUGHT IS VOLUNTARILY REDUCED TO $500.00) |
| | | $2,500.00 | | $2,500.00 | |