# United States Bankruptcy Court

### District Of Delaware

In re: **Tribune Company, et al.**
*The Hartford Courant Company*

Case No. **08-13141**
*Case No. 08-13211*

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Blue Heron Micro Opportunities Fund, LLP**

Name of Transferor
**Bob Kelly Florist Inc.**

Name and Address where notices to transferee should be sent:

**Blue Heron Micro Opportunities Fund, LLP**
**P.O. Box 14610**
**Surfside Beach, SC  29587**
**Attn: Claims Processing Dept.**

Court Record Address of Transferor
(Court Use Only)

Phone:
(803) 810-0855

Last Four Digits of Account #:_____

Last Four Digits of Account #:_____

Name and Address where transferee payments
should be sent (if different from above)

Name and Current Address of Transferor
**Bob Kelly Florist Inc.**
**85 Seymour St.**
**Hartford, CT  06106**

Claim Amount:        **$172.60**

Phone: *Same as Above*

Phone:

Last Four Digits of Account #:_____

Last Four Digits of Account #:_____

Court Claim # (if known):    **1339**

Date Claim Filed:          **4/22/2009**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:\_\_\_/s/David P. Tonner_____
Transferee/Transferee's Agent

Date:            **8/19/2010**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
| :---: |

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____          _____
                                                    **CLERK OF THE COURT**