**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered **Related to Docket No. 5415** |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 20, 2010 AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY**

Any party who wishes to appear telephonically at the hearing must contact COURTCALL, LLC by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

**RESOLVED / ORDER ENTERED**

1. Motion of Debtors and Debtors in Possession for an Order Directing the Use of an Amended Caption in the Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) (Filed July 2, 2010) (Docket No. 4933)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

Related Document(s):

(a) Certification of No Objection Regarding Docket No. 4933 (Filed July 21, 2010) (Docket No. 5096)

(b) Order Directing the Use of an Amended Caption in the Debtors' Cases Pursuant to Section 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m) and 2002(n) (DI 5287) (Entered August 6, 2010) (Docket No. 5287)

Objection Deadline: July 19, 2010 at 4:00 p.m.

Responses Received: None.

Status: The Court entered an Order granting the Motion. This matter will not be going forward.

2. Motion of Debtor GreenCo, Inc. for an Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019(a) Approving Settlement Stipulation by and Between GreenCo, Inc. and MediaNews Group, Inc. (Filed July 2, 2010) (Docket No. 4934)

Related Document(s):

(a) Certification of No Objection Regarding Docket No. 4933 (Filed July 28, 2010) (Docket No. 5179)

(b) Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019(a) Approving Settlement Stipulation by and Between GreenCo, Inc. and MediaNews Group, Inc. (Entered August 9, 2010) (Docket No. 5310)

Objection Deadline: July 26, 2010 at 4:00 p.m.

Responses Received: None.

Status: The Court entered an Order granting the Motion. This matter will not be going forward.

3. Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to the Debtors for Certain Litigation Matters During the Period from February 1, 2010 to February 28, 2010 (Filed June 24, 2010) (Docket No. 4872)

Related Document(s):

(a) Certification of No Objection Regarding Docket No. 4872 (Filed July 19, 2010) (Docket No. 5079)

(b) Order Allowing Compensation and Reimbursement of Expenses to Levine Sullivan Koch & Schulz, L.L.P. for Services Rendered as Ordinary Course Counsel to the Debtors for Certain Litigation Matters During the Period from February 1, 2010 through February 28, 2010 (Entered August 9, 2010) (Docket No. 5313)

Objection Deadline: July 15, 2010 at 4:00 p.m.

Responses Received: None.

Status: The Court entered an Order granting the Application. This matter will not be going forward.

**ADJOURNED MATTERS**

4. Movants' Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (Filed May 20, 2010) (Docket No. 4513)

Related Document(s):

(a) Stipulation Extending the Deadline to Respond to, and Adjourning Hearing on, Movants' Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (Filed June 7, 2010) (Docket No. 4702)

(b) Stipulation Extending the Deadline to Respond to, and Adjourning Hearing on, Movants' Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (Filed August 4, 2010) (Docket No. 5277)

Objection Deadline: June 7, 2010 at 4:00 p.m.
Pursuant to the Stipulation executed by the parties, the Objection Deadline is extended to September 30, 2010 for the Debtors.

Responses Received: None at this time.

Status: Pursuant to the Stipulation executed by the parties, this matter is adjourned to the October 22, 2010 hearing. This matter will not be going forward.

5. Motion of Ivan J. Bates for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (Filed June 8, 2010) (Docket No. 4725)

Related Document(s):

(a) Amended Notice of Motion (Filed June 8, 2010) (Docket No. 4726)

Objection Deadline: July 7, 2010 at 4:00 p.m.

Responses Received:

(a) Debtors' Objection to the Motion of Ivan J. Bates for Relief from the Automatic Stay (Filed July 7, 2010) (Docket No. 4951)

(b) Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the Motion of Ivan J. Bates for Relief from the Automatic Stay (Filed July 7, 2010) (Docket No. 4952)

Status: On consent of the parties, this matter is adjourned to the September 15, 2010 hearing. This matter will not be going forward.

6. Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full (Filed June 22, 2010) (Docket No. 4852)

Objection Deadline: July 7, 2010 at 4:00 p.m.

Responses Received:

(a) Debtors' (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 6, 2010) (Docket No. 4943)

(b) Official Committee of Unsecured Creditors' Objection to Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full (Filed July 7, 2010) (Docket No. 4946)

(c) Objection of Certain Settlement Supporters to Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full [Dkt. No. 4852] and Joinder to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Dkt. No. 4943] (Filed July 7, 2010) (Docket No. 4949)

(d) Bridge Agent's (I) Response to Objections to the Motion for Entry of Orders (A) Establishing Procedures for Adjudicating Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Objection to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 12, 2010) (Docket No. 4991)

(e) Response of Certain Settlement Supporters (I) to the Objections to the Cross-Motion of the Debtors for Entry of a Preliminary Pretrial Scheduling Order for the Plan Confirmation Hearing Submitted by the Bridge Agents [Dkt. No. 4991], Wilmington Trust Company [Dkt. No. 4990] and the Credit Agreement Lenders [Dkt. No. 4992] and (II) in Further Support of the Debtors' Cross-Motion for Entry of a Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Dkt. No. 4943] (Filed July 30, 2010) (Docket No. 5219)

(f) Debtors' Supplement with Respect to their (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating Debtors' Obligations to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 30, 2010) (Docket No. 5221)

Status: This matter is adjourned *sine die*. This matter will not be going forward.

7. Wilmington Trust Company's Motion for Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018 (Filed June 25, 2010) (Docket No. 4886)

Related Document(s):

(a) Notice of Adjourned Hearing (Filed July 2, 2010) (Docket No. 4932)

(b) Notice of Adjourned Hearing (Filed August 12, 2010) (Docket No. 5367)

Objection Deadline: July 7, 2010 at 4:00 p.m.
Pursuant to the Notice of Adjourned Hearing, the Objection Deadline is extended to 4:00 p.m. on September 8, 2010.

Responses Received: None at this time.

Status: This matter is adjourned to the September 15, 2010 hearing. This matter will not be going forward.

8. Debtors' (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 6, 2010) (Docket No. 4943)

Related Document(s):

(a) Order Setting Expedited Hearing and Shortening Notice Period with Respect to Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order of the Plan Confirmation Hearing (Entered July 7, 2010) (Docket No. 4948)

(b) Notice of Hearing on Cross Motion (Filed July 8, 2010) (Docket No. 4961)

(c) Debtors' Supplement with Respect to their (I) Opposition to the Motion of Bridge Agent for Entry of Orders (A) Establishing Procedures for Adjudicating Debtors' Obligations to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 30, 2010) (Docket No. 5221)

Objection Deadline: July 12, 2010 at 4:00 p.m.
Reply Deadline: August 16, 2010 at 4:00 p.m.

Responses Received:

(a) Objection of Certain Settlement Supporters to Motion of Bridge Agent for Entry of Orders (I) Establishing Procedures for Adjudicating the Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (II) Allowing Such Claims in Full [Dkt. No. 4852] and Joinder to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Dkt. No. 4943] (Filed July 7, 2010) (Docket No. 4949)

(b) Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 12, 2010) (Docket No. 4989)

(c) Wilmington Trust Company's Objection to the Cross-Motion of the Debtors for Entry of a Preliminary Pretrial Scheduling Order for the Plan Confirmation Hearing (Filed July 12, 2010) (Docket No. 4990)

(d) Bridge Agent's (I) Response to Objections to the Motion for Entry of Orders (A) Establishing Procedures for Adjudicating Debtors' Objections to the Bridge Loan Claims in Conjunction with Plan Confirmation Proceedings and (B) Allowing Such Claims in Full and (II) Objection to the Debtors' Cross Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 12, 2010) (Docket No. 4991)

(e) Credit Agreement Lenders' Objection to the Debtors' Cross-Motion for Entry of Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing (Filed July 12, 2010) (Docket No. 4992)

(f) Response of Certain Settlement Supporters (I) to the Objections to the Cross-Motion of the Debtors for Entry of a Preliminary Pretrial Scheduling Order for the Plan Confirmation Hearing Submitted by the Bridge Agents [Dkt. No. 4991], Wilmington Trust Company [Dkt. No.

4990] and the Credit Agreement Lenders [Dkt. No. 4992] and (II) in Further Support of the Debtors' Cross-Motion for Entry of a Preliminary Pre-Trial Scheduling Order for the Plan Confirmation Hearing [Dkt. No. 4943] (Filed July 30, 2010) (Docket No. 5219)

Status: This matter is adjourned *sine die*. This matter will not be going forward.

9. The Bridge Agent's Motion to Continue (A) the August 30, 2010 Hearing on Confirmation of the Debtors' Proposed Plan of Reorganization and (B) the August 9, 2010 Hearing on the Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed July 30, 2010) (Docket No. 5220)

Objection Deadline: August 5, 2010 at 5:00 p.m.

Responses Received: None at this time.

Status: This matter is adjourned *sine die*. This matter will not be going forward.

**CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL**

10. Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed July 19, 2010) (Docket No. 5081)

Related Document(s):

(a) Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 5, 2010) (Docket No. 5266)

(b) Certification of Counsel Regarding Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 18, 2010) (Docket No. 5413)

Objection Deadline: August 12, 2010 at 4:00 p.m.

Responses Received:

(a) Informal response received from Albert Togut, Chapter 7 Trustee of PLVTZ, Inc. (Received August 3, 2010);

(b) Informal response received from the City of Chicago Department of Revenue (Received August 10, 2010); and

(c) Informal response received from the City of West Hollywood (Received August 12, 2010)

Status: A Certification of Counsel, together with a revised proposed order, was filed with the Court. The hearing on the Objection is adjourned to the September 15, 2010 hearing as to Claim No. 6344 of Albert Togut, Chapter 7 Trustee of PLVTZ, Inc. and Claim No. 728 of the City of Chicago. This matter will not be going forward unless otherwise directed by the Court.

11. Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed July 19, 2010) (Docket No. 5083)

Related Document(s):

(a) Notice of Amendment to Exhibit D to Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed July 23, 2010) (Docket No. 5110)

(b) Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 5, 2010) (Docket No. 5267)

(c) Certification of Counsel Regarding Debtors' Thirty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed August 18, 2010) (Docket No. 5414)

Objection Deadline: August 12, 2010 at 4:00 p.m.

Responses Received:

(a) Informal response of Google Inc. (Received August 10, 2010)

(b) Response by EMC Corporation (Filed August 12, 2010) (Docket No. 5360)

Status: A Certification of Counsel, together with a revised proposed order, was filed with the Court. The hearing on the Objection is adjourned as to Claim No. 2236 of EMC Corporation and Claim No. 810 of Google, Inc. This matter will not be going forward unless otherwise directed by the Court.

12. Application of Downey, Smith & Fier for Allowance and Payment of Compensation for Services Rendered to Debtor Los Angeles Times Communications, LLC in the Ordinary Course of Business (Filed July 23, 2010) (Docket No. 5111)

Related Document(s):

(a) Certification of No Objection Regarding Docket No. 5111 (Filed August 16, 2010) (Docket No. 5398)

Objection Deadline: August 12, 2010 at 4:00 p.m.

Responses Received: None.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

**CONTESTED MATTERS GOING FORWARD**

13. Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed February 20, 2009) (Docket No. 438)

Objection Deadline: March 5, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on June 18, 2009 for the Debtors.

Responses Received:

(a) Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 3, 2009) (Docket No. 465)

(b) Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 5, 2009) (Docket No. 475)

(c) Order Approving Stipulation Modifying the Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc. and Allen Francisco to Proceed with a Pretrial Settlement Conference with Respect to a Personal Injury Action Against Chicago Tribune Newspapers, Inc. (Entered November 25, 2009) (Docket No. 2652)

(d) Order Approving Stipulation Modifying the Automatic Stay to Permit Debtor Chicago Tribune Newspapers, Inc. and Allen Francisco to Proceed with Certain Limited Discovery with Respect to Personal Injury Action Against Chicago Tribune Newspapers, Inc. (Entered January 27, 2010) (Docket No. 3237)

**Status:** **On consent of the parties, this matter is adjourned to the October 22, 2010 hearing. This matter will not be going forward.**

14. Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed May 26, 2010) (Docket No. 4620)

Related Document(s):

(a) Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed May 26, 2010) (Docket No. 4621)

(b) Notice of Rescheduled Hearing (Filed June 30, 2010) (Docket No. 4908)

(c) Debtors' Notice of Revision to 2010 Management Incentive Plan (Filed July 23, 2010) (Docket No. 5112)

(d) Joint Pretrial Memorandum Regarding Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 Pre-Trial Memo (Filed August 4, 2010) (Docket No. 5275)

(e) Re-Notice of Hearing on Motions (Filed August 5, 2010) (Docket No. 5281)

Objection Deadline: June 9, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on June 10, 2010 for the United States Trustee, until 5:00 p.m. on June 10, 2010 for the Bridge Agent and until an unspecified date for the Official Committee of Unsecured Creditors and the Washington-Baltimore Newspaper Guild.

Responses Received:

(a) Preliminary Objection of the United States Trustee to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010, Cross-Motion to Continue the Hearing on the Motion, and Objection to the Related Motion to Seal Part of the Mercer Report (Related to Docket Entry # 4620, 4621) (Filed June 10, 2010) (Docket No. 4736)

(b) Bridge Agent's Objection to Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010) (Filed June 10, 2010) (Docket No. 4745)

(c) Motion to Limit and Shorten Notice of the United States Trustee's Cross-Motion to Continue the Hearing on the Debtors' Motion to Continue the Hearing on Debtors' Motion for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Related to Docket Entry #4736) (Filed June 11, 2010) (Docket No. 4752)

(d) Response by Ron Clemment (Filed June 29, 2010) (Docket No. 4893)

**Status:** **This matter is adjourned to a date to be determined. This matter will not be going forward.**

15. Kevin Millen Showing that I am an Administrative Secured Holder Rule 3018 Also, Judicial Canons for Delaware (Filed June 30, 2010) (Docket No. 4906)

Related Document(s):

(a) Kevin Millen's Response to Debtor's Ludicrous and Venal Way of trying to Destroy Mr. Kevin "Successful" Millen life, I Object to the Tribune Company Administrative & Whole Plan ... (Filed July 16, 2010) (Docket No. 5065)

Objection Deadline: August 12, 2010 at 4:00 p.m.

Responses Received:

(a) Debtors' Omnibus Opposition to Pleadings Filed by Kevin Millen (Filed August 12, 2010) (Docket No. 5361)

Status: This matter will be going forward.

16. Motion of the Court-Appointed Examiner, Kenneth N. Klee, Esq., for Order (I) Discharging Examiner; (II) Granting Relief from Third-Party Discovery; (III) Approving Disposition of Certain Documents and Information; and (IV) Granting Certain Ancillary Relief (Filed July 23, 2010) (Docket No. 5115)

Related Document(s):

(a) Re-Notice of Hearing (Filed August 4, 2010) (Docket No. 5270)

Objection Deadline: August 2, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to August 13, 2010 for the Debtors.

Responses Received:

(a) Debtors' Response to Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Order (I) Discharging Examiner; (II) Granting Relief from Third-Party Discovery; (III) Approving the Disposition of Certain Documents and Information; and (IV) Granting Certain Ancillary Relief (Filed August 13, 2010) (Docket No. 5382)

(b) Reply of Court-Appointed Examiner, Kenneth N. Klee, Esq., in Further Support of His Motion for an Order (I) Discharging Examiner; (II) Granting Relief from Third-Party Discovery; (III) Approving the Disposition of Certain Documents and (IV) Granting Certain Ancillary Relief (Filed August 17, 2010) (Docket No. 5405)

Status: This matter was adjourned from the August 9, 2010 hearing. This matter will be going forward.

**STATUS CONFERENCE**

17. **Status Conference Related to Confirmation**

**Status: This matter will be going forward.**

Dated: August 19, 2010

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ______________________________
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION