Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 1 ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | 4116 | WPIX, Inc. | $8,895.59 | $710.79 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in claim 4118 on the claim register. |
| 2 ANTON BAUER, INC.<br>14 PROGRESS AVE<br>SHELTON, CT 06484 | 4118 | Tribune Television Company | $8,895.59 | $8,184.80 | Claim reduced to amount owed by asserted Debtor based on supporting documentation. Remaining balance is reflected in claim 4116 on the claim register. |
| 3 ARC HOLDING LTD.<br>DBA SPORTS ACCESS<br>100 E. ROYAL LANE, SUITE 250<br>IRVING, TX 75039 | 4345 | KTLA Inc. | $4,719.35 | $3,850.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 4 AUERBACH, ALEXANDER<br>C/O ALEXANDER AUEBACH & CO INC<br>3887 DIXIE CANYON AVE<br>SHERMAN OAKS, CA 91423-4839 | 6487 | Tribune Company | Undetermined | $952.00 | Liquidating claim to reflect Debtors' books and records. |
| 5 BERNARD LAPINSKY<br>C/O MOLLIE LAPINSKY, WIDOW<br>469 BARK CIRCLE<br>DELAND, FL 32725 | 2093 | Orlando Sentinel Communications Company | Undetermined | $55.28 | Liquidating claim to reflect Debtors' books and records. |
| 6 BLEIMAN, ANDREW & BLEIMAN JT TEN<br>1610 MONTGOMERY RD<br>DEERFIELD, IL 60015-2631 | 6486 | Tribune Company | Undetermined | $204.00 | Liquidating claim to reflect Debtors' books and records. |
| 7 BMC SOLUTIONS<br>P O BOX 1777<br>KENNESAW, GA 30156-1777 | 2256 | WPIX, Inc. | $1,023.97 | $773.85 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| CLAIM # | NAME / DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| 5304 | **8 CANON U.S.A.**<br>Orlando Sentinel Communications Company<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | $2,934.43* | $2,915.31 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 5305 | **9 CANON U.S.A.**<br>Tribune Media Net, Inc.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | $2,085.29* | $2,085.29 | Liquidating claim to reflect Debtors' books and records. |
| 5306 | **10 CANON U.S.A.**<br>The Morning Call, Inc.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | $4,796.82* | $4,796.82 | Liquidating claim to reflect Debtors' books and records. |
| 5307 | **11 CANON U.S.A.**<br>The Baltimore Sun Company<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | $1,401.02* | $1,401.02 | Liquidating claim to reflect Debtors' books and records. |
| 2794 | **12 CHAS CITY PLANNING**<br>The Daily Press, Inc.<br>10900 COURTHOUSE RD A<br>CHARLES CITY, VA 23030 | Undetermined | $65.01 | Liquidating claim to reflect Debtors' books and records. |
| 2235 | **13 CITY OF DALLAS**<br>Tribune Television Company<br>PO BOX 650302<br>DALLAS, TX 75265 | Undetermined | $30.00 | Liquidating claim to reflect Debtors' books and records. |
| 3029 | **14 COURTNEY, GEORGE**<br>Orlando Sentinel Communications Company<br>103 OAKPOINT CIR<br>DAVENPORT, FL 33837-8687 | Undetermined | $7.12 | Liquidating claim to reflect Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| CLAIM # | NAME | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 1913 | 15 CRILL HEAD<br><br>650 SHROPSHIRE LOOP<br>SANFORD, FL 32771 | Orlando Sentinel Communications Company | Undetermined | $39.78 | Liquidating claim to reflect Debtors' books and records. |
| 3682 | 16 DOMINION DISTRIBUTION<br><br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | Courant Specialty Products, Inc. | $456.76 | $84.12 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 3683 | 17 DOMINION DISTRIBUTION<br><br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | Patuxent Publishing Company | $2,282.10 | $1,104.24 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 285 | 18 FORD MODELS INC.<br>PO BOX 29629 - GENERAL POST OFFICE<br>NEW YORK, NY 10087-9629 | Chicago Tribune Company | $2,904.08 | $665.43 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 6489 | 19 GARY, KAMILLA M<br>1303 COOL MIST CT<br>FORT MILL, SC 29707-7736 | Tribune Company | Undetermined | $204.00 | Liquidating claim to reflect Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| CLAIM # | DEBTOR | NAME | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---------|--------|------|-----------------|-----------------|-------------------------|
| 933 | KIAH Inc. | 20 INDEL-DAVIS INC.<br>4401 S. JACKSON AVE<br>TULSA, OK 74107 | $380.00 | $85.81 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 2935 | Orlando Sentinel Communications Company | 21 INFINITE ENERGY, INC<br>7001 SW 24TH AVE<br>GAINESVILLE, FL 32607 | $1,962.11 | $543.08 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 2553 | The Daily Press, Inc. | 22 KERRY FOR CANDIDATE<br>C/O DREWRY POLITICAL<br>3506 SPOTTSWOOD PL<br>HAMPTON, VA 23661-3535 | Undetermined | $43.68 | Liquidating claim to reflect Debtors' books and records. |
| 1998 | Orlando Sentinel Communications Company | 23 KONVISER, ESTELLE<br>1260 SAINT ALBANS LOOP<br>LAKE MARY, FL 32746 | Undetermined | $32.58 | Liquidating claim to reflect Debtors' books and records. |
| 3656 | Los Angeles Times Communications LLC | 24 KRUGER, ABRAHAM A<br>1451 SOUTH CANFIELD AVE<br>LOS ANGELES, CA 90035 | Undetermined | $44.30 | Liquidating claim to reflect Debtors' books and records. |
| 6524 | Tribune Company | 25 LAUGHLIN, JOAN MC<br>201 FIVE CITIES DR, SPACE # 62<br>PISMO BEACH, CA 93449-3085 | Undetermined | $3,230.00 | Liquidating claim to reflect Debtors' books and records. |
| 2992 | The Hartford Courant Company | 26 MARTINEZ, ELIZABETH<br>95 VICTORIA RD<br>NEW BRITAIN, CT 06052-1535 | Undetermined | $3.34 | Liquidating claim to reflect Debtors' books and records. |
| 2151 | Chicago Tribune Company | 27 MEADWESTVACO CONSUMER AND OFFICE PRODUCTS<br>4751 HEMPSTEAD STATION DRIVE<br>KETTERING, OH 45429 | $2,717.51 | $1,899.08 | Claimed amount was duplicated. Reduction to reflect actual pre-petition liability. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| CLAIM # | NAME | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 3220 | 28 MIRANDA MTI INC<br><br>DEPT CH10965<br>PALATINE, IL 60055-0965 | WDCW Broadcasting, Inc. | $4,500.00 | $1,500.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 1997 | 29 NATIONAL LIFT TRUCK SERVICE<br>1901 NW 2ND STREET<br>FORT LAUDERDALE, FL 33311 | Sun-Sentinel Company | $800.46 | $472.28 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| 1246 | 30 NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Tribune Company | $2,900.00 | $1,299.52 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 2432 | 31 OCE NORTH AMERICA INC<br><br>ATTN: LEGAL DEPT<br>5600 BROKEN SOUND BLVD.<br>BOCA RATON, FL 33487 | Orlando Sentinel Communications Company | $2,139.47 | $1,821.31 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 1917 | 32 OLIVEIRA, GERZANI<br>5590 NW 61 STREET APT 828<br>COCONUT CREEK, FL 33073 | Sun-Sentinel Company | Undetermined | $255.51 | Liquidating claim to reflect Debtors' books and records. |
| 6535 | 33 PALKA, EDWARD & KATHRYN E.<br>2893 SLEEPY HOLLOW DRIVE<br>GREEN BAY, WI 54311-6535 | Tribune Company | Undetermined | $170.00 | Liquidating claim to reflect Debtors' books and records. |
| 434 | 34 PLATFORM-A INC., ET AL.<br>TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR & PEASE LLP<br>52 EAST GAY STREET (P.O. BOX 1008)<br>COLUMBUS, OH 43216-1008 | forsalebyowner.com corp. | $86,325.20 | $27,851.60 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

*- Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit A - Modified Amount Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|
| 35 SHORE BUILT CONSTRUCTION<br><br>613 JERICHO TPKE STE 1<br>NEW HYDE PARK, NY 11040 | 2251 | Star Community Publishing Group, LLC | Undetermined | $52.00 | Liquidating claim to reflect Debtors' books and records. |
| 36 SMITH BARNEY CUST FBO RACHEL DONELSON<br>IRA<br>1115 UNION ST<br>SAN FRANCISCO, CA 94109 | 6537 | Tribune Company | Undetermined | $3,230.00 | Liquidating claim to reflect Debtors' books and records. |
| 37 TOFOREK, VIRGINIA W<br>106 AIMEE PL<br>LONGWOOD, FL 32750-2763 | 6523 | Tribune Company | Undetermined | $204.00 | Liquidating claim to reflect Debtors' books and records. |
| 38 TUTKO, THOMAS H<br>2814 JOHN ST<br>EASTON, PA 180452536 | 2694 | The Morning Call, Inc. | Undetermined | $57.29 | Liquidating claim to reflect Debtors' books and records. |
| 39 WALLACE SUPPLY CO INC<br>1434 ROUTE 9<br>FORT EDWARD, NY 12828 | 1279 | Tribune Media Services, Inc. | Undetermined | $256.04 | Liquidating claim to reflect Debtors' books and records. |
| 40 WFTV INC<br><br>WRDQ<br>PO BOX 863324<br>ORLANDO, FL 32886 | 3687 | Orlando Sentinel Communications Company | Undetermined | $7,267.50 | Liquidating claim to reflect Debtors' books and records. |
| 41 YORK, ROMAYNE<br>6550 NE 2ND PL<br>OCALA, FL 34470-2208 | 2986 | Orlando Sentinel Communications Company | Undetermined | $19.45 | Liquidating claim to reflect Debtors' books and records. |
| TOTAL | | | $142,119.75 | $78,467.23 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT B

## Modified Amount, Modified Debtor Claims

Tribune Company, et al
Omnibus Objection 34: Exhibit B – Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED | | MODIFIED | | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| | | DEBTOR | AMOUNT | DEBTOR | AMOUNT | |
| 1 A RENT-A-BIN<br><br>901 S MAPLE AVE<br>MONTEBELLO, CA 90640-5411 | 1041 | No Debtor Asserted | $1,023.35 | Los Angeles Times Communications LLC | $709.45 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 2 ACCUWEATHER, INC.<br>385 SCIENCE PARK ROAD<br>STATE COLLEGE, PA 16803 | 91 | Hoy, LLC | $9,077.56 | Hoy Publications, LLC | $5,956.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 3 ACCUWEATHER, INC.<br>385 SCIENCE PARK ROAD<br>STATE COLLEGE, PA 16803 | 92 | Hoy, LLC | $4,736.27 | Hoy Publications, LLC | $3,885.48 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 4 AFLON PROFESSIONAL STAFFING, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | 369 | Tribune Company | $15,362.01 | Chicago Tribune Company | $652.37 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 5 ANDREWS INTERNATIONAL, INC.<br><br>ATTN: TRICIA CORREA<br>27959 SMYTH DR.<br>VALENCIA, CA 91355 | 3017 | Tribune Company | $6,585.20 | Los Angeles Times Communications LLC | $1,564.80 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 6 APPVAULT, LLC<br><br>1800 PARKWAY PLACE # 1000<br>MARIETTA, GA 30067 | 219 | No Debtor Asserted | $35,000.00 | Los Angeles Times Communications LLC | $21,451.61 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 7 ATLANTA GAS/VIRGINIA NATURAL GAS<br><br>150 W. MAIN ST.<br>SUITE 1510<br>NORFOLK, VA 23510 | 531 | Tribune Company | $556.30 | Virginia Gazette Companies, LLC | $542.01 | Claim reduced to disallow late fees. |
| 8 BERLYN INC<br><br>T/A THE PRINCE GEORGE'S SENTINEL<br>LYNN G KAPILOFF<br>5307 N CHARLES ST<br>BALTIMORE, MD 21210 | 565 | Tribune Company | $650.00 | Patuxent Publishing Company | $146.77 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

* - indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|------|---------|--------|----------------|--------|-----------------|------------------------|
| 9 BGE<br>PO BOX 1475<br><br>BALTIMORE, MD 21201 | 958 | The Baltimore Sun Company | $97,317.24 | Homestead Publishing Co.<br><br>Patuxent Publishing Company<br><br>The Baltimore Sun Company | $2,336.83<br><br>$4,709.91<br><br>$45,012.52 | Claim is reduced because (i) documentation attached to claim did not support claim amount, (ii) claim included late fees and (iii) claim has been satisfied in part. |
| | | | | Subtotal | $52,049.26 | |
| 10 CINCINNATI BELL ANY DISTANCE<br>221 E. 4TH STREET<br>ML347-200<br>CINCINNATI, OH 45202 | 686 | Tribune Company | $43,412.28 | Chicago Tribune Company | $7,896.39 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| 11 COLORADO/DBA XCEL ENERGY<br>550 15TH STREET<br>DENVER, CO 80202 | 1645 | Tribune Company | $40,058.94 | KWGN Inc. | $14,983.66 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 12 CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT & COLLECTION CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | 6188 | Tribune Company | $35,650.25 | Tribune Television Company | $35,402.65 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 13 CORESTAFF SERVICES<br>JAN I. BERLAGE<br>201 N. CHARLES STREET, SUITE 2101<br>BALTIMORE, MD 21201 | 2489 | Los Angeles Times Newspapers, Inc. | $32,413.48 | Los Angeles Times Communications LLC | $32,011.48 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 14 DALLAS WATER UTILITIES<br>1500 MARILLA, STE 3A5<br>DALLAS, TX 75201 | 3621 | No Debtor Asserted | $621.57 | Tribune Television Company | $536.38 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 15 DELL, INC<br>ONE DELL WAY, RR1, MS 52<br><br>ROUND ROCK, TX 78682 | 186 | Tribune Company | $11,122.81 | KSWB Inc.<br><br>Orlando Sentinel Communications Company | $335.44<br><br>$1,132.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Subtotal | $1,467.44 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| CLAIM # | NAME | DEBTOR (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | AMOUNT (MODIFIED) | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 16 | DOMINION-VIRGINIA POWER ATTN: CUSTOMER CREDIT SERVICES - 18TH FL PO BOX 26666 RICHMOND, VA 23261 | Tribune Company | $58,583.92 | The Daily Press, Inc. | $53,254.56 | Claimed amount was not supported. |
| | | | | Virginia Gazette Companies, LLC | $4,660.06 | Reduction to reflect Debtors' books and records. |
| | | | | Subtotal | $57,914.62 | |
| 17 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | Tribune Company | $52,848.43 | Chicago Tribune Company | $48,403.53 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | New Mass. Media, Inc. | $927.33 | |
| | | | | Tribune Company | $1,542.18 | |
| | | | | Tribune Finance Service Center, Inc. | $1,758.06 | |
| | | | | Subtotal | $52,631.50 | |
| 18 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | Chicago Tribune Company | $5,904.85 | Chicago Tribune Company | $2,741.25 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| | | | | Chicago Tribune Press Service, Inc. | $130.54 | |
| | | | | Eagle New Media Investments, LLC | $1,147.27 | |
| | | | | Tribune Company | $25.66 | |
| | | | | Tribune Finance Service Center, Inc. | $1,745.92 | |
| | | | | Subtotal | $5,790.64 | |
| 19 | FEDEX CUSTOMER INFORMATION SERVICE AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND ATTN: REVENUE REVENUE/BANKRUPTCY 3965 AIRWAYS MODULE G, 3RD FL MEMPHIS, TN 38116 | Hoy, LLC | $123.27 | Hoy Publications, LLC | $108.78 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Hoy, LLC | $6.59 | |
| | | | | Subtotal | $115.37 | |

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 20 FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | 4941 | Tribune Publishing Company | $1,101.38 | New Mass. Media, Inc. | $71.93 | Claim reduced by invoices for accounts not owned by Debtor. |
| 21 GENESYS<br>ATTN: MELODY LOHR<br>11808 MIRACLE HILLS DR.<br>OMAHA, NE 68154 | 198 | No Debtor Asserted | $756.18 | Chicago Tribune Company<br>Tribune Company<br>Tribune Media Services, Inc.<br>Subtotal | $54.06<br>$537.74<br>$11.40<br>$603.20 | Claim previously satisfied in part and records. Modified amount reflects Debtors' books and records. In addition, certain invoices for Newsday liability, which was not controlled by Debtor at the time the liability was incurred. |
| 22 GOTHIC GROUNDS MANAGEMENT, INC.<br>28546 CONSTELLATION ROAD<br>VALENCIA, CA 91355 | 1232 | No Debtor Asserted | $11,625.00 | Los Angeles Times Communications LLC | $1,228.16 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 23 IBM CORPORATION<br>B.H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | 365 | Tribune Company | $8,951.20 | Los Angeles Times Communications LLC | $181.50 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 24 IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | 3678 | Tribune Company | $13,724.15 | Homestead Publishing Co.<br>New Mass. Media, Inc.<br>Orlando Sentinel Communications Company<br>Patuxent Publishing Company<br>The Baltimore Sun Company<br>Tribune Company<br>Subtotal | $95.84<br>$360.38<br>$129.83<br>$1,266.16<br>$3,285.89<br>$5,720.78<br>$10,858.88 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 25 INTELSAT CORPORATION<br>HERRICK FEINSTEIN<br>ATTN: STEPHEN SELBST<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | 3510 | Tribune Broadcasting Company | $138,134.40 | Tribune Broadcasting News Network, Inc. | $80,934.40 | Order for relief dated February 19, 2009 allowed offset for claim reduction. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit 8 - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | DEBTOR (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | AMOUNT (MODIFIED) | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 26 KELLY SERVICES INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI 48084 | 197 | Tribune Company | $292,515.10 | Channel 40, Inc. | $117.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Chicago Tribune Company | $20,094.21 | |
| | | | | Hoy Publications, LLC | $273.32 | |
| | | | | KSWB Inc. | $632.40 | |
| | | | | Los Angeles Times Communications LLC | $14.55 | |
| | | | | Orlando Sentinel Communications Company | $14,073.18 | |
| | | | | Sun-Sentinel Company | $91,225.53 | |
| | | | | The Baltimore Sun Company | $568.06 | |
| | | | | The Morning Call, Inc. | $1,866.91 | |
| | | | | Tribune Company | $278.02 | |
| | | | | Tribune Media Net, Inc. | $138.32 | |
| | | | | Tribune Media Services, Inc. | $6,684.64 | |
| | | | | Tribune Publishing Company | $88.10 | |
| | | | | Subtotal | $136,054.24 | |
| 27 KFORCE, INC.<br>ATTN: ANDREW LIENTZ<br>1001 E PALM AVENUE<br>TAMPA, FL 33605 | 396 | Tribune Company | $1,070.71 | Chicago Tribune Company | $615.90 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 28 KING FEATURES SYNDICATE<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL, HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | 539 | Tribune Company | $100,038.09 | Chicago Tribune Company | $21,763.67 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Los Angeles Times Communications LLC | $30,510.70 | |
| | | | | Orlando Sentinel Communications Company | $9,909.49 | |
| | | | | Sun-Sentinel Company | $9,335.67 | |
| | | | | The Baltimore Sun Company | $10,298.12 | |
| | | | | The Daily Press, Inc. | $2,410.20 | |
| | | | | The Hartford Courant Company | $9,920.12 | |
| | | | | The Morning Call, Inc. | $3,375.90 | |
| | | | | Subtotal | $97,523.87 | |
| 29 KISSIMMEE UTILITY AUTHORITY<br>ATTN: LEEANN DORSEY<br>1701 W, CARROLL ST.<br>KISSIMMEE, FL 34741 | 533 | Tribune Company | $2,141.89 | Orlando Sentinel Communications Company | $2,073.39 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 30 KPFF CONSULTING ENGINEERS<br>1601 FIFTH AVENUE<br>SUITE 1600<br>ATTN: RON RAPHAEL<br>SEATTLE, WA 98108 | 828 | Tribune Company | $7,810.00 | KTLA Inc. | $6,185.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 31 LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | 370 | Tribune Company | $91,850.00 | Chicago Tribune Company<br>KTLA, Inc.<br>KWGN Inc.<br>Los Angeles Times Communications LLC<br>Orlando Sentinel Communications Company<br><br>Subtotal | $50.00<br>$4,000.00<br>$7,000.00<br>$78,850.00<br>$500.00<br><br>$90,850.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 32 LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | 992 | No Debtor Asserted | $96.35 | Chicago Tribune Company | $84.85 | Claim reduced to disallow late fees. |
| 33 LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | 993 | No Debtor Asserted | $2,138.20 | Los Angeles Times Communications LLC | $606.23 | Claim reduced to disallow late fees. |
| 34 MAC PAPERS INC<br>3300 PHILLIPS HWY/JUST SOUTH<br>PO BOX 5369<br>JACKSONVILLE, FL 32247 | 488 | No Debtor Asserted | $5,180.52 | Forum Publishing Group, Inc. | $4,696.49 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 35 METRO EXPRESS OF BALTIMORE INC<br>8 ESEMINARY AVE<br>LUTHERVILLE, MD 21093 | 1116 | Tribune Company | $110.83 | The Baltimore Sun Company | $25.47 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 36 MIRANDA MTI<br><br>195 MOUNTAIN AVE.<br>SPRINGFIELD, NJ 07081 | 3217 | Tribune Broadcasting Company | $58,678.08 | Chicagoland and Television News, Inc.<br>KSWB Inc.<br>WATL, LLC<br>WGN Continental Broadcasting Company | $35,953.25<br><br>$1,360.58<br>$10,848.50<br>$769.00 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| | | | | Subtotal | $48,931.33 | |
| 37 PAETEC<br><br>ATTN: SHANNON SULLIVAN<br>PO BOX 3177<br>CEDAR RAPIDS, IA 52406-3177 | 471 | Tribune Company | $27,226.59 | Forum Publishing Group, Inc.<br>Sun-Sentinel Company | $220.16<br><br>$24,032.27 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Subtotal | $24,252.43 | |
| 38 PARKINSON TYPE DESIGN<br><br>6170 BROADWAY TERRACE<br>OAKLAND, CA 94618 | 1383 | Los Angeles Times Newspapers, Inc. | $25,000.00 | Los Angeles Times Communications LLC | $21,068.97 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Subtotal | $21,068.97 | |
| 39 PECO<br>PECO ENERGY COMPANY<br>ATTN: MICHAEL F. MURPHY, S222-1<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103 | 312 | Tribune Company | $29,706.72 | Tribune Television Company | $29,167.91 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 40 PENSKE TRUCK LEASING<br>RT 10 GREEN HILLS<br><br>READING, PA 19607 | 691 | Tribune Company | $293,487.67 | The Baltimore Sun Company<br>The Hartford Courant Company | $37,939.56<br><br>$27,888.93 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Subtotal | $65,828.49 | |
| 41 POTOMAC ELECTRIC POWER<br>PEPCO<br>PO BOX 97274<br>WASHINGTON, DC 20090-7274 | 829 | Tribune Company | $49,700.68 | Tribune Publishing Company<br>WDCW Broadcasting, Inc. | $11,778.97<br><br>$37,152.96 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Subtotal | $48,931.93 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | DEBTOR | ASSERTED AMOUNT | DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 42 REED BRENNAN MEDIA ASSOCIATES, INC. | 530 | Tribune Company | $8,039.50 | Los Angeles Times Communications LLC | $2,526.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books |
| ALAN LEWIS, ESQ. | | | | Orlando Sentinel Communications Company | $1,773.00 | and records. |
| OFFICE OF GENERAL COUNSEL, HEARST CORP. | | | | The Baltimore Sun Company | $963.00 | |
| 300 WEST 57TH STREET, 40TH FLOOR | | | | The Daily Press, Inc. | $1,467.00 | |
| NEW YORK, NY 10019 | | | | The Hartford Courant Company | $557.50 | |
| | | | | The Morning Call, Inc. | $648.00 | |
| | | | | Subtotal | $7,934.50 | |
| 43 RELIANT ENERGY | 439 | Tribune Company | $46,964.18 | Homestead Publishing Co. | $6,107.93 | Claimed amount was not supported. |
| PO BOX 1409 | | | | Patuxent Publishing Company | $14,618.28 | Reduction to reflect Debtors' books and records. |
| HOUSTON, TX 77251-1409 | | | | The Baltimore Sun Company | $25,867.44 | |
| | | | | Subtotal | $46,593.65 | |
| 44 RF CENTRAL LLC | 6114 | Tribune Company | $6,129.15 | KIAH Inc. | $3,698.93 | Claim previously satisfied in part. |
| 99 GARDEN PARKWAY | | | | Tribune Television Company | $5.50 | Modified amount reflects Debtors' books and records. |
| CARLISLE, PA 17013 | | | | Subtotal | $3,704.43 | |
| 45 RYDER TRUCK RENTAL, INC. | 4275 | Tribune Company | $333,003.69 | Chicago Tribune Company | $319,028.65 | Claim previously satisfied in part. |
| ATTN: JENNIFER MORRIS | | | | Homestead Publishing Co. | $2,296.36 | Modified amount reflects Debtors' books |
| 6000 WINDWARD PARKWAY | | | | Sun-Sentinel Company | $9,961.82 | and records. |
| ALPHARETTA, GA 30005 | | | | Tribune Direct Marketing, Inc. | $486.50 | |
| | | | | WGN Continental Broadcasting Company | $229.23 | |
| | | | | Subtotal | $332,002.56 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit B - Modified Amount, Modified Debtor Claims

| NAME | CLAIM # | ASSERTED DEBTOR | AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|
| 46 SOUTHERN CALIFORNIA GAS COMPANY<br>MASS MARKETS CREDIT & COLLECTIONS<br>THE GAS COMPANY<br>PO BOX 30337<br>LOS ANGELES, CA 90030-0337 | 474 | Tribune Company | $13,735.95 | California Community News Corporation | $1,579.93 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| | | | | Los Angeles Times Communications LLC | $11,370.63 | |
| | | | | Subtotal | $12,950.36 | |
| 47 SYSTEM MAINTENANCE SERVICES, INC<br>9013 PERIMETER WOODS, SUITE E<br>CHARLOTTE, NC 28216 | 3129 | Tribune Company | $26,613.18 | The Hartford Courant Company | $14,048.48 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | | | | Tribune Company | $646.46 | |
| | | | | Subtotal | $14,694.94 | |
| 48 UNIVERSITY OF ILLINOIS<br>162 HENRY ADMINISTRATION BUILDING<br>506 SOUTH WRIGHT STREET<br>URBANA, IL 61801 | 1764 | Tribune Company | $163.79 | Chicago Tribune Company | $100.00 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. |
| 49 USA MOBILITY<br>3000 TECHNOLOGY DR STE 400<br>PLANO, TX 75074 | 5663 | Chicago Tribune Company | $2,018.60 | Tribune Company | $1,568.60 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 50 USG – USERS SIERRA GROUP INC<br>ATTN: CONTRACTS DEPT<br>P.O. BOX 2338<br>SAN ANTONIO, TX 78298-2338 | 3168 | Tribune Company | $26,875.00 | Chicago Tribune Company | $15,875.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 51 VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | 2454 | Tribune Company | $83.41 | Tribune Television Company | $82.18 | Claim reduced to disallow finance charges. |
| 52 W.W. GRAINGER INC<br>7300 N. MELVINA<br>NILES, IL 60714 | 572 | Tribune Company | $11,116.92 | Los Angeles Times Communications LLC | $1,096.07 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| 53 WOLF COACH INC<br>21780 NETWORK PL<br>CHICAGO, IL 60673-1217 | 2372 | Tribune Company | $9,131.55 | KWGN Inc. | $6,676.57 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. |
| | TOTAL: | | $2,055,956.99 | | $1,409,760.91 | |

* - indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT C

## Modified Amount, Reclassified Claims

Tribune Company, et al
Omnibus Objection 34: Exhibit C - Modified Amount, Reclassified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | | | CLASS | AMOUNT | CLASSIFICATION STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 BEST, WARREN<br>1118 ADAMS ST<br>WAUCONDA, IL 60084 | 1685 | Tribune Finance Service Center, Inc. | Undetermined | $35.00 | Unsecured | $35.20 | Liquidating claim to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 2 FARMINGTON RIVER WATERSHED ASSOCIATION<br>SARAH HINCKS PRESIDENT<br>749 HOPMEADOW STREET<br>SIMSBURY, CT 06070 | 1102 | The Hartford Courant Company | Secured<br>Unsecured<br>Subtotal | $35.00<br>$25.00<br>$60.00 | Unsecured | $35.00 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 3 FRANKLIN, ISABEL<br>30 E HAZEL ST.<br>ORLANDO, FL 32804 | 2382 | Orlando Sentinel Communications Company | Secured<br>Unsecured<br>Subtotal | Undetermined<br>$29.20*<br>$29.20 | Unsecured | $29.20 | Liquidating claim to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 4 HALL, TRISHA<br>40140 VIA LOS ALTOS<br>RANCHO MIRAGE, CA 92270 | 3183 | Tribune Finance Service Center, Inc. | Secured<br>Unsecured<br>Subtotal | $59.50<br>$59.50<br>$119.00 | Unsecured | $59.50 | Claimant duplicated liability owed in secured section of Proof of Claim form. No evidence of perfected lien or security interest. |
| 5 KABLE FULFILLMENT SERVICES, INC.<br>C/O JULIE HOAK<br>16 S. WESLEY AVE<br>MOUNT MORRIS, IL 61054 | 518 | Chicagoland Publishing Company | Secured<br>Unsecured<br>Subtotal | $37,736.95<br>$14,138.15<br>$51,875.10 | Unsecured | $12,465.51 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 6 MARSCH, CHRISTINE SHANEL CUST WILLIAM<br>KENNETH MARSCH UGMA IL<br>596 WHEATON DR<br>LAKE FOREST IL 60045-4827 | 6543 | Tribune Company | Secured | Undetermined | Unsecured | $1,360.00 | Liquidating claim to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 7 ROGERS, KARLENE<br>108 TRAFALGAR PL<br>LONGWOOD, FL 32779-5628 | 3211 | Orlando Sentinel Communications Company | Secured | Undetermined | Unsecured | $51.02 | Liquidating claim to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| | | | TOTAL | $52,083.33 | TOTAL | $14,035.43 | |

* - indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT D

### Modified Amount, Modified Priority Claims

Tribune Company, et al

Omnibus Objection 34: Exhibit D - Modified Amount, Modified Priority Claims

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 | BISHOP, JUNE 1 DUNHAM ST MIDDLETOWN, CT 06457 | 6199 | The Hartford Courant Company | Priority Unsecured Subtotal | $464.91 $464.91 $929.82 | Unsecured | $464.91 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 2 | CAGNEY, MONICA 10 FOREST ST BAYVILLE, NY 11709-1948 | 6484 | Tribune Company | Priority Unsecured Subtotal | $136.00 $136.00 $272.00 | Unsecured | $136.00 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 3 | DEAN ELECTRIC CONTRACTORS INC ELECTRICAL CONTRACTORS INC PO BOX 4 GLENS FALLS, NY 12801 | 1114 | Tribune Media Services, Inc. | Priority Unsecured Subtotal | $711.55 $163.99 $875.54 | Unsecured | $812.76 | Claim reduced to disallow finance charges. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 4 | EXPRESS MAID 1101 LAKE STREET NO. 403 OAK PARK, IL 60301 | 1159 | Chicago Tribune Company | Priority Unsecured Subtotal | $375.00 $375.00 $750.00 | Unsecured | $375.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B). Claim relates to cleaning services that does not give rise to priority status. |
| 5 | GILSON, SARAH 12160 SW SECOND ST PLANTATION, FL 33325 | 1056 | Gold Coast Publications, Inc. | Priority Unsecured Subtotal | $20.00 $20.00 $40.00 | Unsecured | $20.00 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 6 | GILSON, SARAH 12160 SW SECOND ST PLANTATION, FL 33325 | 1057 | Gold Coast Publications, Inc. | Priority Unsecured Subtotal | $38.00 $38.00 $76.00 | Unsecured | $38.00 | Claimant duplicated liability owed in priority section of Proof of Claim, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |

Page 1 of 3

* - indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al

Omnibus Objection 34: Exhibit D - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 7 GILSON, SARAH<br>12160 SW SECOND ST<br>PLANTATION, FL 33325 | 1058 | Gold Coast Publications, Inc. | Priority<br>Unsecured<br>Subtotal | $20.00<br>$20.00<br>$40.00 | Unsecured | $20.00 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference the Bankruptcy Code. No evidence of priority amount for claim. |
| 8 INFOPRINT SOLUTIONS COMPANY<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | 465 | Tribune Direct Marketing, Inc. | Priority<br>Unsecured<br>Subtotal | $8,071.51<br>$11,849.83<br>$19,921.34 | Unsecured | $1,733.44 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claimant asserted priority in Proof of Claim form without referencing Bankruptcy code. No evidence of priority amount for claim. |
| 9 KEISER<br>1710 TWIN OAKS DR<br>DELAND, FL 32720-4569 | 1519 | Orlando Sentinel Communications Company | Priority<br>Unsecured<br>Subtotal | $8.21<br>$8.21<br>$16.42 | Unsecured | $8.21 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 10 LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LS SIMS & ASSOCIATES INC<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | 2440 | Orlando Sentinel Communications Company | Priority<br>Unsecured<br>Subtotal | $1,982.50<br>$2,051.70<br>$4,034.20 | Unsecured | $2,051.70 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 11 MARLENA AGENCY INC<br>322 EWING ST<br>PRINCETON, NJ 08540 | 1060 | Los Angeles Times Communications LLC | Priority | $510.00 | Unsecured | $500.00 | Claim reduced to disallow late fee. Claimant asserted priority in Proof of Claim form without referencing Bankruptcy code. No evidence of priority amount for claim. |
| 12 PIPER PLASTICS, INC.<br>1840 ENTERPRISE COURT<br>LIBERTYVILLE, IL 60048 | 612 | Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $127.89<br>$2,043.79<br>$2,171.68 | Unsecured | $2,043.79 | Claimant duplicated amount in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(8). Claimant is not a governmental entity entitled to tax priority. |

* - indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al
Omnibus Objection 34: Exhibit D - Modified Amount, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
| 13 PRESTIGE AUTO WASH & AUTOMOTIVE<br><br>7860 OTHELLO AVE<br>SAN DIEGO, CA 92111 | 1080 | KSWB Inc. | Priority<br>Unsecured<br><br>Subtotal | $41.19<br>$41.19<br><br>$82.38 | Unsecured | $41.19 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 14 WEDGE, CHRIS<br><br>12882 VALLEY RIDGE RD<br>CLERMONT, FL 34711 | 2225 | Orlando Sentinel Communications Company | Priority<br>Unsecured<br><br>Subtotal | $50.00<br>$50.00<br><br>$100.00 | Unsecured | $50.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 15 WHITMIRE, ALISON<br><br>EMERGENCE SERVICES<br>13913 SE 92ND ST<br>NEWCASTLE, WA 98059 | 4598 | Tribune Television Northwest, Inc. | Priority | $750.00 | Unsecured | $500.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| 16 ZAKARIAN, KIMBERLIE<br><br>4616 OCEAN VIEW BLVD<br>LA CANADA, CA 91011 | 2394 | Los Angeles Times Communications LLC | Priority<br>Unsecured<br><br>Subtotal | $275.00<br>$275.00<br><br>$550.00 | Unsecured | $200.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. |
| | | | TOTAL | $31,119.38 | TOTAL | $8,995.00 | |

# EXHIBIT E

**Modified Amount, Reclassified, Modified Priority Claims**

Tribune Company, et al

Omnibus Objection 34: Exhibit E - Modified Amount, Reclassified, Modified Priority Claims

| | | | ASSERTED | | MODIFIED | | |
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | CLASSIFICATION AND PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 BARNETT, J.<br>100 CEDAR POINT LANE<br>LONGWOOD, FL 32779 | 2357 | Orlando Sentinel Communications Company | Priority<br>Secured<br>Unsecured<br><br>Subtotal | $72.48<br>$0.00<br>$72.48<br>——<br>$144.96 | Unsecured | $72.48 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority or security interest provided. |
| 2 FREIMAN, JOSEPH<br>6106 IVYMOUNT ROAD<br>BALTIMORE, MD 21209-3402 | 1810 | Sun-Sentinel Company | Priority<br>Secured<br><br>Subtotal | $24.86<br>$24.86<br>——<br>$49.72 | Unsecured | $24.86 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority or security interest. |
| 3 LANGEBRAK ROOF SYSTEMS INC<br>4266 CORPORATE EXCHANGE DR<br>PO BOX 85<br>HUDSONVILLE, MI 49426-0085 | 1204 | Tribune Television Holdings, Inc. | Priority<br>Secured<br>Unsecured<br><br>Subtotal | $0.00<br>$0.00<br>$278.14<br>——<br>$278.14 | Unsecured | $262.50 | Claim reduced to disallow service charges. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. In addition, no evidence of perfected lien or security interest provided. |
| 4 WALKER, GLORIA<br>420 LOGAN PL APT 13<br>NEWPORT NEWS, VA 23601 | 1868 | The Daily Press, Inc. | Priority<br>Secured<br>Unsecured<br><br>Subtotal | $3.75<br>$0.00<br>$3.75<br>——<br>$7.50 | Unsecured | $3.75 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority or security interest provided. |
| 5 WALKER, GLORIA<br>420 LOGAN PL APT 13<br>NEWPORT NEWS, VA 23601 | 1869 | The Daily Press, Inc. | Priority<br>Secured<br>Unsecured<br><br>Subtotal | $6.18<br>$0.00<br>$6.18<br>——<br>$12.36 | Unsecured | $6.18 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority or security interest provided. |
| | | | TOTAL | $492.68 | TOTAL | $369.77 | |

# EXHIBIT F

**Modified Amount, Modified Debtor, Reclassified Claims**

Tribune Company, et al

Omnibus Objection 34: Exhibit F - Modified Amount, Modified Debtor, Reclassified Claims

| | | | ASSERTED | | | MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASSIFICATION STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 GUARANTEE RECORDS MANAGEMENT | 1972 | No Debtor Asserted | Secured | $331.17 | Tribune Broadcasting Company | Unsecured | $46.80 | Claimed amount was not supported. Reduction to reflect Debtors' books and records. No evidence of perfected lien or security interest provided. |
| 215 COLES ST JERSEY CITY, NJ 07310 | | | | | | | | |
| 2 SOUTH FLORIDA STADIUM CORPORATION | 6597 | Forum Publishing Group, Inc. | Secured | $54,665.00 | Gold Coast Publications, Inc. | Unsecured | $14,868.55 | Claimant support details relief from stay on security deposit and reflects remaining unsecured balance. |
| C/O TAREK KIEM, ESQ. AKERMAN SENTERFITT 350 EAST LAS OLAS BLVD., STE. 1600 FORT LAUDERDALE, FL 33301 | | | Unsecured | $14,686.55 | | | | |
| | | | Subtotal | $49,351.95 | | | | |
| | | | TOTAL | $49,863.12 | | TOTAL | $14,915.75 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

## <u>EXHIBIT G</u>

### Modified Amount, Modified Debtor, Modified Priority Claims

Tribune Company, et al

Omnibus Objection 34: Exhibit G - Modified Amount, Modified Debtor, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 BROADVIEW NETWORKS 500 FASHION AVE FL 2 NEW YORK, NY 10018-4502 | 723 | No Debtor Asserted | Priority Unsecured Subtotal | $2,749.50 $2,749.50 $5,499.00 | Tribune Television Company | Unsecured | $2,382.90 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. In addition, Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 2 CANON BUSINESS SOLUTIONS - EAST 1250 VALLEY BROOK AVE LYNDHURST, NJ 07071 | 942 | Tribune Company | Priority Unsecured Subtotal | $106.97 $106.97 $213.94 | WGN Continental Broadcasting Company | Unsecured | $106.97 | Claimant duplicated liability owed in priority section of Proof of Claim form but did not reference Bankruptcy Code. No evidence of priority amount for claim. |
| 3 EUROPEAN PRESSPHOTO AGENCY AM HAUPTBAHNHOF 16 FRANKFURT, BE, 60329 GERMANY | 2654 | Los Angeles Times Newspapers, Inc. | Priority | $2,000.00 | Los Angeles Times Communications LLC | Unsecured | $451.61 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claimant asserted priority in Proof of Claim form without referencing Bankruptcy Code. No evidence of priority amount for claim. |
| 4 TOLL ROADS, THE 125 PACIFICA SUITE 100 IRVINE, CA 92618 | 1834 | No Debtor Asserted | Priority Unsecured Subtotal | $199.75 $199.75 $399.50 | KTLA Inc. | Unsecured | $199.75 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(8). Claimant is not a governmental entity entitled to tax priority. |
| | | | TOTAL | $8,112.44 | | TOTAL | $3,141.23 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT H

**Modified Amount, Modified Debtor, Reclassified, Modified Priority Claims**

Tribune Company, et al

Omnibus Objection 34: Exhibit H - Modified Amount, Modified Debtor, Reclassified, Modified Priority Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | CLASS | AMOUNT | | DEBTOR | CLASSIFICATION AND PRIORITY STATUS | AMOUNT | REASON FOR MODIFICATION |
| 1 BON SECOURS EAP | 964 | Tribune Company | Priority | $165.00 | Virginia Gazette Companies, LLC | Unsecured | $165.00 | Claimant duplicated liability owed in priority section of Proof of Claim form, which asserted priority under 11 U.S.C. § 507 (a)(5). No evidence of priority or security interest provided. |
| 110 KINGSLEY LN., SUITE 206 NORFOLK, VA 23505 | | | Secured | $165.00 | | | | | |
| | | | Subtotal | $330.00 | | | | | |
| 2 GREY, MICHAELA | 1856 | No Debtor Asserted | Priority | $1,680.00 | Los Angeles Times Communications LLC | Unsecured | $1,680.00 | Claim previously satisfied in part. Modified amount reflects Debtors' books and records. Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claimant is not an employee. In addition, claimant duplicated liability owed in secured section of Proof of Claim form. No evidence of preferred lien or security interest provided. |
| 625 FICO PLACE SANTA MONICA, CA 90405 | | | Secured | $680.00 | | | | | |
| | | | Unsecured | $1,680.00 | | | | | |
| | | | Subtotal | $3,840.00 | | | | | |
| | | | TOTAL | $4,170.00 | | | TOTAL | $1,845.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts