# Organization Chart

