# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

## FORM 8-K

### CURRENT REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

DATE OF REPORT (Date of earliest event reported): August 6, 2007

Commission file number 1-8572

## TRIBUNE COMPANY
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **36-1880355** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| | |
| **435 North Michigan Avenue** **Chicago, Illinois** | **60611** |
| (Address of principal executive offices) | (Zip code) |

Registrant's telephone number, including area code: (312) 222-9100

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the obligation of the registrant under any of the following provisions:

[ ]   Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ]   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ]   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ]   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

ITEM 5.02. DEPARTURE OF DIRECTORS OR CERTAIN OFFICERS; ELECTION OF DIRECTORS; APPOINTMENT OF CERTAIN OFFICERS; COMPENSATORY ARRANGEMENTS OF CERTAIN OFFICERS.

On August 6, 2007, Miles D. White provided Tribune Company with written notice of his decision to resign as a Tribune Company director effective immediately. Mr. White, Chairman and CEO of Abbott Laboratories, cited increasing business and civic commitments as reasons for stepping down. Mr. White, 52, has served as a Tribune Company director since 2005 and was a member of the Compensation & Organization Committee of the Board of Directors at the time of his resignation.

A copy of the press release announcing the resignation is attached as Exhibit 99.1 and incorporated herein by reference.

ITEM 9.01   FINANCIAL STATEMENTS AND EXHIBITS.

Exhibit 99.1   Press Release of Tribune Company dated August 10, 2007

### SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

TRIBUNE COMPANY
(Registrant)

Date: August 10, 2007

/s/ Mark W. Hianik
Mark W. Hianik
Vice President

EXHIBIT 99.1

## MILES D. WHITE RESIGNS FROM TRIBUNE BOARD

CHICAGO, Aug. 10, 2007—Tribune Company (NYSE:TRB) today announced that Miles D. White has resigned from its board of directors, effective August 6, 2007.

White, Chairman and CEO of Abbott Laboratories, cited increasing business and civic commitments as reasons for stepping down. White has served as a Tribune Company director since 2005, and was a member of the Compensation & Organization Committee of the board of directors at the time of his resignation.

###

TRIBUNE (NYSE:TRB) is one of the country's top media companies, operating businesses in publishing, interactive and broadcasting. It reaches more than 80 percent of U.S. households and is the only media organization with newspapers, television stations and websites in the nation's top three markets. In publishing, Tribune's leading daily newspapers include the *Los Angeles Times, Chicago Tribune, Newsday* (Long Island, N.Y.), *The Sun* (Baltimore), *South Florida Sun-Sentinel, Orlando Sentinel* and *Hartford Courant.* The company's broadcasting group operates 23 television stations, Superstation WGN on national cable, Chicago's WGN-AM and the Chicago Cubs baseball team. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience.

**MEDIA CONTACT:**
Gary Weitman
312/222-3394 (Office)
312/222-1573 (Fax)
gweitman@tribune.com

**INVESTOR CONTACT:**
Ruthellyn Musil
312/222-3787 (Office)
312/222-1573 (Fax)
rmusil@tribune.com

Created by Morningstar® Document Research℠
http://documentresearch.morningstar.com