# TRIBUNE COMPANY
## BOARD OF DIRECTORS MEETING
### DECEMBER 20, 2007

The Tribune Company Board of Directors met at 2:00 p.m. on Thursday, December 20, 2007, by conference telephone pursuant to notice. The following directors (including directors elected at the start of this meeting) participated in the meeting: Jeffrey Berg, Brian Greenspun, Betsy Holden, William Osborn, William Pate, Frank Wood and Sam Zell.

Donald Grenesko, Crane Kenney, Randy Michaels and Gerry Spector also participated in the call.

Mr. Zell acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. Zell called the meeting to order at 2:00 p.m.

## APPOINTMENT OF DIRECTORS

Mr. Zell presented three additional director candidates for consideration and election. Following discussion, a motion was made, seconded and approved to adopt the following resolution:

> RESOLVED, that pursuant to Article II Section 3 of the Amended and Restated Bylaws of the Company, each the following persons be, and effective immediately hereby is, appointed as director of the Company and shall hold office until his or her successor is duly elected and qualified, or his or her earlier death, resignation or removal:
>
> Jeff Berg
> Brian Greenspun
> Frank Wood

## APPOINTMENT OF OFFICERS

Mr. Zell presented two officers of the Company for consideration and election in addition to his election as Chairman and Chief Executive Officer as contemplated by the going private transaction documents. Following discussion, a motion was made, seconded and approved to elect the following officers:

| | |
|---|---|
| Samuel Zell | Chairman of the Board and Chief Executive Officer. |
| Randy Michaels | Executive Vice President and Chief Executive Officer/Interactive and Broadcasting |
| Gerald A. Spector | Executive Vice President and Chief Administrative Officer |

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0415002

## COMMITTEE APPOINTMENTS

Mr. Zell presented proposed committee appointments for 2008. Following discussion, a motion was made, seconded and approved to adopt the following resolutions:

> RESOLVED, that the Audit Committee initially shall consist of three members, and that each of Betsy Holden, William Osborn and Frank Wood shall be, and hereby is, appointed as a member of the Audit Committee, to serve in such capacity until his or her successor is designated or until his or her earlier resignation or removal.
>
> FURTHER RESOLVED, that the Compensation Committee initially shall consist of three members, and that each of Brian Greenspun, William Pate and Maggie Wilderotter shall be, and hereby is, appointed as a member of the Compensation Committee, to serve in such capacity until his or her successor is designated or until his or her earlier resignation or removal.

## COMPENSATION MATTERS

Mr. Kenney presented management's recommendation to adopt the Tribune Company 2007 Management Equity Incentive Plan (the "MEIP") required to be implemented pursuant to the merger agreement. Mr. Kenney also presented management's recommendation to increase the Management Incentive Plan ("MIP") payouts for certain employees who will not receive awards under the MEIP. Following discussion, a motion was made, seconded and approved to adopt the following resolutions:

> RESOLVED, that the Board does hereby approve the MEIP in substantially the form presented at the meeting, including the initial grants set forth in Exhibits A and B thereto;
>
> FURTHER RESOLVED, that the Board does hereby approve increasing 2008 MIP payouts by 10% in the aggregate for certain employees not included in the MEIP, with individual increases to affected employees' MIP targets to be determined in connection with the annual compensation reviews based on performance and future potential of the eligible employees.

## ASSIGNMENT OF SUBORDINATED NOTE AND WARRANT

Mr. Zell reviewed his intention to syndicate portions of the $225,000,000 Subordinated Promissory Note made by the Company to EGI-TRB, L.L.C. ("EGI") (the "EGI Sub Note") and the Warrant to Purchase Common Stock issued by the Company to EGI (the "EGI Warrant") to certain individuals. Following discussion, a motion was made, seconded and approved (with Messrs. Greenspun, Pate and Zell abstaining) to adopt the following resolution:

> RESOLVED, that the Board of Directors does hereby consent to the assignment by EGI

2

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415003

of a portion of its interest in the EGI Sub Note and EGI Warrant to the assignees presented to the Board at this meeting.

### BROADCAST MANAGEMENT COMPANY

Mr. Michaels next presented a proposed transaction involving the creation of a new broadcasting subsidiary to operate certain broadcast television stations owned by Local TV LLC ("Local TV"), Oak Hill Capital Partners II, L.P. ("Oak Hill") and FoxCo Acquisition, LLC ("FoxCo Acquisition"), a Delaware limited liability company affiliated with Oak Hill organized for the purpose of acquiring eight FOX-affiliated broadcast television stations. Mr. Michaels noted that the proposed transaction could also involve the exchange of certain televisions stations among the parties. Mr. Michaels indicated that Local TV, Oak Hill and FoxCo Acquisition have requested that the Company enter into a non-binding letter of intent for the purpose of issuing a press release regarding the proposed transaction and proceeding with due diligence and negotiation of definitive transaction documents. The Company's obligation to consummate the proposed transaction would be subject to the negotiation and execution of definitive transaction documents and receipt of all required corporate, governmental and third party approvals. Following discussion, the Board authorized management to execute the non-binding letter of intent and proceed with further due diligence and negotiation of definitive documents.

### GENERAL RESOLUTIONS AND RATIFICATION OF PRIOR ACTIONS

RESOLVED, that the officers and directors of the Company be, and each of them hereby is, in accordance with the foregoing resolutions, authorized and directed, for and on behalf of the Company, to take all action and execute all documents and make such filings pursuant to federal, state, local and foreign laws as any of them may deem appropriate to effectuate and carry out the purposes of the foregoing resolutions; and

FURTHER RESOLVED, that any and all actions heretofore taken, and any and all things heretofore done, by any officer, director, representative or agent of the Company in connection with, or with respect to, the matters referred to in the foregoing resolutions be, and hereby are, confirmed as authorized and valid acts taken on behalf of the Company.

### ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 2:30 p.m.

_____
Secretary

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415004