Powered by Morningstar® Document Research℠

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549

# FORM 8-K

### CURRENT REPORT PURSUANT TO SECTION 13 OR 15(d)
### OF THE SECURITIES EXCHANGE ACT OF 1934

DATE OF REPORT (Date of earliest event reported): February 4, 2008

Commission file number 1-8572

# TRIBUNE COMPANY
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **36-1880355** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **435 North Michigan Avenue** | **60611** |
| **Chicago, Illinois** | (Zip code) |
| (Address of principal executive offices) | |

Registrant's telephone number, including area code: (312) 222-9100

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the obligation of the registrant under any of the following provisions:

[ ]    Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ]    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ]    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ]    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Source: TRIBUNE CO, 8-K, February 08, 2008    Powered by Morningstar® Document Research℠

Source: TRIBUNE CO, 8-K, February 08, 2008

| ITEM 5.02 | DEPARTURE OF DIRECTORS OR CERTAIN OFFICERS; ELECTION OF DIRECTORS; APPOINTMENT OF CERTAIN OFFICERS; COMPENSATORY ARRANGENMETS OF CERTAIN OFFICERS. |
|---|---|

Effective February 4, 2008, John E. Reardon resigned as president of Tribune Broadcasting Company. In connection with his departure, Mr. Reardon will receive payments consistent with the terms previously disclosed in the Company's Definitive Proxy Statement on Schedule 14A, dated July 13, 2007, and consistent with the Company's Management Equity Incentive Plan adopted on December 20, 2007.

As previously announced, Ed Wilson, former president of the Fox Television Network, has been appointed as the new president of Tribune Broadcasting Company effective February 11, 2008.

### SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

TRIBUNE COMPANY
(Registrant)

Date: February 8, 2008

/s/ Mark W. Hianik
Mark W. Hianik
Vice President/Assistant General Counsel

Created by Morningstar® Document Research℠
http://documentresearch.morningstar.com

Powered by Morningstar® Document Research℠