# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549

## FORM 8-K

CURRENT REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

DATE OF REPORT
June 12, 2008

Commission file number 1-8572

## TRIBUNE COMPANY
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **36-1880355** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **435 North Michigan Avenue** **Chicago, Illinois** | **60611** |
| (Address of principal executive offices) | (Zip code) |

Registrant's telephone number, including area code: **(312) 222-9100**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the obligation of the registrant under any of the following provisions:

[ ]    Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ]    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ]    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ]    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Source: TRIBUNE CO, 8-K, June 18, 2008                                                                                                          Powered by Morningstar® Document Research℠

Source: TRIBUNE CO, 8-K, June 18, 2008

| | |
|---|---|
| ITEM 5.02. | DEPARTURE OF DIRECTORS OR CERTAIN OFFICERS; ELECTION OF DIRECTORS; APPOINTMENT OF CERTAIN OFFICERS; COMPENSATORY ARRANGEMENTS OF CERTAIN OFFICERS. |

On June 12, 2008, Scott C. Smith announced his retirement from his position as President of Tribune Publishing and Publisher of Chicago Tribune Company. Mr. Smith will remain with the Company for a period of time to assist with transition matters.

Source: TRIBUNE CO, 8-K, June 18, 2008

Powered by Morningstar® Document Research℠

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**TRIBUNE COMPANY**

Date: June 18, 2008

By:    /s/ David P. Eldersveld
       Name:  David P. Eldersveld
       Title:  Vice President/Deputy General
              Counsel and Secretary

Created by Morningstar® Document Research℠
http://documentresearch.morningstar.com

Source: TRIBUNE CO, 8-K, June 18, 2008                                           Powered by Morningstar® Document Research℠