MAY 29, 2007

JPM_00169466

# TRIBUNE

**STRICTLY PRIVATE AND CONFIDENTIAL**

## TRIBUNE COMPANY - TRANSACTION PROPOSAL

| Ultimate Parent Name: | Tribune Company |
|---|---|
| Customer/Project Name: | Tribune Company |
| Request Type: * | New Credit Facilities and the 2007 Annual Review |
| Request Amount: | Underwriting $3.0398 plus remaining existing exposure of $69MM; $100MM hold to $750MM R/C |
| MEA - Primary ($MM): | $494.76MM |
| MEA- Operating ($MM): | $222.22MM |

**Approvals:**

| Authority | Name | Date |
|---|---|---|
| B ___ | | |
| B _2_ | John Kowalczuk | |
| C _6_ | Jeff Sell | |
| C ___ | | |
| C ___ | | |
| C ___ | | |

■ If this is a client review: Corporate Banker- I have reviewed the credit file(s) and legal files and required documentation associated with the customers under review herein and I am satisfied with the content _____. (Initials)

*(e.g. Annual Review, New R/C, Int. Rate Derivatives, Commodity Derivatives, Acquisition Financing, Amendment, etc.)

**JPMorgan** ⬤

Highly Confidential - Attorneys' Eyes Only

JPM_00169467

Project Tower - Transaction Approval 5-29-07 v10

# Client Information and Team

## Client Credit Management

**John Kowalczuk**
*Vice President*
Telephone:         (212) 270-6782

**Jieun Jayna Choi**
*Analyst*
Telephone:        (212) 270-4362

## Credit Executive

**Jeff Sell**
*Managing Director*
Telephone:        (212) 270-0552

## Investment Banking Coverage

**Peter Cohen**
*Managing Director*
Telephone:         (212) 622-9855

**Joachim Sonne**
*Vice President*
Telephone:         (212) 622-2333

**Tony A Grimminck**
*Associate*
Telephone:        (212) 622-9799

**Gretchen Tonnesen**
*Analyst*
Telephone:         (212) 622-9941

## Syndicated and Leveraged Finance

**Rajesh Kapadia**
*Managing Director*
Telephone:        (212) 270-5510

**Natasha Klykova**
*Executive Director*
Telephone:        (212) 270-1024

**Darryl Jacobson**
*Vice President*
Telephone:        (212) 270-0329

**Yang Chen**
*Associate*
Telephone:        (212) 270-9506

**Mark Guterman**
*Analyst*
Telephone:        (212) 270-6033

**Tesia Sommer**
*Analyst*
Telephone:        (212) 270-5411

## Conflicts Considerations

**Yes**

TRIBUNE COMPANY - TRANSACTION PROPOSAL

**JPMorgan**

Highly Confidential - Attorneys' Eyes Only

JPM_00169468

Project Tower - Transaction Approval 5-29-07 v10

# Contents

| | Page |
|---|---|
| **Transaction Proposal** | **2** |
| Appendix | 34 |

TRIBUNE COMPANY - TRANSACTION PROPOSAL

TRIBUNE COMPANY    2

Highly Confidential - Attorneys' Eyes Only

JPM_00169469

Project Tower - Transaction Approval 5-29-07 v10

# Executive Summary

## Company

Tribune Company ("Tribune" or "Company"), through its subsidiaries, operates as a media and entertainment company principally in the United States. The company engages in newspaper publishing, television and radio broadcasting, and entertainment businesses. Its primary daily newspapers are the Los Angeles Times, Chicago Tribune, Newsday, South Florida Sun-Sentinel, Orlando Sentinel, The Baltimore Sun, The Hartford Courant, The Morning Call, Daily Press, The Advocate, and Greenwich Time. The Company's broadcasting and entertainment business includes The WB Television Network affiliates located in New York, Los Angeles, Chicago, Philadelphia, Boston, Dallas, Washington, D.C., Atlanta, Houston, Seattle, Miami, Denver, St. Louis, Portland, Indianapolis, San Diego, Hartford, New Orleans, and Albany; the FOX Network television affiliates in Seattle, Sacramento, Indianapolis, Hartford, Grand Rapids, and Harrisburg; and an ABC television affiliate in New Orleans. It also includes one radio station in Chicago; the Chicago Cubs baseball team; and Tribune Entertainment, a company that develops and distributes first-run television programming for the company's station group and national syndication. Tribune Company was founded in 1847 and is headquartered in Chicago, Illinois.

## Financial Highlights

| Summary Income Statement | | | | FYE | |
| --- | --- | --- | --- | 11/19/07 | 2/25/08 |
| Publishing | 4,129.9 | 4,094.9 | 4,032.1 | 3,946.0 | 3,969.0 |
| % Growth | n/a | (0.8%) | (1.6%) | (2.1%) | 0.6% |
| % Total | 73.3% | 74.3% | 74.2% | 76.4% | 75.4% |
| Broadcasting and entertainment | 1,501.6 | 1,414.4 | 1,404.1 | 1,222.0 | 1,293.0 |
| % Growth | n/a | (5.8%) | (0.7%) | (13.0%) | 5.8% |
| % Total | 26.7% | 25.7% | 25.8% | 23.6% | 24.6% |
| | | | | | 5,262.0 |
| % Growth | | (2.1%) | (1.4%) | (4.9%) | (3.2%) |
| | | | | | 1,460.0 |
| % Growth | n/a | (7.1%) | (2.7%) | (4.0%) | 3.5% |
| % Margin | 27.7% | 26.7% | 26.0% | 26.2% | 27.7% |
| Interest Expense | 153.1 | 155.2 | 273.9 | 974.6 | 982.9 |
| Net Income | 573.3 | 534.7 | 594.0 | 315.2 | 379.7 |
| Summary Cash Flow | | | | | |
| Cash from operating activities | 1,073.2 | 639.4 | 787.8 | 764.9 | 567.5 |
| Capital Expenditures | (217.3) | (205.9) | (221.9) | (174.0) | (172.0) |
| | | | | | |
| Liquidity | | | | | |
| Cash & Cash Equivalents | 124.4 | 151.1 | 174.7 | 175.0 | 175.0 |
| R/C Availability | 1,000.0 | 1,200.0 | 750.0 | 750.0 | 750.0 |
| Total Liquidity | 1,124.4 | 1,351.1 | 924.7 | 925.0 | 925.0 |
| Capitalization | | | | | |
| Total 1st Priority Guaranteed Debt | 0.0 | 0.0 | 1,500.0 | 8,215.0 | 8,446.6 |
| Total Guaranteed Debt | 0.0 | 0.0 | 1,500.0 | 10,315.0 | 10,546.6 |
| Total Senior Debt | 1,892.1 | 2,643.4 | 4,335.0 | 11,821.7 | 11,734.7 |
| 2% PHONES debt related to TW stock | 584.9 | 509.7 | 573.0 | 900.0 | 900.0 |
| | | | | | 11,634.7 |
| Total Equity | 6,636.8 | 6,725.6 | 4,319.6 | 2,429.3 | 431.5 |
| Total Capitalization | 9,313.9 | 9,878.6 | 9,227.6 | 13,151.3 | 13,086.2 |
| Credit Statistics | | | | | |
| Adj. EBITDA / Interest Expense | 10.20x | 9.35x | 5.15x | 1.47x | 1.57x |
| (Adj. EBITDA - Capex) / Int. Exp. | 8.78x | 8.02x | 4.34x | 1.29x | 1.39x |
| 1st Priority Guaranteed Debt / Adj EBITDA | 0.00x | 0.00x | 1.06x | 4.51x | 4.30x |
| Guaranteed Debt / Adj. EBITDA | 0.00x | 0.00x | 1.06x | 7.19x | 6.85x |
| Senior Debt / Adj EBITDA | 1.21x | 1.82x | 3.07x | 8.24x | 7.63x |
| | | | | | |
| Total Debt / Capitalization | 26.55% | 31.92% | 53.19% | 83.96% | 96.70% |

TRANSACTION PROPOSAL

**JPMorgan**

Highly Confidential – Attorneys' Eyes Only

JPM_00169470

Project Tower - Transaction Approval 3-29-07 v10

# Executive Summary — Background

**Background**

TRANSACTION PROPOSAL

- **2006**
  - September 21, 2006: Tribune announced its board of directors has established an independent special committee to explore alternatives for creating additional value for shareholders. The process was expected to be concluded by the end of 2006
  - Management presentations were held in November
  - Initial bids for Tribune were in the low $30 range, near or below the recent $32.50 tender price

- **April 2, 2007**
  - With the completion of its strategic review process, Tribune agreed to a go-private transaction whereby Tribune shareholders will receive $34 per share. Sam Zell is supporting the transaction with a $315 million investment. Shareholders will receive their consideration in a two-stage transaction.
  - Upon completion of the transaction, the Company will be privately held, with an Employee Stock Ownership Plan (ESOP) holding all of Tribune's then-outstanding common stock and Zell holding a subordinated note and a warrant entitling him to acquire 40% of Tribune's common stock. Zell will join the Tribune board upon completion of his initial investment and will become chairman when the merger closes.
  - JPMorgan has been assigned : Lead Left on the bank, Joint Books on the bonds, Tri-Books on the bridge. **We request approval to underwrite 30% (along with ML and Citi) of the following financings:**
    - 7-yrs $7,015MM T/L B
    - 7-yrs $263MM Delayed Drawn T/L
    - 6-yrs $750MM R/C
    - $2,105MM T/L Incremental
    - $2,100MM Bridge HY notes
  - Sam Zell and Tribune CEO re-cut splits on the deal for JPM/ML/Citi/BoA from **33.3/33.3/16.6/16.6 to 30/30/25/15**. JPM still lead left on bank, ML on bond. JPMorgan gross fees decreased from **$74MM to $66MM**.

- **We also request approval to hold $100MM of the R/C.**
  - We plan to sell 49% of the Bridge, and potentially more subject to borrower covenant.
  - We are formulating a strategy to sell down our incremental T/L exposure prior to Step 2.
  - Please see the next few slides explaining overview of the transaction and agreements between Tribune, the ESOP and Zell.

- **In addition, we also request the 2007 Tribune Annual Review.**



Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 5-21-07 v10

# Executive Summary — Overview of Transaction

**Overview of Transaction**

### 1. ESOP Stock Purchase

- A newly formed, Tribune-sponsored ESOP purchases $250 million of common stock for $28 per share.
- Purchase occurs concurrently with or as soon as possible after execution of the merger agreement.
- Purchase price paid by a note from the ESOP to Tribune pursuant to an ESOP loan agreement, to be repaid by annual contributions from Tribune over the life of the loan (currently contemplated to be 30 years).
- ESOP has requested registration rights equal to those granted to the Zell LLC in the event the merger does not close.

### 2. Zell Stock Purchase

- A new LLC wholly owned by Zell purchases $50 million of newly issued Tribune common stock at $34 per share, and a newly issued Tribune exchangeable note for $200 million. The exchangeable note exchanges into common stock at $34 per share if the merger does not close.
- The Zell investment will be completed upon expiration or early termination of the Hart-Scott-Rodino waiting period, subject to other customary conditions.
- Upon execution of the purchase agreement and the merger agreement, Zell joins the Tribune board. Zell has requested that he be appointed chairman upon closing his stock purchase.
- Tribune and the Zell LLC enter into a registration rights agreement, giving the LLC registration rights on its shares of common stock if the merger does not close. Zell agrees not to transfer shares for three years.

### 3. Tribune Stock Repurchase

- Tribune will launch a tender offer to repurchase approx. 126 million shares of its common stock for $34 per share, returning approx. $2.3 billion of capital to shareholders. The tender offer will be subject to the completion of financing arrangements, receipt of a solvency opinion and other customary conditions; it is expected to be completed in 2Q'07.
- Neither the Zell LLC nor the ESOP tenders any shares into the self-tender offer.
- The repurchase will effect the same return of capital to shareholders as the recapitalization plan would, thereby ameliorating the impact on Tribune if the merger does not close. The primary remaining impact of a failure to close the merger would be a delay in effecting the spin-off of Broadcasting and the perception problems from a broken deal.

**JPMorgan**

TRIBUNE COMPANY    5

TRANSACTION PROPOSAL

JPM_00169471

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 3-29-07 v10

# Executive Summary — Overview of Transaction (cont'd)

**Overview of Transaction**

4. <u>Merger</u>

- Up to the time of shareholder approval, Tribune's board of directors will be entitled, subject to specified conditions, to consider unsolicited alternative proposals that may lead to a superior proposal. In the event such a superior proposal is selected, the break-up fee to Zell would be $25 million.

- Upon completion of the merger, Zell's initial $250 million investment will be redeemed and Zell will make a new investment through the purchase of a subordinated note for $225 million with an 11-year maturity and a warrant for $90 million with a 15-year maturity. The warrant can be exercised by Zell at any time to acquire 40% of Tribune's common stock for an aggregate exercise price initially of $500 million.

5. <u>Other Matters</u>

- Zell will require the Chandler Trusts and the Foundation to enter into voting agreements to vote for the merger.

- Following the merger, Tribune will elect to be treated as an "S corporation" for federal income tax purposes, and thereby pay minimal or no federal tax.

- Following the merger, The Company will be led by a board of directors with an independent majority. Dennis FitzSimons, as Tribune president and CEO, will remain a member of the board, along with at least five independent directors and an additional director affiliated with Zell.

- The Zell LLC and the ESOP will have preemptive rights on any new issuance of Tribune shares following the merger.

- The Zell LLC and the ESOP will agree to restrictions on transfer, co-sale rights and rights of first refusal on their shares.

- The Zell LLC will have consent rights on any transaction between Tribune and the ESOP, and on other specified matters including acquisitions, dispositions and incurrence of debt above specified levels.

- Tribune will establish a management incentive plan for issuance of stock options covering up to 5% of Tribune's common stock initially and an additional [5%] over time (calculated after giving effect to the Zell LLC warrant).

- Following the 2007 baseball season, Tribune has agreed to sell the Chicago Cubs and the Company's 25% interest in Comcast SportsNet Chicago. The sale of the Cubs is subject to the approval of Major League Baseball, and is expected to be completed in the 4Q'07. Proceeds will be used to pay down debt.

TRANSACTION PROPOSAL

JPM_00169472

Highly Confidential – Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v10

# Step 1 — Initial Return of Capital



| ESOP / LBO Transaction Steps | Transaction Overview |
|---|---|

- Merger Agreement is signed
  - Zell, ESOP, McCormick Foundation and Chandler Trusts sign Voting Agreement
- Zell purchases newly issued common stock and an exchangeable note for $225 million in cash
- ESOP is formed and purchases newly issued common stock in exchange for a $250 million note to Tribune (ESOP Loan)
  - Employees give up $60 million in annual 401(k) matching for future years
- Tribune raises $7.0 billion of debt
- Tribune returns $4.2 billion of capital to shareholders via a share repurchase
  - Zell and the ESOP do not participate
- Tribune refinances $2.8 billion of existing debt

TRANSACTION PROPOSAL

JPMorgan

JPM_00169473

TRIBUNE COMPANY   7

Highly Confidential – Attorneys' Eyes Only

JPM_00169474

TRANSACTION PROPOSAL

Project Tower - Transaction Approval 3-29-07 v10

# Step 1 — Sources & Uses

($ millions)

| Sources | Total | % | Cumul. Leverage[1] | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Share Repurchase | $4,288 | 44.3% |
| New Term Loan B | 7,015 | 72.4 | 5.0 | Refinance Existing Debt | 2,825 | 29.2 |
| New Delayed Draw Term Loan B ($263mm) | 0 | 0.0 | 5.0 | Roll Existing Debt | 1,521 | 15.7 |
| Roll Existing Debt | 1,521 | 15.7 | 6.0 | PHONES | 900 | 9.3 |
| PHONES | 900 | 9.3 | 6.7 | Financing Fees | 130 | 1.3 |
| Zell Investment [2] | 250 | 2.6 | | Transaction Fees | 22 | 0.2 |
| **Total Sources** | **$9,686** | **100.0%** | **6.7x** | **Total Uses** | **$9,686** | **100.0%** |

| Share Repurchase | |
|---|---|
| Total Share Repurchase Amount | $4,288 |
| Repurchase Price per Share | $34.00 |
| No. of Shares Repurchased | 126.1 |
| Zell Common Shares Issued at $34.00/sh [2] | 1.5 |
| PF Basic Shares C/S (incl. Zell shares) | 115.7 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1)   Based on $1,411mm LTM PF Adj. EBITDA (at Q1 2007).
(2)   Used to purchase $50mm of newly-issued Tribune common stock for $34/share and $200mm of a note exchangeable for common stock.

**JPMorgan** ⬤

TRIBUNE COMPANY    8

Highly Confidential – Attorneys' Eyes Only

JPM_0016947S

Project Tower - Transaction Approval 5-29-07 v10

# Step 1 — Projection

**($ millions)**

## Financial Summary

| | 2005 | 2006 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,096.9 | $4,032.1 | $3,943.0 | $3,989.0 | $3,989.0 | $4,025.0 | $4,054.0 | $5,421.0 | $5,449.0 | $5,477.1 | $5,505.4 | $5,533.9 | $5,592.5 |
| Broadcasting & Entertainment | 1,414.4 | 1,404.1 | 1,222.0 | 1,293.0 | 1,297.0 | 1,339.0 | 1,333.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Revenue | $5,511.3 | $5,836.2 | $5,166.0 | $5,362.0 | $5,296.0 | $5,364.0 | $5,392.0 | $5,421.0 | $5,449.0 | $5,477.1 | $5,505.4 | $5,533.9 | $5,592.5 |
| % Growth | | (1.4%) | (4.9%) | 1.9% | 0.6% | 1.3% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| Adj EBITDA | $1,460.3 | $1,411.0 | $1,364.0 | $1,460.0 | $1,507.0 | $1,584.0 | $1,588.0 | $1,631.0 | $1,638.0 | $1,668.6 | $1,678.2 | $1,683.3 | $1,692.6 |
| % Margin | 26.3% | 26.0% | 26.2% | 27.7% | 28.5% | 29.2% | 29.5% | 30.1% | 38.4% | 30.4% | 30.4% | 30.4% | 30.4% |
| % Growth | | (2.7%) | (4.0%) | 7.0% | 3.2% | 3.1% | 0.3% | 1.3% | 2.7% | 1.7% | 0.5% | 0.5% | 0.5% |
| Net Income | $534.7 | $394.0 | $315.2 | $379.7 | $415.9 | $485.6 | $493.7 | $549.4 | $591.5 | $624.2 | $655.9 | $689.0 | $728.3 |
| Total Interest | $156.2 | $273.9 | $596.9 | $594.8 | $577.2 | $543.5 | $513.7 | $476.9 | $435.7 | $398.2 | $345.5 | $299.0 | $245.9 |
| Total Capex / Investments / Other | $205.3 | $221.9 | $174.0 | $173.0 | $129.0 | $129.0 | $129.0 | $129.0 | $129.0 | $131.8 | $134.5 | $137.2 | $139.9 |
| % of Revenue | 3.7% | 4.1% | 3.3% | 3.3% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.5% | 2.5% |

## Cash Flow Reconciliation

| | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash Available for Debt Service | $395.6 | $402.7 | $492.6 | $494.1 | $533.1 | $574.2 | $604.2 | $633.2 | $663.5 | $693.1 |
| Cumulative Cash Available for Debt Service | 395.5 | 798.2 | 1,291.0 | 1,736.2 | 2,269.3 | 2,843.5 | 3,447.7 | 4,080.9 | 4,744.5 | 5,442.8 |

## Debt Balances

| | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 |
| Revolving Credit Facility | $0.0 | $0.0 | $0.0 | $54.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Delayed Draw TL B | 0.0 | 228.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Existing TL B (PF sale of Cubs/CSN) | 6,710.0 | 6,046.5 | 5,873.5 | 5,816.3 | 5,384.9 | 4,851.4 | 4,257.5 | 3,753.4 | 3,446.8 | 2,795.2 | 2,097.1 |
| Incremental TL B | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL 1st PRIORITY GUARANTEED DEBT | $6,710.0 | $6,275.2 | $5,873.5 | $5,868.4 | $5,384.9 | $4,851.4 | $4,257.5 | $3,753.4 | $3,446.8 | $2,795.2 | $2,097.1 |
| Existing Sr. HY Notes (2008/13/23/27/96) | 488.1 | 430.0 | 430.0 | 430.0 | 430.0 | 430.0 | 350.0 | 350.0 | 350.0 | 350.0 | 350.0 |
| Existing HY Notes (2008/10/15) | 1,042.7 | 778.1 | 778.1 | 328.6 | 328.6 | 328.6 | 328.6 | 328.6 | 0.0 | 0.0 | 0.0 |
| TOTAL SENIOR DEBT | $7,618.7 | $7,484.3 | $7,081.5 | $6,626.0 | $6,143.5 | $5,613.4 | $5,036.2 | $4,432.0 | $3,796.8 | $3,138.3 | $2,437.2 |
| Existing PHONES debt (2029) | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 |
| TOTAL OPCO DEBT | $8,518.7 | $8,384.3 | $7,981.5 | $7,526.0 | $7,043.5 | $6,513.4 | $5,936.2 | $5,332.0 | $4,696.8 | $4,033.3 | $3,337.2 |

## Ratio Summary

| | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj EBITDA / Total Interest | 2.30x | 2.46x | 2.61x | 2.93x | 3.09x | 3.41x | 3.81x | 4.28x | 4.85x | 5.63x | 6.89x |
| (Adj EBITDA - Capex) / Total Interest | 2.00x | 2.17x | 2.39x | 2.61x | 2.81x | 3.14x | 3.51x | 3.94x | 4.46x | 5.17x | 6.32x |
| 1st Priority Guaranteed Debt / Adj EBITD | 4.91x | 4.30x | 3.90x | 3.73x | 3.39x | 2.97x | 2.63x | 2.25x | 2.06x | 1.66x | 1.22x |
| Senior Debt / Adj EBITDA | 5.53x | 5.13x | 4.70x | 4.24x | 3.87x | 3.44x | 3.04x | 2.68x | 2.27x | 1.86x | 1.44x |
| Total Debt / Adj EBITDA | 5.28x | 5.76x | 5.30x | 4.81x | 4.44x | 3.99x | 3.58x | 3.20x | 2.80x | 2.40x | 1.97x |
| FCF / Total Debt | | 4.7% | 5.0% | 6.0% | 8.9% | 8.2% | 9.7% | 11.3% | 13.5% | 16.4% | 20.9% |

| | Tax rate: | 40.9% | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Savings (at 40.9% tax rate) | | | $253.1 | $273.3 | $311.2 | $333.1 | $366.2 | $394.5 | $416.1 | $437.3 | $460.3 | $484.2 |
| Cumulative tax savings | | | $253.1 | $530.4 | $841.5 | $1,174.7 | $1,541.0 | $1,935.3 | $2,351.4 | $2,788.7 | $3,248.0 | $3,732.2 |
| PV of tax savings; WACC = 8.3% | | | $2,531.8 | | | | | | | | | |

\* Note that this projection assumes sale of Cubs/CSN has been finalized and Q2-Q4 cash flows and excess cash are used to pay down of the existing T/L


TRANSACTION PROPOSAL

Project Tower - Transaction Approval 5-29-07 v70

# Step 1 — Summary of Terms

**Senior Secured Credit Facilities - Indicative terms and conditions**

| | |
|---|---|
| Borrower / Issuer: | Tribune Company ("Tribune") |
| Joint Lead Arrangers: | J.P. Morgan Securities Inc., Merrill Lynch & Co., Citigroup Global Markets Inc. and Banc of America |
| Administrative Agent: | JPMorgan Chase Bank, N.A. |
| Amount: | $8,028 million |
| Assumed Ratings: | B2/B (Corporate) |

**Facilities:**

| Tranche | Amount | Tenor | Undrawn pricing | Drawn pricing |
|---|---|---|---|---|
| Revolving Credit Facility ("RC") | $750 million | 6.0 years | 50 bps | L + 250 bps[1] |
| Term Loan ("TL")[2] | $7,015 million | 7.0 years | -- | L + 250 bps[3] |
| Delayed Drawn Term Loan ("DDTL")[2] | $263 million | 7.0 years | 75 bps | L + 250 bps[3] |

[1] Subject to leverage based pricing grid to be agreed
[2] TL and DDTL amortize at 1% per annum with quarterly installments, bullet at maturity
[3] Subject to one-time 25 bps step-down if corporate ratings upgrade to B1/B+ or better, only if Step 2 (or "Zell transaction") does not consummate

| | |
|---|---|
| Purpose: | RC: Working capital and general corporate purposes |
| | TL: Finance a portion of the Stock Repurchase, the Dividend and the Refinancing and to pay related fees and expenses |
| | DDTL: Refinance Tribune's outstanding $263 million medium term notes due 2008 |
| Incremental Facility: | Up to $2,105 million in connection with Zell transaction only |
| Security: | All of the capital stock of Tribune Finance LLC (to be secured equally and ratably with Existing Notes) and Tribune Broadcasting Holdco LLC |
| Guarantees: | Senior unsecured guarantees from all of Tribune's U.S. subsidiaries |
| Financial and Other Covenants: | ■ Minimum Interest Coverage of 1.75x through 12/30/07, 2.0x thereafter; Post Zell transaction, 1.1x through 12/30/07, 1.15x between 12/31/07 and 12/28/08, 1.20x between 12/29/08 and 12/27/09, and 1.25x thereafter |
| | ■ Maximum Total Guaranteed Debt Leverage of 6.25x through 12/31/07, with 0.25x step-down each year, until 12/26/10, and 5.25x thereafter; Post Zell transaction, 9.00x through 12/28/08, with 0.25x step-down each year, until 12/26/10 |
| | ■ $60 million cost saving from elimination of 401(k) contributions |
| | ■ Election and maintenance of S Corp treatment |
| | ■ Zell agrees to invest up to $100 million in Junior Capital of Tribune if S Corp election not made ("Special Contribution") |
| Mandatory Prepayments: | First to be applied to TL: |
| | ■ 100% of post-closing debt issuances or sale and lease-back |
| | ■ 50% of Excess Cash Flow (definition TBD), with leveraged based step-downs to be agreed |
| | ■ 100% of the net cash proceeds from all non-ordinary course asset sales (subject to reinvestment provisions and carve-outs TBD) |
| | ■ Net cash proceeds from Zell Special Contribution if S Corp election not made |
| | ■ Up to 50% of Special Proceeds applied to repurchase of Junior Capital |
| Termination: | August 17, 2007 |
| Underwriting Fees: | 162.5 bps |

Highly Confidential – Attorneys' Eyes Only

TRANSACTION PROPOSAL

**JPMorgan**

JPM 00169476

# Step 1 — Summary of Terms — Flex Provisions and Conditions Precedent

Tribune Tower - Transaction approval 5-24-07 v10

| Flex Provisions | |
| --- | --- |
| Pricing Flex: | 50 bps or 4-year OID equivalent if B2/B (Stable/Stable) or better, 75 bps otherwise |
| Additional Flex: | ▪ Ability to flex commitment fee on DDTL from 75 bps to 50% of the Applicable Margin (125 bps)<br>▪ Ability to flex MFN limit from 25 bps to 0 bps, if difference in pricing between TLB and Incremental Facility is 25 bps or greater |
| Successful Syndication: | $150 million hold for each Initial Lender and 45 days after Closing |

### Conditions Precedent

- Delivery of current unaudited financial statements
- Delivery of pro forma balance sheet and 5 year financial projections (for Step 1 and Step 2 of the transaction)
- Delivery of legal and financial opinions and certificate of ESOP trustee
- Receipt of $250 million investment from Zell
- No significant amendment to Acquisition Agreement
- No significant modifications to ESOP documentation and no "prohibited transaction"
- Concurrent formation of Tribune Finance LLC, Tribune Broadcasting Holdco LLC and the associated structure, and Tribune will contribute no less than $3.0 billion to Tribune Finance LLC

### Other commitment letter conditions

- Business MAC conform to Acquisition Agreement
- Clear Market provision
- Receipt of ratings from Moody's and S&P
- Commercially reasonable efforts to provide information and projections, assist in the preparation of Information Memorandum and other marketing materials to be completed 20 days prior to Closing, and ensure syndication efforts benefit materially from Tribune's existing lending relationships

 **JPMorgan**

Highly Confidential ~ Attorneys' Eyes Only

TRANSACTION PROPOSAL

JPM_00169477

Highly Confidential – Attorneys' Eyes Only

TRANSACTION PROPOSAL

JPM_00169478

Project Tower - Transaction Approval 5-29-07 v10

# Step 2 — Merger

| ESOP / LBO Transaction Steps |
| --- |

- Tribune receives shareholder and other necessary approvals

- Tribune raises $4.2 billion of debt

- Zell purchases a subordinated note and a warrant for $225 million

- Remaining public shares are paid $33 / share plus 5% annual accretion

- Merger closes

- Post-transaction
  - Sale of Cubs / Comcast SportsNet
  - Tribune makes S-Corp election for 2008

| Transaction Overview |
| --- |



③ Shares ($4.2 bn)    Cash ($4.2 bn)

② Sub. Note + Warrant ($225 mm)

Tribune

Common Shares & Exch. Note ($225 mm)

① New Debt ($4.2 bn)    Cash ($4.2 bn)

3ʳᵈ Party Debt Investors

**JPMorgan**

TRIBUNE COMPANY    12

Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v10

# Step 2 — Sources & Uses

**($ millions)**

| Sources | Total | % | Cumul. Leverage | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Purchase Equity | $4,261 | 30.8% |
| Roll Existing Bank Debt | 6,712 | 48.4 | 4.6 | Roll Existing Bank Debt | 6,712 | 48.4 |
| Incremental Term Loan B | 2,105 | 15.2 | 6.0 | Rolled Existing Notes | 1,507 | 10.9 |
| New Senior Notes | 2,100 | 15.2 | 7.4 | PHONES | 900 | 6.5 |
| Rolled Existing Notes | 1,507 | 10.9 | 8.5 | Financing and Other Fees | 120 | 0.9 |
| PHONES | 900 | 6.5 | 9.1 | Redeem Zell Exchange Notes [2] | 200 | 1.4 |
| Option Proceeds [1] | 215 | 1.6 | | Redeem Zell Common Equity [2] | 50 | 0.4 |
| Zell Investment [2] | 315 | 2.3 | | Cash Distributions Triggered by Change of Control | 104 | 0.8 |
| **Total Sources** | **$13,854** | **100.0%** | **9.1x** [3] | **Total Uses** | **$13,854** | **100.0%** |
| Less: Cash Proceeds from Cubs / Comcast | ($602) | | | **Share Repurchase** | | **Total** |
| **Total PF Debt at Q4 '07** | **$12,722** | | **8.9x** [4] | Total Share Repurchase Amount | | $4,261 |
| Less: PV of Tax Savings | (974) [5] | | | Zell Share Repurchase Amount | | 50 |
| **Total Adj. Debt at Q4 '07** | **$11,748** | | **8.2x** [4] | Repurchase Price per Share | | $34.00 |
| | | | | No. of Basic Shares + ITM Options Repurchased | | 126.8 [6] |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1)  Includes $15mm of tax benefits in 2007.
(2)  Zell redeems initial investment of $250mm and makes a new investment of $315mm in the form of $225mm in subordinated PIK notes and $90mm in 20-year warrants.
(3)  Based on $1,470mm LTM PF Adj. EBITDA, pro forma for $80mm of incremental cash cost savings.
(4)  Based on $1,434mm LTM PF Adj. EBITDA, pro forma for $80mm of incremental cash cost savings and the sale of Cubs and Comcast.
(5)  Calculated as the 10-Year PV of Tax Savings from S-Corp election discounted at a weighted average cost of capital of 7.5%.
(6)  Assumes a 12/31/07 closing date.  Includes 1.5mm of newly issued shares to Zell in Step 1.

TRANSACTION PROPOSAL

JPM_00169479

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 3-21-07 v10

# Step 2 – Projection

($ millions)

**Financial Summary**

| FYE December 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $5,511.3 | $5,433.6 | $5,357.8 | $5,164.2 | $5,253.3 | $5,285.1 | $5,363.7 | $5,392.0 | $5,420.6 | $5,449.4 | $5,478.4 | $5,507.8 | $5,537.1 | $5,566.7 |
| % Growth | | -1.4% | -1.4% | | 1.6% | 0.6% | 1.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.6% | 0.6% |
| Adj EBITDA | $1,460.9 | $1,411.0 | $1,391.1 | $1,434.3 | $1,540.1 | $1,586.4 | $1,644.2 | $1,668.2 | $1,711.2 | $1,738.3 | $1,767.3 | $1,798.7 | $1,832.6 | $1,869.6 |
| % Margin | 26.3% | 26.0% | 26.0% | 27.8% | 29.3% | 30.0% | 30.7% | 30.9% | 31.6% | 31.9% | 32.3% | 32.7% | 33.1% | 33.6% |
| % Growth | | (2.7%) | (1.4%) | | 7.4% | 3.0% | 3.6% | 1.5% | 2.6% | 1.6% | 1.7% | 1.8% | 1.9% | 2.0% |
| Net Income | $534.7 | $594.0 | $1,144.2 | $214.7 | $303.2 | $365.4 | $436.4 | $490.1 | $569.2 | $638.5 | $715.7 | $814.2 | $906.2 | $1,011.1 |
| Total Interest | $166.2 | $278.9 | | $965.5 | $978.5 | $967.6 | $942.7 | $911.9 | $870.1 | $822.3 | $766.4 | $712.2 | $648.9 | $573.3 |
| Total Capex / Investments / Other | $205.9 | $221.9 | $174.5 | $172.3 | $171.5 | $127.8 | $128.0 | $126.0 | $128.7 | $128.7 | $128.7 | $128.7 | $128.7 | $128.7 |
| % of Revenue | 3.7% | 4.1% | 5.5% | 3.3% | 3.3% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.3% | 2.3% | 2.3% | 2.3% |

**Cash Flow Reconciliation**

| FYE December 31 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash Available for Debt Service | $339.1 | $362.4 | $442.5 | $495.4 | $576.8 | $648.4 | $729.8 | $814.4 | $906.6 | $1,017.4 |
| Cumulative Cash Available for Debt Service | 339.1 | 701.5 | 1,144.0 | 1,639.4 | 2,216.2 | 2,865.6 | 3,595.5 | 4,409.9 | 5,316.5 | 6,395.8 |

**Debt Balances**

| FYE December 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | | | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 |
| Revolving Credit Facility | | | | $0.0 | $306.3 | $27.6 | $117.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Delayed Draw TL B | | | | 0.0 | 260.4 | 257.6 | 255.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Existing TL B (PF sale of Cubs/CSN) | | | | 6,110.0 | 6,049.5 | 5,989.4 | 5,930.8 | 5,828.5 | 5,272.7 | 4,724.4 | 4,015.5 | 3,550.8 | 2,663.2 | 1,666.9 |
| Incremental TL B | | | | 2,105.0 | 2,084.0 | 2,062.9 | 2,041.6 | 2,020.8 | 1,999.8 | 1,978.7 | 1,957.7 | 1,936.6 | 1,915.6 | 1,894.5 |
| TOTAL 1st PRIORITY GUARANTEED DEBT | | | | $8,215.0 | $8,700.2 | $8,337.6 | $8,344.7 | $7,849.3 | $7,272.6 | $6,703.1 | $5,973.2 | $5,487.4 | $4,578.8 | $3,561.4 |
| New Senior Notes | | | | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| TOTAL GUARANTEED DEBT | | | | $10,315.0 | $10,800.2 | $10,437.6 | $10,444.7 | $9,949.3 | $9,372.6 | $8,803.1 | $8,073.2 | $7,587.4 | $6,678.8 | $5,661.4 |
| Existing Sr. HY Notes (2008/10/23/27/96) | | | | 466.1 | 430.0 | 430.0 | 430.0 | 430.0 | 430.0 | 350.0 | 350.0 | 350.0 | 350.0 | 350.0 |
| Existing HY Notes (2008/10/15) | | | | 1,040.7 | 776.1 | 774.1 | 328.6 | 328.6 | 328.6 | 328.6 | 328.6 | 0.0 | 0.0 | 0.0 |
| TOTAL SENIOR DEBT | | | | $11,821.7 | $12,006.2 | $11,646.6 | $11,203.3 | $10,707.9 | $10,131.1 | $9,481.7 | $8,751.8 | $7,937.4 | $7,028.8 | $6,011.4 |
| Existing PHONES debt (2029) | | | | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 |
| TOTAL OPCO DEBT | | | | $12,721.7 | $12,906.2 | $12,546.6 | $12,103.3 | $11,607.9 | $11,031.1 | $10,381.7 | $9,651.8 | $8,837.4 | $7,928.8 | $6,911.4 |

**Ratio Summary**

| FYE December 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj EBITDA / Total Interest | | | | 1.48x | 1.57x | 1.64x | 1.74x | 1.83x | 1.97x | 2.11x | 2.30x | 2.53x | 2.82x | 3.26x |
| (Adj EBITDA - Capex) / Total Interest | | | | 1.30x | 1.40x | 1.51x | 1.61x | 1.69x | 1.82x | 1.96x | 2.13x | 2.34x | 2.63x | 3.04x |
| 1st Priority Guaranteed Debt / Adj EBITD | | | | 5.73x | 5.65x | 5.28x | 5.06x | 4.71x | 4.26x | 3.86x | 3.38x | 3.06x | 2.50x | 1.90x |
| Total Guaranteed Debt / Adj EBITDA | | | | 7.19x | 7.01x | 6.58x | 6.35x | 5.96x | 5.48x | 5.06x | 4.57x | 4.22x | 3.64x | 3.03x |
| Senior Debt / Adj EBITDA | | | | 8.24x | 7.80x | 7.34x | 6.81x | 6.42x | 5.92x | 5.49x | 4.95x | 4.41x | 3.84x | 3.22x |
| Total Debt / Adj EBITDA | | | | 8.87x | 8.34x | 7.91x | 7.36x | 6.96x | 6.45x | 5.97x | 5.46x | 4.91x | 4.33x | 3.70x |
| FCF / Total Debt | | | | | 2.6% | 2.9% | 3.7% | 4.3% | 5.2% | 6.3% | 7.6% | 9.2% | 11.6% | 14.7% |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Savings (at 40.0% tax rate) | Tax rate: | 40.0% | | | $123.8 | $146.1 | $178.1 | $200.0 | $232.3 | $260.6 | $292.1 | $332.3 | $369.5 | $412.7 |
| Cumulative tax savings | | | | | $123.8 | $269.8 | $447.0 | $647.0 | $879.4 | $1,140.0 | $1,432.1 | $1,764.5 | $2,133.9 | $2,546.6 |
| PV of tax savings: WACC = 7.5% | | | | | $1,823.3 | | | | | | | | | |

TRANSACTION PROPOSAL

JPM_00169480

Project Tower - Transaction Approval 5-29-07 v10

# Step 2 — Summary of Terms

## Incremental Credit Facility - Indicative terms and conditions

| | |
|---|---|
| Borrower / Borrowers | Tribune Company ("Tribune") |
| Joint Lead Arrangers | J.P. Morgan Securities Inc., Merrill Lynch & Co., Citigroup Global Markets Inc. and Banc of America |
| Amount | $2,105 million |
| Assumed Ratings | B2/B (Corporate) |
| Tenor | 7.0 years |
| Pricing | L + 250 bps |
| Amortization | 1% per annum with quarterly installments, bullet at maturity |
| Purpose | Finance the Acquisition and related transactions |
| Security | Same as Term Loan in Step 1 of transaction |
| Guarantees | Same as Term Loan in Step 1 of transaction |
| Other Terms and Conditions | Substantially the same as Term Loan in Step 1 of transaction |
| Flex Provisions | ■ Pricing flex of 50 bps or 4-year OID equivalent<br>■ Ability to reallocate up to $1,400 million of the incremental facility to the Senior Bridge Facility or Senior Notes<br>■ Ability to secure Senior Notes on a second lien basis with the collateral securing the Senior Secured Credit Facilities<br>■ Successful Syndication: $0 hold for each Initial Lender and 45 days after Closing |
| Termination of Commitment | May 31, 2008 |
| Underwriting Fees | 162.5 bps |

## Conditions Precedent and other commitment letter conditions

Substantially similar to Step 1 of transaction, plus:

■ Delivery of current audited annual financial statements

■ Consummation of Acquisition by May 31, 2008

■ Consummation of Step 1 and no amendments adverse to the Lenders since

■ Zell made equity commitment to invest up to $100 million in Junior Capital if Tribune has not made the S Corp election

■ Pro forma financial covenant compliance for Zell transaction (i.e., Maximum Total Guaranteed Debt Leverage of 9.0x)

■ Holdco Purchase consummated concurrently with the Acquisition

Highly Confidential - Attorneys' Eyes Only

JPM 00169481

TRANSACTION PROPOSAL



TRIBUNE COMPANY  15


Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v10

# Step 2 – Summary of Terms (cont'd)

## Senior Unsecured Bridge Facilities - Indicative terms and conditions

| | |
|---|---|
| Borrower / Borrowers | Tribune Company ("Tribune") |
| Joint Lead Arrangers | Merrill Lynch & Co., J.P. Morgan Securities Inc., Citigroup Global Markets Inc. and Banc of America |
| Amount | $2,105 million |
| Assumed Ratings[1] | Caa1/CCC+ (Sr. Unsec.) |
| Maturity | 12 months from Closing of Step 2 of transaction (plus 7.0 years upon exchange into exchange notes) |
| Pricing | L + 450 bps |
| Step-ups | 50 bps every three months from the funding date |
| Interest Rate Cap | 12.0% if corporate ratings are B2/B (Stable/Stable) or better, 12.5% otherwise |
| Guarantees | Senior subordinated guarantees from all of Tribune's U.S. subsidiaries |
| Flex Provisions | ■ Ability to reallocate up to $1,400 million of the Incremental Facility to the Senior Bridge Facility or Senior Notes<br>■ Ability to secure Senior Notes on a second lien basis with the collateral securing the Senior Secured Credit Facilities |
| Securities Demand | ■ Right to require Borrower to issue securities in a capital markets execution so long as the average effective yield on such securities does not exceed the Interest Rate Cap<br>■ After 90 days and before first anniversary of Closing of Step 2 of transaction (3-month holiday, securities demand limited to 12 months) |
| Commitment Fee | 75 bps |
| Funding Fee | 1.25% with rebates:<br>■ 0-90 days: 75%<br>■ 91-180 days: 50%<br>■ 181-270 days: 25%<br>■ Thereafter: 0% |
| Gross Spread/Rollover Fee | 2.0% |
| Other Terms and Conditions | Similar to those typical for high yield senior unsecured debt securities |

[1] Assumes corporate ratings of B2/B

## Conditions Precedent and other commitment letter conditions

Substantially the same as Incremental Credit Facility, plus:

- Receipt of preliminary prospectus or offering memorandum 20 days prior to Closing of Step 2 of transaction
- Commercially reasonable efforts from Tribune's senior management to participate in road show and the sale of Senior Notes

TRANSACTION PROPOSAL



JPM_00169482

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 5-24-07 v(f)

# Ultimate Parent and Client Reference Information



**Ultimate Parent and Client Reference Information**

Client Scope - Credit Analysis                                                                                    As of Q2-Apr-07

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Y | TRIBUNE COMPANY | | 830457826000 | NAIC: NEWSPAPERS | UNITED STATES | UNITED STATES | UNITED STATES | CORE | Y | 28-Feb-07 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Y | TRIBUNE COMPANY | | 830457826000 | NAIC: NEWSPAPERS | UNITED STATES | UNITED STATES | UNITED STATES | CORE | Y | 28-Feb-07 |
| 2 | 2 | Y | TRIBUNE TELEVISION COMPANY F/K/A RENAISSANCE COMMU | | 830015954000 | NAIC: NEWSPAPERS | UNITED STATES | UNITED STATES | UNITED STATES | CORE | Y | 28-Feb-07 |
| 3 | 4 | Y | WTXX INC | | 002946697000 | NAIC: NEWSPAPERS | UNITED STATES | UNITED STATES | UNITED STATES | CORE | Y | 28-Feb-07 |

TRANSACTION PROPOSAL

**JPMorgan** 

JPM_00169483

Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 5-23-07 v10

# Exposure Summary & Strategy

## Exposure Summary

| ($ millions) | | Total Deal Amount | Total JPM Share | Post Step 1 Sell-down 1 | Post Bridge Selldown | | Post Step 2 Closing |
|---|---|---|---|---|---|---|---|
| Step 1 | T/L B | $7,015 | $2,105 | $0 | $0 | | $0 |
| | DDTL | 263 | 79 | 0 | 0 | | 0 |
| | R/C | 750 | 225 | 100 | 0 | | 100 |
| | Total | $8,028 | $2,408 | $100 | $0 | | $100 |
| Step 2 | Incremental | 2,105 | 632 | 702 | 702 | (1) | 0 |
| | Bridge | 2,100 | 630 | 700 | 343 | (2) | 357 |
| | Total | $4,205 | $1,262 | $1,402 | $1,045 | | $357 |
| **Total Transaction** | | | | | $1,045 | | $457 |
| Existing Exposure | R/C | $750 | $75 | | | | |
| | T/L A | 1,500 | 150 | | | | |
| | Bridge | 1,875 | .176 | | | | |
| | Derivatives (3) | | 3 | 3 | 3 | | 3 |
| | Internal guideline lines | | 66 | 66 | 66 | | 66 |
| | Total | | $470 | $69 | $69 | | $69 |
| **Total Primary Exposure** | | | | | $1,444 | | $526 |

(1) Formulating strategy to sell to zero (e.g. using underwriting fees as a ticking fee) at Step 1
(2) Sell down of 49% - potentially more with Borrower's consent
(3) Excludes potential interest rate hedging exposure resulting from this transaction

JPMorgan

JPM_00169494

Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 3-29-07 v10

# Exposure Summary & Strategy (cont'd)

**Exposure Summary - After Step 2 Closing**

| Exposure Details (All figures in millions) | | | | | | | | | Obligor Grade: 5+ | | | | As of 02-Apr-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRIBUNE COMPANY | | | 5+ | 5+ | | | 469.76 | 324.95 | 222.20 | | | | 6300457826000 |
| Legal TPU Provided for TCP - Related Exposure | | | | | | | 0.25 | | | | | | |
| COMMITMENT/REVOL/CONC (TERM)(1) | | | | | | | 72.00 | | 12.00 | | 30-Apr-07 | | 600121213 |
| CPTY LMT-DERIVATIVES | | | 5+ | 40% | 5+ | | 3.00 | | 12.00 | 6 MONTHS | A | | 690025049 |
| OPER LMT-INTRADAY O/DS | | | 5+ | 40% | 5+ | | | | 18.00 | 5+ | | | 690033487 |
| OPER LMT-ACH CREDIT | | | 5+ | 40% | 5+ | | | | 150.00 | 5+ 56 | | | 699107808 |
| OPER LMT-CROSS CCY ADVISE | | | 5+ | 40% | 5+ | | | | 0.20 | | | | 699189685 |
| OPER LMT-MONEY MKT IDL | | | 5+ | 40% | 5+ | | | | 28.00 5 10 | | | | 600034061 |
| LINE-INTERNAL GUIDANCE | | | 5+ | 40% | 5+ | | 10.51 | 10.51 | | | | 30-Apr-07 | 600270300 |
| LINE-INTERNAL GUIDANCE | | | 5+ | 40% | 5+ | | 21.00 | 20.82 | | | | 30-Apr-07 | 690091697 |
| CNTL LMT-ACH DEBIT STOP | | | 5+ | 40% | 5+ | | | | | | | | 699113301 |
| LINE-INTERNAL GUIDANCE | | | 5+ | 40% | 5+ | | 34.00 | 11.13 | | 54 | | 30-Apr-07 | 690001467 |
| COMMITMENT (TERM)(2)(3) | | | | | | | | | | | | | 600121212 |
| COMMITMENT/REVOL/CONC (TERM)(2) | | | | | | | | | | | | | 600176736 |
| TRIBUNE TELEVISION COMPANY F/K/A RENAISSANCE COMMU | | | 5+ | 5+ | | | 0.25 | 0.25 | | | | | 8300159954000 |
| SINGLE TRANS-SBLCS/GTEES | GUARANTEE | | 5+ | 40% | 8+ | | 0.25 | 0.25 | | | | 30-Apr-07 | 400426148 |
| WFOX INC | | 5+ | 5+ | | | | | | 0.02 | | | | 002946697000 |
| OPER LMT-ACH CREDIT | | | 5+ | 40% | 5+ | | | | 0.02 | | | | 700524498 |
| **Subtotal (In-Scope Clients)** | | | | | | | 469.76 | 325.21 | 222.22 | | | | |
| **Subtotal (Out-of-Scope Clients)** | | | | | | | 0.00 | 0.00 | 0.00 | | | | |
| | | | | | | | 469.76 | 325.21 | 222.22 | | | | |
| | | | | | | | 469.76 | | | | | | |

(1) To be refinanced pro forma proposed transaction
(2) Term Loan A; to be refinanced pro forma proposed transaction
(3) 364-day Term Loan bridge expiring in June'07; to be refinanced pro forma proposed transaction

TRANSACTION PROPOSAL

JPM_001699685

Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v19

# Exposure Summary & Strategy

## Family Threshold

| Threshold Status | As of Month End Feb-07 |
|---|---|

(Month-end figures reported in USD Million)
Ultimate Parent Name: TRIBUNE COMPANY

| | | |
|---|---|---|
| Family over threshold: | Y | |
| Industry over threshold (1): | | |

Ultimate Parent Name: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| Threshold (level) | 185.00 | 125.00 | 10.00 |
| Threshold Exposure | 442.44 | 442.44 | 5.09 |
| Over | (257.44) | (317.44) | N/A |

| Pro Forma Threshold Estimate | | As of Mar-07 |
|---|---|---|

(Daily figures reported in USD Million)
Ultimate Parent Name: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| Threshold (level) | 185.00 | 125.00 | 10.00 |
| Current Threshold Exposure | 444.62 | 444.62 | 5.00 |
| Over | (259.62) | (319.62) | N/A |
| Threshold Exposure Estimate | | | |
| Over | N/A | N/A | N/A |

## Family Exposure Strategy

- When JPM has sold down to its approved hold levels, we expect our exposure will consist of 100MM of R/C exposure, plus $68.5MM of internal guidance lines and DRE. With a rating of 6 following Step 2, we expect exposure will be over-threshold and likely to remain so, at least initially.

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v10

# Relationship & Profitability

| Customer/Relationship Profitability | | | | | |
|---|---|---|---|---|---|
| **Profitability (All figures in USD Million)** | | | | | **As of Feb-07** |

Ultimate Parent Name: TRIBUNE COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| Corporate Finance | 1.93 | 0.47 | 0.48 | 0.03 | 1.46 | 0.44 |
| Securities Trading, Derivs and FX | 0.17 | 0.11 | 0.17 | 0.10 | 0.00 | 0.00 |
| Credit | 2.78 | (0.38) | 0.27 | (0.05) | 2.51 | (0.33) |
| T&SS | 2.01 | 0.76 | 2.47 | 1.03 | (0.46) | (0.27) |
| IM&PB | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.12 | 0.07 | 0.01 | 0.00 | 0.12 | 0.07 |
| Total | 7.01 | 1.03 | 3.39 | 1.12 | 3.62 | (0.09) |

| Relationship Commentary |
|---|

Tribune is a Core client for the TMT team in North America. JPMorgan generated revenues of $7.0MM and SVA of $1.0MM from this relationship over the LTM period ended February 2007. JPM derives revenues from its roles as CP dealer, stock repurchase agent and pension manager for Tribune's pension assets. We also have a significant T&SS relationship as well as some FX and other derivatives business. We have an on-going strategic M&A dialog with the Company. Peter Cohen and David Fox of JPMorgan have a relationship with the CEO, CFO, and Treasurer.

TRANSACTION PROPOSAL

 JPMorgan

TRIBUNE COMPANY    21

JPM_001.69487

Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v(f)

# Ratings

## Current Ratings

| Current Ratings | | | | | | | | | | | | | As of 02-Apr-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | INTERNAL RATINGS | | | | MOODYS RATINGS | | | | S&P RATINGS | | | | FITCH RATINGS |
| | | | | | | | | | | | | | |
| TRIBUNE COMPANY | 5+ | | 5+ | 5- | Ba1 | NEG | NR | (P)Ba1 | BB+ | NEG | BB+ | B | N/A | N/A |
| STEP 1 – IMMEDIATELY | | 6- | | 6- | | | | | | | | | | |
| STEP 2 – CLOSING AT 12/31/07 | | 6- | | 6- | | | | | | | | | | |

| | INTERNAL RATINGS | | | | MOODYS RATINGS | | | | S&P RATINGS | | | | FITCH RATINGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| TRIBUNE COMPANY (PARENT) | 5+ | | 5+ | 5- | Ba1 | NEG | NR | (P)Ba1 | BB+ | NEG | BB+ | B | N/A | N/A |
| STEP 1 – IMMEDIATELY | | 6- | | 6- | | | | | | | | | | |
| STEP 2 – CLOSING AT 12/31/07 | | 6- | | 6- | | | | | | | | | | |
| TRIBUNE TELEVISION COMPANY FYK/A RENAISSANCE | 5- | 6- | 5- | 6- | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| WTXX INC | 5- | 6- | 5- | 6- | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

## Pro Forma Ratings

N/A

Highly Confidential – Attorneys' Eyes Only

## Market Data



Source: Bloomberg, Company filings, Wall Street research and PowerData
Note: Newspaper index includes BLC, DJ, GCI, JRC, LEE, MEG, NYT, WPO; market data as of 02/20/2007
[1] Fully diluted shares per the treasury stock method
[2] Cash balance of $238mm as of 9/24/06 plus net proceeds from sale of real estate assets, company plane, BrassRing shares and increased stake in Topix.net
[3] Stated debt from 8-K filing plus market value of PHONES of $551m (as of Q3 2006)
[4] Estimated market value of public and private investments per Wall Street estimates adjusted for 20% holdings discount

**JPMorgan ◻**

TRANSACTION PROPOSAL

JPM_00169489

Project Tower - Transaction approval 5-24-07 v10

# Credit Analysis Reference

| Credit Analysis Materials | | | |
| --- | --- | --- | --- |
| Title | Date | Author | Attached ( Y / N ) |
| TRIBUNE COMPANY - CREDIT ANALYSIS | MAY 25, 2007 | JIEUN JAYNA CHOI | Y |

Was the Credit Analysis updated in conjunction with this request?  ☒ Yes    ☐ No

Highly Confidential - Attorneys' Eyes Only

JPM_00169490

TRANSACTION PROPOSAL

JPMorgan ●

TRIBUNE COMPANY   24

Highly Confidential – Attorneys' Eyes Only

# Facility/LGD Analysis

**Tribune Company**
(New Bank and Bond Issuer)
(Existing Debt Issuer)

Project Tower - Transaction Approval 5-24-07 v10

| | Debt Instrument | Maturity | Coupon | Amount |
|---|---|---|---|---|
| Existing | Senior Notes | 2010 | 4.875% | $449 |
| | Senior Notes | 2013 | 7.250% | 80 |
| | Senior Notes | 2015 | 5.250% | 329 |
| | Senior Notes | 2023 | 7.500% | 98 |
| | Senior Notes | 2027 | 6.610% | 83 |
| | Senior Notes | 2096 | 7.250% | 130 |
| | PHONE | 2029 | 2.000% | 930[1] |
| Step 1 | R/C ($750 available) | 2013 | L + 250/ 50 bps | 0 |
| | Term Loan B | 2014 | L + 250 bps | 7,015 |
| | DD Term Loan B | 2014 | L + 250 bps | 283 |
| Step 2 | Incremental Term Loan B | 2014 | L + 250 bps | 2,105 |
| | Senior Notes | 2016 | L + 450 bps | 2,100 |

[1] Represents value net of Time Warner shares

At least $3.0bn* Contribution

**Broadcasting Holding LLC**
(Newly formed sub)
(Senior Guarantor of New Bank Debt)
(Senior Subordinated Guarantor of New Bonds)
(Stock Pledge to New Bank Debt & Existing Notes)

**Tribune Finance LLC**
(Newly Formed Sub)
(Senior Guarantor of New Bank Debt)
(Senior Subordinated Guarantor of New Bonds)
(Stock Pledge to New Bank Debt & Existing Notes)

New Bank and Existing Debt are secured equally and ratably by pledge of stock

**Tribune Broadcasting Company**
(Existing Holding Company)

At least $3.0bn* Contribution

Tribune Finance LLC lends at least $3.0bn* to Publishing Operating Subs in the form of Junior Subordinated Debt Dividend

**Broadcasting Operating Subs**
(Senior guarantee of New Bank Debt)
(Junior Guarantee of New Bonds)

**Publishing Operating Subs**
(Senior guarantee of New Bank Debt)
(Junior Guarantee of New Bonds)

* The Intercompany Note was required to be at least $3B, but based on considerations regarding the solvency opinions it could be up to $4.2B. Final amount was $3B.

TRANSACTION PROPOSAL

**JPMorgan**

TRIBUNE COMPANY   25

JPM_00169491

Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v10

# Facility/LGD Analysis (cont'd)

**Structure and Protection**

- The Borrower under the bank facilities will be Tribune Company. As part of the transaction, Broadcasting Holdco LLC and Tribune Finance LLC will be formed and will be the senior guarantors of the bank facilities and the junior guarantor of the bridge facility/new senior notes. The bank facilities will also receive senior guarantees, while the bridge facility/new senior notes will receive senior subordinated guarantees, from each of Tribune's Broadcasting and Publishing U.S. operating subsidiaries. The existing public notes that will remain in place following the transaction (including the PHONEs) will not receive guarantees. However, the existing notes (excluding the PHONES) require equal and ratable liens on the banks' security package and so, along with the bank facilities, will also benefit from a pledge of the capital stock of Tribune Finance LLC and Broadcasting Holdco LLC.

- Therefore, since the bank facilities will be guaranteed on a senior basis by Tribune's subsidiaries, it is these guarantees that provide the banks structural seniority. The guarantors will include each of Tribune's direct and indirect subsidiaries (other than US subs of non-US subs). The bank facilities will be differentiated from the new high yield debt by virtue of the senior guarantees (i.e., the new bonds will have a subordinated guarantee) and the collateral. The bank debt will be ahead of the $1.5B of existing debt as a result of its senior guarantees, i.e., the existing notes have no subsidiary guarantees, although they share equal and ratably with the bank debt with respect to its collateral. The bank debt is senior to the $900MM of Phones debt, which is not guaranteed and has no collateral. Note that, the only asset of Tribune Finance LLC is an inter-company note from the publishing operating companies. Therefore, the senior guarantees at publishing will provide the senior lenders with a priority claim on the publishing assets.

- The following summarizes the nature of, and relationship between, Tribune, Broadcasting Holdco and FinanceCo:
  - Tribune is primarily a holding company that operates through its direct and indirect subsidiaries. Tribune's assets primarily consist of stock in its direct subsidiaries.
  - Broadcasting Holdco will be a direct wholly owned subsidiary of Tribune. Its sole asset will be the stock of the existing wholly owned subsidiary Tribune Broadcasting Company ("Broadcasting"). Broadcasting presently directly and indirectly owns all of the Tribune Broadcasting businesses' operating subsidiaries ("Broadcasting Opcos").
  - Tribune Finance LLC will be a direct wholly owned subsidiary of Tribune. Upon receipt of the proceeds of the debt financing in the Step 1, Tribune intends to contribute at least $3B in cash to Finance LLC. Finance LLC will, in turn, lend the funds on a junior subordinated basis to a number of Tribune's publishing businesses' operating subsidiaries ("Publishing Opcos"). The proceeds of these loans (the "Finance LLC Loans") will be distributed to Tribune to finance the Tribune self-tender offer. The Finance LLC loans will be the sole assets of Finance LLC. The actual amount of the Finance LLC loans will be determined by Tribune based upon corporate and other legal considerations affecting the amount of funds that may be distributed back up to Tribune, but will be at least $3B. (Note the final amount was $3B).
  - See the *Appendix 6: Relative Ranking* section for a more detailed description of the relative ranking within the capital structure.

TRANSACTION PROPOSAL

**JPMorgan**

TRIBUNE COMPANY    26

JPM_00169492

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 3-29-07 v10

# Facility/LGD Analysis (cont'd)

**Collateral Analysis**

- The credit facilities will be secured by a perfected lien and pledge of all of the capital stock of the Broadcasting Holdco LLC and by Tribune Finance LLC. The existing notes, as required by the indentures, will be secured equally and ratably by the pledge of the capital stock of Finance LLC and Broadcasting Holdco LLC. Finance LLC will lend at least $3.0 billion in the form of junior subordinated debt to the publishing operating subsidiaries. The publishing operating subsidiaries will in turn dividend the amount to Tribune, which will use the proceeds to complete Step 1. Since the only asset of Finance LLC will be the junior subordinated debt, the bank facilities and the bridge/new notes will have priority ahead of the existing notes by virtue of their senior and senior subordinate guarantees, respectively, from the operating subsidiaries. Our security is summarized as shown at the right:

- Note:
  - Asset Sale Proceeds: Excess cash flow sweep, which requires 50% FCF, is yet undefined.
  - Cash Sweep: Size of Intercompany Notes are to be determined on the basis of solvency opinions, but is required to be no less than $3.0B.
  - Delayed Drawn T/L: Incremental to the T/L B shown is a $263MM delayed draw facility that is expected to be drawn in 2008 to settle $263MM of outstanding bonds coming due
  - Broadcasting DCF: Mid point valuation assuming 0% perpetuity growth, WACC of 7.4%; Public market valuation $4,059 (11.0x 2007E EBITDA of $369), private market valuation $5,166 (14.0x 2007E EBITDA).
  - Assumes no R/C drawing.
  - The total value of collateral in the chart at the right excludes Tribune's unconsolidated equity investments, since we initially were unsure if they fell into our collateral package. We subsequently learned that they were part of Broadcasting, and therefore, should be included. With the value of those unconsolidated investments of $1.835B (see the *LGD Conclusion and Rationale – DCF Valuation vs. Bank Debt* section on page 31), $3B of the intercompany note at Tribune Finance LLC, $4B of Broadcasting collateral, plus proceeds from the Cubs sale of $600MM, the $9.383B of T/L's are fully collateralized.

| ($ millions) | Debt |
| --- | --- |
| **Step 1** | |
| T/L B | 7.0 |
| $750MM R/C | 0.0 |
| **Pre-Step 2** | |
| Asset Sale Proceeds | (0.6) |
| Cash Sweep | (0.2) |
| **Step 2** | |
| Incremental | 2.1 |
| | 8.3 |
| **Post-Step** | |
| Delayed Drawn T/L | 0.3 |
| **Total Secured Debt** | 8.6 |

| ($ millions) | Collateral |
| --- | --- |
| Broadcasting DCF | 4.0 |
| TRB Finance I/C Note | 3.0 - 4.2 |
| **Total** | 7.0 - 8.2 |

TRANSACTION PROPOSAL



JPM_00169493

Highly Confidential – Attorneys' Eyes Only

# Facility/LGD Analysis (cont'd)

Project Tower - Transaction Approval 5-29-07 v10



**Collateral Analysis (cont'd)**

($ millions)

$7,015    $(303)    $(602)    $2,105    $8,215    $(4,016)    $(4,200)    $1,200

| TLB[1] | Q2–Q4 excess cash | Proceeds from sale of Cubs & CSN[2] | Incremental TLB | Outstanding TLB debt 12/31/2007 | DCF value of broadcasting[3] | Inter Company note | Collateral deficit[4] |

Step 1 | Adjustments | Step 2 | Collateral

Source: Financing documentation and management forecasts
[1] Incremental to the T/L B shown is a $263MM delayed draw facility that is expected to be drawn in 2008 to settle $263MM of outstanding bonds coming due
[2] Assumed after tax proceeds after disposal in Q4 2007
[3] Mid point valuation assuming 0% perpetuity growth, WACC of 7.4%; Public market valuation $4,884 (12.0x 2007E EBITDA of $407), private market valuation $5,698 (14.0x 2007E EBITDA). Excludes Cubs & CSN.
[4] Excludes Tribune's unconsolidated equity investments, which we initially were unsure if they fell into our collateral package. We subsequently learned that they were part of Broadcasting, and therefore, should be included. With the value of those unconsolidated investments of $1.835B (see the *LGD Conclusion and Rationale- DCF Valuation vs. Bank Debt* section on page 31), $3B of the intercompany note at Tribune Finance LLC, $4B of Broadcasting collateral, plus proceeds from the Cubs sale of $600MM, the $9.383B of T/L's are fully collateralized.



TRIBUNE·COMPANY    28

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v10

# Facility/LGD Analysis (cont'd)

**Covenants and Documentation**

- ■ The covenant package, which will be robust by current market standards, will include the following:
  - ☒ Financial covenants:
    - Minimum Interest Coverage of 1.75x through 12/30/07, 2.0x thereafter; Post Zell transaction, 1.1x through 12/30/07, 1.15x between 12/31/07 and 12/28/08, 1.20x between 12/29/08 and 12/27/09, and 1.25x thereafter
    - Maximum Total Guaranteed Debt Leverage of 6.25x through 12/31/07, with 0.25x step-down each year, until 12/26/10, and 5.25x thereafter; Post Zell transaction, 9.00x through 12/28/08, with 0.25x step-down each year, until 12/26/10
  - ☒ Other covenants:
    - $60MM cost saving from elimination of 401(k) contributions
    - Election and maintenance of S Corp treatment
    - Zell agrees to invest up to $100MM in Junior Capital of Tribune if S Corp election not made ("Special Contribution")

Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 5-24-07 v16

# Facility/LGD Analysis (cont'd)

**LGD  Conclusion and Rationale**

- We recommend an LGD of 30% for Tribune's proposed credit facilities:

  - Our $10.1B bank debt (7-yrs $7,015MM T/L B, 7-yrs $263MM DDTL, 6-yrs $750MM R/C, $2,105MM incremental T/L) will be differentiated from the new high yield debt by virtue of the senior guarantees (the new bonds will have a subordinated guarantee) and the collateral.  The bank debt will be ahead of the $1.5B of existing debt as a result of its senior guarantee (the existing notes have no subsidiary guarantees) although they share equal and ratably with the bank debt with respect to its collateral.  The bank debt is senior to the $900MM of Phones debt which is not guaranteed and has no collateral.  While the collateral includes a pledge of the broadcasting stock but not the publishing stock, the guarantee at publishing will provide the senior lenders with a priority claim on the publishing assets.

  - Please see the *DCF valuation vs. Bank Debt* graph on the next page; sum of the parts DCF value of $13.6B is enough to cover our bank debt with 25% (or $3,449MM) of cushion.

  - Given that the bank debt is differentiated from all other debt in the capital structure, either through its guarantees or collateral or both, there is a strong covenant package, the banks have the ability to become secured with the publishing assets that are not currently in the collateral package, and Tribune's sum of the parts DCF value shows a 25% cushion, we believe a secured LGD is appropriate. We recommend a 30% LGD (rather than 25%) given the stock-only nature of the collateral and the fact that we share it with the $1.5B of existing debt.

TRANSACTION PROPOSAL

**JPMorgan** ○

TRIBUNE COMPANY   30

JPM 00169499

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 r10

# Facility/LGD Analysis (cont'd)



LGD Conclusion and Rationale (cont'd) - DCF Valuation vs. Bank Debt

Source: Sponsor model
Note: See the Credit Analysis package for valuation details. 241.0MM shares assumed outstanding based on treasury stock method
[1] Mid point valuation assumes 0% perpetuity growth
[2] Assumed market value for unconsolidated equity investments excludes Time Warner Shares, underlying PHONES; Chicago Cubs value estimate by Sponsor, supported by Wall Street estimates. See valuation of Tribune's Unconsolidated Investments in the Credit Analysis package total $2,183MM less Food Network, Career Builder and Time Warner = $230MM.
[3] Assumed R/C fully drawn



JPM_00169497

TRANSACTION PROPOSAL

Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v10

# Conclusion and Recommendation

**Conclusion and Ratings Recommendation**

- As the second-largest U.S. newspaper group with leading metropolitan dailies in nine major markets and an owner/operator of 23 major-market television stations, Tribune benefits from its market-leading position and diversification across businesses and markets and is clearly a first tier competitor. The Company has been experiencing poor operating performance, not only due to overall weakness in the general publishing industry, but also due to the challenging competitive market conditions affecting its newspaper and broadcasting operations.

- Having an aggressive financial policy, Tribune's credit statistics have deteriorated significantly over the last few quarters, resulting in downgrading the Company's OG from 3- to 4-. The three notch downgrade was appropriate given the increase in leverage (total leverage from 1.59x at 12/04 to 2.17x at 12/05) and deterioration in interest coverage (from 9.35x to 5.15x).

- Pro forma for the proposed financing to support the go-private transaction, Tribune will be highly leveraged and with total leverage increasing from 3.48x at 12/06 to 8.87x at 12/07 after Step 2 closing, and interest coverage decreasing from 3.38x to 1.47x, respectively. While the Company will suffer from heavy interest burden, reducing free cash flow generating capability, we believe that the Company should be able to de-lever to, given its track record of managing costs aggressively and generating substantial free cash flow.

  - Step 1 will follow with Zell's initial investment with JPM underwriting $2.4B. Pro forma for Cubs sale and '07 free cash flow, leverage will be 6.3x. Upon closing of Step 1, Tribune will be downgraded to 5- based on: 1) two of the three financial benchmarks debt/EBITDA 6.3x and FCF/debt 6.9% indicate a risk grade of 6, but interest coverage of 2.3x is in the low 5 range, 2) the Company's market position and size argue for the higher rating, and 3) comps are either risk grade of 5+ with considerably less leverage or much smaller. Note that Journal Register is OG 6+ with leverage in 6.0x level but a tenth the size (it was downgraded from 5- to 6+ recently because of negative EBITDA trends).

  - While we expect to close Step 2 by year-end, ==the closing of Step 2 is not a legal certainty== and there is a theoretical possibility that it does not occur. Therefore, we rate Tribune following Step 1 but before Step 2 at 5-, reflecting the lower leverage and risk prior to the Step 2 closing. Step 2 will occur following necessary regulatory approvals, and JPM has underwritten $1.2B of the Step 2 financings. A risk grade of 6- is reasonable given two of the three financial benchmarks (debt/EBITDA 8.9X and FCF/debt 4.8%) indicate a risk grade of 6 or worse, although interest coverage is in the low 5 range. Although we expect the Company will require external funding sources to refinance debt in the out years, leverage at that time will be 5.9x which we believe presents acceptable refinancing risk. Cash and the $750MM R/C should provide adequate liquidity in the mean time.

- As such, we recommend 1) to underwrite 30% of the proposed financings ($10.1B of credit facilities and $2.1B of Bridge notes), 2) commit $100MM to the 6-yr $750MM R/C, 3) downgrading Tribune's obligor grade from 5+ to 5- with LGD of 30%, 4) downgrading non-financing reporting subsidiaries with implicit parental support (i.e. Tribune Television Company F/K/A Renaissance and WTXX Inc) from 5- to 6- accordingly with LGD of 30%, and 4) the 2007 Tribune Annual Review.

TRANSACTION PROPOSAL

**JPMorgan**

JPM_00169498

## Conclusion and Recommendation (cont'd)

Conclusion and Recommendation



**JPMorgan**

TRIBUNE COMPANY  33

TRANSACTION PROPOSAL

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v40

# Contents

| | Page |
|---|---|
| Transaction Proposal | 2 |
| **Appendix** | **34** |

- ■ Tax Benefit of S-Corp and ESOP
- ■ New Retirement Plan Design
- ■ Public and Private Market Sum-of-the-Parts Analysis
- ■ Existing Bond Indenture Limitations
- ■ Chicago Cubs / Comcast SportsNet Valuation
- ■ Relative Ranking

Highly Confidential - Attorneys' Eyes Only

TRIBUNE COMPANY - TRANSACTION PROPOSAL

JRM 00169900

Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 3-29-07 v10

# Appendix 1: Tax Benefits of S-Corp and ESOP

## Tax Benefits of S-Corp and ESOP

- S-Corporations generally do not pay corporate level income taxes
  - Taxable income and loss are passed through to shareholders
  - Tribune will not make any distributions to shareholders, including for payment of shareholder-level taxes
  - As an IRS-qualified plan, the ESOP will not pay income taxes
  - Estimated value of tax savings is $1,071 million[1]
- Deferred taxes currently recorded by Tribune ($1,975 million) will cease to be liabilities of the corporation
  - Deferred taxes on the PHONES ($636 million as of 12/31/06) will no longer be a liability of the corporation
- Corporate tax on built-in gains on assets held at time of conversion to an S-Corp; that corporate level tax disappears if asset is sold more than 10 years after the conversion
  - S-Corporation eligibility requirements
    - Domestic corporation
    - One class of stock
    - Qualified shareholders (the ESOP can be a shareholder)
    - 100 or fewer shareholders

## Structural Cost Benefits

### Annual Cash Cost Reductions ($ millions)

| Item | Annual Amount ($ mm) |
|---|---|
| Elimination of Company 401(k) Cash Contributions | $60 |
| Public Company Cost Reductions / Other | 20 |
| Total | $80 |

### Present Value of Savings ($ millions)

| | 5 Year | 10 Year |
|---|---|---|
| Present Value of Tax Savings From S Corp. Election [2] | $445 | $1,071 |
| Present Value of the Elimination of Company 401(k) Cash Contributions [2] | 243 | 412 |
| Present Value of Public Company Cost Reductions / Other [2] | 81 | 137 |
| Total Present Value of Savings | $769 | $1,620 |

[1] Calculated as the 10-Yr present value of tax savings.
[2] Discounted at a weighted average cost of capital of 7.5%.



APPENDIX

TRIBUNE COMPANY  35

Project Tower - Transaction Approval 5-29-07 V10

# Appendix 2: New Retirement Plan Design

**New Retirement Plan Design**

- Current Plan:
  - 401(k) and Profit Sharing Plan
  - Company contribution as percent of salary:
    - 4% fixed
    - 0-5% profit sharing
    - No employee contribution required
  - Total Company contribution
    - 2006: 7%
    - 2007: 4-5% projected

- New Plans: Effective January 1, 2008
  - ESOP
    - Tribune shares allocated each year targeted to equal 5% of salary
    - Annual stock price valuation by ESOP trustee
    - Diversification permitted out of ESOP into 401(k) at age 55 with 10 years service
    - Distributions:
      - Retirement: 5 year installments beginning year after retirement
      - Termination: 5 year installments beginning 6 years after termination, but no earlier than 2018
    - Voting of stock is generally at discretion of trustee
    - Supplemental plan for employees whose benefits are restricted by IRS limitations
    - Other customary plan provisions (i.e. eligibility, plan administration, etc.)
    - Participants will vest 20% per year over years 2 through 6 with prior service counting toward vesting requirement

- Cash Balance Plan
  - Employee accounts will be credited each year with:
    3% of eligible pay
    Interest equal to ten year Treasury rate (subject to IRS guidance)
  - No immediate cash cost to Company - funded through $200 million of excess pension assets
  - Supplemental plan for employees whose benefits are restricted by IRS limitations
  - Lump sum option at termination or can roll over tax-qualified asset into IRA
  - Company retains investment risk based on pension asset returns
  - Other customary plan provisions (i.e. eligibility, vesting, plan administration, etc.)
  - Participants will vest 20% per year over years 2 through 6 with prior service counting toward vesting requirement

**JPMorgan**

TRIBUNE COMPANY    36

Highly Confidential - Attorneys' Eyes Only

APPENDIX

Highly Confidential - Attorneys' Eyes Only

# Appendix 3: Public and Private Market Sum-of-the-Parts Analysis

Project Tower - Transaction Approval 3-29-07 v10



**Public market sum-of-the-parts valuation (preliminary, for discussion purposes only ($ billions))**

| Newspapers 8.5x 2007E EBITDA $903m | Television 11.0x 2007E EBITDA $369m | Radio 11.0x 2007E EBITDA $15m | Chicago Cubs 10.0x 2007E EBITDA $19m | Tribune Entmt 10.0x 2007E EBITDA $6m | Unconsolidated investments | Firm value | Net debt | SOTP equity value | Market value (02/20/2007) |
|---|---|---|---|---|---|---|---|---|---|
| $7.7 | $4.1 | $0.2 | $0.6 | $0.1 | $1.9 | $14.5 | ($4.7) | $9.8 | $7.4 |

33% upside



**Private market sum-of-the-parts valuation (preliminary, for discussion purposes only ($ billions))**

| Newspapers 10.0x 2007E EBITDA $903m | Television 14.0x 2007E EBITDA $369m | Radio 14.0x 2007E EBITDA $15m | Chicago Cubs 12.0x 2007E EBITDA $19m | Tribune Entmt 12.0x 2007E EBITDA $6m | Unconsolidated investments | Firm value | Net debt | SOTP equity value | SOTP equity value post tax leakage | Market value (02/20/2007) |
|---|---|---|---|---|---|---|---|---|---|---|
| $9.0 | $5.2 | $0.2 | $0.6 | $0.1 | $1.9 | $17.0 | ($4.7) | $12.4 | $10.4 | $7.4 |

67% upside

40% upside

- Tribune currently trades at a meaningful discount to the public and private valuation multiples of its individual businesses
- Additionally, the market is unlikely to be assigning significant value to Tribune's portfolio of unconsolidated investments
- While private multiples are robust, realizing value on a tax-free or tax-deferred basis is challenging

Note: EBITDA values adjusted for corporate expenses
Source: Wall Street research, JPMorgan estimates, and sponsor estimates
[1] Net debt balance as of 12/31/06, pro forma for sale of company plane, real estate, BrassRing stake & increased stake in Topix.net; includes value of PHONES at $151m; excludes potential tax liability of $334mm
[2] Assumes fully diluted share count of 241.0mm using the treasury stock method
[3] Assumes 35% capital gain on all assets except Newspapers; assumes tax base of $2.1bn for TV


**JPMorgan**

A P P E N D I X

JPM_00169503

Project Tower - Transaction Approval 5-29-07 v10

# Appendix 4: Existing Bond Indenture Limitations

**General**

- No provisions that would provide protection to bondholders in the event of a change of control of Tribune or in the event of a highly leveraged transaction

| $450mm 4.875% Notes and $330mm 5.25% Notes | $150mm 7.25% Debentures and $100mm 7.5%% Debentures | $250mm 6.61% Debentures and $148mm 7.25% Debentures |
|---|---|---|

**Pledge of collateral**

| | | |
|---|---|---|
| - Neither Tribune nor any Restricted Subsidiary (defined as each subsidiary as of the date of the indenture and each subsidiary thereafter created or acquired) will place a lien on any asset of Tribune unless Tribune secures the Notes equally and ratably with such secured indebtedness<br><br>- An amount up to 10% of the consolidated net tangible assets may be secured without triggering the equal and ratable provisions | - Neither Tribune nor any Restricted Subsidiary (defined as any subsidiary that owns or leases a Principal Property) will place a lien on any Principal Property (any material manufacturing plant or facility located within the U.S.) or on any stock or indebtedness unless Tribune secures the Notes equally and ratably with such secured indebtedness<br><br>- An amount up to 10% of the shareholders' equity may be secured without triggering the equal and ratable provisions | - If the 7.5% Notes or the 7.25% Notes become secured by Principal Property or any stock or indebtedness, then the Notes will become equally and ratably secured with the 7.5% and 7.25% Notes<br><br>- If 7.5% and 7.25% Notes cease to be outstanding, then this provision falls away |

**JPMorgan** ○

TRIBUNE COMPANY  **38**

Highly Confidential - Attorneys' Eyes Only

JPM_00169504

APPENDIX

Highly Confidential – Attorneys' Eyes Only

Project Tower - Transaction Approval 5-23-07 v10

# Appendix 5: Chicago Cubs / Comcast SportsNet Valuation

| Chicago Cubs / Comcast SportsNet Valuation | |
|---|---|
| **Investor Highlights** | **Potential Proceeds ($ in mm)** |

**Investor Highlights:**

- Wrigley attendance at all-time high
- Tourist attraction stabilizes gate revenue
- Ideal location in trendy, high income urban neighborhood easily accessible by public transit
- Signed Alfonso Soriano, top free-agent on market this past off-season
- Franchise player, Derrek Lee, under contract through 2011
- Upside potential from MLB's national television and internet deals
- Likely potential for greater revenue from Sports Network as Cubs games shift

**Potential Proceeds ($ in mm):**

| | |
|---|---|
| Gross Proceeds – Cubs | $600 |
| Gross Proceeds – Comcast SportsNet | 225 |
| Gross Proceeds – Recycler [1] | 1 |
| Total Gross Proceeds | $826 |
| Less: Basis – Cubs | (43) |
| Less: Basis – Comcast SportsNet | (19) |
| Less: Recycler | (180) |
| Taxable Gain | $584 |
| Taxes (at 38.25%) | (223) |
| Net Proceeds | $602 |

[1] Assumes loss on sale is used to offset taxable gains in Cubs / Comcast.



($ in millions)

| | Current Valuation | Precedent Transactions — Low | Precedent Transactions — Mid | Precedent Transactions — High | Research — Low | Research — High |
|---|---|---|---|---|---|---|
| | $800 | $556 | $808 | $857 | $325 | $500 |
| Firm Value / '06 Revenue | 2.97x | 2.75x | 3.00x | 3.25x | 1.61x | 2.48x |

**JPMorgan**

APPENDIX

JPM_00169505

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 5-21-07 v10

# Appendix 6: Relative Ranking

| Debt Capitalization of Tribune and Its Subsidiaries at Step 2 | | | |
|---|---|---|---|
| ■ New Senior Secured Credit Facilities<br>　■ New Revolving Credit Facility<br>　■ Term Loan B Facility (Step 1, Delayed Draw and Incremental) | ■ *Borrower:* Tribune<br><br>■ *Guarantors:* Material direct and indirect US subsidiaries of Tribune, including:<br>　■ The Tribune broadcasting entities comprised of Broadcasting Hold co, Broadcasting and the Broadcasting 'Opcos'<br>　■ The Publishing Opcos; and<br>　■ FinanceCo | ■ *Borrower:* senior<br><br>■ *Guarantors:* senior, including with respect to the New Senior Notes/Bridge Facility<br><br>■ Due to the absence of guarantees to support the Existing Notes and PHONES, the claims of holders of the New Debt against the Guarantors will have structural priority over the Existing Notes and PHONES.<br><br>■ In the event of a bankruptcy or liquidation of a Guarantor, claims in respect of the guarantees of the New Debt (and any other debt of the Guarantor) would have to be satisfied before any funs would be available for distribution to Tribune against which the holders of the Existing Notes and PHONES would have claims. | ■ Borrower's obligations are secured by a pledge of all of the outstanding equity interests in Broadcasting Holdco and financeCo. Such pledge will also equally and ratably secure the Existing Notes. |
| ■ New Senior Notes/Bridge Facility | ■ Same as under the New Senior Secured Credit Facilities | ■ *Borrower:* senior<br><br>■ *Guarantors:* senior subordinated - subordinated only to the New Senior Secured Credit Facilities and future senior debt.<br><br>■ Due to the absence of guarantees to support the Existing Notes and PHONES, the claims of holders of the New Debt against the Guarantors will have structural priority over the Existing Notes and PHONES.<br><br>■ In the event of a bankruptcy or liquidation of a Guarantor, claims in respect of the guarantees of the New Debt (and any other debt of the Guarantor) would have to be satisfied before any funs would be available for distribution to Tribune against which the holders of the Existing Notes and PHONES would have claims. | ■ None. |

**JPMorgan**

JPM_00169506

Highly Confidential - Attorneys' Eyes Only

Project Tower - Transaction Approval 5-29-07 v10

# Appendix 6: Relative Ranking (cont'd)

| Debt Capitalization of Tribune and Its Subsidiaries at Step 2 | | | |
|---|---|---|---|
| ■ Existing Notes (Senior Notes maturing at various dates through 2096) | ■ **Issuer:** Tribune<br><br>■ **Guarantors:** Holders of Existing Notes have no direct claims against the Guarantors. | ■ **Issuer:** senior<br><br>■ **Guarantors:** Holders of Existing Notes have no direct claims against the Guarantors. Their sole claims are against Tribune. Since Tribune is essentially a holding company, claims of the Existing Noteholders are structurally subordinated to the claims of the holders of the New Debt against the Guarantors.<br><br>■ In the event of a bankruptcy or liquidation of a Guarantor, claims in respect of the guarantees of the New Debt (and any other debt of the Guarantor) would have to be satisfied before any funs would be available for distribution to Tribune against which the holders of the Existing Notes would have a senior pari passu claim. | ■ Issuer's obligations are secured by a pledge of all of the outstanding equity interests in Broadcasting Holdco and FinanceCo. Such pledge will also equally and ratably secure the New Senior Credit Facilities. |
| ■ PHONES (maturing in 2029) | ■ **Issuer:** Tribune<br><br>■ **Guarantors:** Holders of PHONES have no direct claims against the Guarantors. | ■ **Issuer:** subordinated to all unsubordinated debt, including Tribune's obligations in respect of the New Debt and Existing Notes<br><br>■ **Guarantors:** Holders of PHONES have no direct claims against the Guarantors. Their sole claims are against Tribune. Since Tribune is essentially a holding company, claims of the PHONES holders are structurally subordinated to the claims of the holders of the New Debt against the Guarantors.<br><br>■ In the event of a bankruptcy or liquidation of a Guarantor, claims in respect of the guarantees of the New Debt (and any other debt of the Guarantor) would have to be satisfied before any funds would be available for distribution to Tribune against which the holders of the PHONES would have the subordinated claim referred to above. | ■ None. |

JPM_00169507

**JPMorgan**

Highly Confidential – Attorneys' Eyes Only

# Appendix 6: Relative Ranking (cont'd)

| Debt Capitalization of Tribune and Its Subsidiaries at Step 2 | | | |
|---|---|---|---|
| ▪ FinanceCo Loans | ▪ *Borrower:* Various Publishing Opcos - all of which are Guarantors of the New Debt<br><br>▪ *Guarantors:* None. | ▪ *Borrower:* junior subordinated to all debt, including the borrowers' Guarantees of the New Debt. The subordination provisions will prevent payments on account of the balance of the FinanceCo Loans during certain defaults in respect of the New Debt or a bankruptcy or insolvency of a Guarantor that is a borrower of the FinanceCo Loans.<br><br>▪ Accordingly, in a bankruptcy or insolvency proceeding involving a Guarantor, the senior claims in respect of the New Debt (and any other senior debt of the Guarantor) would have to be satisfied before payment could be made in respect of the FinanceCo Loans to FinanceCo. | ▪ None. |

JPM_00169508