Donald C. Grenesko
Senior Vice President/Finance
and Administration
312/222-3766

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001

*Private and Confidential*

September 20, 2006

Christina Mohr
Managing Director
Citigroup Global Markets
388 Greenwich Street
New York, NY 10013

Dear Christina:

In connection with the financial advisory and investment banking services currently being provided to Tribune Company (the "Company") by Citigroup Global Markets ("Citigroup"), the Company agrees to indemnify Citigroup and its affiliates and their respective directors, officers, employees, agents and controlling persons (Citigroup and each such person being an "Indemnified Party") from and against any and all losses, claims, damages and liabilities, joint or several, to which such Indemnified Party may become subject under any applicable law, or otherwise, and related to, arising out of, or in connection with, the performance by Citigroup of such services and any transaction in which Citigroup serves in an advisory capacity to the Company, and will reimburse each Indemnified Party for all expenses (including reasonable counsel fees and expenses) as they are incurred in connection with the investigation of, preparation for or defense of any pending or threatened claim or any action or proceeding arising therefrom, whether or not such Indemnified Party is a party and whether or not such claim, action or proceeding is initiated or brought by or on behalf of the Company. To the extent not precluded by considerations of conflicts of interest, the Indemnified Parties shall use a single firm of attorneys as their counsel. The Company will not be liable under the foregoing to the extent that any loss, claim, damage, liability or expense is found in a final judgment by a court of competent jurisdiction to have resulted from an Indemnified Party's bad faith or gross negligence.

The Company also agrees that no Indemnified Party shall have any liability (whether direct or indirect, in contract or tort or otherwise) to the Company or its security holders or creditors related to, arising out of, or in connection with, the engagement of Citigroup or the performance by Citigroup of financial advisory and investment banking services for the Company, except to the extent that any loss, claim, damage or liability is found in a final judgment by a court of competent jurisdiction to have resulted from an Indemnified Party's bad faith or gross negligence.

If the indemnification of an Indemnified Party provided for in this letter agreement is for any reason held unenforceable, although otherwise applicable in accordance with its terms, the Company agrees to contribute to the losses, claims, damages and liabilities for which such indemnification is held unenforceable (i) in such proportion as is appropriate

Confidential

CITI-TRIB-CC 00013743

Citigroup Global Markets
September 20, 2006
Page 2 of 2

to reflect the relative benefits to the Company, on the one hand, and Citigroup, on the other hand, of any transaction in which Citigroup serves in an advisory capacity to the Company (whether or not such contemplated transaction is consummated) (a "Subject Transaction") or (ii) if (but only if) the allocation provided for in clause (i) is for any reason held unenforceable, in such proportion as is appropriate to reflect not only the relative benefits referred to in clause (i) but also the relative fault of the Company, on the one hand, and Citigroup, on the other hand, as well as any other relevant equitable considerations. The Company agrees that for the purposes of this paragraph the relative benefits to the Company and Citigroup of a Subject Transaction shall be deemed to be in the same proportion that the total value paid or issued or contemplated to be paid or issued to the Company by a third party or the relevant counterparty, as a result of or in connection with a Subject Transaction, bears to the fees paid or to be paid to Citigroup under any fee arrangement or engagement letter with respect to such Subject Transaction; provided, however, that, to the extent permitted by applicable law, in no event shall the Indemnified Parties be required to contribute an aggregate amount in excess of the aggregate fees actually paid to Citigroup under any fee arrangement or engagement letter.

The Company agrees that, without Citigroup's prior written consent, which consent shall not be unreasonably withheld or delayed, it will not settle, compromise or consent to the entry of any judgment in any pending or threatened claim, action or proceeding in respect of which indemnification could be sought under this letter agreement (whether or not Citigroup or any other Indemnified Party is an actual or potential party to such claim, action or proceeding), unless such settlement, compromise or consent includes an unconditional release of each Indemnified Party from all liability arising out of such claim, action or proceeding.

If Citigroup or any other Indemnified Party is requested or required to appear as a witness in any action brought by or on behalf of or against the Company or a third party or the relevant counterparty in which such Indemnified Party is not named as a defendant, the Company will reimburse Citigroup for all expenses incurred in connection with such Indemnified Party's appearing and preparing to appear as such a witness, including, without limitation, the reasonable fees and disbursements of its legal counsel.

The provisions of this letter agreement shall continue to apply and shall remain in full force and effect regardless of any modification or termination of the current advisory relationship.

If you have any questions regarding this matter, please call.

Sincerely,

Donald C. Grenesko

DCG/jp

Confidential

CITI-TRIB-CC 00013744