```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 HQBwQG4CMKQWzm6jktwKGQ2+QvgDK/fjlssz5jlexemi+NQvEK0pb9MGqFGM1wgC
 +X6e1iqlbJbzNoPR/6yUQQ==

<SEC-DOCUMENT>0000726513-96-000049.txt : 19961118
<SEC-HEADER>0000726513-96-000049.hdr.sgml : 19961118
ACCESSION NUMBER:		0000726513-96-000049
CONFORMED SUBMISSION TYPE:	424B3
PUBLIC DOCUMENT COUNT:		1
FILED AS OF DATE:		19961114
SROS:				CSX
SROS:				NYSE
SROS:				PSE

FILER:

	COMPANY DATA:
		COMPANY CONFORMED NAME:			TRIBUNE CO
		CENTRAL INDEX KEY:			0000726513
		STANDARD INDUSTRIAL CLASSIFICATION:	NEWSPAPERS: PUBLISHING OR PUBLISHING & PRINT
		IRS NUMBER:				361880355
		STATE OF INCORPORATION:			DE
		FISCAL YEAR END:			1231

	FILING VALUES:
		FORM TYPE:		424B3
		SEC ACT:		1933 Act
		SEC FILE NUMBER:	333-02831
		FILM NUMBER:		96662544

	BUSINESS ADDRESS:
		STREET 1:		435 N MICHIGAN AVE
		CITY:			CHICAGO
		STATE:			IL
		ZIP:			60611
		BUSINESS PHONE:		3122229100
</SEC-HEADER>
<DOCUMENT>
<TYPE>424B3
<SEQUENCE>1
<TEXT>
```

Pricing Supplement Dated: November 12, 1996 - No. 74           Rule 424(b)(3)
(To Prospectus dated May 8, 1996 and                           File No. 333-02831
Prospectus Supplement dated May 8, 1996)

TRIBUNE COMPANY
Medium-Term Notes, Series D Fixed Rate

---

Principal Amount: 50,000,000                    Interest Rate: 6.25%
Agent's Discount or Commission: 250,000         Stated Maturity Date:
Net Proceeds to Issuer: 49,750,000                November 10, 2026
                                                Original Issue Date:
                                                  November 15, 1996

---

Interest Payment Dates: May 15 & November 15

Redemption:
/X/   The Notes cannot be redeemed prior to the Stated Maturity Date.
/ /   The Notes may be redeemed prior to the Stated Maturity Date.
      Initial Redemption Date:
      Initial Redemption Percentage:
      Annual Redemption Percentage Reduction:    % until Redemption Percentage is
                                                 100% of the principal amount.

```
Optional Repayment:
/ /  The Notes cannot be repaid prior to the Stated Maturity Date at the option
     of the holder of the Notes.
/X/  The Notes can be repaid prior to the Stated Maturity Date at the option of
     the holder of the Notes.
     Optional Repayment Dates: November 15, 2001
     Repayment Price: 100%

Currency:
     Specified Currency: US Dollars
       (If other than U.S. dollars, see attached)
     Minimum Denominations:
       (Applicable only if Specified Currency is other than U.S. dollars)

Original Issue Discount:        / /  Yes        /X/  No
     Total Amount of OID:
     Yield to Maturity:
     Initial Accrual Period:

Form:    /X/  Book-Entry        / /  Certificated

Agent:   / /  Merrill Lynch & Co.
         / /  Goldman, Sachs & Co.
         /X/  Salomon Brothers Inc
         / /  Other

Agent acting in the capacity as indicated below:
         / /  Agent             /X/  Principal

If as principal:
         /X/  The Notes are being offered at varying prices related to
              prevailing market prices at the time of resale.
         / /  The Notes are being offered at a fixed initial public offering
              price of ___% of principal amount.

If as Agent:
         The Notes are being offered at a fixed initial public offering price of
         ___% of Principal Amount.

Other Provisions:


<PAGE>


Pricing Supplement Dated: November 12, 1996 - No. 75     Rule 424(b)(3)
(To Prospectus dated May 8, 1996 and                     File No. 333-02831
Prospectus Supplement dated May 8, 1996)

                              TRIBUNE COMPANY
                    Medium-Term Notes, Series D Fixed Rate

- ----------------------------------------------------------------------------

Principal Amount: 50,000,000                Interest Rate: 6.25%
Agent's Discount or Commission: 250,000     Stated Maturity Date:
Net Proceeds to Issuer: 49,750,000            November 10, 2026
                                            Original Issue Date:
                                              November 15, 1996

- ----------------------------------------------------------------------------

Interest Payment Dates: May 15 & November 15

Redemption:
/X/  The Notes cannot be redeemed prior to the Stated Maturity Date.
/ /  The Notes may be redeemed prior to the Stated Maturity Date.
     Initial Redemption Date:
     Initial Redemption Percentage:
     Annual Redemption Percentage Reduction:   % until Redemption Percentage is
                                              100% of the principal amount.

Optional Repayment:
```

```
/ /   The Notes cannot be repaid prior to the Stated Maturity Date at the option
      of the holder of the Notes.
/X/   The Notes can be repaid prior to the Stated Maturity Date at the option of
      the holder of the Notes.
      Optional Repayment Dates: November 15, 2001
      Repayment Price: 100%

Currency:
      Specified Currency: US Dollars
        (If other than U.S. dollars, see attached)
      Minimum Denominations:
        (Applicable only if Specified Currency is other than U.S. dollars)

Original Issue Discount:           / /  Yes         /X/  No
      Total Amount of OID:
      Yield to Maturity:
      Initial Accrual Period:

Form:    /X/  Book-Entry           / /  Certificated

Agent:   /X/  Merrill Lynch & Co.
         / /  Goldman, Sachs & Co.
         / /  Salomon Brothers Inc
         / /  Other

Agent acting in the capacity as indicated below:
         / /  Agent                /X/  Principal

If as principal:
         /X/  The Notes are being offered at varying prices related to
              prevailing market prices at the time of resale.
         / /  The Notes are being offered at a fixed initial public offering
              price of ___% of principal amount.

If as Agent:
         The Notes are being offered at a fixed initial public offering price of
         ___% of Principal Amount.

Other Provisions:


</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```