-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
HMi20/38amTxuo6GhyL0nmhoe3klz6G9Unbld3TQDVB8NNq7ywX/Yvrgsc8/P6pj
aDlH3lef1+GvIFYOvPYYww==

<SEC-DOCUMENT>0000726513-98-000023.txt : 19981006
<SEC-HEADER>0000726513-98-000023.hdr.sgml : 19981006
ACCESSION NUMBER: 0000726513-98-000023
CONFORMED SUBMISSION TYPE: 424B2
PUBLIC DOCUMENT COUNT: 1
FILED AS OF DATE: 19981005
SROS: CSX
SROS: NYSE
SROS: PCX

FILER:

COMPANY DATA:
COMPANY CONFORMED NAME: TRIBUNE CO
CENTRAL INDEX KEY: 0000726513
STANDARD INDUSTRIAL CLASSIFICATION: NEWSPAPERS: PUBLISHING OR PUBLISHING & PRINT
IRS NUMBER: 361880355
STATE OF INCORPORATION: DE
FISCAL YEAR END: 1231

FILING VALUES:
FORM TYPE: 424B2
SEC ACT:
SEC FILE NUMBER: 333-18921
FILM NUMBER: 98720442

BUSINESS ADDRESS:
STREET 1: 435 N MICHIGAN AVE
CITY: CHICAGO
STATE: IL
ZIP: 60611
BUSINESS PHONE: 3122229100
</SEC-HEADER>
<DOCUMENT>
<TYPE>424B2
<SEQUENCE>1
<TEXT>

Pricing Supplement Dated: October 2, 1998
(To Prospectus dated January 9, 1997 and
Prospectus Supplement dated January 14, 1997)

Rule 424(b)(2)
File No. 333-18921

TRIBUNE COMPANY
Medium-Term Notes, Series E-Fixed Rate

---

Principal Amount: 50,100,000
Agent's Discount or Commission: 313,125
Net Proceeds to Issuer: 49,786,875

Interest Rate: 5.50%
Stated Maturity Date:
October 6, 2008
Original Issue Date:
October 6, 1998

---

Interest Payment Dates: May 15 & November 15
Redemption:
/X/ The Notes cannot be redeemed prior to the Stated Maturity Date.
/ / The Notes may be redeemed prior to the Stated Maturity Date.
Initial Redemption Date:
Initial Redemption Percentage:
Annual Redemption Percentage Reduction: % until Redemption Percentage is 100% of the principal amount.

Optional Repayment:
/X/ The Notes cannot be repaid prior to the Stated Maturity Date at the option

```
            of the holder of the Notes.
      / / The Notes can be repaid prior to the Stated Maturity
          Date at the option of the holder of the Notes.
          Optional Repayment Dates:
          Repayment Price:  100%

Currency:  US Dollars
      Specified Currency:  US Dollars
          (If other than U.S. dollars, see attached)
      Minimum Denominations:
          (Applicable only if Specified Currency is other than U.S. dollars)

Original Issue Discount:         / / Yes         /X/ No
      Total Amount of OID:
      Yield to Maturity:
      Initial Accrual Period:

Form:     /X/   Book-Entry          / /  Certificated

Agent:    / /   Merrill Lynch & Co.
          /X/   J.P. Morgan Securities Inc.
          / /   Salomon Smith Barney
          / /   Citicorp Securities, Inc.

Agent acting in the capacity as indicated below:
          / /   Agent              /X/ Principal

If as principal:
          /X/ The Notes are being offered at varying prices related to prevailing
              market prices at the time of resale.
          / / The Notes are being offered at a fixed initial public offering
              price of ___% of principal amount.

If as Agent:
          The Notes are being offered at a fixed initial public offering price of
          ___% of Principal Amount.

Other Provisions:


<PAGE>

Pricing Supplement Dated:  October 2, 1998              Rule 424(b)(2)
(To Prospectus dated January 9, 1997 and                File No. 333-18921
Prospectus Supplement dated January 14, 1997)

                            TRIBUNE COMPANY
                   Medium-Term Notes, Series E-Fixed Rate
- ------------------------------------------------------------------------------
Principal Amount: 58,665,000                    Interest Rate: 5.50%
Agent's Discount or Commission: 366,656.25      Stated Maturity Date:
Net Proceeds to Issuer: 58,298,343.75              October 6, 2008
                                                Original Issue Date:
                                                   October 6, 1998
- ------------------------------------------------------------------------------

Interest Payment Dates:  May 15 & November 15
Redemption:
/X/ The Notes cannot be redeemed prior to the Stated Maturity Date.
/ / The Notes may be redeemed prior to the Stated Maturity Date.
    Initial Redemption Date:
    Initial Redemption Percentage:
    Annual Redemption Percentage Reduction:    % until Redemption Percentage is
                                               100% of the principal amount.

Optional Repayment:
/X/ The Notes cannot be repaid prior to the Stated Maturity Date at the option
    of the holder of the Notes.
/ / The Notes can be repaid prior to the Stated Maturity
    Date at the option of the holder of the Notes.
    Optional Repayment Dates:
    Repayment Price:  100%

Currency:  US Dollars
    Specified Currency:  US Dollars
```

(If other than U.S. dollars, see attached)
Minimum Denominations:
(Applicable only if Specified Currency is other than U.S. dollars)

Original Issue Discount: / / Yes /X/ No
Total Amount of OID:
Yield to Maturity:
Initial Accrual Period:

Form: /X/ Book-Entry / / Certificated

Agent: /X/ Merrill Lynch & Co.
/ / J.P. Morgan Securities Inc.
/ / Salomon Smith Barney
/ / Citicorp Securities, Inc.

Agent acting in the capacity as indicated below:
/ / Agent /X/ Principal

If as principal:
/X/ The Notes are being offered at varying prices related to prevailing market prices at the time of resale.
/ / The Notes are being offered at a fixed initial public offering price of ___% of principal amount.

If as Agent:
The Notes are being offered at a fixed initial public offering price of ___% of Principal Amount.

Other Provisions:

<PAGE>

Pricing Supplement Dated: October 2, 1998
(To Prospectus dated January 9, 1997 and
Prospectus Supplement dated January 14, 1997)

Rule 424(b)(2)
File No. 333-18921

TRIBUNE COMPANY
Medium-Term Notes, Series E-Fixed Rate

---

Principal Amount: 41,650,000
Agent's Discount or Commission: 260,312.50
Net Proceeds to Issuer: 41,389,687.50

Interest Rate: 5.50%
Stated Maturity Date:
October 6, 2008
Original Issue Date:
October 6, 1998

---

Interest Payment Dates: May 15 & November 15
Redemption:
/X/ The Notes cannot be redeemed prior to the Stated Maturity Date.
/ / The Notes may be redeemed prior to the Stated Maturity Date.
Initial Redemption Date:
Initial Redemption Percentage:
Annual Redemption Percentage Reduction: % until Redemption Percentage is 100% of the principal amount.

Optional Repayment:
/X/ The Notes cannot be repaid prior to the Stated Maturity Date at the option of the holder of the Notes.
/ / The Notes can be repaid prior to the Stated Maturity Date at the option of the holder of the Notes.
Optional Repayment Dates:
Repayment Price: 100%

Currency: US Dollars
Specified Currency: US Dollars
(If other than U.S. dollars, see attached)
Minimum Denominations:
(Applicable only if Specified Currency is other than U.S. dollars)

Original Issue Discount: / / Yes /X/ No
Total Amount of OID:
Yield to Maturity:

```
        Initial Accrual Period:

Form:    /X/   Book-Entry           / /  Certificated

Agent:   / /   Merrill Lynch & Co.
         / /   J.P. Morgan Securities Inc.
         /X/   Salomon Smith Barney
         / /   Citicorp Securities, Inc.

Agent acting in the capacity as indicated below:
         /X/ Agent                  / / Principal

If as principal:
         / / The Notes are being offered at varying prices related to prevailing
             market prices at the time of resale.
         / / The Notes are being offered at a fixed initial public offering
             price of ___% of principal amount.

If as Agent:
         The Notes are being offered at a fixed initial public offering price of
         100% of Principal Amount.

Other Provisions:


</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
GknPw2JnXZxMVei3rmzM61dHugu9mSFhjZ9mPoeruT6ZVil00wwLJA6wssKqEZeo
oKqtOCj4vsf2OStWLSf0dQ==

<SEC-DOCUMENT>0000726513-98-000029.txt : 19981021
<SEC-HEADER>0000726513-98-000029.hdr.sgml : 19981021
ACCESSION NUMBER: 0000726513-98-000029
CONFORMED SUBMISSION TYPE: 424B2
PUBLIC DOCUMENT COUNT: 1
FILED AS OF DATE: 19981020
SROS: CSX
SROS: NYSE
SROS: PCX

FILER:

COMPANY DATA:
COMPANY CONFORMED NAME: TRIBUNE CO
CENTRAL INDEX KEY: 0000726513
STANDARD INDUSTRIAL CLASSIFICATION: NEWSPAPERS: PUBLISHING OR PUBLISHING & PRINT
IRS NUMBER: 361880355
STATE OF INCORPORATION: DE
FISCAL YEAR END: 1231

FILING VALUES:
FORM TYPE: 424B2
SEC ACT:
SEC FILE NUMBER: 333-18921
FILM NUMBER: 98728148

BUSINESS ADDRESS:
STREET 1: 435 N MICHIGAN AVE
CITY: CHICAGO
STATE: IL
ZIP: 60611
BUSINESS PHONE: 3122229100
</SEC-HEADER>
<DOCUMENT>
<TYPE>424B2
<SEQUENCE>1
<TEXT>

Pricing Supplement Dated: October 20, 1998
(To Prospectus dated January 9, 1997 and
Prospectus Supplement dated January 14, 1997)

Rule 424(b)(2)
File No. 333-18921

TRIBUNE COMPANY
Medium-Term Notes, Series E-Fixed Rate

---

Principal Amount: 1,500,000
Price to Buyer: 1,485,960
Agent's Discount or Commission: 9,375
Net Proceeds to Issuer: 1,476,585 plus accrued interest

Interest Rate: 5.50%
Stated Maturity Date: October 6, 2008
Original Issue Date: October 22, 1998

---

Interest Payment Dates: May 15 & November 15
Redemption:
/X/ The Notes cannot be redeemed prior to the Stated Maturity Date.
/ / The Notes may be redeemed prior to the Stated Maturity Date.
Initial Redemption Date:
Initial Redemption Percentage:
Annual Redemption Percentage Reduction: % until Redemption Percentage is 100% of the principal amount.

Optional Repayment:

```
/X/    The Notes cannot be repaid prior to the Stated Maturity Date at the
       option of the holder of the Notes.
/ /    The Notes can be repaid prior to the Stated Maturity Date at the option
       of the holder of the Notes.
       Optional Repayment Dates:
       Repayment Price:  100%

Currency:  US Dollars
       Specified Currency:  US Dollars
          (If other than U.S. dollars, see attached)
       Minimum Denominations:
          (Applicable only if Specified Currency is other than U.S. dollars)

Original Issue Discount:      / / Yes         /X/ No
       Total Amount of OID:
       Yield to Maturity:
       Initial Accrual Period:

Form:  /X/  Book-Entry         / / Certificated

Agent: / /  Merrill Lynch & Co.
       /X/  J.P. Morgan Securities Inc.
       / /  Salomon Smith Barney
       / /  Citicorp Securities, Inc.

Agent acting in the capacity as indicated below:
       /X/  Agent               / / Principal

If as principal:
       / /  The Notes are being offered at varying prices related to prevailing
            market prices at the time of resale.
       / /  The Notes are being offered at a fixed initial public offering price
            of ___% of principal amount.

If as Agent:
       The Notes are being offered at a fixed initial public offering price of
       99.064% of Principal Amount.

Other Provisions: Plus accrued interest of $3,666.67 owed to issuer.


<PAGE>

Pricing Supplement Dated:  October 20, 1998              Rule 424(b)(2)
(To Prospectus dated January 9, 1997 and                 File No. 333-18921
Prospectus Supplement dated January 14, 1997)
                              TRIBUNE COMPANY
                    Medium-Term Notes, Series E-Fixed Rate
- ---------------------------------------------------------------------------
Principal Amount: 9,000,000                    Interest Rate: 5.50%
Price to Buyer: 8,915,760                      Stated Maturity Date:
Agent's Discount or Commission: 56,250           October 6, 2008
Net Proceeds to Issuer: 8,859,510              Original Issue Date:
                    plus accrued interest        October 22, 1998
- ---------------------------------------------------------------------------

Interest Payment Dates:  May 15 & November 15
Redemption:
/X/    The Notes cannot be redeemed prior to the Stated Maturity Date.
/ /    The Notes may be redeemed prior to the Stated Maturity Date.
       Initial Redemption Date:
       Initial Redemption Percentage:
       Annual Redemption Percentage Reduction:   % until Redemption Percentage is
                                                100% of the principal amount.

Optional Repayment:
/X/    The Notes cannot be repaid prior to the Stated Maturity Date at the
       option of the holder of the Notes.
/ /    The Notes can be repaid prior to the Stated Maturity Date at the option
       of the holder of the Notes.
       Optional Repayment Dates:
       Repayment Price:  100%

Currency:  US Dollars
```

```
       Specified Currency:  US Dollars
         (If other than U.S. dollars, see attached)
       Minimum Denominations:
         (Applicable only if Specified Currency is other than U.S. dollars)

Original Issue Discount:      / / Yes           /X/ No
       Total Amount of OID:
       Yield to Maturity:
       Initial Accrual Period:

Form:  /X/  Book-Entry        / / Certificated

Agent: /X/  Merrill Lynch & Co.
       / /  J.P. Morgan Securities Inc.
       / /  Salomon Smith Barney
       / /  Citicorp Securities, Inc.

Agent acting in the capacity as indicated below:
       /X/  Agent              / / Principal

If as principal:
       / /  The Notes are being offered at varying prices related to prevailing
            market prices at the time of resale.
       / /  The Notes are being offered at a fixed initial public offering price
            of ___% of principal amount.

If as Agent:
       The Notes are being offered at a fixed initial public offering price of
       99.064% of Principal Amount.

Other Provisions: Plus accrued interest of $22,000.00 owed to issuer.

<PAGE>

Pricing Supplement Dated:  October 20, 1998            Rule 424(b)(2)
(To Prospectus dated January 9, 1997 and               File No. 333-18921
Prospectus Supplement dated January 14, 1997)

                             TRIBUNE COMPANY
                    Medium-Term Notes, Series E-Fixed Rate
- -----------------------------------------------------------------------------
Principal Amount: 7,000,000                    Interest Rate: 5.50%
Price to Buyer: 6,934,480                      Stated Maturity Date:
Agent's Discount or Commission: 43,750            October 6, 2008
Net Proceeds to Issuer: 6,890,730              Original Issue Date:
                plus accrued interest             October 22, 1998
- -----------------------------------------------------------------------------

Interest Payment Dates:  May 15 & November 15
Redemption:
/X/    The Notes cannot be redeemed prior to the Stated Maturity Date.
/ /    The Notes may be redeemed prior to the Stated Maturity Date.
       Initial Redemption Date:
       Initial Redemption Percentage:
       Annual Redemption Percentage Reduction:   % until Redemption Percentage is
                                                 100% of the principal amount.

Optional Repayment:
/X/    The Notes cannot be repaid prior to the Stated Maturity Date at the
       option of the holder of the Notes.
/ /    The Notes can be repaid prior to the Stated Maturity Date at the option
       of the holder of the Notes.
       Optional Repayment Dates:
       Repayment Price: 100%

Currency: US Dollars
       Specified Currency:  US Dollars
         (If other than U.S. dollars, see attached)
       Minimum Denominations:
         (Applicable only if Specified Currency is other than U.S. dollars)

Original Issue Discount:      / / Yes           /X/ No
       Total Amount of OID:
       Yield to Maturity:
       Initial Accrual Period:
```

```
Form:   /X/  Book-Entry           / / Certificated

Agent:  / /  Merrill Lynch & Co.
        / /  J.P. Morgan Securities Inc.
        /X/  Salomon Smith Barney
        / /  Citicorp Securities, Inc.

Agent acting in the capacity as indicated below:
        /X/  Agent                / / Principal

If as principal:
        / /  The Notes are being offered at varying prices related to prevailing
             market prices at the time of resale.
        / /  The Notes are being offered at a fixed initial public offering price
             of ___% of principal amount.

If as Agent:
        The Notes are being offered at a fixed initial public offering price of
        99.064% of Principal Amount.

Other Provisions: Plus accrued interest of $17,111.11 owed to issuer.

</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```