-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 B+RgpoNsmwqGWv6tRxnAjLRjIRQ0PQIVNgXFPaeXSnZR5wSlnuY8uESA3O3kDfhH
 qfgsnz7ACvXoWI9MUgkPYA==

```
<SEC-DOCUMENT>0000726513-98-000039.txt : 19981208
<SEC-HEADER>0000726513-98-000039.hdr.sgml : 19981208
ACCESSION NUMBER:		0000726513-98-000039
CONFORMED SUBMISSION TYPE:	424B2
PUBLIC DOCUMENT COUNT:		1
FILED AS OF DATE:		19981207

FILER:

	COMPANY DATA:
		COMPANY CONFORMED NAME:			TRIBUNE CO
		CENTRAL INDEX KEY:			0000726513
		STANDARD INDUSTRIAL CLASSIFICATION:	NEWSPAPERS: PUBLISHING OR PUBLISHING & PRINT
		IRS NUMBER:				361880355
		STATE OF INCORPORATION:			DE
		FISCAL YEAR END:			1231

	FILING VALUES:
		FORM TYPE:		424B2
		SEC ACT:
		SEC FILE NUMBER:	333-18921
		FILM NUMBER:		98764543

	BUSINESS ADDRESS:
		STREET 1:		435 N MICHIGAN AVE
		CITY:			CHICAGO
		STATE:			IL
		ZIP:			60611
		BUSINESS PHONE:		3122229100
</SEC-HEADER>
<DOCUMENT>
<TYPE>424B2
<SEQUENCE>1
<TEXT>
```

Pricing Supplement Dated:  December 4, 1998            Rule 424(b)(2)
(To Prospectus dated January 9, 1997 and               File No. 333-18921
Prospectus Supplement dated January 14, 1997)          CUSIP Number: 89604K AN8

TRIBUNE COMPANY
Medium-Term Notes, Series E-Fixed Rate
-------------------------------------------------------------------------------
Principal Amount: 32,500,000                  Interest Rate: 5.67%
Price to Buyer: 32,453,200                    Stated Maturity Date:
Agent's Discount or Commission: 203,125         December 8, 2008
Net Proceeds to Issuer: 32,250,075            Original Issue Date:
                                                December 8, 1998
-------------------------------------------------------------------------------

Interest Payment Dates:  May 15 & November 15
Redemption:
/X/    The Notes cannot be redeemed prior to the Stated Maturity Date.
/ /    The Notes may be redeemed prior to the Stated Maturity Date.
       Initial Redemption Date:
       Initial Redemption Percentage:
       Annual Redemption Percentage Reduction:  % until Redemption Percentage is
                                       100% of the principal amount.
Optional Repayment:
/X/    The Notes cannot be repaid prior to the Stated Maturity Date at the
       option of the holder of the Notes.
/ /    The Notes can be repaid prior to the Stated Maturity Date at the option
       of the holder of the Notes.
       Optional Repayment Dates:
       Repayment Price:  100%

```
Currency:  US Dollars

Original Issue Discount:        / /  Yes         /X/  No
    Total Amount of OID:
    Yield to Maturity:
    Initial Accrual Period:

Form:  /X/  Book-Entry         / /  Certificated

Agent: / /  Merrill Lynch & Co.
       /X/  J.P. Morgan Securities Inc.
       / /  Salomon Smith Barney

Agent acting in the capacity as indicated below:
       / /  Agent             /X/  Principal

If as principal:
       / /  The Notes are being offered at varying prices related to prevailing
            market prices at the time of resale.
       /X/  The Notes are being offered at a fixed initial public offering price
            of 99.856% of principal amount.

If as Agent:
       The Notes are being offered at a fixed initial public offering price of
       ___% of Principal Amount.

Other Provisions:
```

<PAGE>

```
Pricing Supplement Dated:  December 4, 1998       Rule 424(b)(2)
(To Prospectus dated January 9, 1997 and          File No. 333-18921
Prospectus Supplement dated January 14, 1997      CUSIP Number: 89604K AN8

                         TRIBUNE COMPANY
              Medium-Term Notes, Series E-Fixed Rate
- ---------------------------------------------------------------------
Principal Amount: 12,250,000                Interest Rate: 5.67%
Agent's Discount or Commission: 76,562.50   Stated Maturity Date:
Net Proceeds to Issuer: 12,173,437.50         December 8, 2008
                                            Original Issue Date:
                                              December 8, 1998
- ---------------------------------------------------------------------

Interest Payment Dates:  May 15 & November 15
Redemption:
/X/    The Notes cannot be redeemed prior to the Stated Maturity Date.
/ /    The Notes may be redeemed prior to the Stated Maturity Date.
       Initial Redemption Date:
       Initial Redemption Percentage:
       Annual Redemption Percentage Reduction:  % until Redemption Percentage is
                                                100% of the principal amount.

Optional Repayment:
/X/    The Notes cannot be repaid prior to the Stated Maturity Date at the
       option of the holder of the Notes.
/ /    The Notes can be repaid prior to the Stated Maturity Date at the option
       of the holder of the Notes.
       Optional Repayment Dates:
       Repayment Price:  100%

Currency:  US Dollars

Original Issue Discount:        / /  Yes         /X/  No
    Total Amount of OID:
    Yield to Maturity:
    Initial Accrual Period:

Form:  /X/  Book-Entry         / /  Certificated

Agent: / /  Merrill Lynch & Co.
       /X/  J.P. Morgan Securities Inc.
       / /  Salomon Smith Barney
```

```
Agent acting in the capacity as indicated below:
     / /  Agent              /X/  Principal

If as principal:
     /X/  The Notes are being offered at varying prices related to prevailing
          market prices at the time of resale.
     / /  The Notes are being offered at a fixed initial public offering price
          of ___% of principal amount.

If as Agent:
     The Notes are being offered at a fixed initial public offering price of
          ___% of Principal Amount.

Other Provisions:

<PAGE>


Pricing Supplement Dated:  December 4, 1998        Rule 424(b)(2)
(To Prospectus dated January 9, 1997 and           File No. 333-18921
Prospectus Supplement dated January 14, 1997)      CUSIP Number: 89604K AN8
                        TRIBUNE COMPANY
                 Medium-Term Notes, Series E-Fixed Rate
- ------------------------------------------------------------------------------
Principal Amount: 13,800,000                Interest Rate: 5.67%
Agent's Discount or Commission: 86,250      Stated Maturity Date:
Net Proceeds to Issuer: 13,713,750              December 8, 2008
                                            Original Issue Date:
                                                December 8, 1998
- ------------------------------------------------------------------------------

Interest Payment Dates:  May 15 & November 15
Redemption:
/X/  The Notes cannot be redeemed prior to the Stated Maturity Date.
/ /  The Notes may be redeemed prior to the Stated Maturity Date.
     Initial Redemption Date:
     Initial Redemption Percentage:
     Annual Redemption Percentage Reduction:  % until Redemption Percentage is
                                              100% of the principal amount.

Optional Repayment:
/X/  The Notes cannot be repaid prior to the Stated Maturity Date at the
     option of the holder of the Notes.
/ /  The Notes can be repaid prior to the Stated Maturity Date at the option
     of the holder of the Notes.
     Optional Repayment Dates:
     Repayment Price:  100%

Currency:  US Dollars

Original Issue Discount:        / /  Yes          /X/  No
     Total Amount of OID:
     Yield to Maturity:
     Initial Accrual Period:

Form:  /X/  Book-Entry        / /  Certificated

Agent: /X/  Merrill Lynch & Co.
       / /  J.P. Morgan Securities Inc.
       / /  Salomon Smith Barney

Agent acting in the capacity as indicated below:
     / /  Agent              /X/  Principal

If as principal:
     /X/  The Notes are being offered at varying prices related to prevailing
          market prices at the time of resale.
     / /  The Notes are being offered at a fixed initial public offering price
          of ___% of principal amount.

If as Agent:
     The Notes are being offered at a fixed initial public offering price of
          ___% of Principal Amount.
```

Other Provisions:

<PAGE>

```
Pricing Supplement Dated:  December 4, 1998           Rule 424(b)(2)
(To Prospectus dated January 9, 1997 and              File No. 333-18921
Prospectus Supplement dated January 14, 1997)         CUSIP Number: 89604K AN8
```

TRIBUNE COMPANY
Medium-Term Notes, Series E-Fixed Rate
- -------------------------------------------------------------------------------

```
Principal Amount: 11,000,000                Interest Rate: 5.67%
Agent's Discount or Commission: 68,750      Stated Maturity Date:
Net Proceeds to Issuer: 10,931,250            December 8, 2008
                                            Original Issue Date:
                                              December 8, 1998
```
- -------------------------------------------------------------------------------

Interest Payment Dates: May 15 & November 15
Redemption:
/X/   The Notes cannot be redeemed prior to the Stated Maturity Date.
/ /   The Notes may be redeemed prior to the Stated Maturity Date.
      Initial Redemption Date:
      Initial Redemption Percentage:
      Annual Redemption Percentage Reduction:  % until Redemption Percentage is
                                               100% of the principal amount.

Optional Repayment:
/X/   The Notes cannot be repaid prior to the Stated Maturity Date at the
      option of the holder of the Notes.
/ /   The Notes can be repaid prior to the Stated Maturity Date at the option
      of the holder of the Notes.
      Optional Repayment Dates:
      Repayment Price: 100%

Currency: US Dollars

Original Issue Discount:    / / Yes        /X/ No
      Total Amount of OID:
      Yield to Maturity:
      Initial Accrual Period:

Form:  /X/ Book-Entry       / / Certificated

Agent: / / Merrill Lynch & Co.
       / / J.P. Morgan Securities Inc.
       /X/ Salomon Smith Barney

Agent acting in the capacity as indicated below:
       /X/ Agent            / / Principal

If as principal:
       / / The Notes are being offered at varying prices related to prevailing
           market prices at the time of resale.
       / / The Notes are being offered at a fixed initial public offering price
           of ___% of principal amount.

If as Agent:
       The Notes are being offered at a fixed initial public offering price of
       100% of Principal Amount.

Other Provisions:

</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----