```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 EjD7gesjpF9O8IYM3N56Gg2jb4ZrocV7A62jd9FMB79uGJbuT8gY9LT7jYkissP7
 /mDcrhU1+9eAnnDkwA+PmQ==

<SEC-DOCUMENT>0000726513-98-000002.txt : 19980202
<SEC-HEADER>0000726513-98-000002.hdr.sgml : 19980202
ACCESSION NUMBER:		0000726513-98-000002
CONFORMED SUBMISSION TYPE:	424B2
PUBLIC DOCUMENT COUNT:		1
FILED AS OF DATE:		19980130
SROS:				CSX
SROS:				NYSE

FILER:

	COMPANY DATA:
		COMPANY CONFORMED NAME:			TRIBUNE CO
		CENTRAL INDEX KEY:			0000726513
		STANDARD INDUSTRIAL CLASSIFICATION:	NEWSPAPERS: PUBLISHING OR PUBLISHING & PRINT
		IRS NUMBER:					361880355
		STATE OF INCORPORATION:			DE
		FISCAL YEAR END:			1231

	FILING VALUES:
		FORM TYPE:		424B2
		SEC ACT:
		SEC FILE NUMBER:	333-18921
		FILM NUMBER:		98518419

	BUSINESS ADDRESS:
		STREET 1:		435 N MICHIGAN AVE
		CITY:			CHICAGO
		STATE:			IL
		ZIP:			60611
		BUSINESS PHONE:		3122229100
</SEC-HEADER>
<DOCUMENT>
<TYPE>424B2
<SEQUENCE>1
<TEXT>


Pricing Supplement Dated:  January 29, 1998          Rule 424(b)(2)
(To Prospectus dated January 9, 1997 and             File No. 333-18921
Prospectus Supplement dated January 14, 1997)

                         TRIBUNE COMPANY
                Medium-Term Notes, Series E--Fixed Rate
- -------------------------------------------------------------------------

Principal Amount:  25,000,000               Interest Rate:  6.35%
Agent's Discount or Commission:  156,250    Stated Maturity Date:
Net Proceeds to Issuer:  24,863,250           February 1, 2008
                                            Original Issue Date:
                                              February 3, 1998


- -------------------------------------------------------------------------

Interest Payment Dates:  May 15 & November 15

Redemption:
/X/    The Notes cannot be redeemed prior to the Stated Maturity Date.
/ /    The Notes may be redeemed prior to the Stated Maturity Date.
       Initial Redemption Date:
       Initial Redemption Percentage:
       Annual Redemption Percentage Reduction:   % until Redemption Percentage
                                                is 100% of the principal amount.

Optional Repayment:
```

```
/X/     The Notes cannot be repaid prior to the Stated Maturity Date at the
        option of the holder of the Notes.
/ /     The Notes can be repaid prior to the Stated Maturity Date at the option
        of the holder of the Notes.
        Optional Repayment Dates:
        Repayment Price:  100%

Currency:  US Dollars
        Specified Currency:  US Dollars
           (If other than U.S. dollars, see attached)
        Minimum Denominations:
           (Applicable only if Specified Currency is other than U.S. dollars)

Original Issue Discount:       / /  Yes      /X/  No
        Total Amount of OID:
        Yield to Maturity:
        Initial Accrual Period:

Form:   /X/  Book-Entry             / /  Certificated

Agent:  / /  Merrill Lynch & Co.
        / /  JP Morgan Securities Inc.
        / /  Salomon Brothers Inc
        /X/  Citicorp Securities, Inc.

Agent acting in the capacity as indicated below:
        /X/  Agent                  / /  Principal

If as principal:
        / /  The Notes are being offered at varying prices related to prevailing
             market prices at the time of resale.
        / /  The Notes are being offered at a fixed initial public offering
             price of ___% of principal amount.

If as Agent:
        The Notes are being offered at a fixed initial public offering price of
        100.078% of Principal Amount.

Other Provisions:
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```