SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, D.C. 20549

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): October 16, 2003

TIME WARNER INC.
(Exact name of registrant as specified in its charter)

| Delaware | 1-15062 | 13-4099534 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

75 Rockefeller Plaza, New York, New York 10019
-----------------------------------------------
(Address of principal executive offices) (zip code)

212 484-8000
------------
(Registrant's telephone number, including area code)

AOL Time Warner Inc.
---------------------
(Former name or former address, if changed since last report)

Source: TIME WARNER INC., 8-K, October 16, 2003                    Powered by Morningstar® Document Research℠

Item. 5. Other Events.

On October 16, 2003, the registrant changed its name from AOL Time Warner Inc. to Time Warner Inc. The change was effected pursuant to Section 253 of the General Corporation Law of the State of Delaware by the merger of a wholly owned subsidiary into the registrant. The registrant was the surviving corporation and, pursuant to the merger, its name was changed to Time Warner Inc. The registrant's common stock now trades on the New York Stock Exchange under the symbol "TWX" and has been assigned the CUSIP number 887317 10 5.

In addition, effective on October 16, 2003, the Delaware corporation formerly named Time Warner Inc. (SEC File No. 1-12259), a subsidiary of the registrant, changed its name to Historic TW Inc.

Item 7. Exhibits.

| Exhibit | Description |
| ------- | ----------- |
| 3.1 | Certificate of Ownership and Merger merging a wholly owned subsidiary into AOL Time Warner Inc. pursuant to Section 253 of the General Corporation Law of the State of Delaware. |

     Powered by Morningstar® Document Research℠

SIGNATURE

      Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

TIME WARNER INC.

By: /s/ Wayne H. Pace
   -------------------------------
Name:  Wayne H. Pace
Title: Executive Vice President and
       Chief Financial Officer

Date: October 16, 2003

Source: TIME WARNER INC., 8-K, October 16, 2003                    Powered by Morningstar® Document Research℠

4

EXHIBIT INDEX

Exhibit          Description
-------          -----------

3.1              Certificate of Ownership and Merger merging a wholly owned
                 subsidiary into AOL Time Warner Inc. pursuant to Section 253
                 of the General Corporation Law of the State of Delaware.

Source: TIME WARNER INC., 8-K, October 16, 2003                    Powered by Morningstar® Document Research℠

Exhibit 3.1

CERTIFICATE OF OWNERSHIP AND MERGER

MERGING

AOLTW MERGER SUB INC.

WITH AND INTO

AOL TIME WARNER INC.

---------------------------------------------------------------------------

Pursuant to Section 253 of the
General Corporation of Law of the State of Delaware

---------------------------------------------------------------------------

AOL Time Warner Inc., a Delaware corporation (the "Company"), does hereby certify to the following facts relating to the merger (the "Merger") of AOLTW Merger Sub Inc., a Delaware corporation (the "Subsidiary"), with and into the Company, with the Company remaining as the surviving corporation:

FIRST:      The Company is incorporated pursuant to the General Corporation Law of the State of Delaware (the "DGCL"). The Subsidiary is incorporated pursuant to the DGCL.

SECOND:     The Company owns all of the outstanding shares of each class of capital stock of the Subsidiary.

THIRD:      The Board of Directors of the Company, by the following resolutions duly adopted on September 18, 2003, determined to merge the Subsidiary with and into the Company pursuant to Section 253 of the DGCL:

WHEREAS, AOL Time Warner Inc., a Delaware corporation (the "Company"), owns all of the outstanding shares of the capital stock of AOLTW Merger Sub Inc., a Delaware corporation (the "Subsidiary"); and

WHEREAS, the Board of Directors of the Company has deemed it advisable that the Subsidiary be merged with and into the Company pursuant to Section 253 of the General Corporation Law of the State of Delaware;

Source: TIME WARNER INC., 8-K, October 16, 2003                                    Powered by Morningstar® Document Research℠

NOW, THEREFORE, BE IT AND IT HEREBY IS

RESOLVED, that, effective upon the filing of (or at such subsequent time as may be specified in) the Certificate of Ownership and Merger filed in respect thereof (the "Effective Time"), the Subsidiary shall be merged with and into the Company with the Company being the surviving corporation (the "Merger"); and

FURTHER RESOLVED, that it is intended that the Merger qualify as a tax-free reorganization under Section 368(a)(1)(F) of the Internal Revenue Code of 1986, as amended, and that these resolutions constitute a plan of reorganization within the meaning of Section 368; and

FURTHER RESOLVED, that, at any time prior to the Effective Time, the Merger may be amended, modified, terminated or abandoned by action of the Board of Directors of the Company; and

FURTHER RESOLVED, that by virtue of the Merger and without any action on the part of the holder thereof, each then outstanding or treasury share of capital stock of the Company shall remain unchanged and continue to remain outstanding or held in treasury, respectively, as one share of capital stock of the Company, held by the person who was the holder of such share of capital stock of the Company immediately prior to the Merger; and

FURTHER RESOLVED, that by virtue of the Merger and without any action on the part of the holder thereof, each then outstanding share of common stock of the Subsidiary shall be cancelled and no consideration shall be issued in respect thereof; and

FURTHER RESOLVED, that, at the Effective Time, Article I of the Restated Certificate of Incorporation of the Company shall be amended to read in its entirety as follows:

ARTICLE I

The name of the corporation (hereinafter called the "Corporation") is Time Warner Inc.

-2-

Powered by Morningstar® Document Research℠

FURTHER RESOLVED, that each officer of the Company is authorized to make and execute a Certificate of Ownership and Merger setting forth a copy of these resolutions, and the date of adoption thereof, in the discretion of such officer to specify therein an Effective Time subsequent to the filing thereof and to file the same in the office of the Secretary of State of the State of Delaware; and

FURTHER RESOLVED, that in connection with changing the Company's name, each officer of the Company is authorized, in the name and on behalf of the Company, to enter into any agreements with the office of the Secretary of State of the State of Delaware, and to make and execute such additional certificates and to file the same in the office of the Secretary of State of the State of Delaware, in each case as may, in his or her judgment, be required or advisable; and

FURTHER RESOLVED, that in order for the Company to comply with all applicable regulations and requirements of federal, state, local and foreign governmental agencies and exchanges, each officer of the Company is authorized, in the name and on behalf of the Company, to prepare, execute and file or cause to be filed all reports, statements, documents, undertakings, commitments and information with any exchange or governmental agencies as may, in his or her judgment, be required or advisable in connection with the Merger or the Company's name change; and

FURTHER RESOLVED, that, after the Effective Time, each officer of the Company is hereby authorized, in the name and on behalf of the Company, to apply to, and to take such steps and to execute such documents as may be necessary or desirable to, change the name in which the Company is qualified to do business, in such jurisdictions as it is qualified, to reflect the change in the Company's name; and

FURTHER RESOLVED, that, after the Effective Time, each officer of the Company is hereby authorized, in the name and on behalf of the Company, to apply to, and to take such steps and to execute such documents as may be necessary or desirable to, use any alternate name, fictitious name, assumed name or other name

-3-

Source: TIME WARNER INC., 8-K, October 16, 2003                    Powered by Morningstar® Document Research℠

in such jurisdictions as the Company is qualified, if such officer determines it is necessary or desirable for the Company to use an alternate name, fictitious name, assumed name or other name; and

FURTHER RESOLVED, that, effective immediately following the Effective Time, the By-laws of the Company shall be amended by deleting the name "AOL Time Warner Inc." from the Heading and Article I, Section 1 thereof and substituting therefor the name "Time Warner Inc."; and

FURTHER RESOLVED, that, after the Effective Time, each officer of the Company is hereby authorized, in the name and on behalf of the Company, to prepare, execute and file a listing application or supplemental listing application, and such other documents, and to take such steps, as may be necessary or desirable, with the New York Stock Exchange and if such officer determines it required or advisable, any other exchanges on which the Company has listed securities, to reflect the change in the Company's name; and

FURTHER RESOLVED, that all actions to be taken or heretofore taken by any officer or agent of the Company in connection with any matter referred to or contemplated by any of the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects; and

FURTHER RESOLVED, that each officer of the Company is authorized to do all acts and things and to sign, seal, execute, acknowledge, file, deliver and record all papers, instruments, agreements, documents and certificates, and to pay all charges, fees, taxes and other expenses, from time to time necessary, desirable or appropriate to be done, signed, sealed, executed, acknowledged, filed, delivered, recorded or paid, under any applicable law, or otherwise, and to certify as having been adopted by this Board of Directors any form of resolution required by any law, regulation or agency, in order to effectuate the purpose of the foregoing resolutions or any of them or to carry out the transactions contemplated hereby.

-4-

        FOURTH:    The Company shall be the surviving  corporation of the Merger.
The name of the  surviving  corporation  shall be  amended in the Merger to be
"Time Warner Inc."

        FIFTH:    The Restated  Certificate  of  Incorporation  of the Company as
in effect  immediately  prior  to the  effective  time of the  Merger  shall be
the certificate of incorporation of the surviving corporation, except that
Article I thereof shall be amended to read in its entirety as follows:

                                ARTICLE I


        The name of the corporation  (hereinafter called the "Corporation") is Time
Warner Inc.

        SIXTH:    This  Certificate of Ownership and Merger,  and the Merger
provided for herein, shall not become effective until, and shall become
effective at 8:00 a.m. on October 16, 2003.

        IN WITNESS  WHEREOF,  the Company has caused this  Certificate of Ownership
and  Merger  to be  executed  by its  duly  authorized  officer  this 9th day of
October, 2003.

                                    AOL TIME WARNER INC.


                                    By:  /s/  Spencer B. Hays
                                         -------------------------
                                    Name:    Spencer B. Hays
                                    Office:  Senior Vice President


                                -5-


_____
**Created by** Morningstar® Document Research
http://documentresearch.morningstar.com