**TRIBUNE COMPANY**
**BOARD OF DIRECTORS MEETING**
**MAY 1, 2006**

The Tribune Company Board of Directors met at 5:30 p.m. on Monday, May 1, 2006, at Tribune Tower, Chicago, Illinois, pursuant to notice. The meeting was attended by Jeffrey Chandler, Dennis J. FitzSimons, Roger Goodan, Betsy D. Holden, Robert S. Morrison, William A. Osborn, J. Christopher Reyes, William Stinehart, Jr. and Dudley S. Taft. Enrique Hernandez, Jr. and Kathryn C. Turner participated in the meeting via telephone.

Portions of the meeting were attended by Donald C. Grenesko, Crane H. Kenney, Thomas D. Leach, John E. Reardon and Scott C. Smith. Thomas A. Cole of Sidley Austin LLP, and Michael Costa, Michael O'Grady and Todd Kaplan of Merrill Lynch also participated in a portion of the meeting.

Mr. FitzSimons acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. FitzSimons called the meeting to order at 5:30 p.m.

**AUDIT COMMITTEE APPOINTMENT**

Mr. FitzSimons discussed the vacancy created on the Audit Committee as a result of Kathryn Turner's announced retirement following the May Board meeting. The Board discussed its desire to appoint Chris Reyes to the Audit Committee prior to the Audit Committee meeting the following morning and after further discussion, the nomination was made, seconded and unanimously approved to appoint Chris Reyes to the Audit Committee.

**STRATEGIC PLANNING REVIEW**

Messrs. Costa and O'Grady then circulated a written report regarding strategic alternatives for the Board's consideration. Mr. Costa reviewed prior Merrill Lynch presentations to the Board and new developments. He also reviewed recent market and transaction developments as relevant data to a valuation of Tribune. Mr. Costa and Mr. O'Grady then reviewed a range of recapitalization alternatives, the benefits and considerations of a leveraged recapitalization, potential debt levels, leverage sensitivity to operating performance and potential value creation for shareholders. Mr. Costa also reviewed the potential of combining a recapitalization with a spin-off transaction or spin-merge transaction. Mr. O'Grady then reviewed current favorable debt capital markets and advantageous financing opportunities. The Board asked questions of Mr. Costa and Mr. O'Grady throughout their presentation.

Mr. FitzSimons and Mr. Smith discussed cost savings that would accompany a leveraged recapitalization and potential divestitures that would reduce the Company's debt levels.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0433989

Mr. Cole  Redacted
Redacted

The Board then recessed for ten minutes and reconvened for dinner without Mr. Hernandez and Ms. Turner participating. The Board continued its discussion of a potential recapitalization transaction and also discussed a report contained in the Board book regarding the progress toward a potential redemption of the Company's interests in TMCT I. Mr. Stinehart described progress from the Chandler Trusts' perspective and Mr. Kenney commented on the Company's viewpoint. Mr. Stinehart also expressed his concern regarding the Chandler Trusts' participation in the tender offer if it caused the loss of any of their three Board seats, citing legal opinions that allow the Chandler Trusts to avoid forced diversification of their Tribune stock as long as they maintain their three Board seats.

Following further discussion, the Board requested that management and Merrill Lynch continue exploring a potential leveraged recapitalization transaction and schedule a special Board meeting to advise the Board of their progress.

Following dinner, the Board met in private session without Messrs. Chandler, Goodan and Stinehart to discuss next steps in the TMCT negotiations.

**ADJOURNMENT**

There being no further business to come before the Board, the meeting was adjourned at 7:00 p.m.

_____
Secretary

2

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0433990