**CONFIDENTIAL**
**FOR BOARD USE ONLY**

# TRIBUNE COMPANY
# LEVERAGED RECAPITALIZATION

## INTRODUCTION

Management recommends that the Company execute a leveraged recapitalization that would include the repurchase of up to 75 million common shares, or approximately 25% of common shares outstanding, for $2.4 billion. This recommendation follows the Board's directive from our May 2 meeting to further develop the recapitalization plan and to do so expeditiously in order to take advantage of the current favorable interest rate environment. The recommendation is supported by seven months of strategic planning undertaken since the October 2005 Board meeting in Wisconsin.

In October, management, Merrill Lynch and Boston Consulting Group presented a comprehensive strategic review of the Company's operating businesses and capital structure. While there was some difference of opinion among the forecasts for growth within our core businesses, there was consensus around the subject of returning capital to shareholders.

At the December and February Board meetings, a variety of strategic alternatives were reviewed, including a leveraged spin-off or sale of our broadcasting holdings, a merger with Gannett and taking the Company private through a leveraged buy-out. With the exception of the Gannett scenario, which Merrill Lynch viewed as extremely unlikely given the dilutive impact to Gannett and their failure to participate in the Knight Ridder auction, the other strategic alternatives were structured to capitalize on the highly attractive debt capital markets to finance significant stock repurchases.

At the May 2 Board meeting, Merrill Lynch confirmed that now is a very attractive and opportune time to pursue a leveraged recapitalization. Citigroup has independently confirmed this view.

Separately, as we informed the Board earlier this month, we are still actively exploring a leveraged spin-off of the Broadcasting Group either as a separate public company or in a spin/merge transaction with Hearst-Argyle. To facilitate this, PwC will complete its field audit work by the end of May. Preparation of financial statements and the registration statements is in process. Our investment bankers advise that the most opportune time for a spin would be after assessing the performance of the new CW Network. Management is also in discussions with CBS on the sale of the WGN Superstation.

Given that our core businesses appears to have stabilized, very attractive financing remains available at least for the time being, and the continued strategic flexibility that this plan provides as we assess our broadcasting and publishing asset mix, management enthusiastically endorses the following recapitalization plan.

CONFIDENTIAL
FOR BOARD USE ONLY

## RECOMMENDATION AND SUMMARY

The proposed recapitalization would be structured in two steps (i) a tender offer for 63 million common shares, or approximately 21% of common shares outstanding, and (ii) open market repurchases after the tender offer closes of up to an additional 12 million shares (4% of common shares outstanding). These repurchases would be financed through a combination of bank debt and publicly-issued bonds. Merrill Lynch and Citigroup, our lead advisors on this proposed transaction, have provided the Company with a financing commitment for up to $4.5 billion to fund the tender offer, to refinance our outstanding commercial paper and other near-term debt maturities, and to replace our existing revolving bank credit agreements. If the Board of Directors approves this transaction, we would plan to launch the tender offer on May 30, with the offer closing on June 26.

The proposed recapitalization is attractive because it allows us to repurchase a substantial amount of the Company's equity at a time when our business is beginning to show signs of improvement. We believe that the proposed transaction, along with our five-year business outlook which is attached in Exhibit 1, will drive our stock price to the $50/share range by 2010. This increase represents a 16% annualized total return for shareholders over this period, including our 2% dividend yield. In addition, this transaction will allow us to optimize our capital structure and return considerable capital to shareholders at a time when debt capital market conditions are very favorable.

The principal benefits of the proposed transaction include:

- Communicating management's strong conviction that the current stock price does not reflect the fundamental value and long-term earnings power of our assets
- Lowering Tribune's cost of capital through the replacement of higher cost equity with lower cost debt, thereby driving shareholder value
- Maintaining investment grade credit ratings from Standard & Poor's and Fitch Ratings despite the fact that we will be downgraded below investment grade by Moody's
- Providing immediate earnings per share accretion
- Addressing the needs of shareholders who want liquidity while maintaining a commitment to existing bondholders
- Allowing continued flexibility to pursue strategic alternatives such as asset sales or spin-off transactions

Following completion of the proposed recapitalization, the Company will swiftly improve its credit quality. As part of the plan, Tribune intends to eliminate $200 million of annual operating costs over the next two years and repay up to $2.1 billion of debt by the end of 2010 while still allowing for $750 million of planned investments during this period. The Company will use the same discipline as demonstrated following our acquisition of Times Mirror.

1.

Confidential

CITI-TRIB-CC 00022074

CONFIDENTIAL
FOR BOARD USE ONLY

Similar to the Times Mirror acquisition, the proposed transaction will increase our debt-to-operating cash flow ratio to approximately 3.5x (excluding the PHONES) and 4.2x (including the PHONES). Our current projections provide for meaningful debt repayment capacity and we will have the ability to reduce our leverage to 1.8x (excluding the PHONES) and 2.4x (including the PHONES) by 2010. Also, as part of our plan, we propose to lower our target for long-term debt ratings to "BBB" which will allow us to maintain a debt-to-operating cash flow ratio in the 3x range. At this level, our total debt could remain in the $4.5 billion range in 2008-2010, which would give us the additional financial flexibility to make more investments or repurchase shares in 2009 and 2010, if shareholder value would be well served. At the "BBB" level, Tribune will be in-line with other major media companies (Exhibit 2).



We reviewed this plan with Standard & Poor's, Moody's and Fitch Ratings on May 18. Standard & Poor's has confirmed that based on the proposed transaction, we would be assigned a "BBB-" credit rating with a negative outlook, which would retain our investment grade. Fitch has also indicated that our credit rating would be "BBB-;" however, they will also assign a negative outlook and would expect us to reduce our debt-to-operating cash flow ratio to at least 3.5x by the end of 2007 versus our current ratio of 3.8x. Moody's has had us under review and downgraded us to "Baa1", from "A3" on May 23. They indicated that they would downgrade us to below investment grade to "Ba1" following the tender offer. While we were hoping to retain the investment grade ratings from Moody's, we recognized that because of their significant concerns with the long-term prospects for the industry, this was not likely.

Nevertheless, by the end of 2008, our debt-to-operating cash flow ratio should improve to 2.6x (excluding the PHONES) and 3.3x (including the PHONES), which we believe are levels consistent with "BBB" and would enable us to regain access to

| Credit Ratings | | | |
|---|---|---|---|
| | Current | Post Transaction | Long-Term Target |
| S&P | A- | BBB-* | BBB |
| Moody's | Baa1* | Ba1 | Baa2 |
| Fitch | A-* | BBB-* | BBB |
| *Negative Outlook | | | |

| Traditional Credit Ratings Criteria | |
|---|---|
| Debt-to-Operating Cash Flow Ratio | |
| S&P/Moody's | Debt-to-OCF |
| A+/A1 | 1.5x |
| A/A2 | 2.0x |
| A-/A3 | 2.5x |
| BBB+/Baa1 | 3.0x |
| BBB/Baa2 | 3.5x |
| BBB-/Baa3 | 4.0x |
| BB+/Ba1 | 4.5x |

Confidential                                                                                                                                         CITI-TRIB-CC 00022075

the lower cost financing available in the commercial paper market. In the event that we do not meet our operating projections, we are prepared to monetize non-core assets in order to retain our investment grade ratings from S&P and Fitch.

## STOCK REPURCHASES

A large debt-financed stock repurchase will lower the Company's overall cost of capital to approximately 7.5% from 8% and thereby increase shareholder value by replacing "expensive" equity (10% expected rate of return) with lower cost debt (4% after-tax cost). Furthermore, since we are saving a 2.3% dividend yield on the shares repurchased, the actual after-tax cost of the proposed transaction will only be about 2%, or an incremental $50 million annually. This is less than 10% of our projected annual free cash flow.

In addition, with the Company's EBITDA multiple at 7.5x, we are currently below the 8.3x average for the newspaper publishing peer group. We feel that a substantial repurchase is a very attractive investment at this time. Our stock price and valuation have been negatively impacted over the past two years due to a number of issues.

In 2004, we uncovered circulation fraud at Newsday. This situation strained relationships with advertisers, required the rebuilding of Newsday's circulation strategies and provided the opportunity for a new preprint competitor, CBA, to take important business away from Newsday. Today, we have made retribution payments to the vast majority of affected advertisers and restored relationships. Under the leadership of Publisher Tim Knight, Newsday's circulation has stabilized and in March, Newsday resumed its regular ABC reporting after being censured. And just this month, we reached tentative agreement with a major preprint advertiser to return to Newsday from CBA.

In 2005, we suffered the $1 billion loss of the Matthew Bender tax case, inherited from Times Mirror. Our appeal is scheduled for November of this year.

### Dutch Auction Tender Offer

Merrill Lynch and Citigroup advise that the most effective way for the Company to repurchase a substantial block of its stock is through a Dutch Auction tender, whereby the Company would offer to purchase a targeted number of shares within a specified price range. Since 2002, 17 of the 19 largest self-tenders executed in the U.S. have been in the form of a Dutch Auction tender. The other two were executed at a fixed-price. The banks have also advised that we should retain some additional capacity after the tender offer to repurchase shares in the open market and are therefore advising that we target 63 million common shares in the tender offer at $32.50/share for a total cost of $2.0 billion. This would represent a 16% premium over the current stock price and would leave us with approximately $400 million of additional share repurchase capacity to support the stock through open market repurchases, which may commence following a ten business day waiting period after the tender offer closes.

Confidential

CITI-TRIB-CC 00022076

**CONFIDENTIAL**
**FOR BOARD USE ONLY**

The primary benefits of the Dutch Auction tender offer are:

- Immediate purchase of a substantial block of stock
- Likelihood of achieving a lower "clearing price" compared to a fixed-price tender offer
- Highly visible announcement that signals management's confidence in the business

In terms of pricing, because the Company offers to repurchase a limited number of shares in a specified price range, a Dutch Auction tender offer is designed to create competition among the interested sellers. The low end of the offer range is typically set at slightly above the current stock price and the high end of the range at a 15-20% premium. At the expiration of the tender (20 business days), we will select the lowest single "clearing price" that allows us to purchase the targeted number of shares, and all sellers will receive this price. Typically, this clearing price is about 10% above the market price the day before the announcement.

If more than the targeted number of shares are tendered, we can (i) purchase the target number of shares at the "clearing price" and prorate all tendering shareholders, (ii) purchase up to an additional 2% of shares outstanding (about 6 million shares) at the "clearing price" or (iii) increase the number of targeted shares which would require that the tender offer remain open for a minimum of ten business days following such an increase.

If fewer than the targeted number of shares are tendered, we can (i) purchase all shares tendered at the "clearing price" and the tender would then expire, (ii) extend the expiration date on the same terms or (iii) increase the price range, which would require that the tender offer remain open for a minimum of ten business days following such an increase.

Merrill Lynch and Citigroup will act as our Lead Dealer Managers on the tender offer. The Company will pay $0.03/share in execution fees which, depending on the number of shares tendered, will total approximately $2 million. While fees for self tender offers are not disclosed publicly, our research indicates that fees for this size of tender offer are typically in the $0.03-$0.10/share range.

**Determining Tender Offer Price**

Determining the stock price range is the most critical decision of the tender offer process and is highly dependent upon a number of factors, including:

- Overall size of the tender offer
- Stock price performance prior to the announcement
- Recent changes to the shareholder base
- Possible levels of participation of McCormick Tribune Foundation and the Chandler Trusts

5

CONFIDENTIAL
FOR BOARD USE ONLY

Merrill Lynch and Citigroup recommend that the high end of the tender price range be at a 15% - 20% premium to the stock price on the day before the announcement. Based on our current stock price of $28/share, this would translate to a range of between $32.20 and $33.60. At the Board meeting, we will set the price range for the tender offer.

We have been advised that the Index Mutual Funds are not likely to tender and will instead rebalance their position after the tender offer. In addition, we do not expect many employees to tender their shares nor any directors or executive officers.

**Shareholder Analysis**
*(In millions)*

|  | Shares Owned | Percent Owned |
|---|---|---|
| **Insiders:** |  |  |
| McCormick Tribune | 41 | 14% |
| Chandler Trusts | 37 | 12% |
|  | 78 | 26% |
| Employees/directors | 12 | 4% |
|  | 90 | 30% |
| **Public Float:** |  |  |
| Index funds | 51 | 17% |
| Other institutions | 120 | 39% |
| Retail/other | 43 | 14% |
|  | 213 | 70% |
| **Total Basic Shares** | 303 | 100% |

## FINANCING

We are working with Merrill Lynch and Citigroup to determine the most efficient and flexible financing structure. The new financing will total approximately $3.4 billion and include both bank debt and public bonds. The structure will also include a new $750 million five-year revolving credit facility. Merrill Lynch and Citigroup have committed to underwriting the entire bank financing to enable us to launch the tender offer, but these commitments will be syndicated to a large group of financial institutions and/or replaced with permanent financing after the tender offer expires. Between now and the closing of the tender offer, we will negotiate the terms and conditions of this permanent financing.

The financing will include $2.4 billion of incremental debt for our planned stock repurchases, in addition to refinancing (i) approximately $850 million of commercial paper because our credit ratings will fall below the minimum "BBB" credit rating threshold to issue commercial paper and (ii) $250 million of medium-term notes that mature in November 2006.

**Preliminary Financing Structure**
*(In millions)*

|  | Range | |
|---|---|---|
|  | Low | High |
| **Sources of capital:** |  |  |
| Bank debt (5yrs) | $1,000 | $1,500 |
| Public bonds (7-10yrs) | 2,375 | 1,875 |
|  | 3,375 | 3,375 |
| Undrawn credit facility | 750 | 750 |
|  | $4,125 | $4,125 |
| **Uses of capital:** |  |  |
| Stock repurchases | $2,425 |  |
| Refinance CP/other | 950 |  |
|  | $3,375 |  |

The structure will be designed to minimize our on-going interest costs while maintaining the flexibility to prepay as much of the debt as possible without incurring penalties. This is particularly important should we decide to pursue a leveraged spin-off of the Broadcasting Group and end up receiving cash in such a transaction. However, we need to balance this with our desire to extend the maturities of some of our new debt through

Confidential                                                                                                                    CITI-TRIB-CC 00022078

the issuance of longer-term public bonds. Merrill Lynch and Citigroup have advised that we can issue between $1.0 and $1.5 billion of bank debt, which is prepayable without penalty, and between $1.9 and $2.4 billion of seven and ten-year bonds.

In terms of interest rates, we are currently in a favorable interest rate and debt capital markets environment. Initially, we expect that the total interest rate on financing will be below 7%, which is low as measured by historical standards.



**Financing Structure**

| | | Underwriting Fee | | Interest Rate | | | "All-in" |
|---|---|---|---|---|---|---|---|
| | Amount | Rate | Amount | LIBOR | Spread | Total | Cost |
| Bank Debt (5yrs) | $1,000 | 0.80% | $8 | 5.25% | 0.88% | 6.13% | 6.29% |
| Bonds (7-10yrs) | 2,375 | 0.88% | 21 | - | - | 7.15%[1] | 7.25% |
| | $3,375 | 0.85% | $29 | | | 6.85% | 6.97% |
| Credit Facility (5yrs)[2] | 750 | 0.80% | 6 | | | | |
| Total | $4,125 | 0.84% | $35 | | | | |

*Preliminary Summary Terms Based of $1B of Bank Debt ($ in millions)*

(1) Including 0.25% for the cost of a 5yr call option. (2) In addition, the revolver will have a 0.20% undrawn annual fee.

Confidential

CITI-TRIB-CC 00022079

**CONFIDENTIAL**
**FOR BOARD USE ONLY**

*Bank Debt*

We would establish a new five-year bank loan totaling up to $1.5 billion. This type of loan is called a "Bank Term Loan A" and has a variable interest rate that would be initially determined by adding a 0.875% spread to the London Interbank Offered Rate ("LIBOR"). This spread over LIBOR would change with changes in the Company's credit ratings. LIBOR has become the most common reference rate for commercial paper, bank loans, floating rate notes and swaps of fixed to floating rate debt. Our bank debt would be tied to the three-month LIBOR, currently at 5.2%, and would be reset quarterly. Our interest payments would also be quarterly. This loan would be a five-year bullet loan where the principal would not be due until the end of the fifth year; however, we may repay the loan at any time without penalty.

We will begin to negotiate the terms and conditions of this loan once the tender offer launches. However, it is likely that the loan will include financial maintenance covenants limiting the Company's total leverage ratio to 5.5x debt-to-operating cash flow and requiring an interest coverage ratio greater than 2.5x operating cash flow-to-interest expense. The loan would also likely include certain negative operating covenants limiting, subject to exceptions and materiality qualifications, the ability of the Company (i) to increase debt, (ii) to issue liens or other secured indebtedness, (iii) to sell certain assets or (iv) to make investments or acquisitions. In addition, this loan would require the Company's material operating subsidiaries to guarantee the loan, however no security interest would be required. These guarantees will only apply to the bank debt and will not apply to the Company's existing public bonds or any public bonds that it will issue in order to refinance the bridge loan described below.

*Bridge Loan*

A bridge loan, commonly referred to a "364-day Capital Markets Tranche," will act as a temporary bridge financing until we close our public bond offerings as described below. The bridge loan would give us the flexibility to issue public bonds when market conditions are favorable. The terms and conditions of the bridge would be similar to those of the Bank Term A Loan, although the bridge loan would not require an underwriting fee if repaid within 60 days, or a reduced fee if repaid within 120 days.

*Public Debt*

Depending on how much bank debt we issue, the Company would issue between $1.9 and $2.4 billion of long-term, fixed-rate bonds as its permanent financing. The proceeds from this issuance would be used to repay the borrowings from the bridge loan. These bonds would be issued in a seven-year tranche and a ten-year tranche; however, we plan to purchase a five-year call option which would allow us to purchase the bonds at par at the end of the fifth year. This call option will cost an additional 0.25% of annual interest. The bonds would include the same covenants as those included in the Company's existing public bonds.

Confidential                                                                                                              CITI-TRIB-CC 00022080

**CONFIDENTIAL
FOR BOARD USE ONLY**

*Fees*

In total, we would expect to pay approximately $35 million, or 0.8% of the total financing, in fees for this financing. Merrill Lynch and Citigroup have shown us average fees for precedent transactions in the 1% range.

# Redacted for Privilege

### New Bank Credit Facility

As part of the proposed financing structure, we plan to negotiate a new five-year revolving credit agreement for a total of $750 million with our current bank group. This facility would replace our existing $1.2 billion credit facility. We do not have any current plans to borrow against this facility; however, depending on the timing of cash flows, we could use it as a source of additional liquidity. The terms and conditions of this facility would be similar to Bank Term Loan A as described above. Importantly, the interest rate on this facility would be the same as the Bank Term Loan A at a 0.875% spread to LIBOR. The facility would include an upfront fee of $6 million and would have a $1.5 million annual undrawn fee. If we were to borrow under this facility, we could repay the borrowings at any time without penalty.

### Fix/Floating Mix

Depending upon how much bank debt will issue, our debt portfolio will consist of approximately 75-80% fixed rate debt and 20-25% variable rate. While this is more heavily weighted to fixed rate exposure than in the past, we believe it is appropriate and advisable given the increased leverage. We could also swap some of our fixed rate exposure to variable at any time in the future.

### Debt Maturity Schedule

Tribune's current debt maturity profile is highly manageable and does not have any single year with onerous refinancing requirements. As shown in the following chart, the proposed transaction would leave us with ample flexibility to pay down the new debt. This structure also provides us with the flexibility to repay all of the bank debt at any time without penalty.



Confidential

CITI-TRIB-CC 00022081

CONFIDENTIAL
FOR BOARD USE ONLY

**Current Bank Credit Facility**

We have been advised by the banks that once we announce the tender offer, we may not be able to issue commercial paper. If this were the case, during the period between announcement of the tender offer and when our permanent financing is put in place, we would need to borrow against our current $1.2 billion revolving credit agreements in order to fund commercial paper maturities as they come due.

We currently have about $825 million of total commercial paper outstanding with an average maturity of 35 days. Of this amount, approximately $230 million will come due in June, prior to the expected closing of our new financing structure. The cost for borrowing under our current credit facility will be about 0.35% higher than our current commercial paper borrowing costs.

## FINANCIAL IMPACT

From a financial perspective, this leveraged recapitalization transaction is attractive. Our projections show that the proposed transaction is immediately accretive in 2006 and increases earnings per share by approximately 6% in each of the years from 2007 to 2010. This earnings accretion is the result of the reduction in our share base from the repurchases more than offsetting the increase in our interest expense from the incremental borrowings. Our financial projections for 2006 to 2010 assume annual growth rates of 1.9% for revenues, 1.6% for cash expenses and 3% for operating cash flow. These growth rates are in line with those included in our three-year financial projections presented to the Board in December 2005.

The Financial Outlook also includes our five-year free cash flow projections (Schedule 2 of Exhibit 1). For purposes of our plan, we are assuming annual capital expenditures of $200 million, $100 million of investments/acquisitions per year and the current dividend rate of $0.72/share through the end of 2010. After making these expenditures, we would still have the capacity to reduce debt by $2.1 billion to a total of $2.8 billion (excluding the PHONES) and $3.8 billion (including the PHONES) by the end of 2010.

**Stress Test**

Importantly, we have stress tested our 2007 to 2010 financial projections and are comfortable that even if we experienced a downturn similar to the 2001 recession, we will still be able to meet all of our interest and principal obligations over that time period. The 2001 recession was particularly severe for Tribune given that the previous year both our Publishing and Broadcasting segments achieved record high revenues and operating cash flow. Consolidated revenues and operating cash flow declined by 7% and 23%, respectively, in 2001. Operating cash flow in Publishing was down 24%, while Broadcasting declined by 21%.

Confidential

CITI-TRIB-CC 00022082

Any near-term recession is likely to have less of an impact on Publishing operating cash flow than in 2001. In the 2001 recession, the largest decline was in the high-margin recruitment advertising category, which decreased by 36% to $386 million from a record $602 million in 2000. In 2006, the largest classified category, real estate, is projected to total just under $400 million and real estate margins are significantly lower than recruitment margins. Also, preprints and online revenues now represent a greater percentage of revenues than in 2001. These revenues were not impacted as severely in the last recession compared to other advertising types.

The analysis shown in the following table assumes a decline in 2007 operating cash flow of 15% in both Publishing and Broadcasting followed by 5% annual growth in 2008 – 2010. This assumes a modest recovery compared to the 20% consolidated operating cash flow growth the Company experienced in 2002, the year following the last recession.

**FINANCIAL OUTLOOK**
($ in millions)

|  | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| **Free cash flow** | $704 | $761 | $811 | $848 |
| Dividends | (173) | (175) | (176) | (177) |
| FCF after dividends | $531 | $587 | $636 | $671 |
| Recession impact | (178) | (188) | (170) | (154) |
| Cash available for debt repayment | $353 | $399 | $465 | $517 |
| **Debt maturities** | $0 | $263 | $0 | $450 |

In addition, as previously mentioned, to the extent that we are unable to meet our projections for the proposed transaction, we would consider monetizing non-core assets. We have already factored into our debt projections the sale of non-core real estate holdings, the corporate airplane and 3 million shares of Time Warner stock which, in total, could yield $100 million of after-tax cash proceeds.

### INVESTOR AND BONDHOLDER REACTION

Management believes that the reaction of the investment community to the proposed transaction will be very positive. The proposed transaction should drive shareholder value through the combination of lowering our cost of capital and the announcement of $200 million of additional cost reductions. In addition, the tender offer provides liquidity to shareholders at a premium to the current market price.

Existing bondholders will likely react negatively to the additional leverage. However, since Moody's placed us on credit watch earlier this year and downgraded us today, our bonds have already traded down to "BBB-" levels. As a result, the impact of the proposed transaction should be somewhat mitigated.

Confidential
CITI-TRIB-CC 00022083

**CONFIDENTIAL
FOR BOARD USE ONLY**

## STRATEGIC FLEXIBILITY

Importantly, the proposed tender offer would not interfere with our pursuit of any of the strategic options reviewed with the Board at the December 2005 Board meeting. Most relevant is our continued review of potential transactions involving Broadcasting, including a possible spin-merge with Hearst Argyle, a sale of one or more assets to CBS and a straight spin-off of Broadcasting to shareholders. In addition, the more theoretical transactions we discussed, including a strategic combination with Gannett or leveraged buy-out, remain possible following the recapitalization.

## OTHER REQUIREMENTS

### SEC Filings

The Company will comply with the SEC's tender offer rules and will file a Schedule TO with the SEC concurrent with the announcement of the tender offer.

### New Shelf Registration

Our current debt shelf registration enables us to issue up to $1 billion in long-term, fixed-rate debt. However, our recapitalization plan calls for us to issue up to $1.9 billion of long-term, fixed-rate debt. Therefore, we need to file a new shelf registration to cover the difference. Under the recently revised debt shelf registration procedures for well-known seasoned issuers such as Tribune, this is a relatively simple process.

### CFO Report as to Surplus, Compliance with Borrowing Agreements and Solvency

As is customary in large stock repurchase transactions, to ensure compliance with applicable provisions of Delaware law, the Company's Senior Vice President/Finance and Administration will present a written report at the Board meeting regarding (i) the adequacy of the Company's capital surplus to consummate the proposed recapitalization, (ii) the effect of the recapitalization on the Company's compliance with various borrowing agreements applicable to the Company and (iii) the solvency of the Company after giving effect to the recapitalization.

### Chandler Trust-Designated Board Seats

The Company's current By-Laws provide for a "CT Nominating Committee" comprised exclusively of directors designated by the Chandler Trusts at the time of the Times Mirror Merger or subsequently nominated or appointed by the CT Nominating Committee. Messrs. Chandler, Gooden and Stinehart currently serve as directors ("CT Directors") of the Company in accordance with these provisions. Pursuant to the By-Laws, the CT Nominating Committee (and the accompanying right to nominate CT Directors or fill vacancies created by the resignation, retirement or death of a CT Director) terminate in the event that the Chandler Trusts sell or otherwise dispose of more than 15% of the

Confidential

**CONFIDENTIAL**
**FOR BOARD USE ONLY**

aggregate shares of Tribune common stock issued to the Chandler Trusts in the Times Mirror Merger. The termination of the CT Nominating Committee does not affect the right of a CT Director to continue to fulfill his existing term as a director.

### Covenant Compliance

The Company has reviewed the material agreements and financial instruments to which the Company and its subsidiaries are a party or by which its or their properties and assets are subject if not aware of any covenant or other agreement that will be breached by the Company's consummation of the recapitalization. The financing commitment provided by Merrill Lynch and Citigroup for this transaction contemplates the termination of the Company's existing revolving bank credit facility.

### Change in Control Provisions

The proposed recapitalization will not trigger any "change in control" rights or payments under the Company's various agreements and compensation/benefit plans.

### Rights Agreement

## Redacted for Privilege

### Equity Plans

The proposed recapitalization will not result in the vesting of any restricted shares or options or otherwise trigger the payment of other benefits under the Company's existing management incentive plans.

### Board Resolutions

Resolutions approving the new term loan facilities and the new undrawn revolving credit facility, hedging transactions related to the credit facilities, the tender offer and the new shelf registration are attached.

CB
5/23/06

Confidential

CITI-TRIB-CC 00022085