Case 08-13141-BLS    Doc 5439-11    Filed 08/20/10    Page 1 of 1



**Media Relations**
back | home

# Tribune Announces Final Results of Modified "Dutch Auction" Tender Offer

30th Jun, 2006 | Posted in Corporate, Financial

Tribune Company (NYSE: TRB) today announced the final results of its modified "Dutch Auction" tender offer which expired at 12:00 midnight, New York time, on Monday, June 26, 2006.

Tribune has accepted for purchase 45,026,835 shares of its common stock at a price of $32.50 per share. These shares represent approximately 15 percent of shares outstanding as of June 26, 2006. Because Tribune is purchasing all of the shares tendered, no proration is required.

The depositary will promptly pay for the shares accepted for purchase. With completion of the tender offer, Tribune now has approximately 258 million shares of common stock outstanding.

Pursuant to the terms of the purchase agreements with the McCormick Tribune Foundation and the Cantigny Foundation, Tribune will also acquire an aggregate of 10 million shares of Tribune common stock on July 12 at a price of $32.50 per share. Tribune plans to repurchase up to an additional 20 million shares in the open market beginning on or after July 12.

Merrill Lynch & Co. and Citigroup served as co-dealer managers for the tender offer. Georgeson Shareholder Communications Inc. served as Information Agent and Computershare Trust Company, N.A. served as the depositary. Any questions about the tender offer may be directed to Georgeson at 17 State Street , 10 th Floor, New York , N.Y. 10004 , telephone 866/767-8963. (Banker and brokerage firms call collect 212/440-9800.)

ShareThis 94 views, 1 so far today
**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

# Contact **Tribune Company**

Gary Weitman
gweitman@tribune.com
312 222.3394