

back | home

# Tribune Revenues Down 5.0% in January

23rd Feb, 2007 | Posted in Corporate, Financial

Tribune Company (NYSE: TRB) today reported its summary of revenues and newspaper advertising volume for period 1, ended February 4. Consolidated revenues for the period were $442 million, down 5.0 percent from last year's $465 million.

This year's period 1 reflects difficult comparisons to 2006 in several key publishing categories. In addition, because of the 53rd week at the end of 2006, Tribune's 2007 reported results by period are impacted by reporting periods that end one week later. The company indicated that period 2 ad revenue trends are better than period 1 in both publishing and broadcasting, particularly retail revenue in publishing.

Publishing revenues in January were $345 million compared with $367 million last year, down 6.0 percent. Advertising revenues decreased 7.3 percent to $268 million, compared with $289 million in January 2006.

- Retail advertising revenues decreased 5.6 percent due to overall retail softness following the holiday season. Weakness in department stores and furniture/home furnishings was partially offset by strength in health care. Preprint revenues, which are principally included in retail, were down 4 percent.
- National advertising revenues declined 3.2 percent; weakness in the auto category was partially offset by strength in movies.
- Classified advertising revenues decreased 11.9 percent. Real estate fell 9 percent, help wanted declined 11 percent and automotive decreased 22 percent. Interactive revenues, which are primarily included in classified, were $20 million, up 17 percent, due to growth in all categories.

Circulation revenues were down 5.2 percent due to single copy declines and continued selective discounting in home delivery.

Broadcasting and entertainment group revenues in January decreased 1.4 percent to $97 million compared with $98 million last year. Television revenues fell 1.5 percent; weakness in auto and retail was partially offset by strength in restaurant/fast food and telecom. Radio/entertainment decreased 0.7 percent.

:: :: ::

This press release contains certain comments or forward-looking statements that are based largely on the Company's current expectations and are subject to certain risks, trends and uncertainties. Such comments and statements should be understood in the context of Tribune's publicly available reports filed with the Securities and Exchange Commission ("SEC"), including the most current annual 10-K report and quarterly 10-Q report, which contain a discussion of various factors that may affect the company's business or financial results. These factors could cause actual future performance to differ materially from current expectations. Tribune Company is not responsible for updating the information contained in this press release beyond the published date, or for changes made to this document by wire services or Internet service providers. The Company's next 10-K report to be filed with the SEC may contain updates to the information included in this release.

ShareThis 123 views, 2 so far today
**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive

and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

## Contact **Tribune Company**

Gary Weitman
gweitman@tribune.com
312 222.3394

- **Press Release Library**

  ### Search

- ### Browse by Type

  - Broadcasting
  - Corporate
  - Financial
  - Interactive
  - Publishing
  - Restructuring
  - Transcripts

- ### Browse by Year

  - 2010
  - 2009
  - 2008
  - 2007
  - 2006
  - 2005
  - 2004

Copyright © 2010 Tribune Company. All Rights Reserved.    :: Site Map   :: Contact Us   :: Terms of Service   :: Help