48833 amsden.harry 121609.txt
0001
1              IN THE UNITED STATES BANKRUPTCY COURT
2                  FOR THE DISTRICT OF DELAWARE
3
4    In Re:                          ) Chapter 11
5            TRIBUNE COMPANY, et al.,  ) Case No.
6                      Debtors.       ) 08-13141 (KJC)
7
8
9                  CONFIDENTIAL PURSUANT TO
10                 CONFIDENTIALITY AGREEMENT
11
12
13              The confidential deposition of
14   HARRY AMSDEN, called for examination, taken
15   pursuant to the Federal Rules of Civil Procedure of
16   the United States District Courts pertaining to the
17   taking of depositions, taken before SUSAN K. TODAY,
18   C.S.R. No. 84-2212, a Notary Public within and for
19   the County of DuPage, State of Illinois, and a
20   Certified Shorthand Reporter of said state, at
21   Suite 3800, One South Dearborn Street, Chicago,
22   Illinois, on December 16, 2009, commencing at
23   9:33 a.m.
24
0002
1    PRESENT:
2            ZUCKERMAN SPAEDER, LLP,
3            (1800 M Street, NW, Suite 1000,
4            Washington, D.C.   20036-5802,
5            202-778-1800), by:
6            MR. GRAEME W. BUSH,
7                 -and-
8            CHADBOURNE & PARKE, LLP,
9            (30 Rockefeller Plaza,
10           New York, New York  10112,
11           212-408-5100), by:
12           MR. MARC D. ASHLEY,
13               appeared on behalf of the Committee
14               of Unsecured Creditors;
15           KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP,
16           (1633 Broadway,
17           New York, New York  10019-6799,
18           212-506-1700), by:
19           MR. SHERON KORPUS,
20               appeared on behalf of New York
21               Law Debentures;
22
23
24
0003
1    PRESENT:   (Continued)
2            O'MELVENY & MYERS, LLP,
3            7 Times Square,
4            New York, New York  10010,
5            212-326-4303), by:
6            MR. ZACK GROSS,
7                appeared on behalf of
8                Bank of America;
9            HENNIGAN BENNETT & DORMAN, LLP,
10           (865 South Figueroa Street, Suite 2900,
11           Los Angeles, California  90017,
12           213-694-1152), by:

```
                     48833 amsden.harry 121609.txt
13       MR. JAMES O. JOHNSTON,
14       MR. JAMES W. BERGMAN,
15            appeared on behalf of the
16            Credit Agreement Lenders;
17       KAYE SCHOLER, LLC,
18       (3 First National Plaza, Suite 4100,
19       70 West Madison Street,
20       Chicago, Illinois  60602-4231,
21       312-583-2433), by:
22       MR. ROBERT M. SPALDING,
23            appeared on behalf of Merrill Lynch;
24
0004
 1  PRESENT:  (Continued)
 2       DAVIS POLK & WARDWELL, LLP,
 3       (450 Lexington Avenue,
 4       New York, New York  10017,
 5       212-450-4462), by:
 6       MR. LYNN EARL BUSATH,
 7            appeared on behalf of JPMorgan Chase;
 8       SIDLEY AUSTIN, LLP,
 9       (One South Dearborn,
10       Chicago, Illinois  60603,
11       312-853-7621), by:
12       MR. JAMES W. DUCAYET,
13            -and-
14       SIDLEY AUSTIN, LLP,
15       (1501 K Street, N.W.,
16       Washington, D.C., 20005,
17       202-736-8000), by:
18       MR. DAVID M. MILES,
19            appeared on behalf of Tribune Company.
20  ALSO PRESENT:
21       MR. MARK F. RULE,
22        Alix Partners, LLP.
23  REPORTED BY:  SUSAN K. TODAY, C.S.R., R.P.R.
24            License No. 84-2212.
0005
 1                 (WHEREUPON, the witness was duly
 2                  sworn.)
 3                 HARRY AMSDEN,
 4  called as a witness herein, having been first duly
 5  sworn, was examined and testified as follows:
 6                 EXAMINATION
 7  BY MR. BUSH:
 8       Q.    Good morning, Mr. Amsden.  Would you
 9  please state your name full name?
10       A.    Harry Amsden.
11       Q.    Would you spell your last name?
12       A.    A-m-s-d-e-n.
13       Q.    All right.  My name is Graeme Bush, and
14  I'm from Zuckerman Spaeder which is special counsel
15  to the Creditors Committee in the Tribune
16  bankruptcy.
17            I'll be asking you some questions this
18  morning and perhaps into the afternoon and perhaps
19  some of the other people who are sitting around the
20  table will ask questions after I am done.
21            If any question I ask or any question
22  anybody else asks is confusing to you, you don't
23  understand it, please ask people to -- ask me to
24  clarify it.
0006
```

48833 amsden.harry 121609.txt
```
 1        A.    Okay.
 2        MR. DUCAYET:   Before we get started, do we
 3  want to have everybody identify themselves for the
 4  record?
 5        MR. BUSH:   That would be all right.
 6             I'm Graeme Bush from Zuckerman Spaeder
 7  as I just said.
 8        MR. RULE:   Mark Rule, Alix Partners.
 9        MR. ASHLEY:   Marc Ashley from Chadbourne &
10  Parke for the Creditors Committee.
11        MR. KORPUS:   Sheron Korpus with Kasowitz,
12  Benson for Law Debentures.
13        MR. DUCAYET:   Jim Ducayet, Sidley & Austin, on
14  behalf of the debtor and the witness.
15        MR. MILES:   David Miles, Sidley & Austin.   The
16  same.
17        MR. BUSATH:   Lynn Busath from Davis Polk &
18  Wardwell for JPMorgan Chase Bank.
19        MR. JOHNSTON:   Jim Johnston, Hennigan Bennett
20  & Dorman, on behalf of various Credit Agreement
21  Lenders.
22        MR. BERGMAN:   Jim Bergman, Hennigan Bennett &
23  Dorman.
24        MR. GROSS:   Zack Gross, O'Melveny & Myers, on
0007
 1  behalf of Bank of America.
 2        MR. BUSH:   Okay.   One other thing that's
 3  important in the course of the deposition is to try
 4  and wait until I finish the question.   It's hard
 5  for the court reporter to take down two people
 6  talking at the same time.
 7             Is that all right?
 8        A.    That's fine with me.
 9        MR. BUSH:   A couple of things let me just put
10  on the record.   Before the deposition started there
11  was a conversation amongst counsel in which we
12  agreed that the deposition will be governed by the
13  provisions of the document depository order, which
14  I understand the Bankruptcy Court issued yesterday.
15  I suspect that most people or maybe nobody has
16  signed on to that order yet, but we agreed that the
17  deposition will be subject to the terms of that
18  order.
19             In addition, we've agreed to certain
20  stipulations.   One is that the only objections that
21  need to be made here are objections to form.   All
22  other objections will be reserved for any hearing
23  or trial.
24             And we have also agreed that an
0008
 1  objection made by any one person will be good for
 2  all the other people in attendance so that we don't
 3  have to have everybody making objections.
 4             Did I accurately state that, counsel?
 5             Hearing no objection, yes, I did.
 6  BY MR. BUSH:
 7        Q.    Mr. Amsden, during the period 2006 to
 8  2007 by whom were you employed?
 9        A.    I'm employed by Tribune Publishing
10  Company, which is a subsidiary of Tribune Company.
11        Q.    And what was your title?
12        A.    I was vice president of finance for
13  Tribune Publishing.
```
Page 3

48833 amsden.harry 121609.txt
```
14        Q.      What were your responsibilities?  Again,
15   during this period of time.
16        A.      This time period would have spanned
17   April of 2006 through all of 2007 I had that role.
18   I was responsible for oversight for the financial
19   activities for the Tribune publishing group,
20   including the interactive operations.
21               I also had responsibility over certain
22   parts of our Shared Services Center and also an
23   advertising sales support function.
24        Q.      Okay.  How long have you been in that
0009
 1   position?
 2        A.      I started in that position April 2006
 3   and I was in that position until April 2008.
 4        Q.      What position did you hold prior to
 5   April of 2006?
 6        A.      I was vice president of corporate
 7   compliance for Tribune Company.
 8        Q.      Who was your employer?
 9        A.      It was Tribune Company, the parent
10   company.
11        Q.      How long were you vice president of
12   corporate compliance for Tribune Company?
13        A.      I started that position in February of
14   2005 and then I was promoted to the next position
15   in April 2006.
16        Q.      What position did you hold prior to
17   February of 2005?
18        A.      I was assistant controller for Tribune
19   Company.
20        Q.      How long did you hold that position?
21        A.      I had that position for approximately
22   five years.  I was appointed that position in mid
23   2000.
24        Q.      And prior to becoming assistant
0010
 1   controller?
 2        A.      I was director of financial reporting
 3   and planning for Tribune Company.  I started that
 4   position in April of 1998.
 5        Q.      In all of these prior positions -- by
 6   "prior" I mean prior to April of '06 -- did you
 7   have responsibility for all parts of the Tribune
 8   Company or were you focused on any particular part?
 9        A.      I was a Tribune Company employee.  So in
10   that role I really had responsibility for the
11   consolidated operations, whether it was financial
12   reporting or corporate compliance.
13        Q.      Okay.  Let's continue back in the
14   history of your employment.  Prior to your
15   employment as director of financial reporting of
16   the Tribune Company what were you?
17        A.      Starting in November of 1996 I was vice
18   president of finance for Everyday Learning, which
19   was an educational subsidiary of Tribune Company.
20        Q.      I'm sorry.  Vice president of?
21        A.      Vice president of finance for Everyday
22   Learning.  It was an educational subsidiary of
23   Tribune Company.
24        Q.      Prior to that job?
0011
 1        A.      I was controller for the Orlando
```
Page 4

48833 amsden.harry 121609.txt
2  Sentential, a newspaper we owned in Orlando,
3  Florida.  I started that position in the beginning
4  of 1994.
5      Q.    I know we are going back in time but
6  prior to that?
7      A.    Prior to that I was assistant controller
8  at the Orlando Sentential.  I started that position
9  in January of 1998.
10     Q.    And prior to that?
11     A.    I was an auditor in the corporate audit
12  staff at Tribune Company.  I started that in 1986.
13     Q.    Internal audit?
14     A.    Yes
15     Q.    And before that?
16     A.    Before that I worked at Arthur Andersen
17  Company in Chicago in the commercial audit
18  division.  I was there approximately five years.
19     Q.    Do you have a college degree?
20     A.    Yes.  I have a Bachelor's degree in
21  accounting from the University of Illinois down in
22  Champagne-Urbana.
23     Q.    When did you get that degree?
24     A.    I graduated in May 1981.
0012
1      Q.    Do you have any post-graduate degrees?
2      A.    No post-graduate degrees.
3      Q.    All right.  Then coming back to the
4  present, you said that you've held the job that you
5  held during the period 2006 to 2007 until I think
6  April of 2008; is that correct?
7      A.    That's correct.
8      Q.    What was your position after that?
9      A.    My current position, which I have held
10  since April 2008, is senior vice president of
11  financial operations for Tribune Company.
12     Q.    All right.  I would like to ask you a
13  little bit about the financial planning process
14  that you were involved in between 2006 and 2007 --
15  or in 2006 and 2007.
16     A.    Okay.
17     Q.    First of all, I would just like to find
18  out generally what your responsibilities were for
19  formulating operational plans.
20           Actually, before I do that, I have seen
21  in the documents different kinds of references to
22  different kinds of plans, and I am not sure what
23  they are.  So maybe it makes sense for you to
24  explain what those are.
0013
1            I've seen something called an
2  operational plan that seems to be a one-year plan.
3      A.    Uh-huh.
4      Q.    And I have seen something called
5  projections.  And I have seen something called a
6  model, which is spread over five years.
7            And maybe those are different names for
8  the same thing in some cases or not, but maybe you
9  could explain that generally.  I'm sorry to ask
10  such an open-ended question, but it might be
11  helpful if you just explain it.
12         MR. DUCAYET:  Go ahead.
13  BY THE WITNESS:
14     A.    Okay.  I can do that.  Normally our

48833 amsden.harry 121609.txt
15  operating plan is a one-year plan.  We normally
16  start to develop that plan in late summer of the
17  previous year.  So for the 2007 plan we would have
18  started the development of that in the summer of
19  2006, usually around late July or early August.
20          And that is developed obviously with
21  significant input from the business units.  They
22  are formulating their plans.
23          My role was really to coordinate that
24  for the publishing group, including interactive.
0014
1   And then obviously our plan process ultimately
2   culminates with a presentation to the board of
3   directors, which in this case was done in February
4   2007 where we requested approval of the plan.
5   BY MR. BUSH:
6       Q.    All right.  And then there is something
7   called projection.  What's that?
8       A.    Projection.  Usually what we are
9   undertaking as part of that plan process is to get
10  our best financial update for the current year.  So
11  normally in that late July, early August time frame
12  we are trying to get our best estimates on how the
13  current year will finish.
14          In this case, it would have been 2006.
15          So each of the business units will come
16  back to us with their best estimates of their
17  financial performance for that year.
18          And then obviously that is used as a
19  comparison basis for the plan for the next year, as
20  obviously it's a key part of the process in helping
21  to arrive at the subsequent year's numbers.
22      Q.    So that's also a one-year type of a plan
23  or one-year plan --
24      A.    Yeah.  Well, again, that would just be
0015
1   for the current year.  And again, if we were
2   updating something in August of 2006, it just would
3   be projecting the remainder of 2006.  At that time
4   we would have actual results for the first seven
5   periods of the year, through July.  So at that time
6   we would be undertaking projections basically of
7   August through December of the current year.
8       Q.    Do you have a formal document that
9   reflects the projections for the end of the year at
10  any point in time?
11      A.    As part of this plan process we do.
12  Obviously the business units complete schedules for
13  us that show the projection as of that point in
14  time.  And that's really just part of our overall
15  plan process.
16          In addition to that, it's obviously
17  compared to the plan and then even prior year
18  actuals at times also.
19      Q.    Are there any longer term financial
20  planning documents that are created?  And now I am
21  talking in the normal course of business.  We will
22  get to what happened in 2006, 2007.
23      A.    There is another part of our process
24  that we normally undertake.  It's also our
0016
1   strategic planning process.  Normally that starts
2   up in the spring of the year.  And then that
Page 6

48833 amsden.harry 121609.txt
3    normally culminates with a presentation to the
4    board of directors in October of the year.
5             During that we are going through various
6    strategic plans.  You know, what people want to do
7    obviously to grow the business, what opportunities
8    they see.  Often as part of that process we may ask
9    the business units for some high-level projections
10   for both the current year and a couple years out,
11   or we might have formulated it at the group level
12   just to give the board an overall sense where
13   things may be headed.  Usually that's done at a
14   pretty high level.
15        Q.    Is that done in the same way every year
16   or is that different?
17        A.    It can vary by year.  I mean, the
18   processes for 2006 and 2007 were different, for
19   example.  And even if you went in prior years, the
20   process would be somewhat different each year.  The
21   timing sometimes could be different and the exact
22   nature of the documents and what was presented to
23   the board could be different each year.
24        Q.    Going back to the projections for a
0017
1    minute, if I understood your answer correctly, you
2    don't have projections or don't use projections in
3    the first half of the year; that's really something
4    that's used in the second half of the year; is that
5    right?
6        A.    Normally our process is in the first
7    half of the year.  If you take 2007 as an example,
8    we had our plan approved in the February board
9    meeting.  And just prior to that we had gone
10   through a total redo of the plan with the business
11   units, make sure that we reflected their best
12   thinking.  And that was done as of the end of
13   January of 2007.
14            So normally we are not asking the
15   business units to go back and do a full
16   re-projection of the year for us until we start the
17   planning process for the next year.
18        Q.    You said normally.  Was it different in
19   2007?
20        A.    I don't believe it was different in
21   2007.
22        Q.    All right.  There is -- and I will show
23   you some of these documents later, but let me ask
24   you about it now to the best of your recollection.
0018
1    If you can answer, I would appreciate it.
2             There is a document that I think has
3    been referred to as the Brown Book.  Are you
4    familiar with that?
5        A.    Yes, I am.
6        Q.    And what is that?
7        A.    Brown Book is the consolidated financial
8    results of the company.  It's income statements for
9    each of the business units and then an overall
10   consolidation.
11        Q.    Does that come out shortly following the
12   end of each month?
13        A.    Yeah.  Once we finish our period close
14   process, corporate financial reporting department
15   will issue that.

48833 amsden.harry 121609.txt
16      Q.      How quickly after the end of the month
17 does it typically come out?
18      A.      After the end of the period, usually
19 about two to two-and-a-half, three weeks or so.
20      Q.      That long?
21      A.      Yes, it does.
22      Q.      Do Brown Books have a comparison of
23 results to plan?
24      A.      They normally do.
0019
1       Q.      And that plan is the operating plan that
2 has been approved by the board for that year?
3       A.      Yes.  That plan always stays the same
4 throughout the year.
5       Q.      There is also something that I've heard
6 referred to as flash reports.  Are you familiar
7 with what those are?
8       A.      Yes.
9       Q.      Could you explain what those are?
10      A.      Flash reports normally come out just
11 after the period close process is done.  That often
12 is -- they come out usually maybe I would say a
13 week to maybe seven days after the period close
14 process -- or after the period closes.  It's an
15 early indication, an estimate, of the period
16 results.
17      Q.      What's reflected on the flash reports?
18      A.      Usually it will show, you know, the
19 current period and year-to-date results.
20      Q.      Is it compared to plan?
21      A.      I believe normally it is compared to
22 plan.  It's also compared to the prior year
23 typically.
24      Q.      What level of detail is contained in it?
0020
1       A.      It's very high level.  That normally is
2 just an operating cash flow number by business
3 unit.  There may be, you know, for instance,
4 obviously corporate expenses on there, interest
5 expense, other categories to work you down to net
6 income.  But that is a very high-level document
7 just to give you an early indication of what the
8 financial results look like.
9       Q.      You said that comes out monthly?
10      A.      That would come out after each period
11 close.  Usually, again, it will come out maybe
12 about six to eight business days after the end of
13 the period.
14      Q.      Is there a report that comes out after
15 the close of each week in a period?
16      A.      The report I am referring to does not.
17      Q.      Is there a report that does?
18      A.      There is a report that comes out each
19 week on Monday morning that shows the ad revenue
20 and circulation revenue results for the prior week.
21      Q.      What's that report called within the
22 company?
23      A.      That's our weekly ad revenue report.
24 Normally it's issued every Monday morning.
0021
1       Q.      Does that compare the weekly results to
2 plan?
3       A.      Most of the comparisons, I believe, are
                          Page 8

48833 amsden.harry 121609.txt

```
 4  to the prior year.  It may be to plan also.
 5      Q.     Is that issued on a consolidated basis
 6  or some other basis?
 7      A.     No.  The report I am referring to is
 8  just issued for the publishing group.
 9      Q.     All right.  During the period of 2006 to
10  2007 were your responsibilities limited to the
11  publishing group?
12      A.     Yes.  With the exception of my service
13  center responsibilities where they would make --
14  there may be -- some of those responsibilities
15  obviously went over to corporate broadcasting.
16             But as far as any financial reporting
17  responsibilities, that would be just with the
18  publishing group.
19      Q.     Who was responsible for broadcasting?
20      A.     Broadcast had their own group.  There
21  were a couple financial people there.  John
22  Poelking and Gina Mazzaferri.
23      Q.     I have seen referred -- something called
24  a data room referred to in some of the documents
0022
 1  that we have been looking at.  Do you know what
 2  that is?
 3      A.     We established an electronic data room
 4  as part of this whole process.  That was
 5  coordinated by our corporate development group and
 6  that was just a way for us to maintain documents
 7  and also be able to restrict access to only people
 8  who need to see those documents.
 9      Q.     You said you created the data room in
10  connection with this whole process.  What process
11  do you mean?
12      A.     It was really the process that started
13  in late 2006 when we undertook looking at various
14  options for what to do with the company.
15      Q.     What kinds of documents were placed in
16  the data room?
17      A.     Various financial reports and summaries.
18  The Brown Book you referred to I am sure was placed
19  in there.  It's possible other documents that were
20  requested by certain potential bidders would be
21  placed in there so they could be viewed by anybody.
22      Q.     Were you responsible for placing
23  information in the data room?
24      A.     No, I was not.
0023
 1      Q.     Who was?
 2      A.     It would have been out of our corporate
 3  development group.  And that was coordinated under
 4  Tom Leach and Dan Kazan.
 5      Q.     Do you know who had access to the data
 6  room?
 7      A.     I don't know who had access offhand.
 8      Q.     In general did the bidders have access
 9  to at least some parts of the data room?
10      A.     I believe some parts of the data room
11  they did have access to.
12      Q.     And to your knowledge did any of the
13  solvency experts have access to the data room?
14      A.     I don't know the answer to that
15  question.  You would have to ask Dan Kazan.
16      Q.     To your knowledge, did any of the -- I'm
```

48833 amsden.harry 121609.txt
17   going to call them the banks -- but the financial
18   institutions that were considering extending credit
19   in connection with the transactions have access to
20   the data room?
21         A.    Again, Dan Kazan would be the best one
22   to ask on that one.
23         Q.    Are you aware that at any point during
24   the process of considering the restructuring
0024
1    transactions or options that the data room was
2    stopped being used?
3          A.    I am not aware of that.
4          Q.    Did you have any interaction with VRC
5    during 2007?
6          A.    Yes, I did.
7          Q.    Can you describe generally what that
8    interaction was?
9          A.    I attended various meetings where we
10   presented our financial results and the financial
11   models that were used as part of the transaction.
12   We gave presentations and answered questions.
13         Q.    Did you ever have any discussion that
14   focused on the reasonableness of the projections
15   that were given to VRC?
16         A.    We took them through the detail of the
17   projections and also explained to them how they
18   were developed from that standpoint.
19         Q.    Do you remember any questions in
20   particular that were asked by VRC about the
21   projections?
22         A.    I can't remember specific questions.  I
23   know there were follow-up questions after meetings
24   though.
0025
1          Q.    Did you understand that VRC conducted
2    any review of the projection process to determine
3    whether or not the projections were reasonable?
4          A.    They asked us how the projections were
5    developed, and obviously we gave them all the
6    documents we had in connection with those
7    projections.  So that was my interaction with them
8    in that area.
9          Q.    You talked earlier about the process
10   being a little different for 2007 for building the
11   operating plan.  And I would like to focus on that
12   for a second.
13         A.    Okay.
14         Q.    First of all, there was a process that
15   led to the development of a multi-year model, was
16   there not?
17         A.    Yes.
18         Q.    Was that different from what you usually
19   did?
20         A.    Normally we did not develop a five-year
21   model as part of the operating plan process.  That
22   was indeed different.
23         Q.    You also had a process to develop the
24   2007 operating plan?
0026
1          A.    Yes.
2          Q.    And was that process different in any
3    way for 2007?
4          A.    I don't believe it was different.

48833 amsden.harry 121609.txt
```
 5  Probably the only difference we had is that we
 6  waited until the February 2007 board meeting to
 7  have the plan approved.  In prior years we might
 8  have gone to the December 2006 meeting to have it
 9  approved.
10       Q.     Why did you wait until February?
11       A.     I think two reasons.  One is many of us
12  were involved in the planning process, were busy
13  with the bidder meetings in late 2006.  And then
14  also in this case -- and we had done it in the
15  past -- we wanted to make sure we had the best
16  numbers -- best most recent numbers for the 2007
17  meeting.
18       Q.     So you wanted to wait until the year
19  end?
20       A.     Yeah.  This way it allows us see how the
21  year came out and also gives an early look in
22  January, too.  And indeed, we finalized that 2007
23  plan in late January 2007.
24       Q.     And what aspects of the -- actually, let
0027
 1  me ask a different question.  What was the
 2  relationship between the process of coming up with
 3  the 2007 operating plan and building the five-year
 4  plan?
 5       A.     Okay.  They were really done on a
 6  parallel basis.  We started the 2007 plan during
 7  2006 as I indicated.  And along with that we also
 8  worked with the business units to develop the out
 9  year plans.  I am talking in this case about the
10  Step 1 process, the plan process for 2007.  So they
11  were really done much along the same time frame.
12       Q.     And what was your involvement in both
13  parts of it?
14       A.     I coordinated the development of that
15  plan.  Really we sent templates out to the business
16  units to gather the data, also to make sure that
17  came back in the standard way.  We consolidated
18  what came back from the business units, reviewed
19  that.  We also gave the business units some
20  standard assumptions for areas we controlled
21  centrally, perhaps like newsprint pricing where we
22  buy newsprint centrally and we would have a better
23  gauge on what the price of newsprint would be than
24  the business units.
0028
 1            Things like benefit plan assumptions,
 2  merit increases, we gave them standard assumptions
 3  in those areas as we had done in prior years.
 4            From there we would go through -- we
 5  would review the plans that came back both with the
 6  management team in Chicago and then back with the
 7  business units, too.
 8       Q.     Were you just describing in that answer
 9  the process for coming up with the operating plan
10  itself?
11       A.     Yes.  That's the bulk.  What I was
12  describing is the operating plan, but the process
13  for the five-year model was very similar in that we
14  also gave them standard assumptions perhaps for
15  newsprint pricing for years, you know, after 2007.
16  We had them prepare a similar template for the out
17  years also.  Again, we reviewed that back in
```
Page 11

48833 amsden.harry 121609.txt
18  Chicago and with the business units.
19      Q.      When you say we reviewed it back in
20  Chicago, who is "we"?
21      A.      We would have been -- it was reviewed
22  with the corporate management committee, which
23  Dennis FitzSimons, our CEO, chaired.  At the time I
24  worked with Scott Smith, who was president of the
0029
 1  publishing group.
 2              And then normally we had a review
 3  meeting to go over typically first the current
 4  year -- the coming year plan, in this case it would
 5  have been the 2007 plan.  We would go over, you
 6  know, what the business units had given us, what
 7  our outlook was, and kind of agree on what we
 8  thought the overall plan should be at that point in
 9  time.
10              During that meeting the broadcasting
11  plans would be reviewed.  Anything for corporate
12  would also be reviewed, too.  So we'd take a look
13  at the whole company.  That was all being done on
14  basically a parallel process from that standpoint.
15      Q.      I have seen something referred to as the
16  group level.
17      A.      Uh-huh.
18      Q.      Do you know what that refers to?
19      A.      Yes.  Group level would be the entire
20  publishing group.  We normally termed -- group
21  level is the publishing group.  It's also possible
22  that group level means certain group level
23  adjustments we might make consolidating adjustments
24  to reflect the results.
0030
 1      Q.      Who would make those kind of changes?
 2  If you got something from a business unit,
 3  something is done at the group level, what does
 4  that mean?
 5      A.      Usually the group level adjustments are
 6  reclassifications to make sure that the
 7  presentation is consistent with prior years.
 8      Q.      Who is in the group that does these
 9  adjustments?
10      A.      That would be people that worked for me.
11  I had a group controller, Peter Knapp, and then we
12  had a couple staff people underneath him also.
13              Normally the adjustments I'm referring
14  to are not necessarily changing our bottom line
15  operating cash flow.  They are more to ensure that
16  we have consistent presentation of the plan versus
17  prior year results.
18      Q.      I have also -- actually, before I ask
19  that question, I take it during this period of time
20  you were responsible -- what you just answered in
21  your previous two or three answers was concerning
22  your responsibilities focused on the publishing
23  group.  Is that right?
24      A.      Yes.
0031
 1      Q.      So broadcasting was somebody else's
 2  responsibility?
 3      A.      Yes.
 4      Q.      Whose?
 5      A.      Again, we had finance people in the
                        Page 12

48833 amsden.harry 121609.txt
6    broadcasting group, Gina Mazzaferri and John
7    Poelking, and they report to the president of the
8    broadcasting group.
9         Q.    With respect to the five-year or
10   multi-year plan, did the group level in publishing
11   give any direction to the business units with
12   respect to growth rates?
13        A.    I don't believe we gave them any -- I
14   don't believe we gave them any guidance on growth
15   rates.
16        Q.    Did the group level give the business
17   units any guidance on operating margins?
18        A.    No.
19        Q.    When you got the business units' input
20   on the multi-year plan, did the group level make
21   any modifications with respect to growth rates?
22        A.    I don't recall making any.
23        MR. DUCAYET:  Again, this is in the '07 time
24   frame?
0032
1         MR. BUSH:  Yes.
2    BY THE WITNESS:
3         A.    Again, you are talking about what would
4    be late '06 for the '07 plan and what we'll call
5    the Step 1 model.
6    BY MR. BUSH:
7         Q.    Right.
8         A.    Right.
9         Q.    Was there a time at which the multi-year
10   model was finalized?
11        A.    Yeah, I would say it was.  I would say
12   it was finalized after we finalized our 2007 plan.
13        Q.    How much after?
14        A.    I would say it was done concurrently
15   with that, you know.  It was -- and you may see
16   other -- when you look at the model, it is possible
17   that you need to be careful to look at what
18   business units were included.  At times we made
19   different assumptions on a business unit perhaps
20   being sold.  And also there could be a difference
21   in the model for non-cash expenses, such as
22   stock-based compensation.  Sometimes it's included
23   or excluded.  Again, those cases are noted.  It's
24   just a difference in presentation, not difference
0033
1    in anything in the numbers.
2         Q.    When the five-year model or multi-year
3    model was finalized, was it approved by the board?
4         A.    I believe the board did see it.
5         Q.    Did the board approve it?
6         A.    I don't attend the board meetings.  So I
7    don't know if there's a formal approval process for
8    that or not.
9         Q.    Fair enough.  I have also seen something
10   called corporate referred to in this process.  Do
11   you know what that refers to?
12        A.    I believe that's corporate expenses.
13   That would be what I would refer to it as.
14        Q.    Was there any group, whether it's called
15   corporate or something else, above the group level
16   that had input into the creation of the multi-year
17   model?
18        A.    The only input they would have given us
                              Page 13

48833 amsden.harry 121609.txt
19  would be standard assumptions, perhaps what to
20  assume for benefit plans, service center expenses
21  that they would manage.  And that would have
22  covered both publishing and broadcasting.
23      Q.    Who is in the -- who are the live bodies
24  in the corporate group?
0034
1       A.    There are various different functional
2   areas in corporate, whether it's finance or human
3   resources or various parts of the finance area
4   there, including service centers that service all
5   of our business units.
6       Q.    And you know who Chandler Bigelow is?
7       A.    Yes.
8       Q.    What was he during this period of time,
9   "this period of time" being 2007?
10      A.    Chandler was treasurer for Tribune
11  Company.
12      Q.    Who employed him?
13      A.    It would have been Tribune Company.
14      Q.    And within the corporate hierarchy where
15  did he sit?  What group was he in?
16      A.    He was in corporate.  He would have
17  reported to Don Grenesko, who is the Tribune
18  Company CFO.
19      Q.    Did he and -- I'm sorry.  Grenesko is
20  it?
21      A.    Don Grenesko.
22      Q.    Did he and Grenesko have any input into
23  the five-year model?
24      A.    They would have had input probably into
0035
1   the debt assumptions and interest expense because
2   obviously Chandler was managing those areas.
3   Probably also any cash assumptions possibly, too.
4   Those would be directly treasury functions.
5       Q.    How about Grenesko, did he have any
6   input?
7       A.    I don't recall any direct input.
8             (WHEREUPON, a certain document was
9              marked Amsden Deposition Exhibit
10             No. 1, for identification, as of
11             12-16-2009.)
12  BY MR. BUSH:
13      Q.    Mr. Amsden, I have handed you something
14  that appears to be minutes of the board of
15  directors meeting on February 13, 2007, for the
16  Tribune Company.  Do you see that?
17      A.    Yes.
18      Q.    First of all, do you recognize the
19  document?
20      A.    I don't attend board meetings so I would
21  not have seen the minutes for this.
22      Q.    Let me ask you to take a look back at
23  the back.  And this document, for whatever reason I
24  am not sure, does not have Bates numbers after the
0036
1   first several pages.  But there is a document -- I
2   would say it's probably two-thirds to
3   three-quarters of the way back that begins with the
4   page "Tribune 2007 Operating Plan."
5       A.    Is this what you are referring to?
6       Q.    That's what I am referring to.
Page 14

48833 amsden.harry 121609.txt
```
 7        A.    Okay.
 8        Q.    Is this and the pages that follow it the
 9  2007 operating plan that you participated in
10  creating?
11        A.    Yes.  I do recognize the publishing
12  numbers in here.
13        Q.    Okay.  And I recognize you didn't attend
14  the board meeting, but is the date of February 13,
15  2007, consistent with the time frame that you
16  recall the 2007 operating plan was approved by the
17  board?
18        A.    Yes.
19        Q.    And is it also accurate that you believe
20  that the multi-year -- let's I guess have an
21  agreement on what's the best way to call the
22  multi-year plan.
23              Is it a plan?  Is it model?  What would
24  you call it?
0037
 1        A.    I would call it a five-year model.
 2        Q.    Is it also your understanding that the
 3  five-year model was finalized at or about the same
 4  period of time?
 5        A.    Again, I didn't attend the board
 6  meetings to know that the board actually reviewed
 7  that, but I do remember that the five-year model
 8  was done along the same time frame as the operating
 9  plan.
10        Q.    Okay.
11              (WHEREUPON, a certain document was
12               marked Amsden Deposition Exhibit
13               No. 2, for identification, as of
14               12-16-2009.)
15  BY MR. BUSH:
16        Q.    Mr. Amsden, I have placed in front of
17  you what has been marked as Amsden 2.  Do you
18  recognize that document?
19        A.    I do.
20        Q.    Okay.  And you are reflected as having
21  received this?
22        A.    Yes.
23        Q.    It says in -- who is Peter Knapp?
24        A.    Peter Knapp worked for me at the
0038
 1  publishing group.  He was group controller.
 2        Q.    And he is responding, is he not, in the
 3  I guess second e-mail in the chain to an e-mail
 4  from Daniel Kazan; is that right?
 5        A.    Yes.
 6        Q.    And Daniel Kazan is who?
 7        A.    He is the vice president of our
 8  development group at Tribune Company.
 9        Q.    The thing I want to ask you about in
10  this e-mail, the Knapp e-mail says, "Clarification.
11  Are you looking for plan for first quarter
12  projection?"
13              And Brian Litman answers that with
14  "Projection."
15              Do you see that?
16        A.    Yes.
17        Q.    We discussed earlier the difference
18  between plan and projection.
19        A.    Uh-huh.
```
                         Page 15

48833 amsden.harry 121609.txt
20      Q.      Do you recall that?
21      A.      Yes.
22      Q.      All right.  And when Brian Litman refers
23   to projection, what is he referring to?
24      A.      He would be referring to a projection of
0039
1    first quarter results.  In this case in this time
2    frame that projection would reflect January and
3    February actual results and a projection of some
4    sort for March.
5       Q.      All right.  I thought you had said
6    earlier that the projection process really didn't
7    occur at the Tribune until sometime in the second
8    half of the year.  This e-mail is dated February
9    28, 2007.
10              Can you explain that?
11      A.      Yeah.  What I was referring to earlier
12   was a full year reprojection of results.  At times
13   we might ask business units for a projection for
14   the next period, especially in this case the
15   projection would have covered just March.  But the
16   full year process is something we did in connection
17   with the plan.
18      Q.      Who is Brian Litman?
19      A.      Brian Litman at this time would have
20   been assistant controller at Tribune Company.
21      Q.      For whom did he work?
22      A.      Mark Mallory, who was corporate
23   controller at that time.
24      Q.      Is he still with the Tribune?
0040
1       A.      Brian Litman is.  Brian is now corporate
2    controller.
3                       (WHEREUPON, a certain document was
4                       marked Amsden Deposition Exhibit
5                       No. 3, for identification, as of
6                       12-16-2009.)
7    BY MR. BUSH:
8       Q.      Mr. Amsden, I have had placed in front
9    of you what has been marked as Amsden No. 3.  And
10   you'll see I think down at the bottom of the page
11   an e-mail that comes from you; is that right?
12      A.      Yes, it is.
13      Q.      Do you recognize this document?
14      A.      I don't recall it offhand.
15      Q.      In the e-mail that comes from you at the
16   bottom of the page you say, "Projection is not
17   plan.  We have the business units update
18   projections each period.  The full Period 7
19   projection for ad revenue is to be down 8.4 percent
20   to last year."
21              What projection is that statement
22   referring to?
23      A.      That would just -- looks like that is
24   referring to a projection of what would be July ad
0041
1    revenues.
2       Q.      All right.  So is this a projection --
3    withdraw.
4               Is this a projection that was done on a
5    regular basis or was this a specific projection
6    done for a particular purpose?
7       A.      I don't recall in this case.
                            Page 16

48833 amsden.harry 121609.txt
```
 8    Q.    Okay.
 9          (WHEREUPON, a certain document was
10           marked Amsden Deposition Exhibit
11           No. 4, for identification, as of
12           12-16-2009.)
13  BY MR. BUSH:
14    Q.    I have had placed in front of you what
15  has been marked as Amsden No. 4.  And this is a
16  series of e-mails, which I think you are on all of
17  them, in early January of 2007.
18          Do you recognize the e-mails?
19    A.    I don't recognize it offhand.
20    Q.    Let me ask you to turn to the second
21  page.  And there is an e-mail from you that begins
22  about halfway down the page.  Do you see that?
23    A.    Yes.
24    Q.    It's the December 26 e-mail.
0042
 1    A.    Uh-huh.
 2    Q.    That's to Bob Gremillion.  Who is he?
 3    A.    Bob Gremillion was an executive vice
 4  president in the publishing group.
 5    Q.    For any particular part of the
 6  publishing group?
 7    A.    He was executive vice president over six
 8  of the newspapers.  And actually, that's his
 9  current role.  At this time I believe he was just
10  over the Fort Lauderdale paper.  This would have
11  been prior to his appointment in the role I just
12  described.
13    Q.    And Howard Greenberg, who is he?
14    A.    Howard Greenberg works at our Fort
15  Lauderdale newspaper.  At the time he would have
16  been general manager of that newspaper.
17    Q.    And Tom Garris?
18    A.    Tom Garris at the time was CFO of that
19  newspaper.
20    Q.    And this refers in the first paragraph
21  to completing schedules in the attached Excel
22  files.
23    A.    Uh-huh.
24    Q.    Do you know what the schedules were that
0043
 1  were in the attached Excel file?
 2    A.    Couldn't tell you offhand the exact
 3  schedules.  Looks like this e-mail is requesting
 4  additional detail for the years indicated here.
 5    Q.    The subject line says "2006 to 2010
 6  Summary Schedules for Potential Investor Call Next
 7  Week."  Does that help you place this e-mail in
 8  context?
 9    A.    It's hard to know what that potential
10  investor call was at that point in time.  We were
11  talking to a lot of bidders.
12    Q.    Okay.  In No. 4, the paragraph numbered
13  4 at the bottom of the page, do you see that?
14    A.    Uh-huh.
15    Q.    You refer to overall projections.  And
16  what were you referring to there?
17    A.    It's tough to know because I am still
18  trying to determine what the overall use of this
19  document was.
20          I guess we talked about potential
```
Page 17

48833 amsden.harry 121609.txt
21  investor call.  It's tough for me to know who that
22  was with and the exact reason I was asking for this
23  data and what it would be used for.
24        Q.     It does talk about modeling in that same
0044
1  paragraph.
2        A.     Uh-huh.
3        Q.     Was this part of the -- and it's in
4  December.  Is this part of the process of building
5  up the multi-year model?
6        A.     I couldn't tell you for sure.
7        Q.     Is there any other modeling that would
8  have been going on at that time?
9        A.     I don't recall any other modeling at
10  that time.
11        Q.     It says in the paragraph that "we
12  assumed that overall" -- excuse me.  Withdrawn.
13              It says, "We assumed in our own modeling
14  that circulation revenue would continue to decline
15  at a rate of 3 percent per year from 2008 to 2010."
16              Do you see that?
17        A.     Yes.
18        Q.     Who is the "we" referred to in this
19  sentence?
20        A.     I am not exactly sure who the "we" would
21  have been in this case.  Obviously I would have
22  been one of the people, but I am not exactly sure
23  who else in this case.
24        Q.     Okay.  Do you recall that at some point
0045
1  you or your group made an assumption of 3 percent
2  decline in circulation revenue for purposes of the
3  modeling that was going on?
4        A.     You know, the e-mail indicates that, but
5  again, it's unclear exactly what we used this for.
6        Q.     Let me ask you in a little bit broader
7  context.  Do you recall at any point that you and
8  your group -- so at the group level -- made any
9  judgments on an overall basis about what the
10  decline in circulation revenue would be, whether
11  it's 3 percent or some other percent?
12        A.     We may have done that.
13        Q.     How did you reach whatever conclusion
14  you reached on that subject?
15        A.     If we did that, we would have talked to
16  the business units and also our group VP of
17  circulation, Vince Cassanova.  We would have
18  solicited input from them.  That would be my normal
19  process in this case.  If I go on to project
20  circulation revenue, I would get input from the
21  business units and from Vince Cassanova.
22        Q.     It also says in this paragraph that, "We
23  assumed that overall interactive group revenues
24  would increase by the following - 2008, 15 percent;
0046
1  2009, 17.2 percent; 2010, 14.6 percent."
2              Do you see that?
3        A.     Yes.
4        Q.     What is the interactive group?
5        A.     The interactive group is a portion of
6  the publishing group.  It manages the websites of
7  our newspapers and other websites of the company.
8        Q.     How did you formulate these assumptions
Page 18

48833 amsden.harry 121609.txt
```
 9   that are reflected in that sentence?
10       A.    Whenever I needed any data on the
11   interactive group, I went back to the TI central
12   group, which was in Chicago, that was responsible
13   for managing all the websites.
14       Q.    Who in particular would you speak with?
15       A.    A couple different people.  Tim Landon
16   ran the group at the time.  Brigid Kenny was the
17   CFO down there and people that worked for her.
18             Whenever we needed interactive numbers,
19   we went back to them.  At times they might go back
20   to the business units or look at it themselves
21   based on their own knowledge.
22       Q.    Do I understand that the interactive
23   group had -- I don't know the right way to say
24   this -- but had operations at -- maybe not each but
0047
 1   at several of the particular publishing
 2   subsidiaries or business units?
 3       A.    Yeah.  Actually, there was a central
 4   group of people that was responsible for overall
 5   support, and then each newspaper had its own
 6   interactive operations that report basically both
 7   to that newspaper and to that interactive group.
 8       Q.    When you would solicit input from the
 9   interactive group here in Chicago on growth rates,
10   would you have your own input into whatever they
11   gave you or would you simply accept whatever they
12   said?
13       A.    I would basically accept whatever they
14   said.  I would try to understand what assumptions
15   they used and how they developed it.  But they were
16   the experts in that area.
17       Q.    So did you have a discussion with them
18   about it and reach a consensus on what the growth
19   rates would be, or was it really just "give me what
20   you think" and you moved on?
21       MR. DUCAYET:  Objection to form.
22   BY MR. BUSH:
23       Q.    You can answer.
24       A.    The normal course was we discussed it
0048
 1   with them.  It was more important for us just to
 2   understand what assumptions they used from that
 3   standpoint.
 4             But again, they were the experts in
 5   interactive, so we relied on their judgment.
 6       Q.    By the way, just as a point of
 7   information, just so I understand it and the record
 8   is clear, this particular e-mail referred to
 9   circulation revenue.
10       A.    Uh-huh.
11       Q.    What is circulation revenue?
12       A.    Circulation revenue is the revenue we
13   earn from basically selling the newspaper itself,
14   whether it's from a home delivery subscription
15   delivered perhaps to your home or you buy it at a
16   retail outlet.
17       Q.    I have also seen in other documents, not
18   that document, something separately broken out as
19   advertising revenue.
20       A.    Yes.
21       Q.    And that is from the sale of
```
Page 19

48833 amsden.harry 121609.txt
22    advertising?
23      A.    Yes.   That would be from the sale of
24    advertising that was placed in any of our products.
0049
 1      Q.    Those were two different revenue
 2    streams?
 3      A.    Yes.
 4      Q.    I have also seen in some of the
 5    documents reference to something called
 6    transformative change.  Do you know what that
 7    refers to?
 8      A.    Yes.
 9      Q.    Can you explain that to me?
10      A.    Yes.  That was an initiative that we
11    started to undertake in the spring of 2007.  It was
12    really undertaken as part of our strategic planning
13    process that year.
14            And we had a group of us put together,
15    led by Bob Gremillion who we referred to earlier,
16    and we were looking at really trying to determine
17    what the strategic direction of the company would
18    be going forward, what changes we want to make in
19    the business, what opportunities there are out
20    there that we could capitalize on.
21      Q.    So again, I am -- I have seen,
22    especially later in the year, reference to
23    transformative change as part of the planning
24    process in the second part of the year.
0050
 1            Did that have any -- whatever
 2    transformative change means -- and we can talk
 3    about that in a minute -- did that have any impact
 4    on the planning process in the first half of the
 5    year, or let's say for the February time period?
 6      MR. JOHNSTON:  Object to form.
 7    BY THE WITNESS:
 8      A.    When you talk February time period --
 9    BY MR. BUSH:
10      Q.    Let me ask it differently.  Did whatever
11    transformative change means have any impact on the
12    model that was developed and finalized in or about
13    mid-February of 2007?
14      MR. JOHNSTON:  Object to form.
15    BY MR. BUSH:
16      Q.    You can answer the question.
17      MR. DUCAYET:  Can we just clarify?  We are
18    talking about the operating plan or the five-year
19    model?
20      MR. BUSH:  I meant the five-year model.
21    BY THE WITNESS:
22      A.    Actually, that would not have.  We did
23    not start that process until late April of 2007.
24    It took us a while to get that up and running.  So
0051
 1    it would not have had any impact on either the 2007
 2    operating plan or the five-year model at that time.
 3    BY MR. BUSH:
 4      Q.    Can you -- let me stick with
 5    transformative change for a minute.  Can you
 6    explain in a little more detail what kind of came
 7    out of this strategic planning process in terms of
 8    the focus of the business under this umbrella of
 9    transformative change?
                            Page 20

48833 amsden.harry 121609.txt
```
10       A.     Certainly.  We were trying to look for
11  other opportunities to grow the business.  What
12  this helped us do is increase our focus on
13  interactive, realizing that obviously it was
14  important for us to grow the interactive side of
15  the business going forward.
16              Also, we started to focus more on
17  opportunities, things we could do with other
18  newspapers outside our group, perhaps other
19  commercial delivery of printing opportunities in
20  that area.
21              And then it really -- I think those are
22  the two biggest things I remember from that
23  standpoint.
24       Q.     What is the commercial delivery that you
0052
1   referred to?
2        A.     Commercial delivery is where one of our
3   newspapers will actually deliver newspapers for
4   another newspaper in the area.  For instance, the
5   Chicago Tribune actually delivers the Sun-Times to
6   home delivery subscribers in the Chicago area.
7        Q.     Does it also involve printing?
8        A.     Commercial printing is separate from
9   that.  At times we both print and deliver product.
10  Sometimes we just deliver.
11       Q.     And I know you have referred to
12  interactive as web-based, but what was involved in
13  the transformational change insofar as interactive
14  is concerned?
15       A.     I think what it told us is that we need
16  to make a good investment in interactive for our
17  future.  Obviously people were using websites more.
18  There is more information available there.  We
19  needed to be a significant player there.  And we
20  needed to come up with ways to really capitalize
21  that and monetize that.
22       Q.     Was there a direction that came out of
23  the strategic planning process to try and achieve
24  that goal?
0053
1        A.     I think it was part of that.  I think it
2   was an increased focus on that area is what came
3   out of it.
4        Q.     Did you commit any additional resources
5   to it?
6        A.     I believe we did.  I think part of it is
7   we -- I would say we more heavily focused our
8   management team on it.  And I think also you will
9   see later on that we did commit some dollars for
10  interactive investments perhaps also to, again,
11  make sure that we were heading in the right
12  direction.
13       MR. DUCAYET:   Graeme, is this a good time for
14  a quick break?
15       MR. BUSH:   If you need a break, sure.
16                  (WHEREUPON, a recess was had
17                   from 10:32 a.m. to 10:40 a.m.)
18                  (WHEREUPON, a certain document was
19                   marked Amsden Deposition Exhibit
20                   No. 5, for identification, as of
21                   12-16-2009.)
22  BY MR. BUSH:
```
                         Page 21

48833 amsden.harry 121609.txt
23        Q.    Mr. Amsden, I have had placed in front
24   of you what has been marked as Amsden No. 5.   Do
0054
 1   you see that?
 2        A.    Yes.
 3        Q.    This document appears to explain the
 4   process for developing what's called the April 2007
 5   model and the process for developing the September
 6   2007 model.
 7              Have you seen the document before?
 8        A.    Yes, I have.
 9        Q.    And do you know who created it?
10        A.    I believe I created it.
11        Q.    Is the account of how the April 2007
12   model was created in the first two paragraphs
13   accurate?
14        A.    I believe this is a summarized version
15   of a lot of activity that went into the development
16   of both the 2007 plan and the five-year model at
17   that time.
18        Q.    Is it accurate?
19        A.    I don't see anything in here that's
20   inaccurate.
21        Q.    What was the purpose for developing
22   this -- or creating this document?
23        A.    I believe we gave this document to both
24   the bankers and VRC as part of the second step
0055
 1   process to give them an overview of exactly how we
 2   went through the process.
 3        Q.    The first paragraph talks about the
 4   preparation of a comprehensive operating plan for
 5   2007.  Do you see that?
 6        A.    Yes.
 7        Q.    And is that referring to what we saw in
 8   Exhibit 1, the operating plan that's contained in
 9   the board minutes, the 2007 operating plan
10   contained in the board minutes that you saw
11   earlier?
12        A.    Yes, it is.
13        Q.    That's a one-year operating plan,
14   correct?
15        A.    Yes.
16        Q.    It then says -- this, by the way, is all
17   for the publishing business unit, right?
18        A.    Yes.   This is the approach we used for
19   Tribune Publishing as the document indicates on the
20   top.
21        Q.    It says in that first paragraph, "The
22   starting point for the five-year model used in
23   April 2007 was our 2007 operating plan."
24              Is that accurate?
0056
 1        A.    Yes.
 2        Q.    And then the second paragraph says that
 3   "The out years for the model were developed by the
 4   group office working with the business units and
 5   Tribune interactive."
 6              And you were in the group office, right?
 7        A.    Yes.
 8        Q.    It then says that "Tribune interactive
 9   put together their own five-year plan which was
10   then incorporated into the overall group plan at
                        Page 22

48833 amsden.harry 121609.txt
11    that time."  Right?
12         A.    Yes.
13         Q.    It says, "The group office projected the
14    out years based on interactive's plan, discussions
15    with business units and our own projections of
16    future operating results."
17               What is referred to in the, quote, out
18    years, close quote?
19         A.    The out years would be years past 2007.
20         Q.    All right.  And what business units are
21    referred to when it says you had discussions with
22    business units?
23         A.    These would be all the publishing units.
24    Basically all the newspapers and obviously our
0057
1    Tribune need services group.  It would be all the
2    units in the publishing group.
3         Q.    It refers to "our own projections of
4    future operating results."  Does "our" in that
5    sentence refer to the group office?
6         A.    I believe it would.
7         Q.    And do you have any recollection now of
8    what changes were made as a result of this process
9    to the five-year plan put together by Tribune
10    interactive?
11         MR. DUCAYET:  Object to the form of the
12    question.
13    BY THE WITNESS:
14         A.    Can you rephrase that?
15    BY MR. BUSH:
16         Q.    Sure.  It says the group office
17    projected the out years based on three things;
18    interactive's plan, discussions with business
19    units, and our own projections of future operating
20    results.
21               My question is, how did Tribune
22    interactive's plan get modified as a result of that
23    process?
24         MR. DUCAYET:  Object to the form.
0058
1    BY MR. BUSH:
2         Q.    You can answer the question if you
3    understand it.  If you still don't understand it,
4    let me know.
5         A.    I don't believe we modified Tribune
6    interactive's projections.  I don't recall making
7    any modifications to them.  I do see how this
8    reads.
9               However, also it says here that Tribune
10    interactive put together a five-year plan which was
11    incorporated into the group plan at that time.
12    That leads me to believe that we used it as is.
13         Q.    So what are you referring to when you
14    say discussions with business units and your own
15    projections of future operating results?
16         A.    Again, that's just the interactive piece
17    as I described to you.  And that would cover the
18    websites and the TI central group I referred to.
19               The business units also would encompass
20    the newspaper operations and other operations of
21    the publishing group.  Tribune interactive was only
22    one component of this.
23         Q.    Do I understand your answer to say that
Page 23

48833 amsden.harry 121609.txt
24  your discussion with business units and
0059
1   projections -- and group level projections of
2   future operating results related to the five-year
3   models for the other business units in the
4   publishing group, not interactive?
5        A.    In this case the business units referred
6   to would be the non-interactive business units.  We
7   went back to them obviously to talk to them about
8   getting feedback on these projections.  The
9   interactive effort was a separate effort that was
10  part of this whole effort.
11       Q.    Let me ask you to go back to the
12  previous exhibit, which was Exhibit 4, on the
13  second page.  Take a look at the paragraph numbered
14  1 where it says, "You only need to insert data into
15  the yellow-shaded areas for 2008 to 2010.  All
16  other data has been provided and is fixed."
17            Do you see that?
18       A.    Yes.
19       Q.    Is that data that was provided by the
20  group level?
21       A.    I don't recall.
22       Q.    It says in the second numbered
23  paragraph, "We have provided totals for your group
24  for 2008, 2009 and 2010 for total revenues, cash
0060
1   expenses, and operating cash flow before
2   stock-based comp expense."
3            Do you see that?
4        A.    Yes.
5        Q.    And that is information that was
6   provided by the group level?
7        A.    It's unclear to me.  Again, the nature
8   of this e-mail, it's unclear to me what exactly we
9   used this information for.  This e-mail is
10  referring to an investor call.  It's just difficult
11  for me to remember exactly what the nature of this
12  information was.
13       Q.    Going back to Amsden Exhibit 5 and in
14  particular the last sentence of the second full
15  paragraph, does this refresh your recollection that
16  the group level provided information or assumptions
17  to the business units in formulating the multi-year
18  model?
19       A.    Again, as I mentioned earlier, we did
20  provide certain standard assumptions in the areas
21  of newsprint pricing, benefit plan service center
22  information, things that were controlled centrally.
23  Merit increases perhaps.
24            And that's something we did as part of
0061
1   our normal plan process.  In this case we also did
2   it for the five-year model process.
3        Q.    It refers to "our own projections of
4   future operating results."  Did you provide
5   projections of future operating results to the
6   business units in formulating the five-year plan?
7        MR. DUCAYET:  Object to the form.
8   BY MR. BUSH:
9        Q.    By "you" I mean the group level.
10       A.    We provided what I indicated.  Again,
11  certain components of this.  Also, as a component
Page 24

48833 amsden.harry 121609.txt
12    of the model there were group office expenses that
13    we did ourselves, of course, that were incorporated
14    in.  And also entries that we talked about for
15    consolidation purposes that we also did.
16            Those are all parts that we did as a
17    part of our normal course of the operating plan
18    process.
19        MR. BUSH:  Off the record for a second.
20            (WHEREUPON, a certain document was
21            marked Amsden Deposition Exhibit
22            No. 6, for identification, as of
23            12-16-2009.)
24
0062
1    BY MR. BUSH:
2        Q.    Mr. Amsden, I have placed in front of
3    you what has been marked as Amsden No. 6, which
4    is -- the first page says "Tribune Rating Agency
5    Presentation March 2007."
6            Do you recognize the document?
7        A.    I do recognize the document.
8        Q.    Did you participate in presentations to
9    the rating agencies -- or a rating agency in March
10    of 2007?
11        A.    I do not believe I attended this
12    presentation.
13        Q.    You knew about it when it was happening?
14        A.    I believe I knew about it, but I was not
15    in attendance.
16        Q.    Did you help prepare people who were in
17    attendance?
18        A.    I would have helped prepare portions of
19    this document that related to publishing.
20        Q.    I ask you to turn to what is Page 26 in
21    the document.  I am not talking about the Bates
22    pages.  I'm talking about the document page
23    numbers.
24        A.    Is this the page you are referring to?
0063
1        Q.    Yes.  It says "Publishing Financial
2    Projections"?
3        A.    Uh-huh.
4        Q.    Do you see that?
5        A.    Yes.
6        Q.    Is this the -- obviously at a relatively
7    high level the five-year model for publishing that
8    was developed by you and others at the Tribune?
9        A.    Yes.  For the publishing group it was.
10        Q.    Right.  And this is the five-year plan
11    that we have been referring to in the February time
12    frame?
13        A.    Yes.
14        Q.    As I look at this, it looks to me like
15    revenues from print advertising are projected to
16    decrease over the five-year period.  Do you agree
17    with that?
18        A.    Yes.
19        Q.    And revenues from circulation are
20    projected to decrease over the five-year period,
21    correct?
22        A.    Yes.
23        Q.    And revenues from interactive
24    advertising are projected to increase over the
Page 25

48833 amsden.harry 121609.txt
0064
1    five-year period, right?
2        A.    Yes.
3        Q.    And revenues from whatever is in the
4    basket called "other" are also supposed to --
5    projected to increase over the five-year period,
6    right?
7        A.    Yes.
8        Q.    And on an aggregate basis looking at the
9    total revenue line there is a small increase over
10   the five-year period; is that right?
11       A.    Yes; that's correct.
12       Q.    So what were the drivers for the
13   increase in interactive advertising revenues over
14   that period?
15           MR. DUCAYET:   Object to the form.
16   BY MR. BUSH:
17       Q.    Do you understand the question?
18       A.    I do understand the question.
19       Q.    Could you answer it, please?
20       A.    We clearly saw opportunities in the
21   interactive area as more people were viewing news
22   and information online, and it was an area of
23   increased focus for us and also an area we planned
24   on making investments in.
0065
1           So we believed that there are ads that
2    were shifting from print over to interactive,
3    especially in the classified areas, and we believed
4    obviously there would be growth over this period.
5        Q.    Can you go into a little more detail
6    about how you arrived at this particular growth
7    rate?
8           MR. JOHNSTON:   Objection to form.
9    BY THE WITNESS:
10       A.    I don't think we arrived at a growth
11   rate.  We arrived at numbers by year.  And this
12   really was again -- this effort was done by our
13   interactive group, again as I mentioned to you
14   earlier.
15   BY MR. BUSH:
16       Q.    How much of the growth in interactive
17   came from existing businesses that the interactive
18   group was in?
19       A.    I couldn't tell you offhand.
20       Q.    Do you know how much came from internal
21   development of new business?
22       A.    Again, I don't recall.
23       Q.    Do you know how much came from new
24   acquisitions?
0066
1        A.    Again, I don't remember the split of the
2    numbers.
3        Q.    What is encompassed in the category of
4    "other"?
5        A.    It's a variety of businesses.  Our
6    Tribune media service business is in there.  Our
7    direct mail operations are in there.  And earlier
8    when we referred to commercial printing and
9    commercial delivery revenue, that's also in other
10   revenue.  And then there are many other smaller
11   categories of other revenue also.
12       Q.    Is it fair to say that if you didn't
                    Page 26

48833 amsden.harry 121609.txt
13  have the growth in interactive advertising in the
14  "other" category that the revenues for the
15  publishing group in Tribune would have been
16  projected to decrease over the five-year period?
17        MR. DUCAYET:  Object to form.
18  BY THE WITNESS:
19        A.    I couldn't have told you if we didn't
20  have those exactly what would have happened.  If
21  you look at this analysis and took those two lines
22  out, you could draw that conclusion.
23  BY MR. BUSH:
24        Q.    Did you in deciding on the numbers for
0067
1   interactive take into account in any way --
2   actually, let me withdraw the question.
3           Would you agree with me that the
4   businesses that Tribune interactive was involved in
5   were newer businesses?
6         MR. DUCAYET:  Object to the form.
7   BY THE WITNESS:
8         A.    They are newer compared to newspapers
9   that had been around for 150 years.
10  BY MR. BUSH:
11        Q.    Right.  And they were also businesses
12  that the Tribune had been in for a shorter period
13  of time?
14        A.    Again, compared to newspapers that were
15  well established and around for 150 years.
16        Q.    Isn't it also true that Tribune
17  interactive was -- its business model was to get
18  into new businesses that it wasn't in even at the
19  time of the projections?
20        MR. DUCAYET:  Object to the form.
21  BY THE WITNESS:
22        A.    There was some consideration --
23  obviously there was consideration of getting into
24  new businesses.  The revenue here includes both
0068
1   existing businesses and other new businesses.
2   BY MR. BUSH:
3         Q.    Did you consider that the Tribune
4   interactive business unit was more uncertain than
5   the businesses that the Tribune had been in for a
6   longer period?
7         MR. JOHNSTON:  Object to form.
8   BY THE WITNESS:
9         A.    What do you mean by uncertain?
10  BY MR. BUSH:
11        Q.    Well, I mean, for example, if you are
12  getting into a new business line, it's uncertain
13  how successful it's going to be, how quickly it's
14  going to grow.  You have less of a track record for
15  example.
16           So those kinds of things affect
17  uncertainty, don't they?
18        A.    Those would impact uncertainty.  Again,
19  the interactive folks -- our interactive group put
20  these numbers together based on their knowledge of
21  the current businesses and other businesses that
22  they would expect to get into.
23        Q.    Do you recall specifically any of the
24  businesses that they expected to get into over this
0069

48833 amsden.harry 121609.txt
```
 1  five-year period?
 2       A.    I can recall a couple things.  Not
 3  everything.
 4       Q.    Sure.
 5       A.    For instance, expanding our presence in
 6  online real estate and obviously also looking at
 7  possible areas in shopping or search.
 8       Q.    And at the group level did you do any
 9  analysis of whether you thought these new ventures
10  that interactive planned to get into were likely to
11  succeed?
12       MR. JOHNSTON:  Object to form.
13  BY THE WITNESS:
14       A.    They were responsible really for the
15  analysis of those.  They did review this with us.
16  I don't recall what type of analysis we did on
17  their work.
18  BY MR. BUSH:
19       Q.    Did you do anything at the group level
20  to try and assess the reliability of the numbers
21  that were given to you by interactive?
22       MR. DUCAYET:  Object to the form.
23  BY MR. BUSH:
24       Q.    You can answer.
0070
 1       A.    Again, I don't recall our exact steps.
 2  These were the people who were the experts in the
 3  area who were running the business.  We discussed
 4  this with them.  I couldn't tell you exactly what
 5  we did.
 6       Q.    Leaving aside whatever discussions you
 7  may have had with interactive, just at the group
 8  level alone, did you consider making any discount
 9  to the numbers that had been given to you by
10  interactive because of things like the uncertainty
11  of the new business ventures?
12       MR. JOHNSTON:  Object to the form.
13  BY MR. BUSH:
14       Q.    You can answer.
15       A.    You know, I don't recall.
16       Q.    Were there a variety of different
17  operating cases that were in the model that was
18  created and given to VRC?
19       MR. DUCAYET:  Object to the form of the
20  question.
21  BY THE WITNESS:
22       A.    First, which model are you referring to?
23  The Step 1 or Step 2?
24
0071
 1  BY MR. BUSH:
 2       Q.    I'm sorry.  I am referring to Step 1.
 3       A.    Okay.  I believe we developed the
 4  downside scenario.
 5       Q.    And did you have any discussions with --
 6  actually, withdrawn.
 7             Was there only one alternative to the
 8  management -- what I'll call the management model?
 9       A.    I believe there were two downside
10  scenarios.
11       Q.    Were both of those given to VRC?
12       A.    I don't know specifically if we gave
13  both of them to them.
```
Page 28

48833 amsden.harry 121609.txt
```
14        Q.    Do you remember having discussions with
15  VRC concerning any of the alternative business
16  models?
17        A.    I do.
18        Q.    Can you tell me what you remember you
19  said to them and what they asked you?
20        A.    I don't remember the details of the
21  conversation.  I can remember conversations about
22  the downside model, but specific questions I don't
23  recall.
24        Q.    What was the basis for the downside
0072
1   model?
2         A.    The downside model was showing an ad
3   revenue trend of I believe it was down 2 or 3
4   percent per year for five years.
5         Q.    And what was the basis for using the 2
6   or the 3 percent down?
7         A.    We had internal discussions on that.
8         Q.    Who is "we"?
9         A.    "We" would have been myself and Scott
10  Smith.
11        Q.    I'm sorry.  You told me who Scott Smith
12  was.
13        A.    Scott Smith was president of the
14  publishing group.  I worked for Scott at the time
15  of this transaction.
16              It's possible other people from
17  corporate were involved.  I am not sure.
18        Q.    So other people from corporate might
19  include --
20        A.    Don Grenesko perhaps.
21        Q.    Chandler Bigelow?
22        A.    Unclear on that one.
23        Q.    Did you use a 2-percent decrease in
24  advertising revenues because that was something you
0073
1   thought was a realistic possibility, or what was
2   the basis for using that?
3         MR. JOHNSTON:   Object to form.
4   BY THE WITNESS:
5         A.    We were trying to show different
6   scenarios of ad revenue declines for five years in
7   a row, which had never happened in the publishing
8   industry before.
9               So we thought that by showing that we
10  were showing a fairly poor case of ad revenues down
11  2 or 3 percent because this is something that had
12  never occurred before.
13                    (WHEREUPON, a certain document was
14                    marked Amsden Deposition Exhibit
15                    No. 7, for identification, as of
16                    12-16-2009.)
17  BY MR. BUSH:
18        Q.    I have had placed in front of you what
19  has been marked as Amsden No. 7.  Do you have that
20  in front of you?
21        A.    Yes, I do.
22        Q.    This is called "Tribune ESOP Transaction
23  Model," and it says underneath that "2/8/07 - 2007
24  Revised Operating Plan Case."
0074
1                     Is this a printout of the model that was
```
Page 29

48833 amsden.harry 121609.txt
2   used or given to VRC?
3          A.     Operating plan.
4          Q.     Let me say, by the way, that the last
5   updated date of 8/19/09 I think is just when it was
6   printed out.
7          A.     Okay.
8          Q.     I don't think that was on the document
9   back in the day.
10         A.     What I have done is I was looking for
11  publishing numbers I could relate to obviously as I
12  was going through this.
13                I could tell 2007, this is our plan and
14  these do appear to be the five-year model numbers.
15         Q.     Which page are you referring to?
16         A.     This is in the back.  It's called
17  "Build-up and Adjustments."  It's under "Backup."
18         Q.     It says "Build-Up and Adjustments"
19  and it comes behind the EBITDA reconciliation page
20  so we can place it.
21         MR. DUCAYET:   By my calculation it's the tenth
22  page from the back.
23         THE WITNESS:   Yeah.
24
0075
1   BY MR. BUSH:
2          Q.     If you go a couple pages beyond that you
3   come to a page that's says "Operating Cases."
4          A.     Okay.
5          Q.     Have you found that page?
6          A.     Yes, I have.
7          Q.     And it has numbers 1 through 12 at the
8   top with different descriptions to the right of the
9   numbers.  Do you see that?
10         A.     Yes.
11         Q.     I guess actually there is a 13 up at the
12  top in the next column.
13                Do you see that?
14         A.     Yes, I do.
15         Q.     Were these different alternative
16  five-year plans that were developed by management
17  during this process in the spring of 2007?
18         MR. JOHNSTON:   Object to form.
19  BY THE WITNESS:
20         A.     First of all, there was only one plan
21  developed for 2007.  We have an operating plan.  It
22  was approved by the board of directors in February.
23  That was our plan for the entire year.
24
0076
1   BY MR. BUSH:
2          Q.     Is that, by the way, what's No. 8 here?
3          A.     Yeah.  What I can do is look at the 2007
4   column and that does appear to be our plan for
5   2007.
6          Q.     And that's the case that's on the page
7   that we are looking at, right?
8          A.     Yes.
9          Q.     Okay.  What are these other operating
10  cases that are reflected -- they are not all on
11  this page; they are just listed up at the top.
12                Maybe we ought to just go through them
13  one by one.  Let's do it that way.
14                What's the "Management Plan (old)"?
                   Page 30

48833 amsden.harry 121609.txt
15        A.     I believe that's reflected actually on
16   the next page.
17        Q.     Yeah, I think it is.  Where does it come
18   from?
19        A.     That was a version of the plan prior to
20   the one that was approved by the February board.
21   So this would have been a plan case we were
22   probably using in late 2006.  Then we made final
23   adjustments to the plan in late January of 2007.
24        Q.     Do you know whether the management plan
0077
1    (old) was given to any of the bidders?
2         A.     We used it during the presentations in
3    2006.  I couldn't tell you which bidders it went to
4    though.
5         Q.     Okay.  And was this developed using the
6    same process that you have already testified about?
7              MR. DUCAYET:  Object to the form.
8    BY MR. BUSH:
9         Q.     When I say "this," I am talking about
10   management plan (old).
11        A.     Yeah.  I believe the only difference
12   obviously is this one was never approved by the
13   board of directors obviously because we
14   subsequently updated it.
15        Q.     I thought you were not certain that even
16   the final plan was approved by the board of
17   directors.
18        A.     Well, the 2007 piece was.
19        Q.     Sure.
20        A.     I am referring to just 2007 in that
21   case.
22        Q.     Okay.  So just so the record is clear,
23   was the management plan (old), both the 2007 piece
24   and the out years pieces, developed using the same
0078
1    process that was used to develop the final?
2              MR. DUCAYET:  Object to the form.
3    BY MR. BUSH:
4         Q.     I am really not trying to be -- this is
5    not -- all I really want to know -- let me ask it
6    to you a little differently.
7              Is this just an earlier version of what
8    became the final plan?
9         A.     Yes.  Okay.
10        Q.     Okay.  What is the -- what's called the
11   flat pub ad revenue plan?  That's referred to as
12   No. 2 on the list on the page we were first looking
13   at.
14        A.     I could not tell you specifically what
15   that was.
16        Q.     Do you have any recollection of it at
17   all?
18        A.     Not offhand.
19        Q.     No. 3 is called the 1 percent ad revenue
20   decline.  Do you see that?
21        A.     Yes.
22        Q.     I believe that may be on the next page
23   in the middle of the page.  Is that accurate?
24        A.     It is labeled that way.
0079
1         Q.     Okay.  Do you recall that plan?
2         A.     That was not a plan.  That was just
                        Page 31

48833 amsden.harry 121609.txt
3    showing another scenario where we were framing out
4    what a 1-percent ad revenue decline would look like
5    over time.
6        Q.    When was that done?
7        A.    I don't recall the exact date.
8    Obviously it would have been done after the plan
9    was -- after the real operating plan was finalized,
10   our 2007 operating plan.
11       Q.    All right.   And then No. 4 is the 2007
12   operating plan.   Do you recall that?
13       A.    Looks like that's on the next page.   And
14   yeah, the 2007 number matches our 2007 board
15   approved plan for 2007.
16       Q.    How about for the out years in the 2007
17   operating plan; how were those numbers developed?
18       A.    That would have been part of the same
19   process I described earlier for the five-year
20   model.
21       Q.    And do you know who developed the 2007
22   operating plan for the out years?
23       A.    Again, it was the process described in
24   the document we talked about earlier.
0080
1        Q.    Do you know why it was developed?
2              Is this what you would say is the final
3    five-year model?
4        MR. JOHNSTON:   Object to form.
5    BY THE WITNESS:
6        A.    The only changes to the model going
7    forward, again, would have been inclusion or
8    exclusion of a business unit we were planning on
9    selling perhaps.   So the financial results -- if
10   you were to look at something and perhaps in a
11   future document you might see that some of the
12   numbers are a little different.   Normally there is
13   a reconciliation.   It then shows you perhaps we
14   made an assumption about selling a business unit.
15             But the base numbers in here represented
16   our final version.
17   BY MR. BUSH:
18       Q.    And I saw you doing a few
19   calculations -- or a calculation on your
20   calculator.   What were you doing?
21       A.    I was basically going back -- I was just
22   basically proving out what the 2007 operating cash
23   flow number was, basically taking revenue minus
24   operating expenses.   I just happen to recognize the
0081
1    operating cash flow for 2007 as a check point.
2        Q.    So let me just be clear.   You believe
3    that the 2007 operating plan is the five-year model
4    that was ultimately used with VRC?
5        A.    I believe so.
6        Q.    No. 5 year is listed as the downside
7    hub/management V&E.   Do you know why that operating
8    case was created?
9        A.    Again, just to show sensitivities off
10   the operating plan.
11       Q.    And do you know how it changed?   In
12   other words, what was changed in it?
13       A.    If you compare this to the operating
14   plan on the prior page, that section, obviously
15   there were changes in revenue and some expense
Page 32

48833 amsden.harry 121609.txt
16  assumptions, too.
17      Q.      And do you recall now why those changes
18  were made though?
19      A.      Again, to show a sensitivity from the
20  operating plan.
21      Q.      Was this anything other than simply a
22  mathematical calculation, let's just reduce
23  everything by a certain amount to see what comes
24  out, or did you reduce things because you were
0082
 1  concerned about a particular aspect of the
 2  business?
 3      A.      No.
 4      MR. DUCAYET:  Object to the form of the
 5  question.
 6  BY THE WITNESS:
 7      A.      This is much a math calculation.  Even
 8  as you go through these you will see -- No. 3 was a
 9  1 percent ad revenue decline.  That was a
10  calculation.  You could calculate that on your own.
11          And then obviously there is some change
12  in expenses that occurs when the revenue changes.
13  BY MR. BUSH:
14      Q.      All right.  So when you have a downside,
15  if you reduce the revenue by whatever you reduce it
16  by, you are going to have some kind of reduction in
17  expense?
18      A.      Yes.
19      Q.      How do you calculate what the expense
20  reduction is?
21      A.      It will vary by what revenue is going
22  down.  So you have to look at the detail also to
23  see what is changing here, whether it's ad revenue,
24  circulation revenue, or other revenue.  And then
0083
 1  you determine what the expense impact is.
 2      Q.      I understand that.  But how do you
 3  determine what the expense impact is?  Let's say
 4  the publishing revenue is going down.  How do you
 5  determine the expense impact of that?
 6      MR. DUCAYET:  Object to the form of the
 7  question.
 8  BY THE WITNESS:
 9      A.      Do you want to clarify that a little
10  bit?
11  BY MR. BUSH:
12      Q.      Sure.  As I understood your answer, you
13  are saying that it depends on what revenue is going
14  down what the impact on expense will be, right?
15      A.      Yes.
16      Q.      So let's say hypothetically publishing
17  revenue is going down.  How do you calculate the
18  expense impact of that?
19      A.      You look at the revenue category and
20  estimate the margin on that category of revenue.
21      Q.      Okay.  So you take whatever -- what do
22  you take?  Your historical margins and use that to
23  calculate the expense impact?
24      A.      Yeah.  Historical margin and that type
0084
 1  of revenue.  That's what you do.
 2      Q.      Were you involved in -- I am going to go
 3  through the rest of these with you at least
Page 33

                        48833 amsden.harry 121609.txt
 4    briefly, but were you involved in creating any of
 5    these alternative operating cases?
 6         A.    I can remember involvement in the
 7    scenarios where we were talking ad revenue down 2
 8    percent and ad revenue down 3 percent.
 9         Q.    That's 9 and 10?
10         A.    Yeah.
11         Q.    I guess there is also an 11, which is ad
12    revenue down 3 percent.
13         A.    Yes.  Again, I was involved in the
14    publishing piece of that.
15         Q.    Were those alternative operating cases
16    all created at or about the same time?
17         A.    I believe so.
18         Q.    Do you remember why they were being
19    created at or about that time?
20         A.    Again, just to show sensitivities off
21    the operating plan.  Show different scenarios.
22         Q.    When in time were they created?
23         A.    I don't remember the exact date.  It
24    would have been part of this entire process.
0085
 1         Q.    Were they created because of any
 2    requests from VRC?
 3         MR. DUCAYET:  Object to the form.
 4    BY THE WITNESS:
 5         A.    I don't recall.
 6    BY MR. BUSH:
 7         Q.    Were they created as a result of a
 8    request from any of the banks?
 9         MR. DUCAYET:  Object to the form.
10    BY THE WITNESS:
11         A.    I don't recall.
12    BY MR. BUSH:
13         Q.    Are the dates that are to the left of
14    the operating cases in -- at least from 8 through
15    12 the dates at which they were created?  See it
16    says -- next to 8 it says 2/8/07.  Next to 11 it
17    says 3/7/07.  Next to 12 it looks like 3/8/07.
18         A.    I see those.  I am not sure they were
19    created on those dates though.
20         Q.    Who made the decision to pick 2 percent
21    down as the percentage decrease in ad revenue for
22    case No. 9?
23         MR. DUCAYET:  Object to the form of the
24    question.
0086
 1    BY THE WITNESS:
 2         A.    I don't recall exactly why we picked
 3    down 2 percent, or who actually made the final
 4    decision to include that.
 5    BY MR. BUSH:
 6         Q.    Were you involved in the discussion?
 7         A.    I can remember, again, being involved in
 8    the process of developing this, okay?  Again, as I
 9    mentioned, in the down 2 and down 3 scenarios.
10         Q.    The same answer you would give me to
11    No. 10 on who picked the 3 percent revenue decline
12    as an alternative?
13         A.    Again, what is labeled here No. 9 and
14    10, which were the down 2 and 3 percent scenarios,
15    I was involved in the development of that.
16         Q.    No. 11 is down 3 percent publishing ad
                        Page 34

48833 amsden.harry 121609.txt
17  revenue and B&E OCF down 1 percent.  Do you see
18  that?
19       A.    Yes.
20       Q.    Do you remember that alternative?
21       A.    On the publishing side I believe that's
22  the same alternative as No. 10, the only change
23  being a change in broadcasting.
24       Q.    Do you recall that there was a
0087
1   discussion and ultimately a creation of an
2   alternative case that had broadcasting down 1
3   percent?
4        A.    I don't recall the discussion.
5        Q.    No. 12 says 3/8/07 Zell model
6   assumptions.  Do you recall that operating case?
7        MR. DUCAYET:  Object to the form of the
8   question.
9              Do you want the question back?
10       THE WITNESS:  Yeah.  If you could read the
11  question again.
12                   (WHEREUPON, the record was read
13                    by the reporter as requested.)
14  BY THE WITNESS:
15       A.    I do not recall that case myself.
16  BY MR. BUSH:
17       Q.    Okay.  And No. 13 says "S&P sensitivity
18  case."  Do you recall that case?
19       A.    No.
20       Q.    Have you ever seen it before?
21       A.    I don't recall it.
22       Q.    In the 2 percent and 3 percent down
23  publishing ad -- or down scenario for publishing
24  advertising revenue, was that for all advertising
0088
1   revenue or did it exclude interactive, if you know?
2        A.    It appears to be calculated based on all
3   ad revenue for publishing.
4        Q.    From February when the operating plan
5   was approved through -- well, for purposes of this
6   question through May, it is the case, is it not,
7   that the actual results of the Tribune Company's
8   operation were under plan?
9        MR. DUCAYET:  Object to the form of the
10  question.
11  BY THE WITNESS:
12       A.    Again, I would have to go back and
13  review that in detail.  Without it in front of me I
14  would be conjecturing.
15  BY MR. BUSH:
16       Q.    You really don't recall that off the top
17  of your head?
18       A.    I believe you are right.  Again, I'm --
19  I believe you are right.
20       Q.    Were there any discussions during that
21  period of time about whether either the 2007
22  operating plan or the five-year plan should be
23  modified or updated as a result of actual results?
24       MR. JOHNSTON:  Object to form.
0089
1   BY THE WITNESS:
2        A.    I don't recall any discussions in that
3   area.
4   BY MR. BUSH:

Page 35

48833 amsden.harry 121609.txt
```
 5        Q.    Did it even occur to you even if you
 6  didn't discuss it with anyone?
 7        MR. DUCAYET:  Object to the form of the
 8  question.
 9              If you have a recollection.
10  BY THE WITNESS:
11        A.    I don't have a recollection at this
12  point.
13                  (WHEREUPON, a certain document was
14                   marked Amsden Deposition Exhibit
15                   No. 8, for identification, as of
16                   12-16-2009.)
17  BY MR. BUSH:
18        Q.    Is this the Brown Book for Period 4,
19  which is April 2007?
20        A.    I believe it is.
21        Q.    And is this a document that you received
22  in May of 2007?
23        A.    I received the Brown Book each period.
24  So I believe I would have received this in May of
0090
 1  2007.
 2        Q.    If I could ask you to turn to the third
 3  page of the document.  Do you have that page?
 4        A.    What's the header on top of the page?
 5        Q.    "Tribune Company Results of Operations."
 6        A.    Period 4?
 7        Q.    For Period 4 2007.
 8        A.    Yes.
 9        Q.    If I'm reading this correctly, on the
10  left we have a series of columns under the heading
11  "Period 4."  Do you see that?
12        A.    Yes.
13        Q.    And that refers to the results during
14  Period 4, which is April?
15        A.    Yes.
16        Q.    And then on the right we have a series
17  of columns under the heading "Year-to-Date"?
18        A.    Uh-huh.
19        Q.    And that is the results, as it says,
20  year-to-date?
21        A.    Yes.
22        Q.    And if you look down a little bit, you
23  see the column "2007 plan and variance from"?
24        A.    Uh-huh.
0091
 1        Q.    Those two columns?
 2        A.    Yes.
 3        Q.    So am I reading this correctly that
 4  there was a 5 percent -- in Period 4 the revenues
 5  were 5 percent under the plan for publishing?
 6        A.    Yes.
 7        Q.    And they were 3 percent under plan
 8  overall?
 9        A.    Overall meaning year-to-date?
10        Q.    No.  I'm sorry.  I am talking about
11  Period 4.  In other words, you go down, there's
12  broadcasting and entertainment as the next line.
13  That was 1 percent up in Period 4 over plan?
14        A.    Yes, I see it.
15        Q.    Together it was 3 percent down?
16        A.    Yes.
17        Q.    Then year-to-date, if you go over to the
```
Page 36

48833 amsden.harry 121609.txt
18    right, publishing was down 3 percent from plan?
19         A.    Uh-huh.
20         Q.    And overall the company was down 2
21    percent from plan; is that right?
22         A.    Yes.
23         Q.    If you go down a little bit further
24    under the Period 4 -- on the Period 4 side of the
0092
1     document, publishing is reflected as being 26
2     percent under plan for operating profit in Period
3     4; is that right?
4          A.    Yes, I see that.
5          Q.    And operating profit year-to-date is 11
6     percent under plan for publishing; is that right?
7          A.    Yes.
8          Q.    I take it from your previous answer that
9     you don't recall any conversation at or about the
10    time that these results came to your attention
11    about whether the plan numbers should be updated or
12    modified?
13         A.    No.
14         Q.    Let me ask you to turn to the -- I guess
15    it's the next page.  And that reflects for Period 4
16    that operating cash flow for publishing was off 21
17    percent from plan; is that right?
18         A.    Yes, I see that.
19         Q.    And for year-to-date it was off 9
20    percent for publishing?
21         A.    Yes.
22         Q.    And overall it was off 13 percent for
23    the -- operating cash flow was off 13 percent from
24    plan for Period 4?
0093
1          A.    Yes.  For the whole company.
2          Q.    And off 5 percent year-to-date?
3          A.    Yes.  For the whole company.
4          Q.    For the whole company.
5                (WHEREUPON, a certain document was
6                 marked Amsden Deposition Exhibit
7                 No. 9, for identification, as of
8                 12-16-2009.)
9     BY MR. BUSH:
10         Q.    I have placed before you what's Amsden
11    No. 9.  And it contains in it an e-mail from Rachel
12    Sauter on May 14th to a host of people, including
13    you; is that right?
14         A.    Yes.
15         Q.    And that's the same date as Exhibit 8,
16    which had the Brown Book for April in it, right?
17         A.    That is the same date.
18         Q.    And this says, "Please find the attached
19    summary of the publishing revenue flash from Period
20    5, Week 2."
21         A.    Uh-huh.
22         Q.    Period 5, Week 2 is the second week of
23    May; is that right?
24         A.    Yes, it would be.
0094
1          Q.    And is this what you were referring to
2     when we talked before about a flash report or is
3     this something different?
4          A.    There were two flash reports we referred
5     to earlier.  This was one of the two I was
Page 37

48833 amsden.harry 121609.txt
6   referring to.  This is a report that comes out each
7   Monday morning that shows ad revenue and
8   circulation revenue for each of our units for the
9   prior week.
10      Q.    Okay.  And how did you use this in your
11  business?
12      A.    We circulated this amongst management
13  every Monday morning to give them a sense for what
14  the prior week looked like.
15      Q.    All right.  And in the second sentence
16  of the Sauter e-mail it says, "For the week total
17  ad revenue was down 20 percent from last year, 6
18  percent under projection."
19      A.    Uh-huh.
20      Q.    What is the projection that's referred
21  to there?
22      A.    The projection is a projection of ad
23  revenue and circulation revenue from each business
24  unit for the current week.
0095
1       Q.    And who creates that?
2       A.    Each business unit.
3       Q.    When do they create it?
4       A.    During the period.
5       Q.    Well, for this week when would they have
6   created the projection?
7       A.    Most likely the prior week.
8       Q.    What does the projection have to do with
9   plan, the operating plan?
10      A.    It would be different than operating
11  plan, or it could be the same.  It's going to be
12  based on their information for that week at that
13  time.
14      Q.    So when this says that the ad revenue
15  was 6 percent under projection, can you tell
16  anything about what that means with respect to
17  where the revenue is compared to the operating
18  plan?
19      A.    No, because, again, the projection could
20  be a different set of numbers.
21      Q.    And where do those numbers -- how are
22  those numbers -- the projection numbers collected?
23      A.    We have a -- each business unit -- this
24  comes out of a system that each business unit uses
0096
1   to report this data in to us.  Each business unit
2   will load in their actual revenue for the week,
3   their actual revenue for the comparable week the
4   prior year, and then also the projection for that
5   revenue for that week.
6       Q.    So when do you get the projection for
7   the next week?
8       A.    Basically, you know, the way the
9   business units load this, typically they're loading
10  this week by week.  They load it differently.  Some
11  might load the weeks at the beginning of the period
12  and update it.  Others might load it week by week.
13            The key focus on this report for us is
14  really the comparison to the prior year.
15      Q.    Okay.  Let me ask you to turn to the
16  second page.  The first series of numbers are under
17  it looks to me the heading called "week ended
18  revenue."  Do you see that?

48833 amsden.harry 121609.txt
```
19      A.    Yes.
20      Q.    What does that refer to?
21      A.    This report comes out on a Monday
22 morning.  It would be the prior week's ad revenue.
23      Q.    It's just the revenue for that week?
24      A.    Yes.
0097
 1      Q.    And then "Period to Date" is the next
 2 set of numbers.  What is that?
 3      A.    In this case since this is reflecting
 4 two weeks, that would be the first two weeks of the
 5 period added together.
 6      Q.    There is a set of numbers under the
 7 heading down in the lower right called "Revenue
 8 Pacing to Projection."  Do you see that?
 9      A.    Uh-huh.
10      Q.    What is that?
11      A.    That would show how they are pacing
12 towards their projected results for the period.
13      Q.    I'm sorry.  I missed what you said.
14      A.    It would show how their revenue is
15 coming in versus what they were projecting for the
16 period for ad revenue.
17      Q.    What is PTD?
18      A.    Period to date.
19      Q.    And what's under the heading "Full
20 Period"?
21      A.    That would be an estimate of the full
22 period variance.
23      Q.    I understood you to say -- and I am sure
24 I am just not following you here but that the
0098
 1 projection was done week by week; sometimes you got
 2 it before the week; sometimes you didn't really get
 3 it until the end of the week.  Is that right?
 4      A.    Yeah.  Let me clarify that.  This is a
 5 separate system we used to collect this data.  The
 6 business units during the period will populate the
 7 projection fields.
 8            How that was done was inconsistent
 9 amongst the units.  Some would do it week by week
10 for the full period; some perhaps could change the
11 projection during the period, too.
12      Q.    I am a little bit confused.  Let me try
13 and understand.  And I recognize there's some
14 variability.
15            Is there a standard and most people do
16 it one way and there's some variability around that
17 or is it all over the lot?
18      A.    I couldn't tell you in detail how each
19 person does that.  I know there is variability
20 though.
21      Q.    Is there a -- again, I am looking at the
22 "Full Period" column under "Revenue Pacing to
23 Projection."
24            Is there a projection done by business
0099
 1 units for each full period?
 2      A.    Full period meaning in this case would
 3 be Period 5.
 4      Q.    In this case it would be Period 5?
 5      A.    This is a summation of what would be
 6 projection data for the full period of Period 5 for
```
Page 39

48833 amsden.harry 121609.txt
```
 7  ad revenue.
 8         Again, during the period that projection
 9  could change.
10     Q.    And it would change because?
11     A.    Business units elected to make a change.
12     Q.    And is the full period an aggregate of
13  the projections for each week or is there a
14  projection really done for the period?
15         Do you follow me?
16     A.    It's an aggregation of the weekly
17  numbers because this report is coming out each week
18  and it's loaded week by week.
19     Q.    So what is reflected when it says, for
20  example, in the line "Retail," it says "Projection
21  trend percentage minus 1.8 percent"?  What does
22  that mean?
23     A.    That would be showing how we are
24  trending against the projection for the full
0100
 1  period.  Again, in this case that would be the
 2  additional -- that would be the summation of four
 3  weeks.
 4     Q.    So to put in layman's terms, if things
 5  keep going the way they are going, you are going to
 6  come in 1.8 percent under the projection for the
 7  month?
 8     A.    If the current trends stayed the same,
 9  that would be the case.
10     Q.    So for the line "National" that would be
11  8.2 percent under whatever the projections were?
12     A.    Uh-huh.
13     Q.    And for "Classified" it would be 15.6
14  percent under whatever the projections were?
15     A.    Yes.
16     Q.    If we wanted to go back at this period
17  of time -- or to this period of time and find the
18  projection data on which these numbers are based,
19  how would we do that?
20     MR. DUCAYET:  Object to the form.
21  BY THE WITNESS:
22     A.    Can you rephrase that?
23  BY MR. BUSH:
24     Q.    There are some numbers that were used as
0101
 1  the basis for creating the percentages and also the
 2  numbers that are on this report.  And I am asking
 3  where in the Tribune documents or data systems
 4  would one go to get the underlying numbers on which
 5  this report is based.
 6     A.    First, these were populated by each
 7  business unit.  We have a separate system that
 8  collects this data that each business unit loads in
 9  on a weekly basis.  The basis for how they load the
10  numbers is their own determination.  How they
11  determine the projection, that's based on their own
12  data that they have locally.
13     Q.    I understand.  But if, for example, I
14  want to go back in time for the Period 5, Week 2
15  and find out what the projections were for each
16  business unit that are reflected on this chart in
17  the aggregate and how they changed, say, from the
18  prior week, if they did, how would I do that?
19     A.    To determine what the projection itself
```
Page 40

48833 amsden.harry 121609.txt
20  is, you can obviously do the math to get to the
21  current projection.  If you have a number that's --
22  for instance, for LA a total of 14,834,000 minus 9
23  percent to projection, you could do the calculation
24  for that.
0102
 1            As far as how that changed during the
 2  period, I'm not sure there would be any way to see
 3  that data because that data is overlaid each time a
 4  new projection is put in.
 5       Q.   Was there a concern in the middle of May
 6  at the group level -- so amongst you and your
 7  colleagues -- about the performance of the
 8  publishing group missing plan?
 9       MR. DUCAYET:  Object to the form of the
10  question.
11  BY THE WITNESS:
12       A.   I don't know that I would use the term
13  "concern."
14  BY MR. BUSH:
15       Q.   Was there a discussion of it?
16       A.   There was discussion, yeah.  I mean, we
17  looked at results each period just as we have done
18  here and compared them to plan.
19       Q.   What was the discussion?
20       A.   Most of our thinking is we thought we
21  had other actions we could take to make up anything
22  we saw at that time.
23       Q.   What other actions?
24       A.   Other cost reductions we could
0103
 1  undertake.  Again, we were looking at something
 2  through four periods.  While we're off -- while the
 3  documents do show us off plan, we still believed
 4  that the full year plan was achievable.
 5       Q.   Would you have -- you said there were
 6  actions you could take.  What actions could you
 7  have taken?
 8       A.   Cost reduction actions, FTE reductions.
 9       Q.   I'm sorry.  FTE?
10       A.   FTE reductions, compensation reductions,
11  other things of that nature that we believed we
12  could to offset any revenue shortfall.
13            Again, we were focused on operating cash
14  flow.
15       Q.   Did you, in fact, implement any
16  cost-saving strategies?
17       A.   Yes, we did.
18       Q.   And you believed that you could make up
19  the shortfall over the second half of the year?
20       A.   Yes.
21       Q.   With whom did you discuss the
22  cost-cutting measures that you would undertake?
23       A.   Scott Smith, president of the publishing
24  group, and Don Grenesko.
0104
 1       Q.   Were these cost-cutting measures that
 2  would be implemented at the business unit level?
 3       A.   Business unit or group.
 4       Q.   So both?
 5       A.   Both, right.
 6       Q.   Can you identify for me some of the
 7  cost-cutting measures you planned to take?
Page 41

48833 amsden.harry 121609.txt
```
 8        A.      Outsourcing actions.  We had plans to
 9  outsource certain functional areas offshore to save
10  money.
11               We had -- other actions we had taken to
12  centralize certain areas of the operation, to take
13  people out of business units and put them in a
14  common area to reduce costs in that vein.  And then
15  individual cuts in FTEs at each business unit, too.
16  Among others.
17        Q.      Were these FTE cuts at each of the
18  business units or selected business units?
19        A.      It would have been at each of the
20  business units.  And it would vary by business unit
21  based on the opportunity.
22
23
24
0105
 1               (WHEREUPON, a certain document was
 2               marked Amsden Deposition Exhibit
 3               No. 10, for identification, as of
 4               12-16-2009.)
 5  BY MR. BUSH:
 6        Q.      Mr. Amsden, Amsden 10 has been placed in
 7  front of you.  That looks like it's an e-mail that
 8  includes -- or a series of e-mails that include as
 9  an attachment the Period 5 financials.
10               Do you see that?
11        A.      Yes.
12        Q.      And is this the Brown Book for Period 5
13  that is May?
14        A.      That's what this looks like.
15        Q.      And you are reflected as receiving this
16  on June 10th; is that right?  Bottom e-mail, Mark
17  Sotir to you.
18        A.      Yeah.  I believe I would have received
19  this.  That date would make sense.
20        Q.      Mark -- how do you pronounce that name?
21        A.      Sotir.
22        Q.      He has an e-mail address that suggests
23  he is at EGII, right?
24        A.      Yes, he is.
0106
 1        Q.      So that's outside the company?
 2        A.      Yes.
 3        Q.      Would you have gotten this prior to this
 4  time from somebody inside the company?
 5        A.      Yes.  This normally comes from our
 6  corporate financial reporting group.
 7        Q.      And let me ask you to take a look at
 8  what I guess is the fourth page.  And this is in
 9  the same format as what we looked at previously and
10  was marked as Amsden 8, right?
11        A.      Right.
12        Q.      And so for Period 5 we see for the
13  publishing unit that it's 9 percent off of the plan
14  for Period 5, right?
15        A.      For operating revenues, right.
16        Q.      And 4 percent off year-to-date operating
17  revenues?
18        A.      Yes.
19        Q.      And we see that the operating profit is
20  off 21 percent for publishing for Period 5?
```

48833 amsden.harry 121609.txt
```
21      A.    Yes.
22      Q.    And off 13 percent for year-to-date?
23      A.    Yes.
24      Q.    And if you take a look at the next page,
0107
 1  operating cash flow for publishing is off 19
 2  percent for the period; is that right?
 3      A.    Yes.
 4      Q.    And off 12 percent from plan for
 5  year-to-date?
 6      A.    Yes.
 7      Q.    And these numbers are comparing the
 8  actual results of the company through the end of
 9  May to the 2007 operating plan that was approved by
10  the board, correct?
11      A.    Yes.
12      Q.    Let me go back just briefly to Exhibit
13  9, the flash report.
14            How did the individual business units
15  develop their projections?
16      MR. DUCAYET:   Object to the form of the
17  question.
18  BY MR. BUSH:
19      Q.    You testified about how the projections
20  were done in general.
21      A.    Right.
22      Q.    I am asking, the projections that are
23  reflected on Exhibit 9 and similar reports as I
24  understand it were developed at different times
0108
 1  perhaps but by the business units, right?
 2      A.    These were developed by the business
 3  units.
 4      Q.    My question is, how did the business
 5  units develop them?  In other words, what went into
 6  coming up with the projection?
 7      A.    I couldn't tell you the detail process
 8  they went through.
 9      Q.    If you know, were the Brown Books posted
10  in the data room?
11      A.    Again, I was not responsible for the
12  data room.  I believe they were.  I could not say
13  for sure.
14      Q.    How about the flash report like the one
15  that we just looked at in Exhibit 9?
16      A.    I believe those were posted in that room
17  also.
18      Q.    Were there other flash reports for
19  other -- for example, was there a flash report for
20  broadcasting?
21      A.    The broadcasting revenue reports were
22  different.  They were pacing reports.  Again, they
23  were done differently than what the publishing
24  reports were.  The business is different.
0109
 1      Q.    But there were weekly revenue reports of
 2  some sort or another; they were just in a different
 3  format, or were they a completely different report?
 4      A.    Completely different report.  I don't
 5  recall if they were weekly or not.
 6      Q.    Do you know whether whatever they were
 7  they were posted in the data room?
 8      A.    I am not sure on that.
```
Page 43

48833 amsden.harry 121609.txt
```
 9        Q.      Were there any other flash reports that
10   were generated on a regular basis in the publishing
11   group?
12        A.      Just for the publishing group?
13        Q.      Yes.
14        A.      I don't recall any others.
15        Q.      You testified about the two Brown Books
16   that we looked at, Exhibits 8 and 10, and how the
17   publishing group revenues were under plan.  Do you
18   recall that testimony?
19        A.      Yes.
20        Q.      Did you make any evaluation of why the
21   publishing group was missing its plan targets for
22   revenue?
23        MR. DUCAYET:  Are you asking did he personally
24   do that or --
0110
 1        MR. BUSH:  I am starting with him personally,
 2   yes.
 3   BY THE WITNESS:
 4        A.      We did look at that.  You know, if you
 5   look at other schedules in the Brown Book, you will
 6   see additional detail as to where the shortfalls
 7   are versus plan.  So obviously we review those
 8   every period.
 9   BY MR. BUSH:
10        Q.      I was asking a little different question
11   than where the shortfalls were.  I mean, did you
12   evaluate why there was a shortfall?
13        A.      I believe in general we did.
14        Q.      Did you do that in consultation with
15   your colleagues at the group level?
16        A.      We would talk to each business unit
17   about their results, discussions with them to see,
18   you know, how Period 4 looked perhaps.
19        Q.      Did you make any judgment about why the
20   publishing group was missing its revenue targets
21   under the plan?
22        MR. DUCAYET:  Object to the form.
23   BY THE WITNESS:
24        A.      I don't recall what the judgment would
0111
 1   have been at that time.
 2   BY MR. BUSH:
 3        Q.      Do you recall whether you made a
 4   judgment?
 5        A.      Again, I'm unsure.
 6        Q.      Do you recall discussing whether it had
 7   to do with structural changes in the business?
 8        A.      We did talk about structural changes in
 9   the business and also as I recall some cyclical
10   impacts, too.
11        Q.      What were the cyclical impacts?
12        A.      Real estate market, especially in
13   Florida.
14        Q.      How did that impact revenues?
15        A.      That hurt the classified revenue in real
16   estate.
17        Q.      Anything else?
18        A.      I think that was the largest impact I
19   remember is real estate in Florida.
20        Q.      And did you make any judgment about
21   whether that -- you called it a cyclical impact.
```
                            Page 44

48833 amsden.harry 121609.txt
22    Did you make a judgment about whether that was
23    going to turn around?
24        A.    We believed it was cyclical and that,
0112
1    you know, that's the way the economy was going for
2    the time being and that, you know, there would be a
3    recovery.
4        Q.    Did you make a judgment about when the
5    recovery would be?
6        A.    Don't recall.
7        Q.    Did you make any judgment about whether
8    the missed numbers were simply because the
9    forecasters weren't very good?
10        MR. DUCAYET:  Object to the form of the
11    question.
12        Again, so we are clear on the "you"
13    here, you're more answering more generally the
14    group.
15    BY MR. BUSH:
16        Q.    You are right; you are answering more
17    generally the group.
18        A.    When you say the forecasters, what were
19    you referring to?
20        Q.    Whoever came up with the numbers that
21    were in the plan.  You have testified about how
22    those numbers were developed.
23        A.    My belief is they used their best
24    judgment at the time the plan was developed.
0113
1                    (WHEREUPON, a certain document was
2                    marked Amsden Deposition Exhibit
3                    No. 11, for identification, as of
4                    12-16-2009.)
5    BY MR. BUSH:
6        Q.    Exhibit 11 has just been placed in front
7    of you, Mr. Amsden.  That appears to be an e-mail
8    chain that you are on in various different ways
9    starting I guess on February 6th, 2007, and ending
10    on February 9th.
11        A.    Okay.
12        Q.    Do you recognize your name on there?
13        A.    Yes, I do.
14        Q.    The message at the bottom of the first
15    page is from somebody named Rosanne Kurmaniak.  Who
16    is she?
17        A.    I believe she is at Citibank.
18        Q.    And it says -- it's addressed to you.
19    It says, "Two questions came from the McCormick
20    advisors (Blackstone) that I think you might be the
21    best person to ask."
22        Is it your understanding that Blackstone
23    was advising McCormick?
24        A.    Yes, in one part of the process they
0114
1    were.
2        Q.    This says in the second numbered
3    paragraph that, "The P1 '07 actual total publishing
4    revenue appears to be 2.4 percent off of the
5    original management projection."
6        And then further that, "The revised
7    management projection for 2007 (full year) total
8    publishing revenue of three nine" -- 3 million --
9    is it 3 million?
                        Page 45

48833 amsden.harry 121609.txt
10      A.      The 3984, this is almost 4 billion.
11      Q.      -- "is 3.4 percent off of the original
12  management projection of 4,123 billion."
13              Blackstone is essentially asking, I
14  guess, why the shortfall.  Is that what you
15  understand the question is?
16      A.      I believe so.
17      Q.      I believe that you in some e-mails took
18  the view that the shortfall to plan in the first
19  half of the year was not all that alarming because
20  you believe that the business would pick up --
21  trends would improve in the second half of the
22  year.
23          MR. DUCAYET:  Object to the form of the
24  question.
0115
1   BY MR. BUSH:
2       Q.      Do you recall having that view at the
3   time?
4           MR. DUCAYET:  Object to the form of the
5   question.
6   BY THE WITNESS:
7       A.      I can remember discussions that we
8   believed that the second half revenue trends would
9   be better than the first half revenue trends.
10  BY MR. BUSH:
11      Q.      Okay.  Let me ask you to take a look at
12  the second page of the document, the e-mail from
13  you to Ms. Kurmaniak.  Do you see that?
14      A.      Uh-huh.
15      Q.      It's at the top of the page.
16      A.      Yes.
17      Q.      In your point No. 2 you say,
18  "Circulation revenue trend will get slightly better
19  after April which corresponds to the bridge period
20  analysis."
21              Do you see that?
22      A.      Yes, I do.
23      Q.      What is the bridge period analysis?
24      A.      I am not sure.
0116
1       Q.      Then it says in Point 3, "We talked
2   quite a bit yesterday on the call as to why Period
3   1 trends are much worse than expected for the rest
4   of 2007."
5               Do you recall what you said on that
6   subject in the call?
7       A.      No, I do not.
8       Q.      Do you know why you thought at the time
9   that Period 1 trends were much worse than expected
10  for the rest of 2007?
11      A.      I can't recall why I made this exact
12  comment in this e-mail.
13      Q.      Do you remember what you were thinking
14  about why trends were worse in the first period
15  than they were expected to be for the rest of 2007?
16          MR. DUCAYET:  Object to the form.
17  BY THE WITNESS:
18      A.      Again, I couldn't tell you exactly what
19  I was thinking at that time.
20  BY MR. BUSH:
21      Q.      It also says, "Trends will improve in
22  February and we have evidence already that Week 1

48833 amsden.harry 121609.txt
23   of Period 2 will be much better than January."
24            Aside from the evidence that you cite,
0117
1    what was the basis for your statement that trends
2    will improve in February?
3         A.    The evidence would have been the Week 1
4    ad revenue report.  It's a comparable report to
5    what we looked at earlier.  So obviously I had some
6    actual knowledge -- some knowledge of the estimates
7    for that period at that time.
8            If I look at February 7th, it's likely I
9    would have known at least what the first week of
10   the period was in terms of ad revenue trend.
11        Q.    As it turned out, were the February ad
12   revenue trends positive or under plan?
13        A.    I don't recall offhand.
14        Q.    And as it turned out, were the March ad
15   revenues positive or under plan?
16        A.    Again, I don't recall specifically.  We
17   have looked at the year-to-date results obviously
18   which showed us under plan.
19            Again, the comment here may be related
20   to year over year rather than plan from that
21   standpoint.
22        Q.    Let me ask you just a general question.
23   If you are generating an operating plan and you are
24   approving it in February and your January numbers
0118
1    already miss the plan, why don't you modify the
2    plan?
3         MR. DUCAYET:  Object to the form of the
4    question.
5    BY THE WITNESS:
6         A.    The plan is on a full year basis.  We
7    still believed we could make the full year plan.
8    The board did not see an individual plan by period.
9    And normally even that Period 1 plan probably was
10   not even loaded until February by the business
11   units.
12   BY MR. BUSH:
13        Q.    Right.  But the people developing the
14   operating plan knew what the operating results were
15   for January by the middle of February --
16        A.    Uh-huh.
17        Q.    -- correct?
18        A.    I think the answer is we still believed
19   we would make the full year plan.
20        MR. DUCAYET:  Off the record for a second.
21            (WHEREUPON, discussion was had off
22             the record.)
23
24
0119
1            (WHEREUPON, a certain document was
2             marked Amsden Deposition Exhibit
3             No. 12, for identification, as of
4             12-16-2009.)
5    BY MR. BUSH:
6         Q.    This is Amsden 12, which I have placed
7    in front of you.  And Daniel Kazan, I know you said
8    who that was before.  I forgot.
9         A.    Dan Kazan was vice president of
10   development.
Page 47

48833 amsden.harry 121609.txt
11      Q.      Vice president of?
12      A.      Development.
13      Q.      In publishing?
14      A.      For Tribune Company.
15      Q.      He says, "If I'm reading this correctly,
16   our plan has us being 47 million below 2006 for the
17   first half.  I don't know what the bankers will
18   base their threshold number on, but it suggests we
19   really need to get to the bottom of that.
20   Otherwise, we are already half-way toward not being
21   able to meet that covenant (which enables us to do
22   the spin)."
23           Do you remember any discussions on or
24   about February 21st that you were involved in
0120
 1   involving the plan having you 47 million below 2006
 2   for the first half?
 3      A.      No, I do not.
 4      Q.      Let me ask you to turn to the next page.
 5   And this looks -- I guess this is -- the way it's
 6   copied makes it a little bit awkward to look at it.
 7   But it looks to me like this has the 2007 operating
 8   plan revenue expense operating cash flow and
 9   operating profit numbers and some detail under each
10   of those for the first, second, third and fourth
11   quarters of 2007.
12      A.      That's what this looks like, yes.
13      Q.      And on the revenue line it looks like
14   the plan is 971 -- actually, let me ask it a
15   different way.
16           If you compare the total revenue line
17   for the 2007 plan for the first and second quarter
18   with the similar revenue lines for the third and
19   fourth quarter, the plan doesn't seem to me to be
20   projecting any uptick in revenue in the second half
21   of the year.  Would you agree with me?
22      MR. DUCAYET:  Object to the form of the
23   question.
24   BY THE WITNESS:
0121
 1      A.      When you say "uptick in revenue," what
 2   are you --
 3   BY MR. BUSH:
 4      Q.      The second half revenue isn't
 5   significantly greater than the -- or any greater
 6   than the first half revenue, is it?
 7      A.      You have to realize there's some
 8   seasonality in our business as far as when revenue
 9   occurs.  Obviously you can tell in the fourth
10   quarter we have the most revenue planned because
11   obviously we have a lot of holiday advertising.
12           You can tell that you have got 1 billion
13   054 million there planned versus, for instance, a
14   first quarter plan of 996 million.
15           So obviously there is seasonal
16   advertising that occurs.
17           The uptick that we are referring to is,
18   obviously you can also see that the total revenue
19   trend in terms of percentage change year over year,
20   first quarter, second quarter, you are down 2
21   percent or so, third and fourth quarter shows a
22   total that's closer to flat.
23      Q.      That's as compared to the prior year?
                        Page 48

A. As compared to the prior year.

0122

Q. The first half revenue compared to the second half revenue isn't really materially different, is it?
A. You are talking in terms of dollars?
Q. Yes.
A. In terms of the dollars I would have to do some math, but it looks like it's probably fairly close in total.
Again, the comment we are referring to is the trend line, the percentage change that we are seeing. The first quarter was planned to be down 2-1/2 percent. By the time you get to the fourth quarter, our plan is up 1 percent.
You can see the ad revenue line follows that also.
Q. I guess what I am just curious about, Mr. Amsden, is that to the extent that you believe that the shortfall in the first half of the year would be made up by revenue increases in the second half of the year, that's not what the plan suggests, is it?
MR. DUCAYET: Object to the form of the question.
BY THE WITNESS:

0123

A. I think we also believed that any revenue shortfalls could be made up by some additional revenue in the second half and then also the cost reduction actions I mentioned to you.
Again, we were focused on operating cash flow.
BY MR. BUSH:
Q. Maybe we will come to operating cash flow in a second. But when you are talking about revenues and you thought there would be an uptick in revenues in the second half, you are saying -- are you saying that you thought that the revenues in the second half would actually be in excess of the plan?
MR. DUCAYET: Objection; mischaracterizes his testimony; mischaracterization of the document.
BY MR. BUSH:
Q. You can answer the question.
A. Not versus plan necessarily but by we thought we had additional actions that were not in the plan that would improve our revenue trend line.
Q. So would they -- whatever the actions were, would the revenue -- was it your belief that the revenue in the second half would be in excess

0124

of the plan?
A. We were talking -- the comments were made versus the current revenue trend line. That's generally the way the comments were made. I am not sure about the -- offhand, I couldn't tell you versus plan.
Q. I think you identified three things that you were doing to cut costs. One was outsourcing?
A. Right.
Q. What did you actually do to outsource?
A. We actually outsourced some of our IT

48833 amsden.harry 121609.txt
```
12  operations and some of our financial operations
13  also.
14       Q.    Did that have a positive impact in 2007?
15       A.    Yes, it did.
16       Q.    You terminated employees and outsourced
17  their functions?
18       A.    Yes.
19       Q.    Even with the termination payments you
20  saved money?
21       A.    Yes.
22       Q.    Do you know how much you saved?
23       A.    I couldn't tell you offhand.  I can tell
24  you that it saved money in 2007 and going forward
0125
 1  though.
 2       Q.    Can you give us an order of magnitude?
 3       A.    Outsourcing?  Perhaps in the range of 10
 4  million.
 5       Q.    In 2007?
 6       A.    Yes, I believe so.
 7       Q.    And I think one of the other actions you
 8  thought you could take was centralization.
 9       A.    Uh-huh.
10       Q.    And did you take those actions?
11       A.    Tough to recall exactly what we did
12  there.  I know we had some actions taken.  That
13  would have been less significant in terms of
14  dollars.
15       Q.    And you also said reduce FTEs.  I assume
16  when you outsource you reduce FTEs, so they are
17  related; is that right?
18       A.    That part is.  We also took FTE
19  reduction actions over and above that.
20       Q.    Can you separate out the FTE actions
21  over and above that from the ones related to
22  outsourcing?
23       A.    The bulk of the actions -- the bulk of
24  the FTE reductions were not related to outsourcing.
0126
 1  The outsourcing actions may have been 200 to 250
 2  FTEs perhaps, but we had other FTE reduction
 3  actions that were taken across all business units.
 4       Q.    Can you tell me how much you saved in
 5  2007 from those other FTE actions?
 6       A.    No.  I know it was a significant amount
 7  though.  As we looked at some of the Brown Books,
 8  there is a schedule in there showing FTEs versus
 9  plan, even in Period 4, that shows us significantly
10  under plan in FTEs even early in the year.
11            So we were clearly starting to take
12  actions at that time and we took actions throughout
13  the year.  And I do believe that was a very
14  significant number.
15       MR. BUSH:  Okay.  This would be a good time
16  for a break.
17            (WHEREUPON, at 12:30 p.m. the
18            deposition was recessed until
19            1:24 p.m., this date.)
20
21
22
23
24
```
Page 50

48833 amsden.harry 121609.txt
0127
1              IN THE UNITED STATES BANKRUPTCY COURT
2                 FOR THE DISTRICT OF DELAWARE
3
4    In Re:                      ) Chapter 11
5          TRIBUNE COMPANY, et al.,  ) Case No.
6                    Debtors.    ) 08-13141 (KJC)
7
8
9              CONFIDENTIAL PURSUANT TO
10             CONFIDENTIALITY AGREEMENT
11
12               DECEMBER 16, 2009
13                  1:27 p.m.
14
15          The confidential deposition of
16   HARRY AMSDEN resumed pursuant to recess at Suite
17   3800, One South Dearborn Street, Chicago, Illinois.
18
19
20
21
22
23
24
0128
1    PRESENT:
2          ZUCKERMAN SPAEDER, LLP,
3          (1800 M Street, NW, Suite 1000,
4          Washington, D.C.  20036-5802,
5          202-778-1800), by:
6          MR. GRAEME W. BUSH,
7             -and-
8          CHADBOURNE & PARKE, LLP,
9          (30 Rockefeller Plaza,
10         New York, New York  10112,
11         212-408-5100), by:
12         MR. MARC D. ASHLEY,
13             appeared on behalf of the Committee
14             of Unsecured Creditors;
15         KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP,
16         (1633 Broadway,
17         New York, New York  10019-6799,
18         212-506-1700), by:
19         MR. SHERON KORPUS,
20             appeared on behalf of New York
21             Law Debentures;
22
23
24
0129
1    PRESENT:  (Continued)
2          O'MELVENY & MYERS, LLP,
3          7 Times Square,
4          New York, New York  10010,
5          212-326-4303), by:
6          MR. ZACK GROSS,
7             appeared on behalf of
8             Bank of America;
9          HENNIGAN BENNETT & DORMAN, LLP,
10         (865 South Figueroa Street, Suite 2900,
11         Los Angeles, California  90017,
12         213-694-1152), by:
                              Page 51

48833 amsden.harry 121609.txt
```
13      MR. JAMES O. JOHNSTON,
14      MR. JAMES W. BERGMAN,
15          appeared on behalf of the
16          Credit Agreement Lenders;
17      KAYE SCHOLER, LLC,
18      (3 First National Plaza, Suite 4100,
19      70 West Madison Street,
20      Chicago, Illinois  60602-4231,
21      312-583-2433), by:
22      MR. ROBERT M. SPALDING,
23          appeared on behalf of Merrill Lynch;
24
0130
 1  PRESENT:  (Continued)
 2          DAVIS POLK & WARDWELL, LLP,
 3          (450 Lexington Avenue,
 4          New York, New York  10017,
 5          212-450-4462), by:
 6      MR. LYNN EARL BUSATH,
 7          appeared on behalf of JPMorgan Chase;
 8      SIDLEY AUSTIN, LLP,
 9      (One South Dearborn,
10      Chicago, Illinois  60603,
11      312-853-7621), by:
12      MR. JAMES W. DUCAYET,
13          -and-
14      SIDLEY AUSTIN, LLP,
15      (1501 K Street, N.W.,
16      Washington, D.C., 20005,
17      202-736-8000), by:
18      MR. DAVID M. MILES,
19          appeared on behalf of Tribune Company.
20  ALSO PRESENT:
21      MR. MARK F. RULE,
22       Alix Partners, LLP.
23  REPORTED BY:  SUSAN K. TODAY, C.S.R., R.P.R.
24          License No. 84-2212.
0131
 1          (WHEREUPON, certain documents were
 2          marked Amsden Deposition Exhibit
 3          Nos. 13 and 14, for identification,
 4          as of 12-16-2009.)
 5          HARRY AMSDEN,
 6  called as a witness herein, having been previously
 7  duly sworn and having testified, was examined and
 8  testified further as follows:
 9          EXAMINATION (Resumed)
10  BY MR. BUSH:
11      Q.    Mr. Amsden, you are still under oath.
12  You recognize that?
13      A.    Yes, I do.
14      Q.    Just a couple of clean-up items.  I put
15  in front of you what has been marked as Amsden 13.
16          Do you have that and have you had a
17  chance to look at it?
18      A.    Yes, I have, and I have had a chance to
19  look at it.
20      Q.    That's the flash revenue summary for
21  publishing for Period 5, Week 4?
22      A.    Yes, it is.
23      Q.    Which is the fourth week of May?
24      A.    Yes.
0132
```
Page 52

48833 amsden.harry 121609.txt
1      Q.    I didn't ask you this about the other
2   one of these that we looked at, but this seems to
3   go to quite a broad or large group of people.  I
4   don't want you to go through every single person.
5            I see Dennis FitzSimons, who was the
6   CEO, right?
7      A.    Yes.
8      Q.    Bigelow, who at that point was the
9   treasurer?
10     A.    Yes.
11     Q.    And a host of other people.  But is
12  this -- what's kind of the range of people here?
13  Are these business unit people here at the bottom?
14     A.    Yes.  Many of these are either people
15  who run our business units or the CFO of the
16  business unit.
17     Q.    So with the wide circulation like this,
18  what was the purpose for this report?
19     A.    This is a report that we do every week.
20  We have been doing this for at least a couple years
21  now.  It basically gives them a snapshot of the
22  prior week's ad revenue and circulation revenue.
23     Q.    What was the purpose of doing it?
24     A.    Just to show what the prior week
0133
1   estimated results were.
2      Q.    To go back -- well, not to go back.
3   Take a look at Page 2, the revenue pacing to
4   projection section again.
5      A.    Uh-huh.
6      Q.    What was the use that the business unit
7   managers made of this section, if anything?
8      MR. DUCAYET:  Object to the form of the
9   question.
10  BY THE WITNESS:
11     A.    To be honest with you, I couldn't tell
12  you what they would use that for.
13  BY MR. BUSH:
14     Q.    What use did you make of it, if
15  anything?
16     A.    I didn't.  I focused more on prior year.
17     Q.    Do you know why this was on the report?
18     A.    Offhand I couldn't tell you.
19     Q.    Okay.  I would like to place in front of
20  you the next exhibit, which is Amsden Exhibit 14.
21  That's dated May 31st, 2007.  It's an e-mail with
22  some attachments.  And I see you as a recipient of,
23  I guess, the original e-mail.  This looks like a
24  forwarding of an original e-mail on May 31st from
0134
1   Marina Shapira to you and a bunch of other people.
2            You see your name there?
3      A.    Yes, I do.
4      Q.    This says "TI Period 5 2007 Flash for
5   2:00 p.m. meeting."  That's -- I'm sorry.  That's
6   the attachment.  The subject is, "Re:  Tribune
7   Interactive P5 Flash."
8            Do you recognize this document?
9      A.    This document is produced by our
10  interactive group showing an estimate of
11  interactive results.
12     Q.    Is this similar to the publishing
13  revenue flash report that we have just looked at
Page 53

48833 amsden.harry 121609.txt
14  except it's for interactive?
15      A.    This would be confined to just
16  interactive.
17      Q.    Right.  But it's giving you a snapshot
18  of the weekly results in each period.  Is that what
19  it's doing or something else?
20      A.    This is not weekly results.  This
21  appears to be full period results.
22      Q.    Okay.
23      A.    From what I can gather looking at this,
24  this appears to be a full period.  And based on the
0135
1   date, this would have been probably an estimate
2   during our period close process for Period 5.
3       Q.    Did you get reports like this on a
4   regular basis during 2007?
5       A.    These, I believe, would have come once a
6   period during 2007 as part of the period close
7   process.
8       Q.    Do I understand the front page to be
9   reflecting that year-to-date the revenue for
10  interactive was 2 percent under plan through the
11  end of May?
12      A.    Let's see.  That's what it appears to
13  be.
14      Q.    Is it your understanding that plan here
15  is the operating plan approved by the board of
16  directors in February?
17      A.    Yes.  This would be their portion of
18  that operating plan.
19      Q.    Okay.  I want to turn to what I am going
20  to call the September model.  But did there come a
21  point at which you became involved in preparing
22  updated projections for VRC in connection with the
23  second step of the transaction?
24      A.    Yes.  We started our normal operating
0136
1   plan process, which would be -- for 2008 we started
2   that normally late July, early August of 2007.
3   That's our normal timeline.
4             And as part of that, one key component
5   is a reprojection of the current year.  Obviously
6   that served as a baseline comparison to the plan
7   for the coming year.
8       Q.    But did you end up -- or did you
9   ultimately prepare an updated set of projections
10  that were used by VRC in preparing its second stage
11  solvency opinion?
12      A.    Yes, we did.  We prepared an updated
13  2007 projection.  I believe we did that in
14  September.  We made adjustments to the five-year
15  model also.  So that would be 2008 and forward.
16      Q.    When did you first discuss preparing new
17  projections for VRC both for 2007 and for the
18  five-year model?
19      A.    The projections we were preparing were
20  really for part of our operating plan process and
21  obviously were going to be used by VRC also.  So
22  again, the first time that normally we start to
23  update that is we start to have discussions in
24  August, and I believe we actually had updated
0137
1   projections in what would be early September.
              Page 54

48833 amsden.harry 121609.txt
2         Q.     Do I understand you to be saying that it
3    was -- that you always understood or contemplated
4    preparing updated projections for the Step 2
5    solvency opinion, or is that something that evolved
6    out of the normal process of starting the
7    preparations for next year's plan?
8         A.     This was part of our normal plan
9    process.
10        Q.     I am probably not being clear.  I gather
11   that you had a normal process of preparing a plan
12   for the following year that began in July.
13        A.     Uh-huh.
14        Q.     Is that right?
15        A.     Yeah.  Normally in late July, early
16   August.
17        Q.     Okay.  And in 2007 that process
18   ultimately also included preparing new projections
19   that were used not for the next year but -- excuse
20   me.  Take that back.
21               That process ultimately involved not
22   only preparing an operating plan for 2008, it also
23   involved updating the operating plan and the
24   five-year projections that were used by VRC,
0138
1    correct?
2         A.     Yes.  In this case we did.
3         Q.     My question is, did you always
4    understand that you would be doing that even way
5    back in February, or is that something that
6    developed sometime in July or June or August?
7         A.     Again, obviously our 2008 plan developed
8    as a result of the work we started in late July,
9    early August in our normal plan cycle.  Then as we
10   were doing that, we also took another look at the
11   out year projections to see what updates we needed
12   to make there based on the current information we
13   had.
14        Q.     Okay.  And can you identify a point in
15   time where you -- and by you I mean you and your
16   colleagues -- made a decision that the 2007
17   operating plan and the five-year model needed to be
18   updated for VRC?
19        MR. DUCAYET:  Object to the form of the
20   question.
21   BY THE WITNESS:
22        A.     Again, this was part of our normal plan
23   process, and one offshoot in this case of that
24   would be giving this information to VRC.
0139
1               So again, the plan is developed for a
2    lot of purposes, the 2008 plan.  Both obviously for
3    internal use to measure our financial results and
4    bonus performance, and then in this case obviously
5    it was used with VRC.
6    BY MR. BUSH:
7         Q.     Having a five-year projection that's
8    being used by a solvency expert isn't part of your
9    normal process.
10        A.     Correct.
11        Q.     What I am asking is, when did you -- and
12   by "you" I mean your colleagues and yourself --
13   reach the conclusion that you needed to update the
14   five-year plan, which was an unusual thing to even
                        Page 55

48833 amsden.harry 121609.txt
```
15  have, for VRC?
16      MR. DUCAYET:  Object to the form of the
17  question.
18  BY THE WITNESS:
19      A.    Again, that would have been in August
20  2007 as part of this process.
21  BY MR. BUSH:
22      Q.    And can you tell me why you drew that
23  conclusion or came to that conclusion?
24      MR. DUCAYET:  Object to the form.
0140
1   BY THE WITNESS:
2       A.    It would be a variety of reasons.
3   BY MR. BUSH:
4       Q.    What are they?
5       A.    Again, looking at plan, what we thought
6   2008 would look like, working with our business
7   units, seeing what assumptions needed to be
8   updated.  That's, again, a normal part of our
9   process.
10      Q.    Did you look at 2007 and whether 2007's
11  plan would be changed?
12      A.    Again, we reprojected 2007 and then
13  obviously that was compared to the 2007 plan.
14      Q.    And the normal process I think you said
15  begins in July; is that right?
16      A.    Very late July, early August.  That's
17  traditionally when we do that.  Normally we try to
18  begin that after we have about seven periods of
19  actual results for the year.
20            (WHEREUPON, a certain document was
21             marked Amsden Deposition Exhibit
22             No. 15, for identification, as of
23             12-16-2009.)
24
0141
1   BY MR. BUSH:
2       Q.    Mr. Amsden, do you recognize Exhibit 15?
3       A.    Yes.  This appears to be our second
4   quarter Brown Book.
5       Q.    And this has a cover page that, among
6   other things, has in a box "Second Quarter 2007
7   H. Amsden."
8             Do you see that?
9       A.    Yes.
10      Q.    Do you know why it had a cover page like
11  that?
12      A.    This was my copy.
13      Q.    That's a pretty good explanation.
14            So when did you receive this?
15      A.    Normal process would be somewhere in
16  mid-July.  I couldn't give you the exact date.
17      Q.    After the end of June?
18      A.    Oh, yes.
19      Q.    Okay.  And this reflects on the third
20  page of the document some narratives about the
21  results.  Do you see those?
22      A.    Yes.
23      Q.    And in publishing it says, "Lower
24  operating profit was primarily the result of a $95
0142
1   million decline in revenues partially offset by
2   lower compensation and newsprint and ink expenses."
```
Page 56

48833 amsden.harry 121609.txt

```
 3        A.      Right.
 4        Q.      Was that your understanding of the
 5   explanation for the lower operating profit in the
 6   second quarter?
 7        A.      Yeah.  Again, that's a comparison to
 8   2006 actual.
 9        Q.      Understood.  If you take a look at -- I
10   guess it's the fourth and the fifth pages.  The
11   fourth page has a box in the upper right that says,
12   "Reported basis," and the fifth page has a box in
13   the upper right that says, "Excludes discontinued
14   operations and special items."
15               Do you see those boxes?
16        A.      Yes.
17        Q.      Why don't you just explain for the
18   record what the difference is between the two bases
19   on which these are reported?
20        A.      Sure.  Let's start with the second one
21   where it says, "Excludes discontinued operations
22   and special items."  First of all, if you go down
23   to the note on the bottom, you can see that results
24   for business units that have been sold or have been
0143
 1   identified as discontinued operations are excluded
 2   from here, which is appropriate accounting
 3   treatment.
 4               And then also excluded are special items
 5   that are summarized on an earlier page here.  And
 6   usually we try to exclude those because normally
 7   those are one-time items.  Usually those are items
 8   that aren't included in our plan.
 9               For instance, when we have FTE
10   reductions, severance is not counted.  It's not
11   counted in our original plan, so it's not included
12   here.
13               When you go to the reported basis, you
14   have a full GAAP presentation so it is counted
15   there.
16        Q.      Looking at the fifth page, Footnote 1,
17   it says, "Operating results for Hoy, New York,
18   (sold May 2007) and SCNI are excluded herein and
19   reported as discontinued operations in the
20   company's external financial statements."
21               Are those the discontinued operations
22   that were excluded on this particular page?
23        A.      Yes, I believe so.
24        Q.      And those were excluded because they
0144
 1   both were sold?
 2        A.      Well, obviously -- Hoy, New York, was
 3   sold.  You can see a date there.  SCNI, we were in
 4   the process of selling, and we had made a decision
 5   at this point in time to sell them.  As a result of
 6   the accounting rules, we were required to report
 7   that in discontinued operations.
 8        Q.      When you formulated the 2007 operating
 9   plan that was approved by the board of directors in
10   February, did you contemplate at that point in time
11   selling Hoy, New York, and SCNI?
12        A.      We knew there was a possibility but they
13   were still included in the operating plan at that
14   time.
15        Q.      So you included them in the operating
```

Page 57

48833 amsden.harry 121609.txt
16  plan as if you would not sell them?
17      A.   Yeah.  They would have been in for the
18  full year of 2007.
19      Q.   Did the second quarter results as they
20  are reflected in Exhibit 15 have anything to do
21  with the decision to update the 2007 operating plan
22  and the five-year model that VRC was to use in
23  formulating its solvency opinion for the second
24  stage of the transaction?
0145
1       MR. DUCAYET:  Object to the form.
2   BY MR. BUSH:
3       Q.   Go ahead and answer.
4       I'm sorry.  If you didn't understand
5   it --
6       A.   No.  I do understand the question.
7       All of our financial results for the
8   year and a projection for the second half of the
9   year would have been considered.  Obviously we went
10  back to our business units and asked them for an
11  update of their full-year operating cash flow.
12          (WHEREUPON, a certain document was
13           marked Amsden Deposition Exhibit
14           No. 16, for identification, as of
15           12-16-2009.)
16  BY MR. BUSH:
17      Q.   Did you send the e-mail that's -- it's
18  the second e-mail on the sheet that indicates it's
19  from you on or about August 2nd to the people that
20  are reflected there?
21      A.   Yes.  I mean, this is a record of that.
22      Q.   I'm sorry?
23      A.   Yes, this is.  Yes, I did.
24      Q.   And this seems to be an e-mail that is
0146
1   instructing people to begin the process of
2   preparing an updated plan or an updated model.
3   Would you agree with that?
4       A.   Yes.  An updated projection and plan,
5   which would include the five-year model.
6       Q.   And this is dated August 2nd.  How much
7   in advance of August 2nd did you reach the
8   conclusion that you were going to start this
9   particular process?  I understand about the normal
10  process but this particular process of updating the
11  2007 plan and the five-year model.
12      A.   It would have been right around this
13  date.
14      Q.   With whom did you consult in making that
15  decision?
16      A.   I would have talked with Scott Smith,
17  our group president, and likely Don Grenesko, too.
18  I am sure we would have talked about kicking off
19  the plan process.
20      You can see the note from Chandler on
21  top where broadcasting is kicking off a similar
22  effort.  So again, this runs parallel and is an
23  integral part of our plan process.
24      Q.   Was this something that was the result
0147
1   of a meeting where your counterparts at
2   broadcasting were present and corporate people were
3   present when you discussed whether or not to do
Page 58

48833 amsden.harry 121609.txt
```
 4  this?
 5       A.    I don't recall the exact genesis.  I can
 6  just tell you this is a normal part of our process
 7  we do every year.
 8       Q.    You keep saying that, but it's not a
 9  normal part of your process to update a five-year
10  plan, is it?  You don't normally have a five-year
11  plan.
12       MR. JOHNSTON:  Objection to form.
13  BY THE WITNESS:
14       A.    I understand that.  However, it is
15  normal for us to update the current year projection
16  and then the coming year plan.
17             In this case, as part of that effort, we
18  would make sure that the five-year model still made
19  sense or make appropriate changes.
20  BY MR. BUSH:
21       Q.    Okay.  The e-mail in the first and
22  second paragraphs seems -- maybe even the rest of
23  it -- seems to be describing a difference between
24  the process that was used to develop the model that
0148
 1  was used in the spring and the process that you are
 2  about to embark on to develop the model that you
 3  used in the fall by VRC.
 4             Would you agree with that?
 5       A.    Yes, I did.  There were some differences
 6  in that, and we noted that in the document that we
 7  went over earlier.
 8       Q.    We'll go through some of the points in
 9  here, but just generally before we do that could
10  you describe for the record what you recall the
11  differences being between the two processes?
12       A.    Part of the difference is, of course,
13  where we were in the year.  At the time when we did
14  the Step 1 model we had an approved plan for 2007.
15  At this point in time we were looking out for 2008,
16  and this was work that was obviously key in
17  developing that ultimate plan and obviously then
18  updating a 2007 projection along with that.
19             Part of it is really where we were in
20  the time of the year in our process.
21       Q.    Let's take a look at the document.
22  First of all, on Paragraph 1 it just recounts the
23  history of the five-year financial model, that it
24  was used by investors and lenders, and was used by
0149
 1  VRC.  I think it says all of those things, doesn't
 2  it?
 3       A.    Yes, it does.
 4       Q.    Okay.  And you say in the second-to-last
 5  sentence of that paragraph, "At that time we were
 6  able to satisfy their needs with only a group level
 7  model."
 8             Who is the "their" in that?  Does it
 9  include VRC?
10       A.    It would appear to.
11       Q.    Does it also include the investors and
12  lenders referred to up in the second sentence?
13       A.    I believe so.
14       Q.    When you say with only a group level
15  model, what do you mean by that?
16       A.    I think the majority of the data we gave
```
Page 59

48833 amsden.harry 121609.txt
17  them was at the group level, though they had access
18  to business unit data also.
19          Obviously the models you showed me
20  earlier for ESOP, the models we looked at in the
21  February and April time frame are for the
22  publishing group in total.  There was detail
23  underneath that.  But again, that model we gave
24  them that you showed me was at the group level.
0150
1          Q.      Then the second paragraph says, "VRC
2   will need an updated version of that model for the
3   second round of financing."
4          It goes on to say, "This time they will
5   also need additional detail for our six largest
6   business units and also TI as a whole and TMS as
7   this round of work will be more comprehensive."
8          Let me go to the end of that and ask
9   you, what would be more comprehensive about it?
10  Just the detail you are talking about in that
11  sentence, or is there some other way in which it's
12  more comprehensive?
13         A.      I don't believe so.  I think it's just
14  additional detail.
15         Q.      All right.  Why did it need to be more
16  comprehensive for the second step than it did for
17  the first?
18         MR. DUCAYET:  Object to the form.
19  BY THE WITNESS:
20         A.      I don't recall why that was different.
21  BY MR. BUSH:
22         Q.      Do you recall VRC asking for more
23  detail?
24         A.      I don't know whether they asked for more
0151
1   detail or if we chose to provide more detail on our
2   own, but clearly the direction we were going was to
3   provide more detail.
4          Q.      Were you ever a party to any discussion
5   about it being difficult for VRC to reach a
6   solvency opinion for the second step?
7          MR. DUCAYET:  Object to form.
8   BY THE WITNESS:
9          A.      No, I was not.
10  BY MR. BUSH:
11         Q.      Were you ever party to a discussion in
12  which it was stated that this additional detail was
13  necessary because the second stage debt was going
14  to be included in the solvency opinion?
15         MR. DUCAYET:  Object to the form of the
16  question.
17  BY MR. BUSH:
18         Q.      Or words to that effect.
19         A.      I don't remember if there was a linkage
20  in that as you put it, but obviously the second
21  stage debt was going to be included.
22         Q.      Who made the decision that you would
23  provide additional detail for the six largest
24  business units?
0152
1          A.      I remember Scott Smith and I talked
2   about that.  We thought that with the six largest
3   business units that was a very high percentage of
4   our cash flow.
Page 60

48833 amsden.harry 121609.txt
```
5         Q.      And did you and Scott also make the
6  decision that you would provide the additional
7  detail for TI as a whole?
8         A.      I believe so.
9         Q.      And TI is interactive?
10        A.      Yes.
11        Q.      And for TMS, what's TMS?
12        A.      TMS is Tribune media services.  It's
13 another subsidiary of Tribune Publishing.
14        Q.      What operations are included in TMS?
15        A.      It's syndicated materials.  Syndicated
16 TV listings, movie listings, syndicated columnists.
17 Revenue from all that.
18        Q.      Then let's just take a look at the third
19 paragraph, which you start by saying, "This e-mail
20 is serving as a heads-up on the start of the
21 process."
22                It then says, "We will do a lot of the
23 work at the group level."  And that level is your
24 level, right?
0153
1         A.      Yes.
2         Q.      And what work was going to be done at
3  the group level?
4         A.      Again, if we needed to consolidate what
5  came in from the business units obviously.
6  Obviously we were going to be involved in the
7  presentations to VRC or to the banks.  And then
8  again, as I mentioned in the earlier process,
9  normally we provide certain key assumptions to the
10 business units, newsprint pricing, things of that
11 nature, for areas we control centrally.
12                So obviously a good portion of our work
13 is done at a group level for the plan.
14        Q.      The next paragraph says that "We
15 will" -- I assume the "we" in that sentence is
16 referring to the group; is that right?
17        A.      I believe so.
18        Q.      It says, "We" -- the group -- "will
19 develop overall group targets for 2008 to 2012 and
20 also propose a starting point for your share of
21 that."
22                Do you see that?
23        A.      Yes, I do.
24        Q.      When you provided overall group targets,
0154
1  what did you actually provide to the business
2  units?
3         A.      I don't remember the exact detail we
4  gave them in terms of what exactly that was.
5         Q.      Do you know if you provided them with
6  revenue targets?
7         A.      I don't believe so.  That normally was
8  done locally.
9         Q.      Do you know if you provided them with
10 expense targets?
11        A.      No.  Expense targets are likely done
12 locally, other than for areas that we discussed
13 where we manage them centrally.
14        Q.      Do you have somewhere in the files
15 whatever you provided to them?  You said "over the
16 next week."  So that would have been in the first
17 or second weeks of August 2007.
```

48833 amsden.harry 121609.txt
18          Do you have in your files whatever you
19    provided to the business units?
20          A.    I don't know if they are in there or
21    not.
22          Q.    Would you have provided them in hard
23    copy or electronically?
24          A.    More likely electronically.
0155
1          Q.    Who would be likely to know whether
2    whatever was provided by the group to the business
3    units, where that is or if it still exists?
4          A.    If it still exists -- I am not sure if
5    it still exists or not.
6          Q.    I understand.  My question is if you
7    don't know, who would know?
8          A.    Who would know?
9          If it's not in my possession, I am not
10    sure who would know.
11          Q.    Is there somebody who you would normally
12    ask to actually push the button and send the e-mail
13    or gather the information together and send the
14    e-mail?
15          A.    It's possible that -- whether I sent
16    this information out or somebody who worked for me
17    sent the information out, it's possible either way.
18          Q.    Do you know if you provided OCF targets
19    to the business units?
20          A.    I don't know if we gave them a target or
21    just gave them some guidance.  Not necessarily a
22    hard number.  It seems more guidance is what we
23    were giving.
24          Q.    In what way would you give them
0156
1    guidance?  Guidance as to the margins or guidance
2    as to the amounts or what, or something else?
3          A.    Usually not margin.  Usually not margin
4    because that would encompass revenue and expense
5    detail to derive that.
6          We might give them directional guidance.
7    Ultimately they would be responsible for doing the
8    detail in the model and then coming back to us with
9    their numbers.
10          Even if we gave them a starting point,
11    generally they always came back with something
12    else.
13          Q.    So if you gave them directional
14    guidance, that would be like we think revenues are
15    going to go up or we think revenues are going to go
16    down or we think they're going to be flat,
17    something like that?  Is that what you mean by
18    directional guidance?
19          A.    Not so much revenue and expense.  We'd
20    probably give them targets and, say, hey, we want
21    to grow cash flow.  We wouldn't give them
22    necessarily a specific number.
23          Again, if we gave them initial guidance,
24    what normally would come back is they would come
0157
1    back with their own set of numbers to us because
2    this was really all part of a negotiation process
3    involving plan targets.
4          Q.    Did you do this in -- was there ever a
5    meeting with the business unit people responsible
Page 62

48833 amsden.harry 121609.txt
```
 6  for developing their parts of this plan at which
 7  you discussed what the guidance was?
 8      A.    I don't think we had a meeting.  That
 9  would have entailed bringing everybody into town.
10  Most of them are out of town.  I don't recall that
11  happening.
12      Q.    Did you typically have -- or forget
13  typically.  Did you have a conference call or a
14  video conference call?  I don't know if the Tribune
15  uses that kind of thing.
16      A.    No, we don't use video conference calls
17  normally.  I do have periodic CFO calls, calls with
18  each of the CFOs of each of the business units.
19  It's more likely that we discussed some portion of
20  this process on a call of that nature.
21      Q.    Going back to Step 1 and the creation of
22  the five-year model for Step 1, did you give
23  similar kind of guidance in connection with the
24  creation of that model?
0158
 1      A.    The creation of that model would have
 2  started in 2006, late 2006, and then obviously
 3  culminated with the operating plan.
 4            Again, we probably would have given them
 5  some guidance at that point in time.  But
 6  ultimately what landed in that model would have
 7  been as a result of negotiations and the numbers
 8  they came back to us with.
 9      Q.    You say a result of negotiation.
10  Between the group and the business unit?
11      A.    Yes.  We would negotiate plan targets.
12  That was a normal part of the plan process.  We
13  might give some guidance out.  They would then do
14  their version of the plan and come back with
15  numbers to us.
16      Q.    Which might not be consistent with the
17  guidance and you would negotiate?
18      A.    Exactly.
19      Q.    As you sit here today, you can't be sure
20  where we could find whatever guidance you gave at
21  either of those stages, either Step 1 or Step 2?
22      A.    No.  I couldn't tell you for sure.
23      Q.    I take it you didn't typically create a
24  document that set forth the guidance?
0159
 1      A.    It could have just been -- it probably
 2  was more likely obviously something -- if there was
 3  guidance -- guidance may have varied obviously by
 4  business unit, based on individual factors of that
 5  unit.  It's not like there was one necessarily
 6  comprehensive document.  It might have been an
 7  e-mail out to a given business unit with
 8  information for them.
 9      Q.    Take a look at the next paragraph.  It
10  says, "We will then send you your portion of the
11  model."
12            Do you see that?
13      A.    Uh-huh.
14      Q.    And it then says, "We will ask that you
15  make any adjustments to the model that are unique
16  to your business unit."
17            Do you see that, too?
18      A.    Yes.
```
Page 63

48833 amsden.harry 121609.txt
19      Q.    It sounds like you are sending the piece
20 of the model completed with all of the numbers in
21 it to the business unit involved and asking for
22 certain kinds of adjustments, but I want to make
23 sure that my understanding or reading of that is
24 accurate.
0160
1           So is it or isn't it?
2      A.    I don't think we sent them a
3 pre-populated model.   We sent them a template also
4 which would have had some historical numbers on
5 there and also plan numbers on there for 2007.
6 Obviously it's a starting point for the work.
7           Again, exactly what was included in that
8 model and how much of that was populated I couldn't
9 tell you offhand at the moment.   But obviously also
10 we were looking to ask them for their feedback and
11 adjustments that they were making because obviously
12 we want to know their view of the world, which was
13 obviously what we ended up using.
14      Q.    Right.   Although it's interesting.   The
15 next sentence says "examples" -- and I guess it's
16 examples of the adjustments.   Is that what you are
17 settings examples of?
18      A.    I think what we are also trying to do is
19 just stimulate them to consider things like this.
20 Obviously distribution agreements, for instance,
21 are new.   So obviously we'd want to make sure that
22 if they had those, they were including those.
23           And obviously looking at things that
24 were unique to their market, too.
0161
1      Q.    Then it says, "Linking the model into
2 transformative change initiatives is also
3 important."
4           That I take it refers to the
5 transformative change initiatives we talked about
6 briefly this morning?
7      A.    Yes.
8      Q.    Had that become a little more concrete
9 by this time than it was, say, in May?
10      A.    It was a little more concrete.
11 Obviously we had been working on it now for what
12 would have been three to four months.   So there is
13 a possibility that somebody could have a hard
14 initiative in their market that arose out of that
15 and they want to include in their plan.
16      Q.    Then it says at the bottom of that same
17 paragraph, "You would make these adjustments,
18 provide us with some brief commentary on the
19 initiatives, and send the revised model back to us
20 by August 29th."
21           Do you see that?
22      A.    Yes.
23      Q.    Do you have whatever came back to you
24 from the business units, including the commentary
0162
1 that's referred to?
2      A.    We have business unit commentary.   I am
3 not sure if it was from this round or a subsequent
4 round.   I can remember business unit commentary
5 coming in and that actually being part of the
6 presentations we gave to VRC and to the banks.   But

48833 amsden.harry 121609.txt
```
 7  again, whether it was this exact commentary or
 8  something else that happened in September I
 9  couldn't be sure.
10        Q.    Where are those commentaries located
11  now?
12        A.    If I had them, they would have been in
13  the files I turned over.
14                  (WHEREUPON, a certain document was
15                  marked Amsden Deposition Exhibit
16                  No. 17, for identification, as of
17                  12-16-2009.)
18  BY MR. BUSH:
19        Q.    Is Exhibit 17 an e-mail you sent on or
20  about August 28 to the people indicated?
21        A.    Yes.
22        Q.    What was the purpose of the e-mail?
23        A.    I think this was in preparation for the
24  meeting with VRC on September 20 and 21.  This was
0163
 1  part of making sure that we had the right documents
 2  available and everybody was well coordinated for
 3  that meeting.
 4        Q.    It also refers in the second paragraph
 5  to a bankers request list.  Do you see that?
 6        A.    Yes.
 7        Q.    Were you also contemplating meeting with
 8  the bankers?
 9        A.    Yes.  That would have been after the VRC
10  meeting.
11        Q.    Was it expected that the business unit
12  heads would participate in these meetings?
13        A.    Yes.
14        Q.    It says down in the seventh numbered
15  paragraph, "You will need to discuss how and where
16  your local market assumptions differ from the group
17  assumptions."
18                  Do you see that?
19        A.    Uh-huh.
20        Q.    And the "you" you are speaking to there
21  are the business unit heads?
22        A.    Yes.
23        Q.    Any document that you still had that set
24  forth the group assumptions that are referred to in
0164
 1  this sentence would have been turned over by you?
 2        A.    Yes.
 3        Q.    Is the attachment to this document,
 4  which is called "Tribune Due Diligence Outline,
 5  August 23, 2007," is that the request list from the
 6  bankers that's referred to in the second numbered
 7  paragraph or is that something else?
 8        A.    It looks like it's referred to in No. 2.
 9  I assume this was attached to the e-mail you
10  pulled.  It looks like that's the bankers request
11  list for the meeting that would have occurred after
12  VRC.
13        Q.    Let me ask you to turn to Bates page
14  198898.
15        A.    Okay.
16        Q.    Down at the bottom there is a heading
17  "Digital/Interactive."  Do you see that?
18        A.    Yes.
19        Q.    Is that heading which goes over -- the
```

48833 amsden.harry 121609.txt
20  heading doesn't but the information following goes
21  over onto the next page.  Is that information that
22  was requested by the bankers with respect to the
23  interactive business?
24       A.    Yes.
0165
1        Q.    At the very top of the next page -- so
2   that's 198899, the second bullet point says,
3   "Rationale for key digital/interactive segment
4   assumptions for 2H" -- that's second half?
5        A.    Uh-huh.
6        Q.    -- "2007 and five-year operating model,
7   including quarterly projections through 2009."
8              Do you see that?
9        A.    Yes.
10       Q.    Was information given to the bankers in
11  response to that request?
12       A.    I know the interactive model was
13  discussed with them and I know that they discussed
14  2007 and the out years with them.  So I believe
15  they did receive information whether it was hard
16  copy or just discussion.
17       Q.    What were the assumptions for the second
18  half of 2007 for a digital/interactive segment?
19       A.    I couldn't tell you.  I mean, that would
20  really to me just relate to the projections of the
21  financial results for the second half.
22       Q.    You mean the numbers?
23       A.    Yes.  Which would have been included in
24  our overall projections.
0166
1        Q.    What was the rationale for the numbers?
2   Because that's what the bankers seem to be asking
3   about.
4        MR. DUCAYET:   Object to form.
5   BY THE WITNESS:
6        A.    Again, my belief is we gave them an
7   updated projection of 2007 results along with the
8   rest of the publishing group.  And there was a
9   separate portion of the interactive model that
10  interactive did and discussed with the bankers.
11  BY MR. BUSH:
12       Q.    But you don't remember any rationale
13  that was given to the bankers at any meeting you
14  had with them or in any document that you sent to
15  them that gave them the rationale for the numbers?
16       A.    I believe they were given some
17  assumptions which may be what you are referring to
18  as far as rationale.  But at the moment I don't
19  remember exactly what was on there.
20       Q.    Just below that is a bullet point that
21  says, "Update on identified interactive
22  strategies."  Do you see that?
23       A.    Yes.
24       Q.    Then there are four bullet points below
0167
1   that that seem to be -- well, you tell me.  Are
2   those specific strategies?
3        A.    Those are specific components of
4   interactive; national ad network, niche vertical
5   channels, news aggregation, real estate
6   ForSaleByOwner.  Those are specific parts of
7   interactive.
                                Page 66

48833 amsden.harry 121609.txt

 8        Q.      What was the national ad network?
 9        A.      National ad network was an attempt to
10   link sites together to sell national advertising
11   easier, make it more efficient for media buyers to
12   buy across different websites.
13        Q.      What was the update on that at this
14   point in time?
15        A.      I don't remember at the moment.
16        Q.      Was that particular initiative showing
17   success or struggling, or where was it?
18        A.      I think it was very early on.
19        Q.      And the niche vertical channels, I am
20   not sure what that means.   What does that mean?
21        A.      Those were different strategies
22   interactive was looking into to see if we could
23   create additional entertainment sites, travel
24   sites, business sites, or health sites.
0168
 1                We had an existing entertainment site in
 2   MetroMix and we were trying to see how to enhance
 3   that, for example.
 4        Q.      Is it accurate to say that that was a
 5   strategy for new business or the extension of
 6   existing businesses?
 7        A.      I would say both.
 8        Q.      Okay.   And was that a strategy that
 9   would be implemented by growing business internally
10   or by acquisition?
11        A.      Could be either or both.
12        Q.      The third bullet point is national news
13   aggregation site through Topix.   What does that
14   refer to?
15        A.      Topix is an outside company we had an
16   investment in and they would aggregate different
17   news sites, information on there, to make it easier
18   for consumers to go to one site to see various
19   types of news.
20        Q.      Is that something that was an existing
21   line of business at the time?
22        A.      Again, I believe we had an investment in
23   that.   This is not something we wholly owned.
24        Q.      So it wasn't -- do I understand you to
0169
 1   say then that you weren't actually operating it?
 2        A.      No.   It was outside -- operated outside
 3   of us.   We had a significant investment in it.   I
 4   don't remember how much.   But it was a joint
 5   venture.
 6        Q.      Then real estate/ForSaleByOwner, what
 7   does that refer to?
 8        A.      ForSaleByOwner was a business we did own
 9   that we had bought fairly recently and had done
10   very well.   It was an interactive business allowing
11   people to go basically sell their home on their
12   own.
13                And then real estate was another area we
14   were looking for a stronger online presence.   We
15   had had good success with ForSaleByOwner.com.   We
16   wanted to see how we could extend it to other parts
17   of their real estate space.
18        Q.      Again, this was a strategy that involved
19   getting into new areas of business or extending
20   what you already had into new areas?
                         Page 67

48833 amsden.harry 121609.txt
```
21        A.      Right.
22        Q.      In the next bullet point it refers to
23   CareerBuilder, Classified Ventures, Topix again,
24   and ShopLocal.  Do you see that reference?
0170
 1        A.      Yes.
 2        Q.      Were those all businesses that you owned
 3   a part of but didn't operate directly?
 4        A.      Yes.
 5        Q.      Were there any ways in which the
 6   operations of those entities dovetailed with the
 7   operations of any part of interactive?
 8        A.      Yes, there were.
 9        Q.      How?
10        A.      In the case of CareerBuilder, our sales
11   reps would sell ads perhaps onto the CareerBuilder
12   site.  It was basically the help wanted site.  We
13   received revenue from that also from that
14   standpoint.
15        Q.      Commission revenue you mean for selling?
16        A.      You could call it commission revenue.
17   We were -- probably better as a revenue cut or
18   revenue share from that standpoint.  We had a
19   fairly complex arrangement with CareerBuilder both
20   with revenue share and also some expenses coming
21   back, too.
22                But both CareerBuilder and Classified
23   Ventures were deeply ingrained in our interactive
24   strategy, very closely linked to our newspaper
0171
 1   websites.
 2        Q.      What is Classified Ventures?
 3        A.      Classified Ventures is websites that
 4   deal with selling autos or homes basically.  It's
 5   also called Cars.com or Apartments.com.
 6        Q.      ShopLocal, what is that?
 7        A.      ShopLocal was a local -- it was our
 8   attempt to do some local shopping online.  Took a
 9   lot of different forms.  At one point we tried to
10   see if we could get some of pre-prints online to
11   look for a different strategy.
12                That one was a little younger than the
13   other two.  CareerBuilder and Classified Ventures
14   we had owned for quite a while.  They were
15   established businesses.
16        Q.      There is a bullet point I guess just
17   below that that says, "Investment strategy achieve
18   growth objectives."  Do you see that?
19        A.      Yes.
20        Q.      What did you tell -- when I say "you," I
21   mean you or anybody in your group -- tell the
22   bankers in response to that inquiry?
23        A.      I can give you generally what we told
24   them.  Obviously we were looking for good
0172
 1   investments or joint venture investment
 2   opportunities that as you put it fit or extended
 3   our current lines of business.
 4                In fact, there was money set aside in
 5   the five-year model to fund that.
 6        Q.      Did you have any particular areas in
 7   which you planned to grow that you have described
 8   to the bankers?
```
                            Page 68

48833 amsden.harry 121609.txt
```
 9          A.     I think if you go back to the earlier
10    bullet points and update on identified interactive
11    strategies, certainly extending our real estate
12    business and then these other areas in
13    entertainment, travel, business and health were all
14    good targets for us.
15                  (WHEREUPON, a certain document was
16                   marked Amsden Deposition Exhibit
17                   No. 18, for identification, as of
18                   12-16-2009.)
19    BY MR. BUSH:
20          Q.     Do you recognize Exhibit 18?
21          A.     Yes.  This is the assumptions document I
22    was referring to earlier.
23          Q.     Were these assumptions that were
24    developed at the group level?
0173
 1          A.     These were developed by Tribune
 2    interactive, the central group there, in
 3    coordination with their business units.
 4          Q.     So referring back -- I can show you the
 5    e-mail if you want, the prior e-mail that talked
 6    about group assumptions.  This is not a group
 7    assumption?
 8          A.     I would not term this as a group
 9    assumption.  These are -- Tribune interactive is a
10    separate operating unit, however you want to term
11    it, in our organization and the central group of
12    people did attend some of the presentations.  They
13    put this together working with the interactive
14    business units.
15          Q.     In developing your -- and I recognize
16    there is some vagueness about what they were, but
17    in developing your assumptions at the group level,
18    did you make any judgment about the state of the
19    economy and how you expected that to develop and to
20    affect Tribune?
21          MR. DUCAYET:  Object to the form of the
22    question.
23    BY THE WITNESS:
24          A.     I think what was included in, again, the
0174
 1    assumptions that we gave VRC and the banks was a
 2    little description of what we assumed in terms of
 3    going forward in the economy.  We did not assume a
 4    recession or a robust recovery.  I think that's one
 5    statement that's actually right in that document.
 6    BY MR. BUSH:
 7          Q.     What does ROP refer to under "Shopping"?
 8          A.     ROP stands for run of press.  It's
 9    basically the printed ads in the newspaper.
10          Q.     What relevance does that have to
11    interactive?
12          A.     It's telling them as -- obviously as the
13    print ad account goes down, there may be an
14    opportunity to increase our interactive moneys
15    because money will shift from ROP over to
16    interactive.
17          Q.     What are you referring to under the
18    heading "Local & National Revenue" where it says
19    "Inventory continues to tighten as page views
20    flatten"?
21          MR. JOHNSTON:  Objection; form.
```

48833 amsden.harry 121609.txt
22   BY MR. BUSH:
23        Q.    You can answer.
24        A.    This was written by interactive.
0175
1    Inventory refers to how many available ad spots
2    there are in the websites.  So I think that's the
3    key behind the question.
4         Q.    What does "page views flatten" mean?
5         A.    Page views flatten -- based on our
6    existing businesses that this is referring to, we
7    are not seeing quite as much growth in those
8    existing businesses in terms of page views that we
9    would have seen earlier.
10        Q.    Under "Recruitment" -- first of all,
11   what does recruitment refer to?
12        A.    Help wanted ads.
13        Q.    And this says, "Assumes a 27-percent
14   converted ad count decrease for 2008 through 2012
15   in LA and Chicago, and a 20-percent decrease in all
16   other markets."
17              What's an ad count decrease?
18        A.    I am not quite sure on that comment.
19        Q.    The third bullet point says, "Royalty
20   revenue is tied to CareerBuilder estimates that
21   show decelerating growth in our markets as they
22   reach penetration."
23              Is that an indication that your revenue
24   growth is going to be -- in this particular area is
0176
1    going to be not as vigorous as it had been
2    historically?
3         A.    This is a portion of our recruitment
4    revenue, again earlier referred to how
5    CareerBuilder was linked with our business units.
6              So for a component of the recruitment
7    revenue we're basically saying that the growth will
8    slow from what it's been.
9         Q.    Can you take a look at the next page?
10   There is a heading called "New Product
11   Development."  What does LATI refer to?
12        A.    LATI is Los Angeles Times Interactive.
13        Q.    I see.  What is the new product model
14   that is referred to in that heading?
15        A.    I don't recall what that is.
16        Q.    What kind of a risk discount was applied
17   to the product development model?
18        A.    I couldn't tell you.  I don't remember
19   that.  I can tell you we were doing development
20   work in both locations, both in LA and TI central.
21   That's why you see two different listings here.
22        Q.    Is new product development referring to
23   products developed within the Tribune as opposed to
24   products obtained by acquisition?
0177
1         A.    I believe it is.  Again, like I
2    mentioned, we were doing product development at two
3    different locations back then, both in Chicago and
4    Los Angeles.
5         Q.    On the next page it says under the
6    heading No. 3, "New Business Acquisitions," and
7    this is -- this was one of the assumptions I take
8    it that interactive made, which was $50 million
9    capital devoted to acquisitions each year?

48833 amsden.harry 121609.txt
```
10         A.    Yes.
11         Q.    That's throughout the five-year period
12   of the projection?
13         A.    I believe so.
14         Q.    Do you know where the revenue multiple
15   assumption and other assumptions referred to in the
16   second paragraph under that heading came from?
17         A.    No.  I assume interactive developed
18   that.
19         Q.    Would you agree with me that the
20   interactive business -- we may have touched on this
21   this morning; I apologize if we are going over a
22   little bit what we went over this morning.
23               But would you agree with me that the
24   interactive part of the business was the most
0178
 1   difficult to predict with reliability?
 2         MR. DUCAYET:  Object to the form of the
 3   question.
 4   BY THE WITNESS:
 5         A.    No, I wouldn't say so.
 6   BY MR. BUSH:
 7         Q.    Would you agree that when you are
 8   predicting the success of newly developed business
 9   ventures that that's more difficult to do than
10   predict the results for an ongoing business?
11         MR. DUCAYET:  Object to the form.
12   BY THE WITNESS:
13         A.    Again, you would have to look at each
14   case individually.
15   BY MR. BUSH:
16         Q.    Would you agree with me that predicting
17   the success of an acquisition strategy when you
18   don't even know what the targets are is more
19   difficult to predict than the results of an ongoing
20   business that you had been operating for years?
21         MR. DUCAYET:  Object to the form of the
22   question.
23   BY THE WITNESS:
24         A.    Again, depends on each case.
0179
 1   BY MR. BUSH:
 2         Q.    You are predicting it before you know
 3   what the case is, aren't you?
 4         MR. DUCAYET:  Objection; form.
 5         MR. JOHNSTON:  Form.
 6         MR. DUCAYET:  Argumentative.
 7   BY MR. BUSH:
 8         Q.    You don't know what the cases are when
 9   you are making the predictions for interactive
10   here, do you?
11         MR. DUCAYET:  Object to the form.
12   BY THE WITNESS:
13         A.    Again, we would have to consult the
14   Tribune interactive people to see exactly what they
15   assumed and how they developed those assumptions.
16   BY MR. BUSH:
17         Q.    Did you do that at the time?
18         A.    I can remember talking about the
19   assumptions with them at some point.  I don't
20   remember all the details of the conversation.  I
21   know that Scott and I did talk to them about this.
22         Q.    And did you talk to them about the
```
Page 71

                    48833 amsden.harry 121609.txt
23  development initiatives they wanted to pursue --
24       A.    Uh-huh.
0180
 1       Q.    -- and that were the basis of their
 2  assumptions?
 3       A.    Yeah, we did talk to them.  I couldn't
 4  list out for you exactly what those development
 5  issues were.  I know that they did have some on the
 6  table at the time, both in Los Angeles and Chicago.
 7  But I couldn't give you more detail on that at this
 8  point.
 9       Q.    I think you said earlier this morning
10  that you relied on the interactive people for these
11  projections because they were the experts or words
12  to that effect.
13             Do you remember that?
14       A.    Yes.
15       Q.    Who exactly did you rely on there?
16       A.    We had a central group in Chicago run by
17  Tim Landon and there was a CFO group with that
18  also, Brigid Kenny.  They would work on assumptions
19  as they project obviously their portion of the
20  five-year model and then they would consult people
21  at the business units who were in the interactive
22  area.
23       Q.    And what was Landon's expertise?
24       A.    Landon had -- his background was sales.
0181
 1  He had run Tribune interactive for a while.  Prior
 2  to that he had also run the classified business for
 3  our company.  Obviously interactive -- at this
 4  point a good portion of interactive was classified.
 5       Q.    How long had he been running
 6  interactive?
 7       A.    I don't recall how long.
 8       Q.    Five years?
 9       A.    Less than that.  He had been affiliated
10  with interactive though for quite some time.  He
11  also had been affiliated with Classified Ventures
12  also.
13       Q.    How was he affiliated with Classified
14  Ventures?
15       A.    I think he actually helped start it up.
16       Q.    How was he affiliated with interactive
17  before he became --
18       A.    We had a division of interactive called
19  classified services.  He ran that piece of
20  interactive, which obviously at this point in time
21  was the bulk of the interactive revenue.  So I
22  think he did have good expertise.  He had the best
23  expertise we had in the company.
24       Q.    I'm sorry.  The CFO was Kenny?
0182
 1       A.    Brigid Kenny.
 2       Q.    What was her expertise in interactive?
 3       A.    She had worked in interactive since 1999
 4  with Tribune Company.
 5       Q.    Okay.  Has she always been the CFO or
 6  she had other jobs?
 7       A.    I think she added responsibility while
 8  she was down there.  I don't remember her exact
 9  roles during that time.  She had responsibilities
10  past finance also.
                        Page 72

                        48833 amsden.harry 121609.txt
11                    (WHEREUPON, a certain document was
12                    marked Amsden Deposition Exhibit
13                    No. 19, for identification, as of
14                    12-16-2009.)
15   BY MR. BUSH:
16        Q.    Mr. Amsden, have you seen what has been
17   marked as Exhibit 19 before?
18        A.    It looks like a model obviously of our
19   interactive businesses over time.  I am not sure
20   exactly when this one was developed, but I have
21   seen a model that looked like this.
22        Q.    And you'll see that the five-year CAGR
23   for revenue for the -- for total revenue for the
24   interactive group is reflected as 22 percent.  Do
0183
1    you see that?
2         A.    Yes.
3         Q.    And is that your recollection that that
4    was what ultimately made it into the revised model?
5         A.    I don't remember offhand if it was 22
6    percent.
7         Q.    This breakdown of the revenue between
8    existing business, internal development and
9    acquisitions, is that what you recall the breakdown
10   as being now that you have seen it here?
11        A.    We did break down revenue into those
12   three categories, and this does seem to correspond
13   to the write-up that we just went over, Exhibit 18.
14   So I believe that's the case.
15        Q.    Do you recognize the handwriting on the
16   document, the top of Page 1?  There's also
17   something at the top of Page 2.
18        A.    No, I don't.  That is not mine.
19        Q.    I would ask you to go back to Exhibit
20   18.  Go to the last page.  You see that there is
21   some handwriting there.  "Chad Rucker, VRC," phone
22   number, "Lehman report, revenue items."
23        A.    Yes.
24        Q.    Do you recognize the handwriting?
0184
1         A.    That's my handwriting.
2         Q.    Okay.  Do you recall why you put those
3    handwritten notation on the document?
4         A.    No, I have no idea.
5         Q.    Do you recall having a conversation with
6    Chad Rucker at VRC about the Lehman report?
7         A.    You know, the Lehman report was
8    discussed in meetings with VRC.  So, you know,
9    that's logical.  But again, I don't know the
10   specific nature of these notes.
11        Q.    Do you recall having any conversations
12   with Chad Rucker about revenue items?
13        A.    Again, we discussed revenue with him
14   just like we did many different areas.
15                    (WHEREUPON, a certain document was
16                    marked Amsden Deposition Exhibit
17                    No. 20, for identification, as of
18                    12-16-2009.)
19   BY MR. BUSH:
20        Q.    I have placed before you what has been
21   marked as Exhibit 20.  And let me explain for the
22   record that this is a page out of a document that
23   has the Bates numbers that are reflected in
                        Page 73

48833 amsden.harry 121609.txt
24    handwriting in the upper right-hand corner.   And in
0185
1    an effort to at least save one or two trees I
2    decided not to copy this entire document which is
3    fairly large.
4                   Actually, what is the --
5                   You should describe the document for the
6    record.
7                   MR. RULE:   It's a copy of the October
8    management five-year projection model in native
9    Excel format.
10   BY MR. BUSH:
11        Q.      This states at the top under the heading
12   "Management Case" -- do you see where it says that?
13        A.      Yes.
14        Q.      And is the management case the base case
15   that was developed and given to VRC in the fall for
16   its second-stage solvency?
17        A.      I believe they are the same.
18        Q.      And this breaks out the operating
19   revenue by four units; print advertising,
20   interactive advertising, circulation, and other,
21   correct?
22        A.      Yes.
23        Q.      And the numbers that are reflected under
24   the headings from 2007 through 2012 were the
0186
1    projected revenues from interactive advertising and
2    also all the others for those years, right?
3        A.      Yes.
4        Q.      Do you have a recollection that in doing
5    or updating the plan that the revenue projections
6    for interactive were increased as compared to the
7    revenue projections for interactive in the original
8    plan that was developed in February of this year?
9                   MR. DUCAYET:   Object to the form of the
10   question.
11   BY THE WITNESS:
12        A.      I believe so but I couldn't tell you by
13   how much offhand.
14   BY MR. BUSH:
15        Q.      Did the increase in the interactive
16   revenues substantially offset the decrease in the
17   revenues projected for print advertising and
18   circulation for the management case plan in the
19   fall of 2007 as compared with the plan in February
20   of 2007?
21                   MR. DUCAYET:   Objection to the form of the
22   question.
23   BY THE WITNESS:
24        A.      I don't recall how much the changes in
0187
1    each of those categories were offhand.
2    BY MR. BUSH:
3        Q.      Let me ask you to take a look back at
4    Exhibit 6 which is the rating agency presentation.
5        A.      Okay.
6        Q.      Let me direct you to the Page 26 of the
7    rating agency presentation.
8        A.      Okay.
9        Q.      Let me ask you if that is -- comparing
10   that to Exhibit 20 refreshes your recollection
11   that, first of all, interactive advertising
Page 74

48833 amsden.harry 121609.txt
12  increased in projections in the fall compared to
13  the projections for the model in the spring.
14       A.    Obviously the numbers are higher.
15       Q.    And does it refresh your recollection
16  that they -- the increase in the interactive
17  advertising revenues significantly offset the
18  decrease in print advertising and circulation
19  revenues?
20       MR. DUCAYET:   Object to the form of the
21  question.
22  BY THE WITNESS:
23       A.    I mean, the numbers were developed
24  independently obviously.  Interactive's were
0188
1   developed by the interactive group.  But obviously
2   the print numbers are lower.  Circulation numbers
3   are reasonably close.  And the other revenue
4   numbers are somewhat higher.
5            I actually believe that we gave VRC a
6   one-page schedule that compared something like this
7   to show them changes in the model between the --
8   we'll call it the Step 1 model and the Step 2
9   model.
10  BY MR. BUSH:
11       Q.    Do you recall having any discussions
12  with VRC about the rationale for increasing
13  interactive?
14       A.    I don't remember the details of that
15  discussion.
16       Q.    What was the reason that interactive's
17  projections increased in the fall compared to --
18  what was the reason for the change?  Let me put it
19  that way.
20       MR. JOHNSTON:   Object to the form of the
21  question.
22  BY MR. BUSH:
23       Q.    Let me ask the question again.  What was
24  the reason for the change in the projections for
0189
1   interactive in the fall compared to the February
2   model?
3        A.    You know, I would have to go back
4   through the detail of what was included in the
5   February model and compare it to the detail in the
6   Step 2 model to see what categories of interactive
7   revenue went up and see what assumptions were
8   changed.
9        Q.    You don't have any recollection of that
10  as you sit here?
11       A.    There's a lot of components of
12  interactive revenue.  Obviously as we framed out,
13  you have assumptions also for internal development
14  and acquisitions, too.  And we would have to
15  compare those line item by line item to see what
16  changed.
17       Q.    It's your testimony, though, that these
18  numbers that are reflected on Exhibit 20 were
19  derived by the business unit itself?
20       A.    By Tribune interactive, which again is
21  the central group.
22       Q.    Okay.  If you recall that e-mail we
23  looked at earlier that talked -- the e-mail that
24  you sent to the business unit heads -- do you

48833 amsden.harry 121609.txt
0190
1  remember that --
2       A.    Yes.
3       Q.    -- in which you talked about the
4  assumptions and the gave them the model?
5       A.    Uh-huh.
6       Q.    Did you do that with interactive as well
7  at that time?
8       A.    They put together their own model.  They
9  would have been part of the process at the same
10  time.  They were preparing numbers at the same time
11  we were, all the other business units.  So they
12  would have been undertaking a review of their
13  revenue and expense and cash flow numbers also.
14       Q.    You would have given them a template to
15  fill out just as you gave the other business units?
16       A.    Yeah.  They probably would have received
17  a template again to make sure that we got data back
18  in a consistent way.
19       Q.    And you don't recall whether that
20  template included revenue numbers?
21       A.    I don't believe it did.
22       Q.    Take a look at Exhibit 19 please again.
23       A.    Okay.
24       Q.    You see I had directed your attention
0191
1  previously to the five-year CAGR number of 22
2  percent?
3       A.    Yes.
4       Q.    The comparable number -- I take it back.
5  The number that is the CAGR number on the rating
6  agency presentation is 16.3 percent.  Do you see
7  that?
8       A.    Let me go back.
9       Q.    Sorry.  26.
10       A.    I do see that.
11       Q.    Did you give any consideration to
12  whether or not it made sense to increase the growth
13  rate between the spring and the fall?
14       MR. JOHNSTON:  Objection to the form of the
15  question.
16  BY THE WITNESS:
17       A.    I don't think we were focused on the
18  growth rate.  I think we were focused more on the
19  numbers by year.  And again, you know, that was
20  what Tribune interactive gave us.
21                 (WHEREUPON, a certain document was
22                  marked Amsden Deposition Exhibit
23                  No. 21, for identification, as of
24                  12-16-2009.)
0192
1  BY MR. BUSH:
2       Q.    Is Exhibit 21 the final five-year model
3  that was given to VRC as a result of the process
4  you have been testifying about for the last hour or
5  so in the fall of 2007?
6       A.    Yes, though this document has an October
7  2007 date on it.  It probably was likely used for a
8  banker meeting.  But the numbers in here would have
9  been the same numbers given to VRC.
10       Q.    Let me ask you to look back at Page 26
11  of the rating agency presentation, which is Exhibit
12  6.
Page 76

48833 amsden.harry 121609.txt
```
13        A.    Okay.
14        Q.    And you see the gray box maybe halfway
15   down the page that says "Operating Cash Flow"?
16        A.    Yes.
17        Q.    Below that it says the percent margin?
18        A.    Uh-huh.
19        Q.    So that's the operating cash flow
20   margin, is that what you understand it to be?
21        A.    Yes.  That would be operating cash flow
22   divided into total revenue.
23        Q.    And that reflects 24 percent across the
24   board for all of the years?
0193
 1        A.    Yes, it does.  That's what's on this
 2   page.
 3        Q.    Was that a number that was a target
 4   number that your group or somebody else above you
 5   had picked as a target operating cash flow margin?
 6        A.    No.
 7        Q.    So it just turned out that this is the
 8   way the numbers came out for each year?
 9        A.    We did not give out any targets for the
10   operating cash flow margin.
11        Q.    Can you take a look at Page -- the
12   document page number is 14 of Exhibit 21 that I
13   would like to direct your attention to.
14        MR. JOHNSTON:  I'm sorry.  What page?
15        MR. BUSH:  14.
16   BY THE WITNESS:
17        A.    Okay.
18   BY MR. BUSH:
19        Q.    This shows the publishing, broadcasting,
20   entertainment and total operating revenues up at
21   the top three lines on Page 14, right?
22        A.    Yes.
23        Q.    For each of the years?
24        A.    Uh-huh.
0194
 1        Q.    And it also shows the total operating
 2   cash flow for each of the years?
 3        A.    Yes.
 4        Q.    Line 15.
 5              And it shows the total publishing
 6   operating cash flow at Line 12?
 7        A.    Yes, it does.
 8        Q.    I know you have your calculator there.
 9   Can you calculate what the operating cash flow
10   margin was in 2012 for the publishing unit under
11   this plan in Exhibit 21?
12        A.    Looks like it's 906 -- if I divide 906
13   into 4019, I'm getting 22.5 percent.
14        Q.    So that is lower than the operating cash
15   flow margin that was projected as reflected in
16   Exhibit 6?
17        A.    You're saying Exhibit 6, the rating
18   agency report?
19        Q.    The rating agency report.
20        A.    2012 is not in the rating agency report.
21   It ended in 2011.
22        Q.    That's correct.  But it is lower than
23   the operating margins as reflected in --
24        A.    Yes, it is lower than the 24 percent.
0195
```

48833 amsden.harry 121609.txt
1     Q.     Could you do the same calculation for
2  2011?
3     A.     It's about 22.3.
4     Q.     Does that surprise you at all?
5     MR. DUCAYET:  Object to the form.
6  BY THE WITNESS:
7     A.     When you say "surprise," what do you
8  mean by "surprise"?
9  BY MR. BUSH:
10    Q.     Well, at a time when your revenues are
11 projected to decline, that your operating cash
12 flows are going to -- margins are going to
13 decrease, is that consistent?
14    A.     That can certainly occur.  It obviously
15 also depends on what actions are taken on the
16 expense side to offset any revenue declines.
17    Q.     Which you testified about previously?
18    A.     Yes.
19    Q.     So could one conclude from this that
20 your revenues were declining faster than your
21 ability to cut costs to keep up with them?
22    MR. DUCAYET:  Object to form of the question.
23 BY MR. BUSH:
24    Q.     I'm sorry.  I didn't hear the answer.
0196
1     A.     Revenues were declining and we were
2  taking expense reduction actions to offset the
3  portions that we felt that we were able to, yeah.
4     MR. BUSH:  Actually, it might be a good idea
5  if we take a short break at this moment.
6               (WHEREUPON, a recess was had
7                from 2:54 p.m. to 3:07 p.m.)
8  BY MR. BUSH:
9     Q.     If I could ask you to take a look at 21
10 again and also comparing it to the rating agency
11 presentation from the spring, which is Exhibit 6.
12    A.     Okay.
13    Q.     Page 26 of the rating agency
14 presentation and Page 14 of the October 2007
15 financial outlook.
16    A.     Yes.
17    Q.     I just want to ask you to compare the
18 cash expenses for -- actually, hold on one second.
19          Actually, I withdraw the question.
20 Sorry.
21               (WHEREUPON, a certain document was
22                marked Amsden Deposition Exhibit
23                No. 22, for identification, as of
24                12-16-2009.)
0197
1  BY MR. BUSH:
2     Q.     Do you recognize Exhibit 22 as the Brown
3  Book for the fourth quarter of 2008?
4     A.     Yes.  This is a preliminary version of
5  that.
6     Q.     What's preliminary about it?
7     A.     If you go to Consolidated 1, the page
8  that's marked that --
9     Q.     Which page is that?
10    A.     It's after the graph pages -- after the
11 full color pages.  If you go up to the top, you
12 will see a box there.  Obviously there is -- so
13 there are some adjustments that were still pending
Page 78

48833 amsden.harry 121609.txt
14    at the time this was issued.
15        Q.    Okay.  Let me ask you to turn to the
16    page marked Publishing 34.  It's a few pages in.
17    Probably 30 pages.
18        A.    Okay.
19        Q.    Have you found it?
20        A.    Yes, I have.
21        Q.    Would you take a look at the
22    year-to-date 2008 actual on that page for --
23    actually, let me back up.
24              Does this page, Publishing 34, reflect
0198
1    the summary of revenues for the fourth quarter and
2    year-to-date for interactive?
3        A.    Yes.  For the publishing portion of
4    interactive.
5        Q.    And let me ask you to look at the
6    year-to-date numbers for 2008 actual.  And the
7    revenue number for that is $214,259,000; is that
8    right?
9        A.    Yes, it is.
10        Q.    Could I ask you to take a look back at
11    the rating agency presentation on Page 26?
12        A.    Okay.
13        Q.    Do you have it?
14        A.    Yes, I do.
15        Q.    What was the revenue projection for 2008
16    for interactive?
17        A.    The number there is 322 million.
18        Q.    Can you explain the shortfall?
19        MR. DUCAYET:  Object to the form of the
20    question.
21    BY MR. BUSH:
22        Q.    Can you explain the difference between
23    the two numbers?
24        A.    I would have to again look at the detail
0199
1    behind -- obviously I have some detail here.  I'd
2    have to look at the detail behind that number.  But
3    obviously also interactive revenues, like our print
4    revenues, were heavily affected by the change in
5    the economy.
6        Q.    Is there anything else that you can
7    identify that would affect the difference between
8    the two?
9        A.    Also in 2008 we had a new management
10    team, including an entire new management team at
11    interactive, and they were undertaking a new set of
12    strategies in terms of product development.
13        Q.    When did that happen?  In other words,
14    when did the new management come in?
15        A.    The new management came in during 2008.
16    Various times in the year we had changes in
17    management once the transaction closed.
18        Q.    So was Landon no longer there?
19        A.    In the fourth quarter 2008 Landon was no
20    longer there.
21        Q.    When did he leave?
22        A.    I believe in the first quarter of 2008.
23        Q.    And I'm sorry.  The CFO's name is
24    Brigid?
0200
1        A.    Brigid Kenny.
Page 79

48833 amsden.harry 121609.txt
2        Q.     Then she left?
3        A.     She left in the summer of 2008.
4        Q.     And did any of the other management team
5   in interactive central leave in 2008?
6        A.     We had a significant turnover in the
7   rest of the management team.  I can't name all of
8   them, but I know we did because the new management
9   team brought in a lot of new people.
10       Q.     Was the management change a result of
11  Landon and his team being replaced or was it
12  because he left?
13       MR. DUCAYET:  Object to the form of the
14  question; lack of foundation.
15  BY THE WITNESS:
16       A.     I don't know the exact circumstances
17  around his departure.
18  BY MR. BUSH:
19       Q.     You said that the new management team --
20  well, you didn't really say this.  Did the new
21  management team change the strategic direction of
22  the interactive group?
23       A.     Yes, they did.  They actually stopped
24  all the product development that was going on,
0201
1   started to analyze what made sense, and then
2   started to undertake their own strategies.
3        Q.     Were those strategies that they decided
4   to undertake significantly different from the
5   strategies that had been pursued before?
6        MR. DUCAYET:  Object to the form.
7   BY MR. BUSH:
8        Q.     In your judgment.
9        A.     They were different.  I am not sure if
10  you would use the term "significant" or not, but
11  they were different strategies and there were
12  different people managing the group.  So the
13  direction was changed.
14       Q.     Did you defer more to the interactive
15  group in their judgment about their financial
16  operations than you did with respect to the rest of
17  the publishing group?
18       MR. DUCAYET:  Object to the form.
19  BY THE WITNESS:
20       A.     I don't know.  We had a local finance
21  department at each of the newspapers that obviously
22  was on the ground with the management team there.
23  So obviously they were well-attuned to what was
24  going on in each of the businesses in their
0202
1   markets.  So I don't know that there was really any
2   difference there.
3   BY MR. BUSH:
4        Q.     The reason I ask is that you said
5   several times during your testimony today that you
6   deferred to interactive on the projections.  And
7   you did say that about the publishing unit, the
8   other publishing unit.
9               So I am just curious whether there was a
10  difference.
11       MR. DUCAYET:  Object to the form.
12  BY THE WITNESS:
13       A.     I think the real difference is also the
14  way it was organized.  We had a central group there
                          Page 80

48833 amsden.harry 121609.txt
```
15   for interactive where a lot of the work was being
16   done in terms of product development, strategy
17   development.  So to me it was logical to rely on
18   them.
19   BY MR. BUSH:
20        Q.   Is it true that you were less familiar
21   with the interactive businesses than with the
22   traditional publishing businesses?
23        MR. JOHNSTON:  Object to the form.
24
0203
 1   BY THE WITNESS:
 2        A.   I wouldn't necessarily say that.
 3   BY MR. BUSH:
 4        Q.   You thought you were just as familiar
 5   with the interactive businesses?
 6        MR. DUCAYET:  Object to the form.
 7   BY THE WITNESS:
 8        A.   Again, the businesses were different
 9   certainly, but a lot of them were also extensions
10   of the publishing business.  Classified ads online
11   is very similar to classified ads in print.
12   BY MR. BUSH:
13        Q.   I ask you to take a look at Exhibit 17.
14   Do you have that?
15        A.   Yes.
16        Q.   In the very first line of that e-mail it
17   talks about the five-year modeling and then goes on
18   to describe how it works.  Do you see that?
19        A.   Uh-huh.
20        Q.   And then down at the bottom it says,
21   "Your three-year models are due back to us by the
22   end of the day tomorrow."
23             What's the difference between the
24   three-year models and the five-year modeling?
0204
 1        A.   In the document we covered earlier which
 2   laid out the approach -- differences in the
 3   approach between the September model and the model
 4   used for Step 1, in this approach we had the
 5   business units do obviously three years out of the
 6   five-year model and then we worked on the last two
 7   on an overall basis.
 8             Interactive did their entire five-year
 9   model though.
10        Q.   When you say you worked on, what do you
11   mean by "you"?  "You" is referring to the
12   publishing group?
13        A.   I think there is a description in that
14   document that is very useful.
15        Q.   This document No. 5?
16        A.   Yes, that is Document 5.
17        Q.   What description are you referring to?
18        A.   It would be the description on the
19   September 2007 model in this case.  This lays out a
20   summary of our approach.  Obviously we had a lot of
21   interactions with the business units, but this
22   could be an overall summary of how we approached
23   this.
24        Q.   It says there that the group office did
0205
 1   projections for the top six newspapers for 2011 and
 2   2012, those being the last two years after you got
```
                              Page 81

48833 amsden.harry 121609.txt
```
 3  their three-year projections?
 4       A.    Right.
 5       Q.    And you did them for 2008 to 2012 for
 6  the smaller properties?
 7       A.    Right.  For the smaller two or three
 8  newspapers, which really were not significant.
 9       Q.    And the group office prepared the
10  projections for capital expenditures and investment
11  spending?
12       A.    Uh-huh.
13       Q.    Is different from the way the process
14  went in the spring -- or actually in February?
15       A.    There is a discussion of the April
16  process obviously on top of this page.
17       Q.    I understand that.  That doesn't seem to
18  really address this same level of detail though.
19       A.    Yeah.  Obviously, again, it was a
20  difference in timing.  At that point we had a
21  completed operating plan so we had full business
22  unit detail for 2007 obviously from that
23  standpoint.
24             And then working with the business
0206
 1  units, again, you know, the out years were
 2  developed at that time.  Again, there was also an
 3  interactive portion to that model also, just like
 4  there was in the September time frame.
 5       Q.    Correct me if I'm wrong.  I thought I
 6  understood your previous answers to be that the
 7  business units developed their five-year numbers
 8  for what's called in this document anyway the April
 9  2007 model.
10       A.    Right.
11       Q.    And so I am asking now, is that
12  different than what you have described for
13  September 2007 where you have said that at least
14  for the last two years for the top six newspapers
15  the group office developed the projections?
16       A.    Uh-huh.  In the earlier time frame for
17  the April model I don't recall if the business
18  units did the last two years of the model.  I don't
19  recall if that was a difference in that case or
20  not.
21             It does seem in this case -- obviously I
22  am highlighting this when we talk about the
23  September model.
24             And obviously also this document was
0207
 1  written obviously in the fall of '07, so the detail
 2  work that we did in the '07 model would have been
 3  fresher in my mind when I wrote this versus how we
 4  approached the April '07 model.
 5       Q.    Let me direct your attention -- we did
 6  talk about this sentence before, but let me direct
 7  your attention to the second paragraph, to the last
 8  sentence, which says, "The group office projected
 9  the out years based on interactive's plan,
10  discussions with business units, and our own
11  projections of future operating results."
12             Does especially the last phrase, "our
13  own projections of future operating results,"
14  refresh your recollection that the group did
15  project results for at least the out years of the
```
Page 82

48833 amsden.harry 121609.txt
16   newspaper properties?
17        A.    I think when you asked that earlier my
18   response was obviously we provide some key
19   assumptions, newsprint pricing, things that we had
20   always done from a group level.  So obviously that
21   was factored into the out years and we would have
22   provided those to the group.  I believe that's
23   still true.
24             Again, when you go back to the exact
0208
1    detail of who would have prepared the last couple
2    years of the model --
3         Q.    That's what I am asking.
4         A.    -- you know, I don't remember the exact
5    process for the last couple years in the April '07
6    time frame.  I mean, I can see what's laid out
7    here.  Obviously Tribune interactive certainly
8    spearheaded their portion of the five-year model.
9    The exact process for the rest I couldn't tell you.
10             (WHEREUPON, a certain document was
11             marked Amsden Deposition Exhibit
12             No. 23, for identification, as of
13             12-16-2009.)
14   BY MR. BUSH:
15        Q.    Is Exhibit 23 an e-mail you sent on or
16   about September 27, 2007?
17        A.    Yes, it is.
18        Q.    It's titled "Update for October 1st
19   Banker Meeting."  What does that refer to?
20        A.    There was going to be a banker meeting
21   in Chicago that our business unit people would be
22   part of.  So I am really just giving them an update
23   as to when that meeting is and what would be
24   covered.
0209
1         Q.    Point No. 5 refers to "two conference
2    calls with the bankers so far this week."
3              Had you already had a couple of
4    conference calls with the bankers prior to this
5    e-mail?
6         A.    Apparently we had.
7         Q.    And you say there "The bankers have
8    asked much more detailed financial questions than
9    VRC did."  Do you see that?
10        A.    Yes, I do.
11        Q.    What kinds of questions did the bankers
12   ask that VRC had not asked?
13        A.    I couldn't tell you at this point.
14        Q.    You have no recollection even in a
15   general subject?
16        A.    No, I really don't.
17        Q.    You also say that "there are many more
18   of them and they are more familiar with us in the
19   industry."  I take it you mean more than VRC; is
20   that right?
21        A.    Yeah.  If you go to Point 2 in here,
22   there's 20 to 30 bankers, 10 to 15 attorneys.  The
23   meeting with -- three people from Equity.  The
24   meeting with VRC, there were probably no more than
0210
1    a half dozen of them there at that meeting.
2              So I am just setting the stage for how
3    the meeting is going to flow.
                              Page 83

48833 amsden.harry 121609.txt
4            Actually, in this case, we actually
5  chose to have the meeting somewhere else because
6  there were so many people involved.
7                (WHEREUPON, a certain document was
8                marked Amsden Deposition Exhibit
9                No. 24, for identification, as of
10               12-16-2009.)
11 BY MR. BUSH:
12     Q.    Exhibit 24 is an e-mail that is from
13 Chandler Bigelow that is actually forwarding an
14 e-mail he received from somebody at JPMorgan.  Is
15 that how you read this?
16     A.    Yes, it is.
17     Q.    And you received the e-mail forwarded
18 from Mr. Bigelow?
19     A.    Yes.
20     Q.    Did you understand this to be a list of
21 follow-up questions that the bankers or JPMorgan
22 had asked?
23     A.    Yes, I do.
24     Q.    Did you participate in responding to
0211
1  these questions?
2      A.    I likely participated in responding to
3  the publishing questions.
4      Q.    Would you have participated in
5  responding to interactive?
6      A.    Possibly.  Sometimes we had the
7  interactive people there.  It depended on the
8  nature of the questions and whether I could handle
9  the questions or not.
10     Q.    The first question under publishing is,
11 "What are the drivers that explain the increase in
12 publishing revenue growth from .7 percent in the
13 April model to 2.3 percent 2012 estimate onwards in
14 the September model?"
15           What's the answer to that question?
16     MR. DUCAYET:  Object to form.
17 BY THE WITNESS:
18     A.    I would have to do a detail review
19 obviously to look through what the different
20 changes were between the April time frame and the
21 September time frame.
22 BY MR. BUSH:
23     Q.    You don't recall why there was an
24 increase in the revenue growth?
0212
1      A.    Again, I would have to go through and
2  take a look to see where the increases came from.
3      Q.    I understand you could do that.  I am
4  asking, do you recall it now?
5      A.    Offhand I don't.  And again, I would
6  have to do a comparison.
7      Q.    You don't recall what answers you gave
8  to this question from the bankers?
9      A.    No, I would not recall the exact answers
10 to these questions.
11     Q.    Do you recall even the general answer to
12 that question?
13     A.    Not that I would have given in response
14 to follow-up to JPM.
15           Again, we could go through the
16 categories of the projections from Step 1, compare
Page 84

48833 amsden.harry 121609.txt
17    them to Step 2, and analyze that and figure out
18    what the right answers are.
19         Q.    I am just asking right now what you
20    remember.  You don't remember?
21         A.    No, I don't remember the answers I gave
22    on this call.
23         Q.    Is that true for the next two questions
24    under publishing, too?
0213
 1         A.    The other revenue -- I believe for the
 2    second question when it says "other," refers to
 3    other revenue.  And very likely the increase there
 4    would have been to additional commercial delivery
 5    arrangements.
 6               We signed an arrangement with the
 7    Sun-Times in August of 2007 that would not have
 8    been included in, for instance, the model from
 9    earlier in the year that would have been included
10    in the model later in the year.
11               So I can tell you that that's a
12    significant component of that change.
13         Q.    Okay.  Anything else?
14         A.    Or other similar delivery or printing
15    arrangements.  So I can tell you that that
16    certainly is part of that component.
17         Q.    How about the guidance for circulation
18    declines; do you remember anything that you
19    responded with in response to that question?
20         A.    My general response would be we thought
21    that the circulation trends would improve over time
22    and that the losses were higher now and would get
23    better in the future.
24         Q.    Why did you think that circulation would
0214
 1    improve?
 2         A.    I thought we had strategies in place to
 3    improve circulation, to improve readership, improve
 4    retention of subscribers.
 5         Q.    What was your explanation then for the
 6    immediate decline in circulation?
 7         A.    I would have to look to see if this is
 8    referring to circulation revenue or the decline in
 9    circulation itself.  Again, I would have to review
10    the documents to determine exactly what that is.
11               I gave you an overall answer, but I
12    would have to see exactly if that's revenue or net
13    pay they're talking about.
14         Q.    Now, taking a look at interactive -- or
15    the heading called "Interactive," the first
16    question is, "Revenue growth in publishing is
17    supported by growth in interactive."
18               You would agree with that, right?
19         A.    Yes.  Interactive revenues were growing.
20         Q.    "What are the drivers for these sites
21    (eg, CPM, uniques, et cetera)?"  Did you give an
22    answer to that question?
23         A.    I don't recall.
24         Q.    Do you know what the answer was to that
0215
 1    question?
 2         MR. DUCAYET:  Object to the form.
 3    BY THE WITNESS:
 4         A.    Yeah.  I am not sure what would have
                        Page 85

                    48833 amsden.harry 121609.txt
 5  been said on the call.
 6  BY MR. BUSH:
 7      Q.    Do you know what the answer -- sitting
 8  here today, do you know what the answer would be?
 9      A.    My answer would be that, yeah, obviously
10  you are seeing growth in interactive revenues.
11  Drivers for that would be increased interactive
12  development efforts obviously and also growth from
13  the existing sites, both in CPM --
14      Q.    What is CPM?
15      A.    That would be cost per thousand.  That's
16  basically an ad rate.
17      Q.    That's an ad rate?
18      A.    Yeah, ad rate.  It's a rate for each ad.
19  Basically they are asking is the revenue growth
20  driven by rate or volume.  Uniques is the number of
21  visitors to the sites.  CPM is the rates.
22            My answer at this point in time would
23  have been it would have been attributable to both.
24      Q.    More to one than the other?
0216
 1      A.    Couldn't tell you.
 2      Q.    The second question is, "What is driving
 3  acceleration of interactive revenue growth in '08,
 4  '09?"
 5            First of all, do you agree that there
 6  was an acceleration of revenue growth for
 7  interactive in those years?
 8      A.    I would have to compare.
 9            The management case would show an
10  acceleration in growth of interactive revenue in
11  terms of dollars.
12      Q.    Do you recall what the answer was to the
13  question what's driving that acceleration?
14      A.    I couldn't tell you the answer in
15  detail, what was given to the bankers at that time.
16  They were given obviously the model and all the
17  detail behind the model, including -- well, we
18  would have given them -- this is a September 26
19  call.  It's hard to know also at that point in time
20  what we would have given them since the formal bank
21  meeting was October 1st.
22            So as we've gone through some of these
23  documents talking about interactive assumptions,
24  they were provided those.  I don't know if they
0217
 1  would have been provided them at this time or on
 2  October 1st.
 3      Q.    Is it your testimony that providing the
 4  assumptions was really the way the question was
 5  answered?  And the assumptions I think are -- we
 6  can go back and look at what those were.  I think
 7  that's Exhibit 18.
 8      A.    Yes.
 9      Q.    So is it your testimony that Exhibit 18
10  is really the answer to the question at least
11  what's driving the acceleration of interactive
12  revenue growth?
13      MR. DUCAYET:   Object to the form.
14  BY THE WITNESS:
15      A.    Again, I don't know what answer would
16  have been given at that time to them.  However,
17  this does frame out key components of the
                        Page 86

48833 amsden.harry 121609.txt
18  assumptions for interactive revenues during the
19  model period.
20  BY MR. BUSH:
21      Q.    Can you think of anything else that
22  would have been given to them as an answer to this
23  question in addition to what's reflected in Exhibit
24  18?
0218
 1      A.    No, I wouldn't know.
 2      Q.    The last question is, "Interactive -
 3  'internal development' accounts for 28 percent of
 4  revenues by 2012.  Can we please discuss growth and
 5  drivers?"
 6            Did you participate in answering that
 7  question?
 8      A.    Probably not because that would have
 9  been talking in detail about our development
10  efforts.  Assuming we answered that question, that
11  would have been answered by somebody in
12  interactive.
13      Q.    Do you remember what the answer was?
14      A.    I don't recall offhand.  Again, it may
15  be -- again, the assumptions document may play into
16  this also.
17                    (WHEREUPON, a certain document was
18                     marked Amsden Deposition Exhibit
19                     No. 25, for identification, as of
20                     12-16-2009.)
21  BY MR. BUSH:
22      Q.    Did you write the e-mail that is being
23  forwarded by Mr. Bigelow to Chad Rucker and Leo
24  Mednik as reflected in Exhibit 25?
0219
 1      A.    Yes, I did.
 2      Q.    Can you take a look at the second page
 3  of this?  This is titled "Publishing (excluding
 4  SCNI, Hoy New York, and Recycler ) 2007 to 2012
 5  Forecast Reconciliation to April Model."
 6      A.    Right.
 7      Q.    Is that correct?
 8      A.    Yes.
 9      Q.    And what does the reconciliation
10  reflect?
11      A.    It shows a comparison of the April model
12  numbers year by year for revenue, expense and
13  operating cash flow and then the comparison to the
14  model we were using in the second step transaction.
15      Q.    The adjustment for Recycler, what was
16  Recycler?
17      A.    It was a subsidiary of the Los Angeles
18  Times.  They had basically shopper publications.
19      Q.    What's the adjustment there?
20      A.    Basically we were working on selling
21  Recycler in October 2007.  So as you can see, we
22  took out both the revenue and expenses for
23  Recycler.  They were roughly a breakeven -- from a
24  business standpoint, we were projecting a slight
0220
 1  loss for them going forward, and we elected to sell
 2  them.
 3      Q.    This document or this page of this
 4  document reflects the changes in each of the
 5  component parts of operating revenue, operating

48833 amsden.harry 121609.txt
6   expenses, and operating cash flow that were made to
7   the April model to reach what the updated financial
8   model was that was used in the Step 2 valuation?
9       A.    Yeah.  It's basically just a comparison
10  of the numbers.
11      Q.    What are the pages after that second
12  page that we have been talking about?
13      A.    These are for just cash expenses.  What
14  we are doing is rolling forward the changes between
15  two years.
16            The first page you see is taking our
17  2006 cash expenses, rolling forward the changes to
18  our projected 2007 cash expenses.  And if you
19  notice, that 2,874 at the bottom of this page
20  corresponds back to the first page we looked at.
21      Q.    Okay.  Then there is a page, it's
22  VRC4087, it's called "Tribune Interactive Monthly
23  Page Views."
24      A.    Yes.
0221
1       Q.    What was that used for?
2       A.    This looks like a summary of historical
3   data for traffic to our websites.  Looks like VRC
4   must have asked for this.
5       Q.    Okay.  Did you have any conversation
6   with VRC about whether they wanted this
7   information?
8       A.    I don't remember.  Based on the time
9   frame, these are likely follow-ups to the September
10  meeting we had with them.  They came back with some
11  questions.  That would happen periodically.
12      Q.    We talked a little bit earlier about
13  your interaction with VRC, and now that we have
14  gone through all these documents, let me come back
15  to that briefly.
16            I think you said that you did have
17  conversations with people at VRC from time to time.
18  Can you remember in any more detail what subject
19  matter you discussed with them?  Let's take it in
20  the two different time periods.  Let's start with
21  the first stage, before the closing of the first
22  stage.
23      A.    In general I remember obviously we
24  discussed the five-year model with them and the
0222
1   projections.  As far as, you know, in the first
2   stage, I couldn't tell you a detailed question they
3   necessarily asked me from that standpoint.
4             I know I sat in presentations or
5   meetings where we went over it with them.
6       Q.    And nothing they asked stands out in
7   your mind?
8       A.    Nothing stands out in my mind from that
9   standpoint.
10      Q.    How about the second stage?
11      A.    Second step, again, I sat in meetings
12  with them, responded to follow-up questions, too,
13  as these likely are also.  Took them through the
14  meeting presentation deck of both the management
15  case and other case we presented to them, too.
16  Responded to their questions also.
17      Q.    Who did you communicate with at VRC?
18      A.    Mostly with Chad Rucker.  I did

```
                        48833 amsden.harry 121609.txt
19  communicate with some of the other folks, Leo
20  Mednik and Bryan Browning.  Probably most of my
21  interaction was with Chad Rucker.
22
23
24
0223
 1                    (WHEREUPON, a certain document was
 2                    marked Amsden Deposition Exhibit
 3                    No. 26, for identification, as of
 4                    12-16-2009.)
 5  BY MR. BUSH:
 6        Q.    Let me direct your attention in this
 7  e-mail to -- this is an e-mail from Chandler
 8  Bigelow to Bryan Browning, Chad Rucker and Leo
 9  Mednik.
10              Those three -- the recipients are all
11  people at VRC, are they not?
12        A.    Yes, they are.
13        Q.    In the middle of the first paragraph
14  Mr. Bigelow says, "Also, I just wanted to follow up
15  on my e-mail earlier and remind you to please
16  delete the first version of the five-year
17  consolidated model that I sent to you.  That
18  version included certain downside scenarios that
19  did not reflect management's current downside
20  case."
21              First of all, do you know what that
22  refers to?
23        A.    No, I don't.
24        Q.    Did you hear in or around September
0224
 1  20th, 2007, that a downside case had been sent to
 2  VRC that Mr. Bigelow wanted to retract?
 3        MR. DUCAYET:  Object to the form.
 4  BY THE WITNESS:
 5        A.    I have no knowledge of this.
 6  BY MR. BUSH:
 7        Q.    So you don't know what downside case was
 8  sent to them?
 9        A.    No.  I don't know what Chandler is
10  referring to in this e-mail.
11        MR. BUSH:  Just give me one second.  Off the
12  record.
13              (WHEREUPON, discussion was had off
14                the record.)
15        MR. BUSH:  Thank you, Mr. Amsden.  I am
16  finished for the moment.
17        THE WITNESS:  Okay.
18        MR. BUSH:  Appreciate your time.
19                    EXAMINATION
20  BY MR. KORPUS:
21        Q.    How are you, Mr. Amsden?  My name is
22  Sheron Korpus from Kasowitz, Benson.  We represent
23  Law Debenture in this case.  I have just a few
24  follow-up questions for you.
0225
 1              If you could pull out Exhibit 25 we were
 2  looking at a second ago and look at the second
 3  page, reconciliation to the April model.  Do you
 4  have that?
 5        A.    Yes, I do.
 6        Q.    Am I reading this right that as you
                        Page 89
```

                        48833 amsden.harry 121609.txt
 7    testified earlier, after the company failed to meet
 8    the February model, you revised the model in
 9    September, right?
10         MR. DUCAYET:   Object to the form of the
11    question.
12    BY THE WITNESS:
13         A.    Again, this was revised as part of our
14    operating plan process.
15    BY MR. KORPUS:
16         Q.    Right.  But it was revised?
17         A.    Yeah, where we went out and got an
18    updated projection for 2007, worked on a 2008 plan,
19    and then updated the out years as appropriate.
20         Q.    According to this reconciliation, if you
21    look at the last column, the CAGR column, the CAGR
22    in the September model for operating revenue was in
23    fact higher than in the April model; is that right?
24         A.    Yeah.  It appears to be.  The numbers
0226
 1    are higher.
 2         Q.    And the operating cash flow in the
 3    September model came out to be higher than in the
 4    April model, right?
 5         A.    Are you talking about the CAGR?
 6         Q.    The CAGR, yes.
 7         A.    Yes.
 8         Q.    The company failed to meet its operating
 9    plan in 2006.  Do you recall that?
10         A.    In 2006?
11         Q.    2006.  Do you recall that?
12         A.    I believe that's a correct.  But again,
13    I would have to look at the detail.
14         Q.    Do you recall that the company failed to
15    meet its plan in 2005?
16         A.    I don't remember offhand.
17         Q.    You don't remember one way or the other?
18         A.    No, I don't.  Again, I would have to go
19    back and look in detail.
20         Q.    Let me show you a couple documents.
21              (WHEREUPON, a certain document was
22               marked Amsden Deposition Exhibit
23               No. 27, for identification, as of
24               12-16-2009.)
0227
 1    BY MR. KORPUS:
 2         Q.    Do you recognize the format of the
 3    document that I put in front of you as Amsden No.
 4    27?
 5         A.    This is a quarterly report to our board
 6    of directors for the board meeting.
 7         Q.    For the fourth quarter of 2006, right?
 8         A.    Yes.
 9         Q.    If you turn to the page Bates stamped
10    TRB0413510.
11         A.    510, okay.
12         Q.    Do you see that?
13         A.    Yes.
14         Q.    And you see that it shows the variance
15    for '06 from the '06 plan for the full year of
16    2006?
17         A.    Yes.
18         Q.    And it shows that revenues were below
19    plan, right?
                        Page 90

48833 amsden.harry 121609.txt
```
20        A.     You are looking at below plan 1 percent
21  for the whole company?
22        Q.     Right.
23        A.     Yes.
24        Q.     And operating profit for the whole
0228
1   company was -- so a net income for the whole
2   company was 6 percent below plan, right?
3         A.     Net income was 6 percent below plan.
4         Q.     Right.  And operating cash flow in the
5   next page for the whole company was 2 percent below
6   plan?
7         A.     Yes.
8         Q.     And if we go to '05 --
9                Mark this as the next document.
10                  (WHEREUPON, a certain document was
11                  marked Amsden Deposition Exhibit
12                  No. 28, for identification, as of
13                  12-16-2009.)
14  BY MR. KORPUS:
15        Q.     Let me direct you to the same page,
16  which is 432822.  Are you there?
17        A.     Yes.
18        Q.     Can we agree that total revenue was 5
19  percent below plan for the year?
20        A.     Yes, for the whole company.
21        Q.     And net income was at 16 percent behind
22  plan for the whole year?
23        A.     Yes.
24        Q.     And total operating cash flow was 14
0229
1   percent behind for the whole year, right?
2         A.     On the next page, yes.
3         Q.     So that's '05 and '06.  And we talked
4   about '07 up to the point where you revised the
5   projections in September.
6                Do you recall whether after you revised
7   the September projections -- after you revised the
8   projections for '07 in September whether the
9   company met that revised target?
10        A.     I don't remember if the entire company
11  did.
12        Q.     Okay.
13        A.     I would have -- again, I would have to
14  look at the detail to know.
15        Q.     Let's do that.  I think there's a couple
16  of documents that have been marked already.  If you
17  have a look at 21.
18                Just before -- sitting here without
19  looking at the document, you have no recollection
20  whether the whole company met the revised target
21  for '07?
22        A.     I don't remember if the whole company
23  did or not.  Again, I was focused mostly on the
24  publishing group.
0230
1         Q.     What do you remember about publishing?
2   Do you remember whether the publishing revised
3   target was met?
4         MR. DUCAYET:  Object to the form.
5   BY THE WITNESS:
6         A.     Again, obviously I don't have the
7   benefit of looking at the numbers to analyze
```

                    48833 amsden.harry 121609.txt
8    whether we did or not.  I would be guessing at the
9    moment.  I would rather have the benefit of looking
10   at the numbers.
11   BY MR. KORPUS:
12        Q.    Let's have a look at Amsden 21, which is
13   the revised October projection.  We can look at
14   Page 14 of that presentation.
15              Is that the right page to look at?
16        A.    Yes.
17        Q.    And we can pull out Amsden 22.  Go to
18   Page 1, which has the results of operations for the
19   fourth quarter '08 and shows us the '07 actuals.
20        A.    Okay.  Page 1 would have been prepared
21   on a different -- if you are talking about
22   Consolidated 1, would have been prepared on a
23   slightly different basis than was on Page 14 here
24   because that's on a reported basis.
0231
1         Q.    Okay.  Is there somewhere else in this
2    presentation?
3         A.    A more relevant comparison would be on
4    Consolidated 3.
5         Q.    On Page 3?
6         A.    Yeah.  Where it says Consolidated 3 at
7    the bottom.
8               I'll also warn you that Newsday has been
9    taken out of this presentation because we sold that
10   during 2008, whereas the document you have here
11   before includes Newsday.
12        Q.    You cannot sit here and look at these
13   two documents and give me a comparison?
14        A.    No, you could not, because Newsday was a
15   significant part of our operations.  It impacts
16   revenue expense and cash flow.  So you could not
17   just compare the number here back to this document.
18   There are significant differences.
19        Q.    Is there any other document that you
20   know that you prepared to see how you did against
21   the '07 plan adjusting for the Newsday sale?
22        A.    When compared to the '07 plan, probably
23   the '07 Brown Book would give you a comparison.  If
24   you looked at the final Brown Book for the year,
0232
1    that would give you a comparison.
2         Q.    Thank you.  I appreciate it.
3               When you were preparing the five-year
4    projection -- and actually even the '07 projection
5    in February of '07, when you were working on the
6    '07 numbers, the Step 1 projections I think you
7    called them, did you look to see how your
8    projections faired against what market analysts
9    were projecting for the company?
10        A.    Again, we were preparing '07 just to the
11   point where it was a plan, and then the out years
12   would have been obviously projections or estimates.
13        Q.    Let's focus on '07.
14        A.    As a normal part of our plan process we
15   would take a look at what the analysts were
16   projecting for us.
17        Q.    And do you recall that the management
18   projections were consistently lower than those of
19   the market analysts?
20        A.    I don't recall at the moment how close
                        Page 92

48833 amsden.harry 121609.txt
21    we were to those projections again.  Again, it
22    depends on what time frame you are looking at.
23    Obviously analysts update the projections
24    constantly, too.
0233
1         Q.    I'm sorry?
2         A.    Analysts also frequently update the
3    projections, too.  So we may have done a comparison
4    in some part of late 2006 to that.  And I don't
5    remember if we actually prepared our final plan to
6    the analysts' projections or not at that time.  We
7    may have.
8         MR. KORPUS:  Okay.  Let's mark this as the
9    next document.
10                   (WHEREUPON, a certain document was
11                    marked Amsden Deposition Exhibit
12                    No. 29, for identification, as of
13                    12-16-2009.)
14    BY MR. KORPUS:
15        Q.    Amsden 29 is an e-mail dated February 2,
16    2007, from Chandler Bigelow to several recipients
17    within the company, including yourself.
18              Do you see that?
19        A.    Yes, I do.
20        Q.    And he attaches a spread sheet that
21    compares certain analyst figures to management
22    projections.  Do you see that?
23        A.    Yes, I do.
24        Q.    Are you familiar with that form of an
0234
1    analysis?  Is that something you have seen before?
2         A.    I haven't -- I don't recall seeing this
3    exact schedule, but we would do a comparison to
4    analysts' estimates and look at what they are
5    assuming for revenue cash flow earnings per share.
6         Q.    So you know how to read this document?
7         A.    Yes.
8         Q.    And I know it's a little difficult
9    because of the way it's copied.  So you can do what
10   I did, which is take it apart and put them side by
11   side and then staple them back together when you
12   are done.
13             In this document there is a comparison
14   of several analysts, and then the last column is
15   "Internal Operating Scenarios."  There are three
16   columns, "Management," "Flat" and "Down 2 Percent,"
17   right?
18        A.    Right.
19        Q.    Do you take the management figures to be
20   the plan that you were working on at that time?
21        A.    I believe that that actually is an
22   earlier version of the publishing plan because that
23   has 983 million of operating cash flow for
24   publishing and I believe the plan we submitted to
0235
1    the board -- I was looking for my copy of this --
2    was 915 million.
3         Q.    Okay.  So this is an earlier version but
4    it is a part of the plan process?
5         A.    Yeah, it is a part of the plan process.
6    I am quite surprised we don't have the final
7    version of the plan in here, but again, I didn't
8    prepare the schedule.
                        Page 93

48833 amsden.harry 121609.txt

```
 9        Q.     And if you look at the "Total Revenue"
10   column -- I guess row -- it's fair to say that as
11   of that time what you are projecting for total
12   revenue as management was higher than every single
13   analyst in the market was projecting for you,
14   right?
15        MR. DUCAYET:   Object to the form of the
16   question.
17   BY THE WITNESS:
18        A.     Yeah, but again, this schedule shows a
19   higher number on here.  However, that is not the
20   plan we went to the board with in February, or what
21   was included in the five-year model at that time.
22   BY MR. KORPUS:
23        Q.     Do you remember whether you revised your
24   plan based on what market analysts were projecting
0236
 1   for you?
 2        A.     No.  The basis of our plan reprojection,
 3   we did a significant modification to the plan in
 4   late January of 2007.  We did that by going back to
 5   our business units and getting basically their best
 6   thinking.
 7        Q.     This is dated, though, in February of
 8   '07, right?
 9        A.     Yeah.
10        Q.     And you don't know why it contains the
11   older version?
12        A.     I couldn't tell you why this prior
13   version was used.  I do recognize this as a prior
14   version because if I added back the stock comp
15   expense, I can get back to a prior version of our
16   plan, again, just focusing on the operating cash
17   flow number.
18             But I also know that we turned in a
19   lower -- we're at the 983.  That number was
20   actually 915.  And I am sure that the revenue and
21   expense numbers obviously changed, too.  And again,
22   I would have to do a comparison back to plan to
23   tell you exactly what changed.
24        Q.     What about the operating cash flow
0237
 1   number; did that change from what you did?
 2        A.     Again, this number is showing 983.  The
 3   actual number for 2007 that was submitted to the
 4   board was 915.
 5        Q.     I see.  915 would still put you at about
 6   the average Wall Street projections shown here,
 7   right?
 8        A.     Excuse me?
 9        Q.     915 would still put you at about the
10   average Wall Street projection?
11        A.     Yeah.  Well, the average shown here is
12   876 and we were at 915.
13        Q.     Just so I understand, the plan that you
14   had at this time before you went back to the
15   business units, where did that information come
16   from?
17        A.     That came from the business units, and
18   that was a version of the plan we were using in
19   late 2006.
20        Q.     Do you recall that in October, just
21   jumping forward a little bit, Lehman issued their
```

48833 amsden.harry 121609.txt
22  report about the company?
23        A.    Are you talking October 2006 or '7?
24        Q.    '7.
0238
 1        A.    We did use a Lehman report in October
 2  2007 as part of our work.
 3        Q.    Right.  You prepared the downside
 4  scenario based on the Lehman numbers?
 5        MR. DUCAYET:  Object to the form.
 6  BY THE WITNESS:
 7        A.    That was a part of the downside case
 8  analysis, but we also used our own numbers, too.
 9  BY MR. KORPUS:
10        Q.    Did you adopt any of the analyst numbers
11  as part of the March, February work as a downside
12  scenario?
13        A.    I don't recall doing that.
14        Q.    Do you recall that there was also a
15  Lehman report with negative projections that came
16  out about March of '07?
17        A.    I don't remember offhand.
18        Q.    You don't remember giving any
19  consideration to using the March Lehman report or
20  any other analyst report to prepare a downside case
21  scenario?
22        A.    No, I don't recall doing that.
23        Q.    If you pull out Exhibit 11 -- maybe you
24  don't even need to pull it out.  It's one of the
0239
 1  first questions that came from Blackstone.  Do you
 2  recall that you were asked about -- you knew that
 3  Blackstone was doing some work for McCormick,
 4  right?
 5        A.    Yes.
 6        Q.    Did you ever see the complete Blackstone
 7  report?
 8        A.    No, I never did.
 9        Q.    Do you have any idea how the Blackstone
10  numbers compared to your numbers?
11        A.    I have no idea.
12        Q.    Did anyone ever tell you what was in the
13  Blackstone?
14        A.    I don't recall anything being said about
15  Blackstone.
16                    (WHEREUPON, a certain document was
17                    marked Amsden Deposition Exhibit
18                    No. 30, for identification, as of
19                    12-16-2009.)
20  BY MR. KORPUS:
21        Q.    I marked as Amsden 30 a document which
22  starts with an e-mail dated March 7, 2007, from
23  Chris Hochschild to Mark Sotir.  Who is Mark Sotir?
24        A.    Mark Sotir works over at EGI.
0240
 1        Q.    And so does Chris Hochschild?
 2        A.    So does Chris.
 3        Q.    I assume you have never seen this e-mail
 4  before?
 5        A.    No, I have not.
 6        Q.    It attaches a publishing model which is
 7  a five-year model assumption.  Do you recognize the
 8  attachment to the document?
 9        MR. DUCAYET:  Sheron, I am not sure this is
                        Page 95

48833 amsden.harry 121609.txt
10   the attachment.
11         MR. KORPUS:  You are absolutely correct.
12   BY THE WITNESS:
13         A.    This doesn't make sense to me in the
14   context of this e-mail.
15   BY MR. KORPUS:
16         Q.    It doesn't look like they were produced
17   together.
18               Let's just look at the e-mail.  Let's
19   take them apart and mark the e-mail separately.
20   Maybe give the other pages to the court reporter.
21               Amsden 30 is a document Bates stamped
22   EGI-LAW 00020924.  We have now separated it from
23   the rest of the document.
24         MR. BUSH:  It's one page, right?
0241
1          MR. KORPUS:  Right.
2    BY MR. KORPUS:
3          Q.    I want to focus you on the sentence that
4    says, "Obviously 2007 is way too high now because
5    I've only put the assumptions in for 2007 period 2
6    (period 1 numbers are actuals) which are based on
7    our conversation with Harry and are very high
8    level."
9                Does this document refresh your
10   recollection about conversations you had with EGI
11   about the numbers in '07 being at the very high
12   level?
13         MR. DUCAYET:  Object to the form of the
14   question.
15   BY THE WITNESS:
16         A.    First, I have never seen this e-mail
17   and, two, I am uncertain what he is referring to
18   here.
19   BY MR. KORPUS:
20         Q.    Do you recall EGI ever telling -- or
21   somebody at EGI ever telling you that they
22   considered your projections around March to be at a
23   high level?
24         MR. JOHNSTON:  Objection; form.
0242
1    BY THE WITNESS:
2          A.    I don't recall that.
3    BY MR. KORPUS:
4          Q.    Do you remember them expressing any
5    disagreement with your projections?
6          A.    I don't recall that.
7          Q.    You did have meetings and discussions
8    with people at EGI around that time where you
9    explained your projections to them, right?
10         A.    Yeah.  We took them through the
11   five-year model and other financial data they
12   requested.
13         Q.    You see the last line in parens where it
14   says "since we both agree that their hockey stick
15   projections for '07 are too aggressive"?  Do you
16   see that?
17         A.    Yes, I do see it.
18         Q.    Do you recall anybody from EGII ever
19   telling your that hockey stick projections for '07
20   were too aggressive?
21         A.    No, I don't recall that.
22         Q.    Do you recall any concern expressed by

48833 amsden.harry 121609.txt
23    the folks at EGII to you about your projection?
24        A.    I do not.
0243
 1        Q.    You don't recall anything at all about
 2    them thinking they were too aggressive?
 3        A.    No.
 4        Q.    Do you recall any concern within the
 5    company about the projections being too aggressive?
 6        MR. DUCAYET:  Object to the form.
 7    BY THE WITNESS:
 8        A.    No.  Again, we were focused on operating
 9    cash flow for 2007 and the out years, and I don't
10    anybody really expressing concern that projections
11    were too high or anything that would explain this
12    e-mail.
13        MR. KORPUS:  Let's mark as Amsden 31 the two
14    pages that we took off of that.
15                (WHEREUPON, a certain document was
16                 marked Amsden Deposition Exhibit
17                 No. 31, for identification, as of
18                 12-16-2009.)
19    BY MR. KORPUS:
20        Q.    It's three pages.  Do you recognize this
21    document that I have marked as Amsden 31?
22        A.    Yes, I do.
23        Q.    What is this document?
24        A.    This document -- I believe I prepared
0244
 1    this document and would have prepared it in the
 2    fall of 2007.  It would have been part of the
 3    second step work and it really goes through
 4    different assumptions that we used in the five-year
 5    model at that time.
 6        Q.    So this is for the second step?
 7        A.    Yes.
 8        Q.    Is there a similar document that was
 9    prepared for the first step?
10        A.    I don't recall offhand.  I thought we
11    did prepare some set of discussion of how the
12    assumptions were put together.
13        Q.    Do you have a recollection yourself of
14    preparing a document like this for Step 1?
15        A.    I thought there was something similar.
16    I could not swear to it, though.
17        Q.    When you say "something similar," you'd
18    expect it to follow this format?
19        A.    I would expect a document that would
20    cover certain key assumptions like this.  For
21    instance, I can remember preparing a document late
22    in 2006 very similar to this as we were going
23    through the bidding process to show assumptions in
24    the model at that time.  So I can assume that there
0245
 1    was a document of some shape or form for the first
 2    step.
 3        Q.    So, for example, if you go to the second
 4    page and you see the heading "Circulation Revenue,"
 5    and there is a bullet that says, "Revenues declined
 6    by 3.2 percent," do you believe there was a
 7    document prepared for the Step 1 projection that
 8    contained a revenue assumption as to circulation
 9    revenue?
10        A.    I couldn't tell you exactly what was in
                        Page 97

48833 amsden.harry 121609.txt
11  there, but a document like that and a couple
12  comments on circulation revenue would have been
13  typical.
14      Q.    Same with "Other Revenue"?
15      A.    Likely, yes.
16      Q.    And those would be assumptions that the
17  group came up with?
18      A.    No.  This would be just the way the
19  model itself looks.  This is obviously taking the
20  actual decline in the model.  If you are talking
21  about -- again, I would have to match this up to
22  the model -- a revenue decline of 3.2 percent and
23  then just providing some commentary around it.
24      Q.    Looking at this particular document for
0246
1  the Step 2 transaction, is it that the model is
2  created and then you summarize the result of the
3  model in this document --
4      A.    Yes.
5      Q.    -- or are these model assumptions that
6  are then used to create the model?
7      A.    No.  The model came first and then this
8  is really a summary of what's in the model.  A
9  document like this I am sure we gave to VRC and to
10 the banks to give them some commentary of what was
11 in the model to give them the overall assumptions.
12     Q.    Your testimony is that this is not the
13 guidance document you may have sent to the business
14 units to prepare the model?
15     A.    No, it's not.
16     Q.    There is a different document -- there
17 may be a different document for that guidance
18 document?
19     A.    There could be, as I testified earlier,
20 an individual e-mail that gave them some overall
21 guidance.  Certainly -- perhaps obviously if you go
22 to the "Newsprint and Ink" section here on the
23 second page, likely we gave them guidance on the
24 average prices to use, for instance, as I mentioned
0247
1  earlier.
2          So there could be elements of this that
3  are in other e-mail but not a document this
4  comprehensive.
5                  (WHEREUPON, a certain document was
6                   marked Amsden Deposition Exhibit
7                   No. 32, for identification, as of
8                   12-16-2009.)
9  BY MR. KORPUS:
10     Q.    Before we get to this document that I
11 just marked as 32, in preparing your Step 1 plan
12 and other projections did you have discussions with
13 EGII?
14     A.    In preparing the Step 1 plan?
15     Q.    Yes.
16     A.    No, we did not.  We prepared that
17 independent of them.
18     Q.    Did you have discussion with anybody
19 outside the company in preparing it?
20     A.    I don't recall any discussions as far as
21 anybody outside the company in preparing the
22 operating plan.
23     Q.    After you prepared the projections you
                        Page 98

48833 amsden.harry 121609.txt
24  presented them to EGII?
0248
1        A.    Yes.  They were one of the groups that
2  did receive them.
3        Q.    And did the groups make certain comments
4  or ask some questions?
5        A.    I am sure they asked questions.
6        Q.    Did you change the projections at all as
7  a result of the questions?
8        A.    No, we did not.  We just gave them
9  explanations.
10        Q.    The document that I just marked is an
11  e-mail Bates stamped TRB0473813.
12              The bottom e-mail is an e-mail from you
13  dated November 9, 2007, asking certain persons
14  within the company to review the projections.  Do
15  you see that?
16        A.    Yes, I do.
17        Q.    And the second point, "Joint Ventures,"
18  do you recall what that's concerning?
19        A.    Joint ventures would be CareerBuilder,
20  Classified Ventures.  Those would be the other --
21  and Topix -- other areas we discussed earlier.  And
22  that would be on the equity income line in our
23  financial statements.
24        Q.    And you say, "We need you to review
0249
1  those projections and give us your most aggressive
2  but attainable one for each."  Do you see that?
3        A.    Yes, I do.
4        Q.    Is there any reason you asked for the
5  most aggressive projections for each one?
6        MR. DUCAYET:  Objection; mischaracterizes the
7  document.
8  BY THE WITNESS:
9        A.    I couldn't tell you at this time.
10  BY MR. KORPUS:
11        Q.    Can you tell me why you asked for the
12  most aggressive but attainable one?
13        A.    No.
14        MR. DUCAYET:  Object to the form.
15  BY MR. KORPUS:
16        Q.    Generally when you asked the business
17  units for information that would fit into the
18  model, did you ask them for the most aggressive but
19  attainable information for whatever area they were
20  responsible for?
21        MR. DUCAYET:  Object to the form.
22  BY THE WITNESS:
23        A.    No.  That's not normally a comment I
24  would make.  Usually I'd just ask them for their
0250
1  best estimates.
2  BY MR. KORPUS:
3        Q.    But can you put it in context and
4  remember why on this occasion you asked for the
5  most aggressive but attainable figures for each
6  one?
7        A.    No, I don't remember.
8        Q.    Do you remember anything else that was
9  going on around November 9, 2007, that might
10  explain that?
11        A.    Looks like we were going through an
Page 99

```
                        48833 amsden.harry 121609.txt
12  update of projections at that time for the
13  remainder of 2007 based on the e-mail that was
14  here.
15       Q.    You recall that you were to receive a
16  special incentive award on the close of the ESOP
17  Zell transaction?
18       A.    Yes, I do.
19       Q.    You were to receive $150,000 cash bonus
20  on the close of the transaction, right?
21       A.    That's correct.
22       Q.    And you also were to receive some
23  equity, right?
24       A.    When you are referring to equity, what
0251
1   are you referring to?
2        Q.    You were to receive .05 percent of
3   phantom stock.
4        A.    That sounds like in the new entity?
5        Q.    Yes.
6        A.    Yes.  Okay.
7        Q.    Did you in fact receive that
8   compensation?
9        A.    Yes, I did.
10       Q.    Both parts, the cash and the stock?
11       A.    Yes, I did.
12       MR. KORPUS:  I pass the witness.
13       MR. DUCAYET:  Why don't we go off the record
14  for five minutes.
15            (WHEREUPON, a recess was had
16                 from 4:16 p.m. to 4:23 p.m.)
17       MR. BUSH:  I think there are, as I understand
18  it, no other questions.
19       MR. DUCAYET:  That's correct.
20       MR. BUSH:  So thank you very much for your
21  time.  We appreciate it.
22       MR. DUCAYET:  We will reserve signature.
23            (Time Noted:  4:23 p.m.)
24       FURTHER DEPONENT SAITH NAUGHT.
0252
1        IN THE UNITED STATES BANKRUPTCY COURT
2           FOR THE DISTRICT OF DELAWARE
3
4   In Re:                    ) Chapter 11
5       TRIBUNE COMPANY, et al.,  ) Case No.
6                 Debtors.    ) 08-13141 (KJC)
7
8
9        I hereby certify that I have read the
10  foregoing transcript of my deposition given at the
11  time and place aforesaid, consisting of Pages 1 to
12  252, inclusive, and I do again subscribe and make
13  oath that the same is a true, correct and complete
14  transcript of my deposition so given as aforesaid,
15  and includes changes, if any, so made by me.
16
17
18                    HARRY AMSDEN
19
20
21  SUBSCRIBED AND SWORN TO before me this       day
22  of                , A.D. 20   .
23
24            Notary Public
                        Page 100
```

48833 amsden.harry 121609.txt
0253
1  STATE OF ILLINOIS )
2                    )  SS:
3  COUNTY OF DU PAGE )
4         I, SUSAN K. TODAY, C.S.R. No. 84-2212, a
5  Notary Public within and for the County of DuPage,
6  State of Illinois, and a Certified Shorthand
7  Reporter of said state, do hereby certify:
8         That previous to the commencement of the
9  examination of the witness, the witness was duly
10  sworn to testify the whole truth concerning the
11  matters herein;
12         That the foregoing deposition transcript
13  was reported stenographically by me, was thereafter
14  reduced to typewriting under my personal direction
15  and constitutes a true record of the testimony
16  given and the proceedings had;
17         That the said deposition was taken
18  before me at the time and place specified;
19         That the reading and signing by the
20  witness of the deposition transcript was agreed
21  upon as stated herein;
22         That I am not a relative or employee or
23  attorney or counsel, nor a relative or employee of
24  such attorney or counsel for any of the parties
0254
1  hereto, nor interested directly or indirectly in
2  the outcome of this action.
3         IN WITNESS WHEREOF, I do hereunto set my
4  hand of office at Chicago, Illinois, this 23rd day
5  of December, 2009.
6
7
8
9         SUSAN K. TODAY, C.S.R. No. 84-2212.
10         Notary Public, DuPage County, Illinois.
11         My commission expires April 18, 2012.
12
13
14
15
16
17
18
19
20
21
22
23
24
0255
1                    I N D E X
2  HARRY AMSDEN                    EXAMINATION
3     By Mr. Bush                       5
4     By Mr. Korpus                   224
5
6
7                   E X H I B I T S
8  AMSDEN DEPOSITION EXHIBIT       MARKED FOR ID
9      No. 1................................ 35
10      No. 2................................ 37
11      No. 3................................ 40
12      No. 4................................ 41

Page 101

48833 amsden.harry 121609.txt

13      No. 5.............................  53
14      No. 6.............................  61
15      No. 7.............................  73
16      No. 8.............................  89
17      No. 9.............................  93
18      No. 10............................105
19      No. 11............................113
20      No. 12............................119
21      Nos. 13 and 14....................131
22      No. 15............................140
23      No. 16............................145
24      No. 17............................162
0256
1              I N D E X  (Continued)
2                E X H I B I T S
3   AMSDEN DEPOSITION EXHIBIT        MARKED FOR ID
4      No. 18............................172
5      No. 19............................182
6      No. 20............................184
7      No. 21............................191
8      No. 22............................196
9      No. 23............................208
10      No. 24............................210
11      No. 25............................218
12      No. 26............................223
13      No. 27............................226
14      No. 28............................228
15      No. 29............................233
16      No. 30............................239
17      No. 31............................243
18      No. 32............................247
19
20
21
22
23
24
0257
1              DEPOSITION ERRATA SHEET
2
3   RE:            Esquire Deposition Solutions
4   File No. 48833
5   IN RE: TRIBUNE COMPANY, et al.
6
7   Deponent: HARRY AMSDEN
8   Deposition Date: December 16, 2009
9   To the Reporter:
10  I have read the entire transcript of my Deposition taken
11  in the captioned matter or the same has been read to me.
12  I request that the following changes be entered upon the
13  record for the reasons indicated.  I have signed my name to
14  the Errata Sheet and the appropriate Certificate and
15  authorize you to attach both to the original transcript.
16
17  Page No. _____Line No. _____Change to: _____
18  _____
19  Reason for change: _____
20  Page No. _____Line No. _____Change to: _____
21  _____
22  Reason for change: _____
23
24
0258

48833 amsden.harry 121609.txt
1  Deposition of HARRY AMSDEN
2
3  Page No. _____Line No. _____Change to: _____
4  _____
5  Reason for change: _____
6  Page No. _____Line No. _____Change to: _____
7  _____
8  Reason for change: _____
9  Page No. _____Line No. _____Change to: _____
10 _____
11 Reason for change: _____
12 Page No. _____Line No. _____Change to: _____
13 _____
14 Reason for change: _____
15 Page No. _____Line No. _____Change to: _____
16 _____
17 Reason for change: _____
18
19
20
21
22 SIGNATURE: _____DATE: _____
23               HARRY AMSDEN
24

Page 103