# TRIBUNE COMPANY
# BOARD OF DIRECTORS MEETING
# FEBRUARY 13, 2007

The Tribune Company Board of Directors met at 10:00 a.m. on Tuesday, February 13, 2007, at Tribune Tower, Chicago, Illinois, pursuant to notice. The meeting was attended by Dennis J. FitzSimons, Enrique Hernandez, Jr. Betsy D. Holden, Robert S. Morrison, William A. Osborn, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Jeffrey Chandler, Roger Goodan and William Stinehart, Jr. participated via telephone.

Portions of the meeting were also attended by Chandler Bigelow, Donald C. Grenesko, Crane H. Kenney, Timothy J. Landon, Thomas D. Leach, Luis E. Lewin, Ruthellyn Musil, John E. Reardon, Scott C. Smith, Thomas A. Cole of Sidley Austin LLP, Steven A. Rosenblum of Wachtell Lipton Rosen & Katz, Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom, Michael Costa of Merrill Lynch, Christina Mohr of Citigroup and Paul Taubman of Morgan Stanley.

Mr. FitzSimons acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. FitzSimons called the meeting to order at 10:00 a.m.

**APPROVAL OF MINUTES**

A motion was made, seconded and approved to adopt the minutes of the December 12, 2006 and January 20, 2007 meetings of the Board of Directors as submitted.

**COMMON AND PREFERRED STOCK DIVIDENDS**

A motion was made, seconded and approved to adopt the following resolutions:

> RESOLVED, that there is hereby declared a dividend of $.18 per share on the common stock of the Company payable on March 8, 2007 to stockholders of record at the close of business on February 22, 2007; and

> FURTHER RESOLVED, that there is hereby declared a dividend of $8.9375 per share on the Series D-1 Convertible Preferred Stock of the Company payable on March 8, 2007 to stockholders of record at the start of business on March 8, 2007.

**EMPLOYEE BENEFITS COMMITTEE REPORT**

Mr. Bigelow answered questions regarding a written report submitted to the Board prior to the meeting regarding the status and investment performance of the Company's pension and 401(k) plans. Mr. Bigelow then departed the meeting.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415614

## OPERATING RESULTS

Mr. Grenesko reviewed the financial performance of the Company for the 2006 fourth quarter and full fiscal year and commented on the results of the first period of 2007. Mr. Grenesko then reviewed the 2006 fourth quarter and full year operating results for each line of business.

Mr. Grenesko then reviewed the Company's stock market performance for 2006, including peer company comparisons. Mr. Grenesko then answered questions from the Board.

## 2007 OPERATING PLAN

Mr. Grenesko presented the 2007 Operating Plan for approval by the Board. Mr. Grenesko noted that the operating plan does not reflect the implementation of any strategic actions currently under review by the Special Committee. Following questions from the Board, a motion was made, seconded and the 2007 Operating Plan was approved.

## DEVELOPMENT UPDATE

Mr. Leach reviewed the status of current development activities. Following his presentation, Mr. Leach answered questions from the Board.

## ANNUAL MEETING MATTERS

Mr. Kenney next presented a report on the status of preparation for the annual shareholders meeting. Mr. Kenney also reviewed the draft proxy and the matters to be submitted to the Company's shareholders for vote, including three shareholder proposals. Mr. Kenney reported that management has determined that all of the Company's outside directors are independent and that all the members of the Audit Committee meet the heightened independence requirements of the New York Stock Exchange, are financially literate and qualify as audit committee financial experts.

Following discussion, a motion was made, seconded and approved to adopt the following resolutions:

> RESOLVED, that the 2007 Annual Meeting of Shareholders of Tribune Company (the "Company") shall be held May 9, 2007 at Tribune Tower, 435 North Michigan Avenue, Chicago, Illinois, in accordance with the resolution adopted by this Board on December 12, 2006, which is hereby affirmed;

2

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415615

FURTHER RESOLVED, that, in the business judgment of this Board, each non-management director is "independent" under the New York Stock Exchange listing standards and the categorical standards for independence set forth in the Company's Board Governance Guidelines;

FURTHER RESOLVED, that in the business judgment of this Board, each of Betsy D. Holden, William A. Osborn, J. Christopher Reyes and Dudley S. Taft is (i) financially literate and meets the current independence and experience requirements of the New York Stock Exchange and applicable securities laws, rules and regulations for audit committee members and (ii) an "audit committee financial expert" as defined in applicable securities laws, rules and regulations;

FURTHER RESOLVED, that Jeffrey Chandler, William A. Osborn and Miles D. White be named in the proxy materials for the 2007 Annual Meeting as the Board of Directors' nominees for election as directors of the Company to hold office until the 2010 Annual Meeting and until their respective successors shall have been elected and qualified, and the Secretary is authorized and instructed to include the requisite information regarding the election of directors in the Board of Directors' proxy soliciting materials;

FURTHER RESOLVED, that the recommendation from the Audit Committee that the audited financial statements for the Company's fiscal year ended December 31, 2006 be included in the Annual Report on Form 10-K for filing with the Securities and Exchange Commission be, and it hereby is, accepted;

FURTHER RESOLVED, that a proposal to ratify the Audit Committee's appointment of PricewaterhouseCoopers LLP as the Company's independent accountants for 2007 be submitted to the stockholders at the 2007 Annual Meeting, and the Secretary is authorized and instructed to include the requisite information regarding this proposal in the Board of Directors' proxy soliciting materials;

FURTHER RESOLVED, that a shareholder proposal requesting that the stockholders of the Company recommend that this Board of Directors take the necessary steps to cause the annual election of directors be submitted to the stockholders at the 2007 Annual Meeting in accordance with the rules and regulations of the Securities and Exchange Commission, and the Secretary is authorized and instructed to include the requisite information regarding this shareholder proposal and management's response in opposition in the Board of Directors' proxy soliciting materials;

FURTHER RESOLVED, that a shareholder proposal requesting that the

3

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415616

stockholders of the Company recommend that this Board of Directors adopt a policy that the Chairman of this Board of Directors be an independent director who has not previously served as an executive officer of the Company be submitted to the stockholders at the 2007 Annual Meeting in accordance with the rules and regulations of the Securities and Exchange Commission, and the Secretary is authorized and instructed to include the requisite information regarding this shareholder proposal and management's response in opposition in the Board of Directors' proxy soliciting materials;

FURTHER RESOLVED, that a shareholder proposal requesting that the stockholders of the Company recommend that this Board of Directors take all steps necessary, in compliance with applicable law, to remove the supermajority voting requirements in the Company's Amended and Restated Certificate of Incorporation and By-Laws be submitted to the stockholders at the 2007 Annual Meeting in accordance with the rules and regulations of the Securities and Exchange Commission, and the Secretary is authorized and instructed to include the requisite information regarding this shareholder proposal and management's response in opposition in the Board of Directors' proxy soliciting materials;

FURTHER RESOLVED, that the draft forms of notice of meeting and proxy materials submitted to and reviewed by this Board at this meeting are hereby approved; that this Board adopts as its recommendations that the stockholders vote FOR the Board's nominees for director, FOR the ratification of the Audit Committee's appointment of PricewaterhouseCoopers LLP as the Company's independent accountants for 2007, AGAINST the shareholder proposal concerning the Company's classified board of directors (with Messrs. Chandler, Goodan and Stinehart voting in opposition to the Board's recommendation on this proposal), AGAINST the shareholder proposal concerning the Company's Chairman and Chief Executive Officer positions and AGAINST the shareholder proposal concerning the Company's supermajority voting provisions and that the form of notice and proxy materials submitted to and reviewed by this Board at this meeting be forwarded to each stockholder of the Company entitled to notice of the 2007 Annual Meeting, with such changes therein or additions thereto as shall be approved by the Secretary;

FURTHER RESOLVED, that Dennis J. FitzSimons and Crane H. Kenney, or either of them, are designated as proxies for the 2007 Annual Meeting, with full power and authority to vote as described in the proxy materials and as provided by law;

FURTHER RESOLVED, that Thomas G. Caputo, Mark W. Hianik and Tammie Marshall are appointed as inspectors of voting for the 2007 Annual Meeting as

4

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415617

provided in Section 2.7 of the Company's By-Laws; and

FURTHER RESOLVED, that the proper officers of the Company are hereby authorized and empowered to take all steps necessary to effect the foregoing resolutions, including executing, filing or delivering such documents as may be required by law or as may be deemed necessary or proper in connection with the matters set forth in these resolutions.

At this point, Messrs. Landon, Leach, Lewin, Reardon, Smith and Ms. Musil departed the meeting.

### AUDIT COMMITTEE REPORT

Mr. Osborn reported on the business discussed at the Audit Committee meeting held earlier in the day.

Mr. Osborn reported that the Committee reviewed the status of the Company's internal controls certification project, a summary of work performed by Internal Audit for 2006 and the results of the Company's annual impairment testing of goodwill and other intangible assets.

Mr. Osborn next reported on the status of the 2006 financial audit and noted that the Committee recommends to the Board that the Company's financial statements be included in the Company's Annual Report on Form 10-K for the year ended December 31, 2006 for filing with the SEC.

Mr. Osborn also reported that the Committee discussed the appointment of independent auditors for 2007. Following discussion, the Committee determined to reappoint PricewaterhouseCoopers as the Company's independent auditors for 2007 subject to shareholder ratification at the 2007 annual shareholders meeting.

At this point, Messrs. Grenesko and Kenney departed the meeting.

### COMPENSATION & ORGANIZATION COMMITTEE REPORT

Mr. Morrison reported on the business discussed at the Compensation & Organization Committee meeting held earlier in the day.

Mr. Morrison reported that the Committee reviewed and approved management's recommendation to allow for the deferral of future director stock awards made under the Incentive Compensation Plan on the same terms and conditions provided for in the 1996 Nonemployee Director Stock Compensation Plan, the predecessor plan for these awards.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415618

Mr. Morrison then reported that the Committee reviewed and approved the Compensation Discussion and Analysis section and related Committee report for inclusion in the Company's annual report and proxy statement.

Mr. Morrison next reported that the Committee reviewed and approved the 2006 bonus recommendations and the financial targets for 2007 Management Incentive Plan bonuses.

Mr. Morrison reported that the Committee reviewed management's final 2007 equity compensation recommendations, which followed the general framework outlined by management and endorsed by George Paulin of Frederic W. Cook at the December Committee meeting. The Committee agreed to implement the recommendations, as appropriate, in connection with the transaction or transactions approved by the Board at the conclusion of the Special Committee's strategic review process.

Mr. Morrison reported that the Committee reviewed and approved 2006 bonuses, 2007 salary adjustments and 2007 restricted stock unit awards for the executives to be named in the 2007 proxy (other than Mr. FitzSimons) and the next 25 most highly compensated Tribune executives. At this time, Mr. FitzSimons departed the meeting.

Finally, Mr. Morrison reported that the Committee reviewed Mr. FitzSimons' performance in 2006 and approved his 2006 bonus, 2007 salary adjustment and 2007 restricted stock unit award.

A discussion followed Mr. Morrison's report.

At this point, Messrs. FitzSimons, Grenesko, Kenney and Leach rejoined the meeting.

**EXECUTIVE SESSION**

The directors met in executive session at the end of the meeting regarding the ongoing strategic review process.

**ADJOURNMENT**

There being no further business to come before the Board, the meeting was adjourned at approximately 1:00 p.m.

_____
Secretary

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415619