DRAFT

In the fourth quarter of 2004, the Company elected to early adopt the provisions of the Financial Accounting Standards Board's Emerging Issues Task Force Topic No. D-108, which requires the use of a direct valuation method for valuing intangible assets, such as FCC licenses, and reviewing them for impairment. Historically, the Company had been using a residual valuation method to review its FCC licenses for impairment each year. A direct valuation method generally results in a lower valuation than does a residual valuation method. The Company performed an impairment review of its FCC licenses for the year ended Dec. 28, 2003 using a residual method. No impairments were required as a result of the analyses performed in 2003. The effect of changing to a direct valuation method for the 2004 FCC licenses impairment review was a pretax charge of $29 million ($18 million after-tax). The charge was recorded in the fourth quarter of 2004 as a cumulative effect of a change in accounting principle in the consolidated statements of income.

Upon the adoption of FAS No. 142 at the beginning of fiscal 2002, the Company treated the intangible assets associated with network affiliation agreements as having indefinite lives and stopped recording amortization expense on these assets. In December 2003, the staff of the Securities and Exchange Commission provided guidance regarding their accounting position in this area indicating that network affiliation agreements should be amortized. As a result, the Company began amortizing these assets in the fourth quarter of 2003 using a 40-year life. The Company believes the 40-year life is representative of the remaining expected useful life of the network affiliation intangibles. The provisions of FAS No. 142 required the Company to perform an impairment analysis at the time of a change in the estimated useful life of an intangible asset which was previously not being amortized. No adjustment to the network affiliation intangible assets was required as a result of this impairment review performed in the fourth quarter of 2003. Beginning in 2004, the Company no longer performs an annual test of the impairment of its network affiliation agreements under FAS No. 142, but will perform an impairment test if indicators of impairment are present, as required by FAS No. 144, "Accounting for the Impairment or Disposal of Long-Lived Assets."

The Company's goodwill and other intangible assets at Dec. 31, 2006 consisted of the following (in thousands):

| | Dec. 31, 2006 | | |
| | Gross Amount | Accumulated Amortization | Net Amount |
|---|---|---|---|
| **Intangible assets subject to amortization** | | | |
| Subscribers (useful life of 15 to 20 years) | $190,660 | $(72,126) | $118,534 |
| Network affiliation agreements (useful life of 40 years)(1) | 278,034 | (22,614) | 255,420 |
| Other (useful life of 3 to 40 years) | 25,128 | (8,717) | 16,411 |
| Total | $493,822 | $(103,457) | $390,365 |
| **Goodwill and other intangible assets not subject to amortization** | | | |
| Goodwill | | | |
| Publishing | | | 4,395,967 |
| Broadcasting and entertainment | | | 1,441,240 |
| Total goodwill | | | 5,837,207 |
| Newspaper mastheads | | | 1,575,814 |
| FCC licenses | | | 871,947 |
| Tradename | | | 7,932 |
| Total | | | 8,292,900 |
| Total goodwill and other intangible assets | | | $8,683,265 |

(1)   Network affiliation agreements, net of accumulated amortization, include $179 million related to Fox affiliations, $74 million related to CW affiliations and $2 million related to MyNetworkTV.

As a result of the sales of WATL-TV, Atlanta, WCWN-TV, Albany and WLVI-TV, Boston, network affiliation agreements, broadcasting and entertainment goodwill and FCC licenses declined by $12 million, $125 million and $213 million, respectively.

**Self-Insurance Liabilities**

The Company self-insures for certain medical and disability benefits, workers' compensation costs and automobile and general liability claims. The recorded liabilities for self-insured risks are calculated using actuarial methods and are not discounted. The liabilities include amounts for actual claims, claim growth and claims incurred but not reported. Actual experience, including claim frequency and severity as well as health care inflation, could result in different liabilities than the

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413699

amounts currently recorded. The recorded liabilities for self-insured risks totaled $76 million and $113 million at Dec. 31, 2006 and Dec. 25, 2005, respectively.

## Accounts Receivable Allowances

The Company's accounts receivable are primarily due from advertisers. Credit is extended based on an evaluation of a customer's financial condition and generally collateral is not required. The Company maintains an allowance for uncollectible accounts, rebates and volume discounts. This allowance is determined based on historical write-off experience and any known specific collectibility exposures. At Dec. 31, 2006 and Dec. 25, 2005, the Company's allowance for accounts receivable was $34 million and $43 million, respectively.

## Stock-Based Compensation

In the first quarter of 2006, the Company adopted FAS No. 123R, "Share-Based Payment." FAS No. 123R supersedes Accounting Principles Board ("APB") Opinion No. 25, FAS No. 123 and related interpretations. FAS No. 123R requires the Company to expense stock-based compensation in the income statement. Under FAS No. 123R, stock-based compensation cost is measured at the grant date based on the estimated fair value of the award. The Company uses the Black-Scholes option pricing model to determine the fair value of each option grant. The Black-Scholes model includes assumptions regarding dividend yields, expected volatility, expected lives and risk-free interest rates. These assumptions reflect the Company's best estimates, but these items involve inherent uncertainties based on market conditions generally outside of the control of the Company. As a result, if other assumptions had been used in the current period, stock-based compensation could have been materially impacted. Furthermore, if the Company uses different assumptions in future periods, share-based compensation expense could be materially impacted. The Company uses the modified prospective application method and did not restate prior years. Additional information on the accounting for stock-based compensation in accordance with FAS No. 123R is provided in Note 16 to the Company's consolidated financial statements in Item 8.

Prior to the adoption of FAS No. 123R, the Company accounted for its stock-based compensation plans in accordance with APB No. 25 and related interpretations. Under APB No. 25, no compensation expense was recorded because the exercise price of employee stock options equaled the market price of the underlying stock on the date of grant. Under the provisions of APB No. 25, the Company was not required to recognize compensation expense for its Employee Stock Purchase Plan. The pro forma stock-based compensation expense calculated under FAS No. 123 was disclosed in the Company's notes to its consolidated financial statements.

On June 24, 2005, the Company accelerated the vesting of certain stock options granted on Feb. 11, 2003 and Feb. 10, 2004, totaling 2.4 million in each year. Unvested stock options awarded to the then current executive officers of the Company on these grant dates, which aggregated 0.8 million and 0.6 million, respectively, were not accelerated at that time. On Dec. 16, 2005, the Company accelerated the vesting of all stock options granted on Feb. 8, 2005, totaling 3.5 million. Also, on Dec. 16, 2005, the Company accelerated the remaining unvested stock options granted to the current executive officers of the Company on Feb. 11, 2003 and Feb. 10, 2004, totaling 0.4 million in both years. All other terms and conditions of the stock option grants remain unchanged.

In accordance with APB No. 25 and related interpretations, the acceleration of vesting of these stock options did not require accounting recognition in the Company's income statement. The exercise prices of the 2003, 2004 and 2005 grants were $45.90, $52.05 and $40.59, respectively, and the Company's closing stock prices on the June 24, 2005 and Dec. 16, 2005 dates of acceleration were $35.64 and $30.80, respectively. The impact of the accelerated vesting was to increase pro forma stock-based compensation by $82 million, or $50 million net of tax, in 2005. The accelerated vesting of these stock options was one of several actions the Company took to reduce stock-based compensation expense with the adoption of FAS No. 123R.

Under FAS No. 123, "Accounting for Stock-Based Compensation," as amended by FAS No. 148, compensation cost was measured at the grant date based on the estimated fair value of the award and was recognized as compensation expense over the vesting period. For purposes of the disclosure required by FAS No. 123, as amended by FAS No. 148, the Company used the Black-Scholes option pricing model to determine the fair value of each option grant.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413700

## SIGNIFICANT EVENTS

**Common Stock Repurchases** – The Company's common stock repurchases were 71 million shares for $2.3 billion in 2006 and 12 million shares for $440 million in 2005. The following table summarizes the Company's 2006 common stock repurchases (in thousands):

|  | Shares | Cost |
|---|---|---|
| Repurchases prior to the tender offer | 4,604 | $ 137,746 |
| Tender offer | 45,027 | 1,468,270 |
| Repurchases from the Robert R. McCormick Tribune Foundation and Cantigny Foundation | 10,000 | 325,300 |
| Repurchases subsequent to the tender offer | 11,053 | 330,952 |
| Total common stock repurchases | 70,654 | $2,262,268 |

On May 30, 2006, the Company initiated a modified "Dutch Auction" tender offer to repurchase up to 53 million shares of its common stock at a price per share not greater than $32.50 and not less than $28.00. The tender offer closed on June 26, 2006, and the Company acquired 45 million shares of its common stock on July 5, 2006 at a price of $32.50 per share before transaction costs. The Company also acquired 10 million shares of its common stock from the Robert R. McCormick Tribune Foundation and the Cantigny Foundation on July 12, 2006 at a price of $32.50 per share before transaction costs. The Robert R. McCormick Tribune Foundation and the Cantigny Foundation are affiliated non-profit organizations, which together held 13.6% of the Company's outstanding shares when the tender offer was launched. In connection with the tender offer, the board of directors also authorized the repurchase of an additional 12 million shares of the Company's common stock commencing on the eleventh business day following the completion of the tender offer. In the third quarter of 2006, the Company repurchased an additional 11.1 million shares under that authorization at a weighted average cost of $29.94 per share. In addition, the Company repurchased and retired 4.6 million shares of its common stock in the first quarter of 2006.

**Credit Agreements** – On June 19, 2006, the Company entered into a five-year credit agreement and a 364-day bridge credit agreement, both of which were amended and restated on June 27, 2006. The five-year credit agreement provides for a $1.5 billion unsecured term facility, of which $250 million was available and used to refinance the medium-term notes that matured on Nov. 1, 2006, and a $750 million unsecured revolving facility. The 364-day bridge credit agreement provides for a $2.15 billion unsecured bridge facility.

The Company entered into these agreements to finance the Company's tender offer initiated on May 30, 2006; to repurchase shares of the Company's common stock from the Robert R. McCormick Tribune Foundation and Cantigny Foundation; to repurchase shares of the Company's common stock pursuant to open market or privately negotiated transactions; to refinance certain indebtedness; and to pay fees and expenses incurred in connection with the repurchases. In addition, the revolving facility is available for working capital and general corporate purposes, including acquisitions.

In general, borrowings under the credit agreements bear interest at a rate equal to LIBOR plus a spread ranging from 0.35% to 1.25%. The applicable spread is determined on the basis of the Company's debt ratings by S&P and Moody's. The Company's debt ratings are also used in determining the annual facility fee, which may range from 0.07% to 0.25% of the aggregate unused commitments. In addition, the Company has agreed to pay customary fees to the lenders under the credit agreements.

As of Dec. 31, 2006, the Company had outstanding borrowings of $1.5 billion and $1.3 billion under the term facility and the bridge facility, respectively, and the Company had no borrowings under the revolving facility. As of Dec. 31, 2006, the applicable interest rate on both the term facility and the bridge facility was 6.2%.

The credit agreements contain certain restrictive covenants, including financial covenants that require the Company to maintain a maximum total leverage ratio and a minimum interest coverage ratio. At Dec. 31, 2006, the Company was in compliance with the covenants.

**TMCT Transactions** – As a result of the Company's acquisition of The Times Mirror Company ("Times Mirror") in 2000, the Company holds investment interests in TMCT, LLC ("TMCT") and TMCT II, LLC ("TMCT II"). TMCT and TMCT II were formed in 1997 and 1999, respectively, as a result of transactions involving agreements between Times Mirror and its largest shareholders, Chandler Trust No. 1 and Chandler Trust No. 2 (collectively, the "Chandler Trusts"). The Times Mirror acquisition resulted in the Chandler Trusts becoming significant shareholders of the Company. The TMCT and TMCT II

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413701

LLC agreements have no specific term, and the dissolution, determination of liquidation values and distribution of assets require the mutual consent of the Company and the Chandler Trusts.

The collective assets of TMCT and TMCT II as of Dec. 25, 2005 included approximately 51.4 million shares of the Company's common stock and 1.1 million shares of the Company's preferred stock, representing all of the Company's issued Series C, D-1 and D-2 preferred stock. The TMCT and TMCT II assets also include a variety of fixed income and equity investments. In addition, TMCT owns eight real properties that are leased to the Company. Additional information pertaining to the Company's investments in TMCT and TMCT II is provided in Note 7 to the Company's consolidated financial statements in Item 8.

On Sept. 21, 2006, the Company and the Chandler Trusts entered into agreements to restructure TMCT and TMCT II. Under the terms of the agreements, the Company received on Sept. 22, 2006, a total of 38.9 million shares of the Company's common stock and all 1.1 million shares of the Company's preferred stock held collectively by TMCT and TMCT II. Following the distributions by TMCT and TMCT II, the Company's interests in each of TMCT and TMCT II were reduced to approximately 5%. The Sept. 21, 2006 agreements also provided for certain put and call options, which are exercisable at fair market value beginning in September 2007, relating to the Company's remaining ownership interests in TMCT and TMCT II. As a result of the transactions, the Company in the third quarter of 2006 recorded a one-time gain of $48 million, net of tax; increased its common treasury stock by $161 million and its preferred treasury stock by $107 million; and reduced its combined investment in TMCT and TMCT II by $195 million.

On Sept. 22, 2006, the Company and TMCT amended the lease agreement for the eight properties the Company leases from TMCT. Under the terms of the amended lease, the Company was granted an accelerated option to acquire the eight properties during the month of January 2008 for $175 million. The Company was also granted an option to acquire the leased properties from Feb. 8, 2008 to three months prior to the expiration of the amended lease at the higher of fair market value or $195 million. In addition, the amendment extended the properties' current fixed rental rate through Aug. 7, 2021.

On Oct. 20, 2006, the remaining 12.4 million shares of the Company's common stock held by TMCT and TMCT II were distributed to the Company and the Chandler Trusts in accordance with their respective ownership interests. The Company received 0.6 million shares and the Chandler Trusts received 11.8 million shares.

The Company and the Chandler Trusts share in the cash flows of the various assets held by TMCT and TMCT II. Prior to the Sept. 22, 2006 transactions, the cash flows from the Tribune common and preferred shares held by TMCT and TMCT II were largely allocated to the Company, while the cash flows from the other assets were largely allocated to the Chandler Trusts. As a result, the Company included in treasury stock 80% of the Tribune common and preferred shares held by TMCT and TMCT II. In addition, 80% of the dividends on the preferred and common shares held by TMCT and TMCT II were effectively eliminated. Following the Sept. 22, 2006 transactions, the Company has included in treasury stock approximately 5% of the Tribune common shares held by TMCT and TMCT II, and will continue to account for its investments in the other assets of TMCT and TMCT II under the equity method. As a result of the transactions, the Company no longer has any shares of its Series C, D-1 and D-2 preferred stock outstanding, and the Company's common shares outstanding increased by 1.6 million.

**Sales of WATL-TV, Atlanta, WCWN-TV, Albany and WLVI-TV, Boston** – On June 5, 2006, the Company announced the sale of WATL-TV, Atlanta to Gannett Co., Inc. for $180 million. The sale closed on Aug. 7, 2006. On June 19, 2006, the Company announced the sale of WCWN-TV, Albany to Freedom Communications, Inc. for $17 million. The sale closed on Dec. 6, 2006. On Sept. 14, 2006, the Company announced the sale of WLVI-TV, Boston, to Sunbeam Television Corp. for $113.7 million. The sale closed on Dec. 19, 2006.

These businesses were considered components of the Company's broadcasting and entertainment segment as their operations and cash flows could be clearly distinguished, operationally and for financial reporting purposes, from the rest of the Company. The operations and cash flows of these businesses have been eliminated from the ongoing operations of the Company as a result of the sales, and the Company will not have any significant continuing involvement in their operations. Accordingly, the results of operations of each of these businesses are now reported as discontinued operations in the consolidated statements of income. Prior year consolidated statements of income have been restated to conform to the current year presentation of discontinued operations.

In conjunction with the sales of WATL-TV, Atlanta and WCWN-TV, Albany, the Company recorded in the second quarter of 2006 a pretax loss totaling $90 million, including $80 million of allocated television group goodwill, to write down the net assets of the stations to estimated fair value, less costs to sell. The Company subsequently reduced the pretax loss on sale of the Atlanta and Albany stations during the third quarter of 2006 by $1 million. In addition, the Company recorded in

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413702

DRAFT

the fourth quarter of 2006 a pretax gain of $41 million, including $45 million of allocated television group goodwill, for the sale of the Boston station. In accordance with FAS No. 142, "Goodwill and Other Intangible Assets" ("FAS No. 142"), the Company aggregates all of its television stations into one reporting unit for goodwill accounting purposes. Although less than $0.1 million of goodwill was recorded when the Atlanta and Boston stations were acquired and only $0.3 million of goodwill was recorded for the Albany station acquisition, FAS No. 142 requires the Company to allocate a portion of its total television group goodwill to stations that are to be sold based on the fair value of the stations, relative to the fair value of the Company's remaining stations. The net pretax loss on sale of the three stations sold during 2006 was $48 million, including $125 million of allocated television group goodwill.

**Acquisition of Additional Equity in CareerBuilder, ShopLocal and Topix** – In August 2006, the Company completed its acquisition of additional equity interests in each of CareerBuilder, LLC, ShopLocal, LLC (formerly CrossMedia Services, Inc.) and Topix, LLC for an aggregate purchase price of $155 million. The negotiated equity purchases followed the exercise of call options by the Company and Gannett Co., Inc. on Knight-Ridder, Inc.'s equity ownership in the three online businesses after The McClatchy Company's announcement of its proposed acquisition of Knight-Ridder, Inc. As a result of this transaction, the Company and Gannett Co., Inc. each increased their respective ownership of CareerBuilder, LLC and ShopLocal, LLC to 42.5% with The McClatchy Company retaining a 15% interest in both entities. Additionally, each of the Company's and Gannett Co., Inc.'s interest in Topix, LLC increased to 31.9%. As a result of subsequent funding, the current ownership of Topix, LLC is approximately 33.7% for both the Company and Gannett Co., Inc., 11.9% for The McClatchy Company and 20.7% for management of Topix, LLC.

**Network Affiliations** – On Jan. 24, 2006, the Company announced that it had reached a 10-year agreement to affiliate 19 of its television stations which were at that time affiliated with the former WB Network (including those in New York, Los Angeles and Chicago) with a new broadcast network, the CW Network. The new network was launched in September 2006 by Warner Bros. Entertainment and CBS. The new network airs a portion of the programming previously carried on the WB Network and the UPN Network, as well as new programming. The WB Network has shut down. The Company did not incur any costs related to the shutdown of the WB Network.

In the second quarter of 2006, the Company announced that its other three WB Network affiliates (Philadelphia, Atlanta and Seattle) would become affiliates of the new broadcast network, MyNetworkTV, which was launched in September 2006 by the FOX Television Stations Network. The new network airs primarily primetime dramas. The Company subsequently sold its Atlanta station in August 2006.

## Consolidation of Los Angeles Times' Production Operations

In December 2005, the *Los Angeles Times* announced it would close its San Fernando Valley printing facility in January 2006 and consolidate production at its remaining three facilities in Los Angeles, Costa Mesa, and Irwindale, California. The closing of the printing facility resulted in the elimination of approximately 120 positions from across the *Los Angeles Times'* production facilities.

As a result of the facility closing, the Company reclassified the San Fernando Valley printing facility land and building as held for sale at Dec. 25, 2005. The Company recorded a $2 million pretax charge in the fourth quarter of 2005 to reduce the carrying value of the San Fernando Valley printing facility's land and building to $24 million, the estimated fair value of the assets less costs to sell the assets. On Oct. 30, 2006 the Company sold the San Fernando Valley land and building for net proceeds of approximately $24 million.

The Company evaluated the machinery and equipment at the San Fernando Valley printing facility and determined that press and other related equipment with a net book value of $16 million would be abandoned. Therefore, the Company reduced its estimate of the useful life of the press and other related equipment and recorded accelerated depreciation of $16 million in the fourth quarter of 2005. The Company has idled the remaining San Fernando Valley machinery and equipment, which had a net book value of $26 million at Dec. 31, 2006 and $34 million at Dec. 25, 2005. The Company is continuing to depreciate the remaining idled equipment. In the fourth quarter of 2006 the Company disposed of and wrote off $4 million of the idled equipment that had previously been designated for redeployment at Dec. 25, 2005. The Company is currently evaluating alternative uses of this equipment.

33

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413703

The Company recorded a pretax charge in the fourth quarter of 2005 of $22 million, excluding severance related costs, as a result of its decision to close the San Fernando Valley printing facility. A summary of the significant components of the $22 million pretax charge recorded in the fourth quarter of 2005 is as follows (in millions):

| | |
|---|---:|
| Accelerated depreciation on machinery and equipment | $16.1 |
| Impairment of assets held for sale | 2.1 |
| Other | 4.0 |
| Total | $22.2 |

### Employee Reductions

The Company reduced its staff by approximately 600 positions in 2006 and recorded a pretax charge of $x million, primarily at publishing. As of Dec. 31, 2006, $x million had been paid and an accrual of $xx million remained. The Company reduced its staff by approximately 900 positions in 2005 and recorded a pretax charge of $45 million ($43 million at publishing, $1 million at broadcasting and entertainment and $1 million at corporate). The eliminations in 2005 included 120 positions as a result of closing the San Fernando Valley printing facility, as discussed above. The Company recorded a pretax charge of $41 million in 2004 related to the elimination of approximately 600 positions in its publishing segment.

### Non-Operating Items

Fiscal years 2006, 2005 and 2004 included several non-operating items. Non-operating items for 2006 are summarized as follows (in millions, except per share data):

| | Proceeds | Pretax Gain (Loss) | After-tax Gain (Loss) | Diluted EPS |
|---|---:|---:|---:|---:|
| Gain on change in fair values of derivatives and related investments | $— | $11 | $7 | $.02 |
| Gain on TMCT transactions | — | 60 | 48 | .17 |
| Gain on sales of investments, net | 83 | 37 | 22 | .08 |
| Other, net | — | (5) | (1) | — |
| Income tax adjustments | — | — | 34 | .12 |
| Total non-operating items | $83 | $103 | $110 | $.40 |

In 2006, the change in the fair values of derivatives and related investments pertained entirely to the Company's PHONES and related Time Warner investment. The $11 million non-cash pretax gain resulted from a $67 million increase in the fair value of 16 million shares of Time Warner common stock, which was partially offset by a $56 million increase in the fair value of the derivative component of the Company's PHONES.

In 2006, the Company recorded a one-time gain of $48 million, net of tax, as a result of transactions related to its investments in TMCT, LLC and TMCT II, LLC (see Note 7 to the Company's consolidated financial statements in Item 8). In addition, the Company sold 2.8 million shares of Time Warner common stock unrelated to the PHONES for net proceeds of $46 million and recorded a pretax gain on sale of $19 million and sold its investment in BrassRing for a gain of $17 million.

In 2006, the Company recorded a favorable $34 million income tax expense adjustment, most of which related to the Company's PHONES as a result of reaching an agreement with the Internal Revenue Service appeals office pertaining to the deduction of interest on the PHONES.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413704

Non-operating items for 2005 are summarized as follows (in millions, except per share data):

| | Proceeds | Pretax Gain | After-tax Gain (Loss) | Diluted EPS |
|---|---|---|---|---|
| Gain on change in fair values of derivatives and related investments ..... | $— | $62 | $38 | $.12 |
| Gain on sales of investments, net.......................................... | 17 | 7 | 4 | .01 |
| Other, net ....................................................................... | 5 | 1 | 1 | .01 |
| Income tax adjustments..................................................... | — | — | (139) | (.44) |
| Total non-operating items.................................................. | $22 | $70 | $(96) | $(.30) |

In 2005, the change in the fair values of derivatives and related investments pertained entirely to the Company's PHONES and related Time Warner investment. The $62 million non-cash pretax gain resulted from an $85 million decrease in the fair value of the derivative component of the Company's PHONES, which was partially offset by a $23 million decrease in the fair value of 16 million shares of Time Warner common stock.

As a result of the United States Tax Court opinion issued on Sept. 27, 2005 related to the Matthew Bender tax dispute, the Company recorded additional income tax expense of $150 million in the third quarter of 2005 (see Note 13 to the Company's consolidated financial statements in Item 8). In the first quarter of 2005, the Company reduced its income tax expense and liabilities by a total of $12 million as a result of favorably resolving certain other federal income tax issues.

Non-operating items for 2004 are summarized as follows (in millions, except per share data):

| | Proceeds | Pretax Gain (Loss) | After-tax Gain (Loss) | Diluted EPS |
|---|---|---|---|---|
| Loss on change in fair values of derivatives and related investments ...... | $— | $(18) | $(11) | $(.03) |
| Loss on early debt retirement................................................. | — | (141) | (87) | (.26) |
| Gain on sales of investments, net........................................... | 24 | 20 | 12 | .03 |
| Loss on investment write-downs and other, net......................... | 16 | (6) | (4) | (.02) |
| Total non-operating items................................................... | $40 | $(145) | $(90) | $(.28) |

In 2004, the change in the fair values of derivatives and related investments pertained entirely to the Company's PHONES and related Time Warner investment. The $18 million non-cash pretax loss resulted from a $39 million increase in the fair value of the derivative component of the Company's PHONES, which was partially offset by a $21 million increase in the fair value of 16 million shares of Time Warner common stock.

In 2004, the Company redeemed all of its outstanding $400 million ($396 million net of unamortized discount) 7.45% debentures due 2009 and retired $66 million ($64 million net of unamortized discount) of its 7.25% debentures due 2013 and $165 million ($160 million net of unamortized discount) of its 6.61% debentures due 2027 through cash tender offers. The Company paid approximately $760 million to retire this debt and, as a result, recorded a one-time, pretax loss of $141 million in 2004. The Company funded these transactions with cash and the issuance of commercial paper.

In 2004, the gain on sales of investments related primarily to the sale of the Company's 50% interest in *La Opinión* for $20 million, resulting in a pretax gain of $18 million.

## OTHER DEVELOPMENTS

In February 2004, a purported class action lawsuit was filed in New York Federal Court by certain advertisers of *Newsday* and *Hoy*, New York, alleging that they were overcharged for advertising as a result of inflated circulation numbers at these two publications. The purported class action also alleges that entities that paid a *Newsday* subsidiary to deliver advertising flyers were overcharged. In July 2004, another lawsuit was filed in New York Federal Court by certain advertisers of *Newsday* alleging damages resulting from inflated *Newsday* circulation numbers as well as federal and state antitrust violations. The Company is vigorously defending these suits.

On June 17, 2004, the Company publicly disclosed that it would reduce its reported circulation for both *Newsday* and *Hoy*, New York for the 12-month period ending Sept. 30, 2003 and the six-month period ending March 31, 2004. The circulation adjustments were the result of a review of reported circulation at *Newsday* and *Hoy*, New York, conducted by the Company's internal audit staff and the Audit Bureau of Circulations ("ABC"). Subsequent to the June 17th disclosure, the Company continued its internal review and found additional misstatements for these time periods, as well as misstatements

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413705

DRAFT

that impacted the 12-month period ending Sept. 30, 2002. On Sept. 10, 2004, the Company announced additional revisions to the circulation figures for *Newsday* and *Hoy*, New York, for the 12-month period ending Sept. 30, 2003 and the six-month period ending March 31, 2004.

As a result of misstatements of reported circulation at *Newsday* and *Hoy*, New York, the Company recorded a pretax charge of $90 million in 2004 as its estimate of the probable cost to settle with advertisers. The Company will continue to evaluate the adequacy of this charge on an ongoing basis (see Note 3 to the Company's consolidated financial statements in Item 8).

In addition to the advertiser lawsuits, several class action and shareholder derivative suits were filed against the Company and certain of its current and former directors and officers as a result of the circulation misstatements at *Newsday* and *Hoy*, New York. These suits alleged breaches of fiduciary duties and other managerial and director failings under Delaware Law, the federal securities laws and ERISA. The consolidated shareholder derivative suit filed in Illinois state court in Chicago was dismissed with prejudice on March 10, 2006, and the dismissal is currently being appealed to the Illinois State Court of Appeals. The consolidated securities class action lawsuit and the consolidated ERISA class action lawsuit filed in Federal District Court in Chicago were both dismissed with prejudice on Sept. 29, 2006, and the dismissals are currently being appealed to the United States Court of Appeals for the Seventh Circuit. The Company believes these suits are without merit and will continue to vigorously defend them.

On May 30, 2006, the Securities and Exchange Commission ("SEC") concluded its inquiry into circulation practices at *Newsday* and *Hoy*, New York. In closing its inquiry, the SEC ordered the Company to cease and desist from violating statutory provisions related to its record keeping and reporting. No fines or other sanctions were levied against the Company. The Company consented to the order without admitting or denying any of the Commission's findings. The SEC acknowledged the prompt internal investigation and remedial acts undertaken by the Company and the cooperation the Company afforded the Commission's staff throughout its investigation.

The United States Attorney for the Eastern District of New York and the Nassau County District Attorney are continuing their inquiries into the circulation practices at *Newsday* and *Hoy*, New York. To date, nine former employees and contractors of *Newsday* and *Hoy*, New York, have pleaded guilty to various criminal charges in connection with the fraudulent circulation practices uncovered by the Company. The Company is cooperating fully with these inquiries. At the date of this report, the Company cannot predict with certainty the outcome of these inquiries.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413706

## RESULTS OF OPERATIONS

The Company's fiscal year ends on the last Sunday in December. Fiscal year 2006 was comprised of 53 weeks, while fiscal years 2005 and 2004 each comprised of 52 weeks. For 2006, the additional week increased operating revenues and operating expenses by approximately 1.5% and operating profit by approximately 2%.

### Consolidated

The Company's consolidated operating results for 2006, 2005 and 2004 are shown in the table below.

| (in millions, except per share data) | 2006 | 2005 | 2004 | Change 06-05 | Change 05-04 |
|---|---|---|---|---|---|
| Operating revenues | $5,518 | $5,511 | $5,631 | — | -2% |
| Operating profit(1) | $1,085 | $1,127 | $1,187 | -4% | -5% |
| Net income on equity investments(2) | $81 | $41 | $18 | +96% | +130% |
| Income from continuing operations before cumulative effect of change in accounting principle | $661 | $523 | $554 | +26% | -6% |
| Income (loss) from discontinued operations, net of tax(3) | (67) | 12 | 19 | * | -37% |
| Cumulative effect of change in accounting principle, net of tax(4) | — | — | (18) | — | * |
| Net income | $594 | $535 | $555 | +11% | -4% |
| Diluted earnings per share: | | | | | |
| Continuing operations before cumulative effect of change in accounting principle | $2.39 | $1.63 | $1.67 | +47% | -2% |
| Discontinued operations(3) | (.24) | .04 | .06 | * | -33% |
| Cumulative effect of change in accounting principle, net of tax(4) | — | — | (.05) | — | * |
| Net income | $2.14 | $1.67 | $1.67 | +28% | — |

(1) Operating profit excludes interest and dividend income, interest expense, equity income and losses, non-operating items and income taxes. Operating profit in 2006 includes $32 million of stock-based compensation expense, a charge of $20 million for severance and other payments associated with the new union contracts at Newsday, a charge of $9 million for the elimination of approximately 400 positions at publishing, a charge of $4 million for the disposition of a press at the *Los Angeles Times* San Fernando Valley printing facility, a gain of $7 million related to real property sales in Publishing and a gain of $7 million related to the sale of the corporate airplane. Operating profit in 2005 includes $22 million of expenses related to the shutdown of the San Fernando Valley printing facility, $45 million of severance charges for the elimination of approximately 900 positions, primarily in publishing, and a pension curtailment gain of $18 million. Operating profit in 2004 includes $90 million of charges related to anticipated settlements with advertisers regarding misstated circulation at *Newsday* and *Hoy*, New York, for the periods September 2001 through March 2004 and $41 million of charges related to the elimination of approximately 600 publishing positions.

(2) Net income on equity investments for 2006 included the Company's $5.9 million share of a one-time favorable income tax adjustment at CareerBuilder.

(3) In June 2006, the Company announced agreements to sell its Atlanta and Albany television stations. The sale of the Atlanta station closed in August. In September 2006, the Company announced an agreement to sell its Boston station. The sales of the Albany and Boston stations closed in December 2006. Operating results for these stations are now reported as discontinued operations.

(4) Refer to Note 6 to the Company's consolidated financial statements in Item 8 for further discussion.

\* Not meaningful

**Earnings Per Share ("EPS")**—Diluted EPS was $2.14 in 2006 compared to $1.67 in 2005. Diluted EPS from continuing operations in 2006 was $2.39, up from $1.63 in 2005. The 2006 results included a net non-operating gain of $.40 per diluted share, a charge of $.07 per diluted share as a result of the adoption of the new accounting standard for stock-based compensation, a charge of $.04 per diluted share for severance and other payments associated with the new union contracts at Newsday, a charge of $.02 per diluted share for the elimination of approximately 400 positions at publishing, a charge of $.01 per diluted share for the disposition of a press at the *Los Angeles Times* San Fernando Valley printing facility, a gain of $.02 per diluted share related to real property sales in publishing, a gain of $.02 per diluted share related to the sale of the

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413707

corporate airplane, and a gain of $.01 per diluted share related to the Company's share of a one-time favorable income tax adjustment recorded at CareerBuilder. Diluted EPS from continuing operations in 2005 was $1.63, up from $1.62 in 2004. The 2005 results included a net non-operating loss of $.30 per diluted share, a charge of $.04 per diluted share for the shutdown of the San Fernando Valley printing facility, severance charges of $.09 per diluted share for the elimination of approximately 900 positions, primarily in publishing, and a pension curtailment gain of $.03 per diluted share as a result of the Company's replacement of certain defined benefit plans with a defined contribution plan. The 2004 results included a net non-operating loss of $.28 per diluted share, a charge of $.17 per diluted share related to the anticipated settlement with advertisers regarding misstated circulation at *Newsday* and *Hoy*, New York, a charge of $.07 per diluted share for the elimination of approximately 600 positions in the publishing group and a one-time charge of $.05 per diluted share for the cumulative effect of a change in accounting principle related to early adoption of FASB's Emerging Issues Task Force Topic No. D-108, which covers the use of a direct valuation method for intangible assets such as FCC licenses.

The Company incurred a loss from discontinued operations of $.24 per diluted share in 2006. In 2005 and 2004, income from discontinued operations was $.04 per diluted share and $.06 per diluted share, respectively.

**Operating Revenues and Profit**—Consolidated operating revenues, depreciation and amortization expense, and operating profit by business segment were as follows:

| (in millions) | 2006 | 2005 | 2004 | Change 06-05 | Change 05-04 |
|---|---|---|---|---|---|
| Operating revenues | | | | | |
| Publishing | $4,093 | $4,097 | $4,130 | — | -1% |
| Broadcasting and entertainment | 1,425 | 1,414 | 1,501 | +1% | -6% |
| Total operating revenues | $5,518 | $5,511 | $5,631 | — | -2% |
| | | | | | |
| Depreciation and amortization expense | | | | | |
| Publishing(1) | $174 | $191 | $179 | -9% | +7% |
| Broadcasting and entertainment | 51 | 48 | 49 | +6% | -2% |
| Corporate expenses | 2 | 2 | 2 | -15% | — |
| Total depreciation and amortization expense | $227 | $241 | $230 | -6% | +5% |
| | | | | | |
| Operating profit (loss)(2) | | | | | |
| Publishing | $749 | $760 | $726 | -1% | + 5% |
| Broadcasting and entertainment | 392 | 417 | 513 | -6% | -19% |
| Corporate expenses | (56) | (49) | (52) | -13% | +5% |
| Total operating profit | $1,085 | $1,127 | $1,187 | -4% | -5% |

(1)    Depreciation and amortization expense for 2005 includes $16 million of accelerated depreciation related to the shutdown of the San Fernando Valley printing facility.

(2)    Operating profit (loss) for each segment excludes interest and dividend income, interest expense, equity income and loss, non-operating items and income taxes.

Consolidated operating revenues were flat at $5.5 billion in 2006 as a decrease in publishing revenues was offset by an increase in broadcasting and entertainment revenues. Consolidated operating revenues decreased 2%, or $120 million, in 2005 due to declines in publishing and broadcasting and entertainment revenues.

Consolidated operating profit decreased 4%, or $42 million, in 2006. Publishing operating profit decreased 1%, or $11 million. Publishing operating profit in 2006 included $15 million of stock-based compensation expense, a charge of $20 million for severance and other payments associated with the new union contracts at Newsday, a charge of $9 million for the elimination of approximately 400 positions at publishing, a charge of $4 million for the disposition of a press at the San Fernando Valley printing facility, and a gain of $7 million related to real property sales. Publishing operating profit in 2005 included a $22 million pretax charge for the shutdown of the San Fernando Valley printing facility, pretax severance charges of $43 million for the elimination of over 800 positions and a pretax pension curtailment gain of $13 million. Broadcasting and entertainment operating profit decreased 6%, or $25 million, primarily due to higher programming expenses and increased compensation, partially offset by higher revenues.

Consolidated operating profit decreased 5%, or $60 million, in 2005. Publishing operating profit rose 5%, or $34 million, in 2005. Publishing operating profit in 2005 included a $22 million pretax charge for the shutdown of the *Los*

38

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413708

DRAFT

*Angeles Times* San Fernando Valley printing facility, pretax severance charges of $43 million for the elimination of over 800 positions and a pretax pension curtailment gain of $13 million. In 2004, publishing operating profit included a $90 million pretax charge related to the anticipated settlement with advertisers regarding misstated circulation at *Newsday* and *Hoy*, New York and a $41 million pretax charge for the elimination of approximately 600 positions. Excluding these charges, publishing operating expenses increased $13 million in 2005 primarily due to increases in newsprint and ink and outside services expenses, partially offset by lower circulation distribution expense. Broadcasting and entertainment operating profit decreased 19%, or $96 million, in 2005 primarily due to decreased television revenues and increased compensation and programming expenses, partially offset by a rise in Chicago Cubs revenues.

**Operating Expenses**—Consolidated operating expenses were as follows:

| (in millions) | 2006 | 2005 | 2004 | Change 06-05 | Change 05-04 |
|---|---|---|---|---|---|
| Cost of sales | $2,737 | $2,696 | $2,669 | +2% | +1% |
| Selling, general and administrative | 1,469 | 1,447 | 1,545 | +2% | -6% |
| Depreciation and amortization | 227 | 241 | 230 | -6% | +5% |
| Total operating expenses | $4,433 | $4,384 | $4,444 | +1% | -1% |

Cost of sales increased 2%, or $41 million, in 2006 primarily due to increases in programming, newsprint and ink, and circulation distribution expenses, partially offset by a decrease in compensation. Programming expenses increased 7%, or $22 million, primarily due to higher broadcast rights amortization. Newsprint and ink expense was up 3%, or $17 million. The Company's newspapers have transitioned to lighter weight newsprint that on a per ton basis, costs more, but yields more pages. On a same-weight basis, average newsprint cost per metric ton increased 10% and consumption declined 6% in 2006. Circulation distribution expense increased 5%, or $23 million, primarily due to higher mailed preprint advertising postage expenses resulting from higher postage rates and increased volume. Compensation expense decreased 2%, or $21 million, due to the impact of position eliminations in 2006 and 2005.

Cost of sales increased 1%, or $27 million, in 2005 primarily due to higher newsprint and ink and outside services expense, partially offset by a decline in circulation distribution expense. Compensation expense was flat compared with 2004. Newsprint and ink expense was up 3%, or $14 million, in 2005, due to a 16% increase in newsprint costs per ton, partially offset by an 11% drop in consumption. The Company's newspapers were transitioning to lighter weight newsprint in 2005. The increase in newsprint cost per ton reflects increased market prices and the higher cost of lighter weight paper. Outside services expense increased 11%, or $18 million, in 2005 due largely to higher legal fees and outside printing costs. Programming expenses were flat compared to 2004. Circulation distribution expense declined 1%, or $5 million, primarily due to lower payments to outside contractors as a result of circulation volume declines.

Selling, general and administrative expenses ("SG&A") expenses were up 2%, or $22 million, in 2006. Compensation expense increased 5%, or $34 million, in 2006. Compensation expense in 2006 included $32 million of stock-based compensation expense, a charge of $20 million for severance and other payments associated with the new union contracts at Newsday and a charge of $9 million for the elimination of approximately 400 positions at publishing. Compensation expense in 2005 included a severance charge of $45 million for the elimination of approximately 900 positions and a pension curtailment gain of $18 million. Promotion expense decreased 4%, or $4 million, due to the Company's efforts to reduce costs in 2006. SG&A expense in 2006 also included a $7 million gain on real property sales in Publishing and a $7 million gain related to the sale of the corporate airplane.

SG&A expenses were down 6%, or $98 million, in 2005. Compensation expense decreased x%, or $x million, in 2005. Compensation expense in 2005 included a severance charge of $45 million for the elimination of approximately 900 positions and a pension curtailment gain of $18 million, while 2004 compensation expense included a severance charge of $41 million for the elimination of about 600 positions in the publishing segment. Circulation expense decreased x%, or $x million, in 2005. Other SG&A expenses declined $x million in 2005. Other SG&A expenses in 2004 included a charge of $90 million related to the anticipated settlement with advertisers regarding misstated circulation at *Newsday* and *Hoy*, New York.

The decrease in depreciation and amortization of intangible assets in 2006 and the increase in 2005 is primarily due to $16 million of accelerated depreciation in 2005 related to the shutdown of the *Los Angeles Times* San Fernando Valley printing facility.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413709

**Publishing**

For 2006, the additional week increased publishing advertising revenues, circulation revenues, operating revenues, and operating profit by approximately 2%, and increased operating expenses by approximately 1.5%.

**Operating Revenues and Profit**—In 2006, publishing contributed 74% of the Company's revenues and 69% of its operating profits. Newspaper revenue is derived principally from advertising and circulation sales, which accounted for 80% and 14%, respectively, of the publishing segment's total revenues in 2006. Advertising revenue is comprised of three basic categories: retail, national and classified. Newspaper advertising volume is categorized as full run inches, part run inches or preprint pieces. Circulation revenue results from the sale of newspapers. Other publications/services revenue accounted for 6% of the segment's total revenues in 2006 and includes syndication of editorial products, advertising placement services, direct mail operations, cable television news programming, distribution of entertainment listings and other publishing-related activities.

Explanations of certain advertising types used in this discussion are as follows:

| | |
|---|---|
| Retail: | Display or preprint advertising from local retailers, such as department stores |
| National: | Display or preprint advertising by national advertisers that promote products or brand names on a nation-wide basis |
| Classified: | Local advertising listed together and organized by type (including help wanted, real estate and automotive) and display advertisements in these same categories |
| Full run inches: | Advertising appearing in all editions of a newspaper |
| Part run inches: | Advertising appearing in only select editions or zones of a newspaper's market |
| Preprint pieces: | Advertising supplements prepared by advertisers and inserted into a newspaper |

The table below presents publishing operating revenues, operating expenses and operating profit:

| (in millions) | 2006 | 2005 | 2004 | Change 06-05 | Change 05-04 |
|---|---|---|---|---|---|
| Operating revenues | $4,093 | $4,097 | $4,130 | — | -1% |
| Operating expenses | 3,344 | 3,337 | 3,404 | — | -2% |
| Operating profit | $749 | $760 | $726 | -1% | +5% |

Publishing operating revenues in 2006 were essentially flat at $4.1 billion as an increase in advertising revenue was offset by a decrease in circulation revenue. The largest increases in advertising revenue were at Orlando and South Florida while the biggest declines in circulation revenues were at Chicago, Los Angeles and Baltimore. Publishing operating revenues in 2005 decreased 1% to $4.1 billion, down $33 million from 2004, due mainly to lower circulation revenue in Los Angeles, Chicago and New York.

Operating profit decreased 1%, or $11 million, in 2006 mainly due to stock-based compensation expense, partially offset by lower one-time charges as described below. Operating profit increased 5%, or $34 million, in 2005 primarily due to lower one-time charges as described below.

For 2006, publishing operating profit included $15 million of stock-based compensation expense, a pretax charge of $20 million for severance and other payments associated with the new union contracts at Newsday, $9 million for the elimination of approximately 400 positions at publishing, $4 million for the disposition of a press at the *Los Angeles Times* San Fernando Valley printing facility, and a gain of $7 million related to real property sales. For 2005, publishing operating profit included a pretax charge of $22 million for the shutdown of the San Fernando Valley printing facility, $43 million of severance charges for the elimination of over 800 positions and a pension curtailment gain of $13 million, as a result of changes to the retirement programs at the Company. For 2004, publishing operating profit included a pretax charge of $90 million related to the anticipated settlement with advertisers regarding misstated circulation at *Newsday* and *Hoy*, New York, for the periods of September 2001 through March 2004. Operating profit for 2004 also included a pretax charge of $41 million for the elimination of about 600 positions.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413710

**Operating Revenues**—Total operating revenues were essentially flat in 2006 and decreased 1% in 2005 compared to 2004. Total publishing operating revenues, by classification, were as follows:

| (in millions) | 2006 | 2005 | 2004 | Change 06-05 | Change 05-04 |
|---|---|---|---|---|---|
| Advertising | | | | | |
|   Retail | $1,344 | $1,324 | $1,331 | +2% | -1% |
|   National | 737 | 774 | 803 | -5% | -4% |
|   Classified | 1,179 | 1,146 | 1,095 | +3% | +5% |
| Total advertising | 3,260 | 3,244 | 3,229 | — | — |
| Circulation | 575 | 596 | 644 | -4% | -7% |
| Other | 258 | 257 | 257 | — | — |
| Total operating revenues | $4,093 | $4,097 | $4,130 | — | -1% |

**Advertising Revenue and Volume**—Total advertising revenues were essentially flat in 2006 compared to 2005. Retail advertising revenues were up 2%, or $20 million, primarily due to increases in the hardware/home improvement stores, amusements and personal services categories, partially offset by a decrease in the department store category. Preprint revenues, which are primarily included in retail advertising, rose 1%, or $8 million, due to increases at Chicago, Los Angeles, Orlando, Baltimore and Hartford, partially offset by a decrease at Newsday. National advertising revenues decreased 5%, or $37 million, primarily due to decreases in the auto, movies and resorts categories, partially offset by increases in media and health care categories. Classified advertising revenues increased 3%, or $33 million, in 2006, with an increase in real estate of 23%, partially offset by decreases in automotive and help wanted of 10% and 2%, respectively. Interactive revenues, which are included in the above categories, increased 29%, or $51 million, in 2006.

Total advertising revenues were essentially flat in 2005 compared to 2004. Retail advertising revenues were down 1%, or $7 million, for the year as decreases in department stores, food & drug stores, electronics and furniture/home furnishings categories, were partially offset by increases in hardware/home improvement and other retail categories. Preprint revenues, which are primarily included in retail advertising, rose 2%, or $15 million, due to increases at Los Angeles and Chicago, partially offset by a decrease at Newsday. National advertising revenue decreased 4%, or $29 million, in 2005 as decreases in wireless, transportation, technology and movies categories were offset by an increase in the financial category. Classified advertising revenues increased 5%, or $51 million, in 2005 due to increases in real estate and help wanted of 15% and 13%, respectively, partially offset by an 8% decrease in auto. Interactive revenues, which are included in the above categories, increased 43%, or $53 million, in 2005.

Advertising volume data for 2006, 2005 and 2004 was as follows:

| Inches (in thousands) | 2006 | 2005 | 2004 | Change 06-05 | Change 05-04 |
|---|---|---|---|---|---|
| Full run inches | | | | | |
|   Retail | 6,119 | 5,980 | 6,200 | +2% | -4% |
|   National | 3,457 | 3,774 | 3,998 | -8% | -6% |
|   Classified | 10,154 | 10,023 | 10,265 | +1% | -2% |
| Total full run inches | 19,730 | 19,777 | 20,463 | — | -3% |
| Part run inches | 21,217 | 20,112 | 20,575 | +5% | -2% |
| Total inches | 40,947 | 39,889 | 41,038 | +3% | -3% |
| **Preprint pieces (in millions)** | 14,929 | 14,929 | 14,680 | — | +2% |

Full run advertising inches were flat in 2006 as a decrease in national advertising inches was offset by increases in retail and classified advertising inches. Full run retail advertising inches were up 2% in 2006 mainly due to increases at *Hoy* and Newsday, partially offset by a decrease at South Florida. Full run national advertising inches were down 8% in 2006 primarily due to decreases at Chicago, Los Angeles, South Florida and Allentown. Full run classified advertising inches rose 1% in 2006 mainly due to increases at Orlando and Los Angeles, partially offset by decreases at Chicago, Newport News and Newsday. Part run advertising inches were up 5% in 2005 due to increases at Chicago and Los Angeles, partially offset by decreases at Newsday and Orlando. Preprint advertising pieces were flat in 2006 primarily due to increases at Los Angeles, Orlando and Hartford, offset by a decrease at Newsday.

41

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413711

Full run advertising inches were down 3% in 2005 due to decreases in all three major advertising categories. Full run retail advertising inches were down 4% mainly due to decreases at Southern Connecticut and Baltimore, partially offset by increases at Orlando and *Hoy*. Full run national advertising inches were down 6% in 2005 primarily due to decreases at Los Angeles, Orlando, Hartford and Baltimore. Full run classified advertising inches fell 2% for the year due to declines at South Florida, Baltimore, *Hoy* and Los Angeles, partially offset by an increase at Orlando. Part run advertising inches were down 2% in 2005 due to a decrease at Los Angeles, partially offset by an improvement at Newsday. Preprint advertising pieces rose 2% for the year due to increases at Los Angeles and Chicago, partially offset by a decrease at Newsday.

**Circulation Revenues**—Circulation revenues were down 4% in 2006 and 7% in 2005, primarily due to selective home delivery discounting and volume declines. The largest revenue declines in 2006 were at Chicago, Los Angeles and Baltimore. The largest revenue declines in 2005 were at Los Angeles, Chicago and Newsday.

**Other Revenues**—Other revenues are derived from advertising placement services; the syndication of columns, features, information and comics to newspapers; commercial printing operations; delivery of other publications; direct mail operations; cable television news programming; distribution of entertainment listings; and other publishing-related activities. Other revenues were flat in both 2006 and 2005 compared to 2005 and 2004, respectively.

**Operating Expenses**—Operating expenses for 2006, 2005 and 2004 were as follows:

| (in millions) | 2006 | 2005 | 2004 | Change 06-05 | 05-04 |
|---|---|---|---|---|---|
| Compensation(1) | $1,387 | $1,396 | $1,410 | -1% | -1% |
| Newsprint and ink | 508 | 491 | 477 | +3% | +3% |
| Circulation distribution | 485 | 462 | 474 | +5% | -2% |
| Outside Services | 322 | 310 | 289 | +4% | +7% |
| Promotion | 105 | 109 | 110 | -4% | -1% |
| Depreciation and amortization | 174 | 191 | 179 | -9% | +7% |
| *Newsday* and *Hoy*, New York charge | — | — | 90 | — | * |
| Other(2) | 363 | 378 | 375 | -4% | +1% |
| Total operating expenses | $3,344 | $3,337 | $3,404 | — | -2% |

(1) Compensation for 2006 included a $20 million charge related to new union contracts at Newsday, $15 million of stock-based compensation expense and a $9 million charge for the elimination of 400 positions at publishing.

(2) Other expenses for 2006 included a $4 million charge for the disposition of a press at the San Fernando Valley printing facility and a $7 million gain on real property sales.

* Not meaningful

Publishing operating expenses were flat in 2006. Compensation expense decreased 1%, or $9 million, in 2006 primarily due to a 5% (1,000 full-time equivalent positions) reduction in staffing. Compensation expense in 2006 included a $20 million charge related to the new union contracts at Newsday, $15 million of stock-based compensation expense and a $9 million charge for the elimination of 400 positions at publishing. Compensation expense in 2005 included $43 million of severance charges for the elimination of over 800 positions and a $13 million pension curtailment gain. Promotion expense decreased 4%, or $4 million, due to the Company's efforts to reduce costs in 2006. Newsprint and ink expense was up 3%, or $17 million, for 2006. The Company's newspapers have transitioned to lighter weight newsprint that on a per ton basis costs more, but yields more pages. On a same-weight basis, average newsprint cost per metric ton increased 10% and consumption declined 6% in 2006. Circulation distribution expense increased 5%, or $23 million, primarily due to higher mailed preprint advertising postage expenses resulting from higher postage rates and increased volume. Depreciation and amortization expense decreased 9%, or $17 million, primarily due to $16 million of accelerated depreciation in 2005 related to the shutdown of the *Los Angeles Times'* San Fernando Valley printing facility.

Publishing operating expenses decreased 2%, or $67 million, in 2005 primarily due to the absence of the *Newsday* and *Hoy*, New York charge and a decrease in compensation and circulation distribution expenses, partially offset by increases in newsprint and ink, depreciation and amortization expense. Publishing operating expenses in 2004 included a charge of $90 million related to the anticipated settlement with advertisers regarding misstated circulation at *Newsday* and *Hoy*, New York. Compensation expense decreased 1%, or $14 million, in 2005, primarily due to the $13 million pension curtailment

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413712

gain. The Company recorded $43 million of severance charges for the elimination of over 800 positions in 2005 and $41 million of severance charges in for the elimination of about 600 positions in 2004. Circulation distribution expense declined 2%, or $12 million, due to lower payments to outside contractors primarily as a result of circulation volume declines. Newsprint and ink expense was up 3%, or $14 million, in 2005, as newsprint cost per ton increased 16%, while consumption decreased 11%. The Company's newspapers were transitioning to lighter weight newsprint in 2005. The increase in newsprint cost per ton reflects increased market prices and the higher cost of lighter weight paper. Depreciation and amortization expense increased 7%, or $12 million, primarily due to $16 million of accelerated depreciation as a result of the shutdown the San Fernando Valley printing facility.

## Broadcasting and Entertainment

For 2006, the additional week increased operating revenues, operating expense and operating profit by approximately 1%.

**Operating Revenues and Profit**—In 2006, broadcasting and entertainment contributed 26% of the Company's revenues and 36% of its operating profits. The following table presents broadcasting and entertainment operating revenues, operating expenses and operating profit for television and radio/entertainment. The Company's broadcasting operations at the end of 2006 included 23 television stations. Radio/entertainment includes WGN-AM, Chicago, Tribune Entertainment and the Chicago Cubs.

| | | | | Change | |
|---|---|---|---|---|---|
| (in millions) | 2006 | 2005 | 2004 | 06-05 | 05-04 |
| Operating revenues | | | | | |
| Television | $1,178 | $1,165 | $1,259 | +1% | -7% |
| Radio/entertainment | 247 | 249 | 243 | -1% | +2% |
| Total operating revenues | $1,425 | $1,414 | $1,501 | +1% | -6% |
| Operating expenses | | | | | |
| Television | $820 | $782 | $764 | +5% | +2% |
| Radio/entertainment | 213 | 215 | 225 | -1% | -4% |
| Total operating expenses | $1,033 | $998 | $988 | +4% | +1% |
| Operating profit | | | | | |
| Television | $358 | $383 | $495 | -7% | -22% |
| Radio/entertainment | 34 | 33 | 18 | +1% | +80% |
| Total operating profit | $392 | $417 | $513 | -6% | -19% |

Broadcasting and entertainment revenues increased 1%, or $11 million, in 2006 due to increased television revenues, partially offset by lower radio/entertainment revenues. Television revenues increased 1%, or $13 million, in 2006 primarily due to higher barter and other revenue, partially offset by lower advertising revenue. The higher barter revenue was a result of new programs with barter components and barter valuation adjustments. Television advertising revenues reflected weakness in the retail, restaurant/fast food, health care/pharmacy and automotive categories, partially offset by increases in the political, telecom, education and movie categories. Radio/entertainment revenues decreased 1%, or $2 million, due to lower revenues at Tribune Entertainment, partially offset by increased revenues at the Cubs. Tribune Entertainment revenues declined due to lower syndication revenues and Chicago Cubs revenues increased as a result of higher game receipts, marketing revenues and broadcasting revenues.

Broadcasting and entertainment revenues decreased 6%, or $87 million, in 2005 due mainly to lower television revenues, partially offset by an increase in radio/entertainment revenues. Television revenues decreased 7%, or $94 million, in 2005 due to lower advertising revenues. Television advertising revenues reflected weakness in the telecom, automotive, and food categories, partially offset by increases in the financial and education categories. In addition, station revenues in New York, Los Angeles, Chicago and Boston were impacted by lower audience ratings due in part to the use of Nielsen's Local People Meters ("LPMs") in these markets. Compared to Nielsen's previous measurement methodology, LPMs have tended to reduce the overall share of broadcast television in relation to cable television and, within the broadcast television universe, disadvantage stations like Tribune's that target younger audiences. Radio/entertainment revenues increased 2%, or $6 million, in 2005 due to an increase at the Chicago Cubs, partially offset by lower revenues at Tribune Entertainment. Chicago Cubs revenues increased primarily as a result of growth in marketing and broadcasting revenues, while Tribune Entertainment revenues declined due to lower syndication revenues.

43

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

DRAFT

Operating profit for broadcasting and entertainment was down 6%, or $25 million, in 2006. Television operating profit declined 7%, or $25 million, in 2006 due to higher programming expenses and increased compensation, partially offset by higher operating revenues. Radio/entertainment operating profit increased 1%, or $1 million, due to higher revenues at the Chicago Cubs, partially offset by reduced revenues at Tribune Entertainment.

Operating profit for broadcasting and entertainment was down 19%, or $96 million, in 2005. Television operating profit declined 22%, or $112 million, in 2005 due to lower operating revenues and increased compensation and programming expenses. Radio/entertainment operating profit increased 80%, or $15 million, in 2005 due to higher revenues at the Chicago Cubs and lower operating expenses primarily due to fewer programs in production at Tribune Entertainment.

**Operating Expenses**—Operating expenses for 2006, 2005 and 2004 were as follows:

| | | | | Change | |
|---|---|---|---|---|---|
| (in millions) | 2006 | 2005 | 2004 | 06-05 | 05-04 |
| Compensation | $417 | $412 | $402 | +1% | +2% |
| Programming | 352 | 330 | 330 | +7% | — |
| Depreciation and amortization | 51 | 48 | 49 | +6% | -2% |
| Other | 213 | 208 | 207 | +3% | — |
| Total operating expenses | $1,033 | $998 | $988 | +4% | +1% |

Broadcasting and entertainment operating expenses increased 4%, or $35 million, in 2006 primarily due to an increase in compensation, programming and other expenses. Compensation expense increased 1%, or $5 million, due to $5 million of stock-based compensation in 2006. Programming expenses were up 7%, or $22 million, in 2006 due to higher broadcast rights amortization. Other expenses increased 3%, or $5 million, in 2006.

Broadcasting and entertainment operating expenses increased 1%, or $9 million, in 2005 primarily due to an increase in compensation expenses. Compensation expense increased 2%, or $10 million, in 2005 due to higher player compensation at the Chicago Cubs and increases in television. Depreciation and amortization was down 2%, or $1 million, in 2005.

**Equity Results**

| | | | | Change | |
|---|---|---|---|---|---|
| (in millions) | 2006 | 2005 | 2004 | 06-05 | 05-04 |
| Net income on equity investments | $81 | $41 | $18 | +96% | +130% |

Equity income totaled $81 million in 2006, an increase of $40 million from 2005. The increase primarily reflects improvements at TV Food Network, CareerBuilder and ClassifiedVentures and the absence of losses from The WB Network. In addition, equity income for 2006 also includes the Company's $6 million share of a one-time favorable income tax adjustment at CareerBuilder.

Equity income totaled $41 million in 2005, an increase of $23 million from 2004. The increase primarily reflects improvements at TV Food Network and Comcast SportsNet Chicago. In addition, the Company did not record any losses for The WB Network as the Company's recorded investment has been reduced to zero with no future funding requirements.

See Note 7 to the Company's consolidated financial statements in Item 8 for discussion of the Company's investments in TMCT and TMCT II which involve agreements with two of the Company's largest shareholders, Chandler Trust No. 1 and Chandler Trust No. 2.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413714

**Interest and Dividend Income and Interest Expense**

| (in millions) | 2006 | 2005 | 2004 | Change 06-05 | 05-04 |
|---|---|---|---|---|---|
| Interest and dividend income | $14 | $7 | $3 | +88% | +147% |
| Interest expense | $(274) | $(155) | $(153) | +76% | +1% |

Interest and dividend income increased to $14 million in 2006, from $7 million in 2005, due to higher average cash balances, higher interest rates and $3.7 million of dividend income related to the Company's investment in 16 million Time Warner shares. Interest and dividend income increased to $7 million in 2005, from $3 million in 2004, due to higher cash balances and $1.9 million of dividend income related to the Company's investment in Time Warner shares.

Interest expense increased 76%, or $119 million, in 2006 primarily due to higher debt levels due to financing the share repurchases in the third quarter of 2006 (see Note 9 to the Company's consolidated financial statements in Item 8) and higher interest rates. Interest expense increased 1% in 2005 primarily due to new long-term notes issued in August 2005 and the issuance of commercial paper in September 2005 to pay the federal portion of the Matthew Bender and Mosby tax liabilities (see Note 13 to the Company's consolidated financial statements in Item 8). Excluding the PHONES, the average debt level was $3.6 billion in 2006, $2.1 billion in 2005 and $2.1 billion in 2004. Including the PHONES, average debt levels were $4.2 billion in 2006, $2.6 billion in 2005 and $2.6 billion in 2004. Excluding the PHONES, outstanding debt was $4.4 billion at year-end 2006, $2.8 billion at year-end 2005 and $2.0 billion at year-end 2004. Including the PHONES, outstanding debt was $5.0 billion at year-end 2006, $3.3 billion at year-end 2005 and $2.6 billion at year-end 2004.

**Other**

Corporate expenses for 2006, 2005 and 2004 were as follows:

| (in millions) | 2006 | 2005 | 2004 | Change 06-05 | 05-04 |
|---|---|---|---|---|---|
| Corporate expenses | $(56) | $(49) | $(52) | +13% | -5% |

Corporate expenses increased 13%, or $7 million, in 2006 primarily due to $11 million of stock-based compensation expense, partially offset by a $7 million gain related to the sale of the corporate airplane in 2006. Corporate expenses decreased 5%, or $2 million, in 2005 compared to 2004 primarily due to a pension curtailment gain of $4 million as a result of changes to the retirement programs at the Company.

The effective tax rate in 2006 was 34.5%, compared with a rate of 52.1% in 2005 and 39.1% in 2004. The effective tax rate for 2006 and 2005 were affected by income tax settlements and adjustments, as well as other non-operating items (see Note 2 to the consolidated financial statements in Item 8, hereof). In the fourth quarter of 2006, the Company recorded a favorable $34 million income tax expense adjustment, most of which related to the Company's PHONES as a result of reaching an agreement with the Internal Revenue Service appeals office pertaining to the deduction of interest on the PHONES. In the third quarter of 2005, the Company recorded additional income tax expense of $150 million related to the Matthew Bender and Mosby tax liabilities (see Note 13 to the Company's consolidated financial statements in Item 8). In the first quarter of 2005, the Company reduced its income tax expense and liabilities by $12 million as a result of favorably resolving certain other federal income tax issues. In the aggregate, non-operating items lowered the effective tax rates for 2006 by 4.7% points and increased the effective tax rates in 2005 by 12.7% points.

## DISCONTINUED OPERATIONS

On June 5, 2006, the Company announced the sale of WATL-TV, Atlanta to Gannett Co., Inc. for $180 million. The sale closed on Aug. 7, 2006. On June 19, 2006, the Company announced the sale of WCWN-TV, Albany to Freedom Communications, Inc. for $17 million. The sale closed on Dec. 6, 2006. On Sept. 14, 2006, the Company announced the sale of WLVI-TV, Boston, to Sunbeam Television Corp. for $113.7 million. The sale closed on Dec. 19, 2006.

These businesses were considered components of the Company's broadcasting and entertainment segment as their operations and cash flows could be clearly distinguished, operationally and for financial reporting purposes, from the rest of the Company. The operations and cash flows of these businesses have been eliminated from the ongoing operations of the Company as a result of the sales, and the Company will not have any significant continuing involvement in their operations. Accordingly, the results of operations of each of these businesses are now reported as discontinued operations in the condensed consolidated statements of income. Prior year consolidated statements of income have been restated to conform to the current year presentation of discontinued operations.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413715

In conjunction with the sales of WATL-TV, Atlanta and WCWN-TV, Albany, the Company recorded in the second quarter of 2006 a pretax loss totaling $90 million, including $80 million of allocated television group goodwill, to write down the net assets of the stations to estimated fair value, less costs to sell. The Company subsequently reduced the pretax loss on sale of the Atlanta and Albany stations during the third quarter of 2006 by $1 million. In addition, the Company recorded in the fourth quarter of 2006 a pretax gain of $41 million, including $45 million of allocated television group goodwill, for the sale of the Boston station. In accordance with FAS No. 142, "Goodwill and Other Intangible Assets" ("FAS No. 142"), the Company aggregates all of its television stations into one reporting unit for goodwill accounting purposes. Although less than $0.1 million of goodwill was recorded when the Atlanta and Boston stations were acquired and only $0.3 million of goodwill was recorded for the Albany station acquisition, FAS No. 142 requires the Company to allocate a portion of its total television group goodwill to stations that are to be sold based on the fair value of the stations, relative to the fair value of the Company's remaining stations. The net pretax loss on sale of the three stations sold during 2006 was $48 million, including $125 million of allocated television group goodwill.

Selected financial information related to discontinued operations is summarized as follows (in thousands, except per share data):

| | Fiscal Years Ended | | | | | |
|---|---|---|---|---|---|---|
| | Dec. 31, 2006 | | Dec. 25, 2005 | | Dec. 26, 2004 | |
| Operating revenues ................................... | $ | 64,870 | $ | 84,334 | $ | 94,816 |
| Operating profit(1)................................... | $ | 2,300 | $ | 19,632 | $ | 31,011 |
| Loss on sales of discontinued operations................................... | | (48,238) | | - | | - |
| Income (loss) from discontinued operations before income taxes ............................ | | (45,938) | | 19,632 | | 31,011 |
| Income taxes (2) ..................................... | | (20,920) | | (7,732) | | (12,063) |
| Income (loss) from discontinued operations, net of tax. ................................................. | $ | (66,858) | $ | 11,900 | $ | 18,948 |
| Income (loss) from discontinued operations per share: | | | | | | |
| Basic ................................................. | $ | (.25) | $ | .04 | $ | .06 |
| Diluted ............................................. | $ | (.24) | $ | .04 | $ | .06 |

(1) Operating profit for 2006 included $6 million of severance and related charges incurred as a result of the sales of the three television stations.

(2) Income taxes for 2006 included a tax benefit of $12 million related to the $89 million pretax loss on sales of the Atlanta and Albany stations. The $12 million tax benefit was only 13.5% of the pretax loss because most of the $80 million goodwill allocation, which is included in the loss, is not deductible for income tax purposes. Income taxes for 2006 also included a tax expense of $32 million related to the $41 million pretax gain on sale of the Boston station. Similar to the sales of the Atlanta and Albany stations, the $32 million tax expense was 78% of the pretax gain because most of the $45 million goodwill allocation in the sale of the Boston station is not deductible for income tax purposes.

## LIQUIDITY AND CAPITAL RESOURCES

Cash flow generated from operations is the Company's primary source of liquidity. Net cash provided by operations was $784 million in 2006, up from $659 million in 2005. The increase was mainly due to the absence of payment of the federal portion of the Matthew Bender and Mosby tax liabilities that were made in 2005. The Company expects to fund dividends, capital expenditures and other operating requirements with net cash provided by operations. Funding required for share repurchases and acquisitions is financed by available cash flow from operations, borrowings under the new credit agreements described below, and, if necessary, by the issuance of debt and proceeds from the issuance of stock related to stock option exercises.

Net cash provided by investments totaled $26 million in 2006 compared with net cash used of $725 million in 2005. The Company spent $222 million for capital expenditures during 2006. The Company spent $174 million in cash for investments and $48 million for acquisitions and received $471 million from the sale of investments and real estate in 2006.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413716

Net cash used for financing activities was $786 million in 2006 and included repayments of commercial paper and long-term debt, repurchases of common stock and the payment of dividends, partially offset by borrowings under its bridge credit facility, long-term borrowings and proceeds from sales of stock to employees. The Company borrowed $1.6 billion under its bridge credit facility and $1.5 billion under its five-year credit agreement in 2006. The Company repaid $827 million of commercial paper, net of issuances, $290 million on the bridge credit facility and $319 million of long-term debt in 2006. The Company repurchased 70.7 million shares of its common stock for $2.3 billion in 2006. Under the Company's 2000 and 2005 general stock repurchase authorizations, the Company may buy back an additional $862 million of common stock. Dividends paid on common and preferred shares totaled $201 million in 2006. Quarterly dividends per share on common stock were $.18 in 2006 and 2005.

The Company completed its tender offer and acquired 45 million shares of its common stock on July 5, 2006 at a price of $32.50 per share before transaction costs. The Company also acquired 10 million shares of its common stock from the Robert R. McCormick Tribune Foundation and the Cantigny Foundation on July 12, 2006 at a price of $32.50 per share before transaction costs. In connection with the tender offer, the board of directors also authorized the repurchase of an additional 12 million shares of the Company's common stock commencing on the eleventh business day following the completion of the tender offer. In the third quarter of 2006, the Company repurchased an additional 11.1 million shares under that authorization at a weighted average cost of $29.94 per share.

On June 19, 2006, the Company entered into a five-year credit agreement and a 364-day bridge credit agreement, both of which were amended and restated on June 27, 2006. The five-year credit agreement provides for a $1.5 billion unsecured term facility, of which $250 million was available and used to refinance the medium-term notes that matured on Nov. 1, 2006, and a $750 million unsecured revolving facility. The 364-day bridge credit agreement provides for a $2.15 billion unsecured bridge facility. As of Dec. 31, 2006, the Company had outstanding borrowings of $1.5 billion and $1.3 billion under the term facility and the bridge facility, respectively, and the Company had no borrowings under the revolving facility. The Company intends to refinance borrowings under the bridge facility prior to maturity. Refinancing these borrowings on similar financial terms will be contingent upon a number of factors, including the outcome of the Company's exploration of strategic alternatives, financial market conditions and the Company's credit ratings.

The Company's commercial paper is currently rated "B," "NP," and "R-2m" by Standard and Poor's ("S&P"), Moody's Investors Services ("Moody's"), and Dominion Bond Rating Service ("Dominion"), respectively. The Company's senior unsecured long-term debt is rated "BB+" by S&P, "Ba1" by Moody's, "BB+" by Fitch Ratings ("Fitch") and "BBB" by Dominion. Moody's has a "negative" outlook on the Company, and S&P and Fitch have the Company on "negative" credit watch. Dominion has the Company under review with negative implications.

The Company has for several years maintained active debt shelf registration statements for its medium-term note program and other financing needs. A $1 billion shelf registration statement was declared effective in February 2006. In July 2006, a new shelf registration statement was filed and declared effective, replacing the shelf registration statement declared effective in February 2006. The new shelf registration statement does not have a designated amount, but the Company's Board of Directors has authorized the issuance and sale of up to $3 billion of debt securities, inclusive of the $1 billion that was registered pursuant to the February 2006 registration statement. Proceeds from any future debt issuances under the new shelf would be used for general corporate purposes, including repayment of short-term and long-term borrowings, capital expenditures, working capital, financing of acquisitions and stock repurchase programs.

Although management believes its estimates and judgments are reasonable, the resolutions of the Company's tax issues are unpredictable and could result in tax liabilities that are significantly higher or lower than that which has been provided by the Company.

**Off-Balance Sheet Arrangements**—Off-balance sheet arrangements as defined by the Securities and Exchange Commission include the following four categories: obligations under certain guarantees or contracts; retained or contingent interests in assets transferred to an unconsolidated entity or similar arrangements; obligations under certain derivative arrangements; and obligations under material variable interests. The Company has not entered into any material arrangements, which would fall under any of these four categories, which would be reasonably likely to have a current or future material effect on the Company's financial condition, revenues or expenses, results of operations, liquidity or capital expenditures.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413717

**Contractual Obligations**—The table below presents long-term debt maturities, required payments under contractual agreements for broadcast rights recorded in the consolidated balance sheets and future minimum lease payments to be made under non-cancelable operating leases as of Dec. 31, 2006 (in thousands).

| Fiscal Year | Long-term Debt | Broadcast Rights Contracts Payable(1) | Future Minimum Lease Payments(2) | Total |
|---|---|---|---|---|
| 2007 | $1,429,007 | $317,945 | $62,148 | $1,809,100 |
| 2008 | 287,023 | 163,374 | 55,833 | 506,230 |
| 2009 | 15,851 | 123,766 | 47,349 | 186,966 |
| 2010 | 451,246 | 73,052 | 34,368 | 558,666 |
| 2011 | 1,501,907 | 40,984 | 23,844 | 1,566,735 |
| Thereafter | 1,320,184 | 24,751 | 45,878 | 1,390,813 |
| Total | $5,005,218 | $743,872 | $269,420 | $6,018,510 |

(1)   The Company has entered into commitments for broadcast rights that are not currently available for broadcast and are therefore not included in the financial statements (see Note 12 to the Company's consolidated financial statements in Item 8) or in the table above. These commitments totaled $682 million at Dec. 31, 2006. Payments for broadcast rights generally commence when the programs become available for broadcast.

(2)   The Company had commitments totaling $490 million at Dec. 31, 2006 related to the purchase of inventory, property, plant and equipment, and talent contracts. In addition, under its current agreement with Abitibi Consolidated Inc., the Company has a commitment to purchase 400,000 metric tons of newsprint each year over the next three years, subject to certain limitations, at prevailing market prices at the time of purchase (see Note 12 to the Company's consolidated financial statements in Item 8).

**Capital Spending**—The Company spent $222 million for capital expenditures during 2006 and $206 million in 2005 (see Note 18 to the Company's consolidated financial statements in Item 8 for capital spending by business segment). The Company classifies capital expenditures that are expected to provide a rate of return on investment above an internally set minimum rate as growth expenditures. The Company spent $133 million in 2006 and $87 million in 2005 on growth expenditures, primarily in publishing.

Major capital projects that were in process during 2006 included the expansion of preprint inserting operations and color press capacities and the implementation of new standard advertising, editorial and circulation systems.

Capital spending for the expansion of preprint inserting capacity in Los Angeles, South Florida, Orlando and Chicago totaled $20 million in 2006. During 2005 and 2004, the Company spent $6 million and $7 million, respectively. The Los Angeles and South Florida expansions were operational in 2004 and the new inserters in Orlando began production in 2006. As of Dec. 25, 2006, the installation of additional equipment and systems at Chicago was in progress. The Chicago expansion is scheduled to be completed by mid-2007 with additional capital spending of approximately $22 million in 2007.

The Company's Los Angeles, Chicago and South Florida newspapers are increasing their color press capacities. The Los Angeles and South Florida expansions were operational in 2006 and 2005, respectively, while the Chicago expansion is scheduled to be completed in mid-2007. Capital spending for the color expansion at these three newspapers totaled $17 million, $45 million and $78 million in 2006, 2005 and 2004, respectively. Additional capital spending of $4 million is expected for the color expansions in 2007.

The Company is in the process of implementing a new standard advertising system in all ten of its newspaper markets at a total estimated capital cost of approximately $80 million. The project began in 2004 and is expected to be completed in late 2008. Capital spending for this project totaled $22 million, $12 million, and $4 million in 2006, 2005 and 2004, respectively. Capital spending for this project is expected to be approximately $30 million in 2007.

The Company started new projects in 2006 to replace the editorial and circulation systems at all ten of its newspaper markets. The total estimated capital costs for the new editorial and circulation systems are approximately $35 million and $20 million, respectively. The targeted completion dates are late 2008 for the editorial system and late 2007 for the circulation system. The editorial system spending was $11 million in 2006 while the circulation system spending was $13 million. Capital spending for these projects combined is expected to be approximately $20 million in 2007. The Company expects 2007 capital expenditures to be somewhat lower than 2006. Management reviews the capital

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413718

DRAFT

expenditure program periodically and modifies it as required to meet current business needs. It is expected that 2007 capital expenditures will be funded from cash flow generated from operations.

**Effects of Inflation**—The Consumer Price Index, a widely used measure of the impact of changing prices, has increased only moderately in recent years, up between 2% and 3% each year since 1991. This level of inflation has not impacted the Company's operations significantly, nor have historically higher inflation levels that prevailed prior to 1991. The principal effect of inflation on the Company's operating results is to increase costs. Subject to normal competitive conditions, the Company generally has demonstrated an ability to raise sales prices to offset these cost increases.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413719

## ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK.

**Interest Rate Risk**—All of the Company's borrowings are denominated in U.S. dollars. The Company's policy is to manage interest rate risk by issuing long-term debt and medium-term notes at fixed interest rates and short-term promissory notes.

Information pertaining to the Company's debt at Dec. 31, 2006 is shown in the table below (in thousands).

| Maturities | Fixed Rate Debt | Weighted Avg. Interest Rate | Variable Rate Debt | Weighted Avg. Interest Rate | Total Debt |
|---|---|---|---|---|---|
| 2007(1)(2) | $353,044 | 2.3% | $1,407,019 | 6.2% | $1,760,063 |
| 2008 | 287,023 | 5.8% | — | — | 287,023 |
| 2009 | 15,851 | 7.7% | — | — | 15,851 |
| 2010 | 451,246 | 4.9% | — | — | 451,246 |
| 2011 | 1,907 | — | 1,500,000 | 6.2% | 1,501,907 |
| Thereafter(3)(4) | 989,128 | 3.9% | — | — | 989,128 |
| Total at Dec. 31, 2006 | $2,098,199 | | $2,907,019 | | $5,005,218 |
| Fair Value at Dec. 31, 2006(5) | $2,021,133 | | $2,907,019 | | $4,928,152 |

(1)  Includes $331 million related to the Company's 2% PHONES (fixed rate debt). This amount was classified as long-term and treated as maturing after 2011 for financial statement presentation purposes because of the Company's ability and intent to refinance these securities, on a long-term basis, in the event that the 2% PHONES are put to the Company in 2007. See the Company's consolidated financial statements in Item 8 for further discussion.

(2)  Includes $20 million of property financing obligation (fixed rate debt). See the Company's consolidated financial statements in Item 8 for further discussion.

(3)  Includes $242 million related to the Company's 2% PHONES, due 2029. The Company may redeem the PHONES at any time for the greater of the principal value of the PHONES ($156.47 per PHONES as Dec. 31, 2006) or the then market value of two shares of Time Warner common stock, subject to certain adjustments. Quarterly interest payments are made to the PHONES holders at an annual rate of 2% of the initial principal. The Company records both cash and non-cash interest expense on the discounted debt component of the PHONES. See the Company's consolidated financial statements in Item 8 for further discussion.

(4)  Includes $29 million related to the interest rate swap agreement on the $100 million 7.5% debentures due in 2023 effectively converting the fixed 7.5% rate to a variable rate based on LIBOR.

(5)  Fair value was determined based on quoted market prices for similar issues or on current rates available to the Company for debt of the same remaining maturities and similar terms. The carrying value of the Company's derivative instruments approximates fair value. The fair value of the PHONES was determined by reference to the market value resulting from trading on a national securities exchange.

Information pertaining to the Company's debt at Dec. 25, 2005 is shown in the table below (in thousands).

| Maturities | Fixed Rate Debt | Weighted Avg. Interest Rate | Variable Rate Debt | Weighted Avg. Interest Rate | Total Debt |
|---|---|---|---|---|---|
| 2006(1)(2) | $578,928 | 4.6% | $923,532 | 4.4% | $1,502,460 |
| 2007 | 18,550 | 7.7% | — | — | 18,550 |
| 2008 | 282,247 | 5.8% | — | — | 282,247 |
| 2009 | 13,224 | 7.7% | — | — | 13,224 |
| 2010 | 451,056 | 4.9% | — | — | 451,056 |
| Thereafter(3)(4) | 994,185 | 3.9% | — | — | 994,185 |
| Total at Dec. 25, 2005 | $2,338,190 | | $923,532 | | $3,261,722 |
| Fair Value at Dec. 25, 2005(5) | $2,363,176 | | $923,532 | | $3,286,708 |

(1)  Includes $638 million related to the Company's commercial paper (variable rate debt), $269 million related to the Company's 2% PHONES (fixed rate debt) and $293 million related to the Company's medium-term notes (fixed rate debt). These amounts were classified as long-term and treated as maturing in 2008 for financial statement presentation

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413720

purposes because of the Company's ability and intent to refinance these securities, on a long-term basis, as the commercial paper and medium-term notes mature in 2006 or, in the case of the 2% PHONES, if put to the Company in 2006. See Note 8 to the Company's consolidated financial statements in Item 8 for further discussion.

(2)    Includes $15 million of property financing obligation (fixed rate debt). See Note 8 to the Company's consolidated financial statements in Item 8 for further discussion.

(3)    Includes $241 million related to the Company's 2% PHONES, due 2029. The Company may redeem the PHONES at any time for the greater of the principal value of the PHONES ($156.84 per PHONES at Dec. 25, 2005) or the then market value of two shares of Time Warner common stock, subject to certain adjustments. Quarterly interest payments are made to the PHONES holders at an annual rate of 2% of the initial principal. The Company records both cash and non-cash interest expense on the discounted debt component of the PHONES. See Note 8 to the Company's consolidated financial statements in Item 8 for further discussion.

(4)    Includes $30 million related to the interest rate swap agreement on the $100 million 7.5% debentures due in 2023 effectively converting the fixed 7.5% rate to a variable rate based on LIBOR.

(5)    Fair value was determined based on quoted market prices for similar issues or on current rates available to the Company for debt of the same remaining maturities and similar terms. The carrying value of the Company's derivative instruments approximates fair value. The fair value of the PHONES was determined by reference to the market value resulting from trading on a national securities exchange.

**Equity Price Risk**

**Available-For-Sale Securities—**The Company has common stock investments in publicly traded companies that are subject to market price volatility. Except for 16 million shares of Time Warner common stock (see discussion below), these investments are classified as available-for-sale securities and are recorded on the balance sheet at fair value with unrealized gains or losses, net of related tax effects, reported in the accumulated other comprehensive income component of shareholders' equity.

**2006—**The following analysis presents the hypothetical change at Dec. 31, 2006 in the fair value of the Company's common stock investments in publicly traded companies that are classified as available-for-sale, assuming hypothetical stock price fluctuations of plus or minus 10%, 20% and 30% in each stock's price. As of Dec. 31, 2006, the Company's common stock investments in publicly traded companies consisted primarily of 274,080 shares of Time Warner common stock unrelated to PHONES (see discussion below in "Derivatives and Related Trading Securities") and $3.4 million shares of AdStar, Inc.

| (In thousands) | Valuation of Investments Assuming Indicated Decrease in Stock's Price | | | Dec. 31, 2006 Fair Value | Valuation of Investments Assuming Indicated Increase in Stock's Price | | |
|---|---|---|---|---|---|---|---|
| | -30% | -20% | -10% | | +10% | +20% | +30% |
| Common stock investments in public companies .................... | $9,728 | $11,117 | $12,507 | $13,897(1) | $15,286 | $16,676 | $18,066 |

(1)    Excludes 16 million shares of Time Warner common stock. See discussion below in "Derivatives and Related Trading Securities."

During the last 12 quarters preceding Dec. 31, 2006, market price movements caused the fair value of the Company's common stock investments in publicly traded companies to change by 10% or more in one of the quarters, by 20% or more in one of the quarters and by 30% or more in one of the quarters.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413721

DRAFT

**2005**— The following analysis presents the hypothetical change at Dec. 25, 2005 in the fair value of the Company's common stock investments in publicly traded companies that are classified as available-for-sale, assuming hypothetical stock price fluctuations of plus or minus 10%, 20% and 30% in each stock's price. As of Dec. 25, 2005, the Company's common stock investments in publicly traded companies consisted primarily of 3.1 million shares of Time Warner common stock unrelated to PHONES (see discussion below in "Derivatives and Related Trading Securities").

| (In thousands) | Valuation of Investments Assuming Indicated Decrease in Stock's Price | | | Dec. 25, 2005 Fair Value | Valuation of Investments Assuming Indicated Increase in Stock's Price | | |
|---|---|---|---|---|---|---|---|
| | -30% | -20% | -10% | | +10% | +20% | +30% |
| Common stock investments in public companies ................. | $38,139 | $43,588 | $49,036 | $54,485(1) | $59,933 | $65,382 | $70,830 |

(1)    Excludes 16 million shares of Time Warner common stock. See discussion below in "Derivatives and Related Trading Securities."

During the last 12 quarters preceding Dec. 25, 2005, market price movements caused the fair value of the Company's common stock investments in publicly traded companies to change by 10% or more in three of the quarters, by 20% or more in one of the quarters and by 30% or more in one of the quarters.

**Derivatives and Related Trading Securities**—The Company issued 8 million PHONES in April 1999 indexed to the value of its investment in 16 million shares of Time Warner common stock (see Note 8 to the Company's consolidated financial statements in Item 8). Beginning in the second quarter of 1999, this investment in Time Warner is classified as a trading security, and changes in its fair value, net of the changes in the fair value of the related derivative component of the PHONES, are recorded in the statement of income.

At maturity, the PHONES will be redeemed at the greater of the then market value of two shares of Time Warner common stock or the principal value of the PHONES ($156.47 per PHONES at Dec. 31, 2006). At Dec. 31, 2006 and Dec. 25, 2005, the PHONES carrying value was approximately $573 million and $510 million, respectively. Since the issuance of the PHONES in April 1999, changes in the fair value of the derivative component of the PHONES have partially offset changes in the fair value of the related Time Warner shares. There have been and may continue to be periods with significant non-cash increases or decreases to the Company's net income pertaining to the PHONES and the related Time Warner shares.

**2006**—The following analysis presents the hypothetical change at Dec. 25, 2005, in the fair value of the Company's 16 million shares of Time Warner common stock related to the PHONES assuming hypothetical stock price fluctuations of plus or minus 10%, 20% and 30% in the stock's price.

| (In thousands) | Valuation of Investment Assuming Indicated Decrease in Stock Price | | | Dec. 31, 2006 Fair Value | Valuation of Investment Assuming Indicated Increase in Stock Price | | |
|---|---|---|---|---|---|---|---|
| | -30% | -20% | -10% | | +10% | +20% | +30% |
| Time Warner common stock.............................. | $243,936 | $278,784 | $313,632 | $348,480 | $383,328 | $418,176 | $453,024 |

During the last 12 quarters preceding Dec. 31, 2006, market price movements have caused the fair value of the Company's 16 million shares of Time Warner common stock to change by 10% or more in two of the quarters, by 20% or more in one of the quarters and by 30% or more in none of the quarters.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413722

**DRAFT**

2005— The following analysis presents the hypothetical change at Dec. 25, 2005, in the fair value of the Company's 16 million shares of Time Warner common stock related to the PHONES assuming hypothetical stock price fluctuations of plus or minus 10%, 20% and 30% in the stock's price.

| (In thousands) | Valuation of Investment Assuming Indicated Decrease in Stock Price | | | Dec. 25, 2005 Fair Value | Valuation of Investment Assuming Indicated Increase in Stock Price | | |
|---|---|---|---|---|---|---|---|
| | -30% | -20% | -10% | | +10% | +20% | +30% |
| Time Warner common stock............................. | $198,016 | $226,304 | $254,592 | $282,880 | $311,168 | $339,456 | $367,744 |

During the last 12 quarters preceding Dec. 25, 2005, market price movements have caused the fair value of the Company's 16 million shares of Time Warner common stock to change by 10% or more in three of the quarters, by 20% or more in one of the quarters and by 30% or more in one of the quarters.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413723

ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA.

## INDEX TO FINANCIAL STATEMENTS
## AND FINANCIAL STATEMENT SCHEDULE

|  | Page |
|---|---|
| Report of Independent Registered Public Accounting Firm | 56 |
| Management's Responsibility for Financial Statements and Management's Report on Internal Control Over Financial Reporting | 58 |
| Consolidated Statements of Income for each of the three fiscal years in the period ended Dec. 31, 2006 | 60 |
| Consolidated Balance Sheets at Dec. 31, 2006 and Dec. 25, 2005 | 61 |
| Consolidated Statements of Shareholders' Equity for each of the three fiscal years in the period ended Dec. 31, 2006 | 63 |
| Consolidated Statements of Cash Flows for each of the three fiscal years in the period ended Dec. 31, 2006 | 65 |
| Notes to Consolidated Financial Statements | |
|     Note 1: Summary of Significant Accounting Policies | 66 |
|     Note 2: Changes in Operations and Non-Operating Items | 72 |
|     Note 3: Discontinued Operations and Assets Held for Sale | 75 |
|     Note 4: *Newsday* and *Hoy*, New York Charge | 77 |
|     Note 5: Inventories | 78 |
|     Note 6: Goodwill and Other Intangible Assets | 78 |
|     Note 7: TMCT and TMCT II | 79 |
|     Note 8: Investments | 82 |
|     Note 9: Long-Term Debt | 83 |
|     Note 10: Contracts Payable for Broadcast Rights | 85 |
|     Note 11: Fair Value of Financial Instruments | 85 |
|     Note 12: Commitments and Contingencies | 86 |
|     Note 13: Income Taxes | 86 |
|     Note 14: Pension and Postretirement Benefits | 88 |
|     Note 15: Capital Stock and Share Purchase Plan | 92 |
|     Note 16: Incentive Compensation and Stock Plans | 93 |
|     Note 17: Comprehensive Income | 98 |
|     Note 18: Business Segments | 100 |
| 2006 Quarterly Results | 103 |
| 2005 Quarterly Results | 105 |
| Eleven Year Financial Summary | 106 |
| Financial Statement Schedule for each of the three fiscal years in the period ended Dec. 31, 2006 | |
|     Schedule II Valuation and Qualifying Accounts and Reserves * | 109 |

*     All other schedules required under Regulation S-X are omitted because they are not applicable or not required.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413724

DRAFT

(This page has been left blank intentionally.)

55

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413725

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Shareholders of Tribune Company:

We have completed integrated audits of Tribune Company's 2006 and 2005 consolidated financial statements and of its internal control over financial reporting as of December 31, 2006, and an audit of its xxxx consolidated financial statements in accordance with the standards of the Public Company Accounting Oversight Board (United States). Our opinions, based on our audits, are presented below.

### Consolidated financial statements and financial statement schedule

In our opinion, the consolidated financial statements listed in the accompanying index present fairly, in all material respects, the financial position of Tribune Company and its subsidiaries at December 31, 2006 and December 25, 2005, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2006 in conformity with accounting principles generally accepted in the United States of America. In addition, in our opinion, the financial statement schedule listed in the accompanying index presents fairly, in all material respects, the information set forth therein when read in conjunction with the related consolidated financial statements. These financial statements and financial statement schedule are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements and financial statement schedule based on our audits. We conducted our audits of these statements in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit of financial statements includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

As discussed in Notes 14 and 16 to the consolidated financial statements, the Company changed the manner in which it recognizes defined benefit pension and other postretirement plan obligations as of December 31, 2006 and the manner in which it accounts for share-based compensation in fiscal 2006.

### Internal control over financial reporting

Also, in our opinion, management's assessment, included in the accompanying Management's Report on Internal Control Over Financial Reporting, that the Company maintained effective internal control over financial reporting as of December 31, 2006 based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO), is fairly stated, in all material respects, based on those criteria. Furthermore, in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2006, based on criteria established in *Internal Control—Integrated Framework* issued by the COSO. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting. Our responsibility is to express opinions on management's assessment and on the effectiveness of the Company's internal control over financial reporting based on our audit. We conducted our audit of internal control over financial reporting in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. An audit of internal control over financial reporting includes obtaining an understanding of internal control over financial reporting, evaluating management's assessment, testing and evaluating the design and operating effectiveness of internal control, and performing such other procedures as we consider necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413726

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.


PricewaterhouseCoopers LLP
Chicago, Illinois
February 26, 2007

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413727

DRAFT

### MANAGEMENT'S RESPONSIBILITY FOR FINANCIAL STATEMENTS AND MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING

**Management's Responsibility for Financial Statements**

Management is responsible for the preparation, integrity and fair presentation of the Company's consolidated financial statements and related financial information included in this Annual Report on Form 10-K to shareholders. The consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America and necessarily include certain amounts that are based on management's best estimates and judgments.

The system of internal control over financial reporting is periodically assessed for its effectiveness and is augmented by written policies and procedures, the careful selection and training of qualified personnel and a program of internal audit.

The consolidated financial statements were audited by PricewaterhouseCoopers LLP, an independent registered public accounting firm, and their report is shown on pages 56 and 57. PricewaterhouseCoopers LLP was given unrestricted access to all financial records and related data, including minutes of all meetings of shareholders, the Board of Directors and committees of the Board. The Company believes that all representations made to the independent accountants during their audits were valid and appropriate.

The Audit Committee of the Board of Directors is responsible for reviewing and monitoring the Company's financial reporting and accounting practices. The Audit Committee consists of four independent directors. The Committee meets with representatives of management, the independent registered public accounting firm and internal auditors to discuss financial reporting, accounting and internal control matters. PricewaterhouseCoopers LLP and the internal auditors have direct access to the Audit Committee.

**Management's Report on Internal Control Over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting, designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with accounting principles generally accepted in the United States of America. As of Dec. 31, 2006, the Company's management conducted an evaluation of the effectiveness of the design and operation of the Company's internal control over financial reporting based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission and concluded that the Company's internal control over financial reporting was effective as of that date. Our management's assessment of the effectiveness of the Company's internal control over financial reporting as of Dec. 31, 2006 has been audited by PricewaterhouseCoopers LLP, an independent registered public accounting firm, as stated in their report which appears herein.

Dennis J. FitzSimons
Chairman, President and Chief Executive Officer

Donald C. Grenesko
Senior Vice President/Finance and
Administration

58

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413728

DRAFT

(This page has been left blank intentionally.)

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413729

## TRIBUNE COMPANY AND SUBSIDIARIES
## CONSOLIDATED STATEMENTS OF INCOME
### (In thousands of dollars, except per share data)

| | Year Ended | | |
| --- | --- | --- | --- |
| | Dec. 31, 2006 | Dec. 25, 2005 | Dec. 26, 2004 |
| **Operating Revenues** | | | |
| Publishing | | | |
| Advertising | $3,260,060 | $3,244,100 | $3,228,493 |
| Circulation | 575,043 | 596,163 | 643,947 |
| Other | 257,459 | 256,587 | 257,410 |
| Total | 4,092,562 | 4,096,850 | 4,129,850 |
| Broadcasting and entertainment | 1,425,146 | 1,414,433 | 1,501,581 |
| Total operating revenues | 5,517,708 | 5,511,283 | 5,631,431 |
| **Operating Expenses** | | | |
| Cost of sales (exclusive of items shown below) | 2,736,411 | 2,695,818 | 2,668,969 |
| Selling, general and administrative | 1,469,274 | 1,447,233 | 1,545,067 |
| Depreciation | 207,200 | 222,153 | 211,561 |
| Amortization of intangible assets | 19,813 | 18,888 | 18,556 |
| Total operating expenses | 4,432,698 | 4,384,092 | 4,444,153 |
| **Operating Profit** | 1,085,010 | 1,127,191 | 1,187,278 |
| Net income on equity investments | 80,773 | 41,209 | 17,931 |
| Interest and dividend income | 14,145 | 7,539 | 3,053 |
| Interest expense | (273,902) | (155,191) | (153,118) |
| Gain (loss) on change in fair values of derivatives and related investments | 11,088 | 62,184 | — |
| Loss on early debt retirement | — | — | (140,506) |
| Gain on TMCT transactions | 59,596 | | |
| Gain on sales of investments, net | 36,732 | 6,780 | 20,347 |
| Loss on investment write-downs | — | — | (5,599) |
| Other non-operating gain (loss), net | (4,447) | 897 | (789) |
| **Income From Continuing Operations Before Income Taxes and Cumulative Effect of Change in Accounting Principle** | 1,008,995 | 1,090,609 | 910,100 |
| Income taxes (Note 13) | (348,142) | (567,820) | (355,724) |
| **Income from Continuing Operations Before Cumulative Effect of Change in Accounting Principle** | 660,853 | 522,789 | 554,376 |
| Cumulative effect of change in accounting principle, net of tax (Note 1) | — | — | (17,788) |
| **Income from Continuing Operations** | 660,853 | 522,789 | 536,588 |
| **Income (Loss) from Discontinued Operations, net of tax (Note 3)** | (66,858) | 11,900 | 18,948 |
| Net Income | 593,995 | 534,689 | 555,536 |
| Preferred dividends | (6,309) | (8,364) | (8,308) |
| **Net Income Attributable to Common Shares** | $587,686 | $526,325 | $547,228 |
| | | | |
| **Earnings Per Share (Note 1)** | | | |
| **Basic:** | | | |
| Continuing operations before cumulative effect of change in accounting principle | $2.40 | $1.64 | $1.69 |
| Discontinued operations | (.25) | .04 | .06 |
| Cumulative effect of change in accounting principle, net of tax | — | — | (.05) |
| Net income | $2.16 | $1.68 | $1.70 |
| **Diluted:** | | | |
| Continuing operations before cumulative effect of change in accounting principle | $2.39 | $1.63 | $1.67 |
| Discontinued operations | (.24) | .04 | .06 |
| Cumulative effect of change in accounting principle, net of tax | — | — | (.05) |
| Net income | $2.14 | $1.67 | $1.67 |

See Notes to Consolidated Financial Statements.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413730

### TRIBUNE COMPANY AND SUBSIDIARIES
### CONSOLIDATED BALANCE SHEETS
#### (In thousands of dollars, except share data)

| | Dec. 31, 2006 | Dec. 25, 2005 |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $174,686 | $151,110 |
| Accounts receivable (net of allowances of $33,873 and $42,558) | 765,871 | 798,441 |
| Inventories | 40,962 | 44,103 |
| Broadcast rights (net of allowances of $78 and $3,000) | 271,995 | 308,011 |
| Deferred income taxes | 74,450 | 114,274 |
| Prepaid expenses and other | 49,466 | 52,458 |
| Total current assets | 1,377,430 | 1,468,397 |
| | | |
| **Properties** | | |
| Machinery, equipment and furniture | 2,306,400 | 2,314,085 |
| Buildings and leasehold improvements | 1,014,865 | 992,083 |
| | 3,321,265 | 3,306,168 |
| Accumulated depreciation | (1,907,365) | (1,853,914) |
| | 1,413,900 | 1,452,254 |
| Land | 127,797 | 127,167 |
| Construction in progress | 143,415 | 152,506 |
| Net properties | 1,685,112 | 1,731,927 |
| | | |
| **Other Assets** | | |
| Broadcast rights (net of allowances of $3,929 and $1,004) | 295,186 | 361,376 |
| Goodwill | 5,837,208 | 5,947,142 |
| Other intangible assets, net | 2,846,057 | 3,087,723 |
| Time Warner stock related to PHONES debt | 348,480 | 282,880 |
| Other investments | 564,750 | 632,663 |
| Prepaid pension costs | 292,464 | 871,382 |
| Assets held for sale | 9,172 | 24,436 |
| Other | 144,913 | 138,316 |
| Total other assets | 10,338,230 | 11,345,918 |
| Total assets | $13,400,772 | $14,546,242 |

See Notes to Consolidated Financial Statements.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413731

### TRIBUNE COMPANY AND SUBSIDIARIES
### CONSOLIDATED BALANCE SHEETS
#### (In thousands of dollars, except share data)

| | Dec. 31, 2006 | Dec. 25, 2005 |
|---|---:|---:|
| **Liabilities and Shareholders' Equity** | | |
| **Current Liabilities** | | |
| Borrowings under bridge credit facility | $1,310,000 | $ — |
| Long-term debt due within one year | 119,007 | 302,460 |
| Accounts payable | 151,601 | 168,205 |
| Employee compensation and benefits | 185,551 | 244,156 |
| Contracts payable for broadcast rights | 317,945 | 329,930 |
| Deferred income | 108,607 | 101,065 |
| Other | 354,003 | 300,842 |
| Total current liabilities | 2,546,714 | 1,446,658 |
| **Long-Term Debt** | | |
| PHONES debt related to Time Warner stock | 572,960 | 509,701 |
| Other long-term debt (less portions due within one year) | 3,003,251 | 2,449,561 |
| Total long-term debt | 3,576,211 | 2,959,262 |
| **Other Non-Current Liabilities** | | |
| Deferred income taxes | 1,974,672 | 2,352,633 |
| Contracts payable for broadcast rights | 425,927 | 528,878 |
| Deferred compensation and benefits | 392,187 | 356,612 |
| Other obligations | 165,445 | 176,648 |
| Total other non-current liabilities | 2,958,231 | 3,414,771 |
| **Commitments and Contingent Liabilities (Note 12)** | — | — |
| **Shareholders' Equity** | | |
| Series C convertible preferred stock, net of treasury stock | | |
| Authorized: 823,568 shares at Dec. 25, 2005; Issued and outstanding: no shares at Dec. 31, 2006 and 88,519 shares (net of 354,077 treasury shares) at Dec. 25, 2005 (liquidation value $500 per share) | — | 44,260 |
| Series D-1 convertible preferred stock, net of treasury stock | | |
| Authorized: 380,972 shares at Dec. 25, 2005; Issued and outstanding: no shares (net of 137,643 treasury shares) at Dec. 31, 2006 and 76,194 shares (net of 304,778 treasury shares) at Dec. 25, 2005 (liquidation value $500 per share) | — | 38,097 |
| Series D-2 convertible preferred stock, net of treasury stock | | |
| Authorized: 245,100 shares at Dec. 25, 2005; Issued and outstanding: no shares at Dec. 31, 2006 and 49,020 shares outstanding (net of 196,080 treasury shares) at Dec. 25, 2005 (liquidation value $500 per share) | — | 24,510 |
| Common stock ($0.01 par value) | | |
| Authorized: 1,400,000,000 shares; 387,179,076 shares outstanding at Dec. 31, 2006 and 390,122,184 shares outstanding at Dec. 25, 2005 | 2,241 | 2,270 |
| Additional paid-in capital | 6,834,788 | 6,818,533 |
| Retained earnings | 3,138,313 | 2,824,762 |
| Treasury common stock (at cost) 147,971,654 shares in 2006 and 83,441,765 shares in 2005 | (5,288,341) | (3,015,581) |
| Accumulated other comprehensive loss | (367,385) | (11,300) |
| Total shareholders' equity | 4,319,616 | 6,725,551 |
| Total liabilities and shareholders' equity | $13,400,772 | $14,546,242 |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413732

### TRIBUNE COMPANY AND SUBSIDIARIES
### CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY
#### (In thousands, except per share data)

| | Total | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Convertible Preferred Stock | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Series C(1) | Series D-1(1) | Series D-2(1) |
| **Balance at Dec. 28, 2003** | $7,028,124 | $3,008,460 | $13,516 | $44,260 | $38,097 | $24,510 |
| Comprehensive income: | | | | | | |
| Net income | 555,536 | 555,536 | | | | |
| Other comprehensive income: | | | | | | |
| Change in unrealized gain on securities, net | 896 | — | 896 | — | — | — |
| Change in minimum pension liabilities, net | (1,700) | — | (1,700) | — | — | — |
| Change in foreign currency translation adjustments, net | 118 | — | 118 | — | — | — |
| Comprehensive income | 554,850 | — | 118 | — | — | — |
| Dividends declared: | | | | | | |
| Common ($.48 per share) | (154,702) | (154,702) | — | — | — | — |
| Series C, D-1 and D-2 preferred | (8,308) | (8,308) | — | — | — | — |
| Shares issued under option and stock plans | 242,620 | | | | | |
| Tax benefit on stock options exercised | 32,819 | | | | | |
| Shares tendered as payment for options exercised | (124,473) | (51,879) | — | — | — | — |
| Purchases of treasury stock | (734,086) | | — | — | — | — |
| Retirement of treasury stock | — | (538,565) | | | | |
| **Balance at Dec. 26, 2004** | $6,836,844 | $2,810,542 | $12,830 | $44,260 | $38,097 | $24,510 |
| Comprehensive income: | | | | | | |
| Net income | 534,689 | 534,689 | | | | |
| Other comprehensive income: | | | | | | |
| Change in unrealized gain on securities, net | (3,463) | — | (3,463) | — | — | — |
| Change in minimum pension liabilities, net | (20,597) | — | (20,597) | — | — | — |
| Change in foreign currency translation adjustments, net | (70) | — | (70) | — | — | — |
| Comprehensive income | 510,559 | — | (70) | — | — | — |
| Dividends declared: | | | | | | |
| Common ($.72 per share) | (225,110) | (225,110) | — | — | — | — |
| Series C, D-1 and D-2 preferred | (8,364) | (8,364) | — | — | — | — |
| Shares issued under option and stock plans | 51,102 | | | | | |
| Tax benefit on stock options exercised | 5,395 | | | | | |
| Shares tendered as payment for options exercised | (1,101) | (769) | — | — | — | — |
| Purchases of treasury stock | (443,774) | | — | — | — | — |
| Retirement of treasury stock | — | (286,226) | | | | |
| **Balance at Dec. 25, 2005** | $6,725,551 | $2,824,762 | $(11,300) | $44,260 | $38,097 | $24,510 |
| Comprehensive income: | | | | | | |
| Net income | 593,995 | 593,995 | | | | |
| Other comprehensive income: | | | | | | |
| Change in unrealized gain on securities, net | (9,396) | — | (9,396) | — | — | — |
| Change in minimum pension liabilities, net | 18,987 | — | 18,987 | — | — | — |
| Change in unrecognized pension and other postretirement benefit costs gains and losses, net | (365,859) | — | (365,859) | — | — | — |
| Change in foreign currency translation adjustments, net | 183 | — | 183 | — | — | — |
| Comprehensive income | 237,910 | — | — | — | — | — |
| Dividends declared: | | | | | | |
| Common ($.72 per share) | (194,640) | (194,640) | — | — | — | — |
| Series C, D-1 and D-2 preferred | (6,309) | (6,309) | — | — | — | — |
| Shares issued under option and stock plans | 38,714 | | | | | |
| Tax benefit on stock options exercised | 4,256 | | | | | |
| Stock-based compensation | 31,645 | | | | | |
| Shares tendered as payment for options exercised | (138) | (79) | — | | | |
| TMCT transactions (see Note 7) | (267,978) | — | — | (44,260) | (38,097) | (24,510) |
| Purchases of treasury stock | (2,218,915) | | — | — | — | — |
| Retirement of treasury stock | (30,480) | (79,416) | | | | |
| **Balance at Dec. 31, 2006** | $4,319,616 | $3,138,313 | $(367,385) | $— | $— | $— |

(1)    Amounts are net of treasury stock.

See Notes to Consolidated Financial Statements.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413733

| Common Stock and Additional Paid-In Capital | | Treasury Common Stock | |
|---|---|---|---|
| Amount (at cost) | Shares | Amount (at cost) | Shares |
| $6,924,484 | 412,370 | $(3,025,203) | (84,073) |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| 167,563 | 5,006 | 75,057 | 1,726 |
| 32,819 | — | — | — |
| (13,309) | (1,335) | (59,285) | (1,095) |
| — | — | (734,086) | (15,526) |
| (193,052) | (15,526) | 731,617 | 15,526 |
| $6,918,505 | 400,515 | $(3,011,900) | (83,442) |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| 51,102 | 1,814 | — | — |
| 5,395 | — | — | — |
| (332) | (26) | — | — |
| — | — | (443,774) | (12,181) |
| (153,867) | (12,181) | 440,093 | 12,181 |
| $6,820,803 | 390,122 | $(3,015,581) | (83,442) |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| — | — | — | — |
| 38,714 | 1,665 | — | — |
| 4,256 | — | — | — |
| 31,645 | | | |
| (59) | (4) | — | — |
| — | — | (161,111) | 1,551 |
| — | — | (2,218,915) | (70,685) |
| (58,330) | (4,604) | 107,266 | 4,604 |
| $6,837,029 | 387,179 | $(5,288,341) | (147,972) |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413734

### TRIBUNE COMPANY AND SUBSIDIARIES
### CONSOLIDATED STATEMENTS OF CASH FLOWS
#### (In thousands of dollars)

| | Year Ended | | |
| --- | --- | --- | --- |
| | Dec. 31, 2006 | Dec. 25, 2005 | Dec. 26, 2004 |
| **Operations** | | | |
| Net income | $593,995 | $534,689 | $555,536 |
| Adjustments to reconcile net income to net cash provided by operations: | | | |
| Stock-based compensation | 31,927 | — | — |
| (Gain) loss on change in fair values of derivatives and related investments | (11,088) | (62,184) | 18,497 |
| Loss on early debt retirement | — | — | 140,506 |
| Gain on TMCT transactions | (59,596) | — | — |
| Gain on sales of investments, net | (36,732) | (6,780) | (20,347) |
| Investment write-downs | — | — | 5,599 |
| Other non-operating (gain) loss, net | 4,447 | (897) | 789 |
| Cumulative effect of change in accounting principle, net of tax | — | — | 17,788 |
| Depreciation | 209,341 | 224,625 | 214,226 |
| Amortization of intangible assets | 20,002 | 19,195 | 18,863 |
| Loss on sales of discontinued operations | 48,238 | — | — |
| Net income on equity investments | (80,773) | (41,209) | (17,931) |
| Distributions from equity investments | 65,302 | 48,883 | 14,439 |
| Deferred income taxes | (110,281) | 93,071 | 40,006 |
| Tax benefit on stock options exercised | — | 5,395 | 32,819 |
| Changes in working capital items excluding effects from acquisitions and dispositions: | | | |
| Accounts receivable | 20,668 | 51,773 | 17,220 |
| Inventories, prepaid expenses and other current assets | 5,310 | 4,293 | (800) |
| Accounts payable, employee compensation and benefits, deferred income and accrued liabilities | (48,035) | (5,352) | 26,862 |
| Income taxes | 39,707 | 6,177 | 2,007 |
| Change in broadcast rights, net of liabilities | 2,056 | (16,329) | 6,558 |
| Change in prepaid pension costs | 20,611 | 13,355 | 7,677 |
| Change in Matthew Bender and Mosby tax reserve | — | (221,133) | 5,997 |
| Other, net | 68,409 | 11,781 | (13,121) |
| Net cash provided by operations | 783,508 | 659,353 | 1,073,190 |
| **Investments** | | | |
| Capital expenditures | (221,907) | (205,945) | (217,348) |
| Acquisitions | (48,144) | (4,207) | (551) |
| Investments | (174,085) | (78,071) | (48,831) |
| Matthew Bender and Mosby tax liability allocated to goodwill (Note 13) | — | (459,116) | — |
| Proceeds from sales of subsidiaries, investments and real estate | 470,608 | 22,534 | 40,232 |
| Net cash provided by (used for) investments | 26,472 | (724,805) | (226,498) |
| **Financing** | | | |
| Borrowings under bridge credit facility | 1,600,000 | — | — |
| Long-term borrowings | 1,500,829 | 777,660 | — |
| Repayments (Issuances) of commercial paper, net | (826,513) | 150,326 | 773,206 |
| Premium on early debt retirement | — | — | (137,331) |
| Repayments under bridge credit facility | (290,000) | — | — |
| Repayments of long-term debt | (319,055) | (198,880) | (823,028) |
| Debt issuance costs | (29,881) | (4,762) | — |
| Additional tax benefits from stock-based compensation | 4,256 | — | — |
| Sales of common stock to employees, net | 37,174 | 41,374 | 111,896 |
| Purchases of Tribune common stock | (2,262,268) | (440,093) | (731,617) |
| Dividends | (200,946) | (233,474) | (163,010) |
| Net cash provided by (used for) financing | (786,404) | 92,151 | (969,884) |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | 23,576 | 26,699 | (123,192) |
| Cash and cash equivalents, beginning of year | 151,110 | 124,411 | 247,603 |
| Cash and cash equivalents, end of year | $174,686 | $151,110 | $124,411 |

See Notes to Consolidated Financial Statements.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413735

**TRIBUNE COMPANY AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

## NOTE 1: SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The significant accounting policies of Tribune Company and subsidiaries (the "Company"), as summarized below, conform with accounting principles generally accepted in the United States of America and reflect practices appropriate to the Company's businesses.

**Nature of Operations**—The Company is a media and entertainment company. Through its subsidiaries, the Company is engaged in newspaper publishing, television and radio broadcasting and entertainment.

**Fiscal Year**—The Company's fiscal year ends on the last Sunday in December. The Company's 2006 fiscal year ended on Dec. 31, 2006, and encompassed a 53-week period. Fiscal years 2005 and 2004 each encompassed a 52-week period.

**Principles of Consolidation**—The consolidated financial statements include the accounts of Tribune Company and all majority-owned subsidiaries. In general, investments comprising 20 to 50 percent of the voting stock of companies and certain partnership interests are accounted for using the equity method. All other investments are generally accounted for using the cost method. All significant intercompany transactions are eliminated.

The Company evaluates its investments and other transactions for consolidation under the provisions of Financial Accounting Standards Board ("FASB") Interpretation No. 46, "Consolidation of Variable Interest Entities" ("FIN 46"), issued in January 2003. The Company holds significant variable interests, as defined by FIN 46, in Classified Ventures, LLC, ShopLocal, LLC (formerly CrossMedia Services, Inc.) and Topix, LLC, but the Company has determined that it is not the primary beneficiary of these entities. The Company's maximum loss exposure related to these entities is limited to its equity investments in Classified Ventures, LLC, ShopLocal, LLC and Topix, LLC, which were $44 million, $31 million, and $26 million, respectively, at Dec. 31, 2006. At Dec. 25, 2005, the Company's equity investments in Classified Ventures, LLC, ShopLocal, LLC and Topix, LLC were $42 million, $25 million and $15 million, respectively.

**Presentation**—On June 5, 2006, the Company announced the sale of WATL-TV, Atlanta and on June 19, 2006 announced the sale of WCWN-TV, Albany. The sale of WATL-TV, Atlanta closed on Aug. 7, 2006. On Sept. 14, 2006, the Company announced the sale of WLVI-TV, Boston. The Albany and Boston station sales closed on Dec. 6, 2006 and Dec. 19, 2006, respectively. The accompanying consolidated financial statements reflect these businesses as discontinued operations for all periods presented. See Note 3 for further discussion. In addition, certain other prior year financial information has been reclassified to conform to the current year presentation.

**Revenue Recognition**—The Company's primary sources of revenue are from the sales of advertising space in published issues of its newspapers and on interactive websites owned by, or affiliated with, the Company; distribution of preprinted advertising inserts in its newspapers; sales of newspapers to distributors and individual subscribers; and sales of airtime on its television and radio stations. Newspaper advertising revenue is recorded, net of agency commissions, when advertisements are published in newspapers. Website advertising revenue is recognized ratably over the contract period or as services are delivered, as appropriate. Proceeds from subscriptions are deferred and are included in revenue on a pro-rata basis over the term of the subscriptions. Broadcast revenue is recorded, net of agency commissions, when commercials are aired. The Company records rebates when earned as a reduction of advertising revenue.

**Use of Estimates**—The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in the financial statements and accompanying notes. Actual results could differ from these estimates.

**Cash and Cash Equivalents**—Cash and cash equivalents are stated at cost, which approximates market value. Investments with original maturities of three months or less at the time of purchase are considered to be cash equivalents.

**Accounts Receivable**—The Company's accounts receivable are primarily due from advertisers. Credit is extended based on an evaluation of each customer's financial condition, and generally collateral is not required. The Company maintains an allowance for uncollectible accounts, rebates and volume discounts. This allowance is determined based on historical write-off experience and any known specific collectibility exposures.

**Inventories**—Inventories are stated at the lower of cost or market. Cost is determined on the last-in, first-out ("LIFO") basis for newsprint and on the first-in, first-out ("FIFO") basis for all other inventories.

66

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413736

**Broadcast Rights**—Broadcast rights consist principally of rights to broadcast syndicated programs, sports and feature films and are stated at the lower of cost or estimated net realizable value. The total cost of these rights is recorded as an asset and a liability when the program becomes available for broadcast. Syndicated program rights that have limited showings are generally amortized using an accelerated method as programs are aired. Sports and feature film rights are amortized using the straight-line method. The current portion of broadcast rights represents those rights available for broadcast that are expected to be amortized in the succeeding year.

The Company maintains an allowance for programming that is not expected to be aired by the end of the contract period. This allowance for excess programming inventory is based on a program-by-program review of the Company's five-year broadcast plans and historical write-off trends. The total reserve balance at Dec. 31, 2006 and Dec. 25 2005 was $4 million. Actual write-offs in 2006 and 2005 were $.4 million and $1 million, respectively. Future write-offs can vary based on changes in consumer viewing trends and the availability and costs of other programming.

**Properties**—Property, plant and equipment are stated at cost. The Company capitalizes major property, plant and equipment additions, improvements and replacements, as well as interest incurred during construction of major facilities and equipment. Depreciation is computed using the straight-line method over the following estimated useful lives: 10 to 40 years for buildings, 7 to 20 years for newspaper printing presses and 3 to 10 years for all other equipment. Expenditures for repairs and maintenance of existing assets are charged to expense as incurred.

**Goodwill and Other Intangible Assets**—Goodwill and other intangible assets are summarized in Note 6. The Company periodically reviews goodwill and certain intangible assets no longer being amortized for impairment in accordance with Financial Accounting Standard ("FAS") No. 142, "Goodwill and Other Intangible Assets." Under FAS No. 142, the impairment review of goodwill and other intangible assets not subject to amortization must be based generally on fair values.

The estimated fair value of the reporting units to which goodwill is allocated is determined using multiples of operating cash flows for purposes of analyzing goodwill for impairment. The estimated fair values of other assets subject to the annual impairment review, which include newspaper mastheads and FCC licenses, are calculated based on projected future discounted cash flow analyses. The development of market multiples and cash flow projections used in the analyses requires the use of assumptions, including assumptions regarding revenue and market growth. The analyses use discount rates based on specific economic factors in the publishing and broadcasting industries. These assumptions reflect the Company's best estimates, but these items involve inherent uncertainties based on market conditions generally outside of the Company's control.

In the fourth quarter of 2004, the Company elected to early adopt the provisions of the FASB's Emerging Issues Task Force Topic No. D-108, which requires the use of a direct valuation method for valuing intangible assets, such as FCC licenses, and reviewing them for impairment. Historically, the Company had been using a residual valuation method to review its FCC licenses for impairment each year. A direct valuation method generally results in a lower valuation than does a residual valuation method. The effect of changing to a direct valuation method for the 2004 FCC licenses impairment review was a pretax charge of $29 million ($18 million after-tax). The charge was recorded in the fourth quarter of 2004 as a cumulative effect of a change in accounting principle in the consolidated statements of income.

Upon the adoption of FAS No. 142 at the beginning of fiscal 2002, the Company treated the intangible assets associated with network affiliation agreements as having indefinite lives and stopped recording amortization expense on these assets. In December 2003, the staff of the Securities and Exchange Commission provided guidance regarding their accounting position in this area indicating that network affiliation agreements should be amortized. As a result, the Company began amortizing these assets in the fourth quarter of 2003 using a 40-year life. The Company believes the 40-year life is representative of the remaining expected useful life of the network affiliation intangibles. The provisions of FAS No. 142 required the Company to perform an impairment analysis at the time of a change in the estimated useful life of an intangible asset which was previously not being amortized. No adjustment to the network affiliation intangible assets was required as a result of this impairment review performed in the fourth quarter of 2003. Beginning in 2004, the Company no longer performs an annual test of the impairment of its network affiliation agreements under FAS No. 142, but will perform an impairment test if indicators of impairment are present, as required by FAS No. 144, "Accounting for the Impairment or Disposal of Long-Lived Assets."

**Valuation of Long-Lived Assets**—In accordance with FAS No. 144, the Company evaluates the carrying value of long-lived assets to be held and used whenever events or changes in circumstances indicate that the carrying amount of a long-lived asset group may be impaired. The carrying value of a long-lived asset group is considered impaired when the projected undiscounted future cash flows to be generated from the asset group over its remaining depreciable life are less than its

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413737

current carrying value. The Company measures and records impairment of other long-lived assets based on the amount by which the carrying value of the asset group exceeds its fair market value. Impairment losses on other long-lived assets to be sold or disposed of are measured in a similar manner, except that fair market values are reduced for the costs to sell or dispose.

**Investments**—The Company records its investments in debt and equity securities at fair value, except for debt securities that the Company intends to hold to maturity and equity securities that are accounted for under the equity method or that are issued by private companies. Except for 16 million Time Warner shares (see "Derivative Instruments" below), investments are currently classified as available-for-sale, and accordingly, the difference between cost and fair value, net of related tax effects, is recorded in the accumulated other comprehensive income component of shareholders' equity.

**Derivative Instruments**—FAS No. 133, "Accounting for Derivative Instruments and Hedging Activities," requires all derivative instruments to be recorded in the balance sheet at fair value. Changes in the fair value of derivative instruments are recognized periodically in income. The provisions of FAS No. 133 affect the Company's accounting for its 8 million Exchangeable Subordinated Debentures due 2029 ("PHONES") (see Note 9) and its interest rate swap related to its $100 million 7.5% debentures (see Note 9).

Under the provisions of FAS No. 133, the initial value of the PHONES was split into a debt component and a derivative component. Changes in the fair value of the derivative component of the PHONES are recorded in the statement of income. Beginning in the second quarter of 1999, changes in the fair value of the related 16 million Time Warner shares are also recorded in the statement of income and should at least partially offset changes in the fair value of the derivative component of the PHONES. However, there have been, and may continue to be, periods with significant non-cash increases or decreases to the Company's net income pertaining to the PHONES and the related Time Warner shares.

The carrying values of the Company's derivative instruments approximate fair value. The fair values of the PHONES were determined by reference to market values resulting from trading on a national securities exchange.

The Company's interest rate swap is a fair value hedge and is used to manage exposure to market risk associated with changes in interest rates. The changes in fair value of the swap agreement and the related debt instrument are recorded in income. Changes in the fair value of the swap agreement offset changes in the fair value of the related debt (see Note 9).

**Pension Plans**— Retirement benefits are provided to employees through pension plans sponsored either by the Company or by unions. Under the Company-sponsored plans, pension benefits are primarily a function of both the years of service and the level of compensation for a specified number of years, depending on the plan. It is the Company's policy to fund the minimum for Company-sponsored pension plans as required by ERISA. Contributions made to union-sponsored plans are based upon collective bargaining agreements. Additional information on the Company's pension plans is provided in Note 14.

In September 2006, the FASB issued FAS No. 158, "Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans, an amendment of FASB Statements No. 87, 88, 106 and 132(R)" which requires an employer to recognize the overfunded or underfunded status of a defined benefit postretirement plan (other than a multiemployer plan) as an asset or liability in its statement of financial position and to recognize changes in that funded status in the year in which changes occur through comprehensive income. The Statement also requires an employer to measure the funded status of a plan as of the date of its year-end statement of financial position, with limited exceptions. The Company adopted the provisions of FAS No. 158 as of Dec. 31, 2006.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413738

The following table summarizes the impact of the adoption of FAS No. 158 on the Company's consolidated balance sheet as of Dec. 31, 2006 for its pension plans previously accounted under FAS No. 87 (in thousands):

| | Before Impact of FAS No. 158 – Pension Plans | Impact of FAS No. 158 – Pension Plans | As Reported at Dec. 31, 2006 |
|---|---|---|---|
| Prepaid pension benefit costs | $ 850,771 | $(557,316) | $ 293,455 |
| Total assets | 13,958,088 | (557,316) | 13,400,772 |
| Deferred income taxes | 2,215,926 | (241,254) | 1,974,672 |
| Employee compensation and benefits | 194,001 | (8,450) | 185,551 |
| Deferred compensation and benefits | 322,454 | 69,733 | 392,187 |
| Total liabilities | 9,261,127 | (179,971) | 9,081,156 |
| Accumulated other comprehensive income (loss) | 9,960 | (377,345) | (367,385) |
| Total shareholders' equity | 4,696,961 | (377,345) | 4,319,616 |
| Total liabilities and shareholders' equity | $13,958,088 | $(557,316) | $13,400,772 |

**Postretirement Benefits Other than Pensions**—The Company provides certain health care and life insurance benefits for retired employees. The expected cost of providing these benefits is accrued over the years that the employees render services. It is the Company's policy to fund postretirement benefits as claims are incurred. Additional information on the Company's Postretirement Benefits Other than Pensions is provided in Note 14.

As noted above, the Company adopted FAS No. 158 to account for its defined benefit postretirement plans, including its postretirement health care and life insurance benefits, as of Dec. 31, 2006. The following table summarizes the impact of the adoption of FAS No. 158 on the Company's consolidated balance sheet as of Dec. 31, 2006 for its other postretirement plans previously accounted under FAS No. 106 (in thousands):

| | Before Impact of FAS No. 158 – Postretirement Benefits Other than Pensions | Impact of FAS No. 158 – Postretirement Benefits Other than Pensions | As Reported at Dec. 31, 2006 |
|---|---|---|---|
| Deferred income taxes | $ 1,967,328 | $7,344 | $ 1,974,672 |
| Deferred compensation and benefits | 411,017 | (18,830) | 392,187 |
| Total liabilities | 9,092,642 | (11,486) | 9,081,156 |
| Accumulated other comprehensive income (loss) | (378,871) | 11,486 | (367,385) |
| Total shareholders' equity | 4,308,130 | 11,486 | 4,319,616 |
| Total liabilities and shareholders' equity | $13,400,772 | — | $13,400,772 |

**Self-Insurance**—The Company self-insures for certain employee medical and disability income benefits, workers' compensation costs and automobile and general liability claims. The recorded liabilities for self-insured risks are calculated using actuarial methods and are not discounted. The recorded liabilities for self-insured risks totaled $76 million and $113 million at Dec. 31, 2006 and Dec. 25, 2005 respectively.

**Deferred Income**—Deferred income arises in the normal course of business from advance subscription payments for newspapers, interactive advertising sales and prepaid ticket revenue related to the Chicago Cubs. Deferred income is recognized in the period it is earned.

**Stock-Based Compensation**—In the first quarter of 2006, the Company adopted FAS No. 123R, "Share-Based Payment." FAS No. 123R supersedes Accounting Principles Board ("APB") Opinion No. 25, FAS No. 123 and related interpretations. FAS No. 123R requires the Company to expense stock-based compensation in the income statement. Under FAS No. 123R, stock-based compensation cost is measured at the grant date based on the estimated fair value of the award. The Black-Scholes model includes assumptions regarding dividend yields, expected volatility, expected lives and risk-free interest rates. These assumptions reflect the Company's best estimates, but these items involve inherent uncertainties based on market conditions generally outside of the control of the Company. As a result, if other assumptions had been used in the current period, stock-based compensation could have been materially impacted. Furthermore, if the Company uses different assumptions in future periods, share-based compensation expense could be materially impacted. The Company uses the modified prospective application method and did not restate prior years. Additional information on the accounting for stock-based compensation in accordance with FAS No. 123R is provided in Note 16.

69

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413739

Prior to the adoption of FAS No. 123R, the Company accounted for its stock-based compensation plans in accordance with APB No. 25 and related interpretations. Under APB No. 25, no compensation expense was recorded because the exercise price of employee stock options equaled the market price of the underlying stock on the date of grant. Under the provisions of APB No. 25, the Company was not required to recognize compensation expense for its Employee Stock Purchase Plan.

Under FAS No. 123, "Accounting for Stock-Based Compensation," as amended by FAS No. 148, compensation cost was measured at the grant date based on the estimated fair value of the award and was recognized as compensation expense over the vesting period. Had compensation cost for the Company's stock-based compensation plans been determined consistent with FAS No. 123 prior to the adoption of FAS No. 123R in 2006, the Company's full year net income and EPS would have been reduced to the following pro forma amounts (in thousands, except per share data):

|  | Dec. 25, 2005 | Dec. 26, 2004 |
|---|---|---|
| Net income, as reported | $534,689 | $555,536 |
| Less: Pro forma stock-based employee compensation expense, net of tax: | | |
| General options | (89,508) | (49,887) |
| Replacement options | (1,242) | (17,245) |
| Merit options | — | — |
| Employee Stock Purchase Plan ("ESPP") | (3,361) | (3,808) |
| Total | (94,111) | (70,940) |
| Pro forma net income | 440,578 | 484,596 |
| Preferred dividends, net of tax | (8,364) | (8,308) |
| Pro forma net income attributable to common shares | $432,214 | $476,288 |
| Weighted average common shares outstanding | 312,880 | 322,420 |
| Basic EPS: | | |
| As reported | $1.68 | $1.70 |
| Pro forma | $1.38 | $1.48 |
| Adjusted weighted average common shares outstanding | 315,338 | 327,237 |
| Diluted EPS: | | |
| As reported | $1.67 | $1.67 |
| Pro forma | $1.37 | $1.46 |

In determining the pro forma compensation cost under the fair value method of FAS No. 123, using the Black-Scholes option pricing model, the following weighted average assumptions were used for general awards and replacement options:

|  | 2005 | | 2004 | |
|---|---|---|---|---|
|  | General Awards | Replacement Options | General Awards | Replacement Options |
| Risk-free interest rate | 3.7% | 3.3% | 3.2% | 1.7% |
| Expected dividend yield | 1.8% | 1.8% | 1.0% | 1.0% |
| Expected stock price volatility | 28.1% | 22.8% | 31.1% | 25.4% |
| Expected life (in years) | 5 | 3 | 5 | 2 |
| Weighted average fair value | $10.49 | $6.96 | $15.45 | $7.46 |

On June 24, 2005, the Company accelerated the vesting of certain stock options granted on Feb. 11, 2003 and Feb. 10, 2004, totaling 2.4 million in each year. Unvested stock options awarded to the then current executive officers of the Company on these grant dates, which aggregated 0.8 million and 0.6 million, respectively, were not accelerated at that time. On Dec. 16, 2005, the Company accelerated the vesting of all stock options granted on Feb. 8, 2005, totaling 3.5 million. Also on Dec. 16, 2005, the Company accelerated the remaining unvested stock options granted to the then current executive officers of the Company on Feb. 11, 2003 and Feb. 10, 2004, totaling 0.4 million in both years. All other terms and conditions of the stock option grants remain unchanged. The impact of the June 2005 acceleration of vesting of the stock options granted on Feb. 11, 2003 and Feb. 10, 2004 was to increase pro forma stock-based employee compensation expense disclosed above by $62 million, or $38 million net of tax, for the first three quarters of 2005. The December 2005 acceleration of vesting of the stock options granted on Feb. 8, 2005 had no impact on the pro forma stock-based compensation expense disclosed above. The June and December 2005 accelerated vesting of these stock options increased the 2005 full year pro forma stock-based compensation by $82 million, or $50 million net of tax.

70

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413740

The accelerated vesting of these stock options was one of several actions taken by the Company in 2004 and 2005 to reduce the stock-based compensation expense that would have otherwise been recorded with the adoption of FAS No. 123R. The Company reduced the number of stock options granted in 2004 and 2005 by 45%. Also, beginning in 2004, option grants have 8-year terms, down from 10 years for grants in previous years, and do not have a replacement option feature.

**Income Taxes**—Provisions for federal and state income taxes are calculated on reported pretax earnings based on current tax laws and also include, in the current period, the cumulative effect of any changes in tax rates from those used previously in determining deferred tax assets and liabilities. Taxable income reported to the taxing jurisdictions in which the Company operates often differs from pretax earnings because some items of income and expense are recognized in different time periods for income tax purposes. The Company provides deferred taxes on these temporary differences in accordance with FAS No. 109, "Accounting for Income Taxes." Taxable income also may differ from pretax earnings due to statutory provisions under which specific revenues are exempt from taxation and specific expenses are not allowable as deductions. The Company establishes reserves for income tax when it is probable that one or more of the taxing authorities will challenge and disallow a position taken by the Company in its income tax returns and the resulting liability is estimable. The consolidated tax provision and related accruals include estimates of the potential taxes and related interest as deemed appropriate. These estimates are reevaluated and adjusted, if appropriate, on a quarterly basis. Although management believes its estimates and judgments are reasonable, the resolutions of the Company's tax issues are unpredictable and could result in tax liabilities that are significantly higher or lower than that which has been provided by the Company.

**Comprehensive Income**—Comprehensive income consists of net income and other gains and losses affecting shareholders' equity that, under accounting principles generally accepted in the United States of America, are excluded from net income. Other comprehensive income (loss) primarily includes gains and losses on marketable securities classified as available-for-sale, changes in minimum pension liabilities, and changes in unrecognized benefit cost gains and losses. The Company's comprehensive income (loss) is summarized in Note 17.

**New Accounting Standards**—In February 2006, the Financial Accounting Standards Board ("FASB") issued FAS No. 155, "Accounting for Certain Hybrid Financial Instruments," which allows the Company to elect to account for its PHONES obligation as a single financial instrument recorded at fair value each period. Changes in the fair value of the PHONES, as determined by the quoted market price, would be reflected in the Company's results of operations. The Company is currently evaluating whether it will elect to adopt FAS No. 155 or continue to account for the PHONES under the provisions of FAS No. 133. If the Company makes the election, the Company would be required to adopt FAS No. 155 in the first quarter of 2007.

In June 2006, the FASB issued Interpretation No. 48, "Accounting for Uncertainty in Income Taxes ("FIN 48"), which clarifies the accounting for uncertainty in income taxes. FIN 48 prescribes a recognition threshold and measurement attribute for the financial statement recognition and measurement of a tax position taken or expected to be taken in a tax return. FIN 48 requires that the Company recognize, in the financial statements, the impact of a tax position, if that position is more likely than not of being sustained on audit, based on the technical merits of the position. FIN 48 also provides guidance on derecognition, classification, interest and penalties, accounting in interim periods and disclosure. The provisions of FIN 48 are effective for fiscal years beginning after Dec. 15, 2006, with the cumulative effect of the change in accounting principle recorded as an adjustment to opening retained earnings. However, the Company does not expect the adoption of FIN 48 to have a material effect on the results of operations, financial position or cash flows.

In September 2006, the FASB issued FAS No. 157, "Fair Value Measurements," which defines fair value, establishes a framework for measuring fair value and expands disclosures about fair value measurements. The provisions of FAS No. 157 are effective for financial statements issued for fiscal years beginning after Nov. 15, 2007 and interim periods beginning within these fiscal years. The Company is currently evaluating the impact of adopting FAS No. 157 on its consolidated financial statements.

**Earnings Per Share ("EPS")**—Basic EPS is computed by dividing net income attributable to common shares by the weighted average number of common shares outstanding during the period. The Company's stock options and convertible securities are included in the calculation of diluted EPS unless their effects are anti-dilutive. In all of the diluted EPS calculations presented below, weighted average shares outstanding were adjusted for the dilutive effect of stock-based compensation awards. All the Series C, D-1 and D-2 preferred shares were issued to and held by TMCT, LLC and TMCT II, LLC. In connection with a restructuring of these limited liability companies, all of these preferred shares were distributed to the Company on Sept. 22, 2006. As a result, the Company has no preferred shares outstanding effective as of Sept. 22, 2006. In the 2006 calculation of diluted EPS, 34.0 million of the Company's outstanding options were not reflected because their

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413741

effects were antidilutive. In the 2005 and 2004 calculations of diluted EPS, 2.9 million and 2.3 million shares, respectively, of the Company's Series C, D-1 and D-2 convertible preferred stocks, and 35.5 million and 10.6 million shares, respectively, of the Company's outstanding options were not reflected because their effects were antidilutive.

The computations of basic and diluted EPS were as follows (in thousands, except per share data):

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| **Basic EPS** | | | |
| Income from continuing operations before cumulative effect of change in accounting principle | $660,853 | $522,789 | $554,376 |
| Income (loss) from discontinued operations, net of tax | (66,858) | 11,900 | 18,948 |
| Cumulative effect of change in accounting principle, net of tax | — | — | (17,788) |
| Net income | $593,995 | $534,689 | $555,536 |
| Preferred dividends, net of tax | (6,309) | (8,364) | (8,308) |
| Net income attributable to common shares | $587,686 | $526,325 | $547,228 |
| Weighted average common shares outstanding | 272,672 | 312,880 | 322,420 |
| Basic EPS: | | | |
| Continuing operations before cumulative effect of change in accounting principle | $2.40 | $1.64 | $1.69 |
| Discontinued operations | (0.25) | .04 | .06 |
| Cumulative effect of change in accounting principle, net of tax | — | — | (.05) |
| Net income | $2.16 | $1.68 | $1.70 |
| | | | |
| **Diluted EPS** | | | |
| Income from continuing operations before cumulative effect of change in accounting principle | $660,853 | $522,789 | $554,376 |
| Income (loss) from discontinued operations, net of tax | (66,858) | 11,900 | 18,948 |
| Cumulative effect of change in accounting principle, net of tax | — | — | (17,788) |
| Net income | $593,995 | $534,689 | $555,536 |
| Dividends on Series C, D-1 and D-2 preferred stock | (6,309) | (8,364) | (8,308) |
| Adjusted net income | $587,686 | $526,325 | $547,228 |
| Weighted average common shares outstanding | 272,672 | 312,880 | 322,420 |
| Adjustment for stock-based awards, net | 1,739 | 2,458 | 4,817 |
| Adjusted weighted average common shares outstanding | 274,411 | 315,338 | 327,237 |
| Diluted EPS: | | | |
| Continuing operations before cumulative effect of change in accounting principle | $2.39 | $1.63 | $1.67 |
| Discontinued operations | (0.24) | .04 | .06 |
| Cumulative effect of change in accounting principle, net of tax | — | — | (.05) |
| Net income | $2.14 | $1.67 | $1.67 |

## NOTE 2: CHANGES IN OPERATIONS AND NON-OPERATING ITEMS

**Acquisitions**—The Company had no significant acquisitions in 2006, 2005 and 2004. The results of the acquired companies are included in the consolidated statements of income since their respective dates of acquisition. None of these acquisitions were material in relation to the Company's consolidated financial statements.

**Supplemental Cash Flow Information**—Information for acquisitions made in 2006, 2005 and 2004 is summarized in the table below (in thousands):

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Fair value of assets acquired(1) | $48,144 | $4,207 | $854 |
| Liabilities assumed | — | — | (303) |
| Net cash paid | $48,144 | $4,207 | $551 |

(1) Includes intangible assets, net of acquisition-related deferred taxes.

72

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413742

Cash paid for interest and income taxes in 2006, 2005 and 2004 is summarized below (in thousands):

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Interest | $238,894 | $134,955 | $138,392 |
| Income taxes(1) | $406,974 | $1,157,243 | $286,129 |

(1) In 2005, the Company paid $880 million to the Internal Revenue Service, representing the federal tax and interest owed on the Matthew Bender and Mosby transactions (see Note 13).

## Consolidation of *Los Angeles Times'* Production Operations

In December 2005, the *Los Angeles Times* announced it would close its San Fernando Valley printing facility in January 2006 and consolidate production at its remaining three facilities in Los Angeles, Costa Mesa, and Irwindale, California. The closing of the printing facility resulted in the elimination of approximately 120 positions from across the *Los Angeles Times'* production facilities.

As a result of the facility closing, the Company reclassified the San Fernando Valley printing facility land and building as held for sale at Dec 25, 2005. The Company recorded a $2 million pretax charge in the fourth quarter of 2005 to reduce the carrying value of the San Fernando Valley printing facility's land and building to $24 million, the estimated fair value of the assets less costs to sell the assets. On Oct. 30, 2006 the Company sold the San Fernando Valley land and building for net proceeds of approximately $24 million.

The Company evaluated the machinery and equipment at the San Fernando Valley printing facility and determined that press and other related equipment with a net book value of $16 million would be abandoned. Therefore, the Company reduced its estimate of the useful life of the press and other related equipment and recorded accelerated depreciation of $16 million in the fourth quarter of 2005. The Company has idled the remaining San Fernando Valley machinery and equipment, which had a net book value of $26 million at Dec. 31, 2006 and $34 million at Dec. 25, 2005. The Company is continuing to depreciate the remaining idled equipment. In the fourth quarter of 2006, the Company disposed of and wrote off $4 million of the idled equipment that had previously been designated for redeployment at Dec. 25, 2005. The Company is currently evaluating alternative uses of this equipment.

The Company recorded a pretax charge in the fourth quarter of 2005 of $22 million, excluding severance related costs, as a result of its decision to close the San Fernando Valley printing facility. A summary of the significant components of the $22 million pretax charge recorded in the fourth quarter of 2005 is as follows (in thousands):

| | |
|---|---|
| Accelerated depreciation on machinery and equipment | $16,109 |
| Impairment of assets held for sale | 2,127 |
| Other | 3,992 |
| Total | $22,228 |

## Employee Reductions

The Company reduced its staff by approximately 600 positions in 2006 and recorded a pretax charge of $x million, primarily at publishing. As of Dec. 31, 2006, $x million had been paid and an accrual of $xx million remained. The Company reduced its staff by approximately 900 positions in 2005 and recorded a pretax charge of $45 million ($43 million at publishing, $1 million at broadcasting and entertainment and $1 million at corporate). The eliminations in 2005 included 120 positions as a result of closing the *Los Angeles Times'* San Fernando Valley printing facility, as discussed above. The Company recorded a pretax charge of $41 million in 2004 related to the elimination of approximately 600 positions in its publishing segment.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413743

**Non-Operating Items**—Fiscal years 2006, 2005 and 2004 included several non-operating items.

Non-operating items for 2006 are summarized as follows (in thousands):

|  | Proceeds | Pretax Gain (Loss) | After-tax Gain (Loss) |
|---|---|---|---|
| Gain on change in fair values of derivatives and related investments | $— | $11,088 | $6,764 |
| Gain on TMCT transactions | — | 59,596 | 47,988 |
| Gain on sales of investments, net | 82,903 | 36,732 | 22,339 |
| Other, net | — | (4,447) | (1,044) |
| Income tax adjustments | — | — | 33,563 |
| Total non-operating items | $82,903 | $102,969 | $109,610 |

In 2006, the change in the fair values of derivatives and related investments pertained entirely to the Company's PHONES and related Time Warner investment. The $11 million non-cash pretax gain resulted from a $67 million increase in the fair value of 16 million shares of Time Warner common stock, which was partially offset by a $56 million increase in the fair value of the derivative component of the Company's PHONES.

In 2006, the Company recorded a one-time gain of $48 million, net of tax, as a result of transactions related to its investments in TMCT, LLC and TMCT II, LLC (see Note 7). In addition, the Company sold 2.8 million shares of Time Warner common stock unrelated to the PHONES for net proceeds of $46 million and recorded a pretax gain on sale of $19 million and sold its investment in BrassRing for a gain of $17 million.

In 2006, the Company recorded a favorable $34 million income tax expense adjustment, most of which related to the Company's PHONES as a result of reaching an agreement with the Internal Revenue Service appeals office pertaining to the deduction of interest on the PHONES.

Non-operating items for 2005 are summarized as follows (in thousands):

|  | Proceeds | Pretax Gain | After-tax Gain (Loss) |
|---|---|---|---|
| Gain on change in fair values of derivatives and related investments | $— | $62,184 | $37,932 |
| Gain on sales of investments, net | 17,368 | 6,780 | 4,136 |
| Other, net | 5,166 | 897 | 547 |
| Income tax adjustments | — | — | (138,664) |
| Total non-operating items | $22,534 | $69,861 | $(96,049) |

In 2005, the change in the fair values of derivatives and related investments pertained entirely to the Company's PHONES and related Time Warner investment. The $62 million non-cash pretax gain resulted from an $85 million decrease in the fair value of the derivative component of the Company's PHONES, which was partially offset by a $23 million decrease in the fair value of 16 million shares of Time Warner common stock.

As a result of the United States Tax Court opinion issued on Sept. 27, 2005 related to the Matthew Bender tax dispute, the Company recorded additional income tax expense of $150 million in the third quarter of 2005 (see Note 13). In the first quarter of 2005, the Company reduced its income tax expense and liabilities by a total of $12 million as a result of favorably resolving certain other federal income tax issues.

Non-operating items for 2004 are summarized as follows (in thousands):

|  | Proceeds | Pretax Gain (Loss) | After-tax Gain (Loss) |
|---|---|---|---|
| Loss on change in fair values of derivatives and related investments | $— | $(18,497) | $(11,283) |
| Loss on early debt retirement | — | (140,506) | (87,549) |
| Gain on sales of investments, net | 23,973 | 20,347 | 12,412 |
| Loss on investment write-downs and other, net | 16,259 | (6,388) | (3,897) |
| Total non-operating items | $40,232 | $(145,044) | $(90,317) |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413744

In 2004, the change in the fair values of derivatives and related investments pertained entirely to the Company's PHONES and related Time Warner investment. The $18 million non-cash pretax loss resulted from a $39 million increase in the fair value of the derivative component of the Company's PHONES, which was partially offset by a $21 million increase in the fair value of 16 million shares of Time Warner common stock.

In 2004, the Company redeemed all of its outstanding $400 million ($396 million net of unamortized discount) 7.45% debentures due 2009 and retired $66 million ($64 million net of unamortized discount) of its 7.25% debentures due 2013 and $165 million ($160 million net of unamortized discount) of its 6.61% debentures due 2027 through cash tender offers. The Company paid approximately $760 million to retire this debt and, as a result, recorded a one-time, pretax loss of $141 million in 2004. The Company funded these transactions with cash and the issuance of commercial paper.

In 2004, the gain on sales of investments related primarily to the sale of the Company's 50% interest in *La Opinión* for $20 million, resulting in a pretax gain of $18 million.

## NOTE 3: DISCONTINUED OPERATIONS AND ASSETS HELD FOR SALE

**Sales of WATL-TV, Atlanta, WCWN-TV, Albany and WLVI-TV, Boston** – On June 5, 2006, the Company announced the sale of WATL-TV, Atlanta to Gannett Co., Inc. for $180 million. The sale closed on Aug. 7, 2006. On June 19, 2006, the Company announced the sale of WCWN-TV, Albany to Freedom Communications, Inc. for $17 million. The sale closed on Dec. 6, 2006. On Sept. 14, 2006, the Company announced the sale of WLVI-TV, Boston, to Sunbeam Television Corp. for $113.7 million. The sale closed on Dec. 19, 2006.

These businesses were considered components of the Company's broadcasting and entertainment segment as their operations and cash flows could be clearly distinguished, operationally and for financial reporting purposes, from the rest of the Company. The operations and cash flows of these businesses have been eliminated from the ongoing operations of the Company as a result of the sales, and the Company will not have any significant continuing involvement in their operations. Accordingly, the results of operations of each of these businesses are now reported as discontinued operations in the consolidated statements of income. Prior year consolidated statements of income have been restated to conform to the current year presentation of discontinued operations.

In conjunction with the sales of WATL-TV, Atlanta and WCWN-TV, Albany, the Company recorded in the second quarter of 2006 a pretax loss totaling $90 million, including $80 million of allocated television group goodwill, to write down the net assets of the stations to estimated fair value, less costs to sell. The Company subsequently reduced the pretax loss on sale of the Atlanta and Albany stations during the third quarter of 2006 by $1 million. In addition, the Company recorded in the fourth quarter of 2006 a pretax gain of $41 million, including $45 million of allocated television group goodwill, for the sale of the Boston station. In accordance with FAS No. 142, "Goodwill and Other Intangible Assets" ("FAS No. 142"), the Company aggregates all of its television stations into one reporting unit for goodwill accounting purposes. Although less than $0.1 million of goodwill was recorded when the Atlanta and Boston stations were acquired and only $0.3 million of goodwill was recorded for the Albany station acquisition, FAS No. 142 requires the Company to allocate a portion of its total television group goodwill to stations that are to be sold based on the fair value of the stations, relative to the fair value of the Company's remaining stations. The net pretax loss on sale of the three stations sold during 2006 was $48 million, including $125 million of allocated television group goodwill.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413745

Selected financial information related to discontinued operations is summarized as follows (in thousands, except per share data):

| | Dec. 31, 2006 | Fiscal Years Ended Dec. 25, 2005 | Dec. 26, 2004 |
|---|---|---|---|
| Operating revenues | $ 64,870 | $ 84,334 | $ 94,816 |
| Operating profit(1) | $ 2,300 | $ 19,632 | $ 31,011 |
| Loss on sales of discontinued operations | (48,238) | - | - |
| Income (loss) from discontinued operations before income taxes | (45,938) | 19,632 | 31,011 |
| Income taxes (2) | (20,920) | (7,732) | (12,063) |
| Income (loss) from discontinued operations, net of tax | $ (66,858) | $ 11,900 | $ 18,948 |
| Income (loss) from discontinued operations per share: | | | |
| Basic | $ (.25) | $ .04 | $ .06 |
| Diluted | $ (.24) | $ .04 | $ .05 |

(1) Operating profit for 2006 included $6 million of severance and related charges incurred as a result of the sales of the three television stations.

(2) Income taxes for 2006 included a tax benefit of $12 million related to the $89 million pretax loss on sales of the Atlanta and Albany stations. The $12 million tax benefit was only 13.5% of the pretax loss because most of the $80 million goodwill allocation, which is included in the loss, is not deductible for income tax purposes. Income taxes for 2006 also included a tax expense of $32 million related to the $41 million pretax gain on sale of the Boston station. Similar to the sales of the Atlanta and Albany stations, the $32 million tax expense was 78% of the pretax gain because most of the $45 million goodwill allocation in the sale of the Boston station is not deductible for income tax purposes.

**Consolidation of *Los Angeles Times*' Production Operations** – In January 2006, the *Los Angeles Times* closed its San Fernando Valley printing facility and consolidated production at its remaining three facilities in Los Angeles, Costa Mesa and Irwindale, California. The closing of the printing facility resulted in the elimination of approximately 120 positions from across the *Los Angeles Times'* production facilities.

As a result of the facility closing, the Company reclassified the San Fernando Valley printing facility land and building as held for sale at Dec. 25, 2005. The $24 million carrying value of the San Fernando Valley printing facility's land and building reflected the estimated fair value of the assets, less costs to sell, and was included in non-current assets held for sale at Dec. 25, 2005. On Oct. 30, 2006, the Company sold the San Fernando Valley land and building for net proceeds of approximately $24 million.

The Company evaluated the machinery and equipment at the San Fernando Valley printing facility and determined that press and other related equipment with a net book value of $16 million would be abandoned. Therefore, the Company reduced its estimate of the useful life of the press and other related equipment and recorded accelerated depreciation of $16 million in the fourth quarter of 2005. The Company has idled the remaining San Fernando Valley machinery and equipment, which had a net book value of $26 million at Dec. 31, 2006 and $34 million at Dec. 25, 2005. In the fourth quarter of 2006, the Company disposed of and wrote off $4 million of the idled equipment that had previously been designated for redeployment at Dec. 25, 2005. The Company is continuing to depreciate the remaining idled equipment. The Company is currently evaluating alternative uses of this equipment.

**Other Assets Held for Sale** – In December 2006, the Company entered into a non-binding agreement to sell the land and building of one of its printing facilities. Accordingly, the $5 million carrying value of the land and building of this facility are included in non-current assets held for sale at Dec. 31, 2006. The Company expects to complete this sale sometime during the third quarter of 2007.

In February 2007, the Company sold portfolio of patents and related intellectual property related to its Tribune Media Services Interactive Program Guide and Interactive Television (collectively "IPG intellectual property").

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413746

Accordingly, the $4 million carrying value of the intangible assets related to the IPG intellectual property are included in non-current assets held for sale at Dec. 31, 2006. The Company received net proceeds of approximately $10 million and will record a pretax gain on sale of $6 million in the first quarter of 2007.

## NOTE 4: *NEWSDAY* AND *HOY,* NEW YORK CHARGE

In February 2004, a purported class action lawsuit was filed in New York Federal Court by certain advertisers of *Newsday* and *Hoy,* New York, alleging that they were overcharged for advertising as a result of inflated circulation numbers at these two publications. The purported class action also alleges that entities that paid a *Newsday* subsidiary to deliver advertising flyers were overcharged. In July 2004, another lawsuit was filed in New York Federal Court by certain advertisers of *Newsday* alleging damages resulting from inflated *Newsday* circulation numbers as well as federal and state antitrust violations. The Company is vigorously defending these suits.

On June 17, 2004, the Company publicly disclosed that it would reduce its reported circulation for both *Newsday* and *Hoy,* New York for the 12-month period ending Sept. 30, 2003 and the six-month period ending March 31, 2004. The circulation adjustments were the result of a review of reported circulation at *Newsday* and *Hoy,* New York, conducted by the Company's internal audit staff and the Audit Bureau of Circulations ("ABC"). Subsequent to the June 17th disclosure, the Company continued its internal review and found additional misstatements for these time periods, as well as misstatements that impacted the 12-month period ending Sept. 30, 2002. On Sept. 10, 2004, the Company announced additional revisions to the circulation figures for *Newsday* and *Hoy,* New York, for the 12-month period ending Sept. 30, 2003 and the six-month period ending March 31, 2004.

As a result of misstatements of reported circulation at *Newsday* and *Hoy,* New York, the Company recorded a pretax charge of $90 million in 2004 as its estimate of the probable cost to settle with advertisers. The Company will continue to evaluate the adequacy of this charge on an ongoing basis.

A summary of the activity with respect to the *Newsday* and *Hoy,* New York, advertiser settlement accrual is as follows (in millions):

| | |
|---|---:|
| Advertiser settlement accrual balance at Dec. 26, 2004 | $49 |
| 2005 payments | (34) |
| Advertiser settlement accrual balance at Dec. 25, 2005 | 15 |
| 2006 payments | (8) |
| Advertiser settlement accrual balance at Dec. 31, 2006 | $7 |

In addition to the advertiser lawsuits, several class action and shareholder derivative suits were filed against the Company and certain of its current and former directors and officers as a result of the circulation misstatements at *Newsday* and *Hoy,* New York. These suits alleged breaches of fiduciary duties and other managerial and director failings under Delaware Law, the federal securities laws and ERISA. The consolidated shareholder derivative suit filed in Illinois state court in Chicago was dismissed with prejudice on March 10, 2006, and the dismissal is currently being appealed to the Illinois State Court of Appeals. The consolidated securities class action lawsuit and the consolidated ERISA class action lawsuit filed in Federal District Court in Chicago were both dismissed with prejudice on Sept. 29, 2006, and the dismissals are currently being appealed to the United States Court of Appeals for the Seventh Circuit. The Company believes these suits are without merit and will continue to vigorously defend them.

On May 30, 2006, the Securities and Exchange Commission ("SEC") concluded its inquiry into circulation practices at *Newsday* and *Hoy,* New York. In closing its inquiry, the SEC ordered the Company to cease and desist from violating statutory provisions related to its record keeping and reporting. No fines or other sanctions were levied against the Company. The Company consented to the order without admitting or denying any of the Commission's findings. The SEC acknowledged the prompt internal investigation and remedial acts undertaken by the Company and the cooperation the Company afforded the Commission's staff throughout its investigation.

The United States Attorney for the Eastern District of New York and the Nassau County District Attorney are continuing their inquiries into the circulation practices at *Newsday* and *Hoy,* New York. To date, nine former employees and contractors of *Newsday* and *Hoy,* New York, have pleaded guilty to various criminal charges in connection with the fraudulent circulation practices uncovered by the Company. The Company is cooperating fully with these inquiries. At the date of this report, the Company cannot predict with certainty the outcome of these inquiries

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413747

## NOTE 5: INVENTORIES

Inventories consisted of the following (in thousands):

|  | Dec. 31, 2006 | Dec. 25, 2005 |
|---|---|---|
| Newsprint | $28,629 | $32,672 |
| Supplies and other | 12,333 | 11,431 |
| Total inventories | $40,962 | $44,103 |

Newsprint inventories valued under the LIFO method were less than current cost by approximately $15 million at Dec. 31, 2006 and $14 million at Dec. 25, 2005.

## NOTE 6: GOODWILL AND OTHER INTANGIBLE ASSETS

Goodwill and other intangible assets at Dec. 31, 2006 and Dec. 25, 2005 consisted of the following (in thousands):

|  | Dec. 31, 2006 | | | Dec. 25, 2005 | | |
|---|---|---|---|---|---|---|
|  | Gross Amount | Accumulated Amortization | Net Amount | Gross Amount | Accumulated Amortization | Net Amount |
| **Intangible assets subject to amortization** |  |  |  |  |  |  |
| Subscribers (useful life of 15 to 20 years) | $190,660 | $(72,126) | $118,534 | $190,657 | $(62,110) | $128,547 |
| Network affiliation agreements (useful life of 40 years)(1) | 278,034 | (22,614) | 255,420 | 290,320 | (16,330) | 273,990 |
| Other (useful life of 3 to 40 years) | 25,128 | (8,717) | 16,411 | 23,482 | (6,696) | 16,786 |
| Total | $493,822 | $(103,457) | $390,365 | $504,459 | $(85,136) | 419,323 |
| **Goodwill and other intangible assets not subject to amortization** |  |  |  |  |  |  |
| Goodwill |  |  |  |  |  |  |
| Publishing |  |  | 4,395,967 |  |  | 4,380,483 |
| Broadcasting and entertainment |  |  | 1,441,241 |  |  | 1,566,659 |
| Total goodwill |  |  | 5,837,208 |  |  | 5,947,142 |
| Newspaper mastheads |  |  | 1,575,814 |  |  | 1,575,814 |
| FCC licenses |  |  | 871,946 |  |  | 1,084,654 |
| Tradename |  |  | 7,932 |  |  | 7,932 |
| Total |  |  | 8,292,900 |  |  | 8,615,542 |
| Total goodwill and other intangible assets |  |  | $8,683,265 |  |  | $9,034,865 |

(1) Network affiliation agreements, net of accumulated amortization, include $179 million related to Fox affiliations, $74 million related to CW affiliations and $2 million related to MyNetworkTV as of Dec 31, 2006.

The changes in the carrying amount of intangibles and goodwill during the years ended Dec. 31, 2006 and Dec. 25, 2005 were as follows (in thousands):

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413748

| | Publishing | Broadcasting and Entertainment | Total |
|---|---|---|---|
| **Intangible assets subject to amortization** | | | |
| Balance as of Dec. 26, 2004 ............................................. | $ 92,215 | $ 346,064 | $ 438,279 |
| Amortization expense ....................................................... | (7,231) | (11,964) | (19,195) |
| Amortizable intangibles acquired during year ..................... | 239 | — | 239 |
| Balance as of Dec. 25, 2005 ............................................. | $ 85,223 | $ 334,100 | $ 419,323 |
| Amortization expense ....................................................... | (8,258) | (11,555) | (19,813) |
| Reclass of assets held for sale, net (IPG intellectual property)..... | — | (4,002) | (4,002) |
| Amortizable intangibles acquired during year ..................... | 6,452 | — | 6,452 |
| Reclass of Discontinued Operations (WATL, WLVI, WCWN)....... | — | (11,595) | (11,595) |
| Balance as of Dec. 31, 2006 ............................................. | $ 83,417 | $ 306,948 | $ 390,365 |
| **Goodwill** | | | |
| Balance as of Dec. 26, 2004 ............................................. | $3,920,720 | $1,566,659 | $5,487,379 |
| Goodwill acquired during year .......................................... | 4,147 | — | 4,147 |
| Adjustment for tax resolutions(1) ....................................... | (3,500) | — | (3,500) |
| Adjustment related to Matthew Bender and Mosby Tax Liability (see Note 13)........................................................................ | 459,116 | — | 459,116 |
| Balance as of Dec. 25, 2005 ............................................. | $4,380,483 | $1,566,659 | $5,947,142 |
| Goodwill acquired during year .......................................... | 45,477 | — | 45,477 |
| Reclass of Discontinued Operations (WATL, WLVI, WCWN)....... | — | (345) | (345) |
| Television Group goodwill allocation ................................. | — | (125,073) | (125,073) |
| Write-off of Newscom goodwill......................................... | (1,962) | — | (1,962) |
| Settlement of pre-acquisition tax reserves(1)....................... | (28,186) | — | (28,186) |
| Other............................................................................... | 155 | — | 155 |
| Balance as of Dec. 31, 2006 ............................................. | $4,395,967 | $1,441,241 | $5,837,208 |
| **Other intangible assets not subject to amortization** | | | |
| Balance as of Dec. 25, 2005 and Dec. 26, 2004 ................... | $1,583,746 | $1,084,654 | $2,668,400 |
| Reclass of Discontinued Operations (WATL, WLVI, WCWN)....... | — | (212,708) | (212,708) |
| Balance as of Dec. 31, 2006 ............................................. | $1,583,746 | $871,946 | $2,455,692 |
| Total goodwill and other intangibles as of Dec. 31, 2006 ........... | $6,063,130 | $2,620,135 | $8,683,265 |

(1) Adjustment for the resolution of uncertain income tax positions related to the Times Mirror Company acquisition.

Estimated annual amortization expense will be approximately $20 million for each of the next five years, excluding the effects of any acquisitions or dispositions subsequent to Dec. 31, 2006.

**NOTE 7: TMCT and TMCT II**

As a result of the Company's acquisition of The Times Mirror Company ("Times Mirror") in 2000, the Company holds investment interests in TMCT, LLC ("TMCT") and TMCT II, LLC ("TMCT II"). TMCT and TMCT II were formed in 1997 and 1999, respectively, as a result of transactions involving agreements between Times Mirror and its largest shareholders, Chandler Trust No. 1 and Chandler Trust No. 2 (collectively, the "Chandler Trusts"). The Times Mirror acquisition resulted in the Chandler Trusts becoming significant shareholders of the Company. The TMCT and TMCT II LLC agreements have no specific term, and the dissolution, determination of liquidation values and distribution of assets require the mutual consent of the Company and the Chandler Trusts.

The collective assets of TMCT and TMCT II as of Dec. 25, 2005 included approximately 52 million shares of the Company's common stock and 1.1 million shares of the Company's preferred stock, representing all of the Company's issued Series C, D-1 and D-2 preferred stock. The TMCT and TMCT II assets also include a variety of fixed income and equity investments. In addition, TMCT owns eight real properties that are leased to the Company. Additional financial information pertaining to TMCT and TMCT II is provided below.

**TMCT Transactions**—On Sept. 21, 2006, the Company and the Chandler Trusts entered into agreements to restructure TMCT and TMCT II. Under the terms of the agreements, the Company received on Sept. 22, 2006, a total of 38.9 million

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413749

shares of the Company's common stock and all 1.1 million shares of the Company's preferred stock held collectively by TMCT and TMCT II. As a result, the Company's interests in each of TMCT and TMCT II were reduced to approximately five %. The Sept. 21, 2006 agreements also provided for certain put and call options, which are exercisable at fair market value beginning in September 2007, relating to the Company's remaining ownership interests in TMCT and TMCT II. Following the distribution by TMCT and TMCT II, the Company in the third quarter of 2006 recorded a one-time, non-operating gain of $48 million, net of tax; increased its common treasury stock by $161 million and its preferred treasury stock by $107 million; and reduced its combined investment in TMCT and TMCT II by $195 million.

On Oct. 20, 2006, the remaining 12.4 million shares of the Company's common stock held by TMCT and TMCT II were distributed to the Company and the Chandler Trusts in accordance with their respective ownership interests. The Company received 0.6 million shares and the Chandler Trusts received 11.8 million shares.

The Company and the Chandler Trusts share in the cash flows of the various assets held by TMCT and TMCT II. Prior to the Sept. 22, 2006 transactions, the cash flows from the Tribune common and preferred shares held by TMCT and TMCT II were largely allocated to the Company, while the cash flows from the other assets were largely allocated to the Chandler Trusts. As a result, the Company included in treasury stock 80% of the Tribune common and preferred shares held by TMCT and TMCT II. In addition, 80% of the dividends on the preferred and common shares held by TMCT and TMCT II were effectively eliminated. Following the Sept. 22, 2006 transactions and until the Oct. 20, 2006 distribution, the Company included in treasury stock approximately 5% of the Tribune common shares held by TMCT and TMCT II. As a result of the transactions, the Company no longer has any shares of its Series C, D-1 and D-2 preferred stock outstanding, and the Company's common shares outstanding increased by 1.6 million.

**TMCT**—At Dec. 31, 2006 and Dec. 25, 2005, the assets of TMCT included eight real properties ("Real Properties") leased to the Company and a portfolio of fixed income and equity investments ("TMCT Portfolio"). The TMCT assets at Dec. 25, 2005 also included 13 million shares of the Company's common stock and 442,596 shares of the Company's Series C preferred stock (collectively, "TMCT Shares"). As discussed above, all of the TMCT Shares were distributed to the Company and the Chandler Trusts in 2006. TMCT has no outstanding debt. The estimated fair market values of the TMCT Shares and TMCT Portfolio at Dec. 31, 2006 and Dec. 25, 2005 are shown in the table below (in thousands):

|  | TMCT Asset Information (unaudited) | |
|---|---|---|
|  | Dec. 31, 2006 | Dec. 25, 2005 |
| TMCT Shares | $    - | $602,900 |
| TMCT Portfolio | $265,200 | $260,800 |

The Company accounts for the Real Properties lease as a property financing obligation in its consolidated balance sheet. Under the terms of the original lease agreement, the Company had the option to purchase all of the Real Properties for their fair market value on Aug. 8, 2009, the end of the current lease term. In connection with the TMCT restructuring discussed above, the Company and TMCT amended the lease agreement on Sept. 22, 2006. Under the terms of the amended lease, the Company was granted an accelerated option to acquire the eight properties during the month of January 2008 for $175 million. The Company was also granted an option to acquire the leased properties from Feb. 8, 2008 to three months prior to the expiration of the amended lease at the higher of fair market value or $195 million. If the Company does not elect to purchase the Real Properties, the Company may elect to extend the lease for two additional 12-year lease terms, with fair market value purchase options at the end of each term. The Sept. 22, 2006 lease amendment extended the properties' current fixed rental rate through the first additional 12-year lease term. A fair market rental rate would be payable during the second additional 12-year lease term.

80

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413750

Summarized income and expense information for TMCT is shown in the following table for the years ended Dec. 31, 2006, Dec. 25, 2005 and Dec. 26, 2004 (in thousands):

| | TMCT Income and Expense Information (unaudited) | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| TMCT Shares dividend income | $20,030 | $26,706 | $23,705 |
| Real Properties lease income | 24,166 | 24,166 | 24,166 |
| TMCT Portfolio interest and dividend income | 12,043 | 9,508 | 9,949 |
| TMCT Portfolio net realized gains | 3,956 | 835 | 2,670 |
| Total | $60,195 | $61,215 | $60,490 |
| TMCT operating expenses | $(9,629) | $(9,301) | $(9,983) |

The Company accounts for its investment in the TMCT Portfolio under the equity method. The Company's investment in TMCT totaled $24 million, $83 million and $82 million at Dec. 31, 2006, Dec. 25, 2005 and Dec. 26, 2004, respectively. In 2006, 2005 and 2004, the Company recognized equity income of $2 million in each year related to the TMCT Portfolio. During 2006, 2005 and 2004, the Company recorded net realized gains on the TMCT Portfolio of $5 million, $1 million and $4 million, respectively. The net realized gains were recorded as non-operating items in each year.

**TMCT II**—At Dec. 31, 2006 and Dec. 25, 2005, the assets of TMCT II included a portfolio of fixed income investments that were funded with the proceeds from the redemption of six unrelated real estate investment trust interests in 2004 and two in 2005 ("REIT Portfolio"); a portfolio of fixed income and equity investments ("TMCT II Portfolio"); and a portfolio of venture capital and private equity investments ("Venture Capital Portfolio"). The TMCT II assets at Dec. 25, 2005 also included 39 million shares of the Company's common stock, 380,972 shares of the Company's Series D-1 preferred stock and 245,100 shares of the Company's Series D-2 preferred stock (collectively, "TMCT II Shares"). As discussed above, all of the TMCT II Shares were distributed to the Company and the Chandler Trusts in 2006. TMCT II has no outstanding debt. The estimated fair market values of the TMCT II assets at Dec. 31, 2006 and Dec. 25, 2005 are shown in the table below (in thousands):

| | TMCT II Asset Information (unaudited) | |
|---|---|---|
| | Dec. 31, 2006 | Dec. 25, 2005 |
| TMCT II Shares | $ — | $1,498,800 |
| REIT Portfolio | 591,900 | 593,300 |
| TMCT II Portfolio | 114,600 | 112,300 |
| Venture Capital Portfolio | 222,500 | 260,400 |

Summarized income and expense information for TMCT II is shown in the following table for the years ended Dec. 31, 2006, Dec. 25, 2005 and Dec. 26, 2004 (in thousands):

| | TMCT II Income and Expense Information (unaudited) | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| TMCT II Shares dividend income | $37,204 | $48,853 | $38,809 |
| REIT Portfolio income | 37,409 | 38,417 | 51,520 |
| TMCT II Portfolio and Venture Capital Portfolio interest and dividend income | 8,907 | 8,244 | 5,126 |
| TMCT II Portfolio, Venture Capital Portfolio and REIT Portfolio net losses | (7,902) | (778) | (21,192) |
| Total | $75,618 | $94,736 | $74,263 |
| TMCT II operating expenses | $(9,897) | $(11,319) | $(10,286) |

The Company accounts for its investments in the REIT Portfolio, the TMCT II Portfolio and the Venture Capital Portfolio under the equity method. The Company's investment in TMCT II totaled $42 million at Dec. 31, 2006, $196 million at Dec. 25, 2005 and $198 million at Dec. 26, 2004. The Company recognized equity income related to the REIT Portfolio, TMCT II Portfolio and Venture Capital Portfolio investments of $6 million in 2006, $8 million in 2005 and $9 million in 2004. During 2006, 2005 and 2004, the Company recorded net losses of $20 million, $3 million and $4 million, respectively, related to net realized losses and the write-downs of certain investments in the Venture Capital Portfolio. The net losses were recorded as non-operating items in each year.

81

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413751

<u>NOTE 8: INVESTMENTS</u>

Investments consisted of the following (in thousands):

|  | Dec. 31, 2006 | Dec. 25, 2005 |
|---|---|---|
| Time Warner stock related to PHONES debt | $348,480 | $282,880 |
| Other cost method investments | 14,150 | 59,355 |
| Equity investments in TMCT and TMCT II(1) | 66,016 | 279,766 |
| Other equity method investments | 484,584 | 293,542 |
| Total investments | $913,230 | $915,543 |

(1)  See Note 7 for further discussion.

Cost method investments in public companies and debt securities were recorded at fair value in the consolidated balance sheets. At Dec. 31, 2006, the Company's cost method investments included public companies, mainly Time Warner, and private companies. In the third quarter of 2006, the Company sold 2.8 million shares of Time Warner common stock unrelated to the PHONES for net proceeds of $46 million and recorded a pretax gain on sale of $19 million. The investment in Time Warner at Dec. 31, 2006 consisted of 16 million shares, mostly related to the PHONES (see Notes 1 and 9).

The Company's equity method investments at Dec. 31, 2006 included the following private companies:

| Company | % Owned |
|---|---|
| CareerBuilder | 43% |
| California Independent Postal Systems | 50% |
| Classified Ventures | 28% |
| Comcast Sports Network | 25% |
| Consumer Networks | 17% |
| ShopLocal, LLC | 43% |
| Legacy.com | 40% |
| TMCT Portfolio(1) | 5% |
| TMCT II Portfolio(1) | 5% |
| Topix, LLC | 34% |
| TV Food Network | 31% |

(1)  See Note 7 for further discussion.

The Company does not guarantee any indebtedness for any of its investees. In the third quarter of 2006, the Company recorded a one-time gain of $48 million, net of tax, as a result of transactions related to its investments in TMCT, LLC and TMCT II, LLC (see Note 7). In the fourth quarter of 2006, the Company sold its 27% interest in BrassRing resulting in a pretax gain of $17 million. During 2005, the Company sold certain investments resulting in a pretax gain of $7 million. During 2004, the Company sold its 50% interest in La Opinion for $20 million and recorded a pretax gain of $18 million.

In 2006, 2005 and 2004, the Company concluded that the decline in the value of certain public and private investments was other than temporary and wrote down the investments to fair value. Non-cash, pretax losses totaled $2 million, $3 million and $6 million in 2006, 2005 and 2004, respectively. See Note 2 for further discussion.

For investments classified as available-for-sale and recorded at fair value under FAS No. 115, the aggregate cost basis, unrealized gain and fair value were as follows (in thousands):

|  | Dec. 31, 2006 | | | Dec. 25, 2005 | | |
|---|---|---|---|---|---|---|
|  | Cost Basis | Unrealized Gain | Fair Value | Cost Basis | Unrealized Gain | Fair Value |
| Marketable equity securities | $2,335 | $11,562 | $13,897 | $27,521 | $26,964 | $54,485 |

The difference between cost and fair value, net of related tax effects, is recorded in the accumulated other comprehensive income component of shareholders' equity and amounted to a net gain of $7 million at Dec. 31, 2006 and

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413752

$16 million at Dec. 25, 2005. The cost bases of the investments in the tables above are net of write-downs recorded in the consolidated statements of income.

## NOTE 9: LONG-TERM DEBT

Long-term debt consisted of the following (in thousands):

| | Dec. 31, 2006 | Dec. 25, 2005 |
|---|---|---|
| Borrowings under bridge credit facility, interest rate of 6.2% | $1,310,000 | — |
| Term loan due June 20, 2011, interest rate of 6.2% | 1,500,000 | — |
| Commercial paper, weighted average interest rate of 5.9% and 4.4%, respectively | 97,019 | 923,532 |
| Medium-term notes, weighted average interest rate of 5.6% in 2006 and 6.2% in 2005, due 2005-2008 | 262,585 | 555,585 |
| Property financing obligation, effective interest rate of 7.7%, expiring 2009 (see Note 7) | 55,711 | 60,372 |
| 4.875% notes due 2010, net of unamortized discount of $564 and $718, respectively | 449,436 | 449,282 |
| 7.25% debentures due 2013, net of unamortized discount of $2,137 and $2,478, respectively | 79,946 | 79,605 |
| 5.25% notes due 2015, net of unamortized discount of $1,362 and $1,519, respectively | 328,638 | 328,481 |
| 7.5% debentures due 2023, net of unamortized discount of $3,969 and $4,204, respectively.. | 94,781 | 94,546 |
| 6.61% debentures due 2027, net of unamortized discount of $2,200 and $2,305, respectively | 82,760 | 82,655 |
| 7.25% debentures due 2096, net of unamortized discount of $18,116 and $18,304, respectively | 129,884 | 129,696 |
| Interest rate swap | 24,600 | 29,714 |
| Other notes and obligations | 16,898 | 18,553 |
| Total debt excluding PHONES | 4,432,258 | 2,752,021 |
| Less portions due within one year | (1,429,007) | (302,460) |
| Long-term debt excluding PHONES | 3,003,251 | 2,449,561 |
| 2% PHONES debt related to Time Warner stock, due 2029 | 572,960 | 509,701 |
| Total long-term debt | $3,576,211 | $2,959,262 |

**Long-Term Debt Issuance**—In 2005, the Company issued $450 million ($449 million net of unamortized discount) 4.875% notes due 2010 and $330 million ($328 million net of unamortized discount) 5.25% notes due 2015. The proceeds from the issuance were used to repay commercial paper.

**Medium-Term Notes**—Notes issued under these programs generally have maturities from one to six years and may not be redeemed by the Company prior to maturity.

**Interest Rate Swap**—The Company is currently a party to one interest rate swap agreement. This swap agreement relates to the $100 million 7.5% debentures due in 2023 and effectively converts the fixed 7.5% rate to a variable rate based on LIBOR.

**Current Portion of Long-Term Debt**—The current portion of long-term debt at Dec. 31, 2006 includes $1.31 billion of borrowings under a 364-day bridge credit agreement, $97 million of commercial paper, $20 million of property financing obligation and $2 million of other obligations due within one year.

**Exchangeable Subordinated Debentures due 2029 ("PHONES")**—In 1999, the Company issued 8 million PHONES for an aggregate principal amount of approximately $1.3 billion. The principal amount was equal to the value of 16 million shares of Time Warner common stock at the closing price of $78.50 per share on April 7, 1999. Quarterly interest payments are made to the PHONES holders at an annual rate of 2% of the initial principal. The Company records both cash and non-cash interest expense on the discounted debt component of the PHONES. The PHONES debenture agreement requires principal payments equal to any dividends declared on the 16 million shares of Time Warner common stock. In 2006, Time Warner declared quarterly dividends of $.05 per share until Aug. 31, 2006, when Time Warner declared quarterly dividends of $.055 per share. A payment of $.11 per PHONES was made in the fourth quarter of 2006, and a payment of $.11 per PHONES will be due in the first quarter of 2007. The company records the dividends it receives on its Time Warner common stock as dividend income and accounts for the related payment to the PHONES holders as principal reduction.

The Company may redeem the PHONES at any time for the higher of the principal value of the PHONES ($156.47 per PHONES at Dec. 31, 2006) or the then market value of two shares of Time Warner common stock, subject to certain

83

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413753

adjustments. At any time, holders of the PHONES may exchange a PHONES for an amount of cash equal to 95% (or 100% under certain circumstances) of the market value of two shares of Time Warner common stock. At Dec. 31, 2006, the market value per PHONES was $68.65, and the market value of two shares of Time Warner common stock was $43.56.

Under the provisions of FAS No. 133, the PHONES consist of a discounted debt component, which is presented at book value, and a derivative component, which is presented at fair value. Changes in the fair value of the derivative component of the PHONES are recorded in the statement of income. The fair value of the derivative component of the PHONES debt is calculated as the difference between the quoted market value of the PHONES and the estimated fair value of the discounted debt component of the PHONES. The fair value of the discounted debt component of the PHONES is calculated based on an estimate of the current interest rate available to the Company for debt of the same remaining maturity and similar terms to the PHONES. The book value of the discounted debt component is based on the prevailing interest rate (8.125%) at issuance of the PHONES. The market value of the PHONES, which are traded on the New York Stock Exchange, was $549 million and $592 million at Dec. 31, 2006 and Dec. 25, 2005, respectively.

The discounted debt component and derivative component of the PHONES were as follows (in thousands):

|  | Dec. 31, 2006 | Dec. 25, 2005 |
|---|---|---|
| PHONES Debt: |  |  |
| Discounted debt component (at book value) | $465,280 | $454,038 |
| Derivative component (at estimated fair value) | 107,680 | 55,663 |
| Total | $572,960 | $509,701 |
| Time Warner stock related to PHONES (at fair value) | $348,480 | $282,880 |

If the PHONES are exchanged in the next year, the Company intends to refinance the PHONES, and has the ability to do so on a long-term basis through its existing revolving credit agreements. Accordingly, the PHONES have been classified as long-term.

**Credit Agreements**—On June 19, 2006, the Company entered into a five-year credit agreement and a 364-day bridge credit agreement, both of which were amended and restated on June 27, 2006. The five-year credit agreement provides for a $1.5 billion unsecured term facility, of which $250 million was available and used to refinance the medium-term notes that matured on Nov. 1, 2006, and a $750 million unsecured revolving facility. The 364-day bridge credit agreement provides for a $2.15 billion unsecured bridge facility.

The Company entered into these agreements to finance the Company's tender offer initiated on May 30, 2006 (see Note 15); to repurchase shares of the Company's common stock from the Robert R. McCormick Tribune Foundation and Cantigny Foundation (see Note 15); to repurchase shares of the Company's common stock pursuant to open market or privately negotiated transactions; to refinance certain indebtedness; and to pay fees and expenses incurred in connection with the repurchases. In addition, the revolving facility is available for working capital and general corporate purposes, including acquisitions.

In general, borrowings under the credit agreements bear interest at a rate equal to LIBOR plus a spread ranging from 0.35% to 1.25%. The applicable spread is determined on the basis of the Company's debt ratings by S&P and Moody's. The Company's debt ratings are also used in determining the annual facility fee, which may range from 0.07% to 0.25% of the aggregate unused commitments. In addition, the Company has agreed to pay customary fees to the lenders under the credit agreements.

As of Dec 31, 2006, the Company had outstanding borrowings of $1.5 billion and $1.3 billion under the term facility and the bridge facility, respectively, and the Company had no borrowings under the revolving facility. As of Dec. 31, 2006, the applicable interest rate on both the term facility and the bridge facility was 6.2%. The credit agreements contain certain restrictive covenants, including financial covenants that require the Company to maintain a maximum total leverage ratio and a minimum interest coverage ratio. At Dec. 31, 2006, the Company was in compliance with the covenants.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413754

**Maturities**—Debt at Dec. 31, 2006 matures as shown below (in thousands):

| | |
|---|---:|
| 2007 | $1,429,007 |
| 2008 | 287,023 |
| 2009 | 15,851 |
| 2010 | 451,246 |
| 2011 | 1,501,907 |
| Thereafter | 1,320,184 |
| Total | $5,005,218 |

## NOTE 10: CONTRACTS PAYABLE FOR BROADCAST RIGHTS

Contracts payable for broadcast rights are classified as current or long-term liabilities in accordance with the payment terms of the contracts. Required payments under contractual agreements for broadcast rights recorded at Dec. 31, 2006 are shown in the table below (in thousands):

| | |
|---|---:|
| 2007 | $317,945 |
| 2008 | 163,374 |
| 2009 | 123,766 |
| 2010 | 73,052 |
| 2011 | 40,984 |
| Thereafter | 24,751 |
| Total | $743,872 |

## NOTE 11: FAIR VALUE OF FINANCIAL INSTRUMENTS

Estimated fair values and carrying amounts of the Company's financial instruments are as follows (in thousands):

| | Dec. 31, 2006 | | Dec. 25, 2005 | |
|---|---:|---:|---:|---:|
| | Fair Value | Carrying Amount | Fair Value | Carrying Amount |
| Cost method investments | $365,445 | $362,630 | $348,791 | $342,235 |
| Debt | $4,928,152 | $5,005,218 | $3,286,708 | $3,261,722 |
| Contracts payable for broadcast rights | $696,363 | $743,872 | $796,278 | $858,808 |

The following methods and assumptions were used to estimate the fair value of each category of financial instruments.

**Cost Method Investments**—Cost method investments in public companies were recorded at fair value in the consolidated balance sheets (see Notes 1 and 8). Cost method investments in private companies were recorded at cost, net of write-downs, and fair value was generally estimated based on prices recently paid for shares in those companies.

**Debt**—Fair value was estimated based on quoted market prices for similar issues or on current rates available to the Company for debt of the same remaining maturities and similar terms. The carrying value of the Company's derivative instruments approximates fair value. The fair value of the PHONES was determined by reference to the market value resulting from trading on a national securities exchange.

**Contracts Payable for Broadcast Rights**—Fair value was estimated using the discounted cash flow method.

## NOTE 12: COMMITMENTS AND CONTINGENCIES

The Company has entered into commitments for broadcast rights that are not currently available for broadcast and are therefore not included in the financial statements. These commitments totaled $682 million at Dec. 31, 2006. Payments for broadcast rights generally commence when the programs become available for broadcast.

The Company had commitments totaling $490 million at Dec. 31, 2006 related to the purchase of property, plant and equipment and talent contracts. In addition, under its current agreement with Abitibi Consolidated Inc., the Company has a commitment to purchase 400,000 metric tons of newsprint each year over the next three years at prevailing market prices at

85

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413755

the time of purchase. The Company leases certain equipment and office and production space under various operating leases. Lease expense was $56 million in 2006, $58 million in 2005 and $56 million in 2004. The table below presents the future minimum lease payments to be made under non-cancelable operating leases at Dec. 31, 2006 (in thousands):

| | |
|---|---:|
| 2007 | $62,148 |
| 2008 | 55,833 |
| 2009 | 47,349 |
| 2010 | 34,368 |
| 2011 | 23,844 |
| Thereafter | 45,878 |
| Total | $269,420 |

The Company and its subsidiaries are defendants from time to time in actions for matters arising out of their business operations. In addition, the Company and its subsidiaries are involved from time to time as parties in various regulatory, environmental and other proceedings with governmental authorities and administrative agencies. See Note 4 for a discussion of potential liability related to *Newsday* and *Hoy*, New York, and see Note 13 for a discussion of potential income tax liabilities. The Company does not believe that any other matters or proceedings presently pending will have a material adverse effect on its consolidated financial position, results of operations or liquidity.

## NOTE 13: INCOME TAXES

The following is a reconciliation of income taxes computed at the U.S. federal statutory rate to income taxes reported in the consolidated statements of income (in thousands):

| | 2006 | 2005 | 2004 |
|---|---:|---:|---:|
| Income from continuing operations before income taxes and cumulative effect of change in accounting principle | $1,008,995 | $1,090,609 | $910,100 |
| Federal income taxes at 35% | $353,148 | $381,713 | $318,535 |
| State and local income taxes, net of federal tax benefit | 33,984 | 37,881 | 31,549 |
| Matthew Bender/Mosby adjustment | — | 150,493 | — |
| Income tax settlement and valuation allowance adjustments | (33,563) | (11,829) | — |
| Other | (5,427) | 9,562 | 5,640 |
| Income taxes reported | $348,142 | $567,820 | $355,724 |
| Effective tax rate | 34.5% | 52.1% | 39.1% |

In 2006, the Company decreased its income tax expense by $34 million as a result of resolving certain federal and state income tax issues as well as reducing certain previously established capital loss valuation allowance. In 2005, the Company increased its income tax expense by $150 million as a result of the Matthew Bender Tax Court decision (see "Matthew Bender and Mosby Tax Liability" discussion below) and reduced income tax expense by $12 million as a result of resolving certain federal income tax issues.

Components of income tax expense charged to income were as follows (in thousands):

| | 2006 | 2005 | 2004 |
|---|---:|---:|---:|
| Currently payable: | | | |
| U.S. federal | $287,440 | $436,362 | $273,770 |
| State and local | 44,567 | 44,710 | 42,289 |
| Sub-total | 332,007 | 481,072 | 316,059 |
| Deferred: | | | |
| U.S. federal | 13,096 | 72,716 | 32,767 |
| State and local | 3,039 | 14,032 | 6,898 |
| Sub-total | 16,135 | 86,748 | 39,665 |
| Total | $348,142 | $567,820 | $355,724 |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413756

Significant components of the Company's net deferred tax liabilities were as follows (in thousands):

| | Dec. 31, 2006 | Dec. 25, 2005 |
|---|---|---|
| Net properties | $214,770 | $239,821 |
| Net intangible assets | 1,209,999 | 1,252,851 |
| Pensions | 74,891 | 316,467 |
| Investments | 404,595 | 417,214 |
| PHONES interest | 219,552 | 267,885 |
| Other future taxable items | 23,335 | 25,880 |
| Total deferred tax liabilities | 2,147,142 | 2,520,118 |
| Broadcast rights | (5,262) | (4,968) |
| Postretirement and postemployment benefits other than pensions | (54,990) | (64,579) |
| Deferred compensation | (83,774) | (76,901) |
| Other accrued liabilities | (58,980) | (89,642) |
| Accrued employee compensation and benefits | (7,462) | (9,731) |
| Accounts receivable | (13,211) | (15,834) |
| Other future deductible items | (18,327) | (15,639) |
| State operating loss carryforwards | (42,371) | (34,391) |
| Valuation allowances on state operating loss carryforwards | 37,457 | 29,926 |
| Total deferred tax assets | (246,920) | (281,759) |
| Net deferred tax liability | $1,900,222 | $2,238,359 |

**Operating Loss Carryforwards**—At Dec. 31, 2006, the Company had approximately $823 million of operating loss carryforwards for state income tax purposes. These carryforwards arose in certain states primarily as a result of intercompany interest expense, royalty expense and management fees allocated to the Company's various subsidiaries, and expire between 2007 and 2026. The deferred tax assets related to these carryforwards totaled approximately $42 million, net of federal taxes, at Dec. 31, 2006. However, the Company believes it is more likely than not that $37 million of the deferred tax assets will not be realized because the related carryforwards will expire before being utilized. Therefore, in accordance with FAS No. 109, "Accounting for Income Taxes," the Company has established valuation allowances of $37 million on the deferred tax assets related to the state carryforwards. The state operating loss carryforwards increased in 2006 because the Company generated additional tax losses in certain states.

**Matthew Bender and Mosby Tax Liability** – During 1998, Times Mirror, which was acquired by the Company in 2000, disposed of its Matthew Bender and Mosby subsidiaries in separate transactions, which were structured to qualify as tax-free reorganizations under the Internal Revenue Code. The Company believes these transactions were completed on a tax-free basis. However, the Internal Revenue Service ("IRS") audited the transactions and disagreed with the position taken by Times Mirror. In the fourth quarter of 2001, the Company received an IRS adjustment to increase Times Mirror's 1998 taxable income by approximately $1.6 billion. The Company filed a petition in the United States Tax Court in November 2002 to contest the IRS position, and in December 2004, the Company presented its position in Tax Court.

On Sept. 27, 2005, the Tax Court issued an opinion contrary to the Company's position and determined that the Matthew Bender transaction was a taxable sale. In January 2006, the Tax Court extended its opinion in the Matthew Bender case to the Mosby transaction given the similarity of the two transactions. Taxes and related interest for both the Matthew Bender and Mosby transactions totaled approximately $1 billion. Over time, deductions for state taxes and interest are expected to reduce the net cash outlay to approximately $840 million.

The Company has appealed the Tax Court ruling to the United States Court of Appeals for the Seventh Circuit. The Company does not expect a ruling before the second half of 2007. The Company cannot predict with certainty the outcome of this appeal.

Times Mirror established a tax reserve of $180 million in 1998 when it entered into the transactions. The reserve represented Times Mirror's best estimate of the amount the expected IRS and state income tax claims could be settled for based upon an analysis of the facts and circumstances surrounding the issue. In accordance with Emerging Issues Task Force ("EITF") Issue No. 93-7, "Uncertainties Related to Income Taxes in a Purchase Business Combination," the Company treated this item as an uncertain tax position at the time of the Times Mirror acquisition in 2000 and concluded that the estimate determined by Times Mirror was the most appropriate estimate of the exposure. The Company maintained this initial reserve, plus interest, and evaluated the adequacy of the reserve on a periodic basis. At Dec. 26, 2004, the reserve,

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413757

including pretax interest of $66 million, totaled $246 million ($221 million after considering the tax benefit of the interest). In 2005, prior to the Tax Court ruling, the Company recorded additional after-tax interest of $7 million on the reserve.

As a result of the Tax Court ruling, the Company increased its tax reserve by an additional $609 million in the third quarter of 2005 by recording additional income tax expense of $150 million, representing additional after-tax interest applicable to the post-acquisition period, and goodwill of $459 million. In accordance with EITF No. 93-7, the Company adjusted goodwill because the tax contingencies existed at the time of the Times Mirror acquisition. On Sept. 30, 2005, the Company paid $880 million to the IRS, representing the federal tax and interest owed on the transactions, and financed the payment through the issuance of commercial paper. On Feb. 10, 2006, the Company made a California state tax and interest payment of approximately $86 million ($55 million after considering the federal tax benefit of the state taxes and interest). The Company expects to make the remaining state tax and interest payments during 2007 and 2008.

A summary of the activity with respect to the Matthew Bender and Mosby tax liability (included in "other current liabilities" in the Company's consolidated balance sheet) is as follows (in millions):

| | |
|---|---:|
| Liability at Dec. 25, 2005 | $ 87 |
| After-tax interest ($4 million pretax) | 3 |
| California tax and interest paid in February 2006: | |
| State tax ($55 million pretax) | (36) |
| After-tax interest ($31 million pretax) | (19) |
| Liability at Dec. 31, 2006 (included in "other current liabilities") | $ 35 |

**PHONES Interest** – In connection with the routine examination of the Company's federal income tax returns for 2000 through 2003, the IRS proposed that the Company capitalize the interest on the PHONES as additional tax basis in the Company's 16 million shares of Time Warner common stock, rather than currently deducting such interest. The National Office of the IRS has issued a Technical Advice Memorandum that supports the proposed treatment. The Company disagrees with the IRS's position and requested that the IRS administrative appeals office review the issue. The effect of the treatment proposed by the IRS would be to increase the Company's tax liability by approximately $189 million for the period 2000 through 2003 and by approximately $177 million for the period 2004 through 2006. If the IRS were to prevail in its proposed treatment, there would be no effect on the Company's reported income for any of these periods. The potential tax payments would be recorded as a reduction in the Company's deferred tax liability, and the Company has accrued the interest that would be assessed on these potential payments.

During the fourth quarter of 2006, the Company reached an agreement with the IRS appeals office regarding the deductibility of the PHONES interest expense. The agreement will apply for the tax years 2000 through 2029. Under the terms of the agreement reached with the IRS appeals office, the Company paid approximately $81 million of tax plus interest for tax years 2000 through 2005. The tax payments were recorded as a reduction in the Company's deferred tax liability, and the interest was recorded as a reduction in the Company's tax reserves. The agreement reached with the appeals office maybe reviewed by the Joint Committee on Taxation.

**Income Tax Reserves**—The Company's liability for estimated federal and state audit adjustments, including after-tax interest, was approximately $84 million and $96 million at Dec. 31, 2006 and Dec. 25, 2005, respectively. These amounts are included in "other obligations" in the Company's consolidated balance sheet. The changes in the liability in 2006 reflect a reduction due to the settlement of certain federal and state income tax audits, primarily related to the PHONES agreement with the IRS appeals office, partially offset by an increase to the reserve related to the TMCT transaction discussed in Note 7.

Although management believes its estimates and judgments are reasonable, the resolutions of the Company's tax issues are unpredictable and could result in tax liabilities that are significantly higher or lower than that which has been provided by the Company.

## NOTE 14: PENSION AND POSTRETIREMENT BENEFITS

**Employee Pension Plans**—In connection with the establishment of the Tribune Company ESOP in 1988, Tribune amended its company-sponsored pension plan for employees not covered by a collective bargaining agreement. The Tribune Company pension plan continued to provide substantially the same pension benefits as under the pre-amended plan until December 1998. After that date, Tribune pension benefit credits were frozen in terms of pay and service.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413758

In connection with the Times Mirror acquisition, the Company assumed defined benefit pension plans and various other contributory and non-contributory retirement plans covering substantially all of Times Mirror's former employees. In general, benefits under the Times Mirror defined benefit plans were based on years of service and the employee's compensation during the last five years of employment. In December 2005, the pension plan benefits for former Times Mirror non-union and non-Newsday employees were frozen. As a result of the plan freeze, a pretax curtailment gain of $18 million was recorded in 2005. On March 31, 2006, the pension plan benefits for Newsday union and non-union employees were frozen. Benefits provided by Times Mirror's Employee Stock Ownership Plan ("Times Mirror ESOP") are coordinated with certain pension benefits and, as a result, the defined benefit plan obligations are net of the actuarially equivalent value of the benefits earned under the Times Mirror ESOP. The maximum offset is equal to the value of the benefits earned under the defined benefit plan.

The Company also maintains several small plans for other employees. The Company's portion of assets and liabilities for multi-employer union pension plans is not determinable.

**Postretirement Benefits Other Than Pensions**—The Company provides postretirement health care and life insurance benefits to eligible employees under a variety of plans. The various plans have significantly different provisions for lifetime maximums, retiree cost-sharing, health care providers, prescription drug coverage and other benefits.

**Obligations and Funded Status**—As discussed in Note 1, the Company adopted FAS No. 158 to account for its defined benefit pension and other postretirement benefits as of Dec. 31, 2006. FAS No. 158 required the Company to recognize the overfunded or underfunded status of its defined benefit postretirement plans as an asset or liability in its statement of financial position and to recognize changes in that funded status in the year in which changes occur through comprehensive income. Accordingly, the Company recognized a prepaid pension asset of $293 million to reflect the funded status of its funded pension plans, a pension liability of $76 million to reflect the funded status of its non-qualified pension plan and one underfunded plan, and recognized $377 million in accumulated other comprehensive loss the net actuarial losses and prior service costs previously included in its net prepaid pension asset. In addition, the Company recognized $11 million in accumulated other comprehensive income the net actuarial gains and prior service costs previously included in its accrued other postretirement benefits liability. Prior to Dec. 31, 2006, the Company accounted for its defined pension benefit plans under FAS No. 87, "Employers' Accounting for Pensions" and accounted for its other postretirement benefits under FAS No. 106, "Employers' Accounting for Postretirement Benefits Other Than Pensions".

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413759

Summarized information for the Company's defined benefit pension and other postretirement plans is provided below (in thousands):

| | Pension Benefits | | Other Postretirement Benefits | |
| --- | --- | --- | --- | --- |
| | Dec. 31, 2006 | Dec. 25, 2005 | Dec. 31, 2006 | Dec. 25, 2005 |
| Change in benefit obligations: | | | | |
| Projected benefit obligations, beginning of year | $1,599,129 | $1,461,180 | $140,465 | $191,540 |
| Service cost | 3,934 | 25,160 | 1,334 | 1,469 |
| Interest cost | 84,350 | 81,436 | 7,367 | 7,774 |
| Plan amendments | — | — | — | 97 |
| Curtailment gain | — | (44,566) | — | — |
| Special termination benefits | 1,382 | 1,434 | — | — |
| Impact of Medicare Reform Act | — | — | 1,200 | — |
| Actuarial (gain) loss | (57,317) | 156,385 | 3,471 | (45,095) |
| Benefits paid | (84,567) | (81,900) | (14,005) | (15,320) |
| Projected benefit obligations, end of year | 1,546,911 | 1,599,129 | 139,832 | 140,465 |
| Change in plans' assets: | | | | |
| Fair value of plans' assets, beginning of year | 1,598,399 | 1,559,351 | — | — |
| Actual return on plans' assets | 243,209 | 113,769 | — | — |
| Employer contributions | 7,428 | 7,178 | 14,005 | 15,320 |
| Benefits paid | (84,566) | (81,900) | (14,005) | (15,320) |
| Fair value of plans' assets, end of year | 1,764,470 | 1,598,398 | — | — |
| Funded (under funded) status of the plans | $217,559 | (731) | $(139,832) | (140,465) |
| Unrecognized net actuarial loss (gain) | | 869,596 | | (12,659) |
| Unrecognized prior service cost | | 2,518 | | (11,213) |
| Unrecognized transition asset | | (1) | | — |
| Prepaid (accrued) benefit cost | | $871,382 | | $(164,337) |

Amounts recognized in the statement of financial position at Dec. 31, 2006 consist of (in thousands):

| | Pension Benefits | Other Postretirement Benefits |
| --- | --- | --- |
| Prepaid pension costs | $293,455 | $— |
| Employee compensation and benefits | (6,163) | — |
| Deferred compensation and benefits | (69,733) | (139,832) |
| Net amount recognized | $217,559 | $(139,832) |

Amounts included in prepaid (accrued) benefit costs at Dec. 25, 2005 consist of (in thousands):

| | Pension Benefits | Other Postretirement Benefits |
| --- | --- | --- |
| Prepaid benefit costs | $908,895 | $— |
| Accrued benefit costs | (83,759) | (164,337) |
| Intangible asset | 507 | |
| Accumulated other comprehensive income | 45,739 | — |
| Net amount recognized | $871,382 | $(164,337) |

The accumulated benefit obligation, which excludes the impact of future compensation increases, for all defined benefit pension plans was $1,543 million and $1,566 million at Dec. 31, 2006 and Dec. 25, 2005, respectively. The projected benefit obligation at Dec. 31, 2006 includes $1,473 million related to the Company's qualified pension plans and $74 million related to its non-qualified plans. The Company's non-qualified plans are not funded. The funded status of the Company's qualified plans was $293 million at Dec. 31, 2006. The Newsday employee pension benefit plan was frozen on March 31, 2006.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413760

The components of net periodic benefit cost (credit) for Company-sponsored plans were as follows (in thousands):

| | Pension Benefits | | | Other Postretirement Benefits | | |
|---|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | 2006 | 2005 | 2004 |
| Service cost | $3,934 | $25,160 | $21,177 | $1,335 | $1,469 | $1,752 |
| Interest cost | 84,349 | 81,436 | 80,474 | 7,367 | 7,774 | 10,323 |
| Expected return on plans' assets | (128,836) | (127,346) | (131,118) | — | — | — |
| Recognized actuarial loss | 67,018 | 59,095 | 44,533 | (127) | — | — |
| Amortization of prior service costs | 220 | (1,415) | (1,834) | (1,444) | (1,444) | (1,314) |
| Amortization of transition asset | (1) | (5) | (5) | — | (439) | — |
| Special termination benefits(1) | 1,382 | 1,434 | 1,440 | — | — | — |
| Curtailment gain | — | (17,825) | — | — | — | — |
| Net periodic benefit cost (credit) | $28,066 | $20,534 | $14,667 | $7,131 | $7,360 | $10,761 |

(1) Costs relate to position eliminations.

The components of other comprehensive income (loss) for Company-sponsored plans were as follows (in thousands):

| | Pension Benefits | | | Other Postretirement Benefits | | |
|---|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | 2006 | 2005 | 2004 |
| Change in minimum pension liabilities included in other comprehensive income, net of tax | $18,987 | $(20,597) | $(1,700) | $— | $— | $— |
| Change in unrecognized benefit cost gains and losses included in other comprehensive income due to adoption of FAS No. 158, net of tax | $(377,345) | $— | $— | $11,486 | $— | $— |

The Company anticipates net periodic costs for its Company-sponsored pension plans to be approximately $1.1 million in 2007.

**Assumptions**—Weighted average assumptions used each year in accounting for pension benefits and other postretirement benefits were:

| | Pension Benefits | | Other Postretirement Benefits | |
|---|---|---|---|---|
| | 2006 | 2005 | 2006 | 2005 |
| Discount rate for expense | 5.50% | 5.75% | 5.75% | 5.75% |
| Discount rate for obligations | 5.75% | 5.50% | 5.50% | 5.50% |
| Increase in future salary levels for expense | 3.50% | 3.50% | — | — |
| Increase in future salary levels for obligations | 3.50% | 3.50% | — | — |
| Long-term rate of return on plans' assets | 8.50% | 8.50% | — | — |

The Company used a building block approach to determine its current 8.5% assumption of the long-term expected rate of return on pension plan assets. Based on historical market studies, the Company's long-term expected returns for equity and fixed income securities approximate 10% and 6%, respectively. The Company's current 2007 target asset allocation for pension plan assets is 75% in equity securities and 25% in fixed income securities and other. The Company bases the rate used for discounting future benefit obligations and calculating interest cost on an index of Aa-rated corporate bonds.

Prior to the adoption of FAS No. 158, the Company's prepaid pension asset at Dec. 31, 2006 and Dec. 25, 2005 included an unrecognized net actuarial loss of $631 million and $870 million, respectively. A significant portion of this net actuarial loss resulted from the difference between the Company's expected returns on plan assets and the actual losses on plan assets in 2002 and 2001. Expected returns on plan assets were $158 million and $176 million in 2002 and 2001, respectively; actual losses were $161 million and $113 million, respectively. Upon adoption of FAS No. 158, the Company reclassified $614 million of these unrecognized actuarial losses into accumulated other comprehensive income at Dec. 31, 2006. In accordance with FAS No. 87, the actuarial loss will be recognized in net periodic pension expense over the estimated average remaining service period of active employees expected to receive benefits, with corresponding adjustments made to accumulated other comprehensive income in accordance with FAS No. 158. The Company's policy is to incorporate

91

TRB0413761

asset-related gains and losses into the asset value used to calculate the expected return on plan assets and into the calculation of amortization of unrecognized net actuarial loss over a four-year period.

**Plan Assets**—The Company's pension plans' asset allocations at Dec. 31, 2006 and Dec. 25, 2005 were as follows (in millions):

| Asset Category | Plan Assets | | | |
| --- | --- | --- | --- | --- |
| | Dec. 31, 2006 | | Dec. 25, 2005 | |
| Equity securities | $1,344 | 76.2% | $1,186 | 74.2% |
| Fixed income securities | 334 | 18.9% | 329 | 20.6% |
| Other | 86 | 4.9% | 83 | 5.2% |
| Total | $1,764 | 100% | $1,598 | 100% |

**Health Care Cost Trend Rates**—For purposes of measuring 2006 postretirement health care costs, a 9.0% annual rate of increase in the per capita cost of covered health care benefits was assumed for 2006. The rate was assumed to decrease gradually to 5.0% for 2010 and remain at that level thereafter. For purposes of measuring health care obligations at Dec. 31, 2006, a 9.0% annual rate of increase in the per capita cost of covered health care benefits was assumed for 2006. The rate was assumed to decrease gradually to 5.0% for 2012 and remain at that level thereafter. On Dec. 8, 2003, the Medicare Prescription Drug, Improvement and Modernization Act of 2003 ("Act") was signed into law. The Act resulted in a $15 million reduction in the accumulated other postretirement obligations for prior service costs and a $1 million reduction in net periodic postretirement benefit costs in 2004.

Assumed health care cost trend rates have a significant effect on the amounts reported for health care plans. As of the date of this report, a 1% change in assumed health care cost trend rates would have the following effects (in thousands):

| | 1% Increase | 1% Decrease |
| --- | --- | --- |
| Service cost and interest cost | $415 | $(368) |
| Projected benefit obligation | $7,486 | $(6,624) |

**Cash Flows**—The Company contributed $8 million to certain of its union and non-qualified pension plans and $14 million to its other postretirement plans in 2006. The Company plans to contribute $8 million to certain of its union and non-qualified pension plans and $13 million to its other postretirement plans in 2007.

**Expected Future Benefit Payments**—The following benefit payments, which reflect expected future service, as appropriate, are expected to be paid (in thousands):

| | Pension Benefits | Other Postretirement Benefits |
| --- | --- | --- |
| 2007 | $79,967 | $14,211 |
| 2008 | 81,579 | 14,233 |
| 2009 | 84,233 | 14,310 |
| 2010 | 87,050 | 14,488 |
| 2011 | 89,421 | 14,619 |
| 2012-2016 | 495,915 | 69,089 |

## NOTE 15: CAPITAL STOCK AND SHARE PURCHASE PLAN

Under the Company's Restated Certificate of Incorporation, 12 million shares of preferred stock are authorized. Preferred stock is issuable in series under terms and conditions determined by the Company's Board of Directors.

**Series C, D-1 and D-2 Convertible Preferred Stock**—In connection with the June 12, 2000 merger with Times Mirror, outstanding shares of Times Mirror cumulative, non-voting preferred stock were converted into shares of Tribune preferred stock with similar terms. An additional 0.2 million shares of preferred stock, net of treasury stock, were issued due to the conversion. Series C convertible preferred stock is cumulative, non-voting preferred stock, which is entitled to annual dividends of 8%, based on liquidation value. Annual dividends for Series D-1 and D-2 were paid at the rate of 6.91%, 6.67% and 6.44% in 2006, 2005, and 2004, respectively. Series C, D-1 and D-2 convertible preferred stocks relate to Times Mirror recapitalization transactions whereby TMCT and TMCT II (see Note 7) were formed. Series C, D-1 and D-2 preferred stocks were convertible into the Company's common stock in 2025 and thereafter. The conversion factor is calculated by dividing

92

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413762

$500 plus accrued and unpaid dividends by the average closing prices of the Company's common stock for the 20 trading days immediately preceding the conversion date. In connection with a restructuring of TMCT, LLC and TMCT II, LLC, all of these preferred shares were distributed to the Company on Sept. 22, 2006. As a result, the Company has no preferred shares outstanding effective as of Sept. 22, 2006.

**Common and Treasury Stock**—At Feb. 16, 2007, there were x,xxx holders of record. The following table summarizes the Company's common stock repurchases during 2006:

|  | Shares | Cost |
|---|---|---|
| Repurchases prior to the tender offer | 4,604 | $  137,746 |
| Tender offer | 45,027 | 1,468,270 |
| Repurchases from the Robert R. McCormick Tribune Foundation and Cantigny Foundation | 10,000 | 325,300 |
| Repurchases subsequent to the tender offer | 11,053 | 330,952 |
| Total common stock repurchases | 70,654 | $2,262,268 |

On May 30, 2006, the Company initiated a modified "Dutch Auction" tender offer to repurchase up to 53 million shares of its common stock at a price per share not greater than $32.50 and not less than $28.00. The tender offer closed on June 26, 2006, and the Company acquired 45 million shares of its common stock on July 5, 2006 at a price of $32.50 per share before transaction costs. The Company also acquired 10 million shares of its common stock from the Robert R. McCormick Tribune Foundation and the Cantigny Foundation on July 12, 2006 at a price of $32.50 per share before transaction costs. The Robert R. McCormick Tribune Foundation and the Cantigny Foundation are affiliated non-profit organizations, which together held 13.6% of the Company's outstanding shares when the tender offer was launched. In connection with the tender offer, the board of directors also authorized the repurchase of an additional 12 million shares of the Company's common stock commencing on the eleventh business day following the completion of the tender offer. In the third quarter of 2006, the Company repurchased an additional 11.1 million shares under that authorization at a weighted average cost of $29.94 per share. In addition, the Company repurchased and retired 4.6 million shares of its common stock in the first quarter of 2006.

During 2005, the Company repurchased and retired 12.2 million shares of its common stock in the open market for $440 million. During 2004, the Company repurchased and retired 15.5 million shares of its common stock in the open market for $732 million. At Dec. 31, 2006, 60.7 million treasury shares were held by TMCT, TMCT II and other affiliates of the Company.

**Share Purchase Rights Plan**—In December 1997, the Company adopted a Share Purchase Rights Plan that replaced a similar agreement. The plan provides for a dividend of one right on each outstanding share of the Company's common stock. Each right will entitle stockholders to buy one two-hundredth of a share of Series A Junior Participating preferred stock at an exercise price of $125. These rights expire Jan. 5, 2008. The rights have no voting rights and are not exercisable until 10 days after the occurrence of certain triggering events, upon which the holders of the rights are entitled to purchase either the common stock of an acquirer or additional common stock of the Company at a discounted price. The rights are redeemable at the option of the Company for $.005 per right. The Company has established a series of two million shares of Series A Junior Participating Preferred Stock in connection with the plan, none of which have been issued.

## NOTE 16: INCENTIVE COMPENSATION AND STOCK PLANS

In the first quarter of 2006, the Company adopted FAS No. 123R, "Share-Based Payment." FAS No. 123R supersedes Accounting Principles Board ("APB") Opinion No. 25, FAS No. 123 and related interpretations. FAS No. 123R requires the Company to expense stock-based compensation in the income statement. Under FAS No. 123R, stock-based compensation cost is measured at the grant date based on the estimated fair value of the award. The Company adopted FAS No. 123R in the first quarter of 2006 using the modified prospective application method and did not restate prior years. FAS No. 123R requires stock-based compensation expense to be recognized over the period from the date of grant to the date when the award is no longer contingent on the employee providing additional service (the "substantive vesting period"). The Tribune Incentive Compensation Plan (the "Plan") provides that awards generally vest upon the death, disability or retirement of an employee. As a result, stock-based grants issued to retirement eligible employees are required to be expensed immediately.

93

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413763

Prior to the adoption of FAS No. 123R, the Company accounted for its stock-based compensation plans in accordance with APB No. 25 and related interpretations. Under APB No. 25, no compensation expense was recorded because the exercise price of employee stock options equaled the market price of the underlying stock on the date of grant. Under the provisions of APB No. 25, the Company was not required to recognize compensation expense for its Employee Stock Purchase Plan. The pro forma stock-based compensation expense calculated under FAS No. 123 was disclosed in the Company's notes to its consolidated financial statements. See Note 1 for additional information on the prior year disclosure under FAS No. 123.

The Company recorded stock-based compensation costs for the year ended Dec. 31, 2006 as follows (in thousands):

| Stock-based compensation costs[1] | |
|---|---|
| Options | $ 8,860 |
| Restricted stock units | 20,316 |
| Employee stock purchase plan | 2,751 |
| Total stock-based compensation costs | $31,927 |

(1) Total stock-based compensation costs included $219 of costs related to discontinued operations and $109 of capitalized costs.

A deferred tax asset of $11 million was recorded related to stock-based compensation costs during 2006.

As of Dec. 31, 2006, the Company had not yet recognized compensation cost on the following non-vested awards (in thousands):

| | Non-vested Compensation | Remaining Recognition Period |
|---|---|---|
| Options | $ 5,478 | 2.12 years |
| Restricted stock units | 23,314 | 2.12 years |
| Total | $28,792 | |

In determining the fair value of compensation cost, the Company values restricted stock unit awards at the quoted closing market price on the date of grant. The fair value of stock option awards is determined using the Black-Scholes option pricing model, which incorporated the assumptions in the following tables for general and replacement awards granted during 2006, 2005 and 2004. The risk-free rate is based on the U.S. Treasury yield curve in effect at the time of grant. Expected volatility is based on actual historical volatility. Expected life is based on historical experience and consideration of changes in option terms.

| | 2006 | | 2005 | | 2004 | |
|---|---|---|---|---|---|---|
| | General Awards | Replacement Awards | General Awards | Replacement Options | General Awards | Replacement Options |
| Risk-free interest rate | 4.64% | * | 3.7% | 3.3% | 3.2% | 1.7% |
| Expected dividend yield | 2.5% | * | 1.8% | 1.8% | 1.0% | 1.0% |
| Expected stock price volatility | 21.98% | * | 28.1% | 22.8% | 31.1% | 25.4% |
| Expected life (in years) | 4 | * | 5 | 3 | 5 | 2 |
| Weighted average fair value | $5.96 | * | $10.49 | $6.96 | $15.45 | $7.46 |

*No replacement awards were granted in 2006

Under the Plan, the exercise price of a stock option award may not be less than the market price of the Company's common stock at the time the stock option award is granted. Stock option awards are exercisable not less than six months or more than 10 years after the date the stock option award is granted. General stock option awards granted after 2003 have an 8-year term. General stock option awards granted under the Plan prior to 2006 vest in annual 25% increments beginning one year from the date of the grant. General stock option awards granted under the Plan in 2006 vest in annual 33% increments beginning one year from the date of the grant.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413764

Under the stock option portion of the 1997 plan, the option price may not be less than the market value of the Company's common stock at the time the option is granted. Options are exercisable not less than six months or more than 10 years after the date the option is granted. General awards granted under the 1997 plan vest in annual 25% increments beginning one year from the date of the grant. Under certain circumstances, replacement options are granted when a participant pays the exercise price of a stock option and related tax withholding obligations with previously acquired shares of common stock. The number of replacement options granted is equal to the number of shares used to pay the exercise price and related tax withholding obligations. The exercise price of a replacement option is equal to the market price of the underlying stock on the date of grant, and the term is equal to the remaining term of the original option. Replacement options vest one year from the date of grant.

General stock option awards granted after 2003 have an 8-year term. General stock option awards granted under the Plan prior to 2006 vest in annual 25% increments beginning one year from the date of the grant. General stock option awards granted under the Plan in 2006 vest in annual 33% increments beginning one year from the date of the grant.

Under certain circumstances, replacement options are granted when a participant pays the exercise price of a stock option award and related tax withholding obligations with previously acquired shares of common stock. The number of replacement stock option awards granted is equal to the number of shares used to pay the exercise price and related tax withholding obligations. The exercise price of a replacement stock option award is equal to the market price of the underlying stock on the date of grant, and the term is equal to the remaining term of the original stock option award. Replacement stock option awards vest one year from the date of grant. Beginning in 2004, general stock option awards do not have a replacement stock option award feature.

A summary of activity and weighted average prices related to general stock option awards follows:

| | General Options(1) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | | 2005 | | | 2004 | | |
| | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value |
| Outstanding, beginning of year | 34,489 | $38.35 | $15.03 | 32,991 | $37.92 | $15.59 | 34,117 | $35.76 | $15.50 |
| Granted | 3,484 | $17.46 | $16.74 | 3,780 | $40.30 | $10.64 | 4,102 | $51.95 | $15.44 |
| Exercised | (1,101) | $21.24 | $20.25 | (993) | $23.96 | $18.40 | (4,667) | $33.33 | $14.05 |
| Canceled/forfeited | (1,921) | $41.40 | $13.91 | (1,289) | $43.57 | $13.68 | (561) | $43.81 | $14.86 |
| Outstanding, end of year | 34,951 | $36.63 | $15.10 | 34,489 | $38.35 | $15.03 | 32,991 | $37.92 | $15.59 |
| Exercisable, end of year(2) | 31,449 | $38.74 | $14.93 | 32,993 | $38.28 | $15.08 | 20,610 | $33.13 | $16.35 |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413765

A summary of vesting and weighted average fair values related to general stock option awards follows:

| | General Options(1) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | | 2005 | | | 2004 | | |
| | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value |
| Nonvested, beginning of year | 1,522 | $39.86 | $13.97 | 12,535 | $45.82 | $14.34 | 15,862 | $42.28 | $13.86 |
| Granted | 3,484 | $17.46 | $16.74 | 3,805 | $40.30 | $10.64 | 4,102 | $51.95 | $15.70 |
| Vested | (1,433) | $37.52 | $13.81 | (14,405) | $45.84 | $14.11 | (6,947) | $34.52 | $13.81 |
| Forfeited | (71) | $18.05 | $21.03 | (413) | $44.30 | $13.23 | (482) | $44.50 | $14.14 |
| Nonvested, end of year | 3,502 | $17.77 | $16.67 | 1,522 | $39.86 | $13.97 | 12,535 | $45.82 | $14.34 |

(1)  Includes options assumed in the Times Mirror acquisition.

(2)  In 2005, the Company accelerated the vesting of approximately nine million options granted in 2003, 2004 and 2005 (see Note 1).

A summary of activity and weighted average prices related to replacement options follows:

| | Replacement Options | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | | 2005 | | | 2004 | | |
| | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value |
| Outstanding, beginning of year | 9,520 | $47.80 | $8.06 | 10,845 | $47.79 | $8.11 | 10,420 | $46.08 | 8.27 |
| Granted | — | — | — | 13 | $41.83 | $6.96 | 2,428 | $51.16 | 7.46 |
| Exercised | — | — | — | (20) | $42.20 | $8.43 | (1,274) | $41.48 | 8.16 |
| Canceled/forfeited | (2,335) | $46.84 | $8.13 | (1,318) | $47.93 | $8.46 | (729) | $46.48 | 8.14 |
| Outstanding, end of year | 7,185 | $48.10 | $8.04 | 9,520 | $47.79 | $8.06 | 10,845 | $47.79 | 8.11 |
| Exercisable, end of year | 7,185 | $48.10 | $8.04 | 9,507 | $47.80 | $8.06 | 8,587 | $46.92 | 8.29 |

A summary of vesting and weighted average fair values related to replacement stock option awards follows:

| | Replacement Options | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | | 2005 | | | 2004 | | |
| | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value | Shares | Weighted Avg. Exercise Price | Weighted Avg. Fair Value |
| Nonvested, beginning of year | 13 | $41.83 | $6.96 | 2,256 | $51.12 | $7.45 | 3,172 | $48.77 | $7.89 |
| Granted | — | — | — | 13 | $41.83 | $6.96 | 2,428 | $51.16 | $7.46 |
| Vested | (13) | $41.83 | $6.96 | (2,255) | $51.12 | $7.45 | (3,328) | $47.56 | $7.89 |
| Forfeited | — | — | — | (1) | $48.24 | $6.74 | (16) | $47.82 | $7.43 |
| Nonvested, end of year | — | — | — | 13 | $41.83 | $6.96 | 2,256 | $51.12 | $7.45 |

The weighted average remaining contractual term of general and replacement stock option awards was approximately 4.3 years for all outstanding awards and approximately 4.0 years for exercisable awards as of Dec. 31, 2006.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413766

The total intrinsic value (the excess of the market price over the exercise price) was approximately $51 million for general and replacement stock option awards outstanding and exercisable as of Dec. 31, 2006. The total intrinsic value for stock options exercised in 2006 was approximately $11 million.

The Plan also allows the Company to grant restricted stock units. The Company did not grant restricted stock units prior to 2006. In 2006, the Company granted restricted stock units which vest either in annual 33% increments beginning one year from the date of the grant, or 100% three years from the date of grant. Each restricted stock unit represents the Company's obligation to deliver to the holder one share of common stock upon vesting.

Holders of restricted stock units will also receive dividend equivalent units until the restricted stock units vest. The number of dividend equivalent units granted for each restricted stock unit is calculated based on the value of the dividends per share paid on Tribune's common stock and the closing price of Tribune stock on the dividend payment date. The dividend equivalent units vest with the underlying restricted stock units. In accordance with the provisions of FAS No. 123R, the Company does not record compensation expense for the dividend equivalent units granted. The dilutive effect of the dividend equivalent units is included in the Company's calculation of diluted earnings per share.

The following table summarizes information about general options outstanding and general options exercisable at Dec. 31, 2006 (shares in thousands): The following table summarizes information about general options outstanding and general options exercisable at Dec. 31, 2006 (shares in thousands):

| | General Options(1) | | | | |
| --- | --- | --- | --- | --- | --- |
| | Options Outstanding | | | Options Exercisable | |
| Range of Exercise Prices | Number Outstanding | Weighted Avg. Remaining Life | Weighted Avg. Exercise Price | Number Exercisable | Weighted Avg. Exercise Price |
| $12.32-$24.35 | 7,477 | 3.5 | $17.98 | 5,960 | $22.55 |
| $24.36-$39.93 | 6,105 | 4.5 | $34.39 | 4,131 | $35.91 |
| $39.94-$40.50 | 8,420 | 4.4 | $40.36 | 8,420 | $40.36 |
| $40.51-$52.50 | 12,949 | 5.6 | $46.13 | 12,938 | $46.13 |

(1) Includes options assumed in the Times Mirror acquisition.

The following table summarizes information about replacement options outstanding and replacement options exercisable at Dec. 31, 2006 (shares in thousands): The additional shares are included net of tax in the balance.

| | Replacement Options | | | | |
| --- | --- | --- | --- | --- | --- |
| | Options Outstanding | | | Options Exercisable | |
| Range of Exercise Prices | Number Outstanding | Weighted Avg. Remaining Life | Weighted Avg. Exercise Price | Number Exercisable | Weighted Avg. Exercise Price |
| $33.13-$42.61 | 497 | 1.7 | $41.34 | 497 | $41.34 |
| $42.62-$48.70 | 3,149 | 2.0 | $45.84 | 3,149 | $45.84 |
| $48.71-$60.88 | 3,539 | 3.1 | $51.06 | 3,539 | $51.06 |

97

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413767

A summary of restricted stock unit and dividend equivalent unit activity and weighted average fair values follows:

| | 2006 | | 2005 | | 2004 | |
|---|---|---|---|---|---|---|
| | Shares | Weighted Avg. Fair Value * | Shares | Weighted Avg. Exercise Price | Shares | Weighted Avg. Fair Value * |
| Outstanding and nonvested, beginning of year ........................ | — | — | — | — | — | — |
| Restricted stock units granted ......... | 1,498 | $31.18 | — | — | — | — |
| Dividend equivalent units granted . | 34 | — | — | — | — | — |
| Forfeited.......................................... | (37) | $31.62 | — | — | — | — |
| Vested and issues ........................... | 1,495 | $30.58 | — | — | — | — |
| Outstanding and nonvested, end of year ............................................. | 1,495 | $30.58 | — | — | — | — |

*Represents weighted average fair value of restricted stock units at date of grant or assumption.

**1997 Incentive Compensation Plan**—In 1997, the 1992 Long-Term Incentive Plan was replaced with the 1997 Incentive Compensation Plan. At Dec. 31, 2006, there were no options outstanding under the 1992 plan. The 1997 plan provides for the granting of awards to eligible employees in any one or combination of stock options, performance equity program awards and annual management incentive program bonuses. At Dec. 31, 2006, options outstanding under the 1997 plan totaled 35.9 million shares, of which 32.4 million shares were exercisable. At Dec. 31, 2006, a total of 33.9 million shares were available for award under the 1997 plan. The stock options assumed in the Times Mirror acquisition are fully vested and exercisable. At Dec. 31, 2006, the converted Times Mirror stock options outstanding and exercisable totaled 6.2 million shares.

**Defined Contribution Plans**—The Company maintains various qualified 401(k) savings plans, which permit eligible employees to make voluntary contributions on a pretax basis. The plans allow participants to invest their savings in various investments including the Company's common stock. The Company enhanced its primary 401(k) plan to include a larger Company contribution in 2004. This new plan was designed to replace the Company's ESOP that was fully allocated at the end of 2003. Company contributions to all of its defined contribution plans were $41 million in 2006, $33 million in 2005 and $32 million in 2004. In 2006, the Company contributed an additional $25 million to these plans, which related to and was charged to expense in 2005. In 2007, the Company will contribute to these plans an additional $23 million, which relates to and was charged to expense in 2006. In 2006, the Company amended its primary 401(k) plan to make a portion of the Company's contributions discretionary.

**Employee Stock Purchase Plan**—This plan permits eligible employees to purchase the Company's common stock at 85% of market price. The Company incurred charges of $.2 million in 2006, 2005 and 2004 related to the administration of this plan. During 2006, 2005 and 2004, 598,186, 682,624 and 617,651 shares, respectively, were sold to employees under this plan. A total of 16 million shares can be purchased under this plan. FAS 123R, adopted by the Company in the first quarter of 2006, requires that the 15% discount on shares purchases by employees be expensed. In 2006, expense of $3 million was recorded. A total of 16 million shares can be purchased under this plan. As of Dec. 31, 2006, a total of 2.5 million shares remained available for sale. The weighted average fair value of shares sold in 2006 was $30.65.

## NOTE 17: COMPREHENSIVE INCOME

Comprehensive income reflects all changes in the net assets of the Company during the period from transactions and other events and circumstances, except those resulting from stock issuances, stock repurchases and dividends. The Company's comprehensive income includes net income, the change in the minimum pension liabilities, unrealized gains and losses on marketable securities classified as available-for-sale, the change in unrecognized benefit cost gains and losses and foreign currency translation adjustments. The Company's comprehensive income was as follows (in thousands):

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net income............................................................................................................ | $593,995 | $534,689 | $555,536 |
| Change in minimum pension liabilities, net of taxes of $(12,139), $13,168 and $1,116, respectively ................................................................................................ | 18,987 | (20,597) | (1,700) |
| Unrecognized benefit cost gains and losses: | | | |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413768

| | | | |
|---|---|---|---|
| Change in unrecognized benefit cost actuarial losses upon adoption of FAS No. 158, net of tax of $235,812 ..................................................................... | (368,834) | — | — |
| Change in unrecognized benefit cost prior service credits upon adoption of FAS No. 158, net of tax of $(1,902) ........................................................................ | 2,975 | — | — |
| Change in unrecognized benefit cost gains and losses upon adoption of FAS No. 158, net of taxes | (365,859) | — | — |
| Unrealized gain (loss) on marketable securities: | | | |
| Unrealized holding gain (loss) arising during the period, net of taxes of $432, ($2,098), and $612, respectively ............................................................. | 676 | (3,282) | 796 |
| Less adjustment for (gain) loss on investment sales included in net income, net of taxes of ($6,439), $116,and ($64), respectively ............................................ | (10,072) | (181) | 100 |
| Change in net unrealized (gain) loss on securities, net of taxes.................................... | (9,396) | (3,463) | 896 |
| Change in foreign currency translation adjustments, net of taxes of $117, $45 and $75, respectively ..................................................................................... | 183 | (70) | 118 |
| Other comprehensive income (loss)................................................................................ | (356,085) | (24,130) | (686) |
| Comprehensive income ................................................................................................ | $237,910 | $510,559 | $554,850 |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413769

Accumulated other comprehensive income (loss) is a separate component of shareholders' equity on the Company's balance sheet. A reconciliation of the components of accumulated other comprehensive income (loss) is as follows (in thousands):

|  | 2006 | 2005 | 2004 |
|---|---|---|---|
| Minimum pension liabilities, net of tax: | | | |
| Balance, beginning of year | $(27,901) | $(7,304) | $(5,604) |
| Current year change | 18,987 | (20,597) | (1,700) |
| Balance, end of year | (8,914) | (27,901) | (7,304) |
| Change in unrecognized benefit cost gains and losses, net of tax: | | | |
| Balance, beginning of year | - | - | - |
| Current year change | (365,859) | - | - |
| Balance, end of year | (365,859) | - | - |
| Unrealized gain, net of tax, on marketable securities: | | | |
| Balance, beginning of year | 16,447 | 19,910 | 19,014 |
| Current year change | (9,396) | (3,463) | 896 |
| Balance, end of year | 7,051 | 16,447 | 19,910 |
| Foreign currency translation adjustments, net of tax: | | | |
| Balance, beginning of year | 154 | 224 | 106 |
| Current year change | 183 | (70) | 118 |
| Balance, end of year | 337 | 154 | 224 |
| Accumulated other comprehensive income (loss) | $(367,385) | $(11,300) | $12,830 |

As of Dec. 31, 2006, the Company adopted FAS No. 158 to account for its defined benefit pension plans and other postretirement benefits. Accordingly, the Company recorded adjustments of $377 million to other comprehensive loss and $11 million to other comprehensive income to recognize net actuarial losses and prior service costs related to its defined benefit pension plans and other postretirement benefits, respectively.

## NOTE 18: BUSINESS SEGMENTS

Tribune Company is a media and entertainment company that conducts its operations through two business segments: publishing and broadcasting and entertainment. In addition, certain administrative activities are reported and included under corporate. These segments reflect the manner in which the Company sells its products to the marketplace and the manner in which it manages its operations and makes business decisions.

**Publishing**— The publishing segment represented 74% of the Company's consolidated operating revenues in 2006. For the six months ended September 2006, total average paid circulation for Tribune's 11 metro newspapers averaged 2.8 million copies daily (Mon.-Fri.) and 4.1 million copies Sunday, a decline of 4.5% and 4.4%, respectively, from 2005. The Company's primary daily newspapers are the *Los Angeles Times, Chicago Tribune, Newsday, South Florida Sun-Sentinel, Orlando Sentinel, The Sun, Hartford Courant, The Morning Call, Daily Press, The Advocate* and *Greenwich Time*. The Company's publishing segment manages the websites of the Company's daily newspapers and television stations, as well as other branded sites targeting specific communities of interest. The Company also owns entertainment listings, a newspaper syndication and media marketing company, a Chicago-area cable television news channel and other publishing-related businesses.

**Broadcasting and Entertainment**—The Company's broadcasting operations currently consist of The CW Network affiliates in New York, Los Angeles, Chicago, Dallas, Washington D.C., Houston, Miami, Denver, St. Louis, Portland, Indianapolis, San Diego, Hartford, and New Orleans; FOX television affiliates in Seattle, Sacramento, Indianapolis, Hartford, Grand Rapids and Harrisburg; MyNetwork affiliates in Philadelphia and Seattle; an ABC television affiliate in New Orleans; and one radio station in Chicago. The Company's affiliates of the CW Network and MyNetworkTV were formerly affiliates of the WB Television Network. On Jan. 24, 2006, the Company announced that it had reached a 10-year agreement to affiliate 19 of its former WB Network affiliated stations with a new broadcast network, The CW Network, which launched in the fall of 2006. The WB Network shut down at that time. In the second quarter of 2006, the Company's other two former WB Network affiliates (Philadelphia and Seattle) became affiliates of the new broadcast network, MyNetworkTV, that launched in September 2006 by FOX Television Stations Inc. and Twentieth Television. During 2006, the Company sold its CW Network affiliates in Atlanta, Boston and Albany (see Note 3 for additional information). Entertainment operations include Tribune Entertainment, which distributes its own programming together with programming licensed from third parties, and the Chicago Cubs baseball team.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413770

No single customer provides more than 10% of the Company's revenue. In determining operating profit for each segment, none of the following items have been added or deducted: interest and dividend income, interest expense, equity income and loss, non-operating items or income taxes. Assets represent those tangible and intangible assets used in the operations of each segment. Corporate assets include cash and the Company's investment portfolio.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413771

TRIBUNE COMPANY AND SUBSIDIARIES
BUSINESS SEGMENTS
(In thousands of dollars)

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| **Operating Revenues** | | | |
| Publishing | $4,092,562 | $4,096,850 | $4,129,850 |
| Broadcasting and entertainment | 1,425,146 | 1,414,433 | 1,501,581 |
| Total operating revenues | $5,517,708 | $5,511,283 | $5,631,431 |
| **Operating Profit (Loss)(1)** | | | |
| Publishing | $749,189 | $759,713 | $726,207 |
| Broadcasting and entertainment | 391,533 | 416,891 | 513,289 |
| Corporate expenses | (55,712) | (49,413) | (52,218) |
| Total operating profit | $1,085,010 | $1,127,191 | $1,187,278 |
| **Depreciation** | | | |
| Publishing(2) | $166,005 | $183,695 | $171,599 |
| Broadcasting and entertainment | 39,815 | 36,828 | 38,327 |
| Corporate | 1,380 | 1,630 | 1,635 |
| Total depreciation | $207,200 | $222,153 | $211,561 |
| **Amortization of Intangible Assets** | | | |
| Publishing | $8,258 | $7,231 | $7,430 |
| Broadcasting and entertainment | 11,555 | 11,657 | 11,126 |
| Total amortization of intangible assets | $19,813 | $18,888 | $18,556 |
| **Capital Expenditures** | | | |
| Publishing | $173,459 | $163,317 | $171,435 |
| Broadcasting and entertainment | 42,227 | 36,851 | 35,266 |
| Corporate | 6,221 | 5,777 | 10,647 |
| Total capital expenditures | $221,907 | $205,945 | $217,348 |
| **Assets** | | | |
| Publishing | $8,512,512 | $8,637,176 | $8,218,516 |
| Broadcasting and entertainment | 3,987,449 | 4,425,135 | 4,444,988 |
| Corporate | 900,811 | 1,483,931 | 1,491,928 |
| Total assets | $13,400,772 | $14,546,242 | $14,155,432 |

(1)  Operating profit for each segment excludes interest and dividend income, interest expense, equity income and loss, non-operating items and income taxes.

(2)  Publishing depreciation for 2005 includes $16 million of accelerated depreciation expense related to the shut down of the *Los Angeles Times'* San Fernando Valley printing facility (see Note 2).

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413772

**TRIBUNE COMPANY AND SUBSIDIARIES**
**2006 QUARTERLY RESULTS (Unaudited)**
**(In thousands of dollars, except per share data)**

| | First | Second | Third | Fourth | 2006 Total |
|---|---|---|---|---|---|
| | **Quarters** | | | | **2006** |
| **Operating Revenues** | | | | | |
| Publishing | $996,529 | $1,028,303 | $956,480 | $1,111,250 | $4,092,562 |
| Broadcasting and entertainment | 284,102 | 392,886 | 392,555 | 355,603 | 1,425,146 |
| Total operating revenues | $1,280,631 | $1,421,189 | $1,349,035 | $1,466,853 | $5,517,708 |
| **Operating Profit** | | | | | |
| Publishing | $174,222 | $208,657 | $141,232 | $225,078 | $749,189 |
| Broadcasting and entertainment | 67,451 | 110,396 | 107,800 | 105,886 | 391,533 |
| Corporate expenses | (20,363) | (14,020) | (13,718) | (7,611) | (55,712) |
| Total operating profit | 221,310 | 305,033 | 235,314 | 323,353 | 1,085,010 |
| Net income on equity investments | 6,548 | 26,017 | 18,743 | 29,465 | 80,773 |
| Interest and dividend income | 2,180 | 2,472 | 4,678 | 4,815 | 14,145 |
| Interest expense | (48,772) | (47,279) | (84,324) | (93,527) | (273,902) |
| Gain (loss) on change in fair values of derivatives and related investments(1) | (10,317) | (6,121) | (17,746) | 45,272 | 11,088 |
| Gain on TMCT transactions(2) | — | — | 59,596 | — | 59,596 |
| Gain on sales of investments, net(2) | 3,466 | (161) | 17,507 | 15,920 | 36,732 |
| Other non-operating gain (loss), net | (6,846) | (442) | 4,168 | (1,327) | (4,447) |
| **Income from Continuing Operations Before Income Taxes** | 167,569 | 279,519 | 237,936 | 323,971 | 1,008,995 |
| Income taxes | (65,718) | (116,385) | (74,154) | (91,885) | (348,142) |
| **Income from Continuing Operations** | 101,851 | 163,134 | 163,782 | 232,086 | 660,853 |
| **Income (Loss) from Discontinued Operations, net of tax** | 913 | (75,300) | 558 | 6,971 | (66,858) |
| **Net Income** | 102,764 | 87,834 | 164,340 | 239,057 | 593,995 |
| Preferred dividends | (2,103) | (2,103) | (2,103) | — | (6,309) |
| **Net Income Attributable to Common Shares** | $100,661 | $85,731 | $162,237 | $239,057 | $587,686 |
| **Earnings Per Share(3)** | | | | | |
| Basic: | | | | | |
| Continuing Operations | $.33 | $.53 | $.65 | $.97 | $2.40 |
| Discontinued Operations | — | (.25) | — | .03 | (.25) |
| Net income | $.33 | $.28 | $.66 | $1.00 | $2.16 |
| Diluted: | | | | | |
| Continuing Operations | $.33 | $.53 | $.65 | $.96 | $2.39 |
| Discontinued Operations | — | (.25) | — | .03 | (.24) |
| Net income | $.33 | $.28 | $.65 | $.99 | $2.14 |
| **Common Dividends Per Share** | $.18 | $.18 | $.18 | $.18 | $.72 |
| **Common Stock Price (High-Low)** | $27.79-31.84 | $27.09-32.94 | $28.66-34.28 | $30.74-33.99 | |

**Notes to Quarterly Results:**

(1) In the aggregate, changes in the fair values of the Company's derivatives, net of changes in the fair values of the related investments, increased full year 2006 pretax income by $11 million and diluted EPS by $.02 and increased full year 2005 pretax income by $62 million and diluted EPS by $.12. For 2006 by quarter, the effect on diluted EPS was as follows: decrease of $.02 in the first quarter, decrease of $.01 in second quarter, decrease of $.04 in the third quarter and increase of $.11 in the fourth quarter. For 2005 by quarter, the effect on diluted EPS was as follows: no impact in the first quarter, increase of $.12 in second quarter, increase of $.05 in the third quarter and decrease of $.05 in the fourth quarter.

(2) During 2006 and 2005, the Company sold certain subsidiaries and investments. For 2006, the gain on sales of subsidiaries and investments related primarily to the restructuring of the Company's investment in TMCT, LLC and

103

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413773

TMCT II, LLC.  The restructuring resulted in the pretax gain of $64 million in the aggregate, increasing diluted EPS by $.11 in the third quarter of 2006. For 2005, the gain on sales of subsidiaries and investments resulted in the pretax gain of $7 million in the aggregate, increasing diluted EPS by $.01.

104

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413774

**TRIBUNE COMPANY AND SUBSIDIARIES**
**2005 QUARTERLY RESULTS (Unaudited)**
**(In thousands of dollars, except per share data)**

| | Quarters | | | | 2005 |
| --- | --- | --- | --- | --- | --- |
| | First | Second | Third | Fourth | Total |
| **Operating Revenues** | | | | | |
| Publishing | $1,005,512 | $1,038,624 | $980,354 | $1,072,360 | $4,096,850 |
| Broadcasting and entertainment | 289,593 | 401,855 | 403,349 | 319,636 | 1,414,433 |
| Total operating revenues | $1,295,105 | $1,440,479 | $1,383,703 | $1,391,996 | $5,511,283 |
| **Operating Profit** | | | | | |
| Publishing | $198,539 | $217,651 | $169,730 | $173,793 | $759,713 |
| Broadcasting and entertainment | 62,353 | 128,370 | 126,866 | 99,302 | 416,891 |
| Corporate expenses | (13,448) | (13,472) | (13,108) | (9,385) | (49,413) |
| Total operating profit | 247,444 | 332,549 | 283,488 | 263,710 | 1,127,191 |
| Net income on equity investments | 471 | 11,897 | 8,051 | 20,790 | 41,209 |
| Interest and dividend income | 1,082 | 1,165 | 2,888 | 2,404 | 7,539 |
| Interest expense | (35,091) | (35,367) | (38,617) | (46,116) | (155,191) |
| Gain (loss) on change in fair values of derivatives and related investments(1) | (2,252) | 61,803 | 27,120 | (24,486) | 62,184 |
| Gain on sales of subsidiaries and investments, net(2) | 1,109 | 1,299 | 487 | 3,885 | 6,780 |
| Other non-operating gain (loss), net | (2,700) | 3,794 | (432) | 235 | 897 |
| **Income from Continuing Operations Before Income Taxes** | 210,063 | 377,140 | 282,985 | 220,422 | 1,090,609 |
| Income taxes | (70,031) | (147,254) | (261,298) | (89,237) | (567,820) |
| **Income from Continuing Operations** | 140,032 | 229,886 | 21,687 | 131,185 | 522,789 |
| **Income from Discontinued Operations, net of tax** | 2,815 | 3,505 | 2,324 | 3,256 | 11,900 |
| **Net Income** | 142,847 | 233,391 | 24,011 | 134,461 | 534,689 |
| Preferred Dividends | (2,090) | (2,090) | (2,090) | (2,094) | (8,364) |
| **Net Income Attributable to Common Shares** | $140,755 | $231,302 | $21,921 | $132,347 | $526,325 |
| **Earnings Per Share(3)** | | | | | |
| Basic: | | | | | |
| Continuing Operations | $.43 | $.72 | $.06 | $.42 | $1.64 |
| Discontinued Operations | .01 | .01 | .01 | .01 | .04 |
| Net income | $.44 | $.73 | $.07 | $.43 | $1.68 |
| Diluted: | | | | | |
| Continuing Operations | $.43 | $.72 | $.06 | $.42 | $1.63 |
| Discontinued Operations | .01 | .01 | .01 | .01 | .04 |
| Net income | $.44 | $.73 | $.07 | $.43 | $1.67 |
| **Common Dividends Per Share** | $.18 | $.18 | $.18 | $.18 | $.72 |
| **Common Stock Price (High-Low)** | $42.37-38.59 | $40.14-35.02 | $39.56-34.53 | $36.15-30.05 | |

**Notes to Quarterly Results:**

(3) The total of the 2006 and 2005 quarters may not equal the respective full year amounts for earnings per share due to differences in the weighted average number of shares outstanding used in the computations for the respective periods. Per share amounts for the respective quarters and years have been computed using the average number of common shares outstanding for each period. Diluted earnings per share is adjusted for the dilutive effect of the Company's common stock equivalents. The calculation may change each quarter depending on whether the common stock equivalents are antidilutive for that period.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0413775

**TRIBUNE COMPANY AND SUBSIDIARIES**
**ELEVEN YEAR FINANCIAL SUMMARY**
**(In thousands of dollars, except per share data)**

| | 2006 | 2005 |
|---|---|---|
| **Operating Revenues** | | |
| Publishing | $4,092,562 | $4,096,850 |
| Broadcasting and entertainment | 1,425,146 | 1,414,433 |
| Total operating revenues | $5,517,708 | $5,511,283 |
| **Operating Profit** | | |
| Publishing | $749,189 | $759,713 |
| Broadcasting and entertainment | 391,533 | 416,891 |
| Corporate expenses | (55,712) | (49,413) |
| Restructuring charges(2) | — | — |
| Total operating profit | 1,085,010 | 1,127,191 |
| Net income (loss) on equity investments | 80,773 | 41,209 |
| Interest and dividend income | 14,145 | 7,539 |
| Interest expense | (273,902) | (155,191) |
| Non-operating items and minority interest expense | 102,969 | 69,861 |
| **Income from Continuing Operations Before Income Taxes and Cumulative Effect of Changes in Accounting Principle** | 1,008,995 | 1,090,609 |
| Income taxes | (348,142) | (567,820) |
| **Income from Continuing Operations Before Cumulative Effect of Changes in Accounting Principle** | 660,853 | 522,789 |
| Discontinued Operations of sold Television Stations, net of tax | (66,858) | 11,900 |
| Discontinued Operations of Education Segment, net of tax | — | — |
| Discontinued Operations of QUNO, net of tax | — | — |
| Cumulative effect of changes in accounting principles, net of tax(3) | — | — |
| **Net Income(4)** | $593,995 | $534,689 |
| **Share Information** | | |
| Basic earnings per share | | |
| Continuing operations before cumulative effect of changes in accounting principle | $2.40 | $1.64 |
| Discontinued operations | (0.25) | 0.04 |
| Cumulative effect of changes in accounting principle | — | — |
| Net income | $2.16 | $1.68 |
| Diluted earnings per share | | |
| Continuing operations before cumulative effect of changes in accounting principle | $2.39 | $1.63 |
| Discontinued operations | (0.24) | 0.04 |
| Cumulative effect of changes in accounting principle | — | — |
| Net income | $2.14 | $1.67 |
| Common dividends per share | $0.72 | $0.72 |
| Weighted average common shares outstanding (000's) | 272,672 | 312,880 |
| **Financial Ratios** | | |
| Operating profit margin | 19.7% | 19.8% |
| Debt to capital including PHONES(5) | 44% | 26% |
| Debt to capital excluding PHONES(5) | 41% | 23% |
| **Financial Position and Other Data** | | |
| Total assets | $13,400,772 | $14,546,242 |
| Long-term debt including PHONES | 3,576,211 | 2,959,262 |
| Long-term debt excluding PHONES | 3,003,251 | 2,449,561 |
| Shareholders' equity | 4,317,923 | 6,725,551 |
| Capital expenditures | 221,907 | 205,945 |

(1)  The Company adopted the provisions of FAS No. 142, "Goodwill and Other Intangible Assets", at the beginning of fiscal year 2002. Under FAS No. 142, goodwill and certain other intangible assets are no longer amortized to earnings.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0413776