

# Project Tower

### Presentation to the Committee of Independent Directors of the Board of Directors of Tribune

January 12, 2007

Morgan Stanley

Project 

# Table of Contents

| | | |
|---|---|---|
| Section 1 | ████ | Trading Perspectives |
| Section 2 | ████ | Financial Projections Overview |
| Section 3 | | Preliminary Valuation Perspectives |
| Section 4 | ████ | Proposal Overview |
| Section 5 | | Selected Strategic Alternatives |
| Section 6 | | Process Considerations |
| Appendix A | | Supplemental Strategic Alternatives |
| Appendix B | | Supplemental Valuation Materials |
| Appendix C | ████ | vs. Gannett Benchmarking |

Morgan Stanley

**Project** ███

## Agenda

- Review ███'s recent share price performance as well as its relative performance against other Publishing and Broadcasting comparables

- Provide a framework to analyze ███'s "unaffected price" and potential market reaction if a deal is not pursued, both in the short-term and long-term

- Compare ███ management forecasts to Wall Street analyst estimates

- Discuss our preliminary valuation perspectives for ███

- Provide an overview of both the structure and economics implied by the ███ Trusts' Proposal

- Analyze ███'s strategic alternatives if a whole company transaction is not pursued

- Discuss process considerations given ███'s shareholder base and potential bidding outcomes

Morgan Stanley

i

Project Tower

**Section 1**

# Tower Trading Perspectives

Morgan Stanley

**Project Tower**

**Tower Trading Perspectives**

# Tower Capitalization and Multiples Summary

### Tower Capitalization
$MM

| | |
|---|---|
| Current Share Price [1] | $30.78 |
| FDSO (MM) | 242.5 |
| Equity Value | $7,463 |
| Debt [2] | 5,527 |
| Cash | 151 |
| Net Debt | $5,376 |
| Agg. Value (Incl. Unconsolidated assets) | $12,840 |
| Less: Unconsolidated Assets | 2,200 |
| Agg. Value (excl. Unconsolidated assets) | $10,640 |

### Tower Unconsolidated Assets (plus Cubs)
$MM

| | Assumed Value |
|---|---|
| **Publishing Assets** | |
| CareerBuilder (42.5%) | $650 |
| Other Interactive Assets [3] | 150 |
| Total Publishing | $800 |
| **Broadcasting Assets** | |
| Chicago Cubs (100.0%) | $450 |
| Food Network (31.3%) | 800 |
| Comcast SportsNet (25.3%) | 150 |
| Total Broadcasting | $1,400 |
| **Total Unconsolidated Assets** | $2,200 |

### Tower Multiples (Based on Wall Street Research)
x



Source  Wall Street Research

Notes
1. Share price as of 1/10/07
2. Includes PHONES at net value of $1,000MM
3. Other interactive assets include Classified Ventures (27.8%), Legacy.com (40.4%), ShopLocal (42.5%) and Topix.net (34%)
4. Assumes unconsolidated assets of $2,200MM

Morgan Stanley

2


**Tower Trading Perspectives**

# Tower Segment Overview

**Segment Revenues and OCF/BCF Breakdown by Property** [1]

**Publishing OCF Breakdown**
Based on 2006E OCF of $887MM



Other 27%
LA Times 25%
Chicago Tribune 23%
New York (Newsday) 10%
Ft. Lauderdale 15%

**Broadcasting BCF Breakdown**
Based on 2006E BCF of $425MM



Other 45%
New York WPIX 14%
Chicago Superstation 22%
Los Angeles KTLA 12%
Chicago WGN 7%

**Publishing Revenues and OCF by Property**
$MM

| Revenues | 2006E | 2007E | 2008E | '06E-'08E CAGR |
|---|---|---|---|---|
| Los Angeles Times | $1,090 | $1,132 | $1,152 | 2.8% |
| Chicago Tribune | 849 | 869 | 884 | 2.0% |
| New York (Newsday) | 529 | 533 | 542 | 1.2% |
| Ft. Lauderdale | 404 | 416 | 423 | 2.3% |
| Other | 1,176 | 1,173 | 1,193 | 0.7% |
| **Total Revenues** | **$4,048** | **$4,123** | **$4,194** | **1.8%** |

| OCF | | | | '06E Margin |
|---|---|---|---|---|
| Los Angeles Times | $238 | $258 | $265 | 21.8% |
| Chicago Tribune | 218 | 230 | 237 | 25.7% |
| New York (Newsday) | 95 | 101 | 105 | 18.0% |
| Ft. Lauderdale | 140 | 148 | 152 | 34.7% |
| Other | 256 | 250 | 253 | 21.8% |
| **Total OCF** | **$947** | **$985** | **$1,012** | **23.4%** |

**Broadcasting Revenues and BCF by Property**
$MM

| Revenues | 2006E | 2007E | 2008E | '06E-'08E CAGR |
|---|---|---|---|---|
| New York WPIX | $176 | $190 | $199 | 6.3% |
| Chicago Superstation | 144 | 144 | 145 | 0.3% |
| Los Angeles KTLA | 159 | 153 | 168 | 2.8% |
| Chicago WGN | 131 | 127 | 134 | 1.1% |
| Other | 790 | 787 | 834 | 2.7% |
| **Total Revenues** | **$1,400** | **$1,401** | **$1,480** | **2.8%** |

| BCF | | | | '06E Margin |
|---|---|---|---|---|
| New York WPIX | $61 | $69 | $74 | 34.7% |
| Chicago Superstation | 92 | 89 | 89 | 63.9% |
| Los Angeles KTLA | 49 | 39 | 43 | 30.8% |
| Chicago WGN | 28 | 25 | 29 | 21.4% |
| Other | 195 | 195 | 233 | 24.7% |
| **Total BCF** | **$425** | **$417** | **$468** | **30.4%** |

Morgan Stanley

Notes:
1. Based on management projections. "OCF" represents operating cash flow and "BCF" represents broadcasting cash flow

Project **Tower**

# Share Price Performance

Since 1 Week Before Dutch Auction Tender

- **Tower**'s stock price has increased 10.4% from $27.89 to $30.78 since the announcement of the Dutch Auction tender



**Trading Statistics**

| Since Dutch Auction (5/30/06) to 1st Round Bids (10/27/06) | |
|---|---|
| High (9/22/06) | $33.99 |
| Low (7/27/06) | $28.72 |
| ADTV [1] ('000) | 2,313 |

| Since 1st Round Bids | |
|---|---|
| High (10/30/06) | $33.45 |
| Low (12/29/06) | $30.75 |
| ADTV ('000) | 1,341 |

Source  FactSet

Morgan Stanley

Note
1. Average daily trading volume

4

Project Tower

Tower Trading Perspectives

## Tower Stock Basis Analysis
Last Twelve Months and Since Tender

- During the twelve months ended 1/10/07, approximately 73% of Tower shares were traded at or below $32
- During the time period from 5/30/06 to 1/10/07, approximately 58% of Tower shares were traded at or below $32

**Last Twelve Months as of 1/10/07**



Volume (000s)                                                                    % of Total Volume

| Share Price | 26-27 | 27-28 | 28-29 | 29-30 | 30-31 | 31-32 | 32-33 | 33-34 | 34-35 |
|---|---|---|---|---|---|---|---|---|---|
| Traded Stock | 0% | 11% | 9% | 15% | 19% | 19% | 21% | 6% | 0% |

Source: FactSet

**Since Tender Dated 5/30/06**



Volume (000s)                                                                    % of Total Volume

| Share Price | 26-27 | 27-28 | 28-29 | 29-30 | 30-31 | 31-32 | 32-33 | 33-34 | 34-35 |
|---|---|---|---|---|---|---|---|---|---|
| Traded Stock | 0% | 0% | 2% | 13% | 18% | 25% | 33% | 9% | 0% |

Source: FactSet

Morgan Stanley

5

Project Tower

Tower Trading Perspectives

## Peer Performance Since Before Tender (5/26/06)

- On average, Tower's Diversified, Publishing and Broadcasting peers have experienced a total return of 10.8%, (4.4%) and 19.0% respectively since 05/26/06

- The median EBITDA multiple for Tower's Diversified peers has increased by 0.5x since 05/26/06



Total Return Since 5/26/06

Source: FactSet, 1/10/07



Diversified Newspaper/Publishing Peers: 2006E EBITDA Multiples at 5/26/06 vs. 1/10/07

Source: Wall Street Research

Notes
1. Broadcasting index (weighed by market cap) includes Hearst-Argyle, LIN Television, Sinclair Broadcasting and Gray Television
2. Diversified index (weighed by market cap) includes Gannett, Belo and Media General
3. Publishing index (weighed by market cap) includes McClatchy, NYT, New York Times and Journal Register
4. Assumes unconsolidated assets of $2,200MM (incl. Cubs at $450MM) and PHONES net valuation of $1,000MM for 5/26/06 and 1/10/07

Morgan Stanley

6

Project 

# Comparable Trading Analysis

- **Tower** trades in line with its Diversified peers on an EBITDA multiple basis but at a premium on a P/E basis

**Tower Trading Multiples**
x

|  | 2006E | 2007E |
|---|---|---|
| **EBITDA Perspectives** | | |
| Management | 8.3x | 8.1x |
| Research | 8.3x | 8.5x |
| Median Diversified | 8.2x | 8.2x |
| Median Pure Play | 8.3x | 8.3x |
| **P/E Perspectives** | | |
| Management | 13.7x | 14.2x |
| Research | 15.8x | 15.0x |
| Median Diversified | 13.0x | 13.7x |
| Median Pure Play | 15.1x | 13.2x |

**Selected Newspaper Comparable Companies**

| Company | Price as of 1/10/07 | Equity Value ($MM) | Agg. Value [1] ($MM) | Agg. Value/EBITDA 2006E (x) | 2007E (x) | Price/EPS 2006E (x) | 2007E (x) | EV/LFCF [2] 2006E (x) | 2007E (x) |
|---|---|---|---|---|---|---|---|---|---|
| Tower (Research) | $30.78 | $7,463 | $10,640 | 8.3x | 8.5x | 15.8x | 15.0x | 13.5x | 15.1x |
| **Diversified Newspaper / Broadcasting** | | | | | | | | | |
| Gannett | $59.49 | $13,939 | $18,664 | 8.2x | 8.6x | 11.9x | 12.1x | 11.7x | 12.1x |
| Belo | 18.09 | 1,829 | 3,084 | 8.0x | 8.2x | 15.9x | 16.0x | 15.1x | 12.3x |
| Media General | 37.35 | 900 | 1,862 | 8.3x | 8.0x | 13.0x | 13.7x | 17.8x | 11.0x |
| Mean | | | | 8.2x | 8.3x | 13.6x | 13.9x | 14.9x | 11.8x |
| Median | | | | 8.2x | 8.2x | 13.0x | 13.7x | 15.1x | 12.1x |
| **Pure Play Newspaper** | | | | | | | | | |
| McClatchy | $41.29 | $3,360 | $6,170 | 7.9x | 7.2x | 13.9x | 10.9x | 9.9x | 8.7x |
| New York Times | 23.89 | 3,443 | 4,670 | 9.7x | 10.1x | 18.9x | 23.9x | NM | NM |
| Lee Enterprises | 29.93 | 1,374 | 2,541 | 8.7x | 8.6x | 16.2x | 15.4x | 8.6x | 9.0x |
| Journal Register | 6.44 | 252 | 985 | 7.9x | 8.1x | 6.6x | 6.9x | 10.7x | 9.5x |
| Mean | | | | 8.5x | 8.5x | 14.0x | 14.3x | 9.8x | 9.1x |
| Median | | | | 8.3x | 8.3x | 15.1x | 13.2x | 9.9x | 9.0x |

Notes
1. Aggregate Value defined as Equity Value + Net Debt + Minority Interest + Preferred Stock - Unconsolidated Assets
2. LFCF defined as EBITDA - Capex - Investment in Working Capital - Taxes - Net Interest Expense

Morgan Stanley

**Project Tower**

**Tower Trading Perspectives**

# Tower Valuation Matrix

**Tower Valuation Matrix**
**$MM, except per share data**

| Price | % Prem. / (Disc.) to Current | Equity Value | Agg. Value (incl. Uncons. Assets) | Agg. Value (excl. Uncons. Assets) | Agg. Value/EBITDA (excl. uncons. assets) [2] Management 2007 | Research 2007 | P/E Management 2007 | Research 2007 |
|---|---|---|---|---|---|---|---|---|
| | $30.78 | | | Statistic: [4] | $1,322 | $1,250 | $2.17 | $2.06 |
| $26.00 | (16%) | $6,304 | $11,681 | $9,481 | 7.2x | 7.6x | 12.0x | 12.6x |
| 28.00 | (9%) | 6,789 | 12,166 | 9,966 | 7.5 | 8.0 | 12.9 | 13.6 |
| 30.00 | (3%) | 7,274 | 12,651 | 10,451 | 7.9 | 8.4 | 13.9 | 14.6 |
| 30.78 [1] | 0% | 7,463 | 12,840 | 10,640 | 8.1 | 8.5 | 14.2 | 15.0 |
| 32.00 | 4% | 7,759 | 13,136 | 10,936 | 8.3 | 8.8 | 14.8 | 15.6 |
| 34.00 | 10% | 8,244 | 13,621 | 11,421 | 8.6 | 9.1 | 15.7 | 16.5 |
| 36.00 | 17% | 8,729 | 14,106 | 11,906 | 9.0 | 9.5 | 16.6 | 17.5 |
| 38.00 | 23% | 9,214 | 14,591 | 12,391 | 9.4 | 9.9 | 17.5 | 18.5 |
| 40.00 | 30% | 9,699 | 15,076 | 12,876 | 9.7 | 10.3 | 18.5 | 19.4 |

 = Comparable Companies Median [5]

Notes
1. Share price as of 1/10/07
2. Includes PHONES at net value of $1,000MM
3. Unconsolidated assets of $2,200MM includes Food Network ($800MM), CareerBuilder ($550MM), Cubs ($450MM), Comcast SportsNet ($150MM) and other interactive assets ($150MM)
4. EBITDA statistics exclude $19MM of 2007E BCF for Cubs
5. Comparable companies include Gannett, Belo and Media General

**Morgan Stanley**

8

Project Tower

**Section 2**

Tower Financial Projections Overview

Morgan Stanley

Project Tower

**Tower Financial Projections Overview**

## Tower Consolidated Financial Projections

- Management's '06E-'10E projections for the consolidated company are meaningfully above Research estimates
  - 2.0% Revenue CAGR per Management
  - 0.1% Revenue CAGR per Research

**Tower Consolidated Revenue**
$MM

| CAGR | '06E-'10E |
|------|-----------|
| Mgmt Case | 2.0% |
| Research Case | 0.1% |

|  | 2006E | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| Management Case | 5,448 | 5,524 | 5,674 | 5,765 | 5,895 |
| Research Case | 5,510 | 5,466 | 5,501 | 5,507 | 5,530 |

Source   Management Business Plan and guidance, Wall Street research

**Tower Consolidated EBITDA** [1]
$MM

| CAGR | '06E-'10E |
|------|-----------|
| Mgmt Case | 3.4% |
| Research Case | 0.5% |

|  | 2006E | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| Management Case | 1,311 | 1,341 | 1,415 | 1,456 | 1,496 |
| Research Case | 1,296 | 1,269 | 1,308 | 1,312 | 1,322 |
| Margin (%) | 24.1   23.6 | 24.3   23.7 | 24.9   23.8 | 25.3   23.8 | 24.2   23.9 |

Source   Management Business Plan and guidance, Wall Street research

**Tower Consolidated Historical Financials**

| $MM | 2002A | 2003A | 2004A | 2005A |
|-----|-------|-------|-------|-------|
| Revenue | $5,384 | $5,595 | $5,726 | $5,596 |
| % Growth | 2.5% | 3.9% | 2.3% | (2.3)% |
| EBITDA | $1,472 | $1,589 | $1,451 | $1,391 |
| % Growth | 34.6% | 7.9% | (8.7)% | (4.1)% |
| % Margin | 27.3% | 28.4% | 25.3% | 24.9% |

Morgan Stanley

**Project Tower**

**Tower Financial Projections Overview**

# Publishing Financial Projections

- Management's '06E-'10E projections for the Publishing business are meaningfully above Research estimates
  - 1.9% Revenue CAGR per Management Plan
  - (0.9%) Revenue CAGR per Research



**Publishing Revenue**
$MM

| CAGR | '06E-'10E |
|------|-----------|
| Mgmt Case | 1.9% |
| Research Case | (0.9%) |

☐ Management Case   ▨ Research Case

Source  Management Business Plan and guidance, Wall Street research

**Publishing OCF** [1]
$MM

| CAGR | '06E-'10E |
|------|-----------|
| Mgmt Case | 3.0% |
| Research Case | (0.9%) |

☐ Management Case   ▨ Research Case

| | 2006E | 2007E | 2008E | 2009E | 2010E |
|--|--|--|--|--|--|
| Margin (%) | 23.4   22.6 | 23.9   22.2 | 24.1   22.3 | 24.3   22.6 | 24.4   22.6 |

Source  Management Business Plan and guidance, Wall Street research



**Publishing Historical Financials**

| $MM | 2005A | 2003A | 2004A | 2005A |
|-----|-------|-------|-------|-------|
| Revenue | $3,940 | $4,037 | $4,130 | $4,097 |
| % Growth | 1.0% | 2.4% | 2.3% | (0.8)% |
| OCF | $1,025 | $1,062 | $1,035 | $987 |
| % Growth | 23.4% | 3.5% | (2.4)% | (4.8)% |
| % Margin | 26.0% | 26.3% | 25.1% | 24.1% |

Morgan Stanley

Notes
1. Includes stock-based compensation deduction

10

Project Tower

**Tower Financial Projections Overview**

# Broadcasting Financial Projections

- Management's '06E-'10E projections for the Broadcasting business are similar to Research estimates
  - 2.3% Revenue CAGR per Management Plan
  - 2.7% Revenue CAGR per Research

**Broadcasting Revenue**
$MM

| CAGR | '06E-'10E |
|------|-----------|
| Mgmt Case | 2.3% |
| Research Case | 2.7% |

| | 2006E | 2007E | 2008E | 2009E | 2010E |
|--|-------|-------|-------|-------|-------|
| Management Case | 1,400 | 1,401 | 1,480 | 1,487 | 1,531 |
| Research Case | 1,438 | 1,442 | 1,521 | 1,557 | 1,595 |

☐ Management Case    ▨ Research Case

Source   Management Business Plan and guidance, Wall Street research

**Broadcasting BCF [1]**
$MM

| CAGR | '06E-'10E |
|------|-----------|
| Mgmt Case | 4.2% |
| Research Case | 3.2% |

| | 2006E | 2007E | 2008E | 2009E | 2010E |
|--|-------|-------|-------|-------|-------|
| Management Case | 425 | 417 | 468 | 484 | 501 |
| Research Case | 439 | 435 | 481 | 483 | 498 |

☐ Management Case    ▨ Research Case

| Margin (%) | 30.4 | 30.6 | 29.8 | 30.2 | 31.6 | 31.6 | 32.5 | 31.0 | 32.7 | 31.2 |
|------------|------|------|------|------|------|------|------|------|------|------|

Source   Management Business Plan and guidance, Wall Street research

**Broadcasting Historical Financials**

| $MM | 2002A | 2003A | 2004A | 2005A |
|-----|-------|-------|-------|-------|
| Revenue | $1,444 | $1,556 | $1,596 | $1,499 |
| % Growth | 7.0% | 7.9% | 2.5% | (6.1)% |
| BCF | $517 | $579 | $597 | $482 |
| % Growth | 14.4% | 11.9% | 3.1% | (19.2)% |
| % Margin | 35.8% | 37.1% | 37.4% | 32.2% |

Morgan Stanley

Note
1.  Includes stock-based compensation deduction and Cubs BCF contribution

11

Project 



**Tower Financial Projections Overview**

# Tower Discounted Equity Value Analysis

**Range of Stock Prices Assuming EBITDA Multiple Range of 8.0x–8.5x** [1]

Morgan Stanley

12

**Project** Tower

# Preliminary Valuation Perspectives

Morgan Stanley

Project Tower

**Preliminary Valuation Perspectives**

# Preliminary Valuation Summary

## Tower Equity Value per Share [1]

Current $33.78

| | | Comments |
|---|---|---|
| (1) Trading Range | | (1) Trading Range |
| – Since Dutch Auction Tender | $28 — $34 | • Tender announced 5/30/06 |
| – One Year | $27 — $34 | |
| (2) Equity Research Price Targets | | (2) Equity Research Price Targets |
| – Target Price | $21 — $38 | • Median target price of $32 |
| – PV of Target Price | $19 — $38 | • Median discounted target price of $29 |
| (3) Public Market Trading Comparables [2,3] | | (3) Public Market Trading Comparables [2,3] |
| – 8.0x–8.5x Consolidated 2007E EBITDA | $31 — $33 | • 2007E EBITDA of $1,322MM (Mgmt.) |
| | $28 — $31 | • 2007E EBITDA of $1,250MM (Research) |
| – 7.5x–8.5x Publishing 2007E EBITDA, 8.5x–9.5x Broadcasting 2007E EBITDA | $29 — $35 | • 2007E EBITDA: $935MM (Publishing); $332MM (Broadcasting) (Mgmt.) |
| | $27 — $32 | • 2007E EBITDA: $849MM (Publishing); $400MM (Broadcasting) (Research) |
| | | • Blended 2007E EBITDA multiple of 7.8x–8.8x |
| – 12.0x–14.0x Consolidated 2007 EPS | $26 — $30 | • Consolidated 2007E EPS estimates of $2.17 (Mgmt.) |
| | $25 — $29 | • Consolidated 2007E EPS estimate of $2.06 (Research) |
| (4) Private Market Precedent Transactions [2,3] | | (4) Private Market Precedent Transactions [2,3] |
| – 7.0x–9.0x Publishing 2006E EBITDA, 9.0x–11.0x Broadcasting 2006E EBITDA | $27 — $38 | • 2006E EBITDA: $902MM (Publishing); $306MM (Broadcasting) (Mgmt.) |
| | | • Blended 2006E EBITDA multiple of 7.6x–9.6x |
| – Blended multiple post-tax [4] | $23 — $33 | • Corporate tax paid on sale of Broadcasting (incl. Cubs, Food Network and Comcast SportsNet) |
| – Research Private Market Value [5] | $31 — $40 | • Median private market value of $35 |
| – McClatchy/Knight Ridder (9.1x–9.6x Forward EBITDA) | $37 — $41 | • 2007E EBITDA of $1,322MM (Mgmt.) |
| (5) DCF [5] | | (5) DCF [5] |
| – Management | $31 — $37 | • Terminal year EBITDA of $1,531MM (Mgmt.) |
| – Research | $24 — $30 | • Terminal year EBITDA of $1,325MM (Research) |

16    22    26    30    34    38    42    46

☐ Management Projections
▨ Research Projections

**Notes**
1. Assumes FYE 2006E FDSO of 242.9MM and 2006E year end net debt of $5,376MM.
2. Based on management estimates and research estimates, as indicated. Assumes allocation of $61MM in 2006E corporate overhead to Publishing and Broadcasting based on revenue contribution. Cubs valued separately at $450MM for unconsolidated assets value of $2,200MM. Broadcasting 2006E and 2007E EBITDA excludes Cubs DCF of $236MM and $176MM, respectively.
3. Valuation metrics (excluding those based on P/E), represent values assuming PHONES net value of $1,000MM.
4. Assumes Broadcasting business is sold. Post-tax range based on a Broadcasting tax basis of $2,539MM.
5. Research private market median of $36 per share.
6. DCF assumes a WACC of 7.4% and a 7.5x–8.5x exit multiple in 2011, and unconsolidated assets of $1,750MM based on broker consensus which includes Food Network at $800MM, CareerBuilder at $650MM, Comcast SportsNet and other interactive assets at $150MM each

Morgan Stanley

13

Project **Tower**

### Section 4
# Chandler Proposal Overview

Morgan Stanley




Project Tower

## Summary of Selected Research Analyst Targets

- **The Wall Street median target price is $32**
  - **Results in an implied present value of $29 based on a 9% cost of equity**
- **The private market value of Tower, based on the analyst median, is approximately $35**

### Wall Street Perspectives Since Q3 Earnings Release

| Firm | Rating | Target Price | % Upside to Current Price [1] | PV of Price Target [2] | 2006 Estimates Revenue ($ MM) | 2006 Estimates EBITDA ($ MM) | 2006 Estimates Margin (%) | 2007 Estimates Revenue ($ MM) | 2007 Estimates EBITDA ($ MM) | 2007 Estimates Margin (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| Morgan Stanley | Equalweight | NA | - | NA | $5,457 | $1,276 | 23% | $5,375 | $1,217 | 23% |
| Merrill Lynch | Neutral | $32-33 | 6% | $29.82 | 5,510 | 1,315 | 24% | 5,408 | 1,260 | 23% |
| A.G. Edwards | Hold | NA | - | NA | 5,483 | 1,299 | 24% | 5,533 | 1,296 | 23% |
| Prudential | Overweight | 38.00 | 38% | 34.86 | 5,483 | 1,294 | 24% | 5,533 | 1,361 | 25% |
| Barrington Research | Market Perform | NA | - | NA | 5,501 | 1,292 | 23% | 5,636 | 1,326 | 24% |
| Credit Suisse | Outperform | 37.00 | 20% | 33.94 | 5,564 | 1,316 | 24% | 5,513 | 1,349 | 24% |
| Lehman Brothers | Underweight | 21.00 | (32)% | 19.53 | 5,444 | 1,273 | 23% | 5,333 | 1,181 | 22% |
| JP Morgan | Neutral | - | - | - | 5,444 | 1,301 | 24% | 5,333 | 1,280 | 24% |
| Wachovia | Market Perform | 30.00 | (3)% | 27.91 | 5,526 | 1,311 | 24% | 5,381 | 1,216 | 23% |
| Deutsche Bank | Hold | 31.00 | 1% | 28.84 | 5,551 | 1,303 | 23% | 5,393 | 1,220 | 23% |
| **Analyst Median** | | **$31.78** | **2%** | **$29.13** | **$5,492** | **$1,300** | **24%** | **$5,408** | **$1,260** | **23%** |

Source  Wall Street Research

### EBITDA Estimates $MM

| | 2006E | 2007E |
|---|---|---|
| Research | | |
| Low | $1,273 | $1,181 |
| High | 1316 | 1361 |
| Median | 1300 | 1260 |
| Average | 1298 | 1269 |
| Management | 1311 | 1341 |

Source  Management Projections, Wall Street research

### Tower Broker Recommendations
12 Month Consensus



Sell 13%
Buy 20%
Hold 67%

Source  FactSet

### Private Market Valuations [3]

| Firm | Private market Value ($) |
|---|---|
| Morgan Stanley | $35 |
| Merrill Lynch | 32-33 |
| A.G. Edwards | 40 |
| Lehman Brothers | 35 |
| Wachovia | 35 |
| Deutsche Bank | 31-35 |
| **Analyst Median** | **$35** |

Source  Wall Street Research

Notes
1. Based on share price of $30.78 as of 1/10/07
2. Discounted one year at 9.0% cost of equity
3. Targets reflect private market valuations based on publicly announced review of strategic alternatives



14

Project Tower

**Chandler Proposal Overview**

# Proposed Chandler Trusts Transaction

**Based on Proposal Dated December 11, 2006**

- The Chandler Trusts'
  Proposal dated December 11,
  2006 stated that it could
  deliver total per share value
  to Tower shareholders of
  $32.00 to $34.00, with over
  $22.00 per share in cash

**Proposed Transaction Structure**

- Tax-free split-off of Tower's broadcasting and entertainment business to all of Tower's stockholders, excluding the Chandler Trusts
- Chandler Trusts and one or more equity sponsors acquire 100% of the stock of Tower. Not less than 51% to be owned by the Trusts and not more than 49% to be owned by one or more co-investors
- Would result in value to the Tower shareholders, other than the Chandler Trusts, of between $32 and $34 per share based on the following assumptions:

  - Publishing: *"RemainCo"*
    - Valued at 9.00x to 9.25x 2006E EBITDA with assumption of outstanding debt plus PHONES
    - Includes CareerBuilder, Classified Ventures, Legacy.com, ShopLocal, Topix.net and $16MM Time Warner shares
    - Pro forma leverage of 7.0x RemainCo EBITDA

  Broadcasting: *"TV SpinCo"*
    - Tax-free split-off of Broadcasting to all Tower shareholders, excluding the Chandler Trusts
    - Public trading value of 9.00x to 9.50x EBITDA
    - Broadcasting would incur 6.5x leverage on core EBITDA
    - TV SpinCo would retain interest in The Food Network, Comcast SportsNet and the Chicago Cubs

**Resulting Ownership**



**Tower Shareholder Package Value Per Share**
**$/Share**

| | | |
|---|---|---|
| Broadcasting Trading Multiple | 9.0x | 9.5x |
| Broadcasting SpinCo Interest | $9.75 | $11.00 |
| Special Cash Distribution | $22.25 | $23.00 |
| Total Package Value | $32.00 | $34.00 |

Morgan Stanley

Project Tower

# Chandler Proposal Overview

# Broadcasting Profile

**Tower Shareholders (excl. Chandler Trusts) 100% Equity Ownership in TV SpinCo**

- Chandler Trusts' Proposal contemplated delivering between $9.75 to $11.00 in equity value of TV SpinCo

**Illustrative Unconsolidated Assets (Chandler Trusts' Proposal Value) $MM**

| Equity Interest | Implied Value |
|---|---|
| Chicago Cubs | $850 |
| The Food Network | 650 |
| Comcast SportsNet | 200 |
| **Total** | **$1,600** |

**Pro Forma Broadcasting Shares Outstanding MM**

| | |
|---|---|
| Current Tower Shares O/S | 242.5 |
| Chandler Shares Redeemed | 48.7 |
| Pro Forma Broadcasting Shares | 193.8 |

## Asset Profile

**Broadcasting**

- 23 stations: 15 CW; 6 Fox; 2 MyNetwork; 1 ABC Radio
- Stations in each of Top 3 markets and eight of the Top 10
  - Superstation WGN: reaches nearly 70 million U.S. households

**Other Assets**

- Unconsolidated assets include Cubs, Food Network and Comcast SportsNet (assumed combined value of approximately $1,600MM, based on ▓ Proposal)

## Broadcasting Financial Summary $/Share

| | 2006E | 2007E | 2008E |
|---|---|---|---|
| Revenues [1] | $1,390 | $1,398 | $1,438 |
| Core EBITDA [1][2] | 382 | 384 | 404 |
| Cubs BCF [1][3] | 23 | 23 | 23 |
| Equity Income - Food [4] | 70 | 78 | 82 |
| Equity Income - CSN [5] | 9 | 10 | 11 |
| **Adjusted EBITDA** | **484** | **496** | **520** |

| | |
|---|---|
| Debt | $3,148 |
| Debt / Adj. EBITDA | 6.5x |
| Debt / Core EBITDA | 8.2x |

## Tower Valuation Perspectives: Broadcasting $MM

| | 2006E EBITDA Multiple | |
|---|---|---|
| | 9.00x | 9.50x |
| Core Agg. Value (excl. Cubs) | $3,437 | $3,628 |
| Plus: Unconsolidated assets | 1,600 | 1,600 |
| Total Debt | 3,148 | 3,148 |
| Cash | 0 | 0 |
| Equity Value | $1,889 | $2,080 |
| Shares Outstanding | 193.8 | 193.8 |
| EV/Share (100% Ownership) | $9.75 | $10.73 |

## Selected Considerations

- Shareholders receive proceeds from new leverage and sponsor equity
  - Cash taxed at favorable long-term rates (15% federal rate for individuals) [6]
- Potential tax considerations
  - Transaction may involve seeking an IRS ruling
  - Limitations on subsequent transactions and equity issuance
- Reduced financial flexibility due to significant leverage
- Potential to monetize selected non-core assets

**Notes**
1. Broadcasting financials used in the ▓ Trusts' proposal were dated from before the release of the management's updated business plan
2. Core EBITDA based on $400MM less $23MM in Cubs BCF
3. Cubs BCF based on management's business plan prior to update
4. Food Network equity income based on ownership stake of 31.3%
5. Comcast SportsNet equity income based on ownership stake of 25.3%
6. Cash in excess of tax "earnings and profits" treated as a tax-free return of capital to the extent of tax basis and thereafter taxable capital gains

Morgan Stanley

16

**Project Tower**

**Chandler Proposal Overview**

# Special Distribution Funding

### Cash Delivered to Tower Shareholders

- **Chandler Trusts' Proposal** contemplated delivering between $22.25 and $23.00 per share in cash to Tower shareholders

| Chandler Trusts Proposal: Special Distribution Funding [1] $MM, except per share amounts | | |
|---|---|---|
| Pro Forma Broadcasting Leverage | | 6.5x |
| Broadcasting 2006E Adjusted EBITDA (including equity investments) | | $484 |
| ① Broadcasting SpinCo Leverage @ 6.5x Adjusted EBITDA | | $3,148 |
| Pro Forma Publishing Leverage @ 7.0x EBITDA | | $6,307 |
| Less: PHONES | | (1,256) |
| Less: Existing Tower Debt | | (4,300) |
| Total New Publishing Debt | | $751 |
| | | |
| 2006 Publishing EBITDA Multiple | 9.00x | 9.25x |
| Total Publishing Aggregate Value | $8,277 | $8,506 |
| Less: Pro Forma Publishing Leverage | 6,307 | 6,307 |
| Publishing Equity Value | 1,969 | 2,199 |
| Sponsor Target Ownership | 49% | 49% |
| ❷ Co-Investor Equity Investment in Publishing | $965 | $1,077 |
| | | |
| Less: Cash Distribution to Chandler Trusts | $553 | $520 |
| ①+→+❷- **Total Special Cash Distribution to Tower Shareholders** | $4,311 | $4,457 |
| Shares Outstanding (MM) - excluding Chandler Trusts | 193.8 | 193.8 |
| *Per Share Special Cash Distribution To Tower Shareholders* | $22.25 | $23.00 |

**Morgan Stanley**

Notes
1. Financial information used in the ████ Trusts' Proposal was dated from before the release of management's updated business plan

17

Project Tower 

Chandler Proposal Overview

# Publishing Profile

**Chandler** Trusts' Ownership Position in Publishing RemainCo

- **Chandler** Trusts likely to believe that the value to them of the proposed structure is up to $31.97 to $33.71 per share

### Asset Profile

**Newspapers**

- 11 metro 7-day newspapers
- Papers in the nation's Top 3 markets:
  - LA Times, Chicago [  ], Newsday
- Total readership approximately 8 million daily, 11 million Sunday
- Over 50 websites serving 14 million unique visitors per month

**Other Assets**

- Unconsolidated assets includes CareerBuilder, Classified Ventures, Legacy.com, ShopLocal, Topix.net and 16MM Time Warner shares (assumed combined value of approximately $800MM, based on [  ] Trusts Proposal)

### Chandler Valuation Perspectives: Publishing
$MM

| | 2006 EBITDA Multiple | |
| --- | --- | --- |
| | 9.00x | 9.25x |
| Total Aggregate Value | $8,277 | $8,506 |
| Total Debt | 6,307 | 6,307 |
| Total Equity Value | $1,969 | $2,199 |
| Chandler's Stake (at 51%) | $1,004 | $1,121 |
| Chandler's Upfront Distribution | 553 | 520 |
| Total Chandler's Package Value | $1,557 | $1,642 |
| Shares Outstanding | 48.7 | 48.7 |
| Per Share Package Value | $31.97 | $33.71 |

### Publishing Financial Summary
$/Share

| | 2006E | 2007E | 2008E |
| --- | --- | --- | --- |
| Revenues [1] | $4,042 | $4,149 | $4,221 |
| Core EBITDA [1] | 920 | 967 | 999 |
| Equity Inv. Income [2] | (19) | (9) | 5 |
| Adjusted EBITDA | 901 | 958 | 1,004 |
| Debt | $6,307 | | |
| Debt / Adj. EBITDA | 7.0x | | |
| Debt / EBITDA | 6.9x | | |

### Selected Considerations

- Tax rules limit co-investor investment to less than 50% vote and value
- Publishing must carefully review any strategic transactions or share repurchases for a period of at least two years to avoid jeopardizing tax-free status of the spin-off
- Transaction may involve seeking an IRS ruling

### Publishing Valuation Perspectives

| | 2006 EBITDA Multiple | |
| --- | --- | --- |
| | 9.00x | 9.25x |
| Total Aggregate Value | $8,277 | $8,506 |
| Less: Unconsolidated Assets | 800 | 800 |
| Core Aggregate Value | $7,477 | $7,706 |
| Core Agg Value Multiple | 8.1x | 7.4x |

Notes
1. Publishing financials used in the [  ] Trusts' Proposal were dated from before the release of the management's updated business plan
2. Unconsolidated assets and equity investment income includes CareerBuilder, ShopLocal, Topix.net, Classified Ventures and other

Morgan Stanley

18

**Project Tower**

## Chandler Proposal Overview

# Potential Tower Shareholder Package Value Scenarios

- Broadcasting trading value of 9.0x to 9.5x would result in a Tower per share package value of $31.34 to $32.32
- Analysis assumes $1,400MM of unconsolidated asset value in Broadcasting
  - Using Broadcasting unconsolidated asset value of $1,600MM, as implied from the Chandler proposal, would increase package value per share by approximately $1.00 per share

**Potential Tower Shareholder Package Value Scenarios[1]**
($MM, except per share amounts)

| Illustrative 2006E Broadcasting Transaction Multiples | Implied 2006E LFCF Multiple[2] | Implied 2007E LFCF Multiple[2] | Implied Broadcasting Aggregate Value[3] | Total Equity Value | Tower Shareholder Package Value Perspectives | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Equity Value/ Share | Cash Distribution/ Share[4] | Package Value/ Share[5] |
| 8.0x | 9.8x | 8.5x | $4,454 | $1,306 | $6.74 | $22.63 | $29.37 |
| 8.5x | 11.0x | 9.7x | 4,645 | 1,497 | 7.73 | 22.63 | 30.35 |
| 9.0x | 12.4x | 10.9x | 4,836 | 1,688 | 8.71 | 22.63 | 31.34 |
| 9.5x | 13.8x | 12.2x | 5,027 | 1,879 | 9.70 | 22.63 | 32.32 |
| 10.0x | 15.2x | 13.4x | 5,218 | 2,070 | 10.68 | 22.63 | 33.31 |
| 10.5x | 16.6x | 14.6x | 5,409 | 2,261 | 11.67 | 22.63 | 34.29 |

Proposed Valuation

**Broadcasting Comparable Trading Multiples**

| | AV/EBITDA | | EV/LFCF | |
|---|---|---|---|---|
| | 2006E | 2007E | 2006E | 2007E |
| Media Angels | 12.1x | 12.9x | 23.4x | 19.5x |
| Sinclair Broadcast | 9.8x | 10.0x | 12.0x | 13.7x |
| LIN TV Corp | 11.2x | 12.1x | 11.8x | 12.8x |
| Gray Television | 9.5x | 11.1x | 12.0x | 13.1x |
| Mean | 10.7x | 11.6x | 14.8x | 15.1x |
| Median | 10.9x | 11.6x | 13.1x | 15.0x |

**Morgan Stanley**

Notes
1. Morgan Stanley analysis assumes $1,400MM of unconsolidated asset value in Broadcasting
2. Assumes $3,141MM of total net leverage of Broadcasting and 2006E and 2007E leveraged free cash flow (LFCF) of $136MM and $154MM, respectively
3. Assumes 2006E Broadcasting EBITDA of $363MM and unconsolidated assets valued at $1,400MM
4. Based on midpoint of $22.25 - $23.00 cash distribution specified in ▇▇▇▇ Proposal
5. Based on 193.9MM ▇▇▇ Broadcasting shares outstanding

Project  Tower

# Potential Chandler Package Value Scenarios

- **Sponsor investment at 9.00x to 9.25x results in a per share package value to the Chandlers of $31.63 to $34.04**
  - Assumes mid-point of cash distribution to the Chandlers implied by proposal

**Avista/Star Tribune Tax-Adjusted Multiple**
- Headline Multiple: 8.8x
- Tax-Adjusted: 6.7x

**Proposed Chandler Valuation**

**McClatchy / KRI Multiple**
- Headline Multiple: 10.2x
- Excl. Uncons. Assets: 9.4x

### Potential Chandler Package Value Scenarios
$MM, except per share amounts

| Illustrative 2006E Publishing Transaction Multiples | Adjusted Multiple excl. Uncons. Assets [1] | Implied Publishing Aggregate Value [2] | Total Publishing Equity Value | Chandler Package Value Perspectives | | | |
|---|---|---|---|---|---|---|---|
| | | | | Value of Chandler Interest [3] | Upfront Cash Distribution [4] | Total Package Value | Per Share Package Value [5] |
| 6.70x | 6.3x | 6,161 | 0 | | 536 | 536 | $11.01 |
| 7.50x | 6.6x | 6,897 | 590 | 301 | 536 | 837 | $17.19 |
| 8.00x | 7.1x | 7,357 | 1,049 | 535 | 536 | 1,072 | $22.00 |
| 8.50x | 7.6x | 7,817 | 1,509 | 770 | 536 | 1,306 | $26.82 |
| 9.00x | 8.13x | 8,277 | 1,969 | 1,004 | 536 | 1,541 | $31.63 |
| 9.25x | 8.4x | 8,506 | 2,199 | 1,121 | 536 | 1,658 | $34.04 |
| 9.50x | 8.6x | 8,736 | 2,429 | 1,239 | 536 | 1,775 | $36.45 |
| 10.00x | 9.1x | 9,196 | 2,889 | 1,473 | 536 | 2,010 | $41.26 |
| 10.20x | 9.3x | 9,380 | 3,073 | 1,567 | 536 | 2,103 | $43.19 |

Notes
1. Based on an $800MM downward adjustment to aggregate value for the value of ▮▮▮'s interactive assets including CareerBuilder
2. Assumes an 2006E EBITDA of $920MM
3. Assumes ▮▮▮ Truss own 51% of Publishing post close
4. Based on midpoint of 9.00x to 9.25x sponsor investment multiple and midpoint of $22.25 to $23.00 special cash distribution as specified in the ▮▮▮ Proposal
5. Based on 48.7MM shares owned by the Chandlers

Morgan Stanley





**Project Tower**

**Chandler Proposal Overview**

# Chandler Proposal vs. Broadcasting Spin-off

**Assumes Leverage of 7x Publishing and 6.5x Broadcasting 2006E EBITDA**

**Chandler Proposal Considerations:**

- For the Chandlers, upside potential of a successful appeal of the Bender tax ruling
- Ability to restructure PHONES debt for an amount less than book value of $1.3Bn provides potential upside to the Chandlers
- For other Tower shareholders, uncertainty regarding the valuation of unconsolidated Broadcasting assets, which represent approximately 20% of aggregate value





**Morgan Stanley**

21

**Project** Tower

**Section 5**

## Selected Strategic Alternatives

Morgan Stanley

Project 

**Selected Strategic Alternatives**

# Selected Strategic Alternatives

Alternatives to a ▮Tower▮ Sale Transaction

**Selected Strategic Alternatives**

| Alternative | Advantages | Considerations |
|---|---|---|
| Recapitalization | • Provides meaningful return of capital to shareholders<br>• Low execution risk and short time to completion | • Board/management comfort level with incremental leverage<br>• Likely requires selected asset sales<br>• Shareholder base unchanged |
| Sale of Broadcasting | • Potential to increase buyer universe<br>• Resolves cross-ownership issues<br>• Shareholder approval not required | • Tax leakage from sale<br>• Shareholder base unchanged<br>• Timing/closing certainty |
| Spin-off Broadcasting | • Avoids relative valuation issues implicated by split-off transactions<br>• Resolves cross-ownership issues<br>• No tax leakage<br>• Shareholder approval not required | • Potential to combine with a recapitalization<br>• Shareholder base unchanged |
| Split-off Publishing | • Resolves shareholder issues<br>• Resolves cross-ownership issues<br>• No tax leakage | • Ability to get shareholder approval<br>• Introduces complex valuation issues<br>• May require IRS ruling |

Morgan Stanley

22

Project Tower

**Selected Strategic Alternatives**

# Overview of Selected Alternatives

- Tribune has a number of strategic alternatives available aside from a whole company transaction, including:
  - Execute standalone plan
  - An incremental recapitalization
  - Sale of Broadcasting
  - Spin-off of Broadcasting
  - Split-off of Publishing

**Alternatives to a Tower Sale Transaction**

| Alternative | Potential Package Value/Share | Per Share Cash Distribution | Comments |
|---|---|---|---|
| ① Execute Standalone Plan | Current $30.78 — $27 ... $31 | $0 | • "Unaffected" price of $27-31 based on diversified comparables, recent Gannett performance and Discounted Equity Value analysis |
| ② Recapitalization | $29 ... $34 | $19 | • Assumes 6.5x leverage (excluding PHONES), 5x bank debt and 1.5x notes<br>• 8-8.5x 2007E EBITDA trading value |
| ③ Sale of Broadcasting | $26 ... $34 | $14-16 | • Broadcasting sold for 9-11x 2006E EBITDA<br>• Food Network retained by Publishing<br>• Corporate taxes payable on sale; Broadcasting tax basis of $2,452MM (excluding Food Network)<br>• ▮▮▮ shareholders retain Publishing valued at 8-9x 2006E EBITDA |
| ④ Spin-off Broadcasting | $30 ... $34 | $19 | • Separation of Broadcasting and Publishing (no new equity)<br>• Broadcasting and Publishing leverage of 7.0x and 6.25x (excluding PHONES), respectively<br>• Assumes trading multiples of 8.5-10.0x Broadcasting and 8.0-8.5x Publishing |
| ⑤ Split-Off Publishing | $30 ... $34 | $22-23 | • Existing ▮▮▮ shareholders (excl. Chandlers or ▮▮▮▮▮) own 100% of Broadcasting<br>• Chandlers or ▮▮▮ own 51% of Publishing; sponsor owns remaining 49%<br>• Broadcasting and Publishing leverage of 6.5x and 7.0x (including PHONES), respectively<br>• Assumes multiples of 8.5-10.0x Broadcasting and 8.0-8.5x Publishing<br>• Significant valuation issues |

[ ] Consolidated Company Alternatives

[▓▓▓] Separation Alternatives

Scale: 26   28   30   32   34   36

Project Tower

**Selected Strategic Alternatives**

# Recapitalization Overview

- A 6.5x recapitalization (7.2x incl. PHONES debt) would result in a $4.6Bn special dividend to Tower Shareholders



Morgan Stanley

24

Project Tower

# Tower Package Value

**Post-Recapitalization**

- A 6.5x recapitalization of Tower results in a Tower per share package value of approximately $29-34 based on 2007E EBITDA
  - Management Case: $31-34
  - Research Case: $29-31
- At 6.5x leverage Tower would pay a $4.6Bn special distribution to Tower Shareholders resulting in a per share value of approx. $19

**Recap Valuation Multiples x**

| | Low | High |
|---|---|---|
| **2007 Multiples** | | |
| EBITDA | 8.0x | 8.5x |
| P/E | 12.0x | 14.0x |
| **2008 Multiples** | | |
| EBITDA | 8.0x | 8.5x |
| P/E | 12.0x | 14.0x |

**Tower Recapitalization Sensitivity Analysis**

| | | 2007 | | | | 2008[2] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Stub Equity Value | | Package Value | | Stub Equity Value | | Package Value | |
| | | Low | High | Low | High | Low | High | Low | High |
| **Management Case[1][2]** | | | | | | | | | |
| EBITDA Multiple | $1,322 | $12.08 | $14.81 | $31.02 | $33.74 | $14.80 | $17.44 | $33.74 | $36.38 |
| Price to Earnings | 234 | $12.27 | $14.20 | $31.21 | $33.14 | $15.02 | $17.28 | $33.96 | $36.22 |
| **Research Case[1][2]** | | | | | | | | | |
| EBITDA Multiple | $1,250 | $9.93 | $12.51 | $28.87 | $31.44 | $11.63 | $14.06 | $30.56 | $32.99 |
| Price to Earnings | 205 | $10.83 | $12.52 | $29.77 | $31.46 | $12.53 | $14.38 | $31.47 | $33.32 |

Notes
1. Assumes value of unconsolidated assets of $2,200MM grows at 8% per year (includes Cubs, Food Network, CareerBuilder, Comcast SportsNet and other interactive Publishing assets)
2. Assumes current FDSO of 242.5MM. Assumes $4.6Bn cash distribution to Tower shareholders
3. Stub equity value per share calculated based on 2006E estimates, then discounted to 1/1/07 at 9% cost of equity (including $0.18 per share quarterly dividends)

Morgan Stanley

Project Tower

**Selected Strategic Alternatives**

# Sale of Broadcasting

- Assumes a Broadcasting multiple of 9-11x pre-tax, yielding proceeds of $14.27 to $16.25 per share
- Assumes Publishing trades between 8.0-9.0x EBITDA, yielding $14.17 to $17.89 per share
- Total package value of $28.45 to $34.14 per share

**Package Value Analysis – Sale of Broadcasting** [1][2]

| | Broadcasting Pre-tax Sale Multiple (excl. Cubs) | | | |
|---|---|---|---|---|
| | 9.0x | 10.0x | 11.0x | 12.0x |
| Broadcasting Pre-tax Proceeds (incl. Cubs) ($MM) | $4,074 | $4,460 | $4,846 | $5,232 |
| Broadcasting Post-tax Proceeds (incl. Cubs) ($MM) [3] | 3,461 | 3,701 | 3,940 | 4,179 |
| Broadcasting Post-tax Multiple (excl. Cubs) | 8.0x | 8.7x | 9.3x | 9.9x |

**Proceeds Per Share from Sale of Broadcasting**

| | | | | |
|---|---|---|---|---|
| Pre-Tax Proceeds | $16.80 | $18.39 | $19.98 | $21.58 |
| Tax Benefit from Renaissance Sale | $0.47 | $0.31 | $0.14 | ($0.03) |
| Tax Leakage from other Broadcasting Assets | ($3.00) | ($3.44) | ($3.88) | ($4.31) |
| Post-tax Proceeds | $14.27 | $15.26 | $16.25 | $17.24 |

**Package Value Per Share (Post-tax)**

| | | Publishing Value Per Share: | | | |
|---|---|---|---|---|---|
| Potential Publishing Multiple | 7.5x | $12.31 | $26.59 | $27.57 | $28.56 | $29.55 |
| | 8.0x | 14.17 | 28.45 | 29.43 | 30.42 | 31.41 |
| | 8.5x | 16.03 | 30.30 | 31.29 | 32.28 | 33.27 |
| | 9.0x | 17.89 | 32.16 | 33.15 | 34.14 | 35.12 |

Illustrative Taxation - 10x Sale

| | Renaissance | Other Broadcasting | Total Broadcasting |
|---|---|---|---|
| Agg Value | $1,265 | $3,395 | $4,460 |
| Tax Basis | 1,261 | 1,201 | 2,462 |
| Implied Capital Gains | (195) | 2,194 | 1,998 |
| Gains Taxes (38%) | 75 | (834) | (759) |
| Implied Per Share Taxes on Gains | $0.31 | ($3.44) | ($3.13) |

Notes
1. Based on FDSO of 242.5MM, net debt of $6,376MM. Unconsolidated Publishing assets are valued at $1,600MM ($660MM for CareerBuilder $800MM for Food Network and $100MM for other assets) and Broadcasting assets valued at $600MM ($450MM for Cubs and $150MM for Comcast SportsNet)
2. Based on Publishing EBITDA including stock-based compensation of $302MM, and Broadcasting EBITDA excluding Renaissance of $275MM and Renaissance BCF of $100MM. Corporate overhead of $81MM has been allocated to Publishing and Broadcasting based on 2005E revenue contribution
3. Assumes tax basis for Broadcasting (excluding Food Network) of $2,462MM ($1,156MM for core Broadcasting excluding Renaissance, $1,261MM for Renaissance and $43MM for Cubs)

Morgan Stanley

Project Tower

Selected Strategic Alternatives

# Spin-off Broadcasting

### Spin-off of Broadcasting and Special Dividend to Shareholders

- Tower shareholders receive package value of between $29.82 and $34.07 per share
  - 100% interest in Broadcasting business represents $4.92 to $7.31 per share based on 8.5-10.0x 2006E Broadcasting EBITDA, Cubs value of $450MM, Food Network value of $800MM and $150MM value of Comcast SportsNet
  - 100% interest in Publishing represents $5.57 to $7.43 per share based on 8.0-9.5x 2006E Publishing EBITDA, CareerBuilder value of $650MM and other interactive assets valued at $150MM
  - Special dividend of $19.33

**Illustrative Outcome**



Midpoint:
AV: $8.0Bn
EV (100%): $1.4Bn
EV/Share: $5.57
Leverage: 0.25x

Midpoint:
Per Share: $19.33

Midpoint:
AV: $4.9Bn
EV (100%): $1.4Bn
EV/Share: $5.72
Leverage 7.0x

- Tower shareholders own 100% of the Publishing business and 100% of the Broadcasting business

- Tower shareholders receive a special dividend of approximately $19.33 per share

- Tower does not incur corporate tax on the spin-off

- Tower shareholders are subject to tax on the cash dividend at long-term rates (15% federal rate for individuals)

**Package Value Sensitivity**

Spin-off of Broadcasting

| Publishing 2006 Trading Multiple | Publishing EV/Share | | Broadcasting 2006 Trading Multiple | 8.5x | 9.0x | 9.5x | 10.0x |
|---|---|---|---|---|---|---|---|
| 7.5x | $3.71 | | | $27.96 | $28.76 | $29.55 | $30.35 |
| 8.0x | 5.57 | | Total | 29.82 | 30.61 | 31.41 | 32.21 |
| 8.5x | 7.43 | | Package | 31.68 | 32.47 | 33.27 | 34.07 |
| 9.0x | 9.29 | | Value | 33.54 | 34.33 | 35.13 | 35.92 |
| Broadcasting EV/Share | | | | $4.92 | $5.72 | $6.51 | $7.31 |
| Special Dividend Per Share | | | | 19.33 | 19.33 | 19.33 | 19.33 |

**Morgan Stanley**

Notes
1. Based on FDSO of 242.5MM, net debt of $5,376MM and unconsolidated assets valued at $2,200MM (including Cubs)
2. Corporate overhead of $61MM has been allocated to Publishing and Broadcasting based on 2006E revenue contribution
3. Based on Broadcasting 2006E EBITDA of $386MM including deduction for stock-based compensation
4. Based on Publishing 2006E EBITDA of $803MM including stock-based compensation

**Project** Tower

**Section 6**

# Process Considerations

Morgan Stanley

Project **Tower**

# **Tower** Shareholder Analysis

- The economic interest held by the **Chandler** Trusts has increased from 12% before the May self-tender to more than 20% after the October TMCT restructuring
- Voting interest held by the **Chandler** Trusts has increased from 12% to 16% over the same period
- Activist voting interest has increased from 3% to 8% over the same period



Shift in Ownership Profile Since the Tender

| "Activist" Shareholders (As of 1/10/07) | | | |
|---|---|---|---|
| Investor | Shares Owned (MM) | % TSO | % Vote |
| Ariel Capital | 15.7 | 6.6% | 6.9% |
| Tinsc (Pzt.) | 2.8 | 1.2% | 1.2% |
| Davidson Kempner | 1.0 | 0.4% | 0.5% |
| Total | 8.2% | 8.6% | |

Source  Company Filings, Thompson Financial, FactSet

Note
1.  ____ includes 28.0MM shares beneficially owned by the R.R ____ and excludes 3.5MM shares owned by the ____
2.  TMCT restructuring as of 10/21/06.  Ownership profile reflects current holdings
3.  Basic shares for voting are reduced by 11.5MM per the ____ Trust agreement to vote the incremental 11.5MM shares received in the Subsequent Distribution in the same proportion that the capital stock of ____ held by all of ____ shareholders is voted

Morgan Stanley

28

Project Tower

**Process Considerations**

# Process Milestones

**January through Early May**

| January 2007 | February 2007 | March 2007 | April 2007 | May 2007 |
|---|---|---|---|---|

**Process Milestones**

| Date | Event |
|---|---|
| January 17 | • Definitive bids due |
| January 20 | • Tower board meeting |
| February 1 | • Deadline for director nominations and other business to be brought before the annual meeting by stockholders |
| February 8 | • Tower Q4 earnings announcement |
| March 14 | • Record date for determining shareholders who are entitled to vote at the annual shareholders' meeting |
| May 9 | • Tower annual shareholders' meeting |

Morgan Stanley

Project Tower

**Appendix A**

# Supplemental Strategic Alternatives

Morgan Stanley

Project Tower

# Broadcasting Sponsored Spin

### Broadcasting Recapitalization and Sale of 49% Stake to Financial Sponsor; Spin-off Broadcasting

- Tower shareholders receive package value of between $29.82 and $34.07 per share

  - 51% interest in Broadcasting business represents $2.51 to $3.73 per share based on 8.5-10.0x 2006E Broadcasting EBITDA, Cubs value of $450MM, Food Network value of $800MM and Comcast SportsNet of $150MM

  - 100% interest in Publishing represents $5.57 to $7.43 per share based on 8.0-8.5x 2006E Publishing EBITDA, CareerBuilder value of $650MM and other interactive assets valued at $150MM

  - Special dividend of between $21.74 and $22.91 per share

  - Sponsor invests $584MM to $868MM to obtain 49% stake in Broadcasting



**Illustrative Outcome**

- Tower shareholders own 100% of the Publishing business and 51% of the Broadcasting business

- Tower shareholders receive a special dividend of between $21.74 and $22.91 per share

- Tower does not incur corporate tax on the spin-off

- Tower shareholders are subject to tax on the cash dividend at long-term rates (15% federal rate for individuals)

Publishing Business — Midpoint: AV: $6.0Bn EV (100%): $1.4Bn EV/Share: $5.57 Leverage: 6.25x

Midpoint Per Share: $22.13

Broadcasting Business — Midpoint: AV: $4.9Bn EV (51%): $0.7Bn EV/Share: $2.91 Leverage: 7.0x

**Package Value Sensitivity**
Broadcasting Sponsored Spin

| Publishing 2006 Trading Multiple | Publishing Business | Broadcasting 2006 Trading Multiple | | 8.5x | 9.0x | 9.5x | 10.0x |
|---|---|---|---|---|---|---|---|
| 7.5x | $3.71 | | | $27.96 | $28.76 | $29.55 | $30.35 |
| 8.0x | 5.57 | | Total | 29.82 | 30.61 | 31.41 | 32.21 |
| 8.5x | 7.43 | | Package | 31.68 | 32.47 | 33.27 | 34.07 |
| 9.0x | 9.29 | | Value | 33.54 | 34.33 | 35.13 | 35.92 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sponsor Investment in Broadcasting | | | | $584 | $679 | $774 | $868 |
| Broadcasting Leverage | | | | 7.0x | 7.0x | 7.0x | 7.0x |
| Broadcasting EV/Share | | | | $2.51 | $2.91 | $3.32 | $3.73 |
| Special Dividend Per Share | | | | 21.74 | 22.13 | 22.52 | 22.91 |

Notes
1. Based on FDSO of 242.5MM, net debt of $5,376MM and unconsolidated assets valued at $2,200MM (including Cubs)
2. Corporate overhead has been allocated to Publishing and Broadcasting based on 2006E revenue contribution
3. Based on Broadcasting 2006E EBITDA of $386MM including deduction for stock-based compensation
4. Based on Publishing 2006E EBITDA of $802MM including deduction for stock-based compensation

Morgan Stanley

30

Project Tower

# Publishing Sponsored Spin

### Publishing Recapitalization and Sale of 49% Stake to Financial Sponsor; Spin-off of Broadcasting

- Tower shareholders receive package value of between $29.82 and $34.07 per share

  – 100% interest in spun-off Broadcasting business represents $4.92 to $7.31 per share based on 8.5-10.0x 2006E Broadcasting EBITDA, Cubs value of $450MM, Food Network value of $800MM and Comcast SportsNet of $150MM

  – 51% interest in Publishing represents $2.84 to $3.79 per share based on 8.0-8.5x 2006E Publishing EBITDA, CareerBuilder value of $650MM and other interactive assets valued at $150MM

  – Sponsor invests $662MM to $883MM to obtain 49% stake in Publishing

  – Special dividend of between $22.06 and $22.97 per share



**Illustrative Outcome**

- Tower shareholders own 100% of the Broadcasting business and 51% of the Publishing business
- Tower shareholders receive a special dividend of $22.06 to $22.97 per share
- Tower does not incur corporate tax on the spin-off
- Tower shareholders are subject to tax on the cash dividend at long-term rates (15% federal rate for individuals)

**Package Value Sensitivity[1][2]**

Publishing Sponsored Spin

| Broadcasting 2006 Trading Multiple [4] | Broadcasting EV/Share | | Publishing 2006 Trading Multiple[3] | 7.5x | 8.0x | 8.5x | 9.0x |
|---|---|---|---|---|---|---|---|
| 8.5x | $4.92 | | | $27.96 | $29.82 | $31.68 | $33.54 |
| 9.0x | 5.72 | | Total | 28.78 | 30.61 | 32.47 | 34.33 |
| 9.5x | 6.51 | | Package | 29.55 | 31.41 | 33.27 | 35.13 |
| 10.0x | 7.31 | | Value | 30.35 | 32.21 | 34.07 | 35.92 |
| Sponsor Investment in Publishing | | | | $441 | $662 | $883 | $1,104 |
| Publishing Leverage (excl. PHONES) | | | | 6.25x | 6.25x | 6.25x | 6.25x |
| Publishing EV/Share | | | | $1.89 | $2.84 | $3.79 | $4.74 |
| Special Dividend Per Share | | | | 21.15 | 22.06 | 22.97 | 23.88 |

Notes
1. Based on FDSO of 242.5MM, net debt of $6,376MM and unconsolidated assets valued at $2,200MM (including Cubs)
2. Corporate overhead of $61MM has been allocated to Publishing and Broadcasting based on 2006E revenue contribution
3. Based on Publishing 2006E EBITDA of $602MM including deduction for stock-based compensation
4. Based on Broadcasting 2006E EBITDA of $396MM including deduction for stock-based compensation

Morgan Stanley

31

**Project Tower**

# LA Times Full Split-Off Transaction

**Exchange LA Times for Chandlers' 20% Tower Interest; Debt-for-Debt Exchange**

- Tower shareholders receive value of between $27.91 and $35.74 per share

  – Tower (ex. LA Times) valued at current trading multiple of between 7.75x and 8.75x 2006E EBITDA and unconsolidated asset value of $1,750MM and Cubs valued at $450MM

  – Special dividend of between $18.84 and $21.24 per share

### Illustrative Outcome



| | Midpoint: | Midpoint: | Midpoint: |
|---|---|---|---|
| AV: $10.9Bn | Per Share: $20.04 | AV: $2.28n | |
| EV (100%): $2.3Bn | | EV (100%): $1.5Bn | |
| EV/Share: $11.78 | | Leverage: 3.1x | |
| Leverage: 6.5x | | | |

- Tower shareholders own 100% of the Broadcasting business and 100% of the Publishing business excluding the LA Times
- The Chandlers or the Foundation own 100% of the LA Times
- Tower is not taxed on the split-off
- Tower shareholders are subject to tax on the cash dividend at long-term rates (15% federal rate for individuals)

### Package Value Sensitivity [1][2]

LA Times Full Split-Off Transaction

| Tower 2006 Trading Multiple[4] | Tower EV/Share | LA Times 2006 Transaction Multiple[3]: | | 8.5x | 9.5x | 10.5x |
|---|---|---|---|---|---|---|
| | | Implied LA Times Aggregate Value: | | $2,002 | $2,238 | $2,473 |
| 7.75x | $9.07 | | Total | $27.91 | $29.11 | $30.31 |
| 8.25x | 11.78 | | Package | 30.63 | 31.82 | 33.02 |
| 8.75x | 14.50 | | Value | 33.34 | 34.54 | 35.74 |
| LA Times 2006 Leverage | | | | 2.1x | 3.1x | 4.1x |
| Special Dividend Per Share | | | | $18.84 | $20.04 | $21.24 |

Notes
1. Based on FDSO of 242.5MM, net debt of $9,374MM and unconsolidated assets valued at $2,200MM (including Cubs)
2. Corporate overhead has been allocated to Publishing and Broadcasting based on 2006E revenue contribution
3. Based on LA Times BCF of $236MM including deduction for stock-based compensation
4. Based on Broadcasting 2006E EBITDA including stock-based compensation of $386MM

**Morgan Stanley**

Project Tower

**Appendix B**

# Supplemental Valuation Materials

Morgan Stanley

Project Tower

Supplemental Valuation Materials

# Selected Comparable Valuation Metrics

**2006E and 2007E EBITDA Multiples Without Unconsolidated Assets** [1]

- Trading multiples exclude Unconsolidated Assets and the Cubs





Morgan Stanley

Notes
1. Share prices are as of 1/19/07

33

Project Tower

**Supplemental Valuation Materials**

# Precedent Transactions

### Newspapers and TV Broadcasting

**Selected Newspaper Precedent Transactions**
Aggregate Value / EBITDA (x)



**Selected TV Broadcasting Precedent Transactions**
Forward BCF [5] (x)



Sources  Company data, Wall Street estimates

Notes
1. Assumes 2006 EBITDA for Star of $75MM.  Purchase price excluding tax benefit of $130MM would result in a 6.7x multiple
2. Purchase price includes pension liability of $47MM
3. Based on forward EBITDA multiple
4. 9.5x forward multiple excluding non-core assets, 8.7x with synergies and 11.0x post asset sales
5. Forward BCF estimates from research analysts unless otherwise noted, pro forma for cost savings

Morgan Stanley

34

Project Tower

# McClatchy Acquisition of Knight Ridder

## Transaction Overview

- On March 13, 2006, McClatchy and Knight Ridder entered into a definitive agreement under which McClatchy agreed to acquire Knight Ridder in a transaction valued at $67.25 per share [1]

- Transaction multiple of 10.2x EBITDA including unconsolidated assets
  - 9.5x EBITDA multiple excluding unconsolidated assets

### Key Transaction Terms

- Consideration:[1] - $40 per share in cash
  - 0.5118 McClatchy Class A shares (fixed exchange ratio)
  - $4.5Bn equity value
- $6.5Bn aggregate value
- 12 newspapers with daily circulation of 1.5MM (86% of which is Philadelphia, Bay Area, Akron, and St. Paul) and '05 EBITDA of $219MM are scheduled for divestiture
- Governance: 2 Knight Ridder directors will be asked to join the McClatchy Board of Directors

Source  Company press release

### Valuation and Multiples

- Implied value per share: $67.25[1]
- Premium to last close (3/10/06): 3.5%
- Premium to unaffected (10/31/05): 26.0%
- Pro forma leverage: 4.8x Debt / '05 PF EBITDA (pre-asset divestitures)

| | No Synergies (Incl. Unconsolidated Assets) | With $60MM of Announced Synergies | No Synergies (Excl. Unconsolidated Assets) |
|---|---|---|---|
| '05 EBITDA[2] | 10.2x | 9.3x | 9.5x |
| '06 EBITDA | 9.5x | 9.1x | 9.2x |

Source

### Offer Price Sensitivity

| | McClatchy Shares | | Knight Ridder Consideration | |
|---|---|---|---|---|
| | Price | % of 3/10/06 Price | Total Offer Value | '05 EBITDA Multiple |
| 10/31/2005 | $62.66 | 18% | $72.08 | 10.7x |
| 11/14/2005 | 66.17 | 24% | 73.87 | 10.9x |
| 3/10/2006 | 53.24 | 0% | 67.25 | 10.2x |
| 3/13/2006[3] | 51.73 | (3%) | 66.48 | 10.1x |
| 4/13/2006[3] | 47.16 | (11%) | 64.15 | 9.9x |
| 5/26/2006[3] | 40.63 | (24%) | 60.79 | 9.5x |

Source

### Asset Sales ($MM)

| Transaction | Pre-Tax Proceeds | Pre-Tax Multiple | Estimated After-Tax Proceeds | After-Tax Multiple |
|---|---|---|---|---|
| Northern California / St. Paul | $1,000 | 11.5x | $705 | 8.1x |
| Philadelphia | 562 | 10.1 | 426 | 7.7 |
| Other[4] | 538 | 8.1 | 368 | 5.5 |
| Total | 2,100 | 10.2x | $1,498 | 7.3x |
| PF Multiple Paid w/out Synergies | | 11.0x | | |
| PF Leverage: | | 3.8x | | |

Source

Notes
1. $40 per share in cash consideration and 0.5118 shares of McClatchy Class A common stock. $67.25 merger consideration based on McClatchy closing price of $53.24 as of March 10, 2006
2. Based on transaction value of $6.5Bn and assuming $0 value for Knight Ridder's off-balance sheet assets and $60MM of 2005 Knight Ridder EBITDA (pro forma for acquisition of Boise, Olympia, and Bellingham newspapers)
3. Adjusted for $0.18 dividend paid on 3/13/06
4. Includes Akron Beacon Journal (OH), Duluth News [     ] (MN), Grand Forks Herald (ND), Fort Wayne News-Sentinel (IN), Aberdeen American News (SD), Wilkes-Barre Times Leader (PA)

Project **Tower**

**Appendix C**

# Tower vs. Gannett Benchmarking

Morgan Stanley

**Project Tower**

**Tower vs. Gannett Benchmarking**

# Historical Trading Multiples

### Next 12 Months EBITDA and P/E Multiples Since 2004



**Newspaper Trading Comps**

| | Tower | Gannett |
|---|---|---|
| Share Price | $30.78 | $59.49 |
| Equity Value | $7,463 | $13,939 |
| Agg. Value [1] | $10,640 | $18,664 |
| '06 EBITDA | 8.3x | 8.2x |
| '07 EBITDA | 8.5x | 8.6x |
| '08 EBITDA | 8.3x | 8.5x |
| '06 P/E | 15.8x | 11.9x |
| '07 P/E | 15.0x | 12.1x |
| '08 P/E | 14.3x | 11.0x |

**Historical AV/NTM EBITDA Multiple [1]**

Gannett: 8.6x
Tower: 8.5x

Source: Factset, Company Financials
— Tower   — Gannett

**Historical NTM P/E Multiple**

Tower: 15.0x
Gannett: 12.1x

Source: Factset, Company Financials
— Tower   — Gannett

**Morgan Stanley**

Notes
1. Tower and Gannett estimates for unconsolidated assets based on Morgan Stanley Equity Research

Project 



- **Tower's** exposure to the Top 10 DMAs is far greater than Gannett's from both a Publishing and a Broadcasting perspective

**Tower vs. Gannett Benchmarking**

## Revenue Breakdown by Market Size

**Publishing and Broadcasting**

Morgan Stanley

Notes
1. BIA top 10 DMAs include New York, Los Angeles, Chicago, Philadelphia, San Francisco, Boston, Dallas, Washington DC, Atlanta and Houston

37

**Project Tower** 

# Segment Breakdown
**Publishing vs. Broadcasting**

- **Tower's Broadcasting business contributes approximately one quarter of Tower's revenues and one third of EBITDA**
  - Substantially greater than Gannett's exposure to Broadcasting
- **Tower's unconsolidated assets form a much more significant component of value than for Gannett**
  - As a % of total value, unconsolidated assets make up 14% of total for Tower and 3% for Gannett

**Unconsolidated Asset Value**

Source  Wall Street research

**Tower**
2006E Revenue Breakdown



Broadcasting
$1,400MM

Publishing
$4,048MM

Source  Management projections

**Gannett**
2006E Revenue Breakdown



Broadcasting
$842MM

Publishing
$7,148MM

Source  Wall Street research

**Tower**
2006E EBITDA Breakdown



Broadcasting
$386MM
Margin 28%

Publishing
$902MM
Margin 22%

Source  Management projections

**Gannett**
2006E EBITDA Breakdown [1]



Broadcasting
$396MM
Margin: 47%

Publishing
$1,873MM
Margin: 26%

Source  Wall Street research

## Morgan Stanley

Notes
1. Excludes corporate expense of $61MM for ▮▮▮▮ and $63MM for Gannett

**Project Tower**

# Relative Trading Performance

### Since Tender Announcement and Last 12 Months

- Gannett has performed slightly better than Tower since the Tender, but Tower has outperformed Gannett over the last twelve months



Total Return Since Tender (5/25/06)
Indexed to 100

Total Return Last Twelve Months
Indexed to 100



Morgan Stanley

39

Project 

**Tower vs. Gannett Benchmarking**

# Based on Gannett's Share Price Performance, Where Should Tower Trade?

- Gannett's relative performance prior to the Tender announcement (5/26/06), implies an unaffected Tower price of approximately $31

- Gannett's relative performance since January 10, 2006 implies an unaffected Tower price of approximately $30





| Hypothetical Value Transfer Based on $32.86 Tender Price | |
|---|---|
| Assumed "Unaffected" Per Share Value | Implied per Share Value Transfer [1] |
| $27.00 | ($1.25) |
| $28.00 | ($1.02) |
| $29.00 | ($0.79) |
| $30.00 | ($0.57) |
| $31.00 | ($0.34) |

Morgan Stanley

Notes
1. Based on 45MM shares tendered and an additional 10MM [blacked out] shares repurchased at tender price. 242.5MM current shares outstanding
2. Based on Gannett total return of 12.1% from 5/26/06 to 1/10/07 and (4.2%) from 1/10/06 to 1/10/07

40

**Project Tower**



Tower vs. Gannett Benchmarking

# Historic Trading Multiples

EBITDA Multiples at 1/1/06, Tender (5/26/06) and 1/10/07

Morgan Stanley

41

Project Tower

Tower vs. Gannett Benchmarking

## Based on the Change in Gannett's Trading Multiple and Tower's EBITDA, What Is Tower's Unaffected Price?

* Based on the change in Gannett's EBITDA trading multiple and the change in Tower EBITDA estimates, this implies an unaffected Tower price of approximately $26



Based on Gannett's 2006 EBITDA Multiple Expansion and Changes in Tower Projections [1]





Based on Gannett's 2007 EBITDA Multiple Expansion and Changes in Tower Projections [1]



Changes in Multiples and Estimates

|  | 2006E | 2007E |
|---|---|---|
| Gannett EBITDA Multiple |  |  |
| Current | 6.3x | 6.7x |
| As of 5/26/06 | 7.7x | 7.9x |
| Delta | 0.8x | 0.8x |
| Gannett Current EBITDA Estimate | $2,262 | $2,177 |
| Gannett 5/26/06 EBITDA Estimate | 2,288 | 2,234 |
| % change | (1.1%) | (2.6%) |
| Tower Current EBITDA Estimate | $1,275 | $1,250 |
| Tower 5/26/06 EBITDA Estimate | 1,343 | 1,374 |
| % change | (5.2%) | (9.0%) |

Source   Management Projections, Wall Street Research

Notes
1. Assumes net PHONES valuation of $1,000MM for 5/26/06 and 1/10/07
2. Based on 2006E and 2007E EBITDA multiples for Gannett as of 5/26/06 (7.7x and 7.9x) and 1/10/07 (6.3x and 6.6x) and [ ] 2006E and 2007E EBITDA multiple as of 5/28/06 (7.3x and 7.3x)
3. Based on current 2006E and 2007E median EBITDA broker consensus of $1,269MM and $1,268MM and 5/26/2006 2006E and 2007E EBITDA broker consensus of $1,368MM and $1,383MM
4. [ ] EBITDA estimates exclude impact from Cubs ($23MM in 2006 and $19MM in 2007). Cubs valued separately at $450MM and is included in the total unconsolidated assets of $2,200MM

Morgan Stanley

42