8-K 1 form8k020807.htm FORM 8-K DATED FEBRUARY 8, 2007

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 8-K

**CURRENT REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**DATE OF REPORT:  February 8, 2007**

**Commission file number 1-8572**

## TRIBUNE COMPANY
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **36-1880355** |
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

| | |
|---|---|
| **435 North Michigan Avenue** | **60611** |
| **Chicago, Illinois** | (Zip code) |
| (Address of principal executive offices) | |

Registrant's telephone number, including area code:  (312) 222-9100

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the obligation of the registrant under any of the following provisions:

[  ]  Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[  ]  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[  ]  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[  ]  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**ITEM 2.02  RESULTS OF OPERATIONS AND FINANCIAL CONDITION.**

On February 8, 2007, Tribune Company released earnings information for the quarter ended December 31, 2006. Set forth as Exhibit 99 is a copy of the press release.

**ITEM 9.01  FINANCIAL STATEMENTS AND EXHIBITS.**

Exhibit 99 – Press release dated February 8, 2007.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

TRIBUNE COMPANY
(Registrant)

Date:  February 8, 2007                                        /s/  R. Mark Mallory
                                                                      R. Mark Mallory
                                                                      Vice President and Controller

EX-99 2 exhibit99020807.htm EXHIBIT 99 TO FORM 8-K DATED FEBRUARY 8, 2007

## TRIBUNE REPORTS 2006 FOURTH QUARTER AND FULL YEAR RESULTS

**CHICAGO, February 8, 2007**—Tribune Company (NYSE: TRB) today reported fourth quarter 2006 diluted earnings per share from continuing operations of $.96 compared with $.42 in the fourth quarter of 2005. For the full year 2006, Tribune reported diluted earnings per share from continuing operations of $2.39 compared with $1.63 in 2005.

Fourth quarter 2006 and 2005 results from continuing operations included the following:

- A charge of $.02 per diluted share in the 2006 quarter for the elimination of approximately 400 positions, compared with a charge of $.09 per diluted share in the 2005 quarter for the elimination of approximately 900 positions. The position eliminations in both quarters were primarily in the publishing group.
- A charge of $.01 per diluted share in the 2006 quarter and a charge of $.04 per diluted share in the 2005 quarter related to the shutdown of the *Los Angeles Times* San Fernando Valley printing facility.
- A gain of $.02 per diluted share in the 2006 quarter related to the sale of the corporate airplane.
- A pension curtailment gain of $.03 per diluted share in the 2005 quarter as a result of the Company's replacement of certain defined benefit plans with a defined contribution plan.
- A net non-operating gain of $.29 per diluted share in the 2006 quarter, compared with a net non-operating loss of $.04 per diluted share in the 2005 quarter.

Full year 2006 and 2005 results from continuing operations included the following:

- A charge of $.04 per diluted share in 2006 for severance and other payments associated with the new union contracts at Newsday.
- A charge of $.02 per diluted share in 2006 for the elimination of approximately 400 positions compared with a charge of $.09 per diluted share in 2005 for the elimination of approximately 900 positions. The position eliminations in both years were primarily in the publishing group.
- A charge of $.01 per diluted share in 2006 and a charge of $.04 per diluted share in 2005 related to the shutdown of the *Los Angeles Times* San Fernando Valley printing facility.
- A gain of $.02 per diluted share in 2006 related to real property sales in publishing.
- A gain of $.01 per diluted share in 2006 related to the Company's share of a one-time favorable income tax adjustment recorded at CareerBuilder.
- A gain of $.02 per diluted share in 2006 related to the sale of the corporate airplane.
- A pension curtailment gain of $.03 per diluted share in 2005 as a result of the Company's replacement of certain defined benefit plans with a defined contribution plan.
- A net non-operating gain of $.40 per diluted share in 2006 compared with a net non-operating loss of $.30 per diluted share in 2005.

1

Tribune presents earnings per share amounts on a generally accepted accounting principles ("GAAP") basis only. This differs from the pro forma earnings per share amounts supplied by broker analysts to databases such as First Call.

Tribune's fourth quarter included 14 weeks in 2006 compared to 13 weeks in 2005. The full year was comprised of 53 weeks in 2006 compared to 52 weeks in 2005.

"We ended 2006 on a positive note with solid cash flow performance in the fourth quarter. Key factors were improved results in broadcasting, strong interactive revenue growth, and excellent expense control throughout the company," said Dennis FitzSimons, Tribune chairman, president and CEO. "Our interactive businesses have shown continued growth and we will build on that momentum. New revenue initiatives and efficient operations will be top priorities in 2007."

In June 2006, the Company announced the sales of its Atlanta and Albany television stations. The sale of the Atlanta station closed in August 2006. In September 2006, the Company announced an agreement to sell its Boston station. The sales of the Albany and Boston stations closed in December 2006. The results of operations for these stations are reported as discontinued operations.

### FOURTH QUARTER 2006 RESULTS FROM CONTINUING OPERATIONS[1]
#### *(Compared to Fourth Quarter 2005)*
#### *(14 weeks in 2006 vs. 13 weeks in 2005)*

## CONSOLIDATED

For the fourth quarter of 2006, the additional week increased consolidated fourth quarter operating revenues and cash expenses by approximately 6 percent, operating cash flow by approximately 7 percent and operating profit by approximately 9 percent.

Tribune's 2006 fourth quarter operating revenues increased 5 percent, or $75 million, to $1.5 billion. Consolidated cash operating expenses were up 3 percent, or $27 million, which included $5 million of stock-based compensation expense. In the fourth quarter of 2006, cash operating expenses also included $7 million of severance charges for the elimination of approximately 400 positions at publishing, a $4 million charge for the disposition of a press from the *Los Angeles Times* San Fernando Valley printing facility, and a $7 million gain from the sale of the corporate airplane. In the fourth quarter of 2005, cash operating expenses included $45 million of severance charges, $6 million of expenses related to the shutdown of the San Fernando Valley printing facility, and a pension curtailment gain of $18 million. Depreciation and amortization expense in the fourth quarter of 2005 included accelerated depreciation of $16 million related to the shutdown of the San Fernando Valley printing facility. Operating cash flow was up 14 percent to $383

---

[1] *"Operating profit" for each segment excludes interest and dividend income, interest expense, equity income and losses, non-operating items and income taxes. "Operating cash flow" is defined as operating profit before depreciation and amortization. "Cash operating expenses" are defined as operating expenses before depreciation and amortization. Tables accompanying this release include a reconciliation of operating profit to operating cash flow and operating expenses to cash operating expenses. References to individual daily newspapers include their related businesses.*

2

million from $335 million, while operating profit increased 23 percent to $323 million from $264 million.

## PUBLISHING

For the fourth quarter of 2006, the additional week increased fourth quarter advertising revenues, operating revenues and cash expenses by approximately 6 percent, operating cash flow by approximately 8 percent and operating profit by approximately 10 percent.

Publishing's fourth quarter operating revenues were $1.1 billion, up 4 percent, or $39 million. Publishing cash operating expenses were flat at $840 million. Publishing operating cash flow was $271 million, a 16 percent increase from $233 million in 2005. Publishing operating profit increased 30 percent to $225 million, up from $174 million in 2005.

Publishing's operating profit in the 2006 fourth quarter included $7 million of severance charges for the elimination of approximately 400 positions and a $4 million charge for the disposition of a press from the *Los Angeles Times* San Fernando Valley printing facility. Publishing operating profit in the 2005 fourth quarter included $22 million of expenses related to the shutdown of the San Fernando Valley printing facility, $43 million of severance charges for the elimination of over 800 positions and a pension curtailment gain of $13 million.

### Management Discussion

- Advertising revenues increased 4 percent, or $33 million, for the quarter. Without the additional week in 2006, advertising revenues were down 3 percent.

- Retail advertising revenues increased 7 percent for the quarter primarily due to increases across all categories. Preprint revenues increased 7 percent; excluding Newsday, preprint revenues were up 9 percent.

- National advertising revenues increased 3 percent for the quarter, with increases in the movies, transportation and health care categories, partially offset by decreases in the auto and resorts categories.

- Classified advertising revenues were flat for the quarter: real estate revenues rose 5 percent, offset by a 4 percent decline in help wanted revenues and a 1 percent decline in auto revenues.

- Interactive revenues, which are included in the above categories, were up 31 percent to $61 million, mainly due to strength across all classified categories.

- Circulation revenues were up 1 percent, or $1.5 million, for the quarter. Excluding the additional week in 2006, circulation revenues were down 6 percent.
  - Individually paid circulation (home delivery plus single copy) for Tribune's 11 metro newspapers averaged 2.7 million copies daily (Mon-Fri) and 4.1

million copies Sunday, down about 2 percent and 3 percent, respectively, from the fourth quarter of 2005.

- Total net paid circulation averaged 2.8 million copies daily (Mon-Fri), off 5.7 percent from the prior year's fourth quarter, and 4.2 million copies Sunday, representing a decline of 4.3 percent from 2005 as the Company continued to reduce "other paid" circulation.

- Cash operating expenses remained flat at $840 million as $3 million of stock-based compensation expense in 2006 and incremental expenses as a result of the additional week were offset by lower severance charges and lower compensation expense due to staff reductions.

## BROADCASTING AND ENTERTAINMENT

For the fourth quarter of 2006, the additional week increased fourth quarter operating revenues, operating cash flow and operating profit by approximately 5 percent and cash expenses by approximately 6 percent.

Broadcasting and entertainment's fourth quarter operating revenues increased 11 percent to $356 million, up from $320 million in 2005. Group cash operating expenses were up 14 percent, or $28 million, to $236 million. Operating cash flow was $119 million, up 7 percent from $112 million, while operating profit increased 7 percent to $106 million from $99 million in 2005.

Television's fourth quarter revenues increased 10 percent to $325 million, up from $296 million in 2005. Television cash operating expenses were up 9 percent, or $16 million from last year. Television operating cash flow was $119 million, a 12 percent increase from $106 million in 2005. Television operating profit increased 13 percent to $107 million, up from $95 million.

### Management Discussion

- Station revenues in Los Angeles, New York and Chicago all showed improvement for the quarter. On a group basis, gains in the political, movies, telecom and education categories were partially offset by a decline in the retail category.

- Television's cash operating expenses were up 9 percent, or $16 million, with broadcast rights and compensation each up $6 million. The increase in expenses was primarily due to the additional week.

- Radio/entertainment revenues reflect higher revenues for the Chicago Cubs and WGN Radio, partially offset by reduced revenues at Tribune Entertainment. Fourth quarter cash operating expenses in 2006 reflect higher expenses at the Cubs and in 2005 included a favorable $5.4 million litigation settlement at Tribune Entertainment.

4

**EQUITY RESULTS**

Net equity income was $29 million in the fourth quarter of 2006, compared with $21 million in the fourth quarter of 2005. The increase reflects improvements at TV Food Network, CareerBuilder and Classified Ventures.

**NON-OPERATING ITEMS**

In the 2006 fourth quarter, Tribune recorded a pretax non-operating gain of $60 million, which included a $45 million gain from marking-to-market the derivative component of the Company's PHONES and the related Time Warner investment and a $17 million gain from the sale of the Company's investment in BrassRing. In addition, the Company recorded a favorable $33 million income tax expense adjustment, most of which related to the Company's PHONES as a result of reaching an agreement with the Internal Revenue Service appeals office pertaining to the deduction of interest expense on the PHONES. In the aggregate, non-operating items in the 2006 fourth quarter resulted in an after-tax gain of $69 million, or $.29 per diluted share.

In the 2005 fourth quarter, Tribune recorded a pretax non-operating loss of $20 million ($12 million after-tax, or $.04 per diluted share), primarily from marking-to-market the derivative component of the Company's PHONES and the related Time Warner investment.

## FULL YEAR RESULTS FROM CONTINUING OPERATIONS
### *(53 weeks in 2006 vs. 52 weeks in 2005)*

**CONSOLIDATED**

For the full year 2006, the additional week increased operating revenues, cash expenses and operating cash flow by approximately 1.5 percent and operating profit by approximately 2 percent.

For 2006, operating revenues were flat at $5.5 billion. Consolidated cash operating expenses increased 2 percent, or $63 million, which included $32 million of stock-based compensation expense. Operating cash flow was $1.3 billion, down 4 percent from 2005, while operating profit declined 4 percent to $1.1 billion.

**PUBLISHING**

For the full year 2006, the additional week increased advertising revenues, operating revenues, cash expenses, operating cash flow and operating profit by approximately 2 percent.

For 2006, operating revenues for publishing decreased $4 million to $4.1 billion. Cash operating expenses for the year increased 1 percent in 2006, or $23 million. Operating cash flow decreased 3 percent to $923 million, from $951 million in 2005. Operating profit decreased 1 percent, or $11 million, in 2006.

5

Publishing operating profit for the full year 2006 included $9 million of severance charges for the elimination of approximately 400 positions, a $4 million charge for the disposition of a press from the *Los Angeles Times* San Fernando Valley printing facility, $20 million of severance and other payments associated with the new union contracts at Newsday, and $7 million of gains from sales of real properties. For the full year 2005, publishing operating profit included a pretax charge of $22 million for the shutdown of the San Fernando Valley printing facility, $43 million of severance charges for the elimination of over 800 positions, and a pension curtailment gain of $13 million.

## BROADCASTING AND ENTERTAINMENT

For the full year 2006, the additional week increased operating revenues, cash expenses, operating cash flow and operating profit by approximately 1 percent.

For 2006, full year operating revenues for broadcasting and entertainment increased 1 percent to $1.43 billion, up from $1.41 billion in 2005. Cash operating expenses increased 3 percent, or $33 million, in 2006. Operating cash flow declined 5 percent to $443 million from $465 million. Operating profit decreased 6 percent to $392 million, down from $417 million.

For the full year 2006, operating revenues for television increased 1 percent to $1.18 billion, up from $1.17 billion in 2005. Cash operating expenses increased 5 percent in 2006. Operating cash flow declined 6 percent to $403 million from $427 million. Operating profit decreased 7 percent to $358 million, from $383 million in 2005.

## EQUITY RESULTS

Equity income was $81 million for the full year 2006, compared with $41 million for the full year 2005. The increase primarily reflects improvements at TV Food Network, CareerBuilder and Classified Ventures, as well as the absence of losses from The WB Network. In addition, 2006 results included the Company's $6 million share of a one-time favorable income tax adjustment at CareerBuilder.

## NON-OPERATING ITEMS

For the full year 2006, Tribune recorded a pretax non-operating gain of $103 million, which included a $59 million gain from restructuring TMCT, LLC and TMCT II, LLC, a $19 million gain on the sale of 2.8 million shares of Time Warner stock unrelated to the PHONES, a $17 million gain from the sale of the Company's investment in BrassRing, and an $11 million gain from marking-to-market the derivative component of the Company's PHONES and the related Time Warner investment. In addition, the Company recorded a favorable $34 million income tax expense adjustment, most of which relates to the Company's PHONES as a result of reaching an agreement with the Internal Revenue Service appeals office pertaining to the deduction of interest expense on the PHONES. In the aggregate, non-operating items for the 2006 year resulted in an after-tax gain of $110 million, or $.40 per diluted share.

6

In 2005, Tribune recorded a pretax non-operating gain of $70 million primarily from marking-to-market the derivative component of the Company's PHONES and the related Time Warner investment. In addition, the Company recorded $150 million of additional income tax expense in the third quarter of 2005 as a result of the Matthew Bender Tax Court ruling, and recorded favorable income tax settlement adjustments of $12 million as a reduction in income tax expense in the first quarter of 2005. In the aggregate, non-operating items for the 2005 year resulted in an after-tax loss of $96 million, or $.30 per diluted share.

## ADDITIONAL FINANCIAL DETAILS
### *(Fourth Quarter and Full Year)*

Corporate expenses for the 2006 fourth quarter decreased to $8 million from $9 million in the fourth quarter of 2005 and for the full year 2006 increased 13 percent to $56 million from $49 million. The fourth quarter and full year 2006 included a $7 million gain related to the sale of the corporate airplane and $1 million and $11 million, respectively, of stock-based compensation expense. The 2005 fourth quarter and full year included a pension curtailment gain of $4 million as a result of the Company's replacement of certain defined benefit plans with a defined contribution plan.

In conjunction with the leveraged recapitalization initiated in May of last year, the Company acquired 45 million shares of its common stock at a price of $32.50 per share on July 5, 2006. The Company also acquired 10 million shares of its common stock from the McCormick Tribune Foundation and the Cantigny Foundation at a price of $32.50 per share on July 12, 2006. Full year 2006 repurchases totaled 71 million shares as Tribune repurchased in the open market 5 million shares in the first quarter and 11 million shares in the third quarter. Diluted weighted average shares outstanding declined by 22 percent and 13 percent for the fourth quarter and full year 2006, respectively, from the same periods in 2005.

Interest expense for the 2006 fourth quarter increased to $94 million, up 103 percent from $46 million in the fourth quarter of 2005. For the full year 2006, interest expense increased 76 percent to $274 million, up from $155 million in 2005. The increases in both periods were primarily due to higher debt levels and interest rates. Debt, excluding the PHONES, was $4.4 billion at the end of the 2006 fourth quarter and $2.8 billion at the end of the 2005 fourth quarter. The increase was largely due to financing the stock repurchases in 2006.

Capital expenditures were $103 million for the fourth quarter and $222 million for the full year 2006.

## DETAILS OF CONFERENCE CALL

Today at 8 a.m., CT, management will host a conference call to discuss fourth quarter 2006 results. To access the call, dial 888/396-2384 (domestic) or 617/847-8711 (international) at least 10 minutes prior to the scheduled 8 a.m. start. The participant access code is 83643639. Replays of the conference call will be available February 8 through February 15. To hear the replay, dial 888/286-8010 (domestic) or 617/801-6888 (international) and use access code 79892811. A live webcast will be accessible through www.tribune.com

and www.earnings.com. An archive of the webcast will be available on these sites from February 8 through February 22.

More information about Tribune is available at www.tribune.com or by calling 800/757-1694.

**TRIBUNE (NYSE: TRB)** is one of the country's top media companies, operating businesses in publishing, interactive and broadcasting. It reaches more than 80 percent of U.S. households and is the only media organization with newspapers, television stations and websites in the nation's top three markets. In publishing, Tribune's leading daily newspapers include the *Los Angeles Times*, *Chicago Tribune, Newsday* (Long Island, NY), *The Sun* (Baltimore), *South Florida Sun-Sentinel*, *Orlando Sentinel* and *Hartford Courant*. The Company's broadcasting group operates 23 television stations, Superstation WGN on national cable, Chicago's WGN-AM and the Chicago Cubs baseball team. Popular news and information websites complement Tribune's print and broadcast properties and extend the Company's nationwide audience.

This press release contains certain comments or forward-looking statements that are based largely on the Company's current expectations and are subject to certain risks, trends and uncertainties. Such comments and statements should be understood in the context of Tribune's publicly available reports filed with the Securities and Exchange Commission ("SEC"), including the most current annual 10-K report and quarterly 10-Q report, which contain a discussion of various factors that may affect the Company's business or financial results. Any of these factors could cause actual future performance to differ materially from current expectations. Tribune Company is not responsible for updating the information contained in this press release beyond the published date, or for changes made to this document by wire services or Internet service providers. This press release is being furnished to the SEC through a Form 8-K. The Company's next 10-K report to be filed with the SEC may contain updates to the information included in this release.

MEDIA CONTACT:                              INVESTOR CONTACT:
Gary Weitman                                Ruthellyn Musil
312/222-3394 (office)                       312/222-3787 (office)
312/222-1573 (fax)                          312/222-1573 (fax)
gweitman@tribune.com                        rmusil@tribune.com

**TRIBUNE COMPANY**
**FOURTH QUARTER RESULTS OF OPERATIONS (Unaudited)**
**(In thousands, except per share data)**

| | | FOURTH QUARTER (A) | | |
|---|---|---|---|---|
| | | **2006** | **2005** | **%<br>Change** |
| **OPERATING REVENUES** | $ | 1,466,853 | $  1,391,996 | 5.4 |
| **OPERATING EXPENSES (B)** | | 1,143,500 | 1,128,286 | 1.3 |
| **OPERATING PROFIT (C)** | | 323,353 | 263,710 | 22.6 |
| Net Income on Equity Investments | | 29,465 | 20,790 | 41.7 |
| Interest and Dividend Income | | 4,815 | 2,404 | 100.3 |
| Interest Expense | | (93,527) | (46,116) | 102.8 |
| Non-Operating Items (D) | | 59,865 | (20,366) | NM |
| **Income from Continuing Operations Before Income Taxes** | | 323,971 | 220,422 | 47.0 |
| Income Taxes (D) | | (91,885) | (89,237) | 3.0 |
| **Income from Continuing Operations** | | 232,086 | 131,185 | 76.9 |
| Income from Discontinued Operations, net of tax (E) | | 6,971 | 3,256 | 114.1 |
| **NET INCOME** | | 239,057 | 134,441 | 77.8 |
| Preferred Dividends | | – | (2,094) | (100.0) |
| Net Income Attributable to Common Shares | $ | 239,057 | $  132,347 | 80.6 |
| **EARNINGS PER SHARE** | | | | |
| Basic | | | | |
| Continuing Operations | $ | .97 | $  .42 | 131.0 |
| Discontinued Operations | | .03 | .01 | 200.0 |
| Net Income | $ | 1.00 | $  .43 | 132.6 |
| Diluted (F) | | | | |
| Continuing Operations | $ | .96 | $  .42 | 128.6 |
| Discontinued Operations | | .03 | .01 | 200.0 |
| Net Income | $ | .99 | $  .43 | 130.2 |
| **DIVIDENDS PER COMMON SHARE** | $ | .18 | $  .18 | – |

| | | | |
|---|---|---|---|
| Diluted Weighted Average Common Shares Outstanding (G) | 241,380 | 309,307 | (22.0) |

9

(A)  2006 fourth quarter: Sept. 25, 2006 to Dec. 31, 2006. (14 weeks)
     2005 fourth quarter: Sept. 26, 2005 to Dec. 25, 2005. (13 weeks)

(B)  Operating expenses for the fourth quarter of 2006 included $5 million, or $.01 per diluted share, of stock-based
     compensation expense ($3 million at
     Publishing, $1 million at Broadcasting and Entertainment and $1 million at Corporate), a charge of $7 million, or $.02 per
     diluted share, for the
     elimination of approximately 400 positions at Publishing, a charge of $4 million, or $.01 per diluted share, for the
     disposition of a press from the *Los
     Angeles Times* San Fernando Valley printing facility, and a $7 million gain, or $.02 per diluted share, related to the sale of
     the corporate airplane.
     Operating expenses for the fourth quarter of 2005 included a charge of $22 million, or $.04 per diluted share, related to
     the shutdown of the San Fernando
     Valley printing facility, a charge of $45 million, or $.09 per diluted share, ($43 million at Publishing, $1 million at
     Broadcasting and Entertainment and $1
     million at Corporate) related to the elimination of approximately 900 positions, and a pension curtailment gain of $18
     million, or $.03 per diluted share ($13
     million at Publishing, $1 million at Broadcasting and Entertainment and $4 million at Corporate).

(C)  Operating profit excludes interest and dividend income, interest expense, equity income and losses, non-operating items
     and income taxes.

(D)  The fourth quarter of 2006 included the following non-operating items:

|  | Pretax Gain (Loss) | | After-tax Gain (Loss) | | Diluted EPS | |
|---|---|---|---|---|---|---|
| Gain on derivatives and related investments (1) | $ | 45,272 | $ | 27,616 | $ | .11 |
| Gain on sales of investments, net (2) | | 15,920 | | 9,645 | | .04 |
| Other, net | | (1,327) | | (1,218) | | – |
| Income tax adjustments (3) | | – | | 33,338 | | .14 |
| Total non-operating items | $ | 59,865 | $ | 69,381 | $ | .29 |

The fourth quarter of 2005 included the following non-operating items:

|  | Pretax Gain (Loss) | | After-tax Gain (Loss) | | Diluted EPS | |
|---|---|---|---|---|---|---|
| Loss on derivatives and related investments (1) | $ | (24,486) | $ | (14,937) | $ | (.05) |
| Gain on sales of subsidiaries and investments, net | | 3,885 | | 2,370 | | .01 |
| Other, net | | 235 | | 143 | | – |
| Total non-operating items | $ | (20,366) | $ | (12,424) | $ | (.04) |

(1)  Gain (loss) on derivatives and related investments represents the net change in fair values of the derivative
     component of the Company's PHONES
     and the related Time Warner shares.

(2)  The 2006 gain consists primarily of the gain on the sale of the Company's investment in BrassRing.

(3)  In the fourth quarter of 2006, the Company recorded a favorable $33 million income tax expense adjustment, most
     of which related to the Company's
     PHONES as a result of reaching an agreement with the Internal Revenue Service appeals office pertaining to the
     deduction of interest expense on

the PHONES.

(E)    In June 2006, the Company announced agreements to sell its Atlanta and Albany television stations. The sale of Atlanta
closed in August 2006. In
September 2006, the Company announced an agreement to sell its Boston television station. The sales of Albany and
Boston closed in December 2006.
Operating results for these stations are now reported as discontinued operations. Income from discontinued operations in
the fourth quarter included
the following:

|  | Fourth Quarter | |
|  | 2006 | 2005 |
|---|---|---|
| (Loss) income from operations, net of tax (1) | $ (2,289) | $ 3,256 |
| Gain on sale, net of tax (2) | 9,260 | – |
| Total | $ 6,971 | $ 3,256 |

(1)    The fourth quarter of 2006 included a charge of approximately $3 million, net of tax, for severance and related
costs.

(2)    In the fourth quarter of 2006, the Company recorded a pretax gain on the sale of Boston of $41 million ($9.3 million
after taxes). The pretax gain
calculation reflected $45 million of allocated television group goodwill. In accordance with Financial Accounting
Standard ("FAS") No. 142, "Goodwill
and Other Intangible Assets", the Company aggregates all of its television stations into one reporting unit for
goodwill accounting purposes.
Although less than $.1 million of goodwill was recorded when the Boston station was acquired, FAS 142 requires
the Company to allocate a portion
of its television group goodwill to stations that are sold based on the fair value of the stations, relative to the fair
value of the Company's remaining
stations. The Company incurred an after-tax loss on the sale of Albany, which was recorded when the sale was
announced in the second quarter
of 2006.

10

(F)    For the fourth quarters of 2006 and 2005, weighted average common shares outstanding used in the calculations of diluted earnings per share ("EPS")
were adjusted for the dilutive effect of stock-based compensation grants. All of the Company's Series C, D-1, and D-2 preferred shares were issued to and
held by TMCT, LLC and TMCT II, LLC. In connection with a restructuring of these partnerships, all of these preferred shares were distributed to the
Company on Sept. 22, 2006 and are no longer outstanding. The Company's Series C, D-1 and D-2 convertible preferred shares were not included in the
calculation of diluted EPS for the fourth quarter of 2005 because their effects were antidilutive. Following are the calculations for the fourth quarter:

|  | Fourth Quarter | |
| --- | --- | --- |
|  | 2006 | 2005 |
| Income from continuing operations | $ 232,086 | $ 131,185 |
| Income from discontinued operations, net of tax | 6,971 | 3,256 |
| Net income | $ 239,057 | $ 134,441 |
| Dividends for Series C, D-1 and D-2 preferred stock | – | (2,094) |
| Net income attributable to common shares | $ 239,057 | $ 132,347 |
| | | |
| Weighted average common shares outstanding | 238,988 | 307,402 |
| Adjustment for stock-based compensation grants | 2,392 | 1,905 |
| Adjusted weighted average common shares outstanding | 241,380 | 309,307 |
| | | |
| Diluted earnings per share: | | |
| Continuing operations | $ .96 | $ .42 |
| Discontinued operations | .03 | .01 |
| Net income | $ .99 | $ .43 |

(G)    The number of common shares outstanding, in thousands, at Dec. 31, 2006 was 239,207.

11

## TRIBUNE COMPANY
### FULL YEAR RESULTS OF OPERATIONS (Unaudited)
#### (In thousands, except per share data)

| | FULL YEAR (A) | | |
| --- | --- | --- | --- |
| | 2006 | 2005 | % Change |
| **OPERATING REVENUES** | $ 5,517,708 | $ 5,511,283 | 0.1 |
| **OPERATING EXPENSES (B)** | 4,432,698 | 4,384,092 | 1.1 |
| **OPERATING PROFIT (C)** | 1,085,010 | 1,127,191 | (3.7) |
| Net Income on Equity Investments (D) | 80,773 | 41,209 | 96.0 |
| Interest and Dividend Income | 14,145 | 7,539 | 87.6 |
| Interest Expense | (273,902) | (155,191) | 76.5 |
| Non-Operating Items (E) | 102,969 | 69,861 | 47.4 |
| **Income from Continuing Operations Before Income Taxes** | 1,008,995 | 1,090,609 | (7.5) |
| Income Taxes (E) | (348,142) | (567,820) | (38.7) |
| **Income from Continuing Operations** | 660,853 | 522,789 | 26.4 |
| (Loss) Income from Discontinued Operations, net of tax (F) | (66,858) | 11,900 | NM |
| **NET INCOME** | 593,995 | 534,689 | 11.1 |
| Preferred Dividends | (6,309) | (8,364) | (24.6) |
| Net Income Attributable to Common Shares | $ 587,686 | $ 526,325 | 11.7 |
| **EARNINGS PER SHARE** | | | |
| Basic | | | |
|     Continuing Operations | $ 2.40 | $ 1.64 | 46.3 |
|     Discontinued Operations | (.25) | .04 | NM |
|     Net Income | $ 2.16 | $ 1.68 | 28.6 |
| Diluted (G) | | | |
|     Continuing Operations | $ 2.39 | $ 1.63 | 46.6 |
|     Discontinued Operations | (.24) | .04 | NM |
|     Net Income | $ 2.14 | $ 1.67 | 28.1 |
| **DIVIDENDS PER COMMON SHARE** | $ .72 | $ .72 | – |
| Diluted Weighted Average Common Shares Outstanding (H) | 274,411 | 315,338 | (13.0) |

Exhibit 99 to Form 8-K dated February 8, 2007          Page 15 of 27

Case 08-13141-BLS    Doc 5439-25    Filed 08/20/10    Page 18 of 30

12

(A)   2006 full year: Dec. 26, 2005 to Dec. 31, 2006. (53 weeks)
       2005 full year: Dec. 27, 2004 to Dec. 25, 2005. (52 weeks)

(B)   Operating expenses for 2006 included stock-based compensation expense of $32 million, or $.07 per diluted share, ($15 million at Publishing, $6 million
at Broadcasting and Entertainment and $11 million at Corporate), a charge of $20 million, or $.04 per diluted share, for severance and other payments
associated with the new union contracts at Newsday, a charge of $9 million, or $.02 per diluted share, for the elimination of approximately 400 positions
at Publishing, a charge of $4 million, or $.01 per diluted share, for the disposition of a press at the *Los Angeles Times* San Fernando Valley printing
facility, a gain of $7 million, or $.02 per diluted share, from the sale of the corporate airplane, and a gain of $7 million, or $.02 per diluted share, from
real property sales in Publishing. Operating expenses for 2005 included a charge of $22 million, or $.04 per diluted share, related to the shutdown of
the San Fernando Valley printing facility, a charge of $45 million, or $.09 per diluted share, ($43 million at Publishing, $1 million at Broadcasting and
Entertainment and $1 million at Corporate) related to the elimination of approximately 900 positions, and a pension curtailment gain of $18 million, or $.03
per diluted share ($13 million at Publishing, $1 million at Broadcasting and Entertainment and $4 million at Corporate).

(C)   Operating profit excludes interest and dividend income, interest expense, equity income and losses, non-operating items and income taxes.

(D)   Net income on equity investments for the full year 2006 included the Company's $5.9 million share of a one-time favorable income tax adjustment at
CareerBuilder.

(E)   The full year 2006 included the following non-operating items:

| | Pretax Gain (Loss) | | After-tax Gain (Loss) | | Diluted EPS | |
|---|---|---|---|---|---|---|
| Gain on derivatives and related investments (1) | $ | 11,088 | $ | 6,764 | $ | .02 |
| Gain on TMCT transactions (2) | | 59,596 | | 47,988 | | .17 |
| Gain on sales of investments, net (3) | | 36,732 | | 22,339 | | .08 |
| Other, net | | (4,447) | | (1,044) | | – |
| Income tax adjustments (4) | | – | | 33,563 | | .12 |
| Total non-operating items | $ | 102,969 | $ | 109,610 | $ | .40 |

The full year 2005 included the following non-operating items:

| | Pretax Gain | | After-tax Gain (Loss) | | Diluted EPS | |
|---|---|---|---|---|---|---|
| Gain on derivatives and related investments (1) | $ | 62,184 | $ | 37,932 | $ | .12 |
| Gain on sales of investments, net | | 6,780 | | 4,136 | | .01 |
| Other, net | | 897 | | 547 | | .01 |
| Income tax adjustments (5) | | – | | (138,664) | | (.44) |
| Total non-operating items | $ | 69,861 | $ | (96,049) | $ | (.30) |

(1)   Gain (loss) on derivatives and related investments represents the net change in fair values of the derivative component of the Company's PHONES

and the related Time Warner shares.

(2) The Company recorded a gain as a result of the restructuring of the TMCT, LLC and TMCT II, LLC partnerships on Sept. 22, 2006.

(3) The 2006 gain on sales of investments consisted primarily of the gain on sale of 2.8 million shares of Time Warner stock unrelated to the
PHONES and a gain on the sale of the Company's investment in BrassRing.

(4) In 2006, the Company recorded a favorable $34 million income tax expense adjustment, most of which related to the Company's
PHONES as a result of reaching an agreement with the Internal Revenue Service appeals office pertaining to the deduction of interest expense on
the PHONES.

(5) On September 27, 2005, the United States Tax Court issued an opinion disallowing the 1998 tax-free reorganization of Matthew Bender, a former
subsidiary of The Times Mirror Company. Tribune acquired Times Mirror in June 2000, and inherited the preexisting tax dispute at that time. Taxes
and related interest for both the Matthew Bender transaction and a similar transaction completed by Times Mirror for its Mosby subsidiary in the
same year totaled approximately $1 billion. Over time, deductions for state taxes and interest will reduce the net cash outlay to approximately $840
million. The Company had a tax reserve of $228 million, net of tax, related to the litigation. As a result of the Tax Court ruling, the Company
increased its tax reserve by $609 million by recording additional income tax expense of $150 million and goodwill of $459 million in the third quarter
of 2005. In the first quarter of 2005, the Company reduced its income tax expense and liabilities by a total of $12 million as a result of favorably
resolving certain federal income tax issues.

13

(F)    In June 2006, the Company announced agreements to sell its Atlanta and Albany television stations. The sale of Atlanta closed in August
2006. In September 2006, the Company announced an agreement to sell its Boston television station. The sales of Albany and Boston closed
in December 2006. Operating results for these stations are now reported as discontinued operations. Income from discontinued operations
for the full year of 2006 and 2005 included the following:

|  | Full Year | |
|  | 2006 | 2005 |
| Income from operations, net of tax (1) | $        1,415 | $        11,900 |
| Net loss on sales, net of tax (2) | (68,273) | – |
| Total | $        (66,858) | $        11,900 |

(1)    The full year 2006 included a charge of approximately $4 million, net of tax, for severance and related costs.

(2)    In the second quarter of 2006, the Company recorded a pretax loss of $90 million, including $80 million of allocated television group goodwill, to write
down the Atlanta and Albany net assets to estimated fair value, less cost to sell. In the fourth quarter of 2006, the Company recorded a pretax gain on
the sale of Boston of $41 million, reflecting $45 million of allocated goodwill. In accordance with Financial Accounting Standard ("FAS") No. 142,
"Goodwill and Other Intangible Assets", the Company aggregates all of its television stations into one reporting unit for goodwill accounting
purposes. Although less than $.1 million of goodwill was recorded when the Atlanta and Boston stations were acquired, and only $.3 million of
goodwill was recorded for the Albany acquisition, FAS 142 requires the Company to allocate a portion of its television group goodwill to stations
that are sold based on the fair value of the stations, relative to the fair value of the Company's remaining stations. The Company recorded a combined
after-tax loss of $77 million on the sales of Atlanta and Albany and an after-tax gain of $9 million on the sale of Boston.

(G)    For the full year 2006 and 2005, weighted average common shares outstanding used in the calculations of diluted earnings per share ("EPS") were
adjusted for the dilutive effect of stock-based compensation grants. The Company's Series C, D-1 and D-2 convertible preferred shares were not
included in the calculations of diluted EPS for either year because their effects were antidilutive. All of the Series C, D-1, and D-2 preferred shares were
issued to and held by TMCT, LLC and TMCT II, LLC. In connection with a restructuring of these partnerships, all of these preferred shares were
distributed to the Company on Sept. 22, 2006 and are no longer outstanding. Following are the calculations for the full year:

|  | Full Year | |
|  | 2006 | 2005 |
| Income from continuing operations | $        660,853 | $        522,789 |
| (Loss) income from discontinued operations, net of tax | (66,858) | 11,900 |
| Net income | $        593,995 | $        534,689 |
| Dividends for Series C, D-1 and D-2 preferred stock | (6,309) | (8,364) |

| | | | | |
|---|---|---:|---|---:|
| Net income attributable to common shares | | $ 587,686 | $ | 526,325 |
| | | | | |
| Weighted average common shares outstanding | | 272,672 | | 312,880 |
| Adjustment for stock-based compensation grants | | 1,739 | | 2,458 |
| Adjusted weighted average common shares outstanding | | 274,411 | | 315,338 |
| | | | | |
| Diluted earnings per share: | | | | |
| Continuing operations | | $ 2.39 | $ | 1.63 |
| Discontinued operations | | (0.24) | | 0.04 |
| Net income | | $ 2.14 | $ | 1.67 |

(H)   The number of common shares outstanding, in thousands, at Dec. 31, 2006 was 239,207.

14

**TRIBUNE COMPANY**
**BUSINESS SEGMENT DATA (Unaudited)**
**(In thousands)**

| | FOURTH QUARTER | | | FULL YEAR | | |
|---|---|---|---|---|---|---|
| | **2006** | **2005** | **% Change** | **2006** | **2005** | **% Change** |
| **PUBLISHING** | | | | | | |
| Operating Revenues | $ 1,111,250 | $ 1,072,360 | 3.6 | $ 4,092,562 | $ 4,096,850 | (0.1) |
| Cash Operating Expenses (A) (B) (C) | (840,476) | (839,795) | 0.1 | (3,169,110) | (3,146,211) | 0.7 |
| Operating Cash Flow (D) (E) | 270,774 | 232,565 | 16.4 | 923,452 | 950,639 | (2.9) |
| Depreciation and Amortization Expense (F) | (45,696) | (58,772) | (22.2) | (174,263) | (190,926) | (8.7) |
| Total Operating Profit (E) | $ 225,078 | $ 173,793 | 29.5 | $ 749,189 | $ 759,713 | (1.4) |
| **BROADCASTING AND ENTERTAINMENT** | | | | | | |
| Operating Revenues | | | | | | |
| Television | $ 325,182 | $ 295,913 | 9.9 | $ 1,178,104 | $ 1,165,821 | 1.1 |
| Radio/Entertainment | 30,421 | 23,723 | 28.2 | 247,042 | 248,612 | (0.6) |
| Total Operating Revenues | 355,603 | 319,636 | 11.3 | 1,425,146 | 1,414,433 | 0.8 |
| Cash Operating Expenses (A) (B) (C) | | | | | | |
| Television | (206,104) | (189,929) | 8.5 | (775,147) | (739,290) | 4.9 |
| Radio/Entertainment | (30,156) | (18,115) | 66.5 | (207,096) | (209,767) | (1.3) |
| Total Cash Operating Expenses | (236,260) | (208,044) | 13.6 | (982,243) | (949,057) | 3.5 |
| Operating Cash Flow (D) (E) | | | | | | |
| Television | 119,078 | 105,984 | 12.4 | 402,957 | 426,531 | (5.5) |
| Radio/Entertainment | 265 | 5,608 | (95.3) | 39,946 | 38,845 | 2.8 |
| Total Operating Cash Flow | 119,343 | 111,592 | 6.9 | 442,903 | 465,376 | (4.8) |
| Depreciation and Amortization Expense | | | | | | |
| Television | (11,664) | (10,562) | 10.4 | (45,059) | (43,074) | 4.6 |
| Radio/Entertainment | (1,793) | (1,728) | 3.8 | (6,311) | (5,411) | 16.6 |
| Total Depreciation and Amortization Expense | (13,457) | (12,290) | 9.5 | (51,370) | (48,485) | 6.0 |
| Operating Profit (E) | | | | | | |
| Television | 107,414 | 95,422 | 12.6 | 357,898 | 383,457 | (6.7) |
| Radio/Entertainment | (1,528) | 3,880 | NM | 33,635 | 33,434 | 0.6 |
| Total Operating Profit | $ 105,886 | $ 99,302 | 6.6 | $ 391,533 | $ 416,891 | (6.1) |
| **CORPORATE EXPENSES** | | | | | | |
| Operating Cash Flow (D) (E) | $ (7,272) | $ (8,976) | (19.0) | $ (54,332) | $ (47,783) | 13.7 |
| Depreciation and Amortization Expense | (339) | (409) | (17.1) | (1,380) | (1,630) | (15.3) |
| Total Operating Loss (E) | $ (7,611) | $ (9,385) | (18.9) | $ (55,712) | $ (49,413) | 12.7 |

**CONSOLIDATED**

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Operating Revenues | $ 1,466,853 | $ 1,391,996 | 5.4 | $ 5,517,708 $ 5,511,283 | 0.1 |
| Cash Operating Expenses (A) (B) (C) | (1,084,008) | (1,056,815) | 2.6 | (4,205,685) (4,143,051) | 1.5 |
| Operating Cash Flow (D) (E) | 382,845 | 335,181 | 14.2 | 1,312,023 1,368,232 | (4.1) |
| Depreciation and Amortization Expense (F) | (59,492) | (71,471) | (16.8) | (227,013) (241,041) | (5.8) |
| Total Operating Profit (E) | $ 323,353 | $ 263,710 | 22.6 | $ 1,085,010 $ 1,127,191 | (3.7) |

15

(A)  The Company uses cash operating expenses to evaluate internal performance. The Company has presented cash operating expenses because it is
a common measure used by rating agencies, financial analysts and investors. Cash operating expense is not a measure of financial performance
under generally accepted accounting principles ("GAAP") and should not be considered in isolation or as a substitute for measures of
performance prepared in accordance with GAAP.

Following is a reconciliation of operating expenses to cash operating expenses for the fourth quarter of 2006:

|  | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating expenses | $  886,172 | $  249,717 | $  7,611 | $  1,143,500 |
| Less: depreciation and amortization expense | 45,696 | 13,457 | 339 | 59,492 |
| Cash operating expenses | $  840,476 | $  236,260 | $  7,272 | $  1,084,008 |

Following is a reconciliation of operating expenses to cash operating expenses for the fourth quarter of 2005:

|  | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating expenses | $  898,567 | $  220,334 | $  9,385 | $  1,128,286 |
| Less: depreciation and amortization expense | 58,772 | 12,290 | 409 | 71,471 |
| Cash operating expenses | $  839,795 | $  208,044 | $  8,976 | $  1,056,815 |

Following is a reconciliation of operating expenses to cash operating expenses for the full year 2006:

|  | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating expenses | $  3,343,373 | $  1,033,613 | $  55,712 | $  4,432,698 |
| Less: depreciation and amortization expense | 174,263 | 51,370 | 1,380 | 227,013 |
| Cash operating expenses | $  3,169,110 | $  982,243 | $  54,332 | $  4,205,685 |

Following is a reconciliation of operating expenses to cash operating expenses for the full year 2005:

|  | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating expenses | $  3,337,137 | $  997,542 | $  49,413 | $  4,384,092 |
| Less: depreciation and amortization expense | 190,926 | 48,485 | 1,630 | 241,041 |
| Cash operating expenses | $  3,146,211 | $  949,057 | $  47,783 | $  4,143,051 |

(B)  Publishing cash operating expenses for the fourth quarter and full year 2006 included charges of $7 million and $9 million, respectively, for the
elimination of approximately 400 positions, and a $4 million charge for the disposition of a press from the *Los Angeles Times* San Fernando
Valley printing facility. Publishing cash operating expenses for the full year 2006 also included a charge of $20 million for severance and other
payments associated with the new union contracts at Newsday and a gain of $7 million related to real property sales. Corporate cash operating
expenses for both the fourth quarter and full year 2006 included a gain of $7 million related to the sale of the corporate airplane. Cash operating
expenses for the fourth quarter and full year 2005 included a charge of $6 million related to the shutdown of the San Fernando Valley printing
facility, a charge of $45 million ($43 million at Publishing, $1 million at Broadcasting and Entertainment and $1 million at Corporate) related to
the elimination of approximately 900 positions, and a pension curtailment gain of $18 million ($13 million at Publishing, $1 million at
Broadcasting and Entertainment and $4 million at Corporate).

(C)  Cash operating expenses for the fourth quarter of 2006 included stock-based compensation expense of $3 million at Publishing, $1 million at
Broadcasting and Entertainment and $1 million at Corporate. Cash operating expenses for the full year 2006 included stock-based compensation
expense of $15 million at Publishing, $6 million at Broadcasting and Entertainment and $11 million at Corporate.

(D)  Operating cash flow is defined as operating profit before depreciation and amortization. The Company uses operating cash flow along with
operating profit and other measures to evaluate the financial performance of the Company's business segments. The Company has presented
operating cash flow because it is a common alternative measure of financial performance used by rating agencies, financial analysts and investors.
These groups use operating cash flow along with other measures as a way to estimate the value of a company. The Company's definition of
operating cash flow may not be consistent with that of other companies. Operating cash flow does not represent cash provided by operating
activities as reflected in the Company's consolidated statements of cash flows, is not a measure of financial performance under GAAP and
should not be considered in isolation or as a substitute for measures of performance prepared in accordance with GAAP.

16

(E)     Operating profit for each segment excludes interest and dividend income, interest expense, equity income and losses, non-operating items and
income taxes.

Following is a reconciliation of operating profit (loss) to operating cash flow for the fourth quarter of 2006:

| | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating profit (loss) | $ 225,078 | $ 105,886 | $ (7,611) | $ 323,353 |
| Add back: depreciation and amortization expense | 45,696 | 13,457 | 339 | 59,492 |
| Operating cash flow | $ 270,774 | $ 119,343 | $ (7,272) | $ 382,845 |

Following is a reconciliation of operating profit (loss) to operating cash flow for the fourth quarter of 2005:

| | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating profit (loss) | $ 173,793 | $ 99,302 | $ (9,385) | $ 263,710 |
| Add back: depreciation and amortization expense | 58,772 | 12,290 | 409 | 71,471 |
| Operating cash flow | $ 232,565 | $ 111,592 | $ (8,976) | $ 335,181 |

Following is a reconciliation of operating profit (loss) to operating cash flow for the full year 2006:

| | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating profit (loss) | $ 749,189 | $ 391,533 | $ (55,712) | $ 1,085,010 |
| Add back: depreciation and amortization expense | 174,263 | 51,370 | 1,380 | 227,013 |
| Operating cash flow | $ 923,452 | $ 442,903 | $ (54,332) | $ 1,312,023 |

Following is a reconciliation of operating profit (loss) to operating cash flow for the full year 2005:

| | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating profit (loss) | $ 759,713 | $ 416,891 | $ (49,413) | $ 1,127,191 |
| Add back: depreciation and amortization expense | 190,926 | 48,485 | 1,630 | 241,041 |
| Operating cash flow | $ 950,639 | $ 465,376 | $ (47,783) | $ 1,368,232 |

(F)     Publishing depreciation and amortization expense for the fourth quarter and full year 2005 included $16 million of accelerated depreciation expense related
to the shutdown of the *Los Angeles Times* San Fernando Valley printing facility.

Exhibit 99 to Form 8-K dated February 8, 2007                                    Page 25 of 27
Case 08-13141-BLS    Doc 5439-25    Filed 08/20/10    Page 28 of 30

17

**TRIBUNE COMPANY**
**SUMMARY OF REVENUES AND NEWSPAPER ADVERTISING VOLUME (Unaudited)**
**For Period 12 Ended December 31, 2006**
**(In thousands)**

| | Period 12 (A) | | | Fourth Quarter (A) | | | Full Year (A) | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2005 | % Change | 2006 | 2005 | % Change | 2006 | 2005 | % Change |
| **Publishing** | | | | | | | | | |
| Advertising | | | | | | | | | |
| Retail | $ 186,153 | $ 166,216 | 12.0 | $ 405,675 | $ 380,497 | 6.6 | $ 1,344,124 | $ 1,323,547 | 1.6 |
| National | 99,996 | 81,575 | 22.6 | 218,462 | 211,433 | 3.3 | 736,808 | 774,093 | (4.8) |
| Classified | 91,270 | 85,434 | 6.8 | 269,117 | 268,458 | 0.2 | 1,179,128 | 1,146,460 | 2.8 |
| Sub-Total | 377,419 | 333,225 | 13.3 | 893,254 | 860,388 | 3.8 | 3,260,060 | 3,244,100 | 0.5 |
| Circulation | 63,370 | 56,418 | 12.3 | 149,525 | 148,057 | 1.0 | 575,043 | 596,163 | (3.5) |
| Other | 27,311 | 23,371 | 16.9 | 68,471 | 63,915 | 7.1 | 257,459 | 256,587 | 0.3 |
| Segment Total | 468,100 | 413,014 | 13.3 | 1,111,250 | 1,072,360 | 3.6 | 4,092,562 | 4,096,850 | (0.1) |
| **Broadcasting & Entertainment** | | | | | | | | | |
| Television (B) | 127,215 | 111,412 | 14.2 | 325,182 | 295,913 | 9.9 | 1,178,104 | 1,165,821 | 1.1 |
| Radio/Entertainment | 10,764 | 6,056 | 77.7 | 30,421 | 23,723 | 28.2 | 247,042 | 248,612 | (0.6) |
| Segment Total | 137,979 | 117,468 | 17.5 | 355,603 | 319,636 | 11.3 | 1,425,146 | 1,414,433 | 0.8 |
| **Consolidated Revenues** | $ 606,079 | $ 530,482 | 14.3 | $1,466,853 | $1,391,996 | 5.4 | $ 5,517,708 | $ 5,511,283 | 0.1 |
| **Total Advertising Inches** (C) | | | | | | | | | |
| Full Run | | | | | | | | | |
| Retail | 871 | 773 | 12.7 | 1,874 | 1,726 | 8.6 | 6,119 | 5,980 | 2.3 |
| National | 440 | 401 | 9.7 | 961 | 1,033 | (7.0) | 3,457 | 3,774 | (8.4) |
| Classified | 890 | 834 | 6.7 | 2,365 | 2,452 | (3.5) | 10,154 | 10,023 | 1.3 |
| Sub-Total | 2,201 | 2,008 | 9.6 | 5,200 | 5,211 | (0.2) | 19,730 | 19,777 | (0.2) |
| Part Run | 2,060 | 1,749 | 17.8 | 5,450 | 4,896 | 11.3 | 21,217 | 20,112 | 5.5 |
| Total | 4,261 | 3,757 | 13.4 | 10,650 | 10,107 | 5.4 | 40,947 | 39,889 | 2.7 |
| **Preprint Pieces** (C) | 2,035,330 | 1,802,090 | 12.9 | 4,482,804 | 4,138,538 | 8.3 | 14,928,728 | 14,929,047 | – |

(A)   Period 12, fourth quarter and full year 2006 include 6 weeks, 14 weeks and 53 weeks, respectively.
Period 12, fourth quarter and full year 2005 include 5 weeks, 13 weeks and 52 weeks, respectively.

(B)   Both 2006 and 2005 exclude revenues from discontinued operations (WATL-TV in Atlanta, WLVI-TV in Boston and WCWN-TV in Albany).

(C)   Volume includes only the daily newspapers and is based on preliminary internal data, which may be updated in subsequent reports.

18

Exhibit 99 to Form 8-K dated February 8, 2007                    Page 27 of 27
Case 08-13141-BLS     Doc 5439-25     Filed 08/20/10     Page 30 of 30