**Tribune IBES Estimates**
($ in millions)

|  | 2006 Estimates | | | | 2007 Estimates | | | | 2008 Estimates | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Revenue | | EBITDA | | Revenue | | EBITDA | | Revenue | | EBITDA | |
|  | IBES Median | IBES Mean | IBES Median | IBES Mean | IBES Median | IBES Mean | IBES Median | IBES Mean | IBES Median | IBES Mean | IBES Median | IBES Mean |
| Sep-06 | 5,515.0 | 5,520.3 | 1,341.2 | 1,326.7 | 5,576.4 | 5,556.9 | 1,344.0 | 1,340.0 | - | - | - | - |
| Oct-06 | 5,492.7 | 5,500.0 | 1,299.1 | 1,296.8 | 5,509.6 | 5,479.8 | 1,270.9 | 1,290.0 | - | - | - | - |
| Nov-06 | 5,480.2 | 5,496.4 | 1,297.1 | 1,293.9 | 5,509.6 | 5,469.3 | 1,270.9 | 1,280.9 | - | - | - | - |
| Dec-06 | 5,486.4 | 5,499.5 | 1,299.0 | 1,297.8 | 5,497.2 | 5,471.9 | 1,270.9 | 1,281.8 | - | - | - | - |
| Jan-07 | - | - | - | - | 5,495.8 | 5,465.6 | 1,287.7 | 1,277.3 | 5,448.6 | 5,432.1 | 1,260.1 | 1,279.4 |
| Feb-07 | - | - | - | - | 5,399.6 | 5,395.1 | 1,269.7 | 1,267.8 | 5,473.4 | 5,452.2 | 1,260.9 | 1,264.7 |
| Mar-07 | - | - | - | - | 5,367.8 | 5,369.0 | 1,277.6 | 1,255.1 | 5,399.6 | 5,412.5 | 1,237.1 | 1,244.5 |
| Apr-07 | - | - | - | - | 5,323.0 | 5,318.1 | 1,211.8 | 1,214.1 | 5,288.1 | 5,327.2 | 1,239.6 | 1,214.4 |
| May-07 | - | - | - | - | 5,335.5 | 5,323.9 | 1,218.4 | 1,217.4 | 5,304.2 | 5,335.4 | 1,244.3 | 1,219.7 |
| Jun-07 | - | - | - | - | 5,248.5 | 5,250.4 | 1,179.5 | 1,180.2 | 5,257.6 | 5,217.7 | 1,164.2 | 1,170.5 |
| Jul-07 | - | - | - | - | 5,113.3 | 5,130.5 | 1,138.7 | 1,123.9 | 5,053.3 | 5,062.2 | 1,138.7 | 1,109.0 |
| Aug-07 | - | - | - | - | 5,084.3 | 5,088.9 | 1,124.8 | 1,106.2 | 5,015.1 | 4,982.1 | 1,110.9 | 1,081.7 |
| Sep-07 | - | - | - | - | 5,075.9 | 5,086.8 | 1,117.3 | 1,104.3 | 4,983.7 | 4,971.9 | 1,088.4 | 1,074.5 |
| Oct-07 | - | - | - | - | 5,102.3 | 5,118.7 | 1,171.2 | 1,153.1 | 5,014.2 | 4,993.1 | 1,140.3 | 1,096.7 |
| Nov-07 | - | - | - | - | 5,128.4 | 5,128.9 | 1,171.4 | 1,161.7 | 5,009.0 | 4,987.7 | 1,135.2 | 1,092.6 |