| TRB Equity |  |
|---|---|
| Date | PX_LAST |
| #NAME? | 48.34 |
| 1/5/2004 | 48.73 |
| 1/6/2004 | 48.37 |
| 1/7/2004 | 48.33 |
| 1/8/2004 | 48.56 |
| 1/9/2004 | 48.27 |
| 1/12/2004 | 47.76 |
| 1/13/2004 | 47.35 |
| 1/14/2004 | 47.18 |
| 1/15/2004 | 47.21 |
| 1/16/2004 | 47.12 |
| 1/20/2004 | 47.01 |
| 1/21/2004 | 46.77 |
| 1/22/2004 | 46.89 |
| 1/23/2004 | 46.58 |
| 1/26/2004 | 46.52 |
| 1/27/2004 | 46.27 |
| 1/28/2004 | 46.74 |
| 1/29/2004 | 48.20 |
| 1/30/2004 | 48.22 |
| 2/2/2004 | 49.58 |
| 2/3/2004 | 48.59 |
| 2/4/2004 | 47.69 |
| 2/5/2004 | 47.16 |
| 2/6/2004 | 47.57 |
| 2/9/2004 | 48.74 |
| 2/10/2004 | 49.03 |
| 2/11/2004 | 49.78 |
| 2/12/2004 | 49.34 |
| 2/13/2004 | 48.98 |
| 2/17/2004 | 49.16 |
| 2/18/2004 | 48.75 |
| 2/19/2004 | 48.45 |
| 2/20/2004 | 48.00 |
| 2/23/2004 | 47.96 |
| 2/24/2004 | 48.19 |
| 2/25/2004 | 47.84 |
| 2/26/2004 | 47.58 |
| 2/27/2004 | 47.16 |
| 3/1/2004 | 47.14 |
| 3/2/2004 | 47.05 |
| 3/3/2004 | 47.09 |
| 3/4/2004 | 47.12 |
| 3/5/2004 | 47.26 |
| 3/8/2004 | 47.26 |
| 3/9/2004 | 47.20 |
| 3/10/2004 | 47.68 |
| 3/11/2004 | 47.30 |
| 3/12/2004 | 47.55 |

| | |
|---|---|
| 3/15/2004 | 47.23 |
| 3/16/2004 | 47.11 |
| 3/17/2004 | 47.64 |
| 3/18/2004 | 47.64 |
| 3/19/2004 | 47.45 |
| 3/22/2004 | 47.17 |
| 3/23/2004 | 47.15 |
| 3/24/2004 | 46.55 |
| 3/25/2004 | 46.95 |
| 3/26/2004 | 47.12 |
| 3/29/2004 | 47.54 |
| 3/30/2004 | 47.61 |
| 3/31/2004 | 47.63 |
| 4/1/2004 | 47.66 |
| 4/2/2004 | 48.55 |
| 4/5/2004 | 48.86 |
| 4/6/2004 | 48.52 |
| 4/7/2004 | 48.29 |
| 4/8/2004 | 48.64 |
| 4/12/2004 | 48.70 |
| 4/13/2004 | 48.30 |
| 4/14/2004 | 48.72 |
| 4/15/2004 | 46.28 |
| 4/16/2004 | 46.53 |
| 4/19/2004 | 46.53 |
| 4/20/2004 | 46.38 |
| 4/21/2004 | 45.97 |
| 4/22/2004 | 46.10 |
| 4/23/2004 | 45.97 |
| 4/26/2004 | 45.80 |
| 4/27/2004 | 45.98 |
| 4/28/2004 | 46.24 |
| 4/29/2004 | 45.84 |
| 4/30/2004 | 45.21 |
| 5/3/2004 | 45.35 |
| 5/4/2004 | 45.10 |
| 5/5/2004 | 45.55 |
| 5/6/2004 | 45.44 |
| 5/7/2004 | 44.69 |
| 5/10/2004 | 44.40 |
| 5/11/2004 | 44.66 |
| 5/12/2004 | 44.00 |
| 5/13/2004 | 44.33 |
| 5/14/2004 | 44.49 |
| 5/17/2004 | 43.83 |
| 5/18/2004 | 44.45 |
| 5/19/2004 | 44.29 |
| 5/20/2004 | 44.02 |
| 5/21/2004 | 44.64 |
| 5/24/2004 | 44.75 |
| 5/25/2004 | 45.70 |

| | |
|---|---|
| 5/26/2004 | 45.57 |
| 5/27/2004 | 45.28 |
| 5/28/2004 | 45.71 |
| 6/1/2004 | 45.54 |
| 6/2/2004 | 45.68 |
| 6/3/2004 | 45.63 |
| 6/4/2004 | 45.87 |
| 6/7/2004 | 46.08 |
| 6/8/2004 | 44.42 |
| 6/9/2004 | 44.42 |
| 6/10/2004 | 44.40 |
| 6/14/2004 | 44.09 |
| 6/15/2004 | 44.00 |
| 6/16/2004 | 44.28 |
| 6/17/2004 | 44.75 |
| 6/18/2004 | 44.31 |
| 6/21/2004 | 43.92 |
| 6/22/2004 | 43.91 |
| 6/23/2004 | 43.40 |
| 6/24/2004 | 42.75 |
| 6/25/2004 | 42.78 |
| 6/28/2004 | 42.82 |
| 6/29/2004 | 43.18 |
| 6/30/2004 | 43.11 |
| 7/1/2004 | 42.64 |
| 7/2/2004 | 42.29 |
| 7/6/2004 | 41.92 |
| 7/7/2004 | 41.54 |
| 7/8/2004 | 41.11 |
| 7/9/2004 | 41.03 |
| 7/12/2004 | 41.07 |
| 7/13/2004 | 41.18 |
| 7/14/2004 | 40.82 |
| 7/15/2004 | 39.76 |
| 7/16/2004 | 39.98 |
| 7/19/2004 | 40.18 |
| 7/20/2004 | 40.57 |
| 7/21/2004 | 40.98 |
| 7/22/2004 | 40.71 |
| 7/23/2004 | 40.36 |
| 7/26/2004 | 40.29 |
| 7/27/2004 | 40.80 |
| 7/28/2004 | 40.24 |
| 7/29/2004 | 40.60 |
| 7/30/2004 | 40.18 |
| 8/2/2004 | 40.33 |
| 8/3/2004 | 40.00 |
| 8/4/2004 | 39.76 |
| 8/5/2004 | 39.19 |
| 8/6/2004 | 38.77 |
| 8/9/2004 | 38.75 |

| | |
|---|---|
| 8/10/2004 | 39.00 |
| 8/11/2004 | 38.92 |
| 8/12/2004 | 38.79 |
| 8/13/2004 | 38.72 |
| 8/16/2004 | 39.59 |
| 8/17/2004 | 39.91 |
| 8/18/2004 | 40.33 |
| 8/19/2004 | 39.52 |
| 8/20/2004 | 39.69 |
| 8/23/2004 | 39.29 |
| 8/24/2004 | 39.30 |
| 8/25/2004 | 39.35 |
| 8/26/2004 | 39.65 |
| 8/27/2004 | 39.59 |
| 8/30/2004 | 39.46 |
| 8/31/2004 | 39.64 |
| 9/1/2004 | 39.36 |
| 9/2/2004 | 39.86 |
| 9/3/2004 | 39.87 |
| 9/7/2004 | 40.11 |
| 9/8/2004 | 39.64 |
| 9/9/2004 | 39.39 |
| 9/10/2004 | 39.26 |
| 9/13/2004 | 37.98 |
| 9/14/2004 | 38.31 |
| 9/15/2004 | 38.21 |
| 9/16/2004 | 38.77 |
| 9/17/2004 | 39.33 |
| 9/20/2004 | 39.10 |
| 9/21/2004 | 39.41 |
| 9/22/2004 | 38.90 |
| 9/23/2004 | 38.92 |
| 9/24/2004 | 38.96 |
| 9/27/2004 | 38.83 |
| 9/28/2004 | 39.10 |
| 9/29/2004 | 39.11 |
| 9/30/2004 | 39.07 |
| 10/1/2004 | 40.34 |
| 10/4/2004 | 40.72 |
| 10/5/2004 | 41.01 |
| 10/6/2004 | 41.28 |
| 10/7/2004 | 41.23 |
| 10/8/2004 | 41.03 |
| 10/11/2004 | 40.87 |
| 10/12/2004 | 40.65 |
| 10/13/2004 | 40.61 |
| 10/14/2004 | 40.24 |
| 10/15/2004 | 40.38 |
| 10/18/2004 | 40.28 |
| 10/19/2004 | 40.24 |
| 10/20/2004 | 39.82 |

| | |
|---|---|
| 10/21/2004 | 40.11 |
| 10/22/2004 | 39.73 |
| 10/25/2004 | 39.48 |
| 10/26/2004 | 40.21 |
| 10/27/2004 | 40.21 |
| 10/28/2004 | 41.06 |
| 10/29/2004 | 41.01 |
| 11/1/2004 | 41.08 |
| 11/2/2004 | 41.09 |
| 11/3/2004 | 41.42 |
| 11/4/2004 | 42.04 |
| 11/5/2004 | 41.98 |
| 11/8/2004 | 41.75 |
| 11/9/2004 | 41.66 |
| 11/10/2004 | 41.42 |
| 11/11/2004 | 41.50 |
| 11/12/2004 | 41.73 |
| 11/15/2004 | 41.80 |
| 11/16/2004 | 41.88 |
| 11/17/2004 | 41.67 |
| 11/18/2004 | 41.44 |
| 11/19/2004 | 40.94 |
| 11/22/2004 | 41.22 |
| 11/23/2004 | 40.90 |
| 11/24/2004 | 41.06 |
| 11/26/2004 | 41.01 |
| 11/29/2004 | 40.98 |
| 11/30/2004 | 41.29 |
| 12/1/2004 | 41.56 |
| 12/2/2004 | 41.38 |
| 12/3/2004 | 40.99 |
| 12/6/2004 | 40.94 |
| 12/7/2004 | 40.38 |
| 12/8/2004 | 40.43 |
| 12/9/2004 | 40.44 |
| 12/10/2004 | 40.18 |
| 12/13/2004 | 40.20 |
| 12/14/2004 | 40.32 |
| 12/15/2004 | 39.94 |
| 12/16/2004 | 39.57 |
| 12/17/2004 | 39.46 |
| 12/20/2004 | 39.08 |
| 12/21/2004 | 39.94 |
| 12/22/2004 | 39.98 |
| 12/23/2004 | 40.06 |
| 12/27/2004 | 40.00 |
| 12/28/2004 | 40.27 |
| 12/29/2004 | 40.25 |
| 12/30/2004 | 40.16 |
| 12/31/2004 | 40.12 |
| 1/3/2005 | 39.50 |

| | |
|---|---|
| 1/4/2005 | 39.48 |
| 1/5/2005 | 39.54 |
| 1/6/2005 | 39.45 |
| 1/7/2005 | 39.40 |
| 1/10/2005 | 39.56 |
| 1/11/2005 | 39.40 |
| 1/12/2005 | 39.54 |
| 1/13/2005 | 39.22 |
| 1/14/2005 | 39.17 |
| 1/18/2005 | 39.45 |
| 1/19/2005 | 38.78 |
| 1/20/2005 | 38.75 |
| 1/21/2005 | 38.28 |
| 1/24/2005 | 38.18 |
| 1/25/2005 | 37.62 |
| 1/26/2005 | 37.27 |
| 1/27/2005 | 37.14 |
| 1/28/2005 | 37.73 |
| 1/31/2005 | 38.06 |
| 2/1/2005 | 38.23 |
| 2/2/2005 | 38.35 |
| 2/3/2005 | 38.33 |
| 2/4/2005 | 38.65 |
| 2/7/2005 | 38.47 |
| 2/8/2005 | 38.64 |
| 2/9/2005 | 38.98 |
| 2/10/2005 | 39.06 |
| 2/11/2005 | 40.00 |
| 2/14/2005 | 39.96 |
| 2/15/2005 | 40.00 |
| 2/16/2005 | 39.97 |
| 2/17/2005 | 39.66 |
| 2/18/2005 | 39.55 |
| 2/22/2005 | 39.10 |
| 2/23/2005 | 38.77 |
| 2/24/2005 | 38.73 |
| 2/25/2005 | 38.62 |
| 2/28/2005 | 38.95 |
| 3/1/2005 | 39.76 |
| 3/2/2005 | 40.01 |
| 3/3/2005 | 39.09 |
| 3/4/2005 | 39.26 |
| 3/7/2005 | 38.78 |
| 3/8/2005 | 38.65 |
| 3/9/2005 | 38.18 |
| 3/10/2005 | 38.48 |
| 3/11/2005 | 38.39 |
| 3/14/2005 | 38.91 |
| 3/15/2005 | 38.51 |
| 3/16/2005 | 37.96 |
| 3/17/2005 | 37.77 |

| | |
|---|---|
| 3/18/2005 | 37.66 |
| 3/21/2005 | 37.65 |
| 3/22/2005 | 37.26 |
| 3/23/2005 | 37.15 |
| 3/24/2005 | 36.94 |
| 3/28/2005 | 37.09 |
| 3/29/2005 | 36.99 |
| 3/30/2005 | 37.26 |
| 3/31/2005 | 38.12 |
| 4/1/2005 | 37.47 |
| 4/4/2005 | 37.58 |
| 4/5/2005 | 37.62 |
| 4/6/2005 | 37.64 |
| 4/7/2005 | 37.79 |
| 4/8/2005 | 37.17 |
| 4/11/2005 | 37.16 |
| 4/12/2005 | 37.63 |
| 4/13/2005 | 37.53 |
| 4/14/2005 | 37.29 |
| 4/15/2005 | 36.86 |
| 4/18/2005 | 36.59 |
| 4/19/2005 | 36.42 |
| 4/20/2005 | 36.05 |
| 4/21/2005 | 36.47 |
| 4/22/2005 | 35.63 |
| 4/25/2005 | 36.29 |
| 4/26/2005 | 36.58 |
| 4/27/2005 | 36.75 |
| 4/28/2005 | 35.84 |
| 4/29/2005 | 36.91 |
| 5/2/2005 | 36.33 |
| 5/3/2005 | 36.49 |
| 5/4/2005 | 37.37 |
| 5/5/2005 | 37.21 |
| 5/6/2005 | 36.72 |
| 5/9/2005 | 37.00 |
| 5/10/2005 | 36.96 |
| 5/11/2005 | 35.99 |
| 5/12/2005 | 35.90 |
| 5/13/2005 | 35.35 |
| 5/16/2005 | 35.51 |
| 5/17/2005 | 35.41 |
| 5/18/2005 | 35.18 |
| 5/19/2005 | 35.26 |
| 5/20/2005 | 34.97 |
| 5/23/2005 | 35.19 |
| 5/24/2005 | 35.03 |
| 5/25/2005 | 34.91 |
| 5/26/2005 | 35.01 |
| 5/27/2005 | 35.06 |
| 5/31/2005 | 34.76 |

| | |
|---|---|
| 6/1/2005 | 34.56 |
| 6/2/2005 | 34.71 |
| 6/3/2005 | 34.71 |
| 6/6/2005 | 34.46 |
| 6/7/2005 | 34.31 |
| 6/8/2005 | 34.08 |
| 6/9/2005 | 33.75 |
| 6/10/2005 | 33.98 |
| 6/13/2005 | 34.34 |
| 6/14/2005 | 34.40 |
| 6/15/2005 | 33.87 |
| 6/16/2005 | 34.64 |
| 6/17/2005 | 34.61 |
| 6/20/2005 | 35.04 |
| 6/21/2005 | 35.12 |
| 6/22/2005 | 35.02 |
| 6/23/2005 | 34.82 |
| 6/24/2005 | 34.25 |
| 6/27/2005 | 34.19 |
| 6/28/2005 | 34.26 |
| 6/29/2005 | 34.02 |
| 6/30/2005 | 33.80 |
| 7/1/2005 | 33.80 |
| 7/5/2005 | 33.77 |
| 7/6/2005 | 33.61 |
| 7/7/2005 | 33.87 |
| 7/8/2005 | 34.44 |
| 7/11/2005 | 34.34 |
| 7/12/2005 | 33.95 |
| 7/13/2005 | 34.02 |
| 7/14/2005 | 34.35 |
| 7/15/2005 | 33.71 |
| 7/18/2005 | 33.56 |
| 7/19/2005 | 33.98 |
| 7/20/2005 | 34.50 |
| 7/21/2005 | 34.43 |
| 7/22/2005 | 35.33 |
| 7/25/2005 | 35.38 |
| 7/26/2005 | 35.55 |
| 7/27/2005 | 35.45 |
| 7/28/2005 | 35.57 |
| 7/29/2005 | 35.07 |
| 8/1/2005 | 34.82 |
| 8/2/2005 | 35.00 |
| 8/3/2005 | 35.16 |
| 8/4/2005 | 35.18 |
| 8/5/2005 | 35.09 |
| 8/8/2005 | 35.15 |
| 8/9/2005 | 35.76 |
| 8/10/2005 | 36.03 |
| 8/11/2005 | 36.28 |

| | |
|---|---|
| 8/12/2005 | 36.92 |
| 8/15/2005 | 37.35 |
| 8/16/2005 | 36.43 |
| 8/17/2005 | 36.45 |
| 8/18/2005 | 36.10 |
| 8/19/2005 | 36.39 |
| 8/22/2005 | 36.69 |
| 8/23/2005 | 36.90 |
| 8/24/2005 | 36.75 |
| 8/25/2005 | 36.45 |
| 8/26/2005 | 36.13 |
| 8/29/2005 | 36.66 |
| 8/30/2005 | 36.39 |
| 8/31/2005 | 36.27 |
| 9/1/2005 | 36.34 |
| 9/2/2005 | 36.67 |
| 9/6/2005 | 36.81 |
| 9/7/2005 | 36.97 |
| 9/8/2005 | 36.93 |
| 9/9/2005 | 37.25 |
| 9/12/2005 | 37.58 |
| 9/13/2005 | 36.39 |
| 9/14/2005 | 36.07 |
| 9/15/2005 | 36.17 |
| 9/16/2005 | 36.30 |
| 9/19/2005 | 35.88 |
| 9/20/2005 | 35.80 |
| 9/21/2005 | 35.05 |
| 9/22/2005 | 35.05 |
| 9/23/2005 | 34.75 |
| 9/26/2005 | 34.49 |
| 9/27/2005 | 34.51 |
| 9/28/2005 | 33.04 |
| 9/29/2005 | 32.45 |
| 9/30/2005 | 32.72 |
| 10/3/2005 | 32.80 |
| 10/4/2005 | 32.87 |
| 10/5/2005 | 32.39 |
| 10/6/2005 | 32.27 |
| 10/7/2005 | 32.28 |
| 10/10/2005 | 31.72 |
| 10/11/2005 | 31.58 |
| 10/12/2005 | 30.71 |
| 10/13/2005 | 31.45 |
| 10/14/2005 | 31.59 |
| 10/17/2005 | 30.98 |
| 10/18/2005 | 30.48 |
| 10/19/2005 | 30.66 |
| 10/20/2005 | 30.11 |
| 10/21/2005 | 29.84 |
| 10/24/2005 | 30.29 |

| | |
|---|---|
| 10/25/2005 | 30.21 |
| 10/26/2005 | 30.16 |
| 10/27/2005 | 30.12 |
| 10/28/2005 | 30.46 |
| 10/31/2005 | 30.42 |
| 11/1/2005 | 30.38 |
| 11/2/2005 | 31.23 |
| 11/3/2005 | 31.22 |
| 11/4/2005 | 31.39 |
| 11/7/2005 | 32.52 |
| 11/8/2005 | 31.92 |
| 11/9/2005 | 32.12 |
| 11/10/2005 | 32.28 |
| 11/11/2005 | 32.25 |
| 11/14/2005 | 32.34 |
| 11/15/2005 | 31.64 |
| 11/16/2005 | 31.32 |
| 11/17/2005 | 31.37 |
| 11/18/2005 | 31.51 |
| 11/21/2005 | 31.46 |
| 11/22/2005 | 31.16 |
| 11/23/2005 | 31.24 |
| 11/25/2005 | 31.22 |
| 11/28/2005 | 31.07 |
| 11/29/2005 | 31.07 |
| 11/30/2005 | 31.04 |
| 12/1/2005 | 30.75 |
| 12/2/2005 | 30.47 |
| 12/5/2005 | 29.96 |
| 12/6/2005 | 29.51 |
| 12/7/2005 | 30.10 |
| 12/8/2005 | 29.99 |
| 12/9/2005 | 29.79 |
| 12/12/2005 | 30.16 |
| 12/13/2005 | 30.29 |
| 12/14/2005 | 30.22 |
| 12/15/2005 | 29.99 |
| 12/16/2005 | 29.90 |
| 12/19/2005 | 30.12 |
| 12/20/2005 | 29.43 |
| 12/21/2005 | 29.33 |
| 12/22/2005 | 29.54 |
| 12/23/2005 | 29.63 |
| 12/27/2005 | 29.51 |
| 12/28/2005 | 29.51 |
| 12/29/2005 | 29.61 |
| 12/30/2005 | 29.38 |
| 1/3/2006 | 29.89 |
| 1/4/2006 | 30.08 |
| 1/5/2006 | 29.59 |
| 1/6/2006 | 29.99 |

| | |
|---|---|
| 1/9/2006 | 30.40 |
| 1/10/2006 | 30.28 |
| 1/11/2006 | 30.07 |
| 1/12/2006 | 30.30 |
| 1/13/2006 | 30.69 |
| 1/17/2006 | 30.61 |
| 1/18/2006 | 30.88 |
| 1/19/2006 | 29.92 |
| 1/20/2006 | 29.17 |
| 1/23/2006 | 29.03 |
| 1/24/2006 | 28.78 |
| 1/25/2006 | 28.59 |
| 1/26/2006 | 28.25 |
| 1/27/2006 | 28.68 |
| 1/30/2006 | 28.37 |
| 1/31/2006 | 28.16 |
| 2/1/2006 | 27.87 |
| 2/2/2006 | 28.20 |
| 2/3/2006 | 28.42 |
| 2/6/2006 | 28.54 |
| 2/7/2006 | 28.38 |
| 2/8/2006 | 29.00 |
| 2/9/2006 | 29.11 |
| 2/10/2006 | 29.71 |
| 2/13/2006 | 29.84 |
| 2/14/2006 | 30.25 |
| 2/15/2006 | 30.16 |
| 2/16/2006 | 30.07 |
| 2/17/2006 | 29.79 |
| 2/21/2006 | 29.88 |
| 2/22/2006 | 30.24 |
| 2/23/2006 | 30.01 |
| 2/24/2006 | 29.95 |
| 2/27/2006 | 30.00 |
| 2/28/2006 | 29.88 |
| 3/1/2006 | 30.04 |
| 3/2/2006 | 29.98 |
| 3/3/2006 | 29.92 |
| 3/6/2006 | 29.71 |
| 3/7/2006 | 29.70 |
| 3/8/2006 | 29.69 |
| 3/9/2006 | 29.69 |
| 3/10/2006 | 30.22 |
| 3/13/2006 | 30.27 |
| 3/14/2006 | 29.92 |
| 3/15/2006 | 29.78 |
| 3/16/2006 | 30.05 |
| 3/17/2006 | 28.67 |
| 3/20/2006 | 28.06 |
| 3/21/2006 | 27.89 |
| 3/22/2006 | 27.63 |

| | |
|---|---|
| 3/23/2006 | 27.41 |
| 3/24/2006 | 27.23 |
| 3/27/2006 | 27.19 |
| 3/28/2006 | 26.86 |
| 3/29/2006 | 26.86 |
| 3/30/2006 | 26.85 |
| 3/31/2006 | 26.79 |
| 4/3/2006 | 26.82 |
| 4/4/2006 | 26.85 |
| 4/5/2006 | 26.67 |
| 4/6/2006 | 26.54 |
| 4/7/2006 | 26.95 |
| 4/10/2006 | 27.38 |
| 4/11/2006 | 27.41 |
| 4/12/2006 | 27.36 |
| 4/13/2006 | 27.54 |
| 4/17/2006 | 27.32 |
| 4/18/2006 | 27.36 |
| 4/19/2006 | 27.23 |
| 4/20/2006 | 27.27 |
| 4/21/2006 | 27.34 |
| 4/24/2006 | 27.23 |
| 4/25/2006 | 27.15 |
| 4/26/2006 | 27.22 |
| 4/27/2006 | 27.21 |
| 4/28/2006 | 28.15 |
| 5/1/2006 | 27.90 |
| 5/2/2006 | 27.71 |
| 5/3/2006 | 27.43 |
| 5/4/2006 | 27.32 |
| 5/5/2006 | 27.36 |
| 5/8/2006 | 29.14 |
| 5/9/2006 | 28.56 |
| 5/10/2006 | 28.34 |
| 5/11/2006 | 28.03 |
| 5/12/2006 | 27.98 |
| 5/15/2006 | 27.97 |
| 5/16/2006 | 27.89 |
| 5/17/2006 | 27.43 |
| 5/18/2006 | 27.29 |
| 5/19/2006 | 27.36 |
| 5/22/2006 | 27.16 |
| 5/23/2006 | 27.23 |
| 5/24/2006 | 27.21 |
| 5/25/2006 | 27.42 |
| 5/26/2006 | 27.41 |
| 5/30/2006 | 29.39 |
| 5/31/2006 | 29.33 |
| 6/1/2006 | 29.31 |
| 6/2/2006 | 29.43 |
| 6/5/2006 | 29.38 |

| | |
|---|---|
| 6/6/2006 | 29.49 |
| 6/7/2006 | 29.79 |
| 6/8/2006 | 31.04 |
| 6/9/2006 | 31.41 |
| 6/12/2006 | 31.11 |
| 6/13/2006 | 30.52 |
| 6/14/2006 | 31.39 |
| 6/15/2006 | 31.95 |
| 6/16/2006 | 31.37 |
| 6/19/2006 | 31.38 |
| 6/20/2006 | 31.23 |
| 6/21/2006 | 31.40 |
| 6/22/2006 | 30.92 |
| 6/23/2006 | 30.80 |
| 6/26/2006 | 30.37 |
| 6/27/2006 | 31.91 |
| 6/28/2006 | 31.87 |
| 6/29/2006 | 31.85 |
| 6/30/2006 | 31.87 |
| 7/3/2006 | 31.97 |
| 7/5/2006 | 31.87 |
| 7/6/2006 | 31.94 |
| 7/7/2006 | 31.94 |
| 7/10/2006 | 31.99 |
| 7/11/2006 | 32.04 |
| 7/12/2006 | 31.80 |
| 7/13/2006 | 30.96 |
| 7/14/2006 | 30.62 |
| 7/17/2006 | 30.11 |
| 7/18/2006 | 29.43 |
| 7/19/2006 | 29.32 |
| 7/20/2006 | 29.29 |
| 7/21/2006 | 28.89 |
| 7/24/2006 | 28.87 |
| 7/25/2006 | 28.56 |
| 7/26/2006 | 28.55 |
| 7/27/2006 | 28.23 |
| 7/28/2006 | 29.02 |
| 7/31/2006 | 29.20 |
| 8/1/2006 | 29.44 |
| 8/2/2006 | 29.61 |
| 8/3/2006 | 29.86 |
| 8/4/2006 | 29.49 |
| 8/7/2006 | 29.26 |
| 8/8/2006 | 29.20 |
| 8/9/2006 | 29.17 |
| 8/10/2006 | 29.13 |
| 8/11/2006 | 29.20 |
| 8/14/2006 | 29.27 |
| 8/15/2006 | 30.71 |
| 8/16/2006 | 31.07 |

| | |
|---|---|
| 8/17/2006 | 30.89 |
| 8/18/2006 | 31.08 |
| 8/21/2006 | 30.76 |
| 8/22/2006 | 30.77 |
| 8/23/2006 | 30.77 |
| 8/24/2006 | 30.99 |
| 8/25/2006 | 30.95 |
| 8/28/2006 | 30.82 |
| 8/29/2006 | 30.95 |
| 8/30/2006 | 30.91 |
| 8/31/2006 | 30.85 |
| 9/1/2006 | 30.89 |
| 9/5/2006 | 30.57 |
| 9/6/2006 | 30.86 |
| 9/7/2006 | 30.78 |
| 9/8/2006 | 30.94 |
| 9/11/2006 | 29.78 |
| 9/12/2006 | 30.42 |
| 9/13/2006 | 30.89 |
| 9/14/2006 | 30.89 |
| 9/15/2006 | 30.62 |
| 9/18/2006 | 30.74 |
| 9/19/2006 | 30.26 |
| 9/20/2006 | 30.34 |
| 9/21/2006 | 31.68 |
| 9/22/2006 | 33.60 |
| 9/25/2006 | 32.77 |
| 9/26/2006 | 32.57 |
| 9/27/2006 | 32.12 |
| 9/28/2006 | 32.20 |
| 9/29/2006 | 32.35 |
| 10/2/2006 | 32.34 |
| 10/3/2006 | 32.52 |
| 10/4/2006 | 32.59 |
| 10/5/2006 | 32.50 |
| 10/6/2006 | 32.49 |
| 10/9/2006 | 32.66 |
| 10/10/2006 | 32.41 |
| 10/11/2006 | 32.40 |
| 10/12/2006 | 32.60 |
| 10/13/2006 | 32.57 |
| 10/16/2006 | 32.89 |
| 10/17/2006 | 32.60 |
| 10/18/2006 | 32.52 |
| 10/19/2006 | 32.53 |
| 10/20/2006 | 31.94 |
| 10/23/2006 | 32.80 |
| 10/24/2006 | 32.54 |
| 10/25/2006 | 32.63 |
| 10/26/2006 | 33.40 |
| 10/27/2006 | 33.09 |

| | |
|---|---|
| 10/30/2006 | 33.07 |
| 10/31/2006 | 32.95 |
| 11/1/2006 | 32.25 |
| 11/2/2006 | 31.89 |
| 11/3/2006 | 31.90 |
| 11/6/2006 | 31.87 |
| 11/7/2006 | 31.26 |
| 11/8/2006 | 32.11 |
| 11/9/2006 | 31.84 |
| 11/10/2006 | 31.66 |
| 11/13/2006 | 32.09 |
| 11/14/2006 | 31.69 |
| 11/15/2006 | 31.73 |
| 11/16/2006 | 31.94 |
| 11/17/2006 | 31.88 |
| 11/20/2006 | 31.93 |
| 11/21/2006 | 32.10 |
| 11/22/2006 | 31.88 |
| 11/24/2006 | 31.61 |
| 11/27/2006 | 31.59 |
| 11/28/2006 | 31.91 |
| 11/29/2006 | 31.84 |
| 11/30/2006 | 31.61 |
| 12/1/2006 | 31.62 |
| 12/4/2006 | 32.06 |
| 12/5/2006 | 32.23 |
| 12/6/2006 | 32.01 |
| 12/7/2006 | 31.97 |
| 12/8/2006 | 31.99 |
| 12/11/2006 | 32.16 |
| 12/12/2006 | 32.30 |
| 12/13/2006 | 32.43 |
| 12/14/2006 | 31.72 |
| 12/15/2006 | 31.56 |
| 12/18/2006 | 31.48 |
| 12/19/2006 | 31.32 |
| 12/20/2006 | 31.18 |
| 12/21/2006 | 31.36 |
| 12/22/2006 | 31.32 |
| 12/26/2006 | 31.56 |
| 12/27/2006 | 31.36 |
| 12/28/2006 | 31.21 |
| 12/29/2006 | 30.60 |
| 1/3/2007 | 30.82 |
| 1/4/2007 | 30.71 |
| 1/5/2007 | 30.63 |
| 1/8/2007 | 30.65 |
| 1/9/2007 | 30.57 |
| 1/10/2007 | 30.60 |
| 1/11/2007 | 30.37 |
| 1/12/2007 | 30.42 |

| | |
|---|---|
| 1/16/2007 | 30.34 |
| 1/17/2007 | 30.16 |
| 1/18/2007 | 30.72 |
| 1/19/2007 | 30.34 |
| 1/22/2007 | 30.08 |
| 1/23/2007 | 29.92 |
| 1/24/2007 | 30.04 |
| 1/25/2007 | 29.98 |
| 1/26/2007 | 29.97 |
| 1/29/2007 | 30.21 |
| 1/30/2007 | 30.27 |
| 1/31/2007 | 30.36 |
| 2/1/2007 | 30.29 |
| 2/2/2007 | 30.44 |
| 2/5/2007 | 30.53 |
| 2/6/2007 | 30.77 |
| 2/7/2007 | 30.77 |
| 2/8/2007 | 30.74 |
| 2/9/2007 | 30.31 |
| 2/12/2007 | 30.11 |
| 2/13/2007 | 30.22 |
| 2/14/2007 | 30.54 |
| 2/15/2007 | 30.41 |
| 2/16/2007 | 30.57 |
| 2/20/2007 | 30.77 |
| 2/21/2007 | 30.63 |
| 2/22/2007 | 30.64 |
| 2/23/2007 | 30.70 |
| 2/26/2007 | 30.81 |
| 2/27/2007 | 29.94 |
| 2/28/2007 | 30.03 |
| 3/1/2007 | 30.14 |
| 3/2/2007 | 30.05 |
| 3/5/2007 | 30.01 |
| 3/6/2007 | 30.21 |
| 3/7/2007 | 30.07 |
| 3/8/2007 | 29.93 |
| 3/9/2007 | 30.55 |
| 3/12/2007 | 30.33 |
| 3/13/2007 | 30.56 |
| 3/14/2007 | 30.12 |
| 3/15/2007 | 29.62 |
| 3/16/2007 | 29.06 |
| 3/19/2007 | 29.05 |
| 3/20/2007 | 28.81 |
| 3/21/2007 | 29.10 |
| 3/22/2007 | 29.50 |
| 3/23/2007 | 30.53 |
| 3/26/2007 | 31.12 |
| 3/27/2007 | 31.10 |
| 3/28/2007 | 31.13 |

| | |
|---|---|
| 3/29/2007 | 31.53 |
| 3/30/2007 | 32.11 |
| 4/2/2007 | 32.81 |
| 4/3/2007 | 32.68 |
| 4/4/2007 | 32.76 |
| 4/5/2007 | 32.83 |
| 4/9/2007 | 32.75 |
| 4/10/2007 | 32.75 |
| 4/11/2007 | 32.70 |
| 4/12/2007 | 32.87 |
| 4/13/2007 | 32.79 |
| 4/16/2007 | 32.83 |
| 4/17/2007 | 32.83 |
| 4/18/2007 | 32.69 |
| 4/19/2007 | 32.48 |
| 4/20/2007 | 32.25 |
| 4/23/2007 | 32.49 |
| 4/24/2007 | 32.55 |
| 4/25/2007 | 32.78 |
| 4/26/2007 | 32.81 |
| 4/27/2007 | 32.80 |
| 4/30/2007 | 32.80 |
| 5/1/2007 | 32.80 |
| 5/2/2007 | 32.78 |
| 5/3/2007 | 32.80 |
| 5/4/2007 | 32.83 |
| 5/7/2007 | 32.83 |
| 5/8/2007 | 32.86 |
| 5/9/2007 | 32.91 |
| 5/10/2007 | 32.94 |
| 5/11/2007 | 32.94 |
| 5/14/2007 | 32.93 |
| 5/15/2007 | 32.93 |
| 5/16/2007 | 32.96 |
| 5/17/2007 | 33.11 |
| 5/18/2007 | 33.05 |
| 5/21/2007 | 32.98 |
| 5/22/2007 | 33.01 |
| 5/23/2007 | 33.01 |
| 5/24/2007 | 33.20 |
| 5/25/2007 | 32.14 |
| 5/29/2007 | 32.20 |
| 5/30/2007 | 32.25 |
| 5/31/2007 | 32.20 |
| 6/1/2007 | 32.16 |
| 6/4/2007 | 32.24 |
| 6/5/2007 | 31.85 |
| 6/6/2007 | 31.81 |
| 6/7/2007 | 31.67 |
| 6/8/2007 | 31.58 |
| 6/11/2007 | 31.30 |

| | |
|---|---|
| 6/12/2007 | 30.80 |
| 6/13/2007 | 30.83 |
| 6/14/2007 | 30.21 |
| 6/15/2007 | 30.40 |
| 6/18/2007 | 30.43 |
| 6/19/2007 | 30.31 |
| 6/20/2007 | 29.96 |
| 6/21/2007 | 29.57 |
| 6/22/2007 | 29.50 |
| 6/25/2007 | 29.25 |
| 6/26/2007 | 29.46 |
| 6/27/2007 | 29.70 |
| 6/28/2007 | 29.40 |
| 6/29/2007 | 29.40 |
| 7/2/2007 | 29.91 |
| 7/3/2007 | 30.14 |
| 7/5/2007 | 30.55 |
| 7/6/2007 | 30.73 |
| 7/9/2007 | 30.83 |
| 7/10/2007 | 30.30 |
| 7/11/2007 | 29.90 |
| 7/12/2007 | 29.98 |
| 7/13/2007 | 30.58 |
| 7/16/2007 | 29.65 |
| 7/17/2007 | 29.73 |
| 7/18/2007 | 29.83 |
| 7/19/2007 | 29.56 |
| 7/20/2007 | 28.91 |
| 7/23/2007 | 28.17 |
| 7/24/2007 | 27.17 |
| 7/25/2007 | 28.20 |
| 7/26/2007 | 28.24 |
| 7/27/2007 | 28.00 |
| 7/30/2007 | 28.07 |
| 7/31/2007 | 27.96 |
| 8/1/2007 | 27.85 |
| 8/2/2007 | 28.18 |
| 8/3/2007 | 27.49 |
| 8/6/2007 | 27.09 |
| 8/7/2007 | 26.84 |
| 8/8/2007 | 27.07 |
| 8/9/2007 | 26.96 |
| 8/10/2007 | 26.50 |
| 8/13/2007 | 25.77 |
| 8/14/2007 | 25.28 |
| 8/15/2007 | 25.26 |
| 8/16/2007 | 25.41 |
| 8/17/2007 | 25.67 |
| 8/20/2007 | 27.02 |
| 8/21/2007 | 27.98 |
| 8/22/2007 | 28.94 |

| | |
|---|---|
| 8/23/2007 | 28.98 |
| 8/24/2007 | 28.75 |
| 8/27/2007 | 28.60 |
| 8/28/2007 | 27.86 |
| 8/29/2007 | 27.38 |
| 8/30/2007 | 27.13 |
| 8/31/2007 | 27.55 |
| 9/4/2007 | 27.90 |
| 9/5/2007 | 27.51 |
| 9/6/2007 | 27.34 |
| 9/7/2007 | 26.92 |
| 9/10/2007 | 27.04 |
| 9/11/2007 | 27.51 |
| 9/12/2007 | 27.41 |
| 9/13/2007 | 27.32 |
| 9/14/2007 | 27.44 |
| 9/17/2007 | 27.27 |
| 9/18/2007 | 27.67 |
| 9/19/2007 | 27.78 |
| 9/20/2007 | 27.37 |
| 9/21/2007 | 28.09 |
| 9/24/2007 | 27.69 |
| 9/25/2007 | 27.46 |
| 9/26/2007 | 27.42 |
| 9/27/2007 | 27.17 |
| 9/28/2007 | 27.32 |
| 10/1/2007 | 27.50 |
| 10/2/2007 | 28.12 |
| 10/3/2007 | 28.15 |
| 10/4/2007 | 28.17 |
| 10/5/2007 | 28.44 |
| 10/8/2007 | 28.85 |
| 10/9/2007 | 28.91 |
| 10/10/2007 | 29.11 |
| 10/11/2007 | 29.50 |
| 10/12/2007 | 29.86 |
| 10/15/2007 | 29.73 |
| 10/16/2007 | 28.99 |
| 10/17/2007 | 28.65 |
| 10/18/2007 | 27.92 |
| 10/19/2007 | 26.49 |
| 10/22/2007 | 26.38 |
| 10/23/2007 | 27.55 |
| 10/24/2007 | 28.18 |
| 10/25/2007 | 28.60 |
| 10/26/2007 | 29.65 |
| 10/29/2007 | 30.08 |
| 10/30/2007 | 30.01 |
| 10/31/2007 | 30.26 |
| 11/1/2007 | 29.45 |
| 11/2/2007 | 29.75 |

| | |
|---|---|
| 11/5/2007 | 28.57 |
| 11/6/2007 | 28.82 |
| 11/7/2007 | 27.86 |
| 11/8/2007 | 27.50 |
| 11/9/2007 | 27.20 |
| 11/12/2007 | 27.91 |
| 11/13/2007 | 28.53 |
| 11/14/2007 | 29.25 |
| 11/15/2007 | 29.79 |
| 11/16/2007 | 30.02 |
| 11/19/2007 | 29.04 |
| 11/20/2007 | 28.19 |
| 11/21/2007 | 28.03 |
| 11/23/2007 | 28.85 |
| 11/26/2007 | 28.60 |
| 11/27/2007 | 27.25 |
| 11/28/2007 | 30.00 |
| 11/29/2007 | 30.99 |
| 11/30/2007 | 31.04 |
| 12/3/2007 | 30.50 |
| 12/4/2007 | 29.60 |
| 12/5/2007 | 29.69 |
| 12/6/2007 | 32.00 |
| 12/7/2007 | 31.85 |
| 12/10/2007 | 31.45 |
| 12/11/2007 | 31.54 |
| 12/12/2007 | 31.90 |
| 12/13/2007 | 32.79 |
| 12/14/2007 | 32.57 |
| 12/17/2007 | 32.29 |
| 12/18/2007 | 33.31 |
| 12/19/2007 | 33.07 |
| 12/20/2007 | 33.98 |