Confidential
Materials Prepared for Settlement Discussion Purposes
Subject, Inter Alia, to FRE 408

# Bond Trading History



Step I
April 2, 2007

Step II
Dec 20, 2007

100
90
80
70
60
50
40
30
20
10
0

2 Oct 06    10 Dec 06    17 Feb 07    27 Apr 07    6 Jul 07    13 Sep 07    21 Nov 07    30 Jan 08

— 6.61% due Sept. 2027    — 7.25% due Mar. 2013
— 7.5% due Jul. 2023    — 7.25% due Nov. 2096    — 4.875% due Aug. 2010
— 5.25% due Aug. 2015

*Source: Advantage Data*

1

| Date | 6.61% due | 7.25% due | 7.25% due | 7.5% due | 5.25% due | 4.875% due Aug. 2010 |
|------|-----------|-----------|-----------|----------|-----------|----------------------|
| 1/30/08 | 49.1 | 49.3 | 58.6 | 48.6 | 50.4 | 63.1 |
| 1/29/08 | 49.5 | 49.5 | 56.3 | 49.0 | 50.9 | 63.1 |
| 1/28/08 | 49.8 | 49.6 | 56.1 | 49.0 | 51.6 | 63.0 |
| 1/25/08 | 49.8 | 49.5 | 61.1 | 49.0 | 51.6 | 61.8 |
| 1/24/08 | 49.1 | 49.3 | 57.9 | 48.6 | 51.9 | 62.5 |
| 1/23/08 | 49.5 | 49.4 | 59.0 | 48.5 | 53.9 | 61.3 |
| 1/22/08 | 49.6 | 49.6 | 57.5 | 49.1 | 52.9 | 63.3 |
| 1/21/08 | 49.6 | 49.6 | 54.4 | 49.4 | 58.3 | 60.5 |
| 1/18/08 | 49.6 | 49.6 | 56.8 | 49.1 | 54.4 | 62.3 |
| 1/17/08 | 49.6 | 49.5 | 61.4 | 48.6 | 52.9 | 62.0 |
| 1/16/08 | 50.1 | 49.0 | 59.4 | 49.1 | 52.8 | 63.0 |
| 1/15/08 | 50.1 | 50.6 | 60.8 | 50.8 | 54.8 | 63.5 |
| 1/14/08 | 51.9 | 52.3 | 65.6 | 54.9 | 57.4 | 68.6 |
| 1/11/08 | 51.8 | 52.3 | 66.5 | 54.1 | 57.1 | 67.8 |
| 1/10/08 | 51.8 | 52.4 | 65.8 | 54.9 | 56.8 | 68.8 |
| 1/9/08 | 52.1 | 52.6 | 63.0 | 54.6 | 57.5 | 67.8 |
| 1/8/08 | 52.0 | 53.0 | 68.1 | 57.6 | 57.6 | 68.4 |
| 1/7/08 | 52.1 | 53.0 | 67.6 | 57.4 | 57.9 | 68.4 |
| 1/4/08 | 52.3 | 53.1 | 70.3 | 57.6 | 58.1 | 68.1 |
| 1/3/08 | 52.3 | 53.0 | 71.6 | 55.6 | 57.4 | 68.9 |
| 1/2/08 | 52.3 | 53.1 | 71.4 | 57.8 | 57.8 | 67.4 |
| 12/31/07 | 51.9 | 52.8 | 67.0 | 57.3 | 58.1 | 67.9 |
| 12/28/07 | 51.6 | 52.5 | 69.4 | 54.8 | 57.9 | 68.9 |
| 12/27/07 | 51.3 | 52.1 | 70.3 | 56.6 | 58.4 | 70.4 |
| 12/26/07 | 51.0 | 51.9 | 69.4 | 54.8 | 58.0 | 70.0 |
| 12/24/07 | 51.3 | 51.9 | 68.8 | 57.5 | 57.9 | 69.4 |
| 12/21/07 | 51.3 | 52.3 | 68.4 | 55.1 | 57.9 | 70.5 |
| 12/20/07 | 51.9 | 52.4 | 70.5 | 57.4 | 58.4 | 71.6 |
| 12/19/07 | 51.8 | 52.4 | 71.3 | 55.9 | 57.9 | 70.1 |
| 12/18/07 | 52.3 | 52.6 | 70.0 | 55.8 | 58.5 | 71.4 |
| 12/17/07 | 51.3 | 52.1 | 68.1 | 56.4 | 60.0 | 71.0 |
| 12/14/07 | 52.6 | 52.3 | 70.3 | 56.3 | 58.3 | 70.3 |
| 12/13/07 | 52.0 | 51.9 | 68.4 | 55.4 | 57.3 | 70.9 |
| 12/12/07 | 52.1 | 52.0 | 68.5 | 56.5 | 58.3 | 70.4 |
| 12/11/07 | 51.8 | 52.6 | 68.6 | 57.1 | 58.9 | 71.9 |
| 12/10/07 | 51.3 | 51.3 | 72.0 | 56.5 | 58.4 | 70.6 |
| 12/7/07 | 52.8 | 53.3 | 73.5 | 57.3 | 57.4 | 69.5 |
| 12/6/07 | 53.1 | 53.8 | 70.8 | 58.1 | 56.6 | 71.9 |
| 12/5/07 | 53.1 | 53.6 | 70.8 | 57.6 | 55.8 | 73.3 |
| 12/4/07 | 54.1 | 54.5 | 72.4 | 58.4 | 58.0 | 74.3 |
| 12/3/07 | 55.4 | 55.9 | 73.0 | 60.8 | 59.5 | 77.1 |
| 11/30/07 | 55.1 | 55.6 | 72.9 | 60.0 | 62.4 | 78.5 |
| 11/29/07 | 57.6 | 57.3 | 72.5 | 59.0 | 60.4 | 79.1 |
| 11/28/07 | 57.3 | 57.4 | 76.1 | 60.3 | 64.5 | 79.1 |
| 11/27/07 | 57.5 | 57.6 | 73.3 | 61.6 | 62.9 | 79.1 |
| 11/26/07 | 57.8 | 57.5 | 76.9 | 61.4 | 63.0 | 78.6 |
| 11/23/07 | 57.3 | 57.5 | 74.8 | 61.5 | 62.5 | 79.1 |
| 11/21/07 | 57.1 | 57.4 | 75.9 | 61.4 | 62.8 | 79.4 |
| 11/20/07 | 57.0 | 57.3 | 74.3 | 61.3 | 62.6 | 79.1 |
| 11/19/07 | 57.1 | 57.3 | 77.1 | 68.9 | 63.8 | 79.4 |
| 11/16/07 | 58.3 | 57.0 | 77.9 | 62.8 | 64.3 | 79.4 |

| | | | | | |
|---|---|---|---|---|---|
| 11/15/07 | 58.4 | 56.9 | 76.4 | 62.6 | 65.0 | 78.4 |
| 11/14/07 | 58.3 | 56.9 | 73.9 | 62.5 | 65.3 | 79.4 |
| 11/13/07 | 57.8 | 56.9 | 73.9 | 63.3 | 64.8 | 80.3 |
| 11/12/07 | 57.9 | 56.9 | 73.6 | 62.3 | 67.3 | 79.6 |
| 11/9/07 | 57.9 | 56.9 | 74.9 | 62.3 | 65.1 | 81.1 |
| 11/8/07 | 57.6 | 56.6 | 72.9 | 64.1 | 64.9 | 80.0 |
| 11/7/07 | 59.0 | 56.6 | 75.9 | 64.1 | 66.5 | 80.3 |
| 11/6/07 | 59.9 | 56.8 | 76.3 | 65.5 | 66.8 | 80.8 |
| 11/5/07 | 58.8 | 57.6 | 78.0 | 65.3 | 68.1 | 81.0 |
| 11/2/07 | 59.6 | 56.9 | 77.6 | 67.0 | 69.5 | 81.8 |
| 11/1/07 | 58.4 | 56.8 | 79.3 | 67.3 | 68.1 | 81.8 |
| 10/31/07 | 58.1 | 56.5 | 79.6 | 67.0 | 68.4 | 81.1 |
| 10/30/07 | 57.8 | 56.9 | 79.5 | 66.4 | 69.0 | 82.4 |
| 10/29/07 | 58.5 | 57.5 | 81.1 | 67.1 | 70.0 | 82.0 |
| 10/26/07 | 58.8 | 57.5 | 79.5 | 66.6 | 67.4 | 81.6 |
| 10/25/07 | 58.6 | 57.6 | 81.0 | 66.0 | 69.9 | 83.5 |
| 10/24/07 | 58.6 | 57.6 | 78.1 | 66.1 | 69.1 | 81.0 |
| 10/23/07 | 58.4 | 57.4 | 80.6 | 65.6 | 69.3 | 82.3 |
| 10/22/07 | 59.8 | 58.1 | 81.9 | 65.9 | 69.3 | 82.4 |
| 10/19/07 | 59.6 | 58.1 | 81.6 | 66.9 | 69.0 | 83.0 |
| 10/18/07 | 59.1 | 57.8 | 80.6 | 66.4 | 68.4 | 82.1 |
| 10/17/07 | 59.0 | 57.5 | 81.8 | 66.3 | 69.0 | 83.8 |
| 10/16/07 | 59.5 | 57.1 | 82.0 | 66.8 | 69.3 | 83.0 |
| 10/15/07 | 59.5 | 57.1 | 83.5 | 66.8 | 71.5 | 82.9 |
| 10/12/07 | 59.6 | 57.1 | 83.4 | 67.0 | 71.9 | 81.8 |
| 10/11/07 | 59.6 | 57.3 | 83.1 | 66.3 | 70.0 | 81.4 |
| 10/10/07 | 60.0 | 57.3 | 83.0 | 66.3 | 69.4 | 82.3 |
| 10/9/07 | 59.5 | 57.3 | 83.4 | 67.6 | 69.9 | 81.9 |
| 10/8/07 | 60.4 | 57.1 | 82.6 | 65.3 | 70.3 | 82.8 |
| 10/5/07 | 59.5 | 57.3 | 83.5 | 66.9 | 69.9 | 82.4 |
| 10/4/07 | 60.6 | 57.8 | 83.4 | 65.9 | 72.8 | 81.6 |
| 10/3/07 | 59.9 | 57.6 | 83.9 | 65.8 | 69.8 | 80.8 |
| 10/2/07 | 61.6 | 58.8 | 82.5 | 66.0 | 71.4 | 81.0 |
| 10/1/07 | 60.6 | 57.6 | 82.5 | 66.0 | 70.0 | 81.5 |
| 9/28/07 | 60.4 | 57.5 | 82.4 | 65.0 | 69.3 | 81.4 |
| 9/27/07 | 60.4 | 57.5 | 83.5 | 67.0 | 71.1 | 83.0 |
| 9/26/07 | 61.3 | 57.1 | 82.8 | 67.6 | 71.4 | 80.1 |
| 9/25/07 | 60.1 | 57.3 | 84.0 | 65.8 | 69.8 | 81.9 |
| 9/24/07 | 62.6 | 59.6 | 83.4 | 69.4 | 70.8 | 81.4 |
| 9/21/07 | 62.1 | 59.5 | 83.3 | 69.9 | 70.0 | 82.1 |
| 9/20/07 | 61.9 | 59.3 | 82.3 | 69.5 | 69.4 | 81.0 |
| 9/19/07 | 62.5 | 59.9 | 83.5 | 70.3 | 69.9 | 81.8 |
| 9/18/07 | 62.9 | 60.3 | 85.1 | 70.6 | 70.1 | 81.9 |
| 9/17/07 | 63.8 | 60.4 | 86.3 | 70.4 | 70.3 | 81.4 |
| 9/14/07 | 63.1 | 60.4 | 86.1 | 70.5 | 70.6 | 81.6 |
| 9/13/07 | 64.6 | 60.3 | 85.4 | 70.8 | 69.9 | 81.6 |
| 9/12/07 | 63.3 | 60.6 | 86.5 | 71.1 | 71.0 | 81.3 |
| 9/11/07 | 63.5 | 60.8 | 86.4 | 71.3 | 70.5 | 82.8 |
| 9/10/07 | 63.5 | 60.8 | 86.3 | 71.3 | 70.8 | 81.1 |
| 9/7/07 | 63.3 | 60.5 | 87.1 | 71.0 | 71.6 | 81.8 |
| 9/6/07 | 62.8 | 60.0 | 86.0 | 70.5 | 68.6 | 82.1 |
| 9/5/07 | 61.8 | 60.1 | 85.9 | 69.5 | 71.5 | 82.3 |

| | | | | | |
|---|---|---|---|---|---|
| 9/4/07 | 60.6 | 59.8 | 85.8 | 69.1 | 69.6 | 81.0 |
| 8/31/07 | 60.6 | 59.9 | 84.0 | 69.1 | 70.6 | 81.1 |
| 8/30/07 | 60.6 | 59.9 | 85.5 | 69.0 | 71.0 | 81.4 |
| 8/29/07 | 61.1 | 60.4 | 86.3 | 70.3 | 71.4 | 81.9 |
| 8/28/07 | 62.8 | 61.4 | 85.3 | 69.9 | 71.8 | 80.6 |
| 8/27/07 | 63.5 | 61.9 | 84.0 | 70.8 | 71.8 | 81.6 |
| 8/24/07 | 61.9 | 61.3 | 85.0 | 71.5 | 72.0 | 82.3 |
| 8/23/07 | 61.3 | 61.9 | 85.9 | 70.8 | 72.9 | 82.8 |
| 8/22/07 | 61.5 | 61.0 | 83.3 | 67.9 | 72.4 | 82.1 |
| 8/21/07 | 60.6 | 61.0 | 87.5 | 71.3 | 72.0 | 82.5 |
| 8/20/07 | 61.4 | 60.9 | 83.3 | 69.5 | 72.1 | 82.6 |
| 8/17/07 | 62.1 | 60.8 | 83.1 | 70.9 | 72.1 | 83.0 |
| 8/16/07 | 64.5 | 62.9 | 86.5 | 72.4 | 72.5 | 82.4 |
| 8/15/07 | 64.3 | 62.6 | 85.6 | 72.5 | 71.5 | 82.5 |
| 8/14/07 | 64.3 | 62.6 | 86.6 | 72.5 | 72.1 | 81.3 |
| 8/13/07 | 64.3 | 62.6 | 86.1 | 72.1 | 72.1 | 82.4 |
| 8/10/07 | 61.3 | 60.6 | 85.9 | 71.6 | 71.5 | 82.1 |
| 8/9/07 | 61.1 | 60.6 | 84.8 | 71.0 | 71.6 | 81.8 |
| 8/8/07 | 63.0 | 61.4 | 84.8 | 71.1 | 71.3 | 82.3 |
| 8/7/07 | 63.4 | 61.8 | 84.9 | 71.4 | 71.5 | 82.0 |
| 8/6/07 | 65.1 | 61.9 | 84.6 | 71.8 | 71.9 | 82.8 |
| 8/3/07 | 63.8 | 61.4 | 82.9 | 72.8 | 70.8 | 82.8 |
| 8/2/07 | 63.6 | 61.9 | 84.5 | 72.1 | 72.3 | 82.5 |
| 8/1/07 | 63.5 | 61.9 | 83.9 | 72.6 | 71.4 | 82.3 |
| 7/31/07 | 62.4 | 62.3 | 86.4 | 72.4 | 70.0 | 81.6 |
| 7/30/07 | 62.3 | 62.0 | 86.5 | 71.4 | 70.4 | 80.8 |
| 7/27/07 | 64.6 | 63.6 | 86.8 | 72.5 | 69.8 | 83.1 |
| 7/26/07 | 62.4 | 62.1 | 84.5 | 71.5 | 70.4 | 84.5 |
| 7/25/07 | 63.0 | 62.8 | 86.8 | 72.1 | 72.9 | 83.8 |
| 7/24/07 | 62.8 | 62.5 | 86.3 | 72.0 | 72.1 | 83.1 |
| 7/23/07 | 64.1 | 63.6 | 87.0 | 72.8 | 73.4 | 85.8 |
| 7/20/07 | 64.1 | 63.6 | 87.1 | 72.9 | 73.9 | 84.9 |
| 7/19/07 | 63.9 | 63.4 | 87.3 | 72.9 | 74.6 | 86.8 |
| 7/18/07 | 62.9 | 62.4 | 86.6 | 71.8 | 74.1 | 87.6 |
| 7/17/07 | 61.8 | 62.0 | 86.1 | 71.6 | 74.6 | 86.3 |
| 7/16/07 | 61.1 | 60.9 | 85.6 | 73.1 | 74.3 | 86.5 |
| 7/13/07 | 60.8 | 60.5 | 84.8 | 73.6 | 73.0 | 87.0 |
| 7/12/07 | 62.5 | 62.3 | 88.6 | 76.9 | 74.0 | 87.8 |
| 7/11/07 | 66.0 | 63.3 | 88.1 | 76.6 | 74.4 | 89.0 |
| 7/10/07 | 65.3 | 65.0 | 87.6 | 80.4 | 75.0 | 87.3 |
| 7/9/07 | 69.3 | 67.9 | 90.1 | 81.0 | 77.9 | 89.8 |
| 7/6/07 | 68.9 | 67.8 | 90.6 | 81.9 | 79.3 | 91.1 |
| 7/5/07 | 69.1 | 68.0 | 89.9 | 80.0 | 76.9 | 91.5 |
| 7/4/07 | 70.9 | 68.9 | 91.3 | 84.3 | 77.5 | 91.5 |
| 7/3/07 | 70.9 | 68.9 | 91.0 | 81.1 | 77.5 | 91.4 |
| 7/2/07 | 71.9 | 70.3 | 92.4 | 82.4 | 78.1 | 91.3 |
| 6/29/07 | 70.9 | 70.0 | 93.6 | 80.9 | 79.1 | 91.3 |
| 6/28/07 | 69.9 | 69.4 | 92.6 | 80.3 | 78.5 | 90.5 |
| 6/27/07 | 70.0 | 69.6 | 92.9 | 79.3 | 80.6 | 90.4 |
| 6/26/07 | 71.1 | 70.0 | 92.8 | 81.3 | 79.1 | 90.9 |
| 6/25/07 | 71.3 | 70.3 | 93.4 | 82.3 | 80.1 | 91.4 |
| 6/22/07 | 71.4 | 69.8 | 93.2 | 80.8 | 79.7 | 91.2 |

| | | | | | |
|---|---|---|---|---|---|
| 6/21/07 | 70.1 | 68.9 | 92.9 | 81.7 | 79.1 | 91.7 |
| 6/20/07 | 71.7 | 70.6 | 93.8 | 81.2 | 78.9 | 91.7 |
| 6/19/07 | 71.9 | 70.8 | 92.6 | 81.1 | 79.6 | 92.3 |
| 6/18/07 | 72.6 | 70.4 | 93.7 | 82.7 | 80.3 | 92.7 |
| 6/15/07 | 72.6 | 70.4 | 93.8 | 81.9 | 80.8 | 92.2 |
| 6/14/07 | 72.3 | 70.2 | 93.1 | 82.8 | 81.1 | 92.1 |
| 6/13/07 | 72.4 | 70.3 | 93.6 | 84.1 | 80.6 | 92.7 |
| 6/12/07 | 71.8 | 69.8 | 93.4 | 80.6 | 80.6 | 92.9 |
| 6/11/07 | 72.6 | 70.6 | 94.1 | 83.6 | 80.9 | 93.3 |
| 6/8/07 | 72.7 | 70.7 | 94.1 | 82.8 | 83.4 | 93.4 |
| 6/7/07 | 72.8 | 70.8 | 93.8 | 82.7 | 80.4 | 93.6 |
| 6/6/07 | 74.3 | 71.6 | 93.6 | 83.4 | 81.1 | 93.3 |
| 6/5/07 | 73.8 | 71.7 | 93.4 | 82.8 | 80.9 | 92.8 |
| 6/4/07 | 74.8 | 72.1 | 94.7 | 83.6 | 81.6 | 93.8 |
| 6/1/07 | 73.8 | 71.8 | 93.7 | 83.8 | 80.6 | 93.8 |
| 5/31/07 | 74.6 | 72.2 | 93.8 | 84.2 | 81.6 | 93.2 |
| 5/30/07 | 74.1 | 72.2 | 93.6 | 84.3 | 81.1 | 93.7 |
| 5/29/07 | 74.6 | 72.1 | 93.7 | 83.1 | 82.1 | 93.3 |
| 5/25/07 | 73.2 | 72.2 | 93.2 | 82.7 | 81.2 | 93.9 |
| 5/24/07 | 74.4 | 72.2 | 93.4 | 84.6 | 80.7 | 93.4 |
| 5/23/07 | 73.2 | 72.1 | 92.9 | 84.4 | 81.2 | 93.4 |
| 5/22/07 | 75.7 | 72.3 | 92.3 | 84.3 | 81.4 | 93.4 |
| 5/21/07 | 73.8 | 72.7 | 92.1 | 84.9 | 80.9 | 92.9 |
| 5/18/07 | 74.2 | 70.1 | 91.1 | 84.2 | 78.8 | 92.4 |
| 5/17/07 | 73.4 | 70.3 | 90.6 | 84.3 | 79.8 | 91.8 |
| 5/16/07 | 74.4 | 70.7 | 90.4 | 84.2 | 79.7 | 92.9 |
| 5/15/07 | 74.1 | 71.9 | 94.2 | 83.8 | 79.8 | 92.4 |
| 5/14/07 | 75.9 | 72.2 | 93.2 | 84.6 | 80.9 | 93.3 |
| 5/11/07 | 76.2 | 72.2 | 93.7 | 84.2 | 79.9 | 92.2 |
| 5/10/07 | 74.8 | 73.4 | 94.1 | 85.8 | 79.9 | 92.6 |
| 5/9/07 | 76.4 | 73.4 | 93.7 | 84.2 | 80.2 | 91.3 |
| 5/8/07 | 75.8 | 73.7 | 91.9 | 85.4 | 79.2 | 92.9 |
| 5/7/07 | 74.7 | 73.7 | 93.7 | 84.6 | 79.3 | 93.6 |
| 5/4/07 | 75.3 | 75.6 | 93.1 | 85.8 | 80.7 | 93.6 |
| 5/3/07 | 77.3 | 77.3 | 94.1 | 86.2 | 80.3 | 93.4 |
| 5/2/07 | 77.4 | 77.4 | 95.1 | 86.7 | 81.2 | 95.4 |
| 5/1/07 | 76.8 | 77.6 | 95.3 | 87.3 | 81.9 | 94.7 |
| 4/30/07 | 77.2 | 77.4 | 95.3 | 86.9 | 81.3 | 94.6 |
| 4/27/07 | 75.8 | 76.9 | 94.7 | 86.6 | 80.4 | 94.3 |
| 4/26/07 | 77.2 | 77.1 | 95.2 | 86.6 | 82.1 | 94.6 |
| 4/25/07 | 76.8 | 77.3 | 96.2 | 88.2 | 81.8 | 94.7 |
| 4/24/07 | 77.4 | 77.6 | 95.7 | 87.7 | 82.2 | 95.4 |
| 4/23/07 | 77.3 | 77.4 | 95.7 | 87.7 | 81.8 | 95.2 |
| 4/20/07 | 77.2 | 77.2 | 95.8 | 87.6 | 82.1 | 95.4 |
| 4/19/07 | 76.8 | 77.3 | 94.2 | 88.3 | 82.7 | 95.2 |
| 4/18/07 | 78.1 | 79.6 | 97.1 | 88.7 | 83.4 | 95.6 |
| 4/17/07 | 77.9 | 79.3 | 97.2 | 89.3 | 83.2 | 95.3 |
| 4/16/07 | 78.1 | 78.9 | 97.1 | 90.1 | 83.9 | 95.4 |
| 4/13/07 | 78.4 | 78.7 | 96.6 | 87.8 | 82.7 | 95.2 |
| 4/12/07 | 78.6 | 78.8 | 96.8 | 87.9 | 83.3 | 95.3 |
| 4/11/07 | 80.3 | 80.1 | 97.7 | 89.7 | 85.1 | 95.7 |
| 4/10/07 | 79.3 | 80.2 | 98.1 | 89.9 | 84.9 | 95.6 |

| | | | | | |
|---|---|---|---|---|---|
| 4/9/07 | 79.6 | 80.1 | 97.9 | 89.8 | 85.4 | 95.4 |
| 4/6/07 | 80.1 | 79.9 | 96.8 | 88.7 | 85.4 | 95.6 |
| 4/5/07 | 80.7 | 83.2 | 97.8 | 90.7 | 86.1 | 95.9 |
| 4/4/07 | 80.8 | 80.7 | 98.1 | 90.7 | 85.7 | 96.3 |
| 4/3/07 | 82.3 | 82.6 | 98.6 | 92.1 | 87.2 | 96.6 |
| 4/2/07 | 82.7 | 82.6 | 98.7 | 91.8 | 88.6 | 97.3 |
| 3/30/07 | 81.4 | 82.4 | 98.3 | 91.7 | 86.8 | 96.8 |
| 3/29/07 | 81.6 | 82.7 | 98.2 | 92.4 | 86.4 | 96.8 |
| 3/28/07 | 81.3 | 82.7 | 99.4 | 91.2 | 86.9 | 96.3 |
| 3/27/07 | 81.7 | 82.8 | 98.9 | 91.8 | 86.4 | 96.2 |
| 3/26/07 | 83.1 | 83.1 | 98.9 | 91.4 | 86.7 | 96.1 |
| 3/23/07 | 83.2 | 82.9 | 99.3 | 90.7 | 86.8 | 96.3 |
| 3/22/07 | 83.6 | 83.1 | 98.8 | 90.1 | 86.9 | 96.3 |
| 3/21/07 | 82.7 | 83.9 | 98.8 | 91.1 | 86.4 | 95.8 |
| 3/20/07 | 83.4 | 83.8 | 99.1 | 91.9 | 86.9 | 96.4 |
| 3/19/07 | 82.8 | 83.7 | 98.7 | 91.2 | 86.9 | 96.2 |
| 3/16/07 | 82.7 | 83.9 | 99.4 | 91.3 | 87.2 | 96.3 |
| 3/15/07 | 83.1 | 83.9 | 98.2 | 91.3 | 87.2 | 96.6 |
| 3/14/07 | 82.7 | 83.9 | 99.4 | 92.2 | 87.3 | 96.3 |
| 3/13/07 | 83.1 | 84.3 | 100.1 | 92.7 | 86.8 | 96.8 |
| 3/12/07 | 84.1 | 85.4 | 99.7 | 92.6 | 87.9 | 96.7 |
| 3/9/07 | 83.8 | 85.2 | 99.1 | 93.1 | 87.6 | 96.7 |
| 3/8/07 | 84.4 | 85.9 | 98.9 | 93.2 | 88.2 | 97.2 |
| 3/7/07 | 84.6 | 86.1 | 99.8 | 93.7 | 88.8 | 96.9 |
| 3/6/07 | 83.3 | 85.8 | 100.2 | 93.6 | 87.6 | 96.6 |
| 3/5/07 | 83.8 | 85.8 | 100.3 | 94.1 | 87.8 | 96.3 |
| 3/2/07 | 84.8 | 85.9 | 100.7 | 93.9 | 88.7 | 96.8 |
| 3/1/07 | 84.6 | 85.6 | 100.3 | 93.6 | 88.4 | 96.7 |
| 2/28/07 | 84.7 | 85.7 | 100.1 | 93.8 | 87.7 | 96.4 |
| 2/27/07 | 84.9 | 86.1 | 99.6 | 93.7 | 87.9 | 95.9 |
| 2/26/07 | 84.1 | 85.1 | 99.8 | 93.3 | 88.2 | 96.2 |
| 2/23/07 | 83.2 | 84.6 | 99.8 | 92.9 | 87.4 | 95.8 |
| 2/22/07 | 83.3 | 84.1 | 99.3 | 92.8 | 87.6 | 95.9 |
| 2/21/07 | 83.8 | 84.4 | 99.6 | 92.9 | 87.3 | 95.9 |
| 2/20/07 | 83.7 | 84.6 | 99.7 | 93.2 | 87.8 | 96.1 |
| 2/19/07 | 83.6 | 84.4 | 99.9 | 93.2 | 90.1 | 95.7 |
| 2/16/07 | 83.6 | 84.4 | 99.7 | 92.7 | 87.1 | 96.1 |
| 2/15/07 | 83.4 | 84.3 | 99.6 | 92.2 | 88.2 | 96.2 |
| 2/14/07 | 83.3 | 84.1 | 99.1 | 92.3 | 87.1 | 96.1 |
| 2/13/07 | 82.7 | 83.4 | 99.6 | 91.2 | 86.3 | 95.7 |
| 2/12/07 | 82.7 | 83.6 | 99.2 | 90.6 | 86.6 | 95.8 |
| 2/9/07 | 82.9 | 83.7 | 98.4 | 92.3 | 86.6 | 95.7 |
| 2/8/07 | 83.3 | 84.2 | 98.8 | 92.7 | 87.2 | 96.2 |
| 2/7/07 | 83.2 | 84.1 | 98.7 | 92.7 | 87.1 | 95.9 |
| 2/6/07 | 83.1 | 82.9 | 98.4 | 92.3 | 87.3 | 95.7 |
| 2/5/07 | 81.7 | 82.6 | 98.2 | 88.6 | 86.6 | 95.6 |
| 2/2/07 | 82.3 | 82.4 | 98.6 | 88.7 | 86.2 | 95.9 |
| 2/1/07 | 82.1 | 82.3 | 99.1 | 89.8 | 87.8 | 95.9 |
| 1/31/07 | 80.9 | 82.4 | 98.8 | 90.6 | 87.4 | 95.6 |
| 1/30/07 | 80.4 | 81.9 | 98.3 | 88.3 | 86.3 | 94.9 |
| 1/29/07 | 80.4 | 81.8 | 98.8 | 88.3 | 87.6 | 94.9 |
| 1/26/07 | 80.9 | 81.9 | 98.9 | 90.6 | 85.9 | 95.1 |

| | | | | | |
|---|---|---|---|---|---|
| 1/25/07 | 82.3 | 82.1 | 97.8 | 90.9 | 86.3 | 95.7 |
| 1/24/07 | 81.1 | 82.6 | 98.1 | 90.7 | 86.3 | 95.6 |
| 1/23/07 | 83.7 | 85.2 | 98.4 | 89.6 | 87.3 | 95.9 |
| 1/22/07 | 84.2 | 85.7 | 99.2 | 90.4 | 86.6 | 95.4 |
| 1/19/07 | 83.9 | 85.4 | 99.1 | 92.7 | 86.7 | 95.2 |
| 1/18/07 | 82.1 | 85.7 | 99.9 | 94.7 | 86.6 | 95.6 |
| 1/17/07 | 81.7 | 85.3 | 99.7 | 92.7 | 87.6 | 95.6 |
| 1/16/07 | 83.3 | 84.7 | 99.1 | 93.9 | 90.9 | 94.9 |
| 1/12/07 | 80.9 | 83.6 | 97.6 | 92.2 | 85.6 | 95.4 |
| 1/11/07 | 82.2 | 81.9 | 99.1 | 91.8 | 85.1 | 95.3 |
| 1/10/07 | 80.9 | 81.6 | 97.8 | 92.6 | 85.9 | 94.7 |
| 1/9/07 | 82.4 | 80.4 | 97.3 | 91.8 | 85.3 | 95.2 |
| 1/8/07 | 81.8 | 80.4 | 97.3 | 93.1 | 86.6 | 94.4 |
| 1/5/07 | 81.6 | 80.4 | 97.4 | 89.1 | 86.3 | 94.8 |
| 1/4/07 | 81.7 | 80.6 | 97.6 | 89.2 | 85.2 | 95.2 |
| 1/3/07 | 81.4 | 80.2 | 97.3 | 88.9 | 85.9 | 95.3 |
| 1/2/07 | 81.2 | 80.1 | 97.2 | 88.7 | 85.4 | 95.6 |
| 1/1/07 | 80.9 | 79.8 | 100.4 | 88.4 | 84.3 | 95.3 |
| 12/29/06 | 80.9 | 79.8 | 97.7 | 88.4 | 84.3 | 95.3 |
| 12/28/06 | 81.1 | 79.8 | 97.1 | 88.6 | 84.9 | 95.4 |
| 12/27/06 | 82.9 | 80.1 | 97.4 | 89.1 | 85.2 | 94.8 |
| 12/26/06 | 83.7 | 80.6 | 95.8 | 89.7 | 86.2 | 95.1 |
| 12/22/06 | 83.3 | 80.3 | 96.2 | 89.7 | 85.6 | 94.9 |
| 12/21/06 | 81.9 | 80.9 | 99.4 | 89.8 | 85.3 | 95.2 |
| 12/20/06 | 82.8 | 81.9 | 98.8 | 91.2 | 85.1 | 94.4 |
| 12/19/06 | 85.6 | 83.8 | 98.1 | 90.8 | 85.3 | 94.6 |
| 12/18/06 | 87.7 | 86.1 | 97.4 | 94.1 | 86.2 | 95.9 |
| 12/15/06 | 88.3 | 85.9 | 97.7 | 92.3 | 85.8 | 96.2 |
| 12/14/06 | 86.9 | 85.9 | 97.3 | 94.1 | 86.2 | 95.8 |
| 12/13/06 | 87.3 | 86.2 | 98.7 | 96.7 | 86.6 | 96.1 |
| 12/12/06 | 88.4 | 87.1 | 98.4 | 97.4 | 87.1 | 96.7 |
| 12/11/06 | 88.3 | 86.9 | 97.2 | 96.3 | 87.6 | 96.3 |
| 12/8/06 | 88.1 | 86.6 | 99.2 | 96.3 | 86.9 | 96.4 |
| 12/7/06 | 89.3 | 87.2 | 99.6 | 97.2 | 88.3 | 96.8 |
| 12/6/06 | 89.3 | 87.2 | 99.3 | 97.7 | 86.7 | 95.8 |
| 12/5/06 | 88.8 | 87.6 | 97.6 | 97.4 | 87.4 | 96.3 |
| 12/4/06 | 89.1 | 87.7 | 98.2 | 97.8 | 87.4 | 96.3 |
| 12/1/06 | 88.4 | 87.8 | 99.4 | 97.4 | 86.9 | 96.7 |
| 11/30/06 | 88.2 | 87.6 | 98.1 | 97.3 | 86.7 | 95.6 |
| 11/29/06 | 88.4 | 87.1 | 97.9 | 96.9 | 87.1 | 95.6 |
| 11/28/06 | 88.1 | 87.2 | 98.6 | 97.3 | 86.4 | 95.7 |
| 11/27/06 | 87.6 | 86.9 | 97.8 | 97.4 | 86.2 | 95.6 |
| 11/24/06 | 88.3 | 86.8 | 97.8 | 96.8 | 86.9 | 95.4 |
| 11/23/06 | 89.3 | 86.7 | 98.4 | 95.2 | 86.3 | 95.8 |
| 11/22/06 | 89.3 | 86.7 | 98.4 | 96.7 | 86.3 | 95.8 |
| 11/21/06 | 89.9 | 86.6 | 98.7 | 96.6 | 85.8 | 95.6 |
| 11/20/06 | 87.2 | 86.3 | 98.3 | 96.3 | 85.7 | 95.2 |
| 11/17/06 | 87.1 | 86.2 | 97.8 | 96.4 | 85.8 | 95.1 |
| 11/16/06 | 86.9 | 85.8 | 96.8 | 95.9 | 86.6 | 95.3 |
| 11/15/06 | 87.2 | 86.2 | 98.3 | 96.2 | 86.1 | 95.2 |
| 11/14/06 | 87.4 | 86.6 | 98.4 | 96.4 | 86.8 | 95.2 |
| 11/13/06 | 86.8 | 86.1 | 98.4 | 96.6 | 86.6 | 94.9 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/10/06 | 86.8 | 86.2 | 98.4 | 96.8 | 85.8 | 95.1 |
| 11/9/06 | 86.7 | 85.8 | 98.3 | 97.3 | 85.7 | 95.1 |
| 11/8/06 | 86.7 | 85.8 | 97.8 | 96.6 | 86.2 | 95.2 |
| 11/7/06 | 86.3 | 85.6 | 97.7 | 95.1 | 86.6 | 94.6 |
| 11/6/06 | 85.4 | 85.2 | 96.6 | 94.7 | 86.3 | 93.9 |
| 11/3/06 | 86.7 | 87.1 | 96.8 | 96.9 | 85.7 | 95.3 |
| 11/2/06 | 88.4 | 89.2 | 97.4 | 97.8 | 86.9 | 95.7 |
| 11/1/06 | 88.8 | 89.6 | 96.8 | 98.2 | 85.8 | 94.9 |
| 10/31/06 | 88.4 | 89.1 | 96.6 | 96.2 | 85.7 | 94.8 |
| 10/30/06 | 87.8 | 88.3 | 98.6 | 96.7 | 87.4 | 95.2 |
| 10/27/06 | 87.7 | 88.3 | 98.9 | 98.6 | 86.7 | 94.9 |
| 10/26/06 | 87.3 | 87.8 | 99.2 | 98.6 | 85.6 | 94.3 |
| 10/25/06 | 86.7 | 87.2 | 99.7 | 98.7 | 85.4 | 94.6 |
| 10/24/06 | 86.1 | 86.7 | 98.2 | 97.8 | 86.9 | 94.2 |
| 10/23/06 | 86.3 | 86.6 | 97.7 | 97.9 | 86.2 | 95.2 |
| 10/20/06 | 86.7 | 87.1 | 98.2 | 98.4 | 87.3 | 94.2 |
| 10/19/06 | 86.6 | 87.1 | 98.7 | 98.6 | 86.7 | 94.1 |
| 10/18/06 | 86.7 | 87.3 | 98.8 | 96.7 | 87.3 | 94.3 |
| 10/17/06 | 86.7 | 87.1 | 98.9 | 97.7 | 86.9 | 93.4 |
| 10/16/06 | 86.6 | 86.9 | 97.8 | 98.4 | 86.4 | 93.8 |
| 10/13/06 | 86.3 | 86.8 | 99.7 | 95.8 | 86.8 | 94.4 |
| 10/12/06 | 88.4 | 87.1 | 98.3 | 96.1 | 86.9 | 94.1 |
| 10/11/06 | 90.3 | 87.1 | 98.4 | 95.9 | 85.8 | 94.9 |
| 10/10/06 | 92.7 | 86.3 | 99.8 | 97.2 | 86.7 | 94.1 |
| 10/9/06 | 94.6 | 85.6 | 100.8 | 98.4 | 86.6 | 94.3 |
| 10/6/06 | 91.8 | 85.6 | 100.8 | 97.8 | 87.2 | 94.8 |
| 10/5/06 | 92.4 | 86.3 | 101.2 | 99.2 | 88.1 | 95.1 |
| 10/4/06 | 95.8 | 86.7 | 100.6 | 100.2 | 87.4 | 95.2 |
| 10/3/06 | 95.6 | 86.4 | 100.1 | 99.8 | 87.2 | 94.7 |
| 10/2/06 | 95.4 | 86.3 | 99.9 | 99.3 | 86.8 | 95.2 |