Interactive Central
Ad Rev Detail by Category
For Period 4, 2007
(Thousands of Dollars)

| | Period 4 | | | | | | Year to Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Variance From | | | | | | Variance From | |
| | 2007 Actual | 2007 Plan | 2006 Actual | 2007 Plan | | 2006 Actual | | 2007 Actual | 2007 Plan | 2006 Actual | 2007 Plan | | 2006 Actual |
| | | | | | % | | % | | | | | % | | % |

**RETAIL, Net**

| | 2007 Actual | 2007 Plan | 2006 Actual | 2007 Plan | % | 2006 Actual | % | 2007 Actual | 2007 Plan | 2006 Actual | 2007 Plan | % | 2006 Actual | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Department Stores | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Apparel/Fashion | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Food & Drug Stores | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | (100.0) | 0 | (100.0) |
| Furniture/Home Furnishings | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Electronics | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | (100.0) | 0 | (100.0) |
| Amusements | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 1 | 8 | (1) | (100.0) | (8) | (100.0) |
| Health Care | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | (100.0) | 0 | (100.0) |
| Restaurants | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Hardware/Home Improvement Stores | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Education | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 1 | 0 | (1) | (100.0) | 0 | (100.0) |
| General Mdse-Warehouse Stores | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| General Mdse-Variety/Dollar | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| General Mdse-Discount/Superctrs | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Specialty Merchandise | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Personal Services | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Other Retail | 3 | 0 | 6 | 3 | NM | (3) | (48.0) | 13 | 2 | 5 | 10 | 468.5 | 7 | 133.7 |
| Total Net Retail | 3 | 0 | 6 | 3 | NM | (3) | (48.0) | 13 | 5 | 13 | 8 | 181.4 | (1) | (5.6) |

**NATIONAL, Net**

| | 2007 Actual | 2007 Plan | 2006 Actual | 2007 Plan | % | 2006 Actual | % | 2007 Actual | 2007 Plan | 2006 Actual | 2007 Plan | % | 2006 Actual | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Technology | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 3 | 0 | (3) | (100.0) | 0 | NM |
| Telecom/Wireless | 2 | (18) | 0 | 18 | 100.0 | 2 | NM | 14 | 2 | 0 | 12 | 533.1 | 14 | NM |
| Movies | 0 | (15) | 0 | 17 | 111.0 | 0 | NM | 1 | 2 | 2 | (1) | (36.8) | 1 | NM |
| Financial | 0 | (11) | 0 | 11 | 100.0 | (1) | (100.0) | 0 | 0 | 0 | 0 | NM | (2) | (100.0) |
| Package Goods | 0 | 0 | 1 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Transportation | 0 | (9) | 0 | 9 | 100.0 | 0 | NM | 0 | 1 | 0 | (1) | (100.0) | 0 | NM |
| Resorts | 0 | (7) | 0 | 7 | 100.0 | 0 | NM | 0 | 1 | 0 | (1) | (100.0) | 0 | NM |
| Media | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Auto | 0 | 0 | 0 | 0 | NM | 0 | NM | 1 | 0 | 4 | 1 | NM | (3) | (74.5) |
| Health Care | 0 | 0 | 0 | 0 | ###### | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Other Manufacturers-Durables | 0 | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | 0 | NM | 0 | NM |
| Other National | (5) | (20) | 11 | 15 | 76.1 | (16) | (142.7) | (18) | 3 | 30 | (21) | (715.9) | (48) | (161.1) |
| Total Net National | (3) | (80) | 12 | 77 | 96.2 | (15) | (124.9) | (2) | 12 | 35 | (14) | (121.3) | (38) | (107.1) |

**Interactive Central**
**Ad Rev Detail by Category**
**For Period 4, 2007**
**(Thousands of Dollars)**

| | Period 4 | | | | | Year to Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 Actual | 2007 Plan | 2006 Actual | % | Variance From 2006 Actual | 2007 Actual | 2007 Plan | 2006 Actual | 2007 Plan % | Variance From 2006 Actual % |
| **CLASSIFIED, Net** | | | | | | | | | | |
| Automotive | 0 | 0 | 0 | NM | 0 NM | 2 | 2 | 0 | NM | 2 NM |
| Help Wanted | 7 | 7 | 10 | NM | (2) (24.0) | 30 | 21 | 25 | 238.4 | 5 19.9 |
| Real Estate | 0 | (1) | 0 | (100.0) | 0 NM | 0 | (2) | 3 | (100.0) | (3) (100.0) |
| Merchandise | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| Legal | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| Other Classified | 0 | 0 | 0 | NM | 0 NM | 2 | 2 | 0 | NM | 2 NM |
| Total Net Classified | 7 | 7 | 1 | 1,174.7 | (2) (22.3) | 34 | 23 | 27 | 207.0 | 7 24.0 |
| Total Net Revenue | 7 | 87 | (79) | 109.4 | (20) (73.2) | 44 | 17 | 76 | 62.1 | (32) (41.9) |
| **PREPRINTS, Net** | | | | | | | | | | |
| Retail | | | | | | | | | | |
| Non-TMC | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| TMC | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| Total | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| National | | | | | | | | | | |
| Non-TMC | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| TMC | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| Total | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| Classified | | | | | | | | | | |
| Non-TMC | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| TMC | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| Total | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |
| Total Net Preprints | 0 | 0 | 0 | NM | 0 NM | 0 | 0 | 0 | NM | 0 NM |

**CONFIDENTIAL**                                                            **EGI-LAW 00090531**

ForSaleByOwner.com
Ad Rev Detail by Category
For Period 4, 2007
(Thousands of Dollars)

| | Period 4 | | | | | Year to Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 Actual | 2007 Plan | 2006 Actual | Variance From 2007 Plan % | Variance From 2006 Actual % | 2007 Actual | 2007 Plan | 2006 Actual | Variance From 2007 Plan % | Variance From 2006 Actual % |
| **RETAIL, Net** | | | | | | | | | | |
| Department Stores | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Apparel/Fashion | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Food & Drug Stores | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Furniture/Home Furnishings | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Electronics | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Amusements | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Health Care | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Restaurants | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Hardware/Home Improvement Stores | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Education | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| General Mdse-Warehouse Stores | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| General Mdse-Variety/Dollar | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| General Mdse-Discount/Superctrs | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Specialty Merchandise | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Personal Services | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Other Retail | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Total Net Retail | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| **NATIONAL, Net** | | | | | | | | | | |
| Technology | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Telecom/Wireless | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Movies | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Financial | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Package Goods | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Transportation | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Resorts | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Media | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Auto | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Health Care | 0 | 0 | 0 | ####### | NM | 0 | 0 | 0 | NM | NM |
| Other Manufacturers-Durables | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Other National | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |
| Total Net National | 0 | 0 | 0 | NM | NM | 0 | 0 | 0 | NM | NM |

**CONFIDENTIAL**                                                                                   EGI-LAW 00090532

ForSaleByOwner.com
Ad Rev Detail by Category
For Period 4, 2007
(Thousands of Dollars)

| | Period 4 | | | | | | Year to Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Variance From | | | | | | Variance From | |
| | 2007 Actual | 2007 Plan | 2006 Actual | 2007 Plan % | 2006 Actual | % | 2007 Actual | 2007 Plan | 2006 Actual | 2007 Plan % | 2006 Actual | % |
| **CLASSIFIED, Net** | | | | | | | | | | | | |
| Automotive | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Help Wanted | 0 | 1,199 | 0 | NM | 0 | NM | 0 | 3,993 | 0 | NM | 0 | NM |
| Real Estate | 1,132 | 0 | 0 | (5.6) | 1,132 | NM | 4,060 | 0 | 0 | 1.7 | 4,060 | NM |
| Merchandise | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Legal | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Other Classified | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Total Net Classified | 1,132 | 1,199 | 0 | (5.6) | 1,132 | NM | 4,060 | 3,993 | 0 | 1.7 | 4,060 | NM |
| Total Net Revenue | 1,132 | 1,199 | 0 | (5.6) | 1,132 | NM | 4,060 | 3,993 | 0 | 1.7 | 4,060 | NM |
| **PREPRINTS, Net** | | | | | | | | | | | | |
| Retail | | | | | | | | | | | | |
| Non-TMC | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| TMC | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Total | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| National | | | | | | | | | | | | |
| Non-TMC | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| TMC | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Total | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Classified | | | | | | | | | | | | |
| Non-TMC | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| TMC | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Total | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Total Net Preprints | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |

**CONFIDENTIAL**                                                                                                                     EGI-LAW 00090533

Tribune Media Net
Ad Rev Detail by Category
For Period 4, 2007
(Thousands of Dollars)

| | Period 4 | | | | | | Year to Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 Actual | 2007 Plan | 2006 Actual | Variance From 2007 Plan % | | Variance From 2006 Actual % | 2007 Actual | 2007 Plan | 2006 Actual | Variance From 2007 Plan % | Variance From 2006 Actual % |
| **RETAIL, Net** | | | | | | | | | | | |
| Department Stores | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Apparel/Fashion | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Food & Drug Stores | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Furniture/Home Furnishings | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Electronics | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Amusements | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Health Care | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Restaurants | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Hardware/Home Improvement Stores | 0 | 0 | 0 | NM | 0 | NM | 114 | 0 | (35) | 114 | NM | 149 | 428.0 |
| Education | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| General Mdse-Warehouse Stores | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| General Mdse-Variety/Dollar | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| General Mdse-Discount/Superctrs | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Specialty Merchandise | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Personal Services | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Other Retail | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Total Net Retail | 0 | 0 | 0 | NM | 0 | NM | 114 | 0 | (35) | 114 | NM | 149 | 428.0 |
| **NATIONAL, Net** | | | | | | | | | | | |
| Technology | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Telecom/Wireless | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Movies | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Financial | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Package Goods | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Transportation | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Resorts | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Media | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Auto | 0 | 0 | 0 | ####### | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Health Care | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Other Manufacturers-Durables | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Other National | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |
| Total Net National | 0 | 0 | 0 | NM | 0 | NM | 0 | 0 | 0 | NM | 0 | NM |

**CONFIDENTIAL**                                                                                                     EGI-LAW 00090534

**Tribune Media Net**
**Ad Rev Detail by Category**
**For Period 4, 2007**
**(Thousands of Dollars)**

| | Period 4 | | | | | | Year to Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 Actual | 2007 Plan | 2006 Actual | \ Variance From 2007 Plan % | Variance From 2006 Actual % | | 2007 Actual | 2007 Plan | 2006 Actual | 2007 Plan % | Variance From 2006 Actual % | |
| **CLASSIFIED, Net** | | | | | | | | | | | | |
| Automotive | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Help Wanted | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Real Estate | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Merchandise | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Legal | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Other Classified | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Total Net Classified | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Total Net Revenue | 0 | 0 | 0 | NM | 0 NM | | 114 | 0 | (35) | NM | 149 428.0 | |
| **PREPRINTS, Net** | | | | | | | | | | | | |
| Retail | | | | | | | | | | | | |
| Non-TMC | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| TMC | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Total | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| National | | | | | | | | | | | | |
| Non-TMC | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| TMC | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Total | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Classified | | | | | | | | | | | | |
| Non-TMC | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| TMC | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Total | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |
| Total Net Preprints | 0 | 0 | 0 | NM | 0 NM | | 0 | 0 | 0 | NM | 0 NM | |

**CONFIDENTIAL**                                                                                                              **EGI-LAW 00090535**