**STANDARD & POOR'S   RatingsDirect**

RESEARCH

Research Update:

# Tribune Co. Rating Lowered To 'BB-' After LBO Announcement; Still Watch Negative

| | |
|---|---|
| Publication date: | 02-Apr-2007 |
| Primary Credit Analyst: | Peggy Hwan Hebard, CFA, CPA, New York (1) 212-438-2319; peggy_hebard@standardandpoors.com |
| Secondary Credit Analyst: | Emile Courtney, CFA, New York (1) 212-438-7824; emile_courtney@standardandpoors.com |

## Rationale

On April 2, 2007, Standard & Poor's Ratings Services lowered its ratings on Chicago, Ill.-based Tribune Co.; the corporate credit rating was lowered to 'BB-' from 'BB+'. The ratings remain on CreditWatch with negative implications. The ratings downgrade follows the announcement that the company has completed its strategic review process, which will result in a leveraged buyout transaction valued at just under $14.5 billion, incorporating the assumption or repayment of approximately $5.7 billion of debt (including the principal amount of the PHONES). Furthermore, based on our analysis of the proposed capital structure, we have determined that if shareholders approve the transaction as outlined, we would lower the corporate credit rating to 'B', with a stable outlook. In total, the transaction value represents a multiple of approximately 10.7x, based on EBITDA for the last 12 months ended December 2006. Ratings were initially placed on CreditWatch with negative implications Sept. 22, 2006, following Tribune's announcement that it would be considering various alternatives for "creating additional value for shareholders."

In addition, Standard & Poor's withdrew its 'B' commercial paper rating on the company, as no commercial paper remains outstanding.

Tribune will be taken private through a newly formed employee stock ownership plan (ESOP) and a $315 million investment by Sam Zell. This going private transaction is expected to occur in two steps, the first of which will include:

- An initial investment by Zell of $250 million in the form of newly issued common stock and an exchangeable note;
- The ESOP purchasing $250 million of newly issued Tribune common stock, which will be allocated to employees over time; and
- A tender offer to repurchase approximately 126 million shares of Tribune's common stock for $34 a share, or $4.3 billion.

The company is expected to raise $7.0 billion of new debt in the first step, the proceeds of which will primarily be used to complete the tender offer and to refinance existing bank credit facilities ($2.8 billion is slotted for the refinancing). The completion of the first step of the transaction is expected to be completed in the second quarter of 2007 and will result in debt leverage weakening close to the 7x area. If a superior proposal is presented and selected up to the time of shareholder approval, Zell would receive a breakup fee of $25 million.

The second step of the transaction will occur upon the receipt of shareholder and regulatory approval, and will include Tribune and the ESOP merging, with the remaining Tribune stock to be converted to cash at $34 per share. Zell will make an additional investment of $65 million in connection with the merger, and Tribune is expected to fund the remaining repurchase of outstanding shares by raising an additional $4.2 billion of debt. If the transaction is not completed by Jan. 1, 2008, shareholders will receive an additional amount of cash based on an 8% annualized "ticking fee" that will accrue from Jan. 1, 2008 through closing. While a delay in the transaction beyond Jan. 1, 2008 will result in a higher share repurchase price, this is expected to be partially offset by reduced interest expense related to lower

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0106565

average borrowings stemming from the later-than-expected closing.

Upon completion of the merger, Zell's initial $250 million investment will be redeemed and Zell will make a new investment of $225 million through the purchase of a $225 million 11-year subordinated note and a $90 million 15-year warrant. The warrant will entitle him to acquire 40% of the common stock for an aggregate exercise price of initially $500 million. Upon completion of the transactions, the ESOP will own 100% of Tribune's common stock, which is subject to further dilution upon the exercise of Zell's warrant. In addition, the company has announced that it will begin a process to sell the Chicago Cubs and the company's 25% interest in Comcast SportsNet Chicago, with completion expected in the fourth quarter of 2007; proceeds will be used to repay debt. The successful completion of these sales is factored into our conclusions.

As indicated previously, the CreditWatch resolution would occur once shareholders have approved the transaction as outlined, and the corporate credit rating would be lowered further to 'B' from 'BB-'. The rating outlook would be stable. The expected 'B' rating would reflect the company's highly leveraged capital structure, weakened credit measures, and reduced cash flow-generating capability as a result of its LBO and associated heavy interest burden. The rating would also underscore Tribune's exposure to the very challenging revenue climates and competitive market conditions affecting its newspaper and broadcasting operations, and its aggressive financial policy. Tribune's near-term credit profile will be largely dictated by the company's sizable financial leverage, with liquidity a key factor in our rating surveillance. Nonetheless, credit quality is supported by a satisfactory business risk profile, reflecting Tribune's leading and diversified mix of newspaper and broadcasting properties.

**Ratings List**

Downgraded

|  | To | From |
|---|---|---|
| Tribune Co. | | |
| Corporate Credit Rating | BB-/Watch Neg/NR | BB+/Watch Neg/B |
| Senior Unsecured | | |
| Local Currency | BB-/Watch Neg | BB+/Watch Neg |
| Subordinated | | |
| Local Currency | B/Watch Neg | BB-/Watch Neg |

Not Rated Action

|  | To | From |
|---|---|---|
| Tribune Co. | | |
| Commercial Paper | | |
| Local Currency | NR | B/Watch Neg |

Complete ratings information is available to subscribers of RatingsDirect, the real-time Web-based source for Standard & Poor's credit ratings, research, and risk analysis, at www.ratingsdirect.com. All ratings affected by this rating action can be found on Standard & Poor's public Web site at www.standardandpoors.com; under Credit Ratings in the left navigation bar, select Find a Rating, then Credit Ratings Search.

**Analytic services provided by Standard & Poor's Ratings Services (Ratings Services) are the result of separate activities designed to preserve the independence and objectivity of ratings opinions. The credit ratings and observations contained herein are solely statements of opinion and not statements of fact or recommendations to purchase, hold, or sell any securities or make any other investment decisions. Accordingly, any user of the information contained herein should not rely on any credit rating or other opinion contained herein in making any investment decision. Ratings are based on information received by Ratings Services. Other divisions of Standard & Poor's may have information that is not available to Ratings Services. Standard & Poor's has established policies and procedures to maintain the confidentiality of non-public information received during the ratings process.**

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0106566

Ratings Services receives compensation for its ratings. Such compensation is normally paid either by the issuers of such securities or third parties participating in marketing the securities. While Standard & Poor's reserves the right to disseminate the rating, it receives no payment for doing so, except for subscriptions to its publications. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.

Copyright © 2007 Standard & Poor's, a division of The McGraw-Hill Companies. All Rights Reserved. Privacy Notice

The McGraw-Hill Companies

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0106567

3