# TRIBUNE

## ESOP Transaction Model

2/8/07 -2007 Revised Operating Plan Case
$34.00 Acquisition (w/ $17.61 Average Up-Front Distribution / Share)

Last Updated    5/14/07 11:49 PM

Worksheet: COVER
(NY) 27011/161/VRC/EXCEL FILES/HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY VRC0186609.xls
12/2/2009 12:29:15 PM

Browning 15

**Consolidated / Publishing Model**

## P&L

| | 2005A | 2006A | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | $5,511 | $5,433 | $1,225 | $1,403 | $1,349 | $1,381 | $5,358 | $5,178 | $5,072 | $5,137 | $5,161 | $5,186 | $5,210 | $5,235 | $5,259 | $5,284 | $5,309 |
| Less: Cash Operating Expenses | (4,053) | (4,043) | (956) | (1,042) | (1,022) | (982) | (4,002) | (3,810) | (3,715) | (3,751) | (3,779) | (3,797) | (3,816) | (3,835) | (3,854) | (3,873) | (3,892) |
| Less: Corporate | (50) | (50) | (11) | (13) | (13) | (13) | (49) | (51) | (52) | (53) | (54) | (55) | (56) | (57) | (58) | (59) | (60) |
| Plus: Expense Reduction from 401K Elim. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Plus: Other Expense Reduction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| OCF | $1,408 | $1,339 | $258 | $348 | $314 | $386 | $1,306 | $1,397 | $1,384 | $1,413 | $1,409 | $1,413 | $1,418 | $1,423 | $1,428 | $1,432 | $1,437 |
| Less: Stock-Based Comp | (31) | (31) | (18) | (8) | (7) | (7) | (41) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: D&A | (225) | (227) | (57) | (62) | (61) | (66) | (247) | (237) | (236) | (236) | (236) | (240) | (244) | (248) | (252) | (256) | (261) |
| EBIT | $1,146 | $1,081 | $182 | $278 | $245 | $313 | $1,018 | $1,160 | $1,148 | $1,177 | $1,173 | $1,173 | $1,174 | $1,175 | $1,175 | $1,176 | $1,176 |
| Plus: Equity Income (Loss) | 41 | 75 | 13 | 16 | 14 | 26 | 69 | 84 | 117 | 146 | 173 | 210 | 231 | 254 | 280 | 308 | 339 |
| Less: Interest Expense, net | (148) | (260) | (77) | (117) | (176) | (172) | (542) | (962) | (919) | (910) | (884) | (850) | (807) | (729) | (679) | (613) | (529) |
| EBT | $1,040 | $895 | $118 | $177 | $83 | $167 | $545 | $282 | $346 | $413 | $462 | $534 | $599 | $700 | $776 | $870 | $986 |
| Less: Book Income Taxes | (424) | (344) | (46) | (69) | (32) | (65) | (211) | (12) | (14) | (17) | (19) | (22) | (26) | (29) | (32) | (35) | (40) |
| Net Income | $616 | $551 | $72 | $109 | $51 | $102 | $334 | $270 | $332 | $396 | $443 | $512 | $574 | $672 | $744 | $835 | $945 |
| Less: Preferred Dividends | (8) | (6) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income to Common | $608 | $545 | $72 | $109 | $51 | $102 | $334 | $270 | $332 | $396 | $443 | $512 | $574 | $672 | $744 | $835 | $945 |
| Basic Shares Outstanding | | 307 | 240 | 240 | 116 | 116 | 240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Plus: Add. Shares Issued | | 4 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Buybacks | | (71) | 0 | (125) | 0 | (127) | (251) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EOP Basic Shares Outstanding | | 240 | 240 | 116 | 116 | 116 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Avg Shares Outstanding | | 274 | 240 | 178 | 116 | 58 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Basic EPS | | $1.99 | $0.30 | $0.61 | $0.44 | $1.76 | $2.26 | | | | | | | | | | |

**FCF Build**

| | 2006A | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCF | $1,339 | $258 | $348 | $314 | $386 | | $1,397 | $1,384 | $1,413 | $1,409 | $1,413 | $1,418 | $1,423 | $1,428 | $1,432 | $1,437 |
| Plus: Discontinued Operations | 7 | | | | | | | | | | | | | | | |
| Plus: Cash Equity Income | 65 | 46 | 14 | 12 | 14 | | 99 | 118 | 146 | 173 | 210 | 231 | 254 | 280 | 308 | 339 |
| Less: ESOP Repurchase Obligation | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Cash Taxes | (305) | (29) | (56) | (20) | (52) | | (3) | (5) | (6) | (7) | (8) | (9) | (11) | (12) | (14) | (16) |
| Less: Cash Interest Expense, net | (239) | (72) | (107) | (166) | (162) | | (912) | (868) | (858) | (831) | (795) | (751) | (704) | (653) | (586) | (501) |
| Less: Change in WC | (13) | 15 | (12) | (12) | (12) | | (26) | (27) | (27) | (28) | (28) | (28) | (28) | (29) | (29) | (29) |
| Less: Capex | (209) | (15) | (45) | (44) | (46) | | (170) | (124) | (124) | (124) | (125) | (125) | (125) | (125) | (125) | (125) |
| **Levered FCF** | **$646** | **$203** | **$141** | **$84** | **$129** | **$479** | **$385** | **$479** | **$544** | **$592** | **$666** | **$734** | **$806** | **$885** | **$982** | **$1,100** |
| Plus: Proceeds from Asset Sales | 407 | (45) | 77 | 0 | 55 | | 736 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Acquisitions | (223) | (5) | (7) | (9) | (9) | | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) |
| **Levered FCF Less Acquisitions** | **$830** | **$154** | **$211** | **$74** | **$174** | | **$1,021** | **$379** | **$444** | **$492** | **$566** | **$634** | **$706** | **$785** | **$882** | **$1,000** |
| Plus: Other | (56) | (10) | (31) | (25) | (25) | | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Preferred Dividends | (6) | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Dividends to Common | (202) | (43) | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Levered FCF Less Dividends and Acq.** | **$566** | **$101** | **$180** | **$50** | **$149** | | **$1,045** | **$379** | **$444** | **$492** | **$566** | **$634** | **$706** | **$785** | **$882** | **$1,000** |
| | | | | | | | | | | | | | | | | |
| Beginning Cash | | $175 | $188 | $175 | $175 | | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 |
| Plus: LCF Less Dividends and Acq. | | 101 | 180 | 50 | 149 | | 1,045 | 379 | 444 | 492 | 566 | 634 | 706 | 785 | 882 | 1,000 |
| Less: Minimum Cash Balance | | (182) | (175) | (175) | (175) | | (175) | (175) | (175) | (175) | (175) | (175) | (175) | (175) | (175) | (175) |
| Total Available Cash | | $93 | $193 | $50 | $149 | | $1,045 | $379 | $444 | $492 | $566 | $634 | $706 | $785 | $882 | $1,000 |
| Mandatory Borrowing / (Repayment) | | (102) | (19) | (19) | (19) | | (112) | (79) | (529) | (79) | (79) | (161) | (79) | (408) | (79) | (79) |
| Total Available for Revolver | | ($9) | $174 | $31 | $130 | | $933 | $300 | ($85) | $413 | $487 | $473 | $628 | $377 | $804 | $921 |
| Draw / (Paydown) Revolver | | 0 | 0 | 0 | 0 | | 0 | 0 | 85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Available for Bridge Loan | | ($9) | $174 | $31 | $130 | | $933 | $300 | ($0) | $413 | $487 | $473 | $628 | $377 | $804 | $921 |
| Draw / (Paydown) Bridge Loan | | 15 | 0 | 0 | 0 | | 0 | 0 | 0 | (85) | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Available for New Term Loan X | | $6 | $174 | $31 | $130 | | $933 | $300 | ($0) | $329 | $487 | $473 | $628 | $377 | $804 | $921 |
| Paydown New Term Loan X | | 0 | (174) | (31) | (130) | | (563) | (300) | (0) | (0) | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Available for New Term Loan B | | $6 | $0 | $0 | $0 | | $371 | $0 | ($0) | $329 | $487 | $473 | $628 | $377 | $804 | $921 |
| Paydown New Term Loan B | | 0 | 0 | 0 | 0 | | (371) | 0 | 0 | (329) | (487) | (473) | (628) | (377) | (804) | (921) |
| Total Available for New 2nd Lien Term Loan | | $6 | $0 | $0 | $0 | | $0 | $0 | ($0) | ($0) | $0 | $0 | $0 | $0 | ($0) | ($0) |
| Paydown New 2nd Lien Term Loan | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Plus: Minimum Cash Balance | | 182 | 175 | 175 | 175 | | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| **Ending Cash Balance** | **$175** | **$188** | **$175** | **$175** | **$175** | **$175** | **$175** | **$175** | **$175** | **$175** | **$175** | **$175** | **$175** | **$175** | **$175** | **$175** |
| | | | | | | | | | | | | | | | | |
| Total Cash | $175 | $188 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 |
| Total Debt | 5,362 | 5,274 | 9,272 | 9,223 | 9,075 | 12,678 | 11,634 | 11,257 | 10,814 | 10,323 | 9,756 | 9,122 | 8,416 | 7,631 | 6,749 | 5,749 |
| Net Debt | $5,188 | $5,086 | $9,097 | $9,048 | $8,900 | $12,503 | $11,460 | $11,082 | $10,639 | $10,148 | $9,582 | $8,948 | $8,241 | $7,456 | $6,574 | $5,574 |
| PF Total Debt (for Recap / Acquisition) | $5,362 | $3,949 | $9,272 | $9,223 | $12,678 | $12,678 | $11,634 | $11,257 | $10,814 | $10,323 | $9,756 | $9,122 | $8,416 | $7,631 | $6,749 | $5,749 |
| | | | | | | | | | | | | | | | | |
| Investments | $1,349 | $1,349 | $1,349 | $1,349 | $1,349 | $1,349 | $1,484 | $1,633 | $1,796 | $1,976 | $2,173 | $2,390 | $2,629 | $2,892 | $3,182 | $3,500 |
| OCF | | | | | | $1,365 | $1,397 | $1,384 | $1,413 | $1,409 | $1,413 | $1,418 | $1,423 | $1,428 | $1,432 | $1,437 |
| Plus: Pro Forma Adjustments for Divestitures | | | | | | 69 | (36) | 118 | 146 | 173 | 210 | 231 | 254 | 280 | 308 | 339 |
| Plus: Equity Investments | | | | | | | 99 | | | | | | | | | |
| Adj EBITDA (PF for Cost Savings) | | | | | | $1,434 | $1,460 | $1,503 | $1,559 | $1,582 | $1,624 | $1,649 | $1,677 | $1,707 | $1,740 | $1,776 |
| | | | | | | | | | | | | | | | | |
| Total Debt / Adj. EBITDA | | | | | | 8.8x | 8.0x | 7.5x | 6.9x | 6.5x | 6.0x | 5.5x | 5.0x | 4.5x | 3.9x | 3.2x |
| Net Debt / Adj. EBITDA | | | | | | 8.7 | 7.9 | 7.4 | 6.8 | 6.4 | 5.9 | 5.4 | 4.9 | 4.4 | 3.8 | 3.1 |

**Debt Schedule**

| | | Quarter Ended | | | | Year Ending December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006A | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
| **Total Debt** | | | | | | | | | | | | | | | | |
| Beginning Balance | | $5,362 | $9,464 | $9,272 | $9,223 | | $12,678 | $11,634 | $11,257 | $11,257 | $10,814 | $10,323 | $9,756 | $9,122 | $8,416 | $7,631 | $6,749 |
| Mandatory Borrowing / (Amortization) | | (102) | (19) | (19) | (19) | | (112) | (79) | (79) | (529) | (79) | (79) | (79) | (79) | (79) | (79) |
| PIK & Other Non-Cash Accrual / (Amortization) | | (1) | 1 | 1 | 1 | | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Optional Borrowings / (Paydown) | | 15 | (174) | (31) | (130) | | (933) | (300) | 85 | (413) | (487) | (473) | (628) | (377) | (804) | (921) |
| Ending Balance | $5,362 | $5,274 | $9,272 | $9,223 | $9,075 | $12,678 | $11,634 | $11,257 | $10,814 | $10,323 | $9,756 | $9,122 | $8,416 | $7,631 | $6,749 | $5,749 |
| Pro Forma Adjustments (for Transaction / C/C Sale) | | (1,325) | | | 3,603 | $363 | | | | | | | | | | |
| Pro Forma Debt Balance | | $3,949 | | | $12,678 | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Total Interest Expense | | $73 | $108 | $168 | $163 | | $917 | 874 | 863 | 836 | 801 | 757 | 709 | 659 | 591 | 506 |
| Plus: Amortization of Financing Fees (New Debt) | | 0 | 5 | 5 | 5 | | 32 | 32 | 32 | 32 | 32 | 32 | 4 | 4 | 4 | 4 |
| Plus: Existing Amortization | | 2 | 2 | 2 | 2 | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Plus: PIK Interest | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Plus: PHONES (non-cash) | | 3 | 3 | 3 | 3 | | 14 | 15 | 16 | 17 | 18 | 19 | 21 | 22 | 23 | 25 |
| Less: Interest Income | | (1) | (1) | (1) | (1) | | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) |
| Net Interest Expense | | $77 | $117 | $176 | $172 | | $962 | $919 | $910 | $884 | $850 | $807 | $729 | $679 | $613 | $529 |
| Net Cash Interest Expense | | 72 | 107 | 166 | 162 | | 912 | 868 | 858 | 831 | 795 | 751 | 704 | 653 | 586 | 501 |
| Forward 3-Month LIBOR | 5.36% | 5.34% | 5.17% | 4.95% | 4.78% | 4.78% | 4.61% | 4.77% | 4.91% | 5.03% | 5.15% | 5.26% | 5.38% | 5.48% | 5.48% | 5.28% |
| | | | | | | | | | | | | | | | | |
| **Commercial Paper** | | | | | | | | | | | | | | | | |
| Beginning Balance | | $97 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | (97) | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | $97 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pro Forma Adjustments | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Interest Expense | | 1 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Rate | | 6.1% | 6.1% | 6.1% | 6.1% | | 6.3% | 6.5% | 6.7% | 6.7% | 6.7% | 6.7% | 6.7% | 6.7% | 6.7% | 6.7% |
| | | | | | | | | | | | | | | | | |
| **Revolving Credit Facility** | | | | | | | | | | | | | | | | |
| Beginning Balance | | | $0 | $0 | $0 | | $0 | $0 | $0 | $85 | $0 | $0 | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | | 0 | 0 | 0 | | 0 | 0 | 85 | (85) | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $85 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pro Forma Adjustments | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Interest Expense | | | $0 | $0 | $0 | | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Rate | L +250 | | 7.7% | 7.4% | 7.3% | | 7.1% | 7.3% | 7.4% | 7.5% | 7.6% | 7.8% | 7.9% | 8.0% | 8.0% | 7.8% |
| | | | | | | | | | | | | | | | | |
| Interest Expense | | 1 | 1 | 1 | 1 | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Unused Revolver Commitment | $750 | $750 | $750 | $750 | $750 | | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 | $750 |
| | | | | | | | | | | | | | | | | |
| **Term Loan A** | | | | | | | | | | | | | | | | |
| Beginning Balance | | $1,500 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | $1,500 | $1,500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pro Forma Adjustments | | (1,500) | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Interest Expense | | 23 | 15 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Rate | L +87.5 | 6.2% | 6.0% | 5.8% | 5.7% | | 5.5% | 5.6% | 5.8% | 5.9% | 6.0% | 6.1% | 6.3% | 6.4% | 6.4% | 6.2% |
| Amortization % of Beginning Balance | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

## Debt Schedule

| | | Quarter Ended | | | | Year Ending December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006A | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
| **Bridge Loan** | | | | | | | | | | | | | | | | |
| Beginning Balance | | $1,310 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | 15 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | $1,310 | $1,325 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pro Forma Adjustments | | (1,325) | | | | | | | | | | | | | | |
| Interest Expense | | 16 | 13 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Rate     L+87.5 | | 6.2% | 6.0% | 5.8% | 5.7% | | 5.5% | 5.6% | 5.8% | 5.9% | 6.0% | 6.1% | 6.3% | 6.4% | 6.4% | 6.2% |
| Amortization % of Beginning Balance | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **New Term Loan X** | | | | | | | | | | | | | | | | |
| Beginning Balance | | | $1,500 | $1,326 | $1,295 | | $563 | | | | | | | | | |
| Mandatory Borrowing / (Amortization) | | | 0 | 0 | 0 | | 0 | | | | | | | | | |
| Optional Borrowing / (Paydown) | | | (174) | (31) | (130) | | (563) | | | | | | | | | |
| Ending Balance | | | $1,326 | $1,295 | $1,165 | $563 | $0 | | | | | | | | | |
| Pro Forma Adjustments | | | 1,500 | | (602) | | | | | | | | | | | |
| Interest Expense | | | 9 | 24 | 22 | | 21 | | | | | | | | | |
| Interest Rate    L+250   L+275 | | | 7.7% | 7.4% | 7.3% | | 7.4% | | | | | | | | | |
| Amortization % of Beginning Balance | | | | | | | | | | | | | | | | |
| **New Term Loan B** | | | | | | | | | | | | | | | | |
| Beginning Balance | | | $5,515 | $5,501 | $5,487 | | $7,578 | $7,394 | $7,015 | $6,936 | $6,529 | $5,962 | $5,410 | $4,704 | $4,248 | $3,366 |
| Mandatory Borrowing / (Amortization) | | | (14) | (14) | (14) | | (186) | (79) | (79) | (79) | (79) | (79) | (79) | (79) | (79) | (79) |
| Optional Borrowing / (Paydown) | | | 0 | 0 | 0 | | (371) | (300) | 0 | (329) | (487) | (473) | (628) | (377) | (804) | (921) |
| Ending Balance | | | $5,501 | $5,487 | $5,473 | $7,578 | $7,394 | $7,015 | $6,936 | $6,529 | $5,962 | $5,410 | $4,704 | $4,248 | $3,366 | $2,366 |
| Pro Forma Adjustments | | | | | 2,105 | | | | | | | | | | | |
| Delayed Draw TLB (Undrawn Portion) | | | 263 | 263 | 263 | | | | | | | | | | | |
| Interest Expense | | | 38 | 110 | 108 | | 572 | 560 | 552 | 541 | 509 | 470 | 424 | 379 | 323 | 237 |
| Interest Rate    L+300 | | | 8.2% | 7.9% | 7.8% | | 7.6% | 7.8% | 7.9% | 8.0% | 8.1% | 8.3% | 8.4% | 8.5% | 8.5% | 8.3% |
| Amortization % of Beginning Balance | | | 1.0% | 1.0% | 1.0% | | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| **New 2nd Lien Term Loan** | | | | | | | | | | | | | | | | |
| Beginning Balance | | | $0 | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | (0) | 0 | 0 | 0 |
| Ending Balance | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pro Forma Adjustments | | | | | | | | | | | | | | | | |
| Interest Expense | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Rate    L+225 | | | 7.4% | 7.2% | 7.3% | | 6.9% | 7.0% | 7.2% | 7.3% | 7.4% | 7.5% | 7.6% | 7.7% | 7.7% | 7.5% |
| Amortization % of Beginning Balance | 0.0% | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **New Senior Notes** | | | | | | | | | | | | | | | | |
| Beginning Balance | | | $0 | $0 | $0 | | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 |
| Mandatory Borrowing / (Amortization) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | | $0 | $0 | $0 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 |
| Pro Forma Adjustments | | | | | 2,100 | | | | | | | | | | | |
| Interest Expense | | | $0 | $0 | $0 | | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| Interest Rate    9.5% | | | 9.5% | 9.5% | 9.5% | | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% |

## Debt Schedule

| | 2006A | Quarter Ended | | | | Year Ending December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
| **New Sub Notes** | | | | | | | | | | | | | | | | |
| Beginning Balance | | | $0 | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pro Forma Adjustments | | | | | | | | | | | | | | | | |
| Interest Expense | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Rate | 9.5% | | 9.5% | 9.5% | 9.5% | | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% |
| **Medium Term Notes** | | | | | | | | | | | | | | | | |
| Beginning Balance | | $263 | $263 | $263 | $263 | | $263 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | 0 | 0 | 0 | 0 | | (263) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | $263 | $263 | $263 | $263 | $263 | $263 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pro Forma Adjustments | | | | | | | | | | | | | | | | |
| Interest Expense | | $4 | $4 | $4 | $4 | | $11 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Rate | | | | | | | | | | | | | | | | |
| **Existing Debt (End of Period Balances)** | | | | | | | | | | | | | | | | |
| TMCT Lease, expiring '09 | $56 | $51 | $46 | $41 | $36 | $36 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $148.2 million 7.25% debentures due 3/1/13 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 82 | 82 | 0 | 0 | 0 | 0 | 0 |
| $98.75 million 7.5% debentures due 7/1/23 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 96 | 96 | 96 | 96 | 96 | 96 | 96 |
| $250 million 6.61% debentures due 9/15/27 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 |
| $148 million 7.25% debentures due 11/15/96 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 131 | 131 | 131 | 131 | 131 | 131 | 131 | 131 |
| $450 million 4.875% debentures due 8/15/10 | 449 | 449 | 450 | 450 | 450 | 450 | 450 | 450 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $330 million 5.25% note due 8/15/15 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 0 | 0 | 0 |
| Other notes and obligations | 41 | 40 | 41 | 42 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 | 43 |
| PHONES | 930 | 930 | 930 | 930 | 930 | 930 | 930 | 930 | 930 | 930 | 930 | 930 | 930 | 930 | 930 | 930 |
| **Total Existing Debt Balance** | $2,193 | $2,187 | $2,183 | $2,178 | $2,174 | $2,174 | $2,141 | $2,142 | $1,693 | $1,694 | $1,694 | $1,612 | $1,612 | $1,283 | $1,283 | $1,283 |
| Mandatory Borrowing / (Repayment) | | (5) | (5) | (5) | (5) | (21) | (36) | 0 | (450) | 0 | 0 | (82) | 0 | (329) | 0 | 0 |
| PHONES (at Book) | 573 | 612 | 619 | 551 | 586 | 586 | 572 | 583 | 596 | 609 | 623 | 636 | 650 | 664 | 679 | 694 |
| **Interest Expense** | | | | | | | | | | | | | | | | |
| TMCT Lease, expiring '09 | $4 | $1 | $1 | $1 | $1 | $4 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $148.2 million 7.25% debentures due 3/1/13 | 6 | 2 | 2 | 2 | 2 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| $98.75 million 7.5% debentures due 7/1/23 | 7 | 2 | 2 | 2 | 2 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| $250 million 6.61% debentures due 9/15/27 | 6 | 1 | 1 | 1 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| $148 million 7.25% debentures due 11/15/96 | 11 | 3 | 3 | 3 | 3 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| $450 million 4.875% debentures due 8/15/10 | 22 | 5 | 5 | 5 | 5 | 22 | 22 | 22 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $330 million 5.25% note due 8/15/15 | 18 | 4 | 4 | 4 | 4 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 11 | 0 | 0 |
| Other | 14 | 4 | 4 | 4 | 4 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| PHONES | 25 | 6 | 6 | 6 | 6 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| **Total Interest Expense** | $113 | $29 | $29 | $29 | $29 | $114 | $111 | $111 | $104 | $89 | $89 | $84 | $83 | $76 | $65 | $65 |
| Amortization of Debt Issuance Costs | 37 | 2 | 2 | 2 | 2 | 8 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |