

PUBLISHING

Bear, Stearns & Co. Inc. – U.S. Equity Research

January 4, 2007

### Rating Information
| | |
|---|---|
| Sector Rating | Market Underweight |
| Target Price YE 08 | – |
| Long-Term Growth | 8.99% |

### Trading Data
| | |
|---|---|
| 52-Wk Range | $27.09- $34.28 |
| Market Cap. | $7,353MM |
| Shares Out. | 238.9 MM |
| Dividend Yield | 2.3% |
| Avg Daily Vol. | 1,950,000 |
| Float | NA |

Source: FactSet

### Fundamental Data
| | |
|---|---|
| EV/EBITDA | 10.0x |
| Enterprise Value | $10,910.1MM |
| LT Debt to Total Cap. | 44.4% |
| Book Value | $18.60 |

Source: FactSet, * BSC Estimates

### Price Performance Chart



Source: FactSet

Securities in this report priced as of:
January 03, 2007 16:00ET

### Equity Research Analyst(s)

Alexia S. Quadrani
212-272-2149
aquadrani@bear.com

C. Scott Rattee, CFA
212-272-3779
srattee@bear.com

# Tribune Company
## (TRB-$31.00-Peer Perform)

## Recent Filing May Be Another Sign of Troubles in Tribune Auction

- The Robert R. McCormick Tribune Foundation, which owns 11.7% of the common shares of Tribune, announced that it has established an advisory committee in order to evaluate its strategic options with respect to its ownership position and has hired Blackstone Group L.P. as a financial advisor. The advisory committee consists of the two board directors that are not current Tribune executives (there are five directors in total).

- We believe this move signals a vote of no confidence in current Tribune management, and may also indicate that the auction process, which is expected to accept final bids on January 17th, may not be generating as much interest as anticipated. We note that McClatchy recently announced the sale of the *Minneapolis Star Tribune* for $530mln. At an estimated 7.5x acquisition multiple, this transaction falls well below the 10.7x McClatchy paid for Knight Ridder, and is below the estimated 8.5x multiple paid for the Philadelphia properties that McClatchy subsequently sold.

- We do not believe the McCormick Foundation is interested in taking over the company, but may consider liquidating its position in the open market. With an ownership stake of slightly over 28mln shares, selling the shares would likely generate an overhang on the stock.

- We reiterate our Peer Perform rating on TRB, in an Underweight-rated sector. Our sum-of-the-parts analysis is unchanged from previous notes indicating a price in the low $30's after assumptions for taxes, suggesting limited upside from current levels. This ceiling to the stock price in a possible sale, combined with the potential for this process to result in the status quo (which could then cause the stock to decline back down to its peer group over time, suggesting a price of ~$28), makes this an unattractive investment in our view at this time.

Sector View: We are cautious on the newspaper group given the challenging ad revenue and circulation outlook. Growth from online channels could mitigate declines in the longer term.

### Recurring Estimates Post Option Expense †(All values are in USD)
| | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Year | P/E |
|---|---|---|---|---|---|---|
| 2005 | 0.37 | 0.44 | 0.48 | 0.49 | 1.78 | 17.4x |
| 2006 | 0.38 | 0.55 | 0.43 | 0.60E | 1.95E | 15.9x |
| 2007 | | | | | 2.08E | 14.9x |

† All numbers are after stock based compensation expense. Beginning with 2005 estimates this expense will be normalized consistent with BSC option expense policy. Prior years are not necessarily normalized. Outside data provider may not conform to this policy.

Bear Stearns does and seeks to do business with companies covered in its research reports. As a result investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Customers of Bear Stearns in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.bearstearns.com/ independent research or can call (800) 517-2327 to request a copy of this research. Investors should consider this report as only a single factor in making their investment decision.
**PLEASE REFER TO PAGE 3 OF THIS REPORT FOR IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION**
BEAR, STEARNS & CO. INC. 383 MADISON AVENUE NEW YORK, NY 10179 (212) 272-2000 WWW.BEARSTEARNS. COM



Tribune Company
Earnings Model
*(\$ in thousands, except per share data)*

BEAR STEARNS
Alexia S. Quadrani
212-272-2149

| | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06E | 2005 | 2006E | 2007E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| Publishing | $ 1,005.5 | $ 1,038.6 | $ 980.4 | $ 1,072.4 | $ 996.5 | $ 1,020.3 | $ 956.5 | $ 1,071.9 | $ 4,096.9 | $ 4,053.2 | $ 4,097.0 |
| % change | 0.2% | -0.7% | -0.1% | -2.4% | -0.9% | -1.0% | -2.4% | 0.0% | -0.6% | -1.1% | 1.1% |
| Broadcasting and Entertainment | 310.2 | 413.4 | 422.6 | 342.6 | 302.6 | 403.6 | 392.6 | 323.1 | 1,488.8 | 1,421.8 | 1,454.8 |
| % change | -5.6% | -8.2% | -2.3% | -11.1% | -2.5% | -2.4% | -7.1% | -5.7% | -6.7% | -4.5% | 2.3% |
| Television | 290.1 | 324.4 | 306.6 | 318.9 | 284.2 | 320.3 | 277.5 | 298.9 | 1,240.1 | 1,181.0 | 1,214.0 |
| % change | -5.3% | -11.6% | -6.2% | -9.5% | -2.0% | -1.3% | -9.5% | -6.3% | -8.4% | -4.6% | 2.8% |
| Radio/Entertainment | 20.1 | 88.9 | 115.9 | 23.7 | 18.3 | 83.3 | 115.0 | 24.2 | 248.7 | 240.8 | 240.8 |
| % change | -9.7% | 8.3% | 9.8% | -27.6% | -9.1% | -6.3% | -0.8% | 2.1% | 2.4% | -3.2% | 0.0% |
| Total Revenues | 1,315.7 | 1,452.0 | 1,402.9 | 1,415.0 | 1,299.1 | 1,431.9 | 1,349.0 | 1,395.0 | 5,585.6 | 5,475.0 | 5,552.7 |
| % change | -1.2% | -2.9% | -0.8% | -4.7% | -1.3% | -1.4% | -3.9% | -1.4% | -2.5% | -2.0% | 1.4% |
| **Cash Expenses** | | | | | | | | | | | |
| Publishing | 762.3 | 775.8 | 768.3 | 807.5 | 779.7 | 777.2 | 771.7 | 815.6 | 3,113.9 | 3,144.2 | 3,211.8 |
| % change | -0.9% | -0.1% | 2.1% | 1.5% | 2.3% | 0.2% | 0.4% | 1.0% | 0.1% | 1.0% | 2.2% |
| Broadcasting and Entertainment | 230.4 | 270.5 | 278.9 | 224.8 | 220.7 | 279.1 | 271.3 | 220.5 | 1,004.6 | 991.5 | 1,010.4 |
| % change | 5.2% | -2.1% | -0.7% | 0.6% | -4.2% | 3.2% | -2.7% | -1.9% | 0.5% | -1.3% | 1.9% |
| Television | 191.0 | 195.9 | 201.3 | 206.6 | 198.5 | 204.0 | 191.6 | 201.6 | 794.8 | 795.8 | 811.7 |
| % change | -0.7% | -2.4% | 4.1% | 6.5% | 3.9% | 4.2% | -4.8% | -2.4% | 1.8% | 0.1% | 2.0% |
| Radio/Entertainment | 39.5 | 74.7 | 77.5 | 18.1 | 22.2 | 75.1 | 79.6 | 18.8 | 209.8 | 195.7 | 198.7 |
| % change | 47.5% | -1.3% | -11.4% | -38.0% | -43.7% | 0.6% | 2.7% | 3.8% | -4.3% | -6.7% | 1.5% |
| Corporate Expenses | 13.0 | 13.1 | 12.7 | 10.4 | 20.0 | 13.7 | 13.4 | 10.8 | 49.2 | 57.8 | 59.6 |
| % change | 4.6% | 6.3% | 5.1% | -24.2% | 53.5% | 4.7% | 5.3% | 3.4% | -2.7% | 17.5% | 3.0% |
| Total Cash Expenses | 1,005.8 | 1,059.3 | 1,059.9 | 1,042.7 | 1,020.5 | 1,070.0 | 1,056.4 | 1,046.8 | 4,167.7 | 4,193.6 | 4,281.8 |
| % change | 0.5% | -0.6% | 1.4% | 1.0% | 1.5% | 1.0% | -0.3% | 0.4% | 0.6% | 0.6% | 2.1% |
| **EBITDA** | | | | | | | | | | | |
| Publishing | 243.2 | 262.9 | 212.0 | 264.8 | 216.8 | 251.1 | 184.7 | 256.3 | 982.9 | 909.0 | 886.0 |
| *Publishing EBITDA Margin* | 24.2% | 25.3% | 21.6% | 24.7% | 21.8% | 24.4% | 19.3% | 23.9% | 24.0% | 22.4% | 21.6% |
| Broadcasting and Entertainment | 79.8 | 142.8 | 143.7 | 117.9 | 81.8 | 124.4 | 121.3 | 102.7 | 484.2 | 430.2 | 444.4 |
| *Broadcasting EBITDA Margin* | 25.7% | 34.6% | 34.0% | 34.4% | 27.0% | 30.8% | 30.9% | 31.8% | 32.5% | 30.3% | 30.5% |
| Television | 99.1 | 128.6 | 105.3 | 112.3 | 85.7 | 116.2 | 85.9 | 97.3 | 445.3 | 385.2 | 402.3 |
| *Television EBITDA Margin* | 34.2% | 39.6% | 34.4% | 35.2% | 30.2% | 36.3% | 31.0% | 32.5% | 35.9% | 32.6% | 33.1% |
| Radio/Entertainment | (19.3) | 14.3 | 38.4 | 5.6 | (3.9) | 8.2 | 35.4 | 5.4 | 38.9 | 45.1 | 42.1 |
| *Radio/Entertainment EBITDA Margin* | -95.8% | 16.1% | 33.1% | 23.6% | -21.4% | 9.8% | 30.8% | 22.3% | 15.7% | 18.7% | 17.5% |
| Corporate Expenses | (13.0) | (13.1) | (12.7) | (10.4) | (20.0) | (13.7) | (13.4) | (10.8) | (49.2) | (57.8) | (59.6) |
| EBITDA | 310.0 | 392.6 | 343.0 | 372.3 | 278.6 | 361.9 | 292.7 | 348.2 | 1,417.9 | 1,281.4 | 1,270.9 |
| *EBITDA Margin* | 23.6% | 27.0% | 24.5% | 26.3% | 21.4% | 25.3% | 21.7% | 25.0% | 25.4% | 23.4% | 22.9% |
| D&A | (57.9) | (57.7) | (55.6) | (72.2) | (55.8) | (55.4) | (57.4) | (56.2) | (243.4) | (224.8) | (231.9) |
| Operating Profit | 252.1 | 334.9 | 287.4 | 300.1 | 222.9 | 306.4 | 235.3 | 292.0 | 1,174.5 | 1,056.6 | 1,038.9 |
| *Operating Margin* | 19.2% | 23.1% | 20.5% | 21.2% | 17.2% | 21.4% | 17.4% | 20.9% | 21.0% | 19.3% | 18.7% |
| Net Profit(loss) on Equity Investments | 0.5 | 11.9 | 8.1 | 20.8 | 6.5 | 20.0 | 18.7 | 26.0 | 41.2 | 71.3 | 74.2 |
| Net Interest Expense | (34.0) | (34.2) | (35.7) | (43.7) | (46.6) | (44.8) | (79.6) | (77.0) | (147.7) | (240.0) | (327.0) |
| Pretax Income | 218.5 | 312.6 | 259.7 | 277.2 | 182.8 | 281.7 | 174.4 | 241.0 | 1,068.0 | 879.9 | 786.1 |
| Income Taxes | (85.2) | (123.2) | (101.3) | (99.4) | (63.4) | (113.0) | (63.5) | (94.0) | (409.0) | (333.8) | (306.6) |
| *Effective Tax Rate* | 39.0% | 39.4% | 39.0% | 35.9% | 34.7% | 40.1% | 36.4% | 39.0% | 38.3% | 37.9% | 39.0% |
| Net Income | 133.4 | 189.4 | 158.4 | 177.8 | 119.5 | 168.7 | 110.9 | 147.0 | 659.0 | 546.0 | 479.5 |
| Preferred Dividends, net of tax | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | (2.1) | 0.5 | (8.4) | (5.8) | - |
| Net Income Attributable to Common Shares | 131.3 | 187.3 | 156.3 | 175.7 | 117.4 | 166.6 | 108.8 | 147.5 | 650.6 | 540.2 | 479.5 |
| Net Income Adjustments | | | | | | | | | | | |
| Avg Diluted Shares Outstanding | 320.4 | 318.0 | 313.8 | 309.3 | 306.0 | 304.5 | 252.8 | 245.4 | 315.4 | 277.2 | 231.1 |
| EPS - Continuing Operations | $ 0.41 | $ 0.59 | $ 0.50 | $ 0.57 | $ 0.38 | $ 0.55 | $ 0.43 | $ 0.60 | $2.06 | $ 1.95 | $ 2.08 |
| % change | 2.2% | -5.2% | -2.9% | -20.4% | -6.4% | -7.1% | -13.5% | 5.8% | -8.0% | -5.5% | 6.5% |
| GAAP EPS | $0.44 | $0.73 | $0.07 | $0.43 | | | | | $1.67 | | |
| Pre-Options EPS | $ 0.41 | $ 0.59 | $ 0.50 | $ 0.57 | $ 0.42 | $ 0.56 | $ 0.44 | $ 0.61 | $2.06 | $ 2.03 | $ 2.16 |
| % change | 2.2% | -5.2% | -2.9% | -20.4% | 3.4% | -5.4% | -11.5% | 7.5% | -8.0% | -1.5% | 6.1% |
| Post-Options EPS | $0.37 | $0.43 | $0.48 | $0.49 | $ 0.38 | $ 0.55 | $ 0.43 | $ 0.60 | $1.76 | $ 1.95 | $ 2.08 |
| % change | 7.9% | -24.2% | 3.5% | -26.3% | 3.9% | 27.5% | -10.9% | 23.1% | -12.9% | 10.5% | 6.5% |

Note: Tribune will begin expensing stock options in Q106; we include these costs in the corporate expenses line. 2006 EBITDA margin is impacted by 180 bps due to stock option expense.
EPS - Continuing Operations includes stock options expense but excludes one-time items such as marking-to-market of derivatives, restructuring charges, and circulation misstatement charges. GAAP EPS include
3Q06E: EPS estimate does not include an expected $19 million pre-tax gain on sale of 2.8 million Time Warner shares that are unrelated to PHONES.
1Q06: EPS excludes $0.04 ($19mln) severance charge, $0.02 non-operating charge and a $0.01 ($7mln) gain on the sale of property. GAAP EPS was $0.33.
Tribune accelerated vesting of stock options in Q2 05, resulting in an additional $0.11 dilution

Source: Company reports and Bear, Stearns & Co. estimates.



Confidential

2

**Important Disclosures**

The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

This report has been prepared in accordance with the Firm's conflict management policies. Bear Stearns is unconditionally committed to the integrity, objectivity, and independence of its research. Bear Stearns research analysts and personnel report to the Director of Research and are not subject to the direct or indirect supervision or control of any other Firm department (or members of such department).

This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information or opinion contained herein, and the frequency of subsequent publications, if any, remain in the discretion of the author and the Firm.

Analyst Certification

The research analyst(s) primarily responsible for the preparati on this research report hereby certify that all of the views expressed in this research report accurately reflect their personal views about any and all of the subject securities or issuers. The research analyst(s) also certify that no part of their compensation was, is, or will be, directly or indirectly, related to the specific recomm endations or views expressed in this research report.
Alexia Quadrani

Companies Analyzed

* Tribune Company (TRB)  - $ 31.00 (as of January 03, 2007 16:00 ET) - Peer Perform



**Bear, Stearns & Co. Inc. Equity Research Rating System:**

Ratings for Stocks (vs. analyst coverage universe):
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximate ly in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperfo rm analyst's industry coverage universe over the next 12 months.

Ratings for Sectors (vs. regional broader market index):
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region (S&P 500 in the US) over the next 12 months.
Market Weight (MW) - Expect the indus try to perform approximately in line with the primary market index for the region (S&P 500 in the US) over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region (S&P 500 in the US) over the next 12 months.

Confidential

Bear, Stearns & Co. Inc. Ratings Distribution as of September 30, 2008:
Outperform (Buy):   43.3  / 4.6

Peer Perform (Neutral):    47.7 / 3.3

Underperform (Sell):   9.1 / 0.0


Alexia Quadrani,Publish ing

Securities covered by the author(s) of this report include:

Dow Jones & Co.,Gannett Company,Gatehous e Media,Journal  Register Company,New  York Times Company,The
E.W. Scripps Company,Tribune  Company



4

Confidential

## Disclaimers

### OTHER DISCLAIMERS

This report has been prepared by Bear, Stearns & Co. Inc., Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, "Bear Stearns"), as indicated on the cover page hereof. This report has been adopted and approved for distribution in the United States by Bear, Stearns & Co. Inc. for its and its affiliates' customers. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is authorize d and regulated by the United Kingdom Financial Services Authority. Private Customers in the U.K. should contact their Bear, Stearns International Limited representatives about the investments concerned. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Additional information is available upon request.

Bear Stearns and its employees, officers, and directors deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including in transactions which may be contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein. Bear Stearns is affiliated with a specialist that may make a market in the securities of the issuers referred to in this document, and such specialist may have a position (long or short) and may be on the opposite side of public orders in such securities.

This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained in the subject report (not including disclosures contained herein) has been obtained from sources we believe to be reliable, the accuracy and completeness of such information and the opinions expressed herein cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information or opinion contained herein.

This publication is being furnished to you for informational purposes only and on the condition that it will not form the sole basis for any investment decision. Each investor must make their own determina tion of the appropriateness of an investment in any securities referred to herein based on the tax, or other considerations applicable to such investor and its own investment strategy. By virtue of this publication, neither Bear Stearns nor any of its employees, nor any data provider or any of its employees shall be responsible for any investment decision. This report may not be reproduced, distributed, or published wit hout the prior consent of Bear Stearns. ©2007. All rights reserved by Bear Stearns. Bear Stearns and its logo are registered trademarks of The Bear Stearns Companies Inc. This report may discuss numerous securities, some of whic h may not be qualified for sale in certain states and may therefore not be offered to investors in such states. This document should not be construed as providing investment services. Investing in non-U.S. securities including ADRs involves significant risks such as fluctuation of exchange rates that may have adverse effects on the value or price of income derived from the security. Securities of some foreign companies may be less liquid and prices more volatile than securities of U.S. companies. Securities of non-U.S. issuers may not be registered with or subject to Securities and Exchange Commission reporting requirements; therefore, information regardin g such issuers may be limited.

NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX, or Nasdaq National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

### CIR 230 Disclaimer

Bear Stearns does not provide tax, legal or accounti ng advice. You should consult your own tax, legal and accounting advisors before engaging in any transaction.

In order for Bear Stearns to comply with Internal Revenue Service Circular 230 (if applicable), you are notified that any discussion of U.S. federal tax issues contained or refe rred to herein is not intended or written to be used, and cannot be used, for the purpose of: (A) avoiding penalties that may be impos ed under the Internal Revenue Code; nor (B) promoting, marketing or recommending to anot her party any transaction or matter discussed herein.

