

# Tribune Reports 2006 Third Quarter Results

10th Oct, 2006 | Posted in Corporate, Financial

Tribune Company (NYSE: TRB) today reported third quarter 2006 diluted earnings per share from continuing operations of $.65 compared with $.06 in the third quarter of 2005.

Third quarter 2006 results from continuing operations included the following:

- A net non-operating gain of $.22 per diluted share, $.19 of which relates to the restructuring in September of TMCT, LLC and TMCT II, LLC, two partnerships that Tribune inherited in its acquisition of Times Mirror. Tribune recorded a one-time gain of $48 million, net of tax, as a result of this transaction.

Third quarter 2005 results from continuing operations included the following:

- A net non-operating loss of $.43 per diluted share related primarily to an adverse tax ruling disallowing the 1998 tax-free reorganization of Matthew Bender, a former subsidiary of Times Mirror. Tribune inherited the preexisting tax dispute in its acquisition of Times Mirror.

Tribune presents earnings per share amounts on a generally accepted accounting principles ("GAAP") basis only. This differs from the pro forma earnings per share amounts supplied by broker analysts to databases such as First Call.

"Our third quarter financial results reflect the continued soft advertising environment," said Dennis FitzSimons, Tribune chairman, president and chief executive officer. "However, growth in our interactive business is solid and the newly-launched CW Network will drive improved prime time ratings and revenues at our television stations. We continue to make progress with our overall performance improvement plan as we focus on maximizing value for Tribune shareholders."

On Sept. 21, 2006, the company announced that its board of directors had established an independent special committee to oversee management's exploration of strategic alternatives for creating additional value for shareholders.

As part of its performance improvement plan, the company announced the sales of its Atlanta and Albany television stations in June 2006 and its Boston television station in September. The results of operations of these stations are now reported as discontinued operations. Tribune closed the sale of its Atlanta television station during the third quarter. The Boston and Albany sales will close upon regulatory approval.

**THIRD QUARTER 2006 RESULTS FROM CONTINUING OPERATIONS**
**(Compared to Third Quarter 2005)[1]**

**CONSOLIDATED**

Tribune's 2006 third quarter operating revenues decreased 3 percent, or $35 million, to $1.35 billion. Consolidated cash operating expenses were up 1 percent, or $11 million, which included $4 million of stock-based compensation expense. Operating cash flow was down 14 percent to $293 million from $338 million, while operating profit declined 17 percent to $235 million from $283 million.

**PUBLISHING**

Publishing's third quarter operating revenues were $956 million, down 2 percent, or $24 million. Publishing cash operating expenses increased $3 million to $772 million. Publishing operating cash flow was $185 million, a 13 percent decrease from $212 million in 2005. Publishing operating profit decreased 17 percent to $141 million, down from $170 million in 2005.

**Management Discussion**

- Advertising revenues decreased 2 percent, or $17 million, for the quarter. Excluding Newsday, advertising revenues declined 1 percent, or $6 million.
- Retail advertising revenues were flat for the quarter. Increases at South Florida, Orlando, Chicago and Newport News were offset by decreases at Newsday and Hartford. Preprint revenues decreased 1 percent; excluding Newsday, preprint revenues were up 1 percent.
- National advertising revenues were down 8 percent for the quarter, with declines across most categories.
- Classified advertising revenues declined 1 percent for the quarter: real estate revenues rose 24 percent, auto revenues fell by 15 percent and help wanted revenues declined 10 percent.
- Interactive revenues, which are included in the above categories, were up 28 percent to $61 million, mainly due to strength across all classified categories.
- Circulation revenues were down 6 percent, or $9 million, for the quarter.
  - Individually paid circulation (home delivery plus single copy) for Tribune's 11 metro newspapers averaged 2.8 million copies daily (Mon-Fri) and 4.0 million copies Sunday, down about 0.8 percent and 2.5 percent respectively, from the same reporting period in 2005.
  - Total net paid circulation averaged 2.8 million copies daily (Mon-Fri), off 3.8 percent from the prior year's third quarter, and 4.1 million copies Sunday, representing a decline of 4.6 percent from the prior year as the company continued to reduce "other paid" circulation.
- Cash operating expenses increased $3 million primarily due to $2 million of stock-based compensation expense and a $2 million severance charge related to outsourcing circulation call centers. All other cash expenses were down slightly as increases in mailed preprint advertising postage, outside services and newsprint expense were more than offset by lower compensation expense resulting from a 5 percent reduction in full time equivalent employees.

## BROADCASTING AND ENTERTAINMENT

Broadcasting and entertainment's third quarter operating revenues decreased 3 percent to $393 million, down from $403 million in 2005. Group cash operating expenses increased 3 percent, or $7 million, to $271 million. Operating cash flow was $121 million, down 13 percent from $139 million, and operating profit decreased 15 percent to $108 million from $127 million in 2005.

Television's third quarter revenues decreased 3 percent to $278 million, down from $288 million in 2005. Television cash operating expenses were up 3 percent, or $5 million from last year. Television operating cash flow was $86 million, a 15 percent decrease from $101 million in 2005. Television operating profit declined 18 percent to
$74 million, down from $90 million.

**Management Discussion**

- Station revenues in Los Angeles showed improvement in part due to increased political advertising, while New York and Chicago were down for the quarter. On a group basis, declines in the retail, health care, auto and restaurant categories were partially offset by gains in movies, telecom and education categories.
- Television's cash operating expenses were up 3 percent, or $5 million, due to a $6 million increase in broadcast rights and $1 million of stock-based compensation expense, partially offset by current year cost savings and the absence of approximately $2 million of costs related to Hurricane Katrina at our two New Orleans stations in 2005.
- Radio/entertainment revenues reflect reduced syndication revenues at Tribune Entertainment and lower revenues at WGN Radio, partially offset by higher revenues for the Chicago Cubs.

## EQUITY RESULTS

Net equity income was $19 million in the third quarter of 2006, compared with $8 million in the third quarter of 2005. The increase reflects operating improvements at TV Food Network and CareerBuilder, as well as the absence of losses from The WB Network.

**NON-OPERATING ITEMS**

In the 2006 third quarter, Tribune recorded a pre-tax non-operating gain of $64 million primarily as a result of the restructuring of TMCT, LLC and TMCT II, LLC. Other non-operating items included a gain on the sale of 2.8 million shares of Time Warner stock unrelated to the PHONES and a loss from marking-to-market the derivative component of the company's PHONES and the related Time Warner investment. In addition, the company recorded a favorable $4 million income tax expense adjustment as a result of resolving certain state income tax issues. In the aggregate, non-operating items in the third quarter of 2006 resulted in an after-tax gain of $56 million, or $.22 per diluted share.

In the 2005 third quarter, Tribune recorded a pre-tax non-operating gain of $27 million primarily from marking-to-market the derivative component of the company's PHONES and the related Time Warner investment. In addition, the company recorded $150 million of additional income tax expense as a result of the Matthew Bender Tax Court ruling. The company has appealed the Tax Court ruling to the United States Court of Appeals for the Seventh Circuit. Tribune does not expect a ruling before the second half of 2007. The company cannot predict with certainty the outcome of this appeal. In the aggregate, non-operating items in the third quarter of 2005 resulted in an after-tax loss of $134 million, or $.43 per diluted share.

**ADDITIONAL FINANCIAL DETAILS**

Corporate expenses for the 2006 third quarter increased to $14 million from $13 million in the third quarter of 2005, primarily due to $1 million of stock-based compensation expense.

In conjunction with the leveraged recapitalization initiated in May, the company acquired 45 million shares of its common stock at a price of $32.50 per share on July 5, 2006. The company also acquired 10 million shares of its common stock from the McCormick Tribune Foundation and the Cantigny Foundation at a price of $32.50 per share on July 12. In addition, Tribune repurchased 11 million shares in the third quarter of 2006 in the open market. Diluted weighted average shares outstanding declined by 19 percent from the third quarter of 2005 due to the stock repurchases.

Interest expense for the 2006 third quarter increased to $84 million, up 118 percent from $39 million in the third quarter of 2005. The increase in interest expense was primarily due to higher debt levels and interest rates. Debt, excluding the PHONES, was $4.7 billion at the end of the 2006 third quarter and $2.0 billion at the end of the 2005 third quarter. The increase was due to financing the stock repurchases and paying the Matthew Bender and Mosby tax liabilities in the fourth quarter of 2005.

Capital expenditures were $57 million in the third quarter of 2006.

**DETAILS OF CONFERENCE CALL**

Today at 8 a.m, CT, management will host a conference call to discuss third quarter 2006 results. To access the call, dial 800/561-2601 (domestic) or 617/614-3518 (international) at least 10 minutes prior to the scheduled 8 a.m. start. The participant access code is 72156881. Replays of the conference call will be available October 19 through October 26. To hear the replay, dial 888/286-8010 (domestic) or 617/801-6888 (international) and use access code 61413683. A live webcast will be accessible through www.tribune.com and www.earnings.com. An archive of the webcast will be available on these sites from October 19 through November 2.

More information about Tribune is available at www.tribune.com or by calling 800/757-1694.

:: :: ::

[1] "Operating profit" for each segment excludes interest and dividend income, interest expense, equity income and losses, non-operating items and income taxes. "Operating cash flow" is defined as operating profit before depreciation and amortization. "Cash operating expenses" are defined as operating expenses before depreciation

and amortization. Tables accompanying this release include a reconciliation of operating profit to operating cash flow and operating expenses to cash operating expenses. References to individual daily newspapers include their related businesses.

ShareThis 310 views, 4 so far today

**About Tribune Company**

TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

# Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- ## Press Release Library

## Search

[    GO    ]

- ## Browse by Type

    - Broadcasting
    - Corporate
    - Financial
    - Interactive
    - Publishing
    - Restructuring
    - Transcripts

- ## Browse by Year

    - 2010
    - 2009
    - 2008
    - 2007
    - 2006
    - 2005
    - 2004