

# Chicago Tribune | ARTICLE COLLECTIONS

You are here: ChicagoTribune.com > Collections

Ads by Google

**ESOP Valuation Experts**
Prairie Capital Advisors:
Serving ESOP Companies
Nationwide
www.prairiecap.com

**Obama's Credit Card Bill**
Need a Credit Card
Bailout? Find Out if You
Qualify For Relief!
www.LowerMyBills.com

**Overwhelmed With Debt?**
Reduce Debt up to 50%
Save Money & Be Debt
Free. $15K Min
www.Freedom-Debt-Relief.com

**Debt Settlement Warning**
Avoid Scams - 14 Must
Ask Qs For All Debt
Settlement Companies.
NewEraDebtSolutions.com

**ESOP Participant**
Insider Transactions May
Be Destroying Your
Retirement
cmht.com

FEATURED ARTICLES

Tribune near deal to sell 2 small papers
March 2, 2007

## Zell plan calls for ESOP at Tribune
**Restructuring would let firm use tax breaks**

February 24, 2007 | By Michael Oneal, Tribune staff reporter. Media columnist Phil Rosenthal contributed to this report.

Chicago real estate magnate Sam Zell is proposing to participate in a buyout of Tribune Co. in a deal structured around an employee stock ownership plan, several sources close to the situation said Friday.

The deal is one of several options being considered by the special committee of independent directors charged with overseeing Tribune's months-long effort to sell or restructure the company.

It would create a privately held, highly leveraged company that would be able to take advantage of federal tax breaks associated with ESOPs to provide a "a bigger payoff" to existing shareholders than the other restructuring options being studied by the Tribune board, one of the sources said.

Ads by Google

**ESOP Investment Bankers**
Work with the nation's leading ESOP advisory firm
www.CsgFin.com



The committee, which meets by phone Saturday, is still seriously considering a management-led plan to spin off Tribune's TV stations and pay shareholders a large dividend.

But Tribune's board has also found Zell's idea compelling enough that it feels it has a fiduciary duty to give it further study, the sources said.

It "has some intriguing elements to it," one source explained. "It's being actively worked."

Representatives for Tribune and Zell had no comment.

Zell's interest in Tribune was first reported by the Chicago Tribune on Feb. 7. Since then, the board and management have concentrated on a "self-help" restructuring.

That deal would involve a tax-free spinoff of the company's television stations and taking on a large debt load to finance a dividend in the $20 range for existing shareholders.

Tribune is also exploring selling its newspapers in Stamford and Greenwich, Conn., to Gannett Co., sources said, and it may consider selling the Chicago Cubs baseball team.

The board has said it will complete the process by the end of the first quarter.

Details of Zell's proposal were sketchy Friday. But one source said the Chicago billionaire's private firm and an ESOP would team up to purchase Tribune's shares and keep the company largely intact for now, including keeping management in place.

It was not clear whether the McCormick Tribune Trust, a non-profit charitable organization that is Tribune's second-largest shareholder, with a 13.1 percent stake, would also participate. How much of the company Zell or employees would own was also not known.

The tax benefits of an ESOP structure are what would allow the deal to give existing shareholders a bigger payout for their shares. In an ESOP, an employer is allowed to write off money used to fund employee retirement plans as well as pay off both the principal and interest on the large pile of debt needed to buy the company.

Presumably such a deal might also achieve another prime objective of Tribune's management and the board: Cashing out California's Chandler family, the company's largest shareholder, with a 20 percent stake.

Zell's deal would present a high risk but potentially high reward proposition for Tribune employees. Their retirement nest eggs would be concentrated in a new company with a large amount of debt. But if the newspaper and local TV

industries turn around, employees would stand to reap big returns Tribune, which owns the Chicago Tribune, saw its revenues drop by 5 percent in January.

----------

mdoneal@tribune.com

philrosenthal@tribune.com

Ads by Google

### ESOP Consulting
Nation's largest ESOP advisor will help structure optimized deal
www.CsgFin.com



Index by Keyword | Index by Date | Privacy Policy | Terms of Service