
# WACHOVIA

*A publication of*
WACHOVIA CAPITAL MARKETS, LLC

## *Equity Research*

## Tribune Co.
TRB: Why The ESOP Structure Appeals To Sam, Ron, And Eli

- **Burkle/Broad $34 counter-bid also an ESOP buyout structure.** Press reports suggest the ESOP structure continues to gain momentum as it relates to the Tribune auction. A discussion with a tax specialist in ESOPs gives us a better understanding of what makes the structure appealing to Zell, Burkle, Broad, and some existing shareholders.

- **Equity sellers (Chandlers?) can potentially defer capital gains.** One of the major benefits of an ESOP structure is that the equity sellers of the acquired entity can defer capital gains tax under IRC section 1042, by purchasing "qualified replacement property." This is essentially any debt or equity from either a private or public corporation. The section 1042 transaction is similar to a section 1031 real estate exchange. To qualify for the treatment, the sellers must sell at least 30% of their holdings in the initial tranche (round) of the deal. We think this benefit could be one of the reasons that the company has been favoring the Zell bid, as the Chandlers, the McCormick Trust, and management could all potentially benefit from this.

- **Only under ESOPs are interest and principal debt payments tax-deductible.** The mechanics are as follows: after the ESOP buyout, the company makes contributions to the ESOP (similar to typical pension contributions) as an operating expense. The ESOP uses the contributions to pay back principal on the debt, though there are limits on the amounts of contributions. Big picture, if a company borrows $10 billion using an ESOP buyout structure, it is equivalent to borrowing $6 billion for a typical buyout (assuming a 40% tax rate), in terms of repayment obligations. Overall, this benefit allows for increased leverage.

- **Preferred stock can boost pretax principal debt payment capacity.** By incorporating preferred stock in the ESOP buyout structure, dividends can be paid to the ESOP with pretax dollars, which allows for additional tax-free paydown of debt principal, and can supplement the ESOP contribution limits.

- **Why would employees go for it?** The often cited motivation is to gain an ownership stake in the business and build wealth. While probably true to some extent, we think the employees (or their advisors) believe the assets are undervalued.

**Valuation Range: $28 to $30**
Our $28-$30 valuation range is based on the average of 13.0x our 2008E EPS, 8.0x our 2008E EBITDA and a $35 break-up valuation. Risks include: (1) a slowdown in the advertising market; (2) overpaying for acquisitions; and (3) worse-than-expected results at the new CW network.

**Investment Thesis:**
Our Market Perform is predicated on our belief that TRB is trading on a potential takeout value, rather than fundamentals, and we do not view the risk/reward as compelling.

---

**Market Perform**
Sector: Newspapers, Market Weight
March 30, 2007

*Company Note*

| EPS | 2006A | 2007E Curr. | Prior | 2008E Curr. | Prior |
|---|---|---|---|---|---|
| Q1 (Mar.) | $0.38 | $0.29 | NC | $0.35 | NC |
| Q2 (June) | 0.55 | 0.54 | NC | 0.60 | NC |
| Q3 (Sep.) | 0.43 | 0.40 | NC | 0.44 | NC |
| Q4 (Dec.) | 0.68 | 0.63 | NC | 0.66 | NC |
| FY | $2.03 | $1.86 | NC | $2.06 | NC |
| CY | $2.03 | $1.86 | | $2.06 | |
| FY P/E | 15.5x | 17.0x | | 15.3x | |
| Rev.(MM) | $5,547.0 | $5,265.0 | | $5,359.0 | |

Source: Company Data, Wachovia Capital Markets, LLC estimates, and Reuters
NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful

| | |
|---|---|
| Ticker | TRB |
| Price | $31.53 |
| 52-Week Range: | $27-35 |
| Shares Outstanding: (MM) | 241.4 |
| Market Cap.: (MM) | $7,611.3 |
| S&P 500: | 1,422.53 |
| Dividend/Yield: | $0.72/2.3% |
| LT Debt: (MM) | $4,400.0 |
| LT Debt/Total Cap.: | 45.0% |
| ROE: | 10.0% |
| 3-5 Yr. Est. Growth Rate: | 6.0% |
| CY 2007 Est. P/E-to-Growth: | 2.8x |
| Last Reporting Date: | 02/08/2007 |

Source: Company Data, Wachovia Capital Markets, LLC estimates, and Reuters

**Publishing & Advertising**

John Janedis, CFA, Senior Analyst
(212) 214-5027 / john.janedis@wachovia.com
Jaime Neuman, CFA, CPA, Associate Analyst
(212) 214-5815 / jaime.neuman@wachovia.com
Brendan Metrano, CFA, Associate Analyst
(212) 214-8064 / brendan.metrano@wachovia.com

---

**Please see page 2 for rating definitions, important disclosures and required analyst certifications.**

WCM does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report *and* investors should consider this report as only a single factor in making their investment decision.

Publishing & Advertising

WACHOVIA CAPITAL MARKETS, LLC<br>EQUITY RESEARCH DEPARTMENT

**Company Description:**
Tribune is one of the country's leading media companies, operating businesses in publishing and broadcasting. In publishing, Tribune operates 11 leading daily newspapers, including the LA Times, Chicago Tribune and Newsday. The company's broadcasting group operates over 20 television stations, Superstation WGN on national cable, Chicago's WGN-AM and the Chicago Cubs baseball team.

## *Required Disclosures*



Tribune Co. (TRB) 3-yr. Price Performance

| | Date | Close Price ($) | Rating Code | Target Price ($) | Val. Rng. Low | Val. Rng. High |
|---|---|---|---|---|---|---|
| | 8/1/2006 | Janedis | | | | |
| ⊗ | 8/1/2006 | 29.95 | 2 | NE | 28.00 | 30.00 |
| ⊗ | 9/14/2006 | 31.25 | 2 | NE | 27.00 | 29.00 |
| ⊗ | 10/19/2006 | 32.91 | 2 | NE | 29.00 | 31.00 |
| ⊗ | 3/21/2007 | 29.10 | | NE | 28.00 | 30.00 |

Source: Wachovia Capital Markets, LLC estimates and Bridge data        Beginning 01/04/2004 stock valuation range replaces target price

| Symbol Key | | Rating Code Key | | |
|---|---|---|---|---|
| ◆ Rating Scale Conversion | ▲ Rating Upgrade | 1 Outperform | SR Suspended |
| ⊗ Rating, Target Price and/or Val. Rnge. Chnge. | ⊠ Analyst Change | 2 Market Perform | NR Not Rated |
| ▼ Rating Downgrade | ⊙ Split Adjustment | 3 Underperform | NE Not Estimate |

### *Additional Information Available Upon Request*

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

- Wachovia Capital Markets, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from Tribune Co..

JPM_00056421

Tribune Co.

WACHOVIA CAPITAL MARKETS, LLC
EQUITY RESEARCH DEPARTMENT

Risks include: (1) a slowdown in the advertising market; (2) overpaying for acquisitions; and (3) worse-than-expected results at the new CW network.

Wachovia Capital Markets, LLC does not compensate its research analysts based on specific investment banking transactions. WCM's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## STOCK RATING

1 = Outperform: The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY

2 = Market Perform: The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD

3 = Underperform: The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

## SECTOR RATING

O = Overweight: Industry expected to outperform the relevant broad market benchmark over the next 12 months.

M = Market Weight: Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

U = Underweight: Industry expected to underperform the relevant broad market benchmark over the next 12 months.

## VOLATILITY RATING

V = A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

As of: March 30, 2007

| | |
|---|---|
| 42% of companies covered by Wachovia Capital Markets, LLC Equity Research are rated Outperform. | Wachovia Capital Markets, LLC has provided investment banking services for 37% of its Equity Research Outperform-rated companies. |
| 55% of companies covered by Wachovia Capital Markets, LLC Equity Research are rated Market Perform. | Wachovia Capital Markets, LLC has provided investment banking services for 32% of its Equity Research Market Perform-rated companies. |
| 3% of companies covered by Wachovia Capital Markets, LLC Equity Research are rated Underperform. | Wachovia Capital Markets, LLC has provided investment banking services for 26% of its Equity Research Underperform-rated companies. |

## *Additional Disclosures For International Clients*

For additional disclosure information please go to: www.wachoviaresearch.com

The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For certain non-U.S. institutional readers (including readers in the EEA), this report is distributed by Wachovia Securities International Limited. For the purposes of Section 21 of the U.K. Financial Services and Markets Act 2000, this report has been approved by Wachovia Securities International Limited. This research is not intended for, and should not be relied on by, private customers. Please consult your Financial Advisor or the Wachovia Securities office in your area for additional information. U.S. residents are directed to wachovia.com for investment and related services.

For Wachovia Securities International Limited's policy for managing conflicts of interest in connection with research, please go to: www.wachoviaresearch.com/conflicts

JPM_00056422

Publishing & Advertising

## Important Information for Australian Recipients

Wachovia Capital Markets, LLC ("WCM") is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. WCM is a registered broker-dealer registered with the U.S. Securities and Exchange Commission, and a member of the New York Stock Exchange, the National Association of Securities Dealers, Inc. and the Securities Investor Protection Corp. WCM is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to you by WCM in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

## Additional Disclosures

WCM is a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of the New York Stock Exchange, the National Association of Securities Dealers, Inc., and the Securities Investor Protection Corp. Wachovia Securities International Limited is a U.K. incorporated investment firm authorized and regulated by the Financial Services Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wachovia Capital Markets, LLC, to be reliable, but Wachovia Capital Markets, LLC, does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of Wachovia Capital Markets, LLC, at this time, and are subject to change without notice. Wachovia Capital Markets, LLC, and its affiliates may, from time to time provide advice with respect to, acquire, hold, or sell a position in, the securities or instruments named or described in this report. For the purposes of the U.K. Financial Services Authority's rules, this report constitutes impartial investment research. Each of Wachovia Capital Markets, LLC, and Wachovia Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2007 Wachovia Capital Markets, LLC.

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE

4

JPM_00056424