

Media Relations

back | home

# Tribune Reports 2006 Fourth Quarter and Full Year Results

8th Feb, 2007 | Posted in Corporate, Financial

Tribune Company (NYSE: TRB) today reported fourth quarter 2006 diluted earnings per share from continuing operations of $.96 compared with $.42 in the fourth quarter of 2005. For the full year 2006, Tribune reported diluted earnings per share from continuing operations of $2.39 compared with $1.63 in 2005.

Fourth quarter 2006 and 2005 results from continuing operations included the following:

- A charge of $.02 per diluted share in the 2006 quarter for the elimination of approximately 400 positions, compared with a charge of $.09 per diluted share in the 2005 quarter for the elimination of approximately 900 positions. The position eliminations in both quarters were primarily in the publishing group.
- A charge of $.01 per diluted share in the 2006 quarter and a charge of $.04 per diluted share in the 2005 quarter related to the shutdown of the Los Angeles Times San Fernando Valley printing facility.
- A gain of $.02 per diluted share in the 2006 quarter related to the sale of the corporate airplane.
- A pension curtailment gain of $.03 per diluted share in the 2005 quarter as a result of the Company's replacement of certain defined benefit plans with a defined contribution plan.
- A net non-operating gain of $.29 per diluted share in the 2006 quarter, compared with a net non-operating loss of $.04 per diluted share in the 2005 quarter.

Full year 2006 and 2005 results from continuing operations included the following:

- A charge of $.04 per diluted share in 2006 for severance and other payments associated with the new union contracts at Newsday.
- A charge of $.02 per diluted share in 2006 for the elimination of approximately 400 positions compared with a charge of $.09 per diluted share in 2005 for the elimination of approximately 900 positions. The position eliminations in both years were primarily in the publishing group.
- A charge of $.01 per diluted share in 2006 and a charge of $.04 per diluted share in 2005 related to the shutdown of the Los Angeles Times San Fernando Valley printing facility.
- A gain of $.02 per diluted share in 2006 related to real property sales in publishing.
- A gain of $.01 per diluted share in 2006 related to the Company's share of a one-time favorable income tax adjustment recorded at CareerBuilder.
- A gain of $.02 per diluted share in 2006 related to the sale of the corporate airplane.
- A pension curtailment gain of $.03 per diluted share in 2005 as a result of the Company's replacement of certain defined benefit plans with a defined contribution plan.
- A net non-operating gain of $.40 per diluted share in 2006 compared with a net non-operating loss of $.30 per diluted share in 2005.

Tribune presents earnings per share amounts on a generally accepted accounting principles ("GAAP") basis only. This differs from the pro forma earnings per share amounts supplied by broker analysts to databases such as First Call.

Tribune's fourth quarter included 14 weeks in 2006 compared to 13 weeks in 2005. The full year was comprised of 53 weeks in 2006 compared to 52 weeks in 2005.

"We ended 2006 on a positive note with solid cash flow performance in the fourth quarter. Key factors were

improved results in broadcasting, strong interactive revenue growth, and excellent expense control throughout the company," said Dennis FitzSimons, Tribune chairman, president and CEO. "Our interactive businesses have shown continued growth and we will build on that momentum. New revenue initiatives and efficient operations will be top priorities in 2007."

In June 2006, the Company announced the sales of its Atlanta and Albany television stations. The sale of the Atlanta station closed in August 2006. In September 2006, the Company announced an agreement to sell its Boston station. The sales of the Albany and Boston stations closed in December 2006. The results of operations for these stations are reported as discontinued operations.

**FOURTH QUARTER 2006 RESULTS FROM CONTINUING OPERATIONS[1]**
**(Compared to Fourth Quarter 2005)**
**(14 weeks in 2006 vs. 13 weeks in 2005)**

**CONSOLIDATED**

For the fourth quarter of 2006, the additional week increased consolidated fourth quarter operating revenues and cash expenses by approximately 6 percent, operating cash flow by approximately 7 percent and operating profit by approximately 9 percent.

Tribune's 2006 fourth quarter operating revenues increased 5 percent, or $75 million, to $1.5 billion. Consolidated cash operating expenses were up 3 percent, or $27 million, which included $5 million of stock-based compensation expense. In the fourth quarter of 2006, cash operating expenses also included $7 million of severance charges for the elimination of approximately 400 positions at publishing, a $4 million charge for the disposition of a press from the Los Angeles Times San Fernando Valley printing facility, and a $7 million gain from the sale of the corporate airplane. In the fourth quarter of 2005, cash operating expenses included $45 million of severance charges, $6 million of expenses related to the shutdown of the San Fernando Valley printing facility, and a pension curtailment gain of $18 million. Depreciation and amortization expense in the fourth quarter of 2005 included accelerated depreciation of $16 million related to the shutdown of the San Fernando Valley printing facility. Operating cash flow was up 14 percent to $383 million from $335 million, while operating profit increased 23 percent to $323 million from $264 million.

**PUBLISHING**

For the fourth quarter of 2006, the additional week increased fourth quarter advertising revenues, operating revenues and cash expenses by approximately 6 percent, operating cash flow by approximately 8 percent and operating profit by approximately 10 percent.

Publishing's fourth quarter operating revenues were $1.1 billion, up 4 percent, or $39 million. Publishing cash operating expenses were flat at $840 million. Publishing operating cash flow was $271 million, a 16 percent increase from $233 million in 2005. Publishing operating profit increased 30 percent to $225 million, up from $174 million in 2005.

Publishing's operating profit in the 2006 fourth quarter included $7 million of severance charges for the elimination of approximately 400 positions and a $4 million charge for the disposition of a press from the Los Angeles Times San Fernando Valley printing facility. Publishing operating profit in the 2005 fourth quarter included $22 million of expenses related to the shutdown of the San Fernando Valley printing facility, $43 million of severance charges for the elimination of over 800 positions and a pension curtailment gain of $13 million.

Management Discussion

- Advertising revenues increased 4 percent, or $33 million, for the quarter. Without the additional week in 2006, advertising revenues were down 3 percent.
- Retail advertising revenues increased 7 percent for the quarter primarily due to increases across all categories. Preprint revenues increased 7 percent; excluding Newsday, preprint revenues were up 9 percent.
- National advertising revenues increased 3 percent for the quarter, with increases in the movies, transportation

- and health care categories, partially offset by decreases in the auto and resorts categories.
- Classified advertising revenues were flat for the quarter: real estate revenues rose 5 percent, offset by a 4 percent decline in help wanted revenues and a 1 percent decline in auto revenues.
- Interactive revenues, which are included in the above categories, were up 31 percent to $61 million, mainly due to strength across all classified categories.
- Circulation revenues were up 1 percent, or $1.5 million, for the quarter. Excluding the additional week in 2006, circulation revenues were down 6 percent.
    - Individually paid circulation (home delivery plus single copy) for Tribune's 11 metro newspapers averaged 2.7 million copies daily (Mon-Fri) and 4.1 million copies Sunday, down about 2 percent and 3 percent, respectively, from the fourth quarter of 2005.
    - Total net paid circulation averaged 2.8 million copies daily (Mon-Fri), off 5.7 percent from the prior year's fourth quarter, and 4.2 million copies Sunday, representing a decline of 4.3 percent from 2005 as the Company continued to reduce "other paid" circulation.
- Cash operating expenses remained flat at $840 million as $3 million of stock-based compensation expense in 2006 and incremental expenses as a result of the additional week were offset by lower severance charges and lower compensation expense due to staff reductions.

## BROADCASTING AND ENTERTAINMENT

For the fourth quarter of 2006, the additional week increased fourth quarter operating revenues, operating cash flow and operating profit by approximately 5 percent and cash expenses by approximately 6 percent.

Broadcasting and entertainment's fourth quarter operating revenues increased 11 percent to $356 million, up from $320 million in 2005. Group cash operating expenses were up 14 percent, or $28 million, to $236 million. Operating cash flow was $119 million, up 7 percent from $112 million, while operating profit increased 7 percent to $106 million from $99 million in 2005.

Television's fourth quarter revenues increased 10 percent to $325 million, up from $296 million in 2005. Television cash operating expenses were up 9 percent, or $16 million from last year. Television operating cash flow was $119 million, a 12 percent increase from $106 million in 2005. Television operating profit increased 13 percent to $107 million, up from $95 million.

Management Discussion

- Station revenues in Los Angeles, New York and Chicago all showed improvement for the quarter. On a group basis, gains in the political, movies, telecom and education categories were partially offset by a decline in the retail category.
- Television's cash operating expenses were up 9 percent, or $16 million, with broadcast rights and compensation each up $6 million. The increase in expenses was primarily due to the additional week.
- Radio/entertainment revenues reflect higher revenues for the Chicago Cubs and WGN Radio, partially offset by reduced revenues at Tribune Entertainment. Fourth quarter cash operating expenses in 2006 reflect higher expenses at the Cubs and in 2005 included a favorable $5.4 million litigation settlement at Tribune Entertainment.

## EQUITY RESULTS

Net equity income was $29 million in the fourth quarter of 2006, compared with $21 million in the fourth quarter of 2005. The increase reflects improvements at TV Food Network, CareerBuilder and Classified Ventures.

## NON-OPERATING ITEMS

In the 2006 fourth quarter, Tribune recorded a pretax non-operating gain of $60 million, which included a $45 million gain from marking-to-market the derivative component of the Company's PHONES and the related Time Warner investment and a $17 million gain from the sale of the Company's investment in BrassRing. In addition, the Company recorded a favorable $33 million income tax expense adjustment, most of which related to the Company's PHONES as a result of reaching an agreement with the Internal Revenue Service appeals office pertaining to the

deduction of interest expense on the PHONES. In the aggregate, non-operating items in the 2006 fourth quarter resulted in an after-tax gain of $69 million, or $.29 per diluted share.

In the 2005 fourth quarter, Tribune recorded a pretax non-operating loss of $20 million ($12 million after-tax, or $.04 per diluted share), primarily from marking-to-market the derivative component of the Company's PHONES and the related Time Warner investment.

## FULL YEAR RESULTS FROM CONTINUING OPERATIONS
(53 weeks in 2006 vs. 52 weeks in 2005)

### CONSOLIDATED

For the full year 2006, the additional week increased operating revenues, cash expenses and operating cash flow by approximately 1.5 percent and operating profit by approximately 2 percent.

For 2006, operating revenues were flat at $5.5 billion. Consolidated cash operating expenses increased 2 percent, or $63 million, which included $32 million of stock-based compensation expense. Operating cash flow was $1.3 billion, down 4 percent from 2005, while operating profit declined 4 percent to $1.1 billion.

### PUBLISHING

For the full year 2006, the additional week increased advertising revenues, operating revenues, cash expenses, operating cash flow and operating profit by approximately 2 percent.

For 2006, operating revenues for publishing decreased $4 million to $4.1 billion. Cash operating expenses for the year increased 1 percent in 2006, or $23 million. Operating cash flow decreased 3 percent to $923 million, from $951 million in 2005. Operating profit decreased 1 percent, or $11 million, in 2006.

Publishing operating profit for the full year 2006 included $9 million of severance charges for the elimination of approximately 400 positions, a $4 million charge for the disposition of a press from the Los Angeles Times San Fernando Valley printing facility, $20 million of severance and other payments associated with the new union contracts at Newsday, and $7 million of gains from sales of real properties. For the full year 2005, publishing operating profit included a pretax charge of $22 million for the shutdown of the San Fernando Valley printing facility, $43 million of severance charges for the elimination of over 800 positions, and a pension curtailment gain of $13 million.

### BROADCASTING AND ENTERTAINMENT

For the full year 2006, the additional week increased operating revenues, cash expenses, operating cash flow and operating profit by approximately 1 percent.

For 2006, full year operating revenues for broadcasting and entertainment increased 1 percent to $1.43 billion, up from $1.41 billion in 2005. Cash operating expenses increased 3 percent, or $33 million, in 2006. Operating cash flow declined 5 percent to $443 million from $465 million. Operating profit decreased 6 percent to $392 million, down from $417 million.

For the full year 2006, operating revenues for television increased 1 percent to $1.18 billion, up from $1.17 billion in 2005. Cash operating expenses increased 5 percent in 2006. Operating cash flow declined 6 percent to $403 million from $427 million. Operating profit decreased 7 percent to $358 million, from $383 million in 2005.

### EQUITY RESULTS

Equity income was $81 million for the full year 2006, compared with $41 million for the full year 2005. The increase primarily reflects improvements at TV Food Network, CareerBuilder and Classified Ventures, as well as the absence of losses from The WB Network. In addition, 2006 results included the Company's $6 million share of a one-time favorable income tax adjustment at CareerBuilder.

## NON-OPERATING ITEMS

For the full year 2006, Tribune recorded a pretax non-operating gain of $103 million, which included a $59 million gain from restructuring TMCT, LLC and TMCT II, LLC, a $19 million gain on the sale of 2.8 million shares of Time Warner stock unrelated to the PHONES, a $17 million gain from the sale of the Company's investment in BrassRing, and an $11 million gain from marking-to-market the derivative component of the Company's PHONES and the related Time Warner investment. In addition, the Company recorded a favorable $34 million income tax expense adjustment, most of which relates to the Company's PHONES as a result of reaching an agreement with the Internal Revenue Service appeals office pertaining to the deduction of interest expense on the PHONES. In the aggregate, non-operating items for the 2006 year resulted in an after-tax gain of $110 million, or $.40 per diluted share.

In 2005, Tribune recorded a pretax non-operating gain of $70 million primarily from marking-to-market the derivative component of the Company's PHONES and the related Time Warner investment. In addition, the Company recorded $150 million of additional income tax expense in the third quarter of 2005 as a result of the Matthew Bender Tax Court ruling, and recorded favorable income tax settlement adjustments of $12 million as a reduction in income tax expense in the first quarter of 2005. In the aggregate, non-operating items for the 2005 year resulted in an after-tax loss of $96 million, or $.30 per diluted share.

## ADDITIONAL FINANCIAL DETAILS
(Fourth Quarter and Full Year)

Corporate expenses for the 2006 fourth quarter decreased to $8 million from $9 million in the fourth quarter of 2005 and for the full year 2006 increased 13 percent to $56 million from $49 million. The fourth quarter and full year 2006 included a $7 million gain related to the sale of the corporate airplane and $1 million and $11 million, respectively, of stock-based compensation expense. The 2005 fourth quarter and full year included a pension curtailment gain of $4 million as a result of the Company's replacement of certain defined benefit plans with a defined contribution plan.

In conjunction with the leveraged recapitalization initiated in May of last year, the Company acquired 45 million shares of its common stock at a price of $32.50 per share on July 5, 2006. The Company also acquired 10 million shares of its common stock from the McCormick Tribune Foundation and the Cantigny Foundation at a price of $32.50 per share on July 12, 2006. Full year 2006 repurchases totaled 71 million shares as Tribune repurchased in the open market 5 million shares in the first quarter and 11 million shares in the third quarter. Diluted weighted average shares outstanding declined by 22 percent and 13 percent for the fourth quarter and full year 2006, respectively, from the same periods in 2005.

Interest expense for the 2006 fourth quarter increased to $94 million, up 103 percent from $46 million in the fourth quarter of 2005. For the full year 2006, interest expense increased 76 percent to $274 million, up from $155 million in 2005. The increases in both periods were primarily due to higher debt levels and interest rates. Debt, excluding the PHONES, was $4.4 billion at the end of the 2006 fourth quarter and $2.8 billion at the end of the 2005 fourth quarter. The increase was largely due to financing the stock repurchases in 2006.

Capital expenditures were $103 million for the fourth quarter and $222 million for the full year 2006.

## DETAILS OF CONFERENCE CALL

Today at 8 a.m., CT, management will host a conference call to discuss fourth quarter 2006 results. To access the call, dial 888/396-2384 (domestic) or 617/847-8711 (international) at least 10 minutes prior to the scheduled 8 a.m. start. The participant access code is 83643639. Replays of the conference call will be available February 8 through February 15. To hear the replay, dial 888/286-8010 (domestic) or 617/801-6888 (international) and use access code 79892811. A live webcast will be accessible through www.tribune.com and www.earnings.com. An archive of the webcast will be available on these sites from February 8 through February 22.

More information about Tribune is available at www.tribune.com or by calling 800/757-1694.

:: :: ::

1 "Operating profit" for each segment excludes interest and dividend income, interest expense, equity income and losses, non-operating items and income taxes. "Operating cash flow" is defined as operating profit before depreciation and amortization. "Cash operating expenses" are defined as operating expenses before depreciation and amortization. Tables accompanying this release include a reconciliation of operating profit to operating cash flow and operating expenses to cash operating expenses. References to individual daily newspapers include their related businesses.

ShareThis 103 views, 2 so far today

**About Tribune Company**

TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

## Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- ## Press Release Library

  ## Search

  [ GO ]

- ## Browse by Type

  - Broadcasting
  - Corporate
  - Financial
  - Interactive
  - Publishing
  - Restructuring
  - Transcripts

- ## Browse by Year

  - 2010
  - 2009
  - 2008
  - 2007
  - 2006
  - 2005
  - 2004