Confidential Discussion Materials Prepared for:

## Committee of Independent Directors of the Board of Directors of Tribune

January 20, 2007







CONFIDENTIAL

CONFIDENTIAL

ML-TRIB-0034994

# Process Summary





CONFIDENTIAL

ML-TRIB-0034995



# Process Summary

**Key Dates:    Process Initiated (9/21/2006) / First Round Bid Date: (10/27/2006) / Final Proposal Bid Date: (1/17/2007)**

*Over 36 Parties In Process In Various Capacities; 3 Final Proposals*

| Party | CA / Received Diligence | Initial Proposal | Final Proposal | Comments |
|---|---|---|---|---|
| VESTAR, MDP, PROVIDENCE EQUITY | ✓ ✓ ✓ | ✓ | | ■ In-depth and active diligence  ■ Devoted significant time and resources  ■ No Final Proposal |
| Bain Capital, Centerbridge | ✓ ✓ | ✓ | | ■ Centerbridge moved to form component of Chandler Trusts' Final Proposal |
| GANNETT | ✓ | ✓ | | ■ Not interested in Whole Company  ■ Permitted to talk to McCormick Foundation |
| The Blackstone Group | ✓ | | | |
| Quadrangle | ✓ | ✓ | | |
| KKR | ✓ | | | |
| Carlyle, TEXAS PACIFIC GROUP, THL | ✓ ✓ ✓ | ✓ | | ■ Thomas H. Lee officially withdrew given Clear Channel |
| Broad Investment Company, Yucaipa Companies | ✓ ✓ | ✓ | ✓ | ■ Submitted Sponsored "Leveraged Recapitalization" Final Proposal |

*Predominantly Whole Company Interest*

citigroup Corporate and Investment Banking

CONFIDENTIAL

1

ML-TRIB-0034996

# Process Summary (Cont'd)

**Key Dates:    Process Initiated (9/21/2006) / First Round Bid Date: (10/27/2006) / Final Proposal Bid Date: (1/17/2007)**

*Over 36 Parties In Process In Various Capacities; 3 Final Proposals*

| Party | CA / Received Diligence | Initial Proposal | Final Proposal | Comments |
|---|---|---|---|---|
| **Predominantly Publishing Interest** | | | | |
| Chandler Trusts | ✓ | | | ■ Elevation Partners replaced with Centerbridge |
| Evercore Partners | ✓ | ✓ | ✓ | ■ Submitted Final Proposal; Interest in Publishing |
| Centerbridge | - - (1) | | | ■ Allowed to speak with various potential equity partners |
| McCormick Foundation | ✓ | ✓ | - - (2) | ■ Allowed to speak with various potential equity partners |
| News Corp. | ✓ | | | ■ First expressed Publishing-only interest then interest in Broadcasting<br>■ Declined for regulatory reasons |
| **Predominantly Broadcasting Interest** | | | | |
| THE CARLYLE GROUP | ✓ | ✓ | ✓ | |
| CBS CORPORATION | ✓ | | | |
| Hearst-Argyle TELEVISION, INC. | ✓ | | | |
| KELSO & COMPANY | ✓ | | | ■ Declined |

(1)    Received CA previously in partnership with Bain Capital.
(2)    Submitted letter explaining position but not a Final Proposal.

citigroup Corporate and Investment Banking

**CONFIDENTIAL**

ML-TRIB-0034997

# Process Summary (Cont'd)

**Key Dates:   Process Initiated (9/21/2006) / First Round Bid Date: (10/27/2006) / Final Proposal Bid Date: (1/17/2007)**

*Over 36 Parties In Process In Various Capacities; 3 Final Proposals*

| Party | CA / Received Diligence | Initial Proposal | Final Proposal | Comments |
|---|---|---|---|---|
| (comcast | ✓ | | | ■ Looked at selected Chicago Broadcasting assets |
| Donald Trump | ✓ | | | |
| Equity Group Investments | ✓ | | | |
| Disney | | | | ■ No interest |
| TIME WARNER | | | | ■ No interest |
| David Geffen Company | | | | ■ Submitted unsolicited indication for L.A. Times |

Interest in Selected Assets

citigroup
corporate and
investment banking

**CONFIDENTIAL**

3

CONFIDENTIAL

ML-TRIB-0034998

# Summary of Proposals Received

CONFIDENTIAL

ML-TRIB-0034999

# Overview of Proposals



| | Carlyle: Broadcasting Sale Plus Recapitalization | | Chandler Trusts Tax-Efficient Restructuring | | Broad/Yucaipa Recapitalization | |
|---|---|---|---|---|---|---|
| | $24.81 | $28.49 | $26.52 | $27.72 | $29.45 | $31.72 |
| **% Monetized** | | | | | | |
| Self-Help | 31% | 40% | 49% | 47% | 89% | 82% |
| Third Party | 34% | 30% | 23% | 22% | 7% | 7% |
| Total | 66% | 70% | 73% | 70% | 96% | 89% |
| **Anticipated Time to Close** | 6-9 Months | | 9-12 Months | | 1-2 Months | |
| **Shareholder Approval Required** | No | | Yes – 80% | | Yes – Post-Close | |
| **Key Closing Conditions** | FCC, HSR | | IRS, FCC, HSR, Voting Agreement (at signing) | | HSR, Solvency Opinion, Voting Agreement | |
| **Bender Upside** | Existing Tribune Shareholders | | Chandler Trusts | | Existing Tribune Shareholders and New Investors Share | |

Legend: Publishing Equity · Broadcasting Equity · Cash · Tribune Equity

Price Per Tribune Share

citigroup
corporate and
investment banking

**CONFIDENTIAL**

4

# Summary of Carlyle Proposal





CONFIDENTIAL

ML-TRIB-0035001

# Key Proposal Terms

**Transaction Structure**
- Acquisition of 100% of Tribune Broadcasting Company, which includes the Cubs, Comcast SportsNet, and Food Network
- 100% cash consideration
- Fully financed with a combination of debt and equity
- Up to $4.5B committed debt financing available with Carlyle contributing no less than a 15% equity contribution

**Valuation / Consideration**
- $4.8B in total for the assets stated above (Carlyle did not provide allocation of value between the individual assets)

| Implied Broadcasting EBITDA Multiples | | | |
|---|---|---|---|
| | **2006** | **2007E** | **2008E** |
| **No Standalone Costs** | 7.5x | 7.7x | 6.9x |
| **With $20mm Standalone Costs** | 7.9 | 8.1 | 7.2 |

- $600mm Cubs valuations
- $225 Comcast SportsNet
- $850mm TV Food
- **$1,675 Total "Other Assets" value**

- A pre-tax value of $6.1bn (11.2x '06 EBITDA for Broadcasting Assets) would be required in order to achieve a 9.25x spin valuation (with Publishing recap)

**Tax Treatment**
- Combination of asset and stock sales for individual, and groups of individual B&E entities and investments

**Key Closing Conditions**
- Did not submit a revised mark-up of the Stock Purchase Agreement; previously submitted issues list
- Issues list references condition for third party consents, including affiliation agreements and tower leases
- Looking for further clarification of closing process given MLB approvals and other consents

**Financing**
- Commitment letters received from Citigroup, Lehman Brothers and Merrill Lynch
  - Each submitted different financing packages representing a total debt capacity of between $4.1B and $4.5B, all with 15% minimum equity requirements
  - Transaction value of $4.8B implies leverage of 8.1x '06 Adj. EBITDA (including investment cash flow)

**Other**
- Offer expires on January 24, 2007
- Did not provide sources/uses, equity commitment papers, or valuation of investments
- Subject to confirmatory due diligence


citigroup
Corporate and
Investment Banking

**CONFIDENTIAL**

5

CONFIDENTIAL                                                                                           ML-TRIB-0035002

# Implied Valuation

**Sale Value Compared to Spin-Off Value**

- 7.2x after-tax '06 EBITDA multiple through taxable sale of B&E vs. 9.25x midpoint Spin multiple

  - All-Cash from Carlyle vs. Public trading value

**Potential Upside**

- $5.3B Transaction value assuming full utilization of committed financing

  - Implies 9.1x '06 EBITDA for Broadcasting Assets

**Additional Upside**

- $100mm increase in investments value improves all-in multiple by 0.25x

($ in millions)

| | |
|---|---|
| **Stated Value** | **$4,800** |
| Less: Cubs | ($600) |
| Less: Comcast SportsNet | (225) |
| Less: TV Food Network | (850) |
| **Total OBSA** | **($1,675)** |
| **Total B&E** | **$3,125** |

**Implied Broadcasting EBITDA Multiples**

| | 2006 | 2007E | 2008E |
|---|---|---|---|
| No Standalone Costs | 7.5x | 7.7x | 6.9x |
| With $20mm of Standalone Costs | 7.9 | 8.1 | 7.2 |

| | |
|---|---|
| Gross Proceeds to Tribune | $4,800 |
| Less: Taxes | (856) |
| **Net After-Tax Proceeds to Tribune** | **$3,944** |
| **$ per share** | **$16.17** |

**Implied Broadcasting A-T EBITDA Multiples** [2]

| | 2006 | 2007E | 2008E |
|---|---|---|---|
| No Standalone Costs | 6.8x | 7.0x | 6.2x |
| With $20mm of Standalone Costs | 7.2 | 7.4 | 6.5 |

| | |
|---|---|
| Broadcasting Net Debt / Adj. EBITDA (excl. Cubs) [3] | 8.5x |
| Broadcasting Net Debt / Adj. EBITDA (incl. Cubs) [3] | 8.1 |

[1]   Assumes 6.0% discount rate and 37.5% tax rate.
[2]   After-tax value of Cubs, Comcast SportsNet and TV Food Network of $391mm, $148mm and $560mm, respectively.
[3]   Assumes 15% equity as a percentage of total capitalization and $480mm Adj. EBITDA (excl. Cubs EBITDA) and $506mm (incl. Cubs EBITDA).

citigroup
corporate and
investment banking

**CONFIDENTIAL**

6

## Illustrative Sources and Uses [1]

($ in millions)

| Sources | Amount | % | Cumulative Leverage [2] |
|---|---|---|---|
| Term Loan | $3,040 | 63% | 6.0x |
| Senior Notes | 520 | 11 | 1.0 |
| Senior Sub. Notes | 520 | 11 | 1.0 |
| Sponsor Equity | 720 | 15 | -- |
| **Total** | **$4,800** | **100%** | **8.1x** |

| Uses | Amount | % |
|---|---|---|
| Purchase of Broadcasting Assets | $3,125 | 65% |
| Purchase of Cubs | 600 | 13 |
| Purchase of Comcast SportsNet | 225 | 5 |
| Purchase of TV Food | 850 | 18 |
| **Total** | **$4,800** | **100%** |

| Parameter | Amount | % |
|---|---|---|
| Total Debt | $4,080 | 85% |
| Total Equity | 720 | 15 |
| **Total Capitalization** | **$4,800** | **100%** |

### Summary 5-Year Returns

| Parameter | 12/31/06 | 12/31/11 | |
|---|---|---|---|
| | | 7.9x Exit | 8.9x Exit |
| Equity In / Out | $720 | $2,284 | $2,746 |
| IRR | | 26.0% | 30.7% |

(1)  Transaction fees excluded for illustrative purposes. Assumes minimum equity contribution of 15%.
(2)  Based on $506mm Adj. EBITDA (includes $443mm of B&E EBITDA less $20mm incremental standalone costs plus $82mm of investment cash flow).

citigroup
corporate and
investment banking

**CONFIDENTIAL**

7

ML-TRIB-0035004

# Summary of Chandler Trusts Proposal





**CONFIDENTIAL**

ML-TRIB-0035005

# Key Proposal Terms

**Transaction Structure**
- Acquisition of Tribune Company (Newspapers and select Broadcasting and Internet assets) by consortium led by Chandler Trusts
- Concurrent with acquisition, tax-free spin-off of Tribune Broadcasting (Television Stations, WGN Superstation and TV Food stake) to non-Chandler Trusts Tribune shareholders

**Value**
- Headline value delivered to non-Chandler Trusts Tribune shareholders of $31.70 per share
  - ~$12.40 Tribune Broadcasting equity value per share
  - ~$19.30 cash per share through (1) leverage at Tribune Broadcasting and (2) payment for Tribune Publishing

**Equity Financing**
- Total equity commitment identified of $1.3B
  - Chandler Trusts to rollover equity stake of $672mm (51% ownership)
  - Outside equity investors to commit equity of $646mm (49% ownership)
    - Evercore and Centerbridge identified as equity partners; other prospective equity sources said to be conducting diligence

**Debt Financing**
- Fully committed debt financing provided by Goldman Sachs, Merrill Lynch and Citigroup
- Tribune Publishing Financing
  - $4.425B senior secured bank facility ($4.175B term loan and $250mm revolver)
  - $450mm bridge loans (converted into senior unsecured notes within 1 year)
- Tribune Broadcasting Financing
  - $2.7B bank facility ($2.55B term loan and $150 million revolver)

**Timing / Closing Conditions**
- 6 months to consummate transaction following receipt of audited financials for Tribune and Tribune Broadcasting entities
- Obligations to closing the Merger and Spin-Off (beyond customary closing conditions)
  - Tribune shareholder vote (80%)
  - Financing at Broadcasting
  - Minimum operating cash flow, pro forma for spin-off, not less than $960 million for last 12 months prior to closing
  - Accuracy of 2006 pro forma financial statements delivered pre-signing
  - FCC approval of license transfers (contend that elimination of cross-ownership issues should expedite approval)
  - Receipt of IRS ruling and tax opinions
  - Effectiveness of B&E SpinCo Registration Statement

**Other**
- Proposal suggests Tribune Publishing retains any upside from Bender, not Non-Chandler Trusts Tribune shareholders
- Requires voting agreement with McCormick / Cantigny Foundations before signing
- Customary termination provisions except no right for Company to terminate to take a better deal; termination fee requested under certain conditions including failure to obtain 80% shareholder vote if another deal has been proposed (amount not specified)
- No solicitation agreement by Tribune
- Customary reps and warranties by Tribune and limited reps by the Trusts and "New" Tribune; all reps and warranties do not survive closing
- Complete confirmatory due diligence



**CONFIDENTIAL**

8

CONFIDENTIAL                                                                                ML-TRIB-0035006

# Transaction Mechanics

## Tribune Today



**To be Spun-off**

Transfer of:
- Chicago Cubs
- Tribune Entertainment
- Comcast SportsNet Stake

## Pro Forma Resulting Structure

**Tribune Broadcasting Company**
- TV Stations
- Superstation
- Radio
- TVFood Stake

$672mm Cash Tribune Stock    51%    49%    $646mm Cash

**"New" Tribune**

**Publishing**
- Newspapers
- TEC
- Comcast SportsNet Stake
- Chicago Cubs
- CareerBuilder Stake
- Other Internet assets

## Transaction Details

- Chandler Trusts and Sponsors form TFP Acquisition Corp. ("TFP")
    - TFP arranges debt financing to fund payment to Non-Chandler Trusts Tribune shareholders and Chandler Trusts
    - Trusts contribute "old" Tribune shares in exchange for cash, notes and 51% ownership of TFP
        - Rollover Trust equity of $672mm implies cash / notes to Trust of ~$917mm (~58% of stake in "old" Tribune monetized)
    - Sponsors contribute equity of $646mm in exchange for 49% ownership in TFP
- Chicago Cubs, Comcast SportsNet and Tribune Entertainment distributed from Tribune Broadcasting Company to Tribune Publishing [1]
- TFP merges with and into "new" Tribune (Tribune Publishing); Chandler Trusts and Sponsors receive "new" Tribune shares in merger [1]
- Tribune Broadcasting shares and cash distributed to Non-Chandler Trusts Tribune shareholders in exchange for "old" Tribune shares [1]
    - Tribune Broadcasting arranges debt financing to fund capital returned to Non-Chandler Trusts Tribune shareholders
- Non-Chandler Tribune shareholders receive cash from (1) leverage at Tribune Broadcasting and (2) payment for Tribune Publishing

(1)    Chicago Cubs and Tribune Entertainment are contributed to Tribune Parent ("old" Tribune). "Old" Tribune forms new Tribune Broadcasting subsidiary and transfers the stock of Tribune Broadcasting Company (containing remaining Tribune Broadcasting Company assets along with certain other Broadcasting assets and liabilities) to the newly formed Tribune Broadcasting subsidiary. Tribune Broadcasting subsequently and simultaneously spun-off to Non-Chandler Trusts Tribune shareholders, with TFP merging with and into Tribune Publishing (Newspapers, Internet and transferred Broadcasting assets), owned by the Chandler Trust and Sponsors only.



**CONFIDENTIAL**                                                                                                      9

                                                                                    ML-TRIB-0035007

# Valuation Summary

- **Chandler Proposal contemplates headline value to Tribune shareholders of ~$31.70**
  - ~$19.30 in cash from leverage at Broadcasting and cash from Chandlers / Sponsors
  - ~$12.40 in Broadcasting Equity
- **Each 1.0x decline in Broadcasting multiple decreases value of proposal by ~$2.00**

## Chandler Broadcasting Valuation

| | |
|---|---|
| 2007 Broadcasting EBITDA | $409.2 |
| Less: Assumed Corporate Expense | (23.0) |
| Standalone Broadcasting EBITDA | $386.2 |
| Assumed Broadcasting Multiple | 11.0x |
| **Broadcasting Enterprise Value** | **$4,248.2** |
| Plus: Value of TVFood [1] | 700.0 |
| **Broadcasting Firm Value** | **$4,948.2** |
| Less: Net Debt | (2,538.2) |
| **Implied Broadcasting Equity Value** | **$2,410.0** |
| | |
| Equity Value per Tribune Share | $9.95 |
| **Equity Value per Non-Chandler Tribune Share** | **$12.42** |
| | |
| **Total Value from Chandler Proposal** | **$31.70** |
| | |
| **Aggregate Cash from Chandler Proposal** | **$19.28** |
| *Cash From Leverage at Broadcasting* | *13.08* |
| *Implied Cash For Tribune Publishing* | *6.20* |

## Value Delivered to Non-Chandler Shareholders – Sensitivity Analysis

| | | Total Value to Non-Chandler Shareholder Assuming Broadcasting Multiple of: | | |
|---|---|---|---|---|
| **TVFood** | | **9.0x** | **10.0x** | **11.0x** |
| Pre-tax | **$700** | 27.72 | 29.71 | 31.70 |
| After-Tax | **466** | 26.52 | 28.51 | 30.50 |

## Consideration Received by Tribune Shareholders (Value Split)



Chandler Trusts    "Headline" Value – Broadcasting at 11x    Broadcasting at 9x

| | Chandler Trusts | Other Tribune Shareholders | Other Tribune Shareholders |
|---|---|---|---|
| | $33.02 | $31.70 | $27.72 |
| Publishing Equity | | | |
| Broadcasting Equity | $13.xx 4% | $12.42 39% | $8.44 30% |
| Cash | $19.04 58% | $19.28 61% | $19.28 70% |

Legend: Publishing Equity   Broadcasting Equity   Cash

**Chandler Trusts Proposal retains any upside from Bender. ~$2.00/Tribune Share [2]**

[1] The proposal also offers the option of the Chandler Trusts buying TVFood from Tribune for $700mm in case the Tribune Special Committee does not believe the public markets would value TVFood at $700mm within a public Broadcasting entity.

[2] Calculated based on midpoint value of potential Bender upside of $0 to $1 billion.

citigroup
corporate and
investment banking

**CONFIDENTIAL**

CONFIDENTIAL

ML-TRIB-0035008

# Valuation Summary (Cont'd)

- **Publishing value implied by Chandler proposal ascribes little value to Tribune Entertainment, CareerBuilder stake and other off-balance sheet assets**

- **Implied Publishing EBITDA multiple adjusted for higher off-balance sheet values: ~7.0x**

## Implied Chandler Publishing Valuation

| | |
|---|---|
| Publishing Equity Value | $2,207.0 |
| Plus: Value of Cubs and Comcast SportsNet | 558.0 |
| Plus: Implied Value of Other OBS Assets | 28.3 |
| Total Tribune Publishing Equity Value | $2,793.3 |
| Plus: Existing Debt | 4,433.3 |
| Plus: Net Value of PHONES | 904.0 |
| Less: Existing Cash | (151.0) |
| Implied Total Publishing Enterprise Value | $7,979.6 |
| Less: Total OBS Assets | (586.3) |
| Publishing Enterprise Value Adjusted for OBS | $7,393.3 |

| Publishing EBITDA | 2007E |
|---|---|
| Newspapers | $997.2 |
| Tribune Entertainment | 6.0 |
| Remaining Corporate Expenses | (40.0) |
| Total Publishing EBITDA | $963.2 |

| Implied '07 Publishing EBITDA Multiple | 7.7x |
|---|---|

## Chandler Publishing Valuation

| Value of Off-Balance Sheet Assets | Implied '07 Publishing EBITDA Multiple |
|---|---|
| $586 | 7.7x |
| 800 | 7.5 |
| 1,000 | 7.2 |
| 1,200 | 7.0 |
| 1,400 | 6.8 |

## Off-Balance Sheet Assets in Publishing

| Asset | Disclosed / Implied Value | Merrill Lynch / Citigroup Pre-tax Values |
|---|---|---|
| Cubs | - - | $600.0 |
| Comcast SportsNet | - - | 225.0 |
| | $558.0 | $825.0 |
| CareerBuilder | - - | $659.0 |
| Classified Ventures | - - | |
| Topix.net | - - | 136.0 |
| Other Interactive | - - | |
| | $28.3 | |
| **Total** | **$586.3** | **$1,620.0** |


citigroup
corporate and
investment banking

**CONFIDENTIAL**

11

ML-TRIB-0035009



# Chandler Trusts Proportionate Ownership

- Implied Chandler Trusts "purchase price" of incremental EBITDA of 6.5x

Incremental Net Debt / EBITDA Multiple:    6.5x

CONFIDENTIAL

CONFIDENTIAL

ML-TRIB-0035010

# Summary of Broad-Yucaipa Proposal





**CONFIDENTIAL**

**CONFIDENTIAL**

# Key Proposal Terms

| | |
|---|---|
| **Transaction Structure** | ■ Leveraged recapitalization of Tribune funded by substantially new debt and a new sponsor preferred equity investment by Broad-Yucaipa<br>■ Transaction proposed to be completed within 30 to 60 days following signing of a definitive transaction |
| **Valuation / Consideration** | ■ Recapitalization would provide current shareholders with a $6.5B cash dividend, or $27.00 per share<br>■ Broad-Yucaipa invests $500mm in a preferred security that converts into 34% ownership of the PF common shares (can convert into 19.9% prior to shareholder vote and the remainder upon the later of shareholder vote or FCC approval if required)<br>■ Value of Tribune equity value could range from a discount to the $4.00 conversion price of preferred stock to an estimate of $7.30 per share based on the discounted projected future value |
| **Key Closing Conditions** | ■ Obligations to closing<br>    ■ Receipt of customary solvency opinion<br>    ■ Shareholder vote and FCC approvals to be sought post-closing – if not obtained, Broad-Yucaipa get preferred dividends at penalty rate, and ultimately have a put right after three years<br>    ■ Closing of the debt financing<br>    ■ Inapplicability of Tribune poison pill<br>    ■ HSR<br>    ■ No MAE with respect to the company and its subsidiaries taken as a whole<br>    ■ Voting agreement received from the Chandlers, McCormicks and Cantigny Trusts |
| **Debt Financing** | ■ Commitment letters received from JPMorgan and UBS to fund bank and bridge facilities representing a total debt capacity of $11.6B (including the rollover of certain existing debt)<br>    ■ New financing of $9.8B, used to pay the $6.5B dividend and retire $3.2B of existing debt |
| **Preferred Financing** | ■ $500mm of convertible preferred stock automatically convertible into 125 million of common shares upon Shareholder and FCC approvals<br>    ■ Conversion price of $4 per common share represents $31 pre-special dividend<br>■ Series A Warrants to purchase 10% of the stock at an exercise price of $7.00 per share and Series B Warrants to purchase 10% of the stock at $9.00 per share<br>■ Full registration rights on shares and warrants<br>■ 2.5% of investment payable to the Sponsors, plus the advisory fees and other out-of-pocket expenses<br>■ Preferred stock is putable at the end of year 3 if not converted |
| **Other** | ■ Broad and Burkle to become non-executive co-chairmen of the Board; proposal for 6 additional directors; pro rata board representation based on ownership<br>■ No solicitation provision and break-up fee of $1.00 per Tribune share ($240mm) payable in the event of a superior transaction<br>■ Sponsor approval for certain actions<br>■ Representations and warranties generally survive for one year; tax, environmental and benefits representations longer<br>■ Requested 30 day exclusivity |



citigroup
corporate and
investment banking

**CONFIDENTIAL**

13

# Implied Valuation and Ownership

## Cash

- **Stated cash dividend of $27 per share + Time Value of Money (relative to other alternatives)**
  - **$1.20 time value of $27 per share cash dividend received today**

## Equity Value Per Share

- **Stated equity value of $7.30 per share**

- **Implied equity value of $4.00 per share based on conversion price of sponsor preferred**

- **Adjusted equity value of $3.52 per share based on conversion price less $0.48 estimated value of warrants per share**



| | Value at Stated Price | Value at Conversion Price | Adjusted Value at Conversion Price |
|---|---|---|---|
| '07 EBITDA Mult. (1) | 8.9x | 8.3x | 8.3x |
| '07 P/E Mult. (1) | 13.4x | 7.4x | 6.5x |
| % Cash | 76.1% | 83.9% | 85.1% |

Legend: ■ Cash / Share    ▓ Tribune Equity / Share    ▒ Time Value of Money



| | |
|---|---|
| Initial Ownership | 34% |
| Pro Forma Ownership w/ Exercise of Series A Warrants | 41% |
| Pro Forma Ownership w/ Exercise of Series A and Series B Warrants | 47% |

(1) *Stated equity value per share represents present value of management projections in 2010. Assumes 8.8x valuation multiple in 2010, management projected net debt, and resulting equity value discounted to 12/31/06 at a rate of 12.5%.*

citigroup
corporate and
investment banking

**CONFIDENTIAL**

14

CONFIDENTIAL                                                                    ML-TRIB-0035013

# Sources and Uses

**($ in millions)**

| Sources | Amount | % | Cumulative Leverage |
|---|---|---|---|
| New Term Loan A | $1,000 | 8% | 0.7x |
| New Term Loan B | 6,200 | 51 | 4.4 |
| New Senior Notes | 2,610 | 22 | 1.8 |
| Rollover Existing Debt | 1,799 | 15 | 1.3 |
| Broad / Yucaipa Equity | 500 | 4 | 0.4 |
| **Total** | **$12,109** | **100%** | **8.5x** |

| Uses | Amount | % |
|---|---|---|
| Dividend to Shareholders | $6,459 | 53% |
| Refinance Existing Debt | 3,207 | 26 |
| Rollover Existing Debt | 1,799 | 15 |
| Financing Fees | 207 | 2 |
| Transaction Expenses & Other [1] | 437 | 4 |
| **Total** | **$12,109** | **100%** |

| Parameter | Amount |
|---|---|
| Total Debt | $11,609 |
| Total Equity | 1,528 |
| **Total Capitalization** | **$13,137** |

| Pro Forma Basic Ownership | Shares | % |
|---|---|---|
| Existing Shareholders | 239 | 66% |
| Broad / Yucaipa | 125 | 34 |

| Pro Forma for Exercise of Series A and Series B Warrants | Shares | % |
|---|---|---|
| Existing Shareholders | 239 | 53% |
| Broad / Yucaipa | 215 | 47 |



(1)   *Transaction Expenses & Other includes $150mm in cash to balance sheet, $200mm in compensation payments, and $87mm in advisory and other expenses.*

**CONFIDENTIAL**

15

# Projected Stock Price and Capital Structure

## Projected Price / Share
**Constant 8.2x Forward EBITDA Multiple** [1]



## Projected Net Debt
**Management Case**



## Projected Net Debt
**Research Case**



 ...... Series A Warrant Strike Price    ▪ Management Case
~~ ~~ ~~ Series B Warrant Strike Price    ▪ Research Case

░ Net Debt    ▬▬ Net Debt / EBITDA

 citigroup
corporate and
investment banking

(1)  *Based on a $31 equity value per share comprised of a $27 special dividend and a $4 pro forma share price.*

**CONFIDENTIAL**

16

CONFIDENTIAL

ML-TRIB-0035015

# Valuation Perspectives





CONFIDENTIAL

# Analysis of Tribune Unaffected Stock Price

- **Difficult 2nd half operating environment affecting newspaper equities**

- **Strategic and capital structure activity not rewarded by investors**

- **Current Tribune stock price reflects ~$2-$3 in event speculation**

## Indexed Stock Price Performance
### Since January 1, 2006



2.1%
(2.1%)
(10.9%)
(32.6%)

—— Tribune   —— Gannett   —— McClatchy   —— New York Times

## Implied Event Premium

| | Stock Price Performace Since | |
|---|---|---|
| | Pre-Tender Ann. | Pre-Chandler Dissent |
| Gannett | 10.0% | 10.8% |
| McClatchy | (13.8) | (10.9) |
| NY Times | (3.6) | (2.2) |
| Tribune | 10.8 | 1.9 |
| Sector Adj. TRB Price | $27.20 | $30.08 |
| Sector Adj. TRB Price ex. MNI | 28.78 | 31.62 |

## Valuation – Then and Now






| | June 2006 | Sept. 2006 | Today | June 2006 | Sept. 2006 | Today | June 2006 | Sept. 2006 | Today | June 2006 | Sept. 2006 | Today |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forward P/E Multiples | 10.4x | 11.0x | 12.4x | 14.5x | 14.3x | 13.9x | 14.8x | 14.8x | 20.1x | 13.4x | 14.8x | 14.1x |
| Forward EBITDA Multiples | 7.5x | 7.5x | 8.1x | 8.1x | 8.0x | 7.7x | 8.4x | 8.9x | 8.9x | 8.0x | 8.7x | 8.4x |

citigroup<sup></sup> corporate and investment banking

**CONFIDENTIAL**

17

ML-TRIB-0035017

# Projection Comparison – Management vs. Research

- **Current Tribune Management projections generally more aggressive than Wall Street research**

  - **Above consensus for Revenues and EBITDA through 2008**

    - **2008 higher than even most aggressive Wall Street estimate**

  - **Positive management growth trajectory versus Wall Street projected modest Revenue & EBITDA decline (~2%)**

- **Majority of differential in Publishing**

## Revenue – Management vs. Research Estimates



## EBITDA – Management vs. Research Estimates



Note: 53-week actual results for 2006.  EBITDA for both Management and Research includes stock-based compensation and excludes cash from equity investments.  Consolidated EBITDA figures include corporate expense (not reflected in segment bars).


citigroup<sup>J</sup>
corporate and
investment banking

CONFIDENTIAL

18

CONFIDENTIAL

# Public and Private Comparables

## Publishing



## Broadcasting









- Avista Capital Partners / Minneapolis Star Tribune (McClatchy): ~7.3x EBITDA
- Philadelphia Media Holdings / Philadelphia Inquirer: ~8.3x EBITDA

- Oak Hill Capital Partners / New York Times Broadcast Media Group (9 stations):: ~10.5x Pro Forma '06 EBITDA

*Note: Tribune multiples based on management estimates; multiples based on consensus research estimates are approximately 8.4x 2006 EBITDA and 8.6x 2007 EBITDA.*

CONFIDENTIAL

CONFIDENTIAL                                                                    ML-TRIB-0035019

# Implied Tribune Share Prices — Multiples Valuation

## Based on 2006 EBITDA [1]

### Implied Stock Price [2]

| Assumed Publishing Multiple | Assumed Broadcasting Multiple of: | | | |
|---|---|---|---|---|
| | 8.0x | 8.5x | 9.0x | 9.5x |
| 7.25x | $26.85 | $27.67 | $28.49 | $29.32 |
| 7.75 | 28.67 | 29.49 | 30.31 | 31.13 |
| 8.25 | 30.48 | 31.30 | 32.11 | 32.93 |
| 8.75 | 32.28 | 33.10 | 33.91 | 34.72 |

### Off-Balance Sheet Sensitivities

| Assumed Publishing Multiple | Assumed Broadcasting Multiple | Implied Stock Price With Value of Off-Balance Sheet Assets of: | | | |
|---|---|---|---|---|---|
| | | $1,250 | $1,500 | $1,894 | $2,000 |
| 7.25x | 8.00x | $24.27 | $25.27 | $26.85 | $27.28 |
| 7.75 | 8.25 | 26.49 | 27.50 | 29.08 | 29.50 |
| 8.25 | 8.50 | 28.72 | 29.72 | 31.30 | 31.72 |
| 8.75 | 9.00 | 31.35 | 32.35 | 33.91 | 34.33 |

## Based on 2007 EBITDA [3]

### Implied Stock Price [2]

| Assumed Publishing Multiple | Assumed Broadcasting Multiple of: | | | |
|---|---|---|---|---|
| | 8.0x | 8.5x | 9.0x | 9.5x |
| 7.25x | $27.95 | $28.76 | $29.57 | $30.39 |
| 7.75 | 29.85 | 30.66 | 31.47 | 32.28 |
| 8.25 | 31.74 | 32.55 | 33.35 | 34.16 |
| 8.75 | 33.62 | 34.43 | 35.23 | 36.03 |

### Off-Balance Sheet Sensitivities

| Assumed Publishing Multiple | Assumed Broadcasting Multiple | Implied Stock Price With Value of Off-Balance Sheet Assets of: | | | |
|---|---|---|---|---|---|
| | | $1,250 | $1,500 | $1,894 | $2,000 |
| 7.25x | 8.00x | $25.37 | $26.37 | $27.95 | $28.37 |
| 7.75 | 8.25 | 27.67 | 28.67 | 30.25 | 30.68 |
| 8.25 | 8.50 | 29.98 | 30.98 | 32.55 | 32.97 |
| 8.75 | 9.00 | 32.68 | 33.67 | 35.23 | 35.65 |

- *Utilizing 2007 versus 2006 Estimates Generates Comparable Values (~$1 Differential)*
- *Utilizing Street Estimates Would Result in ~$1-$2 Lower Near-Term Value per Tribune Share*

(1) *Analysis assumes $417mm in B&E EBITDA (excluding Cubs) and $896mm in Publishing EBITDA (including Corporate). EBITDA multiples exclude stock-based compensation.*
(2) *Value of "Off-Balance sheet assets" of $1,893mm. B&E "off-balance sheet assets" include Cubs ($391mm after-tax) and Comcast SportsNet ($148mm after-tax). Publishing "off-balance sheet assets" include CareerBuilder ($659mm), TVFood ($560mm after-tax) and Other Interactive investments ($136mm).*
(3) *Analysis assumes $405mm in B&E EBITDA (excluding Cubs) and $947mm in Publishing EBITDA (including Corporate). EBITDA multiples exclude stock-based compensation.*


citigroup
corporate and
investment banking

CONFIDENTIAL

20



CONFIDENTIAL

ML-TRIB-0035021

# Overview of Potential Transactions





CONFIDENTIAL

# Overview of Potential Transactions

## Separation Transactions

| Whole Company Transaction | Tax-Efficient Restructuring | Sale in Multiple Steps | Spin / Recapitalization / Asset Dispositions |
|---|---|---|---|

- Sale to financial sponsor / vanity buyer for cash

- Whole Company recapitalization
  - Share repurchase
  - Special dividend
  - Asset dispositions
  - Sponsored recapitalization

- Sale of Publishing
  - "Old & Cold" / sponsor(s)
- Spin-off of Broadcasting

- Sale of Publishing
  - Financial sponsor(s)
  - "Old & Cold" shareholder

- Sale of B&E

- Leveraged spin-off of Broadcasting
  - Recapitalization of Publishing
- Asset dispositions
  - Broadcasting
    - All
    - Superstation
    - Comcast SportsNet
  - Cubs
  - TVFood

citigroup
corporate and
investment banking

**CONFIDENTIAL**

22

# Separation Through Spin-Off:  Positives and Considerations

- Separation through spin-off of Broadcasting would have many benefits

- However, certain benefits would be realized over time

- Spin-merger or sponsored spin-off could prove superior to straight spin-off

## Positives

- Potentially captures upside from spread between Newspaper and Television multiples

- Monetizes a majority of Broadcasting value through borrowings

- Creates potential for strategic premium for Publishing and / or Broadcasting

- Tax efficient

- Reduces regulatory uncertainty going forward

- Straightforward, accepted transaction structure

- Potential benefit from more focused management of operations

## Considerations

- Equity value uncertainty as to remaining stake

  - Risk of "orphan" security

  - Potential shareholder churn as a result of spin

- Pre-spin preparation complexity

  - Reorganization of businesses into "separable" standalone entities

  - Selection of management, preparation of audited financials and SEC filings

  - Timing of FCC approval

- Incremental public company expenses (Sarbanes-Oxley, corporate infrastructure)

- Potential delay in subsequent strategic transaction


citigroup
corporate and
investment banking

**CONFIDENTIAL**

23

ML-TRIB-0035024

# Value Creation Through Spin-Offs

- **Recent media spin-offs do not appear to have created immediate value**

- **However, spin-offs on average in the long-term have outperformed due to**

  - **Subsequent consolidation of separated entities**

  - **More efficient capital structure**

  - **More focused operating management**





## Relative Spin-Off Performance – Spun-Off Entity [1]



## Relative Spin-Off Performance – Parent and Spun-Off Entity [2]



Note: As of January 17, 2007.
(1)    Spin-offs greater than $500 mm in market value from 1998 – 2005.  Performance relative to S&P 500 during same time period.
(2)    Spin-offs from 1998 – 2005 with the combined market value greater than $1B post-transaction.  Performance relative to S&P 500 during same time period.

citigroup
Corporate and
Investment Banking

**CONFIDENTIAL**

24

ML-TRIB-0035025

# Competing Alternatives: Leveraged B&E Spin-off / Publishing Recapitalization Alternative

## Transaction Scenario

- Tribune B&E
  - Leveraged to 5.0x Debt / EBITDA with proceeds returned to Tribune shareholders
  - Tribune B&E subsequently spun-off to Tribune shareholders
    - Assumed public market valuation of 8.50x to 10.00x
- Remaining Tribune (Publishing + Investments)
  - Assumed public market valuation of 7.25x to 8.25x
  - Leveraged to 6.0x Debt / EBITDA with proceeds returned to Tribune shareholders

## Value to Tribune Shareholders



Publishing Equity Value    B&E Equity Value    Special Dividend – Leverage

**Publishing Value of 7.25x**

| B&E '06 EBITDA Multiple | 8.50x | 9.25x | 10.00x |
| % Cash | 40.6% | 38.8% | 37.2% |

Values: $27.00 ($10.96 / $7.17 / $8.87), $28.22 ($10.96 / $8.39 / $8.87), $29.44 ($10.96 / $9.61 / $8.87)

**Publishing Value of 8.25x**

| B&E '06 EBITDA Multiple | 8.50x | 9.25x | 10.00x |
| % Cash | 35.8% | 34.4% | 33.1% |

Values: $30.64 ($10.96 / $7.17 / $12.51), $31.86 ($10.96 / $8.39 / $12.51), $33.08 ($10.96 / $9.61 / $12.51)

CONFIDENTIAL

citigroup
corporate and
investment banking

25

# Modified Carlyle Proposal: Taxable Sale of B&E / Publishing Recapitalization Alternative

## Transaction Scenario

- Carlyle purchases all of B&E including Cubs, Comcast SportsNet and TV Food Network in a taxable transaction for cash
- Cash distributed to shareholders through special dividends
  - $3.9bn ($16.17 per share) in after-tax proceeds from the sale of B&E
  - Remaining Publishing leveraged to 6.0-7.0x '06 EBITDA
  - At 6.0x leverage, total cash to shareholders is $16.25 / share
  - At 7.0x leverage, total cash to shareholders is $19.92 / share

## Value to Tribune Shareholders

 ■ Special Dividend – B&E Sale ■ Special Dividend – Leverage ▨ Publishing Equity Value





| | Publishing Leverage of 6.0x | | Publishing Leverage of 7.0x | |
|---|---|---|---|---|
| Publishing FV / '06 EBITDA | 7.25x | 8.25x | 7.25x | 8.25x |
| B&E FV / '06 EBITDA | 7.87x | 7.87x | 7.87x | 7.87x |
| % Cash | 65.5% | 57.0% | 80.3% | 69.9% |

citigroup
corporate and
investment banking

CONFIDENTIAL

26

# Competing Alternatives: Whole Company Recapitalization / Select Asset Sale Alternative

## Transaction Scenario

- Transaction scenario assumes $539mm of after-tax proceeds from Cubs / Comcast SportsNet sale

- Incremental net proceeds from leverage of Publishing and B&E (5.0x and 6.0x Adj. '06 EBITDA shown below) and from Cubs / Comcast SportsNet sale used to pay special dividend to shareholders

- Recap assumes higher leverage will require refinancing of the May '06 re-cap debt (8% interest cost)

## Value to Tribune Shareholders



| | 5.0x Leverage Case | | | 6.0x Leverage Case | | |
|---|---|---|---|---|---|---|
| '06 EBITDA Multiple | 7.25x | 8.00x | 8.75x | 7.25x | 8.00x | 8.75x |
| PF '07 P/E | 10.4x | 12.9x | 15.4x | 8.3x | 11.3x | 14.4x |
| PF '07 P/FCF | 8.9 | 11.1 | 13.2 | 6.9 | 9.5 | 12.0 |
| % Cash | 34.0% | 29.4% | 26.0% | 55.5% | 48.1% | 42.4% |

CONFIDENTIAL

27



# Overview of Transactions

| | Carlyle: Broadcasting Sale Plus Recapitalization | | Chandler Trusts Tax-Efficient Restructuring | | Broad/Yucaipa Recapitalization | | Competing Alternatives | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Broadcasting Spin and Recapitalization | Whole Co. Recapitalization |

Price Per Tribune Share

- Publishing Equity
- Broadcasting Equity
- Cash
- Tribune Equity

| | Carlyle | | Chandler | | Broad/Yucaipa | | Broadcasting Spin | Whole Co. |
|---|---|---|---|---|---|---|---|---|
| **% Monetized** | | | | | | | | |
| Self-Help | 31% | 40% | 49% | 47% | 89% | 82% | 34% | 42% |
| Third Party | 34% | 30% | 23% | 22% | 7% | 7% | 0% | 8% |
| Total | 66% | 70% | 73% | 70% | 96% | 89% | 34% | 50% |
| **Anticipated Time to Close** | 6 Months | | 9-12 Months | | 1-2 Months | | 9+ Months | 1 Month |
| **Shareholder Approval Required** | No | | Yes – 80% | | Yes – Post-Close | | No | No |
| **Key Closing Conditions** | FCC, HSR | | IRS, FCC, HSR, Voting Agreement (at signing) | | HSR, Solvency Opinion, Voting Agreement | | IRS | HSR |
| **Bender Upside** | Existing Tribune Shareholders | | Chandler Trusts | | Existing Tribune Shareholders and New Investors Share | | Existing Tribune Shareholders | |

citigroup Corporate and Investment Banking

CONFIDENTIAL

28

# Disclaimers

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This presentation is confidential, for your private use only, and may not be shared with others without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the matters within and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This presentation is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking any of the matters contemplated within.

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any transaction contemplated hereby (a "Transaction").

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of the Transaction. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citigroup corporate bond research or economic and market analysis, Citigroup policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citigroup has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.



CONFIDENTIAL

CONFIDENTIAL

ML-TRIB-0035030