CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

TRIBUNE COMPANY

SPECIAL COMMITTEE OF THE

BOARD OF DIRECTORS MEETING

OCTOBER 18, 2006

      Pursuant to notice, a meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at the Company offices at 7:30 A.M. on October 18, 2006. The following members of the Committee were in attendance: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes and Miles D. White. Also in attendance were Messrs. Dennis J. FitzSimons, Donald C. Grenesko, Crane H. Kenney and Thomas D. Leach of the Company; Mr. Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP; Mr. Thomas A. Cole of Sidley Austin LLP; Mr. Michael Costa of Merrill Lynch & Co.; Ms. Christina Mohr of Citigroup; and Messrs. Paul Taubman and Thomas Whayne of Morgan Stanley.

      Mr. Osborn introduced the Morgan Stanley representatives, explained the process members of the Committee had used to select Morgan Stanley, and then asked Mr. Costa and Ms. Mohr to report on developments since the last meeting of the Committee.

      Mr. Costa referred to materials distributed to the members of the Committee, outlined the proposed process to solicit expressions of interest for the Company and an illustrative timeline for a hypothetical transaction, and described the strategic and financial parties with whom there has been contact and the status of executing a confidentiality agreement and sending data to such parties. He indicated which financial sponsors have been permitted to work together and the rationale therefor. He discussed certain regulatory issues that could be encountered depending upon which party or parties sought to acquire the Company. He indicated that initially bids for the entire Company were being solicited but that the process could accommodate parties seeking to make bids on certain assets of the Company. Questions and a discussion followed.

      Ms. Mohr discussed the preliminary analysis for the stapled financing Merrill Lynch and Citigroup would make available to interested parties, relating the amount of such financing to a multiple of adjusted EBITDA and various minimum equity levels that may be required of a purchaser. A discussion followed as to which "trophy" properties of the Company might command "vanity" prices and the per share value of various scenarios. The current status

TRIB 000029
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007789

of the debt markets was analyzed as well as the implications of any changes in these markets for a transaction. Further discussion and questions followed.

Mr. Osborn excused representatives of the Company, Merrill Lynch, Citigroup and Sidley Austin. Representatives of Morgan Stanley then made a presentation to the Committee referencing materials distributed and discussed various analyses and valuations of the Company as a whole and of its parts. A discussion followed on the relative benefits and risks of selling various parts of the Company in advance of a sale of the remaining assets of the Company, as well as the tactical advantage of having alternatives to a sale of the entire Company as currently constituted.

Mr. Osborn asked representatives of the Company, Merrill Lynch, Citigroup and Sidley Austin to rejoin the meeting and there was further discussion about the possible benefits and risks in attempting to sell parts of the Company compared with selling the Company as a whole. Following further discussion and questions, the representatives from Morgan Stanley, Merrill Lynch and Citigroup were asked to continue to solicit offers to acquire the Company as well as to explore alternatives to a sale of the Company and to report to the Committee at its next meeting.

Following further discussion, the meeting was adjourned.

TRIB 000030
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007790