CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

# TRIBUNE COMPANY

## SPECIAL COMMITTEE OF THE

## BOARD OF DIRECTORS MEETING

### OCTOBER 31, 2006

Pursuant to notice, a telephonic meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at 7:30 A.M. on October 31, 2006. All of the members of the Committee were in attendance: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Also in attendance were Messrs. Dennis J. FitzSimons, Donald C. Grenesko, Crane H. Kenney and Thomas D. Leach of the Company; Mr. Charles W. Mulaney, Jr. and William R. Kunkel of Skadden, Arps, Slate, Meagher & Flom LLP; Mr. Thomas A. Cole of Sidley Austin LLP; Mr. Michael Costa of Merrill Lynch & Co.; Ms. Christina Mohr of Citigroup; and Messrs. Paul Taubman and Thomas Whayne of Morgan Stanley.

At Mr. Osborn's request, Mr. FitzSimons provided the special committee with an update on the Company's recent financial results, including circulation and advertising performance.

Mr. Osborn then asked Mr. Costa and Ms. Mohr to report on developments since the last meeting of the Committee. Referring to materials that had been previously distributed to the members of the Committee, Mr. Costa and Ms. Mohr reviewed the status of the various parties considering a possible strategic transaction with the Company. The preliminary indications of interest for the acquisition of the Company as a whole received from certain of these parties following the initial due diligence phase were described and reviewed. Mr. Costa and Ms. Mohr also reviewed with the Committee those parties who continued to express an interest in acquiring only a portion of the Company's business or discrete assets as well as those parties who, following the initial due diligence phase, expressed no interest in a possible transaction. Questions and a discussion ensued, including with respect to the selection of bidders to be invited to continue their due diligence review of the Company and the process and timetable for obtaining definitive offers from interested bidders.

Mr. Costa and Mr. Mohr then reviewed with the Committee certain options in the Company's process of considering strategic alternatives, including the possible sale of the Company's broadcast business and/or certain other assets prior to a sale of the Company as a whole. Mr. Costa and Ms. Mohr also described a leveraged recapitalization alternative .The

TRIB 000031
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007791

advantages and other considerations of these alternatives were reviewed, including the federal income tax and timing considerations. Questions and a full discussion followed. Mr. Osborn then excused representatives of the Company, Merrill Lynch, Citigroup and Sidley Austin from the meeting.

The Committee reviewed and approved minutes for the meetings of the Committee held on October 6 and October 18, drafts of which had been previously distributed to members of the Committee.

At Mr. Osborn's request, Mr. Taubman then reviewed with the Committee various considerations with respect to the preliminary indications of interest received by the Company, the Company's process and timetable for pursuing such indications of interest and available alternatives in the Company's process of reviewing strategic alternatives. Questions and an extended discussion ensued. Following such discussion, consensus was reached that the Company should continue to pursue definitive offers for the acquisition of the Company as a whole on a timetable that would permit consideration of such offers as soon as practicable, while at the same time actively pursuing asset sales and other similar transactions as part of the Company's review of strategic alternatives. Mr. Osborn was to report these decisions to Company management and Citigroup and Merrill Lynch.

Following further discussions, the meeting was adjourned.

TRIB 000032
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007792