CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

## TRIBUNE COMPANY

## SPECIAL COMMITTEE OF THE

## BOARD OF DIRECTORS MEETING

## NOVEMBER 17, 2006

Pursuant to notice, a telephonic meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at 4:00 P.M. on November 17, 2006. All of the members of the Committee were in attendance: William A. Osbòrn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Also in attendance were Messrs. Dennis J. FitzSimons, Donald C. Grenesko, Crane H. Kenney and Thomas D. Leach of the Company; Mr. Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP; Mr. Thomas A. Cole of Sidley Austin LLP; Mr. Michael Costa of Merrill Lynch & Co.; Ms. Christina Mohr of Citigroup; and Messrs. Paul Taubman and Thomas Whayne of Morgan Stanley.

Mr. FitzSimons provided an update on business conditions for the Company and reported on the management presentations made to potential bidders for the Company. Mr. Grenesko then gave an update on the Company's financial performance for September 2006. Questions and discussion followed.

Referring to materials previously distributed to the members of the Committee, Mr. Costa then provided the Committee with an update on the process of soliciting expressions of interest for Company, described the strategic, "vanity" and financial sponsor parties with whom there has been contact and their status. He discussed the implications of the November 16, 2006 announcement of the Clear Channel transaction, including the possibility that the Clear Channel transaction could cause certain of the financial sponsor parties to withdraw as potential acquirors of the Company for regulatory or other reasons. He summarized the process of soliciting expressions of interest for discrete assets of the Company and described the strategic, "vanity" and financial sponsor parties with whom there has been contact and the status of executing a confidentiality agreement and sending data to such parties. He described that the Chandler Trusts indicated that they might be interested in pursuing a strategic transaction with the Company and described the structure of a potential transaction with the Chandler Trusts. He described options for interacting with the Chandler Trusts and the timetable for obtaining definitive bids from interested parties generally, including the possible need to extend the process into January 2007 to permit interested parties to complete their due diligence and be in a position to provide firm, quality bids. Questions and a full discussion followed.

TRIB 000033
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007793

At Mr. Osborn's request, Mr. Costa, Ms. Mohr and Mr. Taubman described their firms' roles and their personal involvement in the Clear Channel transaction. Questions and a discussion followed.

Mr. Osborn excused representatives of Merrill Lynch and Citigroup. Mr. FitzSimons discussed the implications of extending the bidding timeline for the business of the Company and for the quality of bids. Further discussion and questions followed.

Mr. Osborn excused representatives of the Company and Sidley Austin. Representatives of Morgan Stanley then discussed with the Committee various considerations with respect to extending the timeline for the bidding process. Discussion and questions followed.

Mr. Osborn then excused representatives of Morgan Stanley. The Special Committee discussed at length the various considerations with respect to extending the timeline for the Company's review of strategic alternatives and determined that the process should be extended into January 2007. Mr. Osborn was to report this decision to management and Merrill Lynch and Citigroup.

Following further discussion, the meeting was adjourned.

TRIB 000034
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007794