CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

TRIBUNE COMPANY

SPECIAL COMMITTEE OF THE

BOARD OF DIRECTORS MEETING

NOVEMBER 27, 2006

Pursuant to notice, a telephonic meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at 3:30 P.M. on November 27, 2006. All of the members of the Committee were in attendance: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Also in attendance were Messrs. Dennis J. FitzSimons, Donald C. Grenesko, Crane H. Kenney and Thomas D. Leach of the Company; Mr. Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP; Mr. Thomas A. Cole of Sidley Austin LLP; Mr. Michael Costa of Merrill Lynch & Co.; Ms. Christina Mohr of Citigroup; and Mr. Paul Taubman of Morgan Stanley.

Mr. Osborn asked Mr. Costa to report on developments since the last meeting of the Committee. Mr. Costa referred to materials previously distributed to the members of the Committee, provided an update on developments in the process of soliciting expressions of interest for the whole Company, and described the status of contacts with strategic, "vanity" and financial parties. He also discussed the process of soliciting expressions of interest for discrete assets of the Company and described the strategic, "vanity" and financial parties with whom there has been contact and the status of those contacts. Questions and a discussion followed.

**REDACTED**

Mr. Costa described a revised timeline for the sale process that involved extending the deadline for final bids into January 2007. He also discussed the impact on the sale process if the Chandler Trusts participate as a bidder. Representatives from Merrill Lynch and

TRIB 000035
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007795

Morgan Stanley explained that the Chandler Trusts could potentially serve as a significant source of competition for the financial party bidders. Questions and a discussion followed.

### REDACTED

Mr. Costa discussed timing for an announcement to the bidders about the extended bid date. A discussion followed as to whether any additional public announcement should be made by Mr. FitzSimons or Committee representatives. Following this discussion, Merrill Lynch was asked to communicate the revised bid date to the bidders on November 28, 2006.

The Committee then discussed the Chandler Trusts' November 22, 2006 letter and shareholder proposal, both of which had been previously distributed to the Committee. Because the Chandler proposal to declassify the board already had been in substance proposed by Ms. Evelyn Y. Davis, it was decided that, consistent with the Chandler Trusts' letter, the Davis Proposal rather than the Chandler Trusts' proposal would be considered at the May 2007 Company shareholder meeting. Further discussion followed, which included the implications for the Board if the Davis Proposal was adopted by the Company shareholders. The discussion also covered other shareholder proposals that had been submitted for the May 2007 meeting.

Mr. Osborn excused representatives of the Company, Merrill Lynch, Citigroup and Sidley Austin. A discussion followed regarding the possibility that the McCormick Foundation might participate in the bidding process. Discussion and questions followed.

Following further discussion, the meeting was adjourned.

TRIB 000036
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007796