| | |
|---|---|
| **From:** | Brien O'Brien |
| **Sent:** | Sunday, January 14, 2007 12:31 PM |
| **To:** | Greenthal, Jill; Wander, Herbert S.; jmadigan@tribune.com; jdowdle@tribune.com; tchomicz@quarles.com; Chomicz, Thomas E.; Bueker, Kathryn; madnani@blackstone.com |
| **Subject:** | RE: Strategy Call--Monday night |

```
Jill-yes- I can make the call-
I think the points you bring up are excellent- I also believe that it is
important to make the Foundations' interest and objectives known at the
very least to the special committee of the board and Dennis prior to the
January 17th deadline.  I also feel, to the degree possible, that
management should be aware of our perspective and that they are in
support of the position(s) we take.
As for going public with our thinking, I think John and Jim along with
Andy Hayes should lead that discussion
Perhaps prior to the call tomorrow night, your group could identify key
issues and options and that those options get spelled out with possible
pro and con bullet points to help frame the discussion for tomorrow
Feels like we are making progress
Brien
(I will forward to Tom Chomicz's email)
-----Original Message-----
From: Greenthal, Jill [mailto:Greenthal@blackstone.com]
Sent: Sunday, January 14, 2007 10:35 AM
To: Wander, Herbert S.; jmadigan@tribune.com; jdowdle@tribune.com; Brien
O'Brien
Cc: Bueker, Kathryn; Madnani, Sean; Janofsky, Benjamin; Tawil, Miriam;
Fields, Jim; Dugan, Michael
Subject: Strategy Call--Monday night
We would like to do a call tomorrow night...how about 8pm est?  To
discuss where we want to head with this situation.  Issues to
consider...do we reassert our interest in the split off?  Do we
privately and/or publicly support management and advocate that the
company continue as a public company? (the WSJ says the current
management has done an excellent job of running the company)  Do we
think a pro rata spin off of Broadcasting is an acceptable outcome?
Should we tell the board that we will not support any transaction
whereby we do not get our pro rata share of the separation of the
businesses (ie, we will vote against a chandler split off)?  This list
should keep us busy...but all other topics are welcome...thoughts?
Can someone please circulate this to Tom also?  For some reason I do not
have his contact info at home with me. Sean, can you also please call
Jim to make sure this works for him and to give him the dial in info
once it is set up? thanks
```

FOUN0022057