CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

TRIBUNE COMPANY

SPECIAL COMMITTEE OF THE

BOARD OF DIRECTORS MEETING

JANUARY 12, 2007

      Pursuant to notice, a meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at the Company's offices at 9:00 A.M. on January 12, 2007. All of the members of the Committee were in attendance, either in person or telephonically: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Also in attendance, either in person or telephonically, were Messrs. Dennis J. FitzSimons, Donald C. Grenesko, Crane H. Kenney and Thomas D. Leach of the Company; Mr. Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP; Mr. Thomas A. Cole of Sidley Austin LLP; Mr. Michael Costa of Merrill Lynch & Co.; Mr. Michael Schell and Ms. Christina Mohr of Citigroup; and Messrs. Paul Taubman and Thomas Whayne of Morgan Stanley.

      At Mr. Osborn's request, Mr. FitzSimons provided an update on the due diligence process being undertaken by potential bidders for the Company or certain of its businesses. Mr. Grenesko then reviewed the Company's preliminary fourth-quarter and full year 2006 financial results. Questions and a discussion followed.

      Mr. Costa reviewed developments in the Company's process of considering strategic alternatives. Referring to materials distributed to the members of the Committee, Mr. Costa updated the Committee on the status of the various parties exploring submitting bids for the Company as a whole as well as those focused on the Company's publishing or broadcasting businesses. Questions and a discussion ensued regarding the level of interest of various parties and the bids likely to be received by the Company.

      Mr. Costa then described certain transactions available to the Company, ranging from the sale of the whole Company to a number of "separation transactions", including a transaction involving either the Chandler Family Trusts or the McCormick/Cantigny Foundations, a sale of the Company in multiple steps, a leveraged spin-off, a recapitalization and various asset dispositions. Considerations relating to the various transactions were reviewed, including the timing, complexity and execution risk involved. Questions and a discussion followed.

      Ms. Mohr then discussed the impact of recent market dynamics and the Company's financial performance on the valuation of the Company and its principle businesses.

TRIB 000039
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007799

Referring to materials distributed to the members of the Committee, she reviewed certain valuation metrics for the Company. Questions and a discussion followed.

Mr. Taubman and Mr. Whayne gave a presentation to the Committee. Referring to materials distributed to the members of the Committee, Mr. Taubman and Mr. Whayne reviewed the Company's recent share price performance, including a discussion of the various factors that may be affecting the Company's stock price, and compared the Company's financial forecasts with Wall Street analysts' estimates. Mr. Taubman and Mr. Whayne also presented information regarding different valuation metrics for the Company and its businesses. The structure and economics of the transaction proposal from the Chandler Family Trusts were reviewed in detail, including the proposal's implied valuations of the Company's broadcasting and publishing businesses. Mr. Taubman and Mr. Whayne also reviewed the Company's strategic alternatives if a whole Company transaction were not pursued, including a leveraged recapitalization, a sale of the Company's broadcasting business, a spin-off of the broadcasting business and a split-off of the Company's publishing business. Questions and a lengthy discussion followed.

Mr. Osborn then excused representatives of the Company, Merrill Lynch, Citigroup and Sidley Austin.

The Committee reviewed and approved minutes for the meetings of the Committee held on October 31, November 17 and 27, and December 12, 2006, copies of which had been previously distributed to the members of the Committee.

The members of the Committee and its advisors then continued their discussions regarding the Company's review of strategic alternatives, including the risks that certain proposals might not be consummated given the conditions contained in such proposals.

Following such further discussion, the meeting was adjourned.

TRIB 000040
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007800