CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

## TRIBUNE COMPANY

## SPECIAL COMMITTEE OF THE

## BOARD OF DIRECTORS MEETING

## JANUARY 20, 2007

Pursuant to notice, a meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at 8:00 A.M. on January 20, 2007 at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Chicago, Illinois. All of the members of the Committee were in attendance: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Also in attendance were Messrs. Dennis J. FitzSimons, Donald C. Grenesko, Crane H. Kenney and Thomas D. Leach of the Company; Mr. Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP; Mr. Thomas A. Cole of Sidley Austin LLP; Mr. Steven A. Rosenblum of Wachtell, Lipton, Rosen & Katz; Messrs. Michael Costa, Todd Kaplan and Michael O'Grady of Merrill Lynch & Co.; Ms. Christina Mohr and Messrs. J. Michael Schell and Michael Canmann of Citigroup; and Messrs. Paul Taubman and Thomas Whayne of Morgan Stanley.

The meeting began in executive session with Mr. FitzSimons present at the invitation of the Committee. Mr. FitzSimons reviewed the history of the Company's considerations of various options to enhance shareholder value beginning in 2005. Questions and a discussion followed.

At the Committee's request, the other attendees joined the meeting.

At Mr. Osborn's request, Mr. Costa and Ms. Mohr reviewed developments in the Company's process of considering strategic alternatives. Referring to materials distributed to the members of the Committee, Mr. Costa began by summarizing the key steps and dates in the Company's process of considering strategic alternatives, including a discussion of the numerous parties that took part in the process in various capacities. Mr. Costa then reviewed the three proposals received by the Company following such process: a proposal from The Carlyle Group to purchase the Company's broadcasting business (which could be coupled with a leveraged recapitalization of the Company); a proposal from the Chandler Trusts for a transaction in which they would acquire the Company's publishing business and the Company's other stockholders would receive cash and stock in a new, public corporation that would hold the Company's broadcasting business in exchange for their stock in the Company; and a proposal from The Broad Investment Company and The Yucaipa Companies to sponsor a leveraged recapitalization of the Company with an equity investment in the Company.



TRIB 002637
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0001624

Mr. Costa and Ms. Mohr reviewed in detail the terms of each proposal, including the type and amount of consideration to be received by the Company's stockholders, the valuation of the equity securities to be received or retained by the Company's stockholders and the material closing conditions. Mr. Costa and Ms. Mohr also reviewed the valuations of the Company and its businesses implied from such proposals and provided an analysis of the Company's stock price. Mr. Costa and Ms. Mohr then reviewed several recapitalization alternatives that could be pursued by the Company. Mr. Costa's and Ms. Mohr's presentation included a detailed analysis of the relative range of values offered by the three proposals and the possible recapitalization alternatives. Throughout the course of Mr. Costa's and Ms. Mohr's presentation, the members of the Committee asked numerous questions and engaged in discussions among themselves and with the Company's and the Committee's advisors about the terms and conditions of the proposals and the possible recapitalization alternatives.

Mr. Rosenblum then reviewed the legal terms and conditions of the three proposals and the status of the documentation relating to the proposals. Mr. Rosenblum noted that draft documentation was in process for The Carlyle Group and Chandler Trust proposals, but to date the Broad/Yucaipa group had only provided term sheets. Questions and a discussion followed.

At their request, Eli Broad of The Broad Investment Company and Ron Burkle of The Yucaipa Companies and representatives of UBS, their financial advisor, joined the meeting and made a presentation regarding the Broad/Yucaipa proposal. Questions and a discussion followed. These individuals then left the meeting.

Mr. FitzSimons then reviewed the Company's current shareholder profile. Questions and a discussion followed.

At their request, William Stinehart, Jr., a member of the Company's Board of Directors and a trustee of the Chandler Trusts, Thomas Unterman of Rustic Canyon Partners, financial advisors to the Chandler Trusts, and representatives of Goldman Sachs & Co., financial advisors to the Chandler Trusts, joined the meeting and made a presentation regarding he Chandler Trusts proposal. Questions and a discussion followed. These individuals then left the meeting.

At Mr. Osborn's request, Mr. Taubman then commented on the three proposals and the recapitalization alternatives. Questions and a discussion followed.

Mr. FitzSimons then provided management's observations regarding the proposals and the recapitalizations alternatives. Questions and discussion followed.

Mr. Osborn then adjourned the meeting for a luncheon recess. Following the luncheon recess, the meeting resumed.

A lengthy discussion ensued as to the appropriate next steps in the course of the Company's review of strategic alternatives and the strategies and tactics for responding to the bidders and working with them to improve the terms and conditions of each of their proposals.

TRIB 002638
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0001625

Following such discussions, the Committee directed management and the Company's advisors to work to obtain improvements to the terms and conditions of the three proposals. The Committee agreed to have a telephonic meeting on January 27, 2007 to further discuss the proposals and any revisions thereto.

Mr. Osborn then excused representatives of the Company (other than Mr. FitzSimons), Sidley Austin, Wachtell Lipton, Merrill Lynch and Citigroup.

Members of the Committee and Mr. FitzSimons further discussed the proposals that had been presented, possible alternatives that did not require a third party and various scenarios for the ongoing operations of the Company given the views of some of the Company's major shareholders. The Committee discussed the appropriateness of allowing one or more parties to non-disclosure agreements with the Company to enter into discussions with other parties under similar agreements. Mr. Osborn was directed to inform the Company's advisors of the decisions reached.

The Committee reviewed and approved minutes for the January 12 meeting of the Committee, a copy of which had been previously distributed to the members of the Committee.

Following such discussion, the meeting was adjourned.

TRIB 002639
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0001626