January 17, 2007

Michael Costa
Managing Director
Merrill Lynch & Co.
4 World Financial Center, 30th Floor
New York, NY

Christina Mohr
Managing Director
Citigroup Global Markets, Inc.
338 Greenwich Street, 36th Floor
New York, NY 10013

Re: Tribune Company ("Tribune" or the "Company")

Dear Mr. Costa and Ms. Mohr:

The Broad Investment Company, Inc., headed by Eli Broad, and The Yucaipa Companies LLC, headed by Ron Burkle, are pleased to submit a proposal to sponsor a $13 billion recapitalization of the Tribune Company worth in excess of $34 a share.

Our proposal would immediately return to existing shareholders $27 per share in cash, which is almost the entirety of the unaffected share price of Tribune's stock prior to the announcement of the share buyback. Furthermore, our proposal allows existing shareholders to retain a majority stake in Tribune that we believe would be immediately valued at more than $7 per share.

Our proposal includes a substantial investment by two entrepreneurs who have a proven track record of creating significant shareholder value. We have structured our proposal to allow Tribune shareholders to partner with us and participate in what is effectively a public LBO. Shareholders will be provided the opportunity to capture the same financial returns that would be captured by private equity investors if they were allowed to purchase the entire Company.

The sponsored recapitalization will be funded through a combination of new debt from a consortium of lenders and $500 million in new equity provided by the sponsors. We are prepared to make this substantial investment because we believe there is significant inherent value to be unlocked in Tribune and its rich collection of assets and content. We believe in the future of Tribune's media business and are prepared to commit our own time and resources to create value for all shareholders.

1

CONFIDENTIAL

We believe our proposal is a compelling and unique opportunity for shareholders on three key fronts:

- Superior Value

- Certainty to Close

- Speed of Execution


**Superior Value**

We are offering shareholders total immediate value of over $34 per share, including an immediate cash payment of $27 per share, along with retained equity participation in the Company which should be valued at over $7 per share (see Appendix D). Based on management's projections and using the current trading multiple, this equity participation should grow to approximately $12 per share in less than four years (see attached schedule in Appendix D). We believe that with our investment and focus we can create meaningful additional shareholder value above these levels.

By giving existing shareholders a continuing stake in the Company, they will gain a unique opportunity to participate in growth and strategic rationalization opportunities driving returns that would otherwise be enjoyed only by a financial buyer. This transaction would also allow shareholders to take advantage of historically low-cost debt financing by partnering with long-term investors who have a track record of generating strong returns – and without paying the fees typically associated with private equity funds.

Importantly, our transaction preserves flexibility for tax-efficient structuring of divestitures, creating potential for material incremental value for shareholders.

We believe there is significant value that can be created based on our own due diligence and management's projections for both the broadcast and publishing businesses, as well as initiatives already identified by the management team. We are aware that the management team is just now in the process of implementing numerous revenue-driving and cost-saving initiatives that have the potential to generate substantial value, and we look forward to working with management to help the Company achieve those goals.

**Certainty to Close**

Our proposal has a high degree of certainty associated with it, given that we have completed our due diligence analysis and have no conditions other than negotiation of definitive documents. In addition, our proposal is supported by a committed debt and equity financing package of over $11 billion from sponsors and financial institutions. Unlike the sale in full of Tribune, closing this transaction does not require any prior approval from the Federal Communications Commission.

CONFIDENTIAL                                                            CITI-TRIB-CC 00042709

## Speed of Execution

Our structure provides a significant timing advantage and reduces market risk compared to a full sale of the Company, which could take 12 or more months. Under our proposal, financing could close within thirty days of signing definitive documents, at which time shareholders would receive $27 of cash per share.

A quick close and speedy resolution would allow management to focus on the business without the distraction of a lengthy regulatory review process prior to closing a complete sale of the Company. Moreover, Eli Broad and Ron Burkle would be able to start working with management immediately.

## Strong Equity Sponsorship Provides Catalyst to Increase Value

We believe that our proposed transaction is unique and compelling largely due to the proven and longstanding track records of our principals in creating tremendous value for their shareholders and equity partners. As investors, we would take an active role in working with management to look for ways to improve profitability. In conjunction with our equity investment, we propose receiving six seats on an expanded 16 seat Board of Directors. Our Board representation would be commensurate with our effective equity ownership of about 34%. Eli Broad and Ron Burkle would work closely with management and would assume non-executive co-chairman roles with no compensation.

## This is The Right Deal to Do Today for Tribune

We believe that Tribune has assembled a unique portfolio of attractive media and interactive assets. At the same time, the Company hasn't yet realized the benefits of digital revenue and divesting non-core assets. This is the right time for strategic investors to help provide value and vision.

We are highly impressed with the quality and performance of the Tribune management team and anticipate entering into appropriate employment agreements with management. We strongly believe in aligning the interests of management with those of shareholders. We expect to offer management new equity options that would represent a material portion of the Company's equity. Further, we are committed to maintaining Tribune's presence and headquarters in Chicago.

## Next Steps

We are eager to proceed with this transaction. We have hired UBS Investment Bank as our financial advisor and Latham & Watkins LLP as our legal advisor, who are ready to work with you expeditiously to reach agreement on the terms. If you or the Company have any questions, please contact Peter Adamson at Broad Investment Company at (310) 954-5038 or Ira Tochner at The Yucaipa Companies at (310) 228-2898. Our proposal will remain open through 5:00 p.m. Eastern Time on January 24, 2007, unless the Company earlier accepts or rejects our proposal, including by accepting or announcing an alternative transaction.

3

CONFIDENTIAL

CITI-TRIB-CC 00042710

Sincerely,

_____
Eli Broad
The Broad Investment Company, Inc.

_____
Ronald W. Burkle
The Yucaipa Companies, LLC

4

CONFIDENTIAL

CITI-TRIB-CC 00042711

<u>List of Appendices</u>

A)  Eli Broad / Ronald W. Burkle Biographies
B)  Offer Details
C)  Sources and Uses of Funds
D)  Share Valuation
E)  Equity Term Sheet
F)  Equity Commitment Letters
G)  Debt Commitment Letters

CONFIDENTIAL                                                                                      CITI-TRIB-CC 00042712

**Appendix A**

*Eli Broad*

As the founder-chairman and CEO of two Fortune 500 companies, Eli Broad delivered exceptional returns to his shareholders over a 40-year period. Mr. Broad co-founded the homebuilder Kaufman & Broad (now KB Home) in 1957 and was an architect of the homebuilding industry as we know it today. In 1971, he bought Sun Life Insurance Company and transformed it from a traditional death benefit company into a leading provider of retirement products and services. The company was re-named SunAmerica and was spun out of KB Home in 1989 at a split-adjusted price of $1.67 per share, a $366 million market cap. Ten years later, American International Group acquired SunAmerica for $82.00 per share, valuing the company at $18 billion. An investor in the 1961 IPO of Kaufman & Broad has earned a 20.3% annual return over a 43-year compounding period through 2004 (including the SunAmerica shares received in the spin off). The S&P 500 returned 10.2% during this period. An investment of $10,000 in the S&P for this period would be worth $668,000 today, while the same amount invested in KB Home/SunAmerica is now worth $29 million.

Since 2001, Mr. Broad has managed his foundation and family assets, and has focused his vision, energy and leadership on The Broad Foundations, a $2.25 billion philanthropy that encourages entrepreneurship for the public good in education, science and the arts. Mr. Broad is on the Boards of the Museum of Modern Art in New York, the Los Angeles County Museum of Art and is a regent of the Smithsonian Institution.

*Ron Burkle*

Ron Burkle is the founder and Managing Partner of The Yucaipa Companies, a premier private equity investment firm that has completed over $30 billion of mergers and acquisitions since 1986, generating an overall IRR in excess of over 40%. Yucaipa's historical success has resulted from acquiring companies with high quality franchises, and repositioning the businesses to maximize the value of the enterprise. He has served as Chairman of the Board of numerous public and private companies and currently serves as a member of the board of directors of Yahoo! (Nasdaq: YHOO), Occidental Petroleum Corporation (NYSE: OXY) and KB Home (NYSE: KBH).

Over the last 20 years, Mr. Burkle has operated some of the largest supermarket chains in several of Tribune's primary markets, resulting in a keen understanding of the demographics in the markets that the Tribune's newspaper and television stations serve. These supermarket companies were among Tribune's largest advertisers. In addition to understanding Tribune's markets, Mr. Burkle's participation on the Board of Yahoo and key relationships with many of the country's top internet and media companies give him unique insight into the opportunities available to Tribune.

Mr. Burkle is broadly involved in the community and has received numerous community service awards.

CONFIDENTIAL                                                                                            CITI-TRIB-CC 00042713

**Appendix B**

**Additional Offer Details**

The following are selected specific terms and conditions of the proposal with reference to the items requested in the final bid instructions letter.

*Investor Identity*

The sponsors will be affiliates of The Broad Investment Company, Inc. and The Yucaipa Companies.

*Financing*

The sponsors intend to finance the transaction with a combination of debt and equity. We have (i) obtained commitment letters from affiliates of J.P. Morgan Securities Inc. and UBS Securities LLC to provide all the senior, bridge and subordinated debt financing required for the transaction, and (ii) obtained commitment letters from funds affiliated with the sponsors to provide all the equity required for the transaction. These letters are included in Appendix G.

*Transaction Documents*

We have enclosed the proposed term sheet for the sponsors' new capital investment. We would expect that we will be able to work with our respective counsel and financial advisors to reach agreement on the term sheet expeditiously.

*Due Diligence*

Over the course of this process, we have expended substantial time and resources to conduct our review of the Company. The assistance provided by Tribune and its advisors has been very helpful in improving our understanding of the business and the Company's many opportunities. We are pleased to confirm that our due diligence pertaining to both equity and debt financing is complete.

*Necessary Approvals*

The proposed transaction has been reviewed internally by each sponsor and has received all necessary internal approvals to submit this proposal. Further, as highlighted, one of the key advantages of our proposal is that the immediate leveraged recapitalization and special dividend payment will not be subject to any shareholder or regulatory approvals.

*Timing*

We believe that agreement and documentation of the terms of the sponsors' new capital investment could be completed within two weeks. Furthermore, we believe our proposed sponsored leveraged recapitalization transaction could be completed and funded within 30 to 60 days following signing of definitive transaction documentation.

CONFIDENTIAL

CITI-TRIB-CC 00042714

*Exclusivity*

Until 30 days after the date of the Company's acceptance of the sponsors' proposal contained herein, (i) the Company will not, directly or indirectly, through any representative or otherwise, solicit or entertain offers from, negotiate with or in any manner encourage, discuss, accept or consider any proposal of any other person relating to the acquisition of, or investment in, the Company, its assets or business, in whole or in part, whether directly or indirectly, through purchase, merger, consolidation or otherwise, and (ii) the Company will immediately notify the sponsors regarding any contact between the Company or its representatives and any other person regarding any such offer or proposal or any related inquiry.

8

CITI-TRIB-CC 00042715

**Appendix C**

**Sources and Uses of Funds**

| Sources | Amount ($) |
|---|---|
| New Revolving Credit Facility [1] | $ -- |
| New 1st Lien Term Loan A | 1,000 |
| New Term Loan B | 6,200 |
| New Senior Notes | 2,610 |
| Rollover Existing Debt | 1,799 |
| New Sponsor Preferred Equity | 500 |
| **TOTAL SOURCES** | **$12,109** |

| Uses | Amount ($) |
|---|---|
| Dividend to Shareholders | 6,459 |
| Refinance Existing Debt | 3,207 |
| Rollover Existing Debt | 1,799 |
| Financing Fees | 207 |
| Transaction Expenses & Other | 437 |
| **Total Uses** | **$12,109** |

Note:
1    Total availability of $1,000 million

CONFIDENTIAL

CITI-TRIB-CC 00042716

## Appendix D

## Share Valuation

| ($ in millions) | 2010E |
|---|---|
| Adjusted EBITDA [1] | $1,686 |
| EV / EBITDA Multiple [2] | 8.8x |
| **Enterprise Value** | **$14,922** |
| Less: Net Debt [3] | (9,381) |
| **Implied Equity Value** | **$5,540** |
| Total Shares [4] | 474 |
| **Implied Share Price** | **$11.70** |
| | |
| **NPV of Implied Share Price [5]** | **$7.30** |
| Plus: $27 Special Dividend | $27.00 |
| **Implied Total Present Value Per Share** | **$34.30** |

Notes:
1   Adjusted EBITDA per management projections including cash flow from equity investments
2   Implied multiple based on effective $31.00 value for shareholders
3   Projected at 2010 fiscal year end based on management projections
4   Includes basic shares, new sponsor shares, restricted stock units (RSUs), options (based on Treasury Stock Method) and new warrants
5   Based on 12.5% cost of equity

10

CONFIDENTIAL

CITI-TRIB-CC 00042717

**Appendix E**

**Equity Term Sheet**

Attached as an exhibit hereto.

CONFIDENTIAL

CITI-TRIB-CC 00042718

**Appendix F**

**Equity Commitment Letters**

Attached as an exhibit hereto.

CONFIDENTIAL

CITI-TRIB-CC 00042719

**Appendix G**

**Debt Commitment Letters**

Attached as an exhibit hereto.

CONFIDENTIAL

CITI-TRIB-CC 00042720