**ROBERT R. MCCORMICK TRIBUNE FOUNDATION**
*Advisory Committee of Independent Directors*

January 17, 2007

Mr. Michael Costa
Managing Director
Merrill Lynch & Co.
4 World Financial Center
30th Floor
New York, NY 10080

Ms. Christina Mohr
Managing Director
Citigroup Global Markets Inc.
388 Greenwich Street
36th Floor
New York, NY 10013

Dear Ms. Mohr and Mr. Costa:

We are submitting this response to the Special Committee of the Board of Directors ("Special Committee") of the Tribune Company ("Company") in accordance with your letter of instructions of January 7, 2007.

The Robert R. McCormick Tribune Foundation ("Foundation") has devoted considerable time and attention to responding to your invitation to submit a proposal to the Special Committee. We, as members of the Foundation's Advisory Committee together with our financial and legal advisors have conducted extensive due diligence in the brief time available to us. This due diligence has consisted of, among others, participation by us together with our advisors in a full day of presentations by the Company's management, numerous telephone conference calls with our financial advisors including a lengthy conference call held with the publishers of the Company's newspapers and a detailed examination of documents, materials and financial information and projections provided to us. We have also held substantive discussions with financing sources and both strategic and financial entities that have indicated to us that they are favorably prepared to partner with the Foundation if we determine to proceed with a definitive proposal to the Special Committee.

We thank the Special Committee, its financial and legal advisors and the management of the Company for their excellent cooperation in connection with our due diligence process.

On the basis of our due diligence and analysis, we have concluded that the Company should maintain its current structure, unless the Special Committee receives a proposal to acquire the entire company at a significant premium over the current market price of the Company's common stock in a transaction with minimal execution risk. In our opinion, the Special Committee has conducted a thorough and fair process to determine whether the Company should pursue strategic alternatives. This process has been publicly disclosed and has been ongoing for a sufficient period of time to allow any qualified purchasers to fully participate. Based on what we have learned, the Special Committee's efforts have not as of this date produced a premium offer for the entire Company. There are a number of different reasons for this, but we conclude that this result dictates that the Company continue as it is, at least until market conditions improve. The process has in fact demonstrated that the Company's management has been responsive to the difficult and unique market conditions. Blackstone, our financial advisor, as well as media (Wall Street Journal, Jan. 13, 2007) and analyst coverage (Lehman Brothers, Jan. 16, 2007) plainly give management high marks for actively

Professionals' Eyes Only

expanding internet revenues and running an efficient company with little costs to cut. We sincerely believe that the outcome of the Special Committee's efforts validates management's stewardship of the Company and does not reflect a failure of the Special Committee's process.

We are aware that there has been consideration given to splitting the Company, on a pro rata basis to all stockholders, into two separate entities, namely, the publishing segment and the broadcasting/entertainment segment. This may have merit and, if pursued by the Special Committee, we would consider supporting it so long as it diffuses the current stockholder discontent and antagonism.

Notwithstanding our clear preference for one of the two above outcomes, if the Special Committee and the Board determines that they want to engage in a transaction, we are prepared to redouble our efforts in connection with the proposal we submitted to the Special Committee on January 5, 2007 (a copy of which is attached). Our efforts to date in this regard have included examining the corporate law aspects, tax aspects, valuation metrics, existing Company debt structure, governance aspects of pursuing this with a strategic or financial partner and potential allocation of the Company's debt and assets. We have determined that financing for the split-off is readily available. Moreover, in consultation with the Company's legal advisors, we believe we can effectuate the split-off with only a majority vote of the Company's stockholders. Despite the many obstacles to successfully complete such a split-off, we have made significant progress and, after further substantive discussion with the Special Committee and management, are willing to pursue this alternative. In sum, we believe the Foundation is in a position to sponsor and lead such a split-off.

We are prepared to meet with the Special Committee and/or its advisors to discuss this response in further detail.

Please contact us through our financial advisor, Jill Greenthal of The Blackstone Group (office 617-646-2920; cell 617-513-1449; e-mail greenthal@blackstone.com).

Very truly yours,

John W. Madigan

James C. Dowdle

Professionals' Eyes Only

TRB0008913

*ROBERT R. MCCORMICK TRIBUNE FOUNDATION*
*Advisory Committee of Independent Directors*

January 5, 2007

Independent Special Committee of the Board of Directors
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: William A. Osborn, Lead Independent Director

Dear Mr. Osborn:

Re:     Transaction with the Tribune Company

As you may know, the Robert R. McCormick Tribune Foundation, a holder of approximately 28 million shares of Tribune Company common stock, has established a special Advisory Committee of the independent directors of the Foundation's board, whose membership consists of two non-Tribune executives, to determine what course of action is in its best interests with regard to its Tribune Company investment. To date, the Advisory Committee has hired its own financial and legal advisors and studied a number of different potential options.

We are prepared at this time to proceed with a tax-free "split-off" of Tribune Company's Broadcasting and Entertainment segment in combination with a leveraged recapitalization of the Publishing segment (the "Transaction"). Under our proposal, the recapitalized Publishing segment would be acquired by us and one or more private investors and the remaining Tribune shareholders would receive a combination of the Broadcasting and Entertainment segment and cash. Our proposal would value the Publishing segment, including the Company's interest in CareerBuilder and related Internet investments in the area of $8.25 billion. We believe that this Transaction, in combination with the split-off of the broadcasting business, should provide the public shareholders of the Tribune Company value per share in excess of the current market price. We are one of the few shareholders positioned to facilitate the proposed structure and believe that our longstanding ownership of Tribune Company stock makes us an attractive partner for the Tribune Company in such a Transaction.

The consummation of the Transaction by the Foundation is subject to the fulfillment, in our sole discretion, of the following conditions: (i) results of our due diligence review, including satisfactory review of tax and other contingent liabilities, must be acceptable to us, (ii) satisfaction with the final structure of the Transaction, (iii) the Foundation shall have partnered with one or more equity investors and obtained financing on terms and conditions satisfactory to it in an aggregate amount which is sufficient to consummate the Transaction, (iv) obtaining all governmental, regulatory, third party and shareholder consents and approvals necessary to consummate the Transaction and (v) execution of definitive Transaction documents.

Professionals' Eyes Only

TRB0008914

We look forward to partnering with you on this Transaction. Feel free to contact **Jill Greenthal** at (617) 646-2920 if you have any questions or comments.

Very truly yours,

**ROBERT R. McCORMICK TRIBUNE FOUNDATION**
**Advisory Committee of Independent Directors**

By: _/s/ John W. Madigan_
　　　　John W. Madigan

Professionals' Eyes Only                                                                                          TRB0008915