CONFIDENTIAL

Confidential Discussion Materials Prepared for:

## Committee of Independent Directors of the Board of Directors of Tribune

February 3, 2007







GBTRIB 00013765

CONFIDENTIAL

# Chandler Trusts Proposal





CONFIDENTIAL

GBTRIB 00013766

CONFIDENTIAL

## Valuation Summary

### Chandler Broadcasting Valuation

- **Chandler Proposal contemplates headline value today to Tribune shareholders of ~$31.64**

  - **~$24.55 in cash from leverage at Broadcasting and cash from Chandlers / Sponsors**

  - **~$7.09 in Broadcasting Equity**

- **Each 1.0x decline in Broadcasting multiple decreases value of proposal by ~$2.00**

| | |
|---|---|
| 2007 Broadcasting EBITDA | $399.2 |
| Less: Radio | (14.2) |
| Less: Assumed Corporate Expense | (13.0) |
| Standalone Broadcasting EBITDA | $372.0 |
| Assumed Broadcasting Multiple | 11.0x |
| **Broadcasting Enterprise Value** | **$4,091.5** |
| Less: Net Debt | (2,722.2) |
| **Implied Broadcasting Equity Value** | **$1,369.4** |
| Equity Value per Tribune Share | $5.68 |
| **Equity Value per Non-Chandler Tribune Share** | **$7.09** |
| **Total Value from Chandler Proposal** | **$31.64** |
| **Aggregate Cash from Chandler Proposal** | **$24.55** |
| *Cash From Leverage at Broadcasting* | *13.82* |
| *Implied Cash For Tribune Publishing* | *10.73* |

### Consideration Received by Tribune Shareholders (Value Split)





Publishing Equity ▨ Broadcasting Equity ▪ Cash

**Existing Tribune shareholders (including Chandler Trusts) would retain 80% of any Bender upside**

CONFIDENTIAL



CONFIDENTIAL

## Valuation Summary (Cont'd)

- **Publishing value implied by Chandler proposal ascribes lower values in the aggregate to Cubs + TVFood + Interactive Asset**

- **Implied Publishing EBITDA multiple adjusted for more appropriate off-balance sheet values: ~8.1x 2006 EBITDA / 7.6x 2007 EBITDA**

### Implied Chandler Publishing Valuation

| | |
|---|---|
| Publishing Equity Value | $2,231.4 |
| Plus: Value of Cubs and Comcast SportsNet (After-tax) | 558.0 |
| Plus: Value of TVFood | 700.0 |
| Plus: Implied Value of Other OBS Assets | 180.0 |
| **Total Tribune Publishing Equity Value** | **$3,669.4** |
| 2007 Free Cash Flow | 398.0 |
| Plus: Existing Debt | 4,433.3 |
| Plus: Net Value of PHONES | 904.0 |
| Less: Existing Cash | (175.0) |
| **Implied Total Publishing Enterprise Value** | **$9,229.7** |
| Less: Total OBS Assets | (1,438.0) |
| **Publishing Enterprise Value Adjusted for OBS** | **$7,791.7** |

### Chandler Publishing Valuation

| Value of Off-Balance Sheet Assets | Publishing EBITDA Multiple | |
|---|---|---|
| | 2006 | 2007 |
| $1,438 | 8.6x | 8.1x |
| 1,894 | 8.1 | 7.6 |

### Off-Balance Sheet Assets in Publishing

| Asset | Disclosed / Implied Value | Merrill Lynch / Citigroup Values |
|---|---|---|
| Cubs | - - | $391.0 |
| Comcast SportsNet | - - | 148.0 |
| | $558.0 | $539.0 |
| TVFood | 700.0 | 560.0 |
| CareerBuilder | - - | 659.0 |
| Classified Ventures | - - | |
| Topix.net | - - | 136.0 |
| Other Interactive | - - | |
| | $180.0 | |
| **Total** | **$1,438.0** | **$1,894.0** |

$456mm or $1.89 per non-Chandler Trust Share

citigroup
corporate and investment banking

GBTRIB 00013768

CONFIDENTIAL

## Implied Total Value and Proportionate Ownership

- **Chandler Trust proposal:**
  - **Overvalues Broadcasting by $1.45 / share**
  - **6 month lag to close versus other proposals: $0.51**

- **Net Impact reduces headline value by $1.96**
  - **Undervaluation of Interactive assets / Publishing results in an additional ~$1.89**

- **Chandler Trusts proposal implies purchase of incremental EBITDA of only 4.8x**

### Chandler Headline Value Bridge



### Chandler Trusts Proportionate Ownership



Incremental Net Debt / EBITDA Multiple:    4.8x

Note: Assumes market value of PHONES of ~$300mm.  Assumes net debt of ~$10B and 2006 EBITDA of $1,313mm.

citigroup corporate and investment banking

CONFIDENTIAL

3

CONFIDENTIAL

## Projected Stock Price and Capital Structure



**Chandler Trusts Proposal**

**Non-Chandler Shareholders**

- Cashed out of Publishing
- Equity exposure only to Broadcasting

**Chandler Trusts**

- Cashed out of Broadcasting
- Equity exposure only to Publishing



### Other Tribune Shareholders Projected Value per Share [1]

- \$60.00
- \$50.00 — \$45.25
- \$41.05
- \$40.00 — \$37.21 / \$43.49
- \$30.72  \$31.64 / \$39.28
- \$30.00 — \$35.42
- \$29.19  \$30.19
- \$20.00
- \$10.00
- \$0.00

Discounted Value  2007E  2008E  2009E  2010E
(Today)[2]  (Trans. Date)

—— 10.0x/ 11.0x B&E '07 EBITDA Multiple

····· 9.25x B&E '07 EBITDA Multiple



### Chandler Trusts Projected Value per Share

- \$60.00
- \$51.99
- \$50.00 — \$44.41
- \$42.24
- \$39.27
- \$40.00 — \$35.39
- \$32.49  \$33.17  \$30.92
- \$30.00 — \$25.05  \$25.44
- \$22.33  \$22.95  \$23.61  \$23.12  \$24.45
- \$20.00
- \$14.89  \$15.22  \$15.26  \$14.10  \$14.71
- \$10.00
- \$0.00

Discounted Value  2007E  2008E  2009E  2010E
(Today)[2]  (Trans. Date)

—— Management Plan at 7.8x '07 Publishing EBITDA
Multiple assuming Broadcasting Trades at 11.0x[3]

— — Management Plan at 7.8x '07 Publishing EBITDA
Multiple assuming Broadcasting Trades at 10.0x[3]

····· 2% Pub. Ad Rev. Decline at 7.8x '07 Publishing EBITDA
Multiple assuming Broadcasting Trades at 11.0x[3]

~ ~ 2% Pub. Ad Rev. Decline at 7.8x '07 Publishing EBITDA
Multiple assuming Broadcasting Trades at 10.0x[3]

(1)  Assumes no dividends and Other Assets value of \$1,445mm growing at 5%
annually.
(2)  Cash discounted 6 months to 02/03/2007 at 8.0%.
(3)  Publishing EBITDA includes cash flows from Publishing less Corporate
Expenses and excludes Radio, Cubs and Tribune Entertainment EBITDA.

GBTRIB 00013770



citigroup
corporate and
investment banking

CONFIDENTIAL

4

CONFIDENTIAL

# Publishing Capital Structure Over Time

Debt / Leverage Sensitivity to Operating Cases

- **Chandler Trusts value creation / deleveraging highly dependent on Publishing operating plan**



### Publishing Management Plan



### 2% Publishing Ad Revenue Decline Case

Net Debt

Net Debt / Adj. EBITDA

|  | 2006PF | 2007E | 2008E | 2009E | 2010E |  | 2006PF | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cumulative Debt Repaid** | -- | $213 | $302 | $621 | $994 |  | -- | $213 | $282 | $509 | $736 |
| **FCF Cushion** [1] | -- | 24% | 41% | 48% | 55% |  | -- | 26% | 46% | 45% | 48% |
| **Adj. EBITDA/ [2] Interest Exp** | 1.9x | 2.1x | 2.3x | 2.4x | 2.6x |  | 1.9x | 1.9x | 1.9x | 1.9x | 1.9x |

[1] *Percentage reduction in EBITDA to erase FCF Cushion but not repay debt.*
[2] *Includes corporate overhead. Adj. EBITDA calculated as EBITDA plus stock-based compensation and cash flows from equity investments.*



CONFIDENTIAL

CONFIDENTIAL

## B&E Capital Structure Over Time
Debt / Leverage Sensitivity to Operating Cases

- Valuation creation and deleveraging for Other Tribune shareholders dependent on more stable cash flows



**B&E Management Plan** ░ Net Debt    ∿ Net Debt / Adj. EBITDA

| | 2006PF | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| **Cumulative Debt Repaid** | -- | $111 | $262 | $430 | $619 |
| **FCF Cushion**[1] | -- | 48% | 57% | 61% | 66% |
| **Adj. EBITDA/ Interest Exp**[2] | 1.8x | 1.8x | 2.3x | 2.5x | 2.8x |

(1) *Percentage reduction in EBITDA to erase FCF Cushion but not repay debt.*
(2) *Includes corporate overhead. Adj. EBITDA calculated as EBITDA plus stock-based compensation and cash flows from equity investments.*
(3) *7.0x '06 (Trailing) Net Debt / EBITDA implies 7.5x '07 (Forward) Total Debt / EBITDA.*

CONFIDENTIAL

citigroup
corporate and
investment banking

6

CONFIDENTIAL

# Broad / Yucaipa Proposal





CONFIDENTIAL

GBTRIB 00013773

CONFIDENTIAL

## Implied Valuation and Ownership

**Cash Per Share**

- **Stated cash dividend of $27 per share**

**Equity Value Per Share**

- **Stated equity value of $7.63 per share**

- **Implied equity value of $4.00 per share based on conversion price of sponsor preferred**

- **Adjusted equity value of $3.65 per share based on conversion price less $0.35 estimated value of warrants per share**



| | Value at [1] Stated Price | Value at Conversion Price | Adjusted Value at Conversion Price |
|---|---|---|---|
| '07 EBITDA Mult. (2)(3) | 9.7x | 8.5x | 8.4x |
| '07 P/E Mult. (3) | 14.1x | 7.4x | 6.7x |
| % Cash | 78.0% | 87.1% | 88.1% |

■ Cash / Share    ⊞ Tribune Equity / Share

| | |
|---|---|
| Initial Ownership | 34.3% |
| Pro Forma Ownership w/ Exercise of Series A Warrants | 39.9% |

(1) Stated equity value per share represents present value of management projections in 2010. Assumes 8.5x forward valuation multiple in 2010, management projected net debt, and resulting equity value discounted to 12/31/06 at a rate of 12.5%.

(2) Excludes value of investments ($1,502mm). Multiples are 10.1x, 8.9x and 8.8x, respectively, including Investments divided by Consolidated EBITDA + Investment Cash Flows + adjustment for Non-Cash Pension Expense / Income.

(3) Based on management projections.


citigroup
corporate and
investment banking
CONFIDENTIAL

GBTRIB 00013774

CONFIDENTIAL

# Sources and Uses ($925mm PHONES value)

($ in millions)

| Sources | Amount | % | Cumulative Leverage | Uses | Amount | % |
|---|---|---|---|---|---|---|
| New Term Loan A | $1,000 | 8% | 0.7x | Dividend to Shareholders | $6,459 | 52% |
| New Term Loan B | 6,200 | 50 | 5.1 | Refinance Existing Debt | 3,207 | 26 |
| New Senior Notes | 2,610 | 21 | 6.9 | Rollover Existing Debt [3] | 2,152 | 17 |
| Rollover Existing Debt [3] | 2,152 | 17 | 8.4 | Financing Fees | 207 | 2 |
| Broad / Yucaipa Equity | 500 | 4 | | Transaction Expenses & Other [1] | 437 | 4 |
| **Total** | **$12,462** | **100%** | | **Total** | **$12,462** | **100%** |

| Credit Statistics | Amount | Leverage |
|---|---|---|
| Total Debt | $11,962 | 8.4x |
| Net Debt | $11,637 | 8.2x |

| Cash Distribution Per Share | |
|---|---|
| Dividend to Shareholders | $6,459 |
| Basic Shares Outstanding | 239 |
| **Cash Distribution Per Share** | **$27.00** |

| Capitalization | Amount | % |
|---|---|---|
| Total Debt | $11,962 | 89% |
| Total Equity | 1,528 | 11% |
| **Total Capitalization** | **$13,489** | **100%** |

| Pro Forma Basic Ownership | Shares | % |
|---|---|---|
| Existing Shareholders | 239 | 66% |
| Broad / Yucaipa | 125 | 34% |

| Pro Forma for Exercise of Warrants [2] | Shares | % |
|---|---|---|
| Existing Shareholders | 259 | 60% |
| Broad / Yucaipa | 172 | 40% |

(1) Transaction Expenses & Other includes $150mm in cash to balance sheet, $200mm in compensation payments, and $87mm in advisory and other expenses.
(2) Reflects fully diluted shares at time of exercise.
(3) Based on PHONES value of $925mm. Broad-Yucaipa proposal assumes PHONES value of $573mm.

citigroup corporate and investment banking

CONFIDENTIAL

GBTRIB 00013775

CONFIDENTIAL

# Projected Stock Price and Returns

## Projected Price / Share
### Constant Forward EBITDA Multiple Implied by $4.00 Initial Stock Price



- ▨ Management Plan at 8.5x '07 EBITDA Multiple [1]
- ▨ 2% Ad Revenue Decline Case at 8.5x '07 EBITDA Multiple
- ▨ 2% Ad Revenue Decline Case at 8.0x '07 EBITDA Multiple
- ·· ··· ··· Series A Warrant Strike Price

(1)   Multiples implied by $4.00 equity value / share.
(2)   Includes exercise of warrants at $7.00 exercise price.



CONFIDENTIAL

9

GBTRIB 00013776

CONFIDENTIAL

# Net Debt / Leverage Sensitivity to Operating Cases



- **Value creation / deleveraging in Broad / Yucaipa proposal highly dependent on Publishing operating plan**

**Publishing Management Plan**

| | 2006PF | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| Net Debt | $11,637 | $11,403 | $11,254 | $10,863 | $10,403 |
| Net Debt / Adj. EBITDA | 8.1x | 7.7x | 7.1x | 6.6x | 6.1x |

**2% Publishing Ad Revenue Decline Case**

| | 2006PF | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| Net Debt | $11,637 | $11,402 | $11,273 | $10,975 | $10,659 |
| Net Debt / Adj. EBITDA | 8.1x | 8.3x | 8.0x | 7.9x | 7.6x |

| | 2006PF | 2007E | 2008E | 2009E | 2010E | | 2006PF | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cumulative Debt Repaid** | -- | $234 | $383 | $774 | $1,234 | | -- | $234 | $363 | $662 | $977 |
| **FCF Cushion** [1] | -- | 19% | 35% | 41% | 47% | | -- | 21% | 38% | 38% | 41% |
| **Adj. EBITDA / Interest Exp** [2] | 1.6x | 1.7x | 1.8x | 1.9x | 2.0x | | 1.6x | 1.5x | 1.6x | 1.6x | 1.6x |

Net Debt          Net Debt / Adj. EBITDA

(1) *Percentage reduction in EBITDA to erase FCF Cushion but not repay debt.*
(2) *Includes corporate overhead. Adj. EBITDA calculated as EBITDA plus stock-based compensation and cash flows from equity investments.*



CONFIDENTIAL

10

CONFIDENTIAL

# Spin-Off of Broadcasting / Recapitalization of Publishing





CONFIDENTIAL

CONFIDENTIAL

## Elements of Self-Help Recapitalization
Recapitalization and Spin-Off of Broadcasting

| Strategic | Financial / Value | Shareholders / Governance | Operational |
|---|---|---|---|
| ■ Separates Publishing and Broadcasting to pursue strategic alternatives | ■ $10-$20 / share cash returned | ■ Generate capital to monetize shareholders wishing to exit | ■ Reallocate management resources |
| ■ Monetize LAT, Hartford and/ or Baltimore, if appropriate after-tax values are achieved | ■ Tax-efficient separation | | ■ Consolidate Corporate and Publishing staff |
| ■ Monetize non-core assets | ■ Seek strategic equity partner for Publishing | | |
| ■ Cubs | ■ Gannett / Microsoft | | |
| ■ Comcast SportsNet | ■ Axel Springer | | |
| ■ Radio | | | |
| ■ SCNI | | | |
| ■ TMS | | | |
| ■ Recycler | | | |
| – Generates $1.5mm in after-tax proceeds | | | |
| ■ Removes cross-ownership overhang | | | |

*Illustrative Steps*
1) *Initial $10 dividend*
2) *Spin-off Broadcasting and additional $10 dividend*
3) *Seek minority strategic investor in Publishing*

citigroup
corporate and
investment banking

CONFIDENTIAL

GBTRIB 00013779

CONFIDENTIAL

## Transaction Mechanics



### Parent Dividend and Broadcasting Spin-off

All Tribune Shareholders

(1) Dividend

(2) To be Spun-off

Tribune

New Debt

100%    100%

Tribune Broadcasting Company

Tribune Publishing

100%

Tribune Broadcasting

*Transfer of:*
- *Chicago Cubs*
- *Radio*
- *Comcast SportsNet Stake*

### Chandler Trusts / Foundation Transaction

Other Tribune Shareholders

Chandler Trusts

McCormick Foundation

Tribune RemainCo Shares

Proceeds from Dividend

Tribune Broadcasting
- TV Stations
- Superstation
- TEC

Tribune Publishing "RemainCo"
- Newspapers
- TVFood Stake
- Comcast SportsNet Stake
- Chicago Cubs
- Radio
- CareerBuilder Stake
- Other Internet assets

## Transaction Details

1) Tribune Parent raises new debt and dividends the proceeds to all existing Tribune shareholders

2) Tribune Broadcasting (excluding Chicago Cubs, Radio and Comcast SportsNet) spun-off to all existing Tribune shareholders

   ■ Tribune shareholders (including the McCormick Foundation and Chandler Trusts) hold residual equity in both Publishing (RemainCo) and Broadcasting as two separately traded entities

■ McCormick Foundation then utilizes proceeds received from Tribune Parent dividend to purchase Chandler Trusts RemainCo shares

   ■ Depending on (i) total size of dividend and (ii) the amount utilized to purchase shares Chandler Trusts ownership reduced 4% - 13% of RemainCo

     – Chandler Trusts would still own pro rata 20% of Broadcasting unless sold in open market


citigroup
corporate and
investment banking

**CONFIDENTIAL**

GBTRIB 00013780

CONFIDENTIAL

# Chandler Pro Forma Ownership

## McCormick Foundation Utilizes 50% of Dividend Proceeds

### Pro Forma Chandler Ownership of Publishing

|  |  | Total Dividend Amount | | | | |
|---|---|---|---|---|---|---|
|  |  | $13.00 | $14.00 | $15.00 | $16.00 | $17.00 |
| **Pre-Spin-off Stock Price** | $28.00 | 12% | 11% | 10% | 10% | 9% |
|  | $30.00 | 13% | 12% | 12% | 11% | 10% |
|  | $32.00 | 13% | 13% | 12% | 12% | 11% |

## McCormick Foundation Utilizes 75% of Dividend Proceeds

### Pro Forma Chandler Ownership of Publishing

|  |  | Total Dividend Amount | | | | |
|---|---|---|---|---|---|---|
|  |  | $13.00 | $14.00 | $15.00 | $16.00 | $17.00 |
| **Pre-Spin-off Stock Price** | $28.00 | 8% | 7% | 6% | 5% | 4% |
|  | $30.00 | 9% | 8% | 7% | 7% | 6% |
|  | $32.00 | 10% | 10% | 9% | 8% | 7% |

citigroup
corporate and investment banking

CONFIDENTIAL

GBTRIB 00013781

CONFIDENTIAL

# Spin-Off of Broadcasting / Recapitalization of Publishing

## Transaction Scenario

- Tribune B&E
    - Leveraged to 5.0x-7.5x Debt / Adj. EBITDA with proceeds returned to Tribune shareholders
    - Tribune B&E subsequently spun-off to Tribune shareholders
        - Assumed public market valuation of 8.50x to 10.00x
- Remaining Tribune (Publishing + Investments)
    - Assumed public market valuation of 7.25x to 8.75x
    - Leveraged to 6.8x PF Net Debt / EBITDA with proceeds returned to Tribune shareholders

## Value to Tribune Shareholders



▓ Dividend on Spin-Off – B&E Leverage    ▓ B&E Equity Value
▓ Initial Dividend – Publishing Leverage    ▓ Publishing Equity Value



Publishing Value of 7.25x

| B&E '06 Muliple | 8.50x | 9.25x | 10.00x |
|---|---|---|---|
| Debt / EBITDA | 5.0x | 6.3x | 7.5x |
| % Cash | 61% | 65% | 69% |



Publishing Value of 8.75x

| B&E '06 Muliple | 8.50x | 9.25x | 10.00x |
|---|---|---|---|
| Debt / EBITDA | 5.0x | 6.3x | 7.5x |
| % Cash | 50% | 54% | 58% |

citigroup
corporate and
investment banking

CONFIDENTIAL

CONFIDENTIAL

## Implied Initial Publishing Pro Forma Stock Prices

- At 7.25x trading multiple, Interactive Portfolio represents primary component of Tribune Publishing equity value

- Higher valuation multiples substantially increase Tribune Publishing stock price given financial leverage

### 7.25x Adjusted EBITDA Multiple



Selected Comparables

Gannett 8.1x

McClatchy 8.3x

### 8.75x Adjusted EBITDA Multiple



Selected Comparables

Gannett 8.1x

McClatchy 8.3x

*Note: Assumes market value of PHONES of ~$900mm. Assumes net debt of ~$10B and 2006 EBITDA of $1,313mm.*

citigroup

CONFIDENTIAL

15

GBTRIB 00013783

CONFIDENTIAL

# Spin-Off of Broadcasting / Recapitalization of Publishing

Debt / Leverage Sensitivity to Operating Cases



| | 2006PF | 2007E | 2008E | 2009E | 2010E | | 2006PF | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cumulative Debt Paydown** | -- | $212 | $295 | $605 | $968 | | -- | $213 | $275 | $492 | $711 |
| **FCF Cushion** [1] | -- | 24% | 41% | 48% | 55% | | -- | 27% | 46% | 44% | 47% |
| **Adj. EBITDA/** [2] **Interest Exp** | 2.0x | 2.1x | 2.3x | 2.5x | 2.6x | | 2.0x | 1.9x | 1.9x | 1.9x | 1.9x |

░ Net Debt ▬ Net Debt / Adj. EBITDA

(1) Percentage reduction in EBITDA to erase FCF Cushion.
(2) Includes corporate overhead, net of $5mm of expense reduction from B&E separation. Adj. EBITDA calculated as EBITDA plus stock-based compensation and cash flows from equity investments.

CONFIDENTIAL

GBTRIB 00013784

16

CONFIDENTIAL

## Publishing Projected Stock Prices
### Sensitivity to Operating Cases

- At constant EBITDA multiples, variance in Publishing performance can potentially impact Tribune stock price by ~$11

- Over/under performance relative to Street expectations will potentially result in multiple expansion / contraction

- 10% annual growth in Interactive values creates ~$2.50 in value by 2010



Projected Stock Price – 0% OBSA Annual Appreciation



Projected Stock Price – 10% OBSA Annual Appreciation

CONFIDENTIAL

GBTRIB 00013785

17

CONFIDENTIAL

## B&E Projected Stock Price and Capital Structure
### 7.5x Leverage Case

### Projected Price / Share



- —— 10.0x B&E '06 EBITDA Multiple
- ⋯⋯ 9.25x B&E '06 EBITDA Multiple
- —— 8.5x B&E '06 EBITDA Multiple

### Projected Net Debt / Leverage



| | 2006PF | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| **Adj. EBITDA** | $390 | $378 | $428 | $445 | $463 |
| **Adj. EBITDA / Interest Exp** | 1.6x | 1.6x | 2.0x | 2.1x | 2.3x |

▒ Net Debt    —— Net Debt / Adj. EBITDA

*Note: Adj. EBITDA calculated as EBITDA plus stock-based compensation and cash flows from equity investments.*





CONFIDENTIAL

CONFIDENTIAL

# Whole Company Recap





CONFIDENTIAL

GBTRIB 00013787

CONFIDENTIAL

## Implied Valuation

### Cash Per Share

- **Cash distribution of $20 per share**

### Equity Value Per Share

- **Based on an estimated valuation range of 7.5x to 8.5x 2006 EBITDA, $6.09 to $11.47 per share**

### Leverage

- **Pro forma leverage of 7.1x Total Debt / '06 Adj. EBITDA (6.9x Net Debt / '06 Adj. EBITDA)**

- **New debt raised of $7.7B**

### $20 Dividend with Whole Company Recap



| | 7.50x '06 EBITDA | 8.00x '06 EBITDA | 8.50x '06 EBITDA |
|---|---|---|---|
| **PF '07 P/E** | 5.9x | 8.5x | 11.2x |
| **% Cash** | 76.7% | 69.5% | 63.5% |

■ Cash    ▨ Tribune Equity / Share

citigroup
corporate and
investment banking

CONFIDENTIAL

CONFIDENTIAL

GBTRIB 00013788

CONFIDENTIAL

# Sources and Uses

($ in millions)

| Sources | Amount | % | Cumulative Leverage | | Uses | Amount | % |
|---|---|---|---|---|---|---|---|
| New Term Loan B | $6,900 | 66% | 4.9x | | Distribution to Shareholders | $4,880 | 47% |
| New Senior Notes | 804 | 8 | 5.5 | | Refinance Existing Debt | 3,169 | 30 |
| Rollover Existing Debt | 2,189 | 21 | 7.1 | | Rollover Existing Debt | 2,189 | 21 |
| Sale of Cubs / Comcast | 539 | 5 | | | Transaction Fees & Expenses | 193 | 2 |
| **Total** | **$10,432** | **100%** | | | **Total** | **$10,432** | **100%** |

| Credit Statistics | Amount | Leverage | | Cash Distribution Per Share | |
|---|---|---|---|---|---|
| Total Debt | $9,893 | 7.1x | | Distribution to Shareholders | $4,880 |
| Net Debt | 9,718 | 6.9x | | TSM Shares Outstanding (1) | 244 |
| | | | | **Cash Distribution Per Share** | **$20.00** |

| Capitalization | Amount | % |
|---|---|---|
| Total Debt | $9,893 | 82% |
| Total Equity | 2,143 | 18% |
| **Total Capitalization** | **$12,036** | **100%** |

(1)   *Assumes all options adjusted for special distribution.*

citigroup
corporate and
investment banking
CONFIDENTIAL

GBTRIB 00013789

CONFIDENTIAL

## Projected Stock Price and Returns

### Projected Price / Share
**Constant Trailing EBITDA Multiple**



- $35.00
- $30.00
- $25.00
- $20.00
- $15.00
- $10.00
- $5.00
- $0.00

$11.47
$14.85
$19.06
$22.73
$26.69
$30.35
$27.54
$6.09
$6.13
$8.02
$9.42
$10.98
$12.74
$10.41

2006PF  2007E  2008E  2009E  2010E  2011E

▨ Management Case (at 8.5x)        ⌐ Management Case (at 8.0x)

▨ 2% Ad Revenue Decline Case (at 7.5x)    ⌐ 2% Ad Revenue Decline Case (at 7.0x)

### 5-Year Return Sensitivity

| Metric | '11 EBITDA Mulitiple | Stock Price Valuation Range | |
|---|---|---|---|
| Stock Price | -- | $26.09 | $31.47 |
| Less: Special Divided | -- | (20.00) | (20.00) |
| Implied PF Stock Price | -- | $6.09 | $11.47 |
| Implied '06 Valuation Multiple | -- | 7.5x | 8.5x |
| **PF 2011 Stock Price:** | | | |
| Management Case | 8.5x | $30.35 | $30.35 |
| 2% Ad Revenue Decline Case | 7.5 | 12.74 | 12.74 |
| **Implied IRR (2011 Exit):** | | | |
| Management Case | -- | 37.8% | 21.5% |
| 2% Ad Revenue Decline Case | -- | 15.9 | 2.1 |



*Note: Assumes investment value of $1,354mm, growing at 10% annually.*

CONFIDENTIAL

CONFIDENTIAL



# Net Debt / Leverage Sensitivity to Operating Cases

**Publishing Management Plan**

**2% Publishing Ad Revenue Decline Case**

| | 2006PF | 2007E | 2008E | 2009E | 2010E | | 2006PF | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cumulative Debt Repaid** | -- | $338 | $586 | $1,080 | $1,648 | | -- | $339 | $566 | $967 | $1,390 |
| **FCF Cushion** [1] | -- | 32% | 47% | 53% | 59% | | -- | 35% | 51% | 52% | 56% |
| **Adj. EBITDA/ Interest Exp** [2] | 1.9x | 2.1x | 2.3x | 2.5x | 2.7x | | 1.9x | 1.9x | 2.1x | 2.1x | 2.2x |

(1) Percentage reduction in EBITDA to erase FCF Cushion.
(2) Includes corporate overhead, net of $5mm of expense reduction from B&E separation. Adj.
EBITDA calculated as EBITDA plus stock-based compensation and cash flows from equity investments.

░░░ Net Debt    ∞∞∞ Net Debt / Adj. EBITDA

CONFIDENTIAL

CONFIDENTIAL

# Summary of Potential Transactions





CONFIDENTIAL