

E Q U I T Y  G R O U P  I N V E S T M E N T S,  L. L. C.
TWO NORTH RIVERSIDE PLAZA • CHICAGO, ILLINOIS 60606 • 312.454.1800

February 2, 2007

Board of Directors
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

Re:   Acquisition Proposal

Ladies and Gentlemen:

    We are pleased to present a proposal for an affiliate of Equity Group Investments, L.L.C. (the "Acquiror") to lead an acquisition of all of the outstanding common stock of Tribune Company (the "Company") for a per-share price of $30.00 in cash. Our proposal recreates the spirit established in Colonel McCormick's will by expanding and perpetuating employee ownership of Tribune Company and its businesses.

    Our proposal contemplates the following transactions:

    (1)   Acquiror will provide equity financing of approximately $1 billion and will arrange debt financing in the aggregate amount of approximately $10.7 billion. In connection therewith, it is anticipated that existing Company indebtedness for borrowed money in the aggregate amount of approximately $2.2 billion will remain outstanding.

    (2)   Acquiror will acquire all of the outstanding common stock of the Company pursuant to a merger in which each holder of Company common stock will receive $30.00 per share in cash and the Company will be the surviving entity. The Company will thereafter elect to be treated as an S corporation for federal income tax purposes.

    (3)   A newly-formed employee stock ownership plan ("ESOP") will thereafter acquire a majority of the outstanding common stock of the Company for aggregate consideration of approximately $800 million, subject to approval by the ESOP fiduciary. The ESOP will fund such acquisition through ESOP indebtedness that will be serviced by Company contributions to the ESOP as a part of the employees' overall compensation arrangements.

    We believe the merits of this acquisition proposal include:

    (a)   Provision of an all cash offer for 100% of the Company's common stock;

    (b)   Continuation of the Company as a leader in the broadcasting and publishing industries;

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0529356

Board of Directors  
Chicago Tribune Company

February 2, 2007  
Page Two

(c)    Preservation of the Company's role as a preeminent Chicago-based enterprise;

(d)    Ownership of a majority of the Company's equity by its current employees; and

(e)    Leadership of the enterprise by Sam Zell as Chairman of the Board.

Our proposal is subject to the satisfactory completion of our confirmatory business, legal, tax, financial, ERISA and accounting due diligence investigation of the Company, which we expect to complete approximately three weeks from the date of the Company's counter-signature of this letter agreement. In addition, the Acquiror's obligations to close the acquisition would be subject to customary closing conditions, including reaching agreement with the ESOP fiduciary on the composition of the Company's new Board of Directors.

In order to induce the Acquiror to commit the resources, forgo other potential opportunities and incur the legal, accounting and incidental expenses necessary to properly evaluate the possibility of completing the acquisition, and to prepare and negotiate definitive agreements, the Company agrees that it shall reimburse the Acquiror for all out-of-pocket expenses, including the reasonable documented fees and expenses of legal counsel, financial advisors, accountants and other advisors, up to a maximum of $500,000, payable promptly in the event the Company determines not to pursue any such acquisition or other significant corporate transaction, or enters into an agreement regarding a similar acquisition or other significant corporate transaction with another party.

Except for the provisions of the immediately preceding paragraph, which shall constitute a binding obligation of the Company, this letter of intent shall be non-binding and shall not create any obligation of the Acquiror or the Company.

We believe that this proposal represents a full and fair price and is in the best interests of the Company and its stockholders. Our proposal is predicated on the expectation that we will move quickly toward active negotiations regarding definitive agreements. We look forward to discussing our proposal with you at your earliest convenience.

Very truly yours,

EQUITY GROUP INVESTMENTS, L.L.C.

_____  
Sam Zell, Chairman and President

Accepted and acknowledged as of February ___, 2007:

TRIBUNE COMPANY

_____  
By:  
Its:

Professionals' Eyes Only  
Highly Confidential -- Attorneys' Eyes Only

TRB0529357