CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

# TRIBUNE COMPANY

## SPECIAL COMMITTEE OF THE

## BOARD OF DIRECTORS MEETING

## FEBRUARY 3, 2007

Pursuant to notice, a telephonic meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at 7:30 A.M. on February 3, 2007. The following members of the Committee were in attendance: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes and Miles D. White. Also participating were Mr. Dennis J. FitzSimons of the Company; Mr. Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP; and Messrs. Paul Taubman and Thomas Whayne of Morgan Stanley.

Mr. Osborn called the meeting to order. The Committee then reviewed and approved minutes for the meetings of the Committee held on January 20 and 27, copies of which had been previously distributed to the members of the Committee.

At the request of Mr. Osborn, Messrs. Taubman and Whayne discussed developments in the Company's process of considering strategic alternatives. Referring to a page distributed previously to the members of the Committee, Messrs. Taubman and Whayne updated the Committee on the status of proposals received from the Chandler Trusts and The Broad Investment Company/The Yucaipa Companies, including modifications to the proposals since the last Committee meeting. Considerations relating to the conditions and other issues associated with those proposals were reviewed. Messrs. Taubman and Whayne reported on a preliminary expression of interest from a new party since the last Committee meeting, provided an update on the status of proposals received from other parties for investing in the publishing business of the Company and discussed the decision of one financial party not to submit a bid for all or part of the Company. Questions and a discussion followed, including with respect to exploring the preliminary expression of interest and developing the other proposals.

Messrs. Taubman and Whayne then reviewed a letter sent by the McCormick Tribune Foundation to the Committee and distributed previously to the Committee. Messrs. Taubman and Whayne discussed the Foundation's conclusions regarding the proposals received from the Chandler Trusts and the Broad/Yucaipa group and the strategic alternative of a plan involving a leveraged recapitalization of the Company, a separation of the Company's two businesses through a spin-off and various asset dispositions. Questions and a discussion ensued.

TRIB 000046
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007806

Mr. FitzSimons then briefly updated the Committee on management's discussions with the Broad/Yucaipa group relating to their proposal. Questions and a discussion followed.

At Mr. Osborn's request, Mr. Mulaney reported on discussions with the McCormick Tribune Foundation and on conversations that had occurred between representatives of the Foundation and the Chandler Trusts. Questions and a discussion followed.

Mr. FitzSimons then discussed management's observations on operations at the Company under a restructuring scenario. Questions and a discussion followed.

Mr. Osborn then excused Mr. FitzSimons.

Referring to materials distributed previously to the Committee, Messrs. Taubman and Whayne reviewed Morgan Stanley's assessment of the Chandler Trusts proposal, the Broad/Yucaipa proposal and selected strategic alternatives, and the assumptions that formed the basis for this analysis. Questions and a lengthy discussion ensued, including with respect to considerations relating to the level of financial leverage associated with each alternative, the implications for the management and corporate governance of the Company and the degree of flexibility the Company would retain to pursue future strategic opportunities. Following such discussion, the Committee determined to (1) instruct management to provide a detailed presentation of its proposed restructuring alternative to the Committee at its February 12 meeting and (2) instruct Morgan Stanley to provide analysis and recommendations with respect to the Chandler Trusts proposal, the Broad/Yucaipa proposal and management's restructuring plan at the Committee's February 12 meeting.

The Committee then discussed the Chandler Trusts' request to extend the Company bylaw deadline of February 8 for notice for nominations for election to the Board of Directors at the 2007 annual meeting. After discussion by the Committee and its advisors, the Committee determined that the bylaw deadline for notice of director nominees would stand.

The Committee scheduled its next meeting for February 12, 2007 at 3:00 p.m. CST.

Following further discussion, the meeting was adjourned.

TRIB 000047
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007807