# Project Tower

| |
|---|
| Presentation to the Committee of Independent Directors of the Board of Directors of Tribune |
| 3 February 2007 |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                                                                                                                          MS 64736

**Project Tower**

# Table of Contents

| | | |
|---|---|---|
| **Section 1** | Chandler Proposal Overview | |
| **Section 2** | Comparison of Alternatives | |
| **Appendix A** | Tower Financial Scenarios | |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    MS 64737

**Project Tower**

| Section 1 |
|---|
| Chandler Proposal Overview |
| |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    MS 64738

**Project Tower**

**Chandler Proposal Overview**

# Proposed Chandler Trusts Transaction

Based on Revised Proposal Dated 26 January 2007

- The Chandler Trusts' revised Proposal states that it will deliver per share value of $31.64 to Tower shareholders
- Cash distribution to the non-Chandler Tower shareholders of $24.55 per share based on an 11x 2007E EBITDA trading multiple for Broadcasting [1] and up to $26.46 per share if Broadcasting trades at or below 10x
  - Increased from $19.30 in prior proposal, due to Chandler retention of Food Network and WGN Radio, as well as increased leverage at Broadcasting
- In addition, Tower shareholders retain 80% of the exposure to potential upside from a favorable resolution to the Mosby/Bender tax case
  - Potentially worth approximately $2-3 per share

**Proposed Transaction Structure**

- Tax-free split-off of Tower's Broadcasting business to all Tower shareholders, excluding the Chandler Trusts
- Chandler Trusts and co-investors acquire 100% of the stock of Tower (Publishing business)
  - Trusts own 51% of Tower and co-investors own 49%
- Would result in value to Tower shareholders (other than the Chandler Trusts) of $31.64 per share based on the following assumptions:

Publishing *"RemainCo"*
  - Co-investors contribute $705MM for a 49% stake
  - Includes the Cubs, WGN Radio, TEC and Tower's interests in Food Network, CareerBuilder, Comcast SportsNet, Classified Ventures, Legacy.com, ShopLocal and Topix.net
  - Implied pro forma leverage of 6.9x 2007E Adjusted EBITDA (including PHONES at a net value of $904MM)
  - Preliminary analysis indicated implied multiple for Publishing of 7.4x 2007E EBITDA based on Research estimates and 6.8x 2007E EBITDA based on Management estimates [2]

Broadcasting
  - Public trading value of 11.0x 2007E EBITDA
  - No unconsolidated assets
  - Pro forma leverage of 7.5x 2007E EBITDA (increased from 6.75x in January 17th proposal)

**Resulting Ownership**



| Tower Shareholder Package Value Per Share $/Share | |
|---|---|
| Broadcasting Trading Multiple | 11.0x |
| Broadcasting SpinCo Interest | $7.09 |
| Special Cash Distribution | $24.55 |
| **Total Package Value** | **$31.64** |

**Morgan Stanley**

Notes
1. Comprising $22.64 of upfront cash and $1.91 of cash from escrow, assuming an 11x 2007E EBITDA trading multiple for Broadcasting
2. Based on aggregate value excluding $2,200MM of value attributed to the unconsolidated assets

1

| Project Tower | Chandler Proposal Overview |
|---|---|
| | # Package Value Analysis |
| | Impact of Broadcasting Trading Multiple on Package Values |

- Package values to both the Chandlers and other Tower shareholders will be impacted by Broadcasting post-closing trading multiple
  - At Broadcasting multiples at or below 10x, other Tower shareholders will receive all escrow proceeds ($3.83 per Tower share)
  - At Broadcasting multiples at or above 12x, Chandlers will receive all escrow proceeds ($15.46 per Chandler share)
  - At multiples of 10-12x, escrow proceeds shared
- Chandler's Sources and Uses table shows sufficient debt capacity for the Chandlers to receive an additional $89MM in cash ($1.85 per Chandler share)
  - At an 11x Broadcasting multiple, results in total cash of $18.28 per share to the Chandlers, greater than the $16.43 per share outlined in their Proposal



8x Publishing and Various Broadcasting EBITDA Trading Multiples
$/Share

Source: Management financials and Chandler Trusts' Proposal dated 1/26/07

**Morgan Stanley**

2

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY          MS 64740

**Project Tower**

### Chandler Proposal Overview

# Chandler Proposal vs. Broadcasting Spin-off

- Collar has the potential to deliver up to $3.83 in additional cash per share in the event Broadcasting trades below the collar
  - Incremental to cash at closing of $22.64 per share



Tower Shareholders and Chandler Trusts Relative Values
$/Share

Source: Management financials, Wall Street research and Chandler Trusts' Proposals dated 12/11/06, 1/17/07 and 1/26/07

Notes
1. 8.0x multiple and $21.30 value of Publishing based on Research Case 2007E EBITDA of $898MM
2. Based on total financing and advisory fees of $120MM, Publishing valued using Research Case 2007E EBITDA of $898MM. Assumes $1,400MM of value in Cubs, Comcast SportsNet, Food Network remains in Broadcasting. Also assumes TEC and WGN Radio remain in Broadcasting. Assumes $800MM in value of CareerBuilder and other Interactive Assets remains in Publishing

**Morgan Stanley**

3

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64741

**Project Tower**

| Section 2 |
|---|
| Comparison of Alternatives |
| |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64742

**Project Tower**

**Comparison of Alternatives**

# Leverage Impact of Selected Alternatives

Pro Forma Leverage Profiles [1]

- Our analysis excludes the leverage impact of the PHONES debt
  - Assuming a net value of $1Bn would increase pro forma leverage ratios for the Standalone Recapitalization and Broad/Burkle Proposal by approximately 0.7-0.8x
- In the Standalone Recapitalization, a subsequent separation of Broadcasting would require allocating debt between Broadcasting and Publishing

<u>Illustrative Allocation:</u>
- 7.75x to Broadcasting
- 6.5x to Publishing (incl. PHONES)

Standalone Recapitalization and Broad/Burkle Proposal
- - - - Management Downside Case
........ Research
—— Management

Chandler Proposal
—— Flat
—— Management

**Standalone Recapitalization**
$20 Cash Distribution

(chart: 9.0x–3.0x, '06–'10)
- 6.6, 6.2, 5.9, 5.7
- 6.5, 5.5, 5.3
- 4.5

Total Debt excl. PHONES ($Bn)
*Management Downside:*
9.2  9.0  8.7  8.4  8.0
*Research:*
9.2  9.0  8.6  8.2  7.8
*Management:*
9.2  9.0  8.7  8.2  7.7

**Broad/Burkle Proposal**
$27 Cash Distribution

(chart: 9.0x–3.0x, '06–'10)
- 7.8, 7.5, 7.1
- 7.7, 7.2, 6.6
- 6.7, 5.7

Total Debt excl. PHONES ($Bn)
*Management Downside:*
11.0  10.8  10.5  10.3  10.0
*Research:*
11.0  10.7  10.4  10.2  9.8
*Management:*
11.0  10.8  10.5  10.1  9.7

**Chandler Proposal**
$24.55 Cash Distribution

(chart: 9.0x–3.0x, PF'06–'10)
- 7.2, 7.2, 6.6
- 6.3, 5.2

Total Broadcasting Debt ($Bn)
*Flat:*
2.8  2.8  2.7  2.6  2.5
*Management:*
2.8  2.8  2.7  2.5  2.4

**Morgan Stanley**

Notes
1. Leverage ratios exclude PHONES debt and are based on EBITDA including equity income from unconsolidated investments but excluding stock-based compensation expense

4

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64743

**Project Tower**

**Comparison of Alternatives**

# Package Value Comparison of Selected Alternatives

Package Value Per Share assuming 8.0x Whole Company EBITDA Multiple [1]

- We have analyzed package values for each alternative under several scenarios
- Package value comprises upfront cash distribution and stub equity value
  - Stub equity value based on present value of projected stock price at year end 2009 (i.e., 3-year discounted equity value)
  - For the Standalone Recapitalization and Broad/Burkle Proposal, projected stock price based on 8x 2010E EBITDA multiple for entire company
  - For the Chandler Proposal, projected stock price based on 9x 2010E EBITDA multiple for Broadcasting
- Broad/Burkle Proposal includes warrants
  - Broad/Burkle can purchase up to 15% of the Company's fully-diluted shares at $7 exercise price
  - Ownership cap of 39.9%



**Management Case**

| | Recap | Broad/Burkle | 11x | 9x |
|---|---|---|---|---|
| Equity | $5.95 | — | — | $3.07 |
| Cash | 20.00 | 27.00 | 24.55 | 24.55 |
| Total | $35.95 | $33.58 | $33.41 | $30.07 |

**Research Case**

| | Recap | Broad/Burkle |
|---|---|---|
| Total | $31.68 | $30.91 |
| Cash | 20.00 | 27.00 |

**Downside Case** [2]

| | Recap | Broad/Burkle | 11x | 9x |
|---|---|---|---|---|
| Total | $27.95 | $28.45 | $29.80 | $27.07 |
| Cash | 20.00 | 27.00 | 24.55 | 24.55 |

Chandler @ Broadcasting Multiple [3]

Projected Stock Price in 2009 ($/Share): $21.82  $9.00  $12.11  $7.55 | $15.98  $5.35 | $10.87  $1.99  $7.18  $3.45

Cash ▢   Equity ▨

**Notes**
1. For each scenario, equity is valued using a 3-year discounted equity value assuming a 11% cost of equity. 8x multiple (for entire company valuation in Standalone Recapitalization and Broad/Burkle Proposal) and 9x and 11x (for Broadcasting valuation in Chandler Proposal)
2. Downside Case represents Management Downside Case (for Standalone Recapitalization and Broad/Burkle Proposal) and Flat Case (for Chandler Proposal)
3. Cash amount assumes Broadcasting trades at 11.0x 2007E EBITDA at the time escrow payments are determined

**Morgan Stanley**

5

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    MS 64744

**Project Tower**

Comparison of Alternatives

# Package Value Comparison of Selected Alternatives

Package Value Per Share assuming 7.5x Whole Company EBITDA Multiple [1]



Notes
1. For each scenario, equity is valued using a 3-year discounted equity value assuming a 11% cost of equity  7.5x multiple (for entire company valuation in Standalone Recapitalization and Broad/Burkle Proposal) and 9x and 11x (for Broadcasting valuation in Chandler Proposal)
2. Downside Case represents Management Downside Case (for Standalone Recapitalization and Broad/Burkle Proposal) and Flat Case (for Chandler Proposal)
3. Cash amount assumes Broadcasting trades at 11.0x 2007E EBITDA at the time escrow payments are determined

**Morgan Stanley**

6

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

**Comparison of Alternatives**

# Package Value Comparison

### Package Values

| Methodology | Management Case | Research Case | Downside Case |
|---|---|---|---|
| **Standalone Recapitalization Projected Stock Price (Based on 8x Whole Company EBITDA)** | | | |
| Future Value at year end 2009 [1] | $45.64 | $39.80 | $34.69 |
| Present Value @ 11% | 35.95 | 31.68 | 27.95 |
| **Present Value @ Assumed Cost of Equity (11%)** [2] | 35.95 | $31.68 | 27.95 |
| **Broad/Burkle Proposal Projected Stock Price (Based on 8x Whole Company EBITDA)** | | | |
| Future Value at year end 2009 [1] | $41.16 | $37.51 | $34.14 |
| Present Value @ 11% | 33.58 | 30.91 | 28.45 |
| **Present Value @ Assumed Cost of Equity (16%)** [2] | 32.77 | $30.43 | 28.27 |
| **Chandler Proposal (Projected Stock Price Based on 11x Broadcasting EBITDA)** | | | |
| Future Value at year end 2009 [1] | $41.35 | | $36.42 |
| Present Value @ 11% | 33.41 | | 29.80 |
| **Present Value @ Assumed Cost of Equity (11%)** [2] | 33.41 | | 29.80 |
| **Chandler Proposal (Projected Stock Price Based on 9x Broadcasting EBITDA)** | | | |
| Future Value at year end 2009 [1] | $36.79 | | $32.69 |
| Present Value @ 11% | 30.07 | | 27.07 |
| **Present Value @ Assumed Cost of Equity (11%)** [2] | 30.07 | | 27.07 |

**Morgan Stanley**

Notes
1. Assumes cash component of package value is grown at 6% per annum for 3 years
2. Based on estimated costs of equity taking into consideration pro forma leverage under each alternative

7

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                     MS 64746

**Project Tower**

| Appendix A |
|---|
| Tower Financial Scenarios |
| |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64747

**Project Tower**

**Tower Financial Scenarios**

# Scenario Overview: Tower Consolidated

**Management, Research and Management Downside Cases**

- For the consolidated company, we have analyzed three scenarios for the period 2007-2010



**Tower Consolidated Revenue**
$MM

| CAGR | '06E–'10E |
|---|---|
| Management Case | 2.1% |
| Research Case | 0.1% |
| Management Downside Case | (0.9%) |

| | 2006E | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| Management Case | 5,433 | 5,524 | 5,674 | 5,765 | 5,895 |
| Research Case | 5,506 | 5,474 | 5,501 | 5,507 | 5,530 |
| Management Downside Case | 5,433 | 5,347 | 5,348 | 5,278 | 5,247 |

Source: Management Business Plan and Wall Street research

**Tower Consolidated Historical Financials**[2]

| $MM | 2002A | 2003A | 2004A | 2005A |
|---|---|---|---|---|
| Revenue | $5,248 | $5,456 | $5,591 | $5,473 |
| % Growth | 2.5% | 3.9% | 2.3% | (2.3)% |
| EBITDA | $1,430 | $1,543 | $1,410 | $1,361 |
| % Growth | 34.8% | 7.9% | (8.7)% | (4.1)% |
| % Margin | 27.3% | 28.4% | 25.3% | 24.9% |



**Tower Consolidated EBITDA**[1]
$MM

| CAGR | '06E–'10E |
|---|---|
| Mgmt Case | 3.4% |
| Research Case | 0.5% |
| Management Downside Case | (2.5%) |

| | 2006E | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| Management Case | 1,308 | 1,339 | 1,415 | 1,456 | 1,497 |
| Research Case | 1,297 | 1,269 | 1,308 | 1,312 | 1,322 |
| Management Downside Case | 1,308 | 1,231 | 1,239 | 1,212 | 1,184 |
| Margin (%) | 24.1 / 23.5 / 24.1 | 24.2 / 23.2 / 23.0 | 24.9 / 23.8 / 23.2 | 25.3 / 23.8 / 23.0 | 25.4 / 23.9 / 22.6 |

Source: Management Business Plan and Wall Street research

Notes:
1. Includes stock-based compensation expense
2. Pro forma for sale of Albany, Atlanta and Boston TV stations and SCNI

**Morgan Stanley**

8

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                              MS 64748

**Project Tower**

**Tower Financial Scenarios**

# Scenario Overview: Broadcasting

**Management and Flat Cases** [1]

- For the Broadcasting business, we have analyzed two scenarios for the period 2007-2010
- The Broadcasting scenarios exclude Cubs, TEC and WGN Radio
  - Consistent with Chandler proposal



Broadcasting Revenue [2]
$MM

| CAGR | '06E–'10E |
|---|---|
| Management Case | 2.4% |
| Flat Case | (0.1%) |

Source   Management Business Plan

**Broadcasting Historical Financials** [4]

| $MM | 2002A | 2003A | 2004A | 2005A |
|---|---|---|---|---|
| Revenue | $1,110 | $1,210 | $1,240 | $1,148 |
| % Growth | 7.0% | 7.9% | 2.5% | (6.1)% |
| BCF | $458 | $512 | $538 | $420 |
| % Growth | 14.4% | 11.9% | 3.1% | (19.2)% |
| % Margin | 35.8% | 37.1% | 37.4% | 32.2% |



Broadcasting EBITDA [3]
$MM

| CAGR | '06E–'10E |
|---|---|
| Management Case | 3.7% |
| Flat Case | (1.3%) |

| Margin (%) | 33.3  33.3 | 31.7  31.7 | 33.9  31.7 | 35.0  31.7 | 35.2  31.7 |

Source   Management Business Plan

Note
1. Flat Case uses Management projections for 2007E and assumes revenue and EBITDA remain flat beyond 2007
2. Excludes Cubs, TEC and WGN Radio
3. Includes stock-based compensation and allocation of corporate overhead; excludes Cubs, EC and WGN Radio
4. Pro forma for sale of Albany, Atlanta and Boston TV stations and excludes Cubs, TEC and WGN Radio as per Chandler proposal

**Morgan Stanley**   9