# Project Tower

Presentation to the Committee of Independent
Directors of the Board of Directors of Tribune

**12 February 2007**

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

# Table of Contents

| | |
|---|---|
| **Section 1** | Tower Financial Projections Overview |
| **Section 2** | Leveraged Spin Analysis |
| **Section 3** | Comparison of Alternatives |
| **Appendix A** | Pro Forma Trading Value |
| **Appendix B** | Comparison of Old vs. New Projections |
| **Appendix C** | Comparison of Alternatives – 2/3/07 Meeting |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

**Section 1**

# Tower Financial Projections Overview

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64514

**Project Tower**

**Tower Financial Projections Overview**

# Tower Consolidated Projections

**Management, Research and Management Downside Cases** [1]

- **For Tower Consolidated we have analyzed three sets of projections for the period 2007E - 2011E**

**Tower Consolidated Revenue** [2]
$MM



| CAGR | '06A–'11E |
|---|---|
| Management Case | 0.5% |
| Research Case | 0.3% |
| Management Downside Case | (1.5%) |

Source    Management Business Plan and Wall Street research

**Tower Consolidated EBITDA** [2][3]
$MM



| CAGR | '06A–'11E |
|---|---|
| Mgmt Case | 1.0% |
| Research Case | 0.1% |
| Management Downside Case | (5.1%) |

| Margin (%) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 24.0 | 23.9 | 23.3 | | 24.8 | 24.2 | 22.6 | | 25.1 | 24.24 | 22.1 | | 25.1 | 24.4 | 21.4 | | 25.1 | 24.6 | 20.4 |

Source    Management Business Plan and Wall Street research

**Consolidated Historical Financials** [2][4]

| $MM | 2003A | 2004A | 2005A | 2006A |
|---|---|---|---|---|
| Revenue | $5,307 | $5,425 | $5,284 | $5,233 |
| % Growth | 3.9% | 2.2% | (2.6)% | (1.0)% |
| | | | | |
| EBITDA | $1,538 | $1,410 | $1,346 | $1,285 |
| % Growth | 7.9% | (8.3)% | (4.5)% | (4.5)% |
| % Margin | 29.0% | 26.0% | 25.5% | 24.6% |

**Morgan Stanley**

**Notes**
1. Based on revised February 2007 Tower financial package.  All cases adjusted for proposed asset transfers / sales using management projections for sold / transferred businesses
2. Does not include Cubs, SCNI and LA Recycler.  Assumes the Cubs, SCNI and LA Recycler are sold
3. Includes stock-based compensation expense
4. Pro forma for sale of Albany, Atlanta and Boston TV stations and SCNI.  Also pro forma for sale of Cubs and LA Recycler

1

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

**Tower Financial Projections Overview**

# Publishing Projections

Management, Research and Management Downside Cases [1]

- **For the Publishing business we have analyzed three sets of projections for the period 2007E - 2011E**

**Publishing Revenue [2]**
$MM



| CAGR | '06A–'11E |
| --- | --- |
| Management Case | 0.1% |
| Research Case | (0.1)% |
| Management Downside Case | (2.2)% |

Management Case / Research Case / Management Downside Case

Source   Management Business Plan and Wall Street research

**Publishing EBITDA [2][3]**
$MM



| CAGR | '06A–'11E |
| --- | --- |
| Mgmt Case | 0.4% |
| Research Case | (0.5)% |
| Management Downside Case | (6.6)% |

Management Case / Research Case / Management Downside Case

| Margin (%) | 21.8 | 21.7 | 21.1 | 22.1 | 21.5 | 20.4 | 22.2 | 21.6 | 19.7 | 22.3 | 21.7 | 18.8 | 22.4 | 21.7 | 17.5 |

Source   Management Business Plan and Wall Street research

**Notes**
1. Based on revised February 2007 Tower financial package.  All cases adjusted for proposed asset transfers / sales using management projections for sold / transferred businesses
2. Does not include Cubs, SCNI or LA Recycler.  Assumes the Cubs, SCNI and LA Recycler are sold.  Includes WGN Radio, which is assumed to be transferred to Publishing
3. Includes stock-based compensation expense and corporate overhead (the full Tower corporate expense of $51MM less $5MM in cost savings from separating Broadcasting)
4. Pro forma for sale of SCNI and LA Recycler.  Includes WGN Radio



**Publishing Historical Financials [2][4]**

| $MM | 2003A | 2004A | 2005A | 2006A |
| --- | --- | --- | --- | --- |
| Revenue | $4,147 | $4,256 | $4,246 | $4,066 |
| % Growth | 2.4% | 2.6% | (0.2)% | (4.2)% |
| | | | | |
| EBITDA | $1,018 | $988 | $954 | $899 |
| % Growth | 3.5% | (2.9)% | (3.4)% | (5.8)% |
| % Margin | 24.6% | 23.2% | 22.5% | 22.1% |

**Morgan Stanley**

2

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

**Tower Financial Projections Overview**

# Broadcasting Projections

**Management, Research and Management Downside Cases** [1]

- **For the Broadcasting business we have analyzed three sets of projections for the period 2007E - 2011E**

**Broadcasting Revenue** [2]
$MM



Source    Management Business Plan and Wall Street research

**Broadcasting EBITDA** [2][3]
$MM



Source    Management Business Plan and Wall Street research



| Broadcasting Historical Financials [2][4] | | | | |
|---|---|---|---|---|
| $MM | 2003A | 2004A | 2005A | 2006A |
| Revenue | $1,269 | $1,293 | $1,182 | $1,167 |
| % Growth | 7.9% | 1.9% | (8.6)% | (1.2)% |
| | | | | |
| EBITDA | $510 | $538 | $419 | $386 |
| % Growth | 11.9% | 5.5% | (22.0)% | (7.9)% |
| % Margin | 40.1% | 41.6% | 35.5% | 33.1% |

**Note**
1. Based on February 2007 revised Tower financial package. All cases adjusted for proposed asset transfers / sales using management projections for sold / transferred businesses
2. Excludes Cubs and WGN Radio. Assumes Cubs are sold and WGN Radio is transferred to Publishing
3. Includes stock-based compensation expense and Broadcasting standalone corporate overhead of $15MM per management guidance
4. Pro forma for sale of Albany, Atlanta and Boston TV Stations. Also excludes Cubs and WGN Radio

**Morgan Stanley**

3

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64517

**Project Tower**

| Section 2 |
| --- |
| Leveraged Spin Analysis |
| |

Morgan Stanley

MS 64518

**Project Tower**

# Leveraged Spin Transaction Overview
**Current Proposal**

- **The current Leveraged Spin proposal could generate $20 per current Tower share in cash**
  - **$18 cash from an upfront share buyback (assuming fully-subscribed tender)**
  - **$2 cash from a Broadcasting dividend following the spin (assuming pro-rata participation)**
- **Following the tax-free separation of Broadcasting from Publishing, existing Tower shareholders would continue to own 100% of both businesses**

### Summary of Unconsolidated Assets
$MM

| Asset | Assumed Value |
|---|---|
| **Publishing Assets** | |
| Food Network | $800 |
| Career Builder | 650 |
| Other Interactive Assets | 150 |
| Total Publishing | $1,600 |
| | |
| **Broadcasting Assets** | |
| None | NA |

## Transaction Overview

### Transaction Steps
- Tower leverages up to 6.9x 2006E adjusted EBITDA (6.2x excluding PHONES) and repurchases $4.5Bn of shares
  - Approx. 149MM shares repurchased, equivalent to 60% of shares outstanding or $18 per share cash [1]
- Broadcasting borrows $2.4Bn prior to spin
  - $1.8Bn used to repay existing Tower debt [2]
- Tax-free spin-off of Broadcasting to all Tower shareholders
  - Following spin, remaining Broadcasting debt proceeds used to pay Broadcasting dividend ($2 per current share)
- Cubs and Comcast SportsNet sold

### Pro Forma Publishing Asset Portfolio
- All existing newspapers excluding SCNI
- CareerBuilder (42.5%) and Other Interactive Assets
- Food Network (31.3%)
- WGN Radio
- Tribune Media Services
- LA Recycler and Various Real Estate

### Pro Forma Broadcasting Asset Portfolio
- All existing TV broadcasting stations and Superstation
- Tribune Entertainment

### Assets to be Sold
- Cubs, Comcast SportsNet (25.3%) and SCNI [3]

## Transaction Outcome



- Tower shareholders continue to own 100% of the Publishing business and 100% of the Broadcasting business
- Tower does not incur corporate tax on the spin-off
- Tower buyers back 60% of shares (equivalent to $18 cash per share assuming pro-rata participation)
- Broadcasting shareholders receive a dividend of approximately $2 per current Tower share
- Shareholders are subject to tax on the dividend at long-term rates (15% federal rate for individuals)

Notes
1. Assumes pro-rata participation and that shares are repurchased at an assumed price of $30.00 per share
2. Amount of debt proceeds used to repay debt limited by tax basis at Broadcasting
3. Company in advanced discussions to sell SCNI

**Morgan Stanley**

4

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

**Leveraged Spin Analysis**

# Pro Forma Capitalization

- **The proposed leveraged spin transaction would involve four distinct steps:**
  - ① **Tower borrows and uses proceeds to buyback Tower stock**
  - ② **Broadcasting borrows $2.4Bn (pre-spin) and uses $1.8Bn of proceeds to repay Tower debt; Broadcasting is then spun-off tax free**
  - ③ **Broadcasting (post-spin) pays a dividend equivalent to $2 per current Tower share**
  - ④ **Publishing sells the Cubs, Comcast SportsNet, SCNI and LA Recycler**
- We have examined pro forma capitalization following each of these steps

**Capitalization Table**
**$MM**

| Transaction Stage | ① Post Buyback / Pre-Spin | ② Post-Spin / Pre Broadcasting Dividend & Asset Sales | ③ ④ Post Broadcasting Dividend & Asset Sales |
|---|---|---|---|
| Post-Buyback | ✓ | ✓ | ✓ |
| Post-Spin | | ✓ | ✓ |
| Post-Broadcasting Dividend & Asset Sales | | | ✓ |
| Approximate Date | End Q1 '07 | End Q3 '07 | End Q3 '07 |

| | PF Tower | PF Publishing | PF Broadcasting | PF Publishing | PF Broadcasting |
|---|---|---|---|---|---|
| **Debt** | | | | | |
| Long Term Debt (excl. PHONES) | $8,369 | $6,216 | $2,380 | $6,180 | $2,380 |
| Bridge | 570 | 570 | 0 | 0 | 0 |
| Total Debt (excl. PHONES) | $8,939 | $6,786 | $2,380 | $6,180 | $2,380 |
| PHONES | 900 | 900 | 0 | 900 | 0 |
| Total Debt (incl. PHONES) | $9,839 | $7,686 | $2,380 | $7,080 | $2,380 |
| **2006E Adjusted EBITDA** [1] | $1,434 | $1,032 | $392 | $997 | $392 |
| **PF Multiples** | | | | | |
| Including PHONES | 6.9x | 7.4x | 6.1x | 7.1x | 6.1x |
| Excluding PHONES | 6.2x | 6.6x | 6.1x | 6.2x | 6.1x |

*Broadcasting Spin*

*Dividend & Sale of Assets [2]*

Notes
1. Includes EBITDA and equity income from unconsolidated assets and excludes stock-based compensation expense
2. Assumes sale of Cubs, Comcast SportsNet, SCNI and LA Recycler

**Morgan Stanley**

5

MS 64520

**Project Tower**

**Leveraged Spin Analysis**

# Pro Forma Combined Leverage Profile

**Assumes that Spin Does Not Occur** [1]

- Free cash flow assumes Tower exercises option to acquire real estate owned by the TMCT partnerships for $175MM as per management business plan

**Total Debt / Adj. EBITDA** [2]
x (including PHONES)



**Free Cash Flow** [2][3]
$MM






**Adj. EBITDA / Interest** [2]
x






| Total Combined Debt (incl. PHONES) $Bn | | | |
|---|---|---|---|
| Period | Mgmt. | Research | Mgmt Downside |
| PF Q3'07 | $10.1 | $10.1 | $10.1 |
| 2007 | 9.4 | 9.4 | 9.4 |
| 2008 | 9.3 | 9.2 | 9.3 |
| 2009 | 8.8 | 8.7 | 8.9 |
| 2010 | 8.3 | 8.2 | 8.6 |

**Notes**
1. Assumes Cubs, Comcast SportsNet, SCNI and LA Recycler are sold and that Food Network and WGN Radio are transferred to Publishing
2. Assumes Management 2008 Adjusted Combined EBITDA of $1,434MM. Assumes Research 2008 Adjusted Combined EBITDA of $1,396MM. All Adjusted EBITDA figures include equity income from unconsolidated investments and exclude stock-based compensation expense
3. Free Cash Flow defined as EBITDA – Capex – Investment in Working Capital – Taxes – Net Interest Expense – Investments (incl. $175MM in exercised option on TMCT real estate)

Morgan Stanley

6

**Project Tower**

**Leveraged Spin Analysis**

# Pro Forma Combined Package Value Per Share

**Includes Share Buyback, Broadcasting Dividend and Publishing and Broadcasting Equity Values**

- Combined package value includes:
  - $18 cash from an upfront share buyback (assuming fully-subscribed tender)
  - $2 cash from a Broadcasting dividend following the spin (assuming pro-rata participation)
  - Equity Value of Publishing
  - Equity Value of Broadcasting
- Equity values based on present value of projected stock price at year end 2009 (i.e., 3-year discounted equity value) [1]
  - Equity values expressed per current Tower share



**Notes**
1. Assumes unconsolidated assets currently valued at $1,600MM (Food Network: $800MM; CareerBuilder: $650MM; Other Interactive Assets: $150MM) and that unconsolidated asset value grows at 8% per year
2. Assumed forward CD/TDA multiple at year end 2009
3. For each scenario, equity values are based on PV of projected stock price at year end 2009, assuming a 11% cost of equity

**Morgan Stanley**

7

**Project Tower**

**Leveraged Spin Analysis**

# Pro Forma Publishing Leverage Profile

### Following Dividend, Spin and Sale of Assets [1]

- **Free cash flow assumes Tower exercises option to acquire real estate owned by the TMCT partnerships for $175MM as per management business plan**



**Total Debt / Adj. EBITDA [2]**
x (including PHONES)





**Free Cash Flow [2][3]**
$MM



**Adj. EBITDA / Interest [2]**
x



| Total Publishing Debt (incl PHONES) $Bn | | | |
|---|---|---|---|
| Period | Mgmt. | Research | Mgmt Downside |
| PF Q3'07 | $7.7 | $7.7 | $7.7 |
| 2007 | 7.1 | 7.0 | 7.0 |
| 2008 | 7.1 | 7.0 | 7.1 |
| 2009 | 6.8 | 6.7 | 6.8 |
| 2010 | 6.5 | 6.3 | 6.6 |

Notes
1. Assumes Cubs, Comcast SportsNet, CCNI and LA Recycler are sold and that Food Network and WGN Radio are transferred to Publishing
2. Assumes Management 2006 Adjusted Publishing EBITDA of $1,092MM. Assumes Research 2006 Adjusted Publishing EBITDA of $1,040MM. All Adjusted EBITDA figures include equity income from unconsolidated assets and exclude stock-based compensation expense
3. Free Cash Flow defined as EBITDA – Capex – Investment in Working Capital – Taxes – Net Interest Expense – Investments in Interactive & Publishing (incl. $175MM in exercised option on TMCT real estate)

**Morgan Stanley**

8

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64523

**Project Tower**

# Pro Forma Publishing Equity Value Per Share

**Based on Forward EBITDA Multiple at Year End 2009**

- Pro Forma Publishing equity value per share based on present value of projected stock price at year end 2009 (i.e., 3-year discounted equity value) [1]

  – Equity values expressed per <u>current</u> Tower share



| Management Case<br>$ / Share | | | | Research Case<br>$ / Share | | | | Management Downside Case<br>$ / Share | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $4.85 | $6.19 | $7.52 | $8.85 | $4.47 | $5.74 | $7.02 | $8.30 | $0.47 | $1.50 | $2.53 | $3.56 |

Multiple: [2]

□ Publishing Equity Value [3]

| | 7.0x | 7.5x | 8.0x | 8.5x | 7.0x | 7.5x | 8.0x | 8.5x | 7.0x | 7.5x | 8.0x | 8.5x |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Equity Value in 2009 ($/Share): | $6.64 | $8.46 | $10.28 | $12.11 | $6.11 | $7.85 | $9.60 | $11.35 | $0.64 | $2.05 | $3.46 | $4.86 |

Notes
1. Assumes unconsolidated assets currently valued at $1,600MM (Food Network: $800MM; CareerBuilder: $650MM; Other Interactive Assets: $150MM) and that unconsolidated asset value grows at 8% per year
2. Assumed forward EBITDA multiple at year end 2009
3. For each scenario, equity values are based on PV of projected stock price at year end 2009, assuming a 11% cost of equity

**Morgan Stanley**

9

**Project Tower**

**Leveraged Spin Analysis**

# Pro Forma Broadcasting Leverage Profile

**Following Broadcasting Dividend and Spin** [1]

**Total Debt / Adj. EBITDA** [2]
x



**Free Cash Flow** [2][3]
$MM




**Adj. EBITDA / Interest** [2]
x





| Total Broadcasting Debt $Bn | | | |
|---|---|---|---|
| Period | Mgmt. | Research | Mgmt Downside |
| PF Q3'07 | $2.4 | $2.4 | $2.4 |
| 2007 | 2.4 | 2.4 | 2.4 |
| 2008 | 2.2 | 2.2 | 2.2 |
| 2009 | 2.0 | 2.0 | 2.1 |
| 2010 | 1.8 | 1.8 | 2.0 |

Management Downside Case
Research Case
Management Case

Management Downside Case
Research Case
Management Case

Management Downside Case
Research Case
Management Case

**Notes**
1. Assumes Cubs and Comcast SportsNet are sold and that Food Network and WGN Radio are transferred to Publishing
2. Assumes Management 2008 Adjusted Broadcasting EBITDA of $392MM.  Assumes Research 2008 Adjusted Broadcasting EBITDA of $398MM.  All Adjusted EBITDA figures include equity income from unconsolidated investments and exclude stock-based compensation expense
3. Free Cash Flow defined as EBITDA – Capex – Investment in Working Capital – Taxes – Net Interest Expense

**Morgan Stanley**

10

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64525

**Project Tower**

Leveraged Spin Analysis

# Pro Forma Broadcasting Equity Value Per Share

**Based on Forward EBITDA Multiple at Year End 2009**

- **Pro Forma Broadcasting equity value per share based on present value of projected stock price at year end 2009 (i.e., 3-year discounted equity value)**
  - **Equity values expressed per <u>current</u> Tower share**



| | Management Case<br>$ / Share | | | Research Case<br>$ / Share | | | Management Downside Case<br>$ / Share | | |
|---|---|---|---|---|---|---|---|---|---|
| | 9.0x | 10.0x | 11.0x | 9.0x | 10.0x | 11.0x | 9.0x | 10.0x | 11.0x |
| Values | $5.70 | $7.01 | $8.31 | $6.06 | $7.41 | $8.76 | $2.99 | $4.02 | $5.05 |

Multiple: [1]

☐ Broadcasting Equity Value [2]

| Projected Equity Value in 2009 ($/Share): | $7.80 | $9.59 | $11.37 | $8.29 | $10.13 | $11.98 | $4.09 | $5.50 | $6.91 |
|---|---|---|---|---|---|---|---|---|---|

Notes
1. Assumed forward EBITDA multiple at year end 2009
2. For each scenario, equity values are based on PV of projected stock price at year end 2009, assuming a 11% cost of equity

Morgan Stanley

11

**Project Tower**

| Section 3 |
| :--- |
| Comparison of Alternatives |
| |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64527

**Project Tower**

**Comparison of Alternatives**

# Leverage Impact of Selected Alternatives

**Pro Forma Leverage Profiles** [1]

- We have analyzed three alternatives
  - Leveraged Spin with $20 in upfront cash (assuming pro-rata participation in buyback)
  - Broad / Burkle Proposal (as revised 2/11/07) with $23 in upfront cash
  - Chandler Proposal (as revised 1/26/07) with at least $22.64 in upfront cash [2]



**Leveraged Spin**
$20 Cash Distribution

**Total Debt incl. PHONES ($Bn)**

| Management Downside: | | | | |
|---|---|---|---|---|
| 10.1 | 9.4 | 9.3 | 9.0 | 8.6 |

Research:

| 10.1 | 9.4 | 9.2 | 8.7 | 8.2 |

Management:

| 10.1 | 9.4 | 9.3 | 8.8 | 8.3 |

**Broad/Burkle Proposal**
$23 Cash Distribution

**Total Debt incl. PHONES ($Bn)**

| Management Downside: | | | | |
|---|---|---|---|---|
| 11.0 | 10.8 | 10.7 | 10.4 | 10.1 |

Research:

| 11.0 | 10.7 | 10.5 | 10.1 | 9.7 |

Management:

| 11.0 | 10.8 | 10.7 | 10.3 | 9.8 |

**Chandler Proposal**
Various Cash Distributions [2]

**Broadcasting Debt ($Bn)**

| Management Downside: | | | | |
|---|---|---|---|---|
| 2.8 | 2.8 | 2.7 | 2.6 | 2.5 |

Research:

| 2.8 | 2.8 | 2.7 | 2.5 | 2.4 |

Management:

| 2.8 | 2.8 | 2.6 | 2.5 | 2.3 |

Management Downside Case
Research Case
Management Case

Notes
1.  Leverage ratios include PHONES debt and are based on EBITDA including equity income from unconsolidated investments but excluding stock-based compensation expense
2.  Initial cash distribution of $22.64 plus an additional cash distribution from escrow of up to $3.83

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

Comparison of Alternatives

# Package Value Comparison of Selected Alternatives

**Package Value Per Share assuming 8x Publishing and 9x Broadcasting** [1]

- We have analyzed package values for each alternative under several sets of projections
- Package value comprises upfront cash distribution and stub equity value
  - Equity values based on present value of projected stock price at year end 2009 (i.e., 3-year discounted equity value)
- Broad/Burkle Proposal includes warrants
  - Broad/Burkle Proposal can purchase up to 15% of the Company's fully-diluted shares at $7 exercise price
  - Ownership cap of 39.9%
- Chandler Proposal assumes 11x Broadcasting value for purposes of determining collar payments
  - Valuing at 9x would increase cash component by $1.91 per share to $26.46 per share



Notes
1. For each scenario, equity is valued using a 3-year discounted equity value assuming a 11% cost of equity. Includes unconsolidated assets currently valued at $1,600MM (leveraged spin), $2,200MM (Broad / Burkle Proposal), and $0MM (Chandler Proposal)
2. Cash component includes $18 per share cash proceeds from share buyback (assuming pro-rata participation) and $2 per share from Broadcasting dividend
3. Broad / Burkle Proposal assumes blended multiple of 8.3x based on 8x Publishing and 9x Broadcasting
4. Cash component assumes Broadcasting trades at 11x 2007E EBITDA at the time escrow payments are determined. At 11x Broadcasting $1.91 of the total cash distribution relates to collar payments from escrow account

Morgan Stanley

13

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64529

**Project Tower**

Comparison of Alternatives

# Package Value Comparison of Selected Alternatives

**Package Value Per Share assuming 8x Publishing and 11x Broadcasting** [1]

- We have analyzed package values for each alternative under several sets of projections



| Projected Equity Value in 2009 ($/Share): | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| -Tower Combined | | $13.79 | | | $13.73 | | $6.58 | |
| -Broadcasting | $11.37 | | $12.24 | $11.98 | | $13.02 | $6.91 | $6.52 |
| -Publishing | $10.28 | | | $9.60 | | | $3.46 | |

**Notes**
1. For each scenario, equity is valued using a 3-year discounted equity value assuming a 11% cost of equity. Includes unconsolidated assets currently valued at $1,600MM (leveraged spin), $2,200MM (Broad / Burkle Proposal), and $0MM (Chandler Proposal).
2. Cash component includes $18 per share cash proceeds from share buyback (assuming pro-rata participation) and $2 per share from Broadcasting dividend
3. Broad / Burkle Proposal assumes blended multiple of 9.0x based on 8x Publishing and 11x Broadcasting
4. Cash amount assumes Broadcasting trades at 11x 2007E EBITDA at the time escrow payments are determined.  At 11x Broadcasting $1.91 of the total cash distribution relates to collar payments from escrow account

**Morgan Stanley**

14

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

**Appendix A**

# Pro Forma Trading Value

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64531

**Project Tower**

**Pro Forma Trading Value**

# Pro Forma Publishing Trading Value

**Following Dividend, Spin and Sale of Asset** [1]

• We have examined potential trading values for Publishing following the transaction

**Publishing Comparable Trading Multiples**
x

|  | AV/EBITDA | | EV/LFCF | | AV/UFCF | |
|---|---|---|---|---|---|---|
|  | 2007E | 2008E | 2007E | 2008E | 2007E | 2008E |
| Gannett | 8.5x | 8.5x | 12.1x | 11.9x | 9.4x | 9.0x |
| Tribune | 8.5x | 7.7x | 14.5x | 11.9x | 10.0x | n.A |
| Media General | 8.4x | 7.7x | 12.7x | 9.8x | 13.0x | n.A |
| **Mean** | **8.6x** | **7.9x** | **13.2x** | **10.8x** | **11.2x** | **9.0x** |
| **Median** | **8.6x** | **7.7x** | **12.7x** | **11.3x** | **10.9x** | **9.0x** |

**Pure Play Newspaper**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| McClatchy | 7.7x | 7.5x | 11.3x | 12.7x | 8.1x | 7.6x |
| New York Times | 8.5x | 8.5x | 14.1x | 13.8x | 11.5x | 13.5x |
| Lee Enterprises | 9.1x | 8.9x | 11.2x | NA | 11.3x | n.A |
| Journal Register | 9.2x | 9.2x | 15.3x | 8.6x | 12.5x | 11.6x |
| **Mean** | **8.7x** | **8.6x** | **12.8x** | **10.8x** | **10.9x** | **10.2x** |
| **Median** | **9.0x** | **9.0x** | **12.9x** | **10.1x** | **11.0x** | **10.5x** |

**Potential Publishing Trading Value Scenarios**
$MM, except per share amounts

| | EBITDA Multiples | | | | LFCF Multiples | | | | UFCF Multiples [7] | | | | Agg Value | Uncons. Assets [4] | Net Debt [5] | Equity Value | Equity Value / Share [6] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007E | | 2008E | | 2007E | | 2008E | | 2007E | | 2008E | | | | | | |
| | Rsch. [2] | Mgmt. [3] | Rsch. [2] | Mgmt. [3] | Rsch. [2] | Mgmt. [3] | Rsch. [2] | Mgmt. [3] | Rsch. [2] | Mgmt. [3] | Rsch. [2] | Mgmt. [3] | | | | | |
| Statistic | $863 | $871 | $864 | $898 | $171 | $177 | $200 | $231 | $696 | $701 | $704 | $743 | | | | | |
| 7.0x | 6.9x | 7.0x | 6.8x | -0.1x | -0.1x | -0.1x | 0.0x | 8.7x | 8.6x | 8.6x | 8.1x | $6,039 | 1,600 | $7,650 | ($11) | ($0.04) |
| 7.5x | 7.4x | 7.5x | 7.3x | 2.5x | 2.4x | 2.1x | 1.8x | 9.3x | 9.2x | 9.2x | 8.7x | 6,471 | 1,600 | 7,650 | 421 | 1.76 |
| 8.0x | 7.9x | 8.0x | 7.8x | 5.0x | 4.8x | 4.3x | 3.7x | 9.9x | 9.8x | 9.8x | 9.3x | 6,902 | 1,600 | 7,650 | 852 | 3.56 |
| 8.5x | 8.4x | 8.5x | 8.3x | 7.5x | 7.3x | 6.4x | 5.6x | 10.5x | 10.5x | 10.4x | 9.5x | 7,333 | 1,600 | 7,650 | 1,284 | 5.37 |
| 9.0x | 8.9x | 9.0x | 8.7x | 10.0x | 9.7x | 8.6x | 7.4x | 11.2x | 11.1x | 11.0x | 10.5x | 7,765 | 1,600 | 7,650 | 1,715 | 7.17 |
| 9.5x | 9.4x | 9.5x | 9.2x | 12.5x | 12.1x | 10.7x | 9.3x | 11.8x | 11.7x | 11.6x | 11.0x | 8,196 | 1,600 | 7,650 | 2,146 | 8.97 |
| 10.0x | 9.9x | 10.0x | 9.7x | 15.0x | 14.6x | 12.9x | 11.2x | 12.4x | 12.3x | 12.3x | 11.6x | 8,627 | 1,600 | 7,650 | 2,578 | 10.78 |

**Notes**
1. Assumes Cubs, Comcast SportsNet, SCNI and LA Recycler are sold
2. Research EBITDA and LFCF include benefit of assets transferred to Publishing and exclude assets sold.  Based on Wall Street research
3. Management EBITDA and LFCF include benefit of assets transferred to Publishing and exclude assets sold.  Based on management estimates
4. Unconsolidated assets include Food Network ($800MM), CareerBuilder ($650MM) and Other Interactive Assets ($150MM).  Assumes that Cubs and Comcast SportsNet are sold
5. PF net debt as of Q3 2007
6. Based on 249.0MM shares outstanding

**Morgan Stanley**

15

**Project Tower**

**Pro Forma Trading Value**

# Pro Forma Broadcasting Trading Value

**Following Dividend and Spin**

- We have examined potential trading values for Broadcasting following the transaction

### Summary Benchmarking

| | 04-06A CAGR | | 06-08E CAGR | | 06-08E Avg. |
|---|---|---|---|---|---|
| | Rev. | EBITDA | Rev.[6] | EBITDA[6] | EBITDA Margin[6] |
| **Tower** | | | | | |
| Management | (1.9%) | (9.6%) | 2.2% | 4.0% | 24.4% |
| Research | (1.9%) | (9.5%) | (0.1%) | 0.4% | 23.6% |
| Hearst-Argyle | (0.4%) | (7.8%) | 3.9% | 4.8% | 37.5% |
| Sinclair | 0.4% | (12.0%) | (0.8%) | (4.4%) | 33.7% |
| LIN TV | 9.8% | (3.5%) | (2.3%) | 9.1% | 30.8% |
| Gray TV | (2.5%) | (4.2%) | 4.1% | 5.2% | 37.4% |

### Broadcasting Comparable Trading Multiple

| | Equity Value | AV/EBITDA | | EV/LFCF | | AV/UFCF | | Net Debt / |
|---|---|---|---|---|---|---|---|---|
| | | 2007E | 2008E | 2007E | 2008E | 2007E | 2008E | 2007E EBITDA |
| Hearst-Argyle | $2,438 | 3.2x | 10.8x | 22.6x | 7.2x | 14.9x | N.A. | 3.9x |
| Sinclair | 1,392 | 0.5x | N.A. | 15.5x | N.A. | 12.5x | N.A. | 5.9x |
| LIN TV | 999 | 12.5x | 2.8x | 14.8x | 10.2x | 14.0x | 11.8x | 7.6x |
| Gray TV | 425 | 11.5x | 2.4x | 17.4x | 12.5x | 13.8x | N.A. | 7.9x |
| Mean | | 11.5x | 10.0x | 17.5x | 13.4x | 13.9x | 11.8x | 6.3x |
| Median | | 11.0x | 9.0x | 16.3x | 12.5x | 13.9x | 11.8x | 6.8x |

### Potential Broadcasting Trading Value Scenarios
$MM, except per share amounts

| | EBITDA Multiples | | | | LFCF Multiples | | | | UFCF Multiples [6] | | | | Agg Value | Uncons Assets [3] | Net Debt [4] | Equity Value | Equity Value / Share [5] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007E | | 2008E | | 2007E | | 2008E | | 2007E | | 2008E | | | | | | |
| | Rsch. [1] | Mgmt. [2] | Rsch. [1] | Mgmt. [2] | Rsch. [2] | Mgmt. [2] | Rsch. [2] | Mgmt. [2] | Rsch. [1] | Mgmt. [2] | Rsch. [1] | Mgmt. [2] | | | | | |
| Statistic | $373 | $365 | $404 | $413 | $108 | $102 | $129 | $136 | $347 | $359 | $375 | $388 | | | | | |
| 8.0x | 8.2x | 7.4x | 7.2x | 5.7x | 5.9x | 4.7x | 4.3x | 8.6x | 8.8x | 8.0x | 7.7x | $2,981 | $0 | $2,380 | $601 | $2.51 |
| 8.5x | 8.7x | 7.8x | 7.7x | 7.5x | 7.8x | 6.1x | 5.7x | 9.1x | 9.4x | 8.5x | 8.2x | 3,168 | 0 | 2,380 | 788 | 3.29 |
| 9.0x | 9.2x | 8.3x | 8.1x | 9.2x | 9.6x | 7.5x | 7.0x | 9.7x | 9.8x | 9.0x | 8.7x | 3,354 | 0 | 2,380 | 974 | 4.07 |
| 9.5x | 9.7x | 8.8x | 8.6x | 11.0x | 11.4x | 9.0x | 8.4x | 10.2x | 10.5x | 9.5x | 9.2x | 3,540 | 0 | 2,380 | 1,160 | 4.85 |
| 10.0x | 10.2x | 9.2x | 9.0x | 12.7x | 13.3x | 10.4x | 9.7x | 10.7x | 11.0x | 9.9x | 9.6x | 3,727 | 0 | 2,380 | 1,347 | 5.63 |
| 10.5x | 10.7x | 9.7x | 9.5x | 14.5x | 15.1x | 11.9x | 11.1x | 11.3x | 11.6x | 10.4x | 10.1x | 3,913 | 0 | 2,380 | 1,533 | 6.41 |
| 11.0x | 11.2x | 10.1x | 9.9x | 16.3x | 16.9x | 13.3x | 12.4x | 11.8x | 12.1x | 10.9x | 10.6x | 4,099 | 0 | 2,380 | 1,719 | 7.19 |

Notes
1. Research EBITDA and LFCF exclude assets sold. Based on Wall Street research
2. Management EBITDA and LFCF exclude assets sold. Based on management estimates
3. Assumes all unconsolidated assets are transferred to Publishing business
4. PF net debt as of Q3 2007
5. Based on 249.0MM shares outstanding
6. Sinclair Broadcasting and Gray Television CAGR based on 2006-2007

**Morgan Stanley**

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64533

**Project Tower**

| Appendix B |
|---|
| Comparison of Old vs. New Projections |
| |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64534

**Project Tower**

**Comparison of Projections – Current vs. Prior**

# Tower Consolidated Projections

**Management, Research and Management Downside Cases** [1]



| Revenue CAGR | '07E–'10E |
|---|---|
| Current Management Case | 1.2% |
| Prior Management Case | 2.2% |
| Current Research Case | 1.5% |
| Prior Research Case | 0.4% |
| Current Mgmt. Downside Case | (1.3%) |
| Prior Mgmt. Downside Case | (0.4%) |

| EBITDA CAGR | '07E–'10E |
|---|---|
| Current Management Case | 3.0% |
| Prior Management Case | 3.8% |
| Current Research Case | 2.5% |
| Research Case | 1.0% |
| Current Mgmt. Downside Case | (4.0%) |
| Prior Mgmt. Downside Case | (4.5%) |



**Tower Consolidated Revenue** [2]
$MM

**Source**  Management Business Plan and Wall Street research

**Tower Consolidated EBITDA** [2][3]
$MM

**Source**  Management Business Plan and Wall Street research

**Notes**
1. Based on revised February 2007 Tower financial package. All cases adjusted for proposed asset transfers / sales using management projections for sold / transferred businesses
2. Does not include Cubs, SCNI and LA Recycler.  Assumes the Cubs, SCNI and LA Recycler are sold
3. Includes stock-based compensation expense
4. For Broadcasting, downside case is based on flat OCF from 2007E throughout the projected period

Morgan Stanley

17

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64535

**Project Tower**

Comparison of Projections – Current vs. Prior

# Publishing Projections

**Management, Research and Management Downside Cases** [1]

| Revenue CAGR | '07E–'10E |
|---|---|
| Current Management Case | 0.7% |
| Prior Management Case | 1.9% |
| Current Research Case | 0.3% |
| Prior Research Case | (0.8%) |
| Current Mgmt. Downside Case | (2.0%) |
| Prior Mgmt. Downside Case | (0.5%) |

| EBITDA CAGR | '07E–'10E |
|---|---|
| Current Management Case | 1.4% |
| Prior Management Case | 2.7% |
| Current Research Case | 0.3% |
| Research Case | (0.9%) |
| Current Mgmt. Downside Case | (5.6%) |
| Prior Mgmt. Downside Case | (6.7%) |

**Publishing Revenue** [2]
$MM



Source    Management Business Plan and Wall Street research

**Publishing EBITDA** [2][3]
$MM

Source    Management Business Plan and Wall Street research

Notes
1. Based on revised February 2007 Tower financial package. All cases adjusted for proposed asset transfers / sales using management projections for sold / transferred businesses
2. Does not include Cubs, SCNI or LA Recycler.  Assumes the Cubs, SCNI and LA Recycler are sold.  Includes WGN Radio, which is assumed to be transferred to Publishing
3. Includes stock-based compensation expense and corporate overhead which assumes the full Tower corporate expense of $51MM is attributed to Publishing less $5MM in cost savings

Morgan Stanley

18

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64536

**Project Tower**

Comparison of Projections – Current vs. Prior

# Broadcasting Projections

**Management, Research and Management Downside Cases [1]**

| Revenue CAGR | '07E–'10E |
|---|---|
| Current Management Case | 3.1% |
| Prior Management Case | 3.1% |
| Current Research Case | 5.5% |
| Prior Research Case | 4.0% |
| Current Mgmt. Downside Case | 0.8% |
| Prior Mgmt. Downside Case | (0.1%) |

**Broadcasting Revenue [2]**
**$MM**



Source   Management Business Plan and Wall Street research

| EBITDA CAGR | '07E–'10E |
|---|---|
| Current Management Case | 6.7% |
| Prior Management Case | 6.7% |
| Current Research Case | 7.2% |
| Research Case | 4.7% |
| Current Mgmt. Downside Case | (0.6%) |
| Prior Mgmt. Downside Case | 0.2% |



**Broadcasting EBITDA [2][3]**
**$MM**



Source   Management Business Plan and Wall Street research

Note
1. Based on February 2007 revised Tower financial package. All cases adjusted for proposed asset transfers / sales using management projections for sold / transferred businessesExcludes Cubs and WGN Radio   Assumes Cubs are sold and WGN Radio is transferred to Publishing
2. Includes stock-based compensation expense and Broadcasting standalone corporate overhead of $15MM per management guidance
3. For Broadcasting, downside case is based on flat OCF from 2007E throughout the projected period
4. For Broadcasting, downside case is based on flat OCF from 2007E throughout the projected period

**Morgan Stanley**

19

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64537

**Project Tower**

**Appendix C**

# Comparison of Alternatives – 2/3/07 Meeting

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64538

**Project Tower**

**Comparison of Alternatives – 2/3/07 Meeting**

# Leverage Impact of Selected Alternatives

**Pro Forma Leverage Profiles** [1]

- **Our analysis excludes the leverage impact of the PHONES debt**
  - Assuming a net value of $1Bn would increase pro forma leverage ratios for the Standalone Recapitalization and Broad/Burkle Proposal by approximately 0.7-0.8x
- **In the Standalone Recapitalization, a subsequent separation of Broadcasting would require allocating debt between Broadcasting and Publishing**

<u>Illustrative Allocation:</u>
  - **7.75x to Broadcasting**
  - **6.5x to Publishing (incl. PHONES)**





**Standalone Recapitalization**
$20 Cash Distribution

**Total Debt excl. PHONES ($Bn)**
*Management Downside:*

| | '06 | '07 | '08 | '09 | '10 |
|---|---|---|---|---|---|
| Management Downside: | 9.2 | 9.0 | 8.7 | 8.4 | 8.0 |
| Research: | 9.2 | 9.0 | 8.6 | 8.2 | 7.8 |
| Management: | 9.2 | 9.0 | 8.7 | 8.2 | 7.7 |



**Broad/Burkle Proposal**
$27 Cash Distribution

**Total Debt excl. PHONES ($Bn)**

| | '06 | '07 | '08 | '09 | '10 |
|---|---|---|---|---|---|
| Management Downside: | 11.0 | 10.8 | 10.5 | 10.3 | 10.0 |
| Research: | 11.0 | 10.7 | 10.4 | 10.2 | 9.8 |
| Management: | 11.0 | 10.8 | 10.5 | 10.1 | 9.7 |



**Chandler Proposal**
$24.55 Cash Distribution

**Total Broadcasting Debt ($Bn)**

| | PF'06 | '07 | '08 | '09 | '10 |
|---|---|---|---|---|---|
| Flat: | 2.8 | 2.8 | 2.7 | 2.6 | 2.5 |
| Management: | 2.8 | 2.8 | 2.7 | 2.5 | 2.4 |

Standalone Recapitalization and Broad/Burkle Proposal
 — — —  Management Downside Case
 .........  Research
 ———  Management

Chandler Proposal
 — — —  Flat
 ~~~~~  Management

Morgan Stanley

**Notes**
1. Leverage ratios exclude PHONES debt and are based on EBITDA including equity income from unconsolidated investments but excluding stock-based compensation expense

20

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64539

**Project Tower**

Comparison of Alternatives – 2/3/07 Meeting

# Package Value Comparison of Selected Alternatives

Package Value Per Share assuming 8.0x Whole Company EBITDA Multiple [1]

- We have analyzed package values for each alternative under several scenarios
- Package value comprises upfront cash distribution and stub equity value
  - Stub equity value based on present value of projected stock price at year end 2009 (i.e., 3-year discounted equity value)
  - For the Standalone Recapitalization and Broad/Burkle Proposal, projected stock price based on 8x 2010E EBITDA multiple for entire company
  - For the Chandler Proposal, projected stock price based on 9x 2010E EBITDA multiple for Broadcasting
- Broad/Burkle Proposal includes warrants
  - Broad/Burkle can purchase up to 15% of the Company's fully-diluted shares at $7 exercise price
  - Ownership cap of 39.9%



**Notes**
1. For each scenario, equity is valued using a 3-year discounted equity value assuming a 11% cost of equity. 8x multiple (for entire company valuation in Standalone Recapitalization and Broad/Burkle Proposal) and 9x and 11x (for Broadcasting valuation in Chandler Proposal)
2. Downside Case represents Management Downside Case (for Standalone Recapitalization and Broad/Burkle Proposal) and Flat Case (for Chandler Proposal)
3. Cash amount assumes Broadcasting trades at 11.0x 2007E EBITDA at the time escrow payments are determined

Morgan Stanley

21

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64540

**Project Tower**

Comparison of Alternatives – 2/3/07 Meeting

# Package Value Comparison of Selected Alternatives

**Package Value Per Share assuming 7.5x Whole Company EBITDA Multiple** [1]



| Projected Stock Price in 2009 ($/Share): | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $18.78 | $7.17 | $12.11 | $7.55 | | $13.30 | $3.58 | | $8.47 | $0.41 | $7.18 | $3.45 |

Cash    Equity

**Notes**
1. For each scenario, equity is valued using a 3-year discounted equity value assuming a 11% cost of equity 7.5x multiple (for entire company valuation in Standalone Recapitalization and Broad/Burkle Proposal) and 9x and 11x (for Broadcasting valuation n Chandler Proposal)
2. Downside Case represents Management Downside Case (for Standalone Recapitalization and Broad/Burkle Proposal) and Flat Case (for Chandler Proposal)
3. Cash amount assumes Broadcasting trades at 11.0x 2007E EBITDA at the time escrow payments are determined

Morgan Stanley

22