CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

TRIBUNE COMPANY

SPECIAL COMMITTEE OF THE

BOARD OF DIRECTORS MEETING

FEBRUARY 13, 2007

Pursuant to notice, a meeting of the Special Committee (the "Committee") of the Board of Directors of Tribune Company (the "Company") was held at 9:45 A.M. on February 13, 2007, at the offices of the Company. All of the members of the Committee were in attendance: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Also in attendance were Dennis J. FitzSimons, Scott Smith, Donald C. Grenesko, Thomas D. Leach and Crane H. Kenney of the Company, Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP, Todd Kaplan of Merrill Lynch & Co., Christina Mohr of Citigroup, Paul Taubman and Thomas Whayne of Morgan Stanley, and Steven A. Rosenblum of Wachtell, Lipton, Rosen & Katz.

Mr. Osborn asked the investment bankers to address the manner of implementing the proposed recapitalization. Mr. Kaplan summarized the variety of considerations and factors that had led the investment bankers as a group to the recommendation that the recapitalization be effected as a dividend. Among the factors considered were the value of the residual equity following the cash payment, the greater simplicity of a $20 per share dividend which required no investment decision by stockholders, issues involved in setting a tender offer price, and potential uncertainties as to the stockholder profile of the Company if the Company tendered for approximately 60% of the outstanding shares. Ms. Mohr noted that the McCormick Foundation was having discussions about purchasing some of the Chandler shares following the return of capital in a recapitalization. She related the Foundation's belief as to the benefits going forward if the percent of outstanding shares held by the Chandler Trusts were substantially reduced in terms of promoting a more stable environment for the publishing and broadcasting companies. Questions and a discussion followed.

**REDACTED**

**TRIB 000053**
**HIGHLY CONFIDENTIAL**

**Professionals' Eyes Only**
**Highly Confidential - Attorneys' Eyes Only**

TRIB-G0007813

After extended discussion, Mr. Osborn then summarized the sense of the Committee based on the presentations and discussions over the past several months and the Committee members' knowledge of the Company from service as directors of the Company: the Chandler Trusts and Broad/Yucaipa proposals in their present forms were not attractive compared with the benefits of the recapitalization consisting of a dividend of $20 per share and subsequent spin-off of broadcasting. He indicated that it was the sense of the Committee that its advisors should continue discussions on the Zell proposal and seek from Carlyle its highest and best offer for the broadcasting assets of the Company. Concurrent with this, Mr. Osborn indicated that management and the Company's legal and financial advisors would finalize the financing, timetable and other matters in connection with announcing and undertaking the proposed recapitalization and restructuring that would be considered at a meeting of the Committee to be held on Saturday, February 24, 2007, at 7:30 A.M., to be followed by a meeting of the Board of Directors immediately thereafter.

There being no further business, the meeting was adjourned.

TRIB 000054
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007814