# TRIBUNE
**Media Relations**

| About Tribune | Financial Information | Media Relations | Career Opportunities | Sales & Advertising |

back | home

## Tribune Company Updates Strategic Review Process

13th Feb, 2007 | Posted in Corporate

Tribune Company (NYSE:TRB) today updated the progress of its review of strategic alternatives and announced that the board of directors declared a regular quarterly dividend. The board took the action at today's regularly scheduled meeting.

"The review process has been rigorous and will continue to move forward with the assistance of our outside financial and legal advisors," said William A. Osborn, Tribune's lead independent director and chairman of the special committee. "The board expects to make a decision on a course of action and have an announcement before the end of the first quarter."

In September, the company announced the formation of the independent special committee to oversee management's exploration of strategic alternatives for creating additional shareholder value. The committee will make a recommendation to the full board of directors.

The board of directors also declared a regular quarterly dividend of $.18 per share on common stock payable on March 8, 2007, to shareholders of record at the close of business on Feb. 22, 2007.

ShareThis 123 views, 1 so far today

**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

## Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- ## Press Release Library

### Search

[GO]