| | |
|---|---|
| **From:** | Kenney, Crane H |
| **Sent:** | Friday, February 23, 2007 1:57 PM (GMT) |
| **To:** | Grenesko, Don <DGrenesko@tribune.com>; Bigelow, Chandler <CBigelow@tribune.com>; 'Mohr, Christina [CIB-GBKG]' <christina.mohr@citigroup.com>; 'Costa, Michael (IBK-NY)' <michael_costa@ml.com> |
| **Subject:** | FW: Tower Transaction - Revised Term Sheet |
| **Attach:** | Term Sheet -Tower - Feb 22.doc;Term Sheet -Tower - Feb 22 cmp Feb 19.doc |

Let's review this morning.

-----Original Message-----
**From:** Nils Larsen [mailto:NLarsen@egii.com]
**Sent:** Thursday, February 22, 2007 7:27 PM
**To:** Kenney, Crane H; Kaplan, Todd (GMI Leveraged Finance)
**Cc:** Bill Pate; Philip Tinkler; Joe Paolucci; Marc Hauser; Mark Sotir; Chris Hochschild
**Subject:** FW: Tower Transaction - Revised Term Sheet

Crane:

Please find attached two copies of the revised Summary Term Sheet.  We have included a marked version versus the initial provided on February 19th and a clean version.  If you have any questions please do not hesitate to contact me.

I would request that you distribute to your team and advisors as appropriate.  I have copied Todd Kaplan on this e-mail but I do not have Christina's contact information.

Nils

Professionals' Eyes Only

PRIVILEGED AND CONFIDENTIAL
FOR DISCUSSION PURPOSES ONLY
REVISED FEBRUARY 22, 2007

SUMMARY TERM SHEET

PROJECT TOWER

This Summary Term Sheet summarizes the principal terms by which the Tribune Company (the "<u>Target</u>") will be taken private in an ESOP leveraged buyout transaction (the "<u>Transaction</u>").

The completion of the Transaction will be subject to, among other things, satisfactory completion of financial and legal due diligence by the Acquiror (as defined below) and the ESOP Fiduciary (as defined below), as well as the execution and delivery of final documents acceptable to the Acquiror, the ESOP Fiduciary and the Target ("<u>Definitive Documents</u>").  The Acquiror already has completed substantial diligence and is in an excellent position to promptly conclude its review.  This Summary Term Sheet does not constitute a binding contract or commitment but rather is solely for the purpose of outlining those terms pursuant to which Definitive Documents may ultimately be entered into.

## I.  ACQUIROR ACQUISITION:

### (A)  General

A Delaware limited liability company with Sam Zell, individually, as its sole member (the "<u>Acquiror</u>"), initially capitalized with $225 million of cash, will acquire all of Target's outstanding common stock pursuant to a merger of a merger subsidiary of the Acquiror organized as a Delaware corporation (the "<u>Merger Subsidiary</u>") with and into the Target (the "<u>Merger</u>").  The Target will be the surviving entity following consummation of the Merger.  Mr. Zell will provide a firm equity commitment to the Acquiror, and the Target will be a third-party beneficiary of his commitment.  Mr. Zell anticipates inviting a small group of his senior executives to participate in his equity commitment.  In addition, the Robert R. McCormick Tribune Foundation and Cantigny Foundation will be invited to provide up to $150 million of additional equity capital, which additional equity capital would reduce dollar-for-dollar the consideration to be paid by the ESOP (defined below) in connection with the ESOP Purchase (defined below) and proportionately reduce the ESOP's percentage equity interest in the Target from the levels described below under the heading *ESOP Purchase* and elsewhere in this Summary Term Sheet (any such adjustments, the "Foundation Adjustments").

### (B)  Agreement and Plan of Merger

The Target, the Acquiror and the Merger Subsidiary will enter into an agreement and plan of merger (the "<u>Merger Agreement</u>"), which will provide, among other things, that each holder of Target's outstanding common stock (including vested options, restricted stock and other equity equivalents under Target equity incentive plans but excluding treasury shares) will receive $33.00 per share (less, in the case of vested options and other common stock equivalents having exercise prices, the applicable exercise price thereof) pursuant to the Merger (collectively, the "<u>Merger Consideration</u>").  All of Target's preferred stock received by the Target Affiliates (described below) in exchange for Target common stock immediately prior to consummation of the Merger will remain outstanding following consummation of the Merger (see below).

The Merger Agreement will be approved by the boards of directors of the Target, the Acquiror and the Merger Subsidiary.  The Merger Agreement will be approved by the Acquiror, as the sole

Professionals' Eyes Only

stockholder of the Merger Subsidiary, and will be submitted for the requisite approval by the stockholders of the Target.

The Merger Agreement will contain representations, warranties and covenants customary for transactions of the nature contemplated by this Summary Term Sheet. In addition, the Merger Agreement will contain certain conditions to closing, including, without limitation, conditions related to: (i) the accuracy of the representations and warranties, (ii) compliance with covenants, (iii) receipt of the approval of Major League Baseball and any required regulatory and other third-party consents and approvals, if any, (iv) no material adverse change in the Target's print and broadcast businesses, (v) availability of the Acquisition Financing (as defined below), (vi) issuance of the Warrant (as defined below), (vii) execution and delivery of the Investor Rights Agreement (as defined below), (ix) completion of the Affiliate Exchange (as defined below) and (viii) satisfaction of all conditions precedent to the closing of the ESOP Purchase (as defined below) (other than consummation of the Merger).

*(C) Voting Agreement*

Concurrently with the execution and delivery of the Merger Agreement, the Target, the Acquiror, the Merger Subsidiary and each of the Robert R. McCormick Tribune Foundation, Cantigny Foundation and the Chandler Trusts (and any affiliated stockholders, as appropriate) will enter into a voting agreement pursuant to which the Robert R. McCormick Tribune Foundation, Cantigny Foundation and the Chandler Trusts (and any affiliated stockholders, as appropriate) will agree to, among other things, vote in favor of the Merger Agreement and the Merger and take other actions generally designed to ensure approval of the Merger Agreement and the Merger (the "Voting Agreement").

## II. ACQUISITION FINANCING:

*(A) Revolving and Term Loan Facility*

The terms of the revolving credit and term loan facilities are set forth in the attached commitment letter (collectively, the "Bank Financing").

*(B) High Yield Debt Financing*

The terms of the senior notes are set forth in the attached commitment letter (the "Debt Financing", and together with the Bank Financing, the "Acquisition Financing").

## III. ESOP PURCHASE:

*(A) General*

Immediately following consummation of the Merger and subject to any Foundation Adjustments, an employee stock ownership plan ("ESOP") will purchase from the Target a number of shares that will result in the ESOP owning 78.6% of the Target's then outstanding common stock (calculated without giving effect to the Warrant (as defined below) and the Management Incentive Plan (as defined below)) for aggregate consideration of $825 million (the "ESOP Purchase"). After giving effect to the ESOP Purchase and subject to any Foundation

- 2 -

Professionals' Eyes Only

TRB0051029

Adjustments, the Acquiror will hold 21.4% of the Target's outstanding common stock (calculated without giving effect to the Warrant and the Management Incentive Plan).

*(B) Equity Purchase Agreement*

Concurrently with the execution and delivery of the Merger Agreement, the Target and a nationally-recognized institutional trustee with an established reputation as an ESOP fiduciary (the "ESOP Fiduciary"), on behalf of the ESOP, will enter into an equity purchase or subscription agreement setting forth the terms of the ESOP Purchase (the "Equity Purchase Agreement"). It is contemplated that the ESOP Fiduciary will have made a finding that the consideration to be paid in connection with the ESOP Purchase does not exceed adequate consideration (within the meaning of ERISA § 3(18)(B)) and that the ESOP Fiduciary will have received an opinion of its financial advisor that the consideration to be paid by the ESOP in connection with the ESOP Purchase does not exceed the fair market value of the stock to be purchased by the ESOP and that the Transaction is fair to the ESOP, in each case, prior to executing and delivering the Equity Purchase Agreement.

The Equity Purchase Agreement will contain representations, warranties and covenants customary for transactions of the nature contemplated by this Summary Term Sheet, relating to title to the Target's stock, due authorization of the transaction, and the absence of litigation. In addition, the Equity Purchase Agreement will contain certain conditions to closing, including, without limitation, conditions related to: (i) the accuracy of the representations and warranties, (ii) compliance with certain covenants, (iii) receipt of all required regulatory and third-party consents and approvals, (iv) no affirmative finding by the ESOP Fiduciary that the ESOP would be effecting the ESOP Purchase for more than adequate consideration (within the meaning of ERISA § 3(18)(B)), (v) receipt by the ESOP Fiduciary of a "bring-down" opinion of its financial advisor that the consideration to be paid by the ESOP in connection with the ESOP Purchase does not exceed the fair market value of the purchased shares and that the Transaction is fair to the ESOP, (vi) availability of the ESOP Financing (as defined below), (vii) execution and delivery of the ESOP Loan Agreement, the ESOP Note, the Stock Pledge Agreement, and the Investor Rights Agreement (all defined below), and (viii) consummation of the Merger.

## IV. ESOP FINANCING:

*(A) General*

To finance the ESOP Purchase, the Target and the ESOP will enter into an ESOP Loan Agreement and a Stock Pledge Agreement whereby the Target will make a loan to the ESOP in the amount of the consideration to be paid for the ESOP Purchase (collectively, the "ESOP Financing"). The ESOP Loan will be evidenced by a promissory note to be delivered by the ESOP Trustee to the Target (the "ESOP Note"). As currently contemplated, the Target will make annual contributions of $100 million to the ESOP, and, conversely, the ESOP will make annual principal and interest payments of $100 million to the Target in respect of the ESOP Financing based on an 8.6% interest rate and a 15-year amortization.

- 3 -

Professionals' Eyes Only

## V.  ESOP TRUST:

### (A)  General

The Target will establish a stand-alone, tax-qualified stock bonus plan and trust that will comply with the tax and ERISA rules applicable to leveraged ESOPs.  Substantially all non-union employees of the Target and its subsidiaries will participate in the ESOP, subject to such restrictions as are determined from time to time by the Board (as defined below).

### (B)  Terms

Shares held by the ESOP will generally be released to eligible participant accounts based upon contributions to the ESOP by the Target with shares released to individual participant accounts in proportion to eligible compensation of the participants.  Participant accounts will vest over a six (6) year period (including pre-participation service) with twenty percent (20%) vesting per year during years two (2) through six (6).   Union employees may participate in the ESOP to the extent provided by applicable collective bargaining agreements.   As a general matter, shares held by the ESOP will be voted either by an ESOP voting committee or by the ESOP Fiduciary if other corporate governance documents prescribe the composition of the Board; provided, however, shares held by the ESOP and allocated to participant accounts will be voted as directed by the participants on such matters for which votes are required to be passed through to participants by Internal Revenue Code Section 409(e).

## VI.  WARRANT:

### (A)  General

Immediately following consummation of the Merger, the Target will issue to the Acquiror, a warrant to purchase from the Target a number of shares equal to 20.0% of the Target's then outstanding common stock (on a fully diluted basis after giving effect to the ESOP Purchase and the Management Incentive Plan) at the same price per share paid by the ESOP in the ESOP Purchase, subject to customary adjustments (the "Warrant").

### (B)  Warrant Agreement

The Target and the Acquiror will enter into a warrant agreement in connection with consummation of the Merger (the "Warrant Agreement").  The Warrant will be fully vested and exercisable at the time of grant, will have a term of twenty (20) years and will be subject to appropriate restrictions on transfer.  The Warrant Agreement will provide, among other things, for customary adjustments to the number and type of shares covered by the Warrant, including anti-dilution protection.   In connection with a sale of the Target subsequent to the ESOP Purchase, in lieu of exercising the Warrant, the Acquiror will have the right to put the Warrant to the Company at the value implied from such sale.

- 4 -

Professionals' Eyes Only

TRB0051031

VII.    STOCKHOLDERS' RIGHTS:

    *(A)  Investor Rights Agreement*

        The Target, the Acquiror, and the ESOP Fiduciary, on behalf of the ESOP, will enter into an Investor Rights Agreement (the "<u>Investor Rights Agreement</u>") in connection with the consummation of the Merger and the ESOP Purchase.

    *(B)  Board Composition*

        Immediately following consummation of the Merger and the ESOP Purchase, pursuant to the Investor Rights Agreement and the amended and restated certificate of incorporation and bylaws of the Target, or such other corporate governance documents into which the parties may enter, the board of directors of the Target (the "<u>Board</u>") will consist of seven (7) directors, two (2) of whom will be designated by the Acquiror, one (1) of whom will be the chief executive officer of Target, and the remaining four (4) of whom will be designated by a nominating committee of the Board, provided two (2) of the four (4) will be selected initially from independent members of the current Board.  Sam Zell will serve as the chairman of the Board with duties customarily attendant thereto.  If Sam Zell is not serving on the Board for any reason, the Acquiror will be entitled to replace him with another Acquiror designee, but the selection of chairman will be the Board's prerogative.  Members of the Board will be entitled to receive such fees as are reasonably determined by the Board and will be reimbursed for reasonable travel expenses in connection with Board or committee meetings.

    *(C)  Mutual Pre-emptive Rights*

        Pursuant to the Investor Rights Agreement, each of the Acquiror and the ESOP will have a right of first refusal to purchase its pro rata portion of future equity or convertible securities offered by the Target (other than certain excluded transactions).  For the avoidance of doubt, the shares underlying the Warrant to be issued to the Acquiror will be included for purposes of determining pro rata participation in such issuances.  All such preemptive rights will not apply to, and will expire upon, a qualified public offering.

    *(D)  Other Mutual Rights and Obligations*

        Pursuant to the Target's certificate of incorporation and by-laws, and pursuant to Target's other corporate governance documents, the holders of stock and other equity interests in the Target will be subject to certain limitations on transfer of their interests in the Target and other covenants generally designed to preserve the Target's status as an S corporation under the Internal Revenue Code.  All equity holders in the Target, including the ESOP, will have customary co-sale rights and rights of first refusal on secondary transfers.  In addition, all equity holders in the Target will be subject to drag along rights.

- 5 -

Professionals' Eyes Only

TRB0051032

*(E) Minority Consent Rights*

The Acquiror will have the right to consent to any transaction or arrangement between the Target and the ESOP (other than as contemplated by the Transaction), and will have other customary minority consent rights to be discussed.

*(F) Information*

The Target will provide financial reports to each holder of ten percent (10%) or more of the Target's equity interests (including the holder of the Warrant), including monthly and year-to-date income, balance sheet and cash flow statements as compared to budget and comparable period in prior year, and will provide a written summary of operations each month. An annual audit of the Target's financial statements will be performed by Target's independent, nationally recognized accounting firm. Further, such holders will also be entitled to standard inspection and visitation rights. All such information and inspection rights will expire upon a qualified public offering.

VIII.    AFFILIATE EXCHANGE:

*(A) General*

Immediately prior to consummation of the Merger, the Target will exchange (the "<u>Affiliate Exchange</u>") its newly issued participating preferred stock for all of the outstanding Target common stock held by certain affiliates of Target (the "<u>Target Affiliates</u>").

*(B) Exchange Agreement*

In connection with the execution and delivery of the Merger Agreement, the Target and each of the Target Affiliates will enter into an exchange agreement (the "<u>Exchange Agreement</u>"). The Exchange Agreement will provide, among other things, that the board of directors of the Target will approve, and cause to be filed, a certificate of designation related to a newly-designated class of participating preferred stock, which will remain outstanding following consummation of the Merger, and that each of the Target Affiliates will agree to exchange all of their Target common stock for a like number of shares of such participating preferred stock immediately prior to consummation of the Merger. Such common stock will become treasury stock of the Target and be canceled in the Merger without consideration in respect thereof.

IX.    MISCELLANEOUS:

*(A) S Corporation Election*

The Target will elect, and the Target's shareholders will consent to the Target's election, to be treated as an S corporation for purposes of the Internal Revenue Code after completion of the contemplated transactions, or as soon as the Target is eligible to make the S election. In addition, the Target will elect to treat each of its eligible subsidiaries as a "qualified subchapter S subsidiary" for federal income tax purposes.

- 6 -

Professionals' Eyes Only

TRB0051033

*(B) Management Equity Incentive Plan*

The Target will establish a management equity incentive plan (in the form of a stock appreciation right or similar incentive program), customary for a transaction of this size and for comparable businesses, and providing for the issuance to key members of management of the Target of equity participation rights with a value of up to five percent (5%) of the Target's total equity value (calculated after giving effect to the ESOP Purchase and the Warrant) (the "<u>Management Incentive Plan</u>").  Awards under the Management Incentive Plan will be administered by the Board of Target, or by a compensation committee of the Board, and will be subject to customary vesting and call protections and other terms and conditions, and will also have certain additional limitations designed to ensure preservation of the Target's election to be treated as an S corporation.  The Management Incentive Plan shall provide that the participants in the Plan shall be entitled to receive benefits upon the occurrence of specified events or upon a specified date, with the value of their benefits to be determined by reference to the value of the Target's stock, determined on an enterprise value basis, with no discount for lack of control or lack of marketability.

*    *    *    *

{ FILENAME \p }

Professionals' Eyes Only                                    TRB0051034

## **Bank Financing and Debt Financing**

Attached.

Professionals' Eyes Only

**PRIVILEGED AND CONFIDENTIAL**
**FOR DISCUSSION PURPOSES ONLY**
**REVISED FEBRUARY 22, 2007**

SUMMARY TERM SHEET

PROJECT TOWER

This Summary Term Sheet summarizes the principal terms by which the Tribune Company (the "<u>Target</u>") will be taken private in an ESOP leveraged buyout transaction (the "<u>Transaction</u>").

The completion of the Transaction will be subject to, among other things, satisfactory completion of financial and legal due diligence by the Acquiror (as defined below) and the ESOP Fiduciary (as defined below), as well as the execution and delivery of final documents acceptable to the Acquiror, the ESOP Fiduciary and the Target ("<u>Definitive Documents</u>"). <u>The Acquiror already has completed substantial diligence and is in an excellent position to promptly conclude its review.</u> This Summary Term Sheet does not constitute a binding contract or commitment but rather is solely for the purpose of outlining those terms pursuant to which Definitive Documents may ultimately be entered into.

## I.   ACQUIROR ACQUISITION:

### (A)   General

A Delaware limited liability company with ~~a natural person~~<u>Sam Zell, individually,</u> as its sole member (the "<u>Acquiror</u>"), initially capitalized with $225 million of cash, will acquire all of Target's outstanding common stock pursuant to a merger of a merger subsidiary of the Acquiror organized as a Delaware corporation (the "<u>Merger Subsidiary</u>") with and into the Target (the "<u>Merger</u>"). The Target will be the surviving entity following consummation of the Merger. <u>Mr. Zell will provide a firm equity commitment to the Acquiror, and the Target will be a third-party beneficiary of his commitment. Mr. Zell anticipates inviting a small group of his senior executives to participate in his equity commitment. In addition, the Robert R. McCormick Tribune Foundation and Cantigny Foundation will be invited to provide up to $150 million of additional equity capital, which additional equity capital would reduce dollar-for-dollar the consideration to be paid by the ESOP (defined below) in connection with the ESOP Purchase (defined below) and proportionately reduce the ESOP's percentage equity interest in the Target from the levels described below under the heading *ESOP Purchase* and elsewhere in this Summary Term Sheet (any such adjustments, the "Foundation Adjustments").</u>

### (B)   Agreement and Plan of Merger

The Target, the Acquiror and the Merger Subsidiary will enter into an agreement and plan of merger (the "<u>Merger Agreement</u>"), which will provide, among other things, that each holder of Target's outstanding common stock (including vested options,<u> restricted stock and other equity equivalents</u> under Target equity incentive plans but excluding treasury shares) will receive $33.00 per share (less, in the case of vested options <u>and other common stock equivalents having exercise prices,</u> the applicable exercise price ~~of such vested options~~<u>thereof</u>) pursuant to the Merger (collectively, the "<u>Merger Consideration</u>"). All of Target's preferred stock received by the Target Affiliates (described below) in exchange for Target common stock immediately prior to consummation of the Merger will remain outstanding following consummation of the Merger (see below).

The Merger Agreement will be approved by the ~~board~~<u>boards</u> of directors of the Target, the Acquiror and the Merger Subsidiary. The Merger Agreement will be approved by the Acquiror,

Professionals' Eyes Only

as the sole stockholder of the Merger Subsidiary, and will be submitted for the requisite approval by the stockholders of the Target.

The Merger Agreement will contain representations, warranties and covenants customary for transactions of the nature contemplated by this Summary Term Sheet. In addition, the Merger Agreement will contain certain conditions to closing, including, without limitation, conditions related to: (i) the accuracy of the representations and warranties, (ii) compliance with covenants, (iii) receipt of all the approval of Major League Baseball and any required regulatory and other third-party consents and approvals, if any, (iv) no material adverse effect on the business of change in the Target's print and broadcast businesses, (v) availability of the Acquisition Financing (as defined below), (vi) issuance of the Warrant (as defined below), (vii) execution and delivery of the Stockholders Investor Rights Agreement (as defined below), (viii ix) completion of the Affiliate Exchange (as defined below) and (viii) satisfaction of all conditions precedent to the closing of the ESOP Purchase (as defined below) (other than consummation of the Merger).

*(C) Voting Agreement*

Concurrently with the execution and delivery of the Merger Agreement, the Target, the Acquiror, the Merger Subsidiary and each of the Robert R. McCormick Tribune Foundation, Cantigny Foundation and the Chandler Trusts (and any affiliated stockholders, as appropriate) will enter into a voting agreement pursuant to which the Robert R. McCormick Tribune Foundation, Cantigny Foundation and the Chandler Trusts (and any affiliated stockholders, as appropriate) will agree to, among other things, vote in favor of the Merger Agreement and the Merger and take other actions generally designed to ensure approval of the Merger Agreement and the Merger (the "Voting Agreement").

## II.  ACQUISITION FINANCING:

*(A) Revolving and Term Loan Facility*

The terms of the revolving credit and term loan facilities will be as are set forth in the attached commitment letter (collectively, the "Bank Financing"). [pending receipt of the final commitment letter, please see the attached summary of financing terms]

*(B) High Yield Debt Financing*

The terms of the senior notes will be as are set forth in the attached commitment letter (the "Debt Financing", and together with the Bank Financing, the "Acquisition Financing"). [pending receipt of the final commitment letter, please see the attached summary of financing terms]

## III.  ESOP PURCHASE:

*(A) General*

Immediately following consummation of the Merger and subject to any Foundation Adjustments, an employee stock ownership plan ("ESOP") will purchase from the Target a number of shares that will result in the ESOP owning 78.6 % of the Target's then outstanding common stock (calculated without giving effect to the Warrant (as defined below) and the Management Incentive Plan (as defined below)) for aggregate consideration of $825 million (the "ESOP Purchase"). After giving effect to the ESOP Purchase and subject to any Foundation

- 2 -

Professionals' Eyes Only

Adjustments, the Acquiror will hold 21.4% of the Target's outstanding common stock (calculated without giving effect to the Warrant and the Management Incentive Plan).

*(B)  Equity Purchase Agreement*

Concurrently with the execution and delivery of the Merger Agreement, the Target and a nationally-recognized institutional trustee with an established reputation as an ESOP fiduciary (the "ESOP Fiduciary"), on behalf of the ESOP, will enter into an equity purchase or subscription agreement setting forth the terms of the ESOP Purchase (the "Equity Purchase Agreement"). It is contemplated that the ESOP Fiduciary will have made a finding that the consideration to be paid in connection with the ESOP Purchase does not exceed adequate consideration (within the meaning of ERISA § 3(18)(B)) and that the ESOP Fiduciary will have received an opinion of its financial advisor that the consideration to be paid by the ESOP in connection with the ESOP Purchase does not exceed adequate considerationthe fair market value of the stock to be purchased by the ESOP and that the Transaction is fair to the ESOP, in each case, prior to executing and delivering the Equity Purchase Agreement.

The Equity Purchase Agreement will contain representations, warranties and covenants consistent with the representations, warranties and covenants set forth in the Merger Agreementcustomary for transactions of the nature contemplated by this Summary Term Sheet, relating to title to the Target's stock, due authorization of the transaction, and the absence of litigation. In addition, the Equity Purchase Agreement will contain certain conditions to closing, including, without limitation, conditions related to:  (i) the accuracy of the representations and warranties, (ii) compliance with certain covenants, (iii) receipt of all required regulatory and third-party consents and approvals, (iv) no affirmative finding by the ESOP Fiduciary that the ESOP would be effecting the ESOP Purchase for more than adequate consideration (within the meaning of ERISA § 3(18)(B)), (v) receipt by the ESOP Fiduciary of a "bring-down" opinion of its financial advisor that the consideration to be paid by the ESOP in connection with the ESOP Purchase does not exceed adequate consideration the fair market value of the purchased shares and that the Transaction is fair to the ESOP, (vi) availability of the ESOP Financing (as defined below), (vii) execution and delivery of the StockholdersESOP Loan Agreement, the ESOP Note, the Stock Pledge Agreement, and the Investor Rights Agreement (asall defined below), and (viii) consummation of the Merger.

## IV.  ESOP FINANCING:

*(A)  General*

TheTo finance the ESOP Purchase, the Target and the ESOP will enter into a loan agreementan ESOP Loan Agreement and a Stock Pledge Agreement whereby the Target will make an $825 milliona loan to the ESOP in the amount of the consideration to be paid for the ESOP Purchase (collectively, the "ESOP Financing") to finance the ESOP Purchase. The ESOP Loan will be evidenced by a promissory note to be delivered by the ESOP Trustee to the Target (the "ESOP Note"). As currently contemplated, the Target will make annual contributions of $100 million to the ESOP, and, conversely, the ESOP will make annual principal and interest payments of $100 million to the Target in respect of the ESOP Financing based on an 8.6% interest rate and a 15-year amortization.

Professionals' Eyes Only

TRB0051038

## V. ESOP TRUST:

### (A) General

The Target will establish a stand-alone, tax-qualified stock bonus plan and trust that will comply with the tax and ERISA rules applicable to leveraged ESOPs. Substantially all non-union employees of the Target and its subsidiaries will participate in the ESOP, subject to such restrictions as are determined from time to time by the Board (as defined below).

### (B) Terms

Shares held by the ESOP will generally be released to eligible participant accounts based upon contributions to the ESOP by the Target with shares released to individual participant accounts in proportion to eligible compensation of the ~~participant~~participants. Participant accounts will vest over a six (6) year period (~~includes~~including pre-participation service)~~,~~ with twenty percent (20%) vesting per year during years two (2) through six (6). Union employees may participate in the ESOP to the extent provided by applicable collective bargaining agreements. As a general matter, shares held by the ESOP will be voted either by an ESOP voting committee (or by the ~~"ESOP Voting Committee")~~ESOP Fiduciary if other corporate governance documents prescribe the composition of the Board; provided, however, shares held by the ESOP and allocated to participant accounts will be voted as directed by the participants on such matters for which votes are required to be passed through to participants by Internal Revenue Code Section 409(e).  ~~The ESOP Voting Committee will be comprised of the Chairman of the Board (as defined below) and two (2) or more officers of the Target to be selected from time to time by the Board.~~

## VI. WARRANT:

### (A) General

Immediately following consummation of the Merger, the Target will issue to the Acquiror, a warrant to purchase from the Target a number of shares equal to 20.0% of the Target's then outstanding common stock (on a fully diluted basis after giving effect to the ESOP Purchase and the Management Incentive Plan) at the same price per share paid by the ESOP in the ESOP Purchase, subject to customary adjustments (the "Warrant").

### (B) Warrant Agreement

The Target and the Acquiror will enter into a warrant agreement in connection with consummation of the Merger (the "Warrant Agreement"). The Warrant will be fully vested and exercisable at the time of grant, ~~and~~ will have a term of twenty (20) years and will be subject to appropriate restrictions on transfer. The Warrant Agreement will provide, among other things, for customary adjustments to the number and type of shares covered by the Warrant, including anti-dilution protection. In connection with a sale of the Target subsequent to the ESOP Purchase, in lieu of exercising the Warrant, the Acquiror will have the right to put the Warrant to the Company at the value implied from such sale.

- 4 -

Professionals' Eyes Only

TRB0051039

VII.    STOCKHOLDERS' RIGHTS:

*(A) ~~General~~Investor Rights Agreement*

The Target, the Acquiror, and the ESOP Fiduciary, on behalf of the ESOP, will enter into a ~~stockholders agreement (the "Stockholders~~an Investor Rights Agreement (the "Investor Rights Agreement")~~ in connection with the consummation of the Merger and the ESOP Purchase.

*(B) Board Composition*

Immediately following consummation of the Merger and the ESOP Purchase, pursuant to the ~~Stockholders~~Investor Rights Agreement and the amended and restated certificate of incorporation and bylaws of the Target, or such other corporate governance documents into which the parties may enter, the board of directors of the Target (the "Board") will consist of seven (7) directors, ~~comprised as follows: (i) two (2) directors~~of whom will be designated by the Acquiror, ~~(ii) two (2) directors designated by the ESOP (it being understood that one~~ (1) of the ~~ESOP directors~~whom will be the chief executive officer of ~~the Target) and (iii) three (3) independent directors to be mutually agreed upon by the Acquiror and the ESOP (it being understood that two (2) of the initial independent directors will be selected~~Target, and the remaining four (4) of whom will be designated by a nominating committee of the Board, provided two (2) of the four (4) will be selected initially from independent members of the current Board)~~. In addition, the Acquiror will have the right to designate.~~  Sam Zell will serve as the chairman of the Board ~~(the "Chairman of the Board"), such designee to possess all of the~~with duties customarily attendant thereto. If Sam Zell is not serving on the Board for any reason, the Acquiror will be entitled to replace him with another Acquiror designee, but the selection of chairman will be the Board's prerogative.  Members of the Board will be entitled to receive such fees as are reasonably determined by the Board and will be reimbursed for reasonable travel expenses in connection with Board or committee meetings.

*(C) Mutual Pre-emptive Rights*

Pursuant to the ~~Stockholders~~Investor Rights Agreement, each of the Acquiror and the ESOP will have a right of first refusal to purchase ~~their~~its pro rata portion of future equity or convertible securities offered by the Target (other than certain excluded transactions).  For the avoidance of doubt, the shares underlying the Warrant to be issued to the Acquiror will be included for purposes of determining pro rata participation in such issuances.  All such preemptive rights will not apply to, and will expire upon, a qualified public offering.

*(D) Other Mutual Rights and Obligations*

Pursuant to the ~~Stockholders Agreement, each of the parties thereto~~Target's certificate of incorporation and by-laws, and pursuant to Target's other corporate governance documents, the holders of stock and other equity interests in the Target will be subject to certain limitations on transfer of their interests in the Target and other covenants generally designed to preserve the Target's status as an S corporation under the Internal Revenue Code.  ~~The Acquiror~~All equity holders in the Target, including the ESOP, will have customary co-sale rights and rights of first refusal on secondary transfers ~~by the ESOP~~.  In addition, ~~the Acquiror and the ESOP~~all equity holders in the Target will be subject to drag along rights.

- 5 -

Professionals' Eyes Only

TRB0051040

*(E)  Restrictive Covenants Minority Consent Rights*

The Acquiror will have the right to consent to any transaction or arrangement between the Target and the ESOP (other than as contemplated by the Transaction), and will have other customary restrictive covenant~~minority~~ consent rights to be discussed.

*(F)  Information*

~~For so long as they beneficially own ten percent (10%) of the Target's outstanding capital stock, the~~The Target will provide financial reports to each holder of ten percent (10%) or more of the Target's ~~capital stock~~equity interests (including the holder of the Warrant), including monthly and year-to-date income, balance sheet and cash flow statements as compared to budget and comparable period in prior year, and will provide a written summary of operations each month. An annual audit of the Target's financial statements will be performed by Target's independent, nationally recognized accounting firm.  Further, such holders will also be entitled to standard inspection and visitation rights.  All such information and inspection rights will expire upon a qualified public offering.

VIII.    AFFILIATE EXCHANGE:

*(A)  General*

Immediately prior to consummation of the Merger, the Target will exchange (the "Affiliate Exchange") its newly issued participating preferred stock for all of the outstanding Target common stock held by certain affiliates of Target (the "Target Affiliates").

*(B)  Exchange Agreement*

In connection with the execution and delivery of the Merger Agreement, the Target and each of the Target Affiliates will enter into an exchange agreement (the "Exchange Agreement").  The Exchange Agreement will provide, among other things, that the board of directors of the Target will approve, and cause to be filed, a certificate of designation related to a newly-designated class of participating preferred stock, which will remain outstanding following consummation of the Merger, and that each of the Target Affiliates will agree to exchange all of their Target common stock for a like number of shares of such participating preferred stock immediately prior to consummation of the Merger.  Such common stock will become treasury stock of the Target and be canceled in the Merger without consideration in respect thereof.

IX.    MISCELLANEOUS:

*(A)  S Corporation Election*

The Target will elect, and the ~~ESOP and Acquiror~~Target's shareholders will consent to the Target's election, to be treated as an S corporation for purposes of the Internal Revenue Code after completion of the contemplated transactions, or as soon as the Target is eligible to make the S election.  In addition, the Target will elect to treat each of its eligible subsidiaries as a "qualified subchapter S subsidiary" for federal income tax purposes.

- 6 -

Professionals' Eyes Only

*(B) Management Equity Incentive Plan*

The Target will establish a management equity incentive plan (in the form of a stock appreciation right or similar incentive program), customary for a transaction of this size and for comparable businesses, and providing for the issuance to key members of management of the Target of equity participation rights with a value of up to five percent (5%) of the Target's outstanding capital stocktotal equity value (calculated after giving effect to the ESOP Purchase and the Warrant) (the "Management Incentive Plan").   Awards under the Management Incentive Plan will be administered by the Board of Target, or by a compensation committee of the Board, and will be subject to customary vesting and call protections and other terms and conditions, and will also have certain additional limitations designed to ensure preservation of the Target's election to be treated as an S corporation.  The Management Incentive Plan shall provide that the participants in the Plan shall be entitled to receive benefits upon the occurrence of specified events or upon a specified date, with the value of their benefits to be determined by reference to the value of the Target's stock, determined on an enterprise value basis, with no discount for lack of control or lack of marketability.

\*     \*     \*     \*

- 7 -

{ FILENAME \p }

Professionals' Eyes Only

TRB0051042

## **Bank Financing and Debt Financing**

Attached.

{ FILENAME \p }

Professionals' Eyes Only
TRB0051043