CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

# TRIBUNE COMPANY

## SPECIAL COMMITTEE OF THE

## BOARD OF DIRECTORS MEETING

## FEBRUARY 24, 2007

    Pursuant to notice, a telephonic meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at 7:30 A.M. on February 24, 2007. All of the members of the Committee were in attendance: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Also in attendance were Messrs. Dennis J. FitzSimons, Donald C. Grenesko, Crane H. Kenney and Thomas D. Leach of the Company; Mr. Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP; Mr. Thomas A. Cole of Sidley Austin LLP; Mr. Steven A. Rosenblum of Wachtell, Lipton, Rosen & Katz; Mr. William W. Merten of McDermott, Will & Emery, LLP; Mr. Michael Costa of Merrill Lynch & Co.; Ms. Christina Mohr of Citigroup; and Messrs. Paul Taubman and Thomas Whayne of Morgan Stanley.

    Mr. Osborn called the meeting to order. The Committee then reviewed and approved minutes for the meetings of the Committee held on February 3, 12 and 13, copies of which had been previously distributed to the members of the Committee.

    At the request of Mr. Osborn, Mr. Costa reviewed developments in the Company's process of considering strategic alternatives. Referring to materials previously distributed to the members of the Committee, Mr. Costa updated the Committee on the status of the potential recapitalization transaction consisting of a special dividend and subsequent spin-off of broadcasting. Mr. Costa reported that significant progress had been made on the documentation and other steps necessary to implement the potential recapitalization, including with respect to the financing commitments and the agreements relating to the purchase by the McCormick Tribune Foundation of common stock of the Company held by the Chandler Trusts. Mr. Costa then reported on developments relating to the proposal from Mr. Zell to acquire the Company using an ESOP structure. Mr. Costa reported on the terms of a revised proposal from Mr. Zell and the significant amount of work being undertaken by Mr. Zell and his advisors and GreatBank Trust Company, the potential ESOP trustee, and its advisors with respect to Mr. Zell's proposal, including with respect to FCC and financing matters. Questions and a discussion followed.

TRIB 002640
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0051832

Continuing to refer to materials previously distributed to members of the Committee, Mr. Costa and Ms. Mohr then compared the potential recapitalization transaction with Mr. Zell's ESOP proposal, including with respect to the amount of debt required to be incurred by the Company, the timing of consummation of each potential transaction, the risks to a successful consummation of each transaction and the relative value to the Company's stockholders offered by each transaction. Questions and a full discussion ensued.

Mr. Kenney then introduced Mr. Merten of McDermott, Will & Emery. Mr. Kenney explained that the Company had retained McDermott Will, as ESOP counsel, to assist the Company in connection with the exploration of Mr. Zell's proposal.

**REDACTED**

Mr. Fitzsimons then reported on management's views with respect to the potential recapitalization transaction and Mr. Zell's proposal. Mr. Fitzsimons concurred that the documentation and other steps necessary to implement the recapitalization transaction, should the Committee and the Board of Directors determine to do so, were nearing completion. Mr. Fitzsimons also reported that management believed that, in light of the progress made to date on Mr. Zell's proposal, it would be advisable to devote additional time and resources to explore and further develop the proposal. Mr. Fitzsimons and Mr. Kenney then reported that a critical next step in continuing to explore Mr. Zell's proposal was the retention of an ESOP trustee. Mr. Kenney directed the members of the Committee to a copy of GreatBank's draft engagement letter, which had been previously distributed to the members of the Committee. Questions and a discussion followed.

Mr. Osborn then excused representatives of the Company, Merrill Lynch, Citigroup, Sidley Austin, Wachtell Lipton and McDermott Will.

The Committee and its advisors then discussed at length the relative advantages and disadvantages of Mr. Zell's proposal and the potential recapitalization transaction consisting of a special dividend and subsequent spin-off of broadcasting. Messrs. Taubman and Whayne compared the value of Mr. Zell's proposal to the value of the potential recapitalization transaction under various scenarios.

**REDACTED**

The Committee and its

TRIB 002641
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0051833

advisors also discussed the requirement in Mr. Zell's proposal that the Chandler Trusts and the McCormick Tribune Foundation both support the transaction by entering into voting agreements.

Following such discussion, it was the sense to the Committee that action with respect to the potential recapitalization transaction should be deferred pending the further exploration of Mr. Zell's proposal and an understanding of the willingness of the Chandler Trusts and the Foundation to support Mr. Zell's proposal.

Following further discussion, the meeting was adjourned.

TRIB 002642
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0051834