Certified Copy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

---

| | |
|---|---|
| FRANK GARAMELLA, Derivatively on Behalf of TRIBUNE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. BC362110<br>) |
| DENNIS J. FITZSIMONS, et al., | )<br>) |
| Defendants, | )<br>) |
| -and- | )<br>) |
| TRIBUNE COMPANY, a Delaware corporation, | )<br>) |
| Nominal Defendant. | )<br>) |

---

DEPOSITION OF THOMAS WHAYNE

New York, New York

Thursday, May 17, 2007

REPORTED BY: BARBARA R. ZELTMAN

Professional Shorthand Reporter



Eastwood-Stein
DEPOSITION MANAGEMENT

550 West C Street, Suite 600
San Diego, CA 92101
800-514-2714

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0002338

| | | |
|---|---|---|
| 1 | Q       Was there any discussion -- did | 08:41:38 |
| 2 | you ever have any discussion with anyone | 08:41:40 |
| 3 | about structuring the transaction as a | 08:41:41 |
| 4 | one-step Tender Offer? | 08:41:44 |
| 5 | MR. WEINSTEIN:  Objection. | 08:41:48 |
| 6 | A       The initial proposal involved a | 08:41:51 |
| 7 | one-step merger. | 08:41:56 |
| 8 | Q       Why was it decided not to | 08:42:08 |
| 9 | structure the transaction as a one-step | 08:42:09 |
| 10 | merger? | 08:42:12 |
| 11 | MR. WEINSTEIN:  Objection. | 08:42:12 |
| 12 | A       It was -- I think it was viewed | 08:42:15 |
| 13 | as attractive to shareholders as well as | 08:42:18 |
| 14 | to the Special Committee to have a | 08:42:22 |
| 15 | distribution as quickly as possible, so | 08:42:25 |
| 16 | it was our request that we structure it | 08:42:29 |
| 17 | that way. | 08:42:33 |
| 18 | Q       Who requested that the merger | 08:42:34 |
| 19 | be structured that way or the | 08:42:36 |
| 20 | transaction? | 08:42:38 |
| 21 | A       Well, there was a request from | 08:42:39 |
| 22 | a number of the shareholders that a | 08:42:42 |
| 23 | distribution be provided to shareholders | 08:42:45 |
| 24 | as quickly as possible and the Special | 08:42:49 |
| 25 | Committee as well as the company | 08:42:54 |

**22**

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0002359

| | | |
|---|---|---|
| 1 | requested that the Zell party consider a | 08:43:02 |
| 2 | first step Tender Offer to provide a | 08:43:10 |
| 3 | significant distribution to shareholders | 08:43:14 |
| 4 | as soon as possible. | 08:43:17 |
| 5 | Q    What shareholders made that | 08:43:19 |
| 6 | request? | 08:43:20 |
| 7 | A    Well, there were a number of | 08:43:23 |
| 8 | shareholders.  Certainly the Chandlers | 08:43:24 |
| 9 | were one, Foundation, I believe Ariel and | 08:43:29 |
| 10 | I believe there are others but I don't | 08:43:35 |
| 11 | know all of them. | 08:43:37 |
| 12 | I think there was a fairly broad | 08:43:40 |
| 13 | expectation or desire on the part of | 08:43:41 |
| 14 | shareholders to have a return of capital as | 08:43:43 |
| 15 | quickly as possible. | 08:43:45 |
| 16 | Q    Were those requests made or | 08:43:51 |
| 17 | directed through the Special Committee? | 08:43:54 |
| 18 | Were they made through you or through | 08:43:56 |
| 19 | some other set of advisors? | 08:43:59 |
| 20 | MR. WEINSTEIN:  Objection. | 08:44:02 |
| 21 | A    I believe they came in through | 08:44:05 |
| 22 | a number of channels, be it the company's | 08:44:06 |
| 23 | advisors, there may have been | 08:44:09 |
| 24 | communication with the Board, but it | 08:44:11 |
| 25 | was -- and to company management. | 08:44:12 |

23

EASTWOOD-STEIN
Deposition Management (800) 514-2714

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0002360

| | | |
|---|---|---|
| 1 | Q    You said the company also | 08:44:19 |
| 2 | requested that the transaction be | 08:44:21 |
| 3 | structured in this manner.  Were there | 08:44:22 |
| 4 | reasons that were given for that request? | 08:44:25 |
| 5 | MR. WEINSTEIN:  Object to | 08:44:27 |
| 6 | form. | 08:44:27 |
| 7 | MR. McKNIGHT:  Objection. | 08:44:28 |
| 8 | A    Well, the reason that the | 08:44:29 |
| 9 | Special Committee and the company | 08:44:32 |
| 10 | requested that an upfront distribution be | 08:44:35 |
| 11 | made is that the other principal | 08:44:39 |
| 12 | alternative that we were considering was | 08:44:42 |
| 13 | a recapitalization transaction that was | 08:44:44 |
| 14 | going to involve an upfront distribution. | 08:44:47 |
| 15 | Q    So did the company request that | 08:45:09 |
| 16 | this structure be put in place so that it | 08:45:11 |
| 17 | would be similar to the leverage | 08:45:12 |
| 18 | recapitalization that was being | 08:45:16 |
| 19 | discussed? | 08:45:18 |
| 20 | MR. WEINSTEIN:  Objection. | 08:45:18 |
| 21 | A    Yes. | 08:45:21 |
| 22 | Q    Was there any discussion about | 08:45:24 |
| 23 | that? | 08:45:25 |
| 24 | MR. WEINSTEIN:  Objection. | 08:45:26 |
| 25 | A    Discussion with who? | 08:45:28 |

24

EASTWOOD-STEIN
Deposition Management (800) 514-2714

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0002361

| | | |
|---|---|---|
| 1 | Q     Did you have discussions with | 08:45:30 |
| 2 | the Special Committee about that request? | 08:45:31 |
| 3 | A     Sure. | 08:45:35 |
| 4 | Q     What was said? | 08:45:36 |
| 5 | MR. WEINSTEIN:  Objection. | 08:45:38 |
| 6 | A     There were discussions around | 08:45:39 |
| 7 | the attractiveness to shareholders from | 08:45:42 |
| 8 | our viewpoint as well as incoming calls | 08:45:47 |
| 9 | from shareholders requesting an upfront | 08:45:54 |
| 10 | distribution.  And so it was viewed as a | 08:45:56 |
| 11 | way of making the proposal more | 08:45:59 |
| 12 | attractive relative to the | 08:46:02 |
| 13 | recapitalization that the company was | 08:46:05 |
| 14 | considering as an alternative. | 08:46:07 |
| 15 | Q     If for some reason the second | 08:46:31 |
| 16 | step of the merger was not consummated, | 08:46:33 |
| 17 | would the company be able to pursue its | 08:46:36 |
| 18 | prior plans for leverage recapitalization | 08:46:39 |
| 19 | at that point? | 08:46:42 |
| 20 | MR. WEINSTEIN:  Objection. | 08:46:43 |
| 21 | A     Sorry?  If the second step | 08:46:44 |
| 22 | transaction did not happen? | 08:46:46 |
| 23 | Well, if the second step | 08:46:47 |
| 24 | transaction didn't happen, then in effect | 08:46:49 |
| 25 | we would have accomplished the same | 08:46:51 |

25

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0002362