From: CN=Brit J Bartter/O=JPMCHASE
Date: 03/11/2007 03:54:58 PM
To: CN=Peter Cohen/O=JPMCHASE@JPMCHASE
Subject: Re:

---

They're missing a huge opportunity and the problem isn't going away until they take on incremental leverage.
Brit J. Bartter
Vice Chairman
JP Morgan Securities Inc.
227 West Monroe Street, Suite 2800
Chicago, IL 60606
Telephone: 312-541-4216
Facsimile:   312-541-3429
Cellular:      847-715-8570
brit.j.bartter@jpmorgan.com

----- Original Message -----
From: Peter Cohen
Sent: 03/11/2007 02:40 PM CDT
To: Brit Bartter
Subject: Re:
Yes. Every dollar per share is about $240M. Can also either sell a couple of smaller assets (like tribune media services) without impacting core biz. Let me know....and I will let you know if I get chandler or don.

--------------------------------
Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)

----- Original Message -----
From: Brit J Bartter
Sent: 03/11/2007 02:37 PM CDT
To: Peter Cohen
Subject: Re:
Right--and eliminate regular dividend.
Brit J. Bartter
Vice Chairman
JP Morgan Securities Inc.
227 West Monroe Street, Suite 2800
Chicago, IL 60606
Telephone: 312-541-4216
Facsimile:   312-541-3429
Cellular:      847-715-8570
brit.j.bartter@jpmorgan.com

----- Original Message -----
From: Peter Cohen

Highly Confidential - Attorneys' Eyes Only

JPM_00246316

Sent: 03/11/2007 02:36 PM CDT
To: Brit Bartter
Subject: Re:
Pretty simple fix - don't pay $20 dividend, pay 16 or 17......

------------------------------
Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)

----- Original Message -----
From: Brit J Bartter
Sent: 03/11/2007 02:34 PM CDT
To: Peter Cohen
Subject: Fw:
Fyi
Brit J. Bartter
Vice Chairman
JP Morgan Securities Inc.
227 West Monroe Street, Suite 2800
Chicago, IL 60606
Telephone: 312-541-4216
Facsimile:  312-541-3429
Cellular:    847-715-8570
brit.j.bartter@jpmorgan.com

----- Original Message -----
From: "Nils Larsen" [NLarsen@egii.com]
Sent: 03/11/2007 01:44 PM EST
To: Brit Bartter
Subject: Re:
Yes. Supposedly Dennis spent three days with the publishers and got cold feet on the leverage. It sort of came out of the blue to the other senior managers from what I understand. I don't know if he can convince the board though.
Nils Larsen
------------------------------
Sent from my BlackBerry Wireless Handheld
----- Original Message -----
From: brit.j.bartter@jpmorgan.com <brit.j.bartter@jpmorgan.com>
To: Nils Larsen; RAJESH.KAPADIA@jpmorgan.com <RAJESH.KAPADIA@jpmorgan.com>; Peter Cohen <peter.cohen@jpmorgan.com>; Joachim Sonne <joachim.sonne@jpmorgan.com>
Cc: Jamie Dimon <jamie.dimon@jpmchase.com>; James Lee <James.B.Lee@jpmorgan.com>; Douglas Braunstein <Douglas.Braunstein@jpmorgan.com>; jennifer.nason@jpmorgan.com <jennifer.nason@jpmorgan.com>; Matthew Chlystck <matthew.p.chlystck@jpmorgan.com>
Sent: Sun Mar 11 13:31:01 2007
Subject: Re:
Wow! No, I had not heard that. Would love to understand their thinking. Hope it's just temporary. By either deal, do you mean "self-help", too?
Brit J. Bartter
Vice Chairman
JP Morgan Securities Inc.
227 West Monroe Street, Suite 2800
Chicago, IL 60606
Telephone: 312-541-4216

Highly Confidential - Attorneys' Eyes Only

JPM_00246317

Facsimile:  312-541-3429
Cellular:     847-715-8570
brit.j.bartter@jpmorgan.com

----- Original Message -----
From: "Nils Larsen" [NLarsen@egii.com]
Sent: 03/11/2007 12:43 PM EST
To: Brit Bartter; Rajesh Kapadia

Brit & Raj:
I want to make sure you had heard that as of late Friday night the Company signaled to us that they had decided not to pursue either deal. The reasons given are a bit skimpy and I am not sure if this will stick but for now we are in limbo. Please do not use any more of your wekend on this. I am available to discuss further if you want. 312.203.2218.
Nils Larsen

------------------------

Sent from my BlackBerry Wireless Handheld
This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.
This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/terms for important disclosures under the Terms of Use.

Highly Confidential - Attorneys' Eyes Only

JPM_00246318