From: CN=Peter Cohen/O=JPMCHASE
Date: 03/15/2007 11:14:28 AM
To: Patricia.Deans@chase.com
Subject: Fw: TRB

Peter Cohen
Managing Director
Media Investment Banking
277 Park Avenue 19th Floor
New York, NY 10172
(212) 622-9855
Peter.Cohen@jpmorgan.com

----- Forwarded by Peter Cohen/JPMCHASE on 03/15/2007 11:14 AM -----

| | | |
|---|---|---|
| Peter Cohen/JPMCHASE<br>03/15/2007 11:11 AM | To | Brit J Bartter/JPMCHASE |
| | cc | Douglas.Braunstein@jpmorgan.com, James.B.Lee@jpmorgan.com, jamie.dimon@jpmchase.com, jennifer nason/jpmchase@JPMCHASE, Joachim X Sonne/JPMCHASE@JPMCHASE, matthew.p.chlystek@jpmorgan.com, rajesh kapadia/jpmchase@JPMCHASE |
| | Subject | Re: TRBPeter Cohen |

Spoke to Company this morning. Zell is dead for now as per Brit. Proceeding with "self-help" plan - a $15 dividend plus a spin off of the Broadcasting business and the sale of the Cubs. Board meeting delayed until next week. January and Feb results at the company weaker than expected so they are becoming more cautious on total leverage. Still planning to make announcement by end of this quarter.
A key unknown for us is how cutting the dividend from $20 to $15 effects the side deal between the McCormick and Chandler Trusts. The plan was for the McCormick Trust to buy out the Chandlers with their share of the dividend. Cutting it back 25% does not allow them to get the Chandlers all the way down so they are continuing to negotiate among themselves.
While the self help deal helps the Company to eliminate the Chandlers, it does not change their strategic outlook and they will still be public (and highly levered). This leads to 2 conclusions: One is that Zell could come back later (as the original Zell plan contemplated doing a dividend recap first and the ESOP second), or that the Company could still be taken over later in the year, before they spin broadcast.

Highly Confidential - Attorneys' Eyes Only

JPM_00492785

We continue to work with the Company on the self-help financing strategy but still nailing down our economic split relative to ML and Citi.
PC
Peter Cohen
Managing Director
Media Investment Banking
277 Park Avenue 19th Floor
New York, NY 10172
(212) 622-9855
Peter.Cohen@jpmorgan.com
Inactive hide details for Brit J Bartter/JPMCHASEBrit J Bartter/JPMCHASE

| Brit J Bartter/JPMCHASE<br>03/13/2007 07:07 PM | To | Peter Cohen/JPMCHASE@JPMCHASE, rajesh kapadia/jpmchase@jpmchase, Joachim X Sonne/JPMCHASE@JPMCHASE |
|---|---|---|
| | cc | jamie.dimon@jpmchase.com, James.B.Lee@jpmorgan.com, Douglas.Braunstein@jpmorgan.com, jennifer nason/jpmchase@jpmchase, matthew.p.chlystek@jpmorgan.com |
| | Subject | TRB |

Team,
Breakfast this morning with Sam and Dennis did not seem to kindle the flame. Dennis not appearing to want to do the Zell deal. Having said that, they haven't completely given up because they believe their proposal should be much more compelling to the Special Committee than the self-help proposal. Self-help may be alive and if it is it is probably at about a $15/share level. Just as likely may be "do-nothing"--as amazing as that seems after all they have been through at TRB.
No one seems to know the date of the next Special Committee meeting but speculation is that it is this Saturday.
Brit
Brit J. Bartter
Vice Chairman
J.P. Morgan Securities Inc.
227 West Monroe Street, Suite 2800
Chicago, IL 60606
Telephone: 312-541-4216
Facsimile:  312-541-3429
Cellular:    847-715-8570
brit.j.bartter@jpmorgan.com

Highly Confidential - Attorneys' Eyes Only

JPM_00492786

Highly Confidential - Attorneys' Eyes Only

JPM_00492787