**obligated** 141:20
**obligation** 34:6
**observations** 96:13
    108:4
**obviously** 136:10
    136:14
**occurred** 24:19
    25:24 152:23
**October** 40:23
    56:19
**Oddo** 2:4 4:21,21
    5:12,13 19:20
    34:19 35:3,22
    36:1,14 38:4,9
    39:4 40:2,6 42:20
    45:24 53:15,21
    54:4,25 55:3
    56:12 57:2 59:22
    59:24 64:10,22
    65:24 66:15
    67:18 71:23 73:5
    78:6 79:11,15
    80:12,14 81:9,14
    88:14,21 89:12
    89:18 90:13,20
    93:24 94:6 95:18
    95:19 98:19 99:2
    100:25 102:9,12
    102:16,17 103:22
    104:1,2,13 107:1
    111:1,19 112:5,9
    112:16 114:7,10
    118:3,11,12
    119:5 122:18
    123:23 125:19
    127:10,11 128:7
    128:23 136:9
    137:12,20 138:1
    139:24 140:6
    142:15 143:16
    146:7,14 149:3
    149:21 150:5
    152:10,17 154:9
    154:16 155:19,22

156:5 157:12,17
157:22 158:5
160:2,9,15,21,24
162:18 163:20
165:2,9 167:22
168:2 169:9
170:8 180:24
**odds** 150:16
**offer** 13:23 31:9
    40:4 90:3 91:6
    105:23 115:13
    125:12 132:21
    134:2 162:2
    164:2,3 165:16
    167:2
**offered** 48:10
    151:22 165:15
**offering** 166:11
**offerors** 97:16
**offers** 97:13,18
**offhand** 113:25
**office** 7:13 17:2
    138:12,13 163:11
**officer** 8:9 10:21
**offices** 4:9
**official** 71:19
**Oh** 131:15 143:14
**okay** 5:21,25 6:3
    6:13,21,23 7:7,10
    7:17,23 8:12,15
    8:21 9:4,9 10:5
    10:14,17 11:4,7
    11:17,22 12:7,20
    13:12,18 15:7
    16:4,13 17:1,4
    19:6,21 20:2
    21:23 22:6,11,19
    23:9 24:6,17,22
    25:3,10,14,21
    27:3,20 29:4,22
    31:5 32:5,11,22
    33:4 34:10 35:4
    38:4,19 39:5,14
    42:15 44:4,12,21

45:8 46:5,18
47:25 48:4,13
49:8 51:3 52:3
53:8,15 54:13,20
55:1,10,13,19
56:2 57:22 59:6
61:11,16,18 62:1
64:3,6 65:5,13,21
67:5 69:4,18
71:24 72:18
73:18 74:9,24
75:5,18 76:2
77:11,15 78:19
79:16,25 82:1,11
82:24 83:7,13
88:14,25 89:3,13
91:2,14,17,20
92:23 93:24
94:10,13,21
95:18 96:12
97:14 98:2,6,19
99:23 100:2
101:1,10 102:3
102:12,24 103:8
103:16 104:10,16
104:20 106:5
107:7 109:18
111:21 113:10
114:7 115:20
118:18,24 122:5
124:24 127:2,5
127:10 128:1,9
128:24 129:19
130:9,19 131:4
132:2,17,25
134:3,6 136:22
137:1 138:2,21
139:6,24 141:25
142:25 143:11
146:1,7,18,21
147:24 148:11
149:3 151:9
153:3 154:1,9
155:22 156:17

157:6,12 158:10
158:25 160:2,23
161:5,21 162:3
162:19 163:2,21
164:7,16,25
165:2 166:3,6
167:3,7,19 168:3
168:9,21,25
169:9,11,14
**once** 19:12,16
    31:24 148:24
**one-on-one** 120:8
    124:3
**online** 59:11
**open** 14:14,15
    121:7
**operate** 15:22
    60:16 120:22
**operating** 10:21
    57:24 62:6 71:19
    72:20 87:10
    139:20
**operation** 10:15
    139:18
**operations** 9:17
    76:24 77:7
**operative** 163:16
**opinion** 67:7 86:11
    105:20 108:21
    115:16 153:15
**opportunity**
    135:25 149:9
    165:15,18
**opposed** 31:20
    71:5 131:16
**option** 32:13 53:13
    85:9,11,12
**options** 40:25 41:1
    41:25
**order** 1:9 6:15
    61:25 63:25 64:4
    125:13 155:13
    175:6
**organization** 13:14

16:23 82:15
127:21 132:15
133:24 148:6
**organizations**
    13:10
**organized** 149:5
**original** 160:18
**originally** 139:14
**Orleans** 9:14
**Osborn** 20:13 21:7
    44:15 79:20,21
    80:1,8,16 121:16
    124:6,6 143:19
    162:7,8,24
    163:17 164:25
**Osborn's** 143:18
**outcome** 56:25
    179:12
**outfront** 120:15
**outlook** 83:19
**outs** 125:16
**outset** 83:7
**outside** 16:10
    44:14 49:20 50:8
    86:20,23
**outstanding** 15:6
**overall** 10:7
**overly** 116:7
**oversight** 10:14
    78:2
**Overview** 102:4
**owned** 9:3 58:4
**owner** 23:1,3 68:6
    68:7
**ownership** 17:13
    19:1 24:22 65:17
    119:15 126:18
    167:17 168:12
**owns** 65:21
**O'Brien** 16:11

_____
            **P**
_____
**package** 151:19
**page** 55:13 62:1,2

Highly Confidential

66:16 67:19
69:18 70:6,14
71:15 89:3 99:11
99:13 101:1,2
102:3,19,25
104:9,12,14,21
104:24 106:14
116:20 142:25
146:22 165:11
176:5 177:5
**pages** 38:11 54:6
99:4,7,9 180:12
180:15,17
**paid** 16:17 19:2,8,9
72:13 98:1
**paper** 146:6
**paragraph** 39:6
112:23 140:15
141:25 143:17
165:20
**parameters** 109:18
**pardon** 5:6 67:15
128:19
**parenthesis** 67:22
**park** 11:21 14:15
115:17
**part** 20:11 63:16
68:7 78:25 81:17
89:1 94:22
100:21 102:19
107:24 112:20
122:19,20 124:20
131:7 146:19
155:7 159:4
160:18 161:6,8
**participate** 75:24
76:2 79:4 94:10
142:20
**participated** 75:18
75:21 107:8
**participating** 82:8
**particular** 45:16
92:25 138:22
162:22

**particularly** 39:19
82:21 85:8 116:9
140:25
**parties** 24:7 30:2
81:9 83:5 85:16
88:6,10,10 123:6
127:19 179:4,10
180:18
**partner** 61:4
**partnering** 92:7
**partners** 29:8 61:2
87:25 88:1
**partnerships** 25:20
**parts** 13:13 65:22
75:7,22 76:13
**party** 26:6 88:3,4
134:17 135:3,11
136:5 137:4
**passed** 19:4 26:23
**passive** 114:18
**path** 85:18 120:24
123:18 138:17
157:18
**pay** 19:3,9,10 43:5
145:22 159:18
160:21
**paying** 46:1 131:24
**pending** 167:16
178:9
**pension** 151:25
152:6
**people** 16:2 17:3
47:11 64:12
77:10 88:6
113:22 119:10
132:8 150:15
154:7 159:5,8
**perceived** 50:17
93:7
**percent** 13:11,22
15:4 23:1 58:4
61:4 150:19
**percentages** 53:3
**percentagewise**

52:24
**perform** 86:25
**performance**
37:15 41:13
57:24 140:18
**period** 25:18 26:24
26:24 43:12
46:21 56:2 58:22
73:4 90:5 109:5
**periodically** 62:24
63:12
**permission** 32:8
**permitted** 99:16
**perpetuity** 15:22
**person** 82:1
**personal** 86:11
**personally** 93:18
178:7
**perspective** 83:21
95:6 143:18,25
163:3
**Peters** 8:16
**Phelps** 130:18
**Philadelphia** 22:4
**philanthropic**
13:15,15
**phone** 50:3 115:14
166:22 180:20
**phrase** 75:21
**piece** 126:3 146:6
**place** 19:18 23:23
24:18 43:23 45:5
51:3,4 53:8 58:9
89:24 101:5
113:23 119:25
120:4 127:19,23
127:24,24 129:4
129:8 130:7
146:25 151:4
163:23 165:24
169:3
**placed** 87:12
**places** 154:4
**plaintiff** 1:6 2:9

4:22 5:15 175:5
178:13
**Plaintiff's** 88:15
90:13 98:20
112:9 118:3
137:14 139:25
146:8 149:21
152:11 154:10
157:13 160:3
165:3
**plan** 37:4,14,14,15
38:25 58:8 62:6
103:8 109:17,19
109:20 110:1
111:23 117:24
122:4 126:18
131:23 138:2,4
143:6,10 150:25
151:20,22,23
157:19,20
**Plans** 19:1
**play** 72:7
**played** 126:24
**players** 67:9
**pleasant** 113:21
**please** 4:18 5:2,17
6:12 180:13,17
180:19
**plus** 150:19
**point** 4:17 5:2 9:16
10:3 17:17 22:20
25:10 29:24
30:11 31:17,21
32:4 35:17 40:1
43:2,14 44:8 45:1
46:17,25 48:23
49:7 51:1 52:1
59:21,22 63:7
68:23,25 71:10
71:20 73:13,22
74:4,14 82:6 85:1
85:7,20 89:11
90:6 91:22,23
93:2,11,22 94:14

94:19 95:25
100:11,13 108:25
110:11 111:11,12
111:20 113:8
120:9 121:19
123:8 124:12,18
124:22 127:22
129:21 130:25
132:9 138:20
139:2,5 145:4,12
145:14 150:21
151:1,3,8,18,20
164:17
**pointed** 133:11
**pointing** 141:3
**points** 77:19 84:5
**political** 7:20
168:18,21
**popular** 85:11
**portion** 73:19
85:23 140:12
**portions** 76:3
**pose** 140:19
**posited** 111:14
**position** 8:7,12,17
9:7 10:18,19 11:7
11:11 13:24
51:17,22,24,25
52:4,5,6,8,9 61:9
71:10,11 81:24
90:1 110:20
**positions** 8:25 9:10
11:1 52:20
152:25 153:3
**positive** 42:9 116:7
139:18 143:2,9
152:3,9
**positively** 153:12
**possibilities** 36:22
108:8 109:10
**possibility** 22:24
117:10
**possible** 6:5,16
30:25 40:24 57:9

57:18 61:24 77:4
77:10 83:25
110:20 120:16
121:17 125:2
134:1 135:15
137:11 145:2
154:6 157:21
**possibly** 18:7 21:6
74:17 121:9
129:10
**post** 7:17 128:4,5
**potential** 17:10
22:15,20 24:6
26:6,7 27:10
30:16,21 36:16
37:25 42:2 43:11
47:19 59:25
62:22 68:19 72:9
74:6 75:4 77:4,13
77:16 78:2,20
79:5 83:8,16,17
84:2 87:25 89:9
89:22 93:7
100:18 110:15
131:19 135:10
141:4 165:25
**potentially** 135:4
168:22
**practice** 148:8
**precipitate** 31:14
**precipitated** 22:19
51:7
**precise** 32:6
127:16 148:1
**preclude** 7:3 41:24
49:13
**precluded** 78:25
**precluding** 73:24
73:25
**preferred** 27:18
28:1,22 53:11
**premature** 31:6
32:13 33:1,5
**premium** 67:13

139:3
**preparation** 61:19
61:20 76:25
**prepared** 31:3
87:2 148:5 171:6
172:6
**preparing** 133:18
**presence** 154:2
178:22
**present** 2:1 3:1,14
55:10 61:21
76:12 83:16
84:25 88:25 89:5
94:22 112:20
140:11 146:18
179:7
**presentation** 17:9
61:12 77:1 82:25
83:5 94:13,23
95:1,7,22 96:3
98:3 107:3,12
116:24 117:7,14
137:22
**presentations** 75:3
76:4,14,15 77:3
77:13,17 82:22
83:17 84:9
**presented** 55:8
67:3 102:25
**presenting** 70:17
77:10
**preserve** 35:10
**President** 9:21,23
10:6,10,20 11:10
21:24 158:20
**Presidents** 10:11
**press** 45:23 63:13
84:18 96:23
165:14
**pretty** 10:22 53:4,5
84:13 96:20
113:13
**previous** 40:21
80:12

**price** 23:16 41:15
45:17,20,25 46:4
48:10 81:2 96:6,8
96:18,21,22
97:11,12,16,17
105:6 106:15
111:16 123:20
124:14,21 126:14
126:17
**prices** 143:8
**primarily** 13:19
30:13 35:10
38:11 54:6 81:3
87:1,4
**primary** 12:6
73:10,13,15 82:1
105:12 106:1
**principal** 142:3
159:19
**print** 58:23 116:9
141:1
**printed** 73:19
**prior** 17:8 19:24
20:8,9,16 25:5
31:10 36:23
38:23 40:2 43:15
43:25 51:24
55:24 73:14 83:3
83:4 92:21 93:1,2
101:7 127:14
145:8 161:25
166:4 168:3
**private** 11:15 29:5
29:10 30:8,21,25
31:2,16,20 32:3,9
32:21 33:3 34:23
35:2 37:2 38:2
66:22 67:8,9
84:11 87:13
93:12,13 159:21
**privilege** 35:13
**privy** 136:11
153:23,24 166:8
**probability** 134:17

**probably** 6:1 9:22
10:19 12:16,17
16:21 17:22
20:23 21:10
32:14 33:10
36:23 43:24
68:14 103:22
108:20 127:15
152:7 161:4
**problematic** 26:11
125:25
**problematical**
125:25
**proceed** 49:7 68:23
**proceeded** 68:25
**proceeding** 56:19
150:10
**proceeds** 109:22
**process** 6:4 16:24
24:10 39:7 40:20
41:17 55:16,22
70:12 75:3 76:21
77:19,23,25
78:18 79:1,17
82:6 83:7,22 84:4
84:8,15,22 86:9
87:19 89:8,10,22
90:4 99:13
109:14,16 110:3
110:10 112:2,8
114:5 116:6
121:8 122:13
123:3 124:2,15
134:20 135:16,18
135:20 144:7
150:17 154:8
167:19,21,22
**processes** 77:2
142:22
**produce** 60:10
66:23 71:2 80:4
**produced** 54:22
102:22 103:19,20
**productively** 125:3

**profit** 60:17
**profits** 13:15
**program** 17:13
58:25 110:15
119:15
**programs** 13:2
**progress** 124:7
167:18
**projected** 141:24
**projections** 115:16
115:17,18,23
116:7
**projects** 13:12,16
13:17
**promoted** 11:10
**pronounce** 14:7
**proposal** 86:3 91:3
91:15,21 92:16
92:17 95:4,5,14
96:3,25 103:2,13
103:18 104:5,8
104:23 105:14
107:15 108:22
109:4 111:7,8,18
112:4,8 113:1,18
114:13 115:4,7
116:15,18 117:12
118:16 119:17
120:21 121:17,21
122:1,2 124:8
126:12,15 129:22
132:10,13 133:2
133:14,18 134:4
134:18 135:4,13
135:23,24 137:5
142:2,4,7 143:3
144:15 145:4,8,9
145:16,19 147:5
150:11,13,15,19
153:1,7,12 156:9
156:10 159:15
161:23
**proposals** 86:16
94:15 96:14

102:4 103:5
104:18 107:22
110:12,17,23
111:4 112:3,24
134:21 139:2
**propose** 56:14
132:17
**proposed** 18:4,8
23:10,12 37:1,4
39:23 40:7 71:5
74:21 85:21
116:24 117:19
155:1
**proposing** 18:12
**protected** 64:4
**protective** 1:8
63:25 175:6
**provide** 13:3,8
116:23 141:20
**provided** 47:22
96:13 131:25
133:20 135:21
142:8
**provides** 130:4
**providing** 46:14
47:3 92:19 143:1
147:18
**provision** 15:24
**public** 1:19 11:13
14:14 15:12 30:7
34:2,18,21 35:7
60:4 130:1
175:25 178:4
179:21
**publicly** 83:12
144:8
**publishing** 85:23
91:12 138:12
156:13 158:21
**purchase** 37:25
**purchased** 129:16
130:13
**purchasing** 45:12
**purely** 39:9

**purpose** 25:14,16
43:20
**purposes** 139:23
**pursuant** 1:22
179:6
**pursue** 30:21 32:1
49:11 67:20
71:13 82:16,19
85:3 138:16
**pursued** 85:13
153:2
**pursuing** 30:15
71:6
**pursuit** 71:9
**put** 34:4 58:8
69:21 77:12
84:17 96:22
115:15 117:13
163:19
**putting** 68:17
152:6
**p.m** 36:11 66:3,12
98:8,16 128:11
128:20 149:10,17
163:13 169:17

———————
**Q**
**quarter** 17:11
84:19,20 138:25
139:13,16 144:23
**quarterly** 16:18
**question** 6:18
35:18 39:2 46:20
56:8 63:19 64:2
72:14 78:7 80:10
80:13 89:19
105:15 107:14
131:22 135:7
158:13 163:5
**questioning** 150:9
150:12,15 158:23
**questions** 6:6,9,13
6:21 7:4 38:10
54:5 64:19,20

75:14 80:6 95:8
95:11,23,24
107:18 169:10,11
175:15 180:19
**quick** 35:24 36:1
**quickly** 122:15
**quite** 18:21 40:17
123:12,12 130:15
**quizzed** 70:2

———————
**R**
R 11:22 13:6
**radio** 9:24 63:1
64:25 167:12
**raise** 13:7 124:13
**raised** 38:21 96:2
**range** 29:18,22
30:6,8 33:19 34:4
34:11,11,13 35:5
36:23 57:15 70:4
87:6,16 111:13
111:15 138:8
**ranges** 69:20,23
70:5,8,10
**rapidly** 83:22,23
83:24
**rate** 24:5 59:16
126:6
**rating** 43:1,9 59:1
140:17
**ratings** 42:2,6,16
**rationale** 49:18
70:4 151:10,17
**reach** 27:2 85:16
125:2
**reached** 53:12
70:21 125:6
**reaching** 144:5
**reacquaint** 6:4
**reaction** 130:1
141:7 143:2
**read** 80:11 105:5
175:10
**reading** 159:3

161:13 165:14
**ready** 33:2 150:25
164:17 165:23
**real** 27:16,25 28:21
34:1,5,5,6,6
53:14
**realization** 42:5
**really** 25:16 26:20
40:17 43:20 61:8
70:2 82:18 86:7
93:6 96:10
116:17 121:4
123:9 130:11
132:22 139:3
144:25 145:9
150:16 168:13
**reapproach** 44:4
**reason** 7:2 31:5
33:14 35:18
46:18 139:19
153:9
**reasonable** 108:11
143:24 168:15
169:7
**reasons** 32:12,22
33:4
**recall** 17:18,23
18:1 20:3,4 22:17
37:18 38:3 44:18
44:24 46:17 47:6
49:22 62:12
66:24 69:22 70:1
70:18,23 73:21
80:18 85:14
90:22 93:9 94:23
95:1,6,8,12,13,22
96:10,11,14
100:14 101:4,15
104:3 106:5
107:2,16 108:15
111:17,20 113:24
118:22,23 125:15
125:25 135:8
143:20 147:9,10

147:14 151:2
158:14 161:2
162:11,12,19
166:20
**recap** 151:5 159:10
159:24
**recapitalization**
49:11 91:12
100:19 109:8,11
137:24 150:20,24
**receipt** 119:25
**receive** 27:8,9 97:4
105:25 118:18
136:22
**received** 17:11
31:9 38:16 40:14
59:18 84:11
88:10 94:15
103:3 110:12,23
116:3 118:20
133:23 145:13
157:8
**receiving** 17:9
48:22,24 60:24
**recess** 36:6 66:7
98:10 128:14
149:12
**recollection** 39:16
44:21 59:23 69:7
72:22 75:11 86:1
88:12,13 90:12
94:18,20 96:1
101:19 104:21
106:13 116:1
136:15
**recommendation**
37:8 108:3,5
137:24
**recommendations**
107:21
**recommended**
52:2 110:13
**record** 5:18 63:21
63:23 80:11

100:24 114:9
118:10 123:22
125:18 160:15
recruitment 59:12
139:22 156:23
recuse 93:6
recused 48:5 89:25
90:4 91:24
recusing 93:3
redacted 54:19,22
redeemed 53:12
reduce 67:14
reduced 116:11
145:8 178:23
reduction 19:7
37:14 116:17
reductions 41:12
reengaged 124:5
reengagement
143:19
reentered 16:23
refer 46:21 58:12
158:17
reference 45:20
62:8,11 73:19
89:4,20 96:7
99:15 101:2,8
116:22 143:1
157:6 158:11,14
158:22
referenced 49:3
96:5 140:25
144:1 156:23
references 70:16
112:23 151:3
referred 90:9
133:4
referring 39:3
109:12
refers 154:23
161:15
reflect 155:15
refresh 90:12
104:10,21

regard 98:14
regarding 36:10
147:2 153:1
156:9 158:7
160:12 165:22
regards 128:18
relate 39:16
related 31:7 50:1
55:9 58:3 65:20
96:4 100:18
115:15 164:12
179:10
relates 140:24
relating 147:4
relationship 20:9
64:25 65:16
relatively 134:23
release 84:18
116:5
relied 86:14,15
relief 169:1
rely 86:19 87:6
remain 105:21
remainder 14:1
15:3
remained 106:3
remaining 64:17
105:9 156:13
remains 36:12
66:13 98:17
128:21 149:19
remember 17:15
22:23 29:2,25
31:16 37:19,21
64:8 76:6 82:13
95:11 96:4
101:17 104:6
114:1 134:19
162:6 163:9,14
remind 36:12
66:13 98:17
128:21 149:19
removed 28:17
renew 45:3

renewed 101:11
repercussions 7:15
repetitive 117:23
rephrase 35:19
41:5
replied 40:15
reply 152:22,23
report 101:24
reported 1:24
146:24 147:11
178:21
reporter 4:15 5:2
6:7,10,16 169:12
175:13 180:22
reports 101:21
165:14
represent 5:15
105:23
representative
157:7
representatives
26:19 95:21
113:4,7
representing
129:14
repurchase 36:16
37:4,16 38:24
39:7,12,24 40:3
41:4,5,9,11 42:4
48:1 49:12 58:7
72:5,16,20
138:15
reputable 130:15
reputation 168:17
request 32:9 47:4
84:10 149:1
161:13,22 168:15
requested 16:24
30:24 43:19
61:24 88:1
162:13 163:23
requesting 115:16
167:10
requests 80:4

143:24 162:4
required 26:14,24
87:15
requirement 34:5
142:23
requirements
15:18
Research 8:18
reside 60:13
resolution 131:2
resolve 125:13
respect 30:17
48:14 51:11 54:5
59:7
respective 52:20
53:3 179:4
180:18
respond 80:3,5
96:9 143:23
responded 49:2
64:20
response 23:14
41:3 44:6 115:22
141:12,13,14
154:20 158:12,25
responses 6:6,10
6:21 7:4
responsibility 9:25
10:7
responsible 77:15
rest 44:17
restrictions 87:12
restructure 25:15
28:16 53:9
restructured 31:25
51:1
restructuring
25:12 53:2 60:20
109:4 116:24
117:19
result 34:22 57:19
130:1
results 116:3,4,5
145:7

resumed 51:5
resumption 51:7
57:10
retain 127:13
retained 126:24
retention 139:22
retired 12:17,18,19
15:10
retirement 131:25
151:19
retreat 40:22 56:19
return 42:9 97:20
108:25 109:1,23
138:7,15 180:17
Returning 37:12
returns 30:9
revenue 58:18,20
58:23 59:14
60:23 116:4
review 38:12 53:5
54:7,17 55:15
61:12 62:2 72:22
74:5 99:4,6 167:4
180:13
reviewing 87:1
revised 116:18
135:17
Reyes 21:9
Ridder 61:3
right 13:24 29:2
32:20,23 33:18
34:6 43:1 45:6
54:19 55:2 64:8
65:24 84:23
106:18 123:14
128:7 129:18,21
137:12 141:12
149:8 152:10
157:22 161:13
rights 65:9,19
right-hand 102:19
risk 140:19 141:4
152:2 164:1,5,8
164:22,24 166:18

168:4
risks 124:9
road 5:19 131:8
    157:21
ROBBINS 2:3
Robert 11:22,25
    13:6
Roger 3:10 4:25
role 16:13 72:7
    74:25 75:1 77:23
    78:1 86:7,8 89:8
    89:9,22 90:7
    114:23 126:25
roles 113:17
    114:13
Ron 114:22 160:12
    165:13
Ronald 174:19
room 8:10
Rosenblum 23:20
round 82:23
RPR 1:24
RUDMAN 2:3
rule 167:17 168:15
rules 6:4
ruling 43:3
run 87:19 113:15
running 121:4
rush 32:3
rushing 33:8
Rustic 28:11,14

_____

S

S 18:3 19:2,4,17,17
    19:19 119:16
    135:24 159:17
Sachs 28:11,13
sale 22:15,21 23:7
    24:14 26:3 44:1,9
    44:11 55:24 60:1
    60:21 62:22
    64:13 100:19
    138:8
sales 8:24 9:1,1,8

140:25
Sam 16:19,23 17:3
    19:25 20:14
    118:15 119:11
    121:14 124:23
    166:4,5 172:16
San 2:6 180:2
savings 138:11
    159:23
saw 113:16 114:13
    114:15 115:24
    135:23
saying 120:16
    124:18 130:2
    147:25 166:18,22
says 62:5 67:22
    70:20 71:15
    102:1 138:25
    146:24 150:18
    151:5,9 161:14
scale 62:13
scandal 69:10
scenario 159:24
    160:1
science 7:20
Scott 91:24 156:8
    158:17,18,20
seal 179:14
SEC 40:16
second 25:18 63:21
    89:3 116:20
    125:16,21 141:5
    142:25 146:21
    150:18 165:11,19
secondary 7:18
seconds 149:11
    169:18
section 91:12
    104:8,11
secure 180:13
secured 37:20
see 20:23 23:16,19
    24:14 41:14
    55:17 58:22 71:8

83:24 97:10
99:17 101:13
102:21 106:14
116:20 117:1
144:24 147:6
150:17 151:11
153:13 158:22
164:9
seeing 89:14 90:22
    113:18 135:22
    161:2 166:9
    168:10
seek 104:16 119:3
seeking 168:5
    169:1
seen 30:8 38:19
    54:14 55:4 61:16
    89:16 90:21
    160:25
segment 91:11
self-help 109:17,19
    109:20 110:1,15
    111:22 112:4
    117:21,22,24
    121:20 122:4
    138:2 157:19,20
self-imposed
    144:19
sell 47:25 90:2
selling 22:24
send 115:18
sending 40:2
sense 26:20 31:22
    31:24 32:2 48:10
    49:15 51:8,14,15
    60:3 63:7 83:21
    108:17 111:3
    122:5,7,16
    158:15
sent 50:11,15
    162:25
separate 12:22
    14:21 62:23
separately 142:11

September 43:2
    51:5,21,25 52:7
    55:8 56:3 57:7
    74:10 170:21
    171:8
series 152:19
serves 11:19
service 19:10,10
    159:18,23
Services 8:5,8
    180:1
session 75:19
    107:5 153:21
    163:25
sessions 75:16,19
    107:8
set 11:24,25 12:2
    14:20 15:21 16:1
    48:7 135:17
    179:13
setting 7:13 49:5
    159:22
settlement 43:6
severe 141:10
shadow 158:12,13
    158:22,24
shakes 6:11
share 8:9 29:24
    36:16 37:4,16,24
    38:24 39:7,11
    41:4,5,9,11,15
    42:3 47:2 48:1
    49:11 58:7 67:2
    72:5,16,20 96:8
    103:15,15 109:11
    133:23 137:11
    138:8,15 148:7,9
    160:14 164:2
shared 68:24 69:2
    148:4,19
shareholder 8:5,8
    8:10 23:6 37:9
    40:24 49:15
    56:22 78:22 95:6

110:8 117:12
shareholders
    18:14,18 24:16
    27:2,9 31:14
    33:13 37:12
    39:20 41:16 42:8
    42:11,14 46:11
    51:20 52:1,11,20
    56:25 66:24
    67:13 71:3,14
    74:15 77:24
    78:13,15 84:3
    85:7 86:10 92:19
    96:19 97:5,20
    105:24 108:17,20
    109:1,24 111:8
    117:9 126:11
    129:11 130:5
    135:14 138:7
shares 13:21,22
    14:6 15:3,6 28:24
    28:24 48:1 53:10
    53:10,11 100:21
    108:18 131:6
    152:1
Sheehan 3:15 4:12
sheets 180:12,14
    180:15,17
shoplocal.com
    58:16 68:6
short 147:18
Shorthand 175:13
show 90:11 121:5
    149:5
showed 153:5
showing 139:3
shown 164:11
side 11:19 51:9
    93:15 116:9
    141:1
sides 51:13
Sidley 2:11 4:10,19
    180:4
signature 169:12

176:24 177:24
179:2 180:11,13
180:14,15,17,22
**signed** 64:5 82:14
127:17 180:15,15
**significant** 25:25
51:16,23 52:10
63:3,8 71:12 97:6
109:1,2 123:7
126:3,3 139:3
141:17,21
**signing** 126:5
**similar** 53:4 91:6
132:18 159:20,25
**simplified** 57:21
**simplify** 25:16
**Sincerely** 180:21
**sir** 67:15 143:12
**sit** 11:12
**site** 59:12
**sites** 59:7
**Sitting** 20:12
**situation** 57:3 67:7
74:9 152:3 164:2
**situations** 22:9,9
167:11,13,16,25
168:12 169:1
**six** 149:14 169:15
**slightly** 22:8
**slowdown** 58:23
116:8
**small** 134:23 135:2
**smaller** 62:15,20
**smart** 119:10
**Smith** 28:12,12
91:24 156:8
158:18,20
**social** 20:5 22:8
**soddo@lerachla...**
2:8
**sold** 13:22 61:4
**solicited** 115:12
**solution** 122:16
**somebody** 23:10

93:16 123:15
130:12 141:15
**somewhat** 80:19
**soon** 167:24
**sorry** 20:21 56:13
76:6 80:9 106:11
143:14 154:21
167:21
**sort** 7:7 8:10 12:20
28:17 30:12
35:13 46:14
64:12 77:2 83:9
85:15 92:7 108:3
108:5 110:4
117:13 123:5
131:1 139:6
148:8 157:18
167:25
**source** 131:19
**South** 1:20 2:13
3:5 4:10 167:13
169:4 178:8
180:5
**speak** 30:24
**speaks** 106:24
154:5
**special** 73:20,21
75:5,7,9,13,22
76:9 77:22 78:10
78:11,24 79:4,9
79:10,11,23 85:1
88:23 89:15
92:18 94:8 97:1,8
97:25 107:9,23
108:2 110:13,14
110:18 111:21
112:18 121:6,18
124:20 135:5
136:12 139:9
140:10 141:3,6
142:18 144:13
146:16 153:17,19
155:8 161:5
162:5,14,21

163:7 166:7
171:12,17,21
172:11 173:5,10
**specific** 8:3 10:9
33:4,14 50:21
60:6 61:20 68:22
77:20 78:16 80:4
85:15 87:9 88:3,8
88:10 90:7 95:8
95:14,24 96:2
106:13 115:1
122:22,23,25
125:5,9 132:5
162:3,19
**specifically** 17:15
35:12 44:24 47:6
59:6 77:25 95:16
107:17 115:8
117:6 147:8,10
**specificity** 146:4
**specifics** 39:5
60:22 95:12 98:4
104:6 163:15
**specified** 15:15
**speculate** 159:4
**speculation** 20:11
159:4
**speed** 120:21
**spelled** 14:8
**spin** 87:5 156:11
**spinoff** 22:15,21
26:13 40:10
55:24 57:17
85:21 91:11
109:21,21 138:5
150:23
**splitting** 23:7
**spoke** 50:19
**SportsNet** 138:10
**spring** 43:13
**SS** 178:2
**stage** 125:16,21
141:5 150:14
**stake** 138:10

**stalled** 52:21
**stamped** 53:16,22
70:16 88:15
90:14 93:25
98:21 112:10
118:4 137:14
140:1 146:9
149:22 152:12
154:11 155:23
157:13,23 160:4
165:4
**standpoint** 27:5
49:16 120:25
139:20
**Stanley** 76:10,12
77:19,20 86:21
107:6,9,11,19
111:14 124:13
155:1,6,16
**Stanley's** 154:23
**staple** 142:9
**start** 6:19 54:11
109:19
**started** 5:21 26:18
26:22 33:8 40:21
58:22
**starting** 5:6 6:20
126:4,7
**state** 1:1 4:6 5:17
175:1 178:1,5,10
**stated** 83:12 91:9
97:16 105:1,6,8
106:15,15,16
107:25 145:24
**statement** 70:21
71:22
**states** 91:13 165:14
175:15
**stating** 43:20
**station** 9:13,15,18
22:4 23:4 24:3
63:1,2 65:7,14,20
**stations** 59:1,3
62:15 65:16

73:17 167:9
**status** 112:24
145:3
**stay** 113:15
**stenographically**
178:21
**step** 41:17 129:2,5
**Stephen** 2:4
180:24
**steps** 19:22 23:18
26:16 129:7
147:2
**Steve** 5:13 102:6
180:23
**Steven** 4:21
**Stinehart** 3:11
4:24 39:19
170:16
**stock** 13:19 14:1
17:13 19:1 25:8
27:18 28:1,22
39:21,24 43:8
53:11 71:12 96:6
108:18 111:12,16
119:15 126:18
129:17 136:25
139:4 143:8
**STOIA** 2:3
**straight** 121:8
**strategic** 22:13
26:10 36:21 38:2
41:1,6,18,24
49:14 55:14,15
56:4 61:13 62:18
64:21 65:1,2
66:22 67:11,21
70:18 74:5,11
86:12,18 138:24
139:8 144:21
**Street** 1:21 4:10
11:17,18 20:25
180:1
**strictly** 92:3
**strings** 158:10

Highly Confidential

strong 58:22 67:10
struck 18:1
structurally 57:9
structure 18:4,8,20
  24:15 25:17
  57:20 60:11
  108:22,24 121:2
  121:22 129:10,20
  129:24 132:15,16
  132:18,20,22,24
  133:3,6,10 136:4
  136:17 148:17,18
  148:20,22,25
structured 60:15
  145:22 159:17
structures 19:2
struggling 120:16
stub 108:14
studied 119:18
studios 24:2
study 40:22
submit 133:14,18
  147:3 167:2
  180:13
submitted 101:3
  103:6
subordinated
  136:25
Subscribed 175:21
subsequent 45:19
  133:3
subsequently
  99:24
substance 17:4,6
  29:9,20 44:12
  68:15 69:25
  70:23 80:17
  90:23 120:7
  140:22 147:15
  163:6
substantive 119:10
substitute 102:10
success 168:5
successful 113:22

114:14 143:5
such-and-such
  85:2
suggest 48:17 93:3
  93:9 108:9
  129:23
suggested 43:21
  46:19 77:20
  96:17 132:12,20
  133:13
suggesting 27:13
  31:11 32:19
  40:17,19 49:3
  84:18 93:5
  132:23 133:5
  145:14 156:10
suggestion 23:15
  40:25
suggestions 155:13
suit 179:11
Suite 2:5 180:1
suitors 63:11
summary 66:17
  99:13 104:9
summer 40:21
  43:13
Sunday 165:16
sunset 15:24
superior 1:1 4:5
  92:19 135:4
  137:5 175:1
  178:10
superstation 63:2
  65:1,7,15
support 14:12
  70:21 106:20
  168:17,18,21,22
supported 71:1
supportive 168:23
supposed 59:13
sure 6:2,14,22 7:19
  7:25 8:4 9:11
  15:9,23 21:19
  27:22 29:1 35:16

35:21 42:23 45:7
  45:16,22 46:24
  52:3 53:6 54:18
  63:20 68:23 69:2
  70:9 72:20 78:8
  80:21 83:24 90:6
  90:9 99:9 100:13
  101:9,13,25
  102:2 111:11
  121:16,23 122:16
  127:15 141:13
  145:13 157:11,17
  163:25 167:8
surface 110:9
  129:11
surpass 59:13
surpassing 59:12
surplusage 160:19
surrounding
  120:17
swayed 151:16,17
swing 51:23 52:10
  52:13,16
sworn 5:5,10
  175:21 178:18
swung 51:16

---

**T**

table 34:5 51:14
  121:23 126:25
Taft 21:17,21,25
take 6:11,12 7:14
  7:17,23 9:9 22:11
  23:18 26:17
  30:20 35:23,24
  41:13,22,25
  43:23 45:5 51:3
  60:3 62:1 69:18
  78:17 83:15
  86:25 98:2 99:11
  113:20,23 115:18
  118:25 120:4,20
  129:3 130:6
  137:12 146:21

147:3 149:8
  156:24 163:23
  167:20
taken 1:17 4:3,8
  6:7 7:10 11:9
  19:23 23:23 36:6
  36:9 42:7 57:23
  66:7,10 98:10,13
  101:5 128:14,17
  146:25 149:12,15
  149:17 165:24
  166:17 175:12
  176:3 177:3
  180:8
talk 19:22 87:13,17
  99:16 106:16
  120:15
talked 24:10 29:19
  68:17 73:7 82:25
  101:6
talking 6:17 29:4
  30:3,5 48:13,14
  58:13 79:8 81:7,8
  81:20,22 87:5
  124:15 128:24
  140:22
talks 68:21 140:15
  141:25 143:17
tape 65:25 66:4
  98:9,12 128:12
  149:11 169:18
tapes 98:5
tax 18:19 19:2,3,3
  19:8,8 25:25
  31:18 43:3 44:10
  46:11 57:19 63:8
  129:11,24 138:6
  159:16,22
tax-free 91:11
  109:21 156:11
team 61:18 68:10
  71:5 83:1 86:24
  107:20 118:1
  130:22

teams 52:21 65:15
team's 104:17
telecast 65:9
Telerep 8:23 22:1
television 8:14,22
  9:15,22 22:4 23:8
  58:25 59:1,3
  62:15,16 63:2
  64:25 73:16
  167:9,12
tell 7:10 38:15
  54:16 88:22 94:7
  95:24 99:9
  100:22 112:17
  114:11 118:13
  134:11 137:21
  140:7 146:15
  150:6 152:18
  154:17 156:6
  158:6 160:10
  165:10 167:2
temporary 167:15
tender 13:21,23
  31:9 40:4
tense 164:20
term 117:20
termination
  134:23
terms 27:8 40:9
  49:4 51:10,12
  56:22 57:12,13
  59:13,14 72:9,19
  81:2 105:21
  127:16,21 132:2
  132:5 133:21
  141:18 155:14
  158:8 166:16
  168:11
test 70:12
testified 5:10
testify 178:18
testimony 178:20
  178:25 179:13
Thank 5:1,7

Highly Confidential

Page 24

| | | | | |
|---|---|---|---|---|
| 143:15 | 22:13,20,25,25 | **timing** 22:23 33:17 | 145:22 146:3 | **Tribune's** 165:13 |
| **theme** 39:22 | 23:24 24:3,7,8,8 | 97:20 144:15 | 148:2 150:23 | **TRIB000037** |
| **thereof** 78:4 | 24:11,12 31:21 | **TM** 51:8 | 154:6,25 157:19 | 171:14 |
| 179:12 | 32:13,20,24 | **TMCT** 25:1 26:22 | 158:9 159:7,10 | **TRIB000038** |
| **thing** 33:10 73:18 | 33:11 35:17 36:3 | 27:17 50:10 57:8 | 159:11,14,21 | 171:14 |
| 123:14 157:16 | 36:11,15 39:18 | **TMCTs** 26:12,15 | 165:22,25 167:5 | **TRIB000046** |
| **things** 16:8 23:5 | 40:1 41:7,20,22 | 27:22 31:7,11 | 168:24 | 172:14 |
| 29:1 108:14 | 43:7,12 45:6 | 32:17 40:9,11 | **transactions** 56:10 | **TRIB00047** 172:14 |
| 110:5 126:2,9 | 46:21 48:24 | 50:25 51:9 52:24 | 65:11 | **TRIB002044** |
| 163:22 | 54:17 56:2 59:21 | **today** 5:16 6:8 7:4 | **transcript** 63:24 | 170:22 |
| **think** 7:2,6 17:16 | 60:6 61:2 62:22 | 20:12 105:23 | 175:11,14 178:25 | **TRIB002052** |
| 20:10 33:6,25 | 63:22 66:2,3,11 | **told** 70:19 84:13 | 180:10,13,14 | 170:22 |
| 49:1 71:22 86:3 | 68:6 69:9 70:24 | **Tom** 28:12,13 | **Transcription** | **TRIB002061** 171:9 |
| 101:6 103:12 | 73:4,22 74:4 | 156:7 157:3,4 | 178:24 | **TRIB002107** 171:9 |
| 104:24 114:4 | 76:16 77:4,9 | 174:10 | **transfer** 8:10 | **TRIB002296** |
| 120:25 122:12 | 82:16 83:9,15,18 | **top** 151:25 160:16 | 167:23 | 171:19 |
| 131:22 139:11 | 84:22 89:11,25 | **topic** 113:12 | **transfers** 167:8 | **TRIB002297** |
| 145:6 150:14 | 90:5 91:5 94:14 | **topics.net** 58:15 | **Treasurer** 132:8 | 171:19 |
| 152:7 153:4,9 | 94:19 97:21 98:8 | 68:5 | **tremendous** 27:6 | **TRIB002380** 172:9 |
| 154:5 163:24 | 98:9,16 101:12 | **total** 14:2 | 152:4 | **TRIB002416** 172:9 |
| 169:7 | 105:7,22 106:2 | **totally** 12:22 40:18 | **trial** 35:11 | **TRIB002521** |
| **third** 112:23 | 109:5 110:11,25 | 41:2 49:3 123:18 | **Tribune** 1:5,11 8:2 | 172:23 |
| 135:11 136:4 | 111:20,21 113:8 | **tough** 11:20 17:21 | 9:6,10,21,23,25 | **TRIB002539** |
| 137:4 140:15 | 114:3 115:24 | **to-wit** 178:6 | 10:2,7 11:23 | 172:23 |
| **thought** 18:17 | 116:2,10 120:3 | **trade** 108:14 | 12:21,23 13:1,13 | **TRIB002637** |
| 23:11 33:5 51:14 | 120:20 122:14,22 | **trading** 111:12,16 | 13:19 14:4,6 15:3 | 171:24 |
| 51:15 63:5 84:21 | 122:23 124:15 | 139:4 | 15:6 16:4,14,25 | **TRIB002639** |
| 86:4 115:7 | 125:3 128:7,10 | **traffic** 59:13 | 24:22 26:8 28:24 | 171:24 |
| 153:11 | 128:11,19 134:20 | **transaction** 18:6 | 31:15 38:18 | **TRIB002648** 173:8 |
| **thoughts** 33:23,25 | 138:23 139:6 | 19:16 25:24 26:2 | 39:21 47:16 | **TRIB002650** 173:8 |
| 86:6 118:24 | 143:8 145:5,23 | 27:1,15 31:1,2,13 | 53:13 62:2 65:21 | **TRIB002651** |
| **threat** 164:20 | 149:10,11,16 | 31:14,15,17 32:3 | 66:24 67:20 68:7 | 173:13 |
| **three** 5:24 12:6 | 150:22 151:5 | 32:9,21 33:3 56:1 | 89:6 92:8 93:19 | **TRIB002653** |
| 13:20 50:1 66:6,9 | 156:19 157:1 | 57:18 67:20 | 93:20 96:6 100:3 | 173:13 |
| 94:14,18 98:8 | 163:22 166:17 | 71:13 73:16 78:2 | 108:18 118:17 | **TRIB002722** |
| 110:23 127:19 | 169:16,17 | 81:6 82:17,20 | 127:21 129:17 | 174:12 |
| **three-way** 127:1 | **times** 5:22 11:8 | 87:14,23 92:8 | 137:25 152:21 | **TRIB002723** |
| **ticking** 126:4 | 25:6,7,8 35:10 | 97:5 111:13 | 156:21 157:5 | 174:12 |
| **tightened** 125:22 | 43:12,22 44:7,9 | 119:3,20 120:10 | 160:13 170:20 | **TRIB002774** 174:8 |
| 126:2 129:22 | 44:11 47:8,12,16 | 120:12,18,25 | 171:7,11,21 | **TRIB002775** 174:8 |
| **Tim** 156:9 | 47:20,23 73:12 | 122:8 130:3 | 172:8,11,20 | **TRIB002922** |
| **time** 5:7 6:25 8:1 | 101:4,11,14 | 131:8 132:17 | 173:5,10 175:4,7 | 174:25 |
| 9:11 10:3 11:8 | 102:2 154:7 | 134:16 137:3 | 176:1 177:1 | **TRIB002947** |
| 16:20 17:18 | 159:8 165:21,25 | 140:20 141:5,11 | 178:13,15 180:7 | 173:22 |

Highly Confidential

TRIB002948 173:22
TRIB002951 173:18
TRIB003057 174:16
TRIB003059 174:16
TRIB006159 174:21
TRIB013614 172:18
TRIB013616 172:18
TRIB13614 118:5
TRIB2044 53:17
TRIB2061 53:23
TRIB2296 90:14
TRIB23 112:10
TRIB2380 98:21
TRIB2521 137:15
TRIB2637 93:25
TRIB2648 140:1
TRIB2651 146:9
TRIB2722 155:23
TRIB2774 154:11
TRIB2947 152:12
TRIB2951 149:23
TRIB37 88:16
TRIB46 112:11
tried 121:7
true 97:2,22 106:4
 139:11 163:5
 178:24
trust 51:18,20,24
 100:3,10 130:14
 130:14
trustee 126:19,22
 126:24 127:13,17
 127:20 128:1,3
 129:6,6,12,14
 130:10,25 132:7
trustees 15:14
trustee's 129:12

Trusts 26:1,19
 27:6,7 31:10,12
 31:18,19 38:17
 38:21 39:18
 51:17 52:5,8,12
 57:20 74:16
 85:21 87:13 88:9
 91:7 94:17 95:20
 97:3 100:9,20
 111:9 112:25
 113:4,7
truth 7:11 178:18
 178:19,19
try 35:20 41:6
 87:19 121:11
 124:13
trying 25:14 89:24
 123:14,19,20
 139:21 153:13
 158:15 163:9
turned 84:22
TV 9:22 23:13 65:7
two 8:25 14:3,18
 14:21 27:18,21
 28:18 32:14 36:5
 36:8 38:11 48:7
 62:14 66:2 91:25
 106:1 112:3
 113:22 119:16
 120:2 140:17
tying 124:7
type 25:23 77:2
 119:13 120:13
 137:10 145:22
 167:4
types 16:5 56:10
 56:14
typewriting 178:23
typically 76:2

_____
U
_____
UBS 95:4 107:19
Uh-huh 32:18
 76:11

ultimately 50:25
 51:15 109:15
 112:1 117:3
 126:8,12 138:19
 151:15,16 155:6
 155:11
unaffected 96:7
unanimously
 71:16
uncertainty 69:12
 83:25 139:17
underlying 70:8
 107:15
understand 7:11
 17:7 18:3,6,21
 35:19 50:14
 52:16 77:22 78:7
 80:22 105:17
 119:12,14 122:19
 131:15 134:22
 148:15 165:14
 166:13,20
understandable
 35:20 123:13
understanding 7:3
 18:22 19:5 71:24
 84:7 87:18 91:2
 105:11,19 132:20
 142:21 145:3
 148:6 155:20,21
 166:4 167:3
understood 30:2
 148:12,24
undertaken 55:16
 89:23
undertaking 37:24
undetermined
 178:10
unfavorable 86:8
unfavorable/fav...
 86:5
unfolded 77:25
University 7:19
unsolicited 101:3

102:1
Unterman 28:12
 28:13
unwind 25:19,22
 26:11,14,17 27:8
 32:17 40:8,11
 51:8 57:8
unwinding 27:11
unwound 31:12
update 56:20
 112:23
updated 55:14
updates 59:4,17
upper 102:18
upside 150:19
 152:4
urgency 83:22
 122:7,16
use 109:22 125:3
 142:23 155:12

_____
V
_____
vague 111:5
valuation 30:3,4
 60:8 69:20,23
 86:16 97:7,10,22
 104:7 105:1
 106:21 111:10
valuations 103:5
 104:23 105:12
value 18:13,17
 23:6,17 24:16
 27:16,17 33:16
 34:11 37:9 40:24
 49:15 51:16,18
 51:19,23 52:11
 52:13,15,16,17
 52:17 56:23 63:3
 63:5 64:14 65:3
 65:19 66:23 70:5
 71:3,13 77:24
 78:13,14,22 84:3
 84:3 85:7 86:9,15
 87:6 92:19 96:19

97:2,4,16,21
 103:9,10,17,19
 105:1,6,7,8,10,10
 105:21,22 106:2
 106:2,6,9,9,11,14
 106:15,16 107:15
 109:15 110:8
 117:8 123:5,14
 126:10 129:11
 130:4 135:13,25
 152:5
valued 96:24 97:12
 104:4
values 27:25
 107:25 111:13
variables 166:16
varied 52:25
various 40:25
 55:23 57:1 69:21
 81:22 129:25
vend 138:15
venture 24:15
 156:21
ventures 58:17
 67:25 68:7
verbally 116:16
verge 124:25
versus 4:4 18:15
 27:8 51:20 72:10
 97:5 106:17
 110:4 111:9
 115:2 117:12
 122:4 138:15
vest 78:9
viability 72:9
viable 111:23
Viacom 8:24 9:3,5
Vice 10:6,10,11
 11:9
video 4:2
videographer 3:15
 4:1,14 5:1,6 6:8
 36:2,7 64:16 66:1
 66:8 67:15 95:17

98:7,11 127:8
128:9,15 143:12
143:15 149:13
169:14
**videotape** 4:2 36:3
36:4,8 66:2,5,9
98:8,12 127:9
128:10,13,16
149:9,14 169:15
**videotaped** 1:16
128:16 149:14
169:16
**videotapes** 6:23
**view** 17:7 26:5
41:5,17 62:25
73:8 83:14 86:20
86:22 97:2
104:24 116:15
121:5 150:21
152:8 153:6,6,12
**viewed** 23:2 24:9
92:18 108:1,7
151:24 152:8
**views** 50:22 108:16
108:16 143:1
154:6
**vis-a-vis** 74:25
**voice** 49:17
**voiced** 124:17
**VOLUME** 170:2
**voted** 40:3
**vs** 1:7 175:5 176:1
177:1 180:7

**W**

**W** 2:12 180:6
**waived** 179:3
**waiver** 168:14
**waivers** 167:10,15
167:23 168:19
169:3
**walk** 124:23 125:7
164:5,17
**walking** 164:8,14

164:22
**walks** 164:13
**want** 22:11 23:20
32:1 38:12
102:11,14 127:3
132:21 135:25
148:21
**wanted** 17:6 25:7
61:8 83:10,24
113:13 120:9,15
131:9
**wanting** 49:18
**wants** 123:15
**Warner** 22:25,25
23:1,24 24:2,3,7
24:8,12
**wasn't** 46:18 84:13
86:7 103:22
114:5 116:13
123:16 139:6
148:25
**way** 18:12,14,16
19:6 35:9 58:1
60:15 74:8 77:8
87:20 119:16
129:10 142:20
152:9 179:10,11
**ways** 40:24 97:24
**WB** 23:2
**Wealthy** 63:16
**web** 59:7
**website** 156:23
**websites** 58:14
**Wednesday** 165:1
**week** 121:15 124:4
144:17 147:2
151:6 157:1
**weekend** 124:16
127:18 134:9
163:11,17
**weeks** 50:4
**weighed** 163:24
164:1 166:18
**went** 9:13 17:2

23:19 42:22 53:4
84:23 134:8
138:16 141:15
161:9,10
**weren't** 34:3 92:10
136:13 163:3
**West** 2:5 11:19,20
180:1
**we'll** 6:24 8:2
19:21 54:11
90:13 98:2,20
115:18 118:11
137:13 149:6
165:2
**we're** 7:12 31:3
58:13 81:7,7 85:3
124:15 125:7
157:18 165:17,22
169:7
**we've** 35:22 124:18
134:19
**WGN** 9:12
**WGNOTV** 9:15
**WGNTV** 9:6,20
13:5,7 21:12
**Whayne** 140:16,22
141:2,14
**Wheaton** 14:9
**WHEREOF**
179:13
**White** 22:6,7
**wide** 15:16,19
70:10
**William** 3:11 4:24
170:16
**willing** 145:21
**Winnetka** 5:20
**wisdom** 150:10
**withdraw** 69:13,13
**witness** 4:20 5:4,9
36:12 54:24 55:1
63:18 64:1,6
66:13 67:17
69:19 88:20

90:19 94:5 98:17
98:20 99:12
102:5 112:15
128:21 137:19
140:5 143:14
146:13 149:19
150:4 152:16
154:15 156:4
157:15,18 158:4
160:8,20,23
165:8 169:19
170:6 178:17,21
178:22 179:1
**witnessing** 116:8
**wondering** 120:11
**Woodley** 5:19
**Woodword** 8:16
**word** 34:6
**wording** 134:11
**words** 88:4 109:11
111:2
**work** 8:11 18:7
60:8 72:1,12
125:12 129:10,20
129:24 130:4,12
**worked** 8:6 22:1
72:25 77:11
93:17
**working** 47:11
109:3
**worsen** 141:2
**worsening** 115:25
**worth** 103:13
153:12
**wouldn't** 24:4
62:13 85:10
89:16 108:9
124:1 125:8
133:23 135:2
136:14 148:6
**Wright** 24:13
**Wrigley** 64:7
**writing** 102:18,19
145:9 159:1

**written** 116:18
135:22
**wrote** 132:19
133:5
**WVIT** 9:2

**X**

**X** 125:6 170:1

**Y**

**Yahoo** 114:23
**Yeah** 40:1 166:20
**year** 9:12 12:17,17
16:18 19:24
40:23 43:24
55:24 56:19
74:10 83:11
84:16 139:14,15
152:2 168:20
**years** 6:1 22:4
68:12
**yesterday** 160:17
**York** 24:4 167:13

**Z**

**Zell** 16:19 18:9
19:25 20:9 79:20
80:1 82:7,15
92:14 118:15
119:11,22 121:21
122:6,21 123:8
123:24 126:13
127:20 132:14,15
133:24 134:16
136:18 137:2
142:4 143:3
148:2,5 150:10
150:12,15,19,22
153:1,7,12
161:18 164:5,8
164:13,22 165:15
166:4,5,18
172:16
**Zell's** 17:19 142:2
142:7

**Zell/ESOP** 112:8
154:25 159:14,21

---
**$**

**$1** 43:5
**$140** 52:19
**$2** 46:2,11 101:15
101:25
**$20** 138:8
**$200** 136:25
141:23 159:22
**$23** 116:12
**$25** 134:24
**$250** 129:16
**$28** 96:8
**$29.45** 103:15
**$300** 13:25
**$31.72** 103:9,15
**$34** 103:11 137:10
145:22 146:5
160:13 164:2
**$40** 29:24 33:19
**$50** 136:24
**$55,000** 16:18

---
**0**

**002923** 174:25
**01** 10:20,20
**01:00PM** 47:5,10
**01:01PM** 47:15,20
47:25
**01:02PM** 48:5,10
**01:03PM** 48:15,20
48:25
**01:04PM** 49:5,10
**01:05PM** 49:15,20
49:25
**01:06PM** 50:5,10
50:15,20
**01:07PM** 50:25
51:5,10,15
**01:08PM** 51:20,25
52:5
**01:09PM** 52:10,15

52:20
**01:10PM** 52:25
53:5,10
**01:12PM** 53:15,20
53:25
**01:13PM** 54:5,10
**01:14PM** 54:15
**01:15PM** 54:20,25
**01:16PM** 55:5
**01:17PM** 55:10,15
55:20,25
**01:18PM** 56:5,10
56:15
**01:19PM** 56:20,25
57:5
**01:20PM** 57:10,15
57:20
**01:21PM** 57:25
58:5,10
**01:22PM** 58:15,20
58:25
59:5,10,15
**01:24PM** 59:20,25
60:5
**01:25PM** 60:10,15
60:20
**01:26PM** 60:25
61:5
**01:27PM** 61:10,15
61:20
**01:28PM** 61:25
62:5,10
**01:29PM** 62:15,20
62:25
**01:30PM** 63:5,10
63:15
**01:31PM** 63:20,25
64:5,10
**01:32PM** 64:15,20
64:25 65:5
**01:33PM** 65:10,15
65:20,25
**01:34PM** 66:5
**01:41PM** 66:10,15

66:20
**01:42PM** 66:25
67:5,10
**01:43PM** 67:15,20
67:25 68:5
**01:44PM** 68:10,15
**01:45PM** 68:20,25
69:5
**01:46PM** 69:10,15
69:20
**01:47PM** 69:25
70:5,10
**01:48PM** 70:15,20
**01:49PM** 70:25
**01:50PM** 71:5,10
71:15
**01:51PM** 71:20,25
72:5,10
**01:52PM** 72:15,20
**01:53PM** 72:25
73:5,10
**01:54PM** 73:15,20
**01:55PM** 73:25
74:5,10,15
**01:56PM** 74:20,25
**01:57PM** 75:5,10
**01:58PM** 75:15,20
75:25 76:5,10
**01:59PM** 76:15,20
76:25
**02** 10:20
**02:00PM** 77:5,10
77:15
**02:01PM** 77:20,25
78:5,10
**02:02PM** 78:15,20
**02:03PM** 78:25
79:5
**02:04PM** 79:10,15
79:20,25
**02:05PM** 80:5,10
**02:06PM** 80:15,20
80:25 81:5
**02:07PM** 81:10,15

81:20,25
**02:08PM** 82:5,10
82:15
**02:09PM** 82:20,25
83:5
**02:10PM** 83:10,15
**02:11PM** 83:20,25
**02:12PM** 84:5,10
84:15
**02:13PM** 84:20,25
85:5,10
**02:14PM** 85:15,20
**02:15PM** 85:25
86:5,10,15
**02:16PM** 86:20,25
87:5
**02:17PM** 87:10,15
87:20
**02:18PM** 87:25
88:5,10
**02:19PM** 88:15
**02:21PM** 88:20,25
**02:22PM** 89:5,10
**02:23PM** 89:15,20
89:25 90:5
**02:24PM** 90:10,15
**02:25PM** 90:20
**02:26PM** 90:25
91:5,10
**02:27PM** 91:15,20
91:25
**02:28PM** 92:5,10
92:15
**02:29PM** 92:20,25
**02:30PM** 93:5,10
93:15,20
**02:31PM** 93:25
**02:34PM** 94:5,10
**02:35PM** 94:15,20
94:25
**02:36PM** 95:5,10
95:15
**02:37PM** 95:20,25
96:5

**02:38PM** 96:10,15
96:20
**02:39PM** 96:25
97:5,10
**02:40PM** 97:15,20
97:25
**02:41PM** 98:5,10
**02:49PM** 98:15
**02:50PM** 98:20,25
99:5
**02:51PM** 99:10,15
99:20,25
**02:52PM** 100:5,10
100:15
**02:53PM** 100:20
100:25 101:5
**02:54PM** 101:10
101:15,20
**02:55PM** 101:25
102:5,10,15,20
**02:56PM** 102:25
103:5
**02:57PM** 103:10
103:15,20
**02:58PM** 103:25
104:5,10
**02:59PM** 104:15
104:20
**03** 10:24,24 21:5
21:16 68:14
**03:00PM** 104:25
105:5
**03:01PM** 105:10
105:15,20
**03:02PM** 105:25
106:5,10
**03:03PM** 106:15
106:20
**03:04PM** 106:25
107:5,10,15
**03:05PM** 107:20
**03:06PM** 107:25
108:5
**03:07PM** 108:10

Highly Confidential

| | | | | |
|---|---|---|---|---|
| 108:15,20 | **03:34PM** 121:5,10 | **04:05PM** 132:25 | 145:15 | **05:08PM** 157:15 |
| **03:08PM** 108:25 | 121:15 | 133:5 | **04:33PM** 145:20 | 157:20,25 |
| **03:09PM** 109:5,10 | **03:35PM** 121:20 | **04:06PM** 133:10 | 145:25 146:5 | **05:10PM** 158:5,10 |
| 109:15 | 121:25 122:5 | 133:15,20 | **04:34PM** 146:10 | 158:15 |
| **03:10PM** 109:20 | **03:36PM** 122:10 | **04:07PM** 133:25 | **04:37PM** 146:15 | **05:11PM** 158:20 |
| 109:25 | 122:15,20,25 | 134:5,10 | 146:20,25 147:5 | **05:12PM** 158:25 |
| **03:11PM** 110:5,10 | **03:37PM** 123:5,10 | **04:08PM** 134:15 | **04:38PM** 147:10 | 159:5,10 |
| 110:15,20 | 123:15 | 134:20 | 147:15 | **05:13PM** 159:15 |
| **03:12PM** 110:25 | **03:38PM** 123:20 | **04:09PM** 134:25 | **04:39PM** 147:20 | 159:20,25 |
| 111:5 | 123:25 | 135:5,10 | 147:25 148:5 | **05:14PM** 160:5 |
| **03:13PM** 111:10 | **03:39PM** 124:5,10 | **04:10PM** 135:15 | **04:40PM** 148:10 | **05:15PM** 160:10 |
| 111:15,20 | **03:40PM** 124:15 | 135:20 | 148:15,20,25 | 160:15,20,25 |
| **03:14PM** 111:25 | 124:20,25 | **04:11PM** 135:25 | **04:41PM** 149:5,10 | 161:5 |
| 112:5,10 | **03:41PM** 125:5,10 | 136:5,10,15 | **04:52PM** 149:15 | **05:16PM** 161:10 |
| **03:17PM** 112:15 | 125:15 | **04:12PM** 136:20 | 149:20,25 | 161:15,20 |
| 112:20,25 | **03:42PM** 125:20 | 136:25 137:5 | **04:53PM** 150:5 | **05:17PM** 161:25 |
| **03:18PM** 113:5,10 | 125:25 | **04:13PM** 137:10 | **04:54PM** 150:10 | 162:5,10 |
| 113:15 | **03:43PM** 126:5,10 | **04:14PM** 137:15 | 150:15,20 | **05:18PM** 162:15 |
| **03:19PM** 113:20 | 126:15 | **04:15PM** 137:20 | **04:55PM** 150:25 | 162:20,25 163:5 |
| 113:25 114:5 | **03:44PM** 126:20 | **04:16PM** 137:25 | 151:5,10,15 | **05:19PM** 163:10 |
| **03:20PM** 114:10 | 126:25 | 138:5 | **04:56PM** 151:20 | 163:15,20 |
| 114:15,20 | **03:45PM** 127:5,10 | **04:17PM** 138:10 | 151:25 152:5 | **05:20PM** 163:25 |
| **03:21PM** 114:25 | 127:15,20 | 138:15,20 | **04:57PM** 152:10 | 164:5,10 |
| 115:5,10 | **03:46PM** 127:25 | **04:18PM** 138:25 | **04:58PM** 152:15 | **05:21PM** 164:15 |
| **03:22PM** 115:15 | 128:5,10 | 139:5 | 152:20 | 164:20,25 165:5 |
| 115:20,25 | **03:56PM** 128:15 | **04:19PM** 139:10 | **04:59PM** 152:25 | **05:22PM** 165:10 |
| **03:23PM** 116:5,10 | 128:20,25 | 139:15,20 | 153:5 | **05:23PM** 165:15 |
| 116:15 | **03:57PM** 129:5,10 | **04:20PM** 139:25 | **05** 12:16 23:23,25 | 165:20,25 166:5 |
| **03:24PM** 116:20 | **03:58PM** 129:15 | **04:24PM** 140:5,10 | 24:18,19,21 | **05:24PM** 166:10 |
| 116:25 117:5 | 129:20 | 140:15,20,25 | 29:21 30:14 | 166:15 |
| **03:25PM** 117:10 | **03:59PM** 129:25 | **04:25PM** 141:5,10 | **05:00PM** 153:10 | **05:25PM** 166:20 |
| 117:15,20 | 130:5 | **04:26PM** 141:15 | 153:15,20,25 | 166:25 167:5,10 |
| **03:26PM** 117:25 | **04** 10:25 12:19 | 141:20 | **05:01PM** 154:5,10 | **05:26PM** 167:15 |
| 118:5 | 21:6 23:22 | **04:27PM** 141:25 | **05:02PM** 154:15 | 167:20,25 |
| **03:27PM** 118:10 | **04:00PM** 130:10 | 142:5,10,15 | 154:20 | **05:27PM** 168:5,10 |
| **03:29PM** 118:15 | 130:15,20 | **04:28PM** 142:20 | **05:03PM** 154:25 | 168:15,20 |
| 118:20 | **04:01PM** 130:25 | 142:25 143:5 | 155:5,10,15 | **05:28PM** 168:25 |
| **03:30PM** 118:25 | 131:5 | **04:29PM** 143:10 | **05:04PM** 155:20 | 169:5,10 |
| 119:5,10,15 | **04:02PM** 131:10 | 143:15,20,25 | 155:25 | **05:29PM** 169:15 |
| **03:31PM** 119:20 | 131:15,20 | **04:30PM** 144:5,10 | **05:05PM** 156:5,10 | **06** 30:24 46:25 |
| **03:32PM** 119:25 | **04:03PM** 131:25 | 144:15 | **05:06PM** 156:15 | 59:14 90:3 |
| 120:5,10,15 | 132:5 | **04:31PM** 144:20 | 156:20 | 139:15 |
| **03:33PM** 120:20 | **04:04PM** 132:10 | 144:25 | **05:07PM** 156:25 | **084-003957** 1:25 |
| 120:25 | 132:15,20 | **04:32PM** 145:5,10 | 157:5,10 | |

Highly Confidential

| 1 |
|---|
| **1** 38:5,7 99:11 146:17 170:16 173:12 |
| **1st** 84:16 85:17,17 85:17 127:18 163:12,13 |
| **1.3** 14:2,23 |
| **1.4** 14:2,23 |
| **1.5.07** 171:18 |
| **1:33** 66:3 |
| **1:41** 66:12 |
| **10** 6:1 118:4 137:14,17 150:19 172:20 |
| **10:00** 163:12,13 |
| **100** 58:4 |
| **11** 139:25 140:3 173:5 |
| **11:15** 1:22 |
| **11:15AM** 4:5,10 4:15,20 |
| **11:16** 5:7 |
| **11:16AM** 4:25 5:5 5:10,15,20 |
| **11:17AM** 5:25 6:5 6:10,15,20 |
| **11:18AM** 6:25 7:5 7:10,15 |
| **11:19AM** 7:20,25 8:5 |
| **11:20AM** 8:10,15 8:20 |
| **11:21AM** 8:25 9:5 |
| **11:22AM** 9:10,15 |
| **11:23AM** 9:20,25 10:5 |
| **11:24AM** 10:10,15 10:20 |
| **11:25AM** 10:25 11:5,10 |
| **11:26AM** 11:15,20 |
| **11:27AM** 11:25 12:5 |

| |
|---|
| **11:28AM** 12:10,15 12:20 |
| **11:29AM** 12:25 13:5,10,15 |
| **11:30AM** 13:20,25 14:5 |
| **11:31AM** 14:10,15 14:20 |
| **11:32AM** 14:25 15:5,10 |
| **11:33AM** 15:15,20 16:5,10 |
| **11:34AM** 15:25 16:5,10 |
| **11:35AM** 16:15,20 16:25 |
| **11:36AM** 16:25 17:5,10,15 |
| **11:37AM** 17:20,25 18:5 |
| **11:38AM** 18:10,15 18:20 |
| **11:39AM** 18:25 19:5,10 |
| **11:40AM** 19:15,20 19:25 20:5 |
| **11:41AM** 20:10,15 20:20,25 |
| **11:42AM** 20:20,25 22:25 |
| **11:43AM** 21:5,10 |
| **11:45AM** 21:15,20 21:25 |
| **11:46AM** 22:5,10 |
| **11:47AM** 22:15,20 22:25 23:5 |
| **11:48AM** 23:10,15 23:20 |
| **11:49AM** 23:25 24:5,10 |
| **11:50AM** 24:15,20 24:25 |
| **11:51AM** 25:5,10 25:15 |
| **11:52AM** 25:20,25 |
| **11:53AM** 26:5,10 |
| **11:54AM** 26:15,20 26:25 |
| **11:55AM** 26:25 |

| |
|---|
| 27:5,10 |
| **11:56AM** 27:15,20 27:25 |
| **11:57AM** 28:5,10 28:15,20 |
| **11:58AM** 28:25 29:5,10 |
| **11:59AM** 29:15,20 29:25 |
| **112** 172:11 |
| **118** 172:16 |
| **12** 104:12,14,21 137:23 146:8,11 171:13 172:22 173:10 |
| **12th** 88:24 116:25 139:1 |
| **12:00PM** 30:5,10 30:15 |
| **12:01PM** 30:20,25 31:5 |
| **12:02PM** 31:10,15 |
| **12:03PM** 31:20,25 32:5,10 |
| **12:04PM** 32:15,20 32:25 |
| **12:05PM** 33:5,10 |
| **12:06PM** 33:15,20 33:25 |
| **12:07PM** 34:5,10 34:15,20,25 |
| **12:08** 36:3 |
| **12:08PM** 35:5,10 35:15,20,25 |
| **12:09PM** 36:5 |
| **12:36** 36:11 |
| **12:36PM** 36:10 |
| **12:37PM** 36:15,20 |
| **12:38PM** 36:25 37:5 |
| **12:39PM** 37:10,15 37:20 |
| **12:40PM** 37:25 38:5 |

| |
|---|
| **12:41PM** 38:10 |
| **12:44PM** 38:15,20 |
| **12:45PM** 38:25 39:5,10 |
| **12:46PM** 39:15,20 |
| **12:47PM** 39:25 40:5,10 |
| **12:48PM** 40:15 |
| **12:49PM** 40:20,25 |
| **12:50PM** 41:5,10 41:15 |
| **12:51PM** 41:20,25 42:5 |
| **12:52PM** 42:10,15 42:20 |
| **12:53PM** 42:25 43:5,10 |
| **12:54PM** 43:15,20 |
| **12:55PM** 43:25 44:5,10 |
| **12:56PM** 44:15,20 44:25 45:5 |
| **12:57PM** 45:10,15 45:20 |
| **12:58PM** 45:25 46:5,10 |
| **12:59PM** 46:15,20 46:25 |
| **13** 15:4 149:22 150:2 173:15 |
| **13th** 38:17 49:2 96:5 |
| **13616** 118:5 |
| **137** 172:20 |
| **14** 104:24 106:14 152:11,14 170:4 173:20 175:14 176:3 177:3 180:8 |
| **14th** 1:20 4:9 36:9 66:11 98:14 128:18 149:16 178:7 |
| **140** 173:5 |

| |
|---|
| **146** 173:10 |
| **15** 154:10,13 174:5 180:3 |
| **15th** 179:14 |
| **150** 173:15 |
| **152** 173:20 |
| **154** 174:5 |
| **156** 174:10 |
| **158** 174:14 |
| **16** 155:23 156:2 174:10 |
| **160** 174:18 |
| **165** 174:23 |
| **17** 157:13,22 158:2 174:14 |
| **17th** 84:17 110:12 110:22 |
| **18** 9:12,16 138:7 160:3,6 174:18 |
| **19** 55:16 165:3,6 174:23 |
| **19th** 54:20 55:9 |
| **1900** 2:5 |
| **1955** 11:25 |
| **1972** 7:20 |
| **1973** 8:20 |
| **1981** 9:5 |
| **1984** 9:15 |
| **1988** 143:6 |
| **1992** 22:3 |

| 2 |
|---|
| **2** 53:16,19 54:11 70:14 101:1 170:20 |
| **2.23.07** 173:17 |
| **2.24.07** 173:21 174:7 |
| **2.27.07** 174:11 |
| **2.6.07** 172:17 |
| **2.8** 14:5 15:2 |
| **2:40** 98:8 |
| **2:49** 98:16 |
| **20** 103:3 169:18 |

171:23 172:8
**20th** 94:9 100:1
**2000** 10:6 11:5,5,6
  12:14
**2001** 74:10
**2003** 68:14 69:16
  143:7
**2004** 68:14 69:16
  69:16
**2005** 22:12 25:10
  43:2 44:2,3 57:25
**2006** 25:11 26:17
  29:5 36:17 43:13
  55:16 57:25
  69:16 72:11 73:6
  82:7 101:12
  170:21 171:8,13
**2007** 1:20 4:9
  36:10 66:11
  90:25 94:9 98:14
  100:12 101:12
  103:3 112:19
  118:14 128:18
  137:23 140:9
  146:17 149:16
  170:4 171:23
  172:8,13,22
  173:7,12 175:14
  175:23 176:3
  177:3 178:7
  179:15 180:3,8
**2008** 126:7
**2048** 70:16
**2052** 53:17
**21** 170:21 171:8
**21st** 51:5 55:8
**2107** 53:23
**213** 3:7
**229-7314** 3:7
**2297** 90:15
**23** 108:18
**23rd** 127:3
**231-1058** 2:7
**235-2400** 180:2

**24th** 152:25
**2416** 98:22
**2450** 140:1
**25** 13:22
**250** 136:21
**2539** 137:15
**26th** 49:10
**2639** 94:1
**2653** 146:9
**27** 96:8 116:12
**2723** 155:24
**2775** 154:11
**29.45** 103:14
**2922** 165:4
**2923** 165:4
**2948** 152:12

_____
**3**
**3** 53:22 54:2,5,10
  61:14,16 101:2
  112:19 167:25
  171:5 172:13
**3,000** 11:20
**3.19.07** 174:15
**3.31.07** 174:20
**3:46** 128:11
**3:56** 128:20
**30** 140:9 149:11
  173:7
**30th** 144:18 145:5
  162:7,8 163:10
**305** 157:14
**3057** 157:23
**3059** 157:23
**31st** 31:12 124:16
  127:18 160:11
  161:4,25 163:11
  163:14
**31.72** 103:15
**312** 2:15
**33** 61:4
**333** 3:5
**34** 106:21
**36** 82:12

**37** 169:18
**38** 29:24 33:19
  88:16 170:16

_____
**4**
**4** 55:13 88:15,18
  102:3,25 171:11
**4.5.07** 174:24
**4:41** 149:10
**4:51** 149:17
**40s** 96:6
**45** 149:11
**47** 112:11

_____
**5**
**5** 6:1 54:6 62:1
  70:15 90:14,17
  150:17 170:8
  171:16
**5th** 165:12
**5:28** 169:17
**50** 13:11
**50/50** 52:25 53:1
**500** 156:16
**53** 170:20
**54** 171:5
**550** 180:1
**57** 66:4 128:12

_____
**6**
**6** 8:5 54:6 66:16
  93:25 94:3
  118:14 126:5
  134:20 135:16
  168:1 171:21
**6.13.06** 170:18
**600** 180:1
**60093** 5:20
**60603** 2:14 180:5
**6159** 160:4
**619** 2:7 180:2
**655** 2:5

_____
**7**
**7** 54:6 69:18 98:21

98:24 172:5
**7-year** 25:18 26:24
**72** 5:19
**74** 8:20,22,23
**76** 8:23

_____
**8**
**8** 112:10,13 168:1
  172:11
**8.3** 106:17
**8.9** 106:17,22
**80** 23:1
**80s** 21:11,22
**82** 9:5,6
**85** 9:16,18
**853-7621** 2:15
**87** 9:19
**88** 171:11

_____
**9**
**9** 118:7,11 172:16
**90** 171:16
**90s** 20:23
**90071** 3:6
**92** 9:21
**92101** 2:6 180:2
**94** 171:21
**97** 25:6 73:17
**98** 9:22 25:6 172:5