Confidential Discussion Materials Prepared for:

## Committee of Independent Directors of the Board of Directors of Tribune

March 21, 2007

Strictly Private and Confidential

TRB0440057
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Overview of Transaction Alternatives

| Transaction Description | $17.50 / Share Recapitalization with B&E Spin | ESOP / LBO |
|---|---|---|
| **Transaction Description** | • $17.50/share distribution to shareholders<br>• Subsequent spin-off of B&E (B&E pays common dividends post spin) | • Acquisition at $33.61/share assuming a YE '07 transaction close in two steps<br>  -- $17.50/share up-front distribution to shareholders<br>  -- $16.11/share in the merger<br>• Zell and newly formed ESOP purchase $500 million of company securities<br>• Zell interest converted at transaction close into debt plus warrant for 38% of equity<br>• ESOP interest converted into equity of the company |
| **Total Debt at Transaction Close** | $8.7 billion | $12.7 billion |
| **PF Leverage / Trailing EBITDA** | 6.7x | 8.9x |
| **Anticipated Ratings** | B1/B+ (Tribune Corp)<br>B1/B+ to Ba3/BB- (B&E SpinCo) | B2/B |
| **Change in Shareholder Base** | • McCormick Foundation negotiating to purchase some of the Chandler Trusts shares<br>• Transition to holders of leveraged equities<br>• Rotation away from Publishing investors to Broadcasting investors post-spin | • Privately owned |
| **Anticipated Timing** | • Mid-May cash distribution<br>• Q3/Q4 B&E spin-off | • Mid-May cash distribution<br>• Potential for a Q4 '07 transaction close; risk of Q1/Q2 '08 transaction close |
| **Risk of Consummation** | • Deterioration of Publishing EBITDA prevents spin-off of B&E through the debt covenants | • Solvency Opinion at close of merger<br>• FCC risk to back-end merger |

1



TRB0440058
**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

# ESOP / LBO Transaction Overview

| Step 1 (Q2 '07): Initial Distribution of Capital (Share Repurchase) | Step 2 (Q4 '07): Transaction closes / 2nd Distribution of Capital (Share Redemption) | Post-Close |
|---|---|---|

  

## Transaction Details

| | |
|---|---|
| **Step 1** | • Tribune raises $7.3 billion of new debt (Total Debt of 6.6x LTM EBITDA, New Debt of 5.1x LTM EBITDA)<br>• Zell contributes $250 million of cash to purchase 7.6 million shares at $33/share<br>• Tribune (ESOP) purchases $250 million of newly issued shares at market (as defined)<br>• Tribune distributes $17.50 to existing shareholders via a repurchase of 128.5 million shares at $33/share |
| **Step 2 / Post Close** | • Tribune raises an additional $4.3 billion of debt and redeems remaining public and Zell common shares for $33/share in cash plus interest<br>   – 5% interest on $33 price from date of announcement to closing<br>• Zell purchases $225mm of Subordinated Notes / Warrant<br>   – Warrant allows Zell to purchase 38% of Tribune for $350 million<br>• ESOP owns 100% of the common stock of Tribune initially<br>• S-Corp election made at beginning of '08 or '09 |

• The Step 1 Transaction Details are similar in the Recapitalization / B&E Spin-Off (excluding the ESOP participation and Zell's $250 million cash contribution)

• If second step of Zell Transaction does not close:
  – Same financial impact to Tribune and its shareholders as recap except
    ▪ Zell has invested $250mm new money in Tribune

• Employees have invested $250mm in future cash compensation in Tribune

• B&E Spin delayed

• Shareholder / Employee disruption due to failed Zell deal

2

citigroup

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Comparative Sources & Uses and Total Debt

($ in millions)

| Balance Sheet Date | $17.50 / Share Recapitalization with B&E Spin Q2 & Q3 2007 | ESOP / LBO [1] Q2 & Q4 2007 | |
|---|---|---|---|
| **Sources** | | | |
| New Bank Debt | $7,190 | $9,411 | |
| New Senior Notes | 0 | 2,100 | |
| Roll Existing Debt / PHONES | 2,421 | 2,158 | |
| Cash | 143 | 217 | |
| Subordinated Debt & Warrant (Zell) | -- | 225 | Zell Investment |
| **Total Sources** | **$9,754** | **$14,111** | |
| | | | |
| **Uses** | | | |
| Purchase of Equity / Distribution to Shareholders | $4,351 | $8,435 | $4.2bn in share repurchase and $4.2bn in merger |
| Refinance Existing Debt | 2,842 | 3,104 | |
| Roll Existing Debt | 2,421 | 2,158 | |
| Financing / Transaction Fee & COC Payments | 140 | 413 | |
| **Total Uses** | **$9,754** | **$14,111** | |
| | | | |
| Revolving Credit Facility ($750mm Capacity) | -- | -- | |
| New Term Loan A | $2,500 | -- | |
| New Term Loan B | 4,690 | $9,411 | |
| New Senior Notes | -- | 2,100 | |
| Rolled Existing Notes | 1,521 | 1,258 | |
| PHONES | 900 | 900 | |
| **Total Debt at Close** | **$9,611** | **$13,669** | |
| 2007 FCF and Cubs / Comcast After-Tax Proceeds | (879) | (922) | |
| **Total YE 2007 Debt** | **$8,732** | **$12,747** | |

(1)  Does not reflect Zell's initial $250 million investment.

3



TRB0440060
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Components of Cash Flow

Although interest expense is higher in the Zell / ESOP LBO proposal, lower cash costs and reduction of income taxes make the two transactions similar in terms of free cash flow.  The rating agencies are expected to rate the ESOP / LBO transaction debt one notch lower than in the Recap / Spin.

| 2008E Metric | $17.50 / Share Recapitalization with B&E Spin | ESOP / LBO | Recap / Spin vs. ESOP / LBO Difference |
|---|---|---|---|
| **Adjusted EBITDA** | **$1,460** | **$1,460** | |
| Less: 401(k) and Other Expense Reductions / Additions | (3) | 80 | |
| **PF Adjusted EBITDA** | **$1,457** | **$1,540** | + $83 |
| Less: Cash Taxes | (214) | (13) | + 201 |
| Less: Cash Interest Expense, net | (571) | (902) | (331) |
| Less: Capex / Investments / Other | (310) | (310) | |
| Less: Common Dividend | (25) | 0 | 25 |
| **FCF Available for Debt Repayment** | **$337** | **$316** | |
| | | | |
| **FCF Available for Debt Repayment** | | | |
| 2008E | $337 | $316 | |
| 2009E | 434 | 422 | |
| 2010E | 524 | 486 | |
| 2011E | 559 | 532 | |
| 2012E | 614 | 601 | |
| **Cumulative (2008-2012)** | **$2,468** | **$2,357** | |
| **Cumulative (2008-2017)** | **$6,342** | **$6,338** | |
| | | | |
| **Percentage of Debt Paid-Down (2008-2012)** | **27%** | **17%** | |
| **Percentage of Debt Paid-Down (2008-2017)** | **66** | **49** | |
| **After-Tax Fixed Charge Coverage Ratio** | | | |
| 2008E | 1.6x | 1.3x | |
| 2012E | 1.9 | 1.6 | |
| 2017E | 4.0 | 2.6 | |

4



TRB0440061
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Theoretical Adjustments to ESOP Debt

|                                                    | 5 Year   | 10 Year  |
| -------------------------------------------------- | -------- | -------- |
| Total Pro Forma Debt at 12/31/07                   | $12,747  | $12,747  |
| Present Value of Tax Savings From S Corp. Election | $408     | $920     |
| Present Value of Compensation Savings              | 227      | 369      |
| Present Value of Corporate Cost Savings            | 76       | 123      |
| **Total Present Value of Savings**                 | **$711** | **$1,411** |
| **"Adjusted" Debt**                                | **$12,036** | **$11,336** |

5



TRB0440062
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Relative Value to Shareholders

- ESOP proposal
  represents a 24%
  premium to the low
  value end of the
  recapitalization with
  B&E Spin and a 4%
  discount to the high
  end

- Recapitalization with
  B&E Spin creates
  ~$0.50 - $3.00 per
  share of incremental
  value relative to a
  Whole Company
  recapitalization



| FV / '07 EBITDA Multiples | | | |
|---|---|---|---|
| Publishing | 7.25x | 8.75x | -- |
| Broadcasting | 8.5x | 10.0x | -- |



TRB0440063
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Projected Stock Price – Trading Range of Publishing + B&E



PV of Projected Stock Price – Mgmt Case [1]

PV of Projected Stock Price – Pub Down 2% / Flat B&E OCF Case [1]

| | Assumed FV / EBITDA Multiple | |
|---|---|---|
| | Publishing | B&E |
| Revised Mgmt Plan | 7.5 – 8.0x | 8.5 – 9.25x |
| 2% Pub Ad Rev Decline / Flat B&E OCF | 6.75 – 7.25x | 7.75 – 8.5x |

7   (1) Discounted at 10% cost of equity.  PV includes $17.50/share of cash dividend.



TRB0440064
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Indicative Terms – Step 1 of Two-Step Financing

| | | |
|---|---|---|
| **Borrower / Issuer:** | **Tower** | |
| **Facility / Issue:** | Revolver | 1st Lien Term Loan B |
| **Security:** | Stock of Subsidiaries | |
| **Guarantees:** | All domestic subsidiaries of the Borrower | |
| **Principal Amount:** | $750 mm [1] | $7,259 mm |
| **Maturity:** | 6 years | 7 years |
| **Incremental:** | -- | An incremental facility of up to $2,155 million will be available in connection with Zell transaction only [2][3] |
| **Assumed Corporate Ratings:** | B2/B | |
| **Indicative Pricing:** | L+250 bps | |
| | One-time 25 bps step-down with corporate ratings upgrade to B1/B+ | |
| **Undrawn Pricing:** | 50 bps | -- |
| **Optional Redemption:** | Anytime at par | |
| **Amortization:** | None | Equal quarterly installments at a rate of 1% annually, bullet at maturity |
| **Financial Covenants:** | Total Guaranteed Debt Leverage Ratio | |
| | Interest Coverage Ratio | |
| | Covenants set to accommodate Zell transaction (i.e., two sets of covenant levels) | |
| **Other Covenants / Conditions:** | Carve-out in Credit Agreement to accommodate Zell and ESOP as owners without change of control | |
| | Up to 12 months post-closing to consummate Zell transaction | |
| | Ability to incur up to $4,250 million of bonds less the amount of the incremental in connection with Zell transaction only [3] | |
| | No changes to ESOP structure adverse to lenders | |
| | Board approval of S-Corp election | |
| | Incremental $100mm cash equity from Zell if S-Corp election not made before March 15, 2008 | |
| **Other Issues:** | Pro forma financials for ESOP / Zell transaction will be required | |
| **Price Flex:** | 50 bps | |
| **Underwriting Fee** | 1.75% | |

(1)  Unfunded at close.
(2)  Fully committed by Merrill Lynch, Citigroup and JP Morgan.
(3)  Debt structure can also include an asset sale interim term loan to be taken out with proceeds from a sale of Cubs/Comcast.

8



TRB0440065
**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

# Indicative Terms – Step 2 of Two-Step Financing

## Permanent Financing

| | |
|---|---|
| **Borrower / Issuer:** | **Tower**<br>**(Same Borrower As Existing)** |
| **Facility / Issue:** | Term Loan B |
| **Security:** | Stock of Subsidiaries |
| **Guarantees:** | All domestic subsidiaries of the Borrower |
| **Principal Amount:** | $2,152 [1] |
| **Maturity:** | 7 years |
| **Assumed Corporate Ratings:** | B2/B |
| **Indicative Pricing:** | L+250 bps |
| **Undrawn Pricing:** | -- |
| **Optional Redemption:** | Anytime at par |
| **Amortization:** | Equal quarterly installments 1% annually, bullet at maturity |
| **Financial Covenants:** | Total Guaranteed Debt Leverage Ratio<br>Interest Coverage Ratio |
| **Significant Conditions:** | No changes to ESOP structure averse to lenders as well as legal and tax due diligence outs<br>Board approval of S-Corp election<br>Incremental $100mm cash equity from Zell if S-Corp election not made before March 15, 2008 |
| **Price Flex:** | 50 bps |
| **Structure Flex:** | Ability to move 1.0x EBITDA to Senior Notes |
| **Underwriting Fee** | 1.75% |

9    (1)    Debt structure can also include an asset sale interim term loan to be taken out with proceeds from a sale of Cubs/Comcast.



TRB0440066
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Indicative Terms – Step 2 of Two-Step Financing

## Interim Financing

| Borrower / Issuer: | Tower<br>(Same Borrower As Existing) |
|---|---|
| Facility: | Senior Interim Loan |
| Amount: | $2,100 mm [1] |
| Guarantees: | Senior Subordinated |
| Security: | None |
| Tenor: | 1-year / 7 year Exchanges Notes |
| Assumed Ratings: | Caa1/CCC+ [2] |
| Indicative Pricing: | L+450 bps |
| Interest Rate Step-Ups: | 50 bps every three months from the funding date |
| Commitment Fee: | 75 bps |
| Funding Fee: | 1.25% (with rebates) |
| Gross / Rollover Fee: | 2.00% |
| Significant Conditions: | No changes to ESOP structure averse to lenders as well as legal and tax due diligence outs |
| | Board approval of S-Corp election |
| | Incremental $100mm cash equity from Zell if S-Corp election not made before March 15, 2008 |
| | Maximum Total Debt Leverage ratio excluding PHONES of 9.0x pro forma for Zell transaction |
| Interest Rate Caps: | 11.50% |



10
(1)  Debt structure can also include an asset sale interim term loan to be taken out with proceeds from a sale of Cubs/Comcast.
(2)  Assumes corporate ratings of B2/B.



**TRB0440067**
**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

# Pro Forma Capitalization

| | Pro Forma 3/31/2007 | Projected 12/31/2007 | Acquisition Adjustments | Pro Forma 12/31/2007 | Sale of Cubs / Comcast | Pro Forma 12/31/2007 |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $190 | $175 | -- | $175 | -- | $175 |
| Revolving Credit Facility | -- | -- | -- | -- | -- | -- |
| New Term Loan B | $7,259 | $6,953 [1] | 2,152 | $9,104 | ($602) | $8,503 |
| **1st Priority Guaranteed Debt** | **$7,259** | **$6,953** | | **$9,104** | | **$8,503** |
| New Senior Notes | -- | -- | 2,100 | 2,100 | -- | 2,100 |
| **Guaranteed Debt** | **$7,259** | **$6,953** | | **$11,204** | | **$10,603** |
| Commercial Paper | -- | -- | -- | -- | -- | -- |
| Term Loan A | -- | -- | -- | -- | -- | -- |
| Bridge Loan | -- | -- | -- | -- | -- | -- |
| Medium Term Notes | -- | -- | -- | -- | -- | -- |
| Existing Notes | $1,165 | $1,166 | -- | $1,166 | -- | $1,166 |
| Capitalized Real Estate Obligation | 51 | 36 | -- | 36 | -- | 36 |
| Swaps and Other Obligations | 42 | 43 | -- | 43 | -- | 43 |
| **Senior Debt** | **$8,517** | **$8,197** | | **$12,449** | | **$11,847** |
| PHONES | 900 | 900 | -- | 900 | -- | 900 |
| **Total Debt** | **$9,417** | **$9,097** | | **$13,349** | | **$12,747** |
| Less: PV of Cost Savings [2] | -- | -- | (1,411) | (1,411) | -- | (1,411) |
| **Total Adj Debt** | **$9,417** | **$9,097** | | **$11,937** | | **$11,336** |
| **Credit Statistics** | | | | | | |
| LTM PF Adj EBITDA | $1,425 | $1,389 | | $1,469 [3] | | $1,434 [3] |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 5.1x | 5.0x | | 6.2x | | 5.9x |
| Guaranteed Debt / LTM PF Adj EBITDA | 5.1 | 5.0 | | 7.6 | | 7.4 |
| Senior Debt / LTM PF Adj EBITDA | 6.0 | 5.9 | | 8.5 | | 8.3 |
| Total Debt / LTM PF Adj EBITDA | 6.6 | 6.5 | | 9.1 | | 8.9 |
| Total Adj Debt / LTM PF Adj EBITDA | 6.6 | 6.5 | | 8.1 | | 7.9 |

11

(1) Assumes $54mm of mandatory amortization and excess cash flows of $252mm for Q2-Q4
(2) Includes 10-Year PV of Tax Savings from S-Corp election, compensation savings and other corporate cost savings.
(3) Pro forma for $80mm of incremental cash cost savings.



TRB0440068
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Disclaimer

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This presentation is confidential, for your private use only, and may not be shared with others (other than your advisors) without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the proposal and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This presentation is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking the proposed transaction.

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any transaction contemplated hereby (a "Transaction").

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of the Transaction. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citigroup corporate bond research or economic and market analysis, Citigroup policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citigroup has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2006 Citigroup Global Markets Inc. Member SIPC. All rights reserved. CITIGROUP and the Umbrella Device are trademarks and service marks of Citigroup or its affiliates and are used and registered throughout the world.

citigroup
corporate and investment banking

TRB0440069
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only