

CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

# TRIBUNE COMPANY

## SPECIAL COMMITTEE OF THE

## BOARD OF DIRECTORS MEETING

### MARCH 21, 2007

    Pursuant to notice, a telephonic meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at 5:00 P.M. on March 21, 2007. All of the members of the Committee were in attendance: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Also in attendance were Messrs. Dennis J. FitzSimons, Donald C. Grenesko, Crane H. Kenney and Thomas D. Leach of the Company; Messrs. Charles W. Mulaney, Jr. and Ivan A. Schlager of Skadden, Arps, Slate, Meagher & Flom LLP; Messrs. Thomas A. Cole and Clark R. Wadlow of Sidley Austin LLP; Mr. Steven A. Rosenblum of Wachtell, Lipton, Rosen & Katz; Mr. William W. Merten of McDermott Will & Emery; Mr. Michael Costa of Merrill Lynch & Co.; Ms. Christina Mohr of Citigroup; and Messrs. Paul Taubman and Thomas Whayne of Morgan Stanley.

    Mr. Osborn called the meeting to order and gave a brief overview of developments since the last Committee meeting.

    At the request of Mr. Osborn, Mr. Grenesko, referring to materials previously distributed to the members of the Committee, reviewed the Company's recent financial results compared to both the applicable prior year periods and the Company's operating plan, including a discussion of the factors impacting recent financial performance. Questions and a discussion followed.

    Referring to materials distributed previously to the members of the Committee, Mr. Rosenblum reviewed the terms of the Zell/ESOP proposal, including the overall improvements that had been made to such proposal and the terms and conditions of Mr. Zell's investment, the ESOP's stock purchase and the merger transaction. Mr. Rosenblum also reviewed certain other aspects of the proposed transaction, including the arrangements between Mr. Zell and the ESOP regarding post-closing governance matters and the potential timeline for the transaction. Questions and a discussion followed.

REDACTED

Mr. Grenesko reported to the Committee on the process the Company used in identifying potential ESOP trustees, including contacts with two potential trustees who declined the opportunity to serve as trustee due to concerns about becoming involved with the Company in light of the situation with the Chandlers. Questions and a full discussion followed.

Mr. Kenney then introduced Mr. Wadlow of Sidley Austin, FCC regulatory counsel to the Company. Mr. Wadlow reviewed the FCC approvals that would be required in

REDACTED

Messrs. Wadlow and Schlager then left the meeting.

At the request of Mr. Osborn, Marilyn Marchetti, Senior Vice President of GreatBanc Trust Company, and Elyse Bluth, Managing Director of Duff & Phelps, LLC joined the meeting. Mr. Osborn noted that resumes and other materials regarding the ESOP practices of GreatBanc and Duff & Phelps had been previously distributed to members of the Committee. Referring to these previously distributed materials, Ms. Marchetti presented her credentials to the Committee, including her and GreatBanc's extensive experience with ESOP transactions. Ms. Marchetti described the advisors that GreatBanc would hire and the due diligence process that the firm would undertake relating to the Zell/ESOP transaction. Ms. Marchetti also noted the considerations that GreatBanc would take into account as the ESOP trustee. Ms. Bluth then described Duff & Phelps's qualifications as an advisor on ESOP transactions, including its experience with developing valuation reports in the context of ESOP transactions. Ms. Bluth reviewed the background work that would go into generating a valuation report and a solvency opinion for the Zell/ESOP proposal. Questions and a full discussion ensued. Mr. Osborn then excused representatives of GreatBanc, Duff & Phelps and McDermott Will from the meeting.

Referring to materials that had been previously distributed to members of the Committee, Mr. Costa presented Merrill Lynch and Citigroup's review of the financial terms of the Zell/ESOP transaction compared to a potential recapitalization transaction consisting of a special dividend and subsequent spin-off of the broadcasting business. Mr. Costa reviewed the terms of the proposed financing and the sources and uses of funds for each transaction. Mr. Costa also discussed the impact of the tax attributes of the Zell/ESOP transaction on the Company's free cash flow and its ability to service additional debt. Mr. Costa then reviewed the relative value to the Company's shareholders of the recapitalization transaction compared to the Zell/ESOP transaction, including a detailed discussion of the likely trading values of the stock of

TRIB 002645
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0008788

the publishing and broadcasting companies following the recapitalization under various scenarios. Questions and a full discussion ensued.

Referring to materials that had been previously distributed to members of the Committee, Mr. Whayne presented Morgan Stanley's review of the financial terms of the Zell/ESOP transaction under various assumptions as to the timing of the closing of the transaction. Mr. Whayne also reviewed recent trading metrics for comparable companies. Mr. Whayne then reviewed in detail a potential range of values offered by the recapitalization transaction based on the likely trading multiples applicable to the publishing and broadcasting businesses following the recapitalization and the Company's financial performance under three scenarios: management's current operating plan, research analysts' projections and management's downside case. Questions and a full discussion ensued.

Mr. Osborn then excused representatives of the Company, Merrill Lynch, Citigroup, Sidley Austin and Wachtell Lipton.

The Committee and its advisors discussed at length the relative advantages and disadvantages of the Zell/ESOP proposal and the recapitalization transaction, including the risks and uncertainties of the current operating environment and the valuation issues in analyzing the trading prices for the broadcasting and publishing companies following the recapitalization. The Committee and its advisors then discussed possible further improvements in the terms of the Zell/ESOP proposal. Following such discussion, it was the sense of the Committee that the Zell/ESOP transaction should be pursued further and that Mr. Osborn and the Committee's advisors should undertake to obtain further improvements to the economic, likelihood of closing and other aspects of the Zell/ESOP proposal.

Following further discussion, the meeting was adjourned.

TRIB 002646
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0008789