# Project Tower

Presentation to the Committee of Independent
Directors of the Board of Directors of Tribune

**21 March 2007**

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64830

**Project Tower**

# Tower Valuation Matrix

## Tower Capitalization
### $MM

| | |
|---|---|
| Current Share Price [1] | $28.81 |
| FDSO (MM) | 242.0 |
| **Equity Value** | **$6,973** |
| Debt [2] | 5,333 |
| Cash | 175 |
| Net Debt | $5,158 |
| **Agg. Value (incl. Unconsolidated assets)** | **$12,131** |
| Less: Unconsolidated Assets | 2,200 |
| **Agg. Value (excl. Unconsolidated assets)** | **$9,931** |

## Diversified Comparables Multiples
### x

| | AV/EBITDA | | P/E | |
|---|---|---|---|---|
| | 2007E | 2008E | 2007E | 2008E |
| Gannett | 8.0x | 7.9x | 11.9x | 11.1x |
| Belo | 8.5x | 7.6x | 17.6x | 14.1x |
| Media General | 8.0x | 7.1x | 17.7x | 13.3x |
| **Mean** | **8.2x** | **7.5x** | **15.7x** | **12.8x** |
| **Median** | **8.0x** | **7.6x** | **17.6x** | **13.3x** |

## Unconsolidated Assets
### $MM

| | Assumed Value |
|---|---|
| **Publishing Assets** | |
| Career Builder | 650 |
| Other Interactive Assets | 150 |
| Total Publishing | $800 |
| **Broadcasting Assets** | |
| Chicago Cubs | 450 |
| Food Network | 800 |
| Comcast SportsNet | 150 |
| Total Broadcasting | $1,400 |
| **Total Unconsolidated Assets** | **2,200** |

## Tower Valuation Matrix
### $MM, except per share data

| Price | % Prem. / (Disc.) to Current | Equity Value | Agg. Value (incl. Uncons. Assets) [2] | Agg. Value (excl. Uncons. Assets) [2][4] | Agg. Value/EBITDA (excl. uncons. assets) Management 2007 | Management 2008 | Research 2007 | Research 2008 | P/E Management 2007 | Management 2008 | Research 2007 | Research 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $28.81 | | | Statistic | $1,245 | $1,311 | $1,246 | $1,274 | $1.98 | $2.21 | $1.98 | $2.12 |
| $26.00 | (10%) | $6,293 | $11,451 | $9,251 | 7.4x | 7.1x | 7.4x | 7.3x | 13.1x | 11.7x | 13.1x | 12.2x |
| 27.00 | (6%) | 6,535 | 11,693 | 9,493 | 7.6 | 7.2 | 7.6 | 7.5 | 13.6 | 12.2 | 13.7 | 12.7 |
| 28.00 | (3%) | 6,777 | 11,935 | 9,735 | 7.8 | 7.4 | 7.8 | 7.6 | 14.1 | 12.6 | 14.2 | 13.2 |
| 28.81 | 0% | 6,973 | 12,131 | 9,931 | 8.0 | 7.6 | 8.0 | 7.8 | 14.6 | 13.0 | 14.6 | 13.6 |
| 30.00 | 4% | 7,261 | 12,419 | 10,219 | 8.2 | 7.8 | 8.2 | 8.0 | 15.2 | 13.5 | 15.2 | 14.1 |
| 31.00 | 8% | 7,503 | 12,661 | 10,461 | 8.4 | 8.0 | 8.4 | 8.2 | 15.7 | 14.0 | 15.7 | 14.6 |
| 32.00 | 11% | 7,745 | 12,903 | 10,703 | 8.6 | 8.2 | 8.6 | 8.4 | 16.2 | 14.5 | 16.2 | 15.1 |
| 33.00 | 15% | 7,987 | 13,145 | 10,945 | 8.8 | 8.4 | 8.8 | 8.6 | 16.7 | 14.9 | 16.7 | 15.5 |
| 34.00 | 18% | 8,229 | 13,387 | 11,187 | 9.0 | 8.5 | 9.0 | 8.8 | 17.2 | 15.4 | 17.2 | 16.0 |
| 35.00 | 21% | 8,471 | 13,629 | 11,429 | 9.2 | 8.7 | 9.2 | 9.0 | 17.7 | 15.8 | 17.7 | 16.5 |
| 36.00 | 25% | 8,713 | 13,871 | 11,671 | 9.4 | 8.9 | 9.4 | 9.2 | 18.2 | 16.3 | 18.2 | 16.9 |

⬭ = Comparable Companies Mean / Median [5]

**Notes**
1. Share price as of March 20, 2007
2. Aggregate Value including unconsolidated assets defined as Equity Value + Net Debt
3. Assumes PHONES valued at $900MM
4. Unconsolidated assets include Food Network ($800MM), CareerBuilder ($650MM), Comcast Sportsnet ($150MM), Cubs ($450MM) and other interactive assets ($150MM)
5. Comparable companies include Gannett, Belo and Media General

## Morgan Stanley

1

MS 64831

**Project Tower**

# Zell Proposal Perspectives

- The current Zell Proposal contemplates that, upon consummation of the merger, Tower shareholders shall receive a cash amount equal to:
  - $33 per share (the "Merger Consideration"); plus
  - A ticking fee of 5% per annum accruing daily on the Merger Consideration beginning on the date of the merger agreement through and including the date of consummation of the merger
- The economic value of the proposal to Tower shareholders is a function of the time to close and the appropriate risk-adjusted return

| Economic Value of Zell Proposal Today | | | |
|---|---|---|---|
| Assumed | Assumed Cost of Equity | | |
| Time to Close | 8% | 10% | 12% |
| 6 Months | $32.54 | $32.24 | $31.95 |
| 9 Months | 32.31 | 31.87 | 31.44 |
| 12 Months | 32.08 | 31.50 | 30.94 |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64832

Project Tower

# Comparable Companies: February 11 vs. Today

• Comparable trading multiples have fallen since our February 12 meeting

**Peers Stock Price Performance: February 11 vs. Today** [1][2]
%



Source   FactSet

**2007 EBITDA Multiples: February 11 vs. Today** [1]
x



Source   Wall Street Research

**Morgan Stanley**

Notes
1.  Current share prices are as of March 20, 2007
2.  Represents total return from February 11, 2007 to March 20, 2007

3

MS 64833

**Project Tower**

# Recapitalization Package Value – $17.50 Dividend

**Includes Upfront Cash Distribution and Publishing and Broadcasting Equity Values**

- Recapitalization package value includes:
  - $17.50 distribution
  - Equity Value of Publishing assuming 8x EBITDA
  - Equity Value of Broadcasting (9x to 11x EBITDA)
- Equity values based on present value of projected stock price at year end 2009 (i.e., 3-year discounted equity value) [1]



**Notes**
1. Assumes unconsolidated assets currently valued at $1,600MM (Food Network: $800MM; CareerBuilder: $650MM; Other Interactive Assets: $150MM) and that unconsolidated asset value grows at 8% per year
2. Assumed forward EBITDA multiple at year end 2009
3. For each scenario, equity values are based on PV of projected stock price at year end 2009, assuming a 11% cost of equity

**Morgan Stanley**

4

MS 64834

**Project Tower**

# Recapitalization Package Value – $17.50 Dividend

## Includes Upfront Cash Distribution and Publishing and Broadcasting Equity Values

- Recapitalization package value includes:
  - $17.50 distribution
  - Equity Value of Publishing assuming 7.5x EBITDA
  - Equity Value of Broadcasting (9x to 11x EBITDA)
- Equity values based on present value of projected stock price at year end 2009 (i.e., 3-year discounted equity value) [1]



Notes
1. Assumes unconsolidated assets currently valued at $1,600MM (Food Network: $800MM; CareerBuilder: $650MM; Other Interactive Assets: $150MM) and that unconsolidated asset value grows at 8% per year
2. Assumed forward EBITDA multiple at year end 2009
3. For each scenario, equity values are based on PV of projected stock price at year end 2009, assuming a 11% cost of equity

**Morgan Stanley**                                                                 5