March 23, 2007

Board of Directors
Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
Attention: Mr. Dennis FitzSimons

Gentlemen & Ladies:

As you know we have previously proposed a $13 billion recapitalization transaction which would have offered Tribune shareholders immediate value in excess of $34.00 a share. Since the time the Board decided not to pursue our proposal, we have been following the reports in the press concerning possible alternative transactions, including an ESOP transaction which the Company apparently has developed with its advisors. According to the press reports Tribune has been discussing its ESOP proposal with Sam Zell, a prominent investor residing in the Chicago area. It is now being reported that Mr. Zell is pursuing an ESOP transaction valued at $33.00 a share. Yucaipa has considered similar ESOP transactions in the past and is familiar with the general structure of these proposals and the benefits they may provide.

What we don't understand is why Tribune would develop such a proposal and then limit its discussions to a single proposed investor. It has been reported to us that your advisors, Merrill Lynch and Citigroup, have shopped our bid to other private equity firms. How can the Board now be certain that another investor would not be willing to pursue a transaction using this ESOP structure at a higher price? We would be more than willing to review the terms of the Company's ESOP proposal and promptly advise the Board whether we believe we could deliver a higher value to Tribune shareholders than is currently on the table. Given the amount of time and expense that we have invested in developing an attractive proposal for Tribune shareholders, we simply do not understand why we have not been contacted about our interest in pursuing the ESOP transaction currently being developed. Our prior efforts should more than qualify us as serious bidders. In fact, after the Board decided to halt discussions with us, we received information that suggested that some critical information affecting Tribune's value was not made available to us as we were developing our original proposal.

If the Company has spent its own resources to hire specialized advisors to develop a transaction structure that one investor finds attractive, there is good reason to believe that others would as well. We clearly have demonstrated our strong belief in the value of the Company's assets and have tried to follow the process you established. Why has that process now been abandoned?

If you feel that our evaluation of the new proposal would be in the best interest of your shareholders, I would encourage you to contact either Pete Adamson at The Broad Investment Company at (310) 954-5038 or Ira Tochner at The Yucaipa Companies at (310) 228-2898. We look forward to hearing from you.

LA\1703137.1

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0529338

Sincerely,

_____
Eli Broad
The Broad Investment Company, Inc.

_____
Ronald W. Burkle
The Yucaipa Companies, LLC

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0529339