March 29, 2007

Board of Directors
Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
Attention: Mr. Dennis FitzSimons

Gentlemen and Ladies:

As you know, we have spent considerable time and resources, and have completed our due diligence. Previously we made an offer that was valued at $34 per share in which we were to invest $500 million and receive warrants for 40% of the Company.

We have reviewed the ESOP recapitalization of the Company and have concluded that our $34 per share, $500 million investment and 40% warrant offer will work within the Company's ESOP recapitalization plan.

As we understand it, the transaction has two primary components: (1) an initial self-tender and ESOP formation; and (2) following the receipt of regulatory approvals, a second step merger and S-Corporation election.

With regard to financing, we understand that financing is readily available to the Company and the ESOP.

We have endeavored to collect all of the work product the Company and its advisors have produced. We have received some of it.

Please consider this letter as our willingness to enter a definitive contract offering shareholders $34 per share, our making a $500 million investment and receiving warrants for 40% of the Company.

As we have indicated in the past, it is our intention to have present management be responsible for Company operations.

We look forward to receiving a draft of a definitive agreement so we can proceed. If you have any questions, please feel free to call Pete Adamson on 310/954-5038 at The Broad Investment Company, or Ira Tochner on 310/228-2898 at The Yucaipa Companies. We look forward to hearing from you.

Sincerely,

*[signature]*                                              *[signature]*

_____                _____
Eli Broad                                                  Ronald W. Burkle
The Broad Investment Company, Inc.                         The Yucaipa Companies, LLC

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0529340