Professionals' Eyes Only

Confidential Discussion Materials Prepared for:

## Committee of Independent Directors of the Board of Directors of Tribune

March 30, 2007





TRB0098635

Professionals' Eyes Only

# Process Update



* Negotiations / documentation substantially complete
* Ratings agencies
  – Moody's:    B2 (stable)
  – S&P:        B (stable)
* Additional equity from Zell and Management
* Proposed restructuring consideration to $33.50 with an 8% ticking fee commencing 1/1/08



* Two major shareholders near completion of negotiations
* Suspended work / negotiations until resolution of two issues
  – Both major shareholders asking for reimbursement of expenses
  – Both major shareholders asking for self-tender instead of dividend



* Received letter on March 24 reiterating interest and seeking access to additional information
  – Access to data room never restricted
  – Last attempt to access data room was February 24
* Described financing package in ESOP / Zell proposal presented to agencies
* Requested and were provided financing teams from each of ML and Citigroup
* Sent letter on March 29 outlining a $34.00 per share purchase price with Broad/Burkle investing $500 million in the Company
  – Structure would combine initial cash return to shareholders with subsequent purchase by ESOP and S Corporation

TRB0098636

Professionals' Eyes Only

# Overview of Transaction Alternatives

| | ESOP / Zell | $17.50 / Share Recapitalization with B&E Spin |
|---|---|---|
| Transaction Description | • Acquisition at $32.47 present value[1] / share assuming a YE '07 transaction close in two steps<br>  – $17.50/share initial distribution to shareholders in the form of cash tender at $33.00<br>  – $14.97 present value[1] / share ($15.50 + $0.58 ticking fee) in the merger<br>• Zell and newly formed ESOP purchase $500 million of company securities<br>• Zell interest converted at transaction closing into debt plus warrant<br>• ESOP interest converted into common equity of the company | • $17.50/share distribution to shareholders<br>• Subsequent spin-off of B&E (B&E pays common dividends post spin) |
| PF Total Debt at YE '07 | $12.8 billion | $8.7 billion |
| PF Total Leverage / Trailing EBITDA | 8.9x | 6.1x (Tribune Corp) / 7.2x (B&E) |
| Corporate Ratings | B2 (stable) / B (stable) | B1/B+ to Ba3/BB- (Tribune Corp) (Anticipated)<br>B1/B+ to Ba3/BB- (B&E SpinCo) (Anticipated) |
| Change in Shareholder Base | • Privately owned | • McCormick Foundation purchases some of the Chandler Trusts shares<br>• Transition to holders of leveraged equities<br>• Rotation away from Publishing investors to Broadcasting investors post-spin |
| Anticipated Timing | • Mid to late May cash distribution<br>• Potential for a Q4 '07 transaction close; risk of Q1/Q2 '08 transaction close | • Mid to late May cash distribution<br>• Q4 '07 B&E spin-off |
| Risk of Consummation | • Tribune to receive Solvency Opinion as condition to close of merger<br>• FCC order with unacceptable conditions<br>• Financing, subject to reverse breakup fee | • Deterioration of Publishing results prevents spin-off of B&E through the debt covenants |

(1) Discounted at a 10% cost of equity.





Professionals' Eyes Only

# Illustrative Timing

| 2007 | ESOP / Zell | $17.50 / Share Recapitalization with B&E Spin |
|---|---|---|
| Early April | • ESOP Trustee Receives Fairness Opinion<br>• Sign ESOP, Merger and Voting Agreement<br>• Sign Zell Investment Agreement<br>• Announce Transaction<br>• Launch 1st Step Debt Syndication | • Announce Transaction<br>• Launch Debt Syndication |
| Late April – Early May | • Begin Self Tender<br>• Seek (long-form) FCC and DOJ Regulatory Approval<br>• Close Zell Investment Agreement<br>• Zell joins Tribune Board | • Declare Dividend<br>• Seek FCC (short-form) Approval<br>• File Private Letter Ruling request |
| Mid – Late May | • Close Self Tender<br>• Chandler Directors Resign From Board | • Pay Dividend<br>• Close Foundation-Chandler Purchase<br>• Chandler Directors Resign From Board<br>• Receive Audited Financial Statements for B&E |
| Late May – Early June | • File Merger Proxy with SEC | • File B&E Form 10 with SEC<br>• Receive Private Letter Ruling |
| September | • Shareholder Vote | |
| October | | • B&E Debt Syndication<br>• B&E Debt / Debt Exchange<br>• Complete Spin-Off |
| Q4 '07 / Q1 '08 | • Launch 2nd Step Debt Syndication<br>• Receive FCC Approval<br>• Tribune Receives Second Solvency Opinion<br>• Close Transaction | |

3    Strictly Private and Confidential


citigroup
corporate and
investment banking

TRB0098638

Professionals' Eyes Only

# Governance / Shareholder Profile

|  | ESOP / Zell | $17.50 / Share Recapitalization with B&E Spin |
|---|---|---|
| **Board Composition** | | |
| **Tribune** | 1 Management<br>2 Zell Directors<br>5 Independent | 0 Chandler Trusts<br>1 McCormick Foundation<br>1 Management<br>7-10 Independent |
| | **8 Total Directors** | **9-12 Total Directors** |
| **Broadcasting** | N/A | 6-8 Independent<br>1 Management<br>1 McCormick Foundation |
| | | **8-10 Total Directors** |

| Pro Forma Stock Ownership | Initial | Post-Warrant Exercise | |
|---|---|---|---|
| **Current Public** | --% | --% | 55.1% |
| **Chandler Trust** | -- | -- | 10.5 |
| **McCormick / Cantigny Foundation** | -- | -- | 21.4 [1] |
| **New Investors** | 0.0 | 38.0 | -- |
| **Management / Employees** | 100.0 | 62.0 | 13.0 |

(1) Assumes Foundation uses 50% of the proceeds from the dividend received to purchase 21.9mm shares from the Chandler Trusts at $12.50 per share (ex-dividend).



TRB0098639

Professionals' Eyes Only

# Comparison of Proposals

|  | Zell | | Broad / Burkle | |
| --- | --- | --- | --- | --- |
|  | **Existing** | **Proposed** | **$18.50 Upfront** | **$17.50 Upfront** |
| Headline Value | $33.00 | $33.50 | $34.00 | $34.00 |
| Upfront Cash | $17.50 | $17.50 | $18.50 | $17.50 |
| Cash at Closing (excl. Ticking Fee) | $15.50 | $16.00 | $15.50 | $16.50 |

| Present Value Assuming 9 Months to Closing | | | | |
| --- | --- | --- | --- | --- |
| 8.0% | $32.68 | $32.60 | $33.13 | $33.07 |
| 10.0% | 32.47 | 32.40 | 32.93 | 32.86 |
| 12.0% | 32.27 | 32.20 | 32.74 | 32.66 |

5



TRB0098640

Professionals' Eyes Only

# Relative Value to Shareholders

- ESOP proposal represents 21% premium to the low value end of the Revised Management Plan recapitalization with B&E Spin and a 5% discount to the high end

- Recapitalization with B&E Spin creates ~$0.50 - $3.00 per share of incremental value relative to a Whole Company recapitalization



| $ / Share | | ESOP / Zell | Revised Management Plan | | Sensitivity Case | |
|---|---|---|---|---|---|---|
| $ / Share | PV @ 3/31/07 [1] | $32.47 | $26.86 | $34.23 | $25.40 | $32.50 |
| FV / '07 EBITDA Multiples | Publishing | -- | 7.25x | 8.75x | 7.25x | 8.75x |
| | Broadcasting | -- | 8.5x | 10.0x | 8.5x | 10.0x |
| '06-'11 CAGR | Publishing Ad Revenue | -- | 0.6% | | (2.0%) | |
| | Publishing EBITDA | -- | 0.8 | | (5.8) | |
| | B&E Revenue | -- | 1.7% | | 0.7% | |
| | B&E EBITDA | -- | 2.3 | | (1.4) | |

Publishing Equity / Share    ■ B&E Equity / Share    ■ Present Value Distribution / Share    ⌐ ⌐ Cash Received / Share

(1) Discounted at a 10% cost of equity.

6



Professionals' Eyes Only

# Comparative Sources & Uses and Total Debt

($ in millions)

| Balance Sheet Date | | ESOP / Zell<br>Q2 & Q4 2007 | $17.50 / Share<br>Recapitalization<br>with B&E Spin<br>Q2 & Q3 2007 |
|---|---|---|---|
| **Sources** | | | |
| New Bank Debt | $4.1bn of additional debt | $9,165 | $7,190 |
| New Senior Notes | | 2,100 | -- |
| Roll Existing Debt / PHONES | | 2,421 | 2,421 |
| Cash | | 217 | 143 |
| Subordinated Debt & Warrant | Zell Investment | 225 | -- |
| **Total Sources** | | **$14,127** | **$9,754** |
| | | | |
| **Uses** | $4.3bn in share repurchase and $4.2bn in merger | | |
| Purchase of Equity / Distribution to Shareholders | | $8,473 | $4,351 |
| Refinance Existing Debt | | 2,837 | 2,837 |
| Roll Existing Debt | | 2,421 | 2,421 |
| Financing / Transaction Fee & COC Payments | | 397 | 145 |
| **Total Uses** | | **$14,127** | **$9,754** |
| **Pro Forma Debt** | | | |
| Revolving Credit Facility | | -- | -- |
| New Term Loan A | | -- | $2,500 |
| New Term Loan B | | $9,165 | 4,690 |
| New Senior Notes | | 2,100 | -- |
| Rolled Existing Notes | | 1,521 | 1,521 |
| PHONES | | 900 | 900 |
| **Total Debt at Close** | | **$13,686** | **$9,611** |
| 2007 FCF and Cubs / Comcast After-Tax Proceeds | | (929) | (892) |
| **Total YE 2007 Debt** | | **$12,757** | **$8,719** |

TRB0098642



Professionals' Eyes Only

# Comparison of Financing Structures

| | ESOP / Zell | $17.50 / Share Recapitalization with B&E Spin |
|---|---|---|
| Corporate Rating: | • B2 (stable) / B (stable) | • B1/B+ to Ba3/BB- (Tribune Corp) |
| Debt Ratings: (Anticipated) | • Bank: B1/B+<br>• High Yield: Caa1/CCC+ | • Bank: B1/B+ to Ba3/BB- (Tribune Corp) |
| Structure: | • $750mm unfunded Revolver<br>$7,025mm 1st Lien Term Loan B<br>• $263mm Delayed Draw Term Loan B<br>• $2,140mm Incremental Term Loan B<br>• $2,100 Senior Notes | Tribune Corp<br>• $750mm unfunded Revolver ($650mm post B&E Spin)<br>• $2,500mm Term Loan A ($0mm post spin-off / debt-for-debt exchange)<br>• $4,690mm Term Loan B<br>• $263mm Delayed Draw Term Loan B<br>B&E<br>• $250mm unfunded Revolver<br>• $250mm Term Loan A<br>• $1,600mm Term Loan B<br>• $1,000mm Senior Sub Notes |
| Pricing: | • Bank:  L + 250 bps<br>          Flex of 50-75 bps<br>• Senior Notes: 10.0%<br>          Cap of 12.0%; 13.0% if below B2/B (stable) | • Bank (Tribune):   > Ba3/BB-: L+175 bps<br>          Ba3/BB-:   L+200 bps<br>          B1/B+:     L+225 bps<br>          <= B2/B:   L+250 bps } Flex of 50 bps<br>• RC / TLA (B&E):  > Ba3/BB-: L+150 bps<br>          Ba3/BB-:   L+175 bps<br>          < Ba3/BB-: L+200 bps<br>• TLB (B&E):    >= Ba3/BB-:L+175 bps<br>          Ba3/BB-:   L+200 bps<br>          < Ba3/BB-: L+225 bps<br>• Senior Sub Notes: 9.0% (cap of 11.25%) |

| YE 2007 PRO FORMA CREDIT STATS: | | |
|---|---|---|
| Adjusted EBITDA | $1,434 | $1,351 |
| Total Guaranteed Debt / Adj. EBITDA | 7.2x | 3.9x |
| Total Debt / Adj. EBITDA | 8.9 | 6.5 |
| Adj. EBITDA / PF Cash Interest | 1.5 | 2.2 |
| (Adj. EBITDA – Capex & Inv.) / PF Cash Interest | 1.3 | 1.8 |

Strictly Private and Confidential

citigroup

TRB0098643

# Components of Cash Flow

Although interest expense is higher in the ESOP / Zell Proposal, lower cash costs and reduction of income taxes make the two transactions similar in terms of free cash flow in the Revised Management Plan.

| 2008E Metric | Revised Management Plan | | Sensitivity Case | |
| --- | --- | --- | --- | --- |
| | ESOP / Zell | $17.50 / Share Recapitalization with B&E Spin | ESOP / Zell | $17.50 / Share Recapitalization with B&E Spin |
| **Adjusted EBITDA** | **$1,460** | **$1,460** | **$1,299** | **$1,299** |
| Less: 401(k) and Other Expense Reductions / Additions | 80 | (3) | 80 | (3) |
| **PF Adjusted EBITDA** | **$1,540** | **$1,457** | **$1,379** | **$1,296** |
| Less: Cash Taxes | (9) | (214) | (3) | (150) |
| Less: Cash Interest Expense, net | (928) | (570) | (933) | (573) |
| Less: Capex / Investments / Other | (310) | (310) | (240) | (240) |
| Less: Common Dividend | 0 | (25) | 0 | (25) |
| **FCF Available for Debt Repayment** | **$294** | **$339** | **$203** | **$309** |
| **FCF Available for Debt Repayment** | | | | |
| 2008E | $294 | $339 | $203 | $309 |
| 2009E | 400 | 435 | 216 | 339 |
| 2010E | 464 | 525 | 195 | 380 |
| 2011E | 511 | 560 | 164 | 372 |
| 2012E | 583 | 615 | 196 | 410 |
| **Cumulative (2008-2012)** | **$2,251** | **$2,473** | **$974** | **$1,810** |
| **Cumulative (2008-2017)** | **$6,290** | **$6,335** | **$2,330** | **$4,351** |
| **Percentage of Debt Paid-Down (2008-2017)** | **48%** | **66%** | **17%** | **49%** |
| **After-Tax Fixed Charge Coverage Ratio** | | | | |
| 2008E | 1.2x | 1.6x | 1.1x | 1.5x |
| 2012E | 1.5 | 1.9 | 1.1 | 1.5 |
| 2017E | 2.4 | 4.0 | 1.3 | 2.4 |

Strictly Private and Confidential



Professionals' Eyes Only

TRB0098644

Professionals' Eyes Only

# ESOP / Zell Transaction

Strictly Private and Confidential

TRB0098645

Professionals' Eyes Only

# ESOP / Zell Transaction Overview

| Step 1 (Q2 '07): Initial Distribution of Capital (Share Repurchase) | Step 2 (Q4 '07): Transaction Closes / 2nd Distribution of Capital (Share Redemption) | Post-Close |
|---|---|---|







## Transaction Details

| | |
|---|---|
| Step 1 | • Tribune raises $7.0 billion of new debt (Total Debt of 6.7x LTM EBITDA, New Debt of 5.0x LTM EBITDA)<br>• Zell contributes $250 million of cash to purchase $50 million of newly issued common shares (at $33 / share) and an Exchangeable Note<br>• Tribune (ESOP) purchases $250 million of newly issued common shares at market (as defined)<br>• Tribune distributes $17.50 to existing shareholders via a repurchase of 129.1 million shares at $33/share |
| Step 2 / Post Close | • Tribune raises an additional $4.2 billion of debt and redeems remaining public and Zell common shares for $33/share in cash plus interest<br>  – 5% interest on $33 price from date of announcement to closing<br>• Zell purchases $225mm of Subordinated Notes / Warrant<br>  – Warrant allows Zell to purchase 38% of Tribune for $350 million + face amount of the note<br>• ESOP owns 100% of the common stock of Tribune initially<br>• S-Corp election made at beginning of '08 or '09 |

- The Step 1 Transaction Details are similar to the Recapitalization / B&E Spin-Off (with a repurchase rather than possible dividend, and excluding the ESOP participation and Zell's $250 million cash contribution)
- If second step of Zell Transaction does not close:
  - Same financial impact to Tribune and its shareholders as Recapitalization except:
    - Zell has invested $250mm of new money in Tribune
- Employees will forgo a portion of their future cash compensation for the duration of the ESOP
- B&E Spin delayed
  - Incremental financing fees
- Shareholder / Employee disruption due to failed Zell deal

TRB0098646

citigroup

Professionals' Eyes Only

# Value of Zell Proposal

## Present Value of Zell Consideration

| | Assuming Close Occurs in: | | |
| Equity Discount Rate | 6 Months | 9 Months | 12 Months |
| --- | --- | --- | --- |
| 8.0% | $32.78 | $32.68 | $32.57 |
| 10.0% | 32.64 | 32.47 | 32.30 |
| 12.0% | 32.51 | 32.27 | 32.03 |

## Implied Transaction Value / Multiples

| | High | Mid | Low |
| --- | --- | --- | --- |
| Value of Zell Consideration | $32.78 | $32.47 | $32.03 |
| Implied Adj. Trans. Value | $11,169 | $11,090 | $10,980 |
| % Change in Adj. Transaction Value | - - | (0.7%) | (1.7%) |
| '07 Adj. EBITDA Multiple | 8.7x | 8.6x | 8.5x |
| '07 P/E Multiple | 16.4x | 16.3x | 16.0x |
| '07 FCF Multiple | 13.8x | 13.6x | 13.5x |

## Comparables Analysis

| | EBITDA Multiple | P/E Multiple | FCF Multiple |
| --- | --- | --- | --- |
| **Public** | | | |
| Gannett | 7.9x | 11.9x | 10.4x |
| McClatchy | 7.1x | 14.2x | 7.9x |
| **Private** | | | |
| Knight Ridder | 9.7x | 17.1x | 12.4x |
| Minneapolis | 7.3x | - - | - - |



TRB0098647

Professionals' Eyes Only

# Estimated Economics to ESOP / Zell

|  | Today | 5 Years until Exercise | 10 Years until Exercise |
|---|---|---|---|
| Zell Initial Investment | $225 | $225 | $225 |
| PV of Zell Warrant Exercise Price (12.5% Discount Rate) | 350 | 194 | 108 |
| Total Zell Investment (38% Ownership) | $575 | $419 | $333 |

| | Revised Management Plan | | Sensitivity Case | |
|---|---|---|---|---|
| **Exit Assumptions** | | | | |
| Exit Multiple | 8.0x | 8.0x | 8.0x | 8.0x |
| Inv. Value Growth | 10.0% | 0.0% | 10.0% | 0.0% |
| **Employee IRR [1]** | | | | |
| 5-Year | 102.6% | 85.9% | -- | -- |
| 10-Year | 44.1% | 37.3% | 7.9% | -- |
| **Zell IRR** | | | | |
| 5-Year | 36.4% | 27.1% | -- | -- |
| 10-Year | 29.9% | 25.2% | 1.9% | -- |

(1) Assumes $60mm per year Employee contribution for 57% ownership in the exit year.



TRB0098648

Professionals' Eyes Only

# Transaction Financing – Conditions to Closing

## 1st Step Financing

* Executed credit agreement

* Same MAC as Merger Agreement

* Zell investment has been made / LLC is formed

* Step 1 & Step 2 projections and year-end actual and pro forma balance sheet [1] provided

* Refinancing of existing debt

* Valid lien on collateral for new loans and existing notes

* Customary opinions

* Terms / agreements of the transaction have not changed in a manner adverse to the lenders

## 2nd Step Financing

* All of the requirements of the 1st Step Financing

* Plus:

  - 1st Step funding must close

  - Offering memorandum must be completed 20 days before funding of the Bridge Loan

  - Company cannot be in default on the existing Term Loan - Guaranteed Debt / Trailing Adj. EBITDA of 9.0x

  - Zell agrees to provide an incremental $100mm of junior capital if Tribune does not make the S-Corp election in 2008

(1) Will also require quarter by quarter statements if funding occurs more than 30 days after a quarter ends.

13



TRB0098649

Professionals' Eyes Only

TRB0098650

# Value Comparison Over Time

* Transaction-driven valuation at September 2006 Board meeting

    — Private equity valuation of $33 to $37

    — Expected value: $33 to $35

* Company projections have declined meaningfully since September, largely driven by decline in Publishing

    — 10% decline in 2007 Publishing / 15% decline in 2011 Publishing

* Zell Proposal valuation attractive versus DCF based on Revised Management plan



14    Strictly Private and Confidential    Note: EBITDA excludes stock-based compensation. All figures pro forma for announced divestitures.

Professionals' Eyes Only

# ESOP / Zell at $33 per Share
## Leverage Sensitivity to Operating Cases

- Total Guaranteed Debt / EBITDA covenant has significant flexibility in the Revised Management Plan

- Sensitivity Case could approach the covenant limit in 2011



| | 2007E | 2008E | 2009E | 2010E | 2011E | | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj. EBITDA | $1,434 | $1,540 | $1,587 | $1,644 | $1,668 | | $1,386 | $1,379 | $1,357 | $1,343 | $1,309 |
| Net Debt / Adj. EBITDA | 8.8x | 8.1x | 7.6x | 7.0x | 6.6x | | 9.1x | 9.1x | 9.1x | 9.0x | 9.1x |
| Adj. EBITDA/ Interest Exp | 1.5x | 1.7x | 1.7x | 1.8x | 1.9x | | 1.5x | 1.5x | 1.4x | 1.4x | 1.4x |
| FCF Cushion [2] | -- | 23% | 30% | 34% | 38% | | -- | 18% | 20% | 18% | 16% |

(1) $12,757mm Total Debt less $175mm of balance sheet cash.
(2) Calculated as FCF available for debt repayment (excluding the TMCT investment in 2008) divided by 95.2% (to derive a pre-tax number) divided by EBITDA (excl. Investments).

Net Debt

■ Total Guaranteed Debt / Adj. EBITDA      Total Guaranteed Debt / Adj. EBITDA Covenant

TRB0098651


citigroup

Professionals' Eyes Only

## $17.50 / Share Recapitalization with B&E Spin

Strictly Private and Confidential

TRB0098652

Professionals' Eyes Only

# Illustrative Tribune Unaffected Stock Price

## Recent Price Performance (01/01/06 – Present)



Tribune
Gannet
McClatchy
Publishing Index (GCI, JRN, JRC, LEE, MNI, MEG, NYT)
Broadcasting Index (BLC, GTN, HTV, TVL, NXST, SBGI)

## Illustrative Tribune Stock Price Based on Peer Stock Price Performance

- Tribune's closing price on 5/26/06 was $27.89

|  | Since 5/26/06 | |
| Methodology | % Change in Stock Price | Implied Tribune Price [1] |
| --- | --- | --- |
| Gannett | 3.8% | $28.96 |
| McClatchy | (30.8) | 19.29 |
| Publishing Index | 4.1 | 29.04 |
| Broadcasting Index | 18.0 | 32.90 |
| Pub / Broadcasting Index [2] | 8.3 | 30.22 |
| MNI / Broadcasting Index [3] | (16.0) | 23.43 |

(1) $27.89 multiplied by the percentage change in stock price.
(2) Weighted average index of Publishing and Broadcasting indices by Tribune's '07 EBITDA contribution.
(3) Weighted average index of McClatchy performance and Broadcasting index by Tribune's '07 EBITDA contribution.



TRB0098653

Professionals' Eyes Only

# Tribune Recap / Spin Valuation Metrics

## Management Plan - 2007 EBITDA [1]

Implied Stock Price [3]

| Assumed Broadcasting Multiple | Assumed Publishing Multiple | | |
|---|---|---|---|
| | 7.25x | 8.00x | 8.75x |
| 8.50x | $26.86 | $29.42 | $31.99 |
| 9.25x | 27.98 | 30.54 | 33.11 |
| 10.00x | 29.10 | 31.67 | 34.23 |

Implied Consolidated Multiple

| Assumed Broadcasting Multiple | Assumed Publishing Multiple | | |
|---|---|---|---|
| | 7.25x | 8.00x | 8.75x |
| 8.50x | 7.6x | 8.2x | 8.7x |
| 9.25x | 7.9 | 8.4 | 8.9 |
| 10.00x | 8.1 | 8.6 | 9.1 |

## Sensitivity Case – 2007 EBITDA [2]

Implied Stock Price [3]

| Assumed Broadcasting Multiple | Assumed Publishing Multiple | | |
|---|---|---|---|
| | 7.25x | 8.00x | 8.75x |
| 8.50x | $25.40 | $27.86 | $30.31 |
| 9.25x | 26.50 | 28.95 | 31.40 |
| 10.00x | 27.59 | 30.05 | 32.50 |

Implied Consolidated Multiple

| Assumed Broadcasting Multiple | Assumed Publishing Multiple | | |
|---|---|---|---|
| | 7.25x | 8.00x | 8.75x |
| 8.50x | 7.6x | 8.2x | 8.7x |
| 9.25x | 7.9 | 8.4 | 8.9 |
| 10.00x | 8.1 | 8.6 | 9.1 |

(1) Assumes $390mm in B&E EBITDA (excluding Cubs and including standalone costs) and $892mm in Publishing EBITDA (including Corporate, including standalone cost savings and excluding SCNI), excluding stock-based compensation.

(2) Assumes $381mm in B&E EBITDA (excluding Cubs and including standalone costs) and $853mm in Publishing EBITDA (including Corporate, including standalone cost savings and excluding SCNI), excluding stock-based compensation.

(3) Assumes "off-balance sheet assets" of $1,951mm. Includes Cubs ($455mm after-tax), Comcast SportsNet ($146mm after-tax), CareerBuilder ($659mm), TVFood ($554mm after-tax) and Other Interactive investments ($136mm). Based on 9/30/07 Equity Value / Share discounted to 3/31/07 at 10%.

TRB0098654


citigroup

Professionals' Eyes Only

# Projected Stock Price – Trading Range of Publishing + B&E



**10% Growth in Investments**

- $40.00
- $36.05 (2010E) $36.10 (2011E)
- $34.95 (2009E)
- $35.00
- $33.86 (2008E)
- $31.71 (2007E)
- Zell Proposal $32.47
- $33.63 $33.93
- $32.33
- $31.01
- $30.00
- $26.27 (2007E)
- $25.49 $25.33 $25.29
- $25.00
- $24.84
- $22.99 $23.14 $23.37 $23.19
- $20.00
- 2007E 2008E 2009E 2010E 2011E

Mgmt Case

Sensitivity Case

**0% Growth in Investments**

- $40.00
- $34.75 (2010E) $34.46 (2011E)
- $34.03 (2009E)
- $35.00
- $33.37 (2008E)
- $31.71 (2007E)
- Zell Proposal $32.47
- $32.32 $32.28
- $31.40
- $30.53
- $30.00
- $26.27 (2007E)
- $25.01
- $25.00
- $24.41
- $23.98
- $23.18
- $22.51 $22.22 $22.06
- $21.52
- $20.00
- 2007E 2008E 2009E 2010E 2011E

Mgmt Case

Sensitivity Case

░ PV of Projected Stock Price – Mgmt Case [1]    ▓ PV of Projected Stock Price – Sensitivity Case [1]

| | Assumed FV / EBITDA Multiple | |
|---|---|---|
| | Publishing | B&E |
| Revised Mgmt Plan | 7.5 – 8.0x | 8.5 – 9.25x |
| Sensitivity Case | 6.75 – 7.25x | 7.75 – 8.5x |

[1] Discounted at 10% cost of equity.  PV includes $17.50/share of cash dividend.

18

Strictly Private and Confidential



Professionals' Eyes Only

# Recapitalization with B&E Spin – $17.50 Dividend

Publishing Net Debt / Leverage Sensitivity to Operating Cases



|  | 2007E | 2008E | 2009E | 2010E | 2011E | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|---|---|---|---|
| Adj. EBITDA | $961 | $1,014 | $1,045 | $1,084 | $1,121 | $922 | $915 | $893 | $877 | $842 |
| Net Debt/Adj. EBITDA | 6.0x | 5.6x | 5.1x | 4.6x | 4.1x | 6.3x | 6.2x | 6.1x | 5.8x | 5.7x |
| Adj. EBITDA/ [2] Interest Exp | 2.6x | 2.8x | 2.9x | 3.1x | 3.5x | 2.4x | 2.5x | 2.5x | 2.5x | 2.5x |
| FCF Cushion [3] | -- | 40% | 54% | 65% | 71% | -- | 46% | 54% | 66% | 69% |

Note: Includes cash taxes on the preferred held by the Eagles.
(1) $5,898mm Total Debt less $159 of balance sheet cash.
(2) Adj. EBITDA / Interest Expense covenant set at 1.75x through 2008 and 2.00x thereafter.
(3) Calculated as FCF available for debt repayment (excluding the TMCT investment in 2008) divided by 61.75% (to derive a pre-tax number) divided by Publishing (excl. Investments) EBITDA.

Net Debt

■ Total Guaranteed Debt / Adj. EBITDA       Total Guaranteed Debt / Adj. EBITDA Covenant



Professionals' Eyes Only

# Recapitalization with B&E Spin – $17.50 Dividend
B&E Net Debt / Leverage Sensitivity to Operating Cases



| | 2007E | 2008E | 2009E | 2010E | 2011E | | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **B&E EBITDA** | $390 | $443 | $459 | $477 | $464 | | $381 | $381 | $381 | $383 | $384 |
| **Adj. EBITDA/ Interest Exp** | 1.8x | 2.1x | 2.3x | 2.4x | 2.5x | | 1.8x | 1.8x | 1.8x | 1.9x | 1.9x |
| **FCF Cushion** [1] | -- | 42% | 45% | 50% | 50% | | -- | 33% | 34% | 35% | 37% |

Net Debt ———— Net Debt / Adj. EBITDA

Note: Assumes a $25mm annual dividend on Broadcasting.
(1) Calculated as FCF available for debt repayment divided by 61.75% (to derive a pre-tax number) divided by B&E EBITDA.

20



Professionals' Eyes Only

# Appendix

Strictly Private and Confidential

TRB0098658

Professionals' Eyes Only

# ESOP / Zell Pro Forma Capitalization

| | Pro Forma 3/31/2007 | Projected 12/31/2007 | Acquisition Adjustments | Pro Forma 12/31/2007 | Sale of Cubs / Comcast | Pro Forma 12/31/2007 |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $185 | $175 | -- | $175 | -- | $175 |
| Revolving Credit Facility | -- | -- | -- | -- | -- | |
| New Term Loan B | $7,025 | $6,712 [1] | $2,140 | $8,852 | ($602) | $8,250 |
| **1st Priority Guaranteed Debt** | **$7,025** | **$6,712** | | **$8,852** | | **$8,250** |
| New Senior Notes | -- | -- | 2,100 | 2,100 | -- | 2,100 |
| **Guaranteed Debt** | **$7,025** | **$6,712** | | **$10,952** | | **$10,350** |
| Commercial Paper | -- | -- | -- | -- | -- | |
| Term Loan A | -- | -- | | -- | -- | -- |
| Bridge Loan | -- | -- | -- | -- | -- | -- |
| Medium Term Notes | $263 | $263 | -- | $263 | -- | $263 |
| Existing Notes | 1,165 | $1,166 | -- | $1,166 | -- | 1,166 |
| Capitalized Real Estate Obligation | 51 | 36 | -- | 36 | -- | 36 |
| Swaps and Other Obligations | 42 | 43 | -- | 43 | -- | 43 |
| **Senior Debt** | **$8,546** | **$8,218** | | **$12,458** | | **$11,857** |
| PHONES | 900 | 900 | -- | 900 | -- | 900 |
| **Total Debt** | **$9,446** | **$9,118** | | **$13,358** | | **$12,757** |
| Less: PV of Cost Savings [2] | -- | -- | (967) | (967) | -- | (967) |
| **Total Adj. Debt** | **$9,446** | **$9,118** | | **$12,392** | | **$11,790** |
| **Credit Statistics** | | | | | | |
| LTM PF Adj EBITDA | $1,411 | $1,390 | | $1,470[3] | | $1,434 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 5.0x | 4.8x | | 6.0x | | 5.8x |
| Guaranteed Debt / LTM PF Adj EBITDA | 5.0 | 4.8 | | 7.5 | | 7.2 |
| Senior Debt / LTM PF Adj EBITDA | 6.1 | 5.9 | | 8.5 | | 8.3 |
| Total Debt / LTM PF Adj EBITDA | 6.7 | 6.6 | | 9.1 | | 8.9 |
| Total Adj. Debt / LTM PF Adj EBITDA | 6.7 | 6.6 | | 8.4 | | 8.2 |

(1)   Assumes $51mm of mandatory amortization and excess cash flows of $261mm for Q2-Q4.
(2)   Includes 10-Year PV of Tax Savings from S-Corp election, compensation savings and other corporate cost savings.
(3)   Pro forma for $80mm of incremental cash cost savings.

TRB0098659


citigroup

Professionals' Eyes Only

# Indicative Terms – Step 1 of Two-Step Financing

| Borrower / Issuer: | | Tower | |
|---|---|---|---|
| Facility / Issue: | Revolver | 1st Lien Term Loan B | 1st Lien Delayed Draw Term Loan B |
| Security: | | 1st lien on Stock of Tower Finance LLC (in form accommodating rule 3-16) Stock of Broadcasting Holding Company | |
| Guarantees: | | All domestic subsidiaries of the Borrower on a senior basis | |
| Principal Amount: | $750 mm [1] | $7,025 mm | $263 mm [1] |
| Maturity: | 6 years | 7 years | 7 years |
| Incremental: | -- | An incremental facility of up to $2,125 million will be available in connection with Zell transaction only [2][3] | -- |
| Corporate Ratings: | | B2 (stable) / B (stable) | |
| Indicative Pricing: | | L+250 bps | |
| | | One-time 25 bps step-down in the event the Zell transaction is not completed and corporate ratings upgrade to B1/B+ | |
| Undrawn Pricing: | 50 bps | -- | 75 bps [4] |
| Optional Redemption: | | Anytime at par | |
| Amortization: | None | Equal quarterly installments at a rate of 1% annually, bullet at maturity | Equal quarterly installments once fully funded at a rate of 1% annually, bullet at maturity |
| Financial Covenants: | | Total Guaranteed Debt Leverage Ratio | |
| | | Interest Coverage Ratio | |
| | | Covenants set to accommodate Zell transaction (i.e., two sets of covenant levels) | |
| Other Issues: | | Pro forma financials for ESOP / Zell transaction will be required | |
| Price Flex: | | 50 bps | |
| Underwriting Fee | | 1.625% | |

(1)  Unfunded at close.
(2)  Fully committed by Merrill Lynch, Citigroup and JPMorgan.
(3)  Debt structure can also include an asset sale interim term loan to be taken out with proceeds from a sale of Cubs/Comcast.
(4)  Flex to ½ drawn spread.

22    Strictly Private and Confidential



Professionals' Eyes Only

# Indicative Terms – Step 2 of Two-Step Financing

## Permanent Financing

| Borrower / Issuer: | Tower |
|---|---|
| Facility / Issue: | 1st Lien Term Loan B |
| Security: | 1st lien on Stock of Tower Finance LLC (in form accommodating rule 3-16) Stock of Broadcasting Holding Company |
| Guarantees: | All domestic subsidiaries of the Borrower on a senior basis |
| Principal Amount: | $2,140 [1] |
| Maturity: | 7 years |
| Corporate Ratings: | B2 (stable) / B (stable) |
| Indicative Pricing: | L+250 bps |
| Undrawn Pricing: | -- |
| Optional Redemption: | Anytime at par |
| Amortization: | Equal quarterly installments 1% annually, bullet at maturity |
| Financial Covenants: | Total Guaranteed Debt Leverage Ratio Interest Coverage Ratio |
| Price Flex: | 50 bps 75 bps (with negative ratings or outlook change) |
| Structure Flex: | Ability to move $1,400 million to Senior Notes |
| Underwriting Fee | 1.625% |

(1) Debt structure can also include an asset sale interim term loan to be taken out with proceeds from a sale of Cubs/Comcast.



TRB0098661

Professionals' Eyes Only

# Indicative Terms – Step 2 of Two-Step Financing

Interim Financing

| Borrower / Issuer: | **Tower** |
|---|---|
| Facility: | Senior Bridge Facility |
| Amount: | $2,100 mm [1] |
| Security: | None |
| Guarantees: | All domestic subsidiaries of the Borrower on a senior subordinated basis |
| Tenor: | 1-year / 7 year Exchanges Notes |
| Assumed Ratings: | Caa1/CCC+ [2] |
| Indicative Pricing: | L+450 bps |
| Interest Rate Step-Ups: | 50 bps every three months from the funding date |
| Commitment Fee: | 75 bps |
| Funding Fee: | 1.25% (with rebates) |
| Gross / Rollover Fee: | 2.00% |
| Interest Rate Caps: | 12.00%<br>13.00% (with negative ratings or outlook change) |
| Structure Flex: | Ability to structure the Notes as 2nd lien |

(1)  Debt structure can also include an asset sale interim term loan to be taken out with proceeds from a sale of Cubs/Comcast.
(2)  Assumes corporate ratings of B2 (stable) / B (stable).

24     Strictly Private and Confidential

TRB0098662



Professionals' Eyes Only

# Total Guaranteed Debt Covenants Test

| ($ in millions) | 3/31/2007 | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2007 | 2008 | 2009 | 2010 | 2011 |
| **Management Case** | | | | | | |
| Adjusted EBITDA (Adjusted for Cost Savings) | $1,411 | $1,434 | $1,540 | $1,587 | $1,644 | $1,668 |
| Total Guaranteed Debt / Adjusted EBITDA | 4.98x | 7.22x | 6.81x | 6.36x | 6.13x | 5.73x |
| Maximum Total Guaranteed Debt / Adjusted EBITDA Covenant | -- | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x |
| EBITDA Cushion | | | | | | |
| % | -- | 25% | 32% | 38% | 39% | 44% |
| $ mm | -- | $284 | $374 | $433 | $459 | $509 |
| | | | | | | |
| **Sensitivity Case** | | | | | | |
| Adjusted EBITDA (Adjusted for Cost Savings) | $1,411 | $1,386 | $1,379 | $1,357 | $1,343 | $1,309 |
| Total Guaranteed Debt / Adjusted EBITDA | 4.98x | 7.49x | 7.69x | 7.66x | 7.93x | 8.01x |
| Covenant Tripped by The Downside Case? | -- | No | No | No | No | No |
| EBITDA Cushion | | | | | | |
| % | -- | 20% | 17% | 14% | 7% | 3% |
| $ mm | -- | $233 | $200 | $169 | $90 | $39 |



TRB0098663

Professionals' Eyes Only

# Recap / Spin Pro Forma Capitalization

## Publishing

| | Pro Forma 3/31/2007 | Projected 9/30/2007 | Spin-Off Adjustments | Pro Forma 9/30/2007 | Sale of Cubs / Comcast | Pro Forma 9/30/2007 |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $185 | $168 | -- | $168 | -- | $168 |
| Revolving Credit Facility | -- | -- | -- | -- | -- | -- |
| New Term Loan A | $2,500 | $2,449 | ($2,449) | -- | -- | -- |
| New Term Loan B | 4,690 | 4,571 | (372) | $4,199 | (602) | $3,597 |
| New Delayed Draw Term Loan B | -- | -- | -- | -- | -- | -- |
| **1st Priority Guaranteed Debt** | **$7,190** | **$7,020** | | **$4,199** | | **$3,597** |
| Commercial Paper | -- | -- | -- | -- | -- | -- |
| Term Loan A | -- | -- | -- | -- | -- | -- |
| Bridge Loan | -- | -- | -- | -- | -- | -- |
| Medium Term Notes | $263 | $263 | -- | $263 | -- | $263 |
| Existing Notes | 1,165 | 1,166 | -- | 1,166 | -- | 1,166 |
| Capitalized Real Estate Obligation | 51 | 41 | -- | 41 | -- | 41 |
| Swaps and Other Obligations | 42 | 43 | -- | 43 | -- | 43 |
| **Senior Debt** | **$8,711** | **$8,532** | | **$5,710** | | **$5,109** |
| PHONES (at Market) | 900 | 900 | -- | 900 | -- | 900 |
| **Total Debt** | **$9,611** | **$9,432** | | **$6,610** | | **$6,009** |
| **Credit Statistics** | | | | | | |
| LTM PF Adj EBITDA | $1,411 | $1,390 | | $986 | | $946 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 5.1x | 5.1x | | 4.3x | | 3.8x |
| Senior Debt / LTM PF Adj EBITDA | 6.2 | 6.1 | | 5.8 | | 5.4 |
| Total Debt / LTM PF Adj EBITDA | 6.8 | 6.8 | | 6.7 | | 6.4 |

## B&E

| | Spin-Off Adjustments | Pro Forma 9/30/2007 | Sale of Cubs / Comcast | Pro Forma 9/30/2007 |
|---|---|---|---|---|
| New Revolving Credit Facility ($250mm) | -- | -- | -- | -- |
| New Term Loan A | $250 | $250 | -- | $250 |
| New Term Loan B | 1,600 | 1,600 | -- | 1,600 |
| **Bank Debt** | | **$1,850** | | **$1,850** |
| New Senior / Senior Sub Notes | 1,000 | 1,000 | -- | 1,000 |
| **Total Debt** | | **$2,850** | | **$2,850** |
| **Credit Statistics** | | | | |
| LTM PF Adj EBITDA | | $401 | | $401 |
| Secured Debt / LTM PF Adj EBITDA | | 4.6x | | 4.6x |
| Total Debt / LTM PF Adj EBITDA | | 7.1 | | 7.1 |


citigroup

TRB0098664

Professionals' Eyes Only

# Indicative Terms – Parent Financing (B&E Spin)

| Borrower / Issuer: | Tower | | | |
| --- | --- | --- | --- | --- |
| Facility / Issue: | 1st Lien Revolver | 1st Lien Term Loan A | 1st Lien Term Loan B | 1st Lien Delayed Draw Term Loan B |
| Security: | 1st lien on Stock of Tower Finance LLC (in form accommodating rule 3-16) | | | |
| Guarantees: | All domestic subsidiaries of the Borrower on a senior basis | | | |
| Principal Amount: | $750 mm [1] | $2,500 mm | $4,690 mm | $263 mm [1] |
| Maturity: | 6 years | 6 years | 7 years | 7 years |
| Assumed Ratings: | B1/B+ [2] | | | |
| Indicative Pricing: | | > Ba3/BB- [2]:  L+175 bps<br>Ba3/BB- [2]:  L+200 bps<br>B1/B+ [2]:  L+225 bps<br><= B2/B [2]:  L+250 bps | | |
| Undrawn Pricing: | None | | | 75 bps [3] |
| Optional Redemption: | Anytime at par | | | |
| Amortization: | None | Equal quarterly installments at annual rates below:<br>Year 1:  0%<br>Year 2:  5%<br>Year 3:  10%<br>Year 4:  10%<br>Year 5:  20%<br>Year 6:  55% | Equal quarterly installments at a rate of 1% annually, bullet at maturity | Equal quarterly installments once fully funded at a rate of 1% annually, bullet at maturity |
| Financial Covenants: | Leverage and Interest Coverage covenants when drawn [4] | | Debt Incurrence Test [5] | |
| Other Covenants: | Spinoff of Broadcasting unit will be allowed if leverage through new bank debt is less than 5.0x EBITDA | | | |
| Price Flex: | 50 bps | | | |
| Underwriting Fee: | 1.50% | 1.50% [6] | 1.50% [6] | 1.50% |

(1)  Unfunded at close. Revolver reduced to $650 million post spin-off of Broadcasting.
(2)  Corporate Ratings.
(3)  Flex to ½ drawn spread.
(4)  If spin-off of Broadcasting occurs: Total Guaranteed Debt Leverage Ratio: 5.50x through December 30, 2007; 5.25x December 31, 2007 through December 28, 2008; 5.00x December 29, 2008 through December 27, 2009; 4.75x December 28, 2009 through December 26, 2010; 4.50x thereafter; Interest Coverage Ratio of 1.75x through 2008. 2.00x thereafter.
If spin-off of Broadcasting does not occur: Total Guaranteed Debt Leverage Ratio: 6.00x through December 30, 2007; 5.75x December 31, 2007 through December 28, 2008; 5.50x December 29, 2008 through December 27, 2009; 5.25x December 28, 2009 through December 26, 2010; 5.00x thereafter; Interest Coverage Ratio of 1.75x through 2008. 2.00x thereafter.
(5)  Flex to leverage covenant as in (3) above.
(6)  Rebate of 1.25% on $2.8bn of proceeds if Spin occurs within one year.

27

citigroup

TRB0098665

Professionals' Eyes Only

# Indicative Terms – Broadcasting Financing (B&E Spin)

| Borrower / Issuer: | Broadcasting (Post Spin-Off) | | | |
| --- | --- | --- | --- | --- |
| Facility / Issue: | 1st Lien Revolver | 1st Lien Term Loan A | 1st Lien Term Loan B | Senior Sub. Notes (Forward Underwriting Commitment) |
| Security: | Substantially all assets | | | None |
| Guarantees: | Senior Secured | | | Senior Subordinated |
| Principal Amount: | $250 mm [1] | $250 mm | $1,600 mm | $1,000 mm |
| Maturity: | 6 years | 6 years | 7 years | 10 years |
| Assumed Ratings: | B1/B+[2] | | | B2/B- |
| Indicative Pricing: | > Ba3/BB-[2]: L+150 bps<br>Ba3/BB-[2]: L+175 bps<br>< Ba3/BB-[2]: L+200 bps | > Ba3/BB-[2]: L+150 bps<br>Ba3/BB-[2]: L+175 bps<br>< Ba3/BB-[2]: L+200 bps | >= Ba3/BB-[2]: L+175 bps<br>Ba3/BB-[2]: L+200 bps<br>< Ba3/BB-[2]: L+225 bps | 8.750%-9.250% |
| Optional Redemption: | Anytime at par | | | NC-5 |
| Amortization: | None | Equal quarterly installments at annual rates below:<br>Year 1: 0%<br>Year 2: 5%<br>Year 3: 10%<br>Year 4: 15%<br>Year 5: 20%<br>Year 6: 50% | Equal quarterly installments at a rate of 1% annually, bullet at maturity | None |
| Financial Covenants: | Leverage and Interest Coverage covenants when drawn [3] | Debt Incurrence Test [4] | | Incurrence-based covenants |
| Price Flex / Caps: | 50 bps weighted average across all tranches | | | 11.25% |
| Underwriting Fee: | 1.50% | 1.50% | 1.50% | 2.00% |
| Commitment Fee: | - | - | - | 75 bps |
| Funding Fee: | - | - | - | 1.25% |

Note: Ability to move $250 million Term Loan A to Term Loan B tranche.
(1)    Unfunded at close.
(2)    Corporate Ratings.
(3)    Cure period before cross-default to Term Loan.
(4)    Flex to leverage covenant as applied to 1st Lien Revolver when drawn.

Strictly Private and Confidential


citigroup

TRB0098666

Professionals' Eyes Only

# Newspaper Trading Comparables

| (S in millions, except per share) | Stock Price as of 3/26/07 | Equity Value (a) | Firm Value (b) | Firm Value / EBITDA (c) | | Equity Value / FCF (c) | | Price / EPS | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2007E | 2008E | 2007E | 2008E | 2007E | 2008E |
| Gannett Co., Inc. | $55.97 | S13,143 | $17,556 | 7.9x | 7.8x | 10.4x | 10.1x | 11.9x | 11.0x |
| Journal Communications, Inc. | 13.07 | 897 | 1,129 | 9.4 | 8.3 | 25.7 | 13.7 | 20.7 | 18.2 |
| Journal Register Co | 6.20 | 243 | 921 | 8.5 | 8.5 | 11.4 | 7.7 | 9.1 | 10.5 |
| Lee Enterprises, Inc. | 29.98 | 1,381 | 2,559 | 8.7 | 8.8 | 11.2 | 9.9 | 15.2 | 14.1 |
| McClatchy Company | 31.98 | 2,622 | 4,668 | 7.1 | 7.0 | 7.9 | 7.3 | 14.2 | 11.8 |
| Media General | 39.22 | 946 | 1,766 | 8.6 | 7.3 | 14.9 | 9.4 | 17.7 | 12.9 |
| New York Times (d) | 23.47 | 3,378 | 4,212 | 8.5 | 8.5 | 18.3 | 17.0 | 23.4 | 20.6 |
| Tribune Co. (e) | 31.12 | 7,595 | 10,745 | 8.5 | 8.1 | 12.7 | 10.8 | 15.7 | 14.8 |
| | | | Maximum | 9.4x | 8.8x | 25.7x | 17.0x | 23.4x | 20.6x |
| | | | Mean | 8.4 | 8.0 | 14.1 | 10.7 | 16.0 | 14.2 |
| | | | Median | 8.5 | 8.2 | 12.0 | 10.0 | 15.5 | 13.5 |
| | | | Minimum | 7.1 | 7.0 | 7.9 | 7.3 | 9.1 | 10.5 |

(a) Equity Value = Recent Price x Fully Diluted Shares Outstanding - Option Proceeds.

(b) Firm Value = Market Capitalization + Net Debt + Preferred Stock + Minority Interest - Unconsolidatec Investments.

(c) Multiples based on calendarized results; for all companies with fiscal years ending on dates other than Dec 31, operating results are calendarized.

(d) Pro Forma for announced sale of TV broadcasting stations.

(e) Pro forma for sale of SCNI and Hoy New York.

TRB0098667



Professionals' Eyes Only

# Precedent Newspaper Transactions

(US$ in millions)

| Announce Date | Acquiror | Target | Firm Value | Firm Value / LTM EBITDA [a] | EBITDA Margin |
|---|---|---|---|---|---|
| Jan-07 | Courtside Acquisition Corp. | American Community Newspapers | $165 | 12.8x | 24% |
| Dec-06 | Avista Capital Partners | Minneapolis Star Tribune (McClatchy) | 690 | 7.3 [b] | 23 |
| Oct-06 | GateHouse Media | Copley Press | 380 | 10.7 | 24 |
| Oct-06 | Community Newspapers | Dow Jones (6 Ottaway Newspapers) | 283 | 11.3 | 26 |
| Jun-06 | Investor Group (Richard Connor / HM Capital Partners) | Wilkes-Barre Times Leader (McClatchy) | 88 | 12.8 | 22 |
| Jun-06 | Multiple Buyers | 5 Papers (McClatchy) | 450 | 10.6 | 18 |
| May-06 | Philadelphia Media Holdings (Bruce Toll / Brian Tierney | The Philadelphia Inquirer and Daily News (McClatchy) | 562 | 8.3 | 14 |
| Apr-06 | Media News | San Jose Mercury News, Contra Costa Times (McClatchy | 737 | 12.9 | 14 |
| Apr-06 | Hearst | Monterey Herald, St. Paul Pioneer Press (McClatchy) | 263 | 12.3 | 13 |
| Mar-06 | McClatchy | Knight Ridder | 6,158 | 9.7 | 21 |
| May-05 | Fortress Capital | Liberty Group Publishing | 530 | 10.3 | 25 |
| Jan-05 | Lee Enterprises | Pulitzer | 1,460 | 13.5 [c] | 24 |
| Jul-04 | Journal Register Co. | 21St Century Newspapers Inc | 415 | 11.5 [d] | 22 |
| Apr-03 | Ottaway Newspapers (Dow Jones) | Record of Stockton, California | 144 | 13.6 [c] | 29 |
| Dec-03 | McClatchy | Merced Sun-Star | 41 | 10.0 - 11.0 [f] | 19 |
| Apr-02 | Eagle-Tribune | Dow Jones (Essex County Newspapers) | 70 | 10.0 [g] | 25 |
| Feb-02 | Community Newspapers | Dow Jones (4 Small Ottaway Newspapers) | 182 | 13.0 [g] | 30 |
| Feb-02 | Lee Enterprises | Howard Publications | 694 | 14.1 [h] | 29 |
| Sep-01 | Journal Register | The Reporter (Gannett) | 43 | 11.0 [g] | 30 |
| Oct-00 | Freedom | Journal Register | 65 | 11.4 [g] | 37 |
| Aug-00 | Multiple Buyers | Hollinger International | 215 | 12.0 | NA |
| Jun-00 | Gannett | Central Newspapers | 2,631 | 11.6 | 28 |
| Jun-00 | Pulitzer | Journal Register Co. | 165 | 12.9 [i] | 25 |
| Jun-00 | Media General | Thomson Corp. (5 papers) | 237 | 14.8 [g] | 32 |
| Jun-00 | Gannett | Thomson Corp. (21 papers) | 1,125 | 16.1 [g] | 30 |
| Jun-00 | Community Newspapers | Thomson Corp. (17 papers) | 445 | NA | NA |
| Mar-00 | Tribune | Times Mirror | 5,908 [j] | 11.5 [j] | 20 |

| High | 16.1x | 37% |
|---|---|---|
| Mean | 12.2 | 27 |
| Median | 11.6 | 27 |
| Low | 9.7 | 19 |

Source: Wall Street Research and Company Filings / Press Releases.

(a) Excludes synergies, except where noted.

(b) Based on Wall Street research estimates: includes estimated tax benefits.

(c) Management stated the forward multiple with synergies was 11-11.5x EBITDA.

(d) Multiple based on purchase price adjusted to exclude NOLs. Source: Company press release.

(e) Note: EBITDA provided by management in press release includes synergies.

(f) Based on management guidance; excludes value of tax savings from step up (management stated 13-14x multiple with step up).

(g) Source: Wall Street research estimates.

(h) Management stated the forward mult ple with synergies was 11.5x 2003 EBITDA.

(i) Includes up to $365mm of tax benefits.

(j) Tribune's acquisition of the Times Mirror is adjusted for the sale of Times Mirror's non-newspaper assets. Tribune management values the deal at $8.0bn or 10.5x 2000 EBITDA.

Strictly Private and Confidential



Professionals' Eyes Only

# TV Broadcasting Trading Comparables

| (Dollars in Millions, Except Per Share Data) | | | Firm Value to: | | Firm Value to: | | Price to: | |
| Company | Price as of 03/26/07 | Equity Value (a) | Firm Value (b) | 2007E EBITDA | 2008E EBITDA | 2007E BCF | 2008E BCF | 2007E EPS | 2008E EPS |
|---|---|---|---|---|---|---|---|---|---|
| Belo | $18.48 | $1,895 | $3,133 | 8.6x | 7.7x | 7.1x | 6.6x | 17.3x | 13.6x |
| Gray | 9.94 | 476 | 1,347 | 12.3 | 9.6 | 10.9 | 8.8 | NM | 32.1 |
| Hearst Argyle | 26.99 | 2,546 | 3,354 | 13.3 | 10.6 | 12.0 | 10.7 | 37.0 | 23.4 |
| Lin TV | 15.24 | 819 | 1,627 | 13.7 | 9.9 | 11.0 | 9.8 | NM | 18.8 |
| Nexstar | 8.54 | 264 | 934 | 11.6 | 8.6 | NA | NA | NM | 25.9 |
| Sinclair | 15.54 | 1,350 | 2,697 | 11.2 | 10.0 | 10.2 | NA | 38.4 | 25.1 |
| | | | Maximum | 13.7x | 10.6x | 12.0x | 10.7x | 38.4x | 32.1x |
| | | | Mean | 11.8 | 9.4 | 10.2 | 9.0 | 30.9 | 23.1 |
| | | | Median | 11.9 | 9.7 | 10.9 | 9.3 | 37.0 | 24.2 |
| | | | Minimum | 8.6 | 7.7 | 7.1 | 6.6 | 17.3 | 13.6 |

(a) Equity Value = Stock Price x Fully Diluted Shares Outstanding - Option Proceeds.

(b) Firm Value = Equity Value + Net Debt + Preferred Stock + Minority Interest - Unconsolidated Investments.

(c) Multiples based on equity value adjusted to exclude unconsolidated investments.

(d) Free Cash Flow defined as Net Income to Common Shareholders plus D&A minus CapEx plus Deferred Taxes plus Non-Cash Expenses.



Professionals' Eyes Only

# Precedent TV Broadcasting Transactions

(Dollars in millions)

| Date Announced | Acquirer | Target / Seller | Assets Sold | Firm Value | LTM BCF Multiple | Forward BCF Multiple |
|---|---|---|---|---|---|---|
| 1/2007 | Oak Hill Capital Partners | New York Times | 9 Stations (4 CBS, 2 ABC, 2 NBC, 1 MY) | $575.0 | 10.5 x  (a) | NA |
| 6/2006 | Gannett | Tribune | WATL TV Atlanta, GA (My) | 180.0 | 13.4  (b) | NA |
| 5/2006 | Hearst-Argyle | Emmis | WKCF-TV Orlando, FL (CW) | 217.5 | 13.5 | 13.5 x  (c) |
| 4/2006 | Media General | NBC Universal | 4 NBC Stations (Raleigh, Columbus, Birm., Prov.) | 600.0 | 14.0  (d) | NA |
| 3/2006 | Barrington Broadcasting | Raycom Media | 12 Stations (5 NBC, 3 Fox, 2 UPN, 1 CBS) | 262.0 | 12.7 | NA |
| 9/2005 | SJL Broadcast Group and Blackstone Group | Emmis | 4 Stations | 259.0 | NA | 14.4 |
| 8/2005 | Raycom Media | Liberty Corporation | Reprogramming "THE TUBE" (15 Stations; 8 NBC, 5 ABC, 2 CBS) | 987.0 | NA | 12.0 |
| 8/2005 | LIN TV | Emmis | 5 Stations | 260.0 | NA | 14.4 |
| 8/2005 | Journal Communications | Emmis | 3 Stations | 235.0 | NA | 15.7  (e) |
| 8/2005 | Gray Television | Emmis | WSAZ-TV Charleston, West Virginia | 186.0 | NA | 14.3 |
| 12/2004 | Viacom | Sinclair | KOVR Sacramento | 285.0 | NA | 12.4  (f) |
| 9/2003 | Nexstar | Quorum Broadcast Holdings, LLC | 11 Stations (incl. to-be-sold WTVW), 9 New Markets | 221.5 | 11.6 | 11.4 |
| 12/2002 | Tribune | Acme | KPLR-TV St. Louis, KWBP-TV Portland | 275.0 | NA | 14.5  (g) |
| 8/2002 | Fox | Newsweb Corp. | Chicago's WPWR TV | 425.0 | NA | 15.0 |
| 4/2002 | Tribune | Sinclair | WTTV-TV, WTTK-TV | 125.0 | 11.0 | 12.0  (h) |
| 4/2002 | Gray Communications | Stations Holding | Benedek  22 Stations | 500.0 | 10.5 | 11.0 |
| 2/2002 | Viacom | Young Broadcasting | KCAL-TV Los Angeles | 650.0 | NA | 12.0  (i) |
| 12/2001 | NBC | Granite | KNTV San Francisco | 230.0 | NA | 11.5 |
| 10/2001 | NBC (GE) | Telemundo | #2 Hispanic Broadcaster behind Univision | 2,680.0 | 25.0 | 23.0  (j) |
| 8/2000 | News Corp | Chris-Craft, BHC Communications, UTV | 10 Stations in Top 40 Markets | 3,910.6 | 16.6 | 20.0 x |
| 5/2000 | Emmis | Lee Enterprises | 8 Network Stations; 7 Satellite Stations | 562.5 | 15.8 | 13.4 |
| 12/1999 | Media General | Spartan Communications | 12 Affiliates (10 CBS, 2ABC; primarily Southeast & KS) | 605.0 | 20.1 | 13.5 |
| 11/1999 | Young Broadcasting | The Chronicle Publishing Company | KRON-TV (NBC, #1 in SF); BAY-TV (51% interest) | 823.0 | NA | 10.0  (k) |
| 4/1999 | CBS | Gaylord Entertainment | 1 CBS Affiliate | 485.0 | NA | 20.0 |
| 9/1998 | Sinclair | Guy Gannett | 7 Stations | 185.0 | NA | 12.6 |
| 8/1998 | Meredith Corp | Tribune | 1 CBS Affiliate (WGNX in Atlanta) | 370.0 | NA | 19.0 |
| 8/1998 | Hearst-Argyle | Kelly | KCRA-TV (NBC); Time brokerage for KQCA-TV (WB) | 320.0 | NA | 15.2 |
| 7/1998 | Chancellor Broadcasting | LIN Television | 12 affiliates (3 CBS, 3 NBC, 3 ABC, 3 WB) | 1,650.0 | NA | 13.0 |
| 5/1998 | Hearst-Argyle | Pulitzer Publishing Company (Broadcast 9 Stations; 5 Radio Stations | | 1,850.0 | NA | 13.8 |
| 4/1998 | Raycom | Malrite Communications | 6 Affiliates (2 FOX, 1 CBS, 1 NBC, 2 Stations in Puerto Rico) | 998.0 | NA | 16.5 |
| 2/1998 | Sinclair | Sullivan | 14 Stations incl. 10 Fox Affiliates | 1,000.0 | 13.9 | 12.7 |

| | | |
|---|---|---|
| High | 25.0x | 23.0x |
| Mean | 14.5 | 14.3 |
| Median | 13.5 | 13.5 |
| Low | 10.5 | 10.0 |

Source: Company filings and Wall Street research

(a) Based on blended 2005 06 BCF.

(b) Based on Tribune Management data.

(c) Was a duopoly acquisition for Hearst-Argyle.

(d) Management estimated $450 million transaction value without tax savings, implying a pro forma 10.5x LTM multiple. 14.0x represents an average of '04/'05 due to political influence.

(e) Management estimated that tax savings from asset write-ups would reduce the purchase price multiple by approximately 2.5x EBITDA.

(f) 10.0x EBITDA multiple.

(g) BCF multiple based only upon $200 million acquisiton of KPLR-TV St. Louis.

(h) 2002E BCF multiple includes estimated duopoly benefits. Estimated at 38.0x 2001 BCF and 21.0x 2002 BCF without duopoly benefits.

(i) Estimated 12x FV/EBITDA on first year EBITDA. Estimated 2002 EBITDA of $48mm pre acquisition (implying 13.5x FV/EBITDA); however, efficient cost structure, duopoly, incremental ad revenue should increase station's EBITDA. (Research, 2/13/02).

(j) 2001E EBITDA multiple of 36x; 2003E EBITDA multiple of 13.4x.

(k) Management estimated NPV of tax savings from additional amortization of intangibles is $110mm, implying a pro forma 8.7x forward multiple.

TRB0098670



Professionals' Eyes Only

# Disclaimer

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This presentation is confidential, for your private use only, and may not be shared with others (other than your advisors) without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the proposal and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This presentation is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking the proposed transaction.

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any transaction contemplated hereby (a "Transaction").

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of the Transaction. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citigroup corporate bond research or economic and market analysis, Citigroup policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citigroup has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2006 Citigroup Global Markets Inc. Member SIPC. All rights reserved. CITIGROUP and the Umbrella Device are trademarks and service marks of Citigroup or its affiliates and are used and registered throughout the world.

