# Perspectives on Tower's Recent Financial Performance

Presentation to the Committee of Independent Directors of the Board of Directors of Tribune

30 March 2007

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY MS 65067

# Selected Observations

- Tower's year-to-date financial performance is on track with the Management Plan for 2007
- The Management Plan projects 2007 EBITDA of $1,264MM, which is $48MM higher than the Management Downside Case A; and 2008 EBITDA of $1,333MM, or $161MM higher than the Management Downside Case A
- The Company's rating agency presentation is based on the Management Plan
- Research estimates for Tower's 2007 EBITDA have remained stable since the beginning of the year
- The stock prices of 15 of 18 comparable media companies have appreciated since the announcement of the strategic review process in September 2006
- EBITDA trading multiples have also increased for all of the comparable publishing and broadcasting companies except McClatchy and Media General

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Perspectives on Tower's Recent Financial Performance**

# Year-to-Date Performance is On Track With the Management Plan

## January/February Actual Results vs. 2007 Management Plan





**Revenue $MM**
- Revenue: 2007 Plan: $835.5
- Publishing: $13.6
- Broadcasting: $0.7
- Revenue: 2007 Actual: $822.7
- Change: −2%

**EBITDA $MM**
- EBITDA: 2007 Plan: $143.8
- Publishing: $6.7
- Broadcasting: $6.1
- Corporate: $0.5
- EBITDA: 2007 Actual: $142.7
- Change: −1%

**Adjusted EBITDA [1] $MM**
- Adj. EBITDA: 2007 Plan: $145.9
- Publishing: $6.7
- Broadcasting: $6.1
- Corporate: $0.5
- Equity Income: $3.7
- Adj. EBITDA: 2007 Actual: $148.5
- Change: +2%

Source: Management

Legend:
- 2007 January/February Plan
- 2007 January/February Actual

Notes
1. Adjusted EBITDA defined as EBITDA plus equity income from unconsolidated assets

**Morgan Stanley**

2

**Perspectives on Tower's Recent Financial Performance**

# Management Anticipated Most of the Decline Relative to 2006 Actuals

## January/February Actual Results vs. 2006 Actual Performance

**Revenue**
$MM

870
860
850
840
830
820
810
800
$859.5
$37.5
$0.7
$822.7
Change: –4%
Revenue: 2006 Actual
Publishing
Broadcasting
Revenue: 2007 Actual

**EBITDA**
$MM

210
200
190
180
170
160
150
140
130
120
110
$194.9
$39.5
$5.2
$7.6
$142.7
Change: –27%
EBITDA: 2006 Actual
Publishing
Broadcasting
Corporate
EBITDA: 2007 Actual

**Adjusted EBITDA** [1]
$MM

210
200
190
180
170
160
150
140
130
120
110
$198.0
$39.5
$5.2
$7.6
$2.7
$148.5
Change: –25%
Adj. EBITDA: 2006 Actual
Publishing
Broadcasting
Corporate
Equity Income
Adj. EBITDA: 2007 Actual

2006 January/February Actual

2007 January/February Actual

**Source** Management

**Notes**
1. Adjusted EBITDA defined as EBITDA plus equity income from unconsolidated assets

**Perspectives on Tower's Recent Financial Performance**

# Tower's Rating Agency Presentation Was Based on the Management Plan

**Dated March 2007**

| Adjusted EBITDA Calculation – Rating Agency Presentation $MM | 2007E | 2008E |
|---|---|---|
| **Management Plan** | | |
| **EBITDA** | **$1,264** | **$1,333** |
| Add: Stock-based compensation | 41 | 51 |
| Less: Cubs BCF | (20) | (24) |
| **Operating Cash Flow** | **$1,285** | **$1,360** |
| Add: $60MM Cash 401(k) Savings | 60 | 60 |
| Add: $20MM Cost Savings | 20 | 20 |
| Add: Cash Flow from Equity Investments | 69 | 100 |
| **Adjusted EBITDA** | **$1,434** | **$1,540** |
| **Management Downside Case** | | |
| **EBITDA** | **$1,216** | **$1,172** |
| Add: Stock-based compensation | 41 | 51 |
| Less: Cubs BCF | (20) | (24) |
| **Operating Cash Flow** | **$1,237** | **$1,199** |
| Add: $60MM Cash 401(k) Savings | 60 | 60 |
| Add: $20MM Cost Savings | 20 | 20 |
| Add: Cash Flow from Equity Investments | 69 | 100 |
| **Adjusted EBITDA** | **$1,386** | **$1,379** |

**Pro Forma Debt / 2007E Adjusted EBITDA [1]**
x

2007E Adjusted EBITDA:
Management Plan: $1,434MM
Management Downside Case: $1,386MM
10
9
8
7
6
8.9
8.1
9.2
8.4
Management Plan
Management Downside Case
Debt/Adj. EBITDA(2)
Adjusted Debt/Adj. EBITDA(3)

**Pro Forma Debt / 2008E Adjusted EBITDA [1]**
x

2008E Adjusted EBITDA:
Management Plan: $1,540MM
Management Downside Case: $1,379MM

10
9
8
7
6
8.3
7.6
9.2
8.5
Management Plan
Management Downside Case
Debt/Adj. EBITDA(2)
Adjusted Debt/Adj. EBITDA(3)

**Source** Tower Rating Agency Presentation and Management Business Plan

**Notes**

1. Adjusted EBITDA as per Rating Agency Presentation dated March 2007 excludes stock-based compensation expense and Cubs BCF, and includes cash flow from equity investments and $80MM assumed cost savings
2. Assumes Pro Forma Debt of $12,731MM as of Q4 2007 as per Rating Agency Presentation dated March 2007
3. Adjusted Debt based on Pro Forma Debt less $1,071MM estimated value of tax savings as per Rating Agency Presentation dated March 2007 (calculated as the 10-year present value of annual tax savings discounted at a 7.5% discount rate)

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Perspectives on Tower's Recent Financial Performance**

# Research Estimates Have Been Consistent Since January

**Change in 2007 EBITDA Estimates Since January:**

| | |
|---|---|
| **Tower Management Plan** | **(5.2%)** |
| **Tower Management Downside Case [2]** | **(8.8%)** |
| **Research Average** | **(0.9%)** |
| A.G. Edwards | (2.2%) |
| Bear Stearns | (0.1%) |
| Credit Suisse | (4.7%) |
| Deutsche Bank | 6.2% |
| Morgan Stanley | 1.4% |
| Prudential | (4.7%) |
| Wachovia | (1.1%) |

**2007 Tower EBITDA Estimates [1]**
$MM

1,500
1,400
1,300
1,200
1,100
1,000
900
800
1,333
1,263
1,264
1,216
1,269
1,265
1,258
1,289
1,261
1,261
1,264
1,263
1,263
1,342
1,279
1,279
1,214
1,289
1,289
1,211
1,228
1,228
1,355
1,328
1,291
1,210
1,208
1,197
Tower Management Plan
Research Average
A.G. Edwards
Bear Stearns
Credit Suisse
Deutsche Bank
Morgan Stanley
Prudential
Wachovia
January '07
February '07
Current
Management Downside Case

**Source** Management Business Plan and Wall Street research

**Notes**
1. PF for sale of SCNI and Boston, Albany and Atlanta TV stations
2. Based on current Management Downside Case relative to January Management Case

**Perspectives on Tower's Recent Financial Performance**

# Most Comparables Have Appreciated Since September

**Total Return Since Week Prior to Announcement of Strategic Review Process**

- Since the week prior to the announcement of the strategic review process in September 2006, 15 out of 18 of a broad set of media comparables have experienced positive total returns

**Total Return [1]**
**Change since September 14, 2006**

| | Tower | Nexstar | LIN TV | Sinclair | Gray Television | Lee Ent | Time Warner | Belo | Viacom | Disney | Journal Comms | Hearst Arglye | CBS | Gannett | NY Times | Wash. Post | Media General | Journal Reg. | McClatchy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Price @ September 14, 2006: | $31.25 | $4.19 | $7.57 | $7.87 | $6.57 | $24.33 | $16.91 | $16.17 | $35.79 | $30.39 | $11.43 | $23.77 | $28.54 | $54.97 | $23.05 | $753.50 | $39.61 | $6.23 | $40.10 |
| Price @ March 28, 2007: | $31.13 | $9.19 | $15.61 | $15.55 | $10.48 | $29.78 | $19.91 | $18.52 | $40.80 | $34.23 | $12.84 | $26.85 | $30.37 | $56.05 | $23.35 | $759.74 | $38.27 | $5.98 | $31.36 |

**Source** FactSet

Morgan Stanley

**Notes**
1. Total return assumes reinvestment of dividends. From September 14, 2006 to March 28, 2007

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Perspectives on Tower's Recent Financial Performance**

# Publishing and Broadcasting Multiples Have Increased Since September

**Multiples as of Week Prior to Announcement of Strategic Review Process vs. Current**

- 68% of Tower's EBITDA is from publishing-related businesses, and 32% is from broadcasting-related businesses
  - Including cash flow from unconsolidated assets, 37% of Adjusted EBITDA is from broadcasting-related businesses

**2007E EBITDA Multiples [1]**
x

Tower
Increase: 0.2x (3%)
Diversified Publishing
Average Increase: 0.5x (7%)
Pure Play Publishing
Average Increase: 0.2x (2%)
Broadcasting
Average Increase: 2.2x (21%)
18
16
14
12
10
8
6
4
2
0
8.2
8.4
7.6
8.7
7.4
8.0
7.8
7.8
8.2
8.7
8.3
8.6
8.2
8.4
7.6
7.1
12.6
14.1
11.1
13.2
9.9
12.6
9.2
11.6
Tower
Belo
Gannett
Media General
Journal Register
Lee
NY Times
McClatchy
Hearst-Argyle
Lin TV
Gray
Sinclair
September 14, 2006
March 28, 2007

**Source** Management Business Plan and Wall Street research

Morgan Stanley

**Notes**
1. As of September 14, 2006 and March 28, 2007

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Perspectives on Tower's Recent Financial Performance**

# Tower's First Quarter Performance is Generally Below Average

## Tower Quarterly Revenue and EBITDA for 2005-2007

**Quarterly Revenue** [(1)]
**2005-2007**

2005 Actual
2006 Actual
2007 Plan
1,600
1,400
1,200
1,000
800
1,280
1,351
1,272
1,370
1,264
1,334
1,233
1,354
1,214
1,320
1,257
1,377
Q1
Q2
Q3
Q4
Year-over-year Change:
(1.2%)
(1.3%)
(3.1%)
(1.2%)
(3.9%)
(1.0%)
1.9%
1.7%

**Source** Management

**Quarterly EBITDA** [(1)(2)]
**2005-2007**

2005 Actual
2006 Actual
2007 Plan
500
400
300
200
100
0
325
379
307
338
281
352
261
363
240
330
287
388
Q1
Q2
Q3
Q4
Year-over-year Change:
(13.5%)
(7.1%)
(15.1%)
7.5%
(14.6%)
(6.2%)
10.2%
6.8%

**Source** Management

**Notes**
1. PF for sale of SCNI, Hoy NY newspapers and Albany, Atlanta and Boston TV stations. Excludes Cubs
2. Includes stock-based compensation

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Perspectives on Tower's Recent Financial Performance

# Recent Sector Revenue Trends

## Tower vs. Gannett and McClatchy

**Local Advertising Publishing Revenue**
Year over Year Growth (%)

**National Advertising Publishing Revenue**
Year over Year Growth (%)

**Classified Advertising Publishing Revenue**
Year over Year Growth (%)

**Total Advertising Publishing Revenue**
Year over Year Growth (%)

**Total Publishing Revenue**
Year over Year Growth (%)

**Total Consolidated Revenues**
Year over Year Growth (%)

Source Company Press Releases

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY MS 65076