# Project Tower

Presentation to the Committee of Independent
Directors of the Board of Directors of Tribune
1 April 2007

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

# Table of Contents

| | | |
|---|---|---|
| **Section 1** | Zell / ESOP Proposal Overview | |
| **Section 2** | Valuation Summary | |
| **Section 3** | Leveraged Recap / Broadcasting Spin Alternative | |
| **Appendix A** | Tower Financial Projections Overview | |
| **Appendix B** | Discounted Cash Flow Analysis | |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

**Section 1**

# Zell / ESOP Proposal Overview

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64869

**Project Tower**

# Net Present Value Perspectives

- The current Zell / ESOP Proposal contemplates that, upon consummation of the merger, Tower shareholders shall receive a cash amount equal to:
  - $34.00 per share (the "Merger Consideration"); plus
  - A ticking fee of 8% per annum accruing daily on the Merger Consideration beginning 1/1/08 through and including the date of consummation of the merger
- The economic value of the proposal to Tower shareholders is a function of the time to close and the appropriate risk-adjusted return

**Net Present Value of Zell / ESOP Proposal**
**(Including $17.50 Upfront Distribution)**

| Assumed Time to Close | Assumed Cost of Equity | | |
|---|---|---|---|
| | 8% | 10% | 12% |
| 6 Months | $33.38 | $33.23 | $33.09 |
| 9 Months | $33.07 | $32.86 | $32.66 |
| 12 Months | $33.08 | $32.80 | $32.53 |

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64870

**Project Tower**

**Zell / ESOP Proposal Overview**

# Comparative Zell / ESOP and Recapitalization Perspectives

**Zell / ESOP Perspectives**
**$/Share**

**Recapitalization Perspectives**
**$/Share**

**Source** Management, Wall Street Research

Morgan Stanley

**Notes**
1. Perspective #1 and Perspective #2 assume 6 or 12 months to close, respectively and 10% cost of equity

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY MS 64871

**Project Tower**

Zell / ESOP Proposal Overview

# Implied Premium Perspectives

## Implied Premium Perspectives

| | Reference Price | Merger Consideration ($34.00) | Perspective #1: NPV - 6 Month Close 10% Cost of Equity ($33.23) | Perspective #2: NPV - 12 Month Close 10% Cost of Equity ($32.80) |
|---|---|---|---|---|
| **Recent Tower Prices** | | | | |
| March 28, 2007 | $31.13 | 9.2% | 6.8% | 5.4% |
| March 20, 2007 | $28.81 | 18.0% | 15.3% | 13.8% |
| 52-Week Low | $27.09 | 25.5% | 22.7% | 21.1% |
| 52-Week High | $34.28 | (0.8%) | (3.1%) | (4.3%) |
| **Average Price Perspectives [1]** | | | | |
| 1-Year | $30.72 | 10.7% | 8.2% | 6.8% |
| 2-Years | $32.45 | 4.8% | 2.4% | 1.1% |
| 3-Years | $36.14 | (5.9%) | (8.0%) | (9.2%) |
| **Recapitalization Perspectives - Discounted Equity Value [2]** | | | | |
| Management Plan | $31.77 | 7.0% | 4.6% | 3.2% |
| Research Case | $31.37 | 8.4% | 5.9% | 4.6% |
| Downside Case A | $24.04 | 41.4% | 38.2% | 36.4% |
| Downside Case B | $21.18 | 60.5% | 56.9% | 54.9% |

Morgan Stanley

Notes
1. As of March 28, 2007
2. Based on the present value of the projected equity value in 2009, assuming a Publishing EBITDA multiple of 7.6x, a Broadcasting multiple of 9.0x and an 11% cost of equity

3

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

Zell / ESOP Proposal Overview

# Implied Transaction Multiples

## Implied Transaction Multiples [1]
$MM, except per share values

| | Merger Consideration ($34.00) | Perspective #1: NPV - 6 Month Close 10% Cost of Equity ($33.23) | Perspective #2: NPV - 12 Month Close 10% Cost of Equity ($32.80) |
|---|---|---|---|
| Implied Equity Value | $8,242 | $8,056 | $7,951 |
| Implied Aggregate Value (excl. Uncons.) [2] | 11,127 | 10,941 | 10,836 |
| Implied Aggregate Value (incl. Uncons.) | 13,327 | 13,141 | 13,036 |
| **Aggregate Value Multiples (excl. Uncons.) [2][3]** | | | |
| 2007E EBITDA | 8.9x | 8.8x | 8.7x |
| 2008E EBITDA | 8.5x | 8.3x | 8.3x |
| **Aggregate Value Multiples (incl. Uncons.) [3]** | | | |
| 2007E EBITDA | 10.7x | 10.6x | 10.5x |
| 2008E EBITDA | 10.2x | 10.0x | 9.9x |
| **Equity Value Multiples [3]** | | | |
| 2007E Net Income | 17.0x | 16.6x | 16.4x |
| 2008E Net Income | 15.4x | 15.0x | 14.8x |

Notes
1. Based on FDSO of 242.4MM, net debt of $6,085MM and unconsolidated asset value of $2,200MM
2. Unconsolidated assets valued at $2,200MM
3. Multiples based on management plan estimates

Morgan Stanley

4

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64873

**Project Tower**

Zell / ESOP Proposal Overview

# Pro Forma Capitalization

### Pro Forma Tower Capitalization - Zell / ESOP Proposal

| | Actual 12/31/2006 | Projected 3/31/2007 | Recapitalization Adjustments | Pro Forma 3/31/2007 | Q2-Q4 Adjustments | Projected 12/31/2007 | Acquisition Adjustments | Pro Forma 12/31/2007 | Sale of Cubs / Comcast | Pro Forma 12/31/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pro Forma Capitalization** | | | | | | | | | | |
| **Cash and Cash Equivalents** | 175 | 185 | | 185 | (10) | 175 | | 175 | | 175 |
| New Term Loan B | 0 | 0 | 7,015 | 7,015 | (316) | 6,699 [1] | 2,125 | 8,824 | (602) | 8,222 |
| **1st Priority Guaranteed Debt** | $0 | $0 | | $7,015 | | $6,699 | | $8,824 | | $8,222 |
| New Senior Notes | 0 | 0 | | 0 | | 0 | 2,100 | 2,100 | | 2,100 |
| **Guaranteed Debt** | $0 | $0 | | $7,015 | | $6,699 | 4,225 | $10,924 | | $10,322 |
| Commercial paper | 97 | 97 | (97) | 0 | | 0 | | 0 | | |
| Term Loan A | 1,500 | 1,500 | (1,500) | 0 | | 0 | | 0 | | |
| Bridge Loan | 1,310 | 1,240 | (1,240) | 0 | | 0 | | 0 | | |
| Medium Term Notes | 263 | 263 | | 263 | | 263 | | 263 | | 263 |
| Roll-over Notes | 1,165 | 1,165 | | 1,165 | 1 | 1,166 | | 1,166 | | 1,166 |
| Capitalized Real Estate Obligation | 56 | 51 | | 51 | (15) | 36 | | 36 | | 36 |
| Swaps and Other Obligations | 41 | 42 | | 42 | 1 | 43 | | 43 | | 43 |
| **Senior Debt** | $4,432 | $4,357 | | $8,535 | | $8,207 | | $12,432 | | $11,829 |
| PHONES | 900 | 900 | | 900 | | 900 | | 900 | | 900 |
| **Total Debt (incl. PHONES)** | $5,332 | $5,257 | | $9,435 | | $9,107 | | $13,332 | | $12,729 |
| Less: PV of Tax Savings [2] | | | | | | | (1,071) | (1,071) | | (1,071) |
| **Total Adjusted Debt** | $5,332 | $5,257 | | $9,435 | | $9,107 | $3,154 | $12,261 | | $11,658 |
| | | | | | | | | | | |
| **Credit Statistics** | | | | | | | | | | |
| LTM PF Adj. EBITDA | $1,437 | $1,412 | | $1,412 | | $1,389 | | $1,489 [3] | | $1,434 [3] |
| 1st Priority Guaranteed Debt / LTM PF Adj. EBITDA | 0.0x | 0.0x | | 5.0x | | 4.8x | | 6.0x | | 5.7x |
| Guaranteed Debt / LTM PF Adj. EBITDA | 0.0x | 0.0x | | 5.0x | | 4.8x | | 7.4x | | 7.2x |
| Senior Debt / LTM PF Adj. EBITDA | 3.1x | 3.1x | | 6.0x | | 5.9x | | 8.5x | | 8.2x |
| Total Debt / LTM PF Adj. EBITDA | 3.7x | 3.7x | | 6.7x | | 6.6x | | 9.1x | | 8.9x |
| Net Debt / LTM PF Adj. EBITDA | 3.6x | 3.6x | | 6.6x | | 6.4x | | 9.0x | | 8.8x |
| Total Adj. Debt / LTM PF Adj. EBITDA | 3.7x | 3.7x | | 6.7x | | 6.6x | | 8.2x | | 8.1x |

Notes
1. Shown pro forma for proceeds from sale of SCNI. Assumes Q1 cash flow / excess cash is used toward paydown of the existing bridge loan
2. Estimated value of tax savings as per Rating Agency Presentation dated March 2007 (calculated as the 10-year present value of annual tax savings discounted at a 7.5% discount rate)
3. Pro Forma for $90MM of incremental cash cost savings

Morgan Stanley

5

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

### Section 2

# Valuation Summary

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64875

**Project Tower**



## Valuation Summary

# Preliminary Valuation Summary

### Tower Equity Value per Share [1]

**Comments**

1. **Trading Range**
   - Since Dutch Auction Tender
   - One Year

2. **Equity Research Price Targets**
   - Target Price
   - PV of Target Price

3. **Public Market Trading Comparables** [2][3]
   - 8.0x–8.5x Consolidated 2007E EBITDA
   - 7.5x–8.0x Publishing 2007E EBITDA;
     9.0x–11.0x Broadcasting 2007E EBITDA
   - 12.0x–14.0x Consolidated 2007E EPS

4. **Private Market Precedent Transactions** [2][3]
   - 7.0x–9.0x Publishing 2007E EBITDA;
     10.5x–12.0x Broadcasting 2007E EBITDA
   - Research Private Market Value
   - McClatchy/Knight Ridder
     (9.1x–9.9x Forward EBITDA)

1. **Trading Range**
   - Tender announced 5/30/06

2. **Equity Research Price Targets**
   - Median target price of $31
   - Median discounted target price of $28 based on 11% discount factor

3. **Public Market Trading Comparables** [2][3]
   - 2007E EBITDA of $1,245MM (Mgmt.)
   - 2007E EBITDA $863MM (Publishing); $382MM (Broadcasting) (Mgmt.)
   - Blended 2007E EBITDA multiple of 8.0x–8.5x
   - Consolidated 2007E EPS estimates of $2.00 (Mgmt.)

4. **Private Market Precedent Transactions** [2][3]
   - 2007E EBITDA $863MM (Publishing); $382MM (Broadcasting) (Mgmt.)
   - Blended 2007E EBITDA multiple of 7.9x–9.9x
   - Median private market value of $34
   - 2007E EBITDA of $1,245MM (Mgmt.)

Management Plan Projections

**Notes**
1. Assumes FDSO of 242.4MM and net debt of $5,089MM (pro forma for proceeds from sale of SCNI). Valuation metrics (excluding those based on P/E) represent values assuming PHONES net value of $900MM
2. Based on Management Plan projections. Cubs valued separately at $450MM. Total unconsolidated assets valued at $2,200MM
3. Broadcasting 2007E EBITDA excludes Cubs OCF of $18MM

**Morgan Stanley**

6

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Project Tower**

## Valuation Summary

# Preliminary Valuation Summary (cont'd)

### Tower Equity Value per Share [1]



**Comments**

**(5) DCF** [2][3]

- 8-9x 2012E exit multiple, Discount rate: 7-8% (All cases)
- Cash tax rate: ~33-35% (All cases)
- 2012E EBITDA of $1,396MM (Mgmt Plan)
- 2012E EBITDA of $1,378MM (Research)
- 2012E EBITDA of $982MM (Mgmt. Downside Case A)
- 2012E EBITDA of $889MM (Mgmt. Downside Case B)

**(6) 2009E Discounted Equity Value** [1][4][5]

**(a) 7.5x Publ.; 9-11x Broad.**
- 2010E EBITDA (Publ./Broad.): $889MM / $460MM
- 2010E EBITDA (Publ./Broad.): $872MM / $468MM
- 2010E EBITDA (Publ./Broad.): $662MM / $365MM
- 2010E EBITDA (Publ./Broad.): $589MM / $354MM
- Tax rate: ~33-35% (Publ.)/39.5% (Broad.) (All Cases)

**(b) 8.0x Publ.; 9-11x Broad.**
- 2010E EBITDA (Publ./Broad.): $889MM / $460MM
- 2010E EBITDA (Publ./Broad.): $872MM / $458MM
- 2010E EBITDA (Publ./Broad.): $662MM / $365MM
- 2010E EBITDA (Publ./Broad.): $589MM / $354MM
- Tax rate: ~33-35% (Publ.)/39.5% (Broad.) (All Cases)

Legend:
- Management Plan Projections
- Research Projections
- Management Downside Case A Projections
- Management Downside Case B Projections

Notes
1. Assumes FDSO of 242.4MM and net debt of $5,085MM (pro forma for proceeds from sale of SCNB which assumes PHONES net value of $900MM. Valuation is as of March 31, 2007
2. DCF assumes a WACC of 7-8% and a 8.0x-9.0x exit multiple in 2012
3. Based on management estimates and research estimates, as indicated. Cubs valued separately at $450MM. Total unconsolidated assets valued at $2,200MM
4. Assumes unconsolidated assets currently valued at $1,600MM (Food Network: $800MM; CareerBuilder: $650MM; Other Interactive Assets: $150MM) and that unconsolidated asset value grows at 8% per year. Cubs and Comcast SportsNet are sold at post-tax value of $960MM
5. For each scenario, equity values are based on PV of projected stock price at year end 2009, assuming a 11% cost of equity

**Morgan Stanley**

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64877

**Project Tower**

# Tower Valuation Matrix

### Tower Capitalization
$MM

| | |
|---|---|
| Current Share Price [1] | $31.13 |
| FDSO (MM) | 242.4 |
| Equity Value | $7,546 |
| Debt [?] | 6,260 |
| Cash | 175 |
| Net Debt | $6,085 |
| Agg. Value (incl. Unconsolidated assets) | $12,631 |
| Less: Unconsolidated Assets | 2,200 |
| Agg. Value (excl. Unconsolidated assets) | $10,431 |

### Diversified Comparables Multiples
x

| | AV/EBITDA | | P/E | |
|---|---|---|---|---|
| | 2007E | 2008E | 2007E | 2008E |
| Gannett | 8.0x | 7.8x | 11.9x | 11.1x |
| Belo | 8.7x | 7.0x | 17.9x | 14.4x |
| Media General | 7.8x | 6.9x | 16.9x | 12.6x |
| Mean | 8.1x | 7.5x | 15.5x | 12.7x |
| Median | 8.0x | 7.6x | 16.9x | 12.6x |

### Unconsolidated Assets
$MM

| | Assumed Value |
|---|---|
| **Publishing Assets** | |
| Career Builder | 650 |
| Other Interactive Assets | 150 |
| Total Publishing | $800 |
| **Broadcasting Assets** | |
| Chicago Cubs | 450 |
| Food Network | 800 |
| Comcast SportsNet | 150 |
| Total Broadcasting | $1,400 |
| **Total Unconsolidated Assets** | 2,200 |

### Tower Valuation Matrix
$MM, except per share data

| Price | % Prem./ (Disc.) to March 20 Price ($28.81) | Equity Value | Agg. Value (incl. Uncons. Assets) [2] | Agg. Value (excl. Uncons. Assets) [3][4] | Agg. Value/EBITDA (excl. uncons. assets) Management 2007 | 2008 | Research 2007 | 2008 | P/E Management 2007 | 2008 | Research 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Statistic: | $1,245 | $1,311 | $1,239 | $1,273 | $2.00 | $2.21 | $2.00 | $2.16 |
| $26.00 | (10%) | $6,302 | $11,388 | $9,188 | 7.4x | 7.0x | 7.4x | 7.2x | 13.0x | 11.8x | 13.0x | 12.0x |
| 27.00 | (6%) | 6,545 | 11,630 | 9,430 | 7.6 | 7.2 | 7.6 | 7.4 | 13.5 | 12.2 | 13.5 | 12.5 |
| 28.00 | (3%) | 6,787 | 11,873 | 9,673 | 7.8 | 7.4 | 7.8 | 7.6 | 14.0 | 12.7 | 14.0 | 13.0 |
| 29.00 | 1% | 7,030 | 12,115 | 9,915 | 8.0 | 7.6 | 8.0 | 7.8 | 14.5 | 13.1 | 14.5 | 13.4 |
| 30.00 | 4% | 7,272 | 12,357 | 10,157 | 8.2 | 7.7 | 8.2 | 8.0 | 15.0 | 13.6 | 15.0 | 13.9 |
| 31.00 | 8% | 7,514 | 12,600 | 10,400 | 8.4 | 7.9 | 8.4 | 8.2 | 15.5 | 14.0 | 15.5 | 14.3 |
| 32.00 | 11% | 7,757 | 12,842 | 10,642 | 8.6 | 8.1 | 8.6 | 8.4 | 16.0 | 14.5 | 16.0 | 14.8 |
| 33.00 | 15% | 7,999 | 13,085 | 10,885 | 8.7 | 8.3 | 8.8 | 8.6 | 16.5 | 14.9 | 16.5 | 15.3 |
| 34.00 | 18% | 8,242 | 13,327 | 11,127 | 8.9 | 8.5 | 9.0 | 8.7 | 17.0 | 15.4 | 17.0 | 15.7 |
| 35.00 | 21% | 8,484 | 13,569 | 11,369 | 9.1 | 8.7 | 9.2 | 8.9 | 17.5 | 15.8 | 17.5 | 16.2 |
| 36.00 | 25% | 8,726 | 13,812 | 11,612 | 9.3 | 8.9 | 9.4 | 9.1 | 18.0 | 16.3 | 18.0 | 16.7 |

◌ = Comparable Companies Mean / Median [5]

**Notes**
1. Share price as of March 20, 2007
2. Aggregate Value including unconsolidated assets defined as Equity Value + Net Debt. Net debt is PF for proceeds of $73MM from sale of SCNI
3. Assumes PHONES valued at $300MM
4. Unconsolidated assets include Food Network ($800MM), CareerBuilder ($650MM), Comcast SportsNet ($150MM), Cubs ($450MM) and other interactive assets ($150MM)
5. Comparable companies include Gannett, Belo and Media General

Morgan Stanley

8

**Project Tower**

Valuation Summary

# Summary of Selected Research Analyst Targets

### Brokers Reporting Since Q4 Earnings Release

- **The Wall Street median target price is $31**
  - **Results in an implied present value of $28 based on an 11% cost of equity**
- **The private market value of Tower, based on the analyst median, is approximately $34**

**Wall Street Perspectives Since Q4 Earnings Release**

| Firm | Rating | Target Price | % Upside to Current Price[1] | PV of Price Target[2] | 2007 Estimates Revenue ($ MM) | 2007 Estimates EBITDA ($ MM) | 2007 Estimates Margin (%) | 2008 Estimates Revenue ($ MM) | 2008 Estimates EBITDA ($ MM) | 2008 Estimates Margin (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| Morgan Stanley | NA | NA | NA | NA | 5,322 | 1,234 | 23% | 5,354 | 1,263 | 24% |
| UBS | Neutral | 34.00 | 9% | $30.65 | NA | NA | NA | NA | NA | NA |
| A.G. Edwards | Hold | NA | - | NA | 5,484 | 1,268 | 23% | 5,497 | 1,277 | 23% |
| Prudential | Underweight | 27.00 | (13)% | 24.32 | 5,415 | 1,298 | 24% | 5,722 | 1,402 | 24% |
| Credit Suisse | Outperform | 34.00 | 9% | 30.65 | 5,417 | 1,296 | 24% | 5,528 | 1,385 | 25% |
| Lehman Brothers | Underweight | 19.00 | (39)% | 17.12 | NA | NA | NA | NA | NA | NA |
| Wachovia | Market Weight | 30.00 | (4)% | 27.03 | 5,305 | 1,203 | 23% | 5,398 | 1,244 | 23% |
| Citigroup | Hold | 33.00 | 6% | 29.75 | NA | NA | NA | NA | NA | NA |
| Benchmark | Market Weight | 34.00 | 9% | 30.65 | NA | NA | NA | NA | NA | NA |
| Bear Stearns | Peer Perform | 31.00 | (0)% | 27.95 | 5,382 | 1,270 | 24% | 5,400 | 1,259 | 23% |
| Deutsche Bank | Hold | 31.00 | (0)% | 27.93 | 5,361 | 1,296 | 24% | 5,385 | 1,306 | 24% |
| **Analyst Median** | | **$31.00** | **(0)%** | **$27.93** | **5,382** | **1,270** | **24%** | **5,400** | **1,277** | **24%** |

Source  Wall Street research

**EBITDA Estimates[4]**
$MM

| | 2007E | 2008E |
|---|---|---|
| Research | | |
| Low | $1,203 | $1,244 |
| High | 1296 | 1402 |
| Median | 1270 | 1277 |
| Average | 1265 | 1302 |
| Mgmt. Plan | 1270 | 1340 |

**Source**  Management Plan, Wall Street research

**Tower Broker Recommendations**
**12 Month Consensus**



Sell 15%
Buy 15%
Hold 69%

Source  FactSet

**Private Market Value Consensus[3]**

| Firm | Private market Value ($) |
|---|---|
| UBS | 34 |
| Lehman | 34 |
| Wachovia | 35 |
| Deutsche Bank | 25-35 |
| **Analyst Median** | **34** |

Source  Wall Street research

Notes
1. Based on share price of $31.13 as of March 28, 2007
2. Discounted one year at 11% cost of equity
3. Targets reflect private market valuations based on publicly announced review of strategic alternatives
4. Include Cubs BCF and SCNI OCF





**Morgan Stanley**

9

**Project Tower**

Preliminary Valuation Perspectives

# Selected Public Market Trading Comparables

**2007 and 2008 EBITDA Multiples Without Unconsolidated Assets**

| Implied Tower Share Price Based on Mgmt. Plan | | |
| --- | --- | --- |
| $MM | Low | High |
| 2007E Tower Multiple | 8.0x | 8.5x |
| Tower EBITDA (excl. Cubs BCF) | $1,245 | $1,245 |
| Implied Tower Aggregate Value | $9,957 | $10,579 |
| Less: Net Debt | (6,085) | (6,085) |
| Plus: Unconsolidated Assets | 2,200 | 2,200 |
| Implied Tower Equity Value | $7,071 | $7,694 |
| FDSO | 242.4 | 242.4 |
| Implied Tower Value Per Share | $29.17 | $31.74 |



AV / 2007E EBITDA [1][2]



AV / 2008E EBITDA [1][2]

Notes
1. Based on share prices as of March 28, 2007
2. EBITDA includes stock-based compensation

Morgan Stanley

10

**Project Tower**

# Selected Private Market Precedent Transactions

**Newspapers and TV Broadcasting**

| Private Market Valuation $MM | Low | High |
|---|---|---|
| 2007E Tower Publ. Multiple | 7.8x | 9.0x |
| Tower Publ. EBITDA | $863 | $863 |
| Implied Publ. Aggregate Value | $6,641 | $7,767 |
| 2007E Tower Broad. Multiple | 10.0x | 12.0x |
| Tower Broad. EBITDA | $382 | $382 |
| Implied Broad. Aggregate Value | $3,816 | $4,579 |
| Implied Tower Aggregate Value | $9,857 | $11,346 |
| Less: Net Debt | (5,085) | (5,085) |
| Plus: Unconsolidated Assets | 2,200 | 2,200 |
| Implied Tower Equity Value | $6,971 | $9,461 |
| FDSO | 242.4 | 242.4 |
| Implied Tower Value Per Share | $28.76 | $39.03 |



**Selected Newspaper Precedent Transactions**
Aggregate Value / Trailing EBITDA (x)



**Selected TV Broadcasting Precedent Transactions**
Aggregate Value / BCF (x)



**Sources** Company data, Wall Street estimates

**Notes**
1. Assumes 2006 EBITDA for Star Tribune of $79MM. Purchase price excluding tax benefit of $160MM would result in a 8.7x multiple.
2. Purchase price includes pension liability of $47MM
3. 9.8x forward multiple excluding non-core assets, 9.7x with synergies and 11.0x post asset sales
4. Based on forward BCF
5. Based on trailing BCF
6. Based on 2005-2006 blended BCF multiple
7. Based on 2004-2005 blended BCF multiple

**Morgan Stanley**

11

**Project Tower**

Valuation Summary

# McClatchy Acquisition of Knight Ridder

## Transaction Overview

- On March 13, 2006, McClatchy and Knight Ridder entered into a definitive agreement under which McClatchy acquired Knight Ridder in a transaction valued at $67.25 per share[1]
- The combined Company has 32 daily newspapers and approximately 50 non-dailies and total daily circulation of 3.2MM (pro forma for divestiture of 12 Knight Ridder papers)
  - Second largest newspaper company in the U.S. based on circulation

### Key Transaction Terms

- Consideration:[1] - $40 per share in cash
  - 0.5118 McClatchy Class A shares (fixed exchange ratio)
  - $4.5Bn equity value
  - $6.5Bn aggregate value
- 12 newspapers with daily circulation of 1.5MM (86% of which is Philadelphia, Bay Area, Akron, and St. Paul) and '05 EBITDA of $219MM are scheduled for divestiture
- Governance: 2 Knight Ridder directors were asked to join the McClatchy Board of Directors

Source   Company press release

### Valuation and Multiples

- Implied value per share: $67.25[1]
- Premium to last close (3/10/06): 3.5%
- Premium to unaffected (10/31/05): 26.0%
- Pro forma leverage: 4.8x Debt / '05 PF EBITDA (pre-asset divestitures)

| | No Synergies (Incl. Unconsolidated Assets) | With $60MM of Announced Synergies | No Synergies (Excl. Unconsolidated Assets) |
|---|---|---|---|
| '05 EBITDA[3] | 10.2x | 8.3x | 8.8x |
| '06 EBITDA | 9.9x | 9.1x | 9.2x |

Source   Company press release

### Offer Price Sensitivity

| | McClatchy Shares | | Knight Ridder Consideration | |
|---|---|---|---|---|
| | Price | % of 3/10/06 Price | Total Offer Value | '05 EBITDA Multiple |
| 10/31/2005 | $62.66 | 18% | $72.08 | 10.7x |
| 11/14/2005 | 66.17 | 24% | 73.87 | 10.9x |
| 3/10/2006 | 53.24 | 0% | 67.25 | 10.2x |
| 3/13/2006[2] | 51.73 | (3%) | 66.46 | 10.1x |
| 4/13/2006[2] | 47.18 | (11%) | 64.15 | 9.9x |
| 6/26/2006[2] | 40.63 | (24%) | 60.79 | 9.5x |

Source   Company filings, company press releases

### Asset Sales
($MM)

| Transaction | Pre-Tax Proceeds | Pre-Tax Multiple | Estimated After-Tax Proceeds | After-Tax Multiple |
|---|---|---|---|---|
| Northern California / St. Paul | $1,000 | 11.5x | $705 | 8.1x |
| Philadelphia | 562 | 10.1 | 426 | 7.7 |
| Other[4] | 538 | 8.1 | 366 | 5.5 |
| Total | 2,100 | 10.2x | $1,498 | 7.3x |
| PF Multiple Paid w/out Synergies | | 11.0x | | |
| PF Leverage | | 3.8x | | |

Source   Company press release

**Notes**
1. $40 per share in cash consideration and 0.5118 shares of McClatchy Class A common stock.  $67.25 merger consideration based on McClatchy closing price of $53.24 as of March 10, 2006
2. Based on transaction value of $6.5Bn and assuming $0 value for Knight Ridder's off-balance sheet assets and $638MM of 2005 Knight Ridder EBITDA (pro forma for acquisition of Boise, Olympia, and Bellingham newspapers)
3. Adjusted for $0.18 dividend paid on 3/13/06
4. Includes Akron Beacon Journal (OH), Duluth News Tribune (MN), Grand Forks Herald (ND), Fort Wayne News-Sentinel (IN), Aberdeen American News (SD), Wilkes-Barre Times Leader (PA)

**Morgan** Stanley

12

MS 64882

**Project Tower**

Valuation Summary

# Sum-of-the-Parts Valuation Perspectives

**Public Market Valuation**
$MM

| | Low | High |
|---|---|---|
| 2007E Tower Publ. Multiple | 7.6x | 8.0x |
| Tower Publ. EBITDA | $863 | $863 |
| Implied Publ. Aggregate Value | $6,473 | $6,944 |
| 2007E Tower Broad. Multiple | 9.0x | 11.0x |
| Tower Broad. EBITDA | $382 | $382 |
| Implied Broad. Aggregate Value | $3,434 | $4,197 |
| Implied Tower Aggregate Value | $9,907 | $11,141 |
| Less: Net Debt | (5,085) | (5,085) |
| Plus: Unconsolidated Assets | 2,200 | 2,200 |
| Implied Tower Equity Value | $7,021 | $8,216 |
| FDSO | 242.4 | 242.4 |
| Implied Tower Value Per Share | $28.97 | $33.89 |

**Private Market Valuation**
$MM

| | Low | High |
|---|---|---|
| 2007E Tower Publ. Multiple | 7.0x | 9.0x |
| Tower Publ. EBITDA | $863 | $863 |
| Implied Publ. Aggregate Value | $6,041 | $7,767 |
| 2007E Tower Broad. Multiple | 10.0x | 12.0x |
| Tower Broad. EBITDA | $382 | $382 |
| Implied Broad. Aggregate Value | $3,816 | $4,579 |
| Implied Tower Aggregate Value | $9,857 | $12,346 |
| Less: Net Debt | (5,085) | (5,085) |
| Plus: Unconsolidated Assets | 2,200 | 2,200 |
| Implied Tower Equity Value | $6,971 | $9,461 |
| FDSO | 242.4 | 242.4 |
| Implied Tower Value Per Share | $28.76 | $39.03 |

**Implied Share Price**[1][2]
Management Plan

| Broadcasting 2007E EBITDA Multiple[3] | Publishing 2007E EBITDA Multiple[4] | | | | | |
|---|---|---|---|---|---|---|
| | 7.0x | 7.5x | 8.0x | 8.5x | 9.0x | 9.5x |
| 8.5x | $26.40 | $28.18 | $29.96 | $31.74 | $33.52 | $35.30 |
| 9.0x | 27.19 | 28.97 | 30.75 | 32.53 | 34.31 | 36.09 |
| 9.5x | 27.97 | 29.75 | 31.53 | 33.31 | 35.09 | 36.87 |
| 10.0x | 28.76 | 30.54 | 32.32 | 34.10 | 35.88 | 37.66 |
| 10.5x | 29.55 | 31.33 | 33.11 | 34.89 | 36.67 | 38.45 |
| 11.0x | 30.33 | 32.11 | 33.89 | 35.67 | 37.45 | 39.23 |
| 11.5x | 31.12 | 32.90 | 34.68 | 36.46 | 38.24 | 40.02 |
| 12.0x | 31.91 | 33.69 | 35.47 | 37.25 | 39.03 | 40.81 |
| 12.5x | 32.69 | 34.48 | 36.26 | 38.04 | 39.82 | 41.60 |

☐ Public Market Valuation      ☐ Private Market Valuation

Note
1. Based on FDSO of 242.4MM, net debt of $5,085MM (pro forma for proceeds from sale of SCNI) and unconsolidated assets of $2,200MM (Food Network ($800MM), CareerBuilder ($860MM), Comcast SportsNet ($160MM), Cubs ($460MM) and other interactive assets ($160MM))
2. Corporate overhead has been allocated to Publishing and Broadcasting based on 2007E revenue contribution
3. Based on Broadcasting EBITDA including stock-based compensation of $392MM (excluding $19MM for Cubs)
4. Based on Publishing EBITDA including stock-based compensation of $660MM

**Morgan Stanley**

13

**Project Tower**

## Valuation Summary

# Premiums Paid in Public-to-Private Transactions

**Selected Transactions > $5Bn**

**Premium Paid in Public-to-Private Transactions (Deals of $5.0 Bn or more since 2004)**

| Date Announced | Target | Acquiror | Trans. Value ($ Bn) | Price Per Share ($) | Day Prior | 1 Week Avg | 4 Week Avg | 3 Month Avg | 6 Month Avg |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Premium to | | | |
| 26-Feb-07 | TXU Corp | KKR, TPG | 45.0 | 69.25 | 23.5% | 22.0% | 24.8% | 25.2% | 17.8% |
| 19-Nov-06 | Equity Office Properties | Blackstone | 39.0 | 55.50 | 23.7% | 27.2% | 30.7% | 38.1% | 45.0% |
| 24-Jul-06 | HCA Inc | Investor Group | 32.1 | 51.00 | 6.5% | 12.3% | 16.6% | 16.5% | 12.3% |
| 18-Dec-06 | Harrah's Entertainment Inc | Apollo, TPG | 27.9 | 90.00 | 3.5% | 12.7% | 14.5% | 20.1% | 29.4% |
| 29-May-06 | Kinder Morgan Inc | Investor Group | 27.6 | 107.50 | 27.4% | 28.7% | 24.4% | 20.1% | 17.1% |
| 16-Nov-06 | Clear Channel Comms Inc | Investor Group | 26.7 | 37.60 | 10.2% | 9.1% | 11.8% | 22.4% | 24.2% |
| 13-Nov-05 | Georgia-Pacific Corp | Koch Forest Products Inc | 20.5 | 48.00 | 38.5% | 43.4% | 49.2% | 47.9% | 46.2% |
| 15-Sep-06 | Freescale Semiconductor Inc | Firestone Holdings LLC | 17.5 | 40.00 | 6.6% | 11.5% | 27.2% | 35.5% | 35.7% |
| 22-Jan-06 | Albertsons Inc | SuperValu, Investor Group | 17.4 | 26.29 | 9.0% | 12.2% | 18.4% | 11.3% | 13.6% |
| 8-Oct-06 | Cablevision Systems Corp | Investor Group | 16.5 | 27.00 | 12.8% | 15.6% | 15.7% | 19.3% | 21.5% |
| 27-Jun-06 | Univision Communications Inc | Investor Group | 13.4 | 36.25 | 13.2% | 8.5% | 3.4% | 3.3% | 7.4% |
| 13-Dec-06 | Qantas Airways | Investor Group | 13.1 | 4.41 | 10.5% | 9.1% | 19.5% | 36.0% | 56.7% |
| 18-Dec-06 | Biomet Inc | Investor Group | 10.9 | 44.00 | 4.8% | 5.4% | 12.6% | 20.7% | 27.4% |
| 28-Mar-05 | SunGard Data Systems | Investor Group | 10.8 | 35.00 | 14.1% | 14.5% | 33.0% | 34.0% | 35.5% |
| 26-Feb-07 | Station Casinos Inc | Colony Capital | 8.5 | 90.00 | 7.6% | 7.9% | 8.2% | 11.4% | 27.0% |
| 2-Aug-04 | Cox Communications | Cox Enterprises | 8.4 | 34.75 | 26.0% | 23.6% | 24.1% | 17.6% | 12.4% |
| 1-May-06 | ARAMARK Corp | Investor Group | 8.2 | 33.80 | 20.2% | 21.8% | 19.2% | 19.3% | 23.4% |
| 24-Nov-06 | ASE Group | Carlyle Group | 6.4 | 5.94 | 12.6% | 15.2% | 22.8% | 22.6% | 25.3% |
| 29-Aug-06 | PanAmSat Holding Corp | Intelsat Ltd | 6.3 | 25.00 | 26.3% | 26.1% | 26.9% | 24.6% | 31.3% |
| 17-Mar-05 | Toys "R" Us Inc | Investor Group | 6.1 | 26.75 | 8.0% | 11.4% | 16.1% | 23.7% | 33.0% |
| 30-Jun-06 | Michaels Stores Inc | Investor Group | 5.6 | 44.00 | 15.6% | 16.3% | 15.6% | 15.8% | 22.7% |
| 2-May-05 | Neiman Marcus Group Inc | Investor Group | 5.2 | 100.00 | 1.7% | 1.7% | 6.3% | 21.9% | 33.1% |
| 12-Dec-06 | Sabre Holdings Corp | TPG, Silver Lake | 5.0 | 32.75 | 7.6% | 14.5% | 19.9% | 29.4% | 40.0% |
| | | | | Mean: | 14.6% | 16.1% | 20.0% | 23.3% | 27.7% |
| | | | | Median: | 12.6% | 14.5% | 19.2% | 21.9% | 27.0% |
| | Tower | Zell / ESOP | | $33.00 | 6.1% | 9.0% | 9.9% | 8.4% | 5.0% |

Source   Public filings and FactSet

**Morgan Stanley**

14

MS 64884

**Project Tower**

**Section 3**

# Leveraged Recap / Broadcasting Spin Alternative

Morgan Stanley

**Project Tower**

Leveraged Recap / Broadcasting Spin Alternative

# Recapitalization Transaction Overview
### Recapitalization with Broadcasting Spin; $17.50 Dividend

- **The Recapitalization contemplates a pro-rata distribution of $17.50 per share**

- **Following the tax-free separation of Broadcasting from Publishing, existing Tower shareholders would continue to own 100% of both businesses**

## Transaction Overview

**Transaction Steps**

- Tower leverages up to 6.8x LTM consolidated adjusted EBITDA (6.2x excluding PHONES)
  - Debt proceeds used to pay a special dividend per share of approximately $17.50 to all Tower shareholders
- Broadcasting leveraged to 7.1x
  - Debt proceeds used to repay debt at Tower
- Tax-free spin-off of Broadcasting to all Tower shareholders
- Cubs and Comcast SportsNet sold

**Pro Forma Publishing Asset Portfolio**

- All existing newspapers excluding SCNI
- CareerBuilder (42.5%) and Other Interactive Assets
- Food Network (31.3%)
- Tribune Media Services
- LA Recycler and Various Real Estate

**Pro Forma Broadcasting Asset Portfolio**

- All existing TV broadcasting stations and Superstation
- WGN Radio
- Tribune Entertainment

**Assets to be Sold**

- Cubs, Comcast SportsNet (25.3%) and SCNI [1]

## Summary of Unconsolidated Assets
$MM

| Asset | Assumed Value |
|---|---|
| **Publishing Assets** | |
| Food Network | $800 |
| CareerBuilder | 650 |
| Other Interactive Assets | 150 |
| Total Publishing | $1,600 |
| | |
| **Broadcasting Assets** | |
| None | NA |

## Transaction Outcome



- Tower shareholders own 100% of the Publishing business and 100% of the Broadcasting business
- Tower does not incur corporate tax on the spin-off
- Tower shareholders receive a special dividend of approximately $17.50 per share
- Tower shareholders are subject to tax on the cash dividend at long-term rates (15% federal rate for individuals)

**Morgan Stanley**

Notes
1. Company has announced the sale of SCNI to Gannett for $73MM

15

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64886

Project Tower

# Precedent Special Dividends

- A $17.50 special dividend would represent the second largest special dividend in aggregate dollar value and the largest as a percent of current stock price in the last two years

**Selected Largest Special Dividends [1]**

| Company | Declared Date | Dividend Amount ($MM) | Special Dividend Amount | Special Dividend Yield | Credit Rating [2] Pre Div. | Credit Rating [2] Post Div. | Price Impact T+1 | Price Impact T+30 | Excess Return [3] T+1 | Excess Return [3] T+30 |
|---|---|---|---|---|---|---|---|---|---|---|
| Microsoft | 07/20/04 | $32,640 | $3.00 | 10.6% | AA | AA | 1.3% | (1.8%) | 0.6% | (1.2%) |
| Tower - $17.50 Dividend | Illustrative | $4,357 | $17.50 | 86.2% | Ba1 / BB+ | B1 / B+ [2] | NA | NA | NA | NA |
| Cablevision | 04/07/06 | $2,896 | $10.00 | 37.0% | B1 | B1 [2] | 0.9% | (23.1%) | 2.0% | (24.4%) |
| Caremark Rx Inc | 01/16/07 | $2,526 | $6.00 | 10.6% | BBB | BBB | (1.0%) | 11.4% | (1.1%) | 9.7% |
| Health Management Assoc | 01/17/07 | $2,407 | $10.00 | 48.5% | BBB | B+ | 2.6% | (1.9%) | 2.7% | (3.2%) |
| Alberto-Culver Co | 06/19/06 | $2,319 | $25.00 | 53.6% | Baa1 / BBB+ | Baa2 / BBB- | 2.6% | (0.3%) | 2.0% | 0.9% |
| Dean Foods Co | 03/02/07 | $1,926 | $15.00 | 33.0% | Ba1 / BB+ | Ba1 [2] / BB | 3.6% | NA | 4.8% | NA |
| Clear Channel Communications | 04/29/05 | $1,644 | $3.00 | 9.4% | Baa3 / BBB- | Baa3 [2] / BBB- [2] | (0.2%) | (7.1%) | (1.4%) | (12.0%) |
| Ashland Inc | 09/14/06 | $725 | $10.20 | 16.1% | BBB- | BB+ | 1.3% | 4.6% | 1.4% | 0.9% |
| Potlatch | 09/18/05 | $440 | $15.15 | 27.2% | BB+ | BB | (2.3%) | (15.9%) | (2.3%) | (11.8%) |
| Saks | 10/03/06 | $548 | $4.00 | 23.4% | B+ [xxx] | B+ [xx] | 2.7% | 12.2% | 2.9% | 9.4% |
| Scotts Miracle-Gro | 12/12/06 | $500 | $7.66 | 15.1% | Ba1 / BB | Ba1 [2] / BB | 5.0% | 3.4% | 5.1% | 3.2% |
| Longview Fibre | 06/14/06 | $385 | $7.54 | 30.1% | Ba3 | B1 | 0.4% | (24.6%) | (0.2%) | (26.1%) |
| Montpelier Re Holdings | 02/28/05 | $342 | $5.50 | 14.0% | BBB- [1] | BBB [1] | 0.7% | (12.9%) | (0.2%) | (10.5%) |
| Banta | 09/14/06 | $386 | $16.00 | 33.9% | NA | Ba2 / BB [2] | (1.5%) | (0.7%) | (1.4%) | (4.3%) |
| Great Atlantic & Pacific Tea | 04/04/06 | $298 | $7.25 | 20.9% | B3 / B- | B3 [2] / B- | 1.1% | (21.6%) | 0.5% | (22.3%) |
| Commonwealth Telephone Ent. | 06/03/05 | $275 | $13.00 | 27.6% | NA | NA | 8.4% | 13.3% | 8.6% | 9.9% |
| Sun-Times Media Group Inc | 01/27/05 | $272 | $3.00 | 20.8% | NA | NA | (1.0%) | (20.7%) | (1.1%) | (23.9%) |
| Marcus | 01/17/06 | $213 | $7.00 | 30.7% | NA | NA | (6.2%) | 2.6% | (5.8%) | 3.2% |
| Emmis Communications | 09/18/06 | $149 | $4.00 | 34.0% | Ba3 / B+ | Ba1 / B | 2.0% | (0.3%) | 2.0% | (3.8%) |
| **Mean [5]** | | | | **10.8%** | | | **0.3%** | **(1.3%)** | **0.7%** | **(2.0%)** |
| **Median [5]** | | | | **2.8%** | | | **0.9%** | **0.3%** | **0.8%** | **0.2%** |

**Notes**
1. Includes cash dividends by index members at the time of announcement
2. Credit ratings are based on Corporate Family Rating for Moody's and Corporate Credit Rating for S&P; (-) / (+) indicates negative / positive outlook
3. Share price appreciation less return in the S&P 500 over the same period
4. Denotes illustrative rating for Tower. Illustrative rating for Broadcasting SpinCo is B1/B+ to Ba3/BB-
5. Excludes Tower

Morgan Stanley

16

**Project Tower**

## Leveraged Recap / Broadcasting Spin Alternative

# Pro Forma Capitalization – $17.50 Dividend

### Pro Forma Tower Capitalization - $17.50 Dividend

| | Actual 12/31/2006 | Q1 Cash Flow Adjustments | Projected 3/31/2007 | Recapitalization Adjustments | Pro Forma 3/31/2007 | Q2 & Q3 Adjustments | Projected 9/30/2007 | Spin-off Adjustments | Pro Forma 9/30/2007 | Sale of Cubs / Comcast | Pro Forma 9/30/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pro Forma Capitalization - Publishing (Parent)** | | | | | | | | | | | |
| Cash and Cash Equivalents | 175 | 10 | 185 | | 185 | (10) | 175 | | 175 | | 175 |
| | | | | | | | | | | | |
| Roll-over Notes | 1,526 | (5) | 1,521 | | 1,521 | (9) | 1,512 | | 1,512 | | 1,512 |
| Term Loan A | 1,500 | | 1,500 | (1,500) | | | | | | | |
| Bridge Loan | 1,310 | (70) | 1,240 [2] | (1,240) | | | | | | | |
| Other Existing Debt [2] | 97 | | 97 | (97) | | | | | | | |
| **Total Existing Debt** | 4,433 | | 4,358 [2] | | 1,521 | | 1,512 | | 1,512 | | 1,512 |
| New Term Loan A | | | | 2,500 | 2,500 | (55) | 2,445 | (2,445) | | | |
| New Term Loan B | | | | 4,695 | 4,695 | (126) | 4,569 | (376)[3] | 4,193 | (602) | 3,591 |
| **Total Debt (excl. PHONES)** | 4,433 | | 4,358 | 7,195 | 8,716 | | 8,526 | | 5,705 | | 5,103 |
| PHONES | 900 | | 900 | | 900 | | 900 | | 900 | | 900 |
| **Total Debt (incl. PHONES)** | 5,333 | | 5,258 | 7,195 | 9,616 | | 9,426 | | 6,605 | | 6,003 |
| Proceeds from Exercised Options | | | | 143 | 143 | | 143 | | 143 | | 143 |
| **Total Sources** | | | | | 9,759 | | | | 6,748 | | 6,146 |
| | | | | | | | | | | | |
| **Credit Statistics** | | | | | | | | | | | |
| LTM PF Adj. EBITDA | $1,437 | $1,423 | $1,412 | | $1,412 | | $1,390 | | $996 | | $947 |
| 1st Priority Guaranteed Debt / LTM PF Adj. EBITDA | | | | | 5.1x | | 5.0x | | 4.3x | | 3.8x |
| Senior Debt / LTM PF Adj. EBITDA | 3.1x | | 3.1x | | 6.2x | | 6.1x | | 5.8x | | 5.4x |
| Total Debt / LTM PF Adj. EBITDA | 3.7x | | 3.7x | | 6.8x | | 6.8x | | 6.7x | | 6.3x |

### Pro Forma Capitalization - Broadcasting

| | Spin-off Adjustments | Pro Forma 09/30/07 | Pro Forma 09/30/07 |
|---|---|---|---|
| New Term Loan A | 250 | 250 | 250 |
| New Term Loan B | 1,600 | 1,600 | 1,600 |
| **Bank Debt** | | 1,850 | 1,850 |
| New Senior Sub Notes | 1,000 | 1,000 | 1,000 |
| **Total Debt** | | 2,850 | 2,850 |
| | | | |
| **Credit Statistics** | | | |
| LTM PF Adj. EBITDA | | $401 | $401 |
| Senior Debt / LTM PF Adj. EBITDA | | 4.6x | 4.6x |
| Total Debt / LTM PF Adj. EBITDA | | 7.1x | 7.1x |

Notes
1. Shown pro forma for sale of SCNI and Roy newspapers
2. Includes fees of $144MM
3. Assumes Q4 cash flow / excess cash is used toward paydown of the existing bridge loan
4. Includes capitalized Real Estate Option and Swaps and Other obligations
5. Includes $53MM fee rebate at the time of the Spin-off

**Morgan Stanley**

17

MS 64888

**Project Tower**



## Leveraged Recap / Broadcasting Spin Alternative
# Recapitalization Package Value – 7.5x Publishing Multiple
### Includes Upfront Cash Distribution and Publishing and Broadcasting Equity Values [1]

**Notes**

1. Assumes unconsolidated assets currently valued at $1,600MM (Food Network: $800MM; CareerBuilder: $650MM; Other Interactive Assets: $150MM) and that unconsolidated asset value grows at 8% per year
2. Assumed forward EBITDA multiple at year end 2009
3. For each scenario, equity values are based on PV of projected stock price at year end 2009, assuming a 11% cost of equity
4. Management Downside Case A projects flat Broadcasting OCF and a 2% decline in publishing revenue per year.  Management Downside Case B projects a 1% decline in Broadcasting OCF and a 3% decline in publishing revenue per year

**Morgan Stanley**

18

MS 64889

**Project Tower**

**Leveraged Recap / Broadcasting Spin Alternative**

# Recapitalization Package Value – 8x Publishing Multiple

**Includes Upfront Cash Distribution and Publishing and Broadcasting Equity Values (1)**

| Projected Equity Value in 2009 ($/Share): | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - Broadcasting | $6.00 | $9.70 | $5.80 | $9.48 | $2.22 | $5.15 | $2.26 | $5.90 |
| - Publishing | $14.58 | $14.58 | $14.18 | $14.18 | $7.64 | $7.64 | $5.23 | $5.23 |

**Notes**

1. Assumes unconsolidated assets currently valued at $1,600MM (Food Network: $800MM; CareerBuilder: $650MM; Other Interactive Assets: $150MM) and that unconsolidated asset value grows at 8% per year
2. Assumed forward EBITDA multiple at year end 2009
3. For each scenario, equity values are based on PV of projected stock price at year end 2009, assuming a 11% cost of equity
4. Management Downside Case A projects flat Broadcasting OCF and a 2% decline in publishing revenue per year. Management Downside Case B projects a 1% decline in Broadcasting OCF and a 3% decline in publishing revenue per year

**Project Tower**

## Leveraged Recap / Broadcasting Spin Alternative

# Pro Forma Publishing Equity Value Per Share
### Based on Forward EBITDA Multiple at Year End 2009 [1]



**Management Plan**
$ / Share

**Research Case**
$ / Share

**Management Downside Case A** [4]
$ / Share

**Management Downside Case B** [4]
$ / Share

Multiple: [2]

Publishing Equity Value [2]

| Projected Equity Value in 2009 ($/Share): | $10.96 | $12.77 | $14.58 | $16.38 | | $10.68 | $12.43 | $14.18 | $15.93 | | $4.86 | $6.25 | $7.64 | $9.03 | | $2.20 | $3.71 | $5.23 | $6.75 |

**Notes**
1. Assumes unconsolidated assets currently valued at $1,600MM (Food Network: $860MM; CareerBuilder: $650MM; Other Interactive Assets: $150MM) and that unconsolidated asset value grows at 8% per year
2. Assumed forward EBITDA multiple at year end 2009
3. For each scenario, equity values are based on PV of projected stock price at year end 2009, assuming a 11% cost of equity
4. Management Downside Case A projects a 2% decline in publishing revenue per year.  Management Downside Case B projects a 3% decline in publishing revenue per year.

**Morgan Stanley**

20

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64891

Project Tower

• **Free cash flow assumes Tower exercises option to acquire real estate owned by the TMCT partnerships for $175MM as per management business plan**



### Leveraged Recap / Broadcasting Spin Alternative

## Pro Forma Publishing Leverage Profile – $17.50 Dividend

**Following Dividend, Spin and Sale of Assets [1]**

| Total Publishing Debt (incl PHONES) $Bn | | | | |
|---|---|---|---|---|
| Period | Mgmt. Plan | Research Case | Mgmt. Down. A | Mgmt. Down. B |
| PF Q3'07 | $6.6 | $6.6 | $6.6 | $6.6 |
| 2007 | 6.0 | 5.9 | 6.0 | 6.0 |
| 2008 | 5.9 | 5.9 | 6.0 | 6.0 |
| 2009 | 5.7 | 5.6 | 5.7 | 5.8 |
| 2010 | 5.3 | 5.1 | 5.5 | 5.6 |

**Notes**
1. Assumes Cubs, Comcast SportsNet, SCNI and LA Recycler are sold and that Food Network is transferred to Publishing
2. Assumes 2007 Adjusted Publishing EBITDA of $961MM, $962MM, $922MM, $989MM for Management Plan, Research Case and Management Downside A and B, respectively. All Adjusted EBITDA figures include equity income from unconsolidated assets and exclude stock-based compensation expense
3. Free Cash Flow defined as EBITDA – Capex – Investment in Working Capital – Taxes – Net Interest Expense – Investments in Interactive & Publishing (incl. $175MM in exercised option on TMCT real estate)

Morgan Stanley

21



**Project Tower**

Leveraged Recap / Broadcasting Spin Alternative

# Pro Forma Broadcasting Equity Value Per Share

### Based on Forward EBITDA Multiple at Year End 2009 [1]

Notes
1. Assumed forward EBITDA multiple at year end 2008
2. For each scenario, equity values are based on PV of projected stock price at year end 2009, assuming a 11% cost of equity
3. Management Downside Case A projects flat Broadcasting OCF. Management Downside Case B projects a 1% decline in Broadcasting OCF per year

**Morgan Stanley**

22

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64893

**Project Tower**

Leveraged Recap / Broadcasting Spin Alternative

# Pro Forma Broadcasting Leverage Profile – $17.50 Dividend

**Following Dividend and Spin** [1]



**Total Debt / Adj. EBITDA** [2]
x (including PHONES)

**Free Cash Flow** [2][3]
$MM

**Adj. EBITDA / Interest** [2]
x

| Total Broadcasting Debt $Bn | | | | |
|---|---|---|---|---|
| Period | Mgmt. Plan | Research Case | Mgmt. Down. A | Mgmt. Down. B |
| PF Q3'07 | $2.9 | $2.8 | $2.8 | $2.8 |
| 2007 | 2.8 | 2.8 | 2.8 | 2.8 |
| 2008 | 2.7 | 2.7 | 2.8 | 2.8 |
| 2009 | 2.6 | 2.6 | 2.7 | 2.7 |
| 2010 | 2.5 | 2.6 | 2.6 | 2.6 |

Management Downside Case B
Management Downside Case A
Research Case
Management Plan

**Notes**
1. Assumes Cubs and Comcast SportsNet are sold and that Food Network is transferred to Publishing.
2. Assumes 2007 Adjusted Broadcasting EBITDA of $360MM, $363MM, $382MM for Management Plan, Research Case and Management Downside Case A and B, respectively. All Adjusted EBITDA figures include equity income from unconsolidated assets and exclude stock-based compensation expense
3. Free Cash Flow defined as EBITDA – Capex – Investment in Working Capital – Taxes – Net Interest Expense

**Morgan Stanley**

23

**Project Tower**

Appendix A

# Tower Financial Projections Overview

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64895

**Project Tower**

# Tower Consolidated Projections

**Management, Research and Management Downside Cases** [1]

- For Tower Consolidated we have analyzed four sets of projections for the period 2007E - 2011E

  – Management Plan based on Management's Revised Operating Budget received on March 17, 2007

  – Research Case based on current Wall Street consensus

  – Management Downside A projects a 2% annual decline in Publishing revenue and flat Broadcasting OCF as per management projections as of March 17, 2007

  – Management Downside B projects a 3% annual decline in Publishing revenue and a 1% annual decline Broadcasting OCF as per management projections as of March 17, 2007

**Tower Consolidated Revenue** [2]
$MM



| CAGR | '07E-'11E |
|---|---|
| Management Plan | 1.1% |
| Research Case | 1.4% |
| Mgmt Downside Case A | (1.2%) |
| Mgmt Downside Case B | (2.0%) |

Source  Management Business Plan and Wall Street research

**Tower Consolidated EBITDA** [2][3]
$MM



| CAGR | '07E-'11E |
|---|---|
| Mgmt Case | 2.2% |
| Research Case | 2.4% |
| Mgmt Downside Case A | (4.3%) |
| Mgmt Downside Case B | (6.9%) |

Margin (%) | 23.6 23.6 22.9 22.5 | 24.5 23.9 22.3 21.5 | 24.6 24.1 21.9 20.5 | 24.6 24.1 21.9 20.5 | 24.7 24.5 20.2 18.3

Source  Management Business Plan and Wall Street research

**Consolidated Historical Financials** [2]

| $MM | 2003A | 2004A | 2005A | 2006A |
|---|---|---|---|---|
| Revenue | $5,456 | $5,591 | $5,473 | $5,395 |
| % Growth | 3.9% | 2.5% | (2.1)% | (1.4)% |
| EBITDA [3] | $1,543 | $1,410 | $1,361 | $1,301 |
| % Growth | 7.9% | (8.6)% | (3.5)% | (4.4)% |
| % Margin | 28.3% | 25.2% | 24.9% | 24.1% |

**Morgan Stanley**

Note
1. Management Plan and Management Downside Cases based on March 2007 revised Tower financial package
2. All cases are pro forma for sale of SCNI and Albany, Atlanta and Boston TV stations
3. Includes stock-based compensation expense and allocated corporate overhead based on revenue contribution

24

**Project Tower**

# Publishing Projections

### Management, Research and Management Downside Cases [1]

- **For the Publishing business we have analyzed four sets of projections for the period 2007E - 2011E**

**Publishing Revenue** [2]
**$MM**



| CAGR | '07E-'11E |
|---|---|
| Management Plan | 0.7% |
| Research Case | 0.4% |
| Mgmt Downside Case A | (2.0%) |
| Mgmt Downside Case B | (3.0%) |

Source   Management Business Plan and Wall Street research

**Publishing EBITDA** [2][3]
**$MM**



| CAGR | '07E-'11E |
|---|---|
| Mgmt Case | 1.4% |
| Research Case | 0.7% |
| Mgmt Downside Case A | (6.4%) |
| Mgmt Downside Case B | (10.2%) |

Source   Management Business Plan and Wall Street research



| Publishing Historical Financials [2] | | | | |
|---|---|---|---|---|
| $MM | 2003A | 2004A | 2005A | 2006A |
| Revenue | $3,996 | $4,060 | $4,068 | $3,987 |
| % Growth | 2.4% | 2.3% | (0.8)% | (1.7)% |
| | | | | |
| EBITDA [3] | $1,016 | $991 | $942 | $880 |
| % Growth | 3.5% | (2.5)% | (4.9)% | (6.7)% |
| % Margin | 25.4% | 24.2% | 23.2% | 22.1% |

**Note**
1. Management Plan and Management Downside Cases based on March 2007 revised Tower financial package
2. All cases are pro forma for sale of SCNI
3. Includes stock-based compensation expense and allocated corporate overhead based on revenue contribution

**Morgan Stanley**

25

**Project Tower**

Tower Financial Projections Overview

# Broadcasting Projections

**Management, Research and Management Downside Cases** [1]

- **For the Broadcasting business we have analyzed four sets of projections for the period 2007E - 2011E**

**Broadcasting Revenue** [2]
$MM



| CAGR | '07E–'11E |
|---|---|
| Management Plan | 2.2% |
| Research Case | 4.1% |
| Mgmt Downside A | 1.1% |
| Mgmt Downside B | 0.6% |

Source    Management Business Plan and Wall Street research

**Broadcasting EBITDA** [2][3]
$MM



| CAGR | '07E–'11E |
|---|---|
| Mgmt Case | 4.1% |
| Research Case | 5.6% |
| Mgmt Downside A | (0.2%) |
| Mgmt Downside C | (1.3%) |

Source    Management Business Plan and Wall Street research



| Broadcasting Historical Financials [4] | | | |
|---|---|---|---|
| $MM | 2003A | 2004A | 2005A | 2006A |
| Revenue | $1,457 | $1,501 | $1,415 | $1,408 |
| % Growth | 7.9% | 3.0% | (5.7)% | (0.5)% |
| | | | | |
| EBITDA [4] | $525 | $549 | $447 | $422 |
| % Growth | 11.9% | 4.6% | (18.5)% | (5.7)% |
| % Margin | 36.0% | 36.6% | 31.6% | 29.9% |

**Note**
1. Management Plan and Management Downside Cases based on March 2007 revised Tower financial package
2. All cases are pro forma for sale of Albany, Atlanta and Boston TV stations
3. Includes stock-based compensation expense and allocated corporate overhead based on revenue contribution

**Morgan Stanley**

26

**Project Tower**

**Appendix B**

# Discounted Cash Flow Analysis

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64899

Project Tower

Discounted Cash Flow Analysis

# DCF Analysis: Management Plan

- **Key assumptions**
  - **4.75 year DCF**
  - **3/31/07 valuation date**
  - **Mid-year discounting**
  - **Cash tax rate of ~33-35%**
  - **Treats stock-based compensation as cash**
  - **Cubs separately valued**
- **Unconsolidated assets include Food Network ($800MM) and CareerBuilder ($650MM), Comcast SportsNet ($150MM), Cubs ($450MM) and other interactive assets ($150MM)**

**Summary of Key Financials for DCF Analysis**
($MM)

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Revenue | $5,407 | $5,195 | $5,153 | $5,246 | $5,278 | $5,345 | $5,370 |
| *Growth (%)* | | | *(0.8%)* | *1.8%* | *0.6%* | *1.3%* | *0.5%* |
| EBITDA | $1,357 | $1,278 | $1,245 | $1,311 | $1,336 | $1,362 | $1,359 |
| *Margin (%)* | | 24.6% | 24.2% | 25.0% | 25.3% | 25.5% | 25.3% |
| D&A | ($208) | ($221) | ($236) | ($236) | ($240) | ($240) | ($181) |
| Operating Income | $1,149 | $1,057 | $1,008 | $1,074 | $1,095 | $1,122 | $1,177 |
| Less: Tax | ($344) | ($356) | ($334) | ($373) | ($379) | ($381) | ($356) |
| *Tax Rate (%)* | 29.9% | 33.6% | 33.1% | 34.7% | 34.6% | 33.9% | 30.2% |
| Add Back: D&A | $208 | $221 | $236 | $236 | $240 | $240 | $181 |
| Less: Capex & Investments | ($276) | ($425) | ($221) | ($446) | ($226) | ($224) | ($224) |
| Change in Working Capital | ($39) | ($56) | ($20) | ($27) | ($28) | ($28) | ($28) |
| Unlevered Free Cash Flow | $698 | $440 | $670 | $464 | $703 | $729 | $749 |

Source   Management Business plan

**Management Plan**
($MM, except per share amounts)

| Discount Rate | 7.00% | | | 8.00% | | |
|---|---|---|---|---|---|---|
| 2012 Exit Multiple | 8.0x | 8.5x | 9.0x | 8.0x | 8.5x | 9.0x |
| Present Value of | | | | | | |
| Cash flow - Years 1 - 5 | $2,177 | $2,177 | $2,177 | $2,121 | $2,121 | $2,121 |
| Terminal Value | 7,512 | 7,981 | 8,451 | 7,120 | 7,565 | 8,010 |
| Aggregate Value | $10,181 | $10,649 | $11,118 | $9,733 | $10,177 | $10,621 |
| Less: Net Debt | (5,086) | (5,086) | (5,086) | (5,086) | (5,086) | (5,086) |
| Add: Unconsolidated Investments[1] | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 |
| Equity Value | $7,295 | $7,764 | $8,233 | $6,847 | $7,291 | $7,736 |
| Value per Share[2] | $30.10 | $32.03 | $33.96 | $28.25 | $30.08 | $31.91 |
| *Premium/(Discount) to current (%)[3]* | *(3.3%)* | *2.9%* | *9.1%* | *(9.3%)* | *(3.4%)* | *2.5%* |
| Terminal Value as % of Agg. Value | 74% | 75% | 76% | 73% | 74% | 75% |
| Implied Perpetual Growth[2] | (0.4%) | (0.0%) | 0.3% | 0.4% | 0.8% | 1.2% |
| Implied 2007 EBITDA Multiple[2] | 8.2x | 8.5x | 8.9x | 7.8x | 8.2x | 8.5x |

Notes
1. Unconsolidated assets include Food Network ($800MM) and CareerBuilder ($650MM), Comcast SportsNet ($150MM), Cubs ($450MM) and other interactive assets ($150MM)
2. Based on 242.4MM FDSO
3. Based on Tower share price of $31.13 as of March 28, 2007
4. Excludes value of unconsolidated investments

Morgan Stanley

27

MS 64900

**Project Tower**

# DCF Analysis: Research Case

- **Key assumptions**
  - **4.75 year DCF**
  - **3/31/07 valuation date**
  - **Mid-year discounting**
  - **Cash tax rate of ~33-35%**
  - **Treats stock-based compensation as cash**
  - **Cubs separately valued**
- **Unconsolidated assets include Food Network ($800MM) and CareerBuilder ($650MM), Comcast SportsNet ($150MM), Cubs ($450MM) and other interactive assets ($150MM)**

**Summary of Key Financials for DCF Analysis**
($MM)

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Revenue | $5,407 | $6,302 | $5,147 | $5,227 | $5,293 | $5,364 | $5,434 |
| Growth (%) | | | (2.9%) | 1.6% | 1.3% | 1.3% | 1.3% |
| EBITDA | $1,357 | $1,299 | $1,239 | $1,273 | $1,301 | $1,333 | $1,359 |
| Margin (%) | | 24.5% | 24.1% | 24.3% | 24.6% | 24.9% | 25.0% |
| D&A | ($208) | ($232) | ($224) | ($228) | ($230) | ($233) | ($236) |
| Operating Income | $1,149 | $1,067 | $1,015 | $1,045 | $1,071 | $1,100 | $1,122 |
| Less: Tax | ($344) | ($361) | ($336) | ($363) | ($370) | ($373) | ($339) |
| Tax Rate (%) | 29.9% | 33.8% | 33.1% | 34.7% | 34.6% | 33.9% | 30.2% |
| Add Back: D&A | $208 | $232 | $224 | $228 | $230 | $233 | $236 |
| Less: Capex & Investments | ($196) | ($203) | ($192) | ($364) | ($178) | ($174) | ($173) |
| Change in Working Capital | $70 | ($56) | ($20) | ($27) | ($28) | ($28) | ($28) |
| Unlevered Free Cash Flow | $887 | $679 | $692 | $519 | $725 | $757 | $818 |

Source    Wall Street research

**Research Case**
($MM, except per share amounts)

| Discount Rate | 7.00% | | | 8.00% | | |
|---|---|---|---|---|---|---|
| 2012 Exit Multiple | 8.0x | 8.5x | 9.0x | 8.0x | 8.5x | 9.0x |
| Present Value of | | | | | | |
| Cash Flow - Years 1 - 5 | $2,321 | $2,321 | $2,321 | $2,290 | $2,290 | $2,290 |
| Terminal Value | 7,476 | 7,943 | 8,410 | 7,066 | 7,529 | 7,972 |
| Aggregate Value | $10,304 | $10,770 | $11,237 | $9,654 | $10,296 | $10,738 |
| Less: Net Debt | (5,085) | (5,085) | (5,085) | (5,085) | (5,085) | (5,085) |
| Add: Unconsolidated Investments[1] | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 |
| Equity Value | $7,419 | $7,885 | $8,351 | $6,969 | $7,411 | $7,853 |
| Value per Share[2] | $30.61 | $32.53 | $34.45 | $28.75 | $30.57 | $32.40 |
| Premium/(Discount) to current (%)[3] | (1.7%) | 4.5% | 10.7% | (7.6%) | (1.8%) | 4.1% |
| Terminal Value as % of Agg. Value | 73% | 74% | 75% | 72% | 73% | 74% |
| Implied Perpetual Growth[4] | (1.1%) | (0.7%) | (0.3%) | (0.3%) | 0.2% | 0.6% |
| Implied 2007 EBITDA Multiple[4] | 8.3x | 8.7x | 9.1x | 8.0x | 8.3x | 8.7x |

**Notes**
1. Unconsolidated assets include Food Network ($800MM) and CareerBuilder ($650MM), Comcast SportsNet ($150MM), Cubs ($450MM) and other interactive assets ($150MM)
2. Based on 242.4MM FDSO
3. Based on Tower share price of $31.13 as of March 28, 2007
4. Excludes value of unconsolidated investments

**Morgan Stanley**

28

MS 64901

**Project Tower**

- **Key assumptions**
  - **4.75 year DCF**
  - **3/31/07 valuation date**
  - **Mid-year discounting**
  - **Cash tax rate of ~33-35%**
  - **Treats stock-based compensation as cash**
  - **Cubs separately valued**
- **Unconsolidated assets include Food Network ($800MM) and CareerBuilder ($650MM), Comcast SportsNet ($150MM), Cubs ($450MM) and other interactive assets ($150MM)**

## Discounted Cash Flow Analysis

# DCF Analysis: Downside Case A

**Summary of Key Financials for DCF Analysis**
($MM)

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Revenue | $5,407 | $5,195 | $5,107 | $5,047 | $4,957 | $4,905 | $4,845 |
| Growth (%) | | | (1.7%) | (1.2%) | (1.8%) | (1.0%) | (1.2%) |
| EBITDA | $1,357 | $1,278 | $1,197 | $1,150 | $1,106 | $1,061 | $997 |
| Margin (%) | | 24.6% | 23.4% | 22.8% | 22.3% | 21.6% | 20.6% |
| D&A | ($208) | ($221) | ($223) | ($216) | ($214) | ($209) | ($163) |
| Operating Income | $1,149 | $1,057 | $975 | $934 | $892 | $852 | $834 |
| Less: Tax | ($344) | ($356) | ($322) | ($324) | ($308) | ($289) | ($252) |
| Tax Rate (%) | 29.9% | 33.8% | 33.1% | 34.7% | 34.6% | 33.9% | 30.2% |
| Add Back: D&A | $208 | $221 | $223 | $216 | $214 | $209 | $163 |
| Less: Capex & Investments | ($276) | ($425) | ($221) | ($376) | ($176) | ($174) | ($174) |
| Change in Working Capital | ($39) | ($56) | ($20) | ($27) | ($28) | ($28) | ($28) |
| Unlevered Free Cash Flow | $698 | $440 | $634 | $422 | $594 | $569 | $542 |

Source: Wall Street research

**Management Downside Case A**
($MM, except per share amounts)

| Discount Rate | 7.00% | | | 8.00% | | |
|---|---|---|---|---|---|---|
| 2012 Exit Multiple | 8.0x | 8.5x | 9.0x | 8.0x | 8.5x | 9.0x |
| Present Value of | | | | | | |
| Cash Flow - Years 1 - 5 | $1,761 | $1,761 | $1,761 | $1,717 | $1,717 | $1,717 |
| Terminal Value | 5,323 | 5,656 | 5,989 | 5,046 | 5,361 | 5,677 |
| Aggregate Value | $7,550 | $7,882 | $8,215 | $7,228 | $7,542 | $7,857 |
| Less: Net Debt | (5,085) | (5,085) | (5,085) | (5,085) | (5,085) | (5,085) |
| Add: Unconsolidated Investments[1] | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 |
| Equity Value | $4,664 | $4,996 | $5,328 | $4,343 | $4,657 | $4,972 |
| Value per Share[2] | $19.24 | $20.61 | $21.98 | $17.91 | $19.21 | $20.51 |
| Premium/(Discount) to current (%)[3] | (38.2%) | (33.9%) | (29.4%) | (42.5%) | (38.3%) | (34.1%) |
| Terminal Value as % of Agg. Value | 71% | 72% | 73% | 70% | 71% | 72% |
| Implied Perpetual Growth[4] | (0.6%) | (0.2%) | 0.2% | 0.2% | 0.7% | 1.0% |
| Implied 2007 EBITDA Multiple[4] | 6.3x | 6.6x | 6.9x | 6.0x | 6.3x | 6.6x |

Notes
1. Unconsolidated assets include Food Network ($800MM) and CareerBuilder ($650MM), Comcast SportsNet ($150MM), Cubs ($450MM) and other interactive assets ($150MM)
2. Based on 242.4MM FDSO
3. Based on Tower share price of $31.13 as of March 28, 2007
4. Excludes value of unconsolidated investments

**Morgan Stanley**

29

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64902

**Project Tower**

## Discounted Cash Flow Analysis

# DCF Analysis: Downside Case B

- **Key assumptions**
  - **4.75 year DCF**
  - **3/31/07 valuation date**
  - **Mid-year discounting**
  - **Cash tax rate of ~33-35%**
  - **Treats stock-based compensation as cash**
  - **Cubs separately valued**
- **Unconsolidated assets include Food Network ($800MM) and CareerBuilder ($650MM), Comcast SportsNet ($150MM), Cubs ($450MM) and other interactive assets ($150MM)**

**Summary of Key Financials for DCF Analysis**
($MM)

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Revenue | $5,323 | $5,195 | $5,066 | $4,950 | $4,843 | $4,739 | $4,638 |
| Growth (%) | | (2.5%) | (2.3%) | (2.2%) | (2.1%) | (2.1%) | (2.1%) |
| EBITDA | $1,357 | $1,278 | $1,164 | $1,087 | $1,014 | $946 | $864 |
| Margin (%) | | 24.6% | 23.0% | 22.0% | 20.9% | 20.0% | 18.6% |
| D&A | ($221) | ($221) | ($221) | ($212) | ($209) | ($202) | ($157) |
| Operating Income | $1,136 | $1,057 | $943 | $875 | $805 | $744 | $707 |
| Less: Tax | ($340) | ($358) | ($312) | ($304) | ($278) | ($252) | ($214) |
| Tax Rate (%) | 29.9% | 33.8% | 33.1% | 34.7% | 34.6% | 33.9% | 30.2% |
| Add Back: D&A | $221 | $221 | $221 | $212 | $209 | $202 | $157 |
| Less: Capex & Investments | ($108) | ($247) | ($211) | ($356) | ($156) | ($154) | ($164) |
| Change in Working Capital | ($39) | ($56) | ($29) | ($27) | ($28) | ($28) | ($28) |
| Unlevered Free Cash Flow | $870 | $617 | $621 | $400 | $552 | $511 | $468 |

Source: Wall Street research

**Management Downside Case B**
($MM, except per share amounts)

| Discount Rate | 7.00% | | | 8.00% | | |
|---|---|---|---|---|---|---|
| 2012 Exit Multiple | 8.0x | 8.5x | 9.0x | 8.0x | 8.5x | 9.0x |
| Present Value of | | | | | | |
| Cash flow - Years 1 - 5 | $1,602 | $1,602 | $1,602 | $1,562 | $1,562 | $1,562 |
| Terminal Value | 4,550 | 4,834 | 5,118 | 4,343 | 4,582 | 4,852 |
| Aggregate Value | $6,608 | $6,891 | $7,175 | $6,331 | $6,599 | $6,868 |
| Less: Net Debt | (5,085) | (5,085) | (5,085) | (5,085) | (5,085) | (5,085) |
| Add: Unconsolidated Investments[1] | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 |
| Equity Value | $3,722 | $4,006 | $4,289 | $3,446 | $3,714 | $3,983 |
| Value per Share[2] | $15.36 | $16.53 | $17.70 | $14.21 | $15.32 | $16.43 |
| Premium/(Discount) to current (%)[3] | (50.7%) | (46.9%) | (43.2%) | (54.3%) | (50.8%) | (47.2%) |
| Terminal Value as % of Agg. Value | 69% | 70% | 71% | 68% | 69% | 71% |
| Implied Perpetual Growth[4] | (0.7%) | (0.2%) | 0.1% | 0.2% | 0.6% | 1.0% |
| Implied 2007 EBITDA Multiple[4] | 5.7x | 5.9x | 6.2x | 5.4x | 5.7x | 5.9x |

Notes:
1. Unconsolidated assets include Food Network ($800MM) and CareerBuilder ($650MM), Comcast SportsNet ($150MM), Cubs ($450MM) and other interactive assets ($150MM)
2. Based on 242.4MM FDSO
3. Based on Tower share price of $31.13 as of March 28, 2007
4. Excludes value of unconsolidated investments

**Morgan Stanley**

30

**Project Tower**

Discounted Cash Flow Analysis

# Discount Rate Perspectives

## WACC Calculation

| Component | Input | Commentary |
|---|---|---|
| Risk-Free Rate [1] | 4.6% | • 10-Year U.S. Treasury yield as of March 28, 2007 |
| Equity Market Risk Premium | 4.0% | • Consistent with historical data, academic surveys and forward-looking market data |
| Tower Equity Beta | 0.73 | • Tower predicted equity beta per Barra |
| Assumed D / (D+E) | 40.6% | • Projected D / (D+E) as of 2006 year end |
| Cost of Equity | 7.5% | • Calculated using CAPM |
| Pre-tax Cost of Debt | 6.8% | • Weighted average cost of debt for 2007 (based on management projections) |
| Assumed Tax Rate | 39.5% | • Tower marginal tax rate |
| **Tower WACC** | **6.2%** | • **Estimated Weighted Average Cost of Capital** |

**DCF Assumptions - Broker Consensus**

| | WACC | PGR |
|---|---|---|
| MS | 9.6% | 1.6% |
| Citigroup | 10.0% | NA |
| Lehman | 9.5% | 2.8% |
| Deutsche | 8.1% | 2.5% |
| BMO | 9.1% | 2.5% |
| Average | 9.3% | 2.3% |
| Median | 9.5% | 2.5% |

**Morgan Stanley**

Note
1. Per Bloomberg
2. Based on last twelve months average beta

31

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 64904