# TRIBUNE COMPANY
# BOARD OF DIRECTORS MEETING
# MAY 21, 2007

The Tribune Company Board of Directors met at 9:15 a.m. on Monday, May 21, 2007, by conference telephone, pursuant to notice. The following directors participated in the meeting: Jeffrey Chandler, Dennis J. FitzSimons, Roger Goodan, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, William A. Osborn, J. Christopher Reyes, William Stinehart, Jr., Dudley S. Taft, Miles D. White and Samuel Zell.

Chandler Bigelow, Donald C. Grenesko, Crane H. Kenney and Thomas D. Leach also participated in the meeting.

Mr. FitzSimons acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. FitzSimons called the meeting to order at 9:15 a.m. and reviewed progress on the FCC's review of the Company's transfer applications related to the leveraged ESOP transaction.

## FINANCING UPDATE

Mr. Grenesko then reviewed the terms of the definitive credit facilities that support the transaction, market conditions and syndication efforts. Mr. Grenesko described the structure of the credit facilities and the impact of the debt structure on the Company. Mr. Zell expressed his support for the approval of the credit facilities and the Board asked Mr. Grenesko questions regarding his presentation.

Following discussion, a motion was made, seconded and approved to adopt the following resolutions, with Messrs. Chandler, Goodan and Stinehart abstaining:

> WHEREAS, on April 1, 2007, the Board of Directors approved resolutions regarding the entering into of certain credit facilities and transactions related thereto (the "April 1 Resolutions"), and such resolutions remain in full force and effect;

> WHEREAS, on May 17, 2007, the Company entered into a definitive Credit Agreement (the "Credit Agreement") by and among the Company, as borrower, the lenders party thereto, JPMorgan Chase Bank, N.A., as administrative agent, Merrill Lynch Capital Corporation, as syndication agent, Citicorp North America, Inc., Bank of America, N.A. and Barclay's Bank plc, as co-documentation agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc. and Banc of America Securities LLC, as joint lead arrangers and joint bookrunners;

> WHEREAS, the Credit Agreement is consistent with the terms and conditions described in the First Step Commitment and the First Step Credit Facility as approved by the Board

of Directors pursuant to the April 1 Resolutions and the general authority delegated to the officers of the Company pursuant thereto; provided that the Credit Agreement provides for the establishment of a $1.5 billion two-year term loan and a corresponding reduction of the seven-year term loan facility from $7.015 billion to $5.515 billion; accordingly, the Credit Agreement provides for senior secured credit facilities for the Company in an aggregate principal amount of $8.028 billion, consisting of a $5.515 billion seven-year term loan, a $1.5 billion two-year term loan (with $750 million of such two-year term loan due and payable in 18 months and the remaining $750 million due and payable at the two-year maturity date), a $263 million seven-year term loan and a $750 million six-year revolving line of credit; and

WHEREAS, in connection with the Company's entry into the Credit Agreement, the Company formed Tribune Broadcasting Holdco, LLC, a newly formed Delaware limited liability company, and intends to contribute the shares of Tribune Broadcasting Company, a Delaware corporation, to Tribune Broadcasting Holdco, LLC as required by the terms of the Credit Agreement.

RESOLVED, that the Credit Agreement be, and hereby is, approved, ratified and adopted in all respects;

RESOLVED, that the proper officers of the Company be, and each of them hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, subject to receipt of the necessary consents and approvals from the Federal Communications Commission, to effect the contribution of all of the Company's right, title and interest in and to the issued and outstanding shares of capital stock of Tribune Broadcasting Company to Tribune Broadcasting Holdco, LLC;

RESOLVED, that the proper officers of the Company be and hereby are authorized, directed and empowered, in the name of and on behalf of the Company, to take any and all such actions and to do any and all such things, including without limitation the execution and delivery of all such further agreements, amendments to the Credit Agreement, documents, certificates, instruments and undertakings, and to incur such fees and expenses, as in the judgment of any of the proper officers may be deemed necessary, desirable, advisable, expedient, convenient or proper to carry out or fulfill the purposes and intent of the foregoing resolutions and the April 1 Resolutions, and all acts and prior acts of such officers in any way relating to or arising from, or that are in conformity with the purposes and intent of, these resolutions and the April 1 Resolutions and the instruments and agreements referred to herein and therein are hereby approved, ratified and confirmed in all respects; and

FURTHER RESOLVED, that all actions heretofore taken by any of the directors, officers, employees, representatives or agents of the Company or any of its affiliates in connection with the foregoing resolutions and the April 1 Resolutions be, and each of the

same hereby is, ratified, confirmed and approved in all respects as the act and deed of the Company.

**MATTHEW BENDER UPDATE**

**REDACTED**

**GARAMELLA**

**REDACTED**

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 9:45 a.m.

_____
Secretary